**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-\_\_\_\_\_ (\_\_\_) |
| Alleged Debtor. | |

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on May \_\_\_, 2021 against the above-named debtor, an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is GRANTED.

Dated: _____, 2021

_____
UNITED STATES BANKRUPTCY JUDGE