IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED

2001 APR -2  AM 8: 07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., | ) | Case No. 01- 1139 ( ) |
| | ) | |
| Debtor, | ) | |
| ------------------------------------------------- | ) | Chapter 11 |
| | ) | |
| A-1 BIT & TOOL CO., INC., | ) | |
| | ) | Case No. 01- 1140 ( ) |
| Debtor, | ) | |
| ------------------------------------------------- | ) | Chapter 11 |
| | ) | |
| ALEWIFE BOSTON LTD., | ) | Case No. 01- 1141 ( ) |
| | ) | |
| Debtor, | ) | |
| ------------------------------------------------- | ) | Chapter 11 |
| | ) | |
| ALEWIFE LAND CORPORATION, | ) | Case No. 01- 1142 ( ) |
| | ) | |
| Debtor, | ) | |
| ------------------------------------------------- | ) | Chapter 11 |
| | ) | |
| AMICON, INC., | ) | Case No. 01- 1143 ( ) |
| | ) | |
| Debtor, | ) | |
| ------------------------------------------------- | ) | Chapter 11 |
| | ) | |
| CB BIOMEDICAL, INC., | ) | Case No. 01- 1144 ( ) |
| | ) | |
| Debtor, | ) | |
| ------------------------------------------------- | ) | Chapter 11 |
| | ) | |
| CCHP, INC., | ) | Case No. 01- 1145 ( ) |
| | ) | |
| Debtor, | ) | |
| ------------------------------------------------- | ) | |

2

| | | |
|---|---|---|
| COALGRACE, INC., | ) | Chapter 11 |
| | ) | Case No. 01-1146 (    ) |
| Debtor, | ) | |
| | ) | |
| ------------------------------------------- | ) | Chapter 11 |
| COALGRACE II, INC., | ) | Case No. 01-1147 (    ) |
| Debtor, | ) | |
| | ) | |
| ------------------------------------------- | ) | Chapter 11 |
| CREATIVE FOOD 'N FUN COMPANY, | ) | Case No. 01-1148 (    ) |
| Debtor, | ) | |
| | ) | |
| ------------------------------------------- | ) | Chapter 11 |
| DAREX PUERTO RICO, INC., | ) | Case No. 01-1149 (    ) |
| Debtor, | ) | |
| | ) | |
| ------------------------------------------- | ) | Chapter 11 |
| DEL TACO RESTAURANTS, INC., | ) | Case No. 01-1150 (    ) |
| Debtor, | ) | |
| | ) | |
| ------------------------------------------- | ) | Chapter 11 |
| DEWEY AND ALMY, LLC, | ) | Case No. 01-1151 (    ) |
| Debtor, | ) | |
| | ) | |
| ------------------------------------------- | ) | Chapter 11 |
| ECARG, INC., | ) | Case No. 01-1152 (    ) |
| Debtor, | ) | |
| | ) | |
| ------------------------------------------- | ) | Chapter 11 |
| FIVE ALEWIFE BOSTON LTD., | ) | Case No. 01-1153 (    ) |
| Debtor, | ) | |
| ------------------------------------------- | ) | |

| | | |
|---|---|---|
| G C LIMITED PARTNERS I, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01- 1154 (   ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| G C MANAGEMENT, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01- 1155 (   ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| GEC MANAGEMENT CORPORATION, | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01- 1156 (   ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| GN HOLDINGS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01- 1157 (   ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| GPC THOMASVILLE CORP., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01- 1158 (   ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| GLOUCESTER NEW COMMUNITIES COMPANY, INC. | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case No. 01- 1159 (   ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| GRACE A-B INC., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01- 1160 (   ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| GRACE A-B II INC., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01- 1160 (   ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| GRACE CHEMICAL COMPANY OF CUBA, | ) ) ) ) | Chapter 11 |
| | | Case No. 01- 1162 (    ) |
| Debtor, | ) | |
| GRACE CULINARY SYSTEMS, INC., | ) ) ) ) | Chapter 11 |
| | | Case No. 01- 1163 (    ) |
| Debtor, | | |
| GRACE DRILLING COMPANY, | ) ) ) ) | Chapter 11 |
| | | Case No. 01- 1164 (    ) |
| Debtor, | | |
| GRACE ENERGY CORPORATION, | ) ) ) ) | Chapter 11 |
| | | Case No. 01- 1165 (    ) |
| Debtor, | | |
| GRACE ENVIRONMENTAL, INC., | ) ) ) ) | Chapter 11 |
| | | Case No. 01- 1166 (    ) |
| Debtor, | | |
| GRACE EUROPE, INC., | ) ) ) ) | Chapter 11 |
| | | Case No. 01- 1167 (    ) |
| Debtor, | | |
| GRACE H-G INC., | ) ) ) ) | Chapter 11 |
| | | Case No. 01- 1168 (    ) |
| Debtor, | | |
| GRACE H-G II INC., | ) ) ) ) | Chapter 11 |
| | | Case No. 01- 1169 (    ) |
| Debtor, | | |

GRACE HOTEL SERVICES
CORPORATION,

Debtor,

)
)
)
)
)

Chapter 11

Case No. 01-1170 (   )

