# Notice Recipients

District/Off: 0311−1        User: admin              Date Created: 5/24/2021
Case: 21−10849−CSS          Form ID: van413          Total: 8

**Recipients of Notice of Electronic Filing:**
aty         Daniel A. O'Brien        daobrien@venable.com
                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb         Park Place Development Primary, LLC        31 West 27th Street        9th Floor        New York, NY 10001
ptcrd       Permasteelisa North America Corp.        123 Day Hill Road        Windsor, CT 06825
ptcrd       Construction Realty Safety Group Inc.        248 West 35th Street        8th Floor        New York, NY 10001
ptcrd       Trade Off Plus, LLC        248 West 35th Street        8th Floor        New York, NY 10001
ptcrd       Domani Inspection Services, Inc.        248 West 35th Street        8th Floor        New York, NY 10001
ptcrd       S&E Bridge & Scaffold LLC        700 Commercial Avenue        Carlstadt, NJ 07072
ptcrd       Ismael Leyva Architect, P.C.        48 West 37th Street        New York, NY 10018
                                                                                    TOTAL: 7