# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC, | ) | Case No. 20-12456 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| PROTECTIVE LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Interpleader Plaintiff, | ) | |
| | ) | Adv. Proc. No. 21-50311 (JTD) |
| RUBY TUESDAY, INC., ELEANOR TAYLOR, DAVID G. LYNCH, JOHN J. LYNCH III, JOSEPH P. LYNCH, CATHERINE BUCK, and FRANCIS S. LYNCH, | ) ) ) ) ) | |
| _____ | ) | |

## ALIAS SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the First Amended Complaint-in-Interpleader which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

824 Market Street, 3rd Floor
Wilmington, DE 19801

ME1 36729346v.1

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> MCCARTER & ENGLISH, LLP
> Kate R. Buck, Esquire
> Shannon D. Humiston, Esquire
> 405 North King Street, 8th Floor
> Wilmington, DE 19801
> Email: kbuck@mccarter.com
> shumiston@mccarter.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:

824 Market Street
Wilmington, DE 19801

Room:

5th Floor, Courtroom 5

Date and Time:

July 13, 2021, at 10:00 a.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**

Date: June 11, 2021

/s/ *Una O'Boyle*
*Clerk of the Bankruptcy Court*