## CERTIFICATE OF SERVICE

I, Kate R. Buck, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this alias summons and a copy of the complaint was made on June 11, 2021 by:

[X]   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Eleanor Lynch Taylor
> 5564 Springer Court
> Theodore, AL 36582

[ ]   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]   Residence Service: By leaving the process with the following adult at:

[ ]   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]   Publication: The defendant was served as follows: [Describe briefly]

[ ]   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                           (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

|  |  |
|---|---|
| | **MCCARTER & ENGLISH, LLP** |
| Date: June 11, 2021 | */s/ Kate R. Buck* <br> Kate R. Buck (No. 5140) <br> Shannon D. Humiston (No. 5740) <br> 405 North King Street, 8th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 984-6300 <br> Facsimile: (302) 984-6399 <br> Email: kbuck@mccarter.com <br> shumiston@mccarter.com <br><br> *Counsel to Protective Life Insurance Company* |