# **CERTIFICATE OF SERVICE**

    I, Kate R. Buck, hereby certify that on June 14, 2021, I caused a true and correct copy of the foregoing *Notice of Rescheduled of Pre-Trial Conference* to be served upon the following parties by electronic mail, or in the manner so indicated.

    */s/ Kate R. Buck*
    Kate R. Buck (No. 5140)

Gregory Taylor
Ashby Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel.: (302) 654-1888
Email: gtaylor@ashbygeddes.com

Jessica L. Welch
Johnstone & Adams LLC
One St. Louis Centre
1 Saint Louis St, Suite 4000
Mobile, AL 36602-3930
Tel.: (251) 432-7682
Email: jlw@johnstoneadams.com