# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | Case No. 20-12456 (JTD) |
| Reorganized Debtors. | (Jointly Administered) |
| PROTECTIVE LIFE INSURANCE COMPANY, | |
| Interpleader Plaintiff, | |
| v. | Adv. Proc. No. 21-50311 (JTD) |
| RUBY TUESDAY, INC., RUBY TUESDAY OPERATIONS LLC, ELEANOR TAYLOR, DAVID G. LYNCH, JOHN J. LYNCH III, JOSEPH P. LYNCH, CATHERINE BUCK, and FRANCIS S. LYNCH, | |
| Interpleader Defendants. | |

**CERTIFICATION OF COUNSEL REGARDING THIRD STIPULATION FOR FURTHER EXTENSION OF TIME FOR CERTAIN INTERPLEADER DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 216 East Church Ave., Maryville, TN 37804.

I, Gregory A. Taylor, counsel to Ruby Tuesday Operations LLC ("RTO"), successor in interest to Ruby Tuesday, Inc. ("RTI") pursuant to the confirmed and effective *Debtors' Second Amended Chapter 11 Plan, as Modified,* Docket No. 1135 (the "Plan"), hereby certify and state as follows:

1. On or about April 1, 2021, the Protective Life Insurance Company (the "Interpleader Plaintiff") filed a Complaint [D.I. 1] (the "Complaint") commencing the above-captioned adversary proceeding against Ruby Tuesday, Inc., Eleanor Taylor, David G. Lynch, John J. Lynch III, Joseph P. Lynch, Catherine Buck and Francis S. Lynch (the "Original Defendants" and with the Plaintiff, the "Parties") for a declaratory judgment and related relief.

2. On April 20, 2021, the Interpleader Plaintiff filed the *First Amended Complaint-In-Interpleader* [D.I. 3] (the "Amended Complaint"), which revised the Complaint to include RTO as a Defendant (together with the Original Defendants, the "Interpleader Defendants").

3. On or about April 29, 2021, the Interpleader Plaintiff served the Amended Complaint, the Summons and Notice of Pretrial Conference in an Adversary Proceeding on the Interpleader Defendants.

4. The Parties previously agreed to extend the time within which Certain Interpleader Defendants may answer, move or otherwise respond to the Complaint to and including June 28, 2021. *See* Adv. D.I. 6.

5. The Parties previously agreed to further extend the time within which Certain Interpleader Defendants may answer, move or otherwise respond to the Complaint to and including July 8, 2021. *See* Adv. D.I. 10.

6. The Parties have agreed to further extend the time within which Certain Interpleader Defendants may answer, move or otherwise respond to the Complaint to and including July 22, 2021 to continue ongoing settlement discussions.

7.  The Parties have memorialized their agreement in the *Third Stipulation for Further Extension of Time for Certain Interpleader Defendants to Answer, Move, or Otherwise Respond to Complaint* (the "<u>Stipulation</u>") attached to the Proposed Order as **<u>Exhibit 1</u>**.

Wherefore, the Parties respectfully request the Court to approve the Stipulation and the Proposed Order attached hereto as **<u>Exhibit A</u>** at the Court's earliest convenience.

Dated: July 7, 2021
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: gtaylor@ashbygeddes.com
        kearle@ashbygeddes.com

*Counsel to Ruby Tuesday Operations LLC as successor in interest to Ruby Tuesday, Inc.*