**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC, | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| PROTECTIVE LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Interpleader Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| v.. | ) | |
| | ) | Case No. 21-50311 (JTD) |
| RUBY TUESDAY, INC., | ) | |
| RUBY TUESDAY OPERATIONS LLC, | ) | |
| ELEANOR TAYLOR, DAVID G. LYNCH, | ) | |
| JOHN J. LYNCH III, JOSEPH P. LYNCH, | ) | |
| CATHERINE BUCK, and | ) | |
| FRANCIS S. LYNCH, | ) | |
| | ) | |
| Interpleader Defendants. | ) | |
| _____ | ) | |

**NOTICE OF RESCHEDULED PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pre-trial conference scheduled in the above captioned adversary proceeding for July 13, 2021 at 10:00 a.m. has been **rescheduled to August 3, 2021 at 3:00 p.m.**

|  |  |
|---|---|
|  | **MCCARTER & ENGLISH, LLP** |
| Date:  July 8, 2021 | */s/ Kate R. Buck*<br>Kate R. Buck (No. 5140)<br>Shannon D. Humiston (No. 5740)<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6300<br>Facsimile:   (302) 984-6399<br>Email:  kbuck@mccarter.com<br>          shumiston@mccarter.com<br><br>*Counsel to Protective Life Insurance Company* |