# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James E. Frankel, Esq. of Venable LLP to represent Permasteelisa North America Corp. in this action.

Dated:  June 8, 2021

**VENABLE LLP**

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Tel:  (302) 298-3535
Fax: (302) 298-3550
daobrien@venable.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund revised August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

June 8, 2021

*/s/ James E. Frankel*
James E. Frankel
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel:  (212) 307-5500

**ORDER GRANT**

Dated: June 9th, 2021
Wilmington, Delaware

IT IS HEREBY ORDERED that counsel's _____ice is granted.

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE