# CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on June 10, 2021, I caused a copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be served, in the manner indicated, upon the parties set forth below; and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

| **By Email** | **By First-Class Mail** |
|---|---|
| *(Counsel to the Petitioning Creditors)* <br> Daniel A. O'Brien <br> Venable LLP <br> 1201 N. Market Street, Suite 1400 <br> Wilmington, DE 19801 <br> Email: daobrien@venable.com | United States Department of Justice <br> Office of the United States Trustee <br> 844 King Street, Suite 2207 <br> Lockbox #35 <br> Wilmington, DE 19801 |

**By Email**
*(Counsel to the Petitioning Creditors)*
Jeffrey S. Sabin
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
Email: JSSabin@Venable.com

 

            */s/ Marcy J. McLaughlin Smith*
            Marcy J. McLaughlin Smith (No. 6184)

#116771746 v1