# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | **Re: Dkt. No. _____** |

**ORDER APPROVING STIPULATION EXTENDING DEADLINE
FOR THE ALLEGED DEBTOR PARK PLACE DEVELOPMENT
PRIMARY, LLC TO RESPOND TO INVOLUNTARY PETITION**

Upon consideration of the *Stipulation Extending Deadline for the Alleged Debtor Park Place Development Primary, LLC to Respond to Involuntary Petition* (the "Stipulation"),[1] attached hereto as **Exhibit A**, by and between Construction Realty Safety Group, Inc., Domani Inspection Services, Inc., Ismael Leyva Architect, P.C., S&E Bridge & Scaffold LLC, Trade Off Plus, LLC, and Permasteelisa North America Corp. (collectively, the "Petitioning Creditors"), and Park Place Development Primary, LLC (the "Alleged Debtor", together with the Petitioning Creditors, the "Parties"), extending the time for the Alleged Debtor to move, answer or otherwise respond to the Involuntary Petition, in accordance with the Federal Rules of Bankruptcy Procedure, to July 6, 2021; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation need be given; it is hereby:

ORDERED, that the Stipulation is APPROVED; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

ORDERED, that the Alleged Debtor shall move, answer or otherwise respond to the

Involuntary Petition, in accordance with the Federal Rules of Bankruptcy Procedure, on or before

July 6, 2021.

Dated:  June _____, 2021

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | |

**STIPULATION EXTENDING DEADLINE**
**FOR THE ALLEGED DEBTOR PARK PLACE DEVELOPMENT**
**PRIMARY, LLC TO RESPOND TO INVOLUNTARY PETITION**

**WHEREAS**, on May 24, 2021, Construction Realty Safety Group, Inc., Domani Inspection Services, Inc., Ismael Leyva Architect, P.C., S&E Bridge & Scaffold LLC, Trade Off Plus, LLC, and Permasteelisa North America Corp. (collectively, the "Petitioning Creditors") filed an involuntary petition under Chapter 7 of Title 11 of the United States Code (the "Involuntary Petition") against Park Place Development Primary, LLC (the "Alleged Debtor", together with the Petitioning Creditors, the "Parties");

**WHEREAS**, the Involuntary Petition was served by summons on the Alleged Debtor on May 25, 2021; and

**WHEREAS**, the Parties have agreed to extend the Alleged Debtor's deadline to move, answer or otherwise respond to the Involuntary Petition, in accordance with the Federal Rules of Bankruptcy Procedure, to July 6, 2021.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel, subject to the approval of the Court, that:

1.      The deadline for the Alleged Debtor to move, answer or otherwise respond to the Involuntary Petition, in accordance with the Federal Rules of Bankruptcy Procedure, is extended through and including July 6, 2021.

1

**VENABLE LLP**

  */s/ Daniel A. O'Brien*
Daniel A. O'Brien (#4897)
1201 N. Market Street, Suite 1400
Wilmington, Delaware 19801
Tel: (302) 298-3523
Fax: (302) 298-3550
daobrien@venable.com

    -and-

Jeffrey S. Sabin
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel: (212) 307-5500
jssabin@venable.com

*Counsel for the Petitioning Creditors*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

  */s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (#6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19801
Tel: (302) 777-6500
Fax: (302) 421-8390
marcy.smith@troutman.com

    -and-

Gary Marsh
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3000
gary.marsh@troutman.com

    -and-

Brett D. Goodman
875 Third Avenue
New York, NY 10022
Tel: (212) 704-6000
Brett.goodman@troutman.com

*Counsel for the Alleged Debtor*