IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re: : Chapter 7
:
PARK PLACE DEVELOPMENT : Case No. 21-10849 (CSS)
PRIMARY, LLC, :
:
         Alleged Debtor. x
----------------------------------------------------------------

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF GARY W. MARSH**

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gary W. Marsh of Troutman Pepper Hamilton Sanders LLP to represent Park Place Development Primary, LLC in the above-captioned case and any contested matter or adversary proceeding related thereto.

Date: June 10, 2021          */s/ Marcy J. McLaughlin Smith*
Wilmington, Delaware          Marcy J. McLaughlin Smith (DE No. 6184)
         **TROUTMAN PEPPER HAMILTON SANDERS LLP**
         Hercules Plaza, Suite 5100
         1313 N. Market Street
         Wilmington, Delaware 19801
         Tel: (302) 777-6535

         *Counsel to Park Place Development Primary, LLC*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

    Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of Georgia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: June 10, 2021          */s/ Gary W. Marsh*
         Gary W. Marsh
         **TROUTMAN PEPPER HAMILTON SANDERS LLP**
         600 Peachtree Street, NE, Suite 3000
         Atlanta, GA 30308
         Telephone: (404) 885-2618
         Facsimile: (404) 962-6983
         Email: gary.marsh@troutman.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.