# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| PARK PLACE DEVELOPMENT PRIMARY, LLC, | : | Case No. 21-10849 (CSS) |
| | : | |
| Alleged Debtor. | : | |

---

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF BRETT D. GOODMAN

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Brett D. Goodman of Troutman Pepper Hamilton Sanders LLP to represent Park Place Development Primary, LLC in the above-captioned case and any contested matter or adversary proceeding related thereto.

Date: June 10, 2021  
Wilmington, Delaware

*/s/ Marcy J. McLaughlin Smith*  
Marcy J. McLaughlin Smith (DE No. 6184)  
**TROUTMAN PEPPER HAMILTON SANDERS LLP**  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
Wilmington, Delaware 19801  
Tel: (302) 777-6535

*Counsel to Park Place Development Primary, LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bars of the States of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: June 10, 2021

*/s/ Brett D. Goodman*  
Brett D. Goodman  
**TROUTMAN PEPPER HAMILTON SANDERS LLP**  
875 Third Avenue  
New York, NY 10022  
Telephone: (212) 704-6170  
Facsimile: (212) 704-5966  
E-mail: brett.goodman@troutman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.