# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Park Place Development Primary, LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 21-10849 (CSS) |

## STIPULATION EXTENDING DEADLINE
## FOR THE ALLEGED DEBTOR PARK PLACE DEVELOPMENT
## PRIMARY, LLC TO RESPOND TO INVOLUNTARY PETITION

**WHEREAS**, on May 24, 2021, Construction Realty Safety Group, Inc., Domani Inspection Services, Inc., Ismael Leyva Architect, P.C., S&E Bridge & Scaffold LLC, Trade Off Plus, LLC, and Permasteelisa North America Corp. (collectively, the "Petitioning Creditors") filed an involuntary petition under Chapter 7 of Title 11 of the United States Code (the "Involuntary Petition") against Park Place Development Primary, LLC (the "Alleged Debtor", together with the Petitioning Creditors, the "Parties");

**WHEREAS**, the Involuntary Petition was served by summons on the Alleged Debtor on May 25, 2021; and

**WHEREAS**, the Parties have agreed to extend the Alleged Debtor's deadline to move, answer or otherwise respond to the Involuntary Petition, in accordance with the Federal Rules of Bankruptcy Procedure, to July 6, 2021.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel, subject to the approval of the Court, that:

1. The deadline for the Alleged Debtor to move, answer or otherwise respond to the Involuntary Petition, in accordance with the Federal Rules of Bankruptcy Procedure, is extended through and including July 6, 2021.

1

| | |
|---|---|
| **VENABLE LLP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Daniel A. O'Brien* | */s/ Marcy J. McLaughlin Smith* |
| Daniel A. O'Brien (#4897) | Marcy J. McLaughlin Smith (#6184) |
| 1201 N. Market Street, Suite 1400 | Hercules Plaza, Suite 5100 |
| Wilmington, Delaware 19801 | 1313 N. Market Street, P.O. Box 1709 |
| Tel: (302) 298-3523 | Wilmington, DE 19801 |
| Fax: (302) 298-3550 | Tel: (302) 777-6500 |
| daobrien@venable.com | Fax: (302) 421-8390 |
| | marcy.smith@troutman.com |
| -and- | |
| | -and- |
| Jeffrey S. Sabin | |
| 1270 Avenue of the Americas, 24th Floor | Gary Marsh |
| New York, New York 10020 | 600 Peachtree Street, N.E., Suite 3000 |
| Tel: (212) 307-5500 | Atlanta, GA 30308 |
| jssabin@venable.com | Tel: (404) 885-3000 |
| | gary.marsh@troutman.com |
| *Counsel for the Petitioning Creditors* | |
| | -and- |
| | |
| | Brett D. Goodman |
| | 875 Third Avenue |
| | New York, NY 10022 |
| | Tel: (212) 704-6000 |
| | Brett.goodman@troutman.com |
| | |
| | *Counsel for the Alleged Debtor* |