# CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 11th day of June 2021, a true and correct copy of *Statement of Corporate Ownership of Domani Inspection Services, Inc.* was served on the parties below in the manner(s) indicated.

*/s/ Daniel A. O'Brien, Esq.*
Daniel A. O'Brien (No. 4897)

**Via First Class U.S. Mail**

United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Gary W. Marsh
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308

*Counsel for Park Place Development Primary, LLC*

Brett D. Goodman
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022

*Counsel for Park Place Development Primary, LLC*

Marcy J. McLaughlin Smith
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801

*Counsel for Park Place Development Primary, LLC*

Brian M. Streicher
ERNSTROM & DRESTE, LLP
925 Clinton Square
Rochester, New York 14604

*Counsel for Gilbane Residential Construction LLC*

Daniel J. DeFranceschi
Russell C. Silberglied
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

*Counsel for Gilbane Residential Construction LLC*