IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| PARK PLACE DEVELOPMENT PRIMARY, LLC,[1] | : | Case No. 21-10849 (CSS) |
| Alleged Debtor. | : | **Objection Deadline:** July 20, 2021 at 4:00 p.m. (ET) **Hearing Date:** August 18, 2021 at 11:00 a.m. (ET) |

**NOTICE OF MOTION OF THE ALLEGED DEBTOR PURSUANT TO SECTIONS 303 AND 305 OF THE BANKRUPTCY CODE FOR DISMISSAL OF, OR ABSTENTION FROM, THE INVOLUNTARY BANKRUPTCY PETITION**

PLEASE TAKE NOTICE that on July 6, 2021, Park Place Development Primary, LLC, through its undersigned counsel, filed the **Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention from, the Involuntary Bankruptcy Petition** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, a hearing on the Motion will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 6, 824 N. Market Street, Wilmington, Delaware 19801 on **August 18, 2021 at 11:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that any objection or other response to the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 20, 2021 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (ii) served so as to be actually received no later than the Objection Deadline by the undersigned counsel to Park Place Development Primary, LLC.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

---

[1] The last four digits of the Alleged Debtor's U.S. tax identification number is 1708. The address of the Alleged Debtor's corporate headquarters is: 31 West 27th Street, 9th Floor, New York, NY 10001.

-1-

-2-

| | |
|---|---|
| Dated: July 6, 2021<br>Wilmington Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>*/s/ Marcy J. McLaughlin Smith*<br>Marcy J. McLaughlin Smith (DE 6184)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: marcy.smith@troutman.com<br><br>-and-<br><br>Gary W. Marsh (admitted *pro hac vice*)<br>600 Peachtree Street, NE<br>Suite 3000<br>Atlanta, GA 30308<br>Telephone: (404) 885-2618<br>Facsimile: (404) 962-6983<br>Email: gary.marsh@troutman.com<br><br>-and-<br><br>Brett D. Goodman (admitted *pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 704-6000<br>Facsimile: (212) 704-5966<br>Email: brett.goodman@troutman.com<br><br>*Counsel to Park Place Development Primary, LLC* |