# EXHIBIT A

**Proposed Order**

#117023999 v7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| PARK PLACE DEVELOPMENT PRIMARY, LLC,[1] | : | Case No. 21-10849 (CSS) |
|  | : |  |
|  | : | **Re: D.I. \_\_\_\_** |
| Alleged Debtor. | x |  |

**ORDER GRANTING MOTION OF THE ALLEGED DEBTOR PURSUANT TO SECTIONS 303 AND 305 OF THE BANKRUPTCY CODE FOR DISMISSAL OF, OR ABSTENTION FROM, THE INVOLUNTARY BANKRUPTCY PETITION**

Upon consideration of the *Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention from, the Involuntary Bankruptcy Petition* (the "Motion")[2]; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED as set forth herein.

    2.    The above-captioned case is dismissed pursuant to Section 303 of the Bankruptcy Code.

---

[1] The last four digits of the Alleged Debtor's U.S. tax identification number is 1708. The address of the Alleged Debtor's corporate headquarters is: 31 West 27th Street, 9th Floor, New York, NY 10001.

[2] Capitalized terms used herein but not otherwise defined shall retain the meaning ascribed to them in the Motion.

#117023999 v7

3. The Court hereby abstains pursuant to Section 305 of the Bankruptcy Code, no order for relief related to the Involuntary Petition will be entered, and the above-captioned case is dismissed.

4. The Court retains jurisdiction over requests related to this Order, including, without limitation, any requests pursuant to Section 303(i) of the Bankruptcy Code. Any such requests must be made by motion within 30 days of the entry of this Order.

5. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation of this Order.

#117023999 v7