**<u>Exhibit 2</u>**



QUINN McCABE

December 24, 2019

**VIA FedEx and Email:**

Gilbane Residential Construction LLC
c/o Gilbane Building Company
88 Pine Street, 27th Floor
New York, NY  10005

Attention:    Brad Gordon, Esq.
                    Michael Davis, Esq.

Dear Sirs:

As you know, we are counsel to Park Place Development Primary LLC ("Owner") in connection with the project located at 45 Park Place, New York, New York (the "Project").    Pursuant to Section 11.3 of the Construction Management Agreement between Owner and Gilbane Residential Construction LLC ("Gilbane"), dated March 25, 2015, as amended (the "CMA"), upon the termination of the CMA for convenience, Gilbane is obligated to "take all actions necessary or as Owner may direct to protect the work and minimize all costs resulting from the termination."  As you know, by letter from Permasteelisa North America ("PNA") dated December 23, 2019, PNA purported to terminate its subcontract with Gilbane.  By this letter, in order to protect the fabricated panels and other materials ("Work") stored at PNA's facility and to minimize Owner's costs, Owner directs Gilbane to take appropriate action to immediately secure the Work being stored at PNA's facility and move such Work to a storage facility to be selected by Owner, at its cost.  Please keep me advised as to the status of Gilbane's efforts.

Very truly yours,

Christopher P. McCabe

cc:    John Dreste, Esq.
        Jamie Frankel, Esq.