**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**PARK PLACE DEVELOPMENT PRIMARY,**<br>**LLC**<br><br><div align="center">**Alleged Debtor.**</div> | **Chapter 7 (Involuntary)**<br><br>**Case No. 21-10849 (CSS)**<br><br>**Objection Deadline:**<br>**July 22, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date:**<br>**August 18, 2021 at 11:00 a.m. (ET)** |

**NOTICE OF MALAYAN BANKING BERHAD, NEW YORK**
**BRANCH'S MOTION FOR ENTRY OF AN ORDER DISMISSING THE**
**ALLEGED DEBTOR'S INVOLUNTARY CHAPTER 7 PETITION OR,**
**IN THE ALTERNATIVE GRANTING RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that on July 8, 2021, Malayan Banking Berhad, New York Branch (the "Administrative Agent"), as Administrative Agent for Malayan Banking Berhad, London Branch, Intesa Sanpaolo S.P.A., New York Branch, Warba Bank K.S.C.P., and 45 Park Place Investments, LLC (collectively with the Administrative Agent, the "Lenders") filed the *Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(A) and 305(A) or, in the Alternative, for Relief from The Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"), pursuant to which the Administrative Agent seeks the entry of an order (i) dismissing the involuntary petition (the "Involuntary Petition") of the above-captioned alleged debtor (the "Alleged Debtor") for cause and with prejudice pursuant to section 349(a) of the Bankruptcy Code and (ii) granting relief from the automatic stay pursuant to sections 362(d)(1) and (d)(2) of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 18, 2021 AT 11:00 A.M.** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-(c)) to the attached Motion prior to the Objection Deadline (as defined below).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **July 22, 2021 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States

<div align="center">1</div>

Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by counsel to the Administrative Agent at the addresses set forth below.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT the hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

PLEASE TAKE FURTHER NOTICE THAT the attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank]*

DOCS_DE:235248.1 68700/001

Dated:  July 8, 2021                  */s/ Laura Davis Jones*
Wilmington, Delaware            Laura Davis Jones, Esq. (DE Bar No. 2436)
                                **PACHULSKI STANG ZIEHL & JONES LLP**
                                919 North Market Street, 17th Floor
                                P.O. Box 8705
                                Wilmington, Delaware 19899-8705 (Courier 19801)
                                Telephone:    (302) 652-4100
                                Facsimile:    (302) 652-4400
                                Email:        ljones@pszjlaw.com

                                **-and-**

                                Gary L. Kaplan, Esq. (*pro hac vice pending*)
                                Matthew D. Parrott, Esq. (*pro hac vice pending*)
                                Andrew M. Minear, Esq. (*pro hac vice pending*)
                                **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
                                One New York Plaza
                                New York, NY 10004
                                Telephone:  (212) 859-8000
                                Facsimile:  (212) 859-4000
                                Email:      Gary.Kaplan@friedfrank.com
                                            Matthew.Parrott@friedfrank.com
                                            Andrew.Minear@friedfrank.com

                                *Counsel for Malayan Banking Berhad,*
                                *New York Branch, as Administrative Agent for*
                                *Malayan Banking Berhad, London Branch, Intesa*
                                *Sanpaolo S.P.A., New York Branch, Warba Bank*
                                *K.S.C.P., and 45 Park Place Investments, LLC*

DOCS_DE:235248.1 68700/001