UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: §
§
W.R. Grace & Co.-Conn. § Case No. 01-01140PJW
§ (Chapter 11)
Debtor. § Hon. Peter J. Walsh

**REQUEST FOR NOTICE PURSUANT TO**
**BANKRUPTCY RULE 2002 AND ALL PLEADINGS**
**PURSUANT TO BANKRUPTCY RULE 3017(a)**

Haynes and Boone, L.L.P. and McGarvey, Heberling, Sullivan & McGarvey P.C., as counsel to numerous asbestos claimants who are creditors and parties-in-interest in this bankruptcy case, request copies of all matters (including plans and disclosure statements) filed or noticed by any party herein pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (b) and 3017(a). Copies of all such items should be addressed as follows:

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901
406-752-5566
406-752-7124 FAX

and to

Patrick L. Hughes, Esq.
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012
713-547-2000
713-547-2600 FAX

H-250739.1

Respectfully submitted this 3d day of April, 2000.

McGARVEY, HEBERLING, SULLIVAN &
McGARVEY, P.C.
Jon L. Heberling
745 South Main Street
Kalispel MT 59901
406-752-5566
406-752-7124 (FAX)

and

HAYNES AND BOONE, L.L.P.

By: _____
Patrick L. Hughes
1000 Louisiana, Suite 4300
Houston TX 77002
713-547-2000
713-547-2600 (FAX)

**CERTIFICATE OF SERVICE**

I certify that a correct copy of the foregoing was sent by United States Mail, postage prepaid, to all parties on the attached Service List on this 3d day of April, 2000.

_____
PATRICK L. HUGHES

H-250399.1                           2

# SERVICE LIST

## W.R. GRACE & CO.-CONN.

### SERVICE TO ALL PARTIES VIA UNITED STATES FIRST CLASS MAIL

#### COUNSEL TO DEBTOR:

Laura Davis Jones
Pachulski, Stang, Ziehl, et al
P.O. Box 8705
Wilmington, DE 19899-8705
(fax: 302-652-4400)

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(fax: 312-861-2200)

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150
(fax:)

#### UNITED STATES TRUSTEE:

Office of the United States Trustee
601 Walnut Street, Room 950 West
Philadelphia, PA 19106
(fax: 215-597-5795)

#### INTERESTED PARTIES AND COUNSEL FOR ASBESTOS CREDITORS

Peter Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
(fax: 202/429-3301)

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th FL
New York, NY 10022
(fax: 212/644-6755)

Theodore Goldberg, Esq.
Mark C. Meyer, Esq.
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue, Third Floor

Pittsburgh, PA 15219-6295
(fax: 412/471-8308)

Mark Lanier, Esq.
Patrick N. Haines, Esq.
Lanier Parker & Sullivan, P.C.
1331 Lamar, Suite 1550
Houston, Texas 77010
(fax: 713/659-2204)

Alan Rich, Esq.
Russell Budd, Esq.
Baron & Budd, P.C.
The Centrum
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-4281

(fax: 214/520-1181)

Stephen J. Kherkher, Esq.
The Williams Baily Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5000
(fax: 713/230-2314)

Joseph F. Rice, Esq.
Nancy Worth Davis, Esq.
Ness Motley Loadhold Richardson
   & Poole, P.A.
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
(fax: 843/216-9450)

Brent W. Coon, Esq.
Provost Umphrey Law Firm
490 Park Street
Beaumont, TX 77704
(fax: 409/838-8888)

Paul L. Sadler, Esq.
D. Bryan Hughes, Esq.
Wellborn, Houston, Adkinson, Mann,
   Sadler & Hill, LLP
300 West Main Street
P.O. Box 1109
Henderson, TX 75653-1109
(fax: 903/657-6108)

Ian Cloud, Esq.
Robins, Cloud, Greenwood & Lubel LLP
910 Travis, Suite 2020
Houston, TX 77002
(fax: 713/650-1400)

Larry O. Norris, P.A.
101 Ferguson Street
Hattiesburgh, MS 39401-3812
(fax: 601/584-6634)

Silber Pearlman, P.C.
2711 North Haskell Ave, 5th FL, LB 32
Dallas, TX 75204
(fax: 214/824-8100)

Waters & Kraus
4807 West Lovers Lane
Dallas, TX 75209
(fax: 214/941-8855)

Paul D. Henderson, Esq.
Dies, Henderson & Carona
1009 West Green
Orange, TX 77630-5619
(fax: 409/883-4814)

C. Sanders McNew, Esq.
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038
(fax: 212/344-5461)

Shepard A. Hoffman, Esq.
301 North Charles Street
Baltimore, MD 21201-4306
(fax: 410/539-8407)

Brad B. Erens, Esq.
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL 60601-1692)
(fax: 312/782-8585)

Edwin H. Beachler, Esq.
Caroselli, Beachler, McTiernan
   & Convoy
312 Boulevard of the Allies
Pittsburgh, PA 15222
(fax: 412/391-7453)

Frank E. Stachyra, Esq.
Stachyra & Penn
111 West Washington Street
Chicago, IL 60602-2703
(fax: 312/782-4656)

Damon Chargois, Esq.
Foster & Sear, LLP
1201 North Watson Road, Suite 145
Arlington, TX 76006
(fax: 817/633-5507)

Michael Kaeske, Esq.
Kaeske Reeves, LLP
6301 Gaston, Suite 735
Dallas, TX 75214
(fax: 214/821-0977)

Richard S. Glasser, Esq.
Kendall, Hatten, Glasser, PLC
1001 East Broad Street, Suite 450
Richmond, VA 23219
(fax: 757/625-4115)

Michael V. Kelley, Esq.
Kelley & Ferraro, LLP
1901 Bond Court Building
1300 East 9th Street
Cleveland, OH 44114
(fax: 216/575-0799)

Glen W. Morgan, Esq.
Reaud, Morgan & Quinn
801 Laruel
Beaumont, TX 77701
(fax: 409/833-8236)

Terry Johnson, Esq.
455 East Illinois Street, Suite 361
Chicago, IL 50511
(fax: 312/922-3399)

Mark Freedlander, Esq.
Sable Pusateri Rosen Gordon & Adams
Frick Building, 7th Floor
Pittsburgh, PA 15219-6003
(fax: 412/281-2859)

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey
745 South Main Street
Kalispel, MT 59901
(fax: 406/752-7124)

H-250739.1                    5