# EXHIBIT A

**DECLARATION OF AHMAD HAMDI BIN ABDULLAH**



Malayan Banking Berhad
400 Park Avenue, 11th Floor
New York, NY 10022

Date:   June 1, 2021

To:     **Park Place Development Primary LLC**
Attn:   Sharif El-Gamal    Sharif@sohoproperties.com
        Seth Pomerantz     Seth@sohoproperties.com

cc      Credit NY          creditny@maybank.com

Re:     Park Place Development Primary LLC - USD174 Million Facility Agreement dtd 26-April-2016
        **LOAN PAYOFF effective 1-June-2021 - After 26-Apr-2019 Termination Date**

Reference is made to the Building Facility and Project Facility Agreements, dated as of 26-April-2016, made by and among Park Place Development Primary LLC, as obligor, the financier parties thereto, Malayan Banking Berhad, New York Branch, as administrative agent (the "Administrative Agent"), Malayan Banking Berhad, New York Branch and Warba Bank K.S.C.P., as co-lead arrangers and joint bookrunners, and Intesa SanPaolo S.P.A., New York Branch, as documentation agent (collectively, the "Facility Agreements").

The total aggregate principal balance, unpaid accrued profit and other amounts, if any, due under the Facility Agreements, as of June 1st 2021 are as follows (collectively, the "Payoff Amount"):

| | | |
|---|---|---:|
| **BUILDING LOAN** | | |
| Principal Outstanding | USD | 95,931,713.26 |
| Profit Due | | 14,668,691.79 |
| Withholding Tax | | 1,670,261.35 |
| Late Charge (Section 6.6 of Agreement) | | 1,106,004.05 |
| **PROJECT LOAN** | | |
| Principal Outstanding | | 11,887,103.83 |
| Profit Due | | 1,817,954.88 |
| Withholding Taxes for Warba Bank | | 205,735.08 |
| Late Charge (Section 6.6 of Agreement) | | 137,050.59 |
| Professional Services (CBRE) | | 43,468.75 |
| Professional Services (Kensington Title Search) | | 200.00 |
| Metal Trade Fees Murabaha Trades | | 37,640.82 |
| Administration Fees | | 242,133.28 |
| Legal Fees (Katten) | | 247,878.16 |
| Late Charge (Section 6.6 of Agreement) | | 5,713.21 |
| Forclosure Expenses (as at 30Sept2020) | | 2,860,457.83 |
| PPDP LLC Imprest Reserve Balance | | (5,991.70) |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD** | **130,856,015.18** |

Please remit total due and payable amount of: USD    130,856,015.18    to:
        **JP Morgan Chase, New York**
        **Swift Code: CHASUS33**
        **For Account of: Malayan Banking Berhad, NY**
        **Swift Code: MBBEUS33**
        **Account #: 544772682**
        **Attn:  Credit Admin**
        **Ref:  PPD Primary - Loan Payoff**

Notwithstanding anything herein to the contrary, if the Payoff Amount is not received in full by 2:00 pm NY time on 01-Jun-2021, the Payoff Amount set forth above will be recalculated by the Administrative Agent and such recalculated amount shall be the Payoff Amount hereunder.

The issuance of this Pay-Off Letter should not be construed as nor constitute, a waiver by the Financiers of any Event of Default or other breaches under the Facility Agreements or other douments executed in connection therewith, or any of the Financiers rights, claims or remedies, all of which are expressly reserved.

Very truly yours,
MALAYAN BANKING BERHAD, NEW YORK BRANCH
as Administrative Agent


By: _____
Name:   Hamdi Abdullah
Title:  General Manager