# EXHIBIT B

**DECLARATION OF AHMAD HAMDI BIN ABDULLAH**

## EXHIBIT B

**45 Park Place Development**
**Protective Advances**
**(Provided as of June 1, 2021)**

| Expense | Amount |
|---|---|
| AFCO Insurance | $140,861.29 |
| Property Taxes | $41,341.55 |
| Lockton Insurance | $292,557.96 |
| Builders Insurance | $43,382.48 |
| General Liability Insurance | $312,303.36 |
| Security Services | $243,776.19 |
| Fire Protection & Security | $2,640.22 |
| **Total:** | **$1,076,863.05** |