# EXHIBIT C

**DECLARATION OF AHMAD HAMDI BIN ABDULLAH**

## **EXHIBIT C**

**45 Park Place Development**
**Projected Protective Advances**
**(6 months from June 1, 2021 to December 1, 2021)**

| Expense | Amount |
|---|---|
| General Liability Insurance | $324,092.79 |
| Builders Risk Insurance | $127,073.80 |
| Security Services | $138,193.22 |
| CBRE Safety Report | $100,000.00 |
| **Total** | **$689,359.81** |