# EXHIBIT A

Declaration of Justin Casson

**State of New York**
*Department of State*
**DIVISION OF LICENSING SERVICES**

UNIQUE ID NUMBER
46000003220

FOR OFFICE USE ONLY
Control No. 1523878

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS.

EFFECTIVE DATE
MO. 05 | DAY 28 | YR. 20

CASSON JUSTIN P
C/O CB RICHARD ELLIS
60 RADNOR AVE
CROTON ON HUDSON, NY  10520

EXPIRATION DATE
MO. 05 | DAY 27 | YR. 22

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. GENERAL APPRAISER

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

ROSSANA ROSADO
SECRETARY OF STATE

DS-1098 (Rev. 3/01)

## QUALIFICATIONS OF

**Adam Weil**
**Senior Appraiser**

CBRE
VALUATION & ADVISORY SERVICES

One Penn Plaza, Suite 1835
New York, NY 10119
(212) 207-6040

### EDUCATION

Bachelor of Arts Degree in Economics
Grinnell College, Grinnell, Iowa 2011

### APPRAISAL EDUCATION

Basic Appraisal Principles, Appraisal Institute (100GR)
Basic Appraisal Procedures, Appraisal Institute (101GR)
Real Estate Finance, Statistics and Valuation Modeling, Appraisal Institute (300GR)
General Appraiser Market Analysis and Highest & Best Use, Appraisal Institute (400G)
General Appraiser Sales Comparison Approach, Appraisal Institute (401G)
General Appraiser Site Valuation & Cost Approach, Appraisal Institute (402G)
General Appraiser Income Approach/Part 1, Appraisal Institute (N403G)
General Appraiser Income Approach/Part 2, Appraisal Institute (N404G)

### EMPLOYMENT EXPERIENCE

| | | |
|---|---|---|
| 2013- Present | CBRE, Inc.<br>Valuation Associate | New York, NY |
| 2012- 2013 | Supply Vision<br>Administrator | Chicago, IL |
| 2011- 2012 | Inland Real Estate<br>CAM Accounting Assistant | Oak Brook, IL |

Engaged in the appraisal of commercial real estate in the New York Tri-State Region.  Assignments include office, retail, industrial, condominium, cooperative, apartment and LITHC multifamily work.

### EMPLOYMENT EXPERIENCE

Certified Real Estate General Appraiser: State of New York (#46000052137)

**State of New York**
*Department of State*
**DIVISION OF LICENSING SERVICES**

FOR OFFICE USE ONLY
Control No. 1523447

EFFECTIVE DATE
MO. 04 | DAY 03 | YR. 20

EXPIRATION DATE
MO. 04 | DAY 02 | YR. 22

NUMBER
2137

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS.

WEIL, ADAM D
C/O CBRE
ONE PENN PLAZA
STE 1835
NEW YORK, NY 10119

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. GENERAL APPRAISER

In Witness Whereof, The Department of State has caused its official seal to be hereunto affixed.

ROSSANA ROSADO
SECRETARY OF STATE

**QUALIFICATIONS OF**

**JUSTIN P. CASSON, MAI**
**Director, Multi-family Group**

**CBRE**
One Penn Plaza, Suite 1835
New York, New York 10119
(212) 715-5749

**EDUCATION**

Bachelor of Environmental Design, University of Colorado    Boulder, CO.

All Appraisal Institute coursework completed.

**LICENSES/CERTIFICATIONS**

Certified Real Estate General Appraiser:  State of New York State (#46000003220)

**PROFESSIONAL**

<u>Appraisal Institute</u>

Designated Member (MAI), Certificate No. 10892
Year 2000 President of Mid-Hudson Chapter of the Appraisal Institute

**COURT TESTIMONY PROVIDED ON REAL ESTATE**

United States Bankruptcy Court
New York State Supreme Court
Connecticut Bankruptcy Court

**EMPLOYMENT EXPERIENCE**

Real Estate appraisal and Consulting experience throughout the Northeast region.

| | | |
|---|---|---|
| 1986 - 1999 | Albert Valuation Group, Inc. | Tarrytown, New York |
| 1999 - 2007 | Cushman & Wakefield, Inc. | New York, New York |
| 2007 - Present | CBRE, Inc. | New York, New York |

Assignments involve appraisal of income-producing properties in the northeastern United States and, more specifically, throughout New York and Connecticut. Work scope includes demographics, feasibility studies, market surveys and investment analysis.