# EXHIBIT O

Declaration of Matthew Parrott

FILED: NEW YORK COUNTY CLERK 03/09/2021 12:14 PM
NYSCEF DOC. NO. 393

Case 01-01139-AMC    Doc -15    Filed 07/08/21    Page 2 of 16

INDEX NO. 850083/2020
about:blank
RECEIVED NYSCEF: 03/09/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

MALAYAN BANKING BERHAD, NEW YORK BRANCH, as Administrative Agent for MALAYAN BANKING BERHAD, LONDON BRANCH, INTESA SANPAOLO S.P.A., NEW YORK BRANCH, WARBA BANK K.S.C.P., and 45 PARK PLACE INVESTMENTS, LLC,

                         Plaintiff,

— against —

PARK PLACE DEVELOPMENT PRIMARY LLC, PARK PLACE PARTNERS DEVELOPMENT LLC, 45 PARK PLACE PARTNERS, LLC, SOHO PROPERTIES GENERAL PARTNER, LLC, SHARIF EL-GAMAL, STATE OF NEW YORK CIVIL RECOVERIES BUREAU, GILBANE RESIDENTIAL CONSTRUCTION LLC, US CRANE & RIGGING LLC, CONSTRUCTION REALTY SAFETY GROUP INC., TRADE OFF PLUS, LLC, ALL-CITY METAL INC., PERMASTEELISA NORTH AMERICA CORP., TRANSCONTINENTAL STEEL CORP., ISMAEL LEYVA ARCHITECT, P.C., PERI FORMWORK SYSTEMS, INC., ULE GROUP CORP. D/B/A UNITED LIGHTING ELECTRICAL CORP., S&E BRIDGE & SCAFFOLD LLC, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, and JOHN DOES 1-100, the last one hundred names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,

                         Defendants.

---

PERMASTEELISA NORTH AMERICA CORP.,

    Defendant and Cross-Claim/Counterclaim Plaintiff,

— against —

SOHO PROPERTIES INC.,

Additional Defendant on Cross-Claims and Counterclaim.

Mot. Seq. 002, 003 & 004

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

Index No. 850083/2020

Assigned to Justice
Francis A. Kahn III
IAS Part 32

GILBANE RESIDENTIAL CONSTRUCTION LLC,

Defendant and Cross-Claim/Counterclaim Plaintiff,

— against —

THE PACE COMPANIES NEW YORK, INC., PEAK MECHANICAL SOLUTIONS, INC., MEN OF STEEL REBAR FABRICATORS, LLC, and GOTHAM DRYWALL, INC.

Additional Defendants on Cross-Claims.

**WHEREAS**, this commercial mortgage foreclosure action was originally filed on or about March 11, 2020, with respect to defaults alleged to have occurred by the borrower under certain facility agreements by no later than May 2019, and

**WHEREAS**, by virtue of the COVID-19 pandemic, suspensions of proceedings, and various Administrative Orders relating to the pandemic, proceedings in this action were halted for many months, and

**WHEREAS**, several parties to this action eventually brought on motions for various sorts of relief but none of those motions (the "Pending Motions") have yet been returnable, and

**WHEREAS**, Defendant State of New York Civil Recoveries Bureau appeared in this action and filed a waiver of all papers in this action other than the "Amended Complaint, Notice of Sale, Referee's Report of Sale, Notice of Surplus Money Proceedings, and Notice of Application to Discontinue Action", and

**WHEREAS**, a status conference was held on February 25, 2021 at which the Court directed counsel to agree to a schedule for filing of answers by the borrower defendant and certain affiliated defendants, remaining briefing of the Pending Motions, and briefing of any

other motions, such that all motions in this action can be made returnable contemporaneously on a date to be determined by the Court, and

**WHEREAS**, the undersigned counsel for the parties have conferred and agreed to a schedule consistent with the Court's direction, but require the Court's approval and entry of this stipulated proposed order (the "Stipulation") to proceed as directed, and

