**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PARK PLACE DEVELOPMENT PRIMARY, LLC,<br><br>Alleged Debtor. | Chapter 7 (Involuntary)<br><br>Case No. 21-10849 (CSS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Matthew D. Parrott of Fried, Frank, Harris, Shriver & Jacobson LLP to represent Malayan Banking Berhad, New York Branch, as Administrative Agent for Malayan Banking Berhad, London Branch, Intesa Sanpaolo S.P.A., New York Branch, Warba Bank K.S.C.P., and 45 Park Place Investments, LLC in this action.

Dated: July 8, 2021

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor, P. O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 8, 2021

*/s/ Matthew D. Parrott*
Matthew D. Parrott, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
Telephone: (212) 859-8000
Email:  Matthew.Parrott@friedfrank.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 9th, 2021
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:235210.1 68700/001