**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> **PARK PLACE DEVELOPMENT PRIMARY, LLC** <br><br> Alleged Debtor. | Chapter 7 (Involuntary) <br><br> Case No. 21-10849 (CSS) |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 8th day of July, 2021, I caused a copy of the following to be served upon those parties on the attached service list in the method indicated thereon.

- Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2) [Docket No. 35]

- Declaration of Ahmad Hamdi Bin Abdullah in Support of the Motion of Malayan Bank for Entry of an Order Dismissing the Involuntary Petition or, in the Alternative, Granting Certain Other Relief [Docket No. 36]

- Declaration of Justin Casson in Support of Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2) [Docket No. 37]

- Declaration of Matthew Parrott in Support of the Motion of Malayan Bank for Entry of an Order Dismissing the Involuntary Petition, or in the Alternative, Granting Certain Other Relief [Docket No. 38]

Dated: July 9, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   ljones@pszjlaw.com

*Counsel for Malayan Banking Berhad,*
*New York Branch, as Administrative Agent for*
*Malayan Banking Berhad, London Branch, Intesa*
*Sanpaolo S.P.A., New York Branch, Warba Bank*
*K.S.C.P., and 45 Park Place Investments, LLC*

DOCS_DE:235249.1 68700/001

Park Place Development Primary, LLC
Case No. 21-10849 (CSS); Ch 7 Service List
Doc #235215
09-Email
08-First Class Mail

ELECTRONIC MAIL AND FIRST CLASS MAIL
(Counsel to Park Place Development Primary, LLC)
Troutman Pepper Hamilton Sanders LLP
Marcy J. McLaughlin Smith
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
E-mail: marcy.smith@troutman.com

ELECTRONIC MAIL AND FIRST CLASS MAIL
(Counsel to Park Place Development Primary, LLC)
Troutman Pepper Hamilton Sanders LLP
Gary W. Marsh
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Email: gary.marsh@troutman.com

ELECTRONIC MAIL AND FIRST CLASS MAIL
(Counsel to Park Place Development Primary, LLC)
Troutman Pepper Hamilton Sanders LLP
Brett D. Goodman
875 Third Avenue
New York, NY 10022
Email: brett.goodman@troutman.com

ELECTRONIC MAIL AND FIRST CLASS MAIL
(Counsel to the Petitioning Creditors)
Daniel A. O'Brien
Venable LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Email: daobrien@venable.com

ELECTRONIC MAIL AND FIRST CLASS MAIL
(Counsel to the Petitioning Creditors)
Jeffrey S. Sabin
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
Email: JSSabin@Venable.com

2

ELECTRONIC MAIL AND FIRST CLASS MAIL
(Counsel to Gilbane Residential Construction LLC)
John W. Dreste
Brian M. Streicher
Ernstrom & Dreste, LLP
925 Clinton Square
Rochester, NY 14604
Email: JDreste@ed-llp.com; BStreicher@ed-llp.com

ELECTRONIC MAIL AND FIRST CLASS MAIL
(Counsel to Gilbane Residential Construction LLC)
Daniel J. DeFranceschi
Russell C. Silberglied
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: defranceschi@rlf.com; silberglied@rlf.com

FIRST CLASS MAIL
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801