# **EXHIBIT A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | **Chapter 11** |
| TPC GROUP INC., *et al.*, | **Case No. 22-10493 (CTG)** |
| **Debtors.**[1] | **Joint Administration Requested** |
| | **Re: D.I. ___** |

**ORDER GRANTING DEBTORS' MOTION TO FILE UNDER SEAL DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DEBTORS' ASSUMPTION OF COMMERCIAL CONTRACTS, AS AMENDED, AND (II) GRANTING RELATED RELIEF**

Upon the *Motion to File Under Seal Debtors' Motion For Entry of an Order (I) Approving the Debtors' Assumption of Commercial Contracts, as Amended, and (II) Granting Related Relief* (the "**Motion**")[2] for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing the Debtors to file under seal portions of the Motion to Assume, the Court having reviewed the Motion and the responses thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

[2]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2.      The Debtors are hereby authorized to file an unredacted version of the Motion to Assume under seal.

3.      Absent further order of the Court, the unredacted version of the Motion to Assume shall not be made available to anyone except for this Court, the Debtors, and the United States Trustee, unless and until permitted by further order of this Court.

4.      The Debtors are authorized to file on this Court's docket and to serve on other parties in interest redacted copies of the Motion to Assume that redact the Confidential Information.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted herein.

6.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.