# **<u>Exhibit A</u>**

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**TPC GROUP INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10493 (CTG)<br><br>Joint Administration Requested<br><br>**Re: D.I. \_\_\_** |

## ORDER SHORTENING NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DEBTORS' ASSUMPTION OF COMMERCIAL CONTRACTS, AS AMENDED, AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion to Shorten**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order shortening notice of substantially in the form attached hereto as **Exhibit A**, shortening the notice and objection periods for the *Debtors' Motion for Entry of an Order (I) Approving the Debtors' Assumption of Commercial Contracts, as Amended, and (II) Granting Related Relief* (the "**Motion**"); the Court having reviewed the Motion to Shorten and the Motion, and found that the relief requested in the Motion to Shorten is justified under the circumstances, it is hereby ORDERED that**:**

1. The Motion to Shorten is GRANTED.

2. The Motion will be considered at a hearing scheduled for _____, at _____ (ET) (the "**Hearing**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

[2] Capitalized terms used but not defined herein have the same meaning as ascribed to them in the Motion to Shorten or Motion, as applicable.

2

       3.       Objections, if any, to the relief requested in the Motion order must be filed or raised prior to or at the Hearing.

       4.       This Court retains jurisdiction to construe and enforce the terms of this Order.