**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TPC GROUP INC., *et al.*,[1] | ) | Case No. 22-10493 (CTG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

  **PLEASE TAKE NOTICE** that GLAS USA LLC ("GLAS USA") and GLAS Americas

LLC ("GLAS Americas", and together with GLAS USA, collectively, "GLAS") in connection

with the above-captioned cases, hereby appear pursuant to Section 1109(b) of Title 11 of the

United States Code (the "Bankruptcy Code"), Rules 2002, 3017, 9007 and 9010(b) of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2002-1 of the Local

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware, and hereby request that copies of all notices and papers entered or filed in

the above-captioned cases be given and served upon the persons listed below at the following

addresses, telephone and facsimile numbers, and e-mail addresses:

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

Eric J. Monzo, Esquire
Brya M. Keilson, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

Seth H. Lieberman, Esquire
Patrick Sibley, Esquire
Conrad K. Chiu, Esquire
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Phone: (212) 421-4100
E-mail: slieberman@pryorcashman.com
E-mail: psibley@pryorcashman.com
E-mail: cchiu@pryorcashman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit, shall constitute a consent to jurisdiction, nor shall waive (1) any right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court Judge, (2) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any right to assert the privilege of sovereign immunity, to the extent applicable, or (5) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which GLAS, may be entitled under agreements, in law or in equity, and all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: June 1, 2022

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Jason S. Levin (DE Bar No. 6434)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

Seth H. Lieberman, Esquire (*pro hac vice* pending)
Patrick Sibley, Esquire (*pro hac vice* pending)
Conrad K. Chiu, Esquire (*pro hac vice* pending)
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Phone: (212) 421-4100
E-mail: slieberman@pryorcashman.com
E-mail: psibley@pryorcashman.com
E-mail: cchiu@pryorcashman.com

*Counsel to GLAS USA LLC and*
*GLAS Americas LLC*

3

13641251.v1