# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**TPC GROUP INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10493 (CTG)<br><br>Joint Administration Requested<br><br>**Objection Deadline: TBD**<br><br>**Hearing Date: TBD** |

### NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING REJECTION OF STEAM SALES CONTRACT WITH AIR LIQUIDE LARGE INDUSTRIES U.S. LP EFFECTIVE AS OF THE PETITION DATE

PLEASE TAKE NOTICE that on June 1, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order Approving Rejection of Steam Sales Contract with Air Liquide Large Industries U.S. LP Effective as of the Petition Date* (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion must: (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before on or before **a date to be determined** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by the undersigned counsel to CAMC.

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **A DATE TO BE DETERMINED** VIA VIDEOCONFERENCE BEFORE THE HONORABLE CRAIG T. GOLDBLATT OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 1, 2022
       Wilmington, Delaware

| | |
|---|---|
| | */s/ Matthew O. Talmo* |
| **BAKER BOTTS L.L.P.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| James R. Prince (*pro hac vice* admission pending) | Robert J. Dehney (No. 3578) |
| Kevin Chiu (*pro hac vice* admission pending) | Curtis S. Miller (No. 4583) |
| | Daniel B. Butz (No. 4227) |
| 2001 Ross Avenue, Suite 900 | Matthew O. Talmo (No. 6333) |
| Dallas, Texas 75201-2980 | Brian Loughnane (No. 6853) |
| Telephone:   (214) 953-6500 | 1201 N. Market Street, 16th Floor |
| Facsimile:   (214) 953-6503 | P.O. Box 1347 |
| Email: jim.prince@bakerbotts.com | Wilmington, Delaware 19899-1347 |
|       kevin.chiu@bakerbotts.com | Telephone: (302) 658-9200 |
| | Facsimile: (302) 658-3989 |
| -and- | Email:   rdehney@morrisnichols.com |
| |           cmiller@ morrisnichols.com |
| BAKER BOTTS L.L.P. |           dbutz@ morrisnichols.com |
| Scott R. Bowling (*pro hac vice* admission pending) |           mtalmo@ morrisnichols.com |
| |           bloughnane@ morrisnichols.com |
| 30 Rockefeller Plaza | |
| New York, New York 10112 | |
| Telephone:   (212) 408-2500 | *Proposed Attorneys for Debtors* |
| Facsimile:   (212) 259-2501 | *and Debtors in Possession* |
| Email: scott.bowling@bakerbotts.com | |

-and-

BAKER BOTTS L.L.P.
David R. Eastlake (*pro hac vice* admission pending)
Lauren N. Randle (*pro hac vice* admission pending)
910 Louisiana Street
Houston, Texas 77002
Telephone:   (713) 229-1234
Facsimile:   (713) 229-1522
Email: david.eastlake@bakerbotts.com
      lauren.randle@bakerbotts.com