IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**FILED**
2001 APR -5 AM 10: 55
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                )
                                      )    Chapter 11
W.R. GRACE & CO.                      )
                                      )    Case No. 01-01139
         Debtors.                     )

## SCHNEIDER NATIONAL, INC.
## NOTICE OF APPEARANCE, REQUEST FOR SERVICE
## OF PAPER, AND RESERVATION OF RIGHTS

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES IN INTEREST:

Schneider National, Inc. by and on behalf of one or more of its subsidiaries ("Schneider"), a creditor and a party in interest herein, by an through its undersigned attorney, files this Notice of Appearance pursuant to Bankruptcy Rule 9010(b), Request for Service of Papers pursuant to Bankruptcy Rules 2002, including, but not limited to 2002(i) and 3017(a), and Reservation of Rights.

Schneider hereby puts the above-captioned Debtors and all other parties in interest on notice that it is a party in interest in the above-captioned case, and requests that all such parties in interest and their respective counsel of record provide the persons specified below with copies of all notices, pleadings, and other papers and filings in the above-captioned case. All such parties in interest and their counsel of record are requested to direct all written correspondence and service of notices, pleadings, and papers as follows:

Schneider National, Inc.          Attn:    Charlotte Klenke, Esq.
PO Box 2545                                Corporate Counsel
3101 S. Packerland                Telephone:    (920) 592-3894
Green Bay, WI  54306              Facsimile:    (920) 592-3891

Please take further notice that the foregoing request includes all notices, pleadings, and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices

of any application, complaint, demand, hearing, motion, pleading, paper or request, formal or informal, whether conveyed by mail, telephone, or otherwise.

Schneider additionally requests that the Clerk of the Bankruptcy Court and the Debtors place the persons listed above and their addresses on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

Please take further notice that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) the right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the right to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved; or (5) otherwise in any way constitute the submission or consent of Schneider to this Court's jurisdiction.

Respectfully submitted,

This the 4th day of April, 2001.

SCHNEIDER NATIONAL, INC.

By: *Charlotte Klenke*

Charlotte A. Klenke, Corporate Counsel
Wisconsin State Bar No. 0103640
3101 S. Packerland Drive
PO Box 2545
Green Bay, WI 54302

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: :
:
: CHAPTER 11
W.R. Grace & Co. : CASE No. 01-01139
Debtors.

### CERTIFICATE OF SERVICE

I, Wendy L. Boehm, herby certify that on this 4th day of April, 2001, I caused a true and correct copy of the foregoing Schneider National, Inc.'s Notice of Appearance, Request for Service of Paper, and Reservation of Rights to be served by first class U.S. mail unless noted otherwise, postage prepaid, on the parties set forth below:

U.S. Bankruptcy Court (**via overnight**)
for the District of Delaware
824 N Market Street # 500
Wilmington, DE  19801

U.S. Trustee
1201 North Market Street
Chemical Bank Plaza
Wilmington, DE  19801

Laura Davis Jones, Proposed Co-Counsel for the
Debtors and Debtors in Possession
919 North Market Street, 16th Floor
PO Box 8705
Wilmington, DE  19899-8705

Wendy L. Boehm, Paralegal
Schneider Finance, Inc.
PO Box 2545
3101 S. Packerland Drive
Green Bay, WI  54306
Telephone:   (920) 592-3899
Facsimile:    (920) 592-3891