IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:                : Chapter 11
                      :
W.R. GRACE & CO.      : Case No. 01-1139 to 01-1200

**O R D E R**

NOW THEREFORE, this 6th day of April, 2001, IT IS HEREBY ORDERED, that the reference under 28 U.S.C. § 157(a) is revoked and Bankruptcy Court Case No. 01-1139 to 01-1200 is reassigned to the Honorable Joseph J. Farnan, Jr.

_____
Chief Judge

cc: The Honorable Joseph J. Farnan, Jr.
    The Honorable Randall J. Newsome
    Laura Davis Jones, Esquire