IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DISTRICT OF DELAWARE



In re

W.R. Grace & Co.

      Debtor

Chapter 11 Case
No. 01-01139-RJN

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE

SIRS:

PLEASE TAKE NOTICE that Lazard Frères & Co. LLC hereby appears in the above captioned Chapter 11 proceedings. The undersigned requests that copies of all papers, including, but not limited to all notices, pleadings, motions, applications, lists, schedules, statements and all other matters arising herein be duly served on the undersigned at the address set forth below.

Dated: April 5, 2001

                                                    Josiah Rotenberg
                                                Lazard Frères & Co. LLC
                         30 Rockefeller Plaza, 60th floor
                                  New York, NY 10020
                                Telephone: 212 632-1462
                                    Fax: 212-632-6655

cc:

      Laura Davis Jones
      Pachulski, Stang, Ziehl Etal
      PO Box 8705
      Wilmington, DE 19899-8705