UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2001 APR -9 PM 1: 21
bmg CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W.R GRACE & CO., ET AL. ) | |
| ) | BANKRUPTCY NO. 01-01139-RJN |
| ) | CHAPTER 11 |
| ) | (Jointly Administered) |
| DEBTORS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, that pursuant to Federal Rules of Bankruptcy Procedure 2002(j)(4), 9007, and 9010(b), the Pension Benefit Guaranty Corporation, an agency of the United States Government and a potential creditor in this case, hereby appears by its attorney, Brad Rogers, and requests that all notices given or required to be given and all papers served or required to be served in this case (including the 61 other debtors listed in Exhibit 1 of the Voluntary Petition) be given to and served upon the undersigned attorney on its behalf, at the address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only the notices and papers required to be served under Bankruptcy Rule 2002 but also includes, without limitation, any notices, orders, applications, complaints, demands, pleadings, requests, and any other document brought before the Court in this case, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

Dated: Washington, D.C.
April 5, 2001

*Brad Rogers*

BRAD ROGERS
Attorney
Office of the General Counsel
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005-4026
(202) 326-4020 (Ext. 3029)
FAX: (202) 326-4112

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: W.R GRACE & CO., ET AL.    )
                                  )
                                  )    BANKRUPTCY NO. 01-01139-RJN
                                  )    CHAPTER 11
                                  )    (Jointly Administered)
              DEBTORS.            )
                                  )

### CERTIFICATE OF SERVICE

The Pension Benefit Guaranty Corporation ("PBGC"), certifies that on April 6, 2001, it served via U.S. Mail the attached Notice of Appearance and Request for Notice in the above-captioned case on:

Laura Davis Jones, Esq.
Pachulski, Stang & Ziehl
P.O. Box 8705
Wilmington, DE 19899-8705

Office of the United States Trustee
Curtis Center
601 Walnut St.
Suite 950W
Philadelphia, PA 19106

_____
Brad Rogers
Attorney
Pension Benefit Guaranty
Corporation