IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED

2001 APR -6  AM 9:13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                     )        Chapter 11
                                           )
W.R. GRACE & CO.-CONN,                     )        Case No. 01-01140 (PJW)
                                           )
                    Debtor.                )

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Intercat, Inc., a party-in-interest, hereby appears in the

above-captioned case under Chapter 11 of the United States Code ("Bankruptcy Code") and,

pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 1109 (b) of the

Bankruptcy Code, demands that any notices given or required to be given to, and all papers to be

served or required to be served in the above-captioned Chapter 11 case and any other case(s)

consolidated herewith, be given to and served upon:

Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176
Attn: Ira S. Greene, Esq.
Tel: 212-661-6500
Fax: 212-697-6686

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing demand includes, without limitation, any notice, application,

proposed order, complaint, demand, hearing, motion, petition, pleading, plan of reorganization,

disclosure statement or request, whether formal or informal, whether oral or written, and whether

transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which

may effect or seek to effect any rights or interest of the Debtor, aforementioned party-in-interest

or any property or proceeds in which the Debtor may claim an interest. Please add the attorney

of record to such mailing matrix as may be used for all purposes in this case.

377594 v.1 [83CQ01!.WPD]

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned party-in-interest's: (1) right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such party-in-interest is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments such party-in-interest expressly reserves.

Dated: New York, New York
     April 3, 2001

                    SQUADRON, ELLENOFF, PLESENT
                    & SHEINFELD, LLP
                    Attorneys for Intercat, Inc.

                    By: _____

                        Ira S. Greene (IG-2315)
                        551 Fifth Avenue
                        New York, New York 10176
                        (212) 661-6500

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED

2001 APR -6  AM 9:49

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                    )        Chapter 11
                                          )
W.R. GRACE & CO.-CONN,                    )        Case No. 01-01140 (PJW)
                                          )
              Debtor.                     )

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

        Rita Kreymer, being duly sworn, deposes and says:

        1.      I am over the age of eighteen years, am employed in the

offices of SQUADRON, ELLENOFF, PLESENT & SHEINFELD, LLP, attorneys for Intercat,

Inc., a party-in-interest, in  the above-captioned matter, am not a party to this action and reside in

Brooklyn, New York.

        2.      April 3, 2001, I caused to be served true copies of

the within Notice of Appearance and Demand for Service of Papers, upon all parties on the

annexed list, at the last known address set forth after each name, enclosed in properly addressed

wrappers, with proper postage, and by causing same to be deposited in an official depository

under the exclusive care and custody of the United States Postal Service within the State of New

York.

                                                        _____
                                                                Rita Kreymer

Sworn to before me this
3rd day of April, 2001

_____
Notary Public

MARION PANOS
Notary Public, State of New York
No. 01PA5046969
Qualified in Nassau County
Commission Expires July 24  2001

377594 v.1 [835Q01!.WPD]

TO:   All Parties On the Following Service List:

Laura Davis Jones, Esq.
Pachulski, Stand, Ziehl, Young & Jones
P.O. Box 8705
Wilmington, DE 19899-8705

Office of the United States Trustee
601 Walnut Street
Curtis Center, Suite 950 West
Philadelphia, PA 19106

James H.M. Sprayregan, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601