IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**FILED**

2001 APR -6  AM 9: 52

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

W.R. GRACE & CO.,

Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No.  01-01139
(RJN)

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

### NOTICE OF APPEARANCE AND REQUEST

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, 1114

TrizecHahn-Swig LLC, by its attorney, Charles E. Boulbol, hereby appears in the above

captioned case and requests that notice of all matters arising therein and all papers and other

documents filed including, but not limited to, orders, reports, pleadings, motions, applications,

disclosure statements, plans and answering and reply papers, and all notices required by

Bankruptcy Rule 2002, be served upon the undersigned attorneys of 1114 TrizecHahn-Swig LLC

at the following address:

> CHARLES E. BOULBOL, ESQ.
> 26 Broadway 17th Floor
> New York, New York 10004

Dated: New York, New York
       April 4, 2001

> CHARLES E. BOULBOL
>
> By: _____
> Charles E. Boulbol (CB-1049)
> 26 Broadway 17th Floor
> New York, New York 10004
> (212) 825-9457
>
> Attorney for 1114 TrizecHahn-Swig,
> LLC

To:    Office of the Clerk
United States Bankruptcy Court
824 Market Street, 5th floor
Wilmington, DE 198801

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl et al
P.O. Box 8705
Wilmington, Delaware 19899-8705