UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
EASTERN DIVISION

FILED

2001 APR -6  AM 10: 15

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.R. GRACE & CO., | ) | Chapter 11 Case |
| A Delaware Corporation, | ) | No. 01-01139 |
| Debtors. | ) | |

## NOTICE OF APPEARANCE, REQUEST FOR DOCUMENTS AND REQUEST TO BE INCLUDED IN THE MASTER ADDRESS LIST

TO THE HONORABLE COURT:

Please take notice that Brayton ❖ Purcell, counsel for in excess of 750 claimants who are creditors in the above-entitled action, very respectfully requests, pursuant to Section 1109(B) of the Bankruptcy Code and Rules 2002, 3017 and 9010 of Federal Rules of Bankruptcy Procedure, that copies of all notices, reports, motions, briefs, pleadings, proposed orders, conformed copies of orders, monthly operating reports, amended statements and schedules, and any other documents or instruments filed in the above-captioned case be given to it by service at the following address:

> Alan R. Brayton, Esq.
> BRAYTON ◆ PURCELL
> 222 Rush Landing Road
> Novato, California 94945
> Telephone (415) 898-1555
> Facsimile (415) 898-1247

WHEREFORE, claimants most respectfully request from this Honorable Court to take notice of the above, and order that it be included in the master address list of the above-captioned case and that copies of all motions, orders or pleadings filed herein by any party be served upon it as indicated.

Dated: 4·3·01

Respectfully submitted,

BRAYTON❖PURCELL
222 Rush Landing Road
Novato, California 94945
(415) 898-1555

By: _____
Nancy T. Williams
Attorneys for Claimants

<u>PROOF OF SERVICE</u>

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California, 94945.

On April 3, 2001, I served the attached:

**NOTICE OF APPEARANCE, REQUEST FOR DOCUMENTS AND REQUEST TO BE INCLUDED IN THE MASTER ADDRESS LIST**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

<u>SEE ATTACHED LIST</u>

    <u>XXX</u>    (BY MAIL) I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

    _____    (VIA FEDERAL EXPRESS) I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by Federal Express. Correspondence for Federal Express is so collected and processed and deposited with Federal Express on the same day in the ordinary course of business. On the above date the said envelope(s) were collected for Federal Express following ordinary business practices.

Executed this 3rd day of March, 2001, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____ 4.3.01

<u>In Re: W.R. Grace & Company</u>, Chapter 11 Case No. 01-01139
U.S. Bankruptcy Court, District of Delaware

FILED 2001 APR -6 AM 10:15 US BANKRUPTCY COURT DISTRICT OF DELAWARE

K:\BANKRUPT\GRACE\POS-OBJ.WPD

## SERVICE LIST

THE CHASE MANHATTAN BANK
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017
Ph: (212) 270-7525
Fx: (212) 270-7939

THE DEPOSITORY TRUST COMPANY
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042
Ph: (212) 815-2745
Fx: (212) 815-5915

THE DEPOSITORY TRUST COMPANY
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274
Ph: (212) 250-6519
Fx: (212) 250-6961

ROBINS KAPLAN MILLER CIRESI
c/o Roman Siberfield
2049 Century Park East #3700
Los Angeles, CA 90067
Ph: (310) 552-0130
Fx: (310) 229-5800

HUNTSMAN CORPORATION
P.O. Box 65888
Charlottte, NC 28265
Ph: (713) 235-6189
Fx: (713) 235-6414

ZHAGRUS ENVIRONMENTAL, INC.
c/o Susan Rice
46 W. Broadway, Ste. 130
Salt Lake City, UT 84101
Ph: (801) 595-0239
Fx: (801) 595-8805

DCP-LOHJA INC.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501
Ph: (630) 734-2713
Fx: (630) 734-2690

PCS NITROGEN FERTILIZER, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029
Ph: (706) 849-6100
Fx: (706) 849-6111

DUPONT DOW ELASTOMERS
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210
Ph: (800) 853-5515
Fx: (302) 234-6238

CASS LOGISTICS TEMPORARY
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510
Ph: (978) 323-6769
Fx: (978) 323-6625

UNION CARBIDE CORP.
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001
Ph: (800) 568-4000
Fx: (713) 849-7000

SOUTHERN IONICS, INC.
c/o Milton Sunbeck, Jr.
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800
Ph: (601) 494-3055
Fx: (601) 495-2590

BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC  28275
Ph:  (800) 251-0612
Fx:  (877) 349-7590

RISK CO.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL  60515
Ph:  (630) 719-3176
Fx:  (630) 829-2805

RADIAN INTERNATIONAL
c/o Mary Harris
P.O. Box 844130
Dallas, TX  75284-4130
Ph:  (512) 454-4797
Fx:  (512) 419-6282

STONE PACKING SYSTEM
c/o Jim Wagner
21514 Network Place
Chicago, IL  60673-1215
Ph:  (815) 469-4336
Fx:  (815) 467-4661

VALERON STRENGTH FILMS
c/o Ron Luce
75 Remittance Dr., Ste. 3068
Chicago, IL  60675
Ph:  (713) 996-4214
Fx:  (713) 690-2746

INGERSOLL-RAND FLUID PRODUCTS
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC  28275-1229
Ph:  (513) 459-4580
Fx:  (513) 459-4820

DELTA CHEMICALS
c/o John Besson
P.O. Box 73054
Baltimore, MD  21273-0054
Ph:  (410) 354-0100
Fx:  (410) 354-0121