**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**950 CURTIS CENTER WEST**
**SEVENTH & SANSOM STREETS**
**PHILADELPHIA PA 19106**
**(215) 597-4411   FAX (215) 597-5795**

FILED
2001 APR -9 PM 4: 34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**PATRICIA A. STAIANO**              **FREDERIC J. BAKER**
**UNITED STATES TRUSTEE**            **SR. ASST. U.S. TRUSTEE**

---

**REQUEST BY THE U.S. TRUSTEE TO THE CLERK OF THE BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE**

---

ATTN:    341(a) NOTICE CLERK- CHAPTER 11

DELAWARE

Pursuant to Sec. 341(a) of the Bankruptcy Code, please <u>schedule</u> a meeting of creditors for the following case:

| | |
|---|---|
| DEBTOR: | W.R. Grace & Company |
| CASE NO. | 01-1139 (JRN) |
| DATE: | Friday, May 18, 2001 |
| TIME: | 11:30 a.m. |
| LOCATION | Room 2313, U.S. Court House, Wilmington, Delaware |
| BY: | James B. Lambe |
| DATED: | April 5, 2001 |

PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.