IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
W R GRACE & CO

                        DEBTOR

Chapter 11
Case No. 01-00139

INO/DBA:

### REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), IOS Capital, Inc., hereby requests that IOS Capital, Inc. be added to the official mailing matrix and service lists in this case. IOS Capital, Inc. further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P. O. Box 13708
Macon, GA 31208-3708

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

By: _Rosa Dominy_

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P. O. Box 13708
Macon, GA 31208-3708
(912) 471-2300

Dated: 4-4-01

IOS Capital, Inc. Reference #: 342033-68275 / 410207-877525