**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (RJN) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | )SS | |
| COUNTY OF NEW CASTLE | ) | |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 9th day of April, 2001 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:20485.1
04/09/01 1:58 PM

-2-

1. Notice of Entry of Interim Order on Emergency Motion for Interim and Final Orders, Under 11 U.S.C. §§ 105, 362, 363 and 364, Approving Postpetition Financing and Related Relief and Setting Final Hearing Pursuant to Bankruptcy Rule 4001(c).

Dated: April 9, 2001

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 9th day of April, 2001

_Holly Taylor Dalbollo_
Notary Public
My Commission Expires: 02/11/02

**W. R. Grace Additional Landlord Service List**
Case No. 01-1139 (RJN)
Doc. No. 20466
April 9, 2001
30 - Federal Express
02 – Express Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Federal Express*
Coast Business Credit, a Division of
Southern Pacific Bank
12121 Wilshire Blvd., Suite 1111
Los Angeles, CA 90025-1174

*Federal Express*
General Electric Capital Corporation
1400 Computer Drive
Westborough, MA 01581

*Federal Express*
Jonathan Neil & Associates, Inc.
c/o Bruce A. Hatkoff, a Law Corporation
18321 Ventura Blvd., Suite 1000
Tarzana, CA 91356

*Federal Express*
Hamilton Hallmark Electronics
a Division of Avnet, Inc.
c/o Gary Wexler, Esq.
Reish & Luftman
11755 Wilshire Blvd., 10th Floor
Los Angeles, CA 90025-1516

*Federal Express*
De Lage Landen Financial Services, Inc.
File #43,024
c/o Cook, Perkiss & Lew, PLC
333 Pine Street, Third Floor
San Francisco, CA 94101

*Federal Express*
Azlan Akam, N.V.
C/o Charles B. Carey, Law Offices
24012 Calle De La Plata, Suite 230
Laguna Hills, CA 92653-7610

*Federal Express*
NTFC Capital Corporation
501 Corporate Centre Drive
Suite 600
Franklin, TN 37067

*Federal Express*
Comprador Corporation
700 North Woodward Avenue
Suite 300
Birmingham, MI 48009

*Federal Express*
Climax Molydenum Co.
101 Marritt 7 Corp. Park
Norwalk, CT 06856-5113

*Federal Express*
Comprador Corporation
350 North Woodward Avenue
Suite 200
Birmingham, MI 48009

*Federal Express*
Masterlift-Yale
208 Azar Court
Baltimore, MD 21227

*Federal Express*
Safeco Credit Co., Inc.
Safeco Plaza, A-Bldg.
Seattle, WA 98185

*Federal Express*
Grace Receivables Purchasing, Inc.
501 Elm Street, Suite 410
Dallas, TX  75202-3333

*Federal Express*
Internal Revenue Service
California Office
1650 Mission St., Ste. 511
San Francisco, CA  94103
Attn: Robert Trujillo

*Federal Express*
Internal Revenue Service
Central California Area Office
55 S. Market Street
San Jose, CA  95113
Attn: Don Hallenbeck

*Federal Express*
Modern Handling Equipment, Co.
2501 Durham Road
Bristol, PA  19007

*Federal Express*
Hyster Credit Company
5335 SW Meadows Road
Suite 300
Lake Oswego, OR  97035

*Federal Express*
Citicorp Dealer Finance
450 Mamaroneck Avenue
Harrison, NY  10528

*Federal Express*
U.S. Leasing Corp.
733 Front Street
San Francisco, CA  94111

*Federal Express*
Mitchell Distributing Company
3535 N. Graham Street
Charlotte, NC  28206

*Federal Express*
Newcourt Communications Finance Corporation
2 Gatehall Drive
Parsippany, NJ  07054

*Federal Express*
First Access
6400 W. 73rd Street
Bedford Park, IL  60638

*Federal Express*
Nationsbank, N.A., as Agent
101 N. Tryon St., 15th Floor
Charlotte, NC  28255
Attn: Molly Canup

*Federal Express*
Torrance Electric Company, Inc.
700 16th Street, NE
Cedar Rapids, IA  52402

*Federal Express*
Yale Financial Services, Inc.
15 Junction Road
Flemington, NJ  08822

*Federal Express*
Dell Financial Services, LP
14050 Summit Drive
Building A, Suite 101
Austin, TX  78758

*Federal Express*
Safeco Credit Co. Inc.
DBA Safeline Leasing
10915 Willows Rd. NE
Redmond, WA  98052

*Federal Express*
Lease Plan U.S.A., Inc.
180 Interstate North Parkway
Atlanta, GA  30339

*Federal Express*
The CIT Group/Equipment Financing, Inc.
900 Ashwood Parkway, 6th Floor
Atlanta, GA  30338

*Federal Express*
BSFS Equipment Leasing
501 Corporate Centre Drive
Suite 600
Franklin, TN  37067

*Express Mail*
James P Hasset, as Trustee for CMI Corporation
One CSI Parkway
P.O. Box 4785
Syracuse, NY  13221-4785

*Express Mail*
Butler Leasing Company
P.O. Box 677
Hunt Valley, MD  21030-0677