**IN THE UNITED STATES BANKRUPTCY COURT/
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------x
```
In re:                                              :    Chapter 11
                                                    :

W.R. Grace & Company, et al..                            Case No. #01-1139 thru 01-1200(JJF)


                                    Debtors.         :
                                                    :    Jointly Administered
```
------------------------------------------------------------------x
```

### NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On 4/2/01 the above-captioned debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 through 1330 (the "Bankruptcy Code"). The Debtor(s), and their respective, address(es), case number(s) and federal tax identification number(s) are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 6 | | CASE NO. | |
|---|---|---|---|
| W.R. Grace & Co.-Conn | 7500 Grace Dr., Columbia, Maryland 21044 | 01-1140 | 13-5114230 |
| A-1 Bit & Tool Co., Inc. | 501 Elm St., Dallas TX 75202-3333 | 01-1141 | 22-2974435 |
| Alewife Boston Ltd. | 62 Whittemore Ave., Cambridge MA 02140 | 01-1142 | 22-2603361 |
| Alewife Land Corp. | 62 Whittemore Ave., Cambridge MA 02140 | 01-1143 | 22-2603359 |
| Amicon, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1144 | 04-3137963 |
| CB Biomedical, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1145 | 65-0679166 |
| CCHP, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1146 | 13-3613597 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. 5/18/01 at 11:30 am , 844 King Street, Room 2313, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM.  Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.  None appointed to date.

COUNSEL FOR THE DEBTOR(S).
**Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market St., 16 th FL.
Wilmington, DE. 19899-8705
(302)652-4100**

COMMENCEMENT OF CASES. Petition(s) for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtor(s) listed above, and orders for relief have been entered. You will not receive notice of all documents filed in this case. All documents filed with the Court, including lists of the Debtor(s)' property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtor(s)' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtor(s) and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtor(s)' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of Claim forms are also available from the Court's web site at www.deb.uscourts.gov, **(insert name of claims agent)** is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. **(Insert Name of claims agent)** can be reached as follows:

> **(Insert Name, Address & Phone**
> **Of Claims Agent)**

DISCHARGE OF DEBTS. Confirmation of chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, expect as provided in the plan.

For the Court:        /s/ David D. Bird                    Dated: April 10, 2001
                    Clerk of the U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

David D. Bird, Esquire                                      824 Market Street
Clerk of Court                                        Wilmington DE 19801
                                                              (302) 252-2900

**Date:    4/10/01**

**To:    Laura Davis Jones, Esq.**

**From:  Joyce Winner**

**Case:  W.R. Grace & Company, et al.**

Attached is a Draft Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors Fixing Deadlines (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourt.gov. Please view this notice. If you make changes to this notice, you must contact David D. Bird, Clerk of Court, for approval of the changes.

Please mail the Notice to All Creditors on the Matrix on or before_____04/24/01_____.

and file your Certificate of Service with the Court no later than _____04/27/01_____.

Thank you

PS:  Please add the 5 Agencies below to your Notice List:

Securities & Exchange Comm                      Secretary of Treasury
15th & Pennsylvania Ave, N W                    P O Box 7040
Washington DC    20020                           Dover  DE    19903

District Director                                       Secretary of State
IRS                                                      Division of Corporations
409 Silverside Road                                 Franchise Tax
Wilmington  DE  19809                            P O Box 7040
                                                         Dover    DE    19903

Securities & Exchange Comm
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Rd, N E, Suite 100
Atlanta GA    30326-1232

341COVER.WPD