UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (RJN) |
| a Delaware Corporation, ) | (Jointly Administered) |
| ) | |
| Debtor ) | Chapter 11 |
| ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019**

NANCY WORTH DAVIS, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the Law Offices of Ness, Motley, Loadholt, Richardson & Poole, P.A. with offices at 28 Bridgeside Blvd., P.O. Box 1792, Mt. Pleasant, SC 29465.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. The law firm of Ness, Motley, Loadholt, Richardson & Poole, P.A. has been retained as counsel or co-counsel for James Bond, John Behun and other creditors in the above referenced bankruptcy too numerous to list herein (hereinafter "Creditors").

3. The address of each Creditor for purposes hereof is c/o Nancy Worth Davis, Esq., Ness, Motley, Loadholt, Richardson & Poole, P.A., 28 Bridgeside Blvd., P.O. Box 1792, Mt. Pleasant, SC 29465.

4. The Creditors hold claims in varying amounts for monetary damages due to personal injury incurred when the Debtor manufactured, sold distributed and or specified the use of asbestos or asbestos contianing products in the 1940's, 1950's and 1960's..

5. Ness, Motley, Loadholt, Richardson & Poole, P.A. does not hold any claims against or interest in the Debtor.

6. Ness, Motley, Loadholt, Richardson & Poole will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: *April 6, 2001*  Respectfully submitted,

*/s/ Nancy W. Davis*
Nancy Worth Davis
Ness, Motley, Loadholt,
Richardson & Poole
Attorneys for Creditor
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9545
(843) 216-9450 (Fax)

Joseph F. Rice
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9159
(843) 216-9450 (fax)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:                                  )
                                        )
W.R. GRACE & CO., et al.,               )   Case No. 01-01139 (RJN)
a Delaware Corporation,                 )   (Jointly Administered)
                                        )
           Debtor                       )   Chapter 11
_____)

## CERTIFICATE OF SERVICE

    I, Bonnie L. Sluce, a Paralegal at Ness, Motley, Loadholt, Richardson & Poole, PA, hereby certify that on April 6, 2001, I caused a true and correct copy of the Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 to be served on all parties on the attached service list by first-class mail, postage prepaid.

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: 4/6/01

_____
Bonnie L. Sluce, Paralegal

## SERVICE LIST

Office of the United States Trustee
601 Walnut Street
Curtis Center, Suite 950W
Philadelphia, PA 19106

Vito L. DiMiao
Parcels, Inc.
917 King Street
Wilmington, DE 19801

Laura Davis Jones, Esq.
PACHULSKI, STANG, ZIEHL ET AL
P.O. Box 8705
Wilmington, DE 19899-8705

James H. M. Sprayregen, Esq.
Kirkland & Ellis
200 East Ruandolph Drive
Chicago, IL 60601

