UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                      )
                                            )
W.R. GRACE & CO., et al.,                   )    Case No. 01-01139 (RJN)
a Delaware Corporation,                     )    (Jointly Administered)
                                            )
          Debtor                            )    Chapter 11
_____)

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(j)(4), 3017(d), 9007, and 9010(b) James Bond and John Behun ("Claimants"), claimants in the above-captioned bankruptcy case, hereby appear by their attorneys, Ness, Motley, Loadholt, Richardson and Poole and requests that all notices given or required to be given and all papers, served or required to be served in this case be given to and served upon the undersigned attorneys, at the address and telephone number set forth below:

> Joseph F. Rice
> Ness, Motley, Loadholt,
> Richardson & Poole
> 28 Bridgeside Blvd.
> P.O. Box 1792
> Mt. Pleasant, SC 29465
> (843) 216-9159
> (843) 216-9450 (fax)

> Nancy Worth Davis
> Ness, Motley, Loadholt,
> Richardson & Poole
> 28 Bridgeside Blvd.
> P.O. Box 1792
> Mt. Pleasant, SC 29465
> (843) 216-9545
> (843) 216-9450 (fax)

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitations, any notices, orders, applications, motions, petitions,

pleadings, requests, complaints or demands, and any other document brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Dated: *April 6, 2001*

Respectfully submitted,

*Nancy M. Davis*
Nancy Worth Davis
Ness, Motley, Loadholt,
Richardson & Poole
Attorneys for Creditor
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9545
(843) 216-9450 (Fax)

Joseph F. Rice
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9159
(843) 216-9450 (fax)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: )
)
W.R. GRACE & CO., et al., ) Case No. 01-01139 (RJN)
a Delaware Corporation, ) (Jointly Administered)
)
Debtor ) Chapter 11
)

## CERTIFICATE OF SERVICE

I, Bonnie L. Sluce, a Paralegal at Ness, Motley, Loadholt, Richardson & Poole, PA, hereby certify that on _April 6_ 2001, I caused a true and correct copy of the Notice of Appearance and Request for Service of Papers to be served on all parties on the attached service list by first-class mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

Dated _4/6/01_

_____
Bonnie L. Sluce, Paralegal

FILED 2001 APR 10 US BANKRUPTCY COURT DISTRICT OF DELAWARE

# SERVICE LIST

Office of the United States Trustee
601 Walnut Street
Curtis Center, Suite 950W
Philadelphia, PA 19106

Vito L. DiMiao
Parcels, Inc.
917 King Street
Wilmington, DE 19801

Laura Davis Jones, Esq.
PACHULSKI, STANG, ZIEHL ET AL
P.O. Box 8705
Wilmington, DE 19899-8705

James H. M. Sprayregen, Esq.
Kirkland & Ellis
200 East Ruandolph Drive
Chicago, IL 60601

