IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**W.R. GRACE & CO.** | : Chapter 11<br>:<br>: Bankruptcy Case No. 01-01139<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for PPG Industries, Inc., a creditor of the above-captioned debtor and party in interest herein, and demands that all notices given or required to be given in this case pursuant to any of the applicable provisions of the United States Bankruptcy Code, including, without limitation, 11 U.S.C. Sections 341, 362, 363, 364, 365, 502, 503, 506, 523, 524, 542, 543, 544, 545, 547, 548, 549, 553, 554, 706, 707, 727, 1102, 1106, 1109, 1125, 1128, 1301, 1307, 1324, 1328, and any applicable provisions of the Federal Rules of Bankruptcy Procedure, including, without limitation, Rules 2002, 9007 and /or 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") be served upon the undersigned at the address set forth below pursuant to Bankruptcy Rule 2002(g).

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and documents referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices of any meetings of creditors, applications, motions, petitions, pleadings, requests, complaints, objections or demands, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way the rights or interests of the debtors, or of PPG Industries, Inc., or any other creditor or party in interest in this case;

and/or (2) which require or seek to require any act, delivery or any property, payment or other conduct by the debtors, PPG Industries, Inc., or any other creditor or party in interest in this case.

Respectfully submitted,

**HARVEY, PENNINGTON, CABOT, GRIFFITH & RENNEISEN, LTD.**

Dated: April 6, 2001

By: _____
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103
(215) 563-4470
Attorneys for PPG Industries, Inc.