# ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED

2001 APR 10  PM 1:02

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE, *et al.* | ) | Bankruptcy Case Nos.: 01-01139 (RJN) |
| | ) | through 01-01200 (RJN) |
| Debtors. | ) | |
| | ) | Jointly Administered |

## NOTICE OF APPEARANCE,
## REQUEST FOR SERVICE OF PAPERS,
## AND REQUEST FOR MATRIX ENTRY

PLEASE TAKE NOTICE that David S. Rosenbloom, Esquire, Jeffrey E. Stone,

Esquire and Lewis S. Rosenbloom, Esquire of McDermott, Will & Emery and William H.

Sudell, Jr., Esquire and Eric D. Schwartz, Esquire of Morris, Nichols, Arsht & Tunnell hereby

enter their appearance as counsel for National Medical Care, Inc. ("NMC"), pursuant to section

342(a) of title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. §§ 101 et seq.,

and rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), in the captioned cases and request that all notices given or required to be given, and all

papers served or required to be served, in these cases, be given to and served on:

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096
Phone: (312) 372-2000
Fax:    (312) 984-7700

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Phone: (302) 658-9200
Fax:    (302) 658-3989

PLEASE TAKE FURTHER NOTICE that this request includes not only the

notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified

above, but also includes, without limitation, all orders and notices of any application, motions,

petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports,

82

schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in the cases, with respect to the (a) debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

PLEASE TAKE FURTHER NOTICE that NMC intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

April 10, 2001

MORRIS, NICHOLS, ARSHT & TUNNELL

William H. Sudell, Jr. (#463)
Eric D. Schwartz (#3134)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Attorneys for National Medical Care, Inc.

## CERTIFICATE OF SERVICE

I, Eric D. Schwartz, certify that on April 10, 2001 I caused copies of the foregoing

NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST FOR

MATRIX ENTRY to be served in the manner indicated on the attached service list.

Eric D. Schwartz (#3134)

219768

# SERVICE LIST

**BY HAND**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE  19801


**BY FIRST CLASS MAIL**

Derrick Tay, Esquire
Meighen Demers
St. 1100, Box 11 Merrill Lynch
Canada Twr. Sun Life Center
200 Kint Street West
Toronto, Ontario  M5H 3T4
CANADA

Nancy Woth Davis, Esquire
Ness, Motley, Loadhold, Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Daniel Chipko
The Depository Trust Company
P.O. Box 20
Bowling Green Station
New York, NY  10274

Huntsman Corporation
P.O. Box 65888
Charlotte, NC  28265

William McBain
DCP-Lohja, Inc.
P.O. Box 2501
Carol Stream, IL  60132-2501

John Hill
PCS Nitrogen Fertilizer, L.P.
P.O. Box 71029
Chicago, IL  60694-1029

Mia Skinner
Union Carbine Corp.
P.O. Box 91136
Chicago, IL  60693-0001

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE  19801

Milton Sunbeck, Jr.
Southern Ionics, Inc.
P.O. Box 830800
Drawer 830
Birmingham, AL  35283-0800

Diane Murdock
BASF
P.O. Box 75908
Charlotte, NC  28275

Lisa Clegg-Konen
Risk Co.
P.O. Box 7061
Downers Grove, IL  60515

Mary Harris
Radian International
P.O. Box 844130
Dallas, TX  75284-4130

Eric Solverson
Ingersoll-Rand Fluid Products
P.O. Box 751229
Charlotte, NC  28275-1229

John Besson
Delta Chemicals
P.O. Box 73054
Baltimore, MD  21273-0054

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Mark Kenney, Esquire
Office of the United States Trustee
601 Walnut Street
Curtis Center
Suite 950 West
Philadelphia, PA  19106

David B. Seigel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

Lawrence Palumbo
The Chase Manhattan Bank
270 Park Avenue
New York, NY  10017

Ming Shiang, VP
The Depository Trust Company
55 Water Street
New York, NY  10042

Susan Rice
Zhagrus Environmental, Inc.
46 West Broadway
Suite 130
Salt Lake City, UT  84101

Rick Thomas
Dupont Dow Elastomers
21088 Network Place
Chicago, IL  60673-1210

Ann-Margaret Bushnell
Cass Logistics Temporary
900 Chelmsford Street
Lowell, MA  08510

Jim Wagner
Stone Packaging System
21514 Network Place
Chicago, IL  60673-1215

Ron Luce
Valeron Strength Films
75 Remittance Drive
Suite 3068
Chicago, IL  60675

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington, DC  20020

District Director
IRS
409 Silverside Road
Wilmington, DE  19809

Securities & Exchange Commission
Atlanta Regional Office Branch/
Reorganization
3475 Lenox Road, N.E.
Suite 100
Atlanta, GA  30326-1232