

Air Products and Chemicals, Inc.
7201 Hamilton Boulevard
Allentown, PA 18195-1501
Telephone (610) 481-4911

April 6, 2001

David D. Bird, Clerk of the
U.S. Bankruptcy Court
824 Market Street
5th Floor
Wilmington, DE   19801

James H. M. Sprayregen
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

WR Grace & Co
7500 Grace Drive
Columbia, MD 21226

Laura Davis Jones
Pachulshi, Stang, Ziehl, Young & Jones PC
919 North Market Street 16th. Floor
Wilmington, DE 19899-8705

Re:  Bankruptcy Case # 01-1139
     WR Grace & Company
     7500 Grace Drive
     Columbia, Maryland 21044-4098

Pursuant to UCC 2-702, section 546-c of the United States Bankruptcy Code, we, Air Products and Chemicals, Inc., hereby exercise our right to reclaim goods delivered prior to delivery of this notice and filing of Chapter 11 Bankruptcy. Such goods are as follows:

| Delivery Date | Shipper | Invoice | $Amount | Product | Volume |
|---|---|---|---|---|---|
| 03/27/01 | C-816-08199 | 04236976 | $ 52.00 | Propane | 165 lbs |
| 03/27/01 | C-816-08194 | 04236964 | $ 79.80 | Propane | 1 cyl |
| 03/29/01 |  | 144673 | $ 411.84 | Metacure T-12 | 44 Lbs |
| 03/27/01 | 30-502389 | 144202 | $ 15,048.00 | Flexbond# 153 | 15,200 Lbs |
| 03/27/01 | 30-502389 | 144202 | $ 25.00 | Shipping |  |
| 03/27/01 | C-816-08203 | 4236965 | $ 64.50 | Helium UHPO Grade | 293 CuFt |
| 03/24/01 | B-56877378 | 04222404 | $ 564.66 | Nitrogen | 1950 Gal |
| 03/26/01 | B-568-77438 | 04222404 | $ 321.43 | Nitrogen | 1110 Gal |
| 03/29/01 | B-568-77664 | 04227583 | $ 907.81 | Nitrogen | 3135 Gal |
| 04/02/01 |  | 146393 | $ 1,168.20 | Metacure T-9 | 110 Lbs |

**Total for goods delivered:**     **$18,643.24**

Pursuant to this notice, such goods should be held for our reclamation and not used or processed.

Cordially,

James P. Fallon
APCI Credit Administration
Phone: (610) 481-8503
Fax:    (610) 481-2244

```
Page: 1 Document Name: Apexftp

OPEN                    Open Item List   (CARMIS)              04  APR  01
Bus Area: C01   POLYMERS                 Inv:            Page    1  of   1
Cust: 00004745  Bill-to:         Contact: MARY BETH      Agreement on
GRACE CONTAINER PRODUCTS         Phone 617  876-1400     By         Pd Thru
55 HAYDEN AVENUE                 Contact: FAX            By         Pd Thru
                                 Phone 617  498-4301     P-d Bal          0.00
LEXINGTON       MA 02173   Past-due Act'n Dte:           CC Bal         411.84
    Credits      1-15     16-30     31-60     61-90    91-180    180+    Balance
                                                                             412
S Tr Billto Trans No Trans Dte    Amount      Due  Actn Rsn Reference  Terms/Rsn
  IN 17221 144673SRF 03/26/01     411.84 04/25             4500265435  NET 30




F6=HELP     F2=CUSTOMER SF5=CLOSED   F4=HANDLE F3=NXT PG   Go to:
F12=INVLKUP SF2=COLCMNT  SF7=CYLBAL  F11=Return SF3=Prv Pg Using:
LAST PAGE REACHED, ENTER NEW SELECTION CRITERIA                         AR04A




Date: 4/4/2001 Time: 08:58:10 AM
```

**Air Products and Chemicals, Inc.**

REMIT TO:
DEPARTMENT CH10256
PALATINE
IL 60055-0256

SALES INVOICE

**AIR PRODUCTS**

00004745

| SALES ORDER NO. | DATE SHIPPED | CUSTOMER NO. | IMPORTANT — PLEASE REFERENCE THIS INVOICE NUMBER ON CHECK OR ENCLOSE REMITTANCE COPY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|
| 7L P03931 | 26 MAR 01 | 0017221 | | 144673 | 26 MAR 01 |

| YOUR ORDER NUMBER | SHIPPED FROM | PAYMENT TERMS |
|---|---|---|
| 4500265435 | CALUMET CITY, IL | NET 30 |

**SOLD TO**

W R GRACE & CO
ATTN: ACCOUNTS PAYABLE DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

