UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
) Chapter 11
W.R. GRACE & CO.-CONN. )
) Case No. 01-01140
Debtor. )

FILED
2001 APR -3 PM 1:24

BMS CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE THAT, pursuant to Bankruptcy Rule 9010(b), James D. Freeman is appearing on behalf of the United States Environmental Protection Agency, a department of the United States of America.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned request that an entry be made on the Clerk's Matrix System and that all notices, given or required to be given and all documents, served or required to be served, in these cases be given to and served upon:

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, Colorado 80202

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Div.
U.S. Department of Justice

_____
JAMES D. FREEMAN
Trial Attorney
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, Colorado 80202
(303) 312-7376


CARL SCHNEE
United States Attorney
District of Delaware

ELLEN SLIGHTS
Assistant United States Attorney
Office of United States Attorney
1201 Market Street
Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046


OF COUNSEL:

MATTHEW D. COHN
Senior Enforcement Attorney
U.S. EPA Region 8
999 Eighteenth Street, Suite 700
Denver, Colorado 80202

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2001, I caused to be served by regular mail a copy of the NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS to the following persons:

Laura Davis Jones, Esq.
Pachulski Stand et al.
P.O. Box 8705
919 North Market Street, 16th Floor
Wilmington, Delaware  19899-8705
Fax: 302-652-4400

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

_Corrine A. Chisen_