ORIGINAL

FILED
2001 APR -3 PM 3: 49

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (RJN) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as counsel for Bank of America, N.A., as agent and debtor in possession lender, under Section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that an entry be made on the Clerk's Matrix, if any, in this case, and that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served on:

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone (302) 655-5000
Facsimile (302) 658-6395

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone (312) 876-7700
Facsimile (312) 993-9767

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and

-2-

liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) any debtor, (b) property of any debtor's estate, or proceeds thereof, in which any debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

THE BAYARD FIRM

By: /s/ M. Yoder
Steven M. Yoder, Esquire (No. 3885)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000

Counsel for Bank of America, N.A.

Dated: April 3, 2001

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al., | ) |
| | ) Case No. 01-01139 (RJN) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

    Heidi M. Snyder, being duly sworn according to law, deposes and says that she is employed by the Bayard Firm, attorneys for the Bank of America, N.A., in the above-captioned action, and that on this 3rd day of April, 2001, I caused a copy of the foregoing **Notice of Appearance**, to be served upon the attached 2002 service list:

_____
Heidi M. Snyder

    SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid.

Dated: April 3, 2001

_____
Notary Public
JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2002

W. R. Grace 2002 Service List
Case No. 01-1139 (RJN)
Doc. No. 20058
April 3, 2001
02 – Hand Delivery
04 – Federal Express
23 – First Class Mail Foreign

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

*Federal Express*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*Federal Express*
(United States Trustee)
Mark Kenney, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center, Suite 950 West
Philadelphia, PA  19106

*Federal Express*
(Canadian counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
Sun Life Center
200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

*Federal Express*
(W. R. Grace & Co.)
David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036 USA

*First Class Mail*
(Counsel to DIP Lender)
J. DOUGLAS BACON
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Woth Davis
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

*First Class Mail*
)
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

*First Class Mail*
(Top Twenty Creditor)
The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017

*First Class Mail*
(Top Twenty Creditor)
The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042

*First Class Mail*
(Top Twenty Creditor)
The Depository Trust Company
c/o Daniel Chipko
PO Box 20
Bowling Green Station
New York, NY 10274

*First Class Mail*
(Top Twenty Creditor)
Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, Ca 90067

*First Class Mail*
(Top Twenty Creditor)
Huntsman Corporation
P.O. Box 65888
Charlotte, NC 28265

*First Class Mail*
(Top Twenty Creditor)
Zhagrus Environmental, Inc.
c/o Susan Rice
46 W. Broadway, Ste. 130
Salt Lake City, UT 84101

*First Class Mail*
(Top Twenty Creditor)
DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501

*First Class Mail*
(Top Twenty Creditor)
PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029

*First Class Mail*
(Top Twenty Creditor)
Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210

*First Class Mail*
(Top Twenty Creditor)
Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell MA 08510

*First Class Mail*
(Top Twenty Creditor)
Union Carbide Corp
c/o Mia Skinner
PO Box 91136
Chicago, IL 60693-0001

*First Class Mail*
(Top Twenty Creditor)
Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800

*First Class Mail*
(Top Twenty Creditor)
BASF
c/o Diane Murdock
P O Box 75908
Charlotte, NC 28275

*First Class Mail*
(Top Twenty Creditor)
Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL 60515

*First Class Mail*
(Top Twenty Creditor)
Radian International
c/o Mary Harris
P O Box 844130
Dallas, TX 75284-4130

*First Class Mail*
(Top Twenty Creditor)
Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215

*First Class Mail*
(Top Twenty Creditor)
Valeron Strength Films
c/o Ron Luce
75 Remittance Dr, Suite 3068
Chicago, IL 60675

*First Class Mail*
(Top Twenty Creditor)
Ingersoll-Rand Fluid Products
c/o Eric Solverson
PO Box 751229
Charlotte, NC 28275-1229

*First Class Mail*
(Top Twenty Creditor)
Delta Chemicals
c/o John Besson
P.O. Box 73054
Baltimore, MD 21273-0054