## CALENDAR NOTICE

TO:    Clerk, U.S. Bankruptcy Court          DATE 4/12/01
       Clerk, U.S. District Court

FROM:  Judge Farnan

CASE CAPTION: In Re W. R. Grace

CASE NUMBER: Bankruptcy No. 01-1139 JJF

1. The following proceeding(s) are **scheduled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___JURY TRIAL | ___days | _____ | ___/___, 2001 at ___ ___m. | |
| ___# of Jurors Requested | | | | |
| ___NON-JURY TRIAL | ___days | _____ | ___/___, 2001 at ___ ___m. | |
| ___TELE-CONFERENCE | | _____ | ___/___, 2001 at ___ ___m. | |
| ___PRETRIAL CONFERENCE | | _____ | ___/___, 2001 at ___ ___m. | |
| ✓ Status CONFERENCE | | Fri | 4/20, 2001 at 11:00 a.m. | |
| ___HEARING | | _____ | ___/___, 2001 at ___ ___m. | |
| ___HEARING | | _____ | ___/___, 2001 at ___ ___m. | |
| ___HEARING | | _____ | ___/___, 2001 at ___ ___m. | |
| ___HEARING | | _____ | ___/___, 2001 at ___ ___m. | |

COURT REPORTER REQUESTED ✓ yes ___ no        ✓ COURTROOM 2A
*****************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___JURY TRIAL | ___days | _____ | ___/___, 2001 at ___ ___m. | |
| ___NON-JURY TRIAL | ___days | _____ | ___/___, 2001 at ___ ___m. | |
| ___TELE-CONFERENCE | | _____ | ___/___, 2001 at ___ ___m. | |
| ___PRETRIAL CONFERENCE | | _____ | ___/___, 2001 at ___ ___m. | |
| ___ _____ CONFERENCE | | _____ | ___/___, 2001 at ___ ___m. | |
| ___HEARING | | _____ | ___/___, 2001 at ___ ___m. | |
| ___HEARING | | _____ | ___/___, 2001 at ___ ___m. | |

*****************************************************************
**(CHAMBERS USE ONLY)**

✓ CHAMBERS CALENDAR
*****************************************************************

Prepared by _Susan_

87