FILED

2001 APR 12  PM 2: 54

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| W.R. Grace & Co. | § | Case No. 01-01139PJW |
| | § | (Chapter 11) |
| Debtor. | § | Hon. Peter J. Walsh |

### REQUEST FOR NOTICE PURSUANT TO
### BANKRUPTCY RULE 2002 AND ALL PLEADINGS
### PURSUANT TO BANKRUPTCY RULE 3017(a)

Russell W. Budd and Alan B. Rich, as counsel to numerous asbestos claimants who are

creditors and parties-in-interest in this bankruptcy case, request copies of all matters (including plans

and disclosure statements) filed or noticed by any party herein pursuant to Federal Rules of

Bankruptcy Procedure 2002(a) and (b) and 3017(a). Copies of all such items should be addressed

as follows:

> Russell W. Budd
> Alan B. Rich
> Baron & Budd, P.C.
> 3102 Oak Lawn Avenue, suite 1100
> Dallas, Texas 75219
> (214) 521-3605
> (214) 520-1181 (fax)

Respectfully submitted this 6th day of April, 2000.

BARON & BUDD, P.C.

By: _____
Alan B. Rich
Texas Bar No. 16842350

The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75247
(214) 521-3605
(214) 520-1181 (fax)

## CERTIFICATE OF SERVICE

I certify that a correct copy of the foregoing was sent by United States Mail, postage prepaid,

to all parties on the attached ServiceList on this _6th_ day of April, 2000.

_____
Alan B. Rich

J:\ALAN\NOTICE OF APPEARANCE WRGRACE.wpd

## SERVICE LIST

## **W.R. GRACE & CO.**

### SERVICE TO ALL PARTIES VIA UNITED STATES FIRST CLASS MAIL

### **COUNSEL TO DEBTOR:**

Laura Davis Jones
Pachulski, Stang, Ziehl, et al
P.O. Box 8705
Wilmington, DE 19899-8705
(fax: 302-652-4400)

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(fax: 312-861-2200)

### **UNITED STATES TRUSTEE:**

Office of the United States Trustee
601 Walnut Street, Room 950 West
Philadelphia, PA 19106
(fax: 215/597-5795)

### **INTERESTED PARTIES AND COUNSEL FOR ASBESTOS CREDITORS**

Peter Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
(fax: 202/429-3301)

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park avenue, 36th FL
New York, NY 10022
(fax: 212/644-6755)

Theodore Goldberg, Esq.
Mark C. Meyer, Esq.
Goldberg, Persky, Hennings & White, P.C.
1030 Fifth Avenue, Third Fl.
Pittsburgh, PA 15219-6295
(fax: 412/471-8308)

J:\ALAN\NOTICE OF APPEARANCE WRGRACE.wpd

Mark Lanier, Esq.
Patrick N. Haines, Esq.
Lanier Parker & Sullivan, P.C.
1331 Lamar, Suite 1550
Houston, Texas 77010
(fax: 713/659-2204)

Stephen J. Kherkher, Esq.
The Williams Baily Law Firm
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5000
(fax: 713/230-2314)

Joseph F. Rice, Esq.
Nancy Worth Davis, Esq.
Ness Motley Loadhold Richardson
        & Poole, P.A.
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(fax: 843-216-9450)

Brent W. Coon, Esq.
Provost Umphrey Law Firm
490 Park Street
Beaumont, TX   77704
(fax: 409/838-8888)

Paul L. Sadler, Esq.
D. Bryan Hughes, Esq.
Wellborn, Houston, Adkinson, Mann,
 Sadler & Hill, LLP300 West Main Street
P.O. Box 1109
Henderson, TX.  75653-1109
(fax: 903/657-6108)

Ian Cloud, Esq.
Robins, Cloud, Greenwood & Lubel LLP
910 Travis, Suite 2020
Houston, TX 77002
(Fax: 713/650-1400)

Larry O. Norris, P.A.
101 Ferguson Street
Hattiesburgh, MS 39401-3812
(fax: 601/584-6634)

Silber Pearlman, P.C.
2711 North Haskell Ave., 5th Fl, LB 32
Dallas, TX 75204
(fax: 214/824-8100)

Waters & Kraus
4807 West Lovers Lane
Dallas, TX   75209
(fax: 214/941-8855)

Paul d. Henderson, Esq.
Dies, Henderson & Carona
1009 West Green
Orange, TX 77630-5619
(fax: 409/883-4814)

C. Sanders McNew, Esq.
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038
(fax: 212/344-5461)

Shepard A. Hoffman, Esq.
301 North Charles Street
Baltimore, MD 21201-4306
(fax: 410/539-8407)

Brad B. Erens, Esq.
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL 60601-1692)
(fax: 312/782-8585)

Edwin H. Beachler, Esq.
Caroselli, Beachler, McTiernan
 & Convoy
312 Blvd. Of the Allies
Pittsburgh, PA 15222
(fax: 412/391-7453)

J:\ALAN\NOTICE OF APPEARANCE WRGRACE.wpd

Frank E. Stachyra, Esq.
Stachyra & Penn
111 West Washington St.
Chicago, IL 60602-2703
(fax: 312/782-4656)

Damon Chargois, Esq.
Foster & Sear, LLP
1201 North Watson Rd., suite 145
Arlington, TX 76006
(fax: 817/633-5507)

Michael Kaeske, Esq.
Kaeske Reeves, LLP
6301 Gaston, Suite 735
Dallas, TX 75214
(fax: 214/821-0977)

Richard S. Glasser, Esq.
Kendall, Hatten, Glasser, PLC
1001 East Broad Street, Suite 450
Richmond, VA 23219
(fax: 757/625-4115)

Michael V. Kelley, Esq.
Kelley & Ferraro, LLP
1901 Bond Court Bldg.
1300 East 9th Street
Cleveland, OH 44114
(fax: 216/575-0799)

Glen W. Morgan, esq.
Reaud, Morgan & Quinn
801 Laruel
Beaumont, TX 77701
(fax: 409/833-8236)

Terry Johnson, Esq.
455 East Illinois Street, Suite 3261
Chicago, IL 50511
(fax: 312/922-3399)

Mark Freedlander, Esq.
Sable Pusateri Rosen Gordon & Adams
Firck Bldg., 7th Fl.
Pittsburgh, PA 15219-6003
(fax: 412/281-2859)

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey
745 South Main Street
Kalispel, MT 59901
(fax: 406/752-7124)