UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.   01-01139 (JJF) |
| W.R. GRACE & CO., *et. al.*, | ) | |
| | ) | Hon. Joseph J. Farnan, Jr. |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Transcontinental Insurance Company ("CNA"), an interested party in the above-referenced case, by and through its undersigned representatives, hereby enters its appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and that such representatives hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the following individuals at the following address and telephone number:

> Jonathan W. Young
> T. Kellan Grant
> Wildman, Harrold, Allen & Dixon
> 225 West Wacker Drive, Suite 3000
> Chicago, IL  60606-1229
> Telephone (312) 201-2000
> Facsimile (312) 201-2555

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral and whether transmitted or conveyed by mail, e-mail or other electronic filing, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the referenced cases and the proceedings herein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive CNA's (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which CNA is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: April 11, 2001
       Chicago, Illinois

                              WILDMAN, HARROLD, ALLEN & DIXON

                          By: *[signature]*
                              T. Kellan Grant
                              225 West Wacker Drive, Suite 3000
                              Chicago, IL 60606-1229
                              (312) 201-2000
                              Attorneys for
                              Transcontinental Insurance Company

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the attached Notice of Entry of Appearance and Demand for Notices and Papers upon the following persons listed by causing copies of the same to be placed in the U.S. Mail with adequate postage thereon:

SEE ATTACHED SERVICE LIST

This 11th day of April, 2001.

_____
T. Kellan Grant

## SERVICE LIST

### W.R. Grace & Company

Case No. 01-01139 (JJF)

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

(United States Trustee)
Mark Kenney, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

(W. R. Grace & Co.)
David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

(Counsel to DIP Lender)
J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

(Local Counsel to DIP Lender)
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Counsel to Debtor)
James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

(Canadian counsel for Debtor)
Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11,
Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

(Counsel to Sealed Air Corporation)
D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

(Counsel to Asbestos Claimants)
Nancy Woth Davis, Esq.
Ness, Motley, Loadhold,
  Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

(Top Twenty Creditor)
The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017

Doc. No.: 639884

W.R. Grace & Company Service List
Case No. 01-01139 (JJF)

(Top Twenty Creditor)
The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042

(Top Twenty Creditor)
The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274

(Top Twenty Creditor)
Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, CA 90067

(Top Twenty Creditor)
Huntsman Corporation
P.O. Box 65888
Charlotte, NC 28265

(Top Twenty Creditor)
Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101

(Top Twenty Creditor)
DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501

(Top Twenty Creditor)
PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029

(Top Twenty Creditor)
Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210

(Top Twenty Creditor)
Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510

(Top Twenty Creditor)
Union Carbide Corp
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001

(Top Twenty Creditor)
Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800

(Top Twenty Creditor)
BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC 28275

(Top Twenty Creditor)
Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL 60515

(Top Twenty Creditor)
Radian International
c/o Mary Harris
P.O. Box 844130
Dallas, TX 75284-4130

W.R. Grace & Company Service List
Case No. 01-01139 (JJF)

(Top Twenty Creditor)
Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215

(Top Twenty Creditor)
Valeron Strength Films
c/o Ron Luce
75 Remittance Dr, Suite 3068
Chicago, IL 60675

(Top Twenty Creditor)
Ingersoll-Rand Fluid Products
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC 28275-1229

(Top Twenty Creditor)
Delta Chemicals
c/o John Besson
P.O. Box 73054
Baltimore, MD 21273-0054

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, Colorado 80202

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606