UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF:               CHAPTER 11

W. R. GRACE & CO.              CASE NO. 01-01139(RJN)

**DEBTOR**

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS ON
BEHALF OF THE BABCOCK & WILCOX COMPANY
DIAMOND POWER INTERNATIONAL, INC.
BABCOCK & WILCOX CONSTRUCTION CO., INC.
<u>AMERICON, INC.</u>

Please take notice that, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(j)(4), 3017(d), 9007, and 9010(b), Heller, Draper, Hayden, Patrick & Horn, L.L.C. ("HDHPH"), hereby enters its appearance on behalf of The Babcock & Wilcox Company, Diamond Power International, Inc., Babcock & Wilcox Construction Co., Inc., and Americon, Inc., parties in interest in the above captioned proceeding, represented by HDHPH and request that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned attorneys at the address and telephone number set forth below:

2515/17221/74117.1

Jan M. Hayden (#6672)
William H. Patrick (#10359)
**HELLER, DRAPER, HAYDEN,
PATRICK & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone:  (504) 568-1888
Fax:             (504) 522-0949

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitations, any notices, orders, applications, motions, petitions, pleadings, requests, complaints or demands, and any other documents brought before the Court in this case, whether formal or informal, whether written oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted this  9  day of  April , 2001.

HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.

_Greta M. Brouphy_

Jan M. Hayden (#6672)
William H. Patrick (#10359)
Tristan E. Manthey (#24539)
Greta M. Brouphy (#26216)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
(504) 568-1888

Co-Counsel for the Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Notice of Appearance and Request for Service of Papers has been served upon all counsel of record listed below:

> Laura Davis Jones
> Pachulski, Stang, Ziehl, et al
> P.O. Box 8705
> Wilmington, DE 19899-8705

by depositing a copy of same in the U. S. Mail, postage prepaid and properly addressed this _9_ day of April, 2001.

_____
**GRETA M. BROUPHY**