ORIGINAL

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE


FILED
2001 APR 13 PM 3: 45
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al* | : | Case No. 01-1139 (MFW) through |
| | : | Case No. 01-1200 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | OFFICIAL COMMITTEE OF |
| Debtors. | : | UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Unsecured Creditors in connection with the above captioned case:

1. **J.P. Morgan Chase & Co.**, Attn: Thomas F. Maher, 380 Madison Avenue, New York, NY 10017, Phone: (212) 622-3671, Fax: (212) 622-3783.

2. **Wachovia Bank, N.A.**, Attn: James S. Dickson, 191 Peachtree Street, N.E., Atlanta, GA 30303, Phone: (404) 332-6087, Fax: (404) 332-4058.

3. **Bank of America**, Attn: Peter R. Brach, 335 Madison Avenue, New York, NY 10017, Phone: (212) 503-7711, Fax: (212) 503-7080.

4. **First Union National Bank**, Attn: Jill W. Akre, 1339 Chestnut Street, Philadelphia, PA 19107, Phone: (215) 786-4135, Fax: (215) 973-8783.

5. **ABN Amro Bank, N.V.**, Attn: Steven C. Wimpenny, 10 East 53rd Street, 37th Floor, New York, NY 10022, Phone: (212) 891-0626, Fax: (212) 891-0651.

6. **The Bank of New York, as Indenture Trustee**, Attn: Irene Siegel, Vice President, 101 Barclay Street, 21W, New York, NY 10286, Phone: (212) 815-5703, Fax: (212) 815-3466.

7. **Bankers Trust Company, as Indenture Trustee**, Attn: Stanley Burg, Four Albany Street, New York, NY 10006, Phone: (212) 250-6526, Fax: (212) 250-6392.

8. **Sealed Air Corporation**, Attn: Mary A. Coventry, Park 80 East, Saddle Brook, NJ 07663, Saddle Brook, NJ 07663, Phone: (201) 703-7600, Fax: (201) 703-4205.

9. **Zhagrus Environmental, Inc.**, Attn: Charles A. Judd, 46 West Broadway, Suite 116, Salt Lake City, UT 84101, Phone: (801) 595-0239, Fax: (801) 537-7345.

PATRICIA A. STAIANO
UNITED STATES TRUSTEE

For FREDERIC J. BAKER
SENIOR ASSISTANT UNITED STATES TRUSTEE

DATED: April 13, 2001

Attorney assigned to this Case: Frank J. Perch, III, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400.