● **ORIGINAL** ●

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE



FILED
2001 APR 13 PM 3: 15
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| W.R. GRACE & CO., *et al* | Case No. 01-1139 (MFW) through<br>Case No. 01-1200 (MFW) |
| Debtors. | NOTICE OF APPOINTMENT OF<br>OFFICIAL COMMITTEE OF<br>ASBESTOS PROPERTY DAMAGE<br>CLAIMANTS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Asbestos Property Damage Claimants in connection with the above captioned case:

1. **Marco Barbanti, class representative**, Case No. 00201756-6, c/o Darryl W. Scott, Lukins & Annis, P.S., 1600 Washington Trust Financial Center, 717 West Sprague Avenue, Spokane, WA 99201-0466, Phone: (509) 455-9555, Fax: (509) 747-2323.

2. **Pacific Freeholds**, c/o Thomas J. Brandi, Law Offices of Thomas J. Brandi, 44 Montgomery Street, # 1050, San Francisco, CA 94104, Phone: (415) 989-1800, Fax: (415) 989-1801.

3. **The Prudential Insurance Company of America**, Attn: Stephen C. Parker, 751 Broad Street, 21st Floor, Newark, NJ 07102, Phone: (973) 367-3521, Fax: (973) 367-4955.

4. **The Trustees of Princeton University**, Attn: Howard S. Ende, General Counsel, 120 Alexander Street, Princeton, NJ 08544, Phone: (609) 258-2525, Fax: (609) 258-2502.

PATRICIA A. STAIANO
UNITED STATES TRUSTEE

For  FREDERIC J. BAKER
SENIOR ASSISTANT UNITED STATES TRUSTEE

DATED: April 13, 2001

Attorney assigned to this Case: Frank J. Perch, III, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400.