IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: §
§
W.R. GRACE & CO., §   CASE NO. 01-01139-RJN
§   (Chapter 11)
DEBTOR §

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Garlock, Inc., a Creditor and Party-In-Interest in the above referenced Bankruptcy case, pursuant to Bankruptcy Rule 9010(b), hereby gives notice of its appearance in said case by and through the following named counsel:

Michael J. Urbis
**JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.**
**2390 Central Blvd., Suite G**
**Brownsville, Texas 78520**
**Telephone: (956) 542-1161**
**Telecopier: (956) 542-0051**

Further, the above named Special Counsel for Debtor request that all notices to parties-in-interest hereinafter given and copies of all pleadings, motions, orders, and reports filed in this proceeding in accordance with Bankruptcy Rule 2002 be furnished to the above-named counsel.

Respectfully,

Michael J. Urbis
State Bar No. 2044130
Admissions No. 15132
*Jordan, Hyden, Womble & Culbreth, P.C.*
2390 Central Blvd., Suite G
Brownsville, Texas 78520
Telephone: (956) 542-1161
Telecopier: (956) 542-0051

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the parties on the Service List attached hereto by First Class, United States Mail, Postage Prepaid, on this the 12th day of April, 2000.

Michael J. Urbis

**Debtor**
David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

**Counsel to Debtor**
James H.M. Sprayregen
Kirkland & Ellis
200 East Randolph Drive
Chicago IL 60601

**Local Counsel to DIP Lender**
Steven M Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington DE 19899

**Counsel to DIP Lender**
J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

**Top Twenty Creditor**

Huntsman Corporation
P.O. Box 65888
Charlotte NC 28265

**Top Twenty Creditor**
William McBain
DCP-Lohja, Inc.
P.O. Box 2501
Carol Stream IL 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

**Top Twenty Creditor**
Daniel Chipko
The Depository Trust Company
P.O. Box 20
Bowling Green Station
New York NY 10042

**Top Twenty Creditor**
Ann-Margaret Bushnell
Cass Logistics Temporary
900 Chelmsford Street
Lowell MA 08510

**Top Twenty Creditor**
Milton Sunbeck, Jr.
Southern Ionics, Inc.
P.O. Box 830800, Drawer 830
Birmingham AL 35283-0800

**Top Twenty Creditor**
John Besson
Delta Chemicals
P.O. Box 73054
Baltimore MD 21273-0054

**U.S. Trustee**
Mark Kenney
Office of the United States Trustee
601 Walnut Street
Curtis Center, Suite 950 West
Philadelphia PA 19106

**Counsel to Debtors**
Hamid R. Rafatjoo
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd.
Los Angeles CA 90067-4100

**Local Counsel to Asbestos Claimants**
Matthew G. Zaleski, III
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington DE 19899

**Counsel to Asbestos Claimants**
Nancy Woth Davis
Ness Mutley Loadhold Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant SC 29465

**Top Twenty Creditor**
Susan Rice
Zhagrus Environmental, Inc.
46 West Broadway, Suite 130
Salt Lake City UT 84101

**Top Twenty Creditor**
Ming Shiang, V.P.
The Depository Trust Company
55 Water Street
New York NY 10042

**Top Twenty Creditor**
Rick Thomas
Dupont Dow Elastomers
21088 Network Place
Chicago IL 60673-1210

**Top Twenty Creditor**
Mia Skinner
Union Carbide Corp.
P.O. Box 91136
Chicago IL 60693-0001

**Top Twenty Creditor**
Eric Solverson
Ingersoll-Rand Fluid Products
P.O. Box 751229
Charlotte NC 28275-1229

**Top Twenty Creditor**
Lisa Clegg-Konen
Risk Co.
P.O. box 7061
Downers Grove IL 60515

**Counsel for Debtor**
Laura Davis Jones
Pachulski Stang Ziehl Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington DE 19899-8705

**Canadian Counsel to Debtor**
Derrick Tay
Merrill Lynch Canada Tower
Suite 1100, Box 11
Sun Life Center, 200 Kint Street West
Toronto, Ontario Canada M5H 3T4

**Counsel to Sealed Air Corporation**
D.J. Baker
Skadden Arps Slate Meagher & Flom
Four Times Square
New York NY 10036


Todd Meyer
Kilpatrick Stockton
1100 Peachtree Street
Atlanta GA 30309

**Top Twenty Creditor**
Lawrence Palumbo
The Chase Manhattan Bank
270 Park Avenue
New York NY 10017

**Top Twenty Creditor**
John Hill
PCS Nitrogen Fertilizer, L.P.
P.O. Box 71029
Chicago IL 60694-1029

**Top Twenty Creditor**
Roman Siberfeld
Robins Kaplan Miller Ciresi
2049 Century Park East #3700
Los Angeles CA 90067

**Top Twenty Creditor**
Ron Luce
Valeron Strength Films
75 Remittance Dr., Suite 3068
Chicago IL 60675

**Top Twenty Creditor**
Diane Murdock
BASF
P.O. Box 75908
Charlotte NC 28275

**Top Twenty Creditor**
Jim Wagner
Stone Packaging System
21514 Network Place
Chicago IL 60673-1215

**Notice Only**

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington DC 20020

Patrick L. Hughes
Haynes & Boone, LLP
1000 Louisiana Street, Suite 4300
Houston TX 77002-5012

Secretgary of Treasurer
P.O. Box 7040
Dover DE 19903

James D. Freeman
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, Suite 945-North Tower
Denver CO 80202

David S. Heller
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

**Taxing Authority**

Secretary of State
Division of Corporations-Franchise Tax
P.O. Box 7040
Dover DE 19903

Jon L. Heberling
McGarvey Heberling Sullivan
& McGarvey, P.C.
745 South Main Street
Kalispel MT 59901

**Taxing Authority**

District Director
Internal Revenue Service
409 Silverside Road
Wilmington DE 19809