FILED

2001 APR 13 PH 2: 42

US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: )
)
W.R. GRACE & CO. )
)
Debtor )
)

**Chapter 11**

**Cause No. 01-1139 (JJF)**

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

TO THE DEBTOR, ITS ATTORNEY OF RECORD, THE U.S. TRUSTEE,

AND PARTIES-IN INTEREST:

NOTICE IS HEREBY GIVEN, in accordance with the Bankruptcy Rule 9010(b),

Charles E. Gibson, III, Attorney at Law, 620 North Street, Suite 100, Jackson, MS

39202, Telephone Number 601-354-2007, Facsimile Number 601-352-0108, hereby

enters his appearance as Counsel of Record for certain Plaintiffs/Claimants which are

represented by Charles E. Gibson, III, Attorney at Law, 620 North Street, Suite 100,

Jackson, MS 39202.

NOTICE IS FURTHER GIVEN that Charles E. Gibson is in the process of

preparing a verified statement in connection with the representation creditors as required

by the Federal Rules of Bankruptcy Procedure Rule 2019.

NOTICE IS FURTHER GIVEN, that request is hereby made, pursuant to 11

U.S.C.§109(b) and Bankruptcy Rules 2002, 3017, 4001, 9007, 9010(b), 9013 and 9014,

that Charles E. Gibson, III, as attorney for those certain Plaintiffs/Claimants represented

by Gibson be given and served with a true and correct copy of all notices given or

required to be given in this proceeding, including, but not limited to, motions,

99

applications, requests, petitions, complaints, pleadings, orders, judgments, disclosure

statements, plans of reorganization or liquidation reports and other documentation

brought before this Court in this case, whether formal or informal, written or oral,

transmitted or conveyed in person, by mail, delivery, telephone, telegraph, telex or

otherwise, which may relate to or affect the above-styled and numbered proceeding. All

notices given or required to be served in this case shall be given to and served as follows:

CHARLES E. GIBSON, III
ATTORNEY AT LAW
620 NORTH STREET
SUITE 100
JACKSON, MS  39202
601-354-2007 (Telephone)
601-352-0108 (facsimile)

DATED: April 12 , 2001.

Respectfully Submitted,

PLAINTIFFS & CLAIMANTS
REPRESENTED BY
CHARLES E. GIBSON, III

By: _____
CHARLES E. GIBSON, III

Charles E. Gibson, III
MSB No. 4821
620 North Street
Suite 100
Jackson, MS  39202
(601)-354-2007

## CERTIFICATE OF SERVICE

I, CHARLES E. GIBSON, III, do hereby certify that I have this date served, via

United States Mail, postage prepaid, a true and correct copy of the above and foregoing

NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE to

Counsel for Debtors:

      Laura Davis Jones, Esquire
      Pachulski, Stang, Ziehl
      Post Office Box 8705
      Wilmington, DE 19899-8705

This the 12 day of April, 2001.

CHARLES E. GIBSON, III

Charles E. Gibson, III
MSB No. 4821
620 North Street
Suite 100
Jackson, MS 39202
(601)-354-2007