ORIGINAL

2001 APR 16 PM 2: 41

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Case No. 01-01139-PJW |
| | § | (Chapter 11) |
| W. R. GRACE & CO., | § | |
| | § | |
| Debtor. | § | Hon. Peter J. Walsh |

### REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002
### AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

Steven T. Baron, as counsel to numerous asbestos claimants who are creditors and

parties-in-interest in this bankruptcy case, requests copies of all matters (including plans

and disclosure statements) filed or noticed by any party herein pursuant to Federal Rules

of Bankruptcy Procedure 2002(a) and (b) and 3017(a).  Copies of all such items should

be addressed as follows:

Steven T. Baron, Esq.
SILBER PEARLMAN, L.L.P.
2711 North Haskell Avenue
Cityplace Center East—5th Floor, L.B. 32
Dallas, TX  75204-2911
214/874-7000 Telephone
214/824-8100 Facsimile

Respectfully submitted this 10th day of April, 2001.

**SILBER PEARLMAN, L.L.P.**

By: _____
Steven T. Baron
State Bar No. 01797250

2711 North Haskell Avenue
Citiplace-Fifth Floor, L.B. 32
Dallas, TX  75204-2911
214/874-7000
214/824-8100 (Fax)

ATTORNEY FOR NUMEROUS CREDITORS
WITH ASBESTOS INJURY RELATED CLAIMS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon

all parties on the attached Service List via United States Mail, postage prepaid, on this

10th day of April, 2001.

Steven T. Baron

## SERVICE LIST

**DEBTOR'S COUNSEL:**

Laura Davis Jones
Pachulski, Stang, Ziehl, et al
P. O. Box 8705
Wilmington, DE  19899-8705
302/652-4400 Fax

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
312/861-2200 Fax

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019-6150
212/403-1000 Phone

**OFFICE OF THE UNITED STATES TRUSTEE:**

Bankruptcy Administration Office of The U. S. Trustee
Curtis Center, Suite 950 West
601 Walnut Street
Philadelphia, PA  19106-3323
215/597-4411 Phone
215/597-5795 Fax

**INTERESTED PARTIES AND COUNSEL FOR ASBESTOS CREDITORS:**

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005-5802
202/429-3301 Fax

Mark Lanier, Esq.
Patrick N. Haines, Esq.
Lanier, Parker & Sullivan, P.C.
1331 Lamar, Suite 1550
Houston, TX  77010-3025
713/659-2204 Fax

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022-4614
212/644-6755 Fax

Alan B. Rich, Esq.
Russell Budd, Esq.
Baron & Budd, PC
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX  75219
214/520-1181 Fax

Theodore Goldberg Esq.
Mark C. Meyer, Esq.
Goldberg, Persky, Jenings & White, PC
1030 Fifth Avenue, Third Floor
Pittsburgh, PA  15219-6219
412/471-8308 Fax

Stephen J. Kherkher, Esq.
The Williams Baily Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5000
713/230-2314 Fax

Joseph F. Rice Esq.
Nancy Worth Davis, Esq.
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
Mt. Pleasant, SC  29465
843/216-9290 Fax

Brent W. Coon, Esq.
Provost Umphrey Law Firm, LLP
490 Park Street
Beaumont, TX  77704
409/838-8888 Fax

Paul L. Sadler, Esq.
Wellborn Houston Adkinson Mann Sadler & Hill, LLP
300 West Main Street
P. O. Box 1109
Henderson, TX  75653
903/657-6108 Fax

Ian Cloud, Esq.
Robins, Cloud, Greenwood & Lubel, LLP
910 Travis, Suite 2020
Houston, TX  77002
713/650-1400 Fax

Larry O. Norris, P.A.
101 Ferguson Street
Hattiesburg, MS  39403
601/584-6634 Fax

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey, PC
745 South Main Street
Kalispell, MT  59901-5341
406-752-7124 Fax

Patrick L. Hughes Esq.
Verner, Liipert, Bernhard, McPherson & Hand
1111 Bagby, Ste 4700
Houston, TX  77002-5012
713/547-2600 Fax

Waters & Kraus
4807 West Lovers Lane
Dallas, TX  75209-3137
214/941-8855 Fax

Paul D. Henderson, Esq.
Dies, Henderson & Carona
1009 West Green
Orange, TX  77630-5619
409/883-4814 Fax

C. Sanders McNew Esq.
Weitz, Luxenburg, PC
180 Maiden Lane
New York, NY  10038
212/344-5461 Fax

Shepard A. Hoffman, Esq.
301 North Charles Street, Suite 901
Baltimore, MD  21201-4306
410/539-8407 Fax

Brad B. Erens, Esq.
Counsel to PNC Bank
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL  60601
312/782-8585 Fax

Edwin H. Beachler, Esq.
Caroselli, Beachler, McTiernan & Convoy
312 Boulevard of the Allies, 8th Floor
Pittsburgh, PA  15222
412/391-7453 Fax

Frank E. Stachyra, Esq.
Stachyra & Pen
111 West Washington St., Suite 1440
Chicago, IL  60602-2703
312/782-4656 Fax

Damon Chargois, Esq.
Foster & Sear, LLP
360 Place Office Park
1201 North Watson Road, Suite 145
Arlington, TX  76006
817/633-5507 Fax

Michael Kaeske, Esq.
Kaeske-Reeves, L.L.P.
6301 Gaston Avenue, Suite 735
Dallas, TX  75214
214/821-0977 Fax

Richard S. Glasser, Esq.
Kendall, Hatten, Glasser, PLC
1001 East Broad Street, Suite 450
Richmond, VA  23219
757/625-4115 Fax

Michael V. Kelley Esq.
Kelley & Ferraro, LLP
1901 Bond Court Building
1300 East Ninth Street
Cleveland, OH  44114
216/575-0799 Fax

Glen W. Morgan, Esq.
Reaud, Morgan & Quinn
801 Laurel Street
Beaumont, TX  77701-2228
409/833-8236 Fax

Terrence M. Johnson, Esq.
455 East Illinois Street
Chicago, IL  60611-5311
312/922-4022 Phone
312/922-3399 Fax

Mark Freelander, Esq.
Sable Pusateri Rosen Gordon & Adams
Frick Building, 7th Floor
Pittsburgh, PA  15219-6002
412/338-1555 Phone
412/281-2859 Fax