

**Air Products and Chemicals, Inc.**
7201 Hamilton Boulevard
Allentown, PA 18195-1501
Telephone (610) 481-4911

FILED
2001 APR 16 PM 2: 25
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 13, 2001

David D. Bird, Clerk of the
U.S. Bankruptcy Court
824 Market Street
5th Floor
Wilmington, DE  19801

James H. M. Sprayregen
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

WR Grace & Co
7500 Grace Drive
Columbia, MD 21226

Laura Davis Jones
Pachulshi, Stang, Ziehl, Young & Jones PC
919 North Market Street 16th. Floor
Wilmington, DE 19899-8705

Re:  Bankruptcy Case # 01-1139
     WR Grace & Company
     7500 Grace Drive
     Columbia, Maryland 21044-4098

Pursuant to UCC 2-702, section 546-c of the United States Bankruptcy Code, we, Air Products and Chemicals, Inc., hereby exercise our right to reclaim goods delivered prior to delivery of this notice and filing of Chapter 11 Bankruptcy. Such goods are as follows:

| Delivery Date | Shipper | Invoice | $Amount | Product | Volume |
|---|---|---|---|---|---|
| 03/26/2001 | B-010-12646 | 04224185 | $ 1,128.82 | Liquid Nitrogen | 2635 Gal |
| 03/30/2001 | C-816-08439 | 04239416 | $    88.24 | Acetylene | 3 Cyl |
| 03/25/2001 | B-230-87315 | 04221407 | $ 1,788.64 | Argon Liquid | 405 Gal |

**Total for goods delivered:**        $ 3,005.70

Pursuant to this notice, such goods should be held for our reclamation and not used or processed. The above goods are in addition to the list dated April 6, 2001. This now brings our reclamation claim total to $ 21,648.94.

Cordially,

*James P. Fallon*

James P. Fallon
APCI Credit Administration
Phone: (610) 481-8503
Fax:    (610) 481-2244

Air Products and Chemicals, Inc.

INVOICE COPY                                              Page   1 of   1

| PURCHASE ORDER # | INVOICE NO. | INVOICE DATE | PAYMENT TERMS | ACCOUNT NO. |
|---|---|---|---|---|
| TQ0001394 | 04224185 | 03/28/01 | NET 30 | G5536 |

SlsCrdt: 438          B1900   00102840      801
Direct Inquiries to: (800) 224-APCI

Davison Chemical
Accounts Payable
PO Box 3247
Lake Charles, LA   70602

PLEASE REMIT PAYMENT TO:
Air Products & Chemicals, Inc.
Department CH10200
Palatine, IL  60055-0200

| LINE # | DESCRIPTION | QTY DELVD | QTY RETRND | BILLED VOLUME | BILLED UOM | BILLED UNIT PRICE | TOTAL AMOUNT (EXCL. TAX) |
|---|---|---|---|---|---|---|---|

Purchase Order #                | Rel #

TQ0001394

Ship-to Address:

G5536-003 5601 CHEMICAL ROAD BALTIMORE, MD   21226

Delivery Ticket #       | Shipped Date       | Ship Via

B-010-12646              03/26/01             APCI
01 Nitrogen-Liquid Scf 2999
   2635 Gallon * .9311
   Gallon/100 SCF                        2,453.45  100 SCF     0.4050      993.65
   Fuel/Energy- Surcharge
   Lin 299S                              2,453.45  100 SCF     0.05        122.67
   Hazardous Material Fee
   -Liquid/Bulk
   9128                                        1  Each        12.50         12.50

                                                              TOTAL $    1,128.82

***FOR DOMESTIC USE ONLY.  AN EXPORT LICENSE MAY BE REQUIRED TO EXIT THE COUNTRY.***
IF YOU INTEND TO REMIT A PAYMENT THAT IS DIFFERENT FROM THE TOTAL CHARGE, PLEASE
ATTACH DOCUMENTATION TO YOUR REMITTANCE EXPLAINING THE REASONS.  THIS WILL FACILITATE
PROMPT POSTING OF YOUR PAYMENT AND ALERT US TO ANY PROBLEMS WITH YOUR ACCOUNT.

### Remittance Advice

| INVOICE NO. | INVOICE DATE | REMIT PAYMENT TO: | ACCOUNT NO. | AMOUNT DUE | DUE DATE |
|---|---|---|---|---|---|
| 04224185 | 03/28/01 | Air Products & Chemical Department CH10200 | G5536 | 1,128.82 | 04/27/01 |
| 00102840 |  | Palatine, IL  60055-0200 |  |  |  |

Please Detach This Portion and Return With Remittance.

Air Products and Chemicals, Inc.

