MOSES & SINGER LLP
Counsel for Bankers Trust Company
1301 Avenue of the Americas
New York, New York 10019-6076
Alan Kolod, Esq.



FILED
2001 APR 17 PM 2:45
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                                 :
                                                      :   Chapter 11
W.R. GRACE & CO                                       :
                                                      :   Case Nos. 01-01139 through
                                                      :       01-01140 (JJF)
                                                      :   (Procedurally Consolidated)
                                                      :   (Jointly Administered)
              Debtor.                                 :
                                                      :
------------------------------------------------------x

### REQUEST FOR NOTICES

PLEASE TAKE NOTICE that BANKERS TRUST COMPANY, a party in interest, by its undersigned counsel, hereby requests, in accordance with the United States Bankruptcy Code and Rules 2002 and 9004 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon:

| | |
|---|---|
| MOSES & SINGER LLP | BANKERS TRUST COMPANY |
| 1301 Avenue of the Americas | Four Albany Street |
| 40th Floor | Fourth Floor |
| New York, NY 10019-6076 | New York, NY 10006 |
| Attn: Alan Kolod, Esq. | Attn: Mr. Thomas Moskie |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition,

283345
07994-105

103

application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that Bankers Trust Company intends that neither this Request for Notices nor any later appearance, pleading, claim or suit shall waive (1) the right of Bankers Trust Company to have final orders in non-core matters entered only after de novo review by a United States District Judge, (2) the right of Bankers Trust Company to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) the right of Bankers Trust Company to request the United States District Court to withdraw the reference or to abstain, in any matter subject to mandatory or discretionary withdrawal or abstention, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Bankers Trust Company is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Bankers Trust Company expressly reserves.

Dated: New York, New York
April 13, 2001

                         MOSES & SINGER LLP
                         Counsel for Bankers Trust Company

                         By: _____
                              Alan Kolod
                         1301 Avenue of the Americas
                         New York, New York 10019-6076
                         (212) 554-7800

## CERTIFICATE OF SERVICE

I, Diane M. Anderson, hereby certify that on April 13, 2001, I caused a true and complete copy of the foregoing document to be served by first-class mail, postage prepaid, on the parties on the attached service list.

Dated: New York, New York
April 13, 2001

*Diane M. Anderson*

283345
07994-105

| | |
|---|---|
| Laura Davis Jones, Esq.<br>David Carickoff, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street – 16th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705 | United States Trustee<br>Mark Kenney, Esq.<br>Office of the United States Trustee<br>601 Walnut Street, Curtis Center<br>Suite 950 West<br>Philadelphia, PA 19106 |
| Hamid R. Rafatijoo, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Blvd.<br>Los Angeles, CA 90067-4100 | Canadian counsel for debtor<br>Derrick Tay, Esq.<br>Meigen Demers<br>Sutie 1100, Box 11, Merrill Lynch Canada Tower<br>Sun Life Center, 200 Kint Street West<br>Toronot, Ontario M5H 3T4<br>CANADA |
| WR Grace & Co<br>David B. Seigel<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Local Counsel to DIP Lender<br>Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>PO Box 25130<br>Wilmington, DE 19899 |
| Counsel to Sealed Air Corporation<br>D.J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Local Counsel to Asbestor Calimants<br>Matthew G. Zaleski, III, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>PO Box 1150<br>Wilmington, DE 19899 |
| Counsel to DIP Lender<br>J. Douglas Bacon, Esq.<br>Latham & Satkins<br>Sears Tower – Suite 5800<br>Chicago, ILL 60606 | Councel to Debtor<br>James H.M. Sprayregen, Esq.<br>James Kapp, III, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Ill 60601 |
| Counsel to Asbestor Claimants<br>Nancy Woth Davis, Esq.<br>Ness Motely Loadhold Richardson & Poole<br>28 Bridgeside Blvd<br>PO Box 1792<br>Mount Pleasant, SC 29264 | Todd Meyer, Esq.<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Altanta, GA 30309 |
| Top Twenty Creditor<br>The Chase Manhattan Bank<br>C/o Lawrence Palumbo<br>270 Park Avenue<br>New York, NY 10017 | DCP Lohja Inc.<br>C/o William McBain<br>PO Box 2501<br>Carol Stream, IL 60132-2501 |

