ORIGINAL
FILED

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

2001 APR 17  PM 2: 52

|                          |   |                                              |
|--------------------------|---|----------------------------------------------|
| In re:                   | ) | Chapter 11                                   |
|                          | ) | US BANKRUPTCY COURT                          |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (PJW) DISTRICT OF DELAWARE |
|                          | ) |                                              |
| Debtors.                 | ) | Jointly Administered                         |

### NOTICE OF ENTRY OF APPEARANCE
### AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Wachovia Bank, N.A. ("Wachovia"), by and through

its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy

Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules

2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code that copies of all notices

and pleadings given or filed in this case be given and served upon the undersigned at the following

addresses and telephone / facsimile numbers:

| | |
|---|---|
| Adam G. Landis, Esquire | Todd C. Meyers, Esquire |
| Klett Rooney Lieber & Schorling, P.C. | Kilpatrick Stockton, LLP |
| The Brandywine Building | 1100 Peachtree Street, Suite 2800 |
| 1000 West Street, Suite 1410 | Atlanta, GA 30309-4530 |
| Wilmington, DE 19801 | Phone: (404) 815-6500 |
| Phone: (302) 552-4200 | Facsimile:(404) 815-6555 |
| Facsimile: (302) 552-4295 | |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

Rules specified above but also includes, without limitation, any notice, application, complaint,

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or

made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance

KRLSDEL:16120.1

nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Wachovia's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Wachovia is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: April __6__, 2001

**KLETT ROONEY LIEBER & SCHORLING,**
**a Professional Corporation**

Adam G. Landis, Esquire (Bar No. 3407)
1000 West Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 552-4200
Facsimile: (302) 552-4295

-and-

Todd C. Meyers, Esquire
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Phone: 404-815-6500
Facsimile: 404-815-65555

Counsel for Wachovia Bank, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
MATTHEW J. YOVINO, PARALEGAL

STATE OF DELAWARE:

SS:

NEW CASTLE COUNTY:

I Matthew J. Yovino, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

**NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

was made on the following parties on the attached list by First Class Mail and hand delivery (on City of Wilmington addresses).

Matthew J. Yovino

SWORN AND SUBSCRIBED before me this 17 day of April 2001.

NOTARY

## W.R. GRACE - 2002

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Delta Chemicals
c/o John Besson
P.O. Box 73054
Baltimore, MD 21273-0054

Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800

Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada
Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501

Huntsman Corporation
P.O. Box 65888
Charlotte, NC 28265

Ingersoll-Rand Fluid Products
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC 28275-1229

BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC 28275

James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Union Carbide Corp
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Valeron Strength Films
c/o Ron Luce
75 Remittance Dr, Suite 3068
Chicago, IL 60675

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210

PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029

Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Radian International
c/o Mary Harris
P.O. Box 844130
Dallas, TX 75284-4130

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, Colorado  80202

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL 60515

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, CA 90067

Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510

James A. Sylvester, Esq.
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Nancy Woth Davis, Esq.
Ness, Motley, Loadhold, Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld,
LLP
551 Fifth Avenue
New York, NY 10176

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Mark Kenney, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, DC 20005-4026

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801