FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
WILMINGTON DIVISION

APR 17 PM 3: 12

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| W.R. GRACE & CO. | § | NO. 2001-01139-RJN |
| | § | |
| DEBTOR | § | CHAPTER 11 PROCEEDING |

## NOTICE OF RECLAMATION RIGHTS OF
## DELL RECEIVABLES, L.P.

Please be advised that a Notice of Reclamation Rights on behalf of Dell Receivables, L.P.

was served April 6, 2001 on the Debtor by and through its attorneys of record, Laura Davis Jones

and James Kapp. A true and correct copy of the Notice of Reclamation Rights is attached hereto

as Exhibit "A" and incorporated herein by reference for all purposes.

Respectfully submitted,

HUGHES & LUCE, L.L.P.

By: _____

Sabrina L. Streusand
State Bar No. 11701700

100 Congress, Suite 900
Austin, Texas 78701
(512) 482-6842 Telephone
(512) 482-6859 Telecopier

ATTORNEYS FOR DELL RECEIVABLES, L.P.

006005.00074:117439.01

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Notice of Appearance was served on the ___ day of April 12, ___, 2001, as set forth below, by Regular United States Mail, Postage Prepaid, as follows:

W.R. Grace & Co.                                        Debtor
ATTN: David B. Siegel
Senior Vice President and General Counsel
7500 Grace Drive
Columbia Maryland 21044-4098

Laura Davis Jones, Esq.                                 Debtor's Attorneys
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street
Wilmington, DE 19801

James Kapp, Esq.
Kirkland & Ellis, PlC.
200 East Randolph Drive
Chicago, IL 60601

United States Trustee's Office                          U.S. Trustee
601 Walnut Street
Suite 950 West
Philadelphia, Pennsylvania 19106

and without exhibits attached to the Twenty (20) Largest Unsecured Creditors listed on the attached Service List.

Sabrina L. Streusand

# SERVICE LIST - WR GRACE

DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501, Carol Stream, IL 60132-2501

Ph: (630) 734-2713
Fax (630) 734-2690

---

PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029, Chicago, IL 60694-1029

Ph: (706) 849-6100
Fax (706) 849-6111

---

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place, Chicago, IL 60673-1210

Ph: (800) 853-5515
Fax (302) 234-6238

---

Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street, Lowell MA 08510

Ph: (978) 323-6769
Fax (978) 323-6625

---

Union Carbide Corp
c/o Mia Skinner
PO Box 91136, Chicago, IL 60693-0001

Ph: (800) 568-4000
Fax (713) 849-7000

---

Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800

Ph: (601) 494-3055
Fax (601) 495-2590

---

BASF
c/o Diane Murdock
P O Box 75908, Charlotte, NC 28275

Ph: (800) 251-0612
Fax (877) 349-7590

---

The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue, New York, NY 10017

Ph.: (212) 270-7525
Fax: (212) 270-7939

---

The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue, New York, NY 10017

Ph: (212) 270-7525
Fax (212) 270-7939

---

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street, New York, NY 10042

Ph: (212) 815-2745
Fax: (212) 815- 5915

---

The Depository Trust Company
c/o Daniel Chipko
PO Box 20
Bowling Green Station, New York, NY 10274

Ph: (212) 250-6519
Fax: (212) 250-6961

---

Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, Ca 90067

Ph: (310) 552-0130
Fax (310) 229-5800

---

Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061, Downers Grove, IL 60515

Ph: (630) 719-3176
Fax (630) 829-2805

---

Radian International
c/o Mary Harris
P O Box 844130, Dallas, TX 75284-4130

Ph: (512) 454-4797
Fax (512) 419-6282

---

Stone Packaging System
c/o Jim Wagner
21514 Network Place, Chicago, IL 60673-1215

Ph: (815) 469-4336
Fax (815) 467-4661

---

Valeron Strength Films
c/o Ron Luce
75 Remittance Dr, Suite 3068
Chicago, IL 60675

Ph: (713) 996-4214
Fax (713) 690-2746

---

Ingersoll-Rand Fluid Products
c/o Eric Solverson
PO Box 751229, Charlotte, NC 28275-1229

Ph: (513) 459-4580
Fax (513) 459-4820

---

Delta Chemicals
c/o John Besson
P.O. Box 73054, Baltimore, MD 21273-0054

Ph: (410) 354-0100
Fax (410) 354-0121

---

Huntsman Corporation
P.O. Box 65888, Charlotte, NC 28265

Ph: (713) 235-6189
Fax (713) 235-6414

---

Zhagrus Environmental, Inc.
c/o Susan Rice
46 W. Broadway, Ste. 130
Salt Lake City, UT 84101

Ph: (801) 595-0239
Fax (801) 595-8805



ATTORNEYS AND COUNSELORS

111 Congress Avenue, Suite 900
Austin, TX 78701
512.482.6800
512.482.6859 fax

hughesluce.com

Sabrina L. Streusand
512.482.6842
streuss@hughesluce.com

April 6, 2001

Laura Davis Jones, Esq.                    VIA FAX: 302-652-4400
Pachulski, Stang, Ziehl, Young & Jones
P.O. Box 8705
Wilmington, DE 19899-8705

James Kapp, Esq.                           VIA FAX:  312-861-2200
Kirkland & Ellis, P.C.
200 East Randolph Drive
Chicago, IL 60601

Re:     No. 2001-01139; In Re: W.R. Grace & Company, Debtor, in the United States
        Bankruptcy Court for the District of Delaware, Wilmington Division

RE:     Notice of Reclamation Claim – Dell Receivables, L.P.

Dear Ms. Jones and Mr. Kapp:

        We represent Dell Receivables, L.P. in connection with its Reclamation Claim for
shipments of computer parts and equipment (the "Products") delivered to W.R. Grace
& Company on the following dates under the following described Invoices:

| Delivery Date | Invoice Number | Invoice Date | Amount of Invoice |
|---------------|----------------|--------------|-------------------|
| 3-23-01 | 540061249 | 3-20-01 | $ 2,627.60 |
| 3-23-01 | 540371093 | 3-20-01 | $ 1,027.15 |
| 3-23-01 | 542268586 | 3-20-01 | $   523.95 |
| 3-29-01 | 542508841 | 3-22-01 | $   385.46 |
| 3-29-01 | 543314033 | 3-22-01 | $ 4,765.95 |
| 3-28-01 | 543982284 | 3-23-01 | $ 6,667.04 |
| 3-29-01 | 543990394 | 3-23-01 | $ 2,505.70 |
| 3-28-01 | 544002280 | 3-23-01 | $ 3,436.42 |
| 3-28-01 | 544012420 | 3-28-01 | $ 3,399.67 |
| 4-2-01 | 545974917 | 3-27-01 | $ 2,738.92 |

**EXHIBIT**

"A"

Austin  ❙  Dallas  ❙  San Francisco

006005.00001:117181.01

# HUGHES ∎ LUCE LLP

April 6, 2001
Page 2

| | | | | |
|---|---|---|---|---|
| 4-2-01 | 546018953 | 3-27-01 | $ | 218.67 |
| 3-28-01 | 546018961 | 3-29-01 | $ | 59.55 |

Amount of Reclamation Claim:  $ 28,356.08

For your convenience and information, I am enclosing copies of each of the invoices that are the basis of this Reclamation Claim.

