UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   01-01139 |
| W. R. GRACE & CO. | § | |
| DEBTOR(S), | § | CHAPTER   11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CYPRESS - FAIRBANKS ISD**          **HARRIS COUNTY**
**CITY OF HOUSTON**                  **HOUSTON ISD**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER HEARD GOGGAN BLAIR
GRAHAM PEÑA & SAMPSON, LLP
P O BOX 3064
HOUSTON, TX 772533064
(713)844-3400
Facsimile:   (713)844-3503
Email:       houston_bankruptcy@publicans.com

By: _____
John P. Dillman       State Bar No.       05874400

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date mailed to the parties listed below.

LAURA DAVIS JONES                         W. R. GRACE & CO.
919 NORTH MARKET STREET, 16TH FLOOR       7500 GRACE DRIVE
POST OFFICE BOX 8705                      COLUMBIA, MD 21044
WILMINGTON, DE 19899-8705

Dated this _12_ day of _April_, 2001.

_____
John P. Dillman