## CALENDAR NOTICE

TO:    Clerk, U.S. Bankruptcy Court    DATE 4/17/01
    Clerk, U.S. District Court

FROM:    Chief Judge Farnan

CASE CAPTION: In Re W.R. Grace

CASE NUMBER: Bankruptcy No. 01-1139

1. The following proceeding(s) are **scheduled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___ JURY TRIAL | ___ days | ___ | ___/___, 2000 | at ___ ___.m. |
| ___ # of Jurors Requested | | | | |
| ___ NON-JURY TRIAL | ___ days | ___ | ___/___, 2000 | at ___ ___.m. |
| ___ TELE-CONFERENCE | | ___ | ___/___, 2000 | at ___ ___.m. |
| ___ PRETRIAL CONFERENCE | | ___ | ___/___, 2000 | at ___ ___.m. |
| ✓ Status CONFERENCE | | Wed. | 4/18, 2001 | at 11:30 a.m. |
| ___ HEARING | | ___ | ___/___, 2000 | at ___ ___.m. |
| ___ CHANGE OF PLEA | | ___ | ___/___, 2000 | at ___ ___.m. |
| ___ SENTENCING | | ___ | ___/___, 2000 | at ___ ___.m. |

*INTERPRETER NEEDED* ___ yes ___ no
*COURT REPORTER REQUESTED* ✓ yes ___ no       ✓ COURTROOM 6A

*************************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___ JURY TRIAL | ___ days | ___ | ___/___, 2000 | at ___ ___.m. |
| ___ NON-JURY TRIAL | ___ days | ___ | ___/___, 2000 | at ___ ___.m. |
| ___ TELE-CONFERENCE | | ___ | ___/___, 2000 | at ___ ___.m. |
| ___ PRETRIAL CONFERENCE | | ___ | ___/___, 2000 | at ___ ___.m. |
| ✓ Status CONFERENCE | | Fri | 4/20, 2001 | at 11:00 a.m. |
| ___ HEARING | | ___ | ___/___, 2000 | at ___ ___.m. |
| ___ CHANGE OF PLEA | | ___ | ___/___, 2000 | at ___ ___.m. |
| ___ SENTENCING | | ___ | ___/___, 2000 | at ___ ___.m. |

*************************************************************************

**(CHAMBERS USE ONLY)**

✓ CHAMBERS CALENDAR
*************************************************************************

Prepared by Sue