UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO., et al.
A Delaware Corporation,

Debtor.

Chapter 11

Case No. 01-01139 (RJN)

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Los Angeles Unified School District, a creditor and party in interest, and pursuant to 11 U.S.C. § 1109(b), Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that pursuant to 11 U.S.C. §§ 1109(b) and 1106 (a)(1), this demand not only includes all notices and papers in the rules of bankruptcy specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affects the debtor or property of the debtor.

Dated this 16th day of April, 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
Bernice Conn
(California Bar No. 161594)

2049 Century Park East Suite 3700
Los Angeles, CA 90067
(310) 552-0130

ATTORNEYS FOR LAUSD

6116965.1

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

SILVIA GREEN, being duly sworn according to law, deposes and says that she is employed in the County of Los Angeles, State of California. That I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3700, Los Angeles, California 90067-3211.

On the date shown below, I served the foregoing document **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** on all interested parties by placing a copy thereof enclosed in a sealed envelope, and addressed as follows:

### SEE ATTACHED SERVICE LIST

[X]  BY MAIL: I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 17, 2001, at Los Angeles, California.

[X] (FEDERAL) I DECLARE that I am employed in the office of a member of the bar of this court at whose direction service was made.

_____
Silvia Green

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid.

Dated: April _17_, 20001

_____
Notary Public

JANA M. TROESTER
Commission # 1267587
Notary Public - California
Los Angeles County
My Comm. Expires Jul 14, 2004

# W.R. Grace 2002 Service List
## Case No. 01-1139(RJN)

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esq.
David Carickoff, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

(Local Counsel to DIP Lender)
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

(Counsel to Debtor)
James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

(United States Trustee)
Mark Kenney, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

(Canadian counsel for Debtor)
Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

(W. R. Grace & Co.)
David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

(Counsel to Sealed Air Corporation)
D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

(Counsel to DIP Lender)
J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esq.
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

(Top Twenty Creditor)
The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017

(Top Twenty Creditor)
The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042

(Top Twenty Creditor)
The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274

(Top Twenty Creditor)
Huntsman Corporation
P.O. Box 65888
Charlotte, NC 28265

(Top Twenty Creditor)
Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101

(Top Twenty Creditor)
DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501

(Top Twenty Creditor)
PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029

(Top Twenty Creditor)
Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210

(Top Twenty Creditor)
Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510

(Top Twenty Creditor)
Union Carbide Corp
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001

(Top Twenty Creditor)
Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800

(Top Twenty Creditor)
BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC 28275

(Top Twenty Creditor)  
Risk Co.  
c/o Lisa Clegg-Konen  
P.O. Box 7061  
Downers Grove, IL 60515  

(Top Twenty Creditor)  
Radian International  
c/o Mary Harris  
P.O. Box 844130  
Dallas, TX 75284-4130  

(Top Twenty Creditor)  
Stone Packaging System  
c/o Jim Wagner  
21514 Network Place  
Chicago, IL 60673-1215  

(Top Twenty Creditor)  
Valeron Strength Films  
c/o Ron Luce  
75 Remittance Dr, Suite 3068  
Chicago, IL 60675  

(Top Twenty Creditor)  
Ingersoll-Rand Fluid Products  
c/o Eric Solverson  
P.O. Box 751229  
Charlotte, NC 28275-1229  

(Top Twenty Creditor)  
Delta Chemicals  
c/o John Besson  
P.O. Box 73054  
Baltimore, MD 21273-0054  

Securities & Exchange Commission  
15th & Pennsylvania Ave. N.W.  
Washington, DC 20020  

District Director  
IRS  
409 Silverside Road  
Wilmington, DE 19809  

Securities & Exchange Commission  
Atlanta Regional Office  
Branch/Reorganization  
3475 Lenox Road, NE, Suite 100  
Atlanta, GA 30326-1232  

Secretary of Treasurer  
P.O. Box 7040  
Dover, DE 19903  

Secretary of State  
Division of Corporations  
Franchise Tax  
P.O. Box 7040  
Dover, DE 19903  

James D. Freeman, Esquire  
U.S. Department of Justice  
Environmental Enforcement Section  
999 18th Street  
Suite 945-North Tower  
Denver, Colorado 80202  

Jon L. Heberling, Esquire  
McGarvey, Heberling, Sullivan &  
McGarvey PC  
745 South Main Street  
Kalispel, MT 59901  

Patrick L. Hughes, Esquire  
Haynes & Boone LLP  
1000 Louisiana Street, Suite 4300  
Houston, TX 77002-5012  

David S. Heller, Esquire  
Latham & Watkins  
Sears Tower, Suite 5800  
Chicago, IL 60606  

Charles E. Boulbol, Esquire  
26 Broadway, 17th Floor  
New York, NY 10004

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

James A. Sylvester, Esq.
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N.W.
Washington, D.C, 20005-4026

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306