IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et. al. ) | |
| ) | Case No. 00-01139 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**NOTICE OF APPEARANCE OF COUNSEL
AND DEMAND FOR ALL NOTICES AND PAPERS**

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Paul M. Baisier, of the firm of SEYFARTH SHAW, whose office address and telephone number appear herein below, hereby authorizes you to enter an appearance on his behalf as counsel for BPU REYNOLDS, INC., a creditor and party in interest in the above-styled jointly administered chapter 11 bankruptcy cases, and to do all that is necessary in connection therewith.

Pursuant to section 342 and 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, BPU REYNOLDS, INC. requests that copies of all notices and pleadings given or filed in these cases (including, without limitation, (i) notices under Bankruptcy Rule 2002(i) that, but for this request, would be provided only to committees and the United States Trustee and (ii) any plan or disclosure statement filed in these cases) be given to and served upon the undersigned at the following address and telephone number:

> Paul M. Baisier, Esq.
> SEYFARTH SHAW
> 1545 Peachtree Street
> Suite 700
> Atlanta, Georgia 30309
> (404) 892-6812

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand include not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed or given with regard to the referenced cases and proceedings.

This 17th day of April, 2001.

Respectfully submitted,

Seyfarth Shaw

*[signature]*

Paul M. Baisier
Georgia Bar No. 032825

1545 Peachtree Street, N.E.
Suite 700
Atlanta, Georgia 30309
(404) 892-6812

Counsel for BPU REYNOLDS, INC.

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served all parties in this matter with the foregoing **NOTICE OF APPEARANCE OF COUNSEL AND DEMAND FOR ALL NOTICES AND PAPERS** by causing a true and correct copy of same to be deposited in the United States Mail with sufficient postage affixed thereto, addressed as follows:

Laura Davis Jones, Esq.
David Carickoff, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705

Hamid R. Raftjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899

Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Mark Kennedy, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center
Suite 950 West
Philadelphia, PA 19106

Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11,
Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

David B. Siegel
W. R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

J. Douglas Bacon, Esq
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Nancy Woth Davis, Esq.
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC 29465

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042

Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2059 Century Park Est #3700
Los Angeles, CA 90067

Huntsman Corporation
P. O. Box 65888
Charlotte, NC 28265

Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101

DCP-Lohja Inc.
c/o William McBain
P. O. Box 2501
Carol Stream, IL 60132-2501

PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P. O. Box 71029
Chicago, IL 60694-1029

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210

Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510

Union Carbide Corp.
c/o Mia Skinner
P. O. Box 91136
Chicago, IL 60693-0001

Southern Ionics, Inc.
c/o Milton Sunbeck, Jr.
P. O. Box 830800 Drawer 830
Birmingham, AL 35283-0800

BASF
c/o Diane Murdock
P. O. Box 75908
Charlotte, NC 28275

Risk Co.
c/o Lisa Clegg-Konen
P. O. Box 7061
Downers Grove, IL 60515

Radian International
c/o Mary Harris
P. O. Box 844130
Dallas, TX 75284-4130

Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215

| | |
|---|---|
| Valeron Strength Films<br>c/o Ron Luce<br>75 Remittance Dr., Suite 3068<br>Chicago, IL 60675 | Securities & Exchange Commission<br>Atlanta Regional Office<br>Branch/Reorganization<br>3475 Lenox Road, NE., Suite 100<br>Atlanta, GA 30326-1232 |
| Ingersoll-Rand Fluid Products<br>c/o Eric Solverson<br>P. O. Box 751229<br>Charlotte, NC 28275-1229 | Secretary of Treasurer<br>P. O. Box 7040<br>Dover, DE 19903 |
| Delta Chemicals<br>c/o John Besson<br>P. O. Box 73054<br>Baltimore, MD 21273-0054 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P. O. Box 7040<br>Dover, DE 19903 |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave., N.W.<br>Washington, DC 20020 | |
| District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE 19809 | |

This 17th day of April, 2001.

_____
Paul M. Baisier