**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Connolly Bove Lodge & Hutz LLP hereby appears as counsel to **Maryland Casualty Company** in the above-captioned cases, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and hereby requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d), and (f) and 3017(a) including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in this case. All such notices should be addressed as follows:

>Jeffrey C. Wisler, Esq.
>Michelle McMahon, Esq.
>Connolly Bove Lodge & Hutz LLP
>1220 Market Street, 10th Floor
>P.O. Box 2207
>Wilmington, DE 19899
>Phone: (302) 658-9141
>Fax:    (302) 658-0380

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand,

hearing, motion, order, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex, or telecopier, or otherwise filed with regard to the above case and proceedings therein.

DATED: Wilmington, Delaware  
April 17, 2001

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____  
Jeffrey C. Wisler (#2795)  
Michelle McMahon (#3900)  
1220 Market Street, 10th Floor  
Wilmington, DE 19801  
(302) 658-9141

#139818

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 18th day of April, 2001, I caused a copy of the **Notice of Appearance and Request for Service of Papers** to be served upon the parties-in-interest in the manner indicated on the attached service list.

_____
Jeffrey C. Wisler

#139820

**BY HAND DELIVERY**
Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19801

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL**
Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Mark Kenney, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

| | |
|---|---|
| J. Douglas Bacon, Esq.<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Nancy Woth Davis, Esq.<br>Ness, Motley, Loadhold, Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| Todd Meyer, Esq.<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 | The Chase Manhattan Bank<br>c/o Lawrence Palumbo<br>270 Park Avenue<br>New York, NY 10017 |
| The Depository Trust Company<br>c/o Ming Shiang, VP<br>55 Water Street<br>New York, NY 10042 | The Depository Trust Company<br>c/o Daniel Chipko<br>P.O. Box 20<br>Bowling Green Station<br>New York, NY 10274 |
| Robins Kaplan Miller Ciresi<br>c/o Roman Siberfeld<br>2049 Century Park East #3700<br>Los Angeles, CA 90067 | Huntsman Corporation<br>P.O. Box 65888<br>Charlotte, NC 28265 |
| Zhagrus Environmental, Inc.<br>c/o Susan Rice<br>46 West Broadway, Suite 130<br>Salt Lake City, UT 84101 | DCP-Lohja Inc.<br>c/o William McBain<br>P.O. Box 2501<br>Carol Stream, IL 60132-2501 |

PCS Nitrogen Fertilizer, L.P.  
c/o John Hill  
P.O. Box 71029  
Chicago, IL 60694-1029

Dupont Dow Elastomers  
c/o Rick Thomas  
21088 Network Place  
Chicago, IL 60673-1210

Cass Logistics Temporary  
c/o Ann-Margaret Bushnell  
900 Chelmsford Street  
Lowell, MA 08510

Union Carbide Corp  
c/o Mia Skinner  
P.O. Box 91136  
Chicago, IL 60693-0001

Southern Ionics, Inc.  
c/o Milton Sunbeck Jr  
P.O. Box 830800 Drawer 830  
Birmingham, AL 35283-0800

BASF  
c/o Diane Murdock  
P.O. Box 75908  
Charlotte, NC 28275

Risk Co.  
c/o Lisa Clegg-Konen  
P.O. Box 7061  
Downers Grove, IL 60515

Radian International  
c/o Mary Harris  
P.O. Box 844130  
Dallas, TX 75284-4130

Stone Packaging System  
c/o Jim Wagner  
21514 Network Place  
Chicago, IL 60673-1215

Valeron Strength Films  
c/o Ron Luce  
75 Remittance Dr, Suite 3068  
Chicago, IL 60675

Ingersoll-Rand Fluid Products
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC 28275-1229

Delta Chemicals
c/o John Besson
P.O. Box 73054
Baltimore, MD 21273-0054

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, Colorado  80202

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606