## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

2001 APR 18  PH 3: 59

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
|  | : | **Case No. 01-01139 (JJF)** |
| **W. R. GRACE & CO.,** *et al.,* | : |  |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ingersoll-Rand Fluid Products ("Ingersoll-Rand"),

pursuant to §1109 of Title 11 of the United States Code, 11 U.S.C. §101 *et seq.,* and Rules 2002,

3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears herein

through **WALSH, MONZACK AND MONACO, P.A.,** its undersigned attorneys, and

demands service of all notices and papers herein upon:

WALSH, MONZACK AND MONACO, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Attn: Frederick B. Rosner, Esq.

-and-

Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, Ohio 43506
Attn: Cindy Schultz

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all

pleadings of any kind including, without limitation, all notices, motions, complaints and orders,

whether written or oral, formal or informal, however transmitted, related in any way to the

debtor, its property, or its estate. The persons listed above request that their names and addresses

be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Demand for Service of Papers* nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments, in law or in equity, under any agreements all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED:  April 18, 2001

WALSH, MONZACK AND MONACO, P.A.
Attorneys for Ingersoll-Rand Fluid Products

By:_____

Frederick B. Rosner (#3995)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
T: (302) 656-8162
F: (302) 656-2769

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, Esquire, hereby certify that I caused a true and correct copy of the

attached **Notice of Appearance and Demand for Service of Papers** to be served on Debtors'

counsel listed below by hand delivery on the 18th day of April, 2001:

Laura Davis Jones, Esquire
Pachulski Stang Ziehl
   Young & Jones, P.C.
919 North Market Street
Suite 1600
Wilmington, DE 19899

Frederick B. Rosner

F:\WORK\TAMMIE\LIT\WRGRACE\NOA.DOC