IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No.: 01-01139 - 01-1200 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |

**LIMITED OBJECTION OF SOPREMA, INC., TO MOTION OF THE DEBTORS FOR AN ORDER, UNDER 11 U.S.C. §§ 105(a), 503(b), 546(c) AND 546(g), (A) ESTABLISHING PROCEDURE FOR TREATMENT OF VALID RECLAMATION CLAIMS AND (B) PROHIBITING THIRD PARTIES FROM INTERFERING WITH DELIVERY OF THE DEBTORS' GOODS (D.I. #0021)**

Soprema, Inc., ("Soprema"), by and through its undersigned counsel, files this objection in response to the Motion of the Debtors for an Order, Under 11 U.S.C. §§105(a), 503(b), 546(c) and 546(g), (A) Establishing Procedure For Treatment of Valid Reclamation Claims and (B) Prohibiting Third Parties From Interfering With Delivery of the Debtors' Goods ("the reclamation procedures motion" or "Motion"). In support of its Objection, Soprema states as follows:

1. Soprema submitted its reclamation demand to the Debtors on April 4, 2001. A copy of its reclamation demand letter is attached as Exhibit A. Soprema submitted a follow-up letter to Debtor's counsel on April 11, 2001. A copy of that letter is attached as Exhibit B.

2. Soprema objects to the proposed reclamation procedures because they delay the debtor's obligations to the reclamation creditors without providing protection to

those creditors during the delay period. Specifically, the Reclamation Procedures Motion provides that no third party can take any further action with regard to its reclamation demand but does not indicate that the Debtors will (1): inventory the reclamation creditors' goods on hand as of the date of the reclamation demand; (2) segregate the proceeds of the sales of any goods subject to such a claim into a separate account; or (3) otherwise preserve the status quo pending an evaluation of the reclamation claims.

3. Without these protections, Soprema's reclamation claims could be jeopardized by the very procedures that, in name, seek to preserve those reclamation rights.

**WHEREFORE**, Soprema, Inc., requests that Debtors' Reclamation Procedures Motion be denied in its present form, without further clarification of the protections to be provided to reclamation claimants.

DATE:    04/18/01

                                                  ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

_____
William D. Sullivan (No.: 2820)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, Delaware 19899-1630
Telephone: 302-428-3181
Facsimile: 302-428-3180

Attorneys for Soprema, Inc.

G:\Docs\CLIENT\220000\00001\misc\00075121.DOC

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on April 18, 2001, I did serve the foregoing: Limited Objection To Reclamation Procedures To Motion Of The Debtors For An Order Under 11 U.S.C. §§105(a), 503(b), 546(c), AND 546(g), (A) Establishing Procedure For Treatment Of Valid Reclamation Claims And (B) Prohibiting Third Parties From Interfering With Delivery Of The Debtors' Goods upon the parties identified below via facsimile:

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 Market Street, Suite 1600
Wilmington, DE 19801
Fax: 302-652-4400

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
Fax: 312-861-2200

Under penalty of perjury, I declare that the foregoing is true and correct.

4/18/01
Date

William D. Sullivan

G:\Docs\CLIENT\220000\00001\misc\00075131.DOC

**Exhibit A**

# O'BRIEN

140, GRANDE-ALLÉE EST, BUREAU 600
QUÉBEC, QC G1R 5M8
TÉL.: (418) 648-1511
FAX: (418) 648-9335

AVOCATS
BARRISTERS AND SOLICITORS

DANIEL O'BRIEN
LOUIS DUQUET
ROSS J. ROURKE

STÉPHANE LAMONDE
ÉRIC ROBICHAUD
JEAN-CHRISTIAN DROLET

Quebec, April 4, 2001

"BY TELECOPIER AND BY COURIER"

