## CALENDAR NOTICE

TO: ✓ Clerk, U.S. Bankruptcy Court  DATE 4/18/01
      Clerk, U.S. District Court

FROM: Judge Farnan

CASE CAPTION: In Re W.R. Grace

CASE NUMBER: Bankruptcy No. 01-01139

1. The following proceeding(s) are **scheduled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___ JURY TRIAL | ___ days | ___ | ___/___, 2001 | at ___ ___m. |
| ___ # of Jurors Requested | | | | |
| ___ NON-JURY TRIAL | ___ days | ___ | ___/___, 2001 | at ___ ___m. |
| ___ TELE-CONFERENCE | | ___ | ___/___, 2001 | at ___ ___m. |
| ___ PRETRIAL CONFERENCE | | ___ | ___/___, 2001 | at ___ ___m. |
| ___ _____ CONFERENCE | | ___ | ___/___, 2001 | at ___ ___m. |
| ✓ HEARING | | Thurs. | 5/3, 2001 | at 8:00 a.m. |
| ___ HEARING | | ___ | ___/___, 2001 | at ___ ___m. |
| ___ HEARING | | ___ | ___/___, 2001 | at ___ ___m. |
| ___ HEARING | | ___ | ___/___, 2001 | at ___ ___m. |

COURT REPORTER REQUESTED ✓ yes ___ no     ✓ COURTROOM 2A

****************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___ JURY TRIAL | ___ days | ___ | ___/___, 2001 | at ___ ___m. |
| ___ NON-JURY TRIAL | ___ days | ___ | ___/___, 2001 | at ___ ___m. |
| ___ TELE-CONFERENCE | | ___ | ___/___, 2001 | at ___ ___m. |
| ___ PRETRIAL CONFERENCE | | ___ | ___/___, 2001 | at ___ ___m. |
| ___ _____ CONFERENCE | | ___ | ___/___, 2001 | at ___ ___m. |
| ___ HEARING | | ___ | ___/___, 2001 | at ___ ___m. |
| ___ HEARING | | ___ | ___/___, 2001 | at ___ ___m. |

****************************************************************

(CHAMBERS USE ONLY)

✓ CHAMBERS CALENDAR

****************************************************************

Prepared by Sue

118