DATE: Wednesday the 18th of April, 2001          11:30 A.M. to 12:30 P.M.

JUDGE: FARNAN          CLERK: Mike          CT. RPTR: Kevin Maurer

CASE CAPTION:                                BANKRUPTCY CASE NO. 01-01139

COUNSEL:

IN RE: W.R. Grace          Laura Davis Jones, Esq. (debtor)

PLACE OF PROCEEDING:

PROCEEDING:

DECISION:

Court scheduled a hearing for Thursday, May 3, 2001 from 8:00 AM to 12:00 PM. Parties will call Chambers middle or end of next week to schedule monthly omnibus hearings.

118

119