UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2001 APR 19 PM 12: 53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
W.R. Grace & Co., et al.,                                  :    Case No. 01-01139
                                                           :
     Debtors.                                              :
                                                           :
-----------------------------------------------------------x

## Notice of Request For Notices

PLEASE TAKE NOTICE that, pursuant to Rule 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, The TJX Companies Inc. and Marshalls of MA Inc. hereby request that all notices given or required to be given in the above captioned cases and any related adversary proceedings, and all applications, motions, orders, and other papers required to be served in the above captioned cases and any related adversary proceedings, be given to and served upon

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, Massachusetts 02110-2624

Dated: April 17, 2001

THE TJX COMPANIES, INC.
MARSHALLS OF MA INC.
by their attorneys

_____
Steven T. Hoort
Ropes & Gray
One International Place
Boston, Massachusetts 02110-2624
Telephone: 617-951-7000
Telecopier: 617-951-7050

8517029.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re                                                           :    Chapter 11
                                                                :
W.R. Grace & Co., et al.                                        :    Case No. 01-01139
                                                                :
            Debtor.                                             :
----------------------------------------------------------------x

AFFIDAVIT OF SERVICE

STATE OF MASSACHUSETTS   :   SS.
SUFFOLK COUNTY           :

Steven T. Hoort, being duly sworn according to law, deposes and says:

1. I am over the age of twenty-one and am a member of Ropes & Gray, One International Place, Boston, MA 02110.

2. I have personal knowledge of the matters sworn to in this Affidavit.

3. On the 17th day of April, 2001, I caused copies of the attached Notice of Request for Notices to be delivered to the following individuals via first class, postage pre-paid, United States Mail:

Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60606
Attn:  James H.M. Sprayregen, Esq.
       James W. Kapp, III, Esq.

Pachulski, Stang, Ziehl, Young &
  Jones, P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Attn:  Laura Davis Jones, Esq.

United States Trustee's Office
U.S. Department of Justice
601 Walnut Street
Curtis Center, Suite 950 West
Philadelphia, Pennsylvania 19106

_____
Steven T. Hoort
Ropes & Gray
One International Place
Boston, MA 02110
Telephone: (617) 951-7000
Telecopier: (617) 951-7050

SWORN TO AND SUBSCRIBED before me this 17th day of April, 2001.

_____
Notary Public

My Commission Expires
July 12, 2007