


April 16, 2001

Clerk of the Bankruptcy Court
United States Bankruptcy Court
  for the District of Delaware
824 Market Street
Wilmington, DE 19801

                          RE: W. R. Grace & Co.
                          Chapter 11
                          Case No. 01-01139

Dear Sirs:

      Would you please correct our address on all correspondence in the above mentioned case. Currently all information is going to our bank lock box and then being forwarded to us. The addresses are as follows:

                The <u>incorrect</u> address is:
                Delta Chemicals
                P.O. Box 73054
                Baltimore, MD 21273-0054

                The <u>correct</u> address is:
                Delta Chemical Corporation
                2601 Cannery Ave.
                Baltimore, MD 21226-1595

      Please correct your records accordingly. If you have any questions please do not hesitate to call me.

      Thank you.

                                          Sincerely,
                                          Delta Chemical Corporation

                                          Rebecca L. Besson
                                          Chairman

RLB:seg