

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO.

Debtor

Case No. 01-01139 (JJF)
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that certain asbestos claimants identified below hereby appear in the above-captioned case, by and through its counsel Prickett, Jones & Elliott and McKool Smith. Such counsel hereby enters its appearance pursuant to Bankruptcy Rule 9010(b).

Pursuant to Bankruptcy Rules 2002, 3015 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any party provides in accordance with Bankruptcy Rule 2002 be served upon the persons set forth below:

Bruce E. Jameson
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
EMAIL: bejameson@prickett.com

Lewis T. LeClair
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201
TEL: (214) 978-4000
FAX: (214) 978-4044
EMAIL: lleclair@mckoolsmith.com

PURSUANT TO LOCAL RULE 9036-1, COUNSEL REQUESTS SERVICE OF PAPERS BY ELECTRONIC TRANSMISSION, PREFERABLY IN .PDF FORMAT.

This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and transmitted or conveyed by mail, courier service, telephone, facsimile, telegraph, telex or otherwise.

Dated:      April 19, 2001            PRICKETT, JONES & ELLIOTT

By: _____
Bruce E. Jameson (DE Bar No. 2931)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
EMAIL: bejameson@prickett.com

*Attorneys for Travis Abner, James Gill, Richard Mesquita, and certain other asbestos claimants.*

cc:   Laura Davis Jones (by facsimile)
      Lewis T. LeClair (by facsimile)

9999.9999\135390v1

2