ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )     **Chapter 11**
                                          )
**W. R. GRACE & CO., et al.,**[1]          )     **Case No. 01-1139 (JJF)**
                                          )     **(Jointly Administered)**
                                          )
            **Debtors.**                    )

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF NEW YORK   )

## FIRST SUPPLEMENTAL AFFIDAVIT OF
## THOMAS M. DALY UNDER 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014

THOMAS M. DALY, being duly sworn, deposes and says:

1.      I am a principal in Kekst and Company, Incorporated ("Kekst"), a public

relations firm with offices located at 437 Madison Avenue, New York, New York 10022-7001.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Except as otherwise noted, I have personal knowledge of the matters set forth herein. I am authorized to make this affidavit on behalf of Kekst.

2.      On April 2, 2001 (the "Petition Date"), each of the Debtors filed a voluntary petition (collectively, the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee," collectively with the Creditors' Committee and the Asbestos Personal Injury Committee, the "Committees").

3.      On April 2, 2001, Kekst filed an application to be retained as public relations consultant to the Debtors (the "Application") in the Chapter 11 Cases. Notice of the motion was sent out on April 3, 2001, with a deadline date for objections of April 18, 2001. The following affidavit in support of the Application has been filed on behalf of Kekst:

> a.      Affidavit of Thomas M. Daly in Support of the Application of the Debtors For Entry of Order Pursuant to 11 U.S.C. §§ 327(a) and 328 And Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment And Retention of Kekst and Company Incorporated as Public Relations Consultant to the Debtors And Debtors in Possession (the "Original Affidavit").

4.      This supplement to the Original Affidavit (the "Supplement") is made pursuant to Fed. R. Bankr. P. 2014(a). Kekst will continue to report, upon identification, its

2

connection to any of the entities listed on the exhibits attached to the Original Affidavit, members of the Committees and the professionals appointed by the Committees (when appointed) and any other entities where a potential conflict of interest may arise.  Exhibit A to the Supplement contains a list of entities that are (i) additional parties to significant non-asbestos-related litigation that have not been previously searched for potential conflicts of interest, (ii) named co-defendants in two recently filed complaints in asbestos-related litigation naming W. R. Grace & Co. as defendant and (iii) certain other entities that do not appear on any of the exhibits to the Original Affidavit.[2]

     5.     Exhibit B to the Supplement discloses relationships that Kekst has with certain entities listed in Exhibit A, specifically, entities (i) with which Kekst has or had relationships on unrelated matters or (ii) for which Kekst has or is currently performing services in unrelated matters. Kekst is confident that the disclosed representation of such entities in unrelated matters will not affect its representation of the Debtors in the Chapter 11 Cases.  Kekst remains disinterested within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and neither holds nor represents interests adverse to the Debtors or to the Debtors' estates.

     6.     Kekst will continue to periodically review its files during the pendency of the Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kekst will use reasonable efforts to identify such further developments and will promptly file a supplemental affidavit as Fed. R. Bankr. P. 2014(a) requires.

---

[2]  The first two lists supplement, respectively, Exhibit D(1) and Exhibit D(2) to the Original Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 17_, 2001

_[signature]_

Thomas M. Daly

Subscribed and Sworn to before me
this _17th_ day of _April_, 2001

_[signature]_ David S. Kulakoff

Notary Public
My Commission expires: _Jan. 31, 2003_

DAVID S. KULAKOFF
Notary Public, State of New York
No. 41-4759321
Qualified in Queens County
Commission Expires Jan 31, 19_2003_

## EXHIBIT A

Supplement to EXHIBIT D(1),
### PLAINTIFFS AND OTHER PARTIES-IN INTEREST TO
### NON-ASBESTOS LITIGATION AGAINST DEBTORS

Baker, William C.
Jaques, Eber E.
Miller, Bradford H.
Fisher, Montgomery R.
Ormsbee, Sharon R.
Rea, Marilyn
The Fisher Trust
Del Taco, Inc.
State of Idaho Department of Administration

Supplement to EXHIBIT D(2),
**ASBESTOS LITIGATION SIGNIFICANT CO-DEFENDANTS** [3]

Asbestospray Corporation
ABCO Inc.
ACCRA Pak, Inc.
ACRS TRECH Labs
Aerosol Specialties Corporation
Aerosol Systems Inc.
Air Products and Chemicals, Inc.
Alcoa, Inc. (successor-in-interest to Aluminum Company
of America)
American Aerosols Company
American Oil Company (successor-in-interest to AMCO
    Inc.)
ANT Corp.
Approved Pharmaceutical Corp.
B.G. Pratt (successor-in-interest to Gabriel Chemicals, Inc.)
Bayer Corporation (successor-in-interest to Miles
    Laboratories, Inc.)
Bonat Inc.
Borden Chemicals, Inc.
Borden, Inc.
Boyle-Midway
Bridgestone/Firestone, Inc.
Brooks Drug, Inc.
Brulin Corporation, Inc. (f/k/a The Brulin Corporation)
Can Mfrs. Institute
Capital Packaging Company
Cardinal Industrial Finishes
Carnegie Mellon University
Carson Chemical Inc.
Carter Mfg. Company Inc.
Charles Reynolds, Inc.
Chemical Specialties Manufacturers Association
Chem-Tech Inc.
Choice Inc.
Clairol Incorporated
Colgate-Palmolive Company
Combe Incorporated

---

[3]   These co-defendants, unlike the parties heretofore listed in Exhibit D(2), are named co-defendants in two recently filed lawsuits, The County of Orange, Texas v. National Gypsum Company, et al., (260th Texas Judicial District Court, filed February 7, 2001), and Bland, et al. v. Air Products and Chemical, Inc., et al., Cause No. D-160-599 (136th Texas Judicial District Court, filed March 28, 2001).

