| | |
|---|---|
| 1  Kimberly W. Osenbaugh, WSBA # 5307<br>   PRESTON GATES & ELLIS LLP<br>2  701 Fifth Avenue<br>   Suite 5000<br>3  Seattle, WA 98104-7078<br>   (206) 623-7580 | Chapter 11 |



FILED
2001 APR 20  AM 10: 55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Case No. 01-1139 (RJN)<br>Jointly Administered<br><br>SPECIAL REQUEST FOR NOTICE |

TO:   Bankruptcy Court Clerk and to James H.M. Sprayregen, and Laura Davis Jones, counsel to the Debtors

The following hereby requests that all notices, applications, motions, hearings, orders, and proceedings required by Bankruptcy Rule 2002 to be mailed to a creditor, equities security holder or indentured trustee and, pursuant to Bankruptcy Rule 3017, any Plan or Disclosure Statement filed in this case be transmitted to the following:

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA 98104-7078

**Original**

SPECIAL REQUEST FOR NOTICE - 1

K:\19406\00350\KWO\KWO_P31DU==WF GRACE SPECIAL REQUEST FOR NOTICE.DOC  4/18/01 4:35 PM

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  DATED this 18 day of April, 2001.

PRESTON GATES & ELLIS LLP

By _____
Kimberly W. Osenbaugh, WSBA # 5307

FILED
2001 APR 20 AM 10: 55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

SPECIAL REQUEST FOR NOTICE - 2

K:\19406\00350\KWO\KWO_P31DU==WF GRACE SPECIAL REQUEST FOR NOTICE.DOC  4/18/01 4:39 PM

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## DECLARATION OF MAILING

I, Ann Marie Bright, declare the following:

1. I am a citizen of the United States, residing in the state of Washington, over the age of twenty-one, not party to the above entitled action and am competent to stand witness.

2. On April 18, 2001, I caused to be deposited in the United States mail, first class postage prepaid, true and correct copies of the Special Request For Notice to the following parties:

> James H.M. Sprayregen
> Kirkland & Ellis
> 200 East Randolph Drive
> Chicago, IL 60601
>
> Laura Davis Jones
> Pachulski Stang Ziehl & Young PC
> 919 North Market Street
> Suite 1600
> P.O. Box 8705
> Wilmington, DE 19899-8705
>
> United States Trustee
> Attn: Richard Schepacarter, Esq.
> Curtis Center, Suite 950 West
> 601 Walnut Street
> Philadelphia, PA 19106



FILED 2001 APR 20 AM 10: 55 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of April, 2001.

By /s/ Ann Marie Bright
Ann Marie Bright
Secretary to Kimberly W. Osenbaugh

SPECIAL REQUEST FOR NOTICE - 3

K:\19406\00350\KWO\KWO_P31DU==WF GRACE SPECIAL REQUEST FOR NOTICE.DOC  4/18/01 4:44 PM

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022