UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 01-01139 |
| ) | |
| W.R. GRACE & CO, ) | CHAPTER 11 |
| ) | |
| DEBTOR. ) | JUDGE PETER WALSH |

REQUEST FOR SPECIAL NOTICE
AND SERVICE OF PAPERS

The undersigned, pursuant to Section 1109 of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, respectfully requests that copies of all notices and other papers filed in the above-referenced bankruptcy proceeding be given to and served upon him at the address indicated below.

Dated:  Trenton, N.J.
        April 18, 2001

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ  08618
Telephone (661) 420-8125
Fax (603)[†] 415-5198
E-Mail peter@bankrupt.com

TO:  United States Bankruptcy Clerk
     David D. Bird
     824 Market St.  5/F
     Wilmington, DE 19801

     Laura Davis Jones, Esq.
     Pachulski, Stang, Ziehl, Young & Jones
     PO Box 8705
     Wilmington, DE 19899

---

[†] The area codes for the fax and telephone numbers are dissimilar.