

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF | : | CASE NO. 01-01139 |
| W.R. GRACE & CO, | : | CHAPTER 11 |
| DEBTOR. | : | JUDGE PETER WALSH |

### REQUEST FOR SERVICE

TO: The Debtor, its counsel, and other parties in interest:

PLEASE TAKE NOTICE that the undersigned requests notice and service of all pleadings, court notices, motions, papers, hearings, meetings and other matters relating to the above-captioned proceeding, inclusive of operating reports, interim statements and plans, addressed as follows:

Christopher Beard, Esq.
Beard & Beard
306 N. Market St.
Frederick, MD 21701
Telephone (240)629-3300
Fax (301)228-2311
Email chris@beard.com

Christopher Beard, Esq.

DATED: Chevy Chase, MD
April 18, 2001

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

IN THE MATTER OF : CASE NO. 01-01139

W.R. GRACE & CO, : CHAPTER 11

        DEBTOR. : JUDGE PETER WALSH

CERTIFICATION OF SERVICE

On Wednesday, April 18, 2001, I caused to be served a true copy of a document entitled REQUEST FOR SERVICE upon each of the following via the method indicated.

United States Bankruptcy Clerk        First Class Mail
David D. Bird
824 Market St. 5/F
Wilmington, DE 19801

Laura Davis Jones, Esq.        First Class Mail
Pachulski, Stang, Ziehl, Young & Jones
PO Box 8705
Wilmington, DE 19899

_____
Christopher Beard, Esq.
Beard & Beard
306 N. Market St.
Frederick, MD 21701
Telephone (240)629-3300
FAX (301)228-2311