*Original*

FILED

2001 APR 20 PM 1:13

BMY CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                   )         In Proceeding for a
**W.R. Grace & Co.**                     )         Reorganization Under
                                         )         Chapter 11
                                         )
              Debtors.                   )         Case No. 01-01139
---------------------------------------------------x         Judge -

# NOTICE OF APPEAREANCE
# AND DEMAND FOR SERVICE

PLEASE TAKE NOTICE, that Alpa Jimenez, pursuant to section 1109(b) of the Bankruptcy Code, 11 U.S.C. Section 1109(b), and Rule 9010 of Bankruptcy Procedure, hereby appears in the above-captioned case and demands that notice of all matters therein be duly served at the addressed set forth below.

PLEASE TAKE FURTHER NOTICE, that demand is hereby also made for services of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, disclosure statements, plans of reorganizations and answering or reply papers filed in the above-captioned case by mail or otherwise, to the address set forth below:

> A. Jimenez
> Contrarian Capital Management. L.L.C.
> 411 West Putnam Avenue, Suite 225
> Greenwich, CT 06830

Date: April 18, 2001                By: _____
Greenwich, CT                              Alpa Jimenez

United States Bankruptcy Court -
Eastern District of Delaware
824 Market Street
Wilmington, DE 19801