IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO.

Debtor

Case No. 01-01139 (JJF)
Chapter 11

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Bruce E. Jameson, a member of the bar of this Court, pursuant to District Court Rule 83.5, moves the admission pro hac vice of Lewis Titus LeClair to represent Travis Abner and certain others similarly situated in this action. The Admittee is admitted, practicing, and in good standing in Dallas, Texas.

Bruce E. Jameson (I.D. No. 2931)
1310 King Street
P.O. Box 1328
Wilmington, DE  19899
TEL: (302) 888-6500

The Admittee certifies that he or she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Lewis Titus LeClair
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201
TEL: (214) 978-4000

Motion granted.

Date: April 23, 2001

BY THE COURT:

_____
United States District Judge