ORIGINAL

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| W. R. GRACE & CO., et al | § | Chapter 11 |
| | § | |
| | § | |
| Debtors. | § | Case No. 01-01139 |
| | § | (Jointly Administered) |

*FILED 2001 APR 20 PM 6:04 US BANKRUPTCY COURT DISTRICT OF DELAWARE CLERK*

### CERTIFICATE OF SERVICE

I hereby certify that the applicable documents, more fully described on the attached **Exhibit "A,"** was served April _3_, 2001 via United States first class mail or applicable foreign postage, on the parties listed on the accompanying service list.

R.R. DONNELLEY & SONS

By: _Craig A. Zink_

Craig A. Zink

1842 Colonial Village Lane
Lancaster, PA 17605
717/390-7369

Dated: _4/18/01_

134

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| W. R. GRACE & CO., et al | § | Chapter 11 |
| | § | |
| | § | |
| Debtors. | § | Case No. 01-01139 |
| | § | (Jointly Administered) |

## EXHIBIT "A" TO CERTIFICATE OF SERVICE

1.      Order Under 11 U.S.C. §§ 363, 364, 1107 and 1108 (A) Authorizing (i) Maintenance of Existing Bank Accounts, (ii) Continued Use of Existing Business Forms, (iii) Continued Use of Existing Cash Management System, (iv) Existing Investment Practices, and (v) Continued Performance Under Intercompany Agreements and Company Owned Life Insurance and (B) Granting Superpriority Status to Postpetition Intercompany Claims by and Between Debtors and Priority Status to Other Intercompany Claims.

Service List
Bank Mailing

Date:  04/09/2001
Time:  12:04:52

KNOTT  MARIAN
Attn  ALLFIRST BANK OF MARYLAND
25 S. CHARLES ST.
MAILCODE 101742
BALTIMORE     MD     21201

GORMAN  WENDY J
Attn  BANK OF AMERICA
335 MADISON AVE
5TH FLOOR
NEW YORK     NY     10017-4605

CALLE  ALFREDO
Attn  BANCO DE CREDITO DEL
CALLE CENTENARIO 156
P.O. BOX 12-067
LIMA 12
PERU

D'ONFRIO  BERNIE
Attn  FLEET BANK
1414 MASSACHUSETTS AVE
CAMBRIDGE     MA     2138

MENDOZA  MARITA
Attn  LAS BEGONIAS
441 PISO 8
SAN ISIDRO
LIMA 27
PERU

PALUMBO  LAWRENCE
Attn  JP MORGAN CHASE
270 PARK AVENUE
NEW YORK     NY     10017

SPEDDEN  DONALD
Attn  CITIBANK-DEL
ONE PENNS WAY
NEW CASTLE     DE     19720

CUSTOMER SERVICE
Attn  CIVIC BANK
2101 WEBSTER STREET
SUITE 1450
OAKLAND     CA     94612-3043

ZIEGLER  MICHAEL  J
Attn  FIRST UNION
1339 CHESTNUT ST.
PHILADELPHIA     PA     19107

LOCKE  JOCELYN
Attn  HIBERNIA NATIONAL BANK
PO BOX 3402
LAKE CHARLES     LA     70602

PEREZ  GEORGE
Attn  MERRILL LYNCH
150 ALHAMBRA CIRCLE
1ST FLOOR
CORAL GABLES     FL     33134

Attn  STATE STREET BANK & TRUST
607 BOYLSTON STREET
#1
BOSTON     MA

HOWLAND  KATIE
Attn  WACHOVIA BANK
GA 03070
28TH FLOOR
191 PEACHTREE ST NE
ATLANTA     GA     30303

Number of Recipient(s):        13