ORIGINAL

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| W. R. GRACE & CO., et al | § | Chapter 11 |
| | § | |
| | § | |
| Debtors. | § | Case No. 01-01139 |
| | § | (Jointly Administered) |

FILED 2001 APR 20 PM 6: 04
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

### CERTIFICATE OF SERVICE

I hereby certify that the applicable documents, more fully described on the attached **Exhibit "A,"** was served April  3 , 2001 via United States first class mail or applicable foreign postage, on the parties listed on the accompanying service list.

R.R. DONNELLEY & SONS

By: _Craig A. Zink_

Craig A. Zink

1842 Colonial Village Lane
Lancaster, PA 17605
717/390-7369

Dated:  4/18/01

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| W. R. GRACE & CO., et al | § | Chapter 11 |
| | § | |
| | § | |
| Debtors. | § | Case No. 01-01139 |
| | § | (Jointly Administered) |

## EXHIBIT "A" TO CERTIFICATE OF SERVICE

1.  Notice of Motion of the Debtors for Entry of an Order (A) Deeming Utilities Adequately
    Assured of Future Performance and (B) Establishing Procedure for Determining
    Adequate Assurances Pursuant to 11 U.S.C. § 366.

Service List
Utility Mailing

Date: 04/09/2001
Time: 12:06:18

---

AMERADA HESS CORP.
2 WEST ROLLING CROSSROADS
SUITE 100
BALTIMORE    MD    21228

AMERITECH
BILL PAYMENT CENTER
CHICAGO    IL    60663-0001

AT&T
P.O. BOX 13591
NEWARK    NJ    7188

AT&T
P.O. BOX 27-811
KANSAS CITY    MO    64184-0811

AT&T
P.O. BOX 78314
PHOENIX    AZ    85062-8314

AT&T
P.O. BOX 85100
LOUISVILLE    KY    40285-5100

AT&T
P.O. BOX 9001310
LOUISVILLE    KY    40290-1310

AT&T
P.O. BOX 9001311
LOUISVILLE    KY    40290-1311

AT&T
P.O. BOX 93627
CHICAGO    IL    60673

AT&T GLOBAL CUSTOMER CARE CENTER
1100 WALNUT FLR 16 SOUTH
KANSAS CITY    MO    64106

AT&T VIRTUAL TELECOMMUNICATIONS
NETWORK SERVICE
1100 WALNUT FLR 16 SOUTH
KANSAS CITY    MO    64106

ATLANTA GAS LIGHT COMPANY
CHATTANOOGA GAS COMPANY
P.O. BOX 11227
CHATTANOOGA    TN    37401-2227

BALTIMORE GAS & ELECTRIC
LEXINGTON & LIBERTY STREET
BALTIMORE    MD    21203

BELLSOUTH
85 ANNEX
ATLANTA    GA    30385-0001

BELLSOUTH
P.O. BOX 70807
CHARLOTTE    NC    28272-0807

BELLSOUTH
P.O. BOX 740144
ATLANTA    GA    30374-0144

BELLSOUTH MOBILITY
P.O. BOX 70522
CHARLOTTE    NC    28272-0522

BELLSOUTH MOBILITY
P.O. BOX 70813
CHARLOTTE    NC    28272-0813

BP ENERGY CO.
P.O. BOX 198900
ATLANTA    GA    30384-8900

CAMERON TELEPHONE
P.O. BOX 110
SULPHUR    LA    70664-0110

CHATTANOOGA GAS COMPANY
P.O. BOX 182251
CHATTANOOGA    TN    37422-7251

Service List
Utility Mailing

Date: 04/09/2001
Time: 12:06:18

---

CINCINNATI BELL
P.O. BOX 6460
CINCINNATI     OH     45201

CINCINNATI GAS & ELECTRIC
3300 CENTRAL PKWY
CINCINNATI     OH     45225

CINCINNATI WATER WORKS
LOCATION 0455
CINCINNATI     OH     45264


CITY OF CHATTANOOGA/SEWER REV. FUND
455 MOCCASIN BEND RD.
CHATTANOOGA     TN     37405

CITY OF CHICAGO-DEPT OF WATER
SUITE LL10
333 SOUTH STATE STREET
CHICAGO     IL     60604-3979

CITY OF E. CHICAGO
DEPT OF WATER WORKS
P.O. BOX 423
4525 INDIANAPOLIS BLVD
EAST CHICAGO     IN     46312


CITY OF E. CHICAGO UTILITIES DIV
EAST CHICAGO SANITARY DISTRICT
P.O. BOX 423
EAST CHICAGO     IL     46312

COMMONWEALTH EDISON
7601 S. LAWNDALE
CHICAGO     IL     60652

E-PRIME INC.
1099 18TH ST
SUITE 3000
DENVER     CO     80202


ELECTRIC POWER BOARD OF CHATTANOOGA
P.O. BOX 182255
CHATTANOOGA     TN     37422-7255

ENTERGY
P.O. BOX 1730
LAKE CHARLES     LA     70602

HOWARD COUNTY MARYLAND
WATER & SEWER
DIRECTOR OF FINANCE P.O. BOX 2748

ELLIOT CITY     MD     21041-2748


METRO DISTRICTS HIGHLANDS RANCH
62 W. PLAZA DR.
HIGHLANDS RANCH     CO     80126-2304

METROPOLITAN SEWER DISTRICT
CITY OF CINCINNATI
1600 GEST STREET
CINCINNATI     OH     45204

METROPOLITAN WATER RECLAMATION
DIST OF GREATER CHICAGO
LOCKBOX 98429
CHICAGO     IL     60693


NIPSCO
P.O. BOX 13007
MERRILLVILLE     IN     46411-3007

PEOPLES GAS LIGHT & COKE
828 SOUTH WABASH AVE
SUITE 200
CHICAGO     IL     60605

PUBLIC SERVICE COMPANY OF CO.

