Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530
(516) 746-8000
Steven R. Schlesinger, Esq. (SRS #4225)
Henry Condell, Esq. (HC #4353)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------x
In re:

    W.R. GRACE & CO.,

          Debtor.
-----------------------------------------------------------x

Chapter 11
Case No. 01-01139

**NOTICE OF APPEARANCE and REQUEST FOR SERVICE OF PLEADINGS**

**PLEASE TAKE NOTICE** that Jaspan Schlesinger Hoffman, LLP hereby appears as counsel to Jay Peak LLC, landlord for a store located at 5020 S. Cleveland Avenue, Ft. Myers, FL and occupied by W.R. Grace & Co.-Conn., as tenant, and pursuant to 11 U.S.C. Section 1109 and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, demand that all notices that are required to be given and all pleadings and orders that are required to be served in this case, be served at the address listed below:

        Steven R. Schlesinger, Esq.
        Jaspan Schlesinger Hoffman LLP
        300 Garden City Plaza
        Garden City, NY 11530
        Telephone: (516) 746-8000
        Facsimile: (516) 393-8282
        E-mail: sschlesinger@jshllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice, pleadings and orders referred to in the Rules specified above, but also includes, without limitation, all other notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affects the above captioned Debtors, property in their possession, custody or control or the administration of the Debtors' bankruptcy cases.

Dated: Garden City, New York
       April 19, 2001

                                    Jaspan Schlesinger Hoffman, LLP
                                    Attorneys for Jay Peak LLC

        By:                         _____
                                    Steven R. Schlesinger, Esq. (SRS #4225)
                                    A Member of the Firm
                                    300 Garden City Plaza
                                    Garden City, New York 11530
                                    (516) 746-8000

FILED / RECEIVED
APR 23  10 12 AM '01
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case No. 01-01139

In re:

W.R. GRACE & CO.,

Chapter 7

Debtor.

## NOTICE OF APPEARANCE and REQUEST FOR SERVICE OF PLEADINGS

**JASPAN SCHLESINGER HOFFMAN LLP**
*Attorneys for*

300 Garden City Plaza
Garden City, New York 11530-3324
(516) 746-8000

---

*To:*

*Attorney(s) for*

---

Service of a copy of the within is hereby admitted.

Dated:

.................................................................
*Attorney(s) for*

---

PLEASE TAKE NOTICE

___ Notice of Entry
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                     20__

___ Notice of Settlement
that an Order of which the within is a true copy will be presented for settlement to the Honorable
, one of the judges of the within named Court,
at
on                     20__, at      m.

Dated:

**JASPAN SCHLESINGER HOFFMAN LLP**
*Attorneys for*

300 Garden City Plaza
Garden City, New York 11530-3324
(516) 746-8000

*To:*

*Attorney(s) for*