IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 01-1139 (MFW) through |
| W. R. GRACE & CO., et al | § | Case No. 01-1200 (MFW) |
| | § | |
| Debtors | § | |

**REQUEST FOR NOTICE PURSUANT TO
BANKRUPTCY RULE 2002 AND ALL PLEADINGS
PURSUANT TO BANKRUPTCY RULE 3017(a)**

Williams Bailey Law Firm, L.L.P., as counsel to numerous asbestos claimants who are creditors and parties-in-interest in this bankruptcy case, reqeust copies of all matters (including plans and disclosure statements) filed or noticed by any party herein pursuant to federal Rules of Bankruptcy Procedure 2002(a) and (b) and 3017(a). Copies of all such items should be addressed as follows:

Steven J. Kherkher
Laurence G. Tien
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas 77017
(713) 230-2314
(713) 643-6226 — facsimile

Respectfully submitted this 17th day of April, 2001.

RESPECTFULLY SUBMITTED,

WILLIAMS BAILEY LAW FIRM, L.L.P

By: _____
STEVEN J. KHERKHER
State Bar No. 11375950
LAURENCE G. TIEN
State Bar No. 24003057
8441 Gulf Freeway, Suite 600
Houston, TX 77017
(713) 230-2314
Facsimile No. (713) 643-6226

## CERTIFICATE OF SERVICE

I certify that a correct copy of the foregoing was sent by regular first class mail to all parties on the attached Service List on this ~~20th~~ 19th day of April, 2001.

Steven J. Kherkher

## SERVICE LIST

## W. R. GRACE & CO.-- CONN.

### SERVICE TO ALL PARTIES VIA UNITED STATE FIRST CLASS MAIL

COUNSEL TO DEBTOR:

Laura Davis Jones
Pachulski, Stang, Ziehl, et al
P. O. Box 8705
Wilmington, DE 19899-8705
*Fax: (302) 652-4400*

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*Fax: (312) 861-2200*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

UNITED STATES TRUSTEE

Office of the United States Trustee
Frank Perch
601 Walnut Street, Room 950 West
Philadelphia, PA 19106
*Fax: (215) 597-5795*

INTERESTED PARTIES AND COUNSEL FOR ASBESTOS CREDITORS

Peter Lockwood
Caplint & Drysdale, Charters
One Thomas Circle, N.W.
Washington, D.C. 20005
*Fax: (202) 429-3301*

Patrick N. Haines
Lanier Parker & Sullivan, P.C.
1331 Lamar, Suite #1550
Houston, TX 77010
*Fax: (713) 659-2204*

Elihu Inselbuch
Caplin & Drysdale, Charters
399 Park Avenue, 36th Floor
New York, NY 10022
*Fax: (212) 644-6755*

Alan Rich
Russell Budd
Baron & Budd, P.C.
The Centrum
3102 Oak Lawn Ave., Suite #1100
Dallas, TX 75219-4281
*Fax: (214) 520-1181*

Theodore Goldberg
Mark C. Meyer
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219-6295
*Fax: (412) 471-8308*

Joseph F. Rice
Nancy Worth Davis
Ness, Motley, Loadhold, Richardson & Poole, P.A.
28 Bridgeside Blvd.
P. O. Box 1792

Mark Lanier

Mt. Pleasant, SC 29465
*Fax: (843) 216-9450*

Brent W. Coon
Provost Umphrey Law Firm
490 Park Street
Beaumont, TX 77704
*Fax: (409) 838-8888*

Paul L. Sadler
D. Bryan Hughes
Wellborn, Houston, Adkinson, Mann, Sadler
& Hill, L.L.P.
300 West Main Street
P. O. Box 1109
Henderston, TX 75653-1109
*Fax: (903) 657-6108*

Ian Cloud
Robins, Cloud, Greenwood & Lubel, LLP
910 Travis, Suite #2020
Houston, TX 77002
*Fax: (713) 650-1400*

Larry O. Norris, P.A.
101 Ferguson Street
Hattiesburgh, MS 39401-3812
*Fax: (601) 584-6634*

Silber Pearlman, P.C.
2711 North Haskell Ave.,
5th Floor, LB 32
Dallas, TX 75204
*Fax: (214) 824-8100*

Waters & Kraus
4807 West Lovers Lane
Dallas, TX 75209
*Fax: (214) 941-8855*
Paul D. Henderson
Dies, Henderson & Carona
1009 West Green
Orange, TX 77630-5619
*Fax: (409) 883-4814*

C. Sanders McNew
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038
*Fax: (212) 344-5461*

Shepard A. Hoffman
301 North Charles Street
Baltimore, MD 21201-4306
*Fax: (410) 539-8407*

Brad B. Erens
Jones, Day Reavis & Pogue
77 West Wacker
Chicago, IL 60601-1692
*Fax: (312) 782-8585*

Edwin H. Beachler
Caroselli, Beachler, McTierman & Convoy
312 Boulevard of the Allies
Pittsburgh, PA 15222
*Fax: (412) 391-7453*

Frank E. Stachyra
Stachyra & Penn
111 West Washington street
Chicago, IL 60602-2703
*Fax: (312) 782-4656*

Damon Chargois
Foster & Sear, LLP
1201 North Watson Road, Suite #145
Arlington, TX 76006
*Fax: (817) 633-5507*

Michael Kaeske
Kaeske-Reeves, LLP
6301 Gaston, Suite #735
Dallas, TX 75214
*Fax: (214) 821-0977*

Richard S. Glasser
Kendall, Hatten, Glasser, PLC
1001 East Broad Street, Suite #450
Richmond, VA 23219
*Fax: (757) 625-4115*

Michael V. Kelley
Kelley & Ferraro, LLP
1901 Bond Court Building
1300 East 9th Street

Cleveland, OH 44114
*Fax: (216) 575-0799*

Glen W. Morgan
Reaud, Morgan & Quinn
801 Laurel
Beaumont, TX 77701
*Fax: (409) 833-8236*

Terry Johnson
455 East Illinois Street, Suite #361
Chicago, IL 50511
*Fax: (312) 933-3399*

Mark Freedlander
Sable Pusateri Rosen Gordon & Adams
Frick Building, 7th Floor
Pittsburgh, PA 15219-6003
*Fax: (412) 281-2859*

Jon L. Heberling
McGarve, Heberling, Sullivan & McGarvey
745 South Main Street
Kalispel, MT 59901
*Fax: (406) 752-7124*