IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2001 APR 23  AM 10: 55

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 01-1139 (MFW) through |
| W. R. GRACE & CO., et al | § | Case No. 01-1200 (MFW) |
| | § | |
| Debtors | § | |

## VERIFIED STATEMENT OF WILLIAMS BAILEY LAW FIRM, L.L.P. UNDER BANKRUPTCY RULE 2019

I, Steven J. Kherkher, representative of Williams Bailey Law Firm, L.L.P., declare as

follows:

1.    I am a shareholder with the law firm of Williams Bailey Law Firm, L.L.P. (hereinafter "Williams Bailey"). I am a member in good standing of the bar of the state of Texas.

2.    I have personal knowledge of the facts set forth herein. I make this Verified Statement ("Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3.    The Firm, a professional limited liability corporation, is organized under the laws of the state of Texas, with its offices for the practice of law located at 8441 Gulf Freeway, Suite #600, Houston, TX 77017-5001.

4.    As fo the date of this Verified Statement, the Firm represents a number of personal injury claimants (the "Claimants" or individually, a "Claimant") who have been injured by asbestos products manufactured by W. R. Grace & Co., et al ("Debtor") and others, and thus hold claims against, *inter alia,* the Debtor. Attached as Exhibit "A" is a list of the Claimants represented by the Firm, each of whom has employed the Firm under a general Power of Attorney and Employment Contract, a representative form of which is attached as Exhibit "B". The original documents for each client are available at reasonable times and on reasonable notice at the Firm's offices.

5.    The address for each Claimant represented by the Firm is c/o 8441 Gulf Freeway, Suite #600, Houston, Texas 77017-5001.

6.      The nature of the claim held by each Claimant is a personal injury tort claim for damages caused by asbestos products manufactured by the Debtor and/or its related entities. The amount of each claim in unliquidated except in those instances in which Claimants reached a settlement or obtained a judgment or verdict before commencement of the case.

7.      Each Claimant acquired his or her claim by exposure to asbestos manufactured by the debtor prior to the filing of the captioned bankruptcy case.

8.      Each Claimant is represented by the Firm under a fee agreement and power of attorney. The Firm holds each such instrument, as executed between the parties. By Power of Attorney, each Claimant has authorized the undersigned to vote and take all action necessary consistent with the actions provided under an office Form 11A Power of Attorney. A representative copy of the firm's power of attorney is attached as Exhibit "B".

9.      The Firm does not hold any claims against or interests in the Debtor other than its right to receive a contingent attorneys fees upon payment to a Claimant.

10.     The filing of the Firm's Verified Statement does not waive any rights including (i) the Claimants' rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Claimants' rights to trial by jury in any proceeding and any trial on their claims, (iii) the Claimants' rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention to the extent not previously directed; (iv) the Claimants' rights in not submitting themselves to the jurisdiction of the Bankruptcy Court; or (v) any other rights claims actions, defenses, reclamations, setoffs, or recoupments to which the Claimants are or may be entitled under nay agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments the Firm's Claimants expressly reserve.

Respectfully submitted this 17th day of April, 2001.

RESPECTFULLY SUBMITTED,

WILLIAMS ☙ BAILEY LAW FIRM, L.L.P

By:     _____

STEVEN J. KHERKHER
State Bar No. 11375950
8441 Gulf Freeway, Suite 600
Houston, TX 77017
(713) 230-2314
Facsimile No. (713) 643-6226
**(Request for Admission to be filed)**

STATE OF TEXAS          §
                        §          KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS        §

BEFORE ME, the undersigned authority, on this day personally appeared Steven J. Kherkher

known to me to be the person whose name is subscribed to the foregoing instrument and

acknowledged to me that he executed the same for the purposes therein expressed.

Given under my hand and seal of office this /7th day of April, 2001.

DIANE McQUIRE
Notary Public, State of Texas
My Commission Expires 7-28-200 )

_____
Notary Public, State of Texas

## CERTIFICATE OF SERVICE FOR RULE 2019 STATEMENT

A true copy of the foregoing Verified Statement Under Rule 2019 was served by Regular
First Class Mail upon the parties listed on the attached exhibit "C" on this /7th day of April, 2001.

_____
Steven J. Kherkher

EXHIBIT "C"

## SERVICE LIST

### W. R. GRACE & CO.-- CONN.

SERVICE TO ALL PARTIES VIA UNITED STATE FIRST CLASS MAIL

COUNSEL TO DEBTOR:

Laura Davis Jones
Pachulski, Stang, Ziehl, et al
P. O. Box 8705
Wilmington, DE 19899-8705
*Fax: (302) 652-4400*

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*Fax: (312) 861-2200*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

UNITED STATES TRUSTEE

Office of the United States Trustee
Frank Perch
601 Walnut Street, Room 950 West
Philadelphia, PA 19106
*Fax: (215) 597-5795*

INTERESTED PARTIES AND COUNSEL FOR ASBESTOS CREDITORS

Peter Lockwood
Caplint & Drysdale, Charters
One Thomas Circle, N.W.
Washington, D.C. 20005
*Fax: (202) 429-3301*

Elihu Inselbuch
Caplin & Drysdale, Charters
399 Park Avenue, 36th Floor
New York, NY 10022
*Fax: (212) 644-6755*

Theodore Goldberg
Mark C. Meyer
Goldberg, Persky, Jennings & White, P.C.

1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219-6295
*Fax: (412) 471-8308*

Mark Lanier
Patrick N. Haines
Lanier Parker & Sullivan, P.C.
1331 Lamar, Suite #1550
Houston, TX 77010
*Fax: (713) 659-2204*

Alan Rich
Russell Budd
Baron & Budd, P.C.
The Centrum

3102 Oak Lawn Ave., Suite #1100
Dallas, TX 75219-4281
*Fax: (214) 520-1181*

Joseph F. Rice
Nancy Worth Davis
Ness, Motley, Loadhold, Richardson & Poole,
P.A.
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465
*Fax: (843) 216-9450*

Brent W. Coon
Provost Umphrey Law Firm
490 Park Street
Beaumont, TX 77704
*Fax: (409) 838-8888*

Paul L. Sadler
D. Bryan Hughes
Wellborn, Houston, Adkinson, Mann, Sadler
& Hill, L.L.P.
300 West Main Street
P. O. Box 1109
Henderston, TX 75653-1109
*Fax: (903) 657-6108*

Ian Cloud
Robins, Cloud, Greenwood & Lubel, LLP
910 Travis, Suite #2020
Houston, TX 77002
*Fax: (713) 650-1400*

Larry O. Norris, P.A.
101 Ferguson Street
Hattiesburgh, MS 39401-3812
*Fax: (601) 584-6634*

Silber Pearlman, P.C.
2711 North Haskell Ave.,
5th Floor, LB 32
Dallas, TX 75204
*Fax: (214) 824-8100*

Waters & Kraus
4807 West Lovers Lane
Dallas, TX 75209
*Fax: (214) 941-8855*
Paul D. Henderson
Dies, Henderson & Carona
1009 West Green
Orange, TX 77630-5619
*Fax: (409) 883-4814*

C. Sanders McNew
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038
*Fax: (212) 344-5461*

Shepard A. Hoffman
301 North Charles Street
Baltimore, MD 21201-4306
*Fax: (410) 539-8407*

Brad B. Erens
Jones, Day Reavis & Pogue
77 West Wacker
Chicago, IL 60601-1692
*Fax: (312) 782-8585*

Edwin H. Beachler
Caroselli, Beachler, McTierman & Convoy
312 Boulevard of the Allies
Pittsburgh, PA 15222
*Fax: (412) 391-7453*

Frank E. Stachyra
Stachyra & Penn
111 West Washington street
Chicago, IL 60602-2703
*Fax: (312) 782-4656*

Damon Chargois
Foster & Sear, LLP
1201 North Watson Road, Suite #145
Arlington, TX 76006
*Fax: (817) 633-5507*

Michael Kaeske
Kaeske-Reeves, LLP
6301 Gaston, Suite #735
Dallas, TX 75214
*Fax: (214) 821-0977*

Richard S. Glasser
Kendall, Hatten, Glasser, PLC
1001 East Broad Street, Suite #450
Richmond, VA 23219
*Fax: (757) 625-4115*

Michael V. Kelley
Kelley & Ferraro, LLP
1901 Bond Court Building
1300 East 9th Street
Cleveland, OH 44114
*Fax: (216) 575-0799*

Glen W. Morgan
Reaud, Morgan & Quinn
801 Laurel
Beaumont, TX 77701
*Fax: (409) 833-8236*

