IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: §
§
W.R. GRACE & CO. § CASE NO. 01-01139PJW
§ (CHAPTER 11)
DEBTOR § HON. PETER J. WALSH

## NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, the undersigned firm appears on behalf of numerous asbestos claimants, by and through their attorneys Glen W. Morgan of Reaud, Morgan & Quinn, Inc. and J. William Lewis of Environmental Litigation Group, creditors and parties-in-interest in the above-captioned case, and hereby request that all papers served or required to be served in this case be given to and served upon the person at the address below:

Keavin D. McDonald
WILSHIRE SCOTT & DYER, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas 77010
Phone: 713/651-1221
Fax: 713/651-0020
kmcdonald@wsd-law.com

DATED this the 17th day of April, 2001.

Respectfully submitted,

WILSHIRE SCOTT & DYER, P.C.

By: _____
KEAVIN D. MCDONALD
State Bar No. 13551200
WILSHIRE SCOTT & DYER, P.C.
1221 McKinney, Suite 4550
Houston, Texas 77010
Telephone: 713/651-1221
Facsimile: 713/651-0020

ATTORNEY FOR CREDITORS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following, via U.S. Mail, first-class, postage prepaid, on this the __16th__ day of April, 2001:

Laura Davis Jones
Pachulski, Stang, Ziehl, et al
P.O. Box 8705
Wilmington, DE 19899-8705

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

United States Trustee
601 Walnut Street, Room 950 West
Philadelphia, PA 19106

_____
KEAVIN D. MCDONALD