IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF NEW JERSEY

In re:    )
          )
W. R. GRACE & CO., et al    )    Chapter 11
          )CASE NO. 01-1139 (WFW) through
          )CASE NO. 01-1200 (WFW)
Debtor.   )
_____)

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(j)(4), 3017(d), 9007, and 9010(b), Joseph F. Albers, Rose M. Caperna, Freddie French, and Stephen J. Holmes, Personal Representative of the Estate of Charles L. Carnes, Jr., deceased, and others too numerous to include therein, (hereinafter "Creditors"), creditors in the above-captioned bankruptcy case, hereby appears by its attorneys, The Law Offices of Peter G. Angelos, P.C. and requests that all notices given or required to be given and all papers, served or required to be served in this case be given to and served upon the undersigned attorneys, at the address and telephone numbers forth below:

The Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny, Esq.
5905 Harford Road
Baltimore, Maryland 21214
(410) 426-3200
(410) 426-6166 (fax)

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitations, any notices, order, applications, motions, petitions, pleading, requests, complaints or demands, and any other document brought

before the Court in this case, whether or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Dated: April 20, 2001

Respectfully submitted,

Paul M. Matheny
LAW OFFICES OF PETER G. ANGELOS, P.C
5905 Harford Road
Baltimore, Maryland 21214
(410) 426-3200
(410) 426-6166 (fax).

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing the same to each by First Class United States mail, properly addressed and postage prepaid on this 20th day of April, 2001.

PAUL M. MATHENY