

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al.; | : | Case No. 01-01139 (JJF) |
| | : | |
| Debtors. | : | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Jacobs & Crumplar, P.A. hereby appears as counsel to various parties in interest in the above-captioned Chapter 11 cases regarding injuries to an exposure to asbestos products. Pursuant to §1109(b) of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rules R2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") Jacobs & Crumplar respectfully requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon it at the office, postal address and telephone set forth below:

> Robert Jacobs
> Marla Rosoff Eskin
> Jacobs & Crumplar, P.A.
> 2 East 7th Street
> P.O. Box 1271
> Wilmington, DE 19899
> (302) 656-5445

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code

§110(b), this request includes not only the notices and papers referred to the Rules as specified above, in addition it includes without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone or otherwise.

                              JACOBS & CRUMPLAR, P.A.

By: *[signature]*
Robert Jacobs (#0244)
Marla Rosoff Eskin (#2989)
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445
Attorney for Plaintiff

Date: 4/24/01

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE                          :
                               :     Chapter 11
W.R. GRACE & CO., et al.;      :
                               :     Case No. 01-01139 (JJF)
                               :
    Debtors.                   :

### AFFIDAVIT OF SERVICE

On April 24th, 2001, personally appeared before me, Rebecca Strauss, who by me being duly sworn did depose and say that a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** was mailed and/or hand-delivered the day and year aforesaid to the following attorneys:

TO:   SEE ATTACHED LIST

*Rebecca Strauss*
Rebecca Strauss

SWORN TO AND SUBSCRIBED before me this 24th day of April 2001 A.D.

*Suzanne M. Wham*
Notary Public
SUZANNE M. WHAM
NOTARY PUBLIC-DELAWARE
My Commission Expires July 15, 2003

## Service List for W.R. Grace & Co.

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899

James Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Frank J. Perch, III, Esq.
Office of the United States Trustee
601 Walnut Street, Suite 950 West
Philadelphia, PA 19106

Peter Van N. Lockwood, Esq.
Julie Davis, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

William P. Bowden, Esq.
Matthew G. Zaleski, esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899