ORIGINAL

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al.; | : | Case No. 01-01139 (JJF) |
| | : | |
| Debtors. | : | Jointly Administered |

**VERIFIED STATEMENT PURSUANT TO RULE 2019 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
CONCERNING MULTIPLE REPRESENTATION OF PARTIES IN INTEREST**

Jacobs & Crumplar, P.A. pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), files this statement in connection with its representation of several creditors and/or parties in interest in the above-captioned cases of the debtors and debtors in possession (the "Debtors") and respectfully states as follows:

1.  Name and address of parties in interest represented by Jacobs & Crumplar;

Jacobs & Crumplar represents parties in interest in the above-captioned Chapter 11 cases as listed in "Exhibit A" which is attached.

2.  The nature and amount of the claims or rights of the parties in interest in terms of acquisition thereof;

Each of the parties claims and rights involve exposure to asbestos products in various claim demands.

3.  Pertinent facts and circumstances in connection with

the employment of Jacobs & Crumplar;

The parties in interest are represented by Jacobs & Crumplar pursuant to contingency fee agreements.  A sample of such an agreement is attached as "Exhibit B".

4.    Claims or interests owned by Jacobs & Crumplar.

Jacobs & Crumplar does not personally own, nor has it previously owned any claims or interests against the debtors.

Respectfully submitted, this 24th day of April, 2001.

JACOBS & CRUMPLAR, P.A.

By: _____
Robert Jacobs (#0244)
Marla Rosoff Eskin (#2989)
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445
Attorney for Plaintiffs

Date:____4/24/01____

bankruptcies\wrgraceverifiedstatment.mre

## VERIFICATION OF JACOBS & CRUMPLAR, P.A.

I, Marla Rosoff Eskin, declare under penalty of perjury that I have read the full foregoing statement and that is true and correct to the best of my knowledge, information and belief.

_____
Marla Rosoff Eskin

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE


IN RE                                :
                                     :    Chapter 11
W.R. GRACE & CO., et al.;            :
                                     :    Case No. 01-01139 (JJF)
                                     :
        Debtors.                     :


### AFFIDAVIT OF SERVICE

On April 24th , 2001, personally appeared before me,
Rebecca Strauss, who by me being duly sworn did depose and say
that a copy of the foregoing **VERIFIED STATEMENT PURSUANT TO RULE
2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE CONCERNING
MULTIPLE REPRESENTATION OF PARTIES IN INTEREST** was mailed and/or
hand-delivered the day and year aforesaid to the following
attorneys:


TO:   SEE ATTACHED LIST


_____
Rebecca Strauss


SWORN TO AND SUBSCRIBED before me this 24th day of April

2001 A.D.


_____
Notary Public

SUZANNE M. WHAM
NOTARY PUBLIC-DELAWARE
My Commission Expires July 15, 2003

## Service List for W.R. Grace & Co.

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899

James Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Frank J. Perch, III, Esq.
Office of the United States Trustee
601 Walnut Street, Suite 950 West
Philadelphia, PA 19106

Peter Van N. Lockwood, Esq.
Julie Davis, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

William P. Bowden, Esq.
Matthew G. Zaleski, esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

EXHIBIT A

## Exhibit A

### W.R. Grace Company

| Client<br>S.S # | C.A. | Address |
|---|---|---|
| Allston, Norbert<br>174-26-664 | 96C-08-244 | 4729 Bermuda Way N, Myrtle Beach, SC 29577-5429 |
| Ashcraft, Leon<br>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 | 00C-08-139 | 168 Landside Ln. Elkton, MD 21921 |
| Baker, Ivan<br>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 | 97C-04-098 | RR 3 Box 185-14 Georgetown, DE 19947 |
| Banning, William<br>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 | 99C-04-005 | Box 72 Rd 4 Georgetown, DE 19947 |
| Barsky, Harry<br>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 | 00C-07-185 | P.O. Box 5866 Newark, DE 19714 |
| Brewster, Howard<br>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 | 99C-02-277 | 409 S Lake Dr. Milton, DE 19968 |
| Casarino, Peter<br>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 | 99C-06-077 | 103 Yearsley Dr. Wilm., DE 19080 |
| Cash, John<br>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 | 00C-04-162 | 163 Access Rd. Oxford, AL 36203 |
| Currinder, Vaughn<br>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 | 01C-02-042 | 128 Garwood Dr. Bear, DE 19701 |
| Dimatteo, Gerald<br>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 | 99C-02-174 | 310 Rehobeth Ave Rehobeth, DE 19971 |
| Edwards, William<br>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 | 99C-09-038 | 931 Mulberry Ct. Middletown, DE 19709 |
| Elwood, James<br>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 | 97C-06-032 | 12 Wellesley Ct. New Castle, DE 19720 |
| Farrall, Thomas<br>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 | 98C-06-324 | 318 Calvin St. Harrington, DE 19952 |
| Henry, Wilson<br>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 | 99C-10-208 | 1563 John Adams Ct. Mays Landing, NJ 08330 |
| Henson, Bert<br>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 | 00C-11-261 | 2141 Lori Drive,Wilm, DE 19808 |
| Hill, Russell<br>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 | 98C-06-043 | 46 Robinson Dr. New Castle, DE 19720 |
| Kline, Edward<br>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 | 96C-03-115 | P.O. Box 183 Hartley, DE 19953 |
| Kowalewski, Edward<br>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 | 97C-05-184 | 1501 Willis Pl. Cleland Heights Wilm., DE 19805 |
| Marchese, Anthony<br>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 | 97C-11-127 | 509 6th Ave Wilm., DE 19808 |

