IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | BANKRUPTCY No. 01-1139 (RJN) |
| W. R. GRACE & CO., et al., | Chapter 11<br>(Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear for Herman's Sporting Goods in Liquidation, Inc., Debtor ("Herman's"), interested party in the above-captioned case. Request is hereby made, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all papers, pleadings, motions an applications served or required to be served in this case or any affiliated cases (including but not limited to the 61 other debtors listed in Exhibit 1 of the Voluntary Petition), be given to and served upon the following:

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
Attn: Elizabeth S. Kardos, Esq.
Telephone: (973) 596-4500
Facsimile: (973) 596-0545

-and-

Herman's Sporting Goods in Liquidation, Inc.
c/o R&S Liquidation Company, Inc.
5 Lyons Mall PMB #530
Basking Ridge, New Jersey 07920-1928
Attn: Thomas J. Noonan, Jr.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way any rights or interests of Herman's with respect to the Debtors or any related entity, or property or proceeds thereof in which the Debtors may claim an interest.

This appearance and request for notice is without prejudice to Herman's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit Herman's to the jurisdiction of the court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

> GIBBONS, DEL DEO, DOLAN,
> GRIFFINGER & VECCHIONE
> A Professional Corporation
> One Riverfront Plaza
> Newark, New Jersey 07102-5497
> (973) 596-4500
> Attorneys for Herman's Sporting Goods in
>     Liquidation, Inc., Debtor
>
> By: _____
>     Elizabeth S. Kardos

Dated: April 23, 2001
Newark, New Jersey

## CERTIFICATION OF SERVICE


FILED
2001 APR 25 PM 12: 32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I, GLENDA K. SULLY, of full age, certify:

1. I am a secretary with the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, a Professional Corporation, attorneys for Herman's Sporting Goods In Liquidation, Inc., Debtor.

2. On April 23, 2001, I caused a copy of the within Notice of Appearance and Demand for Service of Papers to be served by United States first-class mail, postage prepaid upon the following:

Laura Davis Jones, Esq.
David Carickoff, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street - 16th Floor
Wilmington, DE 19899-8705
Local Counsel to Debtors and
Debtors-in-Possession

Mark Kenney, Esq.
Office of the United States Trustee
601 Walnut Street – Curtis Center
Suite 950 West
Philadelphia, PA 19106

James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Counsel to Debtors and Debtors-in-Possession

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue – Suite 900
P.O. Box 25130
Wilmington, DE 19899
Local Counsel to DIP Lender

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Counsel to DIP Lender

Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Local Counsel to Asbestos Claimants

Nancy Worth Davis, Esq.
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Counsel to Asbestos Claimants

3.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me be willfully false, I am subject to punishment.

_____
GLENDA K. SULLY

Dated: April 23, 2001
Newark, New Jersey

FILED
2001 APR 25 PM 12:33
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE