ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No.: 01-01139 - 01-1200 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors | ) | **Response Date: May 1, 2001 at 4:00 p.m.** |
| | ) | **Hearing Date:   May 3, 2001 at 8:00 a.m.** |

**MOTION FOR ORDER SHORTENING TIME**

Paul Price, individually, and as proposed class representative in <u>In re: Zonolite Attic Insulation Products Liability Litigation</u>, Multi-District Panel No. 1376 currently pending before the United States District Court for the District of Massachusetts (Saris, D.J.), (hereinafter the "ZAI Plaintiffs" or "Plaintiffs"), by and through undersigned counsel, hereby moves this Court for entry of an order pursuant to Section 102 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") providing that notice of the attached Motion for Relief from the Automatic Stay of Paul Price, Individually and as Proposed Class Representative in *In re: Zonolite Attic Insulation Products Liability Litigation*, MDL 1376 (the "Motion") be approved and shortened in the manner designated below. In support of this motion, the ZAI Plaintiffs represent as follows:

1. The ZAI Plaintiffs request, by this motion, that the Court exercise its discretion and enter an order shortening the fifteen-day notice period normally required by Local Rule 4001-1 of the Local Rules of Bankruptcy Practice and procedure of the United States Bankruptcy Court for the District of Delaware to eight (8) days to enable the matter to be heard at the

specially scheduled hearing on May 3, 2001, at 8:00 a.m., when the Court will be considering the Motion for a Preliminary Injunction involving these same parties.

2.  The ZAI Plaintiffs are plaintiffs in four federal class-action property damage lawsuits who seek to (a) notify other homeowners of the presence of ZAI in their homes and the health risks posed by it, and (b) obtain injunctive relief and an award of sufficient monetary damages to compensate homeowners for the removal of ZAI from their residences. The lawsuits have been consolidated into a Multi-District Litigation Proceeding, MDL 1376. Pursuant to the Motion, the ZAI Plaintiffs seek relief from the stay so that the MDL court can move forward with the issue of class certification and so that discovery may continue, pursuant to the MDL Case Management Order, under the supervision of the MDL Court. The class certification issue has been fully briefed and will have significant impact on the handling of the Debtors bankruptcy case.

3.  The Class Action Plaintiffs believe that sufficient cause exists and that it is in the best interests of their estates and the creditors to shorten the normal fifteen day notice period so that the matter can be heard at a date and time that has already been reserved for a hearing between the same parties on a related issue—specifically, Debtors request for a preliminary injunction against the prosecution of various actions against the non-Debtor affiliates. This motion for relief from stay addresses the same issues and essentially serves as the ZAI Plaintiffs response to the Debtors request for a preliminary injunction. Accordingly, the ZAI Plaintiffs believe that in the interests of judicial economy and the convenience of the Court and all interested parties, the Court should resolve both motions as the same time.

WHEREFORE, Certain Class Action Plaintiffs respectfully request that the Court (I) exercise its discretion and enter an Order approving the form, manner, sufficiency and shortening

of the notice of the Motion as contemplated hereby such that a hearing on the Motion may be held on May 3, 2001, at 8:00 a.m., the time reserved for another matter in this bankruptcy proceeding, with objections, if any, to be filed and served on the undersigned by no later than 4:00 p.m. on May 1, 2001; and (ii) grant such other relief as the Court deems appropriate.

Dated: April 25, 2001
      Wilmington, Delaware

ELZUFON & AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*

William D. Sullivan (Bar No: 2820)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Tel.: 302-428-3181
Fax: 302-428-3180

and

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Thomas M. Sobol
Matthew L. Tucillo
214 Union Wharton, 2nd Floor
Boston, MA 02109-1216
Tel: 617-720-5000
Fax: 617-720-5012

Attorneys for ZAI Plaintiffs

APPROVED AND SO ORDERED this 30 day of April, 2001.

*/s/ Joseph J. Farnan Jr.*

The Honorable Joseph F. Farnan Jr.
United States District Court Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF
PAUL PRICE, INDIVIDUALLY AND AS PROPOSED
CLASS REPRESENTATIVE IN *IN RE: ZONOLITE ATTIC
INSULATION PRODUCTS LIABILITY LITIGATION*, MDL 1376**

The Movant, Paul Price, individually, and as proposed class representative in In re: Zonolite Attic Insulation Products Liability Litigation, Multi-District Panel No. 1376 currently pending before the United States District Court for the District of Massachusetts (Saris, D.J.), hereby moves this Court for an Order granting relief from the automatic stay in order to (i) to enable District Judge Saris, who is sitting by designation by the Multi-District Litigation Panel on MDL 1376, to conclude proceedings and decide the question whether to certify under Fed. R. Civ. P. 23 a nationwide class of persons whose property contains Zonolite Attic Insulation, and (ii) to enable that Court and the parties to resume ongoing, discrete discovery in the Zonolite Attic Insulation litigation under the supervision of MDL 1376.

Paul Price respectfully requests that the Court grant this Motion for Relief from the Automatic Stay and for such other and further relief which this Honorable Court deems just and proper.

1

DATED:    April 25, 2001

PAUL PRICE
By his attorneys,

ELZUFON AUSTIN REARDON,
TARLOV & MONDELL, P.A.

