By: *[signature: John C. Stoia, Jr.]*
John G. Stoia, Jr.,
Plaintiffs' Executive Committee and as
Proposed Class Counsel

John J. Stoia, Jr.
Timothy G. Blood
Jobeth Halper
MILBERG WEISS BERSHAD HYNES & LERACH LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-5050
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

By: *[signature: David Pastor]*
David Pastor,
Plaintiffs' Executive Committee and as
Proposed Class Counsel

David Pastor
Edward L. Manchur
John C. Martland
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850
Facsimile: (781) 231-7840

By: *[signature: Edward J. Westbrook]*
Edward J. Westbrook,
Plaintiffs' Executive Committee and as
Proposed Class Counsel

Edward J. Westbrook
Robert M. Turkewitz
NESS MOTLEY LOADHOLT
  RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

By: /s/ Darrell Scott
Darrell Scott, As Proposed Class Counsel

Darrell Scott
Michael Black
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Cntr
717 W Sprague Ave.
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Attorneys for Plaintiffs Paul Price, John Prebil, and Margery Prebil

By: /s/ Richard Lewis
Richard Lewis, As Proposed Class Counsel

Richard Lewis
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3934
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

and

Steve Toll
Tamara Driscoll
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
999 Third Avenue, Suite 3600
Seattle, WA 98104
Telephone: (206) 521-0080
Facsimile: (206) 521-0166

Attorneys for Plaintiffs Paul Price, John Prebil, and Margery Prebil

By: /s/ Allan McGarvey
Allan McGarvey, As Proposed Class Counsel

Allan McGarvey
McGARVEY, HEBERLING, SULLIVAN
  & McGARVEY, P.C.
745 South Main
Kalispell, MT 59901
Telephone: (406) 752-5566
Facsimile: (406) 752-7124

Attorneys for Plaintiffs Paul Price, John Prebil, and Margery Prebil

On the Brief:

Christopher A. Seeger
SEEGER WEISS LLP
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

Attorneys for Jan Hunter

Mark S. Williams
BORRELLI, HUTTON & WILLIAM, P.A.
376 Trapelo Road
Belmont, MA 02478

Attorneys for Edward Lindholm and John J. Szufnarowski

William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

Attorneys for Edward Lindholm and John J. Szufnarowski

Mark C. Goldenberg
HOPKINS & GOLDENBERG, P.C.
2132 Pontoon Road
Granite City, IL 62040
Telephone: (618) 877-0088
Facsimile: (618) 877-6230

Attorneys for Jan Hunter