## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

2001 APR 27  AM 9: 15

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **W.R. GRACE & CO., et al.,** | : | **Case No. 01-01139** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |

### ENTRY OF APPEARANCE
### AND REQUEST FOR NOTICES AND PAPERS

Pursuant to Bankruptcy Rule 2002(i), the undersigned counsel hereby requests that copies

of all notices and pleadings in this case be served upon her as follows:

> Margery N. Reed, Esquire
> Duane, Morris & Heckscher LLP
> 4200 One Liberty Place
> Philadelphia, PA 19103-7396
> Telephone: (215) 979-1518
> Facsimile: (215) 979-1020

DUANE, MORRIS & HECKSCHER LLP

Dated: April 25, 2001

By: _Margery N. Reed_

Margery N. Reed, Esquire
Duane, Morris & Heckscher
4200 One Liberty Place
Philadelphia, PA 19103-7396
Telephone: (215) 979-1518

PH1\839735.1

153

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **W.R. GRACE & CO., et al.,** | : | **Case No. 01-01139** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this $^{24th}$ day of April, 2001, copies of the foregoing Request for Notices and Papers were sent by first-class mail, postage prepaid, to the following:

James H.M. Sprayregen, Esquire
James W. Kapp, III
Samuel A. Schwartz, Esquire
Roger J. Higgins, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Hamid R. Rafatjoo, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

DUANE, MORRIS & HECKSCHER LLP

*Margery N. Reed*

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396