FILED
2001 MAY -1  AM 9:57
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al., <br><br> DEBTORS. | ) <br> ) CHAPTER 11 <br> ) <br> ) BANKRUPTCY NO. 01-01139 (JJF) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2002(j)(4), 9007, and 9010(b), Marco Barbanti, Class Representative, Washington State Homeowners with Zonolite attic insulation, potential creditors in this case, hereby appears by his attorney, Darrell W. Scott, and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned attorney on his behalf, at the address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only the notices and papers required to be served under Bankruptcy Rule 2002 but also includes, without limitation, any notices, orders, applications, complaints, demands, pleadings, requests, and any

other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

RESPECTFULLY SUBMITTED this 18th day of April, 2001.

> LUKINS & ANNIS, P.S.
> 1600 Washington Trust Financial Center
> 717 West Sprague Avenue
> Spokane, WA 99201-0466
> (509) 455-9555
> (509) 747-2323 (FAX)
>
> By_____
> DARRELL W. SCOTT
> Attorneys for Creditor, Barbanti

FILED

2001 MAY -1 AM 9:

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>DEBTORS. | ) CHAPTER 11<br>)<br>) BANKRUPTCY NO. 01-01139 (JJF)<br>)<br>) (Jointly Administered)<br>) |

### CERTIFICATE OF SERVICE

I do hereby certify that on the 26th day of April, 2001, the foregoing document was delivered to the following persons in the manner indicated:

| | |
|---|---|
| Frank J. Perch, III<br>United States Trustee<br>601 Walnut St., Room 950W<br>Philadelphia, PA  19106 | VIA FIRST CLASS MAIL [X]<br>VIA CERTIFIED MAIL [ ]<br>VIA HAND DELIVERY [ ]<br>VIA FACSIMILE [ ] |
| Laura Davis Jones, Esq.<br>David Carickoff, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street, 16th Floor<br>P.O. Box  8705<br>Wilmington, DE  19899-8705 | VIA FIRST CLASS MAIL [X]<br>VIA CERTIFIED MAIL [ ]<br>VIA HAND DELIVERY [ ]<br>VIA FACSIMILE [ ] |

EXECUTED this 26th day of April, 2001, at Spokane, Washington.

_____
DARRELL W. SCOTT

3

J:\DWS\CLIENT.DWS\LIBBY\BANKRUPTCY\PLEADINGS\NOTICE OF APPEARANCE.DOC4/24/01