UNITED STATES BANKRUPTCY COURT FOR
DISTRICT OF DELAWARE

In Re:

W.R. Grace & Co., et al.,

    Debtor.

Bankruptcy

No. 01-01139(JJF)

Chapter 11 Reorganization

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that LIPSITZ, GREEN, FAHRINGER, ROLL, SALISBURY & CAMBRIA, LLP (Joseph T. Kremer, Esq., of Counsel), hereby files its Notice of Appearance and Request for Notices in this case and pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P."), and respectfully requests that all notices given or required to be given, and all papers served or required to be served in this case and in all proceedings arising under or related thereto, be served upon the following person(s) as follows:

    LIPSIPTZ, GREEN, FAHRINGER, ROLL
    SALISBURY & CAMBRIA, LLP
    42 Delaware Avenue, Suite 300
    Buffalo, NY 14202
    Attn: Joseph T. Kremer, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. §1109(b) the foregoing request includes notices and papers referred to in the Fed. R. Bankr. P. and additionally includes, without limitation, notices or any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise:

Dated:    Buffalo, New York
           April 27, 2001

                                    LIPSITZ, GREEN, FAHRINGER, ROLL,
                                    SALISBURY & CAMBRIA LLP

                                    By: _____
                                    Joseph T. Kremer, Esq.
                                    Attorneys for Asbestos Claimants
                                    42 Delaware Avenue, Suite 300
                                    Buffalo, NY 14202
                                    (716) 849-1333

TO:    David D. Bird
        Clerk of the Court
        United States Bankruptcy Court
        District of Delaware
        824 Market Street
        5th Floor
        Wilmington, DE 19801

        Pachulski, Stang, Ziehl, Young & Jones, PC
        919 North 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705

        Kirkland & Ellis
        200 E Randolph Drive
        Chicago, IL 60601

| State of New York | Court | County of |
|---|---|---|

In Re:

W. R. GRACE & CO., et al.,

Debtor.

**NOTICE OF APPEARANCE**

No.: 01-01139(JJF)

Index No.

Year

---

**LIPSITZ, GREEN, FAHRINGER, ROLL, SALISBURY & CAMBRIA** LLP

*Attorneys for* **Plaintiffs**

ORIGINAL

*Office, Post Office Address and Telephone*
**42 DELAWARE AVENUE  SUITE 300
BUFFALO, NEW YORK 14202-3857**
(716) 849-1333

---

Personal Service of the within hereon endorsed, is admitted this       day of       , 19       and of the notice (if any)

.................................................................................................
Attorney(s) for

---

Sir: - Please take notice that an                               within entitled action on the           day of          of the County of                                 on the             day of
To
Attorney(s) for

**NOTICE OF ENTRY**
of which the within is a copy, was duly granted in the
, 19    , and duly entered in the office of the Clerk
, 19

**LIPSITZ, GREEN, FAHRINGER, ROLL, SALISBURY & CAMBRIA** LLP
*Attorneys for*

---

STATE OF NEW YORK, COUNTY OF                  SS.:     **AFFIDAVIT OF SERVICE BY MAIL**
being duly sworn, deposes and says; deponent is not a party to the action.
is over 18 years of age and resides at
On              , 19       deponent served the within
upon
attorney(s) for                         in this action, at
the address, designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in - a post office - official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me, this      day of       , 19

Notary Public, Commissioner of Deeds