ORIGINAL - PLEASE RETURN TO COURT WITH COMPLETED CERTIFICATE OF SERVICE.

ORIGINAL

FILED
2001 MAY -1 PM 3:10
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : | Chapter 11 |
| W. R. GRACE & COMPANY, : | Case No. 01-01139 JJF |
| Debtor. : | |
| TIG INSURANCE COMPANY, a California corporation, : | |
| Plaintiff, : | |
| v. : | Reference No. 159 |
| GARY SMOLKER, an individual, and ALICE SMOLKER, an individual, and DOES 1-10, inclusive, : | |
| Defendant. : | |
| AND RELATED CROSS-ACTIONS CONCERNING HOME SAVING TERMITE CONTROL, INC. and W.F. MORRIS : | |

FILED
2001 MAY -8 PM 3:15
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**NOTICE OF MOTION**

TO:

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl et al.
919 N. Market St., Suite 1600
Post Office Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, et al.
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

Frank J. Perch, Esquire
Office of United State Trustee
601 Walnut St., Room 950 West
Philadelphia, PA 19106

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Robert N. Ridenour, Esquire
Borton, Petrini & Conron
707 Wilshire Blvd., 51st Floor
Los Angeles, CA 90017-3613

James H. M. Spraygeren, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

160

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

Scott L. Baena, Esquire
Member
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

You are required to file a response to the attached motion on or before **MONDAY, MAY 21, 2001**.

At the same time, you must also serve a copy of the response upon movants' attorneys:

SHERRY RUGGIERO FALLON, ESQUIRE
Bar I.D. Number: 2464
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899-2092

GARY E. YARDUMIAN, ESQUIRE
BRADLEY L. TAYLOR, ESQUIRE
Prindle, Decker & Amaro, LLP
310 Golden Shore, Fourth Floor
Long Beach, CA 90801-5511

HEARING ON THE MOTION WILL BE HELD ON: **A DATE TO BE DETERMINED.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE,
THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.

MARIANNE L. THOMPSON
CHIEF DEPUTY CLERK

By: _____
Deputy Clerk

Dated: May 1, 2001