

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| | ) | **Hearing Date: 5/3/01 at 8:00 am.** |
| | ) | |
| Debtors. | ) | Jointly Administered |

### OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS BODILY INJURY CLAIMANTS TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF PAUL PRICE, INDIVIDUALLY AND AS PROPOSED CLASS REPRESENTATIVE IN *IN RE ZONOLITE ATTIC INSULATION PRODUCTS LIABILITY LITIGATION*, MDL 1376

The Official Committee of Asbestos Bodily Injury Claimants (the "B.I. Committee"), by and through its undersigned counsel, hereby objects (the "Objection") to the Motion for Relief from the Automatic Stay of Paul Price, Individually and as Proposed Class Representative in *In re: Zonolite Attic Insulation Products Liability Litigation*, MDL 1376 (the "Motion"). In support of the Objection, the B.I. Committee respectfully submits:

### BACKGROUND

1. On April 2, 2001 (the "Petition Date"), W.R. Grace & Co. ("Grace") and its affiliated debtors and debtors in possession (collectively, the "Debtors") commenced the instant proceedings by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Clerk of this Court. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. On the Petition Date, the Court entered an order authorizing the joint administration of these cases for procedural purposes.



2.  No trustee or examiner has been appointed in these cases. On April 12, 2001, the United States Trustee for the District of Delaware appointed the B.I. Committee, the Official Committee of Asbestos Property Damage Claimants (the "P.D. Committee") and the Official Committee of Unsecured Creditors (the "General Creditors' Committee," and collectively with the B.I. Committee and the P.D. Committee, the "Committees").

3.  On April 25, 2001, the Motion was filed on behalf of Paul Price, individually and as proposed class representative of a class of plaintiffs (the "Proposed Class Plaintiffs") in multi-district litigation currently pending before the United States District Court for the District of Massachusetts (the "Massachusetts Litigation").

## JURISDICTION AND VENUE

4.  The Court has jurisdiction to hear the Motion and the Objection pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought in the Motion is section and 362 of the Bankruptcy Code.

## OBJECTION

5.  Through the Motion, the Proposed Class Plaintiffs seek relief from the automatic stay provisions of section 362 of the Bankruptcy Code in order to proceed in the Massachusetts Litigation so as to seek certification of a nationwide class of persons and continue with certain discreet discovery. The B.I. Committee respectfully submits that the relief sought in the Motion should be denied by the Court.

6.  The Proposed Class Plaintiffs are only a subset of the individuals who possess asbestos-related claims against the Debtors' estates. The B.I. Committee submits that it is too early in these proceedings to permit one group of litigants to proceed with piecemeal adjudication of such

claims outside of these bankruptcy proceedings. Moreover, the Massachusetts Litigation is not mature and therefore no harm will be caused to the Proposed Class Plaintiffs by denying the requested relief at this time.

7. Additionally, the Proposed Class Plaintiffs seek recovery in the Massachusetts Litigation predicated, in part, upon fraudulent conveyance theories. The Debtors are presently seeking an injunction to prevent the litigation of such theories against certain third parties. Contemporaneously herewith, the B.I. Committee has filed its response and limited objection to such relief in which it suggests that the Court maintain the status quo as to all such causes of action in order to permit the parties to these reorganization cases sufficient time to determine the best manner in which to proceed. Granting the relief sought in the Motion would frustrate the parties' abilities to determine the proper manner in which to deal with the claims globally and therefore should be denied.

## **CONCLUSION**

WHEREFORE, the B.I. Committee respectfully requests that the Court sustain the objections contained herein, deny the Motion, and grant such other and further relief as is just and equitable.

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY 10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000

-and-

ASHBY & GEDDES

*/s/ M. G. Z.*
William P. Bowden (I.D. #2553)
Matthew G. Zaleski, III (I.D. # 3557)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Proposed Counsel to the Official Committee
of Asbestos Bodily Injury Claimants

Dated: May 2, 2001
94434.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Matthew G. Zaleski, III, Esquire, hereby certify that on May 2, 2001, I served the foregoing document on each of the parties on the attached list via facsimile. Additionally, I caused a copy of the foregoing document to be served on each of the parties on the attached list via overnight delivery, unless otherwise indicated.

Dated: Wilmington, Delaware
May 2, 2001

_____
Matthew G. Zaleski, III

**W.R. Grace 2002 Service List**

**Hand Delivery**
Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Hand Delivery**
Bruce E. Jameson, Esquire
Prickett Jones & Elliott
1310 King Street
Wilmington, DE 19899

**Hand Delivery**
Michael R. Lastowski, Esquire
Duane Morris & Heckshire LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Thomas M. Sobol, Esquire
Jan R. Schlichtman, Esquire
Matthew L. Lucillo, Esquire
Lieff, Cabraser, Heilmann & Bernstein, LLP
214 Union Warf
Boston, MA 02109-1216

David Pastor, Esquire
Edward L. Manchur, Esquire
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

**Hand Delivery**
Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

**Hand Delivery**
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

**Hand Delivery**
Mark S. Chehi, Esquire
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square, 6th Floor
Wilmington, DE 19899

**Hand Delivery**
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Lewis T. LeClair, Esquire
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Ness Motley Loadholt Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

**Hand Delivery**
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Hand Delivery**
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

**Hand Delivery**
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market Street
Wilmington, DE 19899

**Hand Delivery**
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elizabeth Cabraser, Esquire
Fabrice N. Vincent, Esquire
Lieff, Cabreser, Heimann & Bernstien
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

John J. Stoia, Jr., Esquire
Timothy G. Blood, Esquire
Milberg Weiss Bershad Hynes & Lerach
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-5050

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, Illinois 60607