ORIGINAL

OH139

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | 1139 |
| DEL TACO RESTAURANTS, INC., | ) | Case No. 01-1151 (PJW) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Connolly Bove Lodge & Hutz LLP hereby appears as counsel to **Ontario Mills Limited Partnership** in the above-captioned cases, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and hereby requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d), and (f) and 3017(a) including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in this case. All such notices should be addressed as follows:

| | |
|---|---|
| Jeffrey C. Wisler, Esq. | Courtney M. Labson, Esq. |
| Michelle McMahon, Esq. | The Mills Corporation |
| Connolly Bove Lodge & Hutz LLP | Legal Department |
| 1220 Market Street, 10th Floor | 1300 Wilson Boulevard, Ste. 400 |
| P.O. Box 2207 | Arlington, VA 22209 |
| Wilmington, DE 19899 | Phone: (703) 526-5245 |
| Phone: (302) 658-9141 | Fax:    (703) 526-5333 |
| Fax:    (302) 658-0380 | |

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading, or request, whether formal or informal, written or oral,

172

174

and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex, or telecopier, or otherwise filed with regard to the above case and proceedings therein.

DATED: Wilmington, Delaware  
April 12, 2001

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____  
Jeffrey C. Wisler (#2795)  
Michelle McMahon (#3900)  
1220 Market Street, 10th Floor  
Wilmington, DE 19801  
(302) 658-9141

#138785

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 12th day of April, 2001, I caused a copy of the **Notice of Appearance and Request for Service of Papers** to be served upon the parties-in-interest in the manner indicated on the attached service list.

_____
Jeffrey C. Wisler

#139383

**BY HAND DELIVERY**

Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19801

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL**

Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Mark Kenney, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Nancy Woth Davis, Esq.
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042

The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274

Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, CA 90067

Huntsman Corporation
P.O. Box 65888
Charlotte, NC 28265

Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101

DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501

PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210

Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510

Union Carbide Corp
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001

Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800

BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC 28275

Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL 60515

Radian International
c/o Mary Harris
P.O. Box 844130
Dallas, TX 75284-4130

Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215

Valeron Strength Films
c/o Ron Luce
75 Remittance Dr, Suite 3068
Chicago, IL 60675

| | |
|---|---|
| Ingersoll-Rand Fluid Products<br>c/o Eric Solverson<br>P.O. Box 751229<br>Charlotte, NC 28275-1229 | Delta Chemicals<br>c/o John Besson<br>P.O. Box 73054<br>Baltimore, MD 21273-0054 |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave. N.W.<br>Washington, DC 20020 | District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE 19809 |
| Securities & Exchange Commission<br>Atlanta Regional Office Branch/Reorganization<br>3475 Lenox Road, NE, Suite 100<br>Atlanta, GA 30326-1232 | Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | James D. Freeman, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street<br>Suite 945-North Tower<br>Denver, Colorado 80202 |
| Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan & McGarvey PC<br>745 South Main Street<br>Kalispel, MT 59901 | Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 |

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606