# IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W. R. GRACE & CO., et al.**[1] | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | | **Objection Deadline: May 21, 2001 at 4:00 p.m.** |
| | | **Hearing Date: To be scheduled only if objections are timely filed and served.** |

## NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION OF STROOCK & STROOCK & LAVAN LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 cases of W.R. Grace & Co. et al. ("Grace") and its sixty-one subsidiaries and affiliates have filed an **Application for an Order Authorizing the Retention of Stroock & Stroock & Lavan LLP as Counsel to the Official Committee of Unsecured Creditors ("Application")**.

---

[1]      The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,  Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

You are required to file a response to the attached **Application** on or before **May 21, 2001 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon applicant's undersigned attorneys.

**A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE JOSEPH J. FARNAN, JR., ONLY IF OBJECTIONS ARE TIMELY FILED AND SERVED.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 2, 2001

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esq.
Robert A. Raskin, Esq.
Arlene G. Krieger, Esq.
180 Maiden Lane
New York, New York  10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006

- and –

Michael R. Lastowski, Esquire (DE I.D. No. 3892)
William S. Katchen, Esquire
DUANE, MORRIS & HECKSCHER, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302)-657-4942
Facsimile:    (302)-657-4901
Email:        mlastowski@duanemorris.com

Proposed Co-Counsel for the Official
Committee of Unsecured Creditors

WLM146094v1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
In re:                                    :      Chapter 11
                                          :      Case No. 01-01139 (JJF)
W. R. GRACE & CO., et al.,¹               :
                                          :
                                          :
          Debtors.                        :      (Jointly Administered)
-----------------------------------------------------x
```

### APPLICATION FOR ORDER APPROVING THE RETENTION OF STROOCK & STROOCK & LAVAN LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") appointed in

the Chapter 11 cases of W. R. Grace & Co. ("Grace") and its sixty-one subsidiaries and affiliates

(collectively with Grace, the "Debtors") for its application pursuant to Sections 327 and 1103(a)

of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") to retain

---

¹ The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Stroock & Stroock & Lavan LLP ("Stroock") as counsel to the Committee, *nunc pro tunc,* to April 12, 2001, respectfully represents:

## **BACKGROUND**

1.    On April 2, 2001 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code and have continued in the management and operation of their businesses and property pursuant to §§ 1107 and 1108 of the Bankruptcy Code. Pursuant to an order of the Court, the Debtors Chapter 11 cases have been procedurally consolidated and are being jointly administered.

2.    The Debtors operate a world wide specialty chemicals and materials business predominantly through two business units, Davison Chemicals and Performance Chemicals. The Debtors employ approximately 3860 full and part-time employees. On a consolidated basis, for the fiscal year 2000, Grace reported a net loss of $89.7 million[2] from $1.59 billion in net revenues. The Debtors' bankruptcy filings report that in fiscal year 2000, on a consolidated basis, Grace's sales are generated approximately 50% by the Debtors and 50% by the Debtors' non-debtor subsidiaries and affiliates.

3.    Grace, as the Debtors' parent company, is a global holding company that conducts substantially all of its business through a direct, wholly owned subsidiary W. R. Grace & Co. – Conn ("Grace-Conn"). Grace-Conn owns substantially all of the assets, properties and rights of Grace in the United States. Grace and Grace-Conn have 76 domestic subsidiaries and affiliates, 60 of which are debtors and debtors in possession in these Chapter 11 cases and 71 foreign non-debtor subsidiaries and affiliates. Prior to the Petition Date, the Debtors' non-debtor foreign

---

[2] The Debtors' pleadings further report that this net loss results in part from a $294.0 million asbestos-related change to earning recorded in the forth quarter of 2000.

2

subsidiaries and affiliates received credit support and loans for their operations from their respective domestic parent companies.

4.      On April 12, 2001, the United States Trustee formed the Committee consisting of the following members: J.P. Morgan Chase & Co., ABN AMRO Bank N.V., Bank of America, N.A., The Bank of New York, as indenture trustee, Bankers Trust Company, as indenture trustee, First Union National Bank, Sealed Air Corporation, Wachovia Bank N. A., and Zhagrus Environmental, Inc.  During the first meeting of the Committee on April 12, 2001, the Committee duly selected Stroock as its counsel to represent the Committee in all matters during the pendency of the Debtors' Chapter 11 cases.

5.      The United States Trustee also appointed two separate official committees to represent the interests of claimants asserting asbestos-related personal injury claims and asbestos–related property damage claims against the Debtors (collectively, the "Asbestos Claim Committees").

## JURISDICTION

6.      This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334.  By Order of the District Court (Robinson, C.J.) dated April 9, 2001, the reference of these Chapter 11 cases was withdrawn from the bankruptcy court in its entirety pursuant to 28 U.S.C.§ 157(a).  The statutory predicates for the relief sought herein are §§ 327 and 1103(a) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016.

## RETENTION OF STROOCK

7.      The Committee respectfully submits that it will be necessary to employ and retain counsel pursuant to 11 U.S.C. § 1103(a) to, inter alia:

- advise the Committee with respect to its rights, duties and powers in these Chapter 11 cases;

3

- assist and advise the Committee in its consultations with the Debtors relative to the administration of these cases;

- assist and advise the Committee in its consultations with the Asbestos Claim Committees;

- analyze and advise the Committee as to intercompany claims, and claims or causes of action by or against one or more of the Debtors, their non-debtor domestic and foreign subsidiaries and affiliates, and other third parties;

- assist the Committee in analyzing the claims of the Debtors' creditors, and in negotiating with the Debtors' creditors and equity security holders;

- assist with the Committee's investigation of the acts, conduct, assets, liabilities and financial condition and prospects of the Debtors and of the operation of the Debtors' businesses; including, but not limited to, the pending fraudulent conveyance and asbestos-related litigations;

- assist the Committee in its analysis, evaluation or formulation of a plan of reorganization for the Debtors, including negotiations with the Debtors, the Asbestos Claims Committees, and all third parties concerning the terms of a plan of reorganization for the Debtors and matters related thereto;

- assist and advise the Committee as to its communications to the general creditor body regarding significant matters in these cases;

- represent the Committee at all hearings and other proceedings;

- review and analyze all applications, orders, statements of operations and schedules filed with the Court and advise the Committee as to their propriety;

- assist the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives; and

- perform such other legal services as may be required and are deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code.

    8.    The Committee believes that Stroock possesses extensive knowledge and

expertise in the numerous areas of law relevant to these cases, and that Stroock is well qualified

to represent the Committee in these proceedings. In selecting its counsel, the Committee sought

counsel with considerable experience in representing unsecured creditors' committees in chapter

11 reorganization cases and other debt restructuring scenarios. Stroock has such experience,

4

currently representing and having represented creditors' and noteholders' committees in many significant reorganizations under chapter 11.

9.      More specifically, Stroock currently represents official creditors' or noteholders' committees in each of the following Chapter 11 cases: Wheeling-Pittsburgh, Acme Metals, Inc., Gulf States Steel, Inc. of Alabama, Northwestern Steel and Wire, The Resort at Summerlin, RSL Com USA, Inc. and RSL Com Prime Call. Inc., the Beloit Committee in Harnischfeger Industries, Allis-Chalmers Corporation, The LTV Corporation, Levitz Furniture Incorporated, Laclede Steel, Barney's, Inc., Best Products Co., Inc., Burlington Motor Holdings, Inc., Federated Department Stores, Inc., Forstmann & Company, Inc., Fruehauf Trailer Corporation, G. Heileman Brewing Company, Inc., Grand Union Company, Hillsborough Holdings Corporation, The Leslie Fay Companies, Inc., Orion Pictures Corp., and Zale Corporation.  In addition, Stroock has represented debtors in Chapter 11 reorganizations including many large, complex cases such as Planet Hollywood International, The Columbia Gas System, Inc., JWP, Inc. and Anchor Glass Container Corporation.

10.     Upon information and belief, and based upon the annexed affidavit of Lewis Kruger (the "Kruger Affidavit") filed in support of this Application, Stroock does not represent and does not hold any interest adverse to the Debtors' estates or their creditors in the matters upon which Stroock is to be engaged.  However, as set forth in the Kruger Affidavit, Stroock is a large firm with a national practice and represents or may have represented certain of the Debtors' creditors, equity holders or other parties-in-interest, or their respective attorneys or accountants, who are known at this time.

11.     Following are short biographical sketches of the bankruptcy attorneys who will have primary responsibility for this matter:

5

12.    **Lewis Kruger** is co-chair of the firm's Insolvency Department and a member of the firm's Senior Executive Committee. Mr. Kruger has over thirty years of experience as an insolvency lawyer and has played a major role in many of the significant reorganization proceedings in the U.S. He has represented debtors and creditors' committees in cases including Leslie Fay, The Icing, Zale Corporation, Southmark Corporation, The McCall Pattern Company, The Columbia Gas System Inc., NuCorp Energy, Victor Technologies, Penn-Dixie Steel, Phoenix Steel, Neisner Brothers, Hillsborough Holdings, Western Union, Forstmann, Edgecomb, Charter Medical, Cabot Cabot & Forbes, Harvest Foods, Phar-Mor, Anchor Glass Container Corporation, Tiphook Finance Corporation and Pinnacle Brands. He has been lead counsel representing banks such as JPMorganChase, National Westminster Bank, Deutsche Bank, and financial institutions including Bear Stearns and Salomon Smith Barney.

13.    Mr. Kruger taught corporate reorganization at Columbia Law School from 1972 to 1988, is a frequent lecturer for The Practicing Law Institute and bankruptcy bar associations in the United States and abroad, and is a Fellow of the American College of Bankruptcy. He is a former special counsel to the U.S. Senate Committee on the Judiciary with respect to reorganizations, and, a former special counsel to the Governor of New York and the Urban Development Corporation. Mr. Kruger is included in the Euromoney Publications Guide to the World's Leading Insolvency and Restructuring Lawyers for 1999.

14.    Mr. Kruger's publications include Bankruptcy: Practice and Procedure in 1972 and annually thereafter; Creditor Representation in Bankruptcy and Insolvency Proceedings; Current Developments in Bankruptcy, Reorganization & Arrangement Proceedings, 1972 to present; Bankruptcy Reform Act of 1978; Business Reorganization and Rehabilitation: The New Chapter 11; and many other monographs for newspapers and journals.

6

15.    Mr. Kruger earned his LL.B. with honors from Columbia Law School in 1959 and his A.B. with honors from Harvard University in 1956.

16.    Mr. Kruger is admitted to practice in New York, the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second Circuit.

