IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. GRACE & Co., Inc., et al.,   Chapter 11

Debtor                                    Case No. 01-01139
                                          (Jointly Administered)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William Sullivan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice in this action of Robert M. Fishman of Shaw, Gussis, Domanskis, Fishman & Glantz, 1144 West Fulton Street, Suite 200, Chicago, Illinois, to represent Paul Price, individually and Paul Price as a proposed class representative in M.D.L. 1376 pending in U.S. District Court, District of Massachusetts. The Admittee is admitted, practicing, and in good standing in Illinois.

Elzufon Austin Reardon Tarlov & Mondell, PA

_____
William D. Sullivan, (#2820)
P.O. Box 1630, Wilmington, DE 19899-1630
(302) 428-3181

The Admittee certifies that he or she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Robert M. Fishman
Shaw, Gussis, Domanskis, Fishman & Glantz
1144 West Fulton Street
Suite 200
Chicago, Illinois
(312) 541-0151

Motion granted.                           BY THE COURT:

Date: May 8, 2001
                                          _____
                                          United States Bankruptcy Judge
                                                     District
                                                            Local Form 105

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on May 1, 2001, I did serve the foregoing: Pro Hac Vice of Robert M. Fishman, Esquire upon the parties identified on the attached service list via via U.S. First Class Mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

_5/01/01_
Date

_William D. Sullivan_ (signature)
William D. Sullivan

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  W.R. GRACE & Co., Inc., et al.,      Chapter 11

        Debtor     Case No. 01-01139
                                                                                        (Jointly Administered)

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

       William Sullivan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice in this action of Thomas M. Sobol, Lieff, Cabraser, Heimann & Bernstein, 214 Union Wharf, Boston, Massachusetts, to represent Paul Price, individually and Paul Price as a proposed class representative in M.D.L. 1376 pending in U.S. District Court, District of Massachusetts. The Admittee is admitted, practicing, and in good standing in Massachusetts.

Elzufon Austin Reardon Tarlov & Mondell, PA

_____
William D. Sullivan (#2820)
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181

       The Admittee certifies that he or she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Thomas M. Sobol
Lieff, Cabraser, Heimann & Bernstein, LLP
214 Union Wharf
Boston, Massachusetts 02109
(617) 720-5000

Motion granted.

BY THE COURT:

Date: _____

_____
United States Bankruptcy Judge

**Local Form 105**

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on May 1, 2001, I did serve the foregoing: Pro Hac Vice of Thomas M. Sobol, Esquire upon the parties identified on the attached service list via via U.S. First Class Mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

5/01/01
Date

William D. Sullivan

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  W.R. GRACE & Co., Inc., et al.,           Chapter 11

           Debtor                                 Case No. 01-01139
                                                  (Jointly Administered)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William Sullivan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice in this action of Elizabeth J. Cabraser, Lieff, Cabraser, Heimann & Bernstein, Embaracadero Center West, 275 Battery Street, 30th Floor, San Francisco, California, to represent Paul Price, individually and Paul Price as a proposed class representative in M.D.L. 1376 pending in U.S. District Court, District of Massachusetts. The Admittee is admitted, practicing, and in good standing in California.

_____
William D. Sullivan, (#2820)
Elzufon Austin Reardon Tarlov & Mondell, PA
P.O. Box 1630, Wilmington, DE 19899-1630
(302) 428-3181

The Admittee certifies that he or she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embaracadero Center West
275 Battery Street
30th Floor
San Francisco, California
(415) 956-1000

Motion granted.

                                                  BY THE COURT:

Date: _____           _____
                                United States Bankruptcy Judge

**Local Form 105**

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on May 1, 2001, I did serve the foregoing: Pro Hac Vice of Elizabeth J. Cabraser, Esquire upon the parties identified on the attached service list via via U.S. First Class Mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

_5/1/01_  
Date

_William D. Sullivan_ (signature)  
William D. Sullivan