IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

### ENTRY OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undesigned hereby appear as proposed counsel for the Official Committee of Property Damage Claimants (hereinafter "the Committee"), and under, inter alia, Bankruptcy Rules 2002, 9007, 9010 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

| | |
|---|---|
| Michael B. Joseph, Esquire | Scott L. Baena, Esquire |
| Theodore J. Tacconelli, Esquire | Richard M. Dunn, Esquire |
| Ferry & Joseph, P.A. | Robert W. Turken, Esquire |
| 824 Market Street, Suite 904 | Mindy A. Mora, Esquire |
| P.O. Box 1351 | Kevin Neimen, Esquire |
| Wilmington, DE 19899 | Bilzen, Sumberg, Dunn, Baena & Axelrod, |
| Phone: (302) 575-1555 | L.L.P. |
| Facsimile: (302) 575-1714 | 2500 First Union Financial Center |
| | 200 South Biscayne Boulevard |
| | Miami, FL 33131-2336 |
| | Phone: (305) 374-7580 |
| | Facsimile: (305) 374-7593 |

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service,

<-

hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including the Committee with respect to: (a) the debtors; (b) property of the estates, or proceeds thereof, in which the debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) that requires or seeks to require any act or other conduct by the Committee.

FERRY & JOSEPH P.A.

Michael B. Joseph, Esquire (No. 392)
Theodore J. Tacconelli, Esquire (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899
(302) 575-1555
Proposed Local Counsel for the Official Committee of Property Damage Claimants

-and-

BILZEN, SUMBERG, DUNN, BAENA, PRICE & AXELROD, L.L.P.
Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Robert W. Turken, Esquire
Mindy A. Mora, Esquire
Kevin Neiman, Esquire
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580
Proposed Counsel for the Official Committee of Property Damage Claimants

Dated: May 3, 2001
TJT/msj
F:\Meredith\TJT\WRGraceBankMBJ\EntryofApp.wpd