IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:  W.R. Grace Co, | ) | Case No. 01-01139-JJF |
| Debtor(s). | ) | Chapter 11 |
| | ) | |

## REQUEST FOR NOTICES

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Environment and Conservation - Superfund

Notices should be addressed to:
Tennessee Department of Environment and Conservation - Superfund.
c/o TN Attorney General's Office, Bankr. Unit
PO Box 20207
Nashville, Tennessee 37202-0207

The Tennessee Department of Environment and Conservation - Superfund hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States

Respectfully submitted,

PAUL G. SUMMERS
Attorney General and Reporter

Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY AND COLLECTION DIVISION
P O BOX 20207
Nashville, TN 37202-0207
615-532-2504

### CERTIFICATE OF SERVICE

I certify that on _____ MAY 0 1 2001 _____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, to the parties set out below.

| | |
|---|---|
| Office of the U.S. Trustee | Laura Davis Jones |
| 601 Walnut St. | Attorney for the Debtor(s) |
| Room 950 W | Pachulski, Stang, Ziehl |
| Philadelphia, PA  19106 | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 |