**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & COMPANY, | : | Case No. 01-01139 |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| TIG INSURANCE COMPANY, a | : | |
| California corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Reference No. _____ |
| | : | |
| GARY SMOLKER, an individual, | : | |
| and ALICE SMOLKER, an | : | |
| individual, and DOES 1-10, | : | |
| inclusive, | : | |
| | : | |
| Defendant. | : | |

| | |
|---|---|
| AND RELATED CROSS-ACTIONS | : |
| CONCERNING HOME SAVING TERMITE | : |
| CONTROL, INC. and W.F. MORRIS | : |

## MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 83.5(C) FOR ADMISSION *PRO HAC VICE*

Sherry Ruggiero Fallon (the "Movant"), a member in good standing of the Bar of the State of Delaware, an attorney admitted to practice before the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit, and a partner in the firm of Tybout, Redfearn & Pell, hereby moves this Court for entry of an order permitting GARY E. YARDUMIAN, of the law firm of PRINDLE, DECKER & AMARO, LLP, 310 Golden Shore, Fourth Floor, Long Beach, California 90801-5511 (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court for the District of Delaware, to represent HOME

SAVING TERMITE CONTROL, INC. and W.F. MORRIS, pursuant to Local Rule 83.5(c) of the United States District Court for the District of Delaware.   In support of the Motion, the Movant states as follows:

1.    Mr. Gary E. Yardumian is a member in good standing of the Bar of the State of California.   In addition, there are no disciplinary actions against him.

2.    Attached as Exhibit A is the certificate of the Admittee pursuant to Local Rule 83.6(i) of the United States District Court for the District of Delaware.

3.    Movant requests that the Court allow this Motion so that Mr. Yardumian may file pleadings and appear and be heard at hearings in these chapter 11 cases.

4.    No previous motion for relief sought herein has been made to this or any other court.

WHEREFORE, it is respectfully requested that the Court enter an Order substantially in the form attached hereto, (i) permitting GARY E. YARDUMIAN to appear *pro hac vice* in association with the Movant as counsel to Home Saving Termite Control, Inc. and W. F. Morris in these chapter 11 cases, and (ii) granting such other and further relief as the Court deems appropriate.

Respectfully submitted,

PRINDLE, DECKER & AMARO, LLP
Gary E. Yardumian
310 Golden Shore
Fourth Floor
Long Beach, CA 90801-5511
Telephone Number: (562)436-3946
Telecopy Number: (562) 492-0564

and

TYBOUT REDFEARN & PELL

_____

SHERRY RUGGIERO FALLON
I.D. Number: 2464
300 Delaware Avenue
Suite 1100
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901

Counsel to Home Saving Termite
Control, Inc. and W. F. Morris

1    The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to

2    practice and in good standing in the jurisdiction shown in the paragraph above, submits to the

3    disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in

4    the preparation of, this action, and has access to, or has acquired, a copy of the local Rules of this Court

5    and is generally familiar with such Rules.

6

7    _____
     GARY E. YARDUMIAN, ESQ.

8    PRINDLE, DECKER & AMARO
     310 Golden Shore, 4th Floor
     Long Beach, California 90802

9

10   MOTION GRANTED.

11

12   DATED:_____                   _____
                                             UNITED STATES BANKRUPTCY JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
PRINDLE, DECKER & AMARO LLP

2

GEY/SMOLKER/PLEADINGS/pro-hac.wpd                    MOTION AND ORDER FOR ADMISSION PRO HAC VICE

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & COMPANY, | : | Case No. 01-01139 JJF |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| TIG INSURANCE COMPANY, a California corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Reference No. _____ |
| | : | |
| GARY SMOLKER, an individual, and ALICE SMOLKER, an individual, and DOES 1-10, inclusive, | : | |
| | : | |
| Defendant. | : | |

AND RELATED CROSS-ACTIONS      :
CONCERNING HOME SAVING TERMITE:
CONTROL, INC. and W.F. MORRIS :

### ORDER PURSUANT TO LOCAL DISTRICT COURT RULE 83.5(C) FOR ADMISSION *PRO HAC VICE*

Upon consideration of the foregoing Motion for Admission *Pro Hac Vice*, it is hereby

ORDERED that Gary E. Yardumian may appear and be heard at hearings in this chapter 11 case and any and all proceedings arising therein.

Dated: Wilmington, Delaware

_5-8-01_

_____
Judge

## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have had deposited in the mailbox at 300 Delaware Avenue, Wilmington, Delaware, on this 3 day of May , 2001, true and correct copies of the attached document(s) addressed to be served on the parties:

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl et al.
919 N. Market St., Suite 1600
Post Office Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, et al.
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

Frank J. Perch, Esquire
Office of United State Trustee
601 Walnut St., Room 950 West
Philadelphia, PA 19106

Scott L. Baena, Esquire
Member
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Robert N. Ridenour, Esquire
Borton, Petrini & Conron
707 Wilshire Blvd., 51st Floor
Los Angeles, CA 90017-3613

James H. M. Spraygeren, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

TYBOUT, REDFEARN & PELL

SHERRY RUGGIERO FALLON
I.D. Number: 2464
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE  19899