IN THE UNITED STATES BANKRUPTCY COURT **ORIGINAL**

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JJF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel hereby appears in the above-captioned bankruptcy cases (the "Case") as proposed counsel for and on behalf of the Official Committee of Unsecured Creditors (the "Committee").

**PLEASE TAKE FURTHER NOTICE**, that proposed counsel for the Committee requests, pursuant to 11 U.S.C. § 1109(b), that all notices and pleadings given or filed in the Case be given to and served upon:

>Lewis Kruger, Esquire
>Robert Raskin, Esquire
>**STROOCK & STROOCK & LAVAN LLP**
>180 Maiden Lane
>New York, New York 10038-4982
>Tel No.:     (212) 806-5400
>Fax No.:    (212) 806-6006
>E-mail:      lkruger@stroock.com
>                 rraskin@stroock.com

>-and-

Michael R. Lastowski, Esquire
**DUANE, MORRIS & HECKSCHER LLP**
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:	(302) 657-4900
Facsimile:	(302) 657-4901
E-mail:	mlastowski@duanemorris.com


-and-


William S. Katchen, Esquire
**DUANE, MORRIS & HECKSCHER LLP**
1 Riverfront Plaza, 2nd Floor
Newark, New Jersey 07102
Telephone:	(973) 424-2000
Facsimile:	(973-424-2001
E-mail:	wskatchen@duanemorris.com


**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and all notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, telephone, telegraph, telex or otherwise, that affects the above-captioned Debtors (the "Debtors"), property of or in the possession, custody or control of the Debtors, or the Debtors' Chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is intended neither as a consent to nor a waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-

core matters, which right the Committee reserves without prejudice.

Dated: Wilmington, Delaware
      May 3, 2001

                             **DUANE, MORRIS & HECKSCHER LLP**

                             By: _/s/ Michael R. Lastowski_
                             Michael R. Lastowski (I.D.3892)
                             1100 North Market Street, Suite 1200
                             Wilmington, DE 19801-01246
                             Telephone:   (302) 657-4900
                             Facsimile:   (302) 657-4901
                             E-mail:       mlastowski@duanemorris.com

                             - and –

                             Lewis Kruger, Esquire
                             Robert Raskin, Esquire
                             **STROOCK & STROOCK & LAVAN LLP**
                             180 Maiden Lane
                             New York, NY 10038-4982
                             Telephone:   (212) 806-5400
                             Facsimile:   (212) 806-6006
                             E-mail:       lkruger@stroock.com
                                               rraskin@stroock.com

                             **Proposed Co-Counsel for the Official**
                             **Committee of Unsecured Creditors**

## CERTIFICATE OF SERVICE

I, Shelley A. Hollinghead, hereby certify that I caused a copy of the attached Request For Notices And Papers to be served on the parties listed on the attached 2002 list via First Class U.S. Mail or as indicated on this 3rd day of May, 2001.

*Shelley A. Hollinghead*
Shelley A. Hollinghead

NWK\33688.2

United States Bankruptcy Court
District of Delaware
W.R. Grace & Co., et al.
Case No. 01-01139 (JJF)

**SERVICE LIST**

Laura Davis Jones, Esq.
David Carickoff, Esq.
Counsel to the Debtors
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Steven M. Yoder, Esq.
Counsel to Bank of America
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

James Kapp, III. Esq.
Counsel to the Debtor
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Derrick Tay, Esq.
Counsel to the Debtor
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H3T4
CANADA

D.J. Baker, Esq.
Counsel to Sealed Air
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esq.
Counsel to Asbestos Committee
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Hamid R. Rafatjoo, Esq.
Counsel to the Debtors
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angels, CA 90067-4100

Matthew G. Zaleski, III, Esq.
Counsel to the Asbestos Committee
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Mark Kenny, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

