ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel hereby moves the admission *pro hac vice* of Peter Van N. Lockwood, Esquire of the law firm of Caplin & Drysdale, Chartered, to represent the Official Committee of Asbestos Personal Injury Claimants in this matter.

ASHBY & GEDDES

William P. Bowden (I.D. #2553)
Matthew G. Zaleski, III (I.D.#3557)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

Proposed Delaware Counsel for
the Official Committee of Asbestos
Personal Injury Claimants

Dated: May 3, 2001

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

Dated: May 3, 2001
93742.1

194

196

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC  20005
(202) 862-5000

Dated:  May 3, 2001