WILLIAM E. FRESE, ESQ.
80 Park Plaza; T5D
Newark, New Jersey 07102-0570
(973) 430-6483
(Sheree L. Kelly, Esq. - 4493)
(Suzanne M. Klar, Esq. - 4388)
Attorney for Creditor, Public Service Electric and Gas Company

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Case No.: 01-1139 through 01-1200 (inclusive) |
| W.R. GRACE & CO., et als, | Chapter 11 |
| Debtor. | |

NOTICE OF APPEARANCE AND
REQUEST FOR ALL NOTICES,
PLANS AND DISCLOSURE STATEMENTS

Public Service Electric and Gas Company, a creditor and party in interest, hereby enters its appearance in this case, and William E. Frese, Esq. (Sheree L. Kelly, Esq. appearing) enters his appearance as attorney for Public Service Electric and Gas Company As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number and fax number are:

> William E. Frese, Esq.
> Attn: Sheree L. Kelly, Esq.
> 80 Park Plaza, T5D
> PO Box 570
> Newark, New Jersey 07101
> Telephone: 973-430-6737
> Fax: 973-645-1103

Public Service Electric and Gas Company hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notices under Rule 2002(i), be given to it by service upon its attorneys at the address shown above and to it at the following address:

> Public Service Electric & Gas Company
> Attn: Sheree L. Kelly, Esq.
> 80 Park Plaza, T5D
> PO Box 570
> Newark, New Jersey 07101
> Telephone: 973-430-6737
> Fax: 973-645-1103

Public Service Electric and Gas Company pursuant to Federal Rule of Bankruptcy Procedure 3017(a), further requests that copies of all plans and disclosure statements filed herein by any party be served upon it and its attorneys at the addresses indicated above.

WILLIAM E. FRESE, ESQ.

By: _____
Sheree L. Kelly
Attorney for Public Service Electric and Gas Company

Dated: April 26, 2001