# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## **AFFIDAVIT OF SERVICE**

Linda M. Bendlin , being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C. and that on the 4th

day of May, 2001 she caused a copy of the following documents to be served upon the following

service list in the manner indicated:

1. Final Order Authorizing Secured Post-Petition Financing on a Priority Basis Pursuant to 11 U.S.C. §364 and granting Relief from the Automatic Stay Pursuant to 11 U.S.C. §362

_Linda M. Bendlin_
Linda M. Bendlin

Sworn to and subscribed before
me this 4th day of May, 2001

_[signature]_
Notary Public

My Commission Expires:  7/1/01

91100-001\DOCS_DE:21973.9

W. R. Grace 2002 Service List
Case No. 01-1139 (RJN)
Doc. No. 21948
May 4, 2001
11 – Hand Delivery
07 – Federal Express
59 – First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

*Hand Delivery*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

*Hand Delivery*
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*Federal Express*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*Federal Express*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

*Federal Express*
(Canadian counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada
Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

*Federal Express*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

*Federal Express*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Federal Express*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

*First Class Mail*
)
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

*First Class Mail*
Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

*First Class Mail*
District Director
IRS
409 Silverside Road
Wilmington, DE 19809

*First Class Mail*
Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

*First Class Mail*
Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

*First Class Mail*
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

*First Class Mail*
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

*First Class Mail*
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

*First Class Mail*
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld,
LLP
551 Fifth Avenue
New York, NY 10176

*First Class Mail*
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

*First Class Mail*
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

*First Class Mail*
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

*First Class Mail*
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*First Class Mail*
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*First Class Mail*
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

*First Class Mail*
Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

*First Class Mail*
(Counsel for The Chase Manhattan)
Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*First Class Mail*
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*
Joseph F. Rice
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
Nancy Worth Davis
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
(Counsel for Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

*First Class Mail*
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

*First Class Mail*
R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

*First Class Mail*
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*First Class Mail*
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

*First Class Mail*
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

*First Class Mail*
Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

*First Class Mail*
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

*First Class Mail*
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

*First Class Mail*
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY 10006

*First Class Mail*
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

*First Class Mail*
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

*First Class Mail*
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia 30309

*First Class Mail*
Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas 77010

*First Class Mail*
Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD 21701

*First Class Mail*
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

*First Class Mail*
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

*First Class Mail*
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas 77017

*First Class Mail*
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA 98104-7078

*First Class Mail*
Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201

*First Class Mail*
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

*First Class Mail*
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts 02110-2624

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

***First Class Mail***
Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

***First Class Mail***
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

***First Class Mail***
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX 78520

***First Class Mail***
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, New Jersey 07663

***First Class Mail***
Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

***First Class Mail***
Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, California 94111

***First Class Mail***
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

***First Class Mail***

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

***First Class Mail***
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

***First Class Mail***
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

***First Class Mail***
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

***First Class Mail***
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

**W. R. Grace LIEN HOLDER SERVICE LIST**
Case No. 01-1139 (RJN)
Doc. No. 20127
May 4, 2001
00 - Hand Delivery
07 - Federal Express
87 - First Class Mail
02 - Foreign First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

*Federal Express*
Potomac Industrial Trucks, Inc.
800 Ritchie Road
Capitol Heights, MD 20743
Attn: Ted Wolff

*Federal Express*
General Electric Capital Corporation
8480 E. Orchard Road, #500
Englewood, CO 80111

*Federal Express*
Wells Fargo Financial Leasing
1700 Iowa Avenue
Ste. 240
Riverside, CA 92507

*Federal Express*
)
IBM Credit Corporation
1133 Westchester Avenue
White Plains, NY 10604

*Federal Express*
)
Citicorp Del Lease Inc.
450 Mamaroneck Avenue
Harrison, NY 10528

*Federal Express*
State Street Bank & Trust Co.
of Connecticut N.A.
750 Main Street, Suite. 11114
Hartford, CT 06103

*Federal Express*
American Business Credit Corporation
4333 Edgewood Road, N.E.
Suite. 400
Cedar Rapids, Iowa 52499

*First Class Mail*
(Atorneys for London & Leeds)
Laura H. Berbert, Esq.
Bergman, Berbert & Schwartz
7315 Wisconsin Avenue, Suite 800W
Bethesda, MD 20814

