

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JJF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Objections deadline: May 21, 2001** |
| | ) **Hearing date:  Negative Notice** |
| | ) |
| | ) |

## NOTICE OF APPLICATION

TO:    Counsel to the Debtors               Counsel to the Debtors' Post-Petition Lenders

        Office of the United States Trustee       All parties requesting notice under Bankruptcy
Rule 2002

        Counsel to the Official Committee of      The Official Committee Of Asbestos Property
Unsecured Creditors                   Damage Claimants

        PLEASE TAKE NOTICE that, on May 4, 2001, the Official Committee of Asbestos Personal Injury Claimants (the "P. I. Committee") filed the attached **Application Pursuant To Federal Rule Of Bankruptcy Procedure 2014 (a) For Entry Of an Order <u>NUNC PRO TUNC</u> As Of April 12, 2001 Under Section 328 (a) And 1103 (1) Of The Bankruptcy Code Authorizing The Employment And Retention Of Caplin & Drysdale, Chartered, As National Counsel For The W.R. Grace & Co. Asbestos Personal Injury Claimants Committee** (the "Application").  The Application seeks the entry of an Order authorizing the retention of Caplin & Drysdale Chartered,("Caplin & Drysdale")

        PLEASE TAKE FURTHER NOTICE that responses, if any, to the Application must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, and filed with the United States Bankruptcy Court, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801, on or before **May 21, 2001.**

        PLEASE TAKE FURTHER NOTICE that responses, if any, must also be served so as to be **received no later than 4:00 p.m. on May 21, 2001** by the following:  (a) the undersigned counsel for the P.I. Committee; (b) counsel for the Debtors (i) James H.M. Sprayregen, Esq., Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601 and (ii) Laura Davis Jones, Esq., Pachulski, Stang Ziehl, Young & Jones, 919 North Market Street, 16th Floor, Wilmington, DE 19899-8705s, Esq.; and (c) Office of the United States Trustee, 601 Walnut Street, Suite 950 West, Philadelphia, PA  19106, Attn: Frank Perch, Esq.

PLEASE TAKE NOTICE THAT ONLY IF OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE AFOREMENTIONED PROCEDURE, OR THE COURT OTHERWISE REQUESTS, WILL A HEARING TO CONSIDER THE APPLICATION BE HELD BEFORE THE HONORABLE JOSEPH J. FARNAN, JR., UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, 844 KING STREET, COURTROOM #6A, WILMINGTON, DELAWARE 19801 **ON A DATE TO BE DETERMINED**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

ASHBY & GEDDES

William P. Bowden (I.D. # 2553)
Matthew G. Zaleski, III (I.D. # 3557)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888


