UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 01-01140-PJW |
| | § | (CHAPTER 11) |
| | § | |
| W. R. GRACE & CO., | § | |
| | § | HON. PETER J. WALSH |
| Debtor | § | |

### REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

Damon J. Chargois, as counsel to numerous asbestos claimants who are creditors and parties-in-interest in this bankruptcy case, requests copies of all matters (including plans and disclosure statements) filed or noticed by any party herein pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (b) and 3017(a). Copies of all such items should be addressed as follows:

> Damon J. Chargois, Esq.
> Foster & Sear, L.L.P.
> 360 Place Office Park
> 1201 N. Watson Road, Suite 145
> Arlington, Texas 76006
> (817) 633-3355 Telephone
> (817) 633-5507 Facsimile

Respectfully submitted this the 2nd day of May, 2001.

Request for Notice Pursuant to Bankruptcy Rule 2002 and All Pleadings Pursuant to Bankruptcy Rule 3017(a) - Page 1

**FOSTER & SEAR, L.L.P.**

By: _____
Damon J. Chargois
State Bar No. 00790451

360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, Texas 76006
(817) 633-3355 Telephone
(817) 633-5507 Facsimile

ATTORNEY FOR NUMEROUS CREDITORS
WITH ASBESTOS INJURY RELATED CLAIMS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all parties on the attached Service List via First Class Mail on the 2nd day of May, 2001.

_____
Damon J. Chargois

## SERVICE LIST

**DEBTOR'S COUNSEL:**

Laura Davis Jones
Pachulski, Stang, Ziehl, et al
P.O. Box 8705
Wilmington, DE 19899-8705
302-652-4400 Facsimile

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
312-861-2200 Facsimile

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150
212-403-1000 Telephone

**OFFICE OF THE UNITED STATES TRUSTEE:**

Bankruptcy Administration Office of the U. S. Trustee
Curtis Center, Suite 950 West
601 Walnut Street
Philadelphia, PA 19106-3323
215-597-4411 Telephone
215-597-5795 Facsimile

**INTERESTED PARTIES AND COUNSEL FOR ASBESTOS CREDITORS:**

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802
202-429-3301 Facsimile

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022-4614
212-644-6755 Facsimile

Theodore Goldberg, Esq.
Mark C. Meyer, Esq.
Goldberg, Persky, Jenings & White, PC
1030 Fifth Avenue, Third Floor
Pittsburg, PA 1519-6219
412-471-8308 Facsimile

Mark Lanier, Esq.
Patrick N. Haines, Esq.
Lanier, Parker & Sullivan, P.C.
1331 Lamar, Suite 1550
Houston, TX 77010-3025
713-659-2204 Facsimile

Alan B. Rich, Esq.
Russell Budd, Esq.
Baron & Budd, PC
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219
214-520-1181 Facsimile

Joseph F. Rice Esq.
Nancy Worth Davis, Esq.
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465
843-216-9290 Facsimile

Brent W. Coon, Esq.
Provost Umphrey Law Firm, LLP
490 Park Street
Beaumont, TX 77704
409-838-8888 Facsimile

Paul L. Sadler, Esq.
Wellborn Houston Adkinson Mann Sadler & Hill, LLP
300 West Main Street
P.O. Box 1109
Henderson, TX 75653
903-657-6108 Facsimile

Ian Cloud, Esq.
Robins, Cloud & Lubel, LLP
910 Travis, Suite 2020
Houston, TX 77002
713-650-1400 Facsimile

Larry O. Norris, P.A.
101 Ferguson Street
Hattiesburg, MS 39403
601-584-6634 Facsimile

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey, PC
745 South Main Street
Kalispell, MT 59901-5341
406-752-7124 Facsimile

Patrick L. Hughes, Esq.
Verner, Liipert, Bernhard, McPherson & Hand
1111 Bagby, Suite 4700
Houston, TX 77002-5012
713-547-2600 Facsimile

Waters & Kraus
4807 West Lovers Lane
Dallas, TX 75209-3137
214-941-8855 Facsimile

Stephen J. Kherkher, Esq.
The Williams Baily Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5000
713-230-2314 Facsimile

Paul D. Henderson, Esq.
Dies, Henderson & Carona
1009 West Green
Orange, TX 77630-5619
409-883-4814 Facsimile

C. Sanders McNew, Esq.
Weitz, Luxenburg, PC
180 Maiden Lane
New York, NY 10038
212-344-5461 Facsimile

Shepard A. Hoffman, Esq.
301 North Charles Street, Suite 901
Baltimore, MD 20201-4306
410-539-8407 Facsimile

Brad B. Erens, Esq.
Counsel to PNC Bank
Jones, Day, Reavis & Pogue
777 West Wacker
Chicago, IL 60601
312-782-8585 Facsimile

Edwin H. Beachler, Esq.
Caroselli, Beachler, McTiernan & Convoy
312 Boulevard of the Allies, 8th Floor
Pittsburgh, PA 15222
412-391-7453 Facsimile

Frank E. Stachyra, Esq.
Stachyra & Pen
111 West Washington St., Suite 1440
Chicago, IL 60602-2703
312-782-4656 Facsimile

Michael Kaeske, Esq.
Kaeske-Reeves, LLP
6301 Gaston Avenue, Suite 735
Dallas, TX 75214
214-821-0977 Facsimile

Richard S. Glasser, Esq.
Kendall, Hatten, Glasser, PLC
1001 East Broad Street, Suite 450
Richmond, VA 23219
757-625-4115 Facsimile

Michael V. Kelley, Esq.
Kelley & Ferraro, LLP
1901 Bond Court Building
1300 East Ninth Street
Cleveland, OH 44114
216-575-0799 Facsimile

Glen W. Morgan, Esq.
Reaud, Morgan & Quinn
801 Laurel Street
Beaumont, TX 77701-2228
409-833-8236 Facsimile

Terrence M. Johnson, Esq.
455 East Illinois Street
Chicago, IL 60611-5311
312-922-4022 Telephone
312-922-3399 Facsimile

Mark Freelander, Esq.
Sable Pusateri Rosen Gordon & Adams
Frick Building, 7th Floor
Pittsburgh, PA 15219-6002
412-338-1555 Telephone
412-281-2859 Facsimile

Steven T. Baron, Esq.
Silber Pearlman, LLP
2711 North Haskell Avenue
Cityplace Center East
5th Floor, LB 32
Dallas, TX 75204-2911
214-874-7000 Telephone
214-824-8100 Facsimile