C. Randall Bupp, SB#65345
PLASTIRAS & TERRIZZI
24 Professional Center Parkway, Ste. 150
San Rafael, CA 94903
Telephone: (415) 472-8100
Facsimile: (415) 472-8110

Attorneys for Berry & Berry,
party in interest

[6012]

FILED
2001 MAY -7 PM 12: 2
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re W.H. GRACE AND COMPANY,  ) Chapter 11 No. 01-01139
                                )
            Debtor.             ) REQUEST FOR SPECIAL NOTICE
                                )
                                )

TO DEBTOR W. H. GRACE & COMPANY AND ITS ATTORNEY OF RECORD:

Request is hereby made pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure that notice of all matters and proceedings in connection with the above-captioned case be sent to:

C. Randall Bupp
PLASTIRAS & TERRIZZI
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903
Attorneys for party in interest Berry & Berry

DATED:    May 1, 2001          PLASTIRAS & TERRIZZI

                                By: _____
                                    BASIL PLASTIRAS
                                    Attorneys for Berry & Berry

**PROOF OF SERVICE**
(CCP SECTION 1013a - 2015)

[6012]

I am over the age of eighteen years and not a party to the within action. I am employed in the City of San Rafael, County of Marin, California and my business address is 24 Professional Center Parkway, Suite 150, San Rafael, California 94903.

On May 2, 2001, I served a true copy of the REQUEST FOR SPECIAL NOTICE which was effected on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Laura Davis Jones, Esq.
Pachulski, Stelling, Ziehl,
  Young, and Jones
919 Market Street, Suite 1600
Wilmington, Delaware 19801

/XXXX/ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid, on the date of execution of this declaration, with our office's outgoing mail following ordinary business practices. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing. Such correspondence is deposited with the United States Postal Service, the same day in the ordinary course of business.

/__/ (BY FEDERAL EXPRESS) I deposited in a box or other facility regularly maintained by Federal Express an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive the above-designated documents, together with a signed copy of this declaration, in an envelope designated by the said express service carrier, with deliver fees paid or provided for.

/___/ (BY FACSIMILE) I caused the said document(s) to be transmitted by Facsimile to the numbers indicated above.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 2, 2001, in the City of San Rafael, California.

SUE GAMLEN