**ORIGINAL**

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re:

W.R. Grace & Co., *et al.*,

Debtors.

Chapter 11

Case Nos. 01-1139 through
01-1200 (JJF)

Jointly Administered

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that Coudert Brothers hereby appears as a party in

interest, *pro se*, and requests, pursuant to Bankruptcy Rules 2001(a), 2002 and 9007 and

Bankruptcy Code sections 102(1), 303(g), 342 and 1109(b), that all notices given or required

to be given in this case and all papers served or required to be served in this case, be given to

and served upon the undersigned at the following office address and telephone number:

> Coudert Brothers
> Attn: Joseph D. Farrell, Esq. and Edward H. Tillinghast, III, Esq.
> 1114 Avenue of the Americas
> New York, New York 10036
> (212) 626-4400

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Bankruptcy Code

section 1109(b), the foregoing demand includes not only the notices and papers referred to in

the Rules specified above, but also includes without limitation, orders and notices of any

application, motion, petition, pleading, request, complaint or demand whether formal or

informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, telecopier or otherwise which may affect or seek to affect in any way any of Coudert Brothers' rights or interests with respect to the Debtors or property or proceeds thereof in which the Debtors may claim an interest.

Dated: New York, New York
       May 4, 2001

COUDERT BROTHERS

By: _____
    Edward H. Tillinghast, III
    1114 Avenue of the Americas
    New York, New York  10036
    (212) 626-4400
Attorneys for party in interest Coudert Brothers

NEWYORK 4155328v1