To: Honorable Joseph J. Farnan Jr. (Judge)
United States Bankruptcy Court

District of Deleware
824 North Market Street
Wilmington, Delaware
19801

Case No. 01-1139 (JJF)
Jointly Administered

Re: Chapter 11

W.R. Grace & Co et al - Debtors

This is to notify you that I, Anton Frank Volovsek, have recieved a copy of the Chapter 11 Bankruptcy, of W.R. Grace & Co et al., on May the 1st at approximately 1:30 p.m.
This also is to advise you of my current address which is;

Anton Frank Volovsek
Rt 2 Box 200 #42
Kamiah, Idaho  83536
1-208-935-7979

If this be allowed I would like to propose a suggestion that will make W.R. Grace & Co very healthy within the next 5 years.

Subject:      E.E.R.S.
Fact:         Amount of B.U.R. applied each year (15 billion sq. ft)
Fact:         W.R. Grace manufactures 3 of the 4 components of E.E.R.S.
Suggestion:   W.R. Grace Market E.E.R.S
              Since they already have a represenative in every State-
              No cost involved
Estimate:     If Grace markets E.E.R.S. under my direction and
              supervision, we should get 30 to 40% of the market in 5 years.
My Share:     $1.00 per square foot + profit
Grace's Share: $1.00 per square foot + product sales

One Third of market (15 billion sq. feet) - 5 billion sq. feet per year
5 Billion sq. feet x $1.00 per sq. foot x 5 years-
25 Billion dollars + profit on their membrane--
Primer & Coating

10 Year Estimate x 3 with 90% of the market and 20 Billion sq. ft. per yr.
   1960's- 5 Billion sq. feet per Year
   1970's- 8 "                         "
   1980's- 10 "                        "
   1990's- 12-13 "                     "
   2001-   15-16 "                     "

E.E.R.S. is now warranted by three major coating manufacturers for 10 years, with an additional 10 years if roof is recoated every 10-12 years, and each additional 10-12 year period, as long as building stands.

C.C. Pachulski-Stang-Ziehl-Young & Jones
C.C. Richard Schepacater - Trustee