# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE, *et al.* | ) | Bankruptcy Case Nos.:  01-01139 (RJN) |
| | ) | through 01-01200 (RJN) |
| Debtors. | ) | |
| | ) | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Eric D. Schwartz, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of James E. Smith, Esquire to represent National Medical Care, Inc. ("NMC") in this action. The Admittee is admitted, practicing and in good standing in the States of North Dakota and Illinois and is admitted to practice before the Federal District Court for the Northern District of Illinois and the United States Court of Appeals for the Eighth Circuit.

Eric D. Schwartz (No. 3134)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200

ATTORNEYS FOR National Medical Care, Inc.

Dated:  May 8, 2001

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

James E. Smith, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Motion granted.

BY THE COURT:

Date: May 15, 2001

United States District Court Judge

−2−

<u>Certificate Of Service</u>

I, Eric D. Schwartz, certify that on May 7, 2001 I caused copies of the foregoing

**Motion and Order For Admission Pro Hac Vice** to be served in the manner indicated on the

parties on the attached service list.

Eric D. Schwartz (De. Bar #3134)

# SERVICE LIST

**BY HAND DELIVERY**
Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Mark D. Collins Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

Joseph Grey, Esq.
Stevens & Lee
300 Delaware Avenue
Suite 800
Wilmington, DE  19801

Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE  19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street
Suite 904
Wilmington, DE  19801

Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Bldg.
1000 West Street
Suite 1410
Wilmington, DE  19801

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street
Suite 400
Wilmington, DE  19801

Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street
10th Floor
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801

**BY U.S. MAIL**
Derrick Tay, Esquire
Meighen Demers
St. 1100, Box 11 Merrill Lynch
Canada Twr. Sun Life Center
200 Kint Street West
Toronto, Ontario  M5H 3T4
CANADA

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Daniel Chipko
The Depository Trust Company
P.O. Box 20
Bowling Green Station
New York, NY  10274

Lisa Clegg-Konen
Risk Co.
P.O. Box 7061
Downers Grove, IL  60515

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Mary Harris
Radian International
P.O. Box 844130
Dallas, TX  75284-4130

John Hill
PCS Nitrogen Fertilizer, L.P.
P.O. Box 71029
Chicago, IL  60694-1029

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. packerland
Green Bay, WI  54360

William McBain
DCP-Lohja, Inc.
P.O. Box 2501
Carol Stream, IL  60132-2501

Diane Murdock
BASF
P.O. Box 75908
Charlotte, NC  28275

Joseph F. Rice
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC  29465

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Mia Skinner
Union Carbine Corp.
P.O. Box 91136
Chicago, IL  60693-0001

Eric Solverson
Ingersoll-Rand Fluid Products
P.O. Box 751229
Charlotte, NC  28275-1229

Milton Sunbeck, Jr.
Southern Ionics, Inc.
P.O. Box 830800
Drawer 830
Birmingham, AL  35283-0800

Huntsman Corporation
P.O. Box 65888
Charlotte, NC  28265

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price
& Alexrod LLP
200 South Biscayne Blvd.
Suite 2500
Miami, FL  33131

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskett Avenue
5th Floor
Dallas, TX  75204

Rebecca L. Besson, Chairman
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Charles E. Boulbol, Esquire
26 Broadway
17th Floor
New York, NY  10004

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219

Ann-Margaret Bushnell
Cass Logistics Temporary
900 Chelmsford Street
Lowell, MA  08510

Stephen H. Case, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East
Suite 3700
Los Angeles, CA  90067

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

District Director
IRS
409 Silverside Road
Wilmington, DE  19809

Securities & Exchange Commission
Atlanta Regional Office Branch/
Reorganization
3475 Lenox Road, N.E.
Suite 100
Atlanta, GA  30326-1232

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Charles E. Gibson, III
Attorney at Law
620 North Street
Suite 100
Jackson, MI  39202

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL  60606-1229

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld,
LLP
551 Fifth Avenue
New York, NY  10176

Jay M. Hayden
Heller, Draper, Hayden, Patrick & Horn,
LLC
650 Poydras Street
Suite 2500
New Orleans, LA  70130-6103

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey
PC
745 South Main Street
Kalispel, MT  59901

David S. Heller, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street
Suite 4300
Houston, TX  77002-5012

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY  10022

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palto Alto, CA  94304-1125

Shelby A. Jordan, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Boulevard
Suite 900
Corpus Christi, TX  78471

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

Lewis T. Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard
Suite 400
Arlington, VA  22209

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX  75201

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

Ron Luce
Valeron Strength Films
75 Remittance Drive
Suite 3068
Chicago, IL  60675

Paul M. Matheny, Esquire
Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD  21214

Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

Lawrence Palumbo
The Chase Manhattan Bank
270 Park Avenue
New York, NY  10017

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street
Curtis Center
Suite 950 West
Philadelphia, PA  19106

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

Susan Rice
Zhagrus Environmental, Inc.
46 West Broadway
Suite 130
Salt Lake City, UT  84101

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K. Street, N.W.
Washington, DC  20005-4026

Davis S. Rosenbloom, Esquire
LMcDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Josiah Rotenberg
Lazard Freres & Co. LLC
300 Rockerfeller Plaza
60th
New York, NY  10020

David B. Seigel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Ming Shiang, VP
The Depository Trust Company
55 Water Street
New York, NY  10042

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

James A. Sylvester, Esqurie
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Rick Thomas
Dupont Dow Elastomers
21088 Network Place
Chicago, IL  60673-1210

Peter Van N. Lockwood, Esquire+B70
Caplin & Drysdale, Chartered
One Thomas Circle NW
Washington, DC  20005

Jim Wagner
Stone Packaging System
21514 Network Place
Chicago, IL  60673-1215

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

W.J. Winterstein, Jr., Esquire
Eleven Penn Center
29th Floor
1835 Market Street
Philadelphia, PA  19103

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 300
Chicago, IL  60606-1229

Pamela Zilly
The Blackstone Group
345 Park Avenue
New York, NY  10154

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington, DC  20020

Meridee Moore
Farallon Capital Management, LLC
One Maritime Plaza
Suite 1325
San Francisco, CA  94111

Paul Haskell, Esq.
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza
New York, NY  10005

William S. Katchen, Esquire
Duane, Morris & Heckscher, LLP
1 Riverfront Plaza
2nd Floor
Newark, NJ  07102