**CLIMAX MOLYBDENUM MARKETING CORPORATION**
A Subsidiary of Phelps Dodge Corporation

1501 W. Fountainhead Pkwy., Ste. 290
Post Office Box 22015
Tempe, AZ 85285-2015
(480) 929-4400
Fax: (480) 929-4450

2001 MAY -8

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CERTIFIED MAIL**

April 27, 2001

Clerk of the U.S. Bankruptcy Court
824 Market Street
Wilmington, DE 19801

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In Re:

W.R. Grace & Co., et al.,                    Proceedings Under Chapter 11
                                             of the Bankruptcy Code
Debtor                                       Case No. 01-1139 (JJF)

### NOTICE OF REQUEST FOR SERVICE OF PAPERS

Please take note that the creditor listed below is represented by the undersigned in the above referenced Chapter 11 bankruptcy proceeding:

  Climax Molybdenum Marketing Corporation
  Dept. L713P
  Pittsburgh, PA  15264

Pursuant to rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned, on behalf of the creditor listed above, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to the undersigned at the office address and telephone number set forth below.

Please take further notice that the foregoing requests include the notices and papers referred to in Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and also include, without limitations, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex or otherwise.

**Page 2: Notice of Request for Service of Papers**

                              Respectfully submitted,

                              */s/ Scott Barker*

                              Scott Barker
                              Credit Manager
                              Climax Molybdenum Marketing Corporation
                              2600 N. Central Avenue
                              Phoenix, AZ  85004
                              (602) 234-8016
                              (602) 234-4887 (fax)

cc:    James H.M. Sprayregan, Esq.
        James W. Kapp III, Esq.
        Kirkland & Ellis
        200 East Randolph Drive
        Chicago, IL 60601

        Laura Davis Jones, Esq.
        Hamid R. Rafatjoo, Esq.
        Pachulski, Stang, Ziehl, Young, & Jones P.C.
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705