IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  
W.R. GRACE & CO., et al

    Debtors.
_____/

Case Nos. 01-1139 through 01-1200 (JJF)  
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

State of Florida Department of Environmental Protection (the "Department") appears specially and for the limited purpose of receiving notice in the above styled matter by and through the undersigned counsel. By so appearing, the Department does not waive, expressly or by implication, its assertion of sovereign immunity from all suits or actions not expressly authorized by the Florida Constitution or statute.

The Department hereby requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, and all parties in interest, mail to the undersigned counsel copies of all notices and motions, hearings and adversary complaints in accordance with Bankruptcy Rules 2002 and 9010.

Respectfully submitted,

STATE OF FLORIDA DEPARTMENT
OF ENVIRONMENTAL PROTECTION

*/s/ Jonathan H. Alden*

JONATHAN H. ALDEN, ESQUIRE  
Assistant General Counsel  
3900 Commonwealth Boulevard, MS 35  
Tallahassee, Florida 32399-3000  
Phone: (850) 921-9650  
Fax: (850) 487-4938  
Fla. Bar No. 366692  
e-mail: jonathan.alden@dep.state.fl.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed via U.S. First Class mail, postage prepaid to the following: James H.M. Sprayregen, Esquire, 200 East Randolph Drive, Chicago, Illinois 60601; Laura Davis Jones, Esquire, 919 North Market Street, 16th Floor, Wilmington Delaware 19899-8705; and Frederic J. Baker, Assistant U.S. Trustee, 601 Walnut Street, Suite 950 W, Philadelphia, PA 19106, on the ___7th___ day of May, 2001.

JONATHAN H. ALDEN, ESQUIRE
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Florida 32399-3000
Phone: (850) 921-9650
Fax: (850) 921-5433
Fla. Bar No. 366692
e-mail: jonathan.alden@dep.state.fl.us