# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

W.R. Grace & Co., et al..

Debtors.

Case Nos.: 01-1139 through 01-1200

Chapter 11

Judge Joseph J. Farnan, Jr.

## SPECIAL LIMITED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF THE STATE LIBRARY OF OHIO

PLEASE TAKE NOTICE that the State Library of Ohio appears herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town St., Second Floor
Columbus, Ohio 43215
(614) 728-4324
fax (614) 752-9070

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State Library of Ohio.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State Library of Ohio or of the State of Ohio or to consent to this Court's exercise of jurisdiction over the State Library of Ohio or the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the State Library of Ohio, the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

Betty D. Montgomery
Attorney General of Ohio

Michelle T. Sutter (0013880)
Assistant Attorney General
Revenue Recovery Section
101 E. Town St., Second Floor
Columbus, Ohio 43215
(614) 728-4324
Case Attorney for the State Library of Ohio

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 7th day of May to the following:

*Michelle T. Sutter*
Michelle T. Sutter
Assistant Attorney General

**W.R. Grace & Co.**
7500 Grace Drive
Columbia, MD 21044

**James H.M. Sprayregen, Esq.**
**James W. Kapp III, Esq.**
**Samuel A. Schwartz, Esq.**
**Roger J. Higgins, Esq.**
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

**Laura Davis Jones, Esq.**
**Hamid R. Rafatjoo, Esq.**
**David W. Carickhoff, Jr., Esq.**
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)