UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
------------------------------------------------------------x
In re:                                                       :
                                                             :
W.R. GRACE & CO., *et al.*,                                  :
                                                             :
                                                             :
                                     Debtors.                :
------------------------------------------------------------x

FILED

2001 MAY 10  PM 4: 29

CLERK
Chapter 11  US BANKRUPTCY COURT
              DISTRICT OF DELAWARE

Case Nos. 01-1139 through
01-1200 (JJF) Jointly Administered

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Weatherford U.S. Inc., and Weatherford International, Incorporated (referred to herein after collectively as "Weatherford") hereby enters its appearance by and through its counsel, Andrews & Kurth L.L.P., pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 AND 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the persons listed below at the following addresses and telephone numbers:

> Peter S. Goodman
> Andrews & Kurth L.L.P.
> Attorneys for Weatherford U.S. Inc. and
> Weatherford International, Incorporated
> 805 Third Avenue
> New York, New York 10022
> Telephone:    (212) 850-2800
> Telecopier:   (212) 850-2929

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed

NYC:84033.1

by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be (a) a submission to the jurisdiction of this court by Weatherford or (b) a waiver of the right of Weatherford (i) to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs or recoupments to which Weatherford is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Weatherford expressly reserves.

Dated:     New York, New York
           May 9, 2001

                                         **ANDREWS & KURTH L.L.P.**

                                         By: _____
                                         Peter S. Goodman (PSG 3939)
                                         805 Third Avenue
                                         New York, New York 10022
                                         (212) 850-2800
                                         Counsel to Weatherford

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------x
In re:                              :    Chapter 11
                                    :
W.R. GRACE & CO., *et al.*,         :    Case No. 01-1139 through 01-
                                    :    1200 (JJF) Jointly Administered
           Debtors.                 :
------------------------------------x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NEW YORK   )   ss.:

HELEN E. GRIGORIOU, being duly sworn, deposes and says:

I am not a party to this proceeding. I am over 18 years of age and reside at 32-38 30th Street, Apt. 3C, Astoria, NY 11106.

On May 9, 2001, I caused to be served the Notice of Appearance and Demand for Notices and Papers for Weatherford to the parties listed on the attached service list by enclosing a copy of said document in an envelope properly addressed, postage prepaid, and depositing said envelope in a depository under the exclusive custody and control of the U.S. Postal Office.

_Helen E. Grigoriou_
Helen E. Grigoriou

Subscribed and sworn to before
me this 9th day of May, 2001

_Michele R. Brown_
Notary Public

NYC:84052.1

MICHELE R. BROWN
NOTARY PUBLIC, State of New York
No. 01BR6006511
Qualified in New York County
Commission Expires May 4, 20 02

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

David Carickhoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A
One Rodney Square
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher LLP
One Rodney Square
Wilmington, DE 19899-0636

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Philadelphia, PA 19106

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch
Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered 399
Park Avenue, 36th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price
200 South Biscayne Blvd, Ste.2500
Miami, FL 33131

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher LLP
Four Times Square
New York, NY 10036

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson
28 Bridgeside Boulevard
Mount Pleasant, SC 29465

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

| | | |
|---|---|---|
| Securities & Exchange Commission<br>15th & Pennsylvania Ave. N.W.<br>Washington, DC 20020 | District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE 19809 | Securities & Exchange Commission<br>Atlanta Regional Office Branch/Reorg<br>3475 Lenox Road, NE, Suite 100<br>Atlanta, GA 30326-1232 |
| Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>Dover, DE 19903 | James D. Freeman, Esquire<br>U.S. Department of Justice<br>999 18th Street -Suite 945-N Tower<br>Denver, CO  80202 |
| Jon L. Heberling, Esquire<br>McGarvey, Heberling, & Sullivan PC<br>745 South Main Street<br>Kalispel, MT 59901 | Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent, LLP<br>551 Fifth Avenue<br>New York, NY 10176 | James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 |
| Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 | Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>3101 S. Packerland<br>Green Bay, WI 54306 | David S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 |
| Brad Rogers, Esquire<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 | Pamela Zilly<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 | Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th<br>New York, NY 10020 |
| Stephen H. Case, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Jan M. Hayden<br>Heller, Draper, Hayden, Patrick, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 | Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29465 |
| Nancy Worth Davis<br>Ness, Motley, Loadholt, Richardson<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29465 | Steven T. Baron, Esquire<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5thFl.<br>Dallas, TX 75204 | Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road - P.O. Box 13708<br>Macon, GA 31208-3708 |
| W.J. Winterstein, Jr., Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | R. Scott Williams<br>PMG Capital Corp.<br>Four Falls Corporate Center<br>West Conshohocken, PA 19428-2961 | Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 |
| Jonathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Russell W. Budd<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Shelby A. Jordan, Esquire<br>Jordan, Hyden, Womble & Culbreth, ]<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 |

Courtney M. Labson, Esquire
The Mills Corporation
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas -40th Fl
New York, NY 10019-6076

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD 21701

Steven J. Kherkher, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas 77017

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, New Jersey 07663

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street - P.O. Box 1271
Wilmington, DE 19899

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street - 4th Floor
New York, NY 10006

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street - Suite 700
Atlanta, Georgia 30309

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue - Suite 5000
Seattle, WA 98104-7078

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts 02110-2624

Paul M. Matheny
Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Cambria
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo & Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center - P.O. Box 151
Bryan, OH 43506

John P. Dillman, Esquire
Linebarger Heard Goggan Sampson L
P.O. Box 3064
Houston, TX 77253-3064

Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center - Suite 4550
Houston, Texas 77010

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, l
2390 Central Blvd, Suite G
Brownsville, TX 78520

Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza - Suite 1325
San Francisco, California 94111

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Paul G. Sumers, Esquire
TN Attorney General's Office,
Bankr. Unit - P.O. Box 20207
Nashville, TN 37202-0207

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D - P.O. Box 570
Newark, NJ 07101

Darrell W. Scott, Esquire
Lukins & Annis, P.S.
717 West Sprague Avenue
Spokane, WA 99201-0466

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102