**ORIGINAL**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

FILED
2001 MAY 11 PM 3:57
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE MATTER OF: : Chapter 11
:
: Case No. 01-1139 (MFW) through
W.R. GRACE & CO., et al : Case No. 01-1200 (MFW)
:
: **AMENDED** NOTICE OF
: APPOINTMENT OF OFFICIAL
Debtors. COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS

-------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Asbestos Property Damage Claimants in connection with the above captioned case:

1. **Marco Barbanti, class representative**, Case No. 00201756-6, c/o Darryl W. Scott, Lukins & Annis, P.S., 1600 Washington Trust Financial Center, 717 West Sprague Avenue, Spokane, WA 99201-0466, Phone: (509) 455-9555, Fax: (509) 747-2323.

2. **Pacific Freeholds**, c/o Thomas J. Brandi, Law Offices of Thomas J. Brandi, 44 Montgomery Street, # 1050, San Francisco, CA 94104, Phone: (415) 989-1800, Fax: (415) 989-1801.

3. **The Prudential Insurance Company of America**, Attn: Stephen C. Parker, 751 Broad Street, 21st Floor, Newark, NJ 07102, Phone: (973) 367-3521, Fax: (973) 367-4955.

4. **The Trustees of Princeton University**, Attn: Howard S. Ende, General Counsel, 120 Alexander Street, Princeton, NJ 08544, Phone: (609) 258-2525, Fax: (609) 258-2502.

5. **Anderson Memorial Hospital**, c/o Daniel A. Speights, Esquire, Speight & Runyan, 200 Jackson Avenue East, Hampton, SC 29924, Phone: (803) 943-4444, Fax: (803) 943-4599.

6. **Catholic Archdiocese of New Orleans**, c/o Martin Dies, Esquire, 1009 Green Avenue, Orange, TX 77630, Phone: (409) 883-4394, Fax: (409) 883-3028.

7. **Paul Price**, c/o Jon L. Heberling, Esquire, McGarvey, Heberling, Sullivan, & McGarvey PC, 745 South Main Street, Kalispel, MT 59901, Phone: (406) 752-5566, Fax: (406) 752-7124.

PATRICIA A. STAIANO
UNITED STATES TRUSTEE

For FREDERIC J. BAKER
SENIOR ASSISTANT UNITED STATES TRUSTEE

DATED: May 11, 2001

Attorney assigned to this Case: Frank J. Perch, III, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400.
**Anderson Memorial Hospital, Catholic Archdiocese of New Orleans, and Paul Price were Added to the Official Committee of Asbestos Property Damage Claimants.**