UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE          DB/3276

================================X

In re                                     Chapter 11
                                          NOTICE OF APPEARANCE
W.R. GRACE & CO., et al.
                                          Case No. 01-1139 through
                    Debtor                01-1200 (JJF)

================================X

FILED
2001 MAY 14 AM 11:23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

S I R S :

    PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Rules of Bankruptcy Procedure, SUFFOLK COUNTY appears in the above entitled case by ROBERT J. CIMINO, Suffolk County Attorney, by DIANE LEONARDO BECKMANN, Assistant County Attorney.

    Request is hereby made pursuant to Rule 2002 of the Rules of Bankruptcy Procedure for service of all papers, including but not limited to, orders, reports, pleadings, motions, applications or petitions, and disclosure statements filed in the above case by mailing a copy to:

```
                    ROBERT J. CIMINO
                 Suffolk County Attorney
                H. Lee Dennison Building
            100 Veterans Memorial Highway
                     P.O. Box 6100
             Hauppauge, New York 11788-0099
              Att: DIANE LEONARDO BECKMANN
                 Assistant County Attorney
```

DATED:  Hauppauge, New York
        April 30, 2001

                        Yours, etc.,
                        ROBERT J. CIMINO
                        Suffolk County Attorney

By: DIANE LEONARDO BECKMANN
    Attorney for Suffolk Co.
    H. Lee Dennison Building
    P.O. Box 6100
    Hauppauge, New York 11788-0099

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
                 ss:
COUNTY OF SUFFOLK)

.     The undersigned being duly sworn deposes and says: deponent is over the age of 18 years, not a party to this action, and is associated with the Suffolk County Attorney's Office.  That on the 11th day of May, 2001 deponent served a copy of the **NOTICE OF APPEARANCE** on the person(s) hereinafter named, by depositing a true copy thereof, enclosed in a postage paid, properly addressed wrapper in an official depository under the exclusive care of the United States Postal Express Service within the State of New York.

Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL 60601

Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19899-8705


                                            _____
                                                  Carol A. McMillen

Sworn to before me this
11th day of May, 2001

_____
Notary Public
Doreen M. Flynn
Notary Public State of New York
No. 01FL6033442
Qualified in Suffolk County
Commission Expires November 15, 2001

------------
---------------------------------

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., et al.

Debtors.

NOTICE OF APPEARANCE

ROBERT J. CIMINO
Suffolk County Attorney
By: Diane Leonardo Beckmann
Assistant County Attorney
Attorney for Suffolk County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788-0099
(631) 853-4049