# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**FILED**

| | | |
|---|---|---|
| IN RE: | § | 2001 MAY 14  PM 3: 00     CHAPTER 11 |
| | § | |
| W .R. GRACE & CO. | § | CLERK |
| | § | US BANKRUPTCY COURT |
| | § | DISTRICT OF DELAWARE |
| | § | |
| DEBTOR(S) | § | CASE NO.01-01139 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW COMES Linebarger Heard Goggan Graham Blair Peña & Sampson, LLP, representing:

**CITY OF EL PASO**

and other taxing jurisdictions for whom they collect ad valorem property taxes, creditors in the above-referenced bankruptcy proceeding, and gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010.

Linebarger Heard Goggan Blair Graham Peña & Sampson, LLP respectfully requests that it be served with any pleadings, reports, orders, documents, notices of hearings and any other notices to parties and interests in this case in accordance with Bankruptcy Rules 9010, 2002 and 3017.

Respectfully submitted,

**LINEBARGERHEARD GOGGAN BLAIR
GRAHAM PEÑA & SAMPSON LLP**
1000 Tower Life Building
San Antonio, TX  78205
(210) 225-6763 - *Voice*
(210) 225-6410 - *Fax*

By:_____
David G. Aelvoet
State Bar No. 00786959

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served by First Class Mail on ___May 8th, 2001___ upon the following:

Debtor:
W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044

Attorney for Debtor:
LAURA DAVIS JONES
919 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 8705
WILMINGTON, DE 19899-8705

_____
David G. Aelvoet