| | |
|---|---|
| 1 | BART HARTMAN |
| 2 | TREASURER-TAX COLLECTOR |
| 3 | ATTENTION: ELIZABETH MOLINA |
| 4 | 1600 Pacific Highway, Room 162 |
| 5 | San Diego, California 92101 |
| 6 | (619) 531-5261 facsimile (619) 685-2589 |

FILED
2001 MAY 10 PM 12: 03
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

**DEL TACO RESTAURANTS, INC.**

Case No. 01-1151

Chapter 11

**REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA**

(NO HEARING REQUIRED)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The San Diego County Tax Collector of California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters, plan of reorganization, disclosure statement, and all other documents and papers pertaining to the above captioned case, including all notices required under the Bankruptcy code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest to the following address:

BART HARTMAN
TREASURER-TAX COLLECTOR
ATTENTION: ELIZABETH MOLINA
1600 Pacific Highway, Room 162
San Diego, California 92101
(619) 531-5261 facsimile (619) 685-2589

Dated: May 7, 2001

By _____
Elizabeth Molina [Deputy Tax Collector]

254

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of San Diego. I am over the age of eighteen years, and not a party to the within action; my business address is 1600 Pacific Highway, Room 162, San Diego, CA 92101.

On May 7, 2001, I served the within WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed to those parties indicated below:

UNITED STATES BANKRUPTCY COURT

District of Delaware

824 Market Street

Wilmington, DE 19801

| | |
|---|---|
| James H.M. Sprayregen, Esq. | Laura Davis Jones, Esq. |
| James W. Kapp III, Esq. | Hamid R. Rafatjoo, Esq. |
| Samuel A. Schwartz, Esq. | David W. Carickhoff, Jr., Esq. |
| Roger J. Higgins, Esq. | Pachulski, Stang, Ziehl, Young & Jones P.C. |
| Kirkland & Ellis | 919 North Market Street, 16th Floor |
| 200 East Randolph Drive | PO BOX 8705 |
| Chicago, Illinois 60601 | Wilmington, DE 19899-8705 |

☒ **BY REGULAR MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION:** I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Natalie Villanueva, declare that I am employed in the office at whose direction this mailing is made. Executed on May 7, 2001 in San Diego, California.

Natalie Villanueva [Deputy Tax Collector]