UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co.-Conn., | ) | Case No. 01-1140 (JJF) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Trustees of the Amalgamated Industries and Service Workers Benefit Fund (hereinafter, the "Fund") appear in the above captioned bankruptcy case as a creditor pursuant to Bankruptcy Rules 2002 and 9010(b) and Section 1109(b) of the United States Bankruptcy Code and that the undersigned has been retained as attorney for the Fund and demand that all notices given or required to be given and all papers served in this case be delivered to and served upon:

**Judith Greenspan, Esq.**
Associate Counsel
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway
Tenth Floor
New York, New York 10003-9511
(212) 539-5401

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the above mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral,

transmitted or conveyed by mail delivery, telephone, telegraph, telecopy or otherwise, which affects the Debtor in this case or its property.

Dated: May 8, 2001
      New York, New York

                                  Yours, etc.,

                              By: _____
                                 Judith Greenspan, Esq.
                                 Trustees of The Amalgamated Industries
                                 and Service Workers Benefit Fund
                                 730 Broadway, Tenth Floor
                                 New York, New York 10003-9511
                                 (212) 539-5401

To:    **The Honorable Joseph J. Farnan Jr.**
       United States Bankruptcy Court
       For the District of Delaware
       824 Market Street
       5th Floor
       Wilmington, Delaware 19801

       **Laura Davis Jones, Esq.**
       Pachulski, Stang, Ziehl, Young & Jones P.C.
       919 North Market Street
       16th Floor
       Wilmington, DE 19899-8705