SHELLEY & BETHEA GILLETTE & CLARK, PLC
A Professional Limited Liability Company Providing Legal Services
3850 E. Baseline Road
Suite 125
Mesa, Arizona 85206
Telephone (602) 964-5674
Facsimile (602) 964-1524

FILED
2001 MAY 14 AM 10: 36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

J. Daryl Bethea, #002563
Attorneys for Mary Wurts, Creditor

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF DELAWARE**

| | |
|---|---|
| IN RE:<br>W.R. GRACE & CO., et al.<br>Debtors. | Chapter 11<br>No. 01-1139 through 01-1200 (JJF)<br>NOTICE OF APPEARANCE AND REQUEST FOR ADDITION TO MASTER MAILING LIST |

The law firm of Shelley Bethea Gillette & Clark, PLC, hereby gives notice that it is appearing on behalf of Mary Wurts, Trustee of the Living Trust, dated 30th day of July, 1968, as amended.

All notices, pleadings and other matters which may affect the interests of the above-named creditor should be sent to the following address:

Shelley Bethea Gillette & Clark
3850 E. Baseline Road, Suite 125
Mesa, Arizona 85206

DATED this 9th day of May, 2001.

SHELLEY BETHEA GILLETTE & CLARK, PLC

By ______________________
J. Daryl Bethea
3850 E. Baseline Road, Suite 125
Mesa, Arizona 85206

259

| | |
|---|---|
| 1 | Copies of the foregoing mailed |
| 2 | this 9th day of May, 2001, to: |
| 3 | James H.M. Sprayregen, Esq. |
| | James W. Kapp III, Esq. |
| 4 | Samuel A. Schwartz, Esq. |
| | Roger . Higgins, Esq. |
| 5 | Kirkland & Ellis |
| | 200 E. Randolph Drive |
| 6 | Chicago, Illinois 60601 |
| | Counsel for Debtors |
| 7 | |
| | Laura Davis Jones, Esq. |
| 8 | Hamid R. Rafatjoo, Esq. |
| | David W. Carickhoff, Jr., Esq. |
| 9 | Pachulski, Stang, Ziehl, Young & Jones, P.C. |
| | 919 North Market Street, 16th Floor |
| 10 | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| 11 | Counsel for Debtors |