DATE: <u>Thursday</u> the <u>3rd</u> of <u>May</u>, 2001                     <u>8:00</u> A.M. to <u>9:45</u> A.M.

JUDGE: <u>FARNAN</u>      CLERK: <u>Sue</u>           CT. RPTR: <u>V. Gunning</u>

**CASE CAPTION:**

**CHAPTER 11**
CASE NO. <u>01-1139</u>

In Re:

**COUNSEL:**

W.R. GRACE                              SEE ATTACHED LIST

PLACE OF PROCEEDING:  Courtroom #2A

PROCEEDING: **MOTION HEARING**

MINUTES:

|  |  |  |
|---|---|---|
| COURT | – | <u>Motion, A01-771, D.I. 2</u><br>**OVERRULED OBJECTIONS** |
|  | – | **WILL ENTER ORDER** |
| COURT | – | <u>Motion, D.I. 10, 11, 15, 16, 28, 25, 21, 88</u><br>**GRANTED & SIGNED** |
| COURT | – | <u>Motion, D.I. 13</u><br>**MOTION IS CONTINUED** |
| COURT | – | <u>Motion, D.I. 29, 30</u><br>**GRANTED REVISED ORDER** |
| COURT | – | <u>Motion, D.I. 148</u><br>**MOTION IS DENIED** |

260