DATE: <u>Thursday</u> the <u>3rd</u> of <u>May</u>, 2001          ____ .M. to ____ .M.

10:05 A.M. to 10:25 A.M.

JUDGE: <u>FARNAN</u>          CLERK: <u>Mike</u>          CT. RPTR: <u>Valerie Gunning</u>

**CASE CAPTION:**          BANKRUPTCY CASE NO. <u>01-1139</u>

**COUNSEL:**

IN RE:          Laura Davis Jones, Esq. (debtor)

W.R. GRACE

PLACE OF PROCEEDING: COURTROOM #2A

PROCEEDING: MOTION HEARING

DECISION:

Discussion re: course of litigation in this case. Parties will get back to the Court in 30-45 days to update Court on discussions.

261