UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W. R. GRACE & CO.,

Case No. 01-1139(JJF)

Debtor.                              Chapter 11

### REQUEST FOR NOTICE

The undersigned representative for Belz Enterprises and its related entities hereby requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, that all notices to be sent to creditors, committees of creditors, or equity security holders be served upon it in the following manner:

(a) To counsel at the following address:

   Russell W. Savory
   Gotten, Wilson & Savory, PLLC
   200 Jefferson Avenue, Suite 900
   Memphis, Tennessee 38103

(b) With a copy to Belz Enterprises at:

   Credit Manager
   Belz Enterprises
   100 Peabody Place, Suite 1400
   Memphis, Tennessee 38103

Respectfully submitted,

GOTTEN, WILSON & SAVORY, PLLC

_____
Russell W. Savory (12786)
200 Jefferson Avenue, Suite 900
Memphis, Tennessee 38103
901-523-1110

## CERTIFICATE OF SERVICE

I, Russell W. Savory, hereby certify that a true and genuine copy of the foregoing pleading was served upon James H.M. Sprayregen, Esq., 200 East Randolph Drive, Chicago, IL 60601, and Laura D. Jones, Esq., P.O. Box 8705, Wilmington, DE 19899, by first class U.S. Mail, postage prepaid, this 12th day of May, 2001.

Russell W. Savory