**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

2001 MAY 16 AM 10: 12

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

### AFFIDAVIT OF MEREDITH S. JONES, SECRETARY

STATE OF DELAWARE

SS:

NEW CASTLE COUNTY

I, MEREDITH S. JONES, certify that I am, and at all times during the service of process have been, an employee of the firm of Ferry & Joseph, P.A., that I am not less than 18 years of age, and that I am not a party to the matter concerning which service of process was made. I certify further that service of the attached three (3) Motion and Order for Admissions Pro Hac Vice was made on the parties on the attached Service List, by First-Class Mail or Hand-Delivery, on May 15, 2001.

MEREDITH S. JONES, Secretary

SWORN TO AND SUBSCRIBED before me this 15th day of May, 2001.

NOTARY PUBLIC

TAMMY A. CORRIGAN
NOTARY PUBLIC-DELAWARE
My Commission Expires May 30, 2003

TJT/msj
F:\Meredith\TJT\WRGraceBankMBJ\AffofServMotProHac.wpd

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Theodore J. Tacconelli, a member of the Bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Richard M. Dunn, Esquire, Bilzin Sumberg Dunn Baena Price & Axelrod LLP, 2500 First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2336, to represent the Official Committee of Property Damage Claimants in this action. The Admittee is admitted, practicing, and in good standing in Florida.

FERRY & JOSEPH, P.A.

*[signature]*

Theodore J. Tacconelli, Esq. (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Proposed Local Counsel for the Official
Committee of Property Damage Claimants

Dated: May __15__, 2001

The Admittee certifies that he is eligible for admission <u>pro</u> <u>hac</u> <u>vice</u> to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of or the preparation of this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Richard M. Dunn
Bilzn Sumberg Dunn Baena Price
& Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
(305) 374-7580

Motion granted.

BY THE COURT:

_____
United States District Court Judge

Date:_____

#509385

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Theodore J. Tacconelli, a member of the Bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Scott L. Baena, Esquire, Bilzin Sumberg Dunn Baena Price & Axelrod LLP, 2500 First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2336, to represent the Official Committee of Property Damage Claimants in this action. The Admittee is admitted, practicing, and in good standing in Florida.

FERRY & JOSEPH, P.A.

Theodore J. Tacconelli, Esq. (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Proposed Local Counsel for the Official
Committee of Property Damage Claimants

Dated: May 15   , 2001

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of or the preparation of this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Scott L. Baena
Bilzin Sumberg Dunn Baena Price
& Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
(305) 374-7580

Motion granted.

BY THE COURT:

_____
United States District Court Judge

Date:_____

#509394

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Theodore J. Tacconelli, a member of the Bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Mindy A. Mora, Esquire, Bilzin Sumberg Dunn Baena Price & Axelrod LLP, 2500 First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2336, to represent the Official Committee of Property Damage Claimants in this action. The Admittee is admitted, practicing, and in good standing in Florida.

FERRY & JOSEPH, P.A.

Theodore J. Tacconelli, Esq. (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Proposed Local Counsel for the Official
Committee of Property Damage Claimants

Dated: May 15, 2001

The Admittee certifies that she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of or the preparation of this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Mindy A. Mora
Bilzin Sumberg Dunn Baena Price
& Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
(305) 374-7580

Motion granted.

BY THE COURT:

_____
United States District Court Judge

Date:_____

#509400