ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**AFFIDAVITS OF PUBLICATION**

Attached hereto are affidavits regarding the publication of the Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates ("341 Notice") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). The 341 Notice was published in the following newspapers, as indicated in the affidavits attached hereto:

1) Boca Raton News, a Florida newspaper, on April 26, 2001;

2) Independent Record, a Montana newspaper, on April 26, 2001;

3) Lake Charles American Press, a Louisana newspaper, on April 26, 2001;

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

273

4) The Western News, a Montana newspaper, on April 27, 2001;

5) The Beaumont Enterprise, a Texas newspaper, on April 26, 2001;

6) The Baltimore Sun, a Maryland newspaper, on April 26, 2001;

7) USA Today, a national newspaper, on April 26, 2001;

8) The State, a South Carolina newspaper, on April 26, 2001; and

9) Chattanooga Times Free Press, a Tennessee newspaper, on April 26, 2001.

Dated: May 16, 2001

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

David W Carickhoff Jr
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (CA Bar No. 181564)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and
Debtors in Possession

91100-001\DOCS_DE:22737.1

# Boca Raton News

*More Boca Every Day™*

Published Daily
Monday through Sunday
Boca Raton, Palm Beach County, Florida
Delray Beach, Palm Beach County, Florida

**[ATE OF FLORIDA**
**OUNTY OF PALM BEACH**

:fore the undersigned authority personally ppeared Tina Klentop, Accounting Supervisor of e Boca Raton News, daily newspaper published in alm Beach County, Florida; that the attached opy of advertisement was published in said ewspaper in the issues of:

April 26, 2001 ______

______ ______

ffiant further says that The Boca Raton News is a ewspaper published in Boca Raton, in said Palm each County, Florida, Monday through Sunday, and has been entered as second class matter at he post office in Boca Raton, Palm Beach County, lorida for a period of one year next preceding the irst publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspapers.

Tina Klentop

Sworn to and subscribed before me this

1ST day of MAY, A.D., 2001

Nancy Smith

(Seal, Notary Public, State of Florida at large)

NANCY SMITH
MY COMMISSION # CC 838851
EXPIRES: June 13, 2003
Bonded Thru Notary Public Underwriters

My Commission expires ______

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. GRACE & CO., et al., Debtors. | Chapter 11 | Case Nos. 01-1139 through 01-1200 (JJF) Jointly Administered |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On April 2, 2001, the above-captioned debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the ADebtors@) filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (as amended, the ABankruptcy Code@). The Debtors, and their respective addresses, case numbers and federal tax identification numbers are listed on Schedule A attached hereto.

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. May 18, 2001 at 11:30 a.m., 844 King Street, Room 2313, Wilmington, Delaware 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

COUNSEL FOR THE DEBTORS.

| | |
|---|---|
| James H.M. Sprayregen, Esq. | Laura Davis Jones, Esq. |
| James W. Kapp III, Esq. | Hamid R. Rafatjoo, Esq. |
| Samuel A. Schwartz, Esq. | David W. Carickhoff, Jr., Esq. |
| Roger J. Higgins, Esq. | Pachulski, Stang, Ziehl, Young & Jones P.C. |
| Kirkland & Ellis | 919 North Market Street, 16th Floor |
| 200 East Randolph Drive | P.O. Box 8705 |
| Chicago, Illinois 60601 | Wilmington, DE 19899-8705 (Courier 19801) |
| (312) 861-2000 | (302) 652-4100 |

COMMENCEMENT OF CASES. Each of the Debtors listed on Schedule A have filed a petition for relief under chapter 11 of the Bankruptcy Code in this Court, and orders for relief have been entered in each case. You will not receive notice of all documents filed in this case. All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or, in the event the cases are dismissed or converted to another chapter of the Bankruptcy Code, notice of such conversion or dismissal. The Debtors will remain in possession of their property and will continue to operate their businesses in the ordinary course unless a trustee is appointed at a later date by the Court.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review §362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors' representative and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007, Del. Bankr. LR 1007-1(c), or order of this Court. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to the amount of the claim may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent or unliquidated as to the amount of the claim and who desire to participate in the cases or share in any distribution from the Debtors' estates must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. Separate notice of the deadline to file proofs of claim and proof of claim forms will be provided to the Debtors' ...

HOSPITAL

www.brch.com

Congratulations to all BRCH employees, physicians, Debbie-Rand volunteers, Board members, benefactors, patients and their families, corporate advocates, chamber of commerce businesses, vendors, schools and universities, area churches and temples, homeowners associations, and local organizations for your hard work in collecting signatures. And thank you Town Center at Boca Raton for the opportunity to reach thousands of people.

