FILED

2001 MAY 16 PM 2:11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:　　　　　　　　　　　　　　}　Chapter 11
W. R. Grace & Co., *et al.*,　　}　Case Nos. 01-1139 through 01-1200 (JJF)
　　　　　　　Debtors.　　　　　}　Jointly Administered

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On April 2, 2001, the above-captioned debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (as amended, the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and federal tax identification numbers, are listed on *Schedule A*, attached hereto.

*DATE, TIME AND LOCATION OF MEETING OF CREDITORS.* May 18, 2001 at 11:30 a.m., 844 King Street, Room 2313, Wilmington Delaware 19801.

*DEADLINE TO FILE A PROOF OF CLAIM.* Notice of a deadline will be sent at a later time.

*NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.* None appointed to date.

*COUNSEL FOR THE DEBTORS.*

James H.M. Sprayregen, Esq.　　　　　Laura Davis Jones, Esq.
James W. Kapp III, Esq.　　　　　　　Hamid R. Rafatjoo, Esq.
Samuel A. Schwartz, Esq.　　　　　　David W. Carickhoff, Jr., Esq.
Roger J. Higgins, Esq.　　　　　　　Pachulski, Stang, Ziehl, Young & Jones P.C.
Kirkland & Ellis　　　　　　　　　　919 North Market Street, 16th Floor
200 East Randolph Drive　　　　　　P.O. Box 8705
Chicago, Illinois 60601　　　　　　　Wilmington, DE 19899-8705 (Courier 19801)
(312) 861-2000　　　　　　　　　　　(302) 652-4100

*COMMENCEMENT OF CASES.* Each of the Debtors listed on *Schedule A* have filed a petition for relief under chapter 11 of the Bankruptcy Code in this Court, and orders for relief have been entered in each case. You will not receive notice of all documents filed in this case. All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov.

*PURPOSE OF CHAPTER 11 FILING.* Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or, in the event the cases are dismissed or converted to another chapter of the Bankruptcy Code, notice of such conversion or dismissal. The Debtors will remain in possession of their property and will continue to operate their businesses in the ordinary course unless a trustee is appointed at a later date by the Court.

*CREDITORS MAY NOT TAKE CERTAIN ACTIONS.* A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to

274

collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

**MEETING OF CREDITORS.** The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors' representative and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

**CLAIMS.** Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007, Del. Bankr. LR 1007-1(c), or order of this Court. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to the amount of the claim may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to the amount of the claim and who desire to participate in the cases or share in any distribution from the Debtors' estates must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of Claim forms are also available from the Court's web site at www.deb.uscourts.gov. Additionally, when the Debtors send notice of deadlines to file proofs of claim, the Debtors will indicate the claims agent in these cases and such agent can provide a proof of claim form if you cannot obtain one from your local bankruptcy court.

**DISCHARGE OF DEBTS.** Confirmation of a chapter 11 plan may result in a discharge of the Debtors' debts, which may include all or part of your debt. See Bankruptcy Code §§1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

Dated: April 24, 2001

/s/ DAVID D. BIRD

For the Court:            Clerk of the U.S. Bankruptcy Court

| Debtor (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | Address | Case No. | EID# |
|---|---|---|---|
| Monolith Enterprises, Incorporated | 7500 Grace Drive, Columbia, MD 21044 | 01-1189 | 52-0913918 |
| Monroe Street, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1190 | 65-0351861 |
| MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation) | 7500 Grace Drive, Columbia, MD 21044 | 01-1191 | 65-0546677 |
| MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1192 | 65-0180823 |
| MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1193 | 65-0180825 |
| Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1194 | 22-2312556 |
| Southern Oil Resin & Fiberglass, Inc | 7500 Grace Drive, Columbia, MD 21044 | 01-1195 | 59-0967853 |
| Water Street Corporation | 7500 Grace Drive, Columbia, MD 21044 | 01-1196 | 13-6152056 |
| Axial Basin Ranch Company | 7500 Grace Drive, Columbia, MD 21044 | 01-1197 | 84-1188107 |
| CC Partners (f/k/a Cross Country Staffing) | 7500 Grace Drive, Columbia, MD 21044 | 01-1198 | 65-0670724 |
| Hayden-Gulch West Coal Company | 7500 Grace Drive, Columbia, MD 21044 | 01-1199 | 84-1188110 |
| H-G Coal Company | 7500 Grace Drive, Columbia, MD 21044 | 01-1200 | 84-1188108 |

