UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF Delaware
_____ DIVISION

FILED
2001 MAY 16 PM 1:56

IN RE: W. R. Grace & Co., et al.                   CHAPTER 11

CASE NO. 01-01139 through
01-1200 (JJF)

DEBTOR

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned has been designated as attorney for the Department of Revenue and Taxation in the above-referenced proceeding, and pursuant to 11 U.S.C. Section 1109(b) and Rule 2002 of the Bankruptcy Rules, the undersigned requests that all Notices given or required to be served in this case be given to and served upon the following:

Danice Sims
P. O. Box 66658
Baton Rouge, Louisiana 70896
Telephone (225)925-7858

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. Section 1109(b), the foregoing request includes the notices and papers referred to in Rules 2002, 3017(a) and 9010(b) of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, hearings, disclousure statements, memoranda or briefs in support of the foregoing and any other documents brought before the Court with respect to these proceedings.

Respectfully submitted,

_____
Emily W. Toler, Attorney
State of Louisiana
Department of Revenue

## CERTIFICATE OF SERVICE

I do hereby certify that on the 14th day of May, 2001, a copy of the above and foregoing was served upon
Laura Davis Jones
Pachulski, Stang, Ziehl et al
P O Box 8705
Wilmington, DE  19899-8705

by mailing same via U. S. mail, postage pre-paid, first class and properly addressed as shown above.

_____
Danice Sims