IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2001 MAY 16 PM 4:53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

W. R. GRACE & CO, et al.,

Debtors

Chapter 11

Case No. 01-1140 (JJf)

**NOTICE OF APPEARANCE**

To: David D. Bird
Clerk of the U. S. Bankruptcy Court

Kindly enter the appearance of Donald J. Balsley Jr., Esquire, in the above-captioned Chapter 11 proceeding, on behalf of W. K. Merriman, Inc., of 7038 River Road, Pittsburgh, Pennsylvania 15225, a creditor.

_____
Donald J. Balsley Jr.
PA I.D. No. 33638

535 Smithfield Street, Suite 619
Pittsburgh, PA 15222-2302
Telephone: (412) 765-1760

Attorney for W. K. Merriman, Inc.,
Creditor

276

## CERTIFICATE OF SERVICE

I, Donald J. Balsley Jr., Esquire, hereby certify that a true and correct copy of the foregoing Notice of Appearance was served by placing said document in the United States mail, first-class, postage prepaid, this 2nd day of May, 2001, upon the below named counsel at the following address:

> Laura Davis Jones, Esquire
> Pachulski, Stang, Ziehl, Young & Jones P.C.
> 919 North Market Street, 16th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705

_____
Donald J. Balsley Jr.