

ORIGINAL

2001 MAY 17  PM 3: 06

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W. R. GRACE & CO., et al.**[1] | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | | **Objection Deadline: June 4, 2001 at 4:00 p.m.** |
| | | **Hearing Date: To be scheduled only if objections are timely filed and served.** |

### NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI POLICANO & MANZO, EFFECTIVE AS OF APRIL 20, 2001, AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 cases of W.R. Grace & Co. et al. ("Grace") and its sixty-one subsidiaries and affiliates has filed an **Application for an Order Authorizing the Employment and Retention of FTI Policano & Manzo, Effective as of April 20, 2001, as Financial Advisors for the Official Committee of Unsecured Creditors ("Application")**.

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,  Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

You are required to file a response to the attached **Application** on or before **June 4, 2001 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon applicant's undersigned attorneys.

**A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE JOSEPH J. FARNAN, JR., ONLY IF OBJECTIONS ARE TIMELY FILED AND SERVED.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  May 17, 2001

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esq.
Robert A. Raskin, Esq.
Arlene G. Krieger, Esq.
180 Maiden Lane
New York, New York  10038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006
Email:          lkruger@stroock.com
                rraskin@stroock.com
                akrieger@stroock.com

- and –

Michael R. Lastowski, Esquire (DE I.D. No. 3892)
William S. Katchen, Esquire
DUANE, MORRIS & HECKSCHER, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:     (302)-657-4942
Facsimile:     (302)-657-4901
Email:          mlastowski@duanemorris.com

Proposed Co-Counsel for the Official
Committee of Unsecured Creditors

WORD146408v1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------x

In re:

W.R.  GRACE & CO., ET AL.

                              Debtors

-----------------------------------------------x

Chapter 11
Case No. 01-O1139(JJF)


Jointly Administered

### APPLICATION FOR ORDER PURSUANT TO, INTER ALIA, 11 U.S.C. SECTION 327 (a) OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT AND RETENTION OF FTI POLICANO & MANZO, EFFECTIVE AS OF APRIL 20, 2001 AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE JOSEPH J. FARNAN, JR.
    UNITED STATES DISTRICT COURT JUDGE:

The Application of the Official Committee of Unsecured Creditors (the "Committee" or "Applicant") of W.R. Grace & Co., et al (the "Debtors"), by JP Morgan Chase, the Chair of the Committee, respectfully represents:

1.      On April 2, 2001 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their business and manage their

properties as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2.      This Court has jurisdiction over this application pursuant to 28 U.S.C. Sections 157 and 1334.  Venue of this proceeding is proper in this district pursuant to 28 U.S.C. Sections 1408 and 1409.

3.      The Debtors have represented, among other things, that: (a) the Debtors engage in specialty chemicals and materials businesses, operating on a worldwide basis, with their corporate headquarters located in Columbia, Maryland; (b) The Debtors predominantly operate through two business units – Davison Chemicals and Performance Chemicals; (c) the Debtors' parent company, W.R. Grace & Co. ("Grace"), is a global holding company that conducts substantially all of its business through a direct, wholly owned subsidiary, W.R. Grace & Co. – Conn. ("Grace-Conn"); (d) Grace-Conn owns substantially all of the assets, properties and rights of Grace in the United States and has 76 domestic subsidiaries and affiliates, 60 of which are debtors and debtors in possession in the Chapter 11 Cases.

4.      On April 12, 2001, the United States Trustee for the District of Delaware appointed the nine (9) member Committee pursuant to Section 1102(a)(1) of the Bankrupty Code.  The Committee selected JP Morgan Chase as its Chair.  Thereafter, the Committee selected Stroock & Stroock & Lavan LLP as its attorneys.  At a meeting conducted on April 20, 2001, the Committee selected FTI Policano & Manzo ("FTI P&M") as its financial advisors.  Pursuant to, inter alia, Sections 327(a) and 1103(a) of the Bankruptcy Code, the Committee seeks to have this Court approve the retention of

FTI P&M as financial advisors to the Committee effective as of April 20, 2001. A list of

the members of the Committee is annexed hereto as Exhibit "A".

5.    Applicant has selected FTI P&M as its financial advisors because of, inter

alia, the firm's extensive experience in and knowledge of business reorganizations under

Chapter 11 of the Bankruptcy Code.

6.    To the best of Applicant's knowledge, FTI P&M does not have any

connection with the Debtors, their creditors or any other party in interest, except as set

forth herein and in the annexed affidavit of Edwin N. Ordway, Jr., a Managing Director

of FTI P&M.  Upon information and belief and based on the Ordway affidavit, Applicant

is satisfied that FTI P&M represents no adverse interest to the Debtors' estates or their

creditors which would preclude FTI P&M from acting as financial advisors to the

Committee in matters upon which it is to be engaged and that its employment will be in

the best interest of the Debtors' estates.

