UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2001 MAY 21  AM 10: 43

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br><br><br>Debtor(s). | ) ) ) ) Chapter 11 ) ) ) Case No. 01-01139-JJF ) (Jointly Administered) ) ) ) ) ) ) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS

TO:    ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that Hartford Accident and Indemnity Company ("Hartford"), First State Insurance Company ("First State"), and Twin City Fire Insurance Company ("Twin City") (collectively, the "Hartford Defendants"), parties-in-interest in the above-captioned Chapter 11 bankruptcy proceedings, hereby appear by its counsel, Hogan & Hartson L.L.P., pursuant to 11 U.S.C. §§ 342 and 1109(b) and Bankruptcy Rule 9010(b). The Hartford Defendants request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9007, including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions,

\\\DC - 2376/74 - #1320097 v1

pleadings, requests, and any other documents brought before the Court in this case. All such notices should be addressed as follows:

>James P. Ruggeri
>Scott A. Shail
>Hogan & Hartson L.L.P.
>555 Thirteenth Street, N.W.
>Washington, D.C. 20004-1109

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned case and proceedings therein.

>Respectfully submitted,
>
>HOGAN & HARTSON L.L.P.
>
>By: *Scott Shail*
>James P. Ruggeri
>Scott A. Shail
>555 Thirteenth Street, N.W.
>Washington, D.C. 20004-1109
>Telephone:   (202) 637-5600
>Facsimile:    (202) 637-5901

Dated: May 18th, 2001

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers was mailed, postage prepaid, this 18th day of May, 2001 to:

Laura Davis Jones, Esq.
David Carickoff, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario  M5H 3T4
CANADA

Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David G. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher
  & Flom LLP
Four Times Square
New York, NY  10036

Matthew G. Zaleski III, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

James H.M. Sprayregen, Esq.
James Kapp III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Nancy Woth Davis, Esq.
Ness, Motley, Loadhold, Richardson
  & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

\\\DC - 2376/74 - #1320097 v1

Mark Kenney, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center
Suite 950 West
Philadelphia, PA  19106

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

The Chase Manhanttan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY  10017

PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL  60694-1029

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY  10042

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL  60673-1210

The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY  10274

Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA  08510

Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, CA  90067

Union Carbide Corporation
c/o Mia Skinner
P.O. Box 91136
Chicago, Illinois  60693-0001

Huntsman Corporation
P.O. Box 65888
Charlotte, NC  28265

Southern Ionics, Inc.
c/o Milton Sunbeck, Jr.
P.O. Box 830800, Drawer 830
Birmingham, AL  35283-0800

Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT  84101

BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC  28275

DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL  60132-2501

Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL  60515

Radian International
c/o Mary Harris
P.O. Box 844130
Dallas, TX 75284-4130

Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215

Securities & Exchange Commission
Atlanta Regional Office Branch/
   Reorganization
3475 Lenox Road, NE
Suite 100
Atlanta, GA 30326-1232

Ingersoll-Rand Fluid Products
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC 28275-1229

Delta Chemicals
c/o John Besson
P.O. Box 73054
Baltimore, MD 21273-0054

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Divisions of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Valeron Strength Films
c/o Ron Luce
75 Remittance Drive, Suite 3068
Chicago, IL 60675

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, D.C. 20020

*[signature]*
Scott A. Shail