IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | : | Case No.: 01-01139 |
| W. R. GRACE & CO., et al. | : | (Chapter 11) |
| Debtor | : | |

FILED 2001 MAY 18 A 11:31 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## NOTICE OF APPEARANCE OF COUNSEL AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

Notice is hereby given that Howard County, Maryland appears in these matters by its counsel, Barbara M. Cook, County Solicitor, and Katherine L. Taylor, Senior Assistant County Solicitor, in accordance with 11 U.S.C. §1109(b) and Bankruptcy Rules 2002 and 9010, and requests that the undersigned attorneys be placed on the mailing matrix filed by the Debtors in the above-captioned case, and that all notices given or required to be given and all papers required to be served in this case be given to and served on the undersigned attorneys at the following address:

> Barbara M. Cook, County Solicitor
> Katherine L. Taylor, Senior Assistant County Solicitor
> Howard County Office of Law
> George Howard Building
> 3430 Courthouse Drive
> Ellicott City, Maryland 21043
> (410) 313-2100

Please take further notice that, in accordance with 11 U.S.C. §1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which affect or seek to affect

in any way any rights or interest of Howard County, Maryland.

HOWARD COUNTY OFFICE OF LAW

*Barbara M. Cook*

Barbara M. Cook
County Solicitor

*Katherine L. Taylor*

Katherine L. Taylor
Senior Assistant County Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland  21043
(410) 313-2100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _16th_ day of May, 2001, a copy of the foregoing Notice of Appearance of Counsel and Request for Notices and Service of Papers was mailed, postage prepaid, to the following parties:

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Samuel A. Schwartz, Esquire
Roger J. Higgins, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Laura Davis Jones, Esquire
Hamid R. Rafatjoo, Esquire
David J. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

Attorneys for Debtors and Debtors-in-Possession

U.S. Trustee for the District of Delaware
Office of United States Trustee
601 Walnut Street - Suite 950 West
Philadelphia, Pennsylvania 19106

Katherine L. Taylor
Senior Assistant County Solicitor