ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE RE: DOCKET NO. 197

Attached please find a Certificate of Service regarding the [Signed] Order (A) Deeming Utilities Adequately Assured of Future Performance and (B) Establishing Procedure for Determining Adequate Assurances Pursuant to 11 U.S.C. §366.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:21527.4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| W. R. GRACE & CO., et al | § § § | Chapter 11 |
| Debtors. | § § § | Case No. 01-01139 (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that the applicable documents, more fully described on the attached **Exhibit "A,"** was served May _15_, 2001 via United States first class mail or applicable foreign postage, on the parties listed on the accompanying service list.

R.R. DONNELLEY & SONS

By: _Craig A. Zink_

Craig A. Zink

1842 Colonial Village Lane
Lancaster, PA 17605
717/390-7369

Dated: _5/16/01_

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| W. R. GRACE & CO., et al | § § § | Chapter 11 |
| Debtors. | § § § | Case No. 01-01139 (Jointly Administered) |

### EXHIBIT "A" TO CERTIFICATE OF SERVICE

1. Order (A) Deeming Utilities Adequately Assured of Future Performance and (B) Establishing Procedure for Determining Adequate Assurances Pursuant to 11 U.S.C. § 366.

```
                         Service List                    Date: 05/15/2001
                         Utility Mailing                 Time: 14:40:31
```

| | | |
|---|---|---|
| AMERADA HESS CORP.<br>2 WEST ROLLING CROSSROADS<br>SUITE 100<br>BALTIMORE   MD   21228 | AMERITECH<br>BILL PAYMENT CENTER<br>CHICAGO   IL   60663-0001 | AT&T<br>P.O. BOX 13591<br>NEWARK   NJ   7188 |
| AT&T<br>P.O. BOX 27-811<br>KANSAS CITY   MO   64184-0811 | AT&T<br>P.O. BOX 78314<br>PHOENIX   AZ   85062-8314 | AT&T<br>P.O. BOX 85100<br>LOUISVILLE   KY   40285-5100 |
| AT&T<br>P.O. BOX 9001310<br>LOUISVILLE   KY   40290-1310 | AT&T<br>P.O. BOX 9001311<br>LOUISVILLE   KY   40290-1311 | AT&T<br>P.O. BOX 93627<br>CHICAGO   IL   60673 |
| AT&T GLOBAL CUSTOMER CARE CENTER<br>1100 WALNUT FLR 16 SOUTH<br>KANSAS CITY   MO   64106 | AT&T VIRTUAL TELECOMMUNICATIONS<br>NETWORK SERVICE<br>1100 WALNUT FLR 16 SOUTH<br>KANSAS CITY   MO   64106 | ATLANTA GAS LIGHT COMPANY<br>CHATTANOOGA GAS COMPANY<br>P.O. BOX 11227<br>CHATTANOOGA   TN   37401-2227 |
| BALTIMORE GAS & ELECTRIC<br>LEXINGTON & LIBERTY STREET<br>BALTIMORE   MD   21203 | BELLSOUTH<br>85 ANNEX<br>ATLANTA   GA   30385-0001 | BELLSOUTH<br>P.O. BOX 70807<br>CHARLOTTE   NC   28272-0807 |
| BELLSOUTH<br>P.O. BOX 740144<br>ATLANTA   GA   30374-0144 | BELLSOUTH MOBILITY<br>P.O. BOX 70522<br>CHARLOTTE   NC   28272-0522 | BELLSOUTH MOBILITY<br>P.O. BOX 70813<br>CHARLOTTE   NC   28272-0813 |
| BP ENERGY CO.<br>P.O. BOX 198900<br>ATLANTA   GA   30384-8900 | CAMERON TELEPHONE<br>P.O. BOX 110<br>SULPHUR   LA   70664-0110 | CHATTANOOGA GAS COMPANY<br>P.O. BOX 182251<br>CHATTANOOGA   TN   37422-7251 |

