## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE:

2001 MAY 21  AM 11: 28          **Bky. No. 01-01140**

**W R GRACE & CO-CONN,**

CLERK OMC
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Chapter 11 Case**

DEBTOR(S)

## REQUEST FOR SERVICE

Pursuant to Bankruptcy Rules 9010(b) and 2002(l), the undersigned creditor in the above-captioned case requests all parties in interest to serve copies of notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address and telephone number set forth below.

General Motors Acceptance Corporation
PO Box 5055
Troy, Michigan  48007-5055
(800) 551-5377

Dated: May 11, 2001

**General Motors Acceptance Corporation**

By _____
     S. Martin
PO Box 5055
Troy, Michigan  48007-5055
(800) 551-5377

042-3136-10053