FILED
2001 MAY 21  PM 4:43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY
DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., et al.

Debtors.

Chapter 11
Case No. 01-1139 through 01-1200
(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PQ Corporation ("PQ"), a creditor and party-in-interest in the above-referenced case, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Judy D. Thompson
S. Andrew Jurs
POYNER & SPRUILL L.L.P.
100 North Tryon Street, Suite 4000
Charlotte, North Carolina 28202-4010

PQ respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, PQ requests that Debtor forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor in the above-referenced case.

Respectfully submitted, this 17th day of May, 2001.

POYNER & SPRUILL L.L.P.

By: _____
Judy D. Thompson (NC Bar No. 15617)
S. Andrew Jurs (NC Bar No. 21345)
100 North Tryon Street, Suite 4000
Charlotte, North Carolina 28202-4010
Phone (704) 342-5299
Facsimile (704) 342-5264

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the parties listed below, by mailing a copy of the same to them by regular mail, on this the 17th day of May, 2001.

James H. M. Sprayregen, Esq.
James W. Kapp III, Esq.
Samuel A. Schwartz, Esq.
Roger J. Higgins, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Laura Davis Jones, Esq.
Hamid R. Rafatjoo, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE  19899-8705

_____
Susan Black