UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2001 MAY 21 PM 3:03
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re

W.R. GRACE & CO., *et al.*,

Debtors

Chapter 11
Case Nos. 01-1139 through 01-1200 (JJF)
Jointly Administered

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS

Steven R. Bourne, Esq., of Nutter, McClennen & Fish, LLP, pursuant to Fed. R. Bankr. P. 9010(b), hereby appears on behalf of Tyco Healthcare Group, LP, a creditor of W.R. Grace & Co., et al., and requests that he be added to the regular service list in this case and be served copies of all papers filed in this case.

Tyco Healthcare Group, LP

By its attorneys,

Dated: May 16, 2001

Steven R. Bourne (BBO #637985)
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA 02110-2699
(617) 439-2980



293

Case No. 01-1139 through 01-1200 (JJF)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he this day, by first-class mail, postage prepaid, caused to be served this Notice of Appearance and Request for Service of All Notices and Pleadings on the counsel for the Debtors, James H.M. Sprayregen, Esq., James W. Kapp III, Esq., Samuel A Schwartz, Esq., Roger J. Higgins, Esq., Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601, and Laura Davis Jones, Esq., Hamid R. Rafatjoo, Esq., David W. Carickhoff, Jr., Esq., Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, 16th Floor, P.O. Box 8705, Wilmington, DE 19899-8705.

Steven R. Bourne (BBO #637985)
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA 02110-2699
(617) 439-2980

Dated: May 16, 2001

990668.1