**BROWN & CONNERY, LLP**
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
(856) 854-8900
Stephanie Nolan Deviney (SND-2009)
*Attorneys for Creditor, SAP America, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | PROCEEDINGS IN CHAPTER 11<br><br>Case No. 01-1139 through 01-1200 (JJF) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned, subject to the limitations and conditions set forth hereafter, appears for SAP America, Inc., a Creditor and party in interest in the above-captioned proceedings. Request is hereby made pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case, and all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the undersigned law firm, which firm is appearing herein as counsel for SAP America, Inc..

*BROWN & CONNERY, LLP*
*Attorneys for SAP America, Inc.*

Dated: May 16, 2001            By: _____
                                      Stephanie Nolan Deviney

Michael D. Hess
Corporation Counsel of the
 City of New York
100 Church Street, Room 6-127
New York, New York 10007
By: M. Diane Jasinski (DJ-9916)
    Assistant Corporation Counsel
    212-788-0749

ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------------

In re

W.R. GRACE & CO., et al.,

                              Debtors.

**Chapter 11**

Case Nos. 01-1139 through
01-1200-JJF

-------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF THE CITY OF NEW YORK

**PLEASE TAKE NOTICE**, that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, The City of New York hereby appears in the above-captioned case by its counsel, MICHAEL D. HESS, Corporation Counsel for the City of New York.

Request is hereby made pursuant to Bankruptcy Rule 2002 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

MICHAEL D. HESS
Corporation Counsel of the
  City of New York
100 Church Street. Room 6-127
New York, New York 10007
Attn: M. Diane Jasinski, Esq.

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes, pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure, copies of each disclosure statement and plan of reorganization filed or to be filed in the above-captioned case.

Dated: New York, New York
       May 17, 2001

                        MICHAEL D. HESS
                        Corporation Counsel of the
                          City of New York

                    By: _____
                        M. Diane Jasinski (DJ-9916)
                        Assistant Corporation Counsel
                        100 Church Street, Room 6-127
                        New York, New York 10007
                        (212) 788-0749

To:    Kirkland & Ellis
        200 East Randolph Drive
        Chicago, Illinois 60601
        Attn: James H.M. Sprayregen, Esq.
              James W. Kapp III, Esq.
              Samuel A. Schwartz, Esq.
              Roger J. Higgins, Esq.

        Pachulski, Stang, Ziehl, Young & Jones, P.C.
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705
        Attn: Laura Davis Jones, Esq.
              Hamid R. Rafatjoo, Esq.
              David W. Carickhoff, Jr., Esq.

Office of the United States Trustee
District of Delaware
601 Walnut Street
950 West
Philadelphia, PA 19106

STATE OF NEW YORK    )
                     :SS.:
COUNTY OF NEW YORK   )

**NIAMBI PAIGE,** being duly sworn, deposes and says that:

1. I am not a party to the action, I am over 18 years of age and reside in Brooklyn, New York.

2. On May 18, 2001, I caused a true copy of the affixed Notice of Appearance to be enclosed into properly addressed, post-paid envelopes and served upon the parties as listed on the aforementioned service list, via first class mail by causing the envelopes to be deposited into a designated depository maintained by the United States Postal Service.

_____
NIAMBI PAIGE

Sworn to before me this
18th day of May 2001

_____
NOTARY PUBLIC

GARY BRISTOL
Notary Public, State of New York
No. 02BR5061656
Qualified in New York County
Commission Expires June 10, 2002

Index Nos. 01-1139 through 01-1200-JJF
Chapter 11

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE |
|---|
| In re,<br><br>W.R. GRACE & CO., et al.,<br><br>            Debtors. |
| **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF THE CITY OF NEW YORK** |
| ***MICHAEL D. HESS***<br>*Corporation Counsel of the City of New York*<br>*Attorney for The City of New York*<br>*100 Church Street*<br>*New York, N.Y. 10007*<br><br>*Of Counsel: M. Diane Jasinski, Esq.*<br>*Tel: (212) 788-0749*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ……………………………, 2001 . . .*<br><br>*………………………………………………………… Esq.*<br><br>*Attorney for……………………………………………* |