FILED

BANKRUPTCY COURT
DISTRICT OF DELAWARE

JANET NAPOLITANO
Attorney General
ROBERT R. HALL, No. 02163
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona 85007-1298
Telephone: (602) 542-7774
Fax: (602) 542-1726
E-Mail:rhall@ag.state.az.us
Attorney for Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO.-CONN<br><br><br><br>Debtor(s), | In Proceedings Under<br>Chapter 11<br><br>Case No. 01-01140<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Robert R. Hall, Assistant Attorney General in the Arizona Attorney General's Office, Bankruptcy & Collection Enforcement Section, as attorney for the Arizona Industrial Commission, pursuant to Bankruptcy Rules 2002 and 9010, requests that the attorney's name and the name of the Arizona Attorney General's Office be added to the mailing list in this matter, and that all further notices given or required to be given in this matter, and all papers served or required to be served in this matter including, but not limited to, notices, applications, motions, petitions, orders, pleadings, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which creditors are entitled to receive, be mailed, delivered, telephoned, sent or telecopied to the aforementioned attorney.

DATED this 17th day of May 2001.

1
2
3
4     JANET NAPOLITANO
      Arizona Attorney General

_____
Robert R. Hall
5  Assistant Attorney General
   Attorney for the Arizona Department
6  of Revenue

7  ORIGINAL of the foregoing filed
8  this ___ day of May, 2001, to:

9  United States Bankruptcy Court
   824 Market Street
10 5th Floor
   Wilmington, Delaware 19801
11
12 COPY of the foregoing mailed
   this ___ day of May, 2001, to:
13
   Laura Davis Jones
14 P.O. Box 8705
   Wilmington, Delaware 19899-8705
15

16
17 _____
18
19
20
21
22
23
24
25

-2-