Michael D. Hess
Corporation Counsel of the
  City of New York
100 Church Street, Room 6-127
New York, New York 10007
By: M. Diane Jasinski (DJ-9916)
    Assistant Corporation Counsel
    212-788-0749

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------------

In re

W.R. GRACE & CO., et al.,

                          Debtors.

**Chapter 11**

Case Nos. 01-1139 through
            01-1200-JJF

-------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF THE CITY OF NEW YORK

**PLEASE TAKE NOTICE,** that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, The City of New York hereby appears in the above-captioned case by its counsel, MICHAEL D. HESS, Corporation Counsel for the City of New York.

Request is hereby made pursuant to Bankruptcy Rule 2002 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

MICHAEL D. HESS
Corporation Counsel of the
City of New York
100 Church Street. Room 6-127
New York, New York  10007
Attn: M. Diane Jasinski, Esq.

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes, pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure, copies of each disclosure statement and plan of reorganization filed or to be filed in the above-captioned case.

Dated: New York, New York
       May 17, 2001

                                                  MICHAEL D. HESS
                                                  Corporation Counsel of the
                                                      City of New York

By: _____
     M. Diane Jasinski (DJ-9916)
     Assistant Corporation Counsel
     100 Church Street, Room 6-127
     New York, New York  10007
     (212) 788-0749

To:    Kirkland & Ellis
        200 East Randolph Drive
        Chicago, Illinois 60601
        Attn: James H.M. Sprayregen, Esq.
              James W. Kapp III, Esq.
              Samuel A. Schwartz, Esq.
              Roger J. Higgins, Esq.

        Pachulski, Stang, Ziehl, Young & Jones, P.C.
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705
        Attn: Laura Davis Jones, Esq.
              Hamid R. Rafatjoo, Esq.
              David W. Carickhoff, Jr., Esq.

Office of the United States Trustee
District of Delaware
601 Walnut Street
950 West
Philadelphia, PA  19106

STATE OF NEW YORK         )
                          :SS.:
COUNTY OF NEW YORK  )

**NIAMBI PAIGE,** being duly sworn, deposes and says that:

1. I am not a party to the action, I am over 18 years of age and reside in Brooklyn, New York.

2. On May 18, 2001, I caused a true copy of the affixed Notice of Appearance to be enclosed into properly addressed, post-paid envelopes and served upon the parties as listed on the aforementioned service list, via first class mail by causing the envelopes to be deposited into a designated depository maintained by the United States Postal Service.

_____
NIAMBI PAIGE

Sworn to before me this
18th day of May 2001

_____
NOTARY PUBLIC

GARY BRISTOL
Notary Public, State of New York
No. 02BR5061656
Qualified in New York County
Commission Expires June 10, 2002