# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Bankruptcy No.   01-01140 |
| W. R. GRACE & CO. - COMM | Chapter   11 |
| | Pa. U.C. Account No.   06-34143-8 |
| Debtor | |

## REQUEST FOR NOTICES

TO THE CLERK OF THE U. S. BANKRUPTCY COURT:

Please take notice, that creditor, Commonwealth of Pennsylvania, Department of Labor and Industry, Bureau of Employer Tax Operations, through its duly authorized agent, William A. Piatak, requests that a copy of all notices and papers in this action be served on him at his office, 1171 South Cameron Street, Room 312, Harrisburg, PA, 17104-2513.

Date:   May 18, 2001

William A. Piatak /pm
William A. Piatak
Unemployment Compensation
Tax Office Manager
Bureau of Employer Tax Operations
1171 South Cameron Street, Room 312
Harrisburg, PA  17104-2513
(717) 772-0636