**ORIGINAL**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SUITE 950-WEST, THE CURTIS CENTER
7TH & SANSOM STREETS
PHILADELPHIA, PA  19106
(215) 597-4411

FILED
2001 MAY 23 AM 9:17
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTOR  W. R. Grace + Co.
CASE NUMBER  01-1139 JJF
DATE PETITION FILED  04.02.2001
TIME OF MEETING  11.30 AM
PLACE OF MEETING  Rm 2313 US Court House Wilm DE
ORIGINAL 341 (a) DATE  05.18.2001
ADJOURNED 341 (a) DATE  N/A
DEBTOR'S ATTORNEY (APPEARING)  David Carickhoff - Pachulski, Stang
    FIRM NAME  James Kapp - Kirkland & Ellis
COUNSEL/CRED/COMM. (APPEARING)  Arlene Krieger (Stroock) - OCUC
    FIRM NAME  Mindy Mora (Bilzin) - Prop. Damage   Matthew Zaleski (Asbestos Claimants)
WITNESSES (NAME & TITLE)  David Siegel, SVP + Gen. Counsel;
Robt. Tarola, SVP/CFO; Brian McGowan, SVP/Admin.
SCHEDULES FILED:  DATE _____  NO  X
WHY HAVE SCHEDULES NOT BEEN FILED  Ext. Order
WHEN WILL SCHEDULES BE FILED:  06.01.2001
HAS DEBTOR FILED INTERIM REPORTS?  YES _____  NO  X
IF NO, WHY NOT?  Preparing 1st Report

WERE QUARTERLY FEES EXPLAINED?  YES  ✓    NO _____

PRESIDING PERSON & POSITION
FRANK J. PERCH - Trial Atty.

DATE:  05.18.2001    CONCLUDED ( X )  CONTINUED ( )

MEETING CONTINUED TO OPEN DATE (  )
MEETING CONTINUED TO SET DATE: _____