# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* ) | CHAPTER 11 |
| *W.R. GRACE & CO., et al.,* ) | CASE NOS. 01-1139 through 01-1200 (JJF) |
| *Debtors.* ) | JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE AND REQUEST

PLEASE TAKE NOTICE that the U.S. SECURITIES AND EXCHANGE COMMISSION ("**Commission**") hereby appears in the above-styled case as a statutory party pursuant to Section 1109(a) of the Bankruptcy Code, 11 U.S.C. §1109(a), and requests that a copy of all notices given or required to be given in this case, and all papers served or required to be served in this case, including adversary proceedings, be given and served upon:

> Office of Reorganization
> Securities and Exchange Commission
> Suite 1000
> 3475 Lenox Road, N.E.
> Atlanta, GA 30326-1232

> Michael A. Berman, Esq.
> Securities and Exchange Commission
> 450 Fifth Street, N.W. (Mail Stop 6-6)
> Washington, D. C. 20549

This request includes, but is not limited to, all notices, orders, pleadings, motions, demands, applications, petitions, schedules, statements of affairs, complaints, requests, disclosure statements, answering or reply papers, memoranda and briefs in support of the foregoing, and any other documents or matters brought before this Court in this case, whether

formal or informal, written or oral, or transmitted or conveyed by mail, private courier, commercial delivery, telephone, telegraph or otherwise.

Appearance of counsel in this case is made government attorneys pursuant to the exception to District Court Rule 83.5(c) afforded by Bankruptcy Rule 9010-1(c)(ii). Certification, signed by each attorney, is attached.

May 24, 2001

        Respectfully Submitted,

        */s/ E. Gordon Robinson*
        E. Gordon Robinson
        Senior Trial Counsel/Bankruptcy
         Direct Telephone Line:  (404) 842-7625
         E-mail Address:  robinsone@sec.gov

        */s/ Susan R. Sherrill*
        Susan R. Sherrill
        Senior Counsel/Bankruptcy
         Direct Telephone Line  (404) 842-7626
         E-mail Address:  sherrills@sec.gov

***Counsel for*:**

**U. S. SECURITIES AND EXCHANGE COMMISSION**
Office of Reorganization
Atlanta District Office
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232
   Telephone: (404) 842-7600
   Facsimile: (404) 842-7666
   E-mail:  atlreorg@sec.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | ) CHAPTER 11 |
| *W.R. GRACE & CO., et al.,* | ) CASE NOS. 01-1339 through 01-1200 (JJF) |
| *Debtors.* | ) JOINTLY ADMINISTERED |

## CERTIFICATE OF COUNSEL
## APPEARING ON BEHALF OF GOVERNMENT AGENCY

The undersigned counsel submits this certification pursuant to Del. Bankr. L.R. 9010-1(c)(ii) and certifies as follows:

1. I am employed by the United States Securities and Exchange Commission, an agency of the United States of America.

2. I am appearing in this case to represent the United States Securities and Exchange Commission.

3. I am a member in good standing of the State Bar of Georgia.

4. I am admitted to practice before the U. S. District Courts for the Northern and Southern Districts of Georgia, the Fifth and Eleventh Circuit Courts of Appeal and the Supreme Courts of the United States and the State of Georgia.

5. I am in good standing in all jurisdictions in which I have been admitted.

6. I agree to be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

May 24, 2001
Atlanta, Georgia

E. Gordon Robinson
State. Bar of Georgia Membership Number 610350

*Counsel for:*

U. S. SECURITIES AND EXCHANGE COMMISSION
Office of Reorganization, Atlanta District Office
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232
Telephone:   (404) 842-7600
Facsimile:    (404) 842-7666

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | ) CHAPTER 11 |
| W.R. GRACE & CO., *et al.*, | ) CASE NOS. 01-1339 through 01-1200 (JJF) |
| *Debtors.* | ) JOINTLY ADMINISTERED |

## CERTIFICATE OF COUNSEL
## APPEARING ON BEHALF OF GOVERNMENT AGENCY

The undersigned counsel submits this certification pursuant to Del. Bankr. L.R. 9010-1(c)(ii) and certifies as follows:

1. I am employed by the United States Securities and Exchange Commission, an agency of the United States of America.

2. I am appearing in this case to represent the United States Securities and Exchange Commission.

3. I am a member in good standing of the State Bar of Georgia.

4. I am admitted to practice before the U. S. District Courts for the Northern Districts of Georgia & the Middle District of North Carolina, the Fourth Circuit Courts of Appeal and the Supreme Court of the State of Georgia.

