IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JJF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | Objections deadline: May 21, 2001 |
| Debtors. | ) | Hearing date: Negative Notice |
| | ) | (Docket #204) |
| | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO. TO EMPLOY AND RETAIN LEGAL ANALYSIS SYSTEMS, INC., AS ASBESTOS-RELATED BODILY INJURY CONSULTANT (DOCKET #204)**

I, Matthew G. Zaleski, III, an attorney with Ashby & Geddes, P.A., hereby certify the following:

(i)     The Application of the Official Committee of Asbestos Personal Injury Claimants of W.R. Grace & Co. for Entry of an Order, pursuant to §§327 and 328 of Chapter 11 of Title 11 of the United States Code (as amended, "the Bankruptcy Code"), to retain Legal Analysis Systems, Inc. as asbestos-related bodily injury consultant (the "Application") (Docket #204) was filed on May 4, 2001; and

(ii)    Objections to the Application were to be filed and served on or before May 21, 2001. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. Accordingly, the undersigned requests that the Order Authorizing the Retention of Legal Analysis Systems, Inc.,

as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants of W.R. Grace & Co. be entered at the Court's earliest convenience.

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY 10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005

- and -

ASHBY & GEDDES

*/s/ M. G. Z.*

William P. Bowden (I.D. #2553)
Christopher S. Sontchi (I.D. #3159)
Matthew G. Zaleski, III (I.D. #3557)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Proposed Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: May 30, 2001

95658.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2001 I caused one copy of the foregoing to be served upon the persons on the attached list by first class United States mail, postage prepaid, unless otherwise indicated.

_____
Matthew G. Zaleski, III

74510.1

**W.R. Grace Core Group Service List**

<u>Hand Delivery</u>
Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

<u>Hand Delivery</u>
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

<u>Hand Delivery</u>
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market Street
Wilmington, DE 19899

<u>Hand Delivery</u>
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801

<u>Hand Delivery</u>
Michael R. Lastowski, Esquire
Duane Morris & Heckshire LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982