## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

IN RE:                                           ) **Case No. 01-01139**
                                                 )
**W. R. GRACE & CO.,**                           )
                                                 )
                          **Debtor.**            )

### NOTICE OF APPEARANCE

Pursuant to Bankruptcy Rule 2002(g), Austin Quality Foods, Inc., an interested party in

this case, requests that all matters which must be noticed to creditors, any creditors' committees,

and any other parties in interest (Rule 2002(a), (b), and (c)), whether sent by the Court, the

Debtor or any other party in the case, be sent to the undersigned as counsel for Austin Quality

Foods, Inc. in this case; and that pursuant to Rule 2002(g), the following be added to the Court's

master mailing list:

> Tyler P. Brown, Esq.
> Robert S. Westermann, Esq.
> HUNTON & WILLIAMS
> Riverfront Plaza, East Tower
> 951 East Byrd Street
> Richmond, Virginia  23219-4074

Dated:  May 25, 2001

                                     AUSTIN QUALITY FOODS, INC.

                                     By_____
                                                    Counsel

Tyler P. Brown
Robert S. Westermann
 HUNTON & WILLIAMS
 Riverfront Plaza, East Tower
 951 East Byrd Street
 Richmond, Virginia  23219-4074
 (804) 788-8674

## CERTIFICATE OF SERVICE

I hereby certify that on this __25th__ day of May 2001, a true copy of the foregoing was sent by first class mail, postage prepaid to the following:

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, Delaware  19899-9705

James H.M. Sprayregen, Esq.
Jonathan P. Friedland, Esq.
Kirkland & Ellis
230 East Randolph Drive
Chicago, Illinois  60601

Richard Schepacter, Esq.
Office of the U.S. Trustee
Curtis Center, Suite 950 West
601 Walnut Street
Philadelphia, Pennsylvania  19106

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York  10038-4982

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware  19801

Theodore J. Tacconelli, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, Delaware  19899

Matthew G. Zeleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, Delaware  19899