**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

FILED
2001 MAY 31 PM 3: 49
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

IN THE MATTER OF:                    :    Chapter 11
                                     :
                                     :    Case No. 01-1139 (MFW)
W.R. GRACE & CO., et al              :    Case No. 01-1200 (MFW)
                                     :
                                     :    ** *AMENDED* NOTICE OF
                                     :    APPOINTMENT OF OFFICIAL
   Debtors.                          :    COMMITTEE OF UNSECURED
                                     :    CREDITORS

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Unsecured Creditors in connection with the above captioned case:

1. J.P. Morgan Chase & Co., Attn: Thomas F. Maher, 380 Madison Avenue, New York, NY 10017, Phone: (212) 622-3671, Fax: (212) 622-3783.

2. Wachovia Bank, N.A., Attn: James S. Dickson, 191 Peachtree Street, N.E., Atlanta, GA 30303, Phone: (404) 332-6087, Fax: (404) 332-4058.

3. Bank of America, Attn: Peter R. Brach, 335 Madison Avenue, New York, NY 10017, Phone: (212) 503-7711, Fax: (212) 503-7080.

4. First Union National Bank, Attn: Jill W. Akre, 1339 Chestnut Street, Philadelphia, PA 19107, Phone: (215) 786-4135, Fax: (215) 973-8783.

5. ABN Amro Bank, N.V., Attn: Steven C. Wimpenny, 10 East 53rd Street, 37th Floor, New York, NY 10022, Phone: (212) 891-0626, Fax: (212) 891-0651.

6. **Wells Fargo Corporate Trust Services**, Attn: Craig Litsey, Vice President, Sixth Street and Marquette Avenue, Minneapolis, MN 55479, Phone: (612) 667-4160, Fax: (612) 667-9825.

7. Bankers Trust Company, as Indenture Trustee, Attn: Stanley Burg, Four Albany Street, New York, NY 10006, Phone: (212) 250-6526, Fax: (212) 250-6392.

8. Sealed Air Corporation, Attn: Mary A. Coventry, Park 80 East, Saddle Brook, NJ 07663, Saddle Brook, NJ 07663, Phone: (201) 703-7600, Fax: (201) 703-4205.

9. Zhagrus Environmental, Inc., Attn: Charles A. Judd, 46 West Broadway, Suite 116, Salt Lake City, UT 84101, Phone: (801) 595-0239, Fax: (801) 537-7345.

                              PATRICIA A. STAIANO
                              UNITED STATES TRUSTEE

                          For   FREDERIC J. BAKER
                              SENIOR ASSISTANT UNITED STATES TRUSTEE

DATED: May 31, 2001
Attorney assigned to this Case: Frank J. Perch, III, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400.
   ** The Bank of New York, as Indenture Trustee has been replaced
   by Wells Fargo Corporate Trust Services**