IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

LITIGATION MANAGEMENT, INC.  : 01-1139
fka ASBESTOS CONTROL MANAGEMENT, INC.  : Case No. 01-1188 JJF
: Chapter 11

Debtor  :
:

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

Please take notice that Prince George's County, Maryland appears in this matter by their undersigned counsel, in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorneys be placed on the mailing matrix filed by the Debtor in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorneys at the address set forth below:

Robert H Rosenbaum
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

Please take further notice that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of Prince George's County, Maryland.

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
Suite 400 - BERKSHIRE BUILDING
6801 Kenilworth Avenue
Riverdale, Maryland 20737-1385
(301) 699-5800
facsimile (301) 779-5746
e-mail mrrlaw.net

Please take further notice that, as provided in Bankruptcy Rule 3017(a), Prince George's County, requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

MEYERS, RODBELL & ROSENBAUM, P.A.

By: _____
M. Evan Meyers
Suite 400 - Berkshire Building
6801 Kenilworth Avenue
Riverdale, Maryland 20737-1385
(301) 699-5800

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2001, I mailed a copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers were mailed by first class mail, postage prepaid, to:

Office of the United States Trustee
601 Walnut Street
#950W
Philadelphia, PA 19106

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Samuel A. Schwartz, Esquire
Roger J. Higgins, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Hamid R. Rafatjon, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones PC
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

_____
M. Evan Meyers

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
Suite 400 - BERKSHIRE BUILDING
6801 Kenilworth Avenue
Riverdale, MD 20737-1385
(301) 699-5800
facsimile (301) 779-5746
e-mail mrrlaw.net