## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139(JJF) |
|  | ) |  |
| Debtor. | ) | Procedurally Consolidated and |
|  | ) | Jointly Administered |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned

case on behalf of Delco Development Company ("Delco") , a creditor in the above-captioned

case, and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the

Bankruptcy Code, demands that all notices given or required to be given and all papers served in

these cases be delivered to and served upon the parties identified below at the following address:

> James S. Carr, Esq.
> Christena A. Lambrianakos, Esq.
> 101 Park Avenue
> New York, New York 10178
> Tel: (212) 808-7800
> Fax: (212) 808-7897

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders,

applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or

357

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or

otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a

demand and request for service and does not constitute a consent to the jurisdiction of the

Bankruptcy Court or a waiver of the right to a jury trial.

Dated:  June 1, 2001

KELLEY DRYE & WARREN LLP

By: _Christen L. Canlints_
     Christena Lambrianakos (CL1332)
101 Park Avenue
New York, New York 10178
(212) 808-7800

ATTORNEYS FOR
DELCO DEVELOPMENT COMPANY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
|     W.R. GRACE & CO., *et al.,* | : | Case No. 01-01139 (JJF) |
|     Debtors. | : | |
| | : | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           :   SS.:
COUNTY OF NEW YORK    )

        Marie Vicinanza, being duly sworn, deposes and states:

    1.     I am not a party to this action, am over 18 years of age, and reside in Orange County, New York.

        On the 1st day of June, 2001, I served the ***Notice of Appearance and Demand for Service of Papers*** upon those listed on the annexed schedule, at the address designated by them for service of papers by depositing a true copy of said document enclosed in a prepaid, sealed wrapper, in an official depository under the exclusive care and custody of the United States Post Office, within the State of New York.

                                      Marie Vicinanza

Sworn to before me this
1st day of June, 2001

*Barbara A. Sherman*
Notary Public

BARBARA A. SHERMAN
Notary Public, State of New York
No. 01SH5048557
Qualified in Bronx County
Commission Expires August 28, 2002

Laura Davis Jones
Pachulski, Stang, Ziehl, et al.
Box 8705
Wilmington, Delaware 19899-8705

Kirkland & Ellis
200 East Randalph Drive
Chicago, Illinois 60601
Attn:  James W. Kapp II, Esq.

United States Trustee
601 Walnut Street  Room 950W
Philadelphia, Pa. 19106
Attn:  Patricia A. Staiano

Stroock Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Attn:  Lewis Kruger, Esq.

Duane Morris & Heckscher LLP
1100 N. Market Street Suite 1200
Wilmington, De  19801
Attn:  Michael R. Laskowski, Esq.

1