HERRICK, FEINSTEIN LLP
2 Penn Plaza, 11th Floor
Newark, New Jersey 07105
(973) 274-2000
RICHARD M. METH, ESQ. (RM - 7791)
Attorneys for Carteret Venture



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | In Proceedings Under Chapter 11 of the United States Bankruptcy Code<br><br>Case Nos. 01-1139 through 01-1200 (JJF)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Carteret Venture ("Carteret") appears herein through its

undersigned attorneys pursuant to Section 1109(b) of the United States Bankruptcy Code and

Bankruptcy Rule 9010 and requests that all notices (including those required by Bankruptcy Rule

2002) in these cases or any related adversary proceedings be mailed to the undersigned, unless

otherwise directed by the Court, at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service of

copies of all papers, including but not limited to reports, pleadings, motions, applications or

petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-

captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise

directed by the Court, to the following:

HFNWK1: #8222 v1/05535-0000 / 6/1/2001



Richard M. Meth, Esq.
Herrick, Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, New Jersey 07105

**PLEASE TAKE FURTHER NOTICE** that Carteret does not intend this Notice of

Appearance and Request for Notices and Service of Papers, nor any subsequent appearance,

pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to:

(i) its right to have final orders in noncore matters entered only after de novo review by a District

Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the

District Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be

entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs,

and recoupment it expressly reserves.

HERRICK, FEINSTEIN LLP
Counsel for Carteret Venture

By: _____
RICHARD M. METH

Dated: June 1, 2001
Newark, New Jersey

TO:    David D. Bird, Clerk
United States Bankruptcy Court
824 Market Street, 5th Floor
Wilmington, Delaware 19801

-and-

All Parties on the annexed Service List

HFNWK1: #8222 v1/05535-0000 / 6/1/2001                     2

## Service List

**DEBTOR'S COUNSEL:**
Laura Davis Jones
Pachulski, Stang, Ziehl, et al
P.O. Box 8705
Wilmington, De 19899-8705
302/652-4400

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
312/861-2200 Fax

Watchtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019-6150
212/403-1000 Phone

**OFFICE OF THE UNITED STATES TRUSTEE:**
Bankruptcy Administration Office of The U.S. Trustee
Curtis Center, Suite 950 West
601 Walnut Street
Philadelphia, PA 19106-3323
215/597-4411 Phone
215-597-5795 Fax

**INTERESTED PARTIES AND COUNSEL FOR ASBESTOS CREDITORS:**

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802
202/429-3301 Fax

Mark Lanier, Esq.
Patrick N. Haines, Esq.
Lanier, Parker & Sullivan, P.C.
1331 Lamar, Suite 1550
Houston, TX 77010-3025
713/659-2204 Fax

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, New York 10022-4614

Alan B. Rich, Esq.
Russell Budd, Esq.
Baron & Budd, PC
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219
214/520-1181 Fax

Theordore Goldberg, Esq.
Mark C. Meyer, Esq
Golderg, Persky, Jening & White, PC
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219-6219
412/471-8308 Fax

Joseph F. Rice, Esq.
Nancy Worth Davis, Esq.
Ness, Motley, Loadholt, Richardson &
 Poole
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465
843/216-9290 Fax

Brent W. Coon, Esq.
Provost Umphrey Law Firm, LLP
490 Park Street
Beaumont, TX 77704
409/838-8888 Fax

Paul L. Sadler, Esq.
Wellborn Houston Adkinson Mann
 Sadler & Hill, LLP
300 West Main Street
Henderson, TX 75653
903/657-6108 Fax

Ian Cloud, Esq.
Robins, Cloud, Greenwood & Lubel, LLP
910 Travis, Suite 2020
Houston, TX 77002
713/650-1400 Fax

Larry O. Norris, P.A.
101 Ferguson Street
Hattiesburg, MS 39403
601/584-6634 Fax

Stephen J. Kherkher, Esq.
The Williams Baily Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5000
713/230-2314 Fax

Paul D. Henderson, Esq.
Dies, Henderso & Carona
1009 West Green
Orange, TX 77630-5619
409/883-4814 Fax

C. Sanders McNew Esq.
Weitz, Luxenburg, PC
180 Maiden Lane
New York, New York 10038
212344-5461 Fax

Shepard A. Hoffman, Esq.
301 North Charles Street, Suite 901
Baltimore, MD 21201-4306
410-539-8407 Fax

Brad B. Erens, Esq.
Counsel to PNC Bank
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL 60601
312/782-8585 Fax

Edwin H. Beachler, Esq.
Caroselli, Beachler, McTiernan & Convoy
312 Boulevard of the Allies, 8th Floor
Pittsburgh, PA 15222
412/391-7453 Fax

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey, PC
745 South Main Street
Kalispell, MT 59901-5341
406/752-7124 Fax

Patrick L. Hughes, Esq.
Verne, Liipert, Bernhard, McPherson & Hand
1111 Bagby, Ste 4700
Houston, TX 77002-5012
713/547-2600 Fax

Water & Kraus
4807 West Lovers Lane
Dallas, TX 75209-3137
214/941-8855 Fax

Richard S. Glasser, Esq.
Kendall, Hatten, Glasser, PLC
1001 East Broad Street, Suite 450
Richmond, VA3219
757/625-4115 Fax

Michael V. Kelley, Esq.
Kelley & Ferraro, LLP
1901 Bond Court Building
1300 East Ninth Street
Cleveland, OH 44114
216/575-0799 Fax

Mark Freelander, Esq.
Sable Pusateri Rosen Gordon & Adams
Frick Building, 7th Floor
Pittsburgh, PA 15219-6002
412/338-1555 Home
412/281-2859 Fax

Frank E. Stachyra, Esq.
Stachyra & Pen
111 West Washington Street, Suite 1440
Chicago, IL 60602-2703
817/633-5507 Fax

Damon Chargois, Esq.
Foster & Sear, LLP
360 Place Office Park
1201 North Watson Road, Suite 145
Arlington, TX 76006
817/633-5507 Fax

Michael Kaeske, Esq.
Kaeske-Reeves, L.L.P.
6301 Gaston Avenue, Suite 735
Dallas, TX 75214
214/821-0977 Fax

Glen W. Morgan, Esq.
Reaud, Morgan & Quinn
801 Laurel Street
Beaumont, TX 77701-2228
409/833-8236 Fax

Terrence M. Johnson, Esq.
455 East Illinois Street
Chicago, IL 60611-5311
312/922-4022 Phone
312/922-3399 Fax

Steven T. Baron, Esq.
Silber Pearlman, L.L.P.
2711 North Haskell Avenue
Cityplace Center East - 5th Floor, L.B. 32
Dallas, TX 75204-2911
214/874-7000 Phone
214/284-8100 Fax