## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ] | Chapter 11 |
| | ] | |
| W. R. GRACE & CO., | ] | Case No. 01-01139 |
| | ] | through 01-01200 |
| Debtors. | ] | (Jointly Administered) |
| | ] | |
| | ] | Judge Farnan |

FILED 2001 JUN -4 A 9:50 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE

The Commissioner of Revenue for the State of Tennessee, a creditor and/or party-in-interest in the above-styled case, hereby gives notice of her appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

> Michael B. Willey, #019648
> Attorney for Commissioner of Revenue
> Legal Services, 27th Floor
> 312 8th Avenue North
> Nashville, Tennessee 37243
> (615) 741-2348 / FAX (615) 532-7346

The Commissioner of Revenue requests that she be served through her said counsel.

Respectfully submitted,

*/s/ Michael B. Willey*
Michael B. Willey, BPR #019648
Attorney for Commissioner of Revenue
Legal Services, 27th Floor
312 8th Avenue North
Nashville, Tennessee 37243
(615) 741-2348

c:  Laura Davis Jones

359