**ORIGINAL**

1  BILL LOCKYER, Attorney General
     of the State of California
2  THEODORA BERGER, Senior
     Assistant Attorney General
3  KEVIN JAMES (CA Bar No. 111103)
     Deputy Attorney General
4  1515 Clay Street, 20th Floor
   Oakland, CA 94612
5  Telephone: (510) 622-2201
   Facsimile: (510) 622-2270
6
   Attorneys for the California
7  Department of Toxic Substances Control

8

9

10            UNITED STATES BANKRUPTCY COURT

11             FOR THE DISTRICT OF DELAWARE

12

| 13  IN RE: | CHAPTER 11 |
|---|---|
| 14 | Case Nos.: |
| 15  W.R. GRACE & CO., *et al.*, | 01-1139 through 01-1200 (JJF) |
| 16 | Jointly Administered |
| 17 | REQUEST FOR SERVICE OF NOTICES AND PAPERS BY THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL |
| 18        Debtors. | |
| 19 | |
| 20 | |

21        The California Department of Toxic Substances Control ("DTSC"), by and

22  through the office of the California Attorney General, respectfully files this Request for Service

23  of Notices and Papers in the above-captioned case. DTSC requests that notice of any all papers

24  filed in this matter by any of the Debtors, the Trustee, any creditor, and/or any other party in

25  interest be sent to DTSC at the following address:

26  //

27  //

28  //

1.

Kevin James
Deputy Attorney General
California Department of Justice
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

DTSC also requests that it be added to the Clerk's matrix and be served through above-listed counsel.

This notice is not an informal proof of claim. DTSC hereby reserves and does not waives its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Dated: May 31, 2001

Respectfully submitted,

BILL LOCKYER, Attorney General
  of the State of California

THEODORA BERGER
Senior Assistant Attorney General

By: _____
KEVIN JAMES
Deputy Attorney General

Attorneys for the State of California
Department of Toxic Substances Control