**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED

2001 JUN -5 PH 2: 13

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & COMPANY, | : | Case No. 01-01139 JJF |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| TIG INSURANCE COMPANY, a | : | |
| California corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Reference No. 159 |
| | : | |
| GARY SMOLKER, an individual, | : | |
| and ALICE SMOLKER, an | : | |
| individual, and DOES 1-10, | : | |
| inclusive, | : | |
| | : | |
| Defendant. | : | |

| | |
|---|---|
| AND RELATED CROSS-ACTIONS | : |
| CONCERNING HOME SAVING TERMITE | : |
| CONTROL, INC. and W.F. MORRIS | : |

## AMENDED CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, certify that I am not less than 18 years of age; that service of Home Saving Termite Control, Inc. and Wayne Morris' Motion for Order Granting Relief From Automatic Stay, docket item 159, filed May 1, 2001 was made on the individuals and/or entities below on the date and in the manner indicated, in accordance with BR 7004 on:

**By Facsimile on 6-4-01 and**
**By Overnight Mail on 6-5-01**
Gary S. Smolker, Esq.
Alice M. Graham, Esq.
LAW OFFICE OF SMOLKER & GRAHAM
4720 Lincoln Blvd., Ste. 280
Marina Del Rey, CA    90292
(310) 574-9883 (fax)

**By First Class Mail on 6-5-01**
Jeffrey A. Charlston, Esq.
Robert D. Hoffman, Esq.
CHARLSTON, REVICH & WILLIAMS LLP
1840 Century Park East, 3rd Floor
Los Angeles, CA 90067-2104

366

**By First Class Mail on 6-5-01**
Sara M. Thorpe, Esq.
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, Twentieth
Floor
San Francisco, CA    94111

**By First Class Mail on 6-5-01**
JoLynn M. Pollard, Esq.
GORDON & REES, LLP
300 South Grand Avenue, 20th
Floor
Los Angeles, CA 90071

**By First Class Mail on 6-5-01**
David L. Hughes, Esq.
Stacie L. Brandt, Esq.
BOOTH, MITCHELL & STRANGE, LLP
701 South Parker Street, Suite
6500
PO Box 11055
Orange, CA 92856-8155

**By First Class Mail on 6-5-01**
Larry M. Arnold, Esq.
Annabelle M. Harris, Esq.
J. Thomas Gilbert, Esq.
Laura N. MacPherson, Esq.
CUMMINS & WHITE
2424 S.E. Bristol St., Suite
300
Newport Beach, CA    92660-0757

**By First Class Mail on 6-5-01**
Bryan Porter, Esq.
Rosemarie S. Lewis, Esq.
BORTON, PETRINI & CONRON
707 Wilshire Blvd., Suite 5100
Los Angeles, CA 90017-3613

**By First Class Mail on 6-5-01**
Jeffrey Horowitz, Esq.
HOROWITZ, SOLOMON & PARKER
6404 Wilshire Blvd., #850
Los Angeles, CA 90048-5510

**By First Class Mail on 6-5-01**
GIBBS, GIDEN, LOCHER & TURNER
2029 Century Park East, 34th
Floor
Los Angeles, CA 90067-3039
Attention: Michael B. Geibel

**By First Class Mail on 6-5-01**
FONDA, HILBERMAN & FRASER,
L.L.P.
1888 Century Park East, Suite
1777
Los Angeles, CA 90067
Attention: Cecille L. Hester,
Esq.

**By First Class Mail on 6-5-01**
MURAWSKI & GREY
11755 Wilshire Blvd., Suite
1400
Los Angeles, CA 90025
Attention: David M. Grey, Esq.

**By First Class Mail on 6-5-01**
LEWIS, D'AMATO BRISBOIS &
BISGARD LLP
221 North Figueroa Street,
Suite 1200
Los Angeles, CA 90012-2601
Attention: Richard B. Wolf,
Esq.

**By First Class Mail on 5-8-01**
Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl et al.
919 N. Market St., Suite 1600
Post Office Box 8705
Wilmington, DE 19899-8705

**By First Class Mail on 5-8-01**
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, et al.
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

**By First Class Mail on 5-8-01**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

**By First Class Mail on 5-8-01**
Frank J. Perch, Esquire
Office of United State Trustee
601 Walnut St., Room 950 West
Philadelphia, PA 19106

**By First Class Mail on 5-8-01**
Scott L. Baena, Esquire
Member
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

**By First Class Mail on 5-8-01**
David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**By First Class Mail on 5-8-01**
Robert N. Ridenour, Esquire
Borton, Petrini & Conron
707 Wilshire Blvd., 51st Floor
Los Angeles, CA 90017-3613

**By First Class Mail on 5-8-01**
James H. M. Spraygeren, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**By First Class Mail on 5-8-01**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**By First Class Mail on 5-8-01**
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**By First Class Mail on 5-8-01**
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

**TYBOUT, REDFEARN & PELL**

SHERRY RUGGIERO FALLON (#2464)
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901

Of Counsel:

GARY E. YARDUMIAN, ESQUIRE
BRADLEY L. TAYLOR, ESQUIRE
Prindle, Decker & Amaro, LLP
310 Golden Shore, Fourth Floor
Long Beach, CA 90801-5511

Attorneys for Cross-Defendants,
Home Saving Termite Control,
Inc. and W.F. Morris