ORIGINAL



FILED

2001 JUN -1 PM 4:02

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| |
|---|
| In re:<br><br>Darex Puerto Rico, Inc.<br><br>                        Debtor. |

Case No. 01-01150


STATEMENT OF FINANCIAL AFFAIRS


**NOTE 1**: The Schedules and Statements have been prepared by the Debtor's Management and are unaudited. While management of the Debtor has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in financial data contained in the Schedules and Statements and inadvertent errors or omissions may exist. To the extent the Debtor discovers additional information that may suggest a material difference, the Debtor will amend the Schedules and Statements to reflect such changes. Accordingly, the Debtor reserves all rights to amend its Schedules and Statements as may be necessary or appropriate.

**NOTE 2**: Unless otherwise indicated, all amounts are listed as of April 2, 2001 (the "Commencement Date"), the date that each Debtor commenced its chapter 11 case (collectively, the "Chapter 11 Cases").

**NOTE 3**: It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Accordingly, unless otherwise indicated, net book values, rather than current market values, of the Debtor's interests in property are reflected on the Debtor's Schedules.

**NOTE 4**: The Debtors in the Chapter 11 Cases have made every effort to allocate assets among Debtor subsidiaries and affiliates based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of assets among Debtor subsidiaries and affiliates may change.

**NOTE 5**: The Debtors in the Chapter 11 Cases have made every effort to allocate liabilities between the prepetition and postpetition periods, as well as among Debtor subsidiaries and affiliates, based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods between Debtor subsidiaries and affiliates may change.



In re: Darex Puerto Rico, Inc., Debtor                    Case No. 01-01150

**NOTE 6**: The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records and do not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits and allowances.

1.    Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)

| YEAR | SOURCE | AMOUNT |
|------|--------|--------|
| 1/1/2001 – 3/31/2001 | Business Operation | $1,315,679 |
| 2000 | Business Operation | $5,162,275 |
| 1999 | Business Operation | $4,788,979 |

2.    Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.

**NONE**

3.    Payment to creditors.

a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

**SEE EXHIBIT SOFA-3a**

In re: Darex Puerto Rico, Inc., Debtor                    Case No. 01-01150

    b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

| Intercompany Trade Balances | | |
|---|---|---|
| Company | 4/2/00 | 4/2/01 |
| W. R. GRACE & CO.-CONN. | $(1,709,890) | $(1,363,207) |

**Note**: Bracketed numbers represent payables.

**SEE EXHIBIT SOFA-3b - Officers/Directors for W. R. Grace & Co.-Conn.**

4.    Suits and administrative proceedings, executions, garnishments, and attachments.

    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

    **NONE**

    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

    **NONE**

5.    Repossessions, foreclosures, and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

**NONE**

In re: Darex Puerto Rico, Inc., Debtor                    Case No. 01-01150

6.    Assignments and receiverships.

  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

       **NONE**

  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

       **NONE**

7.    Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| COLEGIO NUESTRA SENORA DES ROSARIO | NONE | 11/16/00 | $1,000 |
| TECNO CRETE INC | NONE | 12/22/00 | $500 |

8.    Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

**The Debtor may, from time to time, incur losses due to theft and damage in the ordinary course of business, which are below the Debtor's property insurance deductible of $100,000. Such losses, which would be paid directly by the Debtor, are not tracked centrally by the Debtor in the ordinary course of business, and therefore, are not itemized herein. These losses do not include third-party claims against the Debtor such as general liability, product liability and auto liability claims.**

In re: Darex Puerto Rico, Inc., Debtor                              Case No. 01-01150

9.    Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, or consultation concerning debt consolidation, relief under the bankruptcy laws, preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

**NONE**

10.    Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.

**NONE**

11.    Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.   Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

**NONE**

12.    Safe deposit boxes.

List each safe deposit box or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

**NONE**

In re: Darex Puerto Rico, Inc., Debtor

Case No. 01-01150

13.    Setoffs.

List all setoffs made by any creditor, including a bank, against debts or deposits of the debtor within 90 days preceding the commencement of this case.

**NONE**


14.    Property held for another person.

List all property owned by another person that the debtor holds or controls.

**NONE**


15.    Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

**N/A**


16.    Nature, location, and name of business.

   a.    If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

   **N/A**

   b.    If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

   **N/A**

   c.    If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two

In re: Darex Puerto Rico, Inc., Debtor                    Case No. 01-01150

years immediately preceding the commencement of this case.

**NONE**

17.    Books, records and financial statements.

a.    List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Robert Tarola,<br>7500 Grace Drive<br>Columbia, MD 21044 | 5/99 - Present |
| Kathleen Brown<br>1 Town Center Rd,<br>Boca Raton, FL 33486<br><br>1750 Clint Moore Road<br>Boca Raton, FL 33486 | 3/31/96 – 5/99 |
| Richard Sukenik,<br>1 Town Center Rd,<br>Boca Raton, FL 33486 | 4/2/95 - 3/31/96 |

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

**PricewaterhouseCoopers, LLP**
**250 W. Pratt Street Suite 2100**
**Baltimore, MD 21201**

**PricewaterhouseCoopers, LLP audits the consolidated financial statements for the Debtor including the two years immediately preceding the filing.**


In re: Darex Puerto Rico, Inc., Debtor                    Case No. 01-01150

    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Robert Tarola | 7500 Grace Drive, Columbia MD 21044 |

    d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

**The Debtors provide financial statements in the ordinary course of business, and in compliance with federal securities laws and other regulations, to various parties including regulatory agencies, financial institutions, shareholders, investment banks, customers, vendors and attorneys. The Debtors have not maintained records of the parties who requested or obtained copies of the Debtors' financial statements, therefore, such parties are not listed herein.**

18.    Inventories.

    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

**The Debtor performs numerous physical inventories throughout any given year. The inventory procedures include annual physical inventories, cycle counts and daily inventory counts. The inventories are observed/audited on a rotational basis by PricewaterhouseCoopers and the Debtor's internal accountants and auditors. On the Debtor's books, inventory is stated at the lower of cost or market. The method for determining cost is last-in/first-out for substantially all of the filing entities.**

    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| See response to 18a. | Robert Tarola<br>7500 Grace Drive<br>Columbia, MD 21044 |

In re: Darex Puerto Rico, Inc., Debtor                    Case No. 01-01150

19.    Current Partners, Officers, Directors and Shareholders.

   a.    If the debtor is a partnership, list the nature and percentage of partnership interest of partnership interest of each member of the partnership.

   **N/A**

   b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NAME AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| W. R. Grace & Co.-Conn.<br>7500 Grace Drive<br>Columbia, MD 21044 | Parent Company | 100% |
| Robert J. Bettacchi<br>62 Whittemore Avenue<br>Cambridge, MA 02140 | Director / President | 0% |
| Susan E. Farnsworth<br>7500 Grace Drive<br>Columbia, MD 21044 | Director / Vice President-Finance | 0% |
| Wayne Smith<br>62 Whittemore Avenue<br>Cambridge, MA 02140 | Director / Vice President | 0% |
| David B. Siegel<br>7500 Grace Drive<br>Columbia, MD 21044 | Vice President | 0% |
| Dudley L. Bobolts<br>62 Whittemore Avenue<br>Cambridge, MA 02140 | Assistant Vice President | 0% |
| O. Mario Favorito<br>62 Whittemore Avenue<br>Cambridge, MA 02140 | Secretary | 0% |
| Mark A. Shelnitz<br>7500 Grace Drive<br>Columbia, MD 21044 | Assistant Secretary | 0% |
| Robert M. Tarola<br>7500 Grace Drive<br>Columbia, MD 21044 | Treasurer | 0% |



In re: Darex Puerto Rico, Inc., Debtor                                    Case No. 01-01150

20.    Former partners, officers, directors, and shareholders.

    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

       **N/A**

    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Gregory E. Poling<br>7500 Grace Drive<br>Columbia, MD 21044 | Director / Vice President | May 30, 2000 |

21.    Withdrawals from a partnership or distributions by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**SEE RESPONSE TO 3b.**

In re: Darex Puerto Rico, Inc., Debtor                    Case No. 01-01150

## DECLARATION

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that to the best of my knowledge and belief they are true and correct.

