# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date:   **November 26, 2002**

To:     Attn: Clerk
        U. S. Third Circuit Court of Appeals
        21400 United States Courthouse
        601 Market Street
        Philadelphia, PA 19106-1790

Re:     **W.R. Grace & Co., et al.**
        **Adv. Pro. 02-2210 (Wolin, J.)**
        **[Related Main Case No. 01-1139 (JKF)]**
        **AP-02-301**

        Enclosed please find the bankruptcy Record on Appeal # **02-301.** Please acknowledge receipt on the copy provided.

                                                    Sincerely,

By: _Matthew J. Yrnco_ (signature)                  David Bird, Clerk
    Deputy Clerk

__X__ Filing fee paid.

_____ Filing fee not paid

I hereby acknowledge receipt of the above Appeal this __27th__ day of __November__, 2002.

By: _Nana Moore_ (signature)
    Case Manager, U.S. Third Circuit
    Court of Appeals

## INFORMATION SHEET BY U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
## TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

CAPTION: **W.R. Grace & Co., et al.**

ADVERSARY CASE NUMBER: **02-2210 (Wolin, J. )**

RELATED U.S.B.C. MAIN CASE NUMBER: **01-1139 (JKF)**

APPEAL NUMBER: **AP-02-301**



PARTY(S) INVOLVED IN APPEAL:

>Official Committee of Asbestos Personal Injury Claimants
>Mark T. Hurford
>Campbell & Levine, LLC
>800 North King Street, Suite 300
>Wilmington, DE 19801
>(302) 426-1900
>
>Sealed Air Corporation
>Mark S. Chehi
>Skadden,Arps,Slate,Meagher & Flom
>One Rodney Square, P.O. Box 636
>Wilmington, DE 19899-0636
>(302) 651-3000

CERTIFIED COPIES TO U.S.C.A.:   Docket Entries For Case No. 02-2210 (Wolin, J.)
                                 Notice of Appeal AP-02-301 #376
                                 Order s (#337)

DATE NOTICE OF APPEAL FILED: **11/25/02**

FILING FEE: **Paid**

**CJA APPOINTMENT: (Attach Copy of Order)**

--------Private Attorney
--------Defender Association or Federal Public Defender
--------Motion Pending

**LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:**

--------Motion Granted
--------Motion Denied
--------Motion Pending Before District Judge

**CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS)**

---------Granted
---------Denied
---------Pending

November 26, 2002
Matthew J. Yovino
(302) 252-2543