In re: W.R. GRACE & CO.-CONN.. Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1460913 - 10326840<br>SETON ACADEMY NEW ORLEANS<br>c/o DENECHAUD  DENECHAUD<br>1412 PERE MARQUETTE BLDG<br>NEW ORLEANS    LA   70112 | OPEN LITIGATION-PLAINTIFF<br>883844 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1694148 - 10327642<br>SETON HILL COLLEGE<br>Attn  BERNADETTE FONDY ESQ.<br>SETON HILL COLLEGE<br>COLLEGE AVENUE<br>GREENSBURG    PA   15601 | ENVIRONMENTAL CODEFENDANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1694149 - 10327643<br>SETON HILL COLLEGE<br>Attn  PAUL J. WALLACH ESQ.<br>HALE & DORR L.L.P.<br>1455 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON    DC   20004 | ENVIRONMENTAL CODEFENDANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1069641 - 10069905<br>SETON NAME PLACE CO.<br>P O BOX 95904<br>CHICAGO    IL   60694-5904 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1097144 - 10318459<br>SETON NAME PLATE CO.<br>P.O. BOX 95904<br>CHICAGO    IL   60694-5904 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $48.90 |
| 1106093 - 10319615<br>SEVENSON ENVIRONMENTAL, INC.<br>2749 LOCKPORT RD.<br>NIAGARA FALLS    NY   14305 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $433,847.53 |
| 1069642 - 10069906<br>SEVERN TRENT LABORATORIES INC.<br>P O BOX 7777-W3985-VT<br>PHILADELPHIA    PA   19175-3985 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1676378 - 10322438<br>SEXTON MARY G<br>c/o  DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG    MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,575.00 |
| 1688596 - 10322437<br>SEXTON KENNETH F<br>c/o  DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG    MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,575.00 |
| 1105461 - 10320728<br>SEXTON & PEAKE, INC.<br>9687 GERWIG LANE<br>COLUMBIA    MD   21046 | TRADE PAYABLE | | $2,201.74 |
| 1689273 - 10322818<br>SEYMORE LARRY<br>c/o  THE LAW FIRM OF ALWYN LUCKEY<br>P.O. BOX 724<br>PO BOX 724<br>OCEAN SPRINGS    MS   395660724 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,250.00 |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1461263 - 10324361<br>SEYMOUR FRED<br>c/o LAW OFFICES OF SCOTT G MONGE<br>1932 N. DRUID HILLS ROAD, SUITE 100<br>ATLANTA   GA   30319 | ASBESTOS CLAIM | Contingent, Disputed | $1,000.00 |
| 1128124 - 10060393<br>SEYMOUR POWERS & RICHARD GRETSCH<br>P. O. BOX 581 COMMERCE PARK<br>DANBURY   CT   06810-0581 | LEASE GUARANTY<br>3223-DANBURY CT | Contingent, Disputed, Unliquidated | Unknown |
| 1097935 - 10320625<br>SFI<br>P.O. BOX 2418<br>NORFOLK   VA   23501 | TRADE PAYABLE | | $10,175.01 |
| 1694150 - 10327644<br>SGS U.S. TESTING COMPANY INC.<br>CT CORPORATION SYSTEM<br>1675 BROADWAY SUITE 1200<br>DENVER   CO   80202 | ENVIRONMENTAL CODEFENDANT | Contingent, Disputed, Unliquidated | Unknown |
| 1564016 - 10318221<br>SGS YARSLEY<br>Attn  INTERNATIONAL CERTIFICATION<br>       SERVICE<br>217/221 LONDON ROAD<br>CAMBERLEY   SY   GU153EY | TRADE PAYABLE | | $1,252.78 |
| 1620668 - 10072574<br>SHAFCO INDUSTRIES INC | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1689498 - 10324571<br>SHAFER CHESTER E<br>c/o GOLDBERG PERSKY JENNINGS<br>     WHITE<br>1030 FIFTH AVENUE<br>THIRD FLOOR<br>PITTSBURGH   PA   15219 | ASBESTOS CLAIM | Contingent, Disputed | $50,000.00 |
| 1689499 - 10324572<br>SHAFFER LONNIE E<br>c/o GOLDBERG PERSKY JENNINGS<br>     WHITE<br>1030 FIFTH AVENUE<br>THIRD FLOOR<br>PITTSBURGH   PA   15219 | ASBESTOS CLAIM | Contingent, Disputed | $2,250.00 |
| 1618361 - 10070267<br>SHAFFER BROTHERS AS TRUSTEES OF SHA | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1618362 - 10070268<br>SHAFFER BROTHERS AS TRUSTEES OF SHA | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621141 - 10073047<br>SHAFFER BURTON<br>73 RUSSELL ROAD<br>FRAMINGHAM   MA   01701 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1621142 - 10073048<br>SHAFFER IRVING<br>7 PINE HILL ROAD<br>FRAMINGHAM   MA   01701 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1069643 - 10069907<br>SHAFFER LANDFILL TRUST<br>Attn DE MAXIMIS<br>450 MONTBROOK LANE<br>KNOXVILLE   TN   37919 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1621143 - 10073049<br>SHAFFER MILTON | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1694457 - 10327990<br>SHAFFER REALTY CORPORATION | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1618363 - 10070269<br>SHAFFER REALTY NOMINEE TRUST   PAPER<br>SOL FELDMAN<br>152 HAMPDEN ST<br>ROXBURY   MA   02119-2835 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1620784 - 10072690<br>SHAKESPEARE CO<br>CORPORATE SECRETARY | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1677209 - 10324126<br>SHAMBURGER JESSIE<br>c/o PORTER  MALOUF<br>P.O. BOX 12768<br>PO BOX 12768<br>JACKSON   MS   392362768 | ASBESTOS CLAIM | Contingent,<br>Disputed | $2,200.00 |
| 1689500 - 10324573<br>SHANE RONALD G<br>c/o GOLDBERG PERSKY JENNINGS<br>    WHITE<br>1030 FIFTH AVENUE<br>THIRD FLOOR<br>PITTSBURGH   PA   15219 | ASBESTOS CLAIM | Contingent,<br>Disputed | $2,250.00 |
| 1676379 - 10322439<br>SHANNON BETTY L<br>c/o DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG   MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,575.00 |
| 1676380 - 10322440<br>SHANNON OLLIE M<br>c/o DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG   MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,575.00 |
| 1672582 - 10060757<br>SHAPELL INDS OF NORTHERN CA INC.<br>GENERAL COUNSEL<br>100 N. MILPITAS BLVD.<br>MILPITAS   CA | LEASE ASSIGNMENT<br>OS190-MILPITAS CA | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: W.R. GRACE & CO.-CONN.. Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1672537 - 10060712<br>SHAPELL INDUSTRIES<br>GENERAL COUNSEL<br>8383 WILSHIRE BLVD.<br>SUITE 700<br>BEVERLY HILLS    CA   90211 | LEASE ASSIGNMENT<br>OS190-MILPITAS CA | Contingent, Disputed, Unliquidated | Unknown |
| 1462081 - 10321589<br>SHARP THERON<br>Attn ROBERT TAYLOR II<br>c/o TAYLLOR   CIRE<br>ONE ALLEN CENTER<br>500 DALLAS SUITE 3400<br>HOUSTON   TX   77002 | ASBESTOS CLAIM | Contingent, Disputed | $2,200.00 |
| 1688599 - 10322441<br>SHARPE ESTHER J<br>c/o DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG   MS   39401 | ASBESTOS CLAIM | Contingent, Disputed | $1,575.00 |
| 1620079 - 10071985<br>SHARPE AND SONS INC | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1677210 - 10324127<br>SHAW MARY L<br>c/o PORTER   MALOUF<br>P.O. BOX 12768<br>PO BOX 12768<br>JACKSON   MS   392362768 | ASBESTOS CLAIM | Contingent, Disputed | $5,000.00 |
| 1619208 - 10071114<br>SHAW AFB | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1570619 - 10318659<br>SHAW TRUCKING INC<br>PO BOX 8217<br>FORT LAUDERDALE    FL   33310-8217 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $490.00 |
| 1549309 - 10317277<br>SHAWMUT PRINTING<br>135 LIBRARY STREET<br>CHELSEA   MA   02150 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $23,175.44 |
| 1561196 - 10318034<br>SHEAFF DORMAN PURINS<br>460 HILLSIDE AVE<br>NEEDHAM   MA   02194 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $6,416.24 |
| 1105609 - 10319582<br>SHEALY'S LEASE & TRUCK RENTAL<br>P.O. BOX 12027<br>COLUMBIA   SC   29211 | TRADE PAYABLE | | $122.38 |
| 1570682 - 10318669<br>SHEARN DELAMORE & CO ACCT#101807552<br>Attn STANDARD CHARTERED BANK<br>4 LEBOH PASAR BASAR<br>KUALA LUMPUR   IT   50050 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $158.00 |

In re: W.R. GRACE & CO.-CONN.. Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE . | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1677730 - 10323274<br>SHEFFIELD CHARLES E<br>c/o THE LAW FIRM OF LARRY NORRIS<br>101 FERGUSON STREET<br>PO BOX 8<br>HATTIESBURG    MS    39401 | ASBESTOS CLAIM | Contingent, Disputed | $1,750.00 |
| 1688600 - 10322442<br>SHEFFIELD VIVIAN E<br>c/o DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG    MS    39401 | ASBESTOS CLAIM | Contingent, Disputed | $1,575.00 |
| 1549321 - 10317280<br>SHEFFIELD LUMBER & PALLET CO.<br>165 TURKEY FOOT ROAD<br>MOCKSVILLE    NC    27028 | TRADE PAYABLE | | $3,553.30 |
| 1672230 - 10058752<br>SHEILS, MATT | INSURED CLAIM<br>2F047687 | Contingent, Disputed, Unliquidated | Unknown |
| 1670651 - 10001275<br>SHELBURNE MURRAY HILL<br>500 WEST 37TH STREET<br>NEW YORK    NY    10018 | DIVESTMENTS AND ACQUISITIONS | Contingent, Disputed, Unliquidated | Unknown |
| 1618313 - 10070219<br>SHELDONS MANUFACTURING CORP | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1550294 - 10317389<br>SHELL CHEMICAL<br>PO BOX 371258M<br>PITTSBURGH    PA    15251 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $35,100.81 |
| 1552123 - 10317565<br>SHELL CHEMICAL<br>PO BOX 371258M<br>PITTSBURGH    PA    15251 | TRADE PAYABLE | | $25,921.10 |
| 1069449 - 10069648<br>SHELL CHEMICAL CO<br>Attn ED O'BRIEN<br>7594 HIGHWAY 75<br>GEISMAR    LA    70734-0500 | PROPERTY DAMAGE<br>FIREPROOFING CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1550877 - 10317451<br>SHELL CHEMICAL CO<br>P.O.BOX 951029<br>DALLAS    TX    75395-1029 | TRADE PAYABLE | | $34,871.37 |
| 1690726 - 10326452<br>SHELL CHEMICAL CO. | ASBESTOS CODEFENDANT<br>D0160599 | Contingent, Disputed, Unliquidated | Unknown |
| 1693576 - 10325330<br>SHELL CHEMICAL CO.<br>C/O PRENTICE HALL CORP SYSTEM<br>800 BRAZOS<br>AUSTIN    TX    78701 | LITIGATION CODEBTOR<br>CASE NUMBER: D-160-599 | Contingent, Disputed, Unliquidated | Unknown |