## CALENDAR NOTICE

TO:    Clerk, U.S. Bankruptcy Court          DATE 6/7/01
       Clerk, U.S. District Court

FROM:  Judge Farnan

CASE CAPTION: _In Re W R Grace_

CASE NUMBER: Bankruptcy No. 01-1139 JJF

1. The following proceeding(s) are (scheduled):

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___ JURY TRIAL ___ days | ___ | ___/___, 2001 at ___ ___m. | |
| ___ # of Jurors Requested | | | |
| ___ NON-JURY TRIAL ___ days | ___ | ___/___, 2001 at ___ ___m. | |
| ___ TELE-CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ___ PRETRIAL CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ___ _____ CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ✓ HEARING (Omnibus) | Thurs | 6/21, 2001 at 4:00 p.m. | |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. | |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. | |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. | |

COURT REPORTER REQUESTED ✓ yes ___ no          ✓ COURTROOM 2A
************************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___ JURY TRIAL ___ days | ___ | ___/___, 2001 at ___ ___m. | |
| ___ NON-JURY TRIAL ___ days | ___ | ___/___, 2001 at ___ ___m. | |
| ___ TELE-CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ___ PRETRIAL CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ___ _____ CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. | |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. | |

************************************************************************
**(CHAMBERS USE ONLY)**

___✓___ CHAMBERS CALENDAR
************************************************************************

Prepared by _Susan_