FILED

2001 JUN -8 PM 3: 27

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| W. R. Grace & Co., *et al* | * | |
| | * | Case Nos.: 01-1139 through 01-1200 (JJF) |
| | * | |
| Debtors | * | Jointly Administered |
| | * | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that SHER GARNER CAHILL RICHTER KLEIN McALISTER & HILBERT, L.L.C. ("Sher Garner") has entered its Appearance on behalf of **MURPHY OIL USA, INC.** and pursuant to Bankruptcy Rule 2002 hereby requests and demands that all notices and papers served or required to be served in this case be given to and served upon the following person[s] at the Sher Garner office, address and telephone numbers set forth below:

**Michael H. Pinkerton, Esq.**
**James M. Garner, Esq.**
Sher Garner Cahill Richter Klein McAlister & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112
(504) 299-2100
(504) 299-2300 (FAX)

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notice and papers referred to in the rule specified above, but all other notices and papers, including, but not limited to: notices of any application, motion, petition, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way rights or interests of (a) the Debtor, (b) property in which the Debtor may

claim an interest or (c) property in the possession, custody or control of Debtor; or (2) which seek to require any act, payment or other conduct by **MURPHY OIL USA, INC.**

RESPECTFULLY SUBMITTED this 4 day of June, 2001.

*/s/ signature*

**JAMES M. GARNER, ESQ.**
**MICHAEL H. PINKERTON, ESQ.**
SHER GARNER CAHILL RICHTER KLEIN
MCALISTER & HILBERT, L.L.C.
Twenty-Eighth Floor
909 Poydras Street
New Orleans, LA 70112
(504)299-2100
(504)299-2300 (FAX)
**ATTORNEYS FOR MURPHY EXPLORATION & PRODUCTION COMPANY**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers was served upon:

James H. M. Sprayregen, Esq.
James W. Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

and

Laura David Jones, Esq.
Hamid R. Rafatjoo, Esq.
David W. Carickhoff, Jr., Esq.
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705

on this 4 day of June, 2001, by United States first class mail, postage prepaid.

*/s/ signature*