

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case Number 01-1139 through 01-1200-JJF |
| | ) | Chapter 11 |
| W.R. Grace & Co., et al. | ) | |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |
| _____ | ) | |

## REQUEST FOR NOTICES

Pursuant to Bankruptcy Rule 9010(b), notice is hereby given of the appearance of the undersigned as counsel of record in this case for the South Carolina Department of Health and Environmental Control.

In accordance with Bankruptcy Rule 2002(i) and other applicable provisions of the Bankruptcy Code and Rules, request is hereby made that copies of all notices, pleadings and other papers required to be served in this case be sent to the undersigned, as counsel of record for the South Carolina Department of Health and Environmental Control.

Respectfully submitted,

E. Katherine Wells
Staff Counsel
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, South Carolina 29201-1708
(803) 898-3350

Columbia, South Carolina

June 8, 2001



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Case Number 01-1139 through 01-1200 (JFF) |
| ) | Chapter 11 |
| W.R. Grace & Co., et al. ) | |
| ) | Jointly Administered |
| Debtors ) | |
| ) | |
| _____ ) | |

     The undersigned for the South Carolina Department of Health and Environmental Control (DHEC) states that she has on June 8, 200, served upon the necessary parties ***DHEC's Request For Notices*** in the above-captioned matter by depositing a copy of same in the U. S. Mail, return address clearly stated with sufficient postage affixed thereto, addressed as follows:

James H.M. Sprayregen, Esq.
James W. Kapp III, Esq.
Samuel A. Schwartz, Esq.
Roger J. Higgins, Esq.
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601

Laura Davis Jones, Esq.
Hamid R. Rafatjoo, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 north Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*E. Katherine Wells*
E. Katherine Wells, Esq.
Columbia, South Carolina