IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | CASE NO. 01-01139 (JJF) |
| | : | Jointly Administered |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND BANKRUPTCY RULE 2002
## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

TO THE CLERK, THE DEBTORS, THE UNSECURED CREDITORS' COMMITTEE, THE
U.S. TRUSTEE, AND ALL OTHER PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that Anne Marie P. Kelley, Esquire, of Dilworth Paxson LLP
and Michael T. Kay, Esquire of The Dow Chemical Company hereby enter their appearance on
behalf of The Dow Chemical Company, Hampshire Chemical Corp. and Union Carbide
Corporation, creditors and parties-in-interest in the above bankruptcy cases, pursuant to
Bankruptcy Rule 9010(b), and requests copies of all notices and pleadings filed in this case or
proceedings therein, including notices provided pursuant to Bankruptcy Rule 2002(a), (b), and
(f).

PLEASE TAKE FURTHER NOTICE that the foregoing request includes copies of all
notices, motions, complaints, answers, applications and orders, whether formal or informal,
written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax,
telecopy or otherwise with regard to the above case and proceedings therein. All such notices
and pleadings should be sent to the following at the addresses listed below:

93482-1

Anne Marie P. Kelley, Esquire
Dilworth Paxson LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey  08002
Telephone:  (856) 663-8877
Fax:  (856) 663-8855

Michael T. Kay, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, Michigan 48674
Attention: Nancy Draves
Telephone:  (517) 636-1934
Fax:  (517) 638-9393

PLEASE TAKE FURTHER NOTICE that neither this request nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the following rights of The Dow Chemical Company, Hampshire Chemical Corp., or Union Carbide Corporation:  (1) the right to have final orders in non-core matters entered only after de novo review by a district judge; (2) the right to a trial by jury in any proceedings so triable herein or in any case, controversy or proceeding relating hereto; (3) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which The Dow Chemical Company, Hampshire Chemical Corp. or Union Carbide Corporation are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

**DILWORTH PAXSON LLP**
Attorneys for The Dow Chemical Company,
   Hampshire Chemical Corp., and
   Union Carbide Corporation

By: _Anne Marie P. Kelley_____
   Anne Marie P. Kelley

Dated:  June 8, 2001

LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone:  (856) 663-8877
Fax:  (856) 663-8855

93482-1

## **CERTIFICATE OF SERVICE**

I hereby certify that I am a secretary employed by the law firm of Dilworth Paxson LLP and that, on June 8, 2000, I caused a copy of the attached Notice of Appearance and Bankruptcy Rule 2002 Request for Service of Notices and Pleadings to be mailed to the individuals listed on the attached service list by regular first class mail.

I hereby certify that the foregoing statements made by me are true.  I am aware that, if any of the foregoing statements made by me are willfully false, I am subject to punishment.


By: _Valerie Minerd_

Valerie Minerd

Dated:  June 8, 2001

93482-1

**The Dow Chemical Company**
**v.**
**W.R. Grace 2002**
**Case No. 01-1139 (JJF)**

**SERVICE LIST**

---

Laura Davis Jones, Esq.
David Carickoff, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Counsel to Debtors and Debtors in
Possession)

Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
(Counsel to Debtors and Debtors in
Possession)

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(Local Counsel to DIP Lender)

William P. Bowden, Esq.
Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(Local Counsel to Asbestos Claimants)

William H. Sudell, Jr., Esq.
Eric D. Schwartz, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA
(Canadian counsel for Debtor)

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
(W.R. Grace & Co.)

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(Counsel to Sealed Air Corporation)

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
(Counsel to DIP Lender)

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel for The Chase Manhattan Bank)

**The Dow Chemical Company**
v.
**W.R. Grace 2002**
**Case No. 01-1139 (JJF)**

**SERVICE LIST**

Jeffrey C. Wisler, Esq.
Michelle McMahon, Esq.
Connolly Bove Lodge & Hutz, LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Francis A. Monaco, Jr. Esq.
Walsh, Monzack and Monaco P.A.
1201 N. Orange Street, Suite 400\P.O. Box 2031
Wilmington, DE 19801
(Counsel for Ingersoll-Rand Fluid Products)

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
(Official Committee of Personal Injury Claimants)

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Official Committee of Unsecured Creditors)

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd. Suite 2500
Miami, FL 33131
(Official Committee of Property Damage Claimants)

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(Counsel to Debtor)

Nancy Worth Davis, Esq.
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(Counsel to Asbestos Claimants)

Frank J. Perch, Esq.
Office of the United States Trustee
601 Walnut Street, Curtis Center
Suite 950 West
Philadelphia, PA 19106
(United States Trustee)

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

## The Dow Chemical Company
v.
## W.R. Grace 2002
## Case No. 01-1139 (JJF)

### SERVICE LIST

Delta Chemicals
2601 Cannery Ave.
Baltimore, MD 21226-1595

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey
PC
745 South Main Street
Kalispel, MT 59901

Patrick L. Hughes, Esq.
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

District Director
IRS
409 Siverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

James A. Sylvester, Esq.
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esq.
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945 – North Tower
Denver, CO 80202

David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Charles E. Boulbol, Esq.
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

**The Dow Chemical Company**
v.
**W.R. Grace 2002**
**Case No. 01-1139 (JJF)**

## SERVICE LIST

Charlotte Klenke, Esq.
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Brad Rogers, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K. Street, N.W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Bruce E. Jameson, Esq.
Pricket, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Joseph Grey, Esq.
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Mary M. Maloney-Huss
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801

David S. Rosenbloom, Esq.
Jeffrey E. Stone, Esq.
Lewis S. Rosenbloom, Esq.
McDermott, Weill & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel for Property Damage Claimants)

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Counsel to Official Committee of Unsecured
Creditors)

Stephen H. Case, Esq.
Nancy L. Lazar, Esq.
David D. Tawil, Esq.
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY  10017

**The Dow Chemical Company**
v.
**W.R. Grace 2002**
**Case No. 01-1139 (JJF)**

## SERVICE LIST

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Steven T. Baron, Esq.
Silber Pearlman, LLP
2711 North Haskell Ave.
5th Floor
Dallas TX 75204

W.J. Winterstein, Jr., Esq.
John J. Winter, Esq.
William M. Aukamp, Esq.
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103
(Attorneys for PPG Industries, Inc.)

Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Courtney M. Labson, Esq.
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

R. Scott Williams
PMB Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Jonathan W. Young
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Shelby A. Jordan, Esq.
Nathaniel Peter Holzer, Esq.
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, TX 78471

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

**The Dow Chemical Company**
v.
**W.R. Grace 2002**
**Case No. 01-1139 (JJF)**

## SERVICE LIST

| | |
|---|---|
| Alan Kolod, Esq.<br>Moses & Singer LLP<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY  10019-6076 | Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street<br>Fourth Floor<br>New York, NY 10006 |
| John P. Dillman, Esq.<br>Linebarger Heard Goggan Blair<br>Graham Peña & Sampson, LLP<br>P.O. Box 3065<br>Houston, TX 77253-3064 | Charles F. Gibson, III<br>Attorney at Law<br>620 North Street, Suite 100<br>Jackson, MS  39202 |
| Paul M. Baisier, Esq.<br>Seyfarth Shaw<br>1545 Peachtree Street<br>Suite 700<br>Atlanta, GA  30309 | Kevin D. McDonald<br>Wilshire Scott & Dyer, P.C.<br>One Houston Center<br>1221 McKinney, Suite 4550<br>Houston, TX 77010 |
| Christopher Beard, Esq.<br>Beard & Beard<br>306 N. Market Street<br>Frederick, MD 21701 | Bernice Conn, Esq.<br>Robins, Kaplan, Miller & Ciresi, LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA  90067 |
| Steven R. Schlesinger, Esq.<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 | Steven J. Kherkher, Esq.<br>Laurence G. Tien, Esq.<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017 |
| Kimberly W. Osenbaugh<br>Preston Gates & Ellis LLP<br>701-5th Avenue<br>Suite 5000<br>Seattle, WA  98104-7078 | Lewis T. LeClair, Esq.<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 |

**The Dow Chemical Company**
v.
**W.R. Grace 2002**
**Case No. 01-1139 (JJF)**

## SERVICE LIST

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA  02110-2624

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ  08618

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd. Suite G
Brownsville TX 78520

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

Margery N. Reed, Esq.
Duane, Morris & Heckscher, LLP
4200 One Liberty Place
Philadelphia PA 19103-7396

Meridee Moore
Kirsten Lynch
Farallon Capital Management, LLC
Suite 1325
San Francisco, CA  94111

John M. Klamann
Klamann & Hubbard
7101 College Blvd. Suite 120
Overland Park, KS 66210

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury &
Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Robert Jacobs, Esq.
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

**The Dow Chemical Company**
v.
**W.R. Grace 2002**
**Case No. 01-1139 (JJF)**

## SERVICE LIST

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

Harry Lee, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

William S. Katchen, Esq.
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102
(Counsel to Official Committee of Unsecured
Creditors)

Damon J. Chargois, Esq.
Foster & Sear, LLP
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Anton Volovsek
Rt. 2 – Box 200 #42
Kamiah, ID 83536-9229

Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Blvd. MS 35
Tallahassee, FL 32399-3000

Thomas J. Noonan, Jr.
c/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

William E. Frese, Esq.
Sheree L. Kelly, Esq.
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101
(Counsel for Public Service Electric & Gas
Company)

Paul G. Comers, Esq.
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207
(Tennessee Department of Environment and
Conservation – Superfund)

C. Randall Bupp, Esq.
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903
(Counsel for Berry & Berry)

Peter S. Goodman, Esq.
Andrews & Kurth LLP
805 Third Avenue
New York, NY 10022

Credit Lyonnais
1301 Avenue of the Americas
New York, NY  10019-0602

8

**The Dow Chemical Company**
v.
**W.R. Grace 2002**
**Case No. 01-1139 (JJF)**

**SERVICE LIST**

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH  43085-2323

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

M. Diane Jasinski, Esq.
Michael D. Hess
Corporation of Counsel of the City of New
York
100 Church Street, Room 6-127
New York, NY  10007

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

James P. Ruggeri
Scott A. Shail
Hogan and Harton, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004-1109

Robert Jacobs, Esq.
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108
(Counsel for SAP America, Inc.)

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington St.
Phoenix, AZ 85007-1278

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

Steven R. Bourne, Esq.
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA  02119-2699

**The Dow Chemical Company**
v.
**W.R. Grace 2002**
**Case No. 01-1139 (JJF)**

## SERVICE LIST

Judy D. Thompson, Esq.
S. Andrew Jurs, Esq.
Poyner & Spruill, L.L.P.
100 North Tyron Street, Suite 4000
Charlotte, NC  28202-4010

Andrea L. Hazzard, Esq.
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1403

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

**The Dow Chemical Company**
v.
**W.R. Grace**
**List of Top Twenty Creditors**

The Chase Manhatten Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017
(Top Twenty Creditor)

The Depository Trust Company
c/o Ming Shaing, VP
55 Water Street
New York, NY 10042
(Top Twenty Creditor)

The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274
(Top Twenty Creditor)

Robins Kaplin Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, CA 90067
(Top Twenty Creditor)

Huntsman Corporation
P.O. Box 65888
Charlotte, NC 28265
(Top Twenty Creditor)

Zhagras Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101
(Top Twenty Creditor)

PCS Nitrogen Gertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029
(Top Twenty Creditor)

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210
(Top Twenty Creditor)

Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510
(Top Twenty Creditor)

Union Carbide Corp.
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001
(Top Twenty Creditor)

Southern Ionics, Inc.
c/o Milton Sunbeck Jr.
P.O. Box 830800 Drawer 830
Birmingham, Al 35283-0800
(Top Twenty Creditor)

BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC 28275
(Top Twenty Creditor)

93092-1

DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501
(Top Twenty Creditor)

Radian International
c/o Mary Harris
P.O. Box 844130
Dallas, TX 75284-4130
(Top Twenty Creditor)

Valeron Strength Films
c/o Ron Luce
75 Remittance Dr., Suite 3068
Chicago, IL 60675
(Top Twenty Creditor)

Risk, Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL 60515
(Top Twenty Creditor)

Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215
(Top Twenty Creditor)

Ingersoll-Rand Fluid Products
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC 28275-1229
(Top Twenty Creditor)

93092-1