Ronald S. Beacher, Esq.
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, New York 10017-4014
(212) 297-5800



Attorneys for General Electric Capital Corporation

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Jointly Administered Under<br>Case No. 01-01139<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE DEBTOR AND THE DEBTOR'S ATTORNEY:

PLEASE TAKE NOTICE that General Electric Capital Corporation hereby requests that notice of any and all proceedings in the above-captioned matter be given to its attorneys, Pitney, Hardin, Kipp & Szuch LLP. Such notice shall be addressed as follows:

Ronald S. Beacher, Esq.
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, New York 10017-4014

Dated: June 6, 2001

PITNEY, HARDIN, KIPP & SZUCH LLP

By: ______________________
Ronald S. Beacher
Attorneys for General Electric Capital Corporation

457





**PROOF OF SERVICE**
**STATE OF NEW YORK, COUNTY OF NEW YORK**

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: Pitney, Hardin, Kipp & Szuch LLP , 711 Third Avenue, 20th Floor, New York, New York 10017-4014.

On this date, I served the annexed document described as Request For Special Notice on all interested parties by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Laura Davis Jones
Pachulski, Stang, Ziehl, et al.
P.O. Box 8705
Wilmington, Delaware 19899-8705

James H.M. Sprayregen
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

U.S. Trustee
Patricia A. Staiano
601 Walnut Street
Suite 950W
Philadelphia, Pennsylvania 19106

BANKRUPTCY COURT
DISTRICT OF DELAWARE

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 7, 2001, at New York, New York.

Margaret Briganti

744351A01060701