UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. | ) | Case No. 01-01139 |
| | ) | |
| Debtor. | ) | HON. Joseph J. Farnan, Jr. |

## REQUEST FOR NOTICES

TO: THE BANKRUPTCY COURT CLERK, THE DEBTOR & THE US TRUSTEE

PLEASE TAKE NOTICE that ASKOUNIS & BORST, P.C., on behalf of GE CAPITAL CORPORATION ("GECC"), who is a creditor and party-in-interest in the above-captioned case, hereby requests to be added to the master mailing list. Pursuant to Bankruptcy Rule 2002, 3017, 4001 and 9007, GECC hereby requests that special notice of all matters which may come before the Court be served upon the following address:

> Thomas V. Askounis, Esq.
> ASKOUNIS & BORST, P.C.
> 303 East Wacker Drive
> Suite 1000
> Chicago, IL 60601

The foregoing request includes the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001 and 9007 and also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petition, pleadings or requests, plans, disclosure statements and any other documents brought before the Court in this case whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Additionally, GECC requests copies of all pleadings and papers of any form whatsoever, which are filed with the Office of the United States Trustee including, without

limitations, copies of all interim statements, operating reports and other documents either requested or required by the Office of the United States Trustee.

Dated: June 6, 2001.

GE CAPITAL CORPORATION

By: _____
One of Its Attorneys

Thomas V. Askounis, Esq.
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601
(312) 861-7100
IL ARDC No. 00077720

U:\CSchmidt\Bankruptcy\GECC\WRGrace.r4n.wpd
1938.7554

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF C O O K        )

## AFFIDAVIT OF SERVICE

The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she caused a correct copy of the foregoing to be served upon all parties listed above at their respective addresses by depositing same in the U.S. Mail at 3 Illinois Center, Chicago, Illinois 60601, with postage prepaid on the 7th day of June, 2001.

_Catherine Schmidt_
CATHERINE SCHMIDT

SUBSCRIBED AND SWORN to before me

this 7th day of June, 2001.

_Rachel McCandless_
Notary Public

"OFFICIAL SEAL"
RACHEL MCCANDLESS
Notary Public, State of Illinois
My Commission Exp. 06/05/2004

**SERVICE LIST**

Clerk, US Bankruptcy Court
District of Delaware
824 Market Street
5th Floor
Wilmington, DE 19801

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, et al.
P.O. Box 8705
Wilmington, DE 19899-8705

Patricia A. Staiano
Office of the US Trustee
601 Walnut Street
Suite 950W
Philadelphia, PA 19106