------------------------------------------------

GRACE INTERNATIONAL
HOLDINGS, INC.,

Debtor,

)
)
)
)
)

Chapter 11

Case No. 01-1171 (   )

------------------------------------------------

GRACE OFFSHORE COMPANY,

Debtor,

)
)
)
)

Chapter 11

Case No. 01-1172 (   )

------------------------------------------------

GRACE PAR CORPORATION,

Debtor,

)
)
)
)

Chapter 11

Case No. 01-1173 (   )

------------------------------------------------

GRACE PETROLEUM LIBYA
INCORPORATED,

Debtor,

)
)
)
)
)

Chapter 11

Case No. 01-1174 (   )

------------------------------------------------

GRACE TARPON INVESTORS, INC.,

Debtor,

)
)
)
)

Chapter 11

Case No. 01-1175 (   )

------------------------------------------------

GRACE VENTURES CORP.,

Debtor,

)
)
)
)

Chapter 11

Case No. 01-1176 (   )

------------------------------------------------

GRACE WASHINGTON, INC.,

Debtor,

)
)
)
)

Chapter 11

Case No. 01-1177 (   )

------------------------------------------------

W. R. GRACE CAPITAL CORPORATION,                       ) Chapter 11
                                                       )
                                                       )
                                                       ) Case No. 01-1178 (   )
                     Debtor,                            )
------------------------------------------------

W. R. GRACE & CO.-CONN.,                               ) Chapter 11
                                                       )
                                                       ) Case No. 01-1179 (   )
                     Debtor,                            )
------------------------------------------------

W. R. GRACE LAND CORPORATION,                          ) Chapter 11
                                                       ) Case No. 01-1180 (   )
                                                       )
                     Debtor,                            )
------------------------------------------------

GRACOAL, INC.,                                         ) Chapter 11
                                                       ) Case No. 01-1181 (   )
                                                       )
                     Debtor,                            )
------------------------------------------------

GRACOAL II, INC.,                                      ) Chapter 11
                                                       ) Case No. 01-1182 (   )
                                                       )
                     Debtor,                            )
------------------------------------------------

GUANICA-CARIBE LAND DEVELOPMENT CORPORATION,           ) Chapter 11
                                                       )
                                                       ) Case No. 01-1183 (   )
                     Debtor,                            )
------------------------------------------------

HANOVER SQUARE CORPORATION,                            ) Chapter 11
                                                       ) Case No. 01-1184 (   )
                                                       )
                     Debtor,                            )
------------------------------------------------

HOMCO INTERNATIONAL, INC.,                             ) Chapter 11
                                                       ) Case No. 01-1185 (   )
                                                       )
                     Debtor,                            )
------------------------------------------------

KOOTENAI DEVELOPMENT
COMPANY,

       Debtor,

)
)
)
)
)

Chapter 11

Case No. 01-1156 (   )

------------------------------------------------

L B REALTY, INC.,

       Debtor,

)
)
)
)

Chapter 11

Case No. 01-1187 (   )

------------------------------------------------

LITIGATION MANAGEMENT, INC.,

       Debtor,

)
)
)
)

Chapter 11

Case No. 01-1188 (   )

------------------------------------------------

MONOLITH ENTERPRISES,
INCORPORATED,

       Debtor,

)
)
)
)
)

Chapter 11

Case No. 01-1189 (   )

------------------------------------------------

MONROE STREET, INC.,

       Debtor,

)
)
)
)

Chapter 11

Case No. 01-1190 (   )

------------------------------------------------

MRA HOLDINGS CORP.,

       Debtor,

)
)
)
)

Chapter 11

Case No. 01-91 (   )

------------------------------------------------

MRA INTERMEDCO, INC.,

       Debtor,

)
)
)
)

Chapter 11

Case No. 01-92 (   )

------------------------------------------------

MRA STAFFING SYSTEMS, INC.,

       Debtor,

)
)
)
)

Chapter 11

Case No. 01-93 (   )

------------------------------------------------

| | |
|---|---|
| | ) Chapter 11 |
| REMEDIUM GROUP, INC., | ) |
| | ) Case No. 01-1194 (    ) |
| Debtor, | ) |
| ------------------------------------------------ | |
| | ) Chapter 11 |
| SOUTHERN OIL, RESIN & FIBERGLASS, INC., | ) |
| | ) |
| | ) Case No. 01-1195 (    ) |
| Debtor, | ) |
| ------------------------------------------------ | |
| | ) Chapter 11 |
| WATER STREET CORPORATION, | ) |
| | ) Case No. 01-1196 (    ) |
| Debtor, | ) |
| ------------------------------------------------ | |
| | ) Chapter 11 |
| AXIAL BASIN RANCH COMPANY, | ) |
| | ) Case No. 01-1197 (    ) |
| Debtor, | ) |
| ------------------------------------------------ | |
| | ) Chapter 11 |
| CC PARTNERS, | ) |
| | ) Case No. 01-1198 (    ) |
| Debtor, | ) |
| ------------------------------------------------ | |
| | ) Chapter 11 |
| HAYDEN-GULCH WEST COAL COMPANY, | ) |
| | ) |
| | ) Case No. 01-1199 (    ) |
| Debtor, | ) |
| ------------------------------------------------ | |
| | ) Chapter 11 |
| H-G  COAL COMPANY, | ) |
| | ) Case No. 01-1200 (    ) |
| Debtor. | ) |

## MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER, UNDER
## FED. R. BANKR. P. 1015(b), DIRECTING JOINT ADMINISTRATION

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

hereby move the Court (the "Motion") for entry of an order granting joint administration of their

respective chapter 11 cases. Pursuant to Fed. R. Bankr. P. 1015(b) and in support of the Motion, the

Debtors respectfully state as follows:

### Jurisdiction

1.     This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157

and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of

this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The bases for the relief requested herein are section 105(a) of title 11 of the

United States Code (as amended, the "Bankruptcy Code") and Fed. R. Bankr. P. 1015(b).

3.     As there are no novel issues of law presented herein, the Debtors waive their

right to file a brief in support of the Motion pursuant to Rule 7.1.2(a) of the Local Rules of Civil

Practice and Procedure of the United States District Court for the District of Delaware, incorporated

by reference into the Local Bankruptcy Rules by Rule 1001-1(b). Because of the nature of the relief

requested in this Motion, the Debtors believe that no briefing is required.

## Background

4.    On the date hereof (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their businesses and manage their properties as debtors in possession.

## Summary of Operations

5.    The Debtors engage in specialty chemicals and materials businesses, operating on a worldwide basis, with their corporate headquarters located in Columbia, Maryland. The Debtors predominately operate through two business units - Davison Chemicals and Performance Chemicals. The Debtors' parent company, W. R. Grace & Co. ("Grace"), is a global holding company that conducts substantially all of its business through a direct, wholly owned subsidiary W. R. Grace & Co. - Conn. ("Grace-Conn"). Grace-Conn owns substantially all of the assets, properties and rights of Grace in the United States and has 76 domestic subsidiaries and affiliates, 60 of which are debtors and debtors in possession in the Chapter 11 Cases. Grace's businesses are managed globally from a strategic operating standpoint. Its foreign operations, however, are conducted through 71 foreign non-debtor subsidiaries and affiliates that are legally independent from Grace with separate management. The Debtors operate their businesses and support their domestic operations through the use of a centralized cash management system. The Debtors' non-debtor

2

foreign subsidiaries and affiliates also receive credit support and loans for their operations from their respective domestic parent companies.

6.    The Debtors and their non-debtor subsidiaries and affiliates employ approximately 6,550 full and part time employees of which approximately 3,860 are employed by the Debtors. The Debtors and their non-debtor subsidiaries and affiliates operate and report on a consolidated basis. For the fiscal year 2000, on a consolidated basis, Grace reported a net loss of $89.7 million (resulting in part from a $294 million asbestos-related charge to earnings recorded in the fourth quarter of 2000) from $1.59 billion in net revenues. For the fiscal year 1999, on a consolidated basis, Grace reported net income of $135.9 million from $1.55 billion in revenues. Approximately 50% of Grace's consolidated sales are made by the Debtors. The remaining 50% of Grace's consolidated sales are made by the Debtors' non-debtor subsidiaries and affiliates, substantially all of which are foreign entities.

**The Debtors' History**

7.    In 1854, William Russell Grace founded W. R. Grace & Co. in Peru. In 1865, Grace relocated its headquarters to New York City, operating as a trading and shipping company with South America and Europe. Grace incorporated in 1899 in Connecticut. Through the first half of the 20th century, Grace expanded its South American businesses into manufacturing and established U.S. operations ranging from agricultural fertilizers to banking. In 1954, Grace acquired

3

Davison Chemical Company and Dewey and Almy Chemical Company, establishing the foundation

for the Debtors' catalysts, silicas, packaging, construction and container product lines. Over the

following decades, Grace expanded these businesses into more than 50 countries. Over this time,

Grace and certain of the Debtors also acquired, divested and ceased operating a myriad of different

companies and product lines, including, but not limited to, retail stores, restaurants, oil and gas

exploration, coal interests, industrial chocolate, book distribution, water treatment chemicals, kidney

dialysis clinics and consumer goods.

    8.  Further, many of the Debtors in the Chapter 11 Cases came into being solely

in association with the Debtors' acquisition, divestment or, in some cases, cessation of these

businesses and as a result, are no longer operating. In connection with the Debtors' divestment or

cessation of these businesses, the Debtors retained certain liabilities which relate to, and are typical

of, asset or stock purchase and sale agreements. Such liabilities include, but are not limited to, real

estate lease obligations (as tenant, assignor or guarantor), environmental, tax and employee-related

liabilities and indemnity provisions for purchasers of the Debtors' former businesses related to

events occurring prior to the closing of any individual divestment transaction. Many of these

liabilities and obligations are ongoing and indefinite in duration. Accordingly, these Debtors have

filed petitions for relief under the Bankruptcy Code because they no longer have any assets or

revenue streams and are not capable of funding their own liabilities, if any.

9.      In 1988, Grace reincorporated in New York through the formation of a new holding company, also named W. R. Grace & Co. ("Grace-New York"). The "old" Grace was renamed W. R. Grace & Co.-Conn. and continued to exist as a subsidiary of Grace-New York. Grace-Conn is the same Connecticut corporation that is the principal operating subsidiary of Grace today.

10.      In 1996, Grace-New York combined its health care business with a subsidiary of Fresenius Medical Care AG, a German company, in a tax-free transaction pursuant to section 355 of the Internal Revenue Code. In connection with this transaction, Grace's chemicals and packaging businesses were transferred to Grace's shareholders through a newly formed subsidiary of Grace-New York, Grace Holding, Inc., a Delaware corporation. ("Grace-Delaware I"). In addition, a cash distribution of approximately $2.3 billion was made to Grace-Conn by the merged health care company. Following the transaction, Grace-Delaware I was renamed W. R. Grace & Co., with Grace-Conn and the other Debtors continuing to exist as its subsidiaries. Grace-New York was renamed Fresenius Medical Care Holding, Inc.

11.      In 1998, Grace-Delaware I combined its flexible packaging business with Sealed Air Corporation, a Delaware corporation, also in a tax-free transaction pursuant to section 355 of the Internal Revenue Code. In connection with this transaction, Grace's chemicals businesses were transferred to Grace's shareholders through a new Grace subsidiary named Grace Specialty

5

Chemicals, Inc., a Delaware corporation ("Grace-Delaware II") . In addition, a cash distribution of approximately $1.2 billion was made to Grace-Conn by the merged packaging company. Following this transaction, Grace-Delaware II was renamed W. R. Grace & Co., with Grace-Conn and the other Debtors continuing to exist as its subsidiaries. Grace-Delaware I was then renamed Sealed Air Corporation. Grace emerged from this transaction substantially in the form seen today - a global specialty chemicals and materials company focusing on catalysts and silica products, specialty construction chemicals, building materials and container protection products.

### Davison Chemicals

12.    Davison Chemicals is a leading global supplier of refining and chemical catalysts and silica-based products. Refining catalysts include: (i) fluid cracking catalysts used by petroleum refiners to convert crude oil into transportation fuels and other petroleum-based products; (ii) hydroprocessing catalysts that upgrade heavy oils and remove impurities; and (iii) chemical additives for treatment of feedstock impurities. Davison Chemicals' refining catalysts are used by every major oil company in the world and are critical in transforming hydrocarbons into finished goods such as gasoline, jet fuel and diesel fuel. Nearly one-half of the gasoline produced in the United States is produced with Davison Chemicals' fluid cracking catalysts and additives. Davison Chemicals is a recognized leader in new catalyst technologies that reduce sulfur in gasoline and assist petroleum refiners in meeting more stringent clean air regulations. Davison Chemicals'

chemical catalysts are essential components in the manufacture of polyethylene resins used to produce such products as plastic film, high performance pipe and household containers. Davison Chemicals is also the only source of supply for certain unique chemical catalysts. Davison Chemicals' silica-based products are used in a wide variety of industrial and consumer applications such as coatings, food processing, plastics, adsorbents and personal care products.

13.    Davison Chemicals' sales represented approximately 49% of Grace's total consolidated 2000 sales. In 2000, Davison Chemicals had $131.6 million of pre-tax operating income from $783.9 million of net sales. Approximately 47% of Davison Chemicals' 2000 sales were in the United States. Davison Chemicals employs approximately 3,000 employees worldwide, approximately 1,750 of whom are employed by the Debtors.

### Performance Chemicals

14.    Grace formed Performance Chemicals in 1999 through the combination of its previously separate business segments of Grace Construction Products and Darex Container Products. These businesses were consolidated under one management team to capitalize on infrastructure synergies and Grace's worldwide production facilities. Performance Chemicals' major product groups include: (i) specialty construction chemicals and building materials used primarily by the commercial construction industry; and (ii) container sealants and coatings for food, beverage and other packaging. Performance Chemicals' construction chemicals are used to add strength,

control corrosion and enhance the handling and application of concrete.  Performance Chemicals'

building materials are used worldwide for waterproofing and to provide fireproofing protection to

structural steel.

15.    Performance Chemicals' container products are used to seal beverage and food

containers, to protect metal packaging from corrosion and to protect the contents of such packages

from the effects of metal.  Performance Chemicals is a leader in container products technology and

its rigid package sealing is used to protect safety and freshness in billions of cans annually.

16.    Performance Chemicals' sales represented approximately 51% of Grace's total

consolidated 2000 sales.  In 2000, Performance Chemicals had $95.5 million of pre-tax operating

income from $809.9 million of net sales.  Approximately 57% of Performance Chemicals' 2000

sales were in the United States.  Performance Chemicals employs approximately 3,300 of Grace's

6,550 employees, approximately 1,750 of whom are employed by Grace-Conn.

### Prepetition Financing

17.    As of the Petition Date, Grace and Grace-Conn maintained two $250 million

unsecured revolving credit facilities, both of which contain covenants typical of credit facilities of

this size and type.  The first credit facility is titled the 364-Day Credit Agreement by and among

Grace-Conn, Bank of America National Trust and Saving Association, as documentation agent,

Chase Manhattan Bank as administrative agent for the banks therein and Chase Securities, Inc., as

book manager (the "364-Day Facility"). The 364-Day Facility expires in May, 2001 and is currently fully drawn.

18.     The second facility is titled Credit Agreement, by and among Grace, Grace-Conn, Chase Manhattan Bank as administrative agent and Chase Securities, Inc. as arranger (the "5-Year Facility", and together with the 364-Day Facility, the "Prepetition Facilities"). The 5-Year Facility expires in May, 2003 and is also fully drawn.

19.     Grace-Conn entered into a transaction pursuant to which it sold certain of its trade accounts receivable then existing and thereafter generated and to be generated by the Davison Chemicals and Performance Chemicals business units to Grace Receivables Purchasing, Inc., a special purpose subsidiary of Grace-Conn ("Grace Receivables"). Grace Receivables is not one of the above captioned debtors and debtors in possession. Grace Receivables, pursuant to an $80 million facility, then sells an undivided interest in the receivables it purchased from Grace-Conn to Blue Ridge Asset Funding Corporation, an affiliate of Wachovia Bank ("Blue Ridge"). Collections of the receivables made on behalf of and allocable to the interest of Blue Ridge are then either reinvested by Grace Receivables in additional receivables of Grace-Conn or paid out to Blue Ridge. Grace Receivables retains the remainder interest in those receivables not sold to Blue Ridge. Grace-Conn services the receivables for a monthly servicing fee of $50,000 and Grace guarantees the

servicing obligations of Grace-Conn. The proceeds from the sales of receivables by Grace-Conn to

Grace Receivables are used to support the Debtors' operations.

### Postpetition Financing

20.    The Debtors entered into extensive negotiations with various lending

institutions and third parties in an effort to arrange an out-of-court restructuring of the Prepetition

Facilities as an alternative to filing for bankruptcy protection. The Debtors also discussed the

possibility of conversion of the Prepetition Facilities into a DIP facility.

21.    After reviewing all of their strategic alternatives and liquidity needs, the

Debtors determined that the best alternative for all parties-in-interest was to file the Chapter 11 Cases

and enter into the Post-Petition Loan and Security Agreement with Bank of America, N.A. as agent

(the "DIP Agreement") to obtain postpetition financing up to the principal amount of $250,000,000

and contemporaneously herewith filed with this Court the Emergency Motion For Interim and Final

Orders, Under 11 U.S.C. §§ 105, 362, 363 And 364, Approving Postpetition Financing and Related

Relief And Setting Final Hearing Pursuant to Bankruptcy Rule 4001(c) requesting the approval of

the DIP Agreement.

### Fraudulent Conveyance

22.    In September, 2000, a lawsuit was filed in the California Superior Court, San

Francisco County, alleging that arm's-length transactions between Grace and Fresenius Medical Care

10

A.G. in 1996, and between Grace and Sealed Air Corporation in 1998, were fraudulent transfers designed to frustrate litigants with alleged asbestos-related claims (the "Fraudulent Transfer Lawsuit"). The Fraudulent Transfer Lawsuit purports to be a nationwide class action brought on behalf of all persons with lawsuits currently on file in the United States for alleged asbestos related claims against the Debtors, Fresenius Medical Care A.G. and Sealed Air Corporation and certain of their affiliates.

23.     Simultaneously with the filing of the Chapter 11 Cases, the Debtors that are also defendants in the Fraudulent Transfer Lawsuit are filing a motion to remove the Fraudulent Transfer Lawsuit from the Superior Court of the State of California to the Northern District of California. Those Debtors also intend to file a Motion for Transfer of Venue of the Fraudulent Transfer Lawsuit from the Northern District of California to the District of Delaware.

24.     Simultaneously with the filing of the Chapter 11 Cases, the Debtors are also filing a Verified Complaint for Declaratory and Injunctive Relief and Emergency Motion for a Temporary Restraining Order Staying All Asbestos-Related and Fraudulent Transfers Claims Against Affiliated Entities.

### Need for Relief Under Chapter 11

25.     Until 1973, the Debtors manufactured certain products with commercially added asbestos. Until 1990, the Debtors manufactured certain products from vermiculite from

Grace's Libby, Montana mine, a mineral containing naturally occurring asbestos impurities. These impurities were largely removed during the processing of the vermiculite. Nonetheless, as a result of prior business operations, the Debtors have for years confronted a substantial volume of claims alleging asbestos related injuries.

26.     These claims can be divided into four general categories: claims for bodily injury from asbestos exposure, property damage claims, attic insulation claims and claims arising out of vermiculite mining and processing operations. Bodily injury claims allege health effects from exposure to the Debtors' asbestos containing products, such as fireproofing materials. Property damage claims generally seek payment for the cost of removing or containing asbestos in buildings. Attic fill insulation claims have been brought as class actions, purportedly on behalf of homeowners who used the Debtors' attic insulation products and are now seeking damages and other relief, including removal of the attic insulation allegedly containing asbestos. The claims arising from the Debtors' vermiculite operations allege personal injury and property damage from exposure to naturally occurring asbestos in connection with the mining and processing of vermiculite at the Debtors' mine in Libby, Montana. In total, the Debtors have been served with 324,000 asbestos related claims through February, 2001, of which approximately 127,000 remain outstanding.

27.     While, for years, the Debtors have faced a substantial volume of asbestos claims, they were able to resolve such claims primarily through negotiated settlements. Despite the

high percentage of claims the Debtors believed to be without merit, the Debtors agreed to settle most claims rather than incur the significant costs and practical difficulties associated with litigating thousands of independent claims at one time in multiple jurisdictions nationwide. While the Debtors also believe that the volume of claims filed against them historically, and the amounts paid in settlement thereof, is not indicative of the Debtors' true liability - the asbestos claims resolution process has not reflected actual legal liability for years - in very recent months, the number of claims has risen dramatically without any basis in science, medicine or law. The recent dramatic influx of new claims now threatens the Debtors' core business operations and an effective defense of such dispersed and voluminous litigation is simply not feasible. The dramatic increase in asbestos claims and the increasing threat of adversarial litigation have impaired the Debtors' ability to obtain financing, consumed management's time and attention, and threatened the health of the Debtors' core business operations.

28.    Under these circumstances, the Debtors have concluded that there is no other way to define and resolve their asbestos liability, while preserving the value and viability of their core business operations, other than through a reorganization under chapter 11 of the Bankruptcy Code.

**Relief Requested**

29.      In order to optimally and economically administer the 62 pending Chapter 11 Cases, the Chapter 11 Cases should be jointly administered, for procedural purposes only, under the case number assigned to W. R. Grace & Co.  Many of the motions, hearings and orders that will be involved in the Chapter 11 Cases will affect each and every Debtor.  Joint administration of the Chapter 11 Cases will reduce fees and costs and ease the onerous administrative burden of having to file multiple documents.

30.      The rights of the respective creditors of the Debtors will not be adversely affected by joint administration of the Chapter 11 Cases because this Motion requests only administrative consolidation of the estates, and the Debtors are not by this Motion seeking substantive consolidation.  Each creditor must still file a claim against a particular Debtor's estate.  As a result of the relief requested herein, the rights of all creditors will be enhanced by the reduced costs resulting from joint administration.  This Court also will be relieved of the burden of entering duplicative orders and maintaining duplicative files.  Finally, supervision of the administrative aspects of the Chapter 11 Cases by the Office of the United States Trustee will be simplified.

31.      By reason of the foregoing, the interests of the Debtors, their creditors and equity security holders would be best served by joint administration of the Chapter 11 Cases.

14

Accordingly, the Debtors request that the caption of their cases be modified to reflect the joint

administration of the Chapter 11 Cases, as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-0___ (___) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

32.    The Debtors request that a docket entry shall be made in each of the

Chapter 11 Cases substantially as follows:

> An order has been entered in this case directing the procedural
> consolidation and joint administration of W. R. Grace & Co.'s
> chapter 11 case and the chapter 11 cases of A-1 Bit & Tool Co., Inc.,
> Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc.,
> CB Biomedical, Inc., CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc.,
> Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco
> Restaurants, Inc., Dewey and Almy, LLC, Ecarg, Inc., Five Alewife
> Boston Ltd., G C Limited Partners I, Inc., G C Management, Inc.,

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace & Co.–Conn., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp., MRA Intermedco, Inc., MRA Staffing Systems, Inc., Remedium Group, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners, Hayden-Gulch West Coal Company, H-G Coal Company and that all further pleadings and other papers are filed in, and all further docket entries are made in, Case No._____.

**Notice**

33.    Notice of this Motion has been given to (i) the United States Trustee and (ii) counsel to the proposed debtor in possession lenders.    In light of the nature of the relief requested, the Debtors submit that no further notice is required.

## No Prior Request

34.    No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, each of the Debtors respectfully requests that the Court enter an

Order, substantially in the form attached hereto, (a) authorizing the joint administration of the

W. R. Grace & Co. chapter 11 case with the chapter 11 cases of each of the other Debtors under the

case number assigned to W. R. Grace & Co.; and (b) granting such other relief as the Court deems

just and proper.

Dated: April 2, 2001

        KIRKLAND & ELLIS
        James H.M. Sprayregen
        James W. Kapp III
        Samuel A. Schwartz
        Roger J. Higgins
        200 East Randolph Drive
        Chicago, Illinois 60601
        (312) 861-2000

          and

        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

        Laura Davis Jones (Bar No. 2436)
        Hamid R. Rafatjoo (CA Bar No. 181564)
        David W. Carickhoff, Jr. (Bar No. 3715)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile:  (302) 652-4400

        Proposed Co-Counsel for the Debtors and
        Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., | ) | Case No. 01-_____ (    ) |
| | ) | |
| Debtor, | ) | |
| ------------------------------------------------ | ) | Chapter 11 |
| | ) | |
| A-1 BIT & TOOL CO., INC., | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |
| ------------------------------------------------ | ) | Chapter 11 |
| | ) | |
| ALEWIFE BOSTON LTD., | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |
| ------------------------------------------------ | ) | Chapter 11 |
| | ) | |
| ALEWIFE LAND CORPORATION, | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |
| ------------------------------------------------ | ) | Chapter 11 |
| | ) | |
| AMICON, INC., | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |
| ------------------------------------------------ | ) | Chapter 11 |
| | ) | |
| CB BIOMEDICAL, INC., | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |
| ------------------------------------------------ | ) | Chapter 11 |
| | ) | |
| CCHP, INC., | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |
| ------------------------------------------------ | ) | |

COALGRACE, INC.,

    Debtor,

) Chapter 11
)
) Case No. 01-_____ ( )
)

-----------------------------------------------------

COALGRACE II, INC.,

    Debtor,

) Chapter 11
)
) Case No. 01-_____ ( )
)

-----------------------------------------------------

CREATIVE FOOD 'N FUN COMPANY,

    Debtor,

) Chapter 11
)
) Case No. 01-_____ ( )
)

-----------------------------------------------------

DAREX PUERTO RICO, INC.,

    Debtor,

) Chapter 11
)
) Case No. 01-_____ ( )
)

-----------------------------------------------------

DEL TACO RESTAURANTS, INC.,

    Debtor,

) Chapter 11
)
) Case No. 01-_____ ( )
)

-----------------------------------------------------

DEWEY AND ALMY, LLC,

    Debtor,

) Chapter 11
)
) Case No. 01-_____ ( )
)

-----------------------------------------------------

ECARG, INC.,

    Debtor,

) Chapter 11
)
) Case No. 01-_____ ( )
)

-----------------------------------------------------

FIVE ALEWIFE BOSTON LTD.,

    Debtor,

) Chapter 11
)
) Case No. 01-_____ ( )
)

-----------------------------------------------------

| | | |
|---|---|---|
| G C LIMITED PARTNERS I, INC.,<br><br>        Debtor,<br>------------------------------------------------- | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-_____ (  ) |
| G C MANAGEMENT, INC.,<br><br>        Debtor,<br>------------------------------------------------- | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-_____ (  ) |
| GEC MANAGEMENT CORPORATION,<br><br>        Debtor,<br>------------------------------------------------- | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-_____ (  ) |
| GN HOLDINGS, INC.,<br><br>        Debtor,<br>------------------------------------------------- | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-_____ (  ) |
| GPC THOMASVILLE CORP.,<br><br>        Debtor,<br>------------------------------------------------- | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-_____ (  ) |
| GLOUCESTER NEW COMMUNITIES<br>COMPANY, INC.<br><br>        Debtor,<br>------------------------------------------------- | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-_____ (  ) |
| GRACE A-B INC.,<br><br>        Debtor,<br>------------------------------------------------- | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-_____ (  ) |
| GRACE A-B II INC.,<br><br>        Debtor,<br>------------------------------------------------- | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-_____ (  ) |

| | | |
|---|---|---|
| GRACE CHEMICAL COMPANY OF CUBA, | ) ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

---

| | | |
|---|---|---|
| GRACE CULINARY SYSTEMS, INC., | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

---

| | | |
|---|---|---|
| GRACE DRILLING COMPANY, | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

---

| | | |
|---|---|---|
| GRACE ENERGY CORPORATION, | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

---

| | | |
|---|---|---|
| GRACE ENVIRONMENTAL, INC., | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

---

| | | |
|---|---|---|
| GRACE EUROPE, INC., | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

---

| | | |
|---|---|---|
| GRACE H-G INC., | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

---

| | | |
|---|---|---|
| GRACE H-G II INC., | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

---

| | | |
|---|---|---|
| | ) | Chapter 11 |
| GRACE HOTEL SERVICES | ) | |
| CORPORATION, | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| | ) | Chapter 11 |
| GRACE INTERNATIONAL | ) | |
| HOLDINGS, INC., | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| | ) | Chapter 11 |
| GRACE OFFSHORE COMPANY, | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| | ) | Chapter 11 |
| GRACE PAR CORPORATION, | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| | ) | Chapter 11 |
| GRACE PETROLEUM LIBYA | ) | |
| INCORPORATED, | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| | ) | Chapter 11 |
| GRACE TARPON INVESTORS, INC., | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| | ) | Chapter 11 |
| GRACE VENTURES CORP., | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| | ) | Chapter 11 |
| GRACE WASHINGTON, INC., | ) | |
| | ) | Case No. 01-_____ (    ) |
| Debtor, | ) | |

------------------------------------------------

| | | |
|---|---|---|
| W. R. GRACE CAPITAL CORPORATION, | ) ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

----------------------------------------------------

| | | |
|---|---|---|
| W. R. GRACE & CO.-CONN., | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

----------------------------------------------------

| | | |
|---|---|---|
| W. R. GRACE LAND CORPORATION, | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

----------------------------------------------------

| | | |
|---|---|---|
| GRACOAL, INC., | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

----------------------------------------------------

| | | |
|---|---|---|
| GRACOAL II, INC., | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

----------------------------------------------------

| | | |
|---|---|---|
| GUANICA-CARIBE LAND DEVELOPMENT CORPORATION, | ) ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

----------------------------------------------------

| | | |
|---|---|---|
| HANOVER SQUARE CORPORATION, | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

----------------------------------------------------

| | | |
|---|---|---|
| HOMCO INTERNATIONAL, INC., | ) ) ) | Chapter 11 |
| | | Case No. 01-_____ (    ) |
| Debtor, | ) | |

----------------------------------------------------

| | |
|---|---|
| | )    Chapter 11 |
| KOOTENAI DEVELOPMENT | ) |
| COMPANY, | )    Case No. 01-_____ (   ) |
| | ) |
|        Debtor, | ) |

------------------------------------------------

| | |
|---|---|
| | )    Chapter 11 |
| L B REALTY, INC., | ) |
| | )    Case No. 01-_____ (   ) |
|        Debtor, | ) |

------------------------------------------------

| | |
|---|---|
| | )    Chapter 11 |
| LITIGATION MANAGEMENT, INC., | ) |
| | )    Case No. 01-_____ (   ) |
|        Debtor, | ) |

------------------------------------------------

| | |
|---|---|
| | )    Chapter 11 |
| MONOLITH ENTERPRISES, | ) |
| INCORPORATED, | ) |
| | )    Case No. 01-_____ (   ) |
|        Debtor, | ) |

------------------------------------------------

| | |
|---|---|
| | )    Chapter 11 |
| MONROE STREET, INC., | ) |
| | )    Case No. 01-_____ (   ) |
|        Debtor, | ) |

------------------------------------------------

| | |
|---|---|
| | )    Chapter 11 |
| MRA HOLDINGS CORP., | ) |
| | )    Case No. 01-_____ (   ) |
|        Debtor, | ) |

------------------------------------------------

| | |
|---|---|
| | )    Chapter 11 |
| MRA INTERMEDCO, INC., | ) |
| | )    Case No. 01-_____ (   ) |
|        Debtor, | ) |

------------------------------------------------

| | |
|---|---|
| | )    Chapter 11 |
| MRA STAFFING SYSTEMS, INC., | ) |
| | )    Case No. 01-_____ (   ) |
|        Debtor, | ) |

------------------------------------------------

| | |
|---|---|
| REMEDIUM GROUP, INC., | ) Chapter 11 |
| | ) |
| | ) Case No. 01-_____ (    ) |
| Debtor, | ) |
| ---------------------------------------------------- | |
| | ) Chapter 11 |
| SOUTHERN OIL, RESIN & | ) |
| FIBERGLASS, INC., | ) |
| | ) Case No. 01-_____ (    ) |
| Debtor, | ) |
| ---------------------------------------------------- | |
| | ) Chapter 11 |
| WATER STREET CORPORATION, | ) |
| | ) Case No. 01-_____ (    ) |
| Debtor, | ) |
| ---------------------------------------------------- | |
| | ) Chapter 11 |
| AXIAL BASIN RANCH COMPANY, | ) |
| | ) Case No. 01-_____ (    ) |
| Debtor, | ) |
| ---------------------------------------------------- | |
| | ) Chapter 11 |
| CC PARTNERS, | ) |
| | ) Case No. 01-_____ (    ) |
| Debtor, | ) |
| ---------------------------------------------------- | |
| | ) Chapter 11 |
| HAYDEN-GULCH WEST COAL | ) |
| COMPANY, | ) |
| | ) Case No. 01-_____ (    ) |
| Debtor, | ) |
| ---------------------------------------------------- | |
| | ) Chapter 11 |
| H-G  COAL COMPANY, | ) |
| | ) Case No. 01-_____ (    ) |
| Debtor. | ) |

## ORDER, UNDER FED. R. BANKR. P. 1015(b), GRANTING JOINT ADMINISTRATION

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order granting the joint administration of such cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157; and after due deliberation and cause appearing therefor; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors' respective captioned and numbered cases are consolidated for procedural purposes only, and shall be jointly administered in accordance with Bankruptcy Rule 1015(b); and it is further

---

[2]  Capitalized terms not defined herein shall have the same meaning as in the Motion.

ORDERED that the caption of the jointly administered cases is to read as follows:

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-0___ (___) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

and it is further

ORDERED that a docket entry shall be made in each of the Chapter 11 Cases

substantially as follows:

An order has been entered in this case directing the procedural
consolidation and joint administration of W. R. Grace & Co.'s
chapter 11 case and the chapter 11 cases of A-1 Bit & Tool Co., Inc.,
Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc.,
CB Biomedical, Inc., CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc.,
Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco
Restaurants, Inc., Dewey and Almy, LLC, Ecarg, Inc., Five Alewife
Boston Ltd., G C Limited Partners I, Inc., G C Management, Inc.,

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace & Co. – Conn., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp., MRA Intermedco, Inc., MRA Staffing Systems, Inc., Remedium Group, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners, Hayden-Gulch West Coal Company, H-G Coal Company and that all further pleadings and other papers are filed in, and all further docket entries are made in Case No._____; and it is further

ORDERED that a creditor filing a proof of claim against any of the Debtors shall file said proof of claim in the particular Debtor's bankruptcy case and not in the jointly administered case; and it is further

ORDERED that this order is effective immediately upon its entry and the clerk of the Court is hereby directed to enter this Order on the docket in each Debtor's chapter 11 case; and it is further

3

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2001

_____
Judge

4