**WHEREAS**, the Stipulation is being made and entered into by and among:

Plaintiff **Malayan Banking Berhad, New York Branch, as administrative agent for Malayan Banking Berhad, London Branch, Intesa Sanpaolo S.P.A., New York Branch, Warba Bank K.S.C.P., and 45 Park Place Investments, LLC** ("Plaintiff"), by its attorneys Fried, Frank, Harris, Shriver, & Jacobson LLP,

Defendant **Park Place Development Primary LLC** (the "Borrower"), by its attorneys Goldberg Weprin Finkel Goldstein LLP,

Defendant **Park Place Partners Development LLC** (the "Museum Owner"), by its attorneys Morrison Cohen LLP,

Defendant **45 Park Place Partners, LLC**, by its attorneys Goldberg Weprin Finkel Goldstein LLP,

Defendant **Soho Properties General Partner, LLC**, by its attorneys Goldberg Weprin Finkel Goldstein LLP,

Defendant **Sharif El-Gamal** (collectively with the Borrower, 45 Park Place Partners, LLC and Soho Properties General Partner, LLC, the "El-Gamal Defendants"), by its attorneys Goldberg Weprin Finkel Goldstein LLP,

Defendant **Gilbane Residential Construction LLC** ("Gilbane"), by its attorneys Ernstrom & Dreste, LLP,

FILED: NEW YORK COUNTY CLERK 03/09/2021 12:14 PM
NYSCEF DOC. NO. 393
Case 01-01139-AMC    Doc -15    Filed 07/08/21    Page 5 of 16
INDEX NO. 850083/2020
RECEIVED NYSCEF: 03/09/2021
about:blank

Defendant **US Crane & Rigging LLC** ("USCR"), by its attorneys Timothy P. McColgan,

Defendant **Construction Realty Safety Group Inc.** ("CRS"), by its attorneys the Law Office of Erin M. McGinnis, PLLC,

Defendant **Trade Off Plus, LLC** ("Trade Off Plus"), by its attorneys the Law Office of Erin M. McGinnis, PLLC,

Defendant **Permasteelisa North America Corp.** ("PNA"), by its attorneys Venable LLP,

Defendant **Transcontinental Steel Corp.** ("Transcontinental"), by its attorneys Zetlin & DeChiara, LLP,

Defendant **Ismael Leyva Architect, P.C.** ("Ismael"), by its attorneys The Schutzer Group, PLLC,

Defendant **S&E Bridge & Scaffold LLC** ("S&E"), by its attorneys Welby Brady & Greenblatt LLP, and

Additional Defendant on Cross-Claims **Men of Steel Rebar Fabricators, LLC** ("Men of Steel"), by its attorneys Cohen Seglias Pallas Greenhall & Furman PC,[1]

(The parties to this Stipulation may hereinafter be referred to singularly or collectively as, respectively, a "Party" or the "Parties"), and

**WHEREAS**, the Parties wish to adopt a briefing schedule for the following Pending Motions:

---

[1] Defendants Gilbane, USCR, CRS, Trade Off Plus, PNA, Transcontinental, Ismael, S&E, and Men of Steel will be referred to hereafter as the "Non-Defaulting Lienholders."

-4-

The motion by Defendant Park Place Partners Development LLC (the "Museum Owner") to dismiss this action as against it only pursuant to CPLR 3211(a)(1) and 3211(a)(7) (the "First Museum Owner Motion to Dismiss") (Mot. Seq. 002); and

the motion by Museum Owner to dismiss the cross-claims asserted against it by Defendant/Cross-Claim Plaintiff US Crane & Rigging LLC pursuant to CPLR 3211(a)(1) and 3211(a)(7) (the "Second Museum Owner Motion to Dismiss") (Mot. Seq. 003); and

the motion by Plaintiff for assorted relief (the "Plaintiff's Omnibus Motion") (Mot. Seq. 004), and

**WHEREAS**, Plaintiff and the El-Gamal Defendants wish to withdraw the portion of the Plaintiff's Omnibus Motion insofar as it sought default judgment against the El-Gamal Defendants in order to permit the El-Gamal Defendants to serve an answer/answers to the First Amended Verified Complaint,

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned parties, through their respective counsel, as follows:

1. Plaintiff hereby withdraws, without prejudice, that branch of Plaintiff's Omnibus Motion (Mot. Seq. 4) that sought a default judgment against the El-Gamal Defendants, but in all other respects proceeds with that motion.

2. The El-Gamal Defendants shall answer or otherwise move in response to Plaintiff's First Amended Verified Complaint and file same via NYSCEF on or before April 23, 2021.

3. Plaintiff shall serve and file via NYSCEF any response to the El-Gamal Defendants' answer (and any counterclaims asserted therein) and any motion for summary

judgment by Plaintiffs as against the El-Gamal Defendants (the "Summary Judgment Motion"), or any opposition to an El-Gamal Defendants' motion to dismiss (if any) (the "El Gamal Defendants' Motion"), on or before Friday, June 4, 2021.

4. The El-Gamal Defendants shall serve and file via NYSCEF any motion papers in opposition to the Summary Judgment Motion or in response to Plaintiff's opposition to the El-Gamal Defendants' Motion (if any) on or before Friday, July 16, 2021.

5. Plaintiff shall serve and file via NYSCEF reply papers, if any, and answering papers in response to cross-motions, if any, with respect to the Summary Judgment Motion on or before Friday, August, 13, 2021.

6. Any motion papers in opposition to Plaintiff's Omnibus Motion (as limited by this Stipulation), any papers in opposition to the Second Museum Owner Motion to Dismiss, and any cross-moving papers, shall be served and filed via NYSCEF on or before Wednesday, May 26, 2021.

7. Reply papers, if any, and answering papers in response to cross-motions, if any, with respect to Plaintiff's Omnibus Motion, and the Second Museum Owner Motion to Dismiss shall be served and filed via NYSCEF on or before Friday, July 16, 2021. If cross-motion(s) have been served and filed with respect to Plaintiff's Omnibus Motion as described in paragraph 6, and if responses to such cross-motion(s) have been served and filed in accordance with the first sentence of this paragraph, reply papers with respect to such cross-motion(s) shall be served and filed via NYSCEF on or before Friday, August 13, 2021.

8. Any other motions that might be made in this action by any party or any person that has to date failed to appear (the "New Motions") shall be made in a manner generally consistent with the schedule described in paragraphs 6-7 above, *i.e.*, any such motion shall be

FILED: NEW YORK COUNTY CLERK 03/09/2021 12:14 PM
NYSCEF DOC. NO. 393
INDEX NO. 850083/2020
RECEIVED NYSCEF: 03/09/2021

Case 01-01139-AMC   Doc -15   Filed 07/08/21   Page 8 of 16

Firefox                                                                 about:blank

7 of 15

made on or before Wednesday, May 26, 2021, opposing and cross-moving papers, if any, shall be served and filed via NYSCEF on or before Friday, July 16, 2021, reply papers and responses to cross-motions, if any, shall be served and filed via NYSCEF on or before Friday, August 13, 2021.

9. The return date for the First Museum Owner Motion to Dismiss (Motion Seq. 002), the Second Museum Owner Motion to Dismiss (Motion Seq. 003), Plaintiff's Omnibus Motion (Motion Seq. 004), the El-Gamal Defendants' Motion (if any), the Summary Judgment (if any), any New Motions, and any cross-motions with respect to the foregoing, shall be Tuesday, August 17, 2021.

10. In the event any moving, opposing or reply papers cannot be filed via NYSCEF within the time periods prescribed above because the return dates have not been amended or any other reason, the party serving such papers shall serve all parties via email, and all parties hereto agree to accept such service via email.

11. Within 7 days of entry of this [Proposed] Order, Plaintiff shall serve a copy with notice of entry upon all parties to this action who have not yet appeared via NYSCEF pursuant to CPLR 2103.

12. The use and validity of electronic/facsimile signatures in counterpart herein shall have the same force and effect as wet-ink signatures, and each counterpart shall have the same force and effect as originals, and that any executed counterpart of this stipulation, including any with one or more photocopies, electronic or faxed signatures, may be filed with the Clerk of the Court, or used as an original for any and all purposes.

Dated: New York, New York
March 5, 2021

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____
Matthew D. Parrott

One New York Plaza
New York, New York 10004-1980
(212) 859-8000

m.parrott@friedfrank.com

*Attorneys for Plaintiff Malayan Banking Berhad, New York Branch, as Administrative Agent for Malayan Banking Berhad, London Branch, Intesa Sanpaolo S.P.A., New York Branch, Warba Bank K.S.C.P., and 45 Park Place Investments, LLC*

GOLDBERG WEPRIN FINKEL
GOLDSTEIN LLP

By: _____
Matthew Hearle (*w/ permission*)

1501 Broadway – 22nd Floor
New York, NY 10036
212-221-5700
mhearle@gwfglaw.com
*Attorneys for Defendants Park Place Development Primary, LLC, 45 Park Place Partners LLC, Soho Properties General Partner, LLC, and Sharif El-Gamal*

MORRISON COHEN LLP

By: _____
Latisha V. Thompson

909 Third Avenue
New York, NY 10022
212-735-8600
lthompson@morrisoncohen.com
*Attorneys for Defendant/Cross-Claim Defendant Park Place Partners Development, LLC*

-8-

Dated: New York, New York
March 5, 2021

                FRIED, FRANK, HARRIS, SHRIVER
                   & JACOBSON LLP

                By: _____
                         Matthew D. Parrott

                One New York Plaza
                New York, New York 10004-1980
                (212) 859-8000

                m.parrott@friedfrank.com

                *Attorneys for Plaintiff Malayan Banking Berhad,*
                *New York Branch, as Administrative Agent for*
                *Malayan Banking Berhad, London Branch, Intesa*
                *Sanpaolo S.P.A., New York Branch, Warba Bank*
                *K.S.C.P., and 45 Park Place Investments, LLC*

| | |
|---|---|
| GOLDBERG WEPRIN FINKEL<br>GOLDSTEIN LLP | MORRISON COHEN LLP |
| By: _____<br>Matthew Hearle | By: *[signature]* _____<br>Latisha V. Thompson |
| 1501 Broadway – 22nd Floor<br>New York, NY 10036<br>212-221-5700<br>mhearle@gwfglaw.com<br>*Attorneys for Defendants Park Place Development Primary, LLC, 45 Park Place Partners LLC, Soho Properties General Partner, LLC, and Sharif El-Gamal* | 909 Third Avenue<br>New York, NY 10022<br>212-735-8600<br>lthompson@morrisoncohen.com<br>*Attorneys for Defendant/Cross-Claim Defendant Park Place Partners Development, LLC* |

-8-

ERNSTROM & DRESTE, LLP

By: _____
    John W. Dreste

925 Clinton Square
Rochester, New York 14604
585-473-3100
JDreste@ed-llp.com
*Attorneys for Defendant/Counterclaim Plaintiff Gilbane Residential Construction LLC*

LAW OFFICE OF ERIN M. McGINNIS, PLLC

By: _____
    Adam Eisen

248 West 35th Street, Eighth Floor
New York, NY 10001
646-868-2425
emcginnis@crlegalgroup.com
aeisen@crlegalgroup.com
*Attorneys for Defendants Construction Realty Safety Group, Inc. and Trade Off Plus, LLC*

TIMOTHY P. McCOLGAN
Attorney at Law

By: _____
    Timothy P. McColgan

20 Duzine Road
New Paltz, NY 12561
845-419-5022
mccolganlaw@twcmetrobiz.com
*Attorneys for Defendant US Crane & Rigging, LLC*

VENABLE LLP

By: _____
    Gary L. Rubin

1270 Avenue of the Americas (24th Floor)
New York, New York 10020
212-307-5500
GLRubin@Venable.com
*Attorneys for Defendant/Counterclaim Plaintiff Permasteelisa North America Corp.*

-9-

| ERNSTROM & DRESTE, LLP | TIMOTHY P. McCOLGAN |
| --- | --- |
| | Attorney at Law |

By: _____
    John W. Dreste

By: _____
    Timothy P. McColgan

925 Clinton Square
Rochester, New York 14604
585-473-3100
JDreste@ed-llp.com
*Attorneys for Defendant/Counterclaim Plaintiff Gilbane Residential Construction LLC*

20 Duzine Road
New Paltz, NY 12561
845-419-5022
mccolganlaw@twcmetrobiz.com
*Attorneys for Defendant US Crane & Rigging, LLC*

LAW OFFICE OF ERIN M. McGINNIS, PLLC

VENABLE LLP

By: _____
    Adam Eisen

By: /s/ Gary L. Rubin
    Gary L. Rubin

248 West 35th Street, Eighth Floor
New York, NY 10001
646-868-2425
emcginnis@crlegalgroup.com
aeisen@crlegalgroup.com
*Attorneys for Defendants Construction Realty Safety Group, Inc. and Trade Off Plus, LLC*

1270 Avenue of the Americas (24th Floor)
New York, New York 10020
212-307-5500
GLRubin@Venable.com
*Attorneys for Defendant/Counterclaim Plaintiff Permasteelisa North America Corp.*

| ZETLIN & DE CHIARA LLP | THE SCHUTZER GROUP, PLLC |
|---|---|
| By: *Jamie L. Nardiello* /HW w/perm/BJN/<br>Jamie L. Nardiello<br>David A. Beatty | By: _____<br>Eric P. Schutzer |
| 801 Second Avenue<br>New York, NY 10017<br>212-682-6800<br>jnardiello@zdlaw.com<br>dbeatty@zdlaw.com<br>*Attorneys for Defendant Transcontinental Steel Corp.* | 330 Seventh Avenue, 15th Floor<br>New York, NY 10001<br>212-714-0700<br>ericschutzer@theschutzergroup.com<br>*Attorneys for Defendant/Counterclaim Plaintiff Ismael Leyva Architect, P.C.* |
| WELBY BRADY & GREENBLATT LLP | COHEN SEGLIAS PALLAS GREENHALL & FURHAM PC |
| By: _____<br>Michael I. Silverstein | By: _____<br>Gary J. Repke, Jr |
| 11 Martine Avenue Penthouse<br>White Plains, NY 10606<br>914-428-2100<br>MSilverstein@wbgllp.com<br>*Attorneys for Defendant S&E Bridge & Scaffold LLC* | 55 Broadway, Suite 901<br>New York, NY 10006<br>212-871-7400<br>grepke@cohenseglias.com<br>*Attorneys for Additional Defendant on Cross-Claims Men of Steel Rebar Fabricators, LLC* |

SO ORDERED:

_____, 2021          E N T E R

_____
Hon. Francis A. Kahn III, J.S.C.

-10-

23914570

| | |
|---|---|
| ZETLIN & DE CHIARA LLP | THE SCHUTZER GROUP, PLLC |
| By: _____<br>Jamie L. Nardiello<br>David A. Beatty | By: *Eric P. Schutzer* (signed)<br>Eric P. Schutzer |
| 801 Second Avenue<br>New York, NY 10017<br>212-682-6800<br>jnardiello@zdlaw.com<br>dbeatty@zdlaw.com<br>*Attorneys for Defendant Transcontinental Steel Corp.* | 330 Seventh Avenue, 15th Floor<br>New York, NY 10001<br>212-714-0700<br>ericschutzer@theschutzergroup.com<br>*Attorneys for Defendant/Counterclaim Plaintiff Ismael Leyva Architect, P.C.* |
| WELBY BRADY & GREENBLATT LLP | COHEN SEGLIAS PALLAS GREENHALL & FURHAM PC |
| By: _____<br>Michael I. Silverstein | By: _____<br>Gary J. Repke, Jr |
| 11 Martine Avenue Penthouse<br>White Plains, NY 10606<br>914-428-2100<br>MSilverstein@wbgllp.com<br>*Attorneys for Defendant S&E Bridge & Scaffold LLC* | 55 Broadway, Suite 901<br>New York, NY 10006<br>212-871-7400<br>grepke@cohenseglias.com<br>*Attorneys for Additional Defendant on Cross-Claims Men of Steel Rebar Fabricators, LLC* |

SO ORDERED:

_____ ____, 2021

ENTER

_____
Hon. Francis A. Kahn III, J.S.C.

-10-

23914570

| ZETLIN & DE CHIARA LLP | THE SCHUTZER GROUP, PLLC |
|---|---|
| By: _____<br>Jamie L. Nardiello<br>David A. Beatty<br><br>801 Second Avenue<br>New York, NY 10017<br>212-682-6800<br>jnardiello@zdlaw.com<br>dbeatty@zdlaw.com<br>*Attorneys for Defendant Transcontinental Steel Corp.* | By: _____<br>Eric P. Schutzer<br><br>330 Seventh Avenue, 15th Floor<br>New York, NY 10001<br>212-714-0700<br>ericschutzer@theschutzergroup.com<br>*Attorneys for Defendant/Counterclaim Plaintiff Ismael Leyva Architect, P.C.* |
| WELBY BRADY & GREENBLATT LLP | COHEN SEGLIAS PALLAS GREENHALL & FURHAM PC |
| By: /s/ Michael I. Silverstein<br>Michael I. Silverstein<br><br>11 Martine Avenue Penthouse<br>White Plains, NY 10606<br>914-428-2100<br>MSilverstein@wbgllp.com<br>*Attorneys for Defendant S&E Bridge & Scaffold LLC* | By: _____<br>Gary J. Repke, Jr<br><br>55 Broadway, Suite 901<br>New York, NY 10006<br>212-871-7400<br>grepke@cohenseglias.com<br>*Attorneys for Additional Defendant on Cross-Claims Men of Steel Rebar Fabricators, LLC* |

SO ORDERED:

_____ _____, 2021        E N T E R

_____
Hon. Francis A. Kahn III, J.S.C.

-10-

23914570

FILED: NEW YORK COUNTY CLERK 03/09/2021 12:14 PM
NYSCEF DOC. NO. 393
INDEX NO. 850083/2020
RECEIVED NYSCEF: 03/09/2021
Firefox                                                                    about:blank
Case 01-01139-AMC    Doc -15    Filed 07/08/21    Page 16 of 16

| ZETLIN & DE CHIARA LLP | THE SCHUTZER GROUP, PLLC |
|---|---|
| By: _____<br>Jamie L. Nardiello<br>David A. Beatty<br><br>801 Second Avenue<br>New York, NY 10017<br>212-682-6800<br>jnardiello@zdlaw.com<br>dbeatty@zdlaw.com<br>*Attorneys for Defendant Transcontinental Steel Corp.* | By: _____<br>Eric P. Schutzer<br><br>330 Seventh Avenue, 15th Floor<br>New York, NY 10001<br>212-714-0700<br>ericschutzer@theschutzergroup.com<br>*Attorneys for Defendant/Counterclaim Plaintiff Ismael Leyva Architect, P.C.* |
| WELBY BRADY & GREENBLATT LLP | COHEN SEGLIAS PALLAS GREENHALL & FURHAM PC |
| By: _____<br>Michael I. Silverstein<br><br>11 Martine Avenue Penthouse<br>White Plains, NY 10606<br>914-428-2100<br>MSilverstein@wbgllp.com<br>*Attorneys for Defendant S&E Bridge & Scaffold LLC* | By: *[signature]*<br>Gary J. Repke, Jr<br><br>55 Broadway, Suite 901<br>New York, NY 10006<br>212-871-7400<br>grepke@cohenseglias.com<br>*Attorneys for Additional Defendant on Cross-Claims Men of Steel Rebar Fabricators, LLC* |

SO ORDERED:

_____MARCH 8_____, 2021

ENTER

_[signature]_

Hon. Francis A. Kahn III, J.S.C.

**HON. FRANCIS A. KAHN III**
**J.S.C.**