W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044

W.R. GRACE & CO.-CONN
7500 Grace Drive
Columbia, MD 21044

A-1 BIT & TOOL OC., INC.
501 Elm St.
Dallas, TX 75202

ALEWIFE BOSTON LTD.
62 Whittemore Ave.
Cambridge, MA 2140

ALEWIFE LAND CORPORATION
62 Whittemore Ave.
Cambridge, MA 2140

AMICON, INC.
7500 Grace Drive
Columbia, MD 21044

CB BIOMEDICAL
7500 Grace Drive
Columbia, MD 21044

CCHP, INC.
7500 Grace Drive
Columbia, MD 21044

COALGRACE, INC.
7500 Grace Drive
Columbia, MD 21044

COALGRACE II, INC.
7500 Grace Drive
Columbia, MD 21044

CREATIVE FOOD'N FUN COMP
7500 Grace Drive
Columbia, MD 21044

DAREX PUERTO RICO, INC.
62 Whittemore Ave.
Cambridge, MA 2140

DEL TACO RESTAURANTS, INC.
3901 Roswell Road, Suite 337
Roswell, GA 30062

DEWEY AND ALMY, LLC
7500 Grace Drive
Columbia, MD 21044

ECARG, INC.
7500 Grace Drive
Columbia, MD 21044

FIVE ALEWIFE BOSTON, LTD.
62 Whittemore Ave.
Cambridge, MA 2140

G C LIMITED PARTNERS I, IN
7500 Grace Drive
Columbia, MD 21044

G C MANAGMENT, INC.
7500 Grace Drive
Columbia, MD 21044

GEC MANAGEMENT CORPORATION
7500 Grace Drive
Columbia, MD 21044

GN HOLDINGS, INC.
7500 Grace Drive
Columbia, MD 21044

GPC THOMASVILLE CORP.
7500 Grace Drive
Columbia, MD 21044

GLOUCESTER NEW COMMUNITIES
Village Drive
Swedesboro, NJ 8085

GRACE A-B INC.
7500 Grace Drive
Columbia, MD 21044

GRACE A-B II INC.
7500 Grace Drive
Columbia, MD 21044

GRACE CHEMICAL COMPANY OF
7500 Grace Drive
Columbia, MD 21044

GRACE CULINARY SYSTEMS, IN
7500 Grace Drive
Columbia, MD 21044

GRACE DRILLING COMPANY
7500 Grace Drive
Columbia, MD 21044

GRACE ENERGY CORPORATION
501 Elm Street, Suite 410
Dallas, TX 75202

GRACE ENVIRONMENT, INC.
3665 Cherry Creek Drive North
Denver, CO 80209

GRACE EUROPE, INC.
7500 Grace Drive
Columbia, MD 21044

GRACE H-G, INC.
7500 Grace Drive
Columbia, MD 21044

GRACE H-G II INC.
7500 Grace Drive
Columbia, MD 21044

GRACE HOTEL SERVICES CORPO
7500 Grace Drive
Columbia, MD 21044

GRACE INTERNATIONAL HOLDING
501 Elm Street, Suite 395
Dallas, TX 75202

GRACE OFFSHORE COMPANY
7500 Grace Drive
Columbia, MD 21044

GRACE PAR CORPORATION
7500 Grace Drive
Columbia, MD 21044

GRACE PETROLEUM LIBYA INCO
7500 Grace Drive
Columbia, MD 21044

GRACE TARPON INVESTORS, IN
7500 Grace Drive
Columbia, MD 21044

GRACE VENTURES, CORP.
7500 Grace Drive
Columbia, MD 21044

GRACE WASHINGTON, INC.
7500 Grace Drive
Columbia, MD 21044

W.R. GRACE CAPITAL CORPOR
7500 Grace Drive
Columbia, MD 21044

W.R. GRACE LAND CORPORATI
7500 Grace Drive
Columbia, MD 21044

GRACOL, INC.
7500 Grace Drive
Columbia, MD 21044

GRACOAL II, INC.
7500 Grace Drive
Columbia, MD 21044

GUANICA-CARIBE LAND DEVELO
7500 Grace Drive
Columbia, MD 21044

HANOVER SQUARE CORPORATION
7500 Grace Drive
Columbia, MD 21044

HOMCO INTERNATIONAL, INC.
7500 Grace Drive
Columbia, MD 21044

KOOTEN DEVELOPMENT COMPA
7500 Grace Drive
Columbia, MD 21044

L B REALTY, INC.
7500 Grace Drive
Columbia, MD 21044

LITIGATION MANAGEMENT, INC
7500 Grace Drive
Columbia, MD 21044

MONOLITH ENTERPRISES, INCO
7500 Grace Drive
Columbia, MD 21044

MONROE STREET, INC.
7500 Grace Drive
Columbia, MD 21044

MRA HOLDINGS CORP.
7500 Grace Drive
Columbia, MD 21044

MRA INTERMEDCO, INC.
7500 Grace Drive
Columbia, MD 21044

MRA STAFFING SYSTEMS, INC.
7500 Grace Drive
Columbia, MD 21044

REMEDIUM GROUP, INC.
7500 Grace Drive
Columbia, MD 21044

SOUTHERN OIL, RESIN & FIBE
7500 Grace Drive
Columbia, MD 21044

WATER STREET CORPORATION
7500 Grace Drive
Columbia, MD 21044

AXIAL BASIN RANCH COMPANY
7500 Grace Drive
Columbia, MD 21044

C C PARTNERS
7500 Grace Drive
Columbia, MD 21044

HAYDEN-GULCH WEST COAL COM
7500 Grace Drive
Columbia, MD 21044

H-G COAL COMPANY
7500 Grace Drive
Columbia, MD 21044