W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044

W.R. GRACE & CO.-CONN
7500 Grace Drive
Columbia, MD 21044

A-1 BIT & TOOL OC., INC.
501 Elm St.
Dallas, TX 75202

ALEWIFE BOSTON LTD.
62 Whittemore Ave.
Cambridge, MA 2140

ALEWIFE LAND CORPORATION
62 Whittemore Ave.
Cambridge, MA 2140

AMICON, INC.
7500 Grace Drive
Columbia, MD 21044

CB BIOMEDICAL
7500 Grace Drive
Columbia, MD 21044

CCHP, INC.
7500 Grace Drive
Columbia, MD 21044

COALGRACE, INC.
7500 Grace Drive
Columbia, MD 21044

COALGRACE II, INC.
7500 Grace Drive
Columbia, MD 21044

CREATIVE FOOD'N FUN COMP
7500 Grace Drive
Columbia, MD 21044

DAREX PUERTO RICO, INC.
62 Whittemore Ave.
Cambridge, MA 2140

DEL TACO RESTAURANTS, INC.
3901 Roswell Road, Suite 337
Roswell, GA 30062

DEWEY AND ALMY, LLC
7500 Grace Drive
Columbia, MD 21044

ECARG, INC.
7500 Grace Drive
Columbia, MD 21044

FIVE ALEWIFE BOSTON, LTD.
62 Whittemore Ave.
Cambridge, MA 2140

G C LIMITED PARTNERS I, IN
7500 Grace Drive
Columbia, MD 21044

G C MANAGMENT, INC.
7500 Grace Drive
Columbia, MD 21044

GEC MANAGEMENT CORPORATION
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| GN HOLDINGS, INC.<br>7500 Grace Drive<br>Columbia, MD 21044 | GRACE HOTEL SERVICES CORPO<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GPC THOMASVILLE CORP.<br>7500 Grace Drive<br>Columbia, MD 21044 | GRACE INTERNATIONAL HOLDING<br>501 Elm Street, Suite 395<br>Dallas, TX 75202 |
| GLOUCESTER NEW COMMUNITIES<br>Village Drive<br>Swedesboro, NJ 8085 | GRACE OFFSHORE COMPANY<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GRACE A-B INC.<br>7500 Grace Drive<br>Columbia, MD 21044 | GRACE PAR CORPORATION<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GRACE A-B II INC.<br>7500 Grace Drive<br>Columbia, MD 21044 | GRACE PETROLEUM LIBYA INCO<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GRACE CHEMICAL COMPANY OF<br>7500 Grace Drive<br>Columbia, MD 21044 | GRACE TARPON INVESTORS, IN<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GRACE CULINARY SYSTEMS, IN<br>7500 Grace Drive<br>Columbia, MD 21044 | GRACE VENTURES, CORP.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GRACE DRILLING COMPANY<br>7500 Grace Drive<br>Columbia, MD 21044 | GRACE WASHINGTON, INC.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GRACE ENERGY CORPORATION<br>501 Elm Street, Suite 410<br>Dallas, TX 75202 | W.R. GRACE CAPITAL CORPOR<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GRACE ENVIRONMENT, INC.<br>3665 Cherry Creek Drive North<br>Denver, CO 80209 | W.R. GRACE LAND CORPORATI<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GRACE EUROPE, INC.<br>7500 Grace Drive<br>Columbia, MD 21044 | GRACOL, INC.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GRACE H-G, INC.<br>7500 Grace Drive<br>Columbia, MD 21044 | GRACOAL II, INC.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| GRACE H-G II INC.<br>7500 Grace Drive<br>Columbia, MD 21044 | GUANICA-CARIBE LAND DEVELO<br>7500 Grace Drive<br>Columbia, MD 21044 |

HANOVER SQUARE CORPORATION
7500 Grace Drive
Columbia, MD 21044

HOMCO INTERNATIONAL, INC.
7500 Grace Drive
Columbia, MD 21044

KOOTEN DEVELOPMENT COMPA
7500 Grace Drive
Columbia, MD 21044

L B REALTY, INC.
7500 Grace Drive
Columbia, MD 21044

LITIGATION MANAGEMENT, INC
7500 Grace Drive
Columbia, MD 21044

MONOLITH ENTERPRISES, INCO
7500 Grace Drive
Columbia, MD 21044

MONROE STREET, INC.
7500 Grace Drive
Columbia, MD 21044

MRA HOLDINGS CORP.
7500 Grace Drive
Columbia, MD 21044

MRA INTERMEDCO, INC.
7500 Grace Drive
Columbia, MD 21044

MRA STAFFING SYSTEMS, INC.
7500 Grace Drive
Columbia, MD 21044

REMEDIUM GROUP, INC.
7500 Grace Drive
Columbia, MD 21044

SOUTHERN OIL, RESIN & FIBE
7500 Grace Drive
Columbia, MD 21044

WATER STREET CORPORATION
7500 Grace Drive
Columbia, MD 21044

AXIAL BASIN RANCH COMPANY
7500 Grace Drive
Columbia, MD 21044

C C PARTNERS
7500 Grace Drive
Columbia, MD 21044

HAYDEN-GULCH WEST COAL COM
7500 Grace Drive
Columbia, MD 21044

H-G COAL COMPANY
7500 Grace Drive
Columbia, MD 21044