**SHIPPED TO**

GRACE CONSTRUCTIONS PRODUCTS
1330 INDUSTRY RD
HATFIELD PA 19440

| MODE | CARRIER NAME | VEHICLE NO. | SCHED-B NO. |
|---|---|---|---|
| LT | UNITED PARCEL SERVICE | 1Z1A34A40340696886 | |

TERMS: FOB CALUMET CITY, IL    FREIGHT PREPAID

| PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| MT12 S06 | METACURE* T-12 CATALYST (1 6 GAL PAIL(S)) | 44 | LB | 9.36 | 411.84 |

```
            *A TRADEMARK OF AIR PRODUCTS AND CHEMICALS INC
            FOR DOMESTIC USE ONLY. DIVERSION CONTRARY
            TO U.S. LAW PROHIBITED.
            ============================================
                    IN THE U.S., TO ORDER PRODUCTS
                   CHECK STATUS AND TRACK ORDERS
                          ON-LINE REGISTER AT
                      WWW.AIRPRODUCTS.COM/APDIRECT
            ============================================


            ********************************************
            *       THANK YOU FOR YOUR BUSINESS.        *
            *  WE ARE COMMITTED TO YOUR COMPLETE SATISFACTION.  *
            *  SHOULD YOU NEED TO CONTACT US FOR ANY REASON,    *
            *       PLEASE CALL:  1-800-228-8877        *
            ********************************************
```

NUMERICAL FILE COPY

SELLERS STANDARD TERMS PRINTED ON THE REVERSE SIDE ARE APPLICABLE TO THIS SALE, EXCEPT TO THE EXTENT THAT THE SELLER EXPLICITLY AGREED IN WRITING TO DIFFERENT TERMS.

**TOTAL AMOUNT** $411.84

RM 8675 (6/00)



# Tracking Summary

To see a detailed report for each package, please select the Detail button.

| TRACKING NUMBER | STATUS | | |
|---|---|---|---|
| 1.   1Z 1A3 4E4 03 4069 688 6 | **Delivered** | Delivered on: | Mar 29, 2001 10:20 A.M. |
| | | Delivered to: | HATFIELD, PA, US |
| | | Signed by: | DONAHUE |
| | | Service Type: | GROUND |

 DETAIL

Tracking results provided by UPS: Apr 3, 2001 11:24 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

 Top of Page

Home | Track | Ship | Rates | Transit Time | Pickup | Drop-off | Supplies
Service Guide | E-Business | Customer Service | About UPS | Site Guide | MY UPS.COM

Copyright © 1994-1999 United Parcel Service of America, Inc.
All Rights Reserved. 36 USC 380. Trademark and Tariff Information



# Tracking Detail

Status: **Delivered**
Delivered on: Mar 29, 2001  10:20 A.M.
Signed by: DONAHUE
Location: RECEIVER
Delivered to: HATFIELD, PA, US
Shipped or Billed on: Mar 26, 2001

Tracking Number: 1Z 1A3 4E4 03 4069 688 6
Service Type: GROUND
Weight: 50.00 Lbs

**PACKAGE PROGRESS**

| Date | Time | Location | Activity |
|---|---|---|---|
| Mar 29, 2001 | 10:20 A.M. | WEST CHESTER-NORISTW, PA, US | DELIVERY |
|  | 6:08 A.M. | WEST CHESTER, PA, US | DESTINATION SCAN |
| Mar 28, 2001 | 9:02 P.M. | WEST CHESTER, PA, US | ARRIVAL SCAN |
|  | 8:17 P.M. | WILLOW GROVE, PA, US | DEPARTURE SCAN |
|  | 2:31 P.M. | WILLOW GROVE, PA, US | LOCATION SCAN |
| Mar 27, 2001 | 1:56 A.M. | CACH, IL, US | UNLOAD SCAN |
| Mar 26, 2001 | 11:59 P.M. | CACH, IL, US | ARRIVAL SCAN |
|  | 9:58 P.M. | HARVEY-HARVEY, IL, US | DEPARTURE SCAN |
|  | 9:00 P.M. | HARVEY-HARVEY, IL, US | ORIGIN SCAN |
|  | 2:54 P.M. | US | PICKUP MANIFEST RECEIVED |

Tracking results provided by UPS: Apr 3, 2001  11:25 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.



 Top of Page

Home | Track | Ship | Rates | Transit Time | Pickup | Drop-off | Supplies
Service Guide | E-Business | Customer Service | About UPS | Site Guide | MY UPS.COM

Copyright © 1994-1999 United Parcel Service of America, Inc.
All Rights Reserved. 36 USC 380. Trademark and Tariff Information

```
SHIPPER              Shipper Display (SalesPro)              Page 1   of   1
                                                                      03 APR 01
Shipper No:  C  -  816  -  08194        Inv Date: 04/03/01 Inv No:    4236964
Performer:   DGS-BLADEN      Ship To Address: WR GRACE & CO
                                              MR. RICHARD SHETRONE-PURCHASIN
Dist ID:    801 (IGD-REG-ADMN-SALES)
BA No:      W9177    Tank:
PO#:        AQ1387/JOHN JEWELL
                                                          I/C send loc:
Amount:            79.80  Trip No:   T0812   CHARGE       I/C recv loc:
Tax Amt:                  Driver:    PWA3    Tax Code:    H1900
Total:             79.80  Ship Dte:  03/27/01  Ship Via/Terms: CITY DEL    / B

                 Prod/Comm                                         Extended
Del Ret   Size   Description              Qty/vol NT PM   Price      Amount
 1   0     0  A93645504   Propane A          20  X  LB   79.8000      79.80




       F2=PROFILE  F4=BLIST   F5=CARD   F7=INVOICE  F10=SMENU   Go to:
F8=SLIST  F9=HEADER   SF5=SALES  SF7=CBAL  SF8=CSABAL  SF9=Cyl Dtl  Using:
                                                                    SP40A
```

Air Products and Chemicals, Inc.

INVOICE COPY                                                    Page 1 of 1

| PURCHASE ORDER # | INVOICE NO. | INVOICE DATE | PAYMENT TERMS | ACCOUNT NO. |
|---|---|---|---|---|
| AQ1387/JOHN JEWELL | 04236964 | 04/03/01 | NET 30 | W9177 |

```
                    SlsCrdt: 816           H1900    00259943     801
         Direct Inquiries to: (800) 224-APCI
```

WR Grace & Co
Mr. Richard Shetrone-Purchasing
5500 Chemical Road
Baltimore, MD  21226

PLEASE REMIT PAYMENT TO:
Air Products & Chemicals, Inc.
P.O. Box 360545M
Pittsburgh, PA  15251-0545

Federal ID: 23-1274455

| LINE # | DESCRIPTION | QTY DELVD | QTY RETRND | BILLED VOLUME | BILLED UOM | BILLED UNIT PRICE | TOTAL AMOUNT (EXCL. TAX) |
|---|---|---|---|---|---|---|---|

```
Purchase Order #                        | Rel #
------------------------------------------------------
AQ1387/JOHN JEWELL

Ship-to Address:
-----------------
W9177-012 Dept 902 Bldg 2 John Jewell Columbia, MD  21044

Delivery Ticket #       | Shipped Date      |   Ship Via
----------------------------------------------------------------
C-816-08194               03/27/01              APCI
04 Propane A93645504         1*            20 Cylinder    79.80       79.80
                                              40.00% Discount applied
                                           ---------------------------------
                                                   TOTAL $            79.80


  * May be used in container charge calculations.
```

***FOR DOMESTIC USE ONLY.  AN EXPORT LICENSE MAY BE REQUIRED TO EXIT THE COUNTRY.***
IF YOU INTEND TO REMIT A PAYMENT THAT IS DIFFERENT FROM THE TOTAL CHARGE, PLEASE
ATTACH DOCUMENTATION TO YOUR REMITTANCE EXPLAINING THE REASONS.  THIS WILL FACILITATE
PROMPT POSTING OF YOUR PAYMENT AND ALERT US TO ANY PROBLEMS WITH YOUR ACCOUNT.

### Remittance Advice

| INVOICE NO. | INVOICE DATE | REMIT PAYMENT TO: | ACCOUNT NO. | AMOUNT DUE | DUE DATE |
|---|---|---|---|---|---|
| 04236964 | 04/03/01 | Air Products & Chemical P.O. Box 360545M | W9177 | 79.80 | 05/03/01 |
| 00259943 | | Pittsburgh, PA  15251-0545 | | | |

Please Detach This Portion and Return With Remittance.

```
Page: 1 Document Name: Apexftp
────────────────────────────────────────────────────────────────────────────────
OPEN                    Open Item List   (CARMIS)                 04  APR   01
Bus Area: C12    APP                         Inv:              Page   1  of   1
Cust: 00129341  Bill-to:         Contact: CAROL MC FADDEN   Agreement on
GRACE CONSTRUCTION PROD.         Phone 617   498-4459       By          Pd Thru
62 WHITTEMORE AVENUE             Contact: FAX               By          Pd Thru
                                 Phone 617   234-7595       P-d Bal           0.00
CAMBRIDGE        MA 02140    Past-due Act'n Dte:            CC Bal       15,073.00
   Credits       1-15       16-30      31-60       61-90     91-180    180+    Balance
                                                                              15,073
S Tr Billto Trans No Trans Dte    Amount       Due  Actn Rsn Reference   Terms/Rsn
  IN 52932 144202EML 03/26/01   15,073.00 04/25              4500263163  NET 30




 F6=HELP     F2=CUSTOMER SF5=CLOSED   F4=HANDLE F3=NXT PG   Go to:
 F12=INVLKUP SF2=COLCMNT SF7=CYLBAL F11=Return SF3=Prv Pg   Using:
 LAST PAGE REACHED, ENTER NEW SELECTION CRITERIA                        AR04A
```

Date: 4/4/2001 Time: 08:56:30 AM



**Air Products Polymers, L.P.**
REMIT TO: PO BOX 371763, PITTSBURGH PA 15251-7763

**SALES INVOICE**

| SALES ORDER NO. | DATE SHIPPED | CUSTOMER NO. | IMPORTANT — PLEASE REFERENCE THIS INVOICE NUMBER ON CHECK OR ENCLOSE REMITTANCE COPY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|
| 18 V56853 | 26 MAR 01 | 0052932 | | 144202 | 26 MAR 01 |

| YOUR ORDER NUMBER | SHIPPED FROM | PAYMENT TERMS |
|---|---|---|
| 4500263163 | SOUTH BRUNSWICK, | NET 30 |

**SOLD TO**
GRACE CONSTRUCTION PRODUCTS
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

**SHIPPED TO**
GRACE CONSTRUCTION PRODUCTS
1330 INDUSTRY RD
HATFIELD PA 19440

| MODE | CARRIER NAME | VEHICLE NO. | SCHED-B NO. |
|---|---|---|---|
| LT | CAMPBELLS AUTO EXPRESS | 4810 | |

TERMS: FOB SOUTH BRUNSWICK, FREIGHT PREPAID

| PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| G153 RPD | FLEXBOND* 153 EMULSION (32 RECYCLABLE PLAS DRUM) | 15,200 | LB | .99 | $15,048.00 COMPETITIVE PRICE |
| | CUSTOMER PRODUCT CODE: EMS32-185 *A TRADEMARK OF AIR PRODUCTS AND CHEMICALS INC | | | | |
| 51059 | ENERGY AND FUEL SURCHARGE | | | | $25.00 |

FOR DOMESTIC USE ONLY. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
================================
    IN THE U.S., TO ORDER PRODUCTS
    CHECK STATUS AND TRACK ORDERS
        ON-LINE REGISTER AT
      WWW.AIRPRODUCTS.COM/APDIRECT
================================

```
****************************************
*      THANK YOU FOR YOUR BUSINESS.     *
*  WE ARE COMMITTED TO YOUR COMPLETE SATISFACTION.  *
*  SHOULD YOU NEED TO CONTACT US FOR ANY REASON,  *
*      PLEASE CALL:  1-800-523-9476     *
****************************************
```

NUMERICAL FILE COPY

SELLERS STANDARD TERMS PRINTED ON THE REVERSE SIDE ARE APPLICABLE TO THIS SALE, EXCEPT TO THE EXTENT THAT THE SELLER EXPLICITLY AGREED IN WRITING TO DIFFERENT TERMS.

**TOTAL AMOUNT** $15,073.00

FORM 8636 (7/00)

(800) 220-0077
(856) 589-8300
FAX (856) 589-8494


**Campbell's EXPRESS**

134 LAUREL DRIVE • P.O. BOX 118 • PITMAN, NEW JERSEY 08071

**DELIVERY RECEIPT**

| (CAAE) | FREIGHT BILL NO. | DATE | PAGE |
|---|---|---|---|
| | 30-502389 | 03/26/01 | 1/1 |

| PICK UP UNIT | LOADED ON | TH | TRIP # | TARIFF | SHIPPER B/L NO. | BI | ROUTE | METHOD OF PAYMENT | |
|---|---|---|---|---|---|---|---|---|---|
| 8 | | 1 | 00 | CAX606 | 18 140056853 | PAM | | | PREPAID |

CONSIGNEE NAME: **GRACE CONSTRUCTION PRODUCTS**   1330 INDUSTRY RD   HATFIELD, PA  19440

SHIPPER NAME: **AIR PRODUCTS & CHEMICALS**   11 CORN ROAD
(AI11DA0 )                                   HELLER IND PARK, DAYTON, NJ  08810
ILL TO: AI25LE0     "AIR PRODUCTS & CHEMICAL"

R/T BASE: 20

| NO. PIECES | DESCRIPTION | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|
| 32 | RESIN COMPOUNDS<br>RATED AS<br><br>DEL 3/27<br>PALLETIZE IN MULTIPLES OF 4<br>NO REC BET 12:00 & 1:00<br>PO 4500263163<br>FUEL SURCHARGE<br>KEEP FROM FREEZING | 16,768<br>20,000 | | |
| 32 | TOTALS            MAR 2 7 2001 | 16,768 | | |

| DRIVER | UNIT # | NOA | START U/L | FINISH U/L | DEPART | PALLETS DELIVERED/RETURNED | RECEIVED IN GOOD CONDITION EXCEPT AS NOTED SIGNATURE |
|---|---|---|---|---|---|---|---|
| CW1 | 4572 | 9:45 | 9:55 | 10:30 | 10:30 | | X  [signature] Grace   3/27 |

Air Products and Chemicals, Inc.

INVOICE COPY                                                                  Page  1 of  1

| PURCHASE ORDER # | INVOICE NO. | INVOICE DATE | PAYMENT TERMS | ACCOUNT NO. |
|---|---|---|---|---|
| AQ1387/DELWATTS | 04236976 | 04/03/01 | NET 30 | W9240 |

SlsCrdt: 816          H1900   00259943       801
Direct Inquiries to: (800) 224-APCI

WR Grace & Co
Mr. Richard Shetrone-Purchasing
5500 Chemical Road
Baltimore, MD  21226

PLEASE REMIT PAYMENT TO:
Air Products & Chemicals, Inc.
P.O. Box 360545M
Pittsburgh, PA  15251-0545

Federal ID: 23-1274455

| LINE # | DESCRIPTION | QTY DELVD | QTY RETRND | BILLED VOLUME | BILLED UOM | BILLED UNIT PRICE | TOTAL AMOUNT (EXCL. TAX) |
|---|---|---|---|---|---|---|---|

Purchase Order #                    | Rel #
AQ1387/DELWATTS

Ship-to Address:
W9240-025 Dept 903 Bldg 16 Del Watts Columbia, MD   21044

Delivery Ticket #       | Shipped Date       |   Ship Via

C-816-08199              03/27/01               APCI
01 Propane-Cylinder 9360-03   5*    5      165 Pound          0.30       49.50
                                                        40.00% Discount applied
   Fuel Surcharge - Cylinder
   Delivery              9134    1*          Each             2.50        2.50
                                                                    TOTAL $     52.00

   * May be used in container charge calculations.

***FOR DOMESTIC USE ONLY.  AN EXPORT LICENSE MAY BE REQUIRED TO EXIT THE COUNTRY.***
IF YOU INTEND TO REMIT A PAYMENT THAT IS DIFFERENT FROM THE TOTAL CHARGE, PLEASE
ATTACH DOCUMENTATION TO YOUR REMITTANCE EXPLAINING THE REASONS. THIS WILL FACILITATE
PROMPT POSTING OF YOUR PAYMENT AND ALERT US TO ANY PROBLEMS WITH YOUR ACCOUNT.

### Remittance Advice

| INVOICE NO. | INVOICE DATE | REMIT PAYMENT TO: | ACCOUNT NO. | AMOUNT DUE | DUE DATE |
|---|---|---|---|---|---|
| 04236976 | 04/03/01 | Air Products & Chemical P.O. Box 360545M | W9240 | 52.00 | 05/03/01 |
| 00259943 |  | Pittsburgh, PA  15251-0545 |  |  |  |

Please Detach This Portion and Return With Remittance.

```
SHIPPER                    Shipper Display (SalesPro)              Page 1   of  1
                                                                         03 APR 01
Shipper No:  C  -  816  -  08203          Inv Date: 04/03/01 Inv No:    4236965
Performer:   DGS-BLADEN       Ship To Address: WR GRACE & CO
                                               MR. RICHARD SHETRONE-PURCHASIN
Dist ID:   801 (IGD-REG-ADMN-SALES)
BA No:     W9177     Tank:
PO#:       AQ1387
                                                              I/C send loc:
Amount:              64.50   Trip No:   T0812     CASH        I/C recv loc:
Tax Amt:                     Driver:    PWA3      Tax Code:      H1900
Total:               64.50   Ship Dte:  03/27/01  Ship Via/Terms: CITY DEL    / B

                  Prod/Comm                                              Extended
Del Ret  Size     Description              Qty/vol NT PM     Price        Amount
 1   0     0     A01M26513    Helium A0      293   X  CF    62.0000        62.00
 1   0     0     9134 Fuel Surcharge - Cy          X  EA     2.5000         2.50


        F2=PROFILE  F4=BLIST   F5=CARD   F7=INVOICE  F10=SMENU   Go to:
F8=SLIST  F9=HEADER   SF5=SALES  SF7=CBAL  SF8=CSABAL  SF9=Cyl Dtl Using:
                                                                         SP40A
```

Air Products and Chemicals, Inc.

INVOICE COPY                                                                 Page 1 of 1

| PURCHASE ORDER # | INVOICE NO. | INVOICE DATE | PAYMENT TERMS | ACCOUNT NO. |
|---|---|---|---|---|
| 4500244990 | 04227583 | 03/30/01 | NET 30 | R3000 |

SlsCrdt: 5EX       B1900    00102839       801
Direct Inquiries to: (800) 224-APCI

W R Grace & Co
Accounts Payable
PO Box 3247
Lake Charles, LA   70602

PLEASE REMIT PAYMENT TO:

Air Products & Chemicals, Inc.
Department CH10200
Palatine, IL  60055-0200

| LINE # | DESCRIPTION | QTY DELVD | QTY RETRND | BILLED VOLUME | BILLED UOM | BILLED UNIT PRICE | TOTAL AMOUNT (EXCL. TAX) |
|---|---|---|---|---|---|---|---|

Purchase Order # _____ | Rel # _____

4500244990

Ship-to Address:

R3000-002 7500 GRACE DRIVE Bldg 2 COLUMBIA, MD   21044

Delivery Ticket # _____ | Shipped Date _____ | Ship Via _____

B-568-77664              03/29/01              APCI
01 Nitrogen-Liquid Scf 2999
   3135 Gallon * .9311
   Gallon/100 SCF                             2,919  100 SCF      0.2610      761.86
   Fuel/Energy- Surcharge
   Lin 299S                                   2,919  100 SCF      0.05        145.95

                                                                  TOTAL $     907.81

***FOR DOMESTIC USE ONLY.  AN EXPORT LICENSE MAY BE REQUIRED TO EXIT THE COUNTRY.***
IF YOU INTEND TO REMIT A PAYMENT THAT IS DIFFERENT FROM THE TOTAL CHARGE, PLEASE
ATTACH DOCUMENTATION TO YOUR REMITTANCE EXPLAINING THE REASONS.  THIS WILL FACILITATE
PROMPT POSTING OF YOUR PAYMENT AND ALERT US TO ANY PROBLEMS WITH YOUR ACCOUNT.

Remittance Advice

| INVOICE NO. | INVOICE DATE | REMIT PAYMENT TO: | ACCOUNT NO. | AMOUNT DUE | DUE DATE |
|---|---|---|---|---|---|
| 04227583 | 03/30/01 | Air Products & Chemical Department CH10200 | R3000 | 907.81 | 04/29/01 |
| 00102839 | | Palatine, IL  60055-0200 | | | |

Please Detach This Portion and Return With Remittance.

Air Products and Chemicals, Inc.

INVOICE COPY                                          Page  1 of  1

| PURCHASE ORDER # | INVOICE NO. | INVOICE DATE | PAYMENT TERMS | ACCOUNT NO. |
|---|---|---|---|---|
| 4500244990 | 04234581 | 04/03/01 | NET 30 | R3000 |

SlsCrdt: 5EX         B1900    00102839      801
Direct Inquiries to: (800) 224-APCI

W R Grace & Co
Accounts Payable
PO Box 3247
Lake Charles, LA   70602

PLEASE REMIT PAYMENT TO:
Air Products & Chemicals, Inc.
Department CH10200
Palatine, IL  60055-0200

| LINE # | DESCRIPTION | QTY DELVD | QTY RETRND | BILLED VOLUME | BILLED UOM | BILLED UNIT PRICE | TOTAL AMOUNT (EXCL. TAX) |
|---|---|---|---|---|---|---|---|

Purchase Order #_____ | Rel #_____

4500244990

Ship-to Address:

R3000-002 7500 GRACE DRIVE Bldg 2 COLUMBIA, MD  21044

Delivery Ticket #_____ | Shipped Date_____ | Ship Via_____

B-568-77874              04/01/01              APCI
01 Nitrogen-Liquid Scf 2999
   2605 Gallon * .9311
   Gallon/100 SCF                      2,425.52  100 SCF    0.2610     633.06
   Fuel/Energy- Surcharge
   Lin 299S                            2,425.52  100 SCF    0.05       121.28

                                                        TOTAL $        754.34

***FOR DOMESTIC USE ONLY.  AN EXPORT LICENSE MAY BE REQUIRED TO EXIT THE COUNTRY.***
IF YOU INTEND TO REMIT A PAYMENT THAT IS DIFFERENT FROM THE TOTAL CHARGE, PLEASE
ATTACH DOCUMENTATION TO YOUR REMITTANCE EXPLAINING THE REASONS. THIS WILL FACILITATE
PROMPT POSTING OF YOUR PAYMENT AND ALERT US TO ANY PROBLEMS WITH YOUR ACCOUNT.

Remittance Advice

| INVOICE NO. | INVOICE DATE | REMIT PAYMENT TO: | ACCOUNT NO. | AMOUNT DUE | DUE DATE |
|---|---|---|---|---|---|
| 04234581 | 04/03/01 | Air Products & Chemical Department CH10200 | R3000 | 754.34 | 05/03/01 |
| 00102839 | | Palatine, IL  60055-0200 | | | |

Please Detach This Portion and Return With Remittance.

```
Page: 1 Document Name: Apexftp
```

```
OPEN                    Open Item List  (CARMIS)                       05  APR  01
Bus Area: C01    POLYMERS                Inv:                   Page    1  of    1
Cust: 00004745    Bill-to:       Contact: MARY BETH       Agreement on
W R GRACE                        Phone 617  876-1400      By         Pd Thru
DEBTOR IN POSSESSION             Contact: FAX             By         Pd Thru
55 HAYDEN AVENUE                 Phone 617  498-4301      P-d Bal              0.00
LEXINGTON      MA 02173    Past-due Act'n Dte:            CC Bal           1,580.04
    Credits       1-15      16-30      31-60     61-90    91-180    180+   Balance
                                                                             1,580
S Tr Billto Trans No Trans Dte     Amount      Due   Actn Rsn Reference   Terms/Rsn
  IN 17221 144673SRF 03/26/01      411.84 04/25               4500265435  NET 30
  IN 17221 146393SRF 04/02/01    1,168.20 05/02               4500267027  NET 30




F6=HELP      F2=CUSTOMER SF5=CLOSED   F4=HANDLE F3=NXT PG   Go to:
F12=INVLKUP SF2=COLCMNT SF7=CYLBAL F11=Return SF3=Prv Pg   Using:
LAST PAGE REACHED, ENTER NEW SELECTION CRITERIA                            AR04A
```

```
Date: 4/5/2001 Time: 04:44:42 PM
```

**Air Products and Chemicals, Inc.**
REMIT TO:
DEPARTMENT CH10256
PALATINE
IL 60055-0256

SALES INVOICE


AIR PRODUCTS
00004745

| SALES ORDER NO. | DATE SHIPPED | CUSTOMER NO. | IMPORTANT – PLEASE REFERENCE THIS INVOICE NUMBER ON CHECK OR ENCLOSE REMITTANCE COPY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|
| 7L P04105 | 02 APR 01 | 0017221 | | 146393 | 02 APR 01 |

| YOUR ORDER NUMBER | SHIPPED FROM | PAYMENT TERMS |
|---|---|---|
| 4500267027 | CALUMET CITY, IL | NET 30 |

**SOLD TO**
W R GRACE & CO
ATTN: ACCOUNTS PAYABLE DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

**SHIPPED TO**
WR GRACE & COMPANY
CONSTRUCTION PRODUCTS DIVISION
6051 WEST 65TH STREET
BEDFORD PARK IL 60638

| MODE | CARRIER NAME | VEHICLE NO. | SCHED-D NO. |
|---|---|---|---|
| LT | FALCON EXPRESS INC (IL) | 44674 | |

TERMS: FOB CALUMET CITY, IL    FREIGHT PREPAID

| PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| MT9  P06 | METACURE* T-9 CATALYST (2 6 GAL PLASTIC PAILS) | 110 | LB | 10.62 | $1,168.20 |

CUSTOMER PRODUCT CODE: 96
*A TRADEMARK OF AIR PRODUCTS AND CHEMICALS INC
FOR DOMESTIC USE ONLY.  DIVERSION CONTRARY
TO U.S. LAW PROHIBITED.
================================
IN THE U.S., TO ORDER PRODUCTS
CHECK STATUS AND TRACK ORDERS
ON-LINE REGISTER AT
WWW.AIRPRODUCTS.COM/APDIRECT
================================
********************************
*  THANK YOU FOR YOUR BUSINESS.       *
*  WE ARE COMMITTED TO YOUR COMPLETE SATISFACTION. *
*  SHOULD YOU NEED TO CONTACT US FOR ANY REASON,   *
*  PLEASE CALL:  1-800-228-8577       *
********************************

NUMERICAL FILE COPY

SELLERS STANDARD TERMS PRINTED ON THE REVERSE SIDE ARE APPLICABLE TO THIS SALE, EXCEPT TO THE EXTENT THAT THE SELLER EXPLICITLY AGREED IN WRITING TO DIFFERENT TERMS.

**TOTAL AMOUNT** ► $1,168.20

8675 (6/00)

AIR PRODUCTS AND CHEMICALS, INC.
STRAIGHT BILL OF LADING - SHORT FORM NON NEGOTIABLE

| CONSIGNEE: | SHIPPERS ORDER NO. | ORDER DATE | SHIP DATE | DELIVER DATE NO LATER THAN |
|---|---|---|---|---|
| WR GRACE & COMPANY<br>CONSTRUCTION PRODUCTS DIVISION<br>6051 WEST 65TH STREET<br><br>BEDFORD PARK     IL  60638 | IL-910004105 | 29MAR01 | 02APR01 | 03APR01 |

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

TRANSPORTATION TERMS: PREPAID

SHIPPERS ORDER NUMBER MUST APPEAR ON FREIGHT BILL
SEND FREIGHT BILL TO:
AIR PRODUCTS AND CHEMICALS, INC.
P.O. BOX 25707
LEHIGH VALLEY, PA 18002

MODE: LT
VEHICLE NO.
SHIPPING LOCATION: 1000 STATE STREET (GATEWAY WHSE) CALUMET CITY IL 60409
CUSTOMER P.O. NO.: 4500267021
RLSE NO.

AIR PRODUCTS AND CHEMICALS, INC.
SIGNATURE OF CONSIGNOR

ROUTE: FALCON EXPRESS INC TLT
SCAC CODE: FAOO

EMERGENCY INSTRUCTIONS
IN THE EVENT OF AN EMERGENCY INVOLVING THIS SHIPMENT CONTACT CHEMTREC AT (800) 424-9300 FROM ANYWHERE IN THE UNITED STATES OR CANADA. FOR CALLS ORIGINATING OUTSIDE THE UNITED STATES OR CANADA, TELEPHONE CHEMTREC COLLECT AT (703) 527-3887.

| PACKAGES | PROD CODE | HM | SHIPPING DESCRIPTION | NET WEIGHT (SUB. TO CORR) | UNIT | COMPARTMENTS |
|---|---|---|---|---|---|---|
| 2 | MT9 | P06 | CHEMICALS, N.O.I. - NOT DOT REGULATED<br>CLASS 85 // NMFC # 45940-2<br>PRODUCT NAME: METACURE T-9 CATALYST | 110.00 | LB | |

RECEIVED SUBJECT TO COUNT & INSPECTION
APR 03 2001
CONSTRUCTION PRODUCTS DIV
W.R. GRACE & CO
6051 W. 65th STREET
BEDFORD PARK, IL 60638

| LINK NO. | REASON | SEAL NO. | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|---|---|
| | | | 0.00 LB | 10.00 LB | 120.00 LB |

MESSAGES:
*** DELIVERY ***
**RECEIVING HOURS ARE FROM 7:00AM - 11:00AM**

ALL PARTIES HERETO AND THEIR ASSIGNS ARE FAMILIAR WITH, AND AGREE, THAT THIS BILL OF LADING IS SUBJECT TO: TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING AS SET FORTH 1) IN UNIFORM FREIGHT CLASSIFICATION IF THIS IS A RAIL OR WATER SHIPMENT; OR 2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION, CONTRACT, OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. RELEASED VALUATION CLAUSE: THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ CENTS PER POUND FOR EACH ARTICLE; BUT NOT IF THE MINIMUM CHARGE AT THE WEIGHT CLASS 100 OR LOWER IS NOT EXCEEDED.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

SHIPPER: AIR PRODUCTS AND CHEMICALS, INC.
AGENT:

FALCON EXPRESS BILL OF LADING
PRO NUMBER: 44674   DRIVER
ARRIVE: 1010   4-3-01
DEPART: 1020
RECEIVED BY: AH Costa
COSTA

30MAR01 10:24:15

4/3/01 FALCON RXAI #4810 A 255

2 PAILS