INVOICE COPY                                                Page   1 of   1

| PURCHASE ORDER # | INVOICE NO. | INVOICE DATE | PAYMENT TERMS | ACCOUNT NO. |
|---|---|---|---|---|
| TQ0001394 | 04221407 | 03/27/01 | NET 30 | G5554 |

SlsCrdt: 438         B1900    00261953       801
Direct Inquiries to: (800) 224-APCI

Davison Chemical Div
Wr Grace & Company
Liquid Argon
5500 Chemical Rd
Baltimore, MD   21226

PLEASE REMIT PAYMENT TO:
Air Products & Chemicals, Inc.
P.O. Box 360545M
Pittsburgh, PA   15251-0545

| LINE # | DESCRIPTION | QTY DELVD | QTY RETRND | BILLED VOLUME | BILLED UOM | BILLED UNIT PRICE | TOTAL AMOUNT (EXCL. TAX) |
|---|---|---|---|---|---|---|---|

Purchase Order #                    | Rel #

TQ0001394

Ship-to Address:

G5554-002 5601 Chemical Rd. Baltimore, MD   21226

Delivery Ticket #     | Shipped Date      |  Ship Via

B-230-87315                 03/25/01               APCI
01 Argon-Liquid - Scf 5999
   405 Gallon * 1.1245
   Gallon/100 SCF                              455.42 100 SCF     3.81    1,735.15
   Fuel/Energy- Surcharge
   Lar 599S                                    455.42 100 SCF     0.09       40.99
   Hazardous Material Fee
   -Liquid/Bulk
   9128                                             1 Each       12.50       12.50
                                                             TOTAL $      1,788.64

***FOR DOMESTIC USE ONLY.  AN EXPORT LICENSE MAY BE REQUIRED TO EXIT THE COUNTRY.***
IF YOU INTEND TO REMIT A PAYMENT THAT IS DIFFERENT FROM THE TOTAL CHARGE, PLEASE
ATTACH DOCUMENTATION TO YOUR REMITTANCE EXPLAINING THE REASONS.  THIS WILL FACILITATE
PROMPT POSTING OF YOUR PAYMENT AND ALERT US TO ANY PROBLEMS WITH YOUR ACCOUNT.

Remittance Advice

| INVOICE NO. | INVOICE DATE | REMIT PAYMENT TO: | ACCOUNT NO. | AMOUNT DUE | DUE DATE |
|---|---|---|---|---|---|
| 04221407 | 03/27/01 | Air Products & Chemical P.O. Box 360545M | G5554 | 1,788.64 | 04/26/01 |
| 00261953 |  | Pittsburgh, PA   15251-0545 |  |  |  |

Please Detach This Portion and Return With Remittance.

Air Products and Chemicals, Inc.

INVOICE COPY                                                  Page   1 of   1

| PURCHASE ORDER # | INVOICE NO. | INVOICE DATE | PAYMENT TERMS | ACCOUNT NO. |
|---|---|---|---|---|
| 4500243554 | 04239416 | 04/04/01 | NET 30 | G5537 |

SlsCrdt: 816      H1900    00102840      801
Direct Inquiries to: (800) 224-APCI

Davison Chemical
Accounts Payable
PO Box 3247
Lake Charles, LA  70602

PLEASE REMIT PAYMENT TO:

Air Products & Chemicals, Inc.
Department CH10200
Palatine, IL  60055-0200

| LINE # | DESCRIPTION | QTY DELVD | QTY RETRND | BILLED VOLUME | BILLED UOM | BILLED UNIT PRICE | TOTAL AMOUNT (EXCL. TAX) |
|---|---|---|---|---|---|---|---|

Purchase Order #             | Rel #
_____
4500243554

Ship-to Address:
_____
G5537-002 5500 CHEMICAL ROAD BALTIMORE, MD   21226

Delivery Ticket #    | Shipped Date      |  Ship Via
_____
C-816-08439             03/30/01          APCI
01 Acetylene-Cylinder No. 4
   - 5 4301-004Com        3*         6.76 100 SCF      11.50      77.74
     440260001
     Delivery Charge Cylinder
     0020                             1 Each          8.00        8.00
     Fuel Surcharge Cylinder
     Delive 9134                      1 Each          2.50        2.50
                                                               _____
                                                   TOTAL $       88.24

   * May be used in container charge calculations.
***FOR DOMESTIC USE ONLY.  AN EXPORT LICENSE MAY BE REQUIRED TO EXIT THE COUNTRY.***
IF YOU INTEND TO REMIT A PAYMENT THAT IS DIFFERENT FROM THE TOTAL CHARGE, PLEASE
ATTACH DOCUMENTATION TO YOUR REMITTANCE EXPLAINING THE REASONS. THIS WILL FACILITATE
PROMPT POSTING OF YOUR PAYMENT AND ALERT US TO ANY PROBLEMS WITH YOUR ACCOUNT.

### Remittance Advice

| INVOICE NO. | INVOICE DATE | REMIT PAYMENT TO: | ACCOUNT NO. | AMOUNT DUE | DUE DATE |
|---|---|---|---|---|---|
| 04239416 | 04/04/01 | Air Products & Chemical Department CH10200 | G5537 | 88.24 | 05/04/01 |
| 00102840 | | Palatine, IL  60055-0200 | | | |

Please Detach This Portion and Return With Remittance.