283356

| | |
|---|---|
| Top Twenty Creditor<br>The Depository Trust Company<br>C/o Ming Shiang, VP<br>55 Walter Street<br>New York, New York 10042 | PCS Nitrogen Fertilizer LP<br>C/o John Hill<br>PO Box 71029<br>Chicago, Ill 60694-1029 |
| Top Twenty Creditor<br>The Depository Trust company<br>C/o Daniel Chipko<br>P.O. Box 20<br>Bowling Green Station<br>New York, NY 10274 | Top Twenty Creditor<br>Dupont Dow Elastomers<br>c/o Rick Thomas<br>21088 Network Place<br>Chicago, IL 60672-1210 |
| Top Twenty Creditor<br>Robins Kaplan Miller Ciresi<br>C/o Roman Siberfeld<br>2049 Centruy Park East #3700<br>Los Angeles, CA 90067 | Top Twenty Creditor<br>CASS Logisitics Temporary<br>C/o Ann-Margaret Bushnell<br>900 Chelmsford Street<br>Lowell, MA 08510 |
| Top Twenty Creditor<br>Huntsman Corporation<br>P.O. Box 65888<br>Charolotte, NC 28265 | Top Twenty Creditor<br>Union Carbide Corp<br>c/o Mia Skinner<br>P.O. Box 91136<br>Chicago, IL 60693-0001 |
| Top Twenty Creditor<br>Zhagrus Environmental, Inc.<br>C/o Susan Rice<br>46 West Broadway, Suite 130<br>Salt Lake City, UT 84101 | Top Twenty Creditor<br>Southern Ionics, Inc.<br>c/o Milton Sunbeck, Jr.<br>P.O. Box 830800 Drawer 830<br>Birmingham, AL 35283-0800 |
| Top Twenty Creditor<br>BASF<br>c/0 Diane Murdock<br>PO Box 75908<br>Charlotte, NC 28275 | Top Twenty Creditor<br>Risk Co.<br>C/o Lisa Clegg-Konen<br>PO Box 7061<br>Downers Grove, IL 60515 |
| Top Twenty Creditor<br>Radian International<br>C/o Mary Harris<br>PO Box 844130<br>Dallas, TX 75281-4130 | Top Twenty Creditor<br>Stone Packaging System<br>C/o Jim Wagner<br>21514 Network Place<br>Chicago, IL: 60673-1215 |
| Top Twenty Creditor<br>Valeron Strength Films<br>C/o Ron Luce<br>75 Remittance Dr. ,Suite 3068<br>Chicago IL 60675 | Top Twenty Creditor<br>Ingersoll-Rand Fluid Products<br>C/0 Eric Solverson<br>PO Box 751229<br>Charlotte, NC 28275-1229 |
| Top Twenty Creditor<br>Delta Chemicals<br>C/o John Besson<br>PO Box 73054<br>Baltimore, MD 21273-0054 | Top Twenty Creditor<br>Securities & Exchange Commission<br>15th & Pennsylvania Ave, N.W.<br>Washington, D.C. 20020 |

283356

| | |
|---|---|
| District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE 19890 | Securities & Exchange Commission<br>Atlanta Regional Office<br>Branch/Reorganization<br>3475 Lenox Road, NE, Suite 100<br>Atlanta GA 30326-1232 |
| Secretary of Treaurer<br>PO Box 7040<br>Dover, DE 19903 | Secretary of State<br>Division of Coroporations<br>Franchise Tax<br>PO Box 7040<br>Dover, DE 19903 |
| | |

283356