Additionally, please be advised that Dell Receivables, L.P. holds a post-petition claim based on Products shipped and received by W.R. Grace & Company, as follows:

| Delivery Date | Invoice Number | Invoice Date | Amount of Invoice |
|---|---|---|---|
| In Transit | 544848161 | 3-27-01 | $ 2,587.72 |
| In Transit | 544848179 | 3-28-01 | $   468.52 |
| In Transit | 545960676 | 3-28-01 | $ 2,790.37 |
| In Transit | 545960684 | 3-29-01 | $   165.12 |
| In Transit | 547706887 | 3-29-01 | $ 3,259.82 |
| In Transit | 549524841 | 3-30-01 | $   890.04 |

Amount of Post-Petition Claim:  $ 10,161.59

Copies of the invoices regarding Dell's Post-Petition Claim are enclosed for your information. Please be advised that there are other shipments of Products that were sent on April 3 and 4 that are not included in this notice. As soon as the additional invoices are made available to me, I will supplement information in connection with Dell's Post-Petition Claim.

We have been advised that a petition under the Bankruptcy Code was filed against W.R. Grace & Company on or about April 2, 2001. Consequently, the enclosed documentation reflects that the sum of $28,356.08 remains due and owing for the Products identified in connection with Dell Receivables, L.P.'s Reclamation Claim and the sum of $10,161.59 remains due and owing for the Products identified in the Post-Petition Claim.

# HUGHES ▪ LUCE LLP

April 6, 2001
Page 3

In exercise of my client's rights under Section 2.702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, demand is hereby made for reclamation of the Products identified above. Further, please be advised that Dell Receivables, L.P. asserts and will separately apply for an allowance of an administrative expense claim, pursuant to Sections 503 and 365 of the Bankruptcy Code.

Please advise me at your earliest convenience that your client will honor this demand and when arrangements can be made to pick up the Products and/or that you will stipulate and grant Dell Receivables, L.P. an administrative claim to be paid on an expedited basis.

We look forward to working with you to resolve this matter.

Very truly yours,

Sabrina L. Streusand

SLS:jcc
Enclosures
cc:    Mr. Michael Keller
       Mr. Joseph Burke

Dell Paperless Invoice - Confidential

# DELL

This is your **INVOICE**

Electronic Certified Copy

**FID Number:** 74-2616805

**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 3794107
**Purchase Order:** 4500250655
**Order Date:** 03/16/01

06  01  O  01  02  N

**Invoice Number:** **540061249**

**Invoice Date:** 03/20/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** 9347AR4200151598

**SOLD TO:**

BROOKE PAQUIN
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

**SHIP TO:**

IT SETUP ROOM
W R GRACE CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 220-5524 | Latitude C600,700MHz,PIII,14.1 TFT,ENGLISH | EA | 2,351.38 | 2,351.38 |
| 1 | 1 | 310-6504 | Nylon Carrying Case,Universal, For Dell Latitude CP-Series/ C600 Notebooks,Packaged With System | | | |
| 1 | 1 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | | | |
| 1 | 1 | 312-0109 | 8-Cell Primary Battery for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 313-0249 | 24X CD-ROM,Internal/External, For Dell Latitude CP-Series/C600/C800 Notebooks,Factory Install | | | |
| 1 | 1 | 313-7108 | Internal 3COM Mini-PCI NIC/ Modem Combo for Dell Latitude C600/C800 Notebooks, Factory Install | | | |
| 1 | 1 | 340-7943 | 20GB Hard Drive,9.5MM for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 412-5326 | Internet Explorer 4.01,SP2,US English,No Kit,Original Equipment Manufacturer,Factory Install | | | |
| 1 | 1 | 420-0137 | FAT32 File System, For Windows '9X/2000, Factory Install | | | |
| 1 | 1 | 420-5551 | NT4,Service Pack 5,CD,English For Dell Latitude C600 Notebooks,Factory Install | | | |
| 1 | 1 | 900-1360 | *Next Business Day On-Site and CompleteCare Service, Initial Year | | | |
| 1 | 1 | 900-1362 | *Next Business Day On-Site and CompleteCare Service, 2 Year Extended, Wang | | | |
| 1 | 1 | 312-0110 | 8-Cell Secondary Battery for Dell Latitude C600 Notebooks. Tied | EA | 116.10 | 116.10 |

**System Service Tag/Serial Number(s)**
DPHNG01
\*\*\*\*\*\*\*\* SHIPPING AND/OR HANDLING CHARGE \*\*\*\*\*\*\*\*

35.00

* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| SubTotal | $2,502.48 |
| Taxable $2,502.48 | $125.12 |
| **INVOICE TOTAL** | $2,627.60 |

DETACH AT LINE AND RETURN WITH PAYMENT

# DELL

**Invoice No:** 540061249
**Customer No:** 3794107
**Purchase Order No:** 4500250655

MAKE CHECK PAYABLE/REMIT TO:

DELL RECEIVABLES L.P.
PO BOX 120001
DEPT. 0837
DALLAS, TX 75312-0837

| | |
|---|---|
| Subtotal | $2,502.48 |
| Taxable $2,502.48 | $125.12 |
| **INVOICE TOTAL** | $2,627.60 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| **BALANCE DUE** | $2,627.60 |

Dell Paperless Invoice - Confidential

Page 1 of 2



This is your **INVOICE**

Electronic Certified Copy

FID Number: 74-2616805

**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 5576703
**Purchase Order:** 4500262713
**Order Date:** 03/16/01

06  01  O  01  02  N

**Invoice Number:** 540371093

**Invoice Date:** 03/20/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** A918T84200200506

SOLD TO:

SHIP TO:

RENEE SCHOFF
W R GRACE
7500 GRACE DR
COLUMBIA , MD 21044

GARY SPANGENBERG
W R GRACE CO
4775 PADDOCK RD
CINCINNATI , OH 45229

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 220-6582 | Dell 866 GX110/Medium Desktop 133MHz,FSB,4MB Int Vid Int 10/100 NIC,w/RWU,No Sound 256K Cache | EA | 909.00 | 909.00 |
| 1 | 1 | 310-3552 | Quietkey Spacesaver 104-key Keyboard,GX100/110/115 | | | |
| 1 | 1 | 310-3555 | Microsoft 2-Button Mouse (PS/2) GX100/110/115 | | | |
| 1 | 1 | 310-3559 | Dell Mouse Pad | | | |
| 1 | 1 | 310-3934 | No M Chassis Tower Orientation Stand,GX110/115 | | | |
| 1 | 1 | 311-2533 | 128MB,NONECC,100MHz SDRAM, 1DIMM,GX100/110,Factory Install | | | |
| 1 | 1 | 313-0567 | Creative Labs Sound Blaster Audio PCI Sound Card,Use with Optical Devices,GX100/110 | | | |
| 1 | 1 | 313-0619 | 20/48X IDE CD-ROM,GX100/110 Mid-Desktop and Mini-Tower, Factory Install | | | |
| 1 | 1 | 313-8085 | Dell Optiplex No Optical Device,Factory Install | | | |
| 1 | 1 | 320-3704 | No Monitor Selected | | | |
| 1 | 1 | 320-3920 | No Video Card Option for Optiplex,Factory Install | | | |
| 1 | 1 | 340-3211 | 20GB,7200 RPM,EIDE,GX110/GX200 /GX300 MiniTower | | | |
| 1 | 1 | 340-3224 | 3.5,1.44MB Floppy Drive, GX100/110/115 Mid-Desktop Mini-Tower | | | |
| 1 | 1 | 420-8810 | Windows 98 2nd Edition,FAT32, CD,English,OptiPlex,Factory Install | | | |
| 1 | 1 | 430-0203 | Expansion Riser For GX100/110MT System,5 PCI Slots Factory Install | | | |
| 1 | 1 | 430-3061 | Integrated 10/100 3Com Remote Wake-up NIC,Optiplex,GX200/300 | | | |
| 1 | 1 | 460-8754 | Thank You for purchasing a Dell OptiPlex from the Large Corporate Accounts Division! | | | |
| 1 | 1 | 900-6530 | *Type 3 Contract - Next Business Day Parts & Labor On-Site Response Initial Year | | | |
| 1 | 1 | 900-7502 | *Type 3 Contract - Next Business Day Parts & Labor On-Site Response 2YR Extended | | | |
| 1 | 1 | 900-9987 | *Standard On-Site Installation Declined System Service Tag/Serial Number(s) DY5NG01 | | | |
| | | | ········ SHIPPING AND/OR HANDLING CHARGE ········ | | | 60.00 |

| | |
|---|---|
| SubTotal | $969.00 |
| Taxable $969.00 | $58.15 |
| **INVOICE TOTAL** | **$1,027.15** |

* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

DETACH AT LINE AND RETURN WITH PAYMENT

Dell Paperless Invoice - Confidential



This is your **INVOICE**

Electronic Certified Copy

**FID Number:** 74-2616805

**Sales Rep:** CUSTOMER SUPPORT SERVIC
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 3794107
**Purchase Order:** 4500237439P
**Order Date:** 03/20/01

06  03  H  01  00  N

**Invoice Number:** | **542268586**

**Invoice Date:** 03/20/01
**Payment Terms:** NET 15 OR RETURN PART
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** 30756677663

**SOLD TO:**

BROOKE PAQUIN
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

**SHIP TO:**

MARY A SULLIVAN
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 585ER | Customer Kit,Hard Drive,20GB, 9.5MM,IBM,C600 MARY ANN SULLIVAN (617) 876-1400 POS 17416865 | EA | 499.00 | 499.00 |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS
INVOICE. IF IT IS NOT RETURNED WITHIN 15 DAYS, THIS INVOICE IS PAYABLE. THIS
RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL
RECEIVABLES MASTER TRUST

| | |
|---|---|
| **SubTotal** | $499.00 |
| Taxable $499.00 | $24.95 |
| **INVOICE TOTAL** | $523.95 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 542268586
Customer No: 3794107
Purchase Order No: 4500237439P

**MAKE CHECK PAYABLE/REMIT TO:**
DELL RECEIVABLES L.P.
PO BOX 120001
DEPT. 0837
DALLAS, TX 75312-0837

| | |
|---|---|
| **Subtotal** | $499.00 |
| Taxable $499.00 | $24.95 |
| **INVOICE TOTAL** | $523.95 |
| | $0.00- |
| | $0.00- |
| | $0.00- |
| **BALANCE DUE** | $523.95 |
| Amount Enclosed | |

Dell Paperless Invoice - Confidential                                    Page 1 of 1



This is your **INVOICE**                    Electronic Certified Copy

**FID Number:** 74-2616805
**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 5576703
**Purchase Order:** 4500250047
**Order Date:** 03/20/01

06  01  O  01  02  N

**Invoice Number:** 542508841

**Invoice Date:** 03/22/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** NEXT DAY
**Waybill Number:** DAY PM FOR DELL

SOLD TO:

RENEE SCHOFF
W R GRACE
7500 GRACE DR
COLUMBIA , MD 21044

SHIP TO:

RENEE SCHOFF
W R GRACE & CO
7500 GRACE DR
COLUMBIA , MD 21044

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | 603014-5 | AccuSync70 17" (16" V.I.S.) CRT Monitor AS70<br>SN#S1204299YE SN#S1204311YE | EA | 183.55 | 367.10 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE
DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| SubTotal | $367.10 |
| Taxable<br>$367.10 | $18.36 |
| **INVOICE TOTAL** | **$385.46** |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 542508841
Customer No: 5576703
Purchase Order No: 4500250047

MAKE CHECK PAYABLE/REMIT TO:
        DELL RECEIVABLES L.P.
        DEPT. AT 40032
        ATLANTA, GA  31192-0032

| | |
|---|---|
| **Subtotal** | $367.10 |
| Taxable<br>$367.10 | $18.36 |
| **INVOICE TOTAL** | $385.46 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| BALANCE DUE | $385.46 |
| Amount Enclosed | |

Dell Paperless Invoice - Confidential                                                          Page 1 of 1



This is your **INVOICE**                                    Electronic Certified Copy

**FID Number:** 74-2616805
**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 5576703
**Purchase Order:** 4500264230
**Order Date:** 03/21/01

06  01  O  01  02  N

**Invoice Number:** | **543314033**

**Invoice Date:** 03/22/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** A918T84200247896

**SOLD TO:**

RENEE SCHOFF
W R GRACE
7500 GRACE DR
COLUMBIA , MD 21044

**SHIP TO:**

JOAN RICHTER
W R GRACE & CO
5500 CHEMICAL RD
BALTIMORE , MD 21226

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | 220-3641 | Latitude C600,750MHz,Pentium III,14.1",TFT,English | EA | 2,239.50 | 4,479.00 |
| 2 | 2 | 310-4568 | C/PORT2 Advanced Port Replictor w/Monitor Stand For Dell Latitude C-Series Notebooks,Factory Install | | | |
| 2 | 2 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | | | |
| 2 | 2 | 312-0109 | 8-Cell Primary Battery for Dell Latitude C600 Notebooks, Factory Install | | | |
| 2 | 2 | 313-0249 | 24X CD-ROM,Internal/External, For Dell Latitude CP-Series/C600/C800 Notebooks,Factory Install | | | |
| 2 | 2 | 313-7108 | Internal 3COM Mini-PCI NIC/ Modem Combo for Dell Latitude C600/C800 Notebooks, Factory Install | | | |
| 2 | 2 | 340-7943 | 20GB Hard Drive,9.5MM for Dell Latitude C600 Notebooks, Factory Install | | | |
| 2 | 2 | 412-5326 | Internet Explorer 4.01,SP2,US English,No Kit,Original Equipment Manufacturer,Factory Install | | | |
| 2 | 2 | 420-5551 | NT4,Service Pack 5,CD,English For Dell Latitude C600 Notebooks,Factory Install | | | |
| 2 | 2 | 900-6550 | *Type 3 Contract  Next Business Day Parts & Labor On-Site Response Initial Year | | | |
| 2 | 2 | 900-6232 | *Type 3 Contract - Next Business Day Parts & Labor On-Site Response 2YR Extended | | | |
| | | | **System Service Tag/Serial Number(s)** 7PJXG01  GPJXG01 | | | |
| | | | ******** SHIPPING AND/OR HANDLING CHARGE ******** | | | 60.00 |

\* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| SubTotal | $4,539.00 |
| Taxable $4,539.00 | $226.95 |
| INVOICE TOTAL | $4,765.95 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 543314033
**Customer No:** 5576703
**Purchase Order No:** 4500264230

**MAKE CHECK PAYABLE/REMIT TO:**
    DELL RECEIVABLES L.P.
    DEPT. AT 40032
    ATLANTA, GA  31192-0032

| | |
|---|---|
| Subtotal | $4,539.00 |
| Taxable $4,539.00 | $226.95 |
| INVOICE TOTAL | $4,765.95 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| BALANCE DUE | $4,765.95 |
| Amount Enclosed | |

Dell Paperless Invoice - Confidential                                      Page 1 of 2

**DELL**                    This is your **INVOICE**          Electronic Certified Copy

**FID Number:** 74-2616805              **Customer Number:** 3794107       **Invoice Number:**   543982284
   **Sales Rep:** FATIMA YUSUF        **Purchase Order:** 4500264605
      **For Sales:** (888) 242-0938         **Order Date:** 03/22/01      **Invoice Date:** 03/23/01
      **Sales Fax:** (800) 333-4329                                **Payment Terms:** NET DUE 30 DAYS
**Customer Service:** (888) 242-0938        06  01  O  01  02  N      **Shipped Via:** UNAUTHORIZED
**Technical Support:** (800) 822-8965                              **Waybill Number:** 9347AR4200186426
      **DELL Online:** http://www.dell.com

**SOLD TO:**                                           **SHIP TO:**

BROOKE PAQUIN                                     IT SETUP ROOM
W R GRACE & CO                                    W R GRACE & CO
62 WHITTEMORE AVE                                 62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692                         CAMBRIDGE , MA 02140-1692

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | 220-5524 | Latitude C600,700MHz,PIII,14.1 TFT,ENGLISH | EA | 3,023.68 | 6,047.36 |
| 2 | 2 | 310-1672 | Grey Microsoft USB,2 Button, Intellimouse with Wheel for Dell Latitude Notebooks,Tied | | | |
| 2 | 2 | 310-4564 | C/DOCK2,Expansion Station for Dell Latitude C-Series, Notebooks,Factory Install | | | |
| 2 | 2 | 310-5101 | Grey Performance 104,6Pin, Windows 95 Keyboard,for Dell Latitude Notebooks,Tied | | | |
| 2 | 2 | 310-6500 | Leather Carrying Case, Universal,For Dell Latitude CP-Series/C600 Notebooks, Packaged With System | | | |
| 2 | 2 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | | | |
| 2 | 2 | 312-0109 | 8-Cell Primary Battery for Dell Latitude C600 Notebooks, Factory Install | | | |
| 2 | 2 | 313-0249 | 24X CD-ROM,Internal/External, For Dell Latitude CP-Series/C600/C800 Notebooks,Factory Install | | | |
| 2 | 2 | 313-7100 | Internal 3COM Mini-PCI NIC/ Modem Combo for Dell Latitude C600/C800 Notebooks, Factory Install | | | |
| 2 | 2 | 320-3212 | Grey Dell 17in M781P,16.0in Viewable Image Size,Color Monitor for Dell Latitude Notebooks,Tied | | | |
| 2 | 2 | 340-7943 | 20GB Hard Drive,9.5MM for Dell Latitude C600 Notebooks, Factory Install | | | |
| 2 | 2 | 420-0137 | FAT32 File System, For Windows '9X/2000, Factory Install | | | |
| 2 | 2 | 420-5550 | Windows'98,Second Edition,CD, English For Dell Latitude C600 Notebooks,Factory Install | | | |
| 2 | 2 | 900-1360 | *Next Business Day On-Site and CompleteCare Service, Initial Year | | | |
| 2 | 2 | 900-1362 | *Next Business Day On-Site and CompleteCare Service, 2 Year Extended, Wang | | | |
| 2 | 2 | 312-0110 | 8-Cell Secondary Battery for Dell Latitude C600 Notebooks, Tied | EA | 116.10 | 232.20 |

System Service Tag/Serial Number(s)
   6TSYG01 9TSYG01
         ········ SHIPPING AND/OR HANDLING CHARGE ········                              70.00

|  |  |
|---|---|
| SubTotal | $6,349.56 |
| Taxable $6,349.56 | $317.48 |
| **INVOICE TOTAL** | **$6,667.04** |

* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware
only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO
THE DELL RECEIVABLES MASTER TRUST

DETACH AT LINE AND RETURN WITH PAYMENT

Dell Paperless Invoice - Confidential

Page 1 of 1



This is your **INVOICE**

Electronic Certified Copy

**FID Number:** 74-2616805
**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 3794107
**Purchase Order:** 4500264613
**Order Date:** 03/22/01

06  01  O  01  02  N

**Invoice Number:** 543990394

**Invoice Date:** 03/23/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** 9347AR4200190420

**SOLD TO:**

BROOKE PAQUIN
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

**SHIP TO:**

IT SETUP ROOM
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 220-5524 | Latitude C600,700MHz,PIII,14.1 TFT,ENGLISH | EA | 2,235.28 | 2,235.28 |
| 1 | 1 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | | | |
| 1 | 1 | 312-0109 | 8-Cell Primary Battery for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 313-0249 | 24X CD-ROM,Internal/External, For Dell Latitude CP-Series/C600/C800 Notebooks,Factory Install | | | |
| 1 | 1 | 313-7108 | Internal 3COM Mini-PCI NIC/ Modem Combo for Dell Latitude C600/C800 Notebooks, Factory Install | | | |
| 1 | 1 | 340-7943 | 20GB Hard Drive,9.5MM for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 420-0137 | FAT32 File System, For Windows '9X/2000, Factory Install | | | |
| 1 | 1 | 420-5550 | Windows'98,Second Edition,CD, English For Dell Latitude C600 Notebooks,Factory Install | | | |
| 1 | 1 | 900-1360 | *Next Business Day On-Site and CompleteCare Service, Initial Year | | | |
| 1 | 1 | 900-1362 | *Next Business Day On-Site and CompleteCare Service, 2 Year Extended, Wang | | | |
| 1 | 1 | 312-0110 | 8-Cell Secondary Battery for Dell Latitude C600 Notebooks, Tied | EA | 116.10 | 116.10 |

**System Service Tag/Serial Number(s)**
B7SYG01
******** SHIPPING AND/OR HANDLING CHARGE ********

35.00

* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| SubTotal | $2,386.38 |
| Taxable $2,386.38 | $119.32 |
| INVOICE TOTAL | $2,505.70 |

DETACH AT LINE AND RETURN WITH PAYMENT

Invoice No: 543990394
Customer No: 3794107
Purchase Order No: 4500264613

| | |
|---|---|
| Subtotal | $2,386.38 |
| Taxable $2,386.38 | $119.32 |
| INVOICE TOTAL | $2,505.70 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| BALANCE DUE | $2,505.70 |
| Amount Enclosed | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL RECEIVABLES L.P.
PO BOX 120001
DEPT. 0837
DALLAS, TX 75312-0837

Dell Paperless Invoice - Confidential



This is your **INVOICE**

Electronic Certified Copy

FID Number: 74-2616805
Sales Rep: FATIMA YUSUF
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 822-8965
DELL Online: http://www.dell.com

Customer Number: 3794107
Purchase Order: 4500264615
Order Date: 03/22/01

06  01  O  01  02  N

Invoice Number: **544002280**

Invoice Date: 03/23/01
Payment Terms: NET DUE 30 DAYS
Shipped Via: UNAUTHORIZED
Waybill Number: 9347AR4200183394

SOLD TO:

BROOKE PAQUIN
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

SHIP TO:

IT SETUP ROOM
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 220-5524 | Latitude C600,700MHz,PIII,14.1 TFT,ENGLISH | EA | 3,086.68 | 3,086.68 |
| 1 | 1 | 310-1672 | Grey Microsoft USB,2 Button, Intellimouse with Wheel for Dell Latitude Notebooks,Tied | | | |
| 1 | 1 | 310-4564 | C/DOCK2,Expansion Station For Dell Latitude C-Series, Notebooks,Factory Install | | | |
| 1 | 1 | 310-5101 | Grey Performance 104,6Pin, Windows 95 Keyboard,for Dell Latitude Notebooks,Tied | | | |
| 1 | 1 | 310-6500 | Leather Carrying Case, Universal,For Dell Latitude CP-Series/C600 Notebooks, Packaged With System | | | |
| 1 | 1 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | | | |
| 1 | 1 | 312-0109 | 8-Cell Primary Battery for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 313-0249 | 24X CD-ROM,Internal/External, For Dell Latitude CP-Series/C600/C800 Notebooks,Factory Install | | | |
| 1 | 1 | 313-7108 | Internal 3COM Mini-PCI NIC/ Modem Combo for Dell Latitude C600/C800 Notebooks, Factory Install | | | |
| 1 | 1 | 320-3211 | Grey Dell M991,19in,18.0in Viewable Image Size,Color Monitor for Dell Latitude Notebooks,Tied | | | |
| 1 | 1 | 340-7943 | 20GB Hard Drive,9.5MM for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 420-0137 | FAT32 File System, For Windows '9X/2000, Factory Install | | | |
| 1 | 1 | 420-5550 | Windows'98,Second Edition,CD, English For Dell Latitude C600 Notebooks,Factory Install | | | |
| 1 | 1 | 900-1360 | *Next Business Day On-Site and CompleteCare Service, Initial Year | | | |
| 1 | 1 | 900-1362 | *Next Business Day On-Site and CompleteCare Service, 2 Year Extended, Wang | | | |
| 1 | 1 | 312-0110 | 8-Cell Secondary Battery for Dell Latitude C600 Notebooks, Tied | EA | 116.10 | 116.10 |
| 1 | 1 | 313-0645 | Harman/Kardon Speakers,Pearl White,Precision Workstations X20,Customer Install | EA | 35.00 | 35.00 |
| | | | System Service Tag/Serial Number(s) 68SYG01 | | | |
| | | | ········ SHIPPING AND/OR HANDLING CHARGE ········ | | | 35.00 |

* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| SubTotal | 3,272.78 |
| Taxable $3,272.78 | |
| | $163.64 |
| INVOICE TOTAL | 3,436.42 |

DETACH AT LINE AND RETURN WITH PAYMENT

Dell Paperless Invoice - Confidential

# DELL

This is your **INVOICE**

Electronic Certified Copy

**FID Number:** 74-2616805
**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 3794107
**Purchase Order:** 4500264618
**Order Date:** 03/22/01

06  01  O  01  02  N

**Invoice Number:** 544012420

**Invoice Date:** 03/23/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** 9347AR4200183330

**SOLD TO:**

BROOKE PAQUIN
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

**SHIP TO:**

IT SETUP ROOM
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 220-5524 | Latitude C600,700MHz,PIII,14.1 TFT,ENGLISH | EA | 3,086.68 | 3,086.68 |
| 1 | 1 | 310-1672 | Grey Microsoft USB,2 Button, Intellimouse with Wheel for Dell Latitude Notebooks,Tied | | | |
| 1 | 1 | 310-4564 | C/DOCK2,Expansion Station For Dell Latitude C-Series, Notebooks,Factory Install | | | |
| 1 | 1 | 310-5101 | Grey Performance 104,6Pin, Windows 95 Keyboard,for Dell Latitude Notebooks,Tied | | | |
| 1 | 1 | 310-6500 | Leather Carrying Case, Universal,For Dell Latitude CP-Series/C600 Notebooks, Packaged With System | | | |
| 1 | 1 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | | | |
| 1 | 1 | 312-0109 | 8-Cell Primary Battery for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 313-0249 | 24X CD-ROM,Internal/External, For Dell Latitude CP-Series/C600/C800 Notebooks,Factory Install | | | |
| 1 | 1 | 313-7108 | Internal 3COM Mini-PCI NIC/ Modem Combo for Dell Latitude C600/C800 Notebooks, Factory Install | | | |
| 1 | 1 | 320-3211 | Grey Dell M991,19in,18.0in Viewable Image Size,Color Monitor for Dell Latitude Notebooks,Tied | | | |
| 1 | 1 | 340-7943 | 20GB Hard Drive,9.5MM for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 420-0137 | FAT32 File System, For Windows '9X/2000, Factory Install | | | |
| 1 | 1 | 420-5550 | Windows'98,Second Edition,CD, English For Dell Latitude C600 Notebooks,Factory Install | | | |
| 1 | 1 | 900-1360 | *Next Business Day On-Site and CompleteCare Service. Initial Year | | | |
| 1 | 1 | 900-1362 | *Next Business Day On-Site and CompleteCare Service, 2 Year Extended, Wang | | | |
| 1 | 1 | 312-0110 | 8-Cell Secondary Battery for Dell Latitude C600 Notebooks, Tied | EA | 116.10 | 116.10 |

System Service Tag/Serial Number(s)
D8SYG01
******** SHIPPING AND/OR HANDLING CHARGE ********

35.00

* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| SubTotal | $3,237.78 |
| Taxable $3,237.78 | $161.89 |
| **INVOICE TOTAL** | **$3,399.67** |

DETACH AT LINE AND RETURN WITH PAYMENT

Dell Paperless Invoice - Confidential

Page 1 of 1



This is your **INVOICE**

Electronic Certified Copy

| | |
|---|---|
| **FID Number:** 74-2616805 | |
| **Sales Rep:** FATIMA YUSUF | |
| **For Sales:** (888) 242-0938 | |
| **Sales Fax:** (800) 333-4329 | |
| **Customer Service:** (888) 242-0938 | |
| **Technical Support:** (800) 822-8965 | |
| **DELL Online:** http://www.dell.com | |

**Customer Number:** 5576703
**Purchase Order:** 4500265456
**Order Date:** 03/26/01

06  01  O  01  02  N

**Invoice Number:** 545974917

**Invoice Date:** 03/27/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** A913T84200281894

**SOLD TO:**

RENEE SCHOFF
W R GRACE
7500 GRACE DR
COLUMBIA , MD 21044

**SHIP TO:**

RENEE SCHOFF
W R GRACE CO COLUMBIA
7500 GRACE DR
COLUMBIA , MD 21044

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 220-3641 | Latitude C600,750MHz,Pentium III,14.1",TFT,English | EA | 2,449.50 | 2,449.50 |
| 1 | 1 | 310-4564 | C/DOCK2,Expansion Station For Dell Latitude C-Series, Notebooks,Factory Install | | | |
| 1 | 1 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | | | |
| 1 | 1 | 312-0109 | 8-Cell Primary Battery for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 313-0249 | 24X CD-ROM,Internal/External, For Dell Latitude CP-Series/C600/C800 Notebooks,Factory Install | | | |
| 1 | 1 | 313-7108 | Internal 3COM Mini-PCI NIC/ Modem Combo for Dell Latitude C600/C800 Notebooks, Factory Install | | | |
| 1 | 1 | 340-7943 | 20GB Hard Drive,9.5MM for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 420-5550 | Windows'98,Second Edition,CD, English For Dell Latitude C600 Notebooks,Factory Install | | | |
| 1 | 1 | 900-6550 | *Type 3 Contract - Next Business Day Parts & Labor On-Site Response Initial Year | | | |
| 1 | 1 | 900-6232 | *Type 3 Contract - Next Business Day Parts & Labor On-Site Response 2YR Extended | | | |
| 1 | 1 | 312-0110 | 8-Cell Secondary Battery for Dell Latitude C600 Notebooks, Tied | EA | 129.00 | 129.00 |

**System Service Tag/Serial Number(s)**
2MN4H01

\*\*\*\*\*\*\*\* SHIPPING AND/OR HANDLING CHARGE \*\*\*\*\*\*\*\*                30.00

\* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| SubTotal | $2,608.50 |
| Taxable $2,608.50 | $130.42 |
| INVOICE TOTAL | $2,738.92 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 545974917
Customer No: 5576703
Purchase Order No: 4500265456

**MAKE CHECK PAYABLE/REMIT TO:**

DELL RECEIVABLES L.P.
DEPT. AT 40032
ATLANTA, GA  31192-0032

| | |
|---|---|
| Subtotal | $2,608.50 |
| Taxable $2,608.50 | $130.42 |
| INVOICE TOTAL | $2,738.92 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| BALANCE DUE | $2,738.92 |
| Amount Enclosed | |

Dell Paperless Invoice - Confidential                                          Page 1 of 1



This is your **INVOICE**                        Electronic Certified Copy

| | |
|---|---|
| **FID Number:** 74-2616805 | **Customer Number:** 5576703 |
| **Sales Rep:** FATIMA YUSUF | **Purchase Order:** 4500265451A |
| **For Sales:** (888) 242-0938 | **Order Date:** 03/26/01 |
| **Sales Fax:** (800) 333-4329 | |
| **Customer Service:** (888) 242-0938 | 06 01 O 01 02 N |
| **Technical Support:** (800) 822-8965 | |
| **DELL Online:** http://www.dell.com | |

**Invoice Number:**  546018953

**Invoice Date:** 03/27/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** 3RD DAY
**Waybill Number:** E7919003102238:7

SOLD TO:                                        SHIP TO:

RENEE SCHOFF                                    M MONCRIEF
W R GRACE                                       W R GRACE & CO COLUMBIA
7500 GRACE DR                                   STE 230
                                                3838 N SAM HOUSTON PRKY
COLUMBIA , MD 21044                             HOUSTON , TX 77032

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 603014-5 | AccuSync70 17" (16" V.I.S.) CRT Monitor AS70 | EA | 184.00 | 184.00 |
| | | | SN#S0X30387YA | | | |
| | | | ******** SHIPPING AND/OR HANDLING CHARGE ******** | | | 18.00 |

| | |
|---|---|
| **SubTotal** | $202.00 |
| **Taxable** $202.00 | $16.67 |
| **INVOICE TOTAL** | $218.67 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE
DELL RECEIVABLES MASTER TRUST

DETACH AT LINE AND RETURN WITH PAYMENT



**Invoice No:** 546018953
**Customer No:** 5576703
**Purchase Order No:** 4500265451A
**Assoc. Order:** 546018961

MAKE CHECK PAYABLE/REMIT TO:
        DELL RECEIVABLES L.P.
        DEPT. AT 40032
        ATLANTA, GA  31192-0032

| | |
|---|---|
| **Subtotal** | $202.00 |
| Taxable $202.00 | $16.67 |
| **INVOICE TOTAL** | $218.67 |
| | $0.00- |
| | $0.00- |
| | $0.00- |
| **BALANCE DUE** | $218.67 |
| **Amount Enclosed** | |

Dell Paperless Invoice - Confidential

Page 1 of 1

 This is your **INVOICE**

Electronic Certified Copy

FID Number: 74-2616805
**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 5576703
**Purchase Order:** 4500265451A
**Order Date:** 03/26/01

06 01 O 01 02 N

**Invoice Number:** 546018961

**Invoice Date:** 03/27/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** 8871273014

**SOLD TO:**

RENEE SCHOFF
W R GRACE
7500 GRACE DR

COLUMBIA , MD 21044

**SHIP TO:**

M MONCRIEF
W R GRACE & CO COLUMBIA
STE 230
3838 N SAM HOUSTON PRKY
HOUSTON , TX 77032

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 310-1723 | Dell Quiet Key Keyboard, 104, 6 Pin, Pearl White, English Customer Install | EA | 26.00 | 26.00 |
| 1 | 1 | 310-0361 | Microsoft PS/2 System Style Mouse for all Dell Latitude Notebooks,Customer Install | EA | 18.00 | 18.00 |
| | | | ******** SHIPPING AND/OR HANDLING CHARGE ******** | | | 11.00 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE
DELL RECEIVABLES MASTER TRUST

| SubTotal | $55.00 |
|---|---|
| Taxable $55.00 | $4.55 |
| **INVOICE TOTAL** | $59.55 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 546018961
Customer No: 5576703
Purchase Order No: 4500265451A
Assoc. Order: 546018953

MAKE CHECK PAYABLE/REMIT TO:
     DELL RECEIVABLES L.P.
     DEPT. AT 40032
     ATLANTA, GA  31192-0032

| Subtotal | $55.00 |
|---|---|
| Taxable $55.00 | $4.55 |
| **INVOICE TOTAL** | $59.55 |
| | $0.00- |
| | $0.00- |
| | $0.00- |
| BALANCE DUE | $59.55 |
| Amount Enclosed | |

Dell Paperless Invoice - Confidential                                    Page 1 of 1

# DELL

### This is your INVOICE

Electronic Certified Copy

**FID Number:** 74-2616805
**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 5576703
**Purchase Order:** 4500264564
**Order Date:** 03/23/01

06  01  O  01  02  N

**Invoice Number:** 544848161

**Invoice Date:** 03/27/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** A918T84200289289

**SOLD TO:**

RENEE SCHOFF
W R GRACE
7500 GRACE DR
COLUMBIA , MD 21044

**SHIP TO:**

JOAN RICHTER
W R GRACE
5500 CHEMICAL RD
BALTIMORE , MD 21226

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 220-3641 | Latitude C600,750MHz,Pentium III,14.1",TFT,English | EA | 2,429.50 | 2,429.50 |
| 1 | 1 | 310-4564 | C/DOCK2,Expansion Station For Dell Latitude C-Series, Notebooks,Factory Install | | | |
| 1 | 1 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | | | |
| 1 | 1 | 312-0109 | 8-Cell Primary Battery for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 313-0249 | 24X CD-ROM,Internal/External, For Dell Latitude CP-Series/C600/C800 Notebooks,Factory Install | | | |
| 1 | 1 | 313-7108 | Internal 3COM Mini-PCI NIC/ Modem Combo for Dell Latitude C600/C800 Notebooks, Factory Install | | | |
| 1 | 1 | 340-7943 | 20GB Hard Drive,9.5MM for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 420-5550 | Windows'98,Second Edition,CD, English For Dell Latitude C600 Notebooks,Factory Install | | | |
| 1 | 1 | 900-6550 | *Type 3 Contract - Next Business Day Parts & Labor On-Site Response Initial Year | | | |
| 1 | 1 | 900-6232 | *Type 3 Contract - Next Business Day Parts & Labor On-Site Response 2YR Extended | | | |
| | | | **System Service Tag/Serial Number(s)** 3785H01 | | | |
| | | | ******** SHIPPING AND/OR HANDLING CHARGE ******** | | | 35.00 |

* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST.

| | |
|---|---|
| SubTotal | $2,464.50 |
| Taxable $2,464.50 | $123.22 |
| **INVOICE TOTAL** | **$2,587.72** |

DETACH AT LINE AND RETURN WITH PAYMENT

# DELL

Invoice No: 544848161
Customer No: 5576703
Purchase Order No: 4500264564
Assoc. Order: 544848179

**MAKE CHECK PAYABLE/REMIT TO:**

DELL RECEIVABLES L.P.
DEPT. AT 40032
ATLANTA, GA  31192-0032

| | |
|---|---|
| Subtotal | $2,464.50 |
| Taxable $2,464.50 | $123.22 |
| INVOICE TOTAL | $2,587.72 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| BALANCE DUE | $2,587.72 |
| Amount Enclosed | |

Dell Paperless Invoice - Confidential



This is your **INVOICE**

Electronic Certified Copy

FID Number: 74-2616805

**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

Customer Number: 5576703
Purchase Order: 4500264564
Order Date: 03/23/01

06  01  O  01  02  N

Invoice Number: **544848179**

Invoice Date: 03/28/01
Payment Terms: NET DUE 30 DAYS
Shipped Via: 3RD DAY
Waybill Number: V4E5480310174883

**SOLD TO:**

RENEE SCHOFF
W R GRACE
7500 GRACE DR
COLUMBIA , MD 21044

**SHIP TO:**

JOAN RICHTER
W R GRACE
5500 CHEMICAL RD
BALTIMORE , MD 21226

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---------|---------|-------------|-------------|------|------------|--------|
| 1 | 1 | 603016-5 | AccuSync90 19" (18" V.I.S.) CRT Monitor- .26mm dpi, 1600 x 1200 at 55-76 Hz AS90 | EA | 288.95 | 288.95 |
| 1 | 1 | 897323 | 16/4 PCI Token Ring Adapter 2 W/wake On LAN Card Pack 34L0710 | EA | 153.26 | 153.26 |
| | | | SN#1S34L07109R01M0V SN#S1200537YE | | | |
| | | | ******** SHIPPING AND/OR HANDLING CHARGE ******** | | | 4.00 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| **SubTotal** | **$446.21** |
| Taxable $446.21 | $22.31 |
| **INVOICE TOTAL** | **$468.52** |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 544848179
Customer No: 5576703
Purchase Order No: 4500264564
Assoc. Order: 544848161

MAKE CHECK PAYABLE/REMIT TO:
    DELL RECEIVABLES L.P.
    DEPT. AT 40032
    ATLANTA, GA  31192-0032

| | |
|---|---|
| Subtotal | $446.21 |
| Taxable $446.21 | $22.31 |
| INVOICE TOTAL | $468.52 |
| | $0.00- |
| | $0.00- |
| | $0.00- |
| BALANCE DUE | $468.52 |
| Amount Enclosed | |

Dell Paperless Invoice - Confidential



This is your **INVOICE**

Electronic Certified Copy

**FID Number:** 74-2616805
**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 5576703
**Purchase Order:** 4500265451
**Order Date:** 03/26/01

06  01  O  01  02  N

**Invoice Number:** | **545960676**

**Invoice Date:** 03/28/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** V98W144200683234

SOLD TO:

RENEE SCHOFF
W R GRACE
7500 GRACE DR
COLUMBIA , MD 21044

SHIP TO:

RENEE SCHOFF
W R GRACE CO COLUMBIA
7500 GRACE DR
COLUMBIA , MD 21044

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 220-3641 | Latitude C600,750MHz,Pentium III,14.1",TFT,English | EA | 2,498.50 | 2,498.50 |
| 1 | 1 | 310-4564 | C/DOCK2,Expansion Station For Dell Latitude C-Series, Notebooks,Factory Install | | | |
| 1 | 1 | 310-6504 | Nylon Carrying Case,Universal, For Dell Latitude CP-Series/ C600 Notebooks,Packaged With System | | | |
| 1 | 1 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | | | |
| 1 | 1 | 312-0109 | 8-Cell Primary Battery for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 313-0249 | 24X CD-ROM,Internal/External, For Dell Latitude CP-Series/C600/C800 Notebooks,Factory Install | | | |
| 1 | 1 | 313-7108 | Internal 3COM Mini-PCI NIC/ Modem Combo for Dell Latitude C600/C800 Notebooks, Factory Install | | | |
| 1 | 1 | 340-7943 | 20GB Hard Drive,9.5MM for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 420-5550 | Windows'98,Second Edition,CD, English For Dell Latitude C600 Notebooks,Factory Install | | | |
| 1 | 1 | 900-6550 | *Type 3 Contract - Next Business Day Parts & Labor On-Site Response Initial Year | | | |
| 1 | 1 | 900-6232 | *Type 3 Contract - Next Business Day Parts & Labor On-Site Response 2YR Extended | | | |
| 1 | 1 | 312-0110 | 8-Cell Secondary Battery for Dell Latitude C600 Notebooks, Tied | EA | 129.00 | 129.00 |

**System Service Tag/Serial Number(s)**
8B28H01
******** SHIPPING AND/OR HANDLING CHARGE ********             30.00

* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| **SubTotal** | $2,657.50 |
| **Taxable** $2,657.50 | $132.87 |
| **INVOICE TOTAL** | $2,790.37 |

- - - - - DETACH AT LINE AND RETURN WITH PAYMENT - - - - -

**Invoice No:** 545960676
**Customer No:** 5576703
**Purchase Order No:** 4500265451
**Assoc. Order:** 545960684

| | |
|---|---|
| Subtotal | $2,657.50 |
| Taxable $2,657.50 | $132.87 |
| **INVOICE TOTAL** | $2,790.37 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| **BALANCE DUE** | $2,790.37 |
| **Amount Enclosed** | |

MAKE CHECK PAYABLE/REMIT TO:
DELL RECEIVABLES L.P.
DEPT. AT 40032
ATLANTA, GA  31192-0032

Dell Paperless Invoice - Confidential

Page 1 of 1



This is your **INVOICE**

Electronic Certified Copy

FID Number: 74-2616805
Sales Rep: FATIMA YUSUF
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 822-8965
DELL Online: http://www.dell.com

Customer Number: 5576703
Purchase Order: 4500265451
Order Date: 03/26/01

06  01  O  01  02  N

Invoice Number: **545960684**

Invoice Date: 03/29/01
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL 5 DAY OR LESS
Waybill Number: 1821820371694200

SOLD TO:

RENEE SCHOFF
W R GRACE
7500 GRACE DR
COLUMBIA , MD 21044

SHIP TO:

RENEE SCHOFF
W R GRACE CO COLUMBIA
7500 GRACE DR
COLUMBIA , MD 21044

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 897323 | 16/4 PCI Token Ring Adapter 2 W/wake On LAN Card Pack 34L0710 | EA | 153.26 | 153.26 |
| | | | ******** SHIPPING AND/OR HANDLING CHARGE ******** | | | 4.00 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| SubTotal | $157.26 |
| Taxable $157.26 | $7.86 |
| **INVOICE TOTAL** | $165.12 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 545960684
Customer No: 5576703
Purchase Order No: 4500265451
Assoc. Order: 545960676

MAKE CHECK PAYABLE/REMIT TO:
DELL RECEIVABLES L.P.
DEPT. AT 40032
ATLANTA, GA  31192-0032

| | |
|---|---|
| **Subtotal** | $157.26 |
| Taxable $157.26 | $7.86 |
| **INVOICE TOTAL** | $165.12 |
| | $0.00- |
| | $0.00- |
| | $0.00- |
| BALANCE DUE | $165.12 |
| Amount Enclosed | |

Dell Paperless Invoice - Confidential

Page 1 of 1



This is your **INVOICE**

Electronic Certified Copy

**FID Number:** 74-2616805
**Sales Rep:** FATIMA YUSUF
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 822-8965
**DELL Online:** http://www.dell.com

**Customer Number:** 3794107
**Purchase Order:** 4500266390
**Order Date:** 03/28/01

06  01  O  01  02  N

**Invoice Number:** 547706887

**Invoice Date:** 03/29/01
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UNAUTHORIZED
**Waybill Number:** V98W294200624449

**SOLD TO:**

BROOKE PAQUIN
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

**SHIP TO:**

IT SETUP ROOM
W R GRACE & CO
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---------|---------|-------------|-------------|------|------------|--------|
| 1 | 1 | 220-5524 | Latitude C600,700MHz,PIII,14.1 TFT,ENGLISH | EA | 2,953.48 | 2,953.48 |
| 1 | 1 | 310-4564 | C/DOCK2,Expansion Station For Dell Latitude C-Series, Notebooks,Factory Install | | | |
| 1 | 1 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | | | |
| 1 | 1 | 312-0109 | 8-Cell Primary Battery for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 313-0249 | 24X CD-ROM,Internal/External, For Dell Latitude CP-Series/C600/C800 Notebooks,Factory Install | | | |
| 1 | 1 | 313-7108 | Internal 3COM Mini-PCI NIC/ Modem Combo for Dell Latitude C600/C800 Notebooks, Factory Install | | | |
| 1 | 1 | 320-3211 | Grey Dell M991,19in,18.0in Viewable Image Size,Color Monitor For Dell Latitude Notebooks,Tied | | | |
| 1 | 1 | 340-7943 | 20GB Hard Drive,9.5MM for Dell Latitude C600 Notebooks, Factory Install | | | |
| 1 | 1 | 420-0137 | FAT32 File System, For Windows '9X/2000, Factory Install | | | |
| 1 | 1 | 420-5550 | Windows'98,Second Edition,CD, English For Dell Latitude C600 Notebooks,Factory Install | | | |
| 1 | 1 | 900-1360 | *Next Business Day On-Site and CompleteCare Service, Initial Year | | | |
| 1 | 1 | 900-1362 | *Next Business Day On-Site and CompleteCare Service, 2 Year Extended, Wang | | | |
| 1 | 1 | 312-0110 | 8-Cell Secondary Battery for Dell Latitude C600 Notebooks, Tied | EA | 116.10 | 116.10 |

**System Service Tag/Serial Number(s)**
4QK8H01
******** SHIPPING AND/OR HANDLING CHARGE ********          35.00

\* Service contract may be subject to sales tax. Any on-site or other service covers Dell system hardware only. THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | | |
|---|---|---|
| SubTotal | | $3,104.58 |
| Taxable $3,104.58 | | $155.24 |
| **INVOICE TOTAL** | | $3,259.82 |

-------- DETACH AT LINE AND RETURN WITH PAYMENT --------



**Invoice No:** 547706887
**Customer No:** 3794107
**Purchase Order No:** 4500266390

| | |
|---|---|
| Subtotal | $3,104.58 |
| Taxable $3,104.58 | $155.24 |
| **INVOICE TOTAL** | $3,259.82 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| **BALANCE DUE** | $3,259.82 |

MAKE CHECK PAYABLE/REMIT TO:

DELL RECEIVABLES L.P.
PO BOX 120001
DEPT. 0837
DALLAS, TX  75312-0837

Dell Paperless Invoice - Confidential

Page 1 of 1



This is your **INVOICE**

Electronic Certified Copy

FID Number: 74-2616805
Sales Rep: FATIMA YUSUF
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 822-8965
DELL Online: http://www.dell.com

Customer Number: 3794107
Purchase Order: 4500250655
Order Date: 03/30/01

06  01  O  01  02  N

Invoice Number: **549524841**

Invoice Date: 03/30/01
Payment Terms: NET DUE 30 DAYS
Shipped Via: UNAUTHORIZED
Waybill Number: 8873856714

SOLD TO:

BROOKE PAQUIN
W R GRACE & CO
62 WHITTEMORE AVE

CAMBRIDGE , MA 02140-1692

SHIP TO:

WR GRACE & CO
IT SETUP RM
62 WHITTEMORE AVE
CAMBRIDGE , MA 02140-1692

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS OF SALE

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 320-6367 | Dell P780,17 in,(16.0 in Viewable Image Size),Monitor, for Optiplex G1/GX1/GX1P | EA | 318.66 | 318.66 |
| 1 | 1 | 310-4565 | C/DOCK2,Expansion Station For Dell Latitude C-Series Notebooks,Customer Install | EA | 469.00 | 469.00 |
| | | | ******** SHIPPING AND/OR HANDLING CHARGE ******** | | | 60.00 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL RECEIVABLES L.P. AND TRANSFERRED TO THE DELL RECEIVABLES MASTER TRUST

| | |
|---|---|
| SubTotal | $847.66 |
| Taxable $847.66 | $42.38 |
| INVOICE TOTAL | $890.04 |

DETACH AT LINE AND RETURN WITH PAYMENT

Invoice No: 549524841
Customer No: 3794107
Purchase Order No: 4500250655

MAKE CHECK PAYABLE/REMIT TO:
    DELL RECEIVABLES L.P.
    PO BOX 120001
    DEPT. 0837
    DALLAS, TX  75312-0837

| | |
|---|---|
| Subtotal | $847.66 |
| Taxable $847.66 | $42.38 |
| INVOICE TOTAL | $890.04 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| BALANCE DUE | $890.04 |
| Amount Enclosed | |