W. R. Grace & Co.
7500 Grace Drive
Columbia MD   21044 USA

Att: Mr. Paul J. Norris, chairman, president and chief executive officer

W. R. Grace & Co.
7500 Grace Drive
Columbia MD   21044 USA

Att: Mr. Butch Forehand

Sir:

Object: Sopréma Inc.
re: recognition claim – invoices 90165, 90486, 90557, 90629 and 90630

SOPRÉMA INC., of 1675 Haggerty Street, Drummondville, Quebec, Canada, J2C 5P7, Supplier, by its duly mandated attorneys, hereby demands access to and repossession of the goods described below, which were sold and delivered to W. R. GRACE & CO., the Purchaser, at the dates and in accordance with the terms set out in the attached documents as Schedule "A":

| Invoice Number | Date of delivery | Material |
| --- | --- | --- |
| 90165 | March 19, 2001 | 725 x Vycor Basik |
| 90486 | March 26, 2001 | 725 x Vycor Basik |
| 90557 | March 28, 2001 | 725 x Vycor Basik |

**O'BRIEN**                                                                 2/

| Invoice Number | Date of delivery | Material |
|---|---|---|
| 90629 | March 29, 2001 | 725 x Vycor Basik |
| 90630 | March 29, 2001 | 725 x Vycor Basik |

Should you choose to keep possession of the goods referred to in the above mentioned invoices, we are hereby requesting that payment be made, for a total amount of $70,010.37 U.S. funds in capital to the order of "O'Brien – in trust", hereby acting on our behalf. Should you fail to return the goods or equivalent money to the undersigned within the next five (5) days, we will then exercise any right that our client might have to recover such goods and/or proceeds, in accordance with the applicable laws of the United States and of the state of Maryland.

**GOVERN YOURSELF ACCORDINGLY.**

O'BRIEN, Barristers and Solicitors
Counsel for SOPREMA INC.
140 Grande-Allée Est #600
Quebec QC  G1R 5M8
Tel. (418) 648-1511
Fax. (418) 648-9335
email: slamonde@obrienavocats.qc.ca

**Exhibit B**

# ELZUFON AUSTIN REARDON
# TARLOV & MONDELL, P.A.

ATTORNEYS & COUNSELORS AT LAW

JOHN A. ELZUFON  
JEFFREY M. AUSTIN  
MARK L. REARDON  
EDWARD A. TARLOV  
SCOTT R. MONDELL  
WILLIAM D. SULLIVAN  
WILLIAM F. TAYLOR, JR.  

H. GARRETT BAKER  
COLLEEN D. SHIELDS  
KELLY A. COSTELLO  
SCOTT A. SIMPSON  
ANN POULIOS (PA ONLY)  
KATHARINE L. MAYER  
HOLLY M. WHITNEY  

300 DELAWARE AVENUE  
SUITE 1700, P.O. BOX 1630  
WILMINGTON, DELAWARE, 19899-1630  
PHONE: 302.428.3181  
FACSIMILE: 302.428.3180  
INTERNET: WWW.ELZUFON.COM  
WRITERS E-MAIL: KMAYER@ELZUFON.COM  

April 11, 2001

**VIA FACSIMILE AND HAND DELIVERY**
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl
Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

    RE:    In re: W.R. Grace & Co.
              Case No.: 01-01139 (PJW)
              **Demand for Reclamation**

Dear Ms. Jones:

    This letter serves as a follow-up to the Reclamation Demand made by Soprema, Inc., to W.R. Grace & Co., on April 4, 2001. The demand letter was sent to Mr. Paul J. Norris, Chairman, President, and Chief Executive Officer of W.R. Grace & Co., and served to assert Soprema, Inc.'s right to reclaim certain plastic goods identified as "Vycor Basik." A summary of the goods is identified below:

| **Invoice No.** | **Date of Delivery** | **Quantity** | **Value of Goods** |
|---|---|---|---|
| 90165 | 3/19/01 | 725 | $14,144.75 |
| 90486 | 3/26/01 | 725 | $14,144.75 |
| 90557 | 3/28/01 | 725 | $14,144.75 |
| 90629 | 3/29/01 | 725 | $14,144.75 |
| 90630 | 3/29/01 | 725 | $14,144.75 |

    Copies of the invoices are enclosed herein. The total value of these goods is $70,723.75, minus a credit of $713.38, for a total owed of $70,010.37.

Laura Davis Jones, Esquire
April 18, 2001
Page 2

      Pursuant to Section 2-702 of the Uniform Commercial Code and Section 546 of the United States Bankruptcy Code, and without waiving any other rights, remedies or claims, Soprema, Inc. ("Soprema" or "the Seller") demands the return of all goods and merchandise, of any kind, type or character received by W.R. Grace from Soprema within twenty (20) days of this letter.

      This letter is a demand that Soprema be granted immediate access to W.R. Grace's various locations so as to conduct a physical inventory of the goods held by W.R. Grace. Alternatively, this letter is a demand that W.R. Grace supply us with a complete and correct inventory of all such goods on hand as of April 4, 2001, the date of Soprema's reclamation demand on W.R. Grace. In addition, this letter demands that W.R. Grace segregate the proceeds from the sale of any of the above referenced goods into a separate account which is separately identifiable.

      Please contact me to make arrangements for the return of all such goods. In lieu of taking further action to reclaim the goods, Soprema will accept $70,010.37 as payment in full for the goods received.

      At your earliest convenience, please call to discuss this matter is further detail.

Very truly yours,


WILLIAM D. SULLIVAN


WDS:mjs
Enclosures
cc:    Stephane Lamonde, Esquire
G:\Docs\CLIENT\220000\00001\let\00073542.DOC



**SOPREMA INC.**
1675 HAGGERTY
DRUMMONDVILLE, QC J2C 5P7
TEL: (819) 478-0163   FAX: (819) 478-8411

# RELEVÉ / STATEMENT

\*\* US \*\* AMERICAINS

W.R. GRACE
6051 W 65TH. STREET

BEDFORD PARK,   IL 60638
USA

| N° DU CLIENT / CUSTOMER No. | DATE DU RELEVÉ / STATEMENT DATE | PAGE |
|---|---|---|
| US0070 | 01/03/30 | 1 |

| DOCUMENT | DATE | CODE | RÉFÉRENCE | DÉBIT | CRÉDIT | SOLDE / BALANCE | AG |
|---|---|---|---|---|---|---|---|
| 90165 | 01/03/19 | F | 90165 US0070 | 14,144.75 | | | |
|  | 01/04/18 |  | 90165 TOTAL | | | 14,144.75 | |
| 90486 | 01/03/26 | F | 90486 US0070 | 14,144.75 | | | |
|  | 01/04/25 |  | 90486 TOTAL | | | 14,144.75 | |
| 90557 | 01/03/28 | F | 90557 US0070 | 14,144.75 | | | |
|  | 01/05/12 |  | 90557 TOTAL | | | 14,144.75 | |
| 90629 | 01/03/29 | F | 90629 US0070 | 14,144.75 | | | |
|  | 01/04/28 |  | 90629 TOTAL | | | 14,144.75 | |
| 90630 | 01/03/29 | F | 90630 US0070 | 14,144.75 | | | |
|  | 01/04/28 |  | 90630 TOTAL | | | 14,144.75 | |
| 73375 | 00/12/20 | P | UNAPPL | | 713.38 | | |
|  | 00/12/20 |  | ? TOTAL | | | -713.38 | |

F = FACTURE  C = NOTE CRÉDIT  D = NOTE DÉBIT  P = PAIEMENT  EP = ESCOMPTE SUR PAIEMENT  I = INTÉRÊT
S = SOLDE  RP = REMISE SUR PAIEMENT
I = INVOICE  C = CREDIT MEMO  D = DEBIT MEMO  P = PAYMENT  PD = PAYMENT DISCOUNT  F = FINANCE CHARGE
B = BALANCE FORWARD  PA = PAYMENT ALLOWANCE

TOUT SOLDE DÛ PORTERA INTÉRÊT AU TAUX DE 2% PAR MOIS, SOIT 26.8 % PAR ANNÉE.
INTEREST OF 2% MONTHLY, 26.8% ANNUALLY WILL BE CHARGED ON ANY UNPAID ACCOUNTS.

**PRIÈRE DE PAYER / PLEASE PAY**
70,010.37

| Courant | D | 031-060 | 061-090 | + de 090 |
|---|---|---|---|---|
| 70,723.75 | 0.00 | 0.00 | 0.00 | -713.38 |



**SOPREMA INC.**
1675 HAGGERTY
DRUMMONDVILLE, QC J2C 5P7
TÉL: (819) 478-8163  FAX: (819) 478-8832

**FACTURE / INVOICE**

TPS: R104 832 876
TVQ: 1001 846 480



90165
01/03/19

PAGE 1

| VENDU À / SOLD TO: | EXPÉDIER À / SHIP TO: |
|---|---|
| US0070<br>W.R. GRACE<br>6051 W 65TH. STREET<br>BEDFORD PARK, IL 60638<br>USA | |

EXPÉDIER PAR / SHIP VIA:    FARMERS GRAIN

| 01/03/16 | WRG | 4500261173 | EXEMPT | | 2% 10 DAYS |
|---|---|---|---|---|---|
| 7 | 87841 | x | 01/04/18 | US0070 | DRUMMONDVILLE | N.diffus |

| 00031 | VYCOR BASIK | 725 | 725 | 0 | 19.51 RO | 14,144.75 |
| B027 | BOX VYCOR BASIK | 5 | 5 | 0 | 0.00 UN | 0.00 |

Sub-total 14,144.75
GST Amount 0.00

CASH DISCOUNT OF     282.90    IS ALLOWED ON THE MATERIAL IF PAID BY   01/03/29

US DOLLARS     14,144.75

*IT SOLDE DÛ PORTERA INTÉRÊT AU TAUX DE 2% PAR MOIS, SOIT 24% PAR ANNÉE.*     FACTURE ORIGINALE

# FACTURE / INVOICE

**SOPREMA INC.**
1675 HAGGERTY
DRUMMONDVILLE, QC J2C 5P7
TEL: (819) 478-8163   FAX: (819) 478-0477

TPS: R104 932 375
TVQ: 1001 346 490

No. 90486
01/03/26
PAGE 1

| VENDU A / SOLD TO: | EXPÉDIER A / SHIP TO: |
|---|---|
| US0070<br>W.R. GRACE<br>6051 W 65TH. STREET<br>BEDFORD PARK, IL 60638<br>USA | US0070<br>BRADCO SUPPLY<br>2315 AVENUE A<br>BETHLEHEM PA 18017<br>USA |

EXPÉDIER PAR / SHIP VIA: FARMERS GRAIN

| 01/03/22 | WRG | 4500259585 | EXEMPT | 2% 10 DAYS |
|---|---|---|---|---|
| ? | 88117 | X | 01/04/25 | US0070 | DRUMMONDVILLE | N.diffus |

| 00031 | VYCOR BASIX | 725 | 725 | 0 | 19.510 | 14,144.75 |
| | | | | | GST Amount | 0.00 |

CASH DISCOUNT OF   282.90   IS ALLOWED ON THE MATERIAL IF PAID BY 01/04/05

US DOLLARS   14,144.75

FACTURE ORIGINALE

UT SOLDE DÛ PORTERA INTÉRÊT AU TAUX DE 2% PAR MOIS, SOIT 24% PAR ANNÉE

# SOPREMA

**SOPREMA INC.**
1675 HAGGERTY
DRUMMONDVILLE, QC J2C 5P7
TEL: (819) 478-8163  FAX: (819) 478-8452

## FACTURE / INVOICE

TPS: R104 832 876
TVQ: 1001 846 490

90557
01/03/28
PAGE 1

| VENDU À / SOLD TO: | EXPÉDIER À / SHIP TO: |
|---|---|
| US0070<br>W.R. GRACE<br>6051 W 65TH. STREET<br>BEDFORD PARK, IL 60638<br>USA | US0070<br>LUMBERMEN'S OF CADILLAC<br>8261 EAST 34 MILE ROAD<br>CADILLAC MI 49601<br>USA |

EXPÉDIER PAR / SHIP VIA: FARMERS GRAIN

| | | | | | | | NET 45 JOURS |
|---|---|---|---|---|---|---|---|
| 01/02/19 | WRG | 4500251849 | | EXEMPT | | | |
| ? | 88290 | | X | 01/05/12 | US0070 | DRUMMONDVILLE | N.diffus |
| 00031 | VYCOR BASIK | | | 725 | 725 | 0 | 19.51RO | 14,144.75 |
| | | | | | | GST Amount | 0.00 |

US DOLLARS
14,144.75

FACTURE ORIGINALE

# SOPREMA

SOPREMA INC.
1675 HAGGERTY
DRUMMONDVILLE, QC J2C 5P7
TÉL: (819) 478-8163  FAX: (819) 478-8221

**FACTURE / INVOICE**

TPS: R104 832 876
TVQ: 1001 846 490

90629
01/03/29
PAGE 1

VENDU À: / SOLD TO:
US0070
W.R. GRACE
6051 W 65TH. STREET
BEDFORD PARK, IL 60638
USA

EXPÉDIER À: / SHIP TO:

EXPÉDIER PAR: / SHIP VIA: FARMERS GRAIN

| 01/03/28 | WRG | 4500266082 | | EXEMPT | | | | 2% 10 DAYS |
|---|---|---|---|---|---|---|---|---|
| ? | 88319 | | x | 01/04/28 | US0070 | | DRUMMONDVILLE | N.diffus |
| 00031 | VYCOR PLUS | | | 725 | 725 | 0 | 19.50 RO GST Amount | 14,144.75 0.00 |

CASH DISCOUNT OF 282.90 IS ALLOWED ON THE MATERIAL IF PAID BY 01/04/08

US DOLLARS
14,144.75

FACTURE ORIGIN



**SOPREMA INC.**
1675 HAGGERTY
DRUMMONDVILLE, QC J2C 5P7
TEL: (819) 478-8163  FAX: (819) 478-8402

# FACTURE / INVOICE

TPS: R104 932 875
TVQ: 1001 846 490



90630
01/03/29
PAGE 1

| VENDU À / SOLD TO: | EXPÉDIER À / SHIP TO: |
|---|---|
| US0070 | US0070 |
| W.R. GRACE | W.R. GRACE |
| 6051 W 65TH. STREET | AMERHART LTD |
| BEDFORD PARK, IL 60638 | 2455 CENTURY ROAD |
| USA | GREEN BAY WI 54307 |
|  | USA |

EXPÉDIER PAR / SHIP VIA: FARMERS GRAIN

| 01/03/09 | WRG | 4500260100 | EXEMPT | | | 2% 10 DAYS |
|---|---|---|---|---|---|---|
| 7 | 88243 | x | 01/04/28 | US0070 | DRUMMONDVILLE | N.diffus |

| 00031 | VYCOR BASIX | 725 | 725 | 0 | 19.51RO | 14,144.75 |
|---|---|---|---|---|---|---|
| | | | | | GST Amount | 0.00 |

CASH DISCOUNT OF    282.90   IS ALLOWED ON THE MATERIAL IF PAID BY   01/04/08

US DOLLARS
14,144.75

FACTURE ORIGINALE