A-2

Compressed Gas Association
Conoco, Inc.
Consolidated Container Company (f/k/a Continental Can
    Company, Inc.)
Contact Industries, Inc.
Copper Brite, Inc.
Copper Chemical Company
Cosmetic Toiletry & Fragrance Association
CPC International Inc. (n/k/a Bestfoods, Inc.)
CRC Industries, Inc. (f/k/a CRC Chemicals USA)
Crown Industrial Products Company
DBA Products Company
Del Corp.
Dial Corporation (The)
Drackett Products Company (The)
Dragoco Inc.
Egyptian Lacquer Mfg. Company
Ethyl Corporation
Eveready Products & Manufacturing Corporation
Eveready Products Corporation
Fel-Pro Chemical Products
Ford Motor Company
Formosa Chemicals & Fibre Corporation
Fuller Brush Company (The)
Gencorp, Inc.
Glidden-Durke SCM Corporate Group
Harley-Davidson Motor Company
Helene Curtis Industries, Inc.
Hydrosol Inc.
IKI Manufacturing Co., Inc.
J.C. Penney Inc.
Johnson & Johnson
Jordane Cosmetics, Inc.
Joseph Dixon Crucible Company
K&W Products Inc.
KNS Companies Inc.
Lee's Niagara Drug Corp.
Lehn & Fink Industrial Products
Marson Company
McCulloch Corp.
Mennen Company (The)
Miles Laboratories, Inc.
Murray Ohio Mfg. Company
National Laboratories L&F Products

A-3

Newman-Green Inc.
Noxell Corporation
Olin Corporation
Plasti-Kote Company Inc.
Polyone Corporation
Proctor & Gamble Distributing Company (The)
Realex Corporation
Red Devil Chemical Company
Revlon Inc.
Robintech Incorporated
Rust Oleum Corporation
Sandstrom Products Company
Schering Plough Corporation
Scientific International Research Inc.
Shell Chemical Co.
Shield Chemical Co., Inc.
Shield Packaging Co., Inc.
Shuttleworth Machinery Corp.
Siloo Inc.
Sinnett Lacquer Mfg. Company
Sprayon Products
Standard T Chemical Company, Inc.
Sterling Drug, Inc.
Taylor Made Business Products, Ltd.
Tech Spray, L.P.
Testor Corp.
Trail Chemical Corporation
Tru Serv Corporation (f/k/a Cotter & Company)
U.S. Refining Company
Unican Corporation
Valspar Corporation
W.J. Rusco Company
Woodhill Chemical Sales Corporation

## Other Entities (Creditors, etc.)

Los Angeles Unified School District
CNA Insurance Co.
Radian International
Stone Packaging System
Ingersoll-Rand Fluid Products
Delta Chemical, Inc.
Zhagrus Environmental, Inc.

## **EXHIBIT B**

Entities (i) with which Kekst and Company had relationships on unrelated matters or (ii) for which Kekst and Company currently is performing services:

Alcoa, Inc.
American Standard Inc.
Colgate-Palmolive Company
Schering Plough Corporation
CNA Insurance Co.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (RJN) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## **SUPPLEMENTAL AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is
employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the
Debtors, in the above-captioned action, and that on the 19th day of April, 2001 she caused a copy
of the following document(s) to be served upon the attached service list(s) in the manner
indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &
Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a
Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico,
Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston
Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa
Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace
Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II
Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures
Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos
Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association,
Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming,
Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross
Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

      **1.**      **First Supplemental Affidavit of Thomas M. Daly Under 11 U.S.C. §**

**327(a) and Fed. R. Bankr. P. 2014.**

Dated: April 19, 2001

                                      Patricia E. Cuniff

Sworn to and subscribed before
me this 19th day of April, 2001

Notary Public
My Commission Expires:  03-21-02

W. R. Grace 2002 Service List
Case No. 01-1139 (RJN)
Doc. No. 20058
April 19, 2001
06 – Hand Delivery
07 – Federal Express
36 – First Class Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

*Hand Delivery*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Federal Express*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*Federal Express*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

*Federal Express*
(Canadian counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada
Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

*Federal Express*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue 36th Floor
New York, NY 10022

*Federal Express*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Federal Express*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, Florida 33131

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

*First Class Mail*
)
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

*First Class Mail*
Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

*First Class Mail*
District Director
IRS
409 Silverside Road
Wilmington, DE 19809

*First Class Mail*
Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

*First Class Mail*
Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, Colorado 80202

*First Class Mail*
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

*First Class Mail*
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

*First Class Mail*
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

*First Class Mail*
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld,
LLP
551 Fifth Avenue
New York, NY 10176

*First Class Mail*
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

*First Class Mail*
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

*First Class Mail*
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

*First Class Mail*
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*First Class Mail*
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*First Class Mail*
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

*First Class Mail*
Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

*First Class Mail*
(Counsel for The Chase Manhattan)
Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*First Class Mail*
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*
Joseph F. Rice
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
Nancy Worth Davis
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
(Counsel for Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, Texas 75204

*First Class Mail*
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

*First Class Mail*
R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

*First Class Mail*
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

**First Class Mail**
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

**First Class Mail**
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

**First Class Mail**
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471

**First Class Mail**
Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

**First Class Mail**
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229