P.O. BOX 92002
AMARILLO     TX     79120-6002


QWEST
DENVER     CO     80244-0001

RELIANT ENERGY ENTEX
P.O. BOX 2628
HOUSTON     TX     77252-2628

RELIANT ENERGY RETAIL INC
P.O. BOX 2628
HOUSTON     TX     77252-2628

SOUTH CAROLINA ELECT. & GAS
CASHIER  (077)
COLUMBIA    SC    29218

SOUTHWESTERN BELL TELEPHONE
P.O. BOX 4699
HOUSTON    TX    77097-0075

SOUTHWESTERN BELL TELEPHONE
P.O. BOX 630047
DALLAS    TX    75263-0047

TENNESSEE AMERICAN WATER CO.
1101 BROAD STREET
CHATTANOOGA    TN    37402-2800

WASTE MANAGEMENT COMPANY
P.O. BOX 840606
DALLAS    TX    75284-0606

WASTE MANAGEMENT COMPANY
P.O. BOX 9001054
LOUISVILLE    KY    40290-1054

WATERWORKS # 9 WARD 4
P.O. BOX 10
SULPHUR    LA    70664-0010

XCEL ENERGY
PUBLIC SERVICE COMPANY OF COLORADO
P.O. BOX 840
DENVER    CO    80201

ACN ENERGY
PO BOX 70815
CHARLOTTE    NC    28272

ALABAMA GAS
20 TWENTIETH ST. SO.
BIRMINGHAM    AL    35295-0188

ALABAMA POWER
PO BOX 242
BIRMINGHAM    AL    35292

ALLTEL
PO BOX 78838
PHOENIX    AZ    85062-8838

AMERIGAS MILWAUKEE
632 SOUTH 84TH ST.
MILWAUKEE    WI    53214-1438

AMERITECH
BILL PAYMENT CENTER
CHICAGO    IL    60663-0001

AMERITECH
BILL PAYMENT CENTER
SAGINAW    MI    48663-0003

ARCH
PO BOX 660770
DALLAS    TX    75266-0770

ARCH PAGING
PO BOX 4062
WOBURN    MA    01888-4062

ARCH PAGING
PO BOX 650698
DALLAS    TX    75265-0698

ARCH PAGING
PO BOX 740085
CINCINNATI    OH    45274-0085

ARCH PAGING GEORGIA
PO BOX 740501
ATLANTA    GA    30374-0501

AT&T
PO BOX 27-744
KANSAS CITY    MO    64180-0744

Service List
Utility Mailing

Date: 04/09/2001
Time: 12:06:18

AT&T
PO BOX 2969
OMAHA    NE    68103-2969

AT&T
PO BOX 2971
OMAHA    NE    68103-2971

AT&T
PO BOX 78225
PHOENIX    AZ    85062-8225

AT&T
PO BOX 78314
PHOENIX    AZ    85062-8314

AT&T
PO BOX 78355
PHOENIX    AZ    85062-8355

AT&T
PO BOX 78522
PHOENIX    AZ    85062-8522

AT&T
PO BOX 9001307
LOUISVILLE    KY    40290-1307

AT&T
PO BOX 9001309
LOUISVILLE    KY    40290-1309

AT&T
PO BOX 9001310
LOUISVILLE    KY    40290-1310

AT&T
PO BOX 9001311
LOUISVILLE    KY    40290-1311

AT&T EASYLINK
CS DRAWER 100659
ATLANTA    GA    30384-0659

AT&T TELECONFERENCE SERVICES
PO BOX 55000
DETROIT    MI    48255-0830

AT&T WIRELESS
PO BOX 129
NEWARK    NJ    07101-0129

AT&T WIRELESS
PO BOX 78224
PHOENIX    AZ    85062-8224

AT&T WIRELESS
PO BOX 8220
AURORA    IL    60572-8220

AVAYA
PO BOX 27-7850
KANSAS CITY    MO    64184-7850

AVAYA FINANCIAL
PO BOX 93000
CHICAGO    IL    60673-3000

AVAYA INC
PO BOX 10193
VAN NUYS    CA    91410-0193

AVAYA INC
PO BOX 27-7850
KANSAS CITY    MO    64184-7850

AVAYA INC
PO BOX 52602
PHOENIX    AZ    85072-2602

AVAYA INC
PO BOX 5332
NEW YORK    NY    10087-5332

Service List
Utility Mailing

Date: 04/09/2001
Time: 12:06:18

AVAYA INC
PO BOX 9001077
LOUISVILLE    KY    40290

BELL ATLANTIC
PO BOX 15485
WORCESTER    MA    01615-0485

BELL ATLANTIC
PO BOX 15545
WORCESTER    MA    01615-0545

BELL ATLANTIC
PO BOX 15567
WORCESTER    MA    01615-0567

BELL ATLANTIC
PO BOX 3469
BOSTON    MA    02241-3469

BELL ATLANTIC
PO BOX 41556
PHILADELPHIA    PA    19101-1556

BELL SOUTH
PO BOX 105320
ATLANTA    GA    30348

BELL SOUTH
PO BOX 33009
CHARLOTTE    NC    28243-0001

BELL SOUTH
PO BOX 70807
CHARLOTTE    NC    28272-0807

BELL SOUTH
PO BOX 740144
ATLANTA    GA    30374-0144

BELL SOUTH
PO BOX 79045
BALTIMORE    MD    21279-0045

BOSTON GAS
PO BOX 15590
WORCESTER    MA    01615-0590

CALIFORNIA WATER SVC
PO BOX 940001
SAN JOSE    CA    95194-0001

CELLULAR ONE - NEW BRUNSWICK
PO BOX 27851
NEWARK    NJ    07101-7851

CENDANT MOBILITY
PO BOX 73049
CHICAGO    IL    60673-7049

CINGULAR WIRELESS
PO BOX 530011
ATLANTA    GA    30353-0011

CITY OF HOUSTON WATER/WASTE
PO BOX 1560
HOUSTON    TX    77251

CITY OF MILWAUKEE
841 NORTH BROADWAY ROOM
MILWAUKEE    WI    53202-3687

CITY OF OLATHE
100 W SANTA FE
OLALTHE    KS    66051-0768

CLINTON-NEWBERRY NATURAL GAS
PO DRAWER 511
CLINTON    SC    29325

COLUMBIA ENERGY
PO BOX 530552
ATLANTA    GA    30353

Service List
Utility Mailing

Date: 04/09/2001
Time: 12:06:18

COMED
BILL PAYMENT CENTER
CHICAGO    IL    60668-0001

COMED
PO BOX 805376
CHICAGO    IL    60680-5376

CORYELL ANSWERING SERVICE
2613 MADISON AVENUE
OGDEN    UT    84401-2588

ENTERGY
PO BOX 61825
NEW ORLEANS    LA    70161-1825

EXELON
21425 NETWORK PLACE
CHICAGO    IL    60673-1214

GEORGIA POWER
68 ANNEX
ATLANTA    GA    30368

GEORGIA POWER
96 ANNEX STREET
ATLANTA    GA    30396-0001

HOUSTON LIGHTING & POWER
PO BOX 4405
HOUSTON    TX    77210-4405

IRONDALE WATER SERVICE
PO BOX 100727
IRONDALE    AL    35210-0727

JEFFERSON COUNTY ALABAMA SEWER
716 RICHARD ARRINGTON BLVD
BIRMINGHAM    AL    35203-0123

KENTUCKY UTILITIES
PO BOX 14101
LEXINGTON    KY    40512-4101

KENTUCKY UTILITIES
PO BOX 369
POWDERLY    KY    42367

KEYSPAN
PO BOX 4300
WOBURN    MA    01888-4300

KMAC
2631 SHUTTLESWORTH DR
BIRMINGHAM    AL    35234

LAURENS COUNTY WATER & SEWER
PO BOX 1006
LAURENS    SC    29360

LAURENS ELECTRIC COOPERATIVE
PO BOX 967
LAURENS    SC    29360

MCI WORLD
PO BOX 93372
CHICAGO    IL    60673-7372

METROCALL
PO BOX 78215
PHOENIX    AZ    85062-8215

MOBILEMINI
PO BOX 79149
PHOENIX    AZ    85062-9149

MOBILFONE
PO BOX 419322
KANSAS CITY    MO    64141-6322

NEW CASTLE SANITATION
PO BOX 1404
NEW CASTLE    PA    16103-1404

Service List
Utility Mailing

Date: 04/09/2001
Time: 12:06:18

NEXTEL COM
PO BOX 6220
CAROL STREAM    IL    60197-6220

NEXTEL COM
PO BOX 7417
PASADENA    CA    91109-7417

NEXTEL COM
PO BOX 7418
PASADENA    CA    91109-7418

NEXTEL COM
PO BOX 820832
PHILADELPHIA    PA    19182-0832

NSTAR
PO BOX 970030
BOSTON    MA    02297-0030

NSTAR ELECTRIC
PO BOX 4508
WOBURN    MA    01888-4508

NSTAR GAS
PO BOX 4508
WOBURN    MA    01888-4508

PACIFIC BELL
PAYMENT CENTER
SACRAMENTO    CA    95887-0001

PACIFIC BELL
PAYMENT CENTER
VAN NUYS    CA    91338-0001

PACIFIC BELL DIRECTORY
PO BOX 60000
SAN FRANCISCO    CA    94160-1767

PAGENET
DEPT 206
PALATINE    IL    60055-0206

PAGENET
PO BOX 530787
ATLANTA    GA    30353-0787

PAGING NETWORK
PO BOX 672097
DALLAS    TX    75267-2097

PENN POWER
PO BOX 891
NEW CASTLE    PA    16103

PENNSYLVANIA-AMERICAN WATER CO

PO BOX 371412
PITTSBURGH    PA    15250-7412

PEOPLES NATURAL GAS/ENERGY ONE
PO BOX 219703
KANSAS CITY    MO    64121-9703

PIEDMONT NATURAL GAS
PO BOX 33068
CHARLOTTE    NC    28233-3068

PIEDMONT RURAL TELEPHONE
PO BOX 249
LAURENS    SC    29360

QUEST
PO BOX 1301
MINNEAPOLIS    MN    55483-0001

QUEST
PO BOX 29060
PHOENIX    AZ    85038-9060

QUEST
PO BOX 737
DES MOINES    IA    50338-0001

```
                          Service List                      Date: 04/09/2001
                          Utility Mailing                   Time: 12:06:18
```

QUEST
RPS CENTER
SALT LAKE CITY    UT    84135-0001

QUEST DEX
DEPT 334
DENVER    CO    80271

QUESTAR GAS
PO BOX 45841
SALT LAKE CITY    UT    84139-0001

RELIANT ENERGY ENTEX
PO BOX 1325
HOUSTON    TX    77251-1325

RELIANT ENERGY RETAIL
PO BOX 2089
HOUSTON    TX    77252-2089

RELIANT ENERGY RETAIL INC
PO BOX 846059
DA;LLAS    TX    75284-6089

SATTELINK COMM
PO BOX 939
ALPHARETTA    GA    30009-0939

SKYTEL
PO BOX 740577
ATLANTA    GA    30374-0577

SOUTHERN CA EDISON
PO BOX 600
ROSEMEAD    CA    91771-0001

SOUTHERN CA GAS CO
PO BOX C
MONTEREY PARK    CA    91756

SOUTHWESTERN
PO BOX 1550
HOUSTON    TX    77097-0047

SOUTHWESTERN
PO BOX 630047
DALLAS    TX    75263-0047

SOUTHWESTERN
PO BOX 940012
DALLAS    TX    75394-0012

SOUTHWESTERN BELL
PO BOX 4706
HOUSTON    TX    77210-4706

SOUTHWESTERN BELL
PO BOX 4844
HOUSTON    TX    77097-0079

SOUTHWESTERN BELL
PO BOX 630017
DALLAS    TX    75263-0017

SOUTHWESTERN BELL
PO BOX 930170
DALLAS    TX    75393-0170

SOUTHWESTERN BELL WIRELESS
PO BOX 630069
DALLAS    TX    75263-0069

SPRINT
PO BOX 650270
DALLAS    TX    75265-0270

SUBURBAN PROPANE
PO BOX 405
LAURENS    SC    29360-0405

UNITED WATER
PO BOX 139
NEWARK    NJ    07101-0139

```
                              Service List                    Date: 04/09/2001
                              Utility Mailing                 Time: 12:06:18
```

US WEST COM
BOX 12480
SEATTLE     WA    98111-4480

VERIZON
BOX 8585
PHILADELPHIA    PA    19173-0001

VERIZON
PO BOX 1100
ALBANY     NY    12250-0001

VERIZON
PO BOX 15150
WORCESTER    MA    01615-0150

VERIZON
PO BOX 17577
BALTIMORE    MD    21297-0513

VERIZON
PO BOX 1939
PORTLAND    ME    04104-5010

VERIZON
PO BOX 28007
LEHIGH VALLEY    PA    18002-8007

VERIZON
PO BOX 4833
TRENTON    NJ    8650

VERIZON
PO BOX 489
NEWARK    NJ    07101-0489

VERIZON
PO BOX 646
BALTIMORE    MD    21265-0646

VERIZON CALIFORNIA
PO BOX 30001
INGLEWOOD    CA    90313-0001

VERIZON SOUTHWEST
PO BOX 920041
DALLAS    TX    75392-0041

VERIZON WIRELESS
PO BOX 489
NEWARK    NJ    07101-0489

VERIZON WIRELESS
PO BOX 580334
CHARLOTTE    NC    28258-0334

VERIZON WIRELESS
PO BOX 630023
DALLAS    TX    75263-0023

VERIZON WIRELESS
PO BOX 630026
DALLAS    TX    75263-0026

VERIZON WIRELESS
PO BOX 64268
BALTIMORE    MD    21264-4268

VERIZON WIRELESS
PO BOX 7304
SAN FRANCISCO    CA    94120-7304

VERIZON WIRELESS
PO BOX 79005
CITY OF INDUSTRY    CA    91716-9005

VERIZON WIRELESS
PO BOX 790293
SAINT LOUIS    MO    63179-0293

VERIZON WIRELESS MESSAGING SVCS

PO BOX 52249
PHOENIX    AZ    85072-2249

Service List
Utility Mailing

Date: 04/09/2001
Time: 12:06:18

VIATEL
PO BOX 9201
UNIONDALE     NY    11555-9201

VOICE STREAM
PO BOX 742596
CINCINNATI     OH    45274-2596

VOICELINK COMMUNICATIONS
3400 MONTROSE SUITE 805
HOUSTON     TX    77006-4337

WILLIAMS COMMUNICATIONS SOLUT
21398 NETWORK PLACE
CHICAGO     IL    60673-1213

WISCONSIN ELECTRIC
PO BOX 2089
MILWAUKEE     WI    53201-2089

WISCONSIN ELECTRIC
PO BOX 70474
MILWAUKEE     WI    53270-0474

AT&T
P.O. BOX 27-0520
KANSAS CITY     MO    64180

CLEMENTON SEWER UTILITY
101 GIBBSBORO RD
CLEMENTON     NJ    8021

CONECTIV
P.O. BOX 4875
TRENTON     NJ    8650

ELECTRIC POWER BOARD
P.O. BOX 182253
CHATTONOOGA     TN    37422

ENERGY MGT SYSTEMS
P.O. BOX 0538
MALVERN     PA    19355

HIXSON UTILITY
P.O. BOX 98
HIXSON     TN    37343

MIDDLESEX WATER CO
P.O. BOX 6071
ELIZABETH     NJ    7207

PSE&G
P.O. BOX 14101
NEW BRUNSWICK     NJ    8906

PSE&G
P.O. BOX 14105
NEW BRUNSWICK     NJ    8906

SOUTH JERSEY GAS
P.O. BOX 6000
FOLSOM     NJ    8037

Number of Recipient(s):     205