Terry Johnson
455 East Illinois Street, Suite #361
Chicago, IL 50511
*Fax: (312) 933-3399*

Mark Freedlander
Sable Pusateri Rosen Gordon & Adams
Frick Building, 7th Floor
Pittsburgh, PA 15219-6003
*Fax: (412) 281-2859*

Jon L. Heberling
McGarve, Heberling, Sullivan & McGarvey
745 South Main Street
Kalispel, MT 59901
*Fax: (406) 752-7124*

copy Janice Grace rel follow up query 2/01                4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Abare, Kay C. | 2001-05902 | 1/31/2001 |
| Adame, Onesimo | 97-32939 | 6/20/1997 |
| Adcock, Jane C. | 96-37291 | 7/25/1996 |
| Albritton, Richard | 95-42619 | 8/30/1995 |
| Alcaraz, Robert | 002-01120 | 4/28/2000 |
| Aldridge, Richard L. | 94-C-2110-3 | 8/22/1994 |
| Allen, Glen E. | 00-235-WLB | 3/29/2000 |
| Allen, John | 2001-07932 | 2/13/2001 |
| Allen, Owen H. | 97-11474 | 2/28/1997 |
| Allen, Rena | 94-C-2110-3 | 8/22/1994 |
| Almada, Gilbert L. | | |
| Alvarado Toro, Elder | 96-39011 | 8/5/1996 |
| Alvarado, Oscar G. | 97-56161 | 11/13/1997 |
| Alvarez, Manuel | ADMIN | 11/11/1911 |
| Anderson, Alex | 96-21983 | 5/30/1996 |
| Anderson, Lloyd H. | 98-17835 | 4/17/1998 |
| Anderson, Ronnie E. | 2000-14682 | 3/23/2000 |
| Andrews, Fay B. | 96-08428 | 2/14/1996 |
| Andrews, John R. | | |
| Anglesio, Joseph P. | ADMIN | |
| Arnold, Marvin L. | | |
| Ashcraft, James | 1999-42865 | 8/24/1999 |
| Askew, Daniel R. | 94-C-2110-3 | 8/22/1994 |
| Atchley, Wiley C. | | |
| Atteberry, Ira S. | 97-23179 | 4/30/1997 |
| Auman, Clyde W. | 2000-64 | 6/16/2000 |
| Averette, James C. | 96-64631 | 12/30/1996 |
| Avila, Frank C. | ADMIN | 11/11/2011 |
| Ayarzagoita, Julio | 97-56161 | 11/13/1997 |
| Aynes, John W. | ADMIN | 11/11/2011 |
| Baca, Jose | | |
| Badilla, Johnny G. | | |
| Baggett, Lee Roy | 95-42619 | 8/30/1995 |
| Baker, Charles G. | 96-48788 | 9/23/1996 |
| Baker, Darwin D. | CJ-2000-2033-67 | 3/14/2000 |
| Baker, George W. | 97-23103 | 4/30/1997 |
| Balch, Ralph A. | 2000-64 | 6/16/2000 |
| Bankston, Terry E. | 94-C-2110-3 | 8/22/1994 |

Exhibit "A"

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Barfield, Raymond W. | | |
| Barksdale, J H. | 96-39170 | 8/6/1996 |
| Barksdale, Samuel | 2000-47548 | 9/20/2000 |
| Barnak, Ronald | 00C1856 | 3/27/2000 |
| Barnes, Tommie L. | 94-C-2110-3 | 8/22/1994 |
| Barnes, William C. | 94-C-2110-3 | 8/22/1994 |
| Barnett, Charles | 96-39170 | 8/6/1996 |
| Bass, Joseph W. | 972-01558 | 5/19/1997 |
| Bass, Thomas L. | 97-23218 | 4/30/1997 |
| Bates, James Roy | 97-11474 | 2/28/1997 |
| Baughman, James E. | 2001-15589 | 3/22/2001 |
| Bean, Jack L. | 96-43386 | 8/28/1996 |
| Bear, Raymond E. | 2000-55312 | 10/27/2000 |
| Beary, Thomas J. | 97-23104 | 4/30/1997 |
| Beauchamp, Joe B. | 94-C-2110-3 | 8/22/1994 |
| Belcher, Oliver | 97-56161 | 11/13/1997 |
| Belk, Thomas G. | 96-37291 | 7/25/1996 |
| Bell, Isadore B. | 95-00792 | 1/9/1995 |
| Bell, Jack | 94-C-2110-3 | 8/22/1994 |
| Bensen, Clinton B. | 97-02962 | 1/22/1997 |
| Bentfield, Elmer A. | 97-02962 | 1/22/1997 |
| Benzel, Melvin | ADMIN | 11/11/1911 |
| Berryhill, Grover L. | 1999-12846 | 3/12/1999 |
| Beserra, Frank | 96-15687 | 3/26/1996 |
| Bettes, Troy A. | 98-43397 | 9/10/1998 |
| Bliss, Peter R. | ADMIN | 11/11/1911 |
| Blizzard, David F. | 2000-47863 | 9/21/2000 |
| Blood, Charles L. | 982-10054 | 12/24/1998 |
| Blue, Alvin L. | 94-C-2110-3 | 8/22/1994 |
| Bodell, Joseph | 96-43385 | 8/28/1996 |
| Body, Kenneth M. | 2000-48408 | 9/25/2000 |
| Bond, Lester D. | 1999-23995 | 5/7/1999 |
| Booth, Daniel E. | | |
| Borne, Jerry J. | 96-11694 | 3/1/1996 |
| Bottcher, Clarence | 972-01558 | 5/19/1997 |
| Bova, Joseph A. | | |
| Bowers, William C. | 002-01120 | 4/28/2000 |
| Bowling, Harold L. | 2000-64 | 6/16/2000 |

Page 2

copy Janice Grace rel follow up query 2/01          4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Bowman, Paul E. | 97-02962 | 1/22/1997 |
| Boyd, Robert A. | CJ 98-3271-65 | 1/20/1998 |
| Bracknell, William L. | 96-64631 | 12/30/1996 |
| Bradley, Larry L. | ADMIN | |
| Brand, Joaquin E. | ADMIN | 11/11/1911 |
| Brenner, Philip C. | 002-01120 | 4/28/2000 |
| Brichner, Charles B. | 97-11474 | 2/28/1997 |
| Brooks, James E. | 97-23106 | 4/30/1997 |
| Brooks, Spurgen C. | 96-22685 | 5/6/1996 |
| Broussard, Willard | 97-56161 | 11/13/1997 |
| Brown, Jerry Lee | 95-CV-0916 | 8/25/1995 |
| Buckner, Ted | | |
| Burgess-Clo, Durell | 96-37292 | 7/25/1996 |
| Burghart, Leroy G. | 002-01120 | 4/28/2000 |
| Burkett, Charles C. | 96-64631 | 12/30/1996 |
| Burrell, Cleveland | 98-34723 | 7/21/1998 |
| Burt, George W. | 95-CV-0916 | 8/25/1995 |
| Burts, Tommie L. | 95-CV-0916 | 8/25/1995 |
| Bush, Isac R. | 95-CV-0916 | 8/25/1995 |
| Cade, Frank | | |
| Caine, Alsen J. | 94-C-2110-3 | 8/22/1994 |
| Camacho Padilla, Nels | 96-11482 | 2/29/1996 |
| Campbell, Nelson | 95-CV-0916 | 8/25/1995 |
| Campbell, Thomas W. | 2000-48979 | 9/26/2000 |
| Candelaria, Jose Antoni | 2001-06915 | 2/7/2001 |
| Carte, Oley | 97-02962 | 1/22/1997 |
| Carter, Wallace E. | 2001-00972 | 1/9/2001 |
| Casdorph, Cleo R. | 96-19922 | 4/19/1996 |
| Cash, George B. | 94-C-2110-3 | 8/22/1994 |
| Castillo, Ernest G. | ADMIN | 11/11/1911 |
| Causey, Charley L. | 96-64631 | 12/30/1996 |
| Celestine, Clarence C. | 94-C-2110-3 | 8/22/1994 |
| Ceska, Thomas J. | 00C1856 | 3/27/2000 |
| Chaloupka, Wenzel A. | 96-15813 | 3/26/1996 |
| Chambless, Charles M. | 2000-14682 | 3/23/2000 |
| Chancey, Ernest W. | 97-28573 | 5/29/1997 |
| Chaney, James R. | 1999-19570 | 4/16/1999 |
| Chapa, Francisco | 2000-39250 | 8/2/2000 |

copy Janice Grace rel follow up query 2/01                4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Chatham, Jeffie R. | 2001-04593 | 1/29/2001 |
| Cheek, James W. | 1999-16954 | 4/1/1999 |
| Chilton, Herman W. | 96-64631 | 12/30/1996 |
| Christiansen, Alvin C. | | |
| Church, Edward W. | | |
| Clark, Emmett | 95-CV-0916 | 8/25/1995 |
| Clark, Stanley M. | 98-43398 | 9/10/1998 |
| Clow, Barnette W. | 00C1856 | 3/27/2000 |
| Coggs, George | 96-48789* | 9/23/1996 |
| Cole, Edwin F. | CJ-99-3156-66 | 5/3/1999 |
| Cole, Edwin F. | 98-23885 | 5/20/1998 |
| Coleman, Edgar B. | 95-CV-0916 | 8/25/1995 |
| Collier, Millard E. | 1999-42865 | 8/24/1999 |
| Commins, Roland | 2000-14682 | 3/23/2000 |
| Compton, Howard T. | 1999-09831 | 2/25/1999 |
| Compton, Howard T. | 2000-62288 | 12/7/2000 |
| Condict, Gerald T. | 2000-38781 | 8/1/2000 |
| Conerly, Arthur W. | 96-64631 | 12/30/1996 |
| Conerly, Louis J. | 94-C-2110-3 | 8/22/1994 |
| Cook, James D. | 97-15879 | 3/25/1997 |
| Cooper, Leathus | 97-56161 | 11/13/1997 |
| Cornelius, Milton | 2000-64 | 6/16/2000 |
| Cosper, James R. | | |
| Cowart, Tyron | 96-39170 | 8/6/1996 |
| Craig, Elzia G. | 94-C-2110-3 | 8/22/1994 |
| Crane, Hugh A. | | |
| Cruz Corales, Hermene | 96-39011 | 8/5/1996 |
| Dahl, Stanley E. | ADMIN | 11/11/1911 |
| Dahl, William E. | 96-48788 | 9/23/1996 |
| Daigle, David R. | 97-11474 | 2/28/1997 |
| Daniel, Randall | 94-C-2550 | 10/10/1994 |
| Daniell, Ned A. | 94-C-2110-3 | 8/22/1994 |
| Daniels, Haskell L. | 95-60413 | 12/14/1995 |
| Davis, Dallis R. | 96-48789 | 9/23/1996 |
| Davis, Joseph | 96-43386 | 8/22/1996 |
| Davis, Leroy | 95-CV-0916 | 8/25/1995 |
| Davis, Ralph A. | 96-43386 | 8/28/1996 |
| Davis, Raymond S. | | |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Davis, Richard A. | 96-35299 | 7/19/1996 |
| Davis, Ronald | 94-C-2110-3 | 8/22/1994 |
| Davis, Willie A. | 96-37291 | 7/25/1996 |
| Dayton, Perry E. | 96-64631 | 12/30/1996 |
| Dean, Albert P. | 2000-50380 | 10/3/2000 |
| Dean, Travis | 94-C-2110-3 | 8/22/1994 |
| Dials, Hoston | 95-CV-0916 | 8/25/1995 |
| Dick, Charles W. | 002-01120* | 4/28/2000 |
| Diliberto, Ignatius C. | 94-C-2110-3 | 8/22/1994 |
| Dill, Jimmie R. | CJ 99-3279-63 | 1/20/1998 |
| Dispennette, Leonard T | 97-11474 | 2/28/1997 |
| Dodgen, Willie F. | 96-41736 | 8/20/1996 |
| Donelson, Ronald K. | 2000-38726 | 7/31/2000 |
| Dorouth, Johnny W. | 94-C-2110-3 | 8/22/1994 |
| Dorouth, Johnny W. | 96-14830 | 3/20/1996 |
| Dougan, Richard H. | 97-11474 | 2/28/1997 |
| Dover, Carl | 97-23220 | 4/30/1997 |
| Dowdey, Charles A. | 96-64631 | 12/30/1996 |
| Durham, Eugene E. | 97-02962 | 1/22/1997 |
| Durrence, George E. | 97-11472 | 2/28/1997 |
| Edwards, Lockie | 97-39257 | 7/28/1997 |
| Ellis, William P. | 2000-64 | 6/16/2000 |
| Engel, James T. | 399CV80160 | 8/11/1999 |
| English, Jessie | 96-64631 | 12/30/1996 |
| Espersen, Raymond | ADMIN | 11/11/1911 |
| Felder, Willie | 98-06847 | 2/16/1998 |
| Fielder, Milton C. | CJ-99-1890-67 | 3/17/1999 |
| Fielder, Milton C. | 98-28624 | 6/17/1998 |
| Fields, Rozelle | 94-C-2110-3 | 8/22/1994 |
| Findley, Concetta | 97-11474 | 2/28/1997 |
| Finley, Lloyd M. | 972-01558 | 5/19/1997 |
| Flanagan, Herbert W. | 98-25473 | 5/29/1998 |
| Fleck, Elwin O. | cause | 12/14/1999 |
| Flowers, Farrie L. | 95-35549 | 7/25/1995 |
| Flowers, Gerald R. | 94-C-2110-3 | 8/22/1994 |
| Flurry, Donnie L. | 94-C-2110-3 | 8/22/1994 |
| Flynn, Jimmie F. | 95-60414 | 12/14/1995 |
| Fontanills, Mary | 97-23110 | 4/30/1997 |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Foster, Leo W. | 96-08428 | 2/14/1996 |
| Foster, Thomas G. | 96-37291 | 7/25/1996 |
| Foster, Willie | 96-39170 | 8/6/1996 |
| Foutch, Lugene R. | 00C1856 | 3/27/2000 |
| Fowler, Jimmy Ray | 96-21983 | 5/30/1996 |
| Fowler, W J. | 97-49879 | 10/1/1997 |
| Fox, Elmer P. | CAUSE | |
| Franco, Miguel | 2000-27216 | 5/31/2000 |
| Freed, Willie | 95-CV-0916 | 8/25/1995 |
| Freeman, Morris | 96-21983 | 5/30/1996 |
| Fritzke, Faye | 97-23111 | 4/30/1997 |
| Fulk, George E. | 96-41736 | 8/20/1996 |
| Gale, Harold F. | 96-48789 | 9/23/1996 |
| Garcia, Pete U. | 2000-56728 | 11/3/2000 |
| Gardner, Charles H. | ADMIN | |
| Gardner, Prince B. | 2000-64 | 6/16/2000 |
| Gary-Clo, R. Harold | 96-37292 | 7/25/1996 |
| Garza, Moises | 1999-35435 | 7/8/1999 |
| Gatwood, Robert Lee | 95-CV-0916 | 8/25/1995 |
| George, Johnnie L. | 97-47737 | 9/17/1997 |
| Gibson, Benny L. | 96-14831 | 3/20/1996 |
| Gibson, Willie James | 95-CV-0916 | 8/25/1995 |
| Gieselman, Stanley D. | 3-00-CV-10235 | 12/14/2000 |
| Gilbert, Taylor | 96-43525 | 8/28/1996 |
| Golding, William | ADMIN | 11/11/2011 |
| Goman, Daryl | 96-43385 | 8/28/1996 |
| Gomez, Rudolph S. | 002-01120 | 4/28/2000 |
| Gonzales, Joe L. | 2001-04594 | 1/29/2001 |
| Gonzalez, Gonzalo | 2000-14682 | 3/23/2000 |
| Gonzalez, Roberto P. | 2000-36171 | 7/20/2000 |
| Goode, Claude W. | 972-01558 | 6/19/1997 |
| Gover, Charley W. | 97-23112 | 4/30/1997 |
| Gralto, Richard M. | 97-11474 | 2/28/1997 |
| Grant, Clinton E. | 94-C-2110-3 | 8/22/1994 |
| Gray, Luther H. | CJ-99-8083-64 | 11/10/1999 |
| Gray, Robert C. | 96-08428 | 2/14/1996 |
| Green, Leonard H. | 96-43383 | 8/28/1996 |
| Green, Willie P. | 96-64631 | 12/30/1996 |

copy Janice Grace rel follow up query 2/01                                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Greene, F. W. | 2000-64 | 6/16/2000 |
| Groce, Robert | 96-08428 | 2/14/1996 |
| Groom, Joseph R. | 94-C-2110-3 | 8/22/1994 |
| Groves, Lloyd G. | | |
| Guerrero, John | 002-01120 | 4/28/2000 |
| Guynes, Hirshell L. | H-83-5980 | 1/1/1983 |
| Hahn, Guy C. | 1999-36017 | 7/13/1999 |
| Hall, Bettie | 96-39170 | 8/6/1996 |
| Hall, Lloyd C. | cause | |
| Hammett, Lawrence P. | 95-CV-0916 | 8/25/1995 |
| Hammick, Howard O. | CJ-99-897-62 | 2/11/1999 |
| Hammond, Vitalis W. | | |
| Handza, John | 95-42619 | 8/30/1995 |
| Hardwick, Irvin B. | 96-44781 | 8/30/1996 |
| Hatchel, J L. | 96-41736 | 8/20/1996 |
| Hatchel, J L. | 2000-14682 | 3/23/2000 |
| Hatcher, Mardis D. | 96-21983 | 5/30/1996 |
| Heckart, Duane L. | 96-43386 | 8/28/1996 |
| Henion, Glen | | |
| Herod, Jerry | 002-01120 | 4/28/2000 |
| Herrera, Felix B. | 2000-58257 | 11/13/2000 |
| Hesseltine, Victor W. | 2001-06231 | 2/2/2001 |
| Hewlett, James W. | 97-11419 | 2/27/1997 |
| Hickman, James R. | | |
| Higgins, Loy W. | 2001-06232 | 2/2/2001 |
| Hilgert, Leon J. | ADMIN | |
| Hillman, Willie L. | | |
| Hines-Clo, David Y. | 96-37292 | 7/25/1996 |
| Hiseley, William L. | CJ-99-8084-61 | 11/10/1999 |
| Hodgson, James G. | 97-28575 | 5/29/1997 |
| Hoffschneider, Arthur | 96-48788 | 9/23/1996 |
| Hoit, Warren | 3-00-CV-10235 | 12/14/2000 |
| Holcombe, David W. | 94-C-2110-3 | 8/22/1994 |
| Hollingsworth, Henry | 97-56161 | 11/13/1997 |
| Hopper, A. Q. | 96-41736 | 8/20/1996 |
| Houston, Leroy | 96-35299 | 7/19/1996 |
| Hunnicut, Billy | 96-39170 | 8/6/1996 |
| Hutcheson, Norval O. | 96-31889 | 6/24/1996 |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Hutchins, Rastus T. | 98-21727 | 5/7/1998 |
| Imai, Luis H. | | |
| Inman, Charles H. | 98-43458 | 9/10/1998 |
| Irwin, Gwendolyn J. | 96-35299 | 7/19/1996 |
| Isham, Walter C. | 96-35299 | 7/19/1996 |
| Jackson, Clarence W. | 002-01120 | 4/28/2000 |
| Jackson, Frank S. | 96-41404 | 8/19/1996 |
| Jackson, Frank W. | 2000-42066 | 8/18/2000 |
| Jackson, James D. | 982-10054 | 12/24/1998 |
| James, Thomas | 95-CV-0916 | 8/25/1995 |
| Jensen, Carl T. | 2000-55384 | 10/30/2000 |
| Jensen, Duane M. | 96-48788 | 9/23/1996 |
| Johnson, Ira | 98-29414 | 6/23/1998 |
| Johnson, Robert D. | 2000-14682 | 3/23/2000 |
| Johnson, Willie Herbert | 95-CV-0916 | 8/25/1995 |
| Jones, Carl R. | 94-C-2110-3 | 8/22/1994 |
| Jones, Charles D. | 96-64631 | 12/30/1996 |
| Jones, George H. | | |
| Jones, Larry L. | 94-C-2110-3 | 8/22/1994 |
| Jones, Raymond | 94-C-2110-3 | 8/22/1994 |
| Jones, Robert E. | 94-C-2110-3 | 8/22/1994 |
| Jones, Sidney | 96-64631 | 12/30/1996 |
| Jones, Willie | 94-C-2110-3 | 8/22/1994 |
| Jones, Willie T. | 96-08428 | 2/14/1996 |
| Jordan, Robert C. | 96-43386 | 8/28/1996 |
| Kasler, Norman T. | CJ 99-3281-65 | 1/20/1998 |
| Keeler, Charlie I. | 1999-15266 | 3/25/1999 |
| Keen, Alan R. | 2000-38782 | 8/1/2000 |
| Kelley, Cecil L. | 96-59193 | 11/21/1996 |
| Kent, Jerald D. | 94-C-2110-3 | 8/22/1994 |
| King, Jammie H. | 97-11474 | 2/28/1997 |
| Kinney, Donald | 96-15686 | 3/26/1996 |
| Kirchner, Stephen J. | cause | |
| Kirkpatrick, Lynn C. | 96-27533 | 6/3/1996 |
| Kirksey, Dorothy | 96-39170 | 8/6/1996 |
| Kitchen, Edgar | 972-01558 | 5/19/1997 |
| Kjolsing, James | ADMIN | 11/11/1911 |
| Klause, Bob H. | | |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Knapp, Charles S. | 972-01558 | 5/19/1997 |
| Kohler, Donald D. | | |
| Krenek, Wilbur J. | 97-08609 | 2/14/1997 |
| La Forge, Tracy I. | 96-48789 | 9/23/1996 |
| Labbe, Ivan J. | 94-C-2110-3 | 8/22/1994 |
| Langford, R L. | 96-48789 | 9/23/1996 |
| Larned, Kinsey R. | | |
| Lawson, Garlin E. | 2001-02762 | 1/18/2001 |
| Lawson, Levert | 94-C-2110-3 | 8/22/1994 |
| Lawson, Willie J. | 94-C-2110-3 | 8/22/1994 |
| Lecceardone, Philip | 97-11474 | 2/28/1997 |
| Lee, Charles B. | 2001-06997 | 2/8/2001 |
| Lee, Henry J. | 982-10058 | 12/24/1998 |
| Lee, James R. | 97-23115 | 4/30/1997 |
| Lee, Robert | 96-39170 | 8/6/1996 |
| Lee, Rockie J. | 97-23116 | 4/30/1997 |
| Lemons, Fred | | |
| Leopard, John V. | 98-01228 | 1/13/1998 |
| Lewis, Willie D. | 94-C-2110-3 | 8/22/1994 |
| Lewis, Willie R. | 2000-36847 | 7/24/2000 |
| Lipscomb, Roselle K. | 2000-64 | 6/16/2000 |
| Loftus, James A. | 96-41736 | 8/20/1996 |
| Logan, Fred L. | 97-02962 | 1/22/1997 |
| Long, Otis | 95-CV-0916 | 8/25/1995 |
| Longoria, Daniel | | |
| Lopez Pacheco, Luis | 96-39011 | 8/5/1996 |
| Love, Max | 1999-17569 | 4/6/1999 |
| Lowery, Danny J. | 94-C-2110-3 | 8/22/1994 |
| Luckey, Lawrence | 96-39170 | 8/6/1996 |
| Luter, Willie J. | 98-44959 | 9/21/1998 |
| Lyons, George R. | 96-43385 | 8/28/1996 |
| Macias, Julio P. | 96-14831 | 3/20/1996 |
| Madison, Guy N. | 96-64631 | 12/30/1996 |
| Mancuso, Stephen D. | 96-44788 | 8/30/1996 |
| Marques, Jere W. | 95-CV-0916 | 8/25/1995 |
| Marshall, Geraldine | 96-08428 | 2/14/1996 |
| Martin, Joseph | 96-08428 | 2/14/1996 |
| Martinez, Pete R. | | |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Maske, Teddy | 96-35299 | 7/19/1996 |
| Masterson, Janice E. | | |
| Mathis, Thomas N. | | |
| Mayfield, Morrice | 96-21983 | 5/30/1996 |
| Mayhall, Daniel. P. | 2000-64 | 6/16/2000 |
| Mayo, Jack | CJ-99-8116-65 | 11/10/1999 |
| McCarley, Demaris J. | 94-C-2110-3 | 8/22/1994 |
| McClellan, Joyce M. | 96-08428 | 2/14/1996 |
| McClenon, John | 95-40823 | 8/22/1995 |
| McCoy, Lynn | 2001-09087 | 2/19/2001 |
| McDade, Sylvester | 95-CV-0916 | 8/25/1995 |
| McDaniel, Louie Max | 95-CV-0916 | 8/25/1995 |
| McDonald, Warren D. | NOT FILED | |
| McEwen, Lee R. | 2000-37993 | 7/27/2000 |
| McGee, George E. | 98-21728 | 5/7/1998 |
| McGillivray, Clare E. | 96-48788 | 9/23/1996 |
| McGonagill, Henry W. | 98-17837 | 4/17/1998 |
| McGraw, Miles | 2000-63665 | 12/15/2000 |
| McGuffie, James R. | 96-64631 | 12/30/1996 |
| McHugh, Martin O. | 94-C-2110-3 | 8/22/1994 |
| McIntosh, Marlin | 96-35298 | 7/19/1996 |
| McKnight, John D. | 96-64631 | 12/30/1996 |
| McKnight, Rennie L. | 2000-58805 | 11/16/2000 |
| McLain, Charlie | 95-CV-0916 | 8/25/1995 |
| McManus, Charles | 96-64631 | 12/30/1996 |
| Meares, Nash M. | 992-01626 | 6/25/1999 |
| Medina Rivas, Ramon | 96-39011 | 8/5/1996 |
| Melton, Bobby L. | 1999-15440 | 3/26/1999 |
| Meredith, Oscar | 96-14830 | 3/20/1996 |
| Metz, Curtis G. | 2000-45455 | 9/7/2000 |
| Miller, Ralph K. | 97-47270 | 9/12/1997 |
| Miller, William H. | 96-43383 | 8/28/1996 |
| Miller, Willie | 96-39170 | 8/6/1996 |
| Minchew, Thomas R. | 2000-37062 | 7/25/2000 |
| Mitchell, Burnie | 96-37292 | 7/25/1996 |
| Modisette, Buddy W. | 2000-51571 | 10/11/2000 |
| Molnar, Josef | 2000-45773 | 9/8/2000 |
| Montemayor, Milton | | |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Moody, George E. | 97-23119 | 4/30/1997 |
| Moore, Charlie | 95-CV-0916 | 8/25/1995 |
| Moore, Jessie Winford | 95-CV-0916 | 8/25/1995 |
| Moore, Mary Jane | 96-35299 | 7/19/1996 |
| Morgan, Haywood | 94-C-2110-3 | 8/22/1994 |
| Morgan, Henry J. | | |
| Morgan, William | 95-CV-0916 | 8/25/1995 |
| Mosley, James A. | 94-C-2110-3 | 8/22/1994 |
| Mounkes, Arlon G. | 002-01120 | 4/28/2000 |
| Mulich, Ernest F. | 982-10054 | 12/24/1998 |
| Nakovic, Felix F. | 2000-37063 | 7/25/2000 |
| Naverro, Louis | 96-41736 | 8/20/1996 |
| Naves, Leandrew | 96-39170 | 8/6/1996 |
| Neely, Robert G. | 1999-10725 | 3/1/1999 |
| Nelms, Alex L. | 96-35299 | 7/19/1996 |
| Nelson, Lee W. | 98-50458 | 10/23/1998 |
| Newman, Paul F. | 96-35299 | 7/19/1996 |
| Newton, Barren G. | 96-64631 | 12/30/1996 |
| Newton, William T. | 2000-64 | 6/16/2000 |
| Nichols, Conrad E. | 97-11474 | 2/28/1997 |
| Nix, Wilbert G. | 1999-06096 | 2/4/1999 |
| Norwood, Howard | 96-21983 | 5/30/1996 |
| Nunn, Roy | 95-43869 | 8/31/1995 |
| O'brien, Jesse A. | 95-43868 | 8/31/1995 |
| Oliver, William L. | 97-32937 | 6/20/1997 |
| Orso, Oscar Bennie | 95-CV-0916 | 8/25/1995 |
| Oster, Gottlieb | 96-41404 | 8/19/1996 |
| Ostermeyar, James A. | 98-35697 | 7/28/1998 |
| Owen, John E. | 96-14831 | 3/20/1996 |
| Owens, A. D. | V-96-96 | 7/29/1996 |
| Pace, Henry Leon | 95-CV-0916 | 8/25/1995 |
| Parker, Charles L. | 98-01125 | 1/9/1998 |
| Parks, Floyd Burke | 95-CV-0916 | 8/25/1995 |
| Partridge, Franklin E. | 94-C-2110-3 | 8/22/1994 |
| Pate, Dorothy Ann | 95-CV-0916 | 8/25/1995 |
| Paull, Harold S. | 972-01558 | 5/19/1997 |
| Peebles, Harold W. | CJ-2000-5719-67 | 8/7/2000 |
| Pelava, Robert E. | cause | 12/14/1999 |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Pereira Castro, William | 95-CV-0751 | 7/12/1995 |
| Perry, Cecil W. | 96-21983 | 5/30/1996 |
| Perry, Garry R. | 2000-64 | 6/16/2000 |
| Perry, Homer M. | 95-CV-0916 | 8/25/1995 |
| Perry, Lester | 95-CV-0916 | 8/25/1995 |
| Phelps, Curtis | | |
| Philbin, Gene A. | 2000-64 | 6/16/2000 |
| Phillips, Charles M. | 96-48789 | 9/23/1996 |
| Phillips, L. G. | 2000-64 | 6/16/2000 |
| Pickett, Wanda F. | 96-56587 | 11/5/1996 |
| Pierce, Benjamin | 94-C-2110-3 | 8/22/1994 |
| Pierce, James H. | 94-C-2110-3 | 8/22/1994 |
| Pierson, V L. | 96-19923 | 4/19/1996 |
| Pinkard, Mary C. | 94-C-2110-3 | 8/22/1994 |
| Pittman, Virgie | 94-C-2110-3 | 8/22/1994 |
| Poindexter, Leonard R. | 972-01558 | 5/19/1997 |
| Polson, Gerald L. | 97-23167 | 4/30/1997 |
| Porter, Clarence | 1999-26091 | 5/19/1999 |
| Pounds, Darrell K. | 96-64631* | 12/30/1996 |
| Powell, James R. | 94-C-2110-3 | 8/22/1994 |
| Price, Gene J. | 95-CV-0916 | 8/25/1995 |
| Price, Roscoe Z. | 97-23123 | 4/30/1997 |
| Prince, Samuel D. | 2000-53342 | 10/19/2000 |
| Pruneda, Jose G. | 97-56161 | 11/13/1997 |
| Puett, Claude A. | 2000-14682 | 3/23/2000 |
| Pupek, Frank | 97-11474 | 2/28/1997 |
| Rainge, Ollie | 94-C-2110-3 | 8/22/1994 |
| Raley, George | 96-39170 | 8/6/1996 |
| Ramey, Robert F. | 96-42097 | 8/22/1996 |
| Raney, William T. | 96-14830 | 3/20/1996 |
| Rasmussen, Don | | |
| Ratcliff, John | 94-C-2110-3 | 8/22/1994 |
| Rauch, John H. | 97-23168 | 4/30/1997 |
| Reed, Charles | 96-43386 | 8/28/1996 |
| Reed, Ted R. | 96-41736 | 8/20/1996 |
| Reese, J. C. | 94-C-2110-3 | 8/22/1994 |
| Reese, Willie | 94-C-2110-3 | 8/22/1994 |
| Reeves, John V. | | |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Revette, Larry B. | 96-37291 | 7/25/1996 |
| Reyna, Ricardo M. | 2000-38030 | 7/28/2000 |
| Rios, Juan J. | 1999-35426 | 7/8/1999 |
| Roberts, Billy M. | 94-C-2110-3 | 8/22/1994 |
| Robertson, Earnest S. | 95-CV-0916 | 8/25/1995 |
| Rodriguez Diaz, Franci | 95-CV-0751 | 7/12/1995 |
| Rodriguez Melendez, G | 96-11482 | 2/29/1996 |
| Rodriguez Mercado, W | 96-39011 | 8/5/1996 |
| Roney, Ralph O. | 96-08428 | 2/14/1996 |
| Rosado Ruiz, Harry | 96-39011 | 8/5/1996 |
| Rossi, Gabrielle | ADMIN | 11/11/1911 |
| Roussel, Ted T. | 94-C-2110-3 | 8/22/1994 |
| Rovnak, Paul G. | 97-11474 | 2/28/1997 |
| Rozier, Harry H. | 96-42097 | 8/22/1996 |
| Rudolph, Rufus | 97-23126 | 4/30/1997 |
| Ruhl, Franklin D. | cause | |
| Ruter, Lewis L. | cause | |
| Rutledge, Wilbur J. | 96-41736 | 8/20/1996 |
| Ryan, Robert J. | 96-14831 | 3/20/1996 |
| Rynko, Heinrich | 00C1856 | 3/27/2000 |
| Sacket, Devere J. | 96-41736 | 8/20/1996 |
| Sage, Hugh D. | 992-01626 | 6/25/1999 |
| Samuel, Willie | 95-CV-0916 | 8/25/1995 |
| San Millan, Raymond | ADMIN | 11/11/1911 |
| Sanders, Glenn C. | 2000-14682 | 3/23/2000 |
| Sanders, Mark | 002-01120 | 4/28/2000 |
| Sanford, Tommy J. | 94-C-2110-3 | 8/22/1994 |
| Santos Gonzalez, Franc | 97-11473 | 2/28/1997 |
| Sappington, Patrick H. | 97-56161 | 11/13/1997 |
| Sauceda, Eliseo | 2000-55385 | 10/30/2000 |
| Sauceda, Ernesto M. | 2000-54030 | 10/23/2000 |
| Savoie, John L. | 94-C-2110-3 | 8/22/1994 |
| Schimmel, Norman T. | 96-43383 | 8/28/1996 |
| Schnaare, Raymond W. | 00-235-WLB | 3/29/2000 |
| Schroeder, Bennie E. | 96-21339 | 4/26/1996 |
| Schroeder, Donald A. | 96-48789 | 9/23/1996 |
| Schultz, Melvin L. | 97-11474 | 2/28/1997 |
| Schwindt, Harold | 96-48788 | 9/23/1996 |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Scott, Elmer | 002-01120 | 4/28/2000 |
| Sears, Bryan | 982-10058 | 12/24/1998 |
| Sears, Bryan | 98-23882 | 5/20/1998 |
| Selman, Frank | 96-21983 | 5/30/1996 |
| Sexton, Billy Don | 95-CV-0916 | 8/25/1995 |
| Sharp, David | 95-CV-0279 | 3/8/1995 |
| Shea, Alma V. | 96-14826 | 3/20/1996 |
| Shelby, Edward W. | 972-01558 | 5/19/1997 |
| Shorter, Alexander | 96-35299 | 7/19/1996 |
| Simpson, Hollis M. | | |
| Sims, Truman A. | 2000-46389 | 9/12/2000 |
| Singleton, Charles Wat | 95-CV-0916 | 8/25/1995 |
| Sissom, George D. | 96-48789 | 9/23/1996 |
| Skobodzinski, Walter | 97-11474 | 2/28/1997 |
| Smith, Burrell | 97-23128 | 4/30/1997 |
| Smith, Charles S. | 96-41404 | 8/19/1996 |
| Smith, Clyde W. | 97-28574 | 5/29/1997 |
| Smith, Jesse W. | 95-59797 | 12/12/1995 |
| Smith, Laura M. | 1999-20857 | 4/23/1999 |
| Smith, Oscar | 97-42508 | 8/13/1997 |
| Smith, Troy E. | 97-23174 | 4/30/1997 |
| Solomon, Ezekiel | 95-CV-0916 | 8/25/1995 |
| Soto, Eligio L. | | |
| Soto, Steve A. | | |
| Speed, Charles A. | 96-08428 | 2/14/1996 |
| Spencer, Leland | 95-CV-0916 | 8/25/1995 |
| Sprene, Howard | 00-235-WLB | 3/29/2000 |
| St. Paul, Andrew | 00C1856 | 3/27/2000 |
| Staggs, Clarence E. | 2000-64 | 6/16/2000 |
| Stanley, Jesse R. | 96-35299 | 7/19/1996 |
| Stephens, Eugene R. | | |
| Stoddard, Charles W. | 96-41404 | 8/19/1996 |
| Streeter, Jack W. | 002-01120 | 4/28/2000 |
| Stroeing, Celestine P. | ADMIN | 11/11/1911 |
| Struggs, Jessie James | 95-CV-0916 | 8/25/1995 |
| Struntz, Gerald L. | admin | |
| Stull, Alfonso | 95-43657 | |
| Suarez, Armando | 97-11472 | 2/28/1997 |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Sumlin, Ivory C. | 2000-39483 | 8/3/2000 |
| Svetlik, George T. | | |
| Sykes, Frank | | |
| Tanner, Ray A. | | |
| Tate, Henry | 94-C-2110-3 | 8/22/1994 |
| Taylor, Alvin L. | 96-64631 | 12/30/1996 |
| Taylor, Betty L. | 96-08428 | 2/14/1996 |
| Taylor, Dred | 95-CV-0916 | 8/25/1995 |
| Taylor, Kenneth J. | 97-23137 | 4/30/1997 |
| Taylor, Melvin E. | 97-23233 | 4/30/1997 |
| Taylor, Samuel M. | 95-CV-0916 | 8/25/1995 |
| Tenney, Bobby G. | | |
| Tenney, Bruce L. | 97-23129 | 4/30/1997 |
| Terrell, Aubrey L. | 2000-64 | 6/16/2000 |
| Terrell, John F. | | |
| Thibodeaux, Arlenne E. | 96-33889 | 7/8/1996 |
| Thigpen, Hezekiah | 96-44791 | 8/30/1996 |
| Thomas, Annie P. | 95-CV-0916 | 8/25/1995 |
| Thomas, Marcell | 95-CV-0916 | 8/25/1995 |
| Thomas, Marion | 97-23130 | 4/30/1997 |
| Thomas, Marion | 972-01558 | 5/19/1997 |
| Thomas, Willie Ruth | 96-08428 | 2/14/1996 |
| Thomas, Willie Steven | 95-CV-0916 | 8/25/1995 |
| Thompson, Delbert | s | 2/28/1997 |
| Thompson, Hugh T. | 95-CV-0916 | 8/25/1995 |
| Thompson, Joe H. | 96-35298 | 7/19/1996 |
| Thompson, L T. | 96-21983 | 5/30/1996 |
| Thompson, Roy | 00-235-WLB | 3/29/2000 |
| Tilley, David S. | 95-CV-0916 | 8/25/1995 |
| Timmons, Carlton E. | | |
| Tippin, Carl W. | | |
| Titus, Lawrence P. | 3-00-CV-10235 | 12/14/2000 |
| Tobar, Bartholomew H. | 00C1856 | 3/27/2000 |
| Townsend, Dave | 95-CV-0916 | 8/25/1995 |
| Trahan, Francis Lester | 95-CV-0916 | 8/25/1995 |
| Tripp, Vesten E. | 94-C-2110-3 | 8/22/1994 |
| Tucker, James | 94-C-2550 | 10/10/1994 |
| Turner, Alvin L. | 96-37291 | 7/25/1996 |

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Turner, James H. | 96-21983 | 5/30/1996 |
| Tyler, Billy R. | CJ-99-8108-67 | 11/10/1999 |
| Tymes, Darian | 96-39170 | 8/6/1996 |
| Vallee, John E. | 2000-00905 | 1/10/2000 |
| Vaughan, James W. | 98-05057 | 1/30/1998 |
| Vega, Freddie G. | | |
| Vice, Basil G. | 96-14830 | 3/20/1996 |
| Viningre, Donald L. | 2000-56062 | 10/31/2000 |
| Vogelgesang , Charles | 399CV80160 | 8/11/1999 |
| Wadkins, William | 00-31-GMP | 1/5/2000 |
| Wagler, Marvin L. | 3:99CV80160 | 8/11/1999 |
| Waldrup, Austin C. | 95-CV-0916 | 8/25/1995 |
| Walls, Harold K. | 97-11472 | 2/28/1997 |
| Washington, Jordan | 96-37291 | 7/25/1996 |
| Watts, Herman | 95-CV-0916 | 8/25/1995 |
| Weakley-Clo, James T. | 96-37292 | 7/25/1996 |
| Weaver, Jack A. | 2000-46802 | 9/15/2000 |
| Welch, Addison | 95-CV-0916 | 8/25/1995 |
| Weller, Raymond E. | 002-01120 | 4/28/2000 |
| Wells, Marshal R. | 2000-14682 | 3/23/2000 |
| Westmoreland, Richard | | |
| Wheeler, Lenord | 95-CV-0916 | 8/25/1995 |
| Whetton, Joseph A. | admin | |
| Whitehead, Leroy R. | 94-C-2110-3 | 8/22/1994 |
| Whitehurst, Delmonte | 2000-10577 | 3/8/2000 |
| Whitlow, Louis C. | 94-C-2110-3 | 8/22/1994 |
| Whitt, James C. | 95-CV-0916 | 8/25/1995 |
| Whittle, Paul | 972-01558 | 5/19/1997 |
| Wickstrom, Walter | 96-41404 | 8/19/1996 |
| Wilcox, Albert L. | 1999-13179 | 3/15/1999 |
| Wilde, Leon J. | 2000-23659 | 5/10/2000 |
| Wilhelmy, George | 96-43384 | 8/28/1996 |
| Wilhite, Foster | 96-64631 | 12/30/1996 |
| Williams, Bobby | 96-39170 | 8/6/1996 |
| Williams, Charles E. | 97-29486 | 6/3/1997 |
| Williams, Elbert | 94-C-2110-3 | 8/22/1994 |
| Williams, Fred T. | 94-C-2110-3 | 8/22/1994 |
| Williams, Irwin J. | 2000-39678 | 8/7/2000 |

Page 16

copy Janice Grace rel follow up query 2/01                    4/12/2001

| Client Name | Cause Number | Date suit filed |
|---|---|---|
| Williams, Jacob C. | 95-CV-0916 | 8/25/1995 |
| Williams, James | 94-C-2110-3 | 8/22/1994 |
| Williams, Lee D. | 96-64631 | 12/30/1996 |
| Williams, Phillip E. | 94-C-2110-3 | 8/22/1994 |
| Williams, Ted V. | 97-15887 | 3/25/1997 |
| Wilson, C. M. | 2001-00730 | 1/5/2001 |
| Wingo, Clifford L. | | |
| Winkler, George W. | 2000-14682 | 3/23/2000 |
| Wise, Herman Hazle | 95-CV-0916 | 8/25/1995 |
| Withers, Robert L. | | |
| Witherspoon, Gerold C. | 94-C-2110-3 | 8/22/1994 |
| Wood, Harold G. | 002-01120 | 4/28/2000 |
| Wood, Joe F. | 95-CV-0916 | 8/25/1995 |
| Workman, Donald E. | 002-01120 | 4/28/2000 |
| Wray, Larry K. | 94-C-2110-3 | 8/22/1994 |
| Wrencher, William | 96-39170 | 8/6/1996 |
| Wright, Arlen E. | 2000-64 | 6/16/2000 |
| Wright, Charles F. | | |
| Wright, Jimmy W. | 1999-19571 | 4/16/1999 |
| Wright, Thomas G. | 2000-39679 | 8/7/2000 |
| Yarbrough, Joe M. | 97-21376 | 4/30/1997 |
| York, Kenneth W. | CJ-2000-2033-66 | 3/14/2000 |
| Young, Fred F. | 1999-17907 | 4/6/1999 |
| Young, Rodney G. | 94-C-2110-3 | 8/22/1994 |
| Young, William A. | | |
| Youngblood, Ray | 96-35297 | 7/19/1996 |
| Younker, Richard R. | 96-37292 | 7/25/1996 |
| Zengotita Ruiz, Alberto | 96-39011 | 8/5/1996 |
| Zinda, Stanley R. | 97-11474 | 2/28/1997 |
| Zuniga, Raymond G. | | |

**WILLIAMS ♣ BAILEY LAW FIRM, L.L.P.**

# CONTRACT
## Power of Attorney

**WILLIAMS**

**BAILEY**

**LAW FIRM
L.L.P.**

of counsel
NED BARNETT
RICHARD N. COUNTISS
ROBERT C. KUEHM
JIM WATSON

This agreement ("Agreement") is made the _____ day of _____ , 199____, between the following parties ("Parties"): _____
(collectively "Client") and **WILLIAMS ♣ BAILEY LAW FIRM, L.L.P.** ("Attorneys"). In consideration of the mutual promises herein contained, the Parties agree as follows:

## I. Purpose of Representation

1.1    Client retains and employs Attorneys to represent Client, to investigate and if appropriate, file suit for and attempt to recover any damages and compensation to which Client may be entitled against any party or parties responsible for same, as well as attempt to compromise and settle all claims of Client, in connection with or arising out of the following: _____ ("Claims").

## II. Attorneys' Fee

2.1    In consideration of Attorneys' services rendered and to be rendered as set out above, Client hereby assigns, grants, and conveys to Attorneys the following present undivided interest in the Claims:

33 ⅓ %   of any settlement or recovery made for Client;

2.2    Client understands that the Client is giving up at this time to the Attorneys the amount stated above, and that such percentage is of the total recovery or settlement before any costs, expenses, or disbursements are deducted (and Client understands that all costs, expenses, and disbursements are paid out of the Client's portion of the recovery, and not out of the Attorneys' portion).

2.3    If there is any type of settlement whereby the Client is to receive or be paid future payments, then the settlement will be reduced to present value, and the settlement will be arranged whereby there will be sufficient cash at the time of the settlement to pay the Attorney's Fees which will be figured on the present value of the total settlement including the present value of future payments.

2.4    The interest assigned and conveyed to Attorneys is based upon the total amount recovered, and the fact that some portion of the amount recovered may be designated as "attorneys fees" by the court or settling party will not limit the compensation to be paid under this Agreement.

## III. Approval Necessary for Settlement

3.1    Attorneys will not settle the claims without Client's approval. However, Client will not make a settlement or offer of settlement without the approval of Attorneys.

Form/WB:ASRT/120197

Exhibit "B"

3.2     Attorneys are hereby granted a power of attorney so that they may have full authority to prepare, sign, and file all legal instruments, pleadings, drafts, authorizations, and papers as shall be reasonably necessary to conclude this representation including settlement and/or reducing to possession any and all monies or other things of value due to the Client in connection with the Claims as fully as the Client could do so in person. Attorneys are also authorized and empowered to act as Client's negotiator in any and all settlement negotiations concerning the subject of this Agreement.

3.3     Client hereby authorizes Attorneys to negotiate a settlement of Client's claims in whatever manner, and using whatever negotiation strategy, Attorneys deem appropriate. Client understands that Attorneys may, if appropriate, negotiate a settlement of Client's claim and the claims of other clients similarly situated, on an aggregate basis. However, no such settlement will be negotiated without providing Client a description of the claims resolved by the settlement, the total settlement fund, the amount to be received by Client, and the amount to be received by other clients who are qualified to participate in the settlement.

3.4     Client understands that Attorneys have negotiated settlements of asbestos/silicosis claims (like those alleged by Client) with certain companies based upon the following criteria:

* the diagnosed condition at the time of submission of claim;

* the number of products the manufacturer may have had in the work place (time frames may have an impact on this);

* the financial condition of the company or its insurance carrier at the time the claim is made; and

* exposure to or use of products.

Accordingly, in the event your Claim involves one or more of these companies and/or insurance carriers, we may not be able to settle your Claim with these companies for more than the pre negotiated amount. If you want more information on the companies affected by these pre-negotiated settlements, and the amounts thereof, we will be happy to provide you with this information. By your signature below, you acknowledge your understanding and acceptance of these pre-negotiated settlements.

## IV. No Guarantee of Results

4.1     It is understood and agreed that Attorneys cannot warrant or guarantee the outcome of the case, and Attorneys have not represented to the Client that the Client will recover any damages, compensation or other funds so desired. The Client has also been informed that obtaining a judgment does not guarantee that the opposing parties will be capable or willing to satisfy the judgment.

## V. Court Costs and Expenses

5.1     Attorneys may advance any or all of the court costs and expenses that appear to the Attorneys to be reasonably necessary for the investigation, preparation, trial, and/or settlement of this matter. All such costs and expenses advanced or incurred by the Attorneys shall be deducted from the recovery obtained for the Client from the Client's portion of recovery. The Attorneys' contingent fee shall be computed on the total recovery without deduction for costs, expenses, or disbursements.

5.2     The terms "court costs" and "expenses" include without limitation: filing fees, court costs, expert fees (regarding, without limitation, evaluation, reports, and/or testimony), consultant fees, postage, long distance telephone calls, fax transmissions or receptions, messengers, court reporter fees, record service fees, photocopying, preparation of exhibits and photographs, transportation and/or lodging expenses and parking, service of citation,

investigative fees and expenses, court-mandated expenditures, specialized outside counsel fees and expenses (i.e., probate, taxation, bankruptcy), special staff, costs associated with collecting judgments, any expenses of a structured settlement, witness' fees and mileage, medical records, subpoenas, and all other reasonable and necessary costs and expenses which the Attorneys in their professional judgment, determine to be reasonably needed to the prosecution and/or settlement of the Claims of the Client.

5.3    If Attorneys have represented the Client throughout the course of the litigation and do not obtain for Client a settlement or recovery, then the Client will not owe Attorneys a fee or have to pay back any of the above expenses that have been advanced by Attorneys.

## VI. Cooperation of Client

6.1    Client agrees to cooperate with Attorneys at all times. Client further agrees to keep Attorneys advised of Client's whereabouts (and provide changes of address and telephone numbers), shall appear on reasonable notice, shall appear for all depositions and court appearances upon reasonable notice, and shall comply with all reasonable requests of Attorneys in connection with the preparation and presentation of the aforesaid Claims and causes of action of the Client.

6.2    Attorneys may, at their option, withdraw from the case and cease to represent Client should Client fail to comply with any portion of this Agreement or should Attorneys decide that they cannot continue to be involved in the Claim.

## VII. Association of or Assignment to Other Attorneys

7.1    Attorneys may associate any other attorney in the representation of the claims. Further, Attorneys may assign this matter and this Agreement to other attorneys of their choice.

7.2    Co-Counsel Relationship. Client understands that the attorneys of **WILLIAMS ♣ BAILEY LAW FIRM, L.L.P.** may be sharing attorneys' fees and expenses with other lawyers or law firms and Client consents to any such fee and expense sharing agreement. Client further understands that any such fee and expense sharing agreement reached between the attorneys of **WILLIAMS ♣ BAILEY LAW FIRM, L.L.P.** , and any other lawyers or law firms will NOT change in any manner the contractual obligation as detailed herein in paragraphs 2.1  2.4 that Client has agreed to pay in the prosecution, handling and collection of this matter.

## VIII. Texas Law to Apply

8.1    This Agreement shall be construed under and in accordance with the laws of the State of Texas, and all obligations of the parties created hereunder are performable in Harris County, Texas.

## IX. Parties Bound

9.1    This Agreement shall be binding upon and inure to the benefit of the Parties hereto and their respective heirs, executors, administrators, legal representatives, successors and assigns where permitted by this Agreement.

## X. Legal Construction

10.1    In case any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision thereof and this Agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

## XI. Arbitration

11.1    Any and all disputes, controversies, claims, causes of action or demands arising out of or relating to this Agreement or any of its provisions, the providing of services by Attorneys to Client, or in any way relating to the relationship or formation of relationship between Attorneys and Client, whether in contract, tort, or otherwise, at law or in equity, including but not limited to any claim or cause of action for legal malpractice, breach of fiduciary duty, fee dispute, or breach of contract, for damages or any other relief, shall be resolved by binding arbitration pursuant to Section 154.027 of the Texas Civil Practices & Remedies Code. The arbitration shall be conducted by a panel of three qualified arbitrators, as defined by Section 154.052 of the Texas Civil Practices and Remedies Code, consisting of one arbitrator appointed by Client, one arbitrator appointed by Attorneys, and the third arbitrator chosen by the two arbitrators selected by the Parties. Any such arbitration shall be conducted in Harris County, Texas. The arbitrators may resolve only questions specifically and expressly stated in the demand for arbitration and no others, but their decision shall be final and binding upon the parties as to the question or questions so submitted. There shall be no right of appeal or review from the decision of the arbitrators unless there is a showing that the decision was procured by corruption, fraud or undue means. The cost of arbitration shall be borne by the losing party.

## XII. Prior Agreements Superseded

12.1    This Agreement constitutes the sole and only agreement of the parties hereto and supersedes any prior understandings or written or oral agreements between the parties with respect to its subject matter.

12.2    Client certifies and acknowledges that Client has had the opportunity to read this Agreement, has been provided a copy of this Agreement, and has knowingly and voluntarily entered into this Agreement fully aware of its terms and conditions. Client further certifies and acknowledges that the decision to pursue these claims and to employ these particular Attorneys are solely Client's independent decisions after carefully considering the matters.

## XIII. No Assignment of Interest in Claim to Others

12.1    Client certifies and represents to Attorneys that they have revoked all prior agreements with other attorneys, if any, and that they have not assigned, sold or transferred any interest in the Claims except to the extent said Claims are assigned to Attorneys as specified in paragraph 2.1 - 2.4 herein.

**EXECUTED** on the day and year noted above.

**CLIENT SIGNATURES:**                                    **ATTORNEY SIGNATURE:**

_____

_____                          _____

Printed Name: _____           **WILLIAMS ❤ BAILEY LAW FIRM, L.L.P.**

S.S.N.: _____                  8441 Gulf Freeway, Suite 600

Printed Name: _____            Houston, Texas 77017

S.S.N.: _____                  (713) 230-2200

Address: _____                 (713) 643-6226 Fax

_____

Tel: _____

EXHIBIT "C"

SERVICE LIST

## W. R. GRACE & CO.-- CONN.

### SERVICE TO ALL PARTIES VIA UNITED STATE FIRST CLASS MAIL

COUNSEL TO DEBTOR:

Laura Davis Jones
Pachulski, Stang, Ziehl, et al
P. O. Box 8705
Wilmington, DE 19899-8705
*Fax: (302) 652-4400*

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*Fax: (312) 861-2200*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

UNITED STATES TRUSTEE

Office of the United States Trustee
Frank Perch
601 Walnut Street, Room 950 West
Philadelphia, PA 19106
*Fax: (215) 597-5795*

INTERESTED PARTIES AND COUNSEL FOR ASBESTOS CREDITORS

Peter Lockwood
Caplint & Drysdale, Charters
One Thomas Circle, N.W.
Washington, D.C. 20005
*Fax: (202) 429-3301*

Elihu Inselbuch
Caplin & Drysdale, Charters
399 Park Avenue, 36th Floor
New York, NY 10022
*Fax: (212) 644-6755*

Theodore Goldberg
Mark C. Meyer
Goldberg, Persky, Jennings & White, P.C.

1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219-6295
*Fax: (412) 471-8308*

Mark Lanier
Patrick N. Haines
Lanier Parker & Sullivan, P.C.
1331 Lamar, Suite #1550
Houston, TX 77010
*Fax: (713) 659-2204*

Alan Rich
Russell Budd
Baron & Budd, P.C.
The Centrum

3102 Oak Lawn Ave., Suite #1100
Dallas, TX 75219-4281
*Fax: (214) 520-1181*

Joseph F. Rice
Nancy Worth Davis
Ness, Motley, Loadhold, Richardson & Poole, P.A.
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465
*Fax: (843) 216-9450*

Brent W. Coon
Provost Umphrey Law Firm
490 Park Street
Beaumont, TX 77704
*Fax: (409) 838-8888*

Paul L. Sadler
D. Bryan Hughes
Wellborn, Houston, Adkinson, Mann, Sadler & Hill, L.L.P.
300 West Main Street
P. O. Box 1109
Henderston, TX 75653-1109
*Fax: (903) 657-6108*

Ian Cloud
Robins, Cloud, Greenwood & Lubel, LLP
910 Travis, Suite #2020
Houston, TX 77002
*Fax: (713) 650-1400*

Larry O. Norris, P.A.
101 Ferguson Street
Hattiesburgh, MS 39401-3812
*Fax: (601) 584-6634*

Silber Pearlman, P.C.
2711 North Haskell Ave.,
5th Floor, LB 32
Dallas, TX 75204
*Fax: (214) 824-8100*

Waters & Kraus
4807 West Lovers Lane
Dallas, TX 75209
*Fax: (214) 941-8855*

Paul D. Henderson
Dies, Henderson & Carona
1009 West Green
Orange, TX 77630-5619
*Fax: (409) 883-4814*

C. Sanders McNew
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038
*Fax: (212) 344-5461*

Shepard A. Hoffman
301 North Charles Street
Baltimore, MD 21201-4306
*Fax: (410) 539-8407*

Brad B. Erens
Jones, Day Reavis & Pogue
77 West Wacker
Chicago, IL 60601-1692
*Fax: (312) 782-8585*

Edwin H. Beachler
Caroselli, Beachler, McTierman & Convoy
312 Boulevard of the Allies
Pittsburgh, PA 15222
*Fax: (412) 391-7453*

Frank E. Stachyra
Stachyra & Penn
111 West Washington street
Chicago, IL 60602-2703
*Fax: (312) 782-4656*

Damon Chargois
Foster & Sear, LLP
1201 North Watson Road, Suite #145
Arlington, TX 76006
*Fax: (817) 633-5507*

Michael Kaeske
Kaeske-Reeves, LLP
6301 Gaston, Suite #735
Dallas, TX 75214
*Fax: (214) 821-0977*

Richard S. Glasser
Kendall, Hatten, Glasser, PLC
1001 East Broad Street, Suite #450
Richmond, VA 23219
*Fax: (757) 625-4115*

Michael V. Kelley
Kelley & Ferraro, LLP
1901 Bond Court Building
1300 East 9th Street
Cleveland, OH 44114
*Fax: (216) 575-0799*

Glen W. Morgan
Reaud, Morgan & Quinn
801 Laurel
Beaumont, TX 77701
*Fax: (409) 833-8236*

Terry Johnson
455 East Illinois Street, Suite #361
Chicago, IL 50511
*Fax: (312) 933-3399*

Mark Freedlander
Sable Pusateri Rosen Gordon & Adams
Frick Building, 7th Floor
Pittsburgh, PA 15219-6003
*Fax: (412) 281-2859*

Jon L. Heberling
McGarve, Heberling, Sullivan & McGarvey
745 South Main Street
Kalispel, MT 59901
*Fax: (406) 752-7124*