| | | |
|---|---|---|
| McLaughlin, Paul<br>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 | 00C-09-161 | 3826 E. Everett Dr. Phoenix, AZ 85032 |
| Moroski, Richard<br>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 | 99C-03-200 | 309 Pennewill Dr. New Castle, DE 19720 |
| Pankiw, Peter<br>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 | 00C-07-009 | 218 S Avon Dr. Claymont, DE 19703 |
| Penrod, John<br>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 | 98C-05-136 | 922 Wilson Dr. Dover, DE 19904 |
| Pienkos, Stanley<br>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 | 96C-06-216 | 113 Admiral Dr., Wilm., DE 19804 |
| Porter, Harold<br>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 | 97C-11-228 | 10 N. Carolina Ave. Milton, DE 19968 |
| Russell, John<br>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 | 96C-03-106 | 2350 Overlook Dr. Wilm., DE 19810 |
| Smith, Rodney<br>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 | 00C-05-099 | 932 Kelly Ave. Woodlyn, PA 19094 |
| Smith, Sandy<br>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 | 00C-09-100 | 934 10th Ave. Wilm., DE 19808 |
| Steltzer, Arthur<br>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 | 99C-12-254 | 2424 Thornhill Ave Tifton, GA 31794 |
| Stewart, Wyloidine<br>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 | 96C-01-142 | 121 Atlas Dr. New Castle, DE 19720 |
| Waller, Paul<br>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 | 98C-06-325 | 8 Park Ln. Elkton, MD 21921 |

Charlene\WRGrace.rp

## ASBESTOS RELATED INJURY

### AGREEMENT BETWEEN CLAIMANT AND JACOBS & CRUMPLAR

I, _____, for and in consideration
of legal services rendered and to be rendered me by JACOBS &
CRUMPLAR, P.A., attorneys, in the handling of a certain cause of
action or claim for damages owned by me against any and all
persons, firms or corporations legally responsible to me for
injuries and damages sustained by me by virtue of exposure to
asbestos, have transferred, sold and assigned and by these
presents do hereby transfer, sell and assign an undivided thirty-
three and one third (33 1/3) of my said cause of action against
said person(s) so responsible to me, and I hereby contract and
agree to pay to said attorneys the above percentages of all sums
collected by me on said cause of action or claim for damages,
whether such sums so collected be received by settlement or
litigation.

I further hereby contract and agree to reimburse my
attorneys out of any net recovery they obtain for me in this or
any other personal injury action they are handling on my behalf,
all expenses incurred by them, including costs of Court.

I further understand that if my attorneys are unable to
obtain any recovery, I will owe them nothing for legal fees and
my attorneys will not seek to recover costs from me or my family.

I understand I have the right at anytime to discharge Jacobs
& Crumplar, P.A. and Jacobs & Crumplar, P.A., similarly has the
right to decide to discontinue and cease its representation.
Both parties agree that they will give to the other at least 30
days notice of such a decision and be willing to meet personally
with the other party before the decision becomes final.

I further agree that if I should ever discharge my attorneys
or if the attorney/client relationship with Jacobs & Crumplar,
P.A. should end for any reason, my attorney will have a valid
lien on any recovery, however obtained, to recover costs expended
by them and for the value of their legal service.  It is agreed
this lien shall have priority in payment.

I further understand that if, after a claim has been filed,
I, contrary to the advise of my attorney, decide not to settle

1

with the final defendant in my action, my attorney will, as long as they think they can make an ethical good faith claim, proceed to trial and/or appeal. In such a situation, however, I will be responsible to pay all costs incurred from the date I reject a settlement offer against the advice of my attorney, even if there is no recovery and I may be required to pay them in advance.

I do further hereby constitute and appoint said attorneys and/or their designees to do any and all acts which in their judgment may be reasonable and necessary in the handling of my said cause of action, the same as though such acts were actually performed by me. It is understood and agreed, however, that no settlement of my entire cause of action is to be made without my consent.

It is further understood and agreed that this contract only covers legal services performed in the asbestos lawsuit. If the client and Jacobs and Crumplar decide to pursue any other claim such as workmen's compensation or Social Security, it will be subject to a separate fee agreement.

WITNESS, my hand this _____ day of _____, 2001.

Accepted by:

Jacobs & Crumplar, P.A.


_____          _____
Witness                                     Name

                                            _____
                                            Address

                                            _____

                                            (___)_____
                                            Telephone Number

2