_____
William D. Sullivan, Esq. #2820
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181

and

(continued on following page)

2

PAUL PRICE
By his attorneys,

LIEFF, CABRASER, HEIMANN & BERNSTEIN

Respectfully submitted,

BY: *Elizabeth Cabraser / MLT*
Elizabeth J. Cabraser,
Plaintiffs' Executive Committee and
as Proposed Class Counsel

Elizabeth J. Cabraser
Fabrice N. Vincent
John Low-Beer
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

and

By: *Thomas Sobol / MLT*
Thomas M. Sobol
Proposed Class Counsel

Thomas M. Sobol
Jan R. Schlichtmann
Hector D. Geribon
Matthew L. Tuccillo
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
214 Union Wharf
Boston, MA 02109-1216
Telephone: (617) 720-5000
Facsimile:  (617) 720-5015

2

By: /s/ John G. Stoia Jr. /MCT
John G. Stoia, Jr.,
Plaintiffs' Executive Committee and
as Proposed Class Counsel

John J. Stoia, Jr.
Timothy G. Blood
Jobeth Halper
MILBERG WEISS BERSHAD HYNES &
LERACH, LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-5050
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

By: /s/ David Pastor /MLT
David Pastor,
Plaintiffs' Executive Committee and
as Proposed Class Counsel

David Pastor
Edward L. Manchur
John C. Martland
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850
Facsimile: (781) 231-7840

By: /s/ Edward Westbrook /MLT
Edward J. Westbrook,
Plaintiffs' Executive Committee and
as Proposed Class Counsel

Edward J. Westbrook
Robert M. Turkewitz
NESS MOTLEY LOADHOLT
RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792

3

Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

By: _____*Robert M. Fishman*/mcr_____
Robert M. Fishman
Plaintiffs' Executive Committee and
as Proposed Class Counsel

Robert M. Fishman
SHAW GUSSIS DOMANSKIS FISHMAN
& GLANTZ
1144 West Fulton Street, Suite 200
Chicago, Illinois 60607
Telephone: (312) 541-0151
Facsimile:   (312) 541-0155

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Having considered the Motion for Relief from the Automatic Stay of the Paul Price, individually and as proposed class representative in In re: Zonolite Attic Insulation Products Liability Litigation, MDL 1376, and having considered any responses to the Motion, any oral argument of counsel, and the relevant case law, the Court finds that the requested relief is warranted.

IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay of Paul Price, individually and as proposed class representative in MDL 1376 is GRANTED and it is hereby ORDERED that (i) U.S. District Court Judge Saris, sitting by designation by the Multi-District Litigation Panel on Multi-District Panel Number 1376 shall, by operation of this Order, be allowed to conclude proceedings concerning and decide the question whether to certify under Fed. R. Civ. P. 23, a nationwide class of persons whose property contains Zonolite Attic Insulation, and (ii) that the parties to MDL 1376 shall, under supervision of Judge Saris, be allowed to resume ongoing, discrete discovery in the Zonolite Attic Insulation matter.

Signed this _____ day of _____, 2001.

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on April 25, 2001, I did serve the foregoing: Motion for Order Shortening Time and Motion For Relief From Stay upon the parties identified below via facsimile and overnight delivery or hand delivery and on the 2002 Service List via U.S. First Class Mail:

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 Market Street, Suite 1600
Wilmington, DE  19801
Fax: 302-652-4400

Scott L. Baena, Esquire
Bilzin,Sumberg,Dunn,Baena,Price&Axelrod
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131
Fax: 305-374-7593

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois  60601
Fax: 312-861-2200

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY  10022
212-644-6755

Frank Perch, III, Esquire
Office of the United States Trustee
601 Walnut Street, Suite 950 West
Philadelphia, PA  19106
Fax: 302-573-6497

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982
212-806-6006

Under penalty of perjury, I declare that the foregoing is true and correct.

4/25/01
Date

William D. Sullivan

G:\Docs\CLIENT\220000\00001\misc\00075952.DOC

W. R. Grace 2002 Service List
Case No. 01-1139 (RJN)

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

*Hand Delivery*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Federal Express*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*Federal Express*
(United States Trustee)
Mark Kenney, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

*Federal Express*
(Canadian counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

*Federal Express*
(W. R. Grace & Co.)
David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue 36th Floor
New York, NY 10022

*Federal Express*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Federal Express*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, Florida 33131

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

*First Class Mail*
)
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

*First Class Mail*
Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

*First Class Mail*
District Director
IRS
409 Silverside Road
Wilmington, DE 19809

*First Class Mail*
Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

*First Class Mail*
Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, Colorado 80202

*First Class Mail*
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

*First Class Mail*
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

*First Class Mail*
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

*First Class Mail*
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

*First Class Mail*
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

*First Class Mail*
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

*First Class Mail*
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

*First Class Mail*
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*First Class Mail*
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*First Class Mail*
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

*First Class Mail*

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

*First Class Mail*
(Counsel for The Chase Manhattan)
Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*First Class Mail*
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*
Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
Nancy Worth Davis
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
(Counsel for Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, Texas 75204

*First Class Mail*
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

*First Class Mail*
R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

*First Class Mail*
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*First Class Mail*
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

*First Class Mail*
Shelby A. Jordan
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471

Case 01-01139-AMC   Doc 149   Filed 04/25/01   Page 15 of 15