17.    **Robert A. Raskin** is a partner in the firm's Insolvency Department. He has represented creditors' committee in large bankruptcy cases throughout the country including Barney's Inc., Burlington Motor Holdings, Inc., Federated Department Stores Inc., The Charter Company, Allis-Chalmers Corp., Laclede Steel, Acme Metals, Inc., Orion Pictures Corp. Wheeling-Pittsburgh, and WRT Energy, and debtors including Crowthers-McCall Pattern, Inc., JWP Inc., Maruko, Inc., Sumergrade Corporation, Energy Management Corporation, and Coleco Industries, Inc. Mr. Raskin has also represented purchasers of assets from Chapter 11 debtors, most notably Delta Air Lines, Inc. in numerous cases, Empire of Carolina, Inc. and R&S Strauss, and debtor-in-possession financiers.

18.    Mr. Raskin is co-author of The Creditors' Committee Manual published by Warren, Gorham & Lamont, and has been a member of the Bankruptcy and Corporate Reorganization Committee of the New York City Bar Association.

19.    Mr. Raskin received his J.D. from New York University in 1984 and his B.S., summa cum laude, from Syracuse University in 1981. He is admitted to practice in New York (1985).

20.    **Kenneth Pasquale** has been a partner in Stroock's Litigation Department since 1999. His practice concentrates in the areas of bankruptcy litigation, products liability and complex commercial litigation, at both the trial and appellate levels. Mr. Pasquale has represented debtors and creditors' committee in Chapter 11 cases, and companies in connection

7

with asbestos-related and products liability-related litigation including, Raytech Corporation as debtor, in its asbestos-related bankruptcy proceedings, the Anchor Glass Container Corporation, as debtor, manufacturers Lincoln Electric Company, Hobart Brothers Company, The BOC Group (Airco) and Electric Corporation in defending against asbestos-related products liability litigation, and other clients defending against products liability actions involving products such as motor vehicles, pharmaceuticals (DES) and medical devices (breast implants).

21.    Mr. Pasquale has participated as a panelist and faculty member for continuing legal education programs sponsored by the Association of the Bar of the City of New York.  His publications include "Limitations Upon a Bankruptcy Court's Subject Matter Jurisdiction To Determine a Debtor's Class Action Lawsuit," The Journal of Corporate Renewal, Vol 13, No. 12 December 2000; "Non-Resident Web Sites And Long-Arm Jurisdiction" New York Law Journal, April 27, 2000; "Does Spoliation of Evidence Merit Dismissal?"  New York Law Journal, July 19, 1999; "Class Action Settlement:  A Viable Option After Ortiz v. Fibreboard?"  Mondaq Business Briefing (www.mondaq.com), July 6, 1999.

22.    Mr. Pasquale earned his J.D. from Brooklyn Law School in 1990 (cum laude) and as B.B.A. from Pace University in 1986 (magna cum laude).  Mr. Pasquale is admitted to practice before the courts of the states of New York and New Jersey as well as the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States District Court for the Southern District of New York, for the Eastern District of New York, and for the District of New Jersey.

23.    In addition to the attorneys identified above, Stroock will utilize in the course of this engagement other partners, associates, para professionals and others in the firm, as and to the extent required.

8

## COMPENSATION

24.     Stroock will seek compensation from the Debtors' estates for services rendered to the Committee based on its customary hourly rates which are currently as follows:

- Partners:                          $425 to $675 per hour
- Special Counsel:               $425 per hour
- Associates:                      $160 to $450 per hour
- Legal Assistants/Aides:     $75 to $200 per hour

25.     The hourly rates set forth above are Stroock's current customary hourly rates for work of this nature and are subject to periodic increase in the normal course of Stroock's business.  These rates are set at a level designated to fairly compensate Stroock for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

26.     Stroock will seek to be compensated, subject to the approval of this Court, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules and orders of this Court.  Stroock will also seek reimbursement for all out-of-pocket expenses incurred in rendering services to the Committee, consistent with the rules and guidelines of this Court.  It is Stroock's policy to charge each client for all expenses incurred in connection with such client's case or matter.  These expenses include, among others, telephone and telecopier toll and other charges, mail and express mail charges, hand delivery charges, photocopying charges, travel expenses, expenses for "working meals" and local transportation, computerized research, transcription cots, and non-ordinary overhead expenses such as secretarial and other overtime.  Stroock believes that it is fairer to charge these expenses to the client incurring them than increase the hourly rates and spread the expenses among all clients.

9

## NOTICE

27.     Notice of this Application will be given to (a) the Debtors, (b) the Office of the United States Trustee and (c) all parties who have requested notice pursuant to Bankruptcy Rule 2002. The Committee submits that such notice is adequate and proper and other or further notice need not be given.

28.     No previous application for the relief sought herein has been made to this or any other court.

29.     **WHEREFORE**, the Committee requests that this Court enter an order substantially in the form annexed hereto authorizing the Committee to retain Stroock as its attorneys to represent it in these Chapter 11 cases, effective as of April 12, 2001, and granting such other and further relief as the Court may deem just and proper.

Dated:   May 1 , 2001

**THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF W. R. GRACE & CO. ET AL.**

By: _____

J.P. MorganChase & Co.
Chair of the Committee

10

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re: )
) **Chapter 11**
**W. R. GRACE& CO., et al.**[1] ) **Case No. 01-01139 (JJF)**
)
Debtors. ) **Jointly Administered**

## AFFIDAVIT OF LEWIS KRUGER IN SUPPORT OF APPLICATION TO APPROVE RETENTION OF STROOCK & STROOCK & LAVAN LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF APRIL 12, 2001

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**LEWIS KRUGER**, being duly sworn, deposes and says:

1.    I am an attorney at law admitted to practice in the State of New York, and in the

United States District Courts for the Southern and Eastern Districts of New York. I am a

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

1

member of the firm of Stroock & Stroock & Lavan LLP ("Stroock"), which firm maintains an office in New York at 180 Maiden Lane, New York, New York 10038. I am familiar with the matters set forth herein and make this affidavit in support of the application (the "Retention Application") of the Official Committee of Unsecured Creditors (the "Grace Committee") of W. R. Grace & Co. ("Grace") and sixty-one of its domestic affiliates and subsidiaries (collectively with Grace, the "Debtors") seeking approval to retain Stroock as its counsel effective as of April 12, 2001, and to make certain disclosures required under Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure.

2.      At a meeting on April 12, 2001, the Grace Committee duly selected Stroock as its counsel to represent it during the pendency of the Debtors' Chapter 11 cases. Upon its retention, Stroock immediately began its review and analysis of the numerous pending motions in these cases, and other issues which may substantially impact on creditor recoveries in these cases.

3.      Stroock has a prominent, nationally known practice in the field of insolvency, reorganization and bankruptcy law, as well as expertise in corporate, employee benefits, labor, tax, real estate, environmental and other areas of law related to corporate financing and commercial practice and related complex litigation.

4.      In preparing this Affidavit, I caused to have submitted to Stroock's computer conflict data base, and distributed to all Stroock personnel, the names of, among others,(i) the Debtors; (ii) the consolidated list of creditors holding the twenty largest unsecured claims identified on the Debtors' petition; (iii) members of the Grace Committee; (iv) the officers and directors of the Debtors; (v) the plaintiffs and other parties in interest to non-asbestos litigation against the Debtors; (vi) the names of significant co-defendants to the Debtors in asbestos

2

litigation and law firms involved in inventory settlement agreements disposing of asbestos bodily injury claims valued at more than $5 million; (vii) the top 100 equity security holders of the Debtors; (viii) the Debtors' bank creditors and issuers of their outstanding letters of credit or surety bonds; (ix) parties to real estate leases with the Debtors; and (x) other parties in interest known to me (collectively, the "Conflicts Check"). A complete list of the entities that I caused to be submitted for review by our conflicts check system is annexed hereto as Schedule "A".

     5.     Stroock maintains and systematically updates its computer conflict data base in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records. The conflict check system and adverse party index maintained by Stroock is designed to include every matter on which the firm is now or has been engaged, the entity by which the firm is now or has been engaged, and, in each instance, the identity of related parties and adverse parties and the attorney in the firm that is knowledgeable about the matter. It is the policy of Stroock that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system and adverse party index the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by Stroock.

     6.     Except as disclosed herein, Stroock does not have any connection with the Debtors, their professional advisors, their officers and directors, their twenty largest unsecured creditors, on a consolidated basis, their largest equity security holders, the members of the Committee, or the other parties identified on Schedule A and believes that it is "disinterested" under section 101(14) of the Bankruptcy Code.

7.      Based upon the investigation described above, it appears that Stroock currently

represents or has during the past five years represented the following entities:

   i.   **Debtors**: Based upon its Conflicts Check, Stroock does not currently represent
        any of the Chapter 11 Debtors.

   ii.  **The Grace Committee**:

        a) ABN-AMRO Bank N.V. ("ABN"): Stroock has represented in the past and
           currently represents ABN in certain real estate, corporate and workout
           matters, employment-related matters and litigation, including employment-
           related matters arising from its merger with ING Barings LLC. These matters
           are unrelated to these Chapter 11 cases.

        b) Bank of America N.A. ("BofA"): BofA is the lender to the Debtors under the
           post-petition DIP facility and a member of the Committee. Stroock currently
           represents BofA in the derivatives and securities areas, as well as serving as
           BofA's designated underwriters' counsel from time to time. From time to
           time, Stroock also represents BofA in matters related to real estate, litigation,
           and general corporate work. Stroock has also represented BofA directly on
           certain financing matters. None of Stroock's current or past representations of
           BofA are related to the present Chapter 11 proceedings.

        c) The Bank of New York: Stroock has represented in the past and currently
           represents Bank of New York as indenture trustee in connection with the
           preparation of First Indentures or Supplemental First Indentures in several
           matters, unrelated to these Chapter 11 cases.

        d) Chase Manhattan Bank: The Chase Manhattan Bank n/k/a JP Morgan Chase
           ("Chase") as agent under the Debtors' pre-petition revolving credit facilities,
           is listed as one of Grace's twenty largest creditors, and is a member of the
           Committee. Stroock has in the past and currently represents Chase in matters
           unrelated to these Chapter 11 cases. Stroock currently represents Chase (i) as
           lender and as agent for a group of pre-petition lenders, in connection with the
           Chapter 11 case of Armstrong World Industries, Inc., (ii) as lender and as
           agent, in connection with the Chapter 11 case of Let's Talk Cellular &
           Wireless, Inc. and its subsidiaries, (iii) affiliates, Chase Bank of Texas, N.A.
           and Chase Securities, Inc., as agent bank and lenders, in connection with the
           Purina Mills bankruptcy proceedings, and (iv) in other creditor rights
           situations. Stroock also represents and has represented Chase and affiliates
           including JP Morgan Investment Management Inc., in a variety of corporate,
           real estate-related transactions and loans, and trusts and estates matters.

        e) First Union Securities & First Union National Bank: Stroock has in the past
           and currently represents First Union National Bank and some of its affiliates,

including First Union Commercial Corporation, First Union National Bank of Florida, and First Union National Bank of North Carolina, in matters related to structured finance work and creditors' rights. Stroock's representation in these matters is unrelated to the Chapter 11 cases.

iii. **Other Known Creditors or Parties in Interest**: Based upon the investigation described above, it appears that Stroock has represented or currently represents the following entities in matters:

a) CNA Insurance ("CNA"): CNA is a creditor of the Debtors. Stroock has in the past and currently represents CNA in insurance matters, regulatory matters, and corporate work. These matters are unrelated to these Chapter 11 cases.

b) American Standard, Inc.: Stroock represents this client in intellectual property matters that are unrelated to the Chapter 11 cases or the pending asbestos litigation in which the Debtors are co-defendants.

c) Ametek Inc.: Stroock represents this client in general corporate matters, tax, and environmental matters that are unrelated to the Chapter 11 cases or the pending asbestos litigation in which the Debtors are co-defendants.

d) General Electric Co.: Stroock represents this client in general corporate matters, creditors' rights, and real estate matters that are unrelated to the Chapter 11 cases or the pending asbestos litigation in which the Debtors are co-defendants.

e) Credit Suisse First Boston Corporation: Stroock represents this client in structured finance matters and general corporate matters that are unrelated to the Chapter 11 cases or the pending fraudulent conveyance litigation in which the Debtors are co-defendants.

f) Merrill Lynch: Stroock represents Merrill Lynch and several of its affiliates, including Merrill Lynch Global Asset Management and Merrill Lynch & Co. Inc., in general corporate, structured finance, general licensing matters, and various intellectual property matters. None of these matters are related to these chapter 11 cases.

g) TrizecHahn Office Properties, Inc ("TrizecHahn"): Stroock currently represents TrizecHahn, the landlord of the New York City building in which W.R. Grace is a lessee, in real estate related matters throughout New York City, and in tax certiori matters. This matter is unrelated to these Chapter 11 cases.

h) The Blackstone Group, L.P.: Stroock currently represents Blackstone Mezzanine Group, an affiliate of the Blackstone Group, L.P., the Debtors' proposed financial advisors, in tax matters which are unrelated to the Chapter 11 cases.

i) <u>American International Group, Inc. ("AIG")</u>: AIG provides the Debtors workers' compensation. Stroock currently represents AIG Trading Group, Inc., an affiliate of AIG, in general corporate matters, commodities and derivatives work, as well as ERISA and employee benefit matters. Stroock also represents AIG in insurance and corporate matters.

j) <u>BASF Corporation "BASF"</u>: BASF is a creditor of the Debtors. Stroock has represented BASF in corporate matters in the past; these matters were unrelated to the present Chapter 11 cases.

k) <u>Pfizer, Inc. ("Pfizer")</u>: Pfizer is listed as a creditor of the Debtors. Stroock represents Pfizer in intellectual property matters, including trademark prosecution, clearance advice, and litigation. None of these matters are related to the Chapter 11 proceedings.

l) <u>HSBC/Marine Midland ("HSBC")</u>: Stroock represents HSBC Asset Management, an affiliate of HSBC, in connection with the creation and offering of various financial products. Stroock also represents HSBC Bank USA, an affiliate of HSBC, in regulatory matters relating to HSBC branches, trust operations and financial products sales in Florida. Stroock has also represented HSBC Bank USA in litigation arising from its Florida banking operations and in employment-related matters. These representations are unrelated to the Chapter 11 cases.

m) <u>National Travelers Life Insurance Company ("Travelers")</u>: Stroock has represented in the past and currently represents affiliates of Travelers in general corporate and regulatory work involving matters before the New York Insurance Department.

iv. **Others**: In addition, Stroock has represented from time to time over the past five years and may currently represent the entities identified on Schedule "B" annexed hereto in matters that are unrelated to the Debtors or these Chapter 11 cases.

8.      Except as described above, none of the representations described in this affidavit includes any matter related to these proceedings or to the Debtors.

9.      Due to the size and diversity of Stroock's practice, and the large number of creditors of these estates, Stroock may have represented or otherwise dealt with, and may now be representing or otherwise dealing with, other persons (and their attorneys and accountants) who are or may consider themselves to be creditors, equity security holders or parties-in-interest in these Chapter 11 cases.

6

10.      I hereby represent that insofar as I have been able to ascertain, neither I nor any member of my firm holds or represents any interest adverse to the Debtors' estates or their creditors in the matters upon which Stroock is to be engaged.

11.      I hereby further represent that insofar as I have been able to ascertain, I am and each member of my firm is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

12.      All compensation to Stroock for fees and expenses incurred during these Chapter 11 cases shall be subject to approval by this Court upon the filing of appropriate application(s) for interim or final allowance of compensation, in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and orders of this Court.

13.      No promises have been received by Stroock or by any member, counsel or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

14.      I hereby represent that Stroock has not agreed to share with any person or entity any of the compensation to be paid for the services rendered in these cases, other than as permitted pursuant to Section 504(b)(1) of the Bankruptcy Code.

15.      Stroock discloses that it agrees to charge and the Debtors agree to pay, subject to Court approval in accordance with Sections 330(a) and 331 of the Bankruptcy Code, Stroock's customary hourly rates and its customary reimbursements as charged to bankruptcy and non-bankruptcy clients.  The hourly rates for services that may be rendered to the Debtors at present range from:

7

- Partners:                          $425 to $675 per hour

- Special Counsel:              $425 per hour

- Associates:                     $160 to $450 per hour

- Legal Assistants/Aides:      $75 to $200 per hour

The rates may change from time to time.  Stroock is customarily reimbursed for all reasonable
and necessary expenses incurred by it in connection with representation of a client in a given
matter.  Such expenses include, without limitation, travel costs, long distance calls, express mail
or other courier, special or hand deliveries, copying costs, document processing, overtime help,
overtime meals, Lexis, Westlaw, court files, transcript costs and, in general, all identifiable
expenses that would not have been incurred except for representation of a particular client.

16.    Stroock will seek reimbursement of its expenses as allowed pursuant to the
Bankruptcy Code and the Bankruptcy Rules, and all Local Rules and orders of this Court.

_Lewis Kruger_
Lewis Kruger

Sworn to before me this
1st day of May, 2001

_Ethel Earley_
NOTARY PUBLIC


ETHEL EARLEY
Notary Public, State of New York
No. 03-4650662
Qualified in Bronx County
Commission Expires March 30, 2003

8

# SCHEDULE A

## SCHEDULE A

### (i) DEBTORS

| | |
|---|---|
| W.R. Grace & Co. | A-1 Bit & Tool Co., Inc |
| Alewife Boston Ltd. | Alewife Land Corporation |
| Amicon, Inc. | CB Biomedical, Inc. |
| CCHP, Inc. | Coalgrace, Inc. |
| Coalgrace II, Inc. | Creative Food 'N Fun Company |
| Darex Puerto Rico, Inc. | Del Taco Restaurants, Inc. |
| Dewey and Almy, LLC | Ecarg, Inc. |
| Five Alewife Boston Ltd. | GC Limited Partners I, Inc. |
| GC Management, Inc. | GN Holdings, Inc. |
| GC Management Corporation | Gloucester New Communities Company, Inc. |
| GPC Thomasville Corp. | Grace A-B II Inc. |
| Grace A-B Inc. | Grace Culinary Systems, Inc. |
| Grace Chemical Company of Cuba | Grace Energy Corporation |
| Grace Drilling Company | Grace Europe, Inc. |
| Grace Environmental, Inc. | Grace HG II Inc. |
| Grace H-G Inc. | Grace International Holdings, Inc. |
| Grace Hotel Services Corporation | Grace PAR Corporation |
| Grace Offshore Company | Grace Tarpon Investors, Inc. |
| Grace Petroleum Libya Incorporated | Grace Washington, Inc. |
| Grace Ventures Corp | W.R. Grace & Co. Conn. |
| W.R. Grace Capital Corporation | Gracoal, Inc. |
| W.R. Grace Land Corporation | Guanica-Caribe Land Development Corporation |

# SCHEDULE A

(i)     DEBTORS

| | |
|---|---|
| Gracoal II, Inc. | Homco International, Inc. |
| Hanover Square Corporation | LB Realty, Inc. |
| Kootenai Development Company | Monolith Enterprises, Incorporated |
| Litigation Management, Inc. | MRA Holdings Corp. |
| Monroe Street, Inc. | MRA Staffing Systems, Inc. |
| MRA Intermedco, Inc. | Southern Oil, Resin & Fiberglass, Inc. |
| Remedium Group, Inc. | Axial Basin Ranch Company |
| Water Street Corporation | Hayden-Gulch West Coal Company |
| CC Partners | H-G Coal Company |

SSL-DOCS1 1107340v1

## **SCHEDULE A**

### (ii) CONSOLIDATED LIST OF 20 LARGEST UNSECURED CREDITORS

| | |
|---|---|
| Chase Manhattan Bank, n/k/a J.P. MorganChase & Co. | Los Angeles Unified School District |
| Huntsman Corporation | DCP-Lohja, Inc. |
| PCS Nitrogen Fertilizer, L.P. | Dupont Dow Elastomers |
| Cass Logistics Temporary | Union Carbide Corporation |
| Southern Ionics, Inc. | BASF |
| CNA Insurance | Radian International |
| Stone Packaging System | Valeron Strength Films |
| Ingersoll-Rand Fluid Products | Delta Chemicals |
| Depository Trust Co. | CEDE & Co. |
| Zhagrus Environmental, Inc. | |

# SCHEDULE A

## (iii)  MEMBERS OF THE GRACE COMMITTEE

| | |
|---|---|
| Sealed Air Corporation | The Bank of New York |
| Bankers Trust Company, as indenture trustee | Zhagrus Environmental, Inc. |
| ABN AMRO Bank N.V. | JP Morgan Chase & Co. |
| First Union | Bank of America, N.A. |
| Wachovia Bank | |

## (iv) DIRECTORS AND OFFICERS OF DEBTORS

Akos L. Nagy
Alicia Burke
Anthony G. Riddlesperger
D. F. Garvey
David B. Siegel
David M. Cleary
David Nakashige
Dudley L. Bobolts
Elyse Napoli-Filon
Fabio Tegiacchi
Gregory E. Poling
Henry C. Lyons
J. Elder
John F. Akers
John J. Murphy
Kang Hui Shen
Mark A. Shelnitz
Martin Hunter
Marye Anne Fox
Michael A. Miller
Michael N. Piergrossi

O. Mario Favorito
Paul Bettacchi
Paul J. Norris
Paul McMahon
R. H. Locke
Robert A. Maggio
Robert F. Jenkins
Robert J. Bettacchi
Robert J. Medler
Robert M. Tarola
Robert P. Turner
Ronald C. Cambre
Ruth E. Rowan
Susan E. Farnsworth
Susan Eccher
Thomas A. Vanderslice
W. Brian McGowan
William L. Baker
William L. Monroe
William M. Corcoran

### (v) PLAINTIFFS AND OTHER PARTIES-IN INTEREST TO NON-ASBESTOS LITIGATION AGAINST DEBTORS

Abbott, Margaret
Abbott, Eugene
Abner, Travis
Ada Public Library
Adams County Public Library
Akron City School District
Akron-Summit County Public Library
Alexander Local Schools
Alexandria Public Library
Amanda Clearcreek Local School District
Amherst Public Library
Amos Memorial Public Library
Anthony Wayne Local School District
Arcanum Public Library
Ashland Public Library
Ashtabula County District Library
Athens City School District
Austintown Local School District
Avon Lake City School District
Avon Lake Public Library
Baker, Sr., George
Barberton City School District
Barberton Public Library
Barsky, Harry
Bay Village City School District
Beachwood City School District
Beavercreek City School District
Bedford City School District
Bellefontaine City School District
Bellevue Public Library
Bexley Public Library
Birchard Public Library of Sandusky Co.
Bleazard, Erica
Bleazard, Ross
Bleazard, Laura
Bleazard, Laura - David Bleazard
Bliss Memorial Public Library
Bloom Carroll Local School District

Bloomfield-Mespo Local School District
Bluffton-Richland Public Library
Botkins Local School District
Bowen, Gary
Brecksville-Broadview Hts. City Sch. Dst.
Bristol Local School District
Bristol Public Library
Buckeye Valley Local Schools
Buckeye Central Local School District
Buckles-Whitmer, Donna
Bucyrus Public Library
Bullock, Lawrence
Canal Winchester Local School District
Canal Fulton Public Library
Cardington Lincoln Local School District
Carnegie Public Library
Casarino, Peter
Centerville City-School District
Central State University
Champaign County Library
Chardon Local School District
Chase, Adam
Circleville City School District
Clark County Public Library
Claymont School District Public Library
Clermont County Public Library
Cleveland State University
Cleveland Hts.-Univ. Hts. City Sch. Dst.
Cleveland Municipal School District
Cleveland Public Library
Cloverleaf Local School District
Clyde Public Library
Coco, Thomas
Coldwater Public Library
Columbiana Public Library
Columbus Metropolitan Library
Columbus State Community College
Coshocton Public Library

Coshocton City School District
Coventry Local-School District
Crestline Public Library
Crestwood Local School District
Cryovac Sealed Air Corporation
Cuyahoga Falls School District
Cuyahoga Heights Local School District
Cuyahoga County Public Library
Danville Local School District
Dayton and Montgomery County Public Library
Defiance Public Library
Del Pino, Jose Ramon Llaguna
Delaware County District Library
Delphos Public Library
Doss, Iris Rose
Doss, Jr., James
Doss, Iris
Doss, Jesse
Dover Public Library
E. Cleveland City School District
E. Palestine Memorial Public Library
East Clinton Local School District
East Guernsey Local School District
Eastwood Local School District
Ella M. Everhard Public Library
Elmwood Local School District
Elyria Public Library
Euclid Public Library
Evergreen Local School District
ExxonMobil Corporation
Fairfield County District Library
Fairfield Local School District
Fairfield Union Local School District
Fairlawn Local School District
Fairport Public Library
Findlay-Hancock County Public Library
Forest - Jackson Public Library
Four Bear, Charles - Jonathon Little
Four Bear, Charles - Whirlwind
Four Bear, Charles - Joray Four Bear
Four Bear, Charles
Four Bear, Anna

Four Bear, Charles -Charles Four Bear II
Four Bear, Charles-Ava L LittleWhirlwind
Franklin Public Library
Franklin City School District
Fremont City School District
Frontier Local School District
Galion Public Library Association
Garrison, Charline
Geauga County Public Library
Genoa Area Local School District
Gill, James
Gilstrap, Viola
Girard City School District
Girard Free Library
Gnadenhutten Public Library
Grafton-Midview Public Library
Grainger, David
Grainger, Denise
Grainger, Denise - Jay Grandchamp
Grainger, Trivian - Adam Grainger
Grainger, Dawn
Grainger, Trivian - Daniel Grainger
Grainger, Trivian
Grainger, Denise - Tina Kohl
Granville Public Library
Greene County Public Library
Hamilton Local School District
Harbor-Topky Memorial Library
Hardin-Houston Local School District
Harris Elmore Public Library
Harrison, Noel
Hatco Corporation
Helms, Brenda
Herrick Memorial Public Library
Highland Local School District
Highland County District Library
Hilliard City School District
Hillsboro City School District
Hocking Technical College
Holmes County District Public Library
Hubbard Exempted Village School District
Hubbard Public Library
Huron Public Library

Ida Rupp Public Library
Independence Local School District
Jackson Local School District
James Gill, on behalf of Calif. General Public
Jefferson Area Local School District
Jefferson Township Local School District
Johnstown Monroe Local School District
Jones, Richard
Kaneb Pipeline Operating Partnership, L.P.
Kaubisch Memorial Public Library
Kelley, Joan Mary
Kelly, Joan
Kenston Local School District
Kent City School District
Kent Free Library
Kester, Dale
Kettering City School District
Kingsville Public Library
Kinsman Free Public Library
Kirtland Public Library
Lake Local School District
Lakeland Community College
Lakeview Local Schools
Lakewood Public Library
Lane Public Library
Lebanon Public Library
Leetonia Community Public Library
Liberty Center Public Library
Liberty Union Thurston Local Schools
Licking Heights Local School District
Lima Public Library
Little Miami Local School District
Logan Elm Local School District
Logan County District Library
London City School District
London Public Library
Lorain County Community College
Lorain Public Library
Loudonville Public Library
Louisville Public Library
MacKenzie Memorial Public Library
Manning, Willard
Mansfield-Richland County Public Library

Maple Heights City School District
Martell, Rene
Marvin Memorial Library
Marysville Exempted Village School Dst.
Marysville Public Library
Mason Public Library
Massillon Public Library
Maumee City School District
McComb Public Library
McKinley Memorial Library
Medical College of Ohio
Medina County District Library
Mentor Public Library
Mesquita, Richard
Miamisburg City School District
Middletown Public Library
Middletown - Monroe School District
Milton Union Public Library
Minerals Management Service, Inc.
Minerva Public Library
Mohawk Community Library
Montpelier Exempted Village School Dist.
Montpelier Public Library
Napoleon Public Library
Nelson, Geraldine
Nelsonville-York City School District
New Lexington City School District
Newton Falls Exempted Village Sch. Dist.
Newton Falls Public Library
Nordonia Hills School District
North Canton Public Library
North Baltimore Public Library
North Canton City School District
North Olmsted City School District
North Royalton City School District
Northridge Local School District
Northwood Local School District
Oak Harbor Public Library
Oakwood City School District
Oberlin Public Library
Ontario Local School District
Oregon City School District
Orrville Public Library

Ostego Local School District
Overton, Wyatt
Paint Valley Local School District
Parker, Mel
Parker, Lerah
Pataskala Public Library
Patrick Henry Sch. Dist. Public Library
Paulding County Carnegie Library
Pemberville Public Library
Perry Public Library
Perry, Ruppel
Perry School District (Fayetteville, IN)
Perrysburg Exempted Village School Dist.
PETRO Resources, Inc.
Pettisville Local School District
Pickerington Local School District
Pishioneri, James
Plain Local School District
Plain City Library
Poland Local School District
Port Clinton City School District
Portage County District Library
Preble - Shawnee Local School District
Public Library of Cincinnati & Hamilton
Putnam County District Library
R. Mesquita, in behalf of California General
    Public
Reddoor, Abigail
Reddoor, Irma
Reed Memorial Library
Revere Local School District
Reynoldsburg City School District
Ricker, William
Ricker, Jr, George F (Erin Ricker)
Ricker, Helen
Ricker, Sr., George
Ricker, Jr., George
Ritter Public Library
River Valley Local School District
Roberts, John
Rockford Carnegie Library
Rocky River Public Library
Rocky River City School District

Russia Local School District
Salem Public Library
Salem City School District
Sandusky Public Library
Seneca East Public Library
Sinclair Community College
Smith, R. Gene
Solon City School District
Southeastern Local School District
Southern State Community College
Southwest Licking Local School District
Southwest Public Library
Spiker, Pauline
Springfield Local School District
St Paris Public Library
Stark County District Library
State of Ohio (Attorney General)
State of Michigan, Dept. of Corrections
Stow-Munroe Falls Public Library
Support Services Terminal, Inc.
Sylvania City School District
Taco Tico, Inc.
Taco Tico Acquisition Corp.
Taylor Memorial Public Library
Teays Valley Local School District
Tennison, Kathleen
Tennison, Kathleen
Thompson, Harrison
Tiffin-Seneca Public Library
Tipp City Public Library
Toledo City School District
Travis Abner, on behalf of Calif. Gen'l Public
Tri-County North Local Schools
Triad Local School District
Trimble Local School District
Troy City School District
Troy-Miami County Public Library
Tuscarawas County Public Library
Twin Valley Community Local School Dist.
Twinsburg City School District
Twinsburg Public Library
United States Department of Interior
Upper Sandusky Community Library

Upper Sandusky Exempted Village Sch.
District
Upper Arlington City School District
Upper Arlington Public Library
Urban, Charles
Valley View Local School District
Versailles Exempted Village Sch. District
Wadsworth City School District
Walker, L. Diane
Walker, Diane
Wapakoneta City School District
Warren-Trumbull County Public Library
Warrensville Heights City School District
Washington State Community College
Washington Court House City Schools
Washington-Centerville Public Library
Waterloo Local School District
Waverly City School District
Way Public Library
Wayne Local School District
Wayne County Public Library
West Geauga Local School District
Westerville City School District
Westerville Public Library
Whitmer, Warren
Willard Memorial Library
Wilmington Public Library of Clinton County
Wolf Creek Local School District
Wood County District Public Library
Woodmore Local School District
Woodridge Local School District
Worthington Public Library
Wright Memorial Public Library
Wright, James
Yellow Springs Ex Village Sch. District
Youngstown/Mahoning County Public Library
Youpee, Josi
Youpee, Sr, Marvin K. - Iris Youpee
Youpee, Sr., Marvin
Youpee, Sr, Marvin K. - Brittany Youpee
Youpee, Cary
Youpee, Dwight
Youpee, Allen

Youpee, Sr, Marvin K. (Marvin Youpee, Jr)
Youpee, Sr, Marvin K. (William Youpee, III)
A. P. Green Services, Inc.
Allegheny Solvens and Chemicals Company
Amchem Products, Inc.
American Trading & Production Corp.
American Petrofina, Inc.
Amoco Corporation
Amoco Shipping Company
Anchor Chemical Company
Andrews Oil Company
Arhtur F. Hazen & Son, Inc.
ASARCO Incorporated
Ashland Oil, Inc.
Atlantic-Richfield Company
B. P. Oil Corporation
Baker & Taylor, Inc.
Basic, Inc.
Bearings and Transmissions, Inc.
Bearings, Inc.
Beaver Alkali Products
Beazer East, Inc.
Berry Bearing Company
Betz Laboratories, Inc.
BetzDearborn, Inc. (f/k/a Grace Dearborn
Company)
Bigelow-Liptak Company
Blackhawk Chemical Company
Blackships, Inc.
Boron Oil Company
Bostik, Inc.
Boyer Chemical Laboratory Company
Burrell Corporation
Calgon Corporation
Chas Kurz & Co.
Chevron U.S.A., Inc.
Chevron Products Company
Chevron Shipping Company
Colowyo Coal Company, L.P.
Cosden Pipe Line Co.
Credit Suisse First Boston Corp.
D. A. Stuart Oil Co., Ltd.
DeShazer, Jack

Dextrex Corp.
Didier Taylor Refractories Corp.
Dow Chemical USA
E. F. Houghton & Company
El-Arabi, Mahguib
English China Clays, Inc.
Exxon Co. USA
FINA, Inc.
FINA Oil and Chemical Company
Fiske Bros. Refining. Co.
Fresenius Medical Care, Inc.
Fresenius National Medical Care, Inc.
Fresenius U.S.A., Inc.
G. Whitfield Richards
Gateway Industrial Supply
General Refractores Co.
Gojer, Inc.
Grand Saw & Machine, Inc.
Gulf Oil Corp.
Harbison-Walker Refractories Co.
Harry Miller Corporation
Hazen Petroluem, Inc.
Hess Tankership, Co.
Housley-Kimmich Company
Humble Oil & Refining Co.
Huthnance International, Inc.
Huthnance-Grace Offshore Company
Imperial Oil & Grease Co.
Imperial Metallic Lubricants, Inc.
Industrial Petroleum Chemicals
Jamestown Paint & Varnish Company
Jurgens, Charles
Kaiser Aluminum & Chemical Sales
Kennametal
Keystone Tankership Corp.
L. O. Burrell Coompany
L. P. S. Research Laboratories, Inc.
Laboratory Equipment Co.
Magnaflux Corporation
Management, Inc.
Marathon Oil
Marine Navigation Co., Inc.
Marine Transport Lines

Maurice A. Knight Company
McKesson Chemical Co.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Mesa Petroleum Co.
Metropolitan Urology, PSC
Mobil Oil Co.
Monsanto Company
Murphy Oil USA, Inc.
Murphy Exploration & Production Co.
N.Y. Hillside, a/k/a NY (Hillside), Inc. &
NY Petro. (Hillside) Inc.
National Chemsearch Corp.
National Tankers Corp.
National Medical Care, Inc.
Never-Seez Compound Corporation
Neville Chemical Company
North American Refractories Co.
O. Y. Sea Freight
Parkin Chemical Company
Pioneer Natural Resources Co.
Pioneer Natural Resources USA, Inc.
Pro-Chem. Inc.
Prudential Lines, Inc.
Quaker Chemical Corporation
Ralph A. Hiller Company
Ray Engineering
Reilly Tar & Chemical Corporation
Robinson Insulation Company
Samson Hydrocarbons Company
Samson Hydrocarbons Company
Saville & Co.
Sealed Air Corporation (US)
Shell Pipeline Corporation
State of Michigan, Department of
Corrections
Stauffer Chemical Co.
Sun Company
Support Terminal Services, Inc.
Support Terminals Operating Partnership,
L.P.
T. J. Stevenson & Co.
Texaco, Inc.
Texaco Refining and Marketing, Inc.

Texaco Marine Services, Inc.
Texize Chemicals, Inc.
The Steco Corp.
The Filtron Co., Inc.,.
Union Pacific Railroad Company
Union Oil Co. of California
Union Carbide Corporation
United Refining Company
United Fruit Company
United States Steel Corp.
William K. Schmied, M. D.

### (vi) ASBESTOS LITIGATION SIGNIFICANT CO-DEFENDANTS

101 California Investors Corp.
A. P. Green Industries, Inc.
A. P. Green Services Inc.
A. O. Smith Water Products Co.
A. W. Chesterton Company
A. C. Product Liability Trust
A BFST Products Co.
A. L. Burbank & Co. Ltd.
Abex Corp.
ACandS, Inc.
Acorn Iron & Supply Co.
Alfred Crane Co.
Allied Signal Inc.
Allied Glove Corp.
Altred Conhagen, Inc.
Amchem Products, Inc.
American Standard, Inc.
American Optical Corp.
American Export Lines, Inc.
Ametek, Inc.
Amoco Corp.
Amoco Oil Co.
Amoco Chemicals Co.
Anaconda Power Cable, Inc.
Anchor Packing Co.
Anco Insulations, Inc.
Appalachian Power Co.
Aqua Chem, Inc.
Arco Petroleum Products Co.
Argo International Corp.
Argo Packing Co.
Aristech Chemical Corp.
Armstrong World Industries
Asarco, Inc.
Asbestos Spray Corp.
Asbestos Product Mfg. Corp.
Asbestos Corp.
Asten Group, Inc.

Asten Canada, Inc.
Atlantic Asbestos Corp.
Atlantic Richfield Co.
Atlas-Turner Co. Ltd.
Auburn Manufacturing Co.
Aurora Pump Co.
B. F. Goodrich Co.
The Babcock & Wilcox Company
Beazer East, Inc.
Bethlehem Steel Corp.
Bigelow-Liptak Corp.
Black & Decker Corp.
BMCE, Inc.
The Boc Group, Inc.
Borg Warner Security Corp.
Boyd Co.
BP of America
Briggs Manufacturing Co.
Brown & Root, Inc.
Brown & Root USA, Inc.
Bryan Steam Corp.
The Budd Company
Burnham Corp.
Burns & Roe Synthetic Fuels, Inc.
C. E. Thurston & Sons, Inc.
Cape Industries, PLC.
CBS Corp.
Central Operating Co.
Certainteed Corp.
Champion International Corp.
Chemseco
Chevron Corp.
Chicago Fire Brick Co.
Cleaver Brooks Company, Inc.
Coffin Pump, Inc.
Collins Packing Co.
Coltec Industries, Inc.
Combustion Engineering, Inc.

Conhagen, Inc.
Consolidated Edison Co.
Consolidated Mines Selection
Continental Wire & Cable Co.
Cooper Industries, Inc.
Corhart Refractories Co.
Courter & Co., Inc.
Crane Co.
Crosby Steam & Valve Co.
Crown Cork & Seal Co., Inc.
D. B. Riley, Inc.
Dana Corp.
Daniel Construction Co.
Darragh Co.
Dover Resources, Inc.
Dow Chemical Co.
Dresser Industries, Inc.
Durabla Manufacturing Co.
Durame Tallic Corp., Inc.
E.G. & G. Sealol, Inc.
E.I. du Pont De Nemours & Co.
E.L. Stebbings, Inc.
Eagle Picher Industries, Inc.
Eagle, Inc.
Eastco Industrial Safety Corp.
Eastern Refractories Corp.
Eaton Corp.
Edison International, Inc.
Elliott Turbomachinery Co.
Elliott Machine Corp.
Empire Ace Asbestos Insulation
Ericsson Radio Systems, Inc.
Ernst Cage Co.
Everlasting Valve Co.
Excelsior, Inc.
F. R. Wright Co. Of Pittsburgh
Federal Mogul Corp.
Felt Products, Inc.
Ferodo America, Inc. (Acf)
Fibreboard Corporation
Figgie International
FKI Industries, Inc.
Flexitallic Gasket, Inc (Acf)

Flexo Products, Inc.
The Flintkote Company
Foote Mineral Co.
Foseco, Inc.
Foster Wheeler Corporation
Fulton Boiler Works, Inc.
GAF Corporation
Garlock Industries
Gasket Holdings, Inc.
Gateway Industrial Supply
Gatke Corp.
General Cable Corp.
General Motors Corp.
General Signal Corp.
General Refractories Co.
General Electric Co.
General Gasket Corp.
Georgia Pacific Corp.
Gibraltar Industrial Services Inc
Glen Alden Corp.
Goodall Rubber Co.
Goodyear Canada, Inc.
Goodyear Tire & Rubber Co.
Gould Pumps, Inc.
Graybar Electric Co.
Greene Tweed & Co.
Griffin Wheel Co.
Guard Line, Inc.
Gulf Coast Marine Supply Co.
Gulf Engineering Co., Inc.
Gulf Oil Corp.
Gulf Belting & Casket Co.
H. B. Fuller Co.
H. H. Robertson
Hajoca Corp.
Hampshire Industries, Inc.
Harbison Walker Refractories
Hel-Pro, Inc.
Henry Vogt Machine Co.
Hersh Packing & Rubber Co.
Hobart Brothers Co.
Holmes Blunt Ltd.
Home Rubber Co.

Hopeman Brothers, Inc.
Houdam John Crane, Inc.
Houghton & Co.
Hunter Sales Corp.
IMO Industries
Imoff's, Inc.
INCO Alloys International, Inc.
Indian Head Industries, Inc.
Indresco, Inc.
Industrial Rubber & Specialty Co.
Industrial Holders Co.
Ingersoll Rand Co.
Ingersoll-Dresser Pump
Insul Co., Inc.
Insulation Corp.
International Freighting Corp.
International Minerals & Chemical
J. H. France Refractories Co., Inc.
J. T. Thorpe & Sons, Inc.
James Walker Manufacturing Co.
Janos Industries Insulation Corp.
John Crane, Inc.
Kaiser Aluminium & Chemical Corp.
Kaiser Aluminum & Insulation Co.
Keasbey & Mattison
Keeler Dorr Oliver Boiler Co.
Kelly-Moore Paint Co., Inc.
Kennecott Energy Company
Kentile Floors, Inc.
Kohler Co.
Komp Equipment Co., Inc.
Koppers Co., Inc.
La Favorite Industries, Inc.
Lake Asbestos of Quebec, Ltd.
Laurel Rubber & Gasket Co.
Leeds & Northrup Co.
Lloyd F. Mitchell, Inc.
Long Island Lighting Corp.
Marathon Oil Co.
Maremont Corp.
Marine Specialty Co., Inc.
Mario & Dibono Plastering Co., Inc.
The Marmon Group, Inc.

McCarty Corp.
McCormack Asbestos Co.
McMaster-Carr Supply Co.
Melrath Gasket Co.
Metropolitan Life Ins. Co.
Minnesota Mining & Mfg.
Mississippi Rubber & Specialty Co.
Mobil Oil Corp.
Monongail-LA Power Co.
Monsanto Chemical Co.
Morse Diesel Construction, Inc.
Mortell Company
National Refractories And Minerals Corp.
National Gypsum Co., n/k/a Asbestos Claims
    Management Corp.
Noland Co.
North American Refractories Co.
North Brothers, Inc.
Norton Co.
Nosroc Corp.
Nuturn Corp.
O'Connor Constructors, Inc.
Oakfabco, Inc.
Occidental Chemical Corp.
Oglebay Norton Co.
Okonite Co.
Owens Illinois, Inc.
Owens Corning Fiberglass
Owens Illinois Glass Co.
Pacific Atlantic Steamship Co.
Panacon Corp.
Patterson Kelly Company
Peerless Heating Co.
Peerless Supply Co.
Peerless Industries, Inc.
Pecora Corp.
Pfizer, Inc.
Philip Carey Manufacturing Co.
Phoenix Specialty Manufacturing
Pittsburgh Plate Glass Industries
Pittsburgh Corning Corp.
Plibrico Company
Pneumo Abex Corp.

Porter, Hayden
PPG Industries, Inc.
Preferred Utilities Manufacturing
Premier Refractories & Chemicals
Proko Industries, Inc.
Puerto Rico Safety Equipment Co.
Quaker Rubber Co.
Quigley Company, Inc.
Rapid American Corp.
Ravenswood Aluminum Corp.
Reilly Benton Co., Inc.
Reynolds Metals Co.
Rhone Poulenc, Inc.
Rhopac, Inc.
Riley Stoker Corp.
Robert A. Keasbey Company
Robertson Ceco Corp.
Rockbestos Co.
Rohm & Haas Co.
Ruberoid Co. (successor is GAF Corp.)
S. B. Decking, Inc.
Safeguard Industrial Equipment
Sager Corp.
Sealol Corp.
Searo Packing Co.
Selby Battersby & Co.
Crouse-Hinds Sepco Corp.
Sequoia Ventures, Inc.
Shell Oil Co.
Sherwin Williams Co.
Shook & Fletcher Insulation Company
Skinner Engine Co., Inc.
South Atlantic Steamship
Standard Refractories Ltd.
Standard Equipment
Steel Grip Safety Apparel Co.
Stone & Webster, Inc.
Struthers Wells Corp.
Studebaker Worthing Co.
The Synkoloid Company of Canada, Ltd.
T & N, Ltd. (f/k/a T&N, PLC).
T & N Industries (ACF)
Taylor Seidenbach, Inc.

Taylored Industries, Inc.
Texaco, Inc.
Texas Vermiculite Co.
Thorpe Insulation Company
Tishman Construction Corp. of Illinois
Tishman Realty & Construction
Titusville Boiler Co.
Treadwell Corp.
Tung Sol Electric, Inc.
Turner Supply Co.
Tweed Greene & Co.
U. C. Realty Corp.
U. S. Navigation
U. S. Gypsum Corp.
Union Asbestos & Rubber Co.
Union Carbide Corp.
Uniroyal Chemical Co., Inc.
Uniroyal, Inc.
Universal Refractories, Inc.
U. S. Rubber Gypsum Co.
U. S. Mineral Products
U. S. Rubber Co.
USX Corp.
Vellumoid Co.
VIAD Corp.
Viking Pumps.
Vogt Machine Co.
Waco Insulation, Inc.
Wagner Electric Corp.
Walworth Co.
Warren Pumps, Inc.
Weil Mclain United Dominion Co.
Westinghouse Electric Corp.
Wire and Cable Division
Worthington Corp.
Worthington Pump Machinery Corp.
York Industries Corp.
Zimmerman Packing & Mfg., Inc.
Zurn Industries, Inc.

## INVENTORY SETTLEMENT AGREEMENTS WITH LAW FIRMS DISPOSING OF ASBESTOS BODILY INJURY CLAIMS VALUED AT MORE THAN $5 MILLION

| | |
|---|---|
| Weitz & Luxenberg, P.C. | New York, NY |
| Reaud, Morgan & Quinn, Inc. | Beaumont, TX |
| Foster & Sear | Dallas, TX |
| Goldberrg, Persky, Jennings & White, P.C. | Pittsburgh, PA |
| Silber & Pearlman, P.C. | Dallas, TX |
| Law Offices of David Lipman, P.C. | Miami, FL |
| Cooney & Conway | Chicago, IL |
| Campbell, Cherry, Harrison & Dove, L.L.P. | Waco, TX |
| Robles & Gonzales, P.A. | Miami, FL |

### (vii) TOP 100 EQUITY SECURITY HOLDERS OF DEBTORS

Cede & Co
W. R. Grace & Co Book Entry Memo A/C
Loriot & Co.
Jeanette L Vachon Trust UA
Paul J. Norris
Charles H. Erhart Jr.
Bob Robert Sunness
Wachovia Bank of North Carolina
M. Evelyn Bowman
Phyllis Schriger
John W. Austin Jr. & Patsy W. Austin Trust
    UA
Quentin Alexander
Patricia Stanley
Ellen R. Saxl
Angus W. Mercer
Ronald C. Cambre
Joyce M. Mercer
Wayne T. Smith
Rose M. Johnston
John A. Santillo & Rose Santillo
Edna M. Loos
Joanna M. Foley & Joseph P. Foley
Joseph A. Rightmyer
Simon Atlas
Alanna Forshay Fenske
Fred P. Brandt & Catherine A. Brandt
George R. Perrin
R. Ronald Kleiman
Joanna M. Foley & Joseph P. Foley
Merle Reppert
David B. Siegel
William M. Corcoran
Ann G. Fitzgerald
W. Brian McGowan
Harry S. Rinker Trust
Raymond E. Smiley
Janet L. Farr & Edward S. Farr

Holmes Oil Company
Lack & Lindsay
William A. Maude
William L. Monroe
Gerald W. Halmo
Daisy Salzo Casilla
Fred P. Brandt
Dorothy G. Kleiman
James G. Schaefer
Edmund F. Guaraldi Revocable Trust
John O. Flender
Magdalen Sleeman
Robert Bendheim
Rudolf B. Peest
Robert E. Anderson & Mary F. Anderson
Sylvia M. Erhart
Phyllis Schriger & William D. Roger
Eileen Margaret Grimsditch
Richard J. Schoofs
Noel A. Lee
Betty D. Green
Dorothy F. Seliers
Lawrence M. Pucci
Hilda Salz O
Bonnie Nagai
CMSS as Exchange Agent for
    Unexchanged Holders of
    Chomerics, Inc.
George T. Fukui & Katherine K. Fukui
Lillian Berman
Leonard L. Brown
Johnny P. Forehand Jr.
Kathryn C. Mattingly
Gregory E. Poling
Douglas V. Reynolds
Olaf B. Schubbe
The Smiley BBN Family Partnership
David Lawrence

Thomas Arlen Evans & Dotzie Kay Evans
Freda E. Strahl
Maria O. De Salz
Harold A. Eckmann
The Abraham Family Trust
Barbara Cates Baynard
Willie H. Blantón
Celwyn Company, Inc.
Rae C. Heiple
Burrel Leonard
Mary C. Kodis Trust
Joan McKay Young
Malech 1989 Family Trust
Margaret M. Sokol

Haig Torigian
Quentin L. Thelen
Robert L. Cox Jr.
Louise Loffredo
Elyse B. Napoli
Richard J. Nozemack
Steven S. Paloumbis
Mark A. Shelnitz
Gert H. Teska
Robert H. & Joan P. Beber
Laurey Mercer Rigsbee
George Montgomery
P. S. DeBeaumont

(viii)  ISSUERS OF THE DEBTORS' OUTSTANDING LETTERS OF CREDIT

ABN AMRO Bank N.V.
Bank of America, N.A.
Citibank, N.A.
J.P. Morgan Chase & Co.
Wachovia Bank & Trust Company, N.A.

ISSUERS OF THE DEBTORS' OUTSTANDING SURETY BONDS

American International Group, Inc.
The Travelers Insurance Co.
Fireman's Fund Insurance Co.
The Hartford Financial Services Group, Inc.
St. Paul Companies, Inc.

## BANK CREDITORS OF THE DEBTORS AND AGENTS AND INDENTURE TRUSTEES

The Chase Manhattan Bank (agent)
The Depository Trust Company
Bank of America, N.A.
J.P.Morgan & Chase Co.
First Union Bank
Credit Suisse First Boston Corp.
Dresdner Bank A.G.
Bank of Nova Scotia
ABN Amro Bank N.V.
Bank of New York
Northern Trust Bank
Wachovia Bank and Trust Company, N.A.
Hapoalim
Barclays Bank PLC
Citibank, N.A.
Commerzbank A.G.
Credit Lyonnais
HSBC/MarineMidland
Lloyds Bank, Dubai
CEDE & Co. (indenture trustee)
Deposit Guaranty Corp. (indenture trustee)

(ix)  PARTIES TO REAL ESTATE LEASES IN WHICH DEBTORS ARE LESSEES

14901 North Scottsdale Road LLC / SM1/Southwestern Management, Inc.
2700 Stemmons
710, Inc.
A. Copeland Enterprises
A. Dong Oriental Grocery and Gift, Inc.
Abnet Realty Co. (Wm. Langfan & Aaron Ziegelman) / B E Holding Corp.
Accomplishments Through People, Inc.
AIP Properties
Alexander Summer, Inc.
Aliferis (UJ's Family Restaurant)
Allstore Realty Group
AMB Property, L.P.
AMCAP/Denver Ltd. Partnership
American Property Investors XI
American United Life Insuranc Co.
APAC Teleservices, Inc.
Appollo Cards, Inc.
Arbor Vitae Company N.V.
ASIC Alliance Corporation
Associates Enterprises of Houston
Atlash Corporation N.V.
Autozone, Inc.
Azteca Restaurants (El Torita-La Fiesta)
B & N Enterprises
Baltivest, N.V.
Baronial Corporation, N.V.
Barrand, Inc.
Baydale, Inc. // AMFAC Merchandising Corp.
Bell Canyon Investments Company N.V.
Berch Corporation N.V.
Besswell Corporation, N.V
Birchwood at Jericho Associates
Bixby Ranch Company
Blakenship Villas of Clovis, Inc.
Boeing Court Partners
Broadway Place I
Bruce & Brent Speckert, Tracey Deatsch, Deborah Frostholm
Buccola Family Trust
Buen Dia Land Company N.V.

Builders Emporium Corp.
Builders Empourium (East), Inc.
Byer Properties
C & S, Inc.
Cabernet Company, N.V.
Caburan Land Company N.V.
Campamar Land Company N.V.
Caringello Investments II
Carlisle Property Co.
Carrow's
Casa Bonita, Inc.
Cassco Land Co., Inc.
Cavil Properties, Inc.
Cedar Square, A Texas General Partnership
CFS
Channel Home Centers
Channel Home Centers Realty Corp.
Channel Lumber Company
Channel of Route 10
Charger Land Company
Chart Towne Partnership
Chattanoooga Food Systems, Inc.
Chi Chi's, Inc.
Child World, Inc.
Citizens and Southern Bank of W. Georgia
City Federal Savings & Loan Association
City/County of San Francisco - Public Utilities Commission
Clayton Dean
Coco's
Community Distributors, Inc.
Craddock Diversified Enterprises
Crested Butte Equities Co.
D & B of Hollywood
DAS Restaurants, Inc.
Dave Christensen, Inc. (successor in-interest - Bellevue Hilton)
Daylin, Inc.
De Nada Restaurants, Inc.
DELCO Development Co. of Gastonia / H. C. Associates
DELCO Development Co. of Tyvola
Delta Acquisitons, Ltd.
Dr/Mrs Robert Schmit
DT Propiedades
Dunn International Corporation

Dunn International of Georgia, Inc.
El Torito
El Toro Properties/Corp & Ludo and  Gloria Bevilacqua
Elaine Power Figures Salons, Inc.
Eminent International Enterprises, Inc.
Evelyn Art Gallery
Fairlane Land Comapy, N.V.
Fast Food Properties
FBL Partners
Fedi, Fedi, Jaworski & Santini
FFCA/IIP
Fidelity Syndications, Inc.
First Harris Associates, Ltd.
First National Bank of Bloomington
Forshaw, Elizabeth
Frank & Marianne Sorci
Frederick J. and Pamela M. Axelberd
Freed Realty Company
Freeport Center Associates
Galahad Real Estate Corp.
Gardner-Smith Associates / Broad River Mall Assoc., L.P. /Hitchner, Witt & Co.
Garec Ltd. Partnership
Gaston Health Care, Inc.
Gene Biggli Properties
General Mills
Goodwill Industries fo Greater New York, Inc.
Green Angel Investments Co., N.V.
Green Pastures, Inc.
Grupe - Squaw Valley Company Ltd.
Handy City Division
Harry & Elise Grimmer
H-B, Inc.
Heathcliff Investment Co., N.V.
Herman's Sporting Goods, Inc.
Hines Interest Limited Partnership
Home Builders Emporium-NY
Homer J. Rader
HQ / Hechinger Property Company
H-T Enterprises V
Hugh M. Tarbutton
Ingram Plaza Company
International Protective Coating Corp. (successor to Pyrotec Industries, Inc.)
Investcal Develop Co.

Investcal Realty
J & J Rentals
J. E. Smith
J.C. Food Corporation
Jack Astor's Leasing
James G., James H. Ayres and Mary Jane Ayres
Jericho Restaurant Associates
Jew, Anthony, MD
John & Susan Youngson
John H. Baker III
John L. Stevenson
Jojo's
Joseph and Inez Foundation
Joyce Alyn
JP Forney Jr, Trustee;  Elinor L. Forney;  James B. Davis and R.C. Bennett, Trustee
Keg Restaurants
Keystone Realty Company
Kravco Company;  Lehigh Valley Associates
Kwo-Tai Richard Sun & Ivy Hsiao-Ming Chen Sun
La Jolla Village Profesional Center Associates
La Mesa Crossroads
Lathampton Corporation
La Salle National Bank - Trust #100609
Laguna Hills Investment Company
Lampeter Joint Venture (Basser and Kaufman)
Larnet N.V.
Leverett Corporation N.V.
Lewis RE Trust, et al.
Life Time Floors, Inc.
Lismore Corporation N.V.
Lister Properties Co.
Listoville, N.V.
Lynda Ward
M.S.B. Properties
M/M John Santopadre
Malibu Land Company N.V.
Mamiye Brothers
Manor Develpoment Co.
Margaret & Mike Conrotto
Mark Hankin and Hanmar Assoc. MLP.
MARS, Inc.
Marshall's of Milford, Connecticut., Inc.
Marshall's of Waterbury, Connecticut., Inc.

Marshall's of Wayne
Marshall's, Inc.
Martinvest, Inc. N.V.
Mattatuck Plaza Associates (successor to Simon Konover)
MCC Group Northglenn, LTD.
MCC Group-Mesquite # Joint Venture
McCutchin Brothers Joint Venture II
Mercury Mall Associates
Merlot Company N.V.
MGSC Corp.
Milford Associates
Missouri Limited Partnership
Mr. Beef Restaurants, Inc.
Myers Corner Development Corporation
New England Mutual Life Ins. Co.
Ninfa's (Rodco, L.C.)
NoHy
Northern Hydraulics, Inc.
Northwest Village Limited
Olive Garden
Ollie's Bargin Outlet, Inc.
Orchard Supply Building Co.
Pacar, Inc.
Pancho's Mexican Buffet
Paragon Steakhouse Restaurants, Inc.
Parkland Realty
Paul Choi & Evelyn Youngrea Choi
Peckman, Peter H. & Nancy M.., c/o Investcal Realty Corp.
Pennsylvania Ltd. Partnership
Pepper Square Venture I
Perrot N.V. and Lowell Corporation
PFRS Dublin Corp.
PH Associates
Phoenix Concepts Corporation
Pier 1 Imports
Pike-Pal Associates
Pinata, Inc.
Plaza Camino Real
Plus Foods Discount, Inc.
Princessa Land Company, N.V.
Principle Life Insurance Co.
PRS Boyle Rd. Corp / Selden Center Associates / Net Realty Holding
Quick Foods, Inc. dba Taco Villa

Quivira 95 Company
Quortrup Petroleum Products, Inc.
Rhodes, Inc.
Richard & Kathryn Rossman
Richard L. Crawford and Geren Crawford Real Estate Investments
Robert V. McKeen & Co.
Robin Roach & Andrew P. Wieland
RREEF USA Fkund-III
Russell J. & Milton F. & Joyce Bruzzone
S. Klein Department Stores, Inc.
S.A.H. Partnership
Safari Realty Co., Inc.
Safeway Stores, Inc.
Safia, Inc.
Savmart of New Jersey, Inc.
Schantz, Schntz & Pernell
Scott William Wood
Serota & Sons
Shapell Industries of No. California, Inc.
Shepler's Inc.
Sheplers of Texas
Silver Shadow Land Company
Snack,Inc.
Soll Trust
Sota Bento Land Company, N.V.
South Plainfield Holding, Inc.
So. Pacific Dev. Co.
Southern Pacific Development
Southview Mexican Ltd. Partnership
Springs Assoc, L.P.
Springs Associates
Stanmel Corp.
Stein Mart, Inc.
Stephen Pontiac - Cadillac, Inc.
Sterling Projects, Inc.
Sylvor, Robert
Tony Roma's a/k/a Romacorp, Inc.
Taaz, L.L.C.
Taco Del Sur, Inc.
Taco Villa, Inc.
Terrin Holding, Co.
T/H Associates
The Fabric Emporium

The Great Atlantic and Pacific Tea Company
The Lincoln National Life Insurance Co.
The Lionel Corporation & Lionel Leisure, Inc.
The Oaks % Key Center
The Pep Boys - Manny, Moe & Jack
The Price Company
The Salvation Army
The Snyder Living Trust
The Voit Companies
Theodore, Judith, Edward & Thelma Bradford
Topps of Totowa
Trammel Crow Co.
Two Forty Associates
Two Guys from Harrison -- New York., Inc.
United Benefit Life Insurance Company
Urban Village Partners
Vess J. Barnes, Joyce A. Barnes, & Terry Smith as Trustees of Barnes Jewelry, Inc. Employees
Profit Sharing Trust
Village Parkway Venture
Vincent & Rose Di Tommaso
Vintage Faire Assocs
Virginia Square Ltd.
Volare Investments Co.
Vornado, Inc.
W. H. C. Realty Corp. (successor to Simon Konover)
Wal-Mart Stores, Inc.
Watson Land Company a/k/a Chomerics, Inc.
Wayne Industries, Inc.
Weingarten Realty Investors
Weingarten Realty, Inc.
Wendy's
West York Associates
Westbar Limited Partnership
Whataburger, Inc.
Whittaker/Valey River Partners
Who Songs & Larry's
Wickes Companies, Inc.
William K. Langfan and Aaron Ziegelman
Winfield Group
Wm. & Grace Garcia
Woodfair Venture, Ltd.
WRG Assoc. Four
WRG Assoc. Seven

WRG Assoc. Six
WRG Associates Five
WRG III, L.P.
Banker's Life of Des Moines, Iowa

### (x) Other Parties in Interest

TrizecHahn Office Properties, Inc.

Blue Ridge Asset Funding Corporation

Retained Professionals

      Kirkland and Ellis

      Pachulski, Stang, Ziehl, Young & Jones P.C.

      The Blackstone Group L.P.

      Kekst & Company

      Wachtell, Lipton Rosen & Katz

Shareholders

      FMR Corp.

      Peninsula Partners, L.P.

      The Baupost Group, L.L.C.

# SCHEDULE B

## SCHEDULE B

Citibank
Keystone Realty
David Lawrence Assoc.
Wachovia Bank
Whittaker Corp.
Trammel Crow NE Inc.
Great Atlantic Pacific Tea Co., Inc.
City & County of San Francisco
Lloyds TSB Bank PLC
Credit Lyonnais
Northern Trust
BP Amoco PLC
Aristech Chemical Corp.
Bethlehem Steel
CBS
General Motors
Reynolds Metals
Tishman Speyer
Con Edison
Metropolitan Life Insurance Co.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| **W. R. GRACE & CO., et al.**[1] | ) **Case No. 01-01139 (JJF)** |
| | ) |
| Debtors. | ) **Jointly Administered** |

## ORDER AUTHORIZING RETENTION OF STROOCK & STROOCK & LAVAN LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11

cases of W. R. Grace & Co., and sixty-one of its subsidiaries and affiliates (collectively, the

"Debtors") having made an application to this Court (the "Application") for the entry of an Order

pursuant to 11 U.S.C. § 1103(a) authorizing the retention of Stroock & Stroock & Lavan LLP

("Stroock") as counsel to the Committee, *nunc pro tunc* to April 12, 2001; and upon the affidavit

of Lewis Kruger, a member of Stroock in support thereof duly sworn to on May 1, 2001 (the

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracol, Inc., Gracol II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

"Affidavit"); and it appearing that notice of the within Application has been provided to (i) the Office of the United States Trustee; (ii) counsel for the above-captioned Debtors; and (iii) all other parties having filed a notice of appearance and request for service of documents under Federal Rule of Bankruptcy Procedure 2002; and the Court being satisfied based upon the representations made in the Application and the Affidavit that (i) Stroock represents no interest materially adverse to the Committee; (ii) Stroock is a "disinterested person" as that term is defined in 11 U.S.C. §§ 101(14); and (iii) the employment of Stroock is necessary, and in the best interests of the Committee, and in compliance with Bankruptcy Rules 2014 and 2016; and after due deliberation, and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Application is granted in its entirety; and it is further

**ORDERED,** that in accordance with 11 U.S.C. § 1103(a), the Committee be and it is hereby authorized and empowered to retain Stroock as its attorneys, nunc pro tunc to April 12, 2001, to represent the Committee in these Chapter 11 cases; and it is further

**ORDERED,** that Stroock shall be compensated in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure and the Local Rules and orders of this Court.

Dated:   Wilmington, Delaware
         **May    30**, 2001

_____
The Honorable Joseph J. Farnan, Jr.

2

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) |
| | ) **Chapter 11** |
| **W. R. GRACE & CO., <u>et al</u>.** | ) **Case No. 01-01139 (JJF)** |
| | ) |
| | ) |
| **Debtors.** | ) **Jointly Administered** |

## <u>CERTIFICATE OF SERVICE</u>

I, John W. Weiss, certify that I am not less than 18 years of age, and that service

of a copy of the attached **Notice of Application for an Order Authorizing the**

**Retention of Stroock & Stroock & Lavan LLP as Counsel to the Official Committee**

**of Unsecured Creditors** was made May 2, 2001, upon:

> All of the parties indicated on the attached Service List by first
> class mail, postage prepaid, or as otherwise indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

_5-2-01_
Date

_John W. Weiss_
John W. Weiss

WLM\144098.2

**W.R. Grace Service List - 1103944**

Laura Davis Jones, Esq.
David Carickoff, Esq.
Counsel to the Debtors
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*BY HAND DELIVERY*

Hamid R. Rafatjoo, Esq.
Counsel to the Debtors
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Steven M. Yoder, Esq.
Counsel to Bank of America
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*BY HAND DELIVERY*

Matthew G. Zaleski, III, Esq.
Counsel to the Asbestos Committee
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*BY HAND DELIVERY*

James Kapp, III. Esq.
Counsel to the Debtor
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Frank Perch III
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Derrick Tay, Esq.
Counsel to the Debtor
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H3T4
CANADA

Mark Kenny, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

D.J. Baker, Esq.
Counsel to Sealed Air
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

David B. Sigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**W.R. Grace Service List - 1103944**

Nancy Worth Davis, Esq.
Counsel to Asbestos Committee
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

J. Douglas Bacon, Esq.
Counsel to DIP Lender
Latham & Watkins
Sears Tower, Suite 5800
Chicago, Il 60606

Securities & Exchange Commission
15th & Pennsylvania Avenue N.W.
Washington, D.C. 20020

Todd Meyer, Esq.
Kilpatric Stockton
1100 Peachtree Street
Atlanta, GA 30309

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, N.E., Suite 100
Atlanta, GA 30326-1232

District Director
IRS
409 Silverside Road
Wilmington, DE 19809
*BY HAND DELIVERY*

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

James H.M. Sprayregen, Esq.
Counsel to the Debtor
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Joseph F. Rice, Esq.
Counsel to the Asbestos Committee
Ness Motley Loadhold Richardson & Poole, P.A.
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Patrick L. Hughes, Esq.
Counsel to Asbestos Claimants
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Scott L. Baena, Esq.
Counsel to Committee of Property Damage Claimants
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131

Theodore Goldberg, Esq.
Mark C. Meyer, Esq.
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219-6295

Mark Lanier, Esq.
Patrick N. Haines, Esq.
Counsel to Asbestos Claimants
Lanier Parker & Sullivan, P.C.
1331 Lamar Street, Suite 1550
Houston, TX 77010

Alan Rich, Esq.
Russell Budd, Esq.
Counsel to Asbestos Claimants
Baron & Budd, P.C.
The Centrum
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281

Mark D. Collins, Esq.
Counsel to Chase Manhattan Bank
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
*BY HAND DELIVERY*

Eric D. Schwartz, Esq.
Counsel to National Medical Care
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
*BY HAND DELIVERY*

Jay M. Sakalo, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Stephen H. Case, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Brad Rogers, Esq.
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005-4026

James D. Freeman, Esq.
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Ira S. Greene, Esq.
Counsel to Intercat, Inc.
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, New York 10176

W.J. Winterstein, Jr.
Counsel to PPG Industries
Harvey, Pennington, Cabot, Griffith & Renneisen, Ltd.
11 Penn Center, 29th Floor
1835 Market Street
Philadelphia, Pennsylvania 19103

Josiah Rotenberg, Esq.
Lazard Fréres & Co LLC
30 Rockekeller Plaza, 60th Floor
New York, New York 10020

Lewis Kruger, Esq.
Counsel to the Unsecured Creditors' Committee
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Shelby A. Jordan, Esq.
Counsel to Garlock Inc.
Jordan, Hyden, Womble & Culbreth P.C.
Suite 900, Bank of America
500 North Shoreline
Corpus Christi, Texas 78471

Robert Raskin, Esq.
Counsel to the Unsecured Creditors' Committee
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Nancy T. Williams, Esq.
Counsel to Claimants
Brayton Purcell
222 Rush Landing Road
Novato, California 94945

Greta M. Brouphy, Esq.
Counsel to Babcock & Wilcox
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
Suite 2500, Poydras Center
650 Poydras Street
New Orleans, Louisiana 70130-6103

**W.R. Grace Service List - 1103944**

James V. Sylvester, Esq.
Counsel to Intercat, Inc.
Fritz, Byrne & Head, L.L.P.
98 San Jacinto Boulevard, Suite 2000
Austin, Texas 79701-4286

Charles E. Boulbol, Esq.
Counsel to Trizechahn-Swig
26 Broadway-Seventeenth Floor
New York, New York 10004

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Counsel for Asbestos B.I. Committee
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022

William P. Bowden, Esq.
Matthew G. Zaleski, III, Esq.
Counsel for Asbestos B.I. Committee
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
*BY HAND DELIVERY*

Adam G. Landis, Esq.
Counsel for Wachovia Bank, N.A.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*BY HAND DELIVERY*

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch
Counsel for Asbestos B.I. Committee
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Bruce E. Jameson, Esq.
Counsel for Prickett, Jones & Elliott and McKool Smith
Prickett, Jones & Elliott
310 King Street
P.O. Box 1328
Wilmington, DE 19899
*BY HAND DELIVERY*

Todd C. Meyers, Esq.
Counsel for Wachovia Bank, N.A.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Lewis T. Le Clair, Esq.
Counsel for Prickett, Jones Elliott and McKool Smith
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Mark S. Chehi, Esq.
Counsel for Sealed Air Corporation
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*BY HAND DELIVERY*

D.J. Baker, Esq.
Counsel for Sealed Air Corporation
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Paul Haskell, Esq.
Counsel for Farallon Capital Management, L.L.C.
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza
New York, NY 10005

Meridee Moore
Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 1352
San Francisco, CA 94111

Bernice Conn
Counsel for Los Angeles Unified School District
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East Suite 3700
LosAngeles, CA 90067

Steven J. Kherkher
Laurence G. Tien
Counsel for Numerous Asbestos Claimants
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite #600
Houston, Texas 77017

Jeffery C. Wisler, Esq.
Michelle McMahon, Esq
Counsel for Maryland Casualty Company
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
P.O. Box 2201
Wilmington, DE 19899
*BY HAND DELIVERY*

Paul M. Baisier, Esq.
Counsel for BPU REYNOLDS, INC.,
Seyfarth Shaw
1545 Peechtree Street
Suite 700
Atlanta, Georgia 30309

John P. Dillman
Counsel for City of Houston Harris County
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX 772533064

Elizabeth S. Kardos, Esq.
Counsel for Herman's Sporting Goods
Gibbons, Del Deo, Dolan,
Griffinger & Vecchione
A Professional Corporation
One Riverfront Plaza
Newark, New Jersy 07102-5497

**W.R. Grace Service List - 1103944**

Thomas J. Noonan, Jr.
Herman's Sporting Goods in Liquidation, Inc.
c/o R&S Liquidation Company, Inc.
 Lyons Mall PMB # 530
Basking Ridge, New Jersy 07920-1928

Fedrick B. Rosner, Esq.
Counsel for Ingersoll-Rand Fluid Products
Walsh, Monzak and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
*BY HAND DELIVERY*

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, Ohio 43506

Keavin D. McDonald
Counsel for Numerous Asbestos Claimants
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas 77010

A. Jimenez
Contrarian Capital Management. LLC.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Steven R. Schlesinger, Esq.
Counsel for Jay Peak LLC.
Jaspan Schlesigner Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Robert Jacobs
Marla Rosoff Eskin
Counsel to Various Asbestos Claimants
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
*BY HAND DELIVERY*

Francis A. Monaco Jr., Esquire
Counsel for Zhagrus Environmental, Inc
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, Delaware 19899-2031
*BY HAND DELIVERY*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
*BY HAND DELIVERY*

Stroock & Stroock & Lavan LLP
Lewis Kruger, Esq.
Robert A. Raskin, Esq.
Arlene G. Krieger, Esq.
180 Maiden Lane
New York, NY 10038-4982