David B. Sigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

J. Douglas Bacon, Esq.
Counsel to DIP Lender
Latham & Watkins
Sears Tower, Suite 5800
Chicago, Il 60606

Todd Meyer, Esq.
Kilpatric Stockton
1100 Peachtree Street
Atlanta, GA 30309

| | |
|---|---|
| Securities & Exchange Commission<br>15th & Pennsylvania Avenue N.W.<br>Washington, D.C. 20020 | District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE 19809 |
| Securities & Exchange Commission<br>Atlanta Regional Office Branch/Reorganization<br>3475 Lenox Road, N.E., Suite 100<br>Atlanta, GA 30326-1232 | Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | James H.M. Sprayregen, Esq.<br>Counsel to the Debtor<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| Jon L. Heberling, Esq.<br>McGarvey, Heberling, Sullivan & McGarvey PC<br>745 South Main Street<br>Kalispel, MT 59901 | Patrick L. Hughes, Esq.<br>Counsel to Asbestos Claimants<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 |
| Joseph F. Rice, Esq.<br>Counsel to the Asbestos Committee<br>Ness Motley Loadhold Richardson & Poole, P.A.<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | Peter Lockwood, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 | Theodore Goldberg, Esq.<br>Mark C. Meyer, Esq.<br>Goldberg, Persky, Jennings & White, P.C.<br>1030 Fifth Avenue, Third Floor<br>Pittsburgh, PA 15219-6295 |
| Mark Lanier, Esq.<br>Patrick N. Haines, Esq.<br>Counsel to Asbestos Claimants<br>Lanier Parker & Sullivan, P.C.<br>1331 Lamar Street, Suite 1550<br>Houston, TX 77010 | Alan Rich, Esq.<br>Russell Budd, Esq.<br>Counsel to Asbestos Claimants<br>Baron & Budd, P.C.<br>The Centrum<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-4281 |

Mark D. Collins, Esq.
Counsel to Chase Manhattan Bank
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Jay M. Sakalo, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Brad Rogers, Esq.
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005-4026

Ira S. Greene, Esq.
Counsel to Intercat, Inc.
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, New York 10176

Josiah Rotenberg, Esq.
Lazard Fréres & Co LLC
30 Rockekeller Plaza, 60th Floor
New York, New York 10020

Shelby A. Jordan, Esq.
Counsel to Garlock Inc.
Jordan, Hyden, Womble & Culbreth P.C.
Suite 900, Bank of America
500 North Shoreline
Corpus Christi, Texas 78471

Nancy T. Williams, Esq.
Counsel to Claimants
Brayton Purcell
222 Rush Landing Road
Novato, California 94945

Eric D. Schwartz, Esq.
Counsel to National Medical Care
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899-1347

Stephen H. Case, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James D. Freeman, Esq.
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

W.J. Winterstein, Jr.
Counsel to PPG Industries
Harvey, Pennington, Cabot, Griffith & Renneisen, Ltd.
11 Penn Center, 29th Floor
1835 Market Street
Philadelphia, Pennsylvania 19103

Charles E. Boulbol, Esq.
Counsel to Trizechahn-Swig
26 Broadway-Seventeenth Floor
New York, New York 10004

Greta M. Brouphy, Esq.
Counsel to Babcock & Wilcox
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
Suite 2500, Poydras Center
650 Poydras Street
New Orleans, Louisiana 70130-6103

Todd C. Meyers, Esq.
Counsel for Wachovia Bank, N.A.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

James V. Sylvester, Esq.  
Counsel to Intercat, Inc.  
Fritz, Byrne & Head, L.L.P.  
98 San Jacinto Boulevard, Suite 2000  
Austin, Texas 79701-4286  

William P. Bowden, Esq.  
Matthew G. Zaleski, III, Esq.  
Counsel for Asbestos B.I. Committee  
Ashby & Geddes  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899  

Adam G. Landis, Esq.  
Counsel for Wachovia Bank, N.A.  
Klett Rooney Lieber & Schorling, P.C.  
The Brandywine Building  
1000 West Street, Suite 1410  
Wilmington, DE 19801  

Elihu Inselbuch, Esq.  
Rita Tobin, Esq.  
Counsel for Asbestos B.I. Committee  
Caplin & Drysdale, Chartered  
399 Park Avenue  
New York, NY 10022  

Peter Van N. Lockwood, Esq.  
Julie W. Davis, Esq.  
Trevor W. Swett, III, Esq.  
Nathan D. Finch  
Counsel for Asbestos B.I. Committee  
Caplin & Drysdale, Chartered  
One Thomas Circle, N.W.  
Washington, DC 20005  

NWK\34013.1