*First Class Mail*
(Attorney for London& Leeds)
M. Melissa Glassman, Esq
Mcguire, Woods, Battle & Booth, LLP
8280 Greenboro Drive, Suite 900
P.O. Box 9346
McLean, VA 22102

*First Class Mail*
Government of the District of Columbia
Dept. of Finance and Revenue
Municipal Center, Room 500S
300 Indian Avenue, N.W.
Washington, DC 20001
Attn: C. Gant

*First Class Mail*
Safeco Credit Co., Inc.
Safeco Plaza A-Bldg.
Seattle, WA 98185

*First Class Mail*
Toyota Motor Credit Corp.
P.O. Box 3457
Torrance, CA 90510

*First Class Mail*
TMCC Equipment Finance MS R307
P.O. Box 3457
Torrence, CA 90510-3457

*First Class Mail*
Government of the District of Columbia
Dept. of Finance and Revenue
Municipal Center Building
Room 500S
300 Indian Avenue, N.W.
Washington, DC 20001
Attn: C. Gant

*First Class Mail*
(Attn: Elizabeth Carpentier)
South Carolina Tax Commission
Revenue Department
P.O. Box 125
Columbia, SC 29214

*First Class Mail*
(Attn: Rebecca L. Daum)
Ohio State Taxation Department
30 E. Broad Street
22nd Floor
Columbus, OH 43215

*First Class Mail*
(Attn: Fred Fisher)
Colorado State Revenue Department
1375 Sherman Street
Room 404
Denver, CO 80203

*First Class Mail*
Imperial Bank
226 Airport Pkwy.
Southwest Regional Office
San Jose, CA 95110

*First Class Mail*
Congress Financial Corporation (Western)
225 South Lake Avenue
Suite 1000
Pasadena, CA 91101

*First Class Mail*
Coast Business Credit, a Division of
Southern Pacific Bank
12121 Wilshire Blvd., Suite 1111
Los Angeles, CA 90025-1174

*First Class Mail*
General Electric Capital Corporation
1400 Computer Drive
Westborough, MA 01581

*First Class Mail*
Jonathan Neil & Associates, Inc.
c/o Bruce A. Hatkoff, a Law Corporation
18321 Ventura Blvd., Suite 1000
Tarzana, CA 91356

*First Class Mail*
Hamilton Hallmark Electronics
a Division of Avnet, Inc.
c/o Gary Wexler, Esq.
Reish & Luftman
11755 Wilshire Blvd., 10th Floor
Los Angeles, CA 90025-1516

*First Class Mail*
De Lage Landen Financial Services, Inc.
File #43,024
c/o Cook, Perkiss & Lew, PLC
333 Pine Street, Third Floor
San Francisco, CA 94101

*First Class Mail*
Azlan Akam, N.V.
C/o Charles B. Carey, Law Offices
24012 Calle De La Plata, Suite 230
Laguna Hills, CA  92653-7610

*First Class Mail*
NTFC Capital Corporation
501 Corporate Centre Drive
Suite 600
Franklin, TN  37067

*First Class Mail*
Comprador Corporation
700 North Woodward Avenue
Suite 300
Birmingham, MI  48009

*First Class Mail*
Climax Molydenum Co.
101 Marritt 7 Corp. Park
Norwalk, CT  06856-5113

*First Class Mail*
Comprador Corporation
350 North Woodward Avenue
Suite 200
Birmingham, MI  48009

*First Class Mail*
Masterlift-Yale
208 Azar Court
Baltimore, MD  21227

*First Class Mail*
Safeco Credit Co., Inc.
Safeco Plaza, A-Bldg.
Seattle, WA  98185

*First Class Mail*
Grace Receivables Purchasing, Inc.
501 Elm Street, Suite 410
Dallas, TX  75202-3333

*First Class Mail*
Internal Revenue Service
California Office
1650 Mission St., Ste. 511
San Francisco, CA  94103
Attn: Robert Trujillo

*First Class Mail*
Internal Revenue Service
Central California Area Office
55 S. Market Street
San Jose, CA  95113
Attn: Don Hallenbeck

*First Class Mail*
Modern Handling Equipment, Co.
2501 Durham Road
Bristol, PA  19007

*First Class Mail*
Hyster Credit Company
5335 SW Meadows Road
Suite 300
Lake Oswego, OR  97035

*First Class Mail*
Citicorp Dealer Finance
450 Mamaroneck Avenue
Harrison, NY  10528

*First Class Mail*
U.S. Leasing Corp.
733 Front Street
San Francisco, CA  94111

*First Class Mail*
Mitchell Distributing Company
3535 N. Graham Street
Charlotte, NC  28206

*First Class Mail*
Newcourt Communications Finance
Corporation
2 Gatehall Drive
Parsippany, NJ  07054

*First Class Mail*
First Access
6400 W. 73rd Street
Bedford Park, IL  60638

*First Class Mail*
Nationsbank, N.A., as Agent
101 N. Tryon St., 15th Floor
Charlotte, NC  28255
Attn: Molly Canup

*First Class Mail*
Torrance Electric Company, Inc.
700 16th Street, NE
Cedar Rapids, IA  52402

*First Class Mail*
Yale Financial Services, Inc.
15 Junction Road
Flemington, NJ  08822

*First Class Mail*
Dell Financial Services, LP
14050 Summit Drive
Building A, Suite 101
Austin, TX  78758

*First Class Mail*
Safeco Credit Co. Inc.
DBA Safeline Leasing
10915 Willows Rd. NE
Redmond, WA  98052

*First Class Mail*
Lease Plan U.S.A., Inc.
180 Interstate North Parkway
Atlanta, GA  30339

*First Class Mail*
The CIT Group/Equipment Financing, Inc.
900 Ashwood Parkway, 6th Floor
Atlanta, GA  30338

*First Class Mail*
BSFS Equipment Leasing
501 Corporate Centre Drive
Suite 600
Franklin, TN  37067

*First Class Mail*
James P Hasset, as Trustee for CMI
Corporation
One CSI Parkway
P.O. Box 4785
Syracuse, NY  13221-4785

*First Class Mail*
Butler Leasing Company
P.O. Box 677
Hunt Valley, MD  21030-0677

*First Class Mail*
General Electric Capital Corporation
44-2 Old Ridgebury Road
Danbury, CT 06810

*First Class Mail*
Mobil Chemical Comany
Division of Mobil Oil Corporation
1150 Pittsford-Victor Road
Pittsford, NY  14534

*First Class Mail*
Boatman's Bank of Southwest Missouri
231 S. Main
Carthage, MO  64836

*First Class Mail*
Konica Business Machines
500 Day Hill Road
Windsor, CT  06095

*First Class Mail*
Information Leasing Corporation
1023 West 8th Street
Cincinnati, OH  45203

*First Class Mail*
Technology Credit Corporation
1620 Zanker Road, Suite 236
San Jose, CA  95112

*First Class Mail*
Leasetec Corporation
1401 Pearl Street
Boulder, CO  80302

*First Class Mail*
Komatsu Financial Limited Partnership
1333 Butterfield Road
Downers Grove, IL  60515

*First Class Mail*
Sanwa Leasing Corporation
P.O. Box 7023
Troy, MI  48007-7023

*First Class Mail*
Caterpillar Financial Services Corporation
1800 Parkway Place, Suite 820
Marietta, GA  30067

*First Class Mail*
AT&T Capital Leasing Services, Inc.
550 Cochituate Rd.
Framingham, MA  01701

*First Class Mail*
CIT Communications Finance Corporation
650 CIT Drive
Livingston, NJ  07039

*First Class Mail*
Canberra Industries
800 Research Parkway
Meriden, CT  06450

*First Class Mail*
Arnold Machinery Company
6024 W. Southern Avenue
Laveen, AZ  85339

*First Class Mail*
Ervin Leasing Company
3300 Washtenaw, Suite 230
Ann Arbor, MI  48104

*First Class Mail*
Ervin Leasing Company
3893 Research Park Drive
Ann Arbor, MI  48106-4689

*First Class Mail*
Southeast Industrial Equipment
4315 Taggart Creek Road
Charlotte, NC  28208

*First Class Mail*
Comprehensive Leasing Serv.
Crestridge Corporate Center
10155 York Rd., Suite 208
Cockeysville, MD  21030

*First Class Mail*
Liquid Carbonic Corp.
1280 Wall Street West
Lyndhurst, NJ  07071

*First Class Mail*
BellSouth Communications Systems
1936 Blue Hill Drive, N.E.
Roanoke, VA  24012

*First Class Mail*
Technology Credit Corporation
1650 Zanker Road, Suite 236
San Jose, CA  95112

*First Class Mail*
PHH FleetAmerica Corporation/D.L.
Peterson Trust
307 International Circle
Hunt Valley, MD  21030-1337

*First Class Mail*
Space Maker Systems of Md., Inc.
3310 Childs Street
Baltimore, MD  21226

*First Class Mail*
Associates Leasing Inc.
1301 E. 9th St.
Cleveland, OH  44114

*First Class Mail*
Nations Bank, N.A.
100 South Charles Street
Baltimore, MD  21201

*First Class Mail*
Regal Savings Bank, F.S.B.
10123 Reisterstown Road
P.O. Box 426
Owings Mills, MD  21117

*First Class Mail*
Signet Leasing & Financial Corp.
7 St. Paul Street, 3rd Floor
Baltimore, MD  21202

*First Class Mail*
Associates Leasing Inc.
8001 Ridgepoint Drive
Irving, TX  75063

*First Class Mail*
North East Trailer Services, Inc.
798 Woodlane Road
Mount Holly, NJ  08060

*First Class Mail*
Financial Federal Credit Inc.
300 Frank W. Burr Blvd.
Teaneck, NJ  07666

*First Class Mail*
Yale Industrial Trucks-Maryland, Inc.
2211 Sulphur Spring Road
Baltimore, MD  21227

*First Class Mail*
Chesapeake Industrial Leasing Co., Inc.
9512 Hartford Road
Baltimore, MD  21234

*First Class Mail*
Commercial & Farmers Bank
8593 Baltimore National Pike
Ellicott City, MD  21403

*First Class Mail*
Ferguson Enterprises, Inc.
4001 E. Moument St.
Baltimore, MD  21205

*First Class Mail*
Caterpillar Financial Services Corporation
4975 Preston Park Blvd.
Suite 280
Plano, TX  75093

*First Class Mail*
FUL Incorporated
100 Corporate North
Bannockburn, IL  60015

*First Class Mail*
Cypress Amax Minerals Company
9100 East Mineral Circle
Englewood, CO  80211

*First Class Mail*
CIS Corporation
P.O. Box 4785
Syracuse, NY  13221-4785

*First Class Mail*
Colonial-Pacific Leasing
P.O. Box 1100
Tualatin, OR  97062

*First Class Mail*
Anton Frank Volovsek
P.O. Box 723
Tekoa, WA  99033

*First Class Mail*
Hyster Credit Company
P.O. Box 4366
Portland, OR  97208

*First Class Mail*
Blanchard Machinery Company
P.O. Box 7517
Columbia, SC  29202

*First Class Mail*

L. B. Smith, Inc.
P.O. Box 26725
Charlotte, NC  28221

*Foreign First Class Mail*
Calle Centenario 156
P.O. Box 12-067
Lima 12, Peru

*Foreign First Class Mail*
Lampa 401/499 (100)
P.O. Box 225
Lima 1, Peru

**W. R. Grace  Additional Landlord Service List**
Case No. 01-1139 (RJN)
Doc. No. 20466
May 4, 2001
30 - Federal Express
02 – Express Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Federal Express*
Coast Business Credit, a Division of Southern Pacific Bank
12121 Wilshire Blvd., Suite 1111
Los Angeles, CA  90025-1174

*Federal Express*
General Electric Capital Corporation
1400 Computer Drive
Westborough, MA 01581

*Federal Express*
Jonathan Neil & Associates, Inc.
c/o Bruce A. Hatkoff, a Law Corporation
18321 Ventura Blvd., Suite 1000
Tarzana, CA  91356

*Federal Express*
Hamilton Hallmark Electronics
a Division of Avnet, Inc.
c/o Gary Wexler, Esq.
Reish & Luftman
11755 Wilshire Blvd., 10th Floor
Los Angeles, CA  90025-1516

*Federal Express*
De Lage Landen Financial Services, Inc.
File #43,024
c/o Cook, Perkiss & Lew, PLC
333 Pine Street, Third Floor
San Francisco, CA  94101

*Federal Express*
Azlan Akam, N.V.
C/o Charles B. Carey, Law Offices
24012 Calle De La Plata, Suite 230
Laguna Hills, CA  92653-7610

*Federal Express*
NTFC Capital Corporation
501 Corporate Centre Drive
Suite 600
Franklin, TN  37067

*Federal Express*
Comprador Corporation
700 North Woodward Avenue
Suite 300
Birmingham, MI  48009

*Federal Express*
Climax Molydenum Co.
101 Marritt 7 Corp. Park
Norwalk, CT  06856-5113

*Federal Express*
Comprador Corporation
350 North Woodward Avenue
Suite 200
Birmingham, MI  48009

*Federal Express*
Masterlift-Yale
208 Azar Court
Baltimore, MD  21227

*Federal Express*
Safeco Credit Co., Inc.
Safeco Plaza, A-Bldg.
Seattle, WA  98185

*Federal Express*
Grace Receivables Purchasing, Inc.
501 Elm Street, Suite 410
Dallas, TX  75202-3333

*Federal Express*
Internal Revenue Service
California Office
1650 Mission St., Ste. 511
San Francisco, CA  94103
Attn: Robert Trujillo

*Federal Express*
Internal Revenue Service
Central California Area Office
55 S. Market Street
San Jose, CA  95113
Attn: Don Hallenbeck

*Federal Express*
Modern Handling Equipment, Co.
2501 Durham Road
Bristol, PA  19007

*Federal Express*
Hyster Credit Company
5335 SW Meadows Road
Suite 300
Lake Oswego, OR  97035

*Federal Express*
Citicorp Dealer Finance
450 Mamaroneck Avenue
Harrison, NY  10528

*Federal Express*
U.S. Leasing Corp.
733 Front Street
San Francisco, CA  94111

*Federal Express*
Mitchell Distributing Company
3535 N. Graham Street
Charlotte, NC  28206

*Federal Express*
Newcourt Communications Finance
Corporation
2 Gatehall Drive
Parsippany, NJ  07054

*Federal Express*
First Access
6400 W. 73rd Street
Bedford Park, IL  60638

*Federal Express*
Nationsbank, N.A., as Agent
101 N. Tryon St., 15th Floor
Charlotte, NC  28255
Attn: Molly Canup

*Federal Express*
Torrance Electric Company, Inc.
700 16th Street, NE
Cedar Rapids, IA  52402

*Federal Express*
Yale Financial Services, Inc.
15 Junction Road
Flemington, NJ  08822

*Federal Express*
Dell Financial Services, LP
14050 Summit Drive
Building A, Suite 101
Austin, TX  78758

*Federal Express*
Safeco Credit Co. Inc.
DBA Safeline Leasing
10915 Willows Rd. NE
Redmond, WA  98052

*Federal Express*
Lease Plan U.S.A., Inc.
180 Interstate North Parkway
Atlanta, GA  30339

*Federal Express*
The CIT Group/Equipment Financing, Inc.
900 Ashwood Parkway, 6th Floor
Atlanta, GA  30338

*Federal Express*
BSFS Equipment Leasing
501 Corporate Centre Drive
Suite 600
Franklin, TN  37067

*Express Mail*
James P Hasset, as Trustee for CMI
Corporation
One CSI Parkway
P.O. Box 4785
Syracuse, NY  13221-4785

*Express Mail*
Butler Leasing Company
P.O. Box 677
Hunt Valley, MD  21030-0677

**W. R. Grace Third Landlord Service List**
Case No. 01-1139 (RJN)
Doc. No. 20528
May 4, 2001
08 – Federal Express
01 – Express Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Federal Express*
General Electric Capital Corporation
44-2 Old Ridgebury Road
Danbury, CT 06810

*Federal Express*
Mobil Chemical Comany
Division of Mobil Oil Corporation
1150 Pittsford-Victor Road
Pittsford, NY 14534

*Federal Express*
Boatman's Bank of Southwest Missouri
231 S. Main
Carthage, MO 64836

*Federal Express*
Konica Business Machines
500 Day Hill Road
Windsor, CT 06095

*Federal Express*
Information Leasing Corporation
1023 West 8th Street
Cincinnati, OH 45203

*Federal Express*
Technology Credit Corporation
1620 Zanker Road, Suite 236
San Jose, CA 95112

*Federal Express*
Leasetec Corporation
1401 Pearl Street
Boulder, CO 80302

*Federal Express*
Komatsu Financial Limited Partnership
1333 Butterfield Road
Downers Grove, IL 60515

*Express Mail*
Sanwa Leasing Corporation
P.O. Box
Troy, MI 48007-7023