Proposed Counsel to the Official
Committee of Asbestos Personal
Injury Claimants

Dated: May 4, 2001
94609.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------x
In re:                         :    Chapter 11
                               :
W.R. Grace & Co, et al.        :
                               :    Case No. 01-01139 (JJF)
                               :
            Debtors.           :    (Jointly Administered)
                               :
                               :
-------------------------------x
```

APPLICATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2014(a) FOR ENTRY OF AN ORDER <u>NUNC PRO TUNC</u> AS OF
APRIL 12, 2001 UNDER SECTION 328(a) and 1103(a) OF THE
BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF CAPLIN &
DRYSDALE, CHARTERED, AS NATIONAL COUNSEL FOR THE W.R. GRACE
<u>& CO. ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE</u>

The applicant, the Asbestos Personal Injury Claimants Committee, appointed in the above-captioned case (the "Committee"), hereby seeks entry of an order <u>nunc pro tunc</u> to April 12, 2001, authorizing the employment of the law firm of Caplin & Drysdale, Chartered ("Caplin & Drysdale"), as national counsel to the Committee. In support of its application (the "Application"), the Committee respectfully represents:

<u>Jurisdiction</u>

1.    The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicate for the relief sought herein is section 1103(a) of the Bankruptcy Code.

## Background

3.    On April 2, 2001, ("Petition Date"), the Debtors filed with this Court their voluntary petitions ("Petitions") for relief under chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code").

4.    Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties and assets as Debtors in possession.  No trustee or examiner has been appointed in the Debtors' Chapter 11 cases.

5.    In accordance the provisions of Section 1102(b) of the Bankruptcy Code, on April 12, 2001 the United States Trustee for the District of Delaware appointed the Committee, which is now composed of 11 members.

## Relief Requested

6.    By this application, the Committee seeks to employ and retain the firm of Caplin & Drysdale, Chartered of Washington, D.C. as their national counsel with regard to these chapter 11 cases, and all related matters, effective as of the Petition Date.

7.    Accordingly, the Committee respectfully requests entry of an order pursuant to section 1103(a) of the Bankruptcy Code authorizing it to employ and retain the firm of Caplin & Drysdale as their national counsel nunc pro tunc as of April 12, 20001 the date the Committee was appointed, under a general renewing retainer to assist the

Committee in the carrying out of its statutory duties under section 1103(c) of the Bankruptcy Code.

8.  The Committee activities and the services of its counsel for the foreseeable future are expected to include, inter alia, the following responsibilities:

(a) assisting and advising the Committee in its consultations with the Debtors and other committees relative to the overall administration of the estates;

(b)  representing the Committee at hearings to be held before this Court and communicating with the Committee regarding the matters heard and issues raised as well as the decisions and considerations of this Court;

(c)  assisting and advising the Committee in its examination and analysis of the Debtors' conduct and financial affairs;

(d)  reviewing and analyzing all applications, orders, operating reports, schedules and statements of affairs filed and to be filed with this Court by the Debtors or other interested parties in this case; advising the Committee as to the necessity and propriety of the foregoing and their impact upon the rights of asbestos-health related claimants, and upon the case generally; and, after consultation with and approval of the Committee or its designee(s), consenting to appropriate orders on its behalf or otherwise objecting thereto;

(e)    assisting the Committee in preparing appropriate legal pleadings and proposed orders as may be required in support of positions taken by the Committee and preparing witnesses and reviewing documents relevant thereto;

(f)    coordinating the receipt and dissemination of information prepared by and received from the Debtors' independent certified accountants or other professionals retained by it as well as such information as may be received from independent professionals engaged by the Committee and other committees, as applicable;

(g)    assisting the Committee in the solicitation and filing with the Court of acceptances or rejections of any proposed plan or plans of reorganization;

(h)    assisting and advising the Committee with regard to communications to the asbestos-related claimants regarding the Committee's efforts, progress and recommendation with respect to matters arising in the case as well as any proposed plan of reorganization; and

(i)    assisting the Committee generally by providing such other services as may be in the best interest of the creditors represented by the Committee.

9.    The Committee believes that Caplin & Drysdale has had experience in matters of this nature and character,

and that the firm possesses substantial and well-known expertise in all areas of general commercial practice. Among the Chapter 11 proceedings in which the firm is currently representing committees of asbestos-related litigants and/or creditors are the Babcock & Wilcox Company, Owens Corning, Pittsburgh Corning, Armstrong World Industries, and G-1 Holdings proceedings.

10.   In addition, Caplin & Drysdale has previously played a role in the Manville Corporation Chapter 11 proceedings, in which Caplin & Drysdale represented the Official Committee of Asbestos-Related Litigants and/or Creditors and the Raytech Corporation Chapter 11 proceedings, regarding which a Plan was confirmed by the bankruptcy court on August 31, 2000, in which Caplin & Drysdale is representing the Official Committee of Unsecured Creditors.

11.   In addition, Caplin & Drysdale currently represents the Selected Counsel for the Beneficiaries of the Manville Personal Injury Settlement Trust, the Trust Advisory Committee to the Celotex Asbestos Settlement Trust and the Trust Advisory Committee to the National Gypsum Settlement Trust.

12.   The Committee has been advised that Caplin & Drysdale has conducted a conflicts check against the (a) Debtors; (b) the entities listed on Exhibits C and F-H of the Debtors' application to retain Kirkland & Ellis as its counsel as, respectively, Directors and Officers of the

Debtors, Issuers of the Debtors' Outstanding Letters of
Credit, Issuers of the Debtors' Outstanding Surety Bonds,
and Bank Creditors of the Debtors and Agents and Indenture
Trustees; and (c) the entities included on lists of
creditors holding the 50 largest unsecured claims and
significant lenders furnished to us by the Debtors.  As the
result of this conflicts check, Caplin & Drysdale has
determined that it currently represents, formerly
represented or currently represents an affiliate of, the
following entities listed in those documents.

      a.    <u>Current Representations</u>

          Bank of America
          J.P. Morgan & Chase Co.
          Barclays Bank PLC
          Citibank
          ABN AMRO Bank N.V.
          Amerada Hess Corporation

      b.    <u>Former Representations</u>

          W.R. Grace & Co. (in 1973-74)
          Credit Suisse First Boston
          Bank of New York
          Chase Manhattan Bank
          Credit Lyonnais
          Union Carbide Corporation
          FMR Corporation
          Perkins, Coie, Stone
            Olsen & Williams
          Hirschler, Fleischer, Weinberg, Cox &
            Allen

      c.    <u>Current Representations of Affiliates</u>

          The Travelers Companies
          The Hartford
          Ingersoll-Rand Corporation
          Exxon Mobil Corporation f/k/a Exxon
            Corporation

       In each case, the representation in question involves or
involved tax matters that are unrelated to these bankruptcy

actions and create no actual conflict of interest for Caplin &
Drysdale.

13.   The Committee has been advised that Caplin &
Drysdale is unaware of representing any other entity in
connection with these cases, including the Debtors, their
creditors, equity security holders, or any other parties in
interest, or their respective attorneys and accountants, the
United States Trustee or any person employed in the Office
of the United States Trustee in any matter relating to the
Debtors or their estates.   However, because of the size of
the Debtors, unbeknownst to Caplin & Drysdale, it may now or
in the future represent other creditors of the Debtors in
tax or other matters unrelated to these bankruptcies.
Caplin & Drysdale will supplement its Affidavit if and when
necessary to disclose any further relationships that require
disclosure in this case.

14.   Thus, the Committee is satisfied that Caplin
& Drysdale represents no interest adverse to the Committee
with respect to the matters for which Caplin & Drysdale will
be employed and is a "disinterested person" as that phrase
is defined in section 101(14) of the Bankruptcy Code, as
modified by section 1107(b) of the Bankruptcy Code.

15.   The Committee further believes that the
approval of the employment and retention of Caplin &
Drysdale as national counsel to the Committee will be in the
best interest of the Committee.

16.    Subject to this Court's approval and in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Orders and Rules of this Court, the Committee requests that Caplin & Drysdale be compensated on an hourly basis, plus reimbursed for the actual, necessary expenses that it occurs. The current hourly rates applicable to the attorneys and paralegals proposed to represent the Committee are:

| | |
|---|---|
| Elihu Inselbuch | $630 |
| Peter Van N. Lockwood | $500 |
| Julie W. Davis | $365 |
| Trevor W. Swett, III | $360 |
| Nathan D. Finch | $290 |
| Rita C. Tobin | $265 |
| Kimberly N. Brown | $265 |
| Kris Bess | $160 |
| Robert C. Spohn (paralegal) | $135 |
| Elyssa J. Strug (paralegal) | $125 |
| Sean O'Connell (paralegal) | $115 |

This listing is not exclusive, and other professionals may perform services for the Committee.

17.    The Committee has requested the retention of Caplin & Drysdale as of April 12, 2001, since it was necessary for Caplin & Drysdale to begin work immediately on behalf of the Committee.

18.    No prior application for the relief sought herein has been made to this or any other court.

WHEREFORE, The Committee respectfully requests that the Court enter an order approving the employment of Caplin & Drysdale, Chartered as its national counsel nunc pro tunc as of April 12, 2001, and that the

8

Committee be granted such other and further relief as is just and proper.

Dated:  May 4, 2001

                                    OFFICIAL COMMITTEE OF
                                    ASBESTOS CLAIMANTS

                                    _John Russell_____
                                    Member of the Committee

                        by:         _____
                                    Attorney-in-Fact

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------x
In re:                         :       Chapter 11
                               :
W.R. Grace & Co, et al.        :
                               :       Case No. 01-01139 (JJF)
                               :
                               :
         Debtors.              :       (Jointly Administered)
                               :
                               :
-------------------------------x
```

VERIFIED STATEMENT OF ELIHU INSELBUCH IN
ACCORDANCE WITH SECTION 1103 OF THE BANKRUPTCY CODE
AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

```
STATE OF NEW YORK              )
                               )     ss:
COUNTY OF NEW YORK             )
```

Elihu Inselbuch, being duly sworn, deposes and says:

1.    I am a member of the bars of the State of New York and the District of Columbia and of the firm of Caplin & Drysdale, Chartered ("Caplin & Drysdale"), attorneys-at-law, whose other members and associates are duly admitted to practice in either the State of New York or the District of Columbia, or both.  My firm maintains offices for the practice of law at 399 Park Avenue, New York, New York 10022-4614, and One Thomas Circle, N.W., Washington, D.C.  20005-5802.

2.    I submit this affidavit pursuant to Bankruptcy Rule 2014(a) in support of the Application of the Asbetsos Personal Injury Claimants Committee (the "Committee") for

the entry of an order authorizing the retention of Caplin &
Drysdale nunc pro tunc as of April 12, 2001 as the
Committee's national counsel. The facts set forth in this
Statement are personally known to me and, if called as a
witness, I would testify thereto.

3.    I and my firm are experienced in insolvency
and corporate reorganization and in complex corporate and
litigated matters and are qualified to represent and assist
the Committee in the performance of its statutory functions
under Chapter 11 in these cases.  Of particular relevance, I
and my firm are serving or have previously served in a
similar capacity as counsel to the committees of asbestos-
related litigants and/or creditors in the Chapter 11
proceedings involving the Manville Corporation, Raytech
Corporation, Babcock & Wilcox Company, Pittsburgh Corning
Corporation, Owens Corning Corporation, Armstrong World
Industries, Inc. and G-1 Holdings, Inc.

4.    In addition, Caplin & Drysdale currently
represents the Selected Counsel for the Beneficiaries of
the Manville Personal Injury Settlement Trust, the Trust
Advisory Committee to the Celotex Asbestos Settlement Trust
and the Trust Advisory Committee to the National Gypsum
Settlement Trust.

5.    The Committee has been advised that Caplin &
Drysdale has conducted a conflicts check against the (a)
Debtors; (b) the entities listed on Exhibits C and F-H of
the Debtors' application to retain Kirkland & Ellis as its

2

counsel as, respectively, Directors and Officers of the
Debtors, Issuers of the Debtors' Outstanding Letters of
Credit, Issuers of the Debtors' Outstanding Surety Bonds,
and Bank Creditors of the Debtors and Agents and Indenture
Trustees; and (c) the entities included on lists of
creditors holding the 50 largest unsecured claims and
significant lenders furnished to us by the Debtors.  As the
result of this conflicts check, Caplin & Drysdale has
determined that it currently represents, formerly
represented or currently represents an affiliate of, the
following entities listed in those documents.

     a.    <u>Current Representations</u>

          Bank of America
          J.P. Morgan & Chase Co.
          Barclays Bank PLC
          Citibank
          ABN AMRO Bank N.V.
          Amerada Hess Corporation

     b.    <u>Former Representations</u>

          W.R. Grace & Co. (in 1973-74)
          Credit Suisse First Boston
          Bank of New York
          Chase Manhattan Bank
          Credit Lyonnais
          Union Carbide Corporation
          FMR Corporation
          Perkins, Coie, Stone
            Olsen & Williams
          Hirschler, Fleischer, Weinberg, Cox &
            Allen

     c.    <u>Current Representations of Affiliates</u>

          The Travelers Companies
          The Hartford
          Ingersoll-Rand Corporation
          Exxon Mobil Corporation f/k/a Exxon
            Corporation

In each case, the representation in question
involves or involved tax matters that are unrelated to these
bankruptcy actions and create no actual conflict of interest
for Caplin & Drysdale.

6.    Caplin & Drysdale is unaware of representing
any other entity in connection with these cases, including
the Debtors, their creditors, equity security holders, or
any other parties in interest, or their respective attorneys
and accountants, the United States Trustee or any person
employed in the Office of the United States Trustee in any
matter relating to the Debtors or their estates.  However,
because of the size of the Debtors, unbeknownst to Caplin &
Drysdale, it may now or in the future represent other
creditors of the Debtors in tax or other matters unrelated
to these bankruptcies.  Caplin & Drysdale will supplement
its Affidavit if and when necessary to disclose any further
relationships that require disclosure in this case.

7.    Subject to the Court's approval, Caplin &
Drysdale will charge for its legal services on an hourly
basis in accordance with its ordinary and customary hourly
rates in effect on the date services are rendered.  Caplin &
Drysdale will maintain detailed, contemporaneous records of
time and any actual and necessary expenses incurred in
connection with the rendering of the legal services
described above by category and nature of the services

4

rendered.    As of this date,* the rates of the attorneys and paralegals expected to serve the Committee in this case are as follows:

| | |
|---|---|
| Elihu Inselbuch | $630 |
| Peter Van N. Lockwood | $500 |
| Julie W. Davis | $365 |
| Trevor W. Swett, III | $360 |
| Nathan D. Finch | $290 |
| Rita C. Tobin | $265 |
| Kimberly N. Brown | $265 |
| Kris Bess | $160 |
| Robert C. Spohn (paralegal) | $135 |
| Elyssa J. Strug (paralegal) | $125 |
| Sean O'Connell (paralegal) | $115 |

8.    Caplin & Drysdale intends to apply to the Court for compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, and pursuant to any additional procedures that may be established by the Court in these cases.

9. The proposed employment of Caplin & Drysdale is not prohibited by or improper under Rule 5002 of the Federal Rules of Bankruptcy Procedure.    Caplin & Drysdale and the professionals that it employs are qualified to represent the Committee in the matters for which the firm is proposed to be employed.

10.    In accordance with Section 504 of the Bankruptcy Code and Rule 2016(b) of the Rules of Bankruptcy Procedure, no division of compensation for services rendered has been or will be made by Caplin & Drysdale, except for

---

* Caplin & Drysdale reviews its firm-wide hourly rates on an annual basis each October, and these rates may be adjusted accordingly.

sharing of compensation among members and associates of the firm.

11.  Caplin & Drysdale has not entered into any agreements, express or implied, with any other party in interest, including the Debtors, attorneys for the Debtors, any creditor, or any attorney for such party in interest for compensation to be paid from the assets of the estates for services rendered in connection with these cases in excess of the compensation allowed by law.

WHEREFORE, I respectfully request that this Court enter the order filed concurrently herewith authorizing the employment nunc pro tunc effective as of April 12, 2001, of Caplin & Drysdale as national counsel for the Committee.

Elihu Inselbuch

Sworn to before me
this 3rd day of May, 2001.

Notary Public

LAUREN KARASTERGIOU
Notary Public, State of New York
No. 01KA4705838
Qualified in New York County
Commission Expires June 12, 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------x
In re:                          :      Chapter 11
                                :
W.R. Grace & Co, et al.         :
                                :      Case No. 01-01139 (JJF)
                    :           :
                                :
             Debtors.           :      (Jointly Administered)
                                :
                                :
--------------------------------x
```

ORDER AUTHORIZING THE RETENTION <u>NUNC PRO TUNC</u>
AS OF APRIL 12, 2001 OF CAPLIN & DRYSDALE,
CHARTERED AS NATIONAL COUNSEL FOR THE
<u>ASBESTOS CLAIMANTS COMMITTEE</u>

Upon consideration of the application of the
Asbestos Personal Injury Claimants Committee (the
"Committee") to retain Caplin & Drysdale, Chartered ("Caplin
& Drysdale") as its national counsel, <u>nunc pro tunc</u> as of
April 12, 2001; and upon consideration of the supporting
affidavit of Elihu Inselbuch; and the Court being satisfied
that Caplin & Drysdale represents no interest adverse to the
Committee in respect of the matters for which it is to be
employed and that the employment of Caplin & Drysdale is
necessary and in the best interests of the Committee and of
the Debtors Estates; and notice of the Application being
sufficient;  and sufficient cause appearing therefore, it is
hereby

ORDERED that

1.    The Application is approved.

2.     The Committee is authorized to employ and retain Caplin & Drysdale, nunc pro tunc to April 12, 2001, to serve as its national counsel in all matters arising in connection with these cases and to assist it in the performance of its duties as set forth in section 1103(c) of the Bankruptcy Code.

3.     Caplin & Drysdale is to be allowed compensation and reimbursement for its expenses in accordance with Sections 330(a) and 331 of the Bankruptcy Code, the Applicable Federal Rules of Bankruptcy Procedure, the rules of this court and such other procedures as may be fixed by Order of this Court.


Dated:   Wilmington, Delaware
         ~~April~~ June 13_, 2001



                    The Honorable Joseph J. Farnan, Jr.
                    United States District Court Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2001, I caused one copy of the foregoing to be served upon the persons below in the manner indicated.

_____
Matthew G. Zaleski, III

74510.1

**W.R. Grace 2002 Service List**

**Hand Delivery**
Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Can.Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

**Hand Delivery**
Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

**Hand Delivery**
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

**Hand Delivery**
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Hand Delivery**
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York. NY 10017

Attn.: Meridee Moore & Kirsten Lynch
Farallon Capital Management LLC
One Maritime Plaza
Suite 1325
San Francisco, CA  94111

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Margery N. Reed, Esq.
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury
  & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd., Suite G
Brownsville, TX  78520

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan, Griffinger
  & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD  21214

**Hand Delivery**
Robert Jacobs, Esq.
Maria Rosoff Eskin, Esq.
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE  19801

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
Five Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

**Hand Delivery**
Francis A. Monaco, Jr., Esq.
Frederick B. Rosner, Esq.
Walsh, Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE  19801

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 West Green Avenue
Orange, TX  77630

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

**Hand Delivery**
Michael B. Joseph, Esq.
Ferry & Joseph PA
824 Market Street, Suite 904
Wilmington, DE  19801


Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022


Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067


Ira S. Greene, Esq.
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY  10176


Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY  10006


Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite #600
Houston, TX  77017


Paul M. Baisier, Esq.
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA  30309


Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595


**Hand Delivery**
Bruce E. Jameson, Esq.
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE  19801

Scott L. Baena, Esq.
Member
Bilzin Sumberg Dunn Baena Price
 & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131
Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P. O. Box 151
Bryan, OH  43506


Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530


Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202


Lewis T. LeClair, Esq.
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX  75201


Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA  02110-2624


**Hand Delivery**
Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801


Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309


Peter A. Chapman
24 Perdicaris Place
Trenton, NJ  08618


Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076


John P. Dillman, Esq.
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P. O. Box 3064
Houston, TX  77253-3064


Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA  98104-7078


Kevin D. McDonald
Wilshire Scott & Dyer, PC
One Houston Center
1221 McKinney, Suite 4550
Houston, TX  77010


Christopher Beard, Esq.
Beard & Beard
306 North Market Street
Frederick, MD  21701