# AFFIDAVIT OF PUBLICATION
## STATE OF MONTANA,
County of Lewis & Clark,

Sharon Hencley

Being duly sworn, deposes and says:

That she is the principal clerk of the Independent Record a newspaper of general circulation published daily in the City of Helena, in the County of Lewis & Clark, State of Montana, and has charge of the advertisement thereof:

That the _Notice of Commencement_

a true copy of which is hereto annexed, was published in said newspaper on the following dates: viz.: April 26, 2001

making in all ___1___ publication(s).

Subscribed and sworn to before me this _26_ day of _April_, 2001.

_Sharon Hencley_

_Shirley George_

NOTARY PUBLIC for the State of Montana
Residing at Helena, Montana
My commission expires 1-15-02

(NOTARIAL SEAL)

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
W.R. GRACE & CO., et al.,
Debtors.

Case Nos. 01-1139 through 01-1200 (JJF)
(Jointly Administered)
Chapter 11

NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND FIXING OF CERTAIN DATES

[Classified real estate advertisements from newspaper]




# Affidavit of Publication

**STATE OF LOUISIANA**
**Parish of Calcasieu**

Before me, the undersigned authority, personally came and appeared

[signature]

who being duly sworn, deposes and says:

He/She is a duly authorized agent of
**LAKE CHARLES AMERICAN PRESS**
a newspaper published daily at 4900 Highway 90 East, Lake Charles, Louisiana, 70615. (Mail address: P.O. Box 2893, Lake Charles, LA 70602)

The attached Notice was published in said newspaper in its issue(s) dated:

09203403- $707.22
April 26, 2001

[signature]
Duly Authorized Agent

Subscribed and sworn to before me this 3rd day of May, 2001 at Lake Charles, LA

[signature]
Notary Public

01101428-001
W.R. GRACE/ TAYLOR & IVES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

W.R. GRACE & CO., et al.,          Chapter 11

Debtors.

Case Nos. 01-1139 through
01-1200 (JJF)

Jointly Administered

---

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On April 2, 2001, the above-captioned debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (as amended, the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and federal tax identification numbers, are listed on Schedule A, attached hereto.

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS.** May 16, 2001 at 11:30 a.m., 844 King Street, Room 2313, Wilmington, Delaware 19801.

**DEADLINE TO FILE A PROOF OF CLAIM.** Notice of a deadline will be sent at a later time.

**NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.** None appointed to date.

**COUNSEL FOR THE DEBTORS.**

| | |
|---|---|
| James H.M. Sprayregen, Esq. | Laura Davis Jones, Esq. |
| James W. Kapp III, Esq. | Hamid R. Rafatjoo, Esq. |
| Samuel A. Schwartz, Esq. | David W. Carickhoff, Jr., Esq. |
| Roger J. Higgins, Esq. | Pachulski, Stang, Ziehl, Young & Jones P.C. |
| Kirkland & Ellis | 919 North Market Street, 16th Floor |
| 200 East Randolph Drive | P.O. Box 8705 |
| Chicago, Illinois 60601 | Wilmington, DE 19899-8705 (Courier 19801) |
| (312) 861-2000 | (302) 652-4100 |

**COMMENCEMENT OF CASES.** Each of the Debtors listed on Schedule A have filed a petition for relief under chapter 11 of the Bankruptcy Code in this Court, and orders for relief have been entered in each case. You will not receive notice of all documents filed in this case. All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov.

**PURPOSE OF CHAPTER 11 FILING.** Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or, in the event the cases are dismissed or converted to another chapter of the Bankruptcy Code, notice of such conversion or dismissal. The Debtors will remain in possession of their property and will continue to operate their businesses in the ordinary course unless a trustee is appointed at a later date by the Court.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS.** A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review §362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

**MEETING OF CREDITORS.** The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors' representative and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

**CLAIMS.** Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007, Del. Bankr. LR 1007-1(c), or order of this Court. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to the amount of the claim may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or which are listed as disputed, contingent, or unliquidated as to the amount of the claim and who desire to participate in the cases or share in any distribution from the Debtors' estates must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. Separate notice **of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of Claim forms are also available from the Court's web site at www.deb.uscourts.gov. Additionally, when the Debtors send notice of deadlines to file proofs of claim, the Debtors will indicate the claims agent in these cases and such agent can provide a proof of claim form if you cannot obtain one from your local bankruptcy court.

**DISCHARGE OF DEBTS.** Confirmation of a chapter 11 plan may result in a discharge of the Debtors' debts, which may include all or part of your debt. See Bankruptcy Code §§1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court:  /s/ David D. Bird                      Dated: April 24, 2001
                Clerk of the U.S. Bankruptcy Court

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID# |
|---|---|---|---|
| W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1139 | 65-0773649 |
| W. R. Grace & Co.-Conn. | 7500 Grace Drive, Columbia, MD 21044 | 01-1140 | 13-5114230 |
| A-1 Bit & Tool Co., Inc. | 501 Elm Street, Dallas, TX 75202-3333 | 01-1141 | 22-2974435 |
| Alewife Boston Ltd. | 62 Whittemore Ave., Cambridge, MA 02140 | 01-1142 | 22-2603361 |
| Alewife Land Corporation | 62 Whittemore Ave., Cambridge, MA 02140 | 01-1143 | 22-2603359 |
| Amicon, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1144 | 04-3137663 |
| CB Biomedical, Inc. (f/k/a Circe Biomedical Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1145 | 65-0679166 |
| CCHP, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1146 | 13-3613697 |
| Litigation Management, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1147 | 13-2934063 |
| (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1188 | 65-0537976 |
| Monolith Enterprises, Incorporated | 7500 Grace Drive, Columbia, MD 21044 | 01-1189 | 52-0913918 |
| Monroe Street, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1190 | 65-0351861 |
| MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation) | 7500 Grace Drive, Columbia, MD 21044 | 01-1191 | 65-0546677 |
| MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1192 | 65-0180823 |
| MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1193 | 65-0180825 |
| Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1194 | 22-2312556 |
| Southern Oil Resin & Fiberglass, Inc | 7500 Grace Drive, Columbia, MD 21044 | 01-1195 | 59-0967653 |
| Water Street Corporation | 7500 Grace Drive, Columbia, MD 21044 | 01-1196 | 13-6152056 |
| Axial Basin Ranch Company | 7500 Grace Drive, Columbia, MD 21044 | 01-1197 | 84-1188107 |
| CC Partners (f/k/a Cross Country Staffing) | 7500 Grace Drive, Columbia, MD 21044 | 01-1198 | 65-0670724 |
| Hayden-Gulch West Coal Company | 7500 Grace Drive, Columbia, MD 21044 | 01-1199 | 84-1188110 |
| H-G Coal Company | 7500 Grace Drive, Columbia, MD 21044 | 01-1200 | 84-1188108 |

AFFIDAVIT OF PUBLICATION

STATE OF MONTANA
County of Lincoln

I, Dawn Williams, solemnly swear that I am t[illegible] weekly newspaper of general circulation publi[illegible] County, State of Montana; that the attached he[illegible] **Legal Notice,** was published in said The Wes[illegible] publication having been made on the **27th** Da[illegible] Day of April, 2001; that said Notice was pub[illegible] every number of the paper during the periods [illegible] Notice was published in the newspaper prope[illegible]

Dawn Williams

Subscribed and sworn to before me
This 1st day of May, 2001

June B. Hileman

Notary Public for the State of Montana
Residing at Libby, Montana
My commission Expires July 8, 2004

seal



# PUBLISHER'S AFFIDAVIT

Tear Sheet Attached

| | |
|---|---|
| Chevron | 95.32 |
| Commercial Metals | 25.99 |
| DuPont | 44.56 |
| Entergy | 39.48 |
| ExxonMobil | 89.09 |
| Friede Goldman | 0.20 |
| Goodyear | 24.64 |
| Hercules | 12.45 |
| HealthSouth | 13.40 |
| Hibernia | 15.75 |
| Horizon Offshore | 22.81 |
| Home Depot | 46.02 |
| Honeywell | 47.51 |
| Kerr McGee | 72.60 |

STATE OF TEXAS
COUNTY OF JEFFERSON

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED Rolland Ramos WHO BEING BY ME DULY SWORN, DEPOSES AND SAYS THAT SHE/HE IS THE National Account Coordinator OF THE BEAUMONT ENTERPRISE; THAT SAID NEWSPAPER IS REGULARLY PUBLISHED IN JEFFERSON COUNTY (COUNTIES), TEXAS, AND GENERALLY CIRCULATED IN JEFFERSON, HARDIN, TYLER, NEWTON, CHAMBERS, ORANGE, JASPER, LIBERTY, SABINE, AND SAN AUGUSTINE, ANGELINA, GALVESTON, COUNTY (COUNTIES), TEXAS; THAT THE ATTACHED NOTICE WAS PUBLISHED IN SAID NEWSPAPER ON THE FOLLOWING DATES(S), TO WIT: April 26, 2001

Rolland Ramos
NEWSPAPER REPRESENTATIVE'S SIGNATURE

SWORN AND SUBSCRIBED TO BEFORE ME ON THIS THE 27th DAY OF April 2001, TO CERTIFY WHICH WITNESS MY HAND AND SEAL OF OFFICE.

MELISSA L. WOMACK
COMMISSION EXPIRES
APRIL 6, 2004

Melissa L Womack
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

MELISSA L. WOMACK
MY COMMISSION EXPIRES
04-06-2004

PRINT OR TYPE NAME OF NOTARY PUBLIC

MY COMMISSION EXPIRES



17179

THE BALTIMORE SUN
BALTIMORE, MARYLAND 21278-0001

4/27 2001

WE HEREBY CERTIFY, that the annexed advertisement of W. R. Grace & Co.

was published in "THE BALTIMORE SUN" a daily newspaper printed and published in the City of Baltimore 4/26/01

The Baltimore Sun Company,

By J. Pendleton

7331

LEGAL

organization in the 1950s.

In the early 1960s he joined the Dodgers, later working closely with manager Tommy Lasorda and general manager Al Campanis on player-personnel decisions.

"For many years, he traveled with Joe DiMaggio on the road when Joe made appearances," said his son, Robert Liberatore of Washington. "My father would interact with the outside world so Joe wouldn't have to."

Mr. Liberatore ended his career in the late 1980s and early 1990s with the Orioles as a special adviser to Roland Hemond, then the Orioles general manager.

In 1988, Sun columnist John Steadman asked Mr. Liberatore who was the most courageous player he ever saw. "Jackie Robinson," he said. "A great talent and wonderful instincts. The best baserunner I ever saw. What he was subjected to made it a miracle he lived through it."

In the same interview, Mr. Liberatore recalled that he was the middleman when Pete Rose was named Cincinnati manager. As a scout, he recommended Mr. Rose to team management when it was looking for new leadership.

Born in Parkersburg, W. Va., Mr. Liberatore was raised in the Clifton Park section of Northeast Baltimore. He was a 1931 City College graduate. As a young man, he played sandlot and industrial league ball in Baltimore.




## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF ARLINGTON**

Being duly sworn Heather Carter says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein. On Thursday, April 26, 2001 the following advertisement- Legal Notice: Notice of Commencement of Chapter 11 Bankruptcy Cases, . . . was published in **USA TODAY**.

Principal Clerk of USA TODAY
April 27, 2001

Subscribed and sworn to before me this 27th day of April month 2001 year.

Notary Public
My Commission Expires 3/31/2005

**THE STATE-RECORD CO., INC.**
Columbia, South Carolina
*publisher of*

The State

STATE OF SOUTH CAROLINA
COUNTY OF RICHLAND

Personally appeared before me Barbara Lonsberry

of THE STATE, and makes oath that the advertisement,

W.R. Grace & Co., et al., Debtors Chapter 11

was inserted in THE STATE, a daily newspaper of general circulation published in the City of Columbia, State and County aforesaid, in the issues of

Thursday, April 25, 2001

Barbara Lonsberry

Subscribed and sworn to before me

this 26th day of April ~~19~~ 2001.

Evelyn F Harriman Notary Public
May 5, 2003

*"Errors - the liability of the publisher on account of errors in or omissions from any advertisement will in no way exceed the amount of the charge for the space occupied by the item in error, and then only for the first incorrect insertion."*

2292001
Taylor & Ives
Re: WR Grace
3 x 217

# State of Tennessee

## Hamilton County

Before me personally appeared Sharon Graham, who being duly sworn, that she is the Legal Clerk of the "CHATTANOOGA TIMES FREE PRESS:" that the Legal Notice of which the following is a true copy:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

CE & CO., et al., Chapter 11 Case Nos. 01-1139 01-1200 (JJF) Jointly Administered

Has been published in the above said Newspaper on the following dates, to-wit:

April 26, 2001

The full number of times required by law, and that there is due the "CHATTANOOGA TIMES FREE PRESS," for publication of such notice the sum of $1155.76 Dollars. (Includes $10.00 Aff. Chg.)

Sharon Graham

Sworn to and subscribed before me, this 27th day of April, 2001

Stacy M. Lamb

My Commission Expires November 7, 2004

Chattanooga Times
CHATTANOOGA FREE PRESS