## SCHEDULE A

| Debtor (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | Address | Case No. | EID# |
|---|---|---|---|
| W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1139 | 65-0773649 |
| W. R. Grace & Co.-Conn. | 7500 Grace Drive, Columbia, MD 21044 | 01-1140 | 13-5114230 |
| A-1 Bit & Tool Co., Inc. | 501 Elm Street, Dallas, TX 75202-3333 | 01-1141 | 22-2974435 |
| Alewife Boston Ltd. | 62 Whittemore Ave., Cambridge, MA 02140 | 01-1142 | 22-2603361 |
| Alewife Land Corporation | 62 Whittemore Ave., Cambridge, MA 02140 | 01-1143 | 22-2603359 |
| Amicon, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1144 | 04-3137963 |
| CB Biomedical, Inc. (f/k/a Circe Biomedical Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1145 | 65-0679166 |
| CCHP, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1146 | 13-3613597 |
| Coalgrace, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1147 | 13-2934063 |
| Coalgrace II, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1148 | 58-1969355 |
| Creative Food N' Fun Company | 7500 Grace Drive, Columbia, MD 21044 | 01-1149 | 58-1505881 |
| Darex Puerto Rico, Inc. | 62 Whittemore Ave., Cambridge, MA 02140 | 01-1150 | 13-2830236 |
| Del Taco Restaurants, Inc. | 3901 Roswell Rd., Suite 337, Roswell, GA 30062 | 01-1151 | 75-1437918 |
| Dewey and Almy, LLC (f/k/a Dewey and Almy Company) | 7500 Grace Drive, Columbia, MD 21044 | 01-1152 | N/A |
| Ecarg, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1153 | 22-2065245 |
| Five Alewife Boston Ltd. | 62 Whittemore Ave., Cambridge, MA 02140 | 01-1154 | 22-3003981 |
| G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1155 | 65-0344211 |
| G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1156 | 65-1355942 |
| GEC Management Corporation | 7500 Grace Drive, Columbia, MD 21044 | 01-1157 | 75-2283780 |
| GN Holdings, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1158 | 13-3613599 |
| GPC Thomasville Corp. | 7500 Grace Drive, Columbia, MD 21044 | 01-1159 | 65-0382355 |
| Gloucester New Communities Company, Inc. | Village Drive, Swedesboro, NJ 08085 | 01-1160 | 13-2728098 |
| Grace A-B Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1161 | 22-2355544 |
| Grace A-B II Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1162 | 58-1969353 |
| Grace Chemical Company of Cuba | 7500 Grace Drive, Columbia, MD 21044 | 01-1163 | 36-6110406 |
| Grace Culinary Systems, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1164 | 52-1309187 |
| Grace Drilling Company | 7500 Grace Drive, Columbia, MD 21044 | 01-1165 | 73-0971397 |
| Grace Energy Corporation | 501 Elm Street, Suite 410, Dallas, TX 75202-3333 | 01-1166 | 11-2516702 |
| Grace Environmental, Inc. | 3665 Cherry Creek Dr. North, Suite 235, Denver, CO 80209 | 01-1167 | 13-3546067 |
| Grace Europe, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1168 | 13-2671485 |
| Grace H-G Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1169 | 13-3041784 |
| Grace H-G II Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1170 | 58-1969354 |
| Grace Hotel Services Corporation | 7500 Grace Drive, Columbia, MD 21044 | 01-1171 | 13-3584911 |
| Grace International Holdings, Inc. (f/k/a Dearborn International Holdings Inc.) | 501 Elm Street, Suite 410, Dallas, TX 75202-3333 | 01-1172 | 65-0609540 |
| Grace Offshore Company | 7500 Grace Drive, Columbia, MD 21044 | 01-1173 | 75-0502652 |
| Grace PAR Corporation | 7500 Grace Drive, Columbia, MD 21044 | 01-1174 | 22-2341175 |
| Grace Petroleum Libya Incorporated | 7500 Grace Drive, Columbia, MD 21044 | 01-1175 | 13-6112816 |
| Grace Tarpon Investors, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1176 | 65-0344213 |
| Grace Ventures Corp. | 7500 Grace Drive, Columbia, MD 21044 | 01-1177 | 13-3102623 |
| Grace Washington, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1178 | 22-2941320 |
| W. R. Grace Capital Corporation | 7500 Grace Drive, Columbia, MD 21044 | 01-1179 | 13-2934061 |
| W. R. Grace Land Corporation | 7500 Grace Drive, Columbia, MD 21044 | 01-1180 | 13-2677646 |
| Gracoal, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1181 | 75-1511800 |
| Gracoal II, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1182 | 34-1103784 |
| Guanica-Caribe Land Development Corporation | 7500 Grace Drive, Columbia, MD 21044 | 01-1183 | 65-0504444 |
| Hanover Square Corporation | 7500 Grace Drive, Columbia, MD 21044 | 01-1184 | 13-6112817 |
| Homco International, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1185 | 74-1614655 |
| Kootenai Development Company | 1673 Highway 37, Libby, MT 59923 | 01-1186 | 81-0495013 |
| L B Realty, Inc. | 7500 Grace Drive, Columbia, MD 21044 | 01-1187 | 65-0378942 |
| Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.) | 7500 Grace Drive, Columbia, MD 21044 | 01-1188 | 65-0537976 |

3