7.    Applicant believes that FTI P&M is qualified to represent it in this case in

a cost-effective, efficient, and timely manner.  The professional services that FTI P&M

expects to render to the Committee include, but shall not be limited to, the following:

      a.  Advise and assist the Committee in its analysis and monitoring of the
Debtors' historical, current and projected financial affairs, including
without limitation, schedules of assets and liabilities, statement of
financial affairs, periodic operating reports, analyses of cash receipts
and disbursements, analyses of cash flow forecasts, analyses of trust
accounting, analyses of various asset and liability accounts, analyses
of cost-reduction programs, analyses of any unusual or significant
transactions between the Debtors and any other entities, and analyses
of proposed restructuring transactions.

      b.  Develop a monthly monitoring report to enable the Committee to
effectively evaluate the Debtors' performance on an ongoing basis.

c.  If requested by the Committee and counsel, assist and advise the Committee and counsel in reviewing and evaluating any court motions filed or to be filed by the Debtors or any other parties-in-interest.

d.  Analyze and critique any debtor-in-possession financing arrangements.

e.  Analyze issues relating to asbestos claims, including:

    1.  Debtors' claims estimates and processes used to develop such estimates.
    2.  Adequacy of reserves recorded relating thereto.
    3.  Proposed program to process, analyze, and establish both pre-petition and post-petition asbestos related claims.

f.  Analyze all non-asbestos claim liability (EPA; tax) to include adequacy of reserves, claims process and reporting.

g.  Advise and assist the Committee in reviewing executory contracts and provide recommendations to assume or reject.

h.  Advise and assist the Committee in identifying and/or reviewing preference payments, fraudulent conveyances and other causes of action.

i.  Analyze the Debtors' assets and analyze unsecured creditors recovery under various recovery scenarios.

j.  Analyze alternative reorganization scenarios in an effort to maximize the recovery to general unsecured creditors and develop negotiation strategies to support the Committee's position.

k.  Assist and advise the Committee in evaluating and analyzing restructuring proposals by the Debtors.

l.  Assist the Committee and its counsel in the negotiation of any and all aspects of a restructuring.

m. Review and provide analysis of any plan of reorganization and disclosure statement relating to the Debtor.

n.  Assist and advise the Committee in implementing a plan of reorganization of the Debtors.

o.  Perform a liquidation analysis of the Debtors and advise the Committee and counsel in connection therewith.

p.  Advise and assist the Committee in its assessments of the Debtors' management team, including a review of the bonus, incentive and retention plans.

q.  Advise and assist the Committee in its review of the Debtors' existing management processes, including but not limited to organizational structure, cash management and management information and reporting systems.

r.  Advise and assist the Committee in its review of transactions between the Debtors' and non-filing subsidiaries and affiliates.

s.  Render expert testimony and litigation support services, as requested from time to time by the Committee and counsel, regarding the feasibility of a plan of reorganization and other matters.

t.  Attend Committee meetings and court hearings as may be required in the role as advisors to the Committee.

u.  Provide other services that are consistent with the Committee's role and duties as may be requested from time to time.

8.      The Committee has filed or will be filing shortly authorization to employ and retain the law firms of Stroock & Stroock & Lavan LLP and Duane Morris & Heckscher LLP to serve as bankruptcy counsel to the Committee. In addition, it is likely the Committee will seek to retain other professionals, including experts, in the course of these proceedings. The Committee will endeavor to ensure that its professionals avoid a duplication of services to the fullest extent possible.

9.      FTI P&M has indicated a willingness to act on behalf of the Committee.

10.     Subject to this Court's approval, FTI P&M will charge hourly fees for the services of its staff ranging from $125/hour to $525/hour, plus reimbursement of all out-of-pocket expenses. The primary staff contacts on the engagement shall be Edwin N. Ordway, Jr. - Managing Director, Sean Cunningham - Project Manager and various staff

as required from time to time. The hourly rates fall within the ranges noted in paragraph 17 of the Ordway affidavit.

11. FTI P&M intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure and Local Rules and orders of this Court. Compensation plus reimbursement of actual, necessary expenses incurred by Applicant will be payable to FTI P&M in compliance with the above rules and orders of the court.

12. Notice of this Application has been provided to the Office of the United States Trustee for the District of Delaware, counsel for the Debtors, attorneys for the Debtors' post-petition lenders, the members of the Committee, counsel for the other official Committees appointed by the Trustee in these cases and all parties who have filed a notice of appearance in these cases. The Committee submits that no further notice is necessary or required.

13. No previous application for the relief sought herein has been made by the Committee to this or any other Court.

WHEREFORE, Applicant requests entry of an Order authorizing it to employ and retain FTI P&M as financial advisors in these Chapter 11 cases, effective as of April 20, 2001, and granting Applicant such other and further relief as is just.

Dated: *New York, New York*
      *May 16, 2001*

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF W.R. GRACE & CO., ET AL

By: _____

     Managing Director
     JP Morgan Chase & Co.
     Chair of the Committee

## EXHIBIT A

### MEMBERS OF THE GRACE COMMITTEE

| | |
|---|---|
| Sealed Air Corporation | The Bank of New York, as indenture trustee |
| Bankers Trust Company, as indenture trustee | Zhagrus Environmental, Inc. |
| ABN AMRO Bank N.V. | JP Morgan Chase & Co. |
| First Union | Bank of America, N.A. |
| Wachovia Bank | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------x
In re:                                  :
                                        :          Chapter 11
                                        :
W.R. GRACE & CO., et al,                :          Case No. 01-01139(JJF)
                                        :
                                        :          Jointly Administered
                           Debtors      :
                                        :
--------------------------------------------------x
```

**AFFIDAVIT OF EDWIN N. ORDWAY, JR. IN SUPPORT OF APPLICATION
OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
ORDER, UNDER 11 U.S.C. SECTIONS 327(a) AND 1103(a) AND FED. R.
BANKR. P. 2014, AUTHORIZING EMPLOYMENT AND RETENTION NUNC
PRO TUNC OF FTI POLICANO & MANZO AS FINANCIAL ADVISORS**

STATE OF NEW JERSEY    )
                       ) SS:
COUNTY OF BERGEN       )

Edwin N. Ordway, Jr., being duly sworn, hereby deposes and says:

1.      I am a Managing Director of FTI Policano & Manzo, ("FTI P&M"), an
operating unit of FTI Consulting, Inc. ("FTI"), and I am duly authorized to make this
affidavit on behalf of FTI P&M.   FTI P&M provides financial consulting services for
restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook,
New Jersey.   I submit this affidavit pursuant to 11 U.S.C. Section 1103(b) and Federal
Rule of Bankruptcy Procedure 2014, in support of the Application of the Official
Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co., et al (the
"Debtors"), for an Order, Under 11 U.S.C. Section 1103 and Fed. R. Bankr. P. 2014,
Authorizing the Employment and Retention Nunc Pro Tunc of FTI Policano & Manzo as

1

Financial Advisors (the "Application"), filed contemporaneously herewith by the Committee.

2.    Unless otherwise stated in this affidavit, I have personal knowledge of the facts set forth herein and, if called as a witness, I would competently testify thereto.[1] Unless otherwise defined, capitalized terms and phrases not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

### Qualifications of Professionals

3.    FTI P&M is well-qualified to act as financial advisor to the Committee in these Chapter 11 cases.    FTI P&M professionals have considerable expertise in restructuring consulting, having participated in more than 500 cases, including some of the largest bankruptcy proceedings and out-of-court restructurings in the country, as well as numerous middle-market cases.  In particular, FTI P&M has served as advisors in a number of cases in the District of Delaware, including Camelot Music, Inc., Ernst Home Centers, Inc., APS, Inc., Purina Mills, Inc. and US Office Products Company.

### Services to be Rendered

4.    The Committee has asked FTI P&M to provide general financial advisory services in connection with the Chapter 11 Cases of W.R. Grace & Co. and its debtor subsidiaries.  In consultation with the Committee and its counsel, in performance of these services FTI P&M may be requested to:

    a.  Advise and assist the Committee in its analysis and monitoring of the Debtors' historical, current and projected financial affairs, including without limitation, schedules of assets and liabilities, statement of financial affairs, periodic operating reports, analyses of cash receipts and disbursements, analyses of cash flow forecasts, analyses of trust accounting, analyses of various asset and liability accounts, analyses

---

[1] Certain of the disclosures set forth herein relate to matters within the knowledge of other employees at FTI P&M and are based on information provided by them.

2

of cost-reduction programs, analyses of any unusual or significant transactions between the Debtor and any other entities, and analyses of proposed restructuring transactions.

b. Develop a monthly monitoring report to enable the Committee to effectively evaluate the Debtors' performance on an ongoing basis.

c. If requested by the Committee and counsel, assist and advise the Committee and counsel in reviewing and evaluating any court motions filed or to be filed by the Debtors or any other parties-in-interest.

d. Analyze and critique any debtor-in-possession financing arrangements.

e. Analyze issues relating to asbestos claims, including:

    1. Debtors' claims estimates and processes used to develop such estimates.
    2. Adequacy of reserves recorded relating thereto.
    3. Proposed program to process, analyze, and establish both pre-petition and post-petition asbestos related claims.

f. Analyze all non-asbestos claim liability (EPA; tax) to include adequacy of reserves, claims process reporting.

g. Advise and assist the Committee in reviewing executory contracts and provide recommendations to assume or reject.

h. Advise and assist the Committee in identifying and/or reviewing preference payments, fraudulent conveyances and other causes of action.

i. Analyze the Debtors' assets and analyze unsecured creditors recovery under various recovery scenarios.

j. Analyze alternative reorganization scenarios in an effort to maximize the recovery to general unsecured creditors and develop negotiation strategies to support the Committee's position.

k. Assist and advise the Committee in evaluating and analyzing restructuring proposals by the Debtors.

l. Assist the Committee and its counsel in the negotiation of any and all aspects of a restructuring.

m. Review and provide analysis of any plan of reorganization and disclosure statement relating to the Debtor.

3

n.  Assist and advise the Committee in implementing a plan of reorganization of the Debtors.

o.  Perform a liquidation analysis of the Debtors and advise the Committee and counsel in connection therewith.

p.  Advise and assist the Committee in its assessments of the Debtors' management team, including a review of the bonus, incentive and retention plans.

q.  Advise and assist the Committee in its review of the Debtors' existing management processes, including but not limited to organizational structure, cash management and management information and reporting systems.

r.  Advise and assist the Committee in its review of transactions between the Debtors' and non-filing subsidiaries and affiliates.

s.  Render expert testimony and litigation support services, as requested from time to time by the Committee and counsel, regarding the feasibility of a plan of reorganization and other matters.

t.  Attend Committee meetings and court hearings as may be required in the role as advisors to the Committee.

u.  Provide other services that are consistent with the Committee's role and duties as may be requested from time to time.

5.    Subject to this Court's approval of the Application, FTI P&M is willing to serve as the Committee's financial advisor and to perform the services described above.

**Professionals' Connections with Debtors and Other Parties**

6.    Except as otherwise set forth herein, to the best of my knowledge, FTI P&M (i) does not have any connection with the Debtors, the Debtors' creditors, their respective attorneys and accountants or any other party-in-interest (as reasonably known to us) and (ii) pursuant to 11 U.S.C. Section 1103(b), does not provide advisory services to any other entity having an adverse interest in connection with these cases.

4

7.     In connection with its proposed retention by the Committee, FTI P&M researched its client database to determine whether it had any relationships with the following entities:

(a)     the Debtors and their affiliates;

(b)     the 20 largest unsecured creditors of the Debtors on a consolidated basis;

(c)     the Debtors' significant equity holders; and

(d)     other known actual or potential parties-in-interest in the Debtors' cases.

8.     FTI P&M does not have a relationship with any of the foregoing entities in matters related to these Chapter 11 cases.  To the extent that such search indicated that FTI P&M has a relationship with any such entity in matters unrelated to these Chapter 11 cases, the identities of such entities are set forth in Exhibit "A" annexed hereto and incorporated herein by reference.

9.     FTI P&M is an operating unit of FTI Consulting, Inc. ("FTI"), a national multi-disciplined consulting firm with practices, in addition to FTI P&M's financial restructuring practice, in litigation support and engineering/scientific investigation.  FTI has over 30 offices throughout the country and, as of December 31, 2000, has 555 employees.  In 2000 alone, FTI provided services to over 2,000 clients on over 15,000 matters.  In addition to matters disclosed on Exhibit A, it is possible that one of FTI's clients may hold a claim or otherwise is a party-in-interest in these Chapter 11 cases.  FTI P&M believes none of these business relationships constitute interests materially adverse to the Debtors' estates, or their creditors herein in matters upon which FTI P&M is to be employed, and none are in connection with these Chapter 11 cases.

5

10.    FTI P&M is involved in numerous cases, proceedings and transactions involving many different professionals, including Kirkland & Ellis, the Debtors' bankruptcy counsel, and other attorneys, accountants and financial consultants, some of which may represent claimants and parties-in-interest in the Debtors' Chapter 11 cases. In addition, FTI P&M has in the past, and may in the future, be working with or against other professionals involved in these cases in matters wholly unrelated to these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these business relationships constitute interests materially adverse to the Debtors' estates or their creditors herein in matters upon which FTI P&M is to be employed, and none are in connection with these cases.

11.    FTI P&M has provided financial advisory services, and may continue to provide such services, to substantially all the financial institutions included in 7(b) above, in matters wholly unrelated to their Chapter 11 cases.   FTI P&M believes that such connections have no bearing on the services for which FTI P&M is being retained in these cases.

12.    Except as described herein, neither FTI P&M nor, to the best of my knowledge, any employee of FTI P&M is or was a creditor or equity holder of the Debtors.

13.    Neither FTI P&M, nor to the best of my knowledge, any employee of FTI P&M is or was a consultant or advisor for any outstanding security of the Debtors.

14.    Neither FTI P&M, nor to the best of my knowledge, any employee of FTI P&M is or was within two years before the commencement of these cases, a director, officer or employee of the Debtors or an investment banker of the Debtors.

6

15.    The Debtors have numerous relationships with third parties and creditors. Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any conflict, including the efforts outlined above, FTI P&M is unable to state with certainty whether one of its clients or an affiliated entity holds a claim or otherwise is a party-in-interest in these Chapter 11 cases. If FTI P&M discovers any information that is contrary to or pertinent to the disclosures made herein, FTI P&M will promptly disclose such information to the Court on notice to the United States Trustee and other appropriate parties.

## Professional Compensation

16.    As of the date of this Affidavit, FTI P&M has received no compensation for its work on behalf of the Committee.

17.    Subject to the Court's approval and to the filing of appropriate fee applications as described below, FTI P&M shall seek to receive fees corresponding to its normal hourly rates, which currently range from $125 to $525 per hour. FTI P&M's fees will be based on the actual hours charged at their standard hourly rates in effect when the services are rendered. FTI P&M revises its rates annually on January 1 of each year. FTI P&M's current hourly rates are as follows:

| | |
|---|---|
| Managing Director | $475 - $525 |
| Staff | $235 - $450 |
| Support Staff | $125 |

In addition, FTI P&M shall seek reimbursement of all reasonable and documented out-of-pocket expenses incurred in connection with the services rendered to the Committee, which expenses will include, but not be limited to, the fees and disbursements of FTI P&M's travel and lodging expenses, document processing charges, telephone and

7

telecopier charges, mail and other delivery costs, duplicating services, computer usage, computerized research and other customary expenditures.

18.    FTI P&M intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, and pursuant to any additional procedures that may be established by the Court in these cases.

19.    Other than as set forth above, and as more fully set forth in the engagement letter attached to the Application as Exhibit "B", there is no proposed arrangement between the Committee and FTI P&M for compensation to be paid in these cases. FTI P&M has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

20.    The proposed employment of FTI P&M is not prohibited by or improper under Rule 5002 of the Bankruptcy Rules. I am not related, and to the best of my knowledge, no employee of FTI P&M is related, to any United States Bankruptcy Judge or District Court Judge for the District of Delaware or to the United States Trustee for such district or any employee in the office thereof.

21.    FTI P&M has instituted and is carrying on further inquiries of its employees with respect to the matters contained herein. FTI P&M will file supplemental affidavits regarding this retention if any additional relevant information comes to its attention.

EDWIN N. ORDWAY, JR.

SWORN TO AND SUBSCRIBED before
me this _11 TH_ day of _May_ , 2001.

Notary Public

KATHIE JOZANOVIC
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 09/11/05

9

**EXHIBIT A**

**Exhibit A to Affidavit of
Edwin N. Ordway, Jr.
Identified Items**

1.      FTI P&M or a subsidiary of FTI has been engaged by the Debtors or Insurance

Carriers of the Debtor to provide litigation support services in four matters between 1988

and 1999.    Services include fire and explosion investigation and assistance in jury

selection.  FTI is no longer working on any of these matters.


| Date of Engagement | Activity | Status |
|---|---|---|
| July 12, 1988 | Accident Investigation Report prepared for CNA Insurance related to W.R. Grace Savannah, GA facility | Closed 1988 |
| Sept 17, 1990 | Accident Investigation Report prepared for CAN Insurance related to W.R. Grace Tampa facility | Closed 1990 |
| May 16, 1989 | File Review (litigation support) for Arter & Hadden in Traverse City Schools versus W.R. Grace | Closed 1989 |
| June 9, 1999 | Graphics presentation prepared for Dunn Kacel Adams & Pappas in Harold Daniels versus P.P.G. Industries - W.R. Grace co-defendant | Closed July 1999 |

**EXHIBIT A**

2.      We had been engaged to provide litigation support services in the matter of Cheshire Medical versus W.R. Grace.   The FTI employees involved had left the employment of the firm in 1994 and took this client with them.   As such, FTI's involvement ceased in July 1994.

3.      On or about March 13, 2001 FTI was hired by the Debtors to perform a fire investigation with respect to a tractor/trailer fire at one of the Company's locations.   The work was completed during April 2001 and an invoice approximating $1700.00 is currently due and payable.   There is no further work being performed related to this matter.   In connection with FTI's engagement by the Official Committee of Unsecured Creditors in this matter, the balance due shall be waived.

4.      FTI had additionally been retained on two matters involving Union Carbide to provide litigation support services related to asbestos claims.   The cases were closed and FTI involvement ceased in August 1994 and November 1998, respectively.

5.      FTI P&M has provided financial advisory services and may continue to provide such services to the following financial institutions in other unrelated matters:

| | |
|---|---|
| Bankers Trust Company | Northern Trust Company |
| ABN Amro Bank N.V. | Wachovia Bank |
| First Union | Bank Hapoalim, B.M. |
| Bank of New York | Barclays Bank PLC |
| JP Morgan Chase & Co. | Citibank |
| Bank of America | Morgan Guaranty Trust Company |
| Credit Suisse First Boston | Commerzbank, AG |
| Bank of Nova Scotia | Credit Lyonnais |
| Dresdner Bank AG | HSBC Bank USA |

FTI P&M believes that such connections have no bearing on the services for which FTI P&M is being retained in these cases.

**EXHIBIT B**

April 20, 2001

JP Morgan Chase & Co.
Attn: Thomas F. Maher
Chairman, Official Committee of Unsecured Creditors
380 Madison Avenue
New York, NY 10017-2591

Re:     W.R. Grace & Co., et al.

Dear Tom:

This letter agreement (the "Agreement") confirms the engagement of FTI Policano & Manzo by the Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. (the "Company") to provide consulting services with respect to the Chapter 11 reorganization cases (collectively, the "Chapter 11 Cases") of the Company during the term of this Agreement. We understand that this engagement is subject to Bankruptcy Court approval; accordingly, this agreement is null and void in the event that Court approval is not obtained and FTI Policano & Manzo is under no obligation to provide any services until such approval is obtained.

In connection therewith, you have requested us to provide the following professional services:

1. Advise and assist the Committee in its analysis and monitoring of the Debtors' historical, current and projected financial affairs, including without limitation, schedules of assets and liabilities, statement of financial affairs, periodic operating reports, analyses of cash receipts and disbursements, analyses of cash flow forecasts, analyses of trust accounting, analyses of various asset and liability accounts, analyses of cost-reduction programs, analyses of any unusual or significant transactions between the Debtors and any other entities, and analyses of proposed restructuring transactions.

2. Develop a monthly monitoring report to enable the Committee to effectively evaluate the Debtors' performance on an ongoing basis.

3. If requested by the Committee and counsel, assist and advise the Committee and counsel in reviewing and evaluating any court motions filed or to be filed by the Debtor or any other parties-in-interest.

4. Analyze and critique any debtor-in-possession financing arrangements.

**EXHIBIT B**

5.     Analyze issues relating to asbestos claims, including:

   a.   Debtors' claims estimates and processes used to develop such estimates.
   b.   Adequacy of reserves recorded relating thereto.
   c.   Proposed program to process, analyze, and establish both pre-petition and post-petition asbestos related claims.

6.     Analyze all non-asbestos claim liability (EPA; tax) to include adequacy of reserves, claims process and reporting.

7.     Advise and assist the Committee in reviewing executory contracts and provide recommendations to assume or reject.

8.     Advise and assist the Committee in identifying and/or reviewing preference payments, fraudulent conveyances and other causes of action.

9.     Analyze the Debtors' assets and analyze unsecured creditors' recovery under various recovery scenarios.

10.    Analyze alternative reorganization scenarios in an effort to maximize the recovery to general unsecured creditors and develop negotiation strategies to support the Committee's position.

11.    Assist and advise the Committee in evaluating and analyzing restructuring proposals of the Debtors.

12.    Assist the Committee and its counsel in the negotiation of any and all aspects of a restructuring.

13.    Review and provide analysis of any plan of reorganization and disclosure statement relating to the Debtor.

14.    Assist and advise the Committee in implementing a plan of reorganization of the Debtors.

15.    Perform a liquidation analysis of the Debtors and advise the Committee and counsel in connection therewith.

16.    Advise and assist the Committee in its assessments of the Debtors' management team, including a review of the bonus, incentive and retention plans.

**EXHIBIT B**

17.     Advise and assist the Committee in its review of the Debtors' existing and proposed systems and controls, including but not limited to organizational structure, cash management and management information and reporting systems.

18.     Advise and assist the Committee in its review of transactions between the Debtors' and non-filing subsidiaries and affiliates.

19.     Render expert testimony and litigation support services, as requested from time to time by the Committee and counsel, regarding the feasibility of a plan of reorganization and other matters.

20.     Attend Committee meetings and court hearings as may be required in their role as advisors to the Committee.

21.     Provide other services that are consistent with the Committee's role and duties as may be requested from time to time.

In addition to these specific services, we understand that we may be requested to participate, at your request and to the extent appropriate, in meetings and discussions with the Committee, the Company, the other parties-in-interest and with their respective professionals.

We understand that we will submit our evaluations and analyses pursuant to this engagement directly to you in periodic oral or written reports. Before submitting our reports to you, it may be necessary and appropriate for us to review certain information with management of the Company for accuracy and validity. Written reports will not be given to the Company or any other party without your prior approval.

In order for us to perform our services, it will be necessary for our personnel to have access to certain books, records and reports of the Company, and have discussions with its personnel. Accordingly, we assume that the Company has agreed to cooperate with our personnel, and to make available its personnel and any books, records and other sources from which data can be obtained.

We will perform our services in a manner which will permit the business operations of the Company to proceed in an orderly manner; subject to the requirements of this engagement our personnel may need to be on site to review data located at the offices of the Company and to discuss matters with its personnel.

We understand that we are not being requested to perform an audit nor to apply generally accepted auditing standards or procedures. We understand that we are entitled, in general, to rely in good faith on the accuracy and validity of the data disclosed to us or supplied to us by employees and representatives of the Company. We will not, nor are we under any obligation to, update data submitted to us or review any other areas unless you specifically request us to do so.

**EXHIBIT B**

Our work will be performed on a "level-of-effort" basis; that is, the circumstances of our engagement may cause our advice to be limited in certain respects based upon, among other matters, the extent of sufficient and available data and the opportunity for supporting investigations in the time period.

We understand that the Committee has agreed to treat any information received from FTI Policano & Manzo, whether orally or in writing, with the utmost confidentiality and, except as provided in this letter, will not publish, distribute or disclose in any manner any information developed by or received from us without our prior approval. Such approval shall not be unreasonably withheld. Our approval is not needed if (a) the information sought is required to be disclosed by an order binding on the Committee, Stroock & Stroock & Lavan as counsel to the Committee or FTI Policano & Manzo issued by a court having competent jurisdiction over FTI Policano & Manzo (b) such information is otherwise publicly available (c) such information is shared with you by the Company or (d) such information is shared by you with parties-in-interest, the Committee, the Company or any of their respective representatives or agents.

We agree that all information, not publicly available, which is received by us from you or the Company in connection with this engagement will be treated confidentially by our Firm, except as required by process of law or as authorized by you.

Our fees will be based on the actual hours charged at our standard hourly rates which are in effect when the services are rendered; our rates are revised annually January 1. We will also seek reimbursement for our reasonable out-of-pocket expenses including, but not limited to, costs of reproduction, typing, computer usage, our legal counsel and other direct expenses. Our current hourly rates are as follows:

|  |  |
|---|---|
| Managing Directors | $ 475 - $525 |
| Staff | $ 235 - $450 |
| Support Staff | $ 125 |

We will submit to the Court monthly fee applications for all services rendered and expenses incurred during the prior month, as well as interim, and final, fee applications. It is our understanding that all of our invoices will be paid by the Company subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the local rules of the Court with jurisdiction, and pursuant to any additional procedures that may be established by the Court specific for this matter. We acknowledge that your firm has no obligation to pay our fees.

It is understood that if any of the employees of FTI Policano & Manzo are required to testify at any administrative or judicial proceeding relating to this matter, we will seek to be compensated at our regular hourly rates, in effect at the time, and reimbursed for reasonable out-of-pocket expenses (including counsel fees). We acknowledge that your firm has no obligation to pay such compensation or make such reimbursement.

**EXHIBIT B**

It is our intention to work closely with you and to discuss our engagement regularly. This should facilitate our progress and serve to confirm or modify the scope of our engagement on an ongoing basis.

We confirm that no member of our Firm has any financial interest or business connection with the Company and, as more fully described in Mr. Ordway's affidavit in support of FTI Policano & Manzo's retention (see attached), we are aware of no matter that would constitute a conflict in connection with this engagement.

We look forward to working with you on this matter.  Please sign and return a copy of this engagement letter signifying your agreement with the terms and provisions herein.  If you have any questions, please call Ed Ordway at (201) 843-4900.

Very truly yours,

FTI Policano & Manzo

Agreed by:
The Official Committee of Unsecured Creditors
by its Chair


By: _____
Thomas F. Maher

**EXHIBIT B**

It is our intention to work closely with you and to discuss our engagement regularly. This should facilitate our progress and serve to confirm or modify the scope of our engagement on an ongoing basis.

We confirm that no member of our Firm has any financial interest or business connection with the Company and, as more fully described in Mr. Ordway's affidavit in support of FTI Policano & Manzo's retention (see attached), we are aware of no matter that would constitute a conflict in connection with this engagement.

We look forward to working with you on this matter.  Please sign and return a copy of this engagement letter signifying your agreement with the terms and provisions herein.  If you have any questions, please call Ed Ordway at (201) 843-4900.

Very truly yours,




FTI Policano & Manzo

Agreed by:
The Official Committee of Unsecured Creditors
by its Chair

By: _____
Thomas F. Maher

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W. R. GRACE & CO., et al.**[1] | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

## ORDER AUTHORIZING RETENTION OF FTI POLICANO & MANZO AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11

cases of W. R. Grace & Co., and sixty-one of its subsidiaries and affiliates (collectively, the

"Debtors") having made an application to this Court (the "Application") for the entry of an Order

pursuant to 11 U.S.C. § 1103(a) authorizing the retention of FTI Policano & Manzo ("FTI

P&M") as financial advisor to the Committee, *nunc pro tunc* to April 20, 2001; and upon the

affidavit of Edwin N. Ordway, Jr., a Managing Director of FTI P&M, in support thereof duly

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,  Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA  Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

sworn to on May 11, 2001 (the "Affidavit"); and it appearing that notice of the within

Application has been provided to (i) the Office of the United States Trustee; (ii) counsel for the

above-captioned Debtors; and (iii) all other parties having filed a notice of appearance and

request for service of documents under Federal Rule of Bankruptcy Procedure 2002; and the

Court being satisfied based upon the representations made in the Application and the Affidavit

that (i) FTI P&M represents no interest materially adverse to the Committee with respect to the

mattters upon which it is to be engaged; (ii) FTI P&M is a "disinterested person" as that term is

defined in 11 U.S.C. §§ 101(14); and (iii) the employment of FTI P&M is necessary, and in the

best interests of the Committee, and in compliance with Bankruptcy Rules 2014 and 2016; and

after due deliberation, and sufficient cause appearing therefor; it is hereby

     **ORDERED,** that the Application is granted in its entirety; and it is further

     **ORDERED,** that in accordance with 11 U.S.C. § 1103(a), the Committee be and it is

hereby authorized and empowered to employ and retain FTI P&M as its financial advisor, *nunc*

*pro tunc* to April 20, 2001, to represent the Committee in these Chapter 11 cases on the terms set

forth in the Application and the engagement letter with the Committee; and it is further

     **ORDERED,** that FTI P&M shall be compensated in accordance with 11 U.S.C. §§ 330

and 331, the Federal Rules of Bankruptcy Procedure and the Local Rules and orders of this

Court.

Dated:  Wilmington, Delaware
       June 21, 2001

_____
The Honorable Joseph J. Farnan, Jr.

2

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| W. R. GRACE & CO., <u>et</u> <u>al</u>. | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

## <u>CERTIFICATE OF SERVICE</u>

I, Shelley A. Hollinghead, certify that I am not less than 18 years of age, and that

service of a copy of the attached **Notice of Application for an Order Authorizing the**

**Employment and Retention of FTI Policano & Manzo, Effective as of April 20, 2001,**

**as Financial Advisors for the Official Committee of Unsecured Creditors** was made

May 17, 2001, upon:

> All of the parties indicated on the attached Service List by first
> class mail, postage prepaid, or as otherwise indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

_May 17, 2001_
Date

_Shelley A. Hollinghead_
Shelley A. Hollinghead

WORD146408v1

**W. R. Grace 2002 Service List**
Case No. 01-1139 (RJN)
Doc. No. Word146409v1
May 17, 2001
13 – Hand Delivery
07 – Federal Express
73 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

*Hand Delivery*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

*Hand Delivery*
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*Hand Delivery*
Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Federal Express*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*Federal Express*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

*Federal Express*
(Canadian counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

*Federal Express*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

**Federal Express**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**Federal Express**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

**First Class Mail**
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**First Class Mail**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**First Class Mail**
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

**First Class Mail**
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

**First Class Mail**
Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

*First Class Mail*
District Director
IRS
409 Silverside Road
Wilmington, DE 19809

*First Class Mail*
Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

*First Class Mail*
Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

*First Class Mail*
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

*First Class Mail*
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

*First Class Mail*
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

*First Class Mail*
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

*First Class Mail*
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

*First Class Mail*
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

*First Class Mail*
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

*First Class Mail*
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*First Class Mail*
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*First Class Mail*
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

*First Class Mail*
Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

*First Class Mail*
(Counsel for The Chase Manhattan)
Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*First Class Mail*
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*
Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
Nancy Worth Davis
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
(Counsel for Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

*First Class Mail*
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

*First Class Mail*
R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

*First Class Mail*
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*First Class Mail*
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

*First Class Mail*
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

*First Class Mail*
Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

*First Class Mail*
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

**First Class Mail**
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

**First Class Mail**
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

**First Class Mail**
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY 10006

**First Class Mail**
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

**First Class Mail**
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

**First Class Mail**
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia 30309

**First Class Mail**
Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas  77010

*First Class Mail*
Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD 21701

*First Class Mail*
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

*First Class Mail*
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

*First Class Mail*
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas 77017

*First Class Mail*
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA 98104-7078

*First Class Mail*
Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201

*First Class Mail*
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

*First Class Mail*
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts 02110-2624

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

*First Class Mail*
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

*First Class Mail*
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX 78520

*First Class Mail*
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, New Jersey 07663

*First Class Mail*
Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

*First Class Mail*
Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, California 94111

*First Class Mail*
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

*First Class Mail*
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

*First Class Mail*
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

*First Class Mail*
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

*First Class Mail*
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

*First Class Mail*
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

*First Class Mail*
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

*First Class Mail*
(Counsel for Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
(Tennessee Department of Environment and Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

*First Class Mail*
(Counsel for numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006

*First Class Mail*
(Counsel for Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

*First Class Mail*
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah  83536-9229

*First Class Mail*
Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, New York  10022

*First Class Mail*
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Floria  32399-3000