Service List
Utility Mailing

Date: 05/15/2001
Time: 14:40:31

| | | |
|---|---|---|
| CINCINNATI BELL<br>P.O. BOX 6460<br>CINCINNATI   OH   45201 | CINCINNATI GAS & ELECTRIC<br>3300 CENTRAL PKWY<br>CINCINNATI   OH   45225 | CINCINNATI WATER WORKS<br>LOCATION 0455<br>CINCINNATI   OH   45264 |
| CITY OF CHATTANOOGA/SEWER REV. FUND<br>455 MOCCASIN BEND RD.<br>CHATTANOOGA   TN   37405 | CITY OF CHICAGO-DEPT OF WATER<br>SUITE LL10<br>333 SOUTH STATE STREET<br>CHICAGO   IL   60604-3979 | CITY OF E. CHICAGO<br>DEPT OF WATER WORKS<br>P.O. BOX 423<br>4525 INDIANAPOLIS BLVD<br>EAST CHICAGO   IN   46312 |
| CITY OF E. CHICAGO UTILITIES DIV<br>EAST CHICAGO SANITARY DISTRICT<br>P.O. BOX 423<br>EAST CHICAGO   IL   46312 | COMMONWEALTH EDISON<br>7601 S. LAWNDALE<br>CHICAGO   IL   60652 | E-PRIME INC.<br>1099 18TH ST<br>SUITE 3000<br>DENVER   CO   80202 |
| ELECTRIC POWER BOARD OF CHATTANOOGA<br>P.O. BOX 182255<br>CHATTANOOGA   TN   37422-7255 | ENTERGY<br>P.O. BOX 1730<br>LAKE CHARLES   LA   70602 | HOWARD COUNTY MARYLAND<br>WATER & SEWER<br>DIRECTOR OF FINANCE P.O. BOX 2748<br>ELLIOT CITY   MD   21041-2748 |
| METRO DISTRICTS HIGHLANDS RANCH<br>62 W. PLAZA DR.<br>HIGHLANDS RANCH   CO   80126-2304 | METROPOLITAN SEWER DISTRICT<br>CITY OF CINCINNATI<br>1600 GEST STREET<br>CINCINNATI   OH   45204 | METROPOLITAN WATER RECLAMATION<br>DIST OF GREATER CHICAGO<br>LOCKBOX 98429<br>CHICAGO   IL   60693 |
| NIPSCO<br>P.O. BOX 13007<br>MERRILLVILLE   IN   46411-3007 | PEOPLES GAS LIGHT & COKE<br>828 SOUTH WABASH AVE<br>SUITE 200<br>CHICAGO   IL   60605 | PUBLIC SERVICE COMPANY OF CO.<br>P.O. BOX 92002<br>AMARILLO   TX   79120-6002 |
| QWEST<br>DENVER   CO   80244-0001 | RELIANT ENERGY ENTEX<br>P.O. BOX 2628<br>HOUSTON   TX   77252-2628 | RELIANT ENERGY RETAIL INC<br>P.O. BOX 2628<br>HOUSTON   TX   77252-2628 |

Service List                                                Date: 05/15/2001
Utility Mailing                                             Time: 14:40:31

| | | |
|---|---|---|
| SOUTH CAROLINA ELECT. & GAS<br>CASHIER (077)<br>COLUMBIA    SC    29218 | SOUTHWESTERN BELL TELEPHONE<br>P.O. BOX 4699<br>HOUSTON    TX    77097-0075 | SOUTHWESTERN BELL TELEPHONE<br>P.O. BOX 630047<br>DALLAS    TX    75263-0047 |
| TENNESSEE AMERICAN WATER CO.<br>1101 BROAD STREET<br>CHATTANOOGA    TN    37402-2800 | WASTE MANAGEMENT COMPANY<br>P.O. BOX 840606<br>DALLAS    TX    75284-0606 | WASTE MANAGEMENT COMPANY<br>P.O. BOX 9001054<br>LOUISVILLE    KY    40290-1054 |
| WATERWORKS # 9 WARD 4<br>P.O. BOX 10<br>SULPHUR    LA    70664-0010 | XCEL ENERGY<br>PUBLIC SERVICE COMPANY OF COLORADO<br>P.O. BOX 840<br>DENVER    CO    80201 | ACN ENERGY<br>PO BOX 70815<br>CHARLOTTE    NC    28272 |
| ALABAMA GAS<br>20 TWENTIETH ST. SO.<br>BIRMINGHAM    AL    35295-0188 | ALABAMA POWER<br>PO BOX 242<br>BIRMINGHAM    AL    35292 | ALLTEL<br>PO BOX 78838<br>PHOENIX    AZ    85062-8838 |
| AMERIGAS MILWAUKEE<br>632 SOUTH 84TH ST.<br>MILWAUKEE    WI    53214-1438 | AMERITECH<br>BILL PAYMENT CENTER<br>CHICAGO    IL    60663-0001 | AMERITECH<br>BILL PAYMENT CENTER<br>SAGINAW    MI    48663-0003 |
| ARCH<br>PO BOX 660770<br>DALLAS    TX    75266-0770 | ARCH PAGING<br>PO BOX 4062<br>WOBURN    MA    01888-4062 | ARCH PAGING<br>PO BOX 650698<br>DALLAS    TX    75265-0698 |
| ARCH PAGING<br>PO BOX 740085<br>CINCINNATI    OH    45274-0085 | ARCH PAGING GEORGIA<br>PO BOX 740501<br>ATLANTA    GA    30374-0501 | AT&T<br>PO BOX 27-744<br>KANSAS CITY    MO    64180-0744 |

Service List  
Utility Mailing  

Date: 05/15/2001  
Time: 14:40:31  

| AT&T<br>PO BOX 2969<br>OMAHA    NE    68103-2969 | AT&T<br>PO BOX 2971<br>OMAHA    NE    68103-2971 | AT&T<br>PO BOX 78225<br>PHOENIX    AZ    85062-8225 |
|---|---|---|
| AT&T<br>PO BOX 78314<br>PHOENIX    AZ    85062-8314 | AT&T<br>PO BOX 78355<br>PHOENIX    AZ    85062-8355 | AT&T<br>PO BOX 78522<br>PHOENIX    AZ    85062-8522 |
| AT&T<br>PO BOX 9001307<br>LOUISVILLE    KY    40290-1307 | AT&T<br>PO BOX 9001309<br>LOUISVILLE    KY    40290-1309 | AT&T<br>PO BOX 9001310<br>LOUISVILLE    KY    40290-1310 |
| AT&T<br>PO BOX 9001311<br>LOUISVILLE    KY    40290-1311 | AT&T EASYLINK<br>CS DRAWER 100659<br>ATLANTA    GA    30384-0659 | AT&T TELECONFERENCE SERVICES<br>PO BOX 55000<br>DETROIT    MI    48255-0830 |
| AT&T WIRELESS<br>PO BOX 129<br>NEWARK    NJ    07101-0129 | AT&T WIRELESS<br>PO BOX 78224<br>PHOENIX    AZ    85062-8224 | AT&T WIRELESS<br>PO BOX 8220<br>AURORA    IL    60572-8220 |
| AVAYA<br>PO BOX 27-7850<br>KANSAS CITY    MO    64184-7850 | AVAYA FINANCIAL<br>PO BOX 93000<br>CHICAGO    IL    60673-3000 | AVAYA INC<br>PO BOX 10193<br>VAN NUYS    CA    91410-0193 |
| AVAYA INC<br>PO BOX 27-7850<br>KANSAS CITY    MO    64184-7850 | AVAYA INC<br>PO BOX 52602<br>PHOENIX    AZ    85072-2602 | AVAYA INC<br>PO BOX 5332<br>NEW YORK    NY    10087-5332 |

Service List                     Date: 05/15/2001
Utility Mailing               Time: 14:40:31

| | | |
|---|---|---|
| AVAYA INC<br>PO BOX 9001077<br>LOUISVILLE    KY    40290 | BELL ATLANTIC<br>PO BOX 15485<br>WORCESTER    MA    01615-0485 | BELL ATLANTIC<br>PO BOX 15545<br>WORCESTER    MA    01615-0545 |
| BELL ATLANTIC<br>PO BOX 15567<br>WORCESTER    MA    01615-0567 | BELL ATLANTIC<br>PO BOX 3469<br>BOSTON    MA    02241-3469 | BELL ATLANTIC<br>PO BOX 41556<br>PHILADELPHIA    PA    19101-1556 |
| BELL SOUTH<br>PO BOX 105320<br>ATLANTA    GA    30348 | BELL SOUTH<br>PO BOX 33009<br>CHARLOTTE    NC    28243-0001 | BELL SOUTH<br>PO BOX 70807<br>CHARLOTTE    NC    28272-0807 |
| BELL SOUTH<br>PO BOX 740144<br>ATLANTA    GA    30374-0144 | BELL SOUTH<br>PO BOX 79045<br>BALTIMORE    MD    21279-0045 | BOSTON GAS<br>PO BOX 15590<br>WORCESTER    MA    01615-0590 |
| CALIFORNIA WATER SVC<br>PO BOX 940001<br>SAN JOSE    CA    95194-0001 | CELLULAR ONE - NEW BRUNSWICK<br>PO BOX 27851<br>NEWARK    NJ    07101-7851 | CENDANT MOBILITY<br>PO BOX 73049<br>CHICAGO    IL    60673-7049 |
| CINGULAR WIRELESS<br>PO BOX 530011<br>ATLANTA    GA    30353-0011 | CITY OF HOUSTON WATER/WASTE<br>PO BOX 1560<br>HOUSTON    TX    77251 | CITY OF MILWAUKEE<br>841 NORTH BROADWAY ROOM<br>MILWAUKEE    WI    53202-3687 |
| CITY OF OLATHE<br>100 W SANTA FE<br>OLALTHE    KS    66051-0768 | CLINTON-NEWBERRY NATURAL GAS<br>PO DRAWER 511<br>CLINTON    SC    29325 | COLUMBIA ENERGY<br>PO BOX 530552<br>ATLANTA    GA    30353 |

Service List
Utility Mailing

Date: 05/15/2001
Time: 14:40:31

| | | |
|---|---|---|
| COMED<br>BILL PAYMENT CENTER<br>CHICAGO     IL    60668-0001 | COMED<br>PO BOX 805376<br>CHICAGO     IL    60680-5376 | CORYELL ANSWERING SERVICE<br>2613 MADISON AVENUE<br>OGDEN      UT    84401-2588 |
| ENTERGY<br>PO BOX 61825<br>NEW ORLEANS    LA    70161-1825 | EXELON<br>21425 NETWORK PLACE<br>CHICAGO    IL    60673-1214 | GEORGIA POWER<br>68 ANNEX<br>ATLANTA     GA    30368 |
| GEORGIA POWER<br>96 ANNEX STREET<br>ATLANTA    GA    30396-0001 | HOUSTON LIGHTING & POWER<br>PO BOX 4405<br>HOUSTON     TX    77210-4405 | IRONDALE WATER SERVICE<br>PO BOX 100727<br>IRONDALE    AL    35210-0727 |
| JEFFERSON COUNTY ALABAMA SEWER<br>716 RICHARD ARRINGTON BLVD<br>BIRMINGHAM    AL    35203-0123 | KENTUCKY UTILITIES<br>PO BOX 14101<br>LEXINGTON    KY    40512-4101 | KENTUCKY UTILITIES<br>PO BOX 369<br>POWDERLY    KY    42367 |
| KEYSPAN<br>PO BOX 4300<br>WOBURN     MA    01888-4300 | KMAC<br>2631 SHUTTLESWORTH DR<br>BIRMINGHAM    AL    35234 | LAURENS COUNTY WATER & SEWER<br>PO BOX 1006<br>LAURENS     SC    29360 |
| LAURENS ELECTRIC COOPERATIVE<br>PO BOX 967<br>LAURENS     SC    29360 | MCI WORLD<br>PO BOX 93372<br>CHICAGO     IL    60673-7372 | METROCALL<br>PO BOX 78215<br>PHOENIX     AZ    85062-8215 |
| MOBILEMINI<br>PO BOX 79149<br>PHOENIX     AZ    85062-9149 | MOBILFONE<br>PO BOX 419322<br>KANSAS CITY    MO    64141-6322 | NEW CASTLE SANITATION<br>PO BOX 1404<br>NEW CASTLE    PA    16103-1404 |

```
                              Service List                        Date: 05/15/2001
                              Utility Mailing                     Time: 14:40:31
```

| | | |
|---|---|---|
| NEXTEL COM<br>PO BOX 6220<br>CAROL STREAM    IL    60197-6220 | NEXTEL COM<br>PO BOX 7417<br>PASADENA    CA    91109-7417 | NEXTEL COM<br>PO BOX 7418<br>PASADENA    CA    91109-7418 |
| NEXTEL COM<br>PO BOX 820832<br>PHILADELPHIA    PA    19182-0832 | NSTAR<br>PO BOX 970030<br>BOSTON    MA    02297-0030 | NSTAR ELECTRIC<br>PO BOX 4508<br>WOBURN    MA    01888-4508 |
| NSTAR GAS<br>PO BOX 4508<br>WOBURN    MA    01888-4508 | PACIFIC BELL<br>PAYMENT CENTER<br>SACRAMENTO    CA    95887-0001 | PACIFIC BELL<br>PAYMENT CENTER<br>VAN NUYS    CA    91338-0001 |
| PACIFIC BELL DIRECTORY<br>PO BOX 60000<br>SAN FRANCISCO    CA    94160-1767 | PAGENET<br>DEPT 206<br>PALATINE    IL    60055-0206 | PAGENET<br>PO BOX 530787<br>ATLANTA    GA    30353-0787 |
| PAGING NETWORK<br>PO BOX 672097<br>DALLAS    TX    75267-2097 | PENN POWER<br>PO BOX 891<br>NEW CASTLE    PA    16103 | PENNSYLVANIA-AMERICAN WATER CO<br>PO BOX 371412<br>PITTSBURGH    PA    15250-7412 |
| PEOPLES NATURAL GAS/ENERGY ONE<br>PO BOX 219703<br>KANSAS CITY    MO    64121-9703 | PIEDMONT NATURAL GAS<br>PO BOX 33068<br>CHARLOTTE    NC    28233-3068 | PIEDMONT RURAL TELEPHONE<br>PO BOX 249<br>LAURENS    SC    29360 |
| QUEST<br>PO BOX 1301<br>MINNEAPOLIS    MN    55483-0001 | QUEST<br>PO BOX 29060<br>PHOENIX    AZ    85038-9060 | QUEST<br>PO BOX 737<br>DES MOINES    IA    50338-0001 |

Service List
Utility Mailing

Date: 05/15/2001
Time: 14:40:31

QUEST
RPS CENTER
SALT LAKE CITY      UT     84135-0001

QUEST DEX
DEPT 334
DENVER      CO     80271

QUESTAR GAS
PO BOX 45841
SALT LAKE CITY      UT     84139-0001

RELIANT ENERGY ENTEX
PO BOX 1325
HOUSTON     TX     77251-1325

RELIANT ENERGY RETAIL
PO BOX 2089
HOUSTON     TX     77252-2089

RELIANT ENERGY RETAIL INC
PO BOX 846059
DA;LLAS     TX     75284-6089

SATTELINK COMM
PO BOX 939
ALPHARETTA     GA     30009-0939

SKYTEL
PO BOX 740577
ATLANTA     GA     30374-0577

SOUTHERN CA EDISON
PO BOX 600
ROSEMEAD     CA     91771-0001

SOUTHERN CA GAS CO
PO BOX C
MONTEREY PARK     CA     91756

SOUTHWESTERN
PO BOX 1550
HOUSTON     TX     77097-0047

SOUTHWESTERN
PO BOX 630047
DALLAS     TX     75263-0047

SOUTHWESTERN
PO BOX 940012
DALLAS     TX     75394-0012

SOUTHWESTERN BELL
PO BOX 4706
HOUSTON     TX     77210-4706

SOUTHWESTERN BELL
PO BOX 4844
HOUSTON     TX     77097-0079

SOUTHWESTERN BELL
PO BOX 630017
DALLAS     TX     75263-0017

SOUTHWESTERN BELL
PO BOX 930170
DALLAS     TX     75393-0170

SOUTHWESTERN BELL WIRELESS
PO BOX 630069
DALLAS     TX     75263-0069

SPRINT
PO BOX 650270
DALLAS     TX     75265-0270

SUBURBAN PROPANE
PO BOX 405
LAURENS     SC     29360-0405

UNITED WATER
PO BOX 139
NEWARK     NJ     07101-0139

Service List
Utility Mailing

Date: 05/15/2001
Time: 14:40:31

| | | |
|---|---|---|
| US WEST COM<br>BOX 12480<br>SEATTLE    WA    98111-4480 | VERIZON<br>BOX 8585<br>PHILADELPHIA    PA    19173-0001 | VERIZON<br>PO BOX 1100<br>ALBANY    NY    12250-0001 |
| VERIZON<br>PO BOX 15150<br>WORCESTER    MA    01615-0150 | VERIZON<br>PO BOX 17577<br>BALTIMORE    MD    21297-0513 | VERIZON<br>PO BOX 1939<br>PORTLAND    ME    04104-5010 |
| VERIZON<br>PO BOX 28007<br>LEHIGH VALLEY    PA    18002-8007 | VERIZON<br>PO BOX 4833<br>TRENTON    NJ    8650 | VERIZON<br>PO BOX 489<br>NEWARK    NJ    07101-0489 |
| VERIZON<br>PO BOX 646<br>BALTIMORE    MD    21265-0646 | VERIZON CALIFORNIA<br>PO BOX 30001<br>INGLEWOOD    CA    90313-0001 | VERIZON SOUTHWEST<br>PO BOX 920041<br>DALLAS    TX    75392-0041 |
| VERIZON WIRELESS<br>PO BOX 489<br>NEWARK    NJ    07101-0489 | VERIZON WIRELESS<br>PO BOX 580334<br>CHARLOTTE    NC    28258-0334 | VERIZON WIRELESS<br>PO BOX 630023<br>DALLAS    TX    75263-0023 |
| VERIZON WIRELESS<br>PO BOX 630026<br>DALLAS    TX    75263-0026 | VERIZON WIRELESS<br>PO BOX 64268<br>BALTIMORE    MD    21264-4268 | VERIZON WIRELESS<br>PO BOX 7304<br>SAN FRANCISCO    CA    94120-7304 |
| VERIZON WIRELESS<br>PO BOX 79005<br>CITY OF INDUSTRY    CA    91716-9005 | VERIZON WIRELESS<br>PO BOX 790293<br>SAINT LOUIS    MO    63179-0293 | VERIZON WIRELESS MESSAGING SVCS<br>PO BOX 52249<br>PHOENIX    AZ    85072-2249 |

Service List
Utility Mailing

Date: 05/15/2001
Time: 14:40:31

| | | |
|---|---|---|
| VIATEL<br>PO BOX 9201<br>UNIONDALE    NY    11555-9201 | VOICE STREAM<br>PO BOX 742596<br>CINCINNATI    OH    45274-2596 | VOICELINK COMMUNICATIONS<br>3400 MONTROSE SUITE 805<br>HOUSTON    TX    77006-4337 |
| WILLIAMS COMMUNICATIONS SOLUT<br>21398 NETWORK PLACE<br>CHICAGO    IL    60673-1213 | WISCONSIN ELECTRIC<br>PO BOX 2089<br>MILWAUKEE    WI    53201-2089 | WISCONSIN ELECTRIC<br>PO BOX 70474<br>MILWAUKEE    WI    53270-0474 |
| AT&T<br>P.O. BOX 27-0520<br>KANSAS CITY    MO    64180 | CLEMENTON SEWER UTILITY<br>101 GIBBSBORO RD<br>CLEMENTON    NJ    8021 | CONECTIV<br>P.O. BOX 4875<br>TRENTON    NJ    8650 |
| ELECTRIC POWER BOARD<br>P.O. BOX 182253<br>CHATTONOOGA    TN    37422 | ENERGY MGT SYSTEMS<br>P.O. BOX 0538<br>MALVERN    PA    19355 | HIXSON UTILITY<br>P.O. BOX 98<br>HIXSON    TN    37343 |
| MIDDLESEX WATER CO<br>P.O. BOX 6071<br>ELIZABETH    NJ    7207 | PSE&G<br>P.O. BOX 14101<br>NEW BRUNSWICK    NJ    8906 | PSE&G<br>P.O. BOX 14105<br>NEW BRUNSWICK    NJ    8906 |
| SOUTH JERSEY GAS<br>P.O. BOX 6000<br>FOLSOM    NJ    8037 | | |

Number of Recipient(s):    205