5. I am in good standing in all jurisdictions in which I have been admitted.

6. I agree to be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

May 24, 2001
Atlanta, GA

/s/ Susan R. Sherrill

Susan R. Sherrill
State Bar of Georgia Membership Number 001370

*Counsel for:*

U. S. SECURITIES AND EXCHANGE COMMISSION
Office of Reorganization, Atlanta District Office
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232
   Telephone:  (404) 842-7600
   Facsimile:  (404) 842-7666

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May 2001, I served or caused to be served a copy of the foregoing Notice of Appearance and Request of the Securities and Exchange Commission by first class mail, postage prepaid, to those parties listed on Exhibit "A" attached hereto.

E. Gordon Robinson
Senior Trial Counsel/Bankruptcy
    Direct Telephone Line: (404) 842-7625
    E-mail Address: robinsone@sec.gov

*Counsel for:*

**U. S. SECURITIES AND EXCHANGE COMMISSION**
Office of Reorganization
Atlanta District Office
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232
    Telephone:  (404) 842-7600
    Facsimile:  (404) 842-7666
    E-mail:  atlreorg@sec.gov

*In re W. R. Grace & Co., et al.*　　　　**EXHIBIT "A"**　　　　Page 1

Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
P.O. Box 8705
Wilmington, DE 19899-8705

Coast Business Credit
Southern Pacific Bank
12121 Wilshire Blvd., Suite 1111
Los Angeles, CA 90025-1174

General Electric Capital Corporation
1400 Computer Drive
Westborough, MA 01581

Jonathan Neil & Associates, Inc.
c/o Bruce A. Hatkoff, a Law Corporation
18321 Ventura Blvd., Suite 1000
Tarzana, CA 91356

Gary Wexler, Esq.
Reish & LuRnian
11755 Wilshire Blvd., 10th Floor
Los Angeles, CA 90025-1516

Cook, Porkiss & Low, PLC
333 Pine Street, Third Floor
San Francisco, CA 94101

Charles B. Carey, Law Offices
24012 Cab Do La Plata, Suite 230
Laguna Hills, CA 92653-7610

NTFC Capital Corporation
Suite 600
501 Corporate Centre Drive
Franklin, TN 37067

Comprador Corporation
700 North Woodward Avenue
Suite 300
Birmingham, MI 48009

Climax Molybdenum Co.
101 Marritt 7 Corp. Park
Norwalk, CT 06856-5113

Comprador Corporation
Suite 200
350 North Woodward Avenue
Birmingham, MI 48009

Masterlift-Yale
208 Azar Court
Baltimore, MD 21227

Safeco Credit Co., Inc.
Safeco Plaza, A-Bldg.
Seattle, WA 98185

Blanchard Machinery Company
P.O. Box 7517
Columbia, SC 29202

L. B. Smith, Inc.
P.O. Box 26725
Charlotte, NC 28221

Calle Centenario 156
P.O. Box 12-067
Lima 12, Peru

Lampa4Ol/499 (100)
P.O. Box 225
Lima 1, Peru

Associates Leasing Inc.
1301 B. 9th
Cleveland, OH 44114

Nations Bank, N.A.
100 South Charles Street
Baltimore, MD 21201

Regal Savings Bank, F.S.B.
P.O. Box 426
Owings Mills, MD 21117

Signet Leasing & Financial Corp.
7 St. Paul Street, 3TCt Floor
Baltimore, MD 21202

Associates Leasing Inc.
8001 Ridgepoint Drive
Irving, TX 75063

North East Trailer Services, Inc.
798 Woodlane Road
Mount Holly, NJ 08060

Financial Federal Credit Inc.
300 Frank W. Bun Blvd.
Teaneck, NJ 07666

Yale Industrial Trucks-Maryland Inc.
2211 Sulphur Spring Road
Baltimore, MD 21227

Chesapeake Industrial Leasing Co., Inc.
9512 Hartford Road
Baltimore, MD 21234
Commercial & Farmers Bank
8593 Baltimore National Pike
Euicott City, MD 21403

Ferguson Enterprises, Inc.
4001 B. Monument St.
Baltimore, MD 21205

Caterpillar Financial Services Corporation
Suite 280
4975 Preston Park Blvd.
Plano, TX 75093

FUL Incorporated
100 Corporate North
Bannockburn, IL 60015

Cypress Amax Minerals Company
9100 East Mineral Circle
Englewood, CO 80211

CIS Corporation
P.O. Box 4785
Syracuse, NY 13221-4785

Colonial-Pacific Leasing
P.O. Box 1100
Tualatin, OR 97062

Anton Frank Volovsek
P.O. Box 723
Tekoa, WA 99033

Hystor Credit Company
P.O. Box 4366
Portland, OR 97208

Technology Credit Corporation
1620 Zanker Road, Suite 236
San Jose, CA 95112

Leasetec Corporation
1401 Pearl Street
Boulder, CO 80302

Komatsu Financial Limited Partnership
1333 Butterfield Road
Downers Grove, IL 60515

Sanwa Leasing Corporation
P.O. Box 7023
Troy, MI 48007-7023

Caterpillar Financial Services Corporation
1800 Parkway Place, Suite 820
Marietta, GA 30067

AT&T Capital Leasing Services, Inc.
550 Cochituate Rd.
Framingham, MA 01701

CIT Communications Finance Corporation
650 CIT Drive
Livingston, NJ 07039

Canberra Industries
800 Research Parkway
Meriden, CT 06450

Arnold Machinery Company
6024 W. Southern Avenue
Laveen, AZ 85339

Ervin Leasing Company
3300 Washtenaw, Suite 230
Ann Arbor, MI 48104

Southeast Industrial Equipment
4315 Taggart Creek Road
Charlotte, NC 28208

Comprehensive Leasing Scrv.
Crestridge Corporate Center
10155 York Rd., Suite 208
Cockeysville, MI 21030

Liquid Carbonic Corp.
1280 Wall Street West
Lyndhurst, NJ 07071

BellSouth Communications Systems
1936 Blue Hill Drive, N.E.
Roanoke, VA 24012

PHH FleetAmerica Corporation/D.L. Peterson Trust
307 International Circle
Hunt Valley, MD 2 1030-1337

Space Maker Systems of Md., Inc.
3310 Childs Street
Baltimore, MD 21226

First Access
6400 W. 73td Street
Bedford Park, IL 60638

Nationsbank, N.A., as Agent
101 N. Tryon St., 15th Floor
Charlotte, NC 28255

Torrance Electric Company, Inc.
700 16th Street, NE
Cedar Rapids, IA 52402

Yale Financial Services, Inc.
15 Junction Road
Flemington, NJ 08822

Dell Financial Services, LP
14050 Summit Drive
Building A, Suite 101
Austin, TX 78758

Safeco Credit Co. Inc.
10915 Willows Rd. NE
Redmond, WA 98052

Lease Plan U.S.A., Inc.
180 Interstate North Parkway
Atlanta, GA 30339

The CIT Group/Equipment Financing, Inc.
900 Ashford Parkway, 6th Floor
Atlanta, GA 30338

BSFS Equipment Leasing
501 Corporate Centre Drive
Suite 600
Franklin, TN 37067

Butler Leasing Company
P.O. Box 677
Hunt Valley, MD 21030-0677

General Electric Capital Corporation
44-2 Old Ridgebury Road
Danbury, CT 06810

Mobil Chemical Company
1150 Pittsford-Victor Road
Pittsford, NY 14534

Boatman's Bank of Southwest Missouri
231 S. Main
Carthage, MO 64836

Konica Business Machines
500 Day Hill Road
Windsor, CT 06095

Information Leasing Corporation
1023 West 8k" Street
Cincinnati, OH 45203

Azlan Akam, NV.
Charles B. Carey, Law Offices
24012 Cab Dc La Plata, Suite 230
Laguna Hills, CA 92653-7610

NTFC Capital Corporation
Suite 600
501 Corporate Centre Drive
Franklin, TN 37067

Comprador Corporation
700 North Woodward Avenue
Suite 300
Birmingham, MI 48009

Grace Receivables Purchasing, Inc.
501 Elm Street, Suite4IO
Dallas, TX 75202-3333

Internal Revenue Service
California Office
1650 Mission St., Ste. 511
San Francisco, CA 94103

Internal Revenue Service
Central California Area Office
55 S. Market Street
San Jose, CA 95113

Modern Handling Equipment, Co.
2501 Durham Road
Bristol, PA 19007

Hyster Credit Company
5335 SW Meadows Road
Suite 300
Lake Oswego, OR 97035

Citicorp Dealer Finance
450 Mamaroneck Avenue
Harrison, NY 10528

*In re W. R. Grace & Co., et al.*  **EXHIBIT "A"**  Page **4**

U.S. Leasing Corp.
733 Front Street
San Francisco, CA 94111

Mitchell Distributing Company
3535 N. Graham Street
Charlotte, NC 28206

Newcourt Communications Finance
2 Gatehall Drive
Parsippany, NJ 07054

Imperial Bank
226 Airport Pkwy.
Southwest Regional Office
San Jose, CA 95110

Toyota Motor Credit Corp.
P.O. Box 3457
Torrance, CA 90510

TMCC Equipment Finance MS R307
P.O. Box 3457
Torrence, CA 905 10-3457

Government of the District of Columbia
Dept. of Finance and Revenue
Room 5005
300 Indiana Avenue, N.W.
Washington, DC 20001

South Carolina Tax Commission
Revenue Department
P.O. Box 125
Columbia, SC 29214

Ohio State Taxation Department
30 B. Broad Street
22 nd Floor
Columbus, OH 43215

Colorado State Revenue Department
1375 Sherman Street
Room 404
Denver, CO 80203

Congress Financial Corporation
225 South Lake Avenue
Suite 1000
Pasadena, CA 91101

Coast Business Credit
Southern Pacific Bank
12121 Wilshire Blvd., Suite 1111
Los Angeles, CA 90025-1174

General Electric Capital Corporation
1400 Computer Drive
Westborough, MA 01581

Jonathan Neil & Associates, Inc.
c/a Bruce A. Hutkoff, a Law Corporation
18321 Ventura Blvd., Suite 1000
Tarzana, CA 91356

Potomac Industrial Trucks, Inc.
800 Ritcbic Road
Capitol Heights, MD 20743

Wells Fargo Financial Leasing
1700 Iowa Avenue
Ste. 240
Riverside, CA 92507

IBM Credit Corporation
1133 Westchester Avenue
White Plains, NY 10604

Citicorp Del Lease Inc.
450 Mamaroncck Avenue
Harrison, NY 10528

State Street Bank & Trust Co.
of Connecticut N.A.
750 Main Street, Suite 11114
Hartford, CT 06103

American Business Credit Corporation
4333 Edgewood Road, N.E.
Suite 400
Cedar Rapids, Iowa 52499

Laura H. Berber, Esq.
Bergman, Berber & Schwartz
7315 Wisconsin Avenue, Suite 800W
Bethesda, MD 20814

M. Melissa Glassman, Esq.
McGuire, Woods, Battle & Booth, LU'
P.O. Box 9346
McLean, VA 22102

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LU'
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul M. Matheny
The Law Offices of Peter 0. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

Michael E. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd. Suite G
Brownsville, TX 78520

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Margery N. Reed, Esquire
Duane, Morris & Heckscher LU'
4200 One Liberty Place
Philadelphia, PA 19103-7396

Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, California 94111

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Robert Jacobs, Esquire
Maria Rosoff Eskin Jacobs & Cruniplar, P.A.
P.O. Box 1271
Wilmington, DE 19899

Thomas J. Noonan, Jr.
R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY 10006

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
   Graham Pefaa & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Charles E. Gibson, III, Esquire
620 North Street, Suite 100
Jackson, MS 39202

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia 30309

Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
1221 McKinney, Suite 4550
Houston, Texas 77010

Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD 21701

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Steven D. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas 77017

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201

*In re W. R. Grace & Co., et al.*    EXHIBIT "A"    Page 6

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts 02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Nancy Worth Davis, Esquire
Ness, Motley, Loadholt, Richardson & Poole
P.O. Box 1792
Mt. Pleasant, SC 29465

Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor
Dallas, TX 75204

Bankruptcy Administration
105 Capital. Inc.
P.O. Box 13708
Macon, GA 3 1208-3708

W. J. Winterstein, Jr., Esquire
John E. Winter, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Ira S. Greene, Esquire
Squadron, Ellenoff; Plesent & Sheinfeld LLP
551 Fifth Avenue
New York, NY 10176

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven E. Johnson, Esquire
Gibson, Dunn & Crutcher LU'
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

David S. Rosenbloom, Esquire
Jeffrey B. Stone, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Brad Rogers, Esquire
Pension Benefit Guaranty Corp
1200K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
The Blackstone Group
345 Park Avenue
New York, NY 10154

Josiah Rotenberg
Lazard Frercs & Co. LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*In re W. R. Grace & Co., et al.*          **EXHIBIT "A"**          Page 7

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

L. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Don L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
  McGarvey PC
745 South Main Street
Kalispel, MT 59901

Patrick L. Hughes, Esquire
Haynes & Boone LU'
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David S. Holler, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Modern Handling Equipment, Co.
2501 Durham Road
Bristol, PA 19007

Hyster Credit Company
5335 SW Meadows Road
Suite 300
Lake Oswego, OR 97035

Citicorp Dealer Finance
450 Mamaroneck Avenue
Harrison, NY 10528

U.S. Leasing Corp.
733 Front Street
San Francisco, CA 94111

Mitchell Distributing Company
3535 N. Graham Street
Charlotte, NC 28206

Newcourt Communications Finance Corporation
2 Gatchall Drive
Parsippany, NJ 07054

First Access
6400 W. 73rd Street
Bedford Park, IL 60638

Yale Financial Services, Inc.
15 Junction Road
Flemington, NJ 08822

Doll Financial Services, U'
14050 Summit Drive
Building A, Suite 101
Austin, TX 78758

Safeco Credit Co. Inc.
10915 Willows Rd. NE
Redmond, WA 98052

Lease Plan U.S.A., Inc.
180 Interstate North Parkway
Atlanta, GA 30339

The CIT Group/Equipment Financing. Inc.
900 Ashwood Parkway, 6th Floor
Atlanta, GA 30338

BSFS Equipment Leasing
501 Corporate Centre Drive
Suite 600
Franklin, TN 37067

James P Hassct, as Trustee for CMI
One CSI Parkway
P.O. Box 4785
Syracuse, NY 13221-4785

Butler Leasing Company
P.O. Box 677
Hunt Valley, MD 21030-0677

General Electric Capital Corporation
44-2 Old Ridgebury Road
Danbury, CT 06810

Komatsu Financial Limited Partnership
1333 Butterfield Road
Downers Grove, IL 60515

Mobil Chemical Company
Division of Mobil Oil Corporation
1150 Pittsford-Victor Road
Pittsford, NY 14534

Information Leasing Corporation
1023 West 8th Street
Cincinnati, OH 45203

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Michael B. Joseph, Esquire
Ferry & Joseph. P.A.
P.O. Box 1351
Wilmington, DE 19899