Date 5/24/01 _____          Signature _____
                                                of Debtor

Date _____          Signature _____
                                                of Joint Debtor
                                                (if any)

Darex Puerto Rico, Inc.

Case No.    01-01150                    Exhibit SOFA-3a

Statement of Financial Affairs #3a

Payments Made to Creditors in the Last 90 Days*

| Vendor# | Vendor Name | Amount |
|---------|-------------|--------|
| 18461 | A.I.P.A | $ 230.00 |
| 56322 | AGUN TRANSPORT INC | $ 96,174.70 |
| 40944 | ALEXANDER VEGA | $ 80.00 |
| 18727 | ALONSO & CARUS IRON WORKS INC | $ 26,520.00 |
| 15117 | ARMANDO LABOY | $ 1,028.00 |
| 44517 | ASHLAND DISTRIBUTION COMPANY | $ 52,010.32 |
| 57228 | ASSOCIACION DE INDUSTRIALES DE | $ 315.25 |
| 39185 | ATLANTIC FIBER TECHNOLOGIES LIMITED | $ 3,916.50 |
| 19113 | AUTORIDAD DE ACUEDUCTOS Y | $ 37.27 |
| 15164 | AUTORIDAD DE ENERGIA ELECTRICA DE | $ 3,693.07 |
| 36899 | AVAYA FINANCIAL SERVICES | $ 778.96 |
| 14190 | BACARDI CORPORATION | $ 15,505.54 |
| 25304 | BAYAMON CONCRETE INDUSTRIES INC | $ 9,000.00 |
| 15163 | BROWNING-FERRIS INDUSTRIES | $ 756.00 |
| 41698 | CANDELARIA SERVICE STATION | $ 855.25 |
| 58755 | CARIBBEAN CUSTOMS BUSINESS SERVICE | $ 452.48 |
| 40514 | CORTELCO | $ 136.00 |
| 42916 | DE LAGE LANDEN FINANCIAL SERVICES | $ 431.90 |
| 36696 | DEPARTAMENTO DE HACIENDA | $ 597.67 |
| 39977 | EURO-AMERICAN STEEL CO INC | $ 5,000.00 |
| 15161 | FERRETERIA GIUSTI INC | $ 1,465.72 |
| 21954 | FLEXITANK INC | $ 305,278.87 |
| 15165 | GONZALO GONZALEZ & ASSOC. INC | $ 33.50 |
| 38484 | GUARDIAN ELECTRONIC SECURITY | $ 155.25 |
| 8271 | HAMPSHIRE CHEMICAL CORP. | $ 59,457.23 |
| 8400 | HUNTSMAN CORPORATION | $ 25,878.42 |
| 22364 | INDUSTRIAL RUBBER & MECHANICS INC | $ 220.60 |
| 46986 | ISRAEL CABRERA SALGADO | $ 200.00 |
| 46985 | JULIO LEGARDO NEGRON | $ 2,960.00 |
| 15162 | LA CASA DEL CAMIONERO - VEGA ALTA | $ 363.96 |
| 38191 | LIGNOTECH USA INC | $ 53,302.50 |
| 17288 | MARCELINO RIVERA | $ 3,225.00 |
| 22843 | MASTER CONCRETE | $ 67,469.00 |
| 19450 | MCCONNELL VALDES | $ 657.30 |
| 9186 | NORCHEM CONCRETE PRODUCTS INC. | $ 9,360.00 |
| 40826 | NRG DISTRIBUTION CORP | $ 35.00 |
| 58690 | OLEUM INDUSTRIAL INC | $ 191.88 |
| 9279 | OMNI COMPUTER PRODUCTS | $ 151.25 |
| 38672 | PROGAS | $ 157.50 |
| 15104 | PUERTO RICO TELEPHONE | $ 1,318.65 |
| 51609 | PURCHASE POWER | $ 79.00 |
| 52802 | RAFAEL PRESTAMO | $ 4,309.00 |
| 43199 | RAPIDEX DELIVERY SERVICE | $ 595.00 |
| 57348 | REVISTA SUBASTAS | $ 295.00 |
| 46769 | RODRIGUEZ WELDING & CONSTRUCTION | $ 1,135.00 |
| 50700 | RS ELECTRICAL AND CONSTRUCTION CO | $ 6,000.00 |
| 44470 | SARAH GONZALEZ | $ 521.00 |
| 15632 | SELIG CHEMICAL INDUSTRIES | $ 1,540.00 |

*See Creditor Matrix for address information.

Additional payment detail can be provided upon request.

Darex Puerto Rico, Inc.
Case No.   01-01150

Exhibit SOFA-3a

Statement of Financial Affairs #3a
Payments Made to Creditors in the Last 90 Days*

| Vendor# | Vendor Name | Amount |
|---------|-------------|-------:|
| 19699 | SOLARES & CO INC | $ 975.75 |
| 38538 | STATE CHEMICAL SALES CO INT'L INC | $ 239.40 |
| 15239 | TECNO CRETE INC | $ 180,943.09 |
| 13985 | THEM OF NEW JERSEY | $ 7,358.58 |
| 15115 | TISCHER & CO INC | $ 233.50 |
| 45281 | TLD DE PUERTO RICO | $ 179.26 |
| 15089 | UNITED PARCEL SERVICE | $ 40.69 |
| 39306 | VIS FIRE SERVICES | $ 108.00 |
| 15631 | ZEE MEDICAL SERVICE CO | $ 67.15 |
| | Total | $ 954,019.96 |

*See Creditor Matrix for address information.
Additional payment detail can be provided upon request.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DAREX PUERTO RICO, INC. | ) | Case No. 01-01150 (JJF) |
| | ) | |
| Debtor. | ) | |

# SCHEDULES OF ASSETS AND LIABILITIES

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois   60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG &
  JONES P.C.
Laura Davis Jones
Hamid R. Rafatjoo
David W. Carickhoff, Jr.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware   19899-8705
(302) 652-4100

Co-counsel for the Debtors and Debtors
  in Possession



## GENERAL NOTES REGARDING THE DEBTOR'S
## SCHEDULES OF ASSETS AND LIABILITIES

1.  The Schedules and Statements have been prepared by the Debtor's Management and are unaudited. While management of the Debtor has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in financial data contained in the Schedules and Statements and inadvertent errors or omissions may exist. To the extent the Debtor discovers additional information that may suggest a material difference, the Debtor will amend the Schedules and Statements to reflect such changes. Accordingly, the Debtor reserves all rights to amend its Schedules and Statements as may be necessary or appropriate.

2.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Accordingly, unless otherwise indicated, net book values, rather than current market values, of the Debtor's interests in property are reflected on the Debtor's Schedules.

3.  Any failure to designate a claim on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

4.  While every effort has been made to file complete and accurate Schedules, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend its Schedules as necessary or appropriate.

5.  Unless otherwise indicated, all amounts are listed as of April 2, 2001 (the "<u>Commencement Date</u>"), the date each Debtor commenced its chapter 11 case (collectively, the "<u>Chapter 11 Cases</u>").

6.  The Debtors have been parties to a substantial number of business transactions and relationships since the formation of the original W. R. Grace & Co. over 100 years ago, including, without limitation, acquisitions or divestments of businesses, purchases, sales or leases of real property, joint ventures and partnerships. In connection with those transactions and relationships, the Debtor may have rights under indemnities and other contract provisions. The Debtor has conducted due diligence to identify potential claims which the Debtor may have in connection with such transactions or relationships, but may not be able to identify all such potential claims as of the Commencement Date. The Debtor reserves all rights to amend this Schedule as may be necessary or appropriate to reflect such claims.

7.    In the ordinary course of business, persons, entities or governmental instrumentalities (a) may assert liens against the Debtor, such as tax, water and sewage, mechanics', materialmen's, warehouseman's or carrier's liens, or (b) may assert claims against letters of credit, surety bonds, or guarantees, issued on behalf of the Debtor, such as standby letters of credit and bonds relating to environmental remediation, customs bonds and appeals bonds, as to which the Debtor may have liability. The Debtor has conducted due diligence to identify such liens and claims, but may not have received notice of all such claims as of the Commencement Date and therefore, such liens or claims may not be listed herein. The Debtor reserves all rights to amend its Schedules as may be necessary or appropriate to reflect such claims.

8.    The Debtors in the Chapter 11 Cases have made every effort to allocate assets among Debtor subsidiaries and affiliates based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of assets among Debtor subsidiaries and affiliates may change.

9.    The Debtors in the Chapter 11 Cases have made every effort to allocate liabilities between the prepetition and postpetition periods, as well as among Debtor subsidiaries and affiliates, based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods between Debtor subsidiaries and affiliates may change.

10.   The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records and do not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits and allowances.

In re: Darex Puerto Rico, Inc., Debtor                     Case No.:          01-01150

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | YES | 1 | $221,950.00 | | |
| B - Personal Property | YES | 2 | $4,821,950.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 17 | | $1,643,370.93 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 30 | | | |
| Total Assets | | | $5,043,900.00 | | |
| Total Liabilities | | | | $1,643,370.93 | |

24-May-01

Note: The amounts listed in the table above include intercompany balances between the Debtor and its debtor and non-debtor subsidiaries and affiliates and would not be representative of the Debtor's financial position on a consolidated basis.

In re: <u>Darex Puerto Rico, Inc.</u>, Debtor    Case No. <u>01-01150</u>

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTORS INTEREST IN PROPERTY | CURRENT BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR MORTGAGE | AMOUNT OF SECURED CLAIM OR MORTGAGE |
|---|---|---|---|
| Puerto Rico Facilities<br><br>#2 Hwy KM 20.5<br>Toa Baja, PR  00949 | Owned | $221,950 | None |
| | Total | $221,950 | |

In re: Darex Puerto Rico, Inc., Debtor    Case No. 01-01150

## SCHEDULE B - PERSONAL PROPERTY

**Note**: The amounts listed in this schedule include intercompany balances between the Debtor and its debtor and non-debtor subsidiaries and affiliates and would not be representative of the Debtor's financial position on a consolidated basis.

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | | Puerto Rico Facilities #2 Hwy KM 20.5 Toa Baja, PR 00949 | $1,500 |
| 2. Checking, saving or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank New York, New York Acct. # 300153011 Depository and disbursement and payroll account. | $1,531,651 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | NONE | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | NONE | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | NONE | | |
| 6. Wearing apparel. | NONE | | |
| 7. Furs and jewelry. | NONE | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | NONE | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Debtor has insurance coverage through various policies maintained by W. R. Grace & Co. (see Exhibit B-9 on W. R. Grace & Co. for a list of insurance policies). | Deductibles and limits per policy |
| 10. Annuities. Itemize and name each issuer. | NONE | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | NONE | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | NONE | | |
| 13. Interests in partnerships or joint ventures. Itemize. | NONE | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | NONE | | |
| 15. Accounts Receivable. | | Accounts Receivable Trade, net | $2,459,442 |
| | | Accounts Receivable Non-Trade, net | $508 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | NONE | | |



In re: Darex Puerto Rico, Inc., Debtor    Case No. 01-01150

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | NONE | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | NONE | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | NONE | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | Debtor may have patents, trademarks and copyrights as shown on Exhibit B-21 – W. R. Grace & Co. – Conn. | $0 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | NONE | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | NONE | | |
| 24. Boats, motors, and accessories. | NONE | | |
| 25. Aircraft and accessories. | NONE | | |
| 26. Office equipment, furnishings, and supplies. | | IS hardware | $19,579 |
| 27. Machinery, fixtures, equipment and supplies used in business. | | Machinery & equipment | $592,470 |
| 28. Inventory. | | Inventories | $196,939 |
| 29. Animals. | NONE | | |
| 30. Crops - growing or harvested. Give particulars. | NONE | | |
| 31. Farming equipment and implements. | NONE | | |
| 32. Farms supplies, chemicals, and feed. | NONE | | |
| 33. Other personal property of any kind not already listed. Itemize. | | **Projects Under Construction:** <br> Puerto Rico Facilities <br> #2 Hwy KM 20.5 <br> Toa Baja, PR 00949 | $17,861 |
| | | Other | $2,000 |
| | | Total | $4,821,950.00 |

In re: <u>Darex Puerto Rico, Inc.</u>, Debtor    Case No. <u>01-01150</u>

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | BOOK VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*In re: Darex Puerto Rico, Inc., Case No. 01-01150*

## SCHEDULE D

## CREDITORS HOLDING SECURED CLAIMS

## GENERAL NOTES

The Debtors in the Chapter 11 Cases have been a party to a substantial number of business transactions and relationships since the formation of the original W.R. Grace & Co. over 100 years ago, including, without limitation, acquisitions or divestments of businesses, purchases, sales or leases of real property, joint ventures and partnerships. In connection with those transactions and relationships, the Debtor may have rights under indemnities and other contract provisions. The Debtor has conducted due diligence to identify potential claims which the Debtor may have in connection with such transactions or relationships, but may not be able to identify all such potential claims as of the Commencement Date. The Debtor reserves all rights to amend this Schedule as may be necessary or appropriate to reflect such claims.

In re: DAREX PUERTO RICO, INC. Debtor, Case No. 01-01150

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|
| None | | | | |

*In re: Darex Puerto Rico, Inc., Case No. 01-01150*

## SCHEDULE E

## CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## GENERAL NOTES

1. By Orders of the Bankruptcy Court dated April 2, 2001, the Debtor is authorized to pay the following prepetition claims:

    a.   employee wages, salaries and other compensation for current employee wages and benefits earned within 90 days of the Commencement Date;

    b.   workers' compensation for all current and former employees; and

    c.   certain reimbursable employee expenses and benefits.

    Accordingly, such claims are not listed on Schedule E.

2. By Orders of the Bankruptcy Court dated April 2, 2001, the Debtor received authority to pay prepetition sales and use taxes owed to state and local taxing authorities. Thus, sales and use taxes are not listed on Schedule E.

3. The Debtor's characterization of these claims as priority claims is preliminary in nature and the Debtor reserves its rights to dispute or challenge whether such claims are entitled to priority status.

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT, UNLIQUIDATED DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|
| 1693732  -  10327095<br>BUREAU OF RETURNS PROCESSING<br>ATTN:   DEPARTMENT OF THE TREASURY<br>PO BOX 9022501<br>SAN JUAN     PR     00902-2501 | TAXES, INTEREST AND PENALTIES | Contingent, Disputed, Unliquidated | Unknown | Unknown |
|  |  | TOTAL: | Unknown |  |



*In re: Darex Puerto Rico, Inc., Case No. 01-01150*

## SCHEDULE F

## CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

## GENERAL NOTES

1. The Debtors in the Chapter 11 Cases have been a party to a substantial number of business transactions and relationships since the formation of the original W.R. Grace & Co. over 100 years ago, including, without limitation, acquisitions or divestments of businesses, purchases, sales or leases of real property, joint ventures and partnerships. In connection with those transactions and relationships, the Debtor may have rights under indemnities and other contract provisions. The Debtor has conducted due diligence to identify potential claims which the Debtor may have in connection with such transactions or relationships, but may not be able to identify all such potential claims as of the Commencement Date. The Debtor reserves all rights to amend this Schedule as may be necessary or appropriate to reflect such claims.

2. In the ordinary course of business, persons, entities or governmental instrumentalities (a) may assert liens against the Debtor, such as tax, water and sewerage, mechanics', materialmen's, warehouseman's or carrier's liens, or (b) may assert claims against letters of credit, surety bonds, or guarantees, issued on behalf of the Debtor, such as standby letters of credit and bonds relating to environmental remediation, customs bonds and appeals bonds, as to which the Debtor may have liability. The Debtor has conducted due diligence to identify such liens and claims, but may not have received notice of all such claims as of the Commencement Date and therefore, such liens or claims may not be listed herein. The Debtor reserves all rights to amend its Schedules as may be necessary or appropriate.

3. By Orders of the Bankruptcy Court dated April 2, 2001, the Debtor is authorized to pay certain prepetition claims relating to the Debtor's customer programs and practices, including, without limitation, certain product guarantees and warranties and certain licensing fees and expenses. Accordingly, such claims are not listed on Schedule F.

*In re: Darex Puerto Rico, Inc., Case No. 01-01150*

## SCHEDULE F

## CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

## GENERAL NOTES - Continued

4.  The environmental claims set forth on Schedule F of W.R. Grace & Co. – Conn., were asserted against W. R. Grace & Co., W.R. Grace & Co. - Conn. and/or Remedium Group, Inc.  The Debtor is not able to determine in all instances which Debtor in the Chapter 11 Cases the claims were filed against.  Thus, environmental claims were only included on Schedule F of W.R. Grace & Co. – Conn.  This listing shall not constitute an admission by any Debtor that the environmental claims herein were filed against any particular Debtor and the Debtor reserves its right to assert that neither the Debtor nor any other Debtor in the Chapter 11 Cases is an appropriate party to such actions or proceedings.

5.  Certain asbestos claims may have been asserted against the Debtor, however, the Debtor is not able to determine in all instances which other Debtors in the Chapter 11 Cases the claims were filed against.  Thus, asbestos claims are only listed on Schedule F of W.R. Grace & Co. - Conn.  The listing therein shall not constitute an admission by the Debtor that the asbestos claims herein were filed against any particular Debtor and the Debtor reserves its right to assert that neither the Debtor nor any other Debtor in the Chapter 11 Cases is an appropriate party to such actions or proceedings.

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1080922 - 10056732<br>ADJUNTAS READY MIX<br>ADJUNTAS    PR   601 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1080975 - 10056785<br>ADJUNTAS READY MIX<br>ATTN:  ACCOUNTS PAYABLE<br>ADJUNTAS    PR   601 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1081025 - 10056835<br>ALL STEEL SERVICES<br>HC 80<br>DORADO    PR   646 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1081026 - 10056836<br>ALL STEEL SERVICES<br>PR #2 KM 25.2<br>DORADO    PR   646 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1081142 - 10073658<br>ALONSO & CARUS IRON WORKS INC<br>PO BOX 566<br>CATANO    PR   963 | TRADE PAYABLE | | $8,280.00 |
| 1081272 - 10073669<br>ASHLAND DISTRIBUTION COMPANY<br>Attn DIVISION OF ASHLAND INC.<br>ATTN: ACCOUNTS PAYABLE<br>P. O. BOX 1026<br>BAYAMON    PR   960 | TRADE PAYABLE | | $8,608.72 |
| 1081116 - 10073655<br>AUTORIDAD DE ENERGIA ELECTRICA DE<br>Attn  PUERTO RICO<br>P O BOX 363508<br>SAN JUAN    PR   00936-3508 | TRADE PAYABLE | | $1,168.21 |
| 1081096 - 10073652<br>BACARDI CORPORATION<br>GPO BOX#363549<br>SAN JUAN    PR   00936-3549 | TRADE PAYABLE | | $10,020.08 |
| 1081181 - 10073663<br>BAYAMON CONCRETE INDUSTRIES INC<br>PO BOX 1232<br>BAYAMON    PR   960 | TRADE PAYABLE | | $6,000.00 |
| 1080926 - 10056736<br>BEATRIZ READY MIX<br>HC 72<br>CAYEY    PR   00736-9513 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1080977 - 10056787<br>BEATRIZ READY MIX<br>PMB 24 BOX 6400<br>CAYEY    PR   737 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1081001 - 10056811<br>BLOQUES CARMELO<br>PLANT #2<br>SABANA SECA<br>LEVITTOWN    PR   949 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1081019 - 10056829<br>BLOQUES CARMELO<br>FOR CONVERSION ONLY DO NOT USE<br>SABANA SECA    PR   952 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1081004 - 10056814<br>BLOQUES CARMELO INC<br>ATTN:  ACCOUNTS PAYABLE<br>SABANA SECA    PR   952 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1081002 - 10056812<br>BLOQUES PEREZ<br>HUMACAO    PR   791 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1081005 - 10056815<br>BLOQUES PEREZ<br>ATTN:  ACCOUNTS PAYABLE<br>HUMACAO    PR   792 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1081115 - 10073654<br>BROWNING-FERRIS INDUSTRIES<br>Attn OF PUERTO RICO INC<br>P O BOX 51986<br>TOA BAJA    PR   00950-1986 | TRADE PAYABLE | | $151.20 |
| 1693732 - 10327094<br>BUREAU OF RETURNS PROCESSING<br>Attn DEPARTMENT OF THE TREASURY<br>PO BOX 9022501<br>SAN JUAN    PR   00902-2501 | TAXES, INTEREST AND PENALTIES | Contingent, Disputed, Unliquidated | Unknown |
| 1081033 - 10056843<br>CANTERA GUTIERREZ<br>AUGUILLA BUZON 7-446<br>ISABELA    PR   662 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1081063 - 10056873<br>CANTERA GUTIERREZ<br>ATTN:  ACCOUNTS PAYABLE<br>ISABELA    PR   662 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1081061 - 10056871<br>CARIBBEAN PRESTRESS<br>ATTN:  ACCOUNTS PAYABLE<br>LAS PIEDRAS    PR   771 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1080923 - 10056733<br>CARIBBEAN PRESTRESS, S.E.<br>CATANO    PR   962 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1080924 - 10056734<br>COLOCO READY MIX<br>BARRANQUITAS    PR   794 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1080925 - 10056735<br>COLOCO READY MIX<br>AIBONITO    PR   705 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1080976 - 10056786<br>COLOCO READY MIX<br>ATTN:  ACCOUNTS PAYABLE<br>BARRANQUITAS    PR   794 | CUSTOMER CLAIM | Contingent, Disputed, Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1080927 - 10056737<br>CONCRETERA DEL OESTE<br>PO BOX 890<br>HORMIGUERO    PR   623 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080978 - 10056788<br>CONCRETERA DEL OESTE<br>ATTN:  ACCOUNTS PAYABLE<br>HORMIGUERO    PR   623 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080928 - 10056738<br>CONCRETERA ORAMA<br>UTUADO    PR   641 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080938 - 10056748<br>CONCRETERA ORAMA S.E.<br>RD 144 KM 1 HM 2<br>JAYUYA    PR   664 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080979 - 10056789<br>CONCRETERA ORAMA, INC<br>ATTN:  ACCOUNTS PAYABLE<br>JAYUYA    PR   664 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080929 - 10056739<br>CONCRETO MIXTO INC<br>PLANT #21<br>CATANO    PR   632 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080930 - 10056740<br>CONCRETO MIXTO INC<br>BARRIO BUENA VISTA<br>HUMACAO    PR   791 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080931 - 10056741<br>CONCRETO MIXTO INC<br>PLANT #8<br>CAGUAS    PR   725 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080932 - 10056742<br>CONCRETO MIXTO INC<br>HUMACAO    PR   791 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080933 - 10056743<br>CONCRETO MIXTO INC<br>PLANT #6<br>TOA ALTA    PR   953 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080934 - 10056744<br>CONCRETO MIXTO INC<br>PLANT #9<br>DORADO    PR   646 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080935 - 10056745<br>CONCRETO MIXTO INC<br>FAJARDO    PR   738 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080937 - 10056747<br>CONCRETO MIXTO INC<br>PLANT #16<br>SAN JUAN    PR   979 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |



In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1080980 - 10056790<br>CONCRETO MIXTO INC<br>ATTN:  ACCOUNTS PAYABLE<br>CAROLINA   PR  00984-1909 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081050 - 10056860<br>CONCRETO MIXTO INC<br>PLANT #20<br>CATANO   PR  962 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080913 - 10056723<br>CONCRETOS DEL NORTE<br>GPO BOX 3205<br>SAN JUAN   PR  936 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080936 - 10056746<br>CONCRETOS DEL NORTE<br>RIO PIEDRAS   PR  925 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081062 - 10056872<br>CONCRETOS DEL NORTE<br>ATTN:  ACCOUNTS PAYABLE<br>SAN JUAN   PR  00936-3205 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081343 - 10073675<br>CORTELCO<br>P.O. BOX 70260<br>SAN JUAN   PR  936 | TRADE PAYABLE | | $68.00 |
| 1081293 - 10073671<br>CRAWFORD<br>P O BOX 71399<br>SAN JUAN   PR  00936-8499 | TRADE PAYABLE | | $269.40 |
| 1080939 - 10056749<br>CRIOLLO READY MIX<br>GURABO   PR  778 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080981 - 10056791<br>CRIOLLO READY MIX<br>ATTN:  ACCOUNTS PAYABLE<br>GURABO   PR  778 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081074 - 10073648<br>DELL RECEIVABLES L.P.<br>PO BOX 120001<br>DEPT. 0837<br>DALLAS   TX  75312-0837 | TRADE PAYABLE | | $3,760.97 |
| 1081212 - 10073664<br>DEPARTAMENTO DE HACIENDA<br>P O BOX 1040<br>SAN JUAN   PR  922 | TRADE PAYABLE | | $597.67 |
| 1080993 - 10056803<br>EMPRESAS TERRASSA<br>URB STA ROSA<br>35-17 CALLE 24<br>BAYAMON   PR  959 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081003 - 10056813<br>EMPRESAS TERRASSA<br>SAN JUAN   PR  979 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1081018 - 10056828<br>EMPRESAS TERRASSA<br>PLANT #2<br>SAN JUAN    PR   979 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080994 - 10056804<br>EMPRESAS TITO CASTRO INC.<br>CERRILLO WARD<br>PONCE    PR   733 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080973 - 10056783<br>EMPRESAS TITO CASTRO READY MIX<br>APARTADO 589<br>PONCE    PR   733 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081047 - 10056857<br>EMPRESS TERRASSAS<br>Attn PLANT #5<br>CAGUAS    PR   725 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081038 - 10056848<br>ESAN PRECAST INC<br>ATTN: ACCOUNTS PAYABLE<br>VEGA BAJA    PR   694 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081044 - 10056854<br>FABRICA BLOQUES VEGA BAJA<br>AVE TRIO VEGA BAJENO KM 1.0<br>VEGA BAJA    PR   693 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081065 - 10056875<br>FABRICA BLOQUES VEGA BAJA<br>ATTENTION: ACCOUNTS PAYABLE<br>VEGA BAJA    PR   694 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081113 - 10073653<br>FERRETERIA GIUSTI INC<br>Attn CARR NUM 2 KM 20 HM 3 BO<br>    CANDELARIA<br>BOX 381<br>TOA BAJA    PR   00951-0381 | TRADE PAYABLE | | $1,400.79 |
| 1081165 - 10073662<br>FLEXITANK INC<br>PO BOX 51928<br>TOA BAJA    PR   00950-1928 | TRADE PAYABLE | | $94,343.23 |
| 1081037 - 10056847<br>FRANCISCO LEVY HIJO, INC.<br>ATTN:  ACCOUNTS PAYABLE<br>SAN JUAN    PR   00902-2708 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081064 - 10056874<br>FRANCISCO LEVY HIJO, INC.<br>1319 ASHFORD AVENUE-SUITE #2-A<br>CONDADO    PR   907 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080982 - 10056792<br>FUENTES CONCRETE PILES<br>ATTN:  ACCOUNTS PAYABLE<br>SAN JUAN    PR   936 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1081051 - 10056861<br>FUENTES CONCRETE PILES<br>SABANA SECA<br>TOA BAJA    PR   949 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081117 - 10073656<br>GONZALO GONZALEZ & ASSOC. INC<br>Attn AGUA DE MANATIAL<br>PO BOX 11850 SUITE 140<br>SAN JUAN   PR   00922-1850 | TRADE PAYABLE | | $22.00 |
| 1081255 - 10073667<br>GRAINGER CARIBE INC<br>DEPT 737 - 846569499<br>PALATINE   IL   60038-0001 | TRADE PAYABLE | | $64.38 |
| 1080941 - 10056751<br>HORMIGONERA DEL TOA<br>ESTACION 1<br>BAYAMON   PR   00960-9998 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080984 - 10056794<br>HORMIGONERA DEL TOA<br>ESTACION ONE<br>BAYAMON   PR   00960-9996 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081043 - 10056853<br>HORMIGONERA MAYAGUEZ<br>PLANT 24<br>HATO REY   PR   917 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080942 - 10056752<br>HORMIGONERA MAYAGUEZANA<br>PLANT #16<br>PONCE   PR   731 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080943 - 10056753<br>HORMIGONERA MAYAGUEZANA<br>PLANT #12<br>GUAYAMA   PR   784 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080944 - 10056754<br>HORMIGONERA MAYAGUEZANA<br>PLANT #1<br>MAYAGUEZ   PR   680 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080945 - 10056755<br>HORMIGONERA MAYAGUEZANA<br>PLANT #10<br>CEIBA   PR   735 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080946 - 10056756<br>HORMIGONERA MAYAGUEZANA<br>PLANT #6<br>GUAYNABO   PR   966 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080947 - 10056757<br>HORMIGONERA MAYAGUEZANA<br>PLANT #13<br>ISABELA   PR   662 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1080948 - 10056758<br>HORMIGONERA MAYAGUEZANA<br>PLANT #2<br>SAN GERMAN    PR   683 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080949 - 10056759<br>HORMIGONERA MAYAGUEZANA<br>PLANT B<br>BAYAMON    PR   956 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080950 - 10056760<br>HORMIGONERA MAYAGUEZANA<br>PLANT #5<br>SAN SEBASTIAN    PR   685 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080951 - 10056761<br>HORMIGONERA MAYAGUEZANA<br>BARCELONETA    PR   617 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080952 - 10056762<br>HORMIGONERA MAYAGUEZANA<br>PLANT #8<br>VEGA BAJA    PR   693 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080953 - 10056763<br>HORMIGONERA MAYAGUEZANA<br>PLANT #3<br>AGUADILLA    PR   603 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080954 - 10056764<br>HORMIGONERA MAYAGUEZANA<br>PLANT #17<br>PONCE    PR   731 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080985 - 10056795<br>HORMIGONERA MAYAGUEZANA<br>ATTN:  ACCOUNTS PAYABLE<br>MAYAGUEZ    PR   681 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081027 - 10056837<br>HORMIGONERA MAYAGUEZANA<br>URBAN TRAIN PROJECT<br>RIO PIEDRAS    PR   925 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081029 - 10056839<br>HORMIGONERA MAYAGUEZANA<br>CARR #3 BO NAVARRO<br>GURABO    PR   778 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081032 - 10056842<br>HORMIGONERA MAYAGUEZANA<br>GUAYANILLA    PR   656 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081052 - 10056862<br>HORMIGONERA MAYAGUEZANA<br>PLANT #14<br>ARECIBO    PR   612 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081053 - 10056863<br>HORMIGONERA MAYAGUEZANA<br>BAYAMON    PR   956 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1081054 - 10056864<br>HORMIGONERA MAYAGUEZANA<br>CAROLINA    PR   983 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081055 - 10056865<br>HORMIGONERA MAYAGUEZANA<br>PLANT #4<br>YAUCO    PR   698 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081080 - 10073649<br>HUNTSMAN CORPORATION<br>P.O. BOX 65888<br>CHARLOTTE    NC   28265 | TRADE PAYABLE | | $12,704.44 |
| 1683704 - 10328350<br>INTERNAL REVENUE SERVICE<br>Attn JAMES FIERLE<br>UNITED STATES TREASURY<br>7850 SW 6TH COURT<br>PLANTATION    FL   33324 | TAXES, INTEREST AND PENALTIES | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080940 - 10056750<br>JOGLAR READY MIX<br>ISABELA    PR   662 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080983 - 10056793<br>JOGLAR READY MIX<br>STATION 1<br>BAYAMON    PR   960 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1556963 - 10073676<br>LAB SAFETY SUPPLY INC<br>P.O. BOX 5004<br>JANESVILLE    WI   53547-5004 | TRADE PAYABLE | | $57.96 |
| 1081034 - 10056844<br>MASTER CONCRETE<br>RIO PIEDRAS    PR   925 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081039 - 10056849<br>MASTER CONCRETE<br>Attn PLANT #8<br>ROAD 156 KM 53.3, CARIABONCITO<br>CAGUAS    PR   725 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081040 - 10056850<br>MASTER CONCRETE<br>PLANT #5<br>SAN JUAN    PR   936 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081041 - 10056851<br>MASTER CONCRETE<br>PLANT #11<br>CANOVANAS    PR   729 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081048 - 10056858<br>MASTER CONCRETE<br>PLANT #8 PAONAZO<br>AGUAS BUENAS    PR   703 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081049 - 10056859<br>MASTER CONCRETE<br>Attn DO NOT USE - DUPLICATE USE<br>    526545<br>PLANT #9 VILLA REAL<br>CAGUAS    PR   725 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1081066 - 10056876<br>MASTER CONCRETE<br>PLANT #10<br>LAS PIEDRAS    PR    771 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080956 - 10056766<br>MASTER CONCRETE CORP<br>PLANT #2<br>MANATI    PR    674 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080957 - 10056767<br>MASTER CONCRETE CORP<br>PLANT #6<br>CAROLINA    PR    983 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080958 - 10056768<br>MASTER CONCRETE CORP<br>PLANT #2<br>MANATI    PR    674 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080959 - 10056769<br>MASTER CONCRETE CORP<br>Attn OFICINA CENTRAL<br>BO CANDELARIA<br>CARR NO 2 KM. 20.6<br>TOA BAJA    PR    951 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080960 - 10056770<br>MASTER CONCRETE CORP<br>PLANT #4<br>ARECIBO    PR    612 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081046 - 10056856<br>MASTER CONCRETE CORP<br>Attn PLANT #9<br>PROJECT CAGUAS REAL<br>PR 52, LAS AMERICAS EXPRESSWAY<br>CAGUAS    PR    725 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081056 - 10056866<br>MASTER CONCRETE CORP<br>PLANT #3<br>TRUJILLO ALTO    PR    976 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080987 - 10056797<br>MASTER CONCRETE PRODUCTS<br>ATTN:  ACCOUNTS PAYABLE<br>TOA BAJA    PR    951 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080996 - 10056806<br>MASTER CONCRETE PRODUCTS<br>CARR NO. 2 KM. 20.6<br>TOA BAJA    PR    951 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081023 - 10056833<br>MASTER PRODUCTS<br>Attn BO CANDELARIA<br>CARR NO. 2 KM 20.6<br>TOA BAJA    PR    951 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081057 - 10056867<br>MASTER PRODUCTS INC<br>TOA BAJA    PR    949 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1081030 - 10056840<br>MINI MASTER CONCRETE<br>JUNCOS    PR   777 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080962 - 10056772<br>MINI MASTER CONCRETE CORP<br>MOROVIS    PR   687 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080963 - 10056773<br>MINI MASTER CONCRETE CORP<br>OROCOVIS    PR   720 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080997 - 10056807<br>MINI MASTER CONCRETE SERVICE CORP.<br>CARR 2 KM 20.6<br>TOA BAJA    PR   951 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080961 - 10056771<br>MINI-MASTER CONCRETE CORP<br>JAYUYA    PR   664 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081042 - 10056852<br>MINI-MASTER CONCRETE CORP<br>Attn  OLYMPIC CITY<br>ROAD #30<br>LAS PIEDRAS    PR   771 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081226 - 10073665<br>MUNICIPAL REVENUE COLLECTION CENTER<br>Attn  MR CARLOS MENDOZA<br>C/O PRICE WATERHOUSE COOPERS<br>BANKO POPULAR CENTER SUITE 1101<br>HATO REY    PR   918 | TRADE PAYABLE | | $54,000.00 |
| 1080915 - 10056725<br>OCHOA INDUSTRIAL SALES CORP.<br>CAMBRIDGE    MA   99999 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081094 - 10073651<br>OCHOA INDUSTRIAL SALES CORP.<br>P.O. BOX 363968<br>SAN JUAN    PR   00936-6968 | TRADE PAYABLE | | $810.00 |
| 1080920 - 10056730<br>OCHOA INDUSTRIAL SALES ROAD 869<br>Attn  ATT: MS. SUSAN LEVINE<br>PALMAS BO<br>CATANO    PR   962 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081318 - 10073673<br>OLEUM INDUSTRIAL INC<br>Attn  GARDEN HILLS PLAZA<br>PMB 420;1353 RD 19<br>GUAYNABO    PR   00966-2700 | TRADE PAYABLE | | $191.88 |
| 1081035 - 10056845<br>POWER POLES, INC.<br>ATTN:  ACCOUNTS PAYABLE<br>RIO GRANDE    PR   745 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081036 - 10056846<br>POWER POLES, INC.<br>RD 955 KM 8.9<br>RIO GRANDE    PR   745 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1081231 - 10073666<br>PROGAS<br>PO BOX 21406<br>SAN JUAN   PR   00928-1406 | TRADE PAYABLE | | $19.75 |
| 1081326 - 10073674<br>PUERTO RICO TELEPHONE<br>P O BOX 71401<br>SAN JUAN   PR   00936-8501 | TRADE PAYABLE | | $45.90 |
| 1081161 - 10073661<br>PUERTO RICO TRACTION TIRES<br>Attn  MANUFACTURERS INC<br>PO BOX 11919<br>SAN JUAN   PR   00922-1919 | TRADE PAYABLE | | $1,197.00 |
| 1080988 - 10056798<br>QUALITY CONCRE-MIX, INC.<br>ATTN:  ACCOUNTS PAYABLE<br>BAYAMON   PR   960 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080964 - 10056774<br>QUALITY CONCRETE MIX<br>PLANT #3<br>NARANJITO    PR   719 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080965 - 10056775<br>QUALITY CONCRETE MIX<br>PLANT #2<br>NARANJITO    PR   719 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081058 - 10056868<br>QUALITY CONCRETE MIX<br>PLANT #1<br>TOA BAJA    PR   949 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081265 - 10073668<br>RAPIDEX DELIVERY SERVICE<br>APARTADO 3137<br>BAYAMON   PR   00960-3137 | TRADE PAYABLE | | $221.00 |
| 1080966 - 10056776<br>RAYMOND READY MIX<br>HATILLO    PR   659 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080989 - 10056799<br>RAYMOND READY MIX<br>ATTN:  ACCOUNTS PAYABLE<br>HATILLO    PR   659 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080967 - 10056777<br>READY MIX CONCRETE<br>BECHARA    PR   99999 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080968 - 10056778<br>READY MIX CONCRETE<br>PLANT #4<br>CAGUAS   PR   725 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080990 - 10056800<br>READY MIX CONCRETE<br>ATTN:  ACCOUNTS PAYABLE<br>CAROLINA   PR   984 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1081008 - 10056818<br>READY MIX CONCRETE<br>PLANT # 7<br>HUMACAO   PR   791 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081009 - 10056819<br>READY MIX CONCRETE<br>PLANT #8<br>CAGUAS   PR   725 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081010 - 10056820<br>READY MIX CONCRETE<br>PLANT #14<br>CAROLINA   PR   982 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081011 - 10056821<br>READY MIX CONCRETE<br>PLANT #9<br>DORADO   PR   646 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081012 - 10056822<br>READY MIX CONCRETE<br>PLANT #15<br>FAJARDO   PR   738 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081013 - 10056823<br>READY MIX CONCRETE<br>PLANT #16<br>SAN JUAN   PR   979 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081014 - 10056824<br>READY MIX CONCRETE<br>PLANT #20<br>CATANO   PR   962 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081015 - 10056825<br>READY MIX CONCRETE<br>PLANT # 21<br>CATANO   PR   632 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081024 - 10056834<br>READY MIX CONCRETE<br>PLANT #1<br>CAROLINA   PR   984 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080991 - 10056801<br>ROBLES READY MIX CORP<br>SAN CRISTOBAL INDUSTRIAL PARK<br>COTO LAUREL   PR   780 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081059 - 10056869<br>ROBLES READY MIX CORP<br>HC-06 BUXON 4810<br>COTO LAUREL<br>PONCE   PR   731 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080916 - 10056726<br>SAFETY KLEEN CORP.<br>CAMBRIDGE   MA   99999 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080917 - 10056727<br>SAFETY KLEEN CORP.<br>HIGHWAY 2, KILOMETER 51<br>MANATI   PR   674 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1081298 - 10073672<br>SALGADO ISRAEL CABRERA<br>APARTADO 159<br>DORADO    PR   646 | TRADE PAYABLE | | $200.00 |
| 1081148 - 10073659<br>SECRETARIO DE HACIENDA<br>.<br>SAN JUAN    PR   936 | TRADE PAYABLE | | $60.00 |
| 1081152 - 10073660<br>SOLARES & CO INC<br>PO BOX 9558<br>BAYAMON    PR    PR   00960-8041 | TRADE PAYABLE | | $1,095.97 |
| 1080969 - 10056779<br>STAR READY MIX<br>PLANT #3<br>CIDRA    PR   739 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080970 - 10056780<br>STAR READY MIX<br>PLANT #1<br>GURABO    PR   778 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080971 - 10056781<br>STAR READY MIX<br>CAROLINA    PR   983 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080992 - 10056802<br>STAR READY MIX<br>ATTN:  ACCOUNTS PAYABLE<br>CAGUAS    PR   726 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080955 - 10056765<br>SUN READY MIX<br>CARR #3, KM 75.7<br>BO JUNQUITO<br>HUMACAO    PR   791 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080986 - 10056796<br>SUN READY MIX<br>ATTN:  ACCOUNTS PAYABLE<br>PUNTA SANTIAGO    PR   00741-0902 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080914 - 10056724<br>SUN READY MIX-USE #500261<br>ATTN:  ACCOUNTS PAYABLE<br>PUNTA SANTIAGO    PR   00741-0902 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1552069 - 10073650<br>T.H.E.M. OF NEW JERSEY<br>127-A GAITHER DRIVE<br>MOUNT LAUREL    NJ   08054 | TRADE PAYABLE | | $3,679.29 |
| 1081118 - 10073657<br>TECNO CRETE INC<br>BOX 6516 SANTA ROSA UNIT<br>BAYAMON    PR   960 | TRADE PAYABLE | | $71,017.25 |
| 1081045 - 10056855<br>TERRASSA CONCRET<br>Attn (DORADO PLANT)<br>CARRETERA 691, KM 2.4 BOSABANA<br>DORADO    PR   646 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1081021 - 10056831<br>TERRASSA CONCRETE INDS.<br>URB SANTA ROSA<br>35-17 CALLE 24<br>BAYAMON    PR   959 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081022 - 10056832<br>TERRASSA CONCRETE INDS.<br>R/M PLANT<br>TOA ALTA    PR   953 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080972 - 10056782<br>TERRASSA CONCRETE INDUSTRIES<br>R/M PLANT<br>SAN JUAN    PR   979 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081031 - 10056841<br>TERRASSA CONCRETE INDUSTRIES<br>BAYAMON    PR   959 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081060 - 10056870<br>TERRASSA CONCRETE INDUSTRIES<br>TOA ALTA    PR   953 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081281 - 10073670<br>TLD DE PUERTO RICO<br>P O BOX 71314<br>SAN JUAN    PR   00936-8414 | TRADE PAYABLE | | $108.84 |
| 1694424 - 10327956<br>W. R. GRACE & CO.-CONN.<br>7500 GRACE DRIVE<br>COLUMBIA   MD   21044 | INTERCOMPANY PAYABLE | | $1,363,207.00 |
| 1080921 - 10056731<br>W.R. GRACE & CO.-CONN.  (4835)<br>Attn  GRACE CONSTRUCTION PRODUCTS<br>6445 WEST JONES AVE.<br>ZELLWOOD    FL   32798 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081028 - 10056838<br>W.R. GRACE & CO.-CONN.  (4837)<br>Attn  GRACE CONSTRUCTION PRODUCTS<br>733 LANEY-WALKER BLVD<br>AUGUSTA    GA   30903 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080999 - 10056809<br>W.R. GRACE & CO.-CONN.  (4899)<br>Attn  GRACE CONSTRUCTION PRODUCTS<br>CAPPARA STATION<br>SAN JUAN    PR   922 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1081020 - 10056830<br>W.R. GRACE & CO.-CONN. (001)<br>Attn  GRACE CONSTRUCTION PRODUCTS<br>62 WHITTEMORE AVE.<br>CAMBRIDGE    MA   02140 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080974 - 10056784<br>WESTERN READY MIX<br>MAYAGUEZ    PR   680 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1080995 - 10056805<br>WESTERN READY-MIX CONCRETE DIVISION<br>CALLE POST SUR 637<br>MAYAGUEZ    PR    681 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1080912 - 10056722<br>WESTIN RIO MAR BEACH RESORT<br>Attn CALLE 968, KM 1.4<br>C/O CUDDY SPRAY FIREPROOFING<br>PALMER    PR    721 | CUSTOMER CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| | | TOTAL: | $1,643,370.93 |

*In re: Darex Puerto Rico, Inc., Case No. 01-01150*

## SCHEDULE G

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

## GENERAL NOTES

1.  While every effort has been made to ensure the accuracy of this Schedule G, inadvertent errors or omissions may have occurred. The Debtor does not make any representations or warranties as to the completeness or accuracy of the information set forth herein, or the validity or enforceability of any contracts, agreements, leases or documents listed herein. The Debtor hereby reserves the right to dispute the validity, status or enforceability of any contracts, agreements, leases or documents set forth herein and to amend or supplement this Schedule G. Notwithstanding the inclusion of a particular contract, agreement, lease or document in this Schedule G, the Debtor hereby reserves the right to assert that such contract, agreement, lease or document is not an executory contract or unexpired lease.

2.  Certain of the contracts, agreements and leases listed on the Exhibits to Schedule G attached hereto may have expired or may have been modified, amended and supplemented from time to time by the conduct of the parties, various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed herein. The Debtor hereby reserves all rights to amend this Schedule to provide such additional information as may be necessary or appropriate.

3.  Schedule G does not include standard form purchase orders which might have been issued by the Debtor, by the Debtor's customers, or by others for the purchase of goods or services. It would be unduly burdensome and cost prohibitive on the Debtor to provide such information. The Debtor hereby reserves all rights to amend this Schedule to provide additional information as may be necessary or appropriate to reflect such agreements.

In re: DAREX PUERTO RICO, INC. Debtor, Case No. 01-01150

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1680960 - 10063886<br>AGUNT TRANSPORT, INC.<br>P.O. BOX 902<br>DORADO   PR   00546 | Type of Contract:    GENERAL<br>Term:   3 YEAR RENEWAL |
| 1680962 - 10063888<br>AUTORIDAD DE ACUEDUCTOS Y ALCANTARI<br>P.O. BOX 14580<br>SAN JUAN   PR   00916-4580 | Type of Contract:    SUPPLIER |
| 1680974 - 10063900<br>AUTORIDAD DE ENERGIA ELECTRICA<br>P.O. BOX 363508<br>SAN JUAN   PR   00936-3508 | Type of Contract:    SUPPLIER<br>Term:   MORE THAN 15 YEARS |
| 1680965 - 10063891<br>AVAYA (LUCENT)<br>P.O. BOX 93000<br>CHICAGO   IL   60673-3000 | Type of Contract:    TELEPHONE CONTRACT |
| 1680959 - 10063885<br>BAYAMON CONCRETE INDUSTRIES, INC.<br>P.O. BOX 1232<br>BAYAMON   PR   00960 | Type of Contract:    PROPERTY LEASE<br>Term:   10 YEAR LEASE |
| 1680969 - 10063895<br>BFI<br>P.O. BOX 51986<br>TOA BAJA   PR   00950-1986 | Type of Contract:    MISCELLANEOUS SERVICES |
| 1680970 - 10063896<br>CORTELCO<br>P.O. BOX 363665<br>SAN JUAN   PR   00936-3665 | Type of Contract:    SYSTEM SERVICE AGREEMENT |
| 1680964 - 10063890<br>DE LAGE LANDEN<br>P.O. BOX 41601<br>PHILADELPHIA   PA   19101-1601 | Type of Contract:    EQUIPMENT LEASE |
| 1680966 - 10063892<br>GUARDIAN ELECTRONICS<br>AVE RH TODD #1004<br>SANTURCE   PR   00908-3966 | Type of Contract:    SYSTEM SERVICE AGREEMENT<br>Term:   9/99 |
| 1680967 - 10063893<br>ISRAEL CABRERA<br>P.O. BOX 159<br>DORADO   PR   00646 | Type of Contract:    MAINTENANCE AGREEMENT |
| 1680963 - 10063889<br>JULIO LEGARDO<br>CALLE JAZMAN #5 BO. PALMAS<br>CATANO   PR | Type of Contract:    JANITORIAL SERVICES |
| 1680973 - 10063899<br>MARCELINO RIVERA<br>P.O. BOX 163<br>NARANJITO   PR   00719 | Type of Contract:    SUPPLIER<br>Term:   MORE THAN TEN YEARS |

In re: DAREX PUERTO RICO, INC. Debtor, Case No. 01-01150

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1680968 - 10063894<br>POPULAR LEASING<br>SAN JUAN    PR | Type of Contract:    AUTO LOAN<br>Term:    5 YEAR |
| 1680961 - 10063887<br>PRTC<br>P.O. BOX 71401<br>SAN JUAN    PR   00936-8501 | Type of Contract:    TELEPHONE CONTRACT |
| 1680971 - 10063897<br>TISCHER & CO, INC.<br>P.O. BOX 9020524<br>SAN JUAN    PR   00902-0524 | Type of Contract:    EQUIPMENT LEASE |
| 1680972 - 10063898<br>TLD DE PUERTO RICO<br>P.O. BOX 71314<br>SAN JUAN    PR   00936-8414 | Type of Contract:    TELEPHONE CONTRACT |

*In re: Darex Puerto Rico, Inc., Case No. 01-01150*

## SCHEDULE H

## CODEBTORS

## GENERAL NOTES

The Debtors are defendants in numerous proceedings and lawsuits in which there are multiple defendants.  Such defendants may be codebtors with respect to certain of the Debtors' liabilities.  It would be prohibitively expensive and unduly burdensome to obtain a comprehensive list of such potential codebtors, therefore, certain of the Debtors' codebtors may not be listed herein.

In re: DAREX PUERTO RICO, INC., Case No. 01-01150

# SCHEDULE H - CODEBTORS

None

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                              )
                                    )
Darex Puerto Rico, Inc.             )        Chapter 11
                                    )
                                    )
                  Debtor.           )        Case No. 01-01150

## DECLARATION UNDER PENALTY OF PREJURY ON BEHALF OF A CORPORATION

I, the <u>Senior Vice President, General Counsel and Chief Restructuring Officer</u> of the <u>W.R. Grace & Co.</u> named as a Debtor in the Chapter 11 Cases, and a duly authorized officer of the above captioned debtor and debtor in possession, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __34__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _5/24/01_

Signature _____

Print Name ____David B. Siegel____

*In re: Five Alewife Boston Ltd., Case No. 01-01154*

## SCHEDULE H

## CODEBTORS

## GENERAL NOTES

The Debtors are defendants in numerous proceedings and lawsuits in which there are multiple defendants.  Such defendants may be codebtors with respect to certain of the Debtors' liabilities.  It would be prohibitively expensive and unduly burdensome to obtain a comprehensive list of such potential codebtors, therefore, certain of the Debtors' codebtors may not be listed herein.

In re: FIVE ALEWIFE BOSTON LTD., Case No. 01-01154

# SCHEDULE H - CODEBTORS

None

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Five Alewife Boston Ltd. | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Case No. 01-01154 |

## DECLARATION UNDER PENALTY OF PREJURY ON BEHALF OF A CORPORATION

I, the <u>Senior Vice President, General Counsel and Chief Restructuring Officer</u> of the <u>W.R. Grace & Co.</u> named as a Debtor in the Chapter 11 Cases, and a duly authorized officer of the above captioned debtor and debtor in possession, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___19___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  5/24/01

Signature

Print Name    David B. Siegel