ORIGINAL

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: §
§
W. R. GRACE & CO., et al §        Chapter 11
§
§
Debtors. §        Case No. 01-01139
§        (Jointly Administered)

## CERTIFICATE OF SERVICE (Docket No. 122)

I hereby certify that the applicable documents, more fully described on the attached **Exhibit "A,"** was served May 25, 2001 via United States first class mail or applicable foreign postage, on the parties listed on the accompanying service list.

R.R. DONNELLEY & SONS

By: *Craig A. Zink*

Craig A. Zink

1842 Colonial Village Lane
Lancaster, PA 17605
717/390-7369

Dated: 6/5/01

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| W. R. GRACE & CO., et al | § | Chapter 11 |
| | § | |
| | § | |
| Debtors. | § | Case No. 01-01139 |
| | § | (Jointly Administered) |

## EXHIBIT "A" TO CERTIFICATE OF SERVICE

1.  Notice of Motion of Debtors for an Order Granting an Extension of Time to Assume, Assume and Assign, or Reject Unexpired Leases or Nonresidential Real Property

2.  Motion of Debtors for an Order Granting an Extension of Time to Assume, Assume and Assign, or Reject Unexpired Leases or Nonresidential Real Property

W.R. Grace Co.
Service List
Lease Mailing

Date: 05/24/2001
Time: 13:50:11

---

710, INC.
ROGERS & BELDING, INC.
ATTN: MONTERREY ASSET MGMT., LTD.
2505 E. MISSOURI STREET
EL PASO      TX    79903

A. STECHER & SON
ALBERT C. STECHER JR.
TOWNSHIP LINE RD.
BOX 241A
SWEDESBORO    NJ    08085

A1 STORE REALTY CORP.
GEN COUNSEL
61ST AVE. AND DOUGLASTON PKWY.
LITTLE NECK    NY    11363


AAA MINI-STORAGE IRONDALE
402 28TH STREET SOUTH
BIRMINGHAM    AL    35210

ABCOR, INC.
341 VASSAR STREET
CAMBRIDGE    MA    02139

ACE UNIFORMS, INC
1800 PARKMAN AVE
BALTIMORE    MD    21230


ACF INDUSTRIES
15 SPINNING WHEEL ROAD
SUITE 108
HINSDALE    IL    60521

ADVANTA BUSINESS SERVICES
1020 LAUREL OAK ROAD
P.O. BOX 1228
VOORHEES    NJ    08043-7228

AGILENT TECHNOLOGIES
2850 CENTERVILLE ROAD
WILMINGTON    DE    19808


AIRSTAR
2501 E. 23RD STREET
CHATTANOOGA    TN    37407

ALBAN LIFT TRUCK, INC
2945 WHITTINGTON AVE
BALTIMORE    MD    21230

ALTERNATIVE RESOURCES CORPORATION
Attn DAVID GONCE
1302 CONCOURSE DRIVE
SUITE 302
LINTHICUM    MD    21090


AMB PROPERTY CORPORATION
ATTN:  CHRIS KOMBOURAS
& CHRIS VERTUCCI/J. SPEECE
SIXTY STATE STREET
BOSTON    MA    02109

AMB PROPERTY CORPORATION
C/O RICHARD ELLIS
P,O. BOX 503104
ST. LOUIS    MO    63150

AMERICAN COUNCIL BLIND ETRPRS
GENERAL COUNSEL
ONE FINANCIAL PLAZA 120 S 6TH ST

STE. 1005
MINNEAPOLIS    MN    55402-1839


AMERICAN REAL ESTATE HOLDINGS
GENERAL COUNSEL
90 SOUTH BEDFORD RD.
MOUNT KISCO    NY    10549

AMERICAN TRADING REAL ESTATE PROPER
Attn ALAN E. KERRY
BLAUSTEIN BUILDING
P. O. BOX 238
BALTIMORE    MD    21203

AMERICAN TRADING REAL ESTATE PROPER

Attn SAMUEL R. WELLS, JR.
ONE NORTH CHARLES STREET
P. O. BOX 238
BALTIMORE    MD    21203


AMF TRUCKING & WAREHOUSING INC
GEN COUNSEL
2 GERMAK DRIVE
BLDGS 1, 2 & 4
CARTERET    NJ    07008

ANDERSONS, INC., THE
Attn CHARLES BROWN
480 WEST DUSSEL DRIVE
MAUMEE    OH    43537

APPLEBROOK RLLP
153 DENARGO MARKET
DENVER    CO    80216

W.R. Grace Co.
Service List
Lease Mailing

Date: 05/24/2001
Time: 13:50:11

AQUAWAVE
1679 LANCE POINT
MAUMEE    OH    43537

ARCADIAN FERTILIZER
3175 LENOX PARK BLVD.
MEMPHIS    TN    38115

ARCH COMMUNICATIONS
2111 GUNBARREL ROAD
CHATTANOOGA    TN    37421

AT&T WIRELESS SERVICES, INC.
Attn M. SHIRLEY YOUNG
11710 BELTSVILLE DRIVE
BELTSVILLE    MD    20705

ATLANTIC LIFT TRUCK, INC
P.O. BOX 17126
BALTIMORE    MD    21203

ATLAS POWDER COMPANY
15301 DALLAS PARKWAY
DALLAS    TX    75248-4629

AUTOZONE INC
GENERAL COUNSEL
DEPT. 4040 P. O. BOX 2198
MEMPHIS    TN    38101-9842

AYRCO INVESTMENTS
ATTN:  DAVID RYERSON
6357 MUNROE STREET
SYLVANIA    OH    43560

B&N ENTERPRISES
ATTN: MARK KREINHEDER
OR SELBY BARNES
P.O. BOX 12348
JACKSON    MS    39236

BALTIMORE RAVENS
200 ST. PAUL PLACE
SUITE 2400
BALTIMORE    MD    21202

BAYAMON CONCRETE IND., INC.
ATTN:  DIEGO COLON
#2 KM 20.5 BO. CANDELARIA
P.O. BOX 1232
BAYAMON    PR

BAYAMON CONCRETE INDUSTRIES, INC.

P.O. BOX 1232
BAYAMON    PR    00960

BEEKMAN STREET PARTNERS/COLLIERS
GENERAL COUNSEL
1300 POST OAK BLVD.
SUITE 225
HOUSTON    TX    77056

BIRCHWOOD AT JERICHO ASSOCIATES
GENERAL COUNSEL
410 E. JERICHO TURNPIKE
MINEOLA    NY    11501

BLANK ROME COMISKY & MCCAULEY
JON G. HILLSBERG ESQ.
1200 FOUR PENN CENTER PLAZA
PHILADELPHIA    PA    19102

BOEING COURT PARTNERS
ATTN:  MICHAEL J. CALLAHAN
OR D. DAVIS
289 WRIGHT BROTHERS AVE., STE. A
LIVERMORE    CA    94550

BRENT POWELL
ATTN:  B. POWELL OR HARRY TORMEY
144 CHAMALE DRIVE
SLIDELL    LA    70460

BRENT POWELL
ATTN:  BRET PORTER
144 CHAMALE DRIVE
SLIDELL    LA    70460

BURLINGTON COAT FACTORY WRHSE CORP
GENERAL COUNSEL
ROUTE 130
BURLINGTON    NJ    08016

CARTERET VENTURE THE SCHULTZ ORG
GENERAL COUNSEL
ASPEN CORP 1 - 1480 ROUTE 9 NORTH
WOODBRIDGE    NJ    07095

CHAMPION INTERNATIONAL CORP.
P.O. BOX 4258
HOUSTON    TX    77210

W.R. Grace Co.
Service List
Lease Mailing

Date: 05/24/2001
Time: 13:50:11

---

CHART TOWNE PARTNERSHIP
ATTN: BOB BLANCHFIELD
OR BOB SORRENTINO
478 JUMPERS HOLE RD., STE. 301
SEVERNA PARK    MD    21146

CHATTANOOGA REALTY ASSOC.
Attn GENERAL COUNSEL
POWNSNER SAFT & POWNSNER
3 EAST 54TH STREET
NEW YORK    NY    10022

CHATTANOOGA REALTY ASSOC.
I. REISS & SON - GEN COUNSEL
60 E. 42ND ST. SUITE 2201
NEW YORK    NY    10165


CINTAS
5570 RIDGE RD
CINCINNATI    OH    45213

CMGI INC
GENERAL COUNSEL
100 BRICKSTONE SQUARE
ANDOVER    MA    01810

COLUMN FINANCIAL INC.
GENERAL COUNSEL
3414 PEACHTREE RD. NE
SUITE 1140
ATLANTA    GA    30326-1113


CONNOLLY REALTY SERVICES INC.
TIMOTHY J. CONNOLLY
2026 POWERS FERRY ROAD N.W.
SUITE 120
ATLANTA    GA    30339

CONNOLLY REALTY SERVICES INC.
1505 LAKES PARKWAY
SUITE 140
LAWRENCEVILLE    GA    30043

CONSOLIDATED STORES CORP
DEPT. 10051
GEN COUNSEL
300 PHILLIPI RD PO BOX 28512
COLUMBUS    OH    43228


D&B OF HOLLYWOOD
GENERAL COUNSEL
14200 NW 4TH STREET
SUNRISE    FL    33325

DALEEN TECHNOLOGIES INC
GEN COUNSEL
1750 CLINT MOORE ROAD
BOCA RATON    FL    33487

DANA COMMERCIAL CREDIT
201 W. BIG BEAVER ROAD
P. O. BOX 7011
TROY    MI    48007


DELCO DEVELOPMENT CO.
BLUMENFELD DEVELOPMENT GROUP
GEN COUNSEL
6800 JERICHO TURNPIKE
SYOSSET    NY    11791

DELCO DEVELOPMENT CO.
BLUMENFELD DVLMPT GROUP GEN COUN
6800 JERICHO TURNPIKE
SYOSSET    NY    11791

DELCO DEVELOPMENT CO. OF TYVOLA

GENERAL COUNSEL
70 JERICHO TURNPIKE
JERICHO    NY    11753


DENICK & HYMAN, P.A.
Attn GARY M. HYMAN
10 E. BALTIMORE ST.
SUITE 1600
BALTIMORE    MD    21202

DENNIS & CINDY ATKINSON
80 SHARPTOWN RD
SWEDESBORO    NJ    08085

DOMINIC J. RACITE
CENTER SQUARE RD.
BOX 119
SWEDESBORO    NJ    08085


DORNBUSH MENSCH MANDELSTAM ET AL
JEROLD P. DORNBUSH ESQ.
747 THIRD AVE.
NEW YORK    NY    10017

DUKE-WEEKS REALTY LTD. PARTNERSHIP
ATTN:  PETER GERDOM
4555 LAKE FOREST DRIVE
CINCINNATI    OH    45242

E.I. DU PONT DE NEMOURS AND CO.

1007 MARKET STREET
WILMINGTON    DE    19898

W.R. Grace Co.
Service List
Lease Mailing

Date: 05/24/2001
Time: 13:50:11

EASTERN LIFT TRUCK CO., INC
2211 SULPHUR SPRING ROAD
BALTIMORE      MD      21227

ED BRADFORD EXCAVATING & PAVING
ATTN:  EDWARD C. BRADFORD
OR CHRIS VERTUCCI/J. SPEECE
5134 HIGHWAY P
FESTUS      MO      63025

EDWARD & STACI WORKMAN
85 AUBURN RD
SWEDESBORO      NJ      08085

EMINENT INTERNATIONAL ENTERPRISES,
ATTN:  DR. CHIA YUCHEN
3632-3634 DIVIDEND DRIVE
GARLAND      TX      75042

FIRST NORTHERN STAR LLC
THE LANGFAN CO. GENERAL COUNSEL
6 E. 45TH ST.
NEW YORK      NY      10017

FIRST UNION RAIL CORPORATION
Attn  RICHARD SEYMOUR
ONE O'HARE CENTER
6250 RIVER ROAD
SUITE 5000
ROSEMONT      IL      60018-4214

FREDERICK & RICHARD FORREER
D/B/A PARKLAND REALTY
6865 SAN MARINO DRIVE
UNIT 310D
NAPLES      FL      34108

FREEPORT CENTER ASSOCIATES
ATTN:  STEPHEN L. BARRETT
AND MARK KREINHEDER
P.O. BOX 1325, FREEPORT CENTER
CLEARFIELD      UT      84016

FREEPORT CENTER ASSOCIATES
P.O. BOX 160466
LAYTON      UT      84041

FURNITURE WAREHOUSE LIQUIDATORS INC
HARVEY R WILLIAMS PRESDIENT
3344 BATTLEFIELD PARKWAY
FT OGLETHORPE      GA      30742-4045

GARY W. STECHER GLENN C. STECHER
242 TOWNSHIP LINE RD
SWEDESBORO      NJ      08085

GASTON HEALTH CARE INC
GEN COUNSEL
2525 COURT DRIVE
P O BOX 1747
GASTONIA      NC      28053-1747

GE CAPITAL
6010 FERN VALLEY ROAD
LOUISVILLE      KY      40228

GE CAPITAL
6010 FERN VALLEY ROAD
LOUSIVILLE      KY      40228

GEMINI SOUND PRODUCTS CORP
GEN COUNSEL
2 GERMAK DRIVE
BUILDING 3
CARTERET      NJ      07008

GOODWILL INDUSTRIES OF GREATER NY
GENERAL COUNSEL
4-21 27TH AVENUE
ASTORIA      NY      11102

GRACE LOGISTICS
4750-B BLAFFER RD
HOUSTON      TX      77026

GRASSO FOODS INC
Attn  GENERAL COUNSEL
BOX 11 - KINGS HWY
SWEDESBORO      NJ      08085

GREENBRIER RENTAL SERVICES
CORPORATE OFFICE
TWO EMBARCADERO
SUITE 420
SAN FRANCISCO      CA      94111

GREENBRIER RENTAL SERVICES
CORPORATE OFFICE
TWO EMBARCADERO CENTER
SUITE 420
SAN FANCESCO      CA      94111

GREENBRIER RENTAL SERVICES
CORPORATE OFFICE
TWO EMBARCADERO CENTER
SUITE 420
SAN FRANCISCO      CA      94111

W.R. Grace Co.
Service List
Lease Mailing

Date: 05/24/2001
Time: 13:50:11

---

GREENBRIER RENTAL SERVICES
CORPORATE OFFICE
TWO EMBARCADERO CENTER
SUITE 420
SAN FRANCISCO      CA    94111

GREENBRIER RENTAL SERVICES
CORPORATE OFFICE
TWO EMBARCADERO CENTER,
SUITE 420
SAN FRANCESCO      CA    94111

GULF PACIFIC AMERICA INC.
MAR-GULF MANAGEMENT CO.
GEN COUNSEL
7083 HOLLYWOOD BLVD.
SUITE 304
LOS ANGELES      CA    90028


H.C. ASSOCIATES
R A INBOWS LTD GEN COUNSEL
421 W. 54TH STREET
NEW YORK    NY    11019

HALE & DORR LLP
PAMELA CORAVOS ESQ.
60 STATE STREET
BOSTON    MA    02109

HANKIN MANAGEMENT
P.O. BOX 26767
ELKINS PARK    PA    19027


HAROLD CUNNINGHAM
844 SCUFFLETOWN ROAD
SIMPSONVILLE      SC    29681

HARRY C. & ELISE GRIMMER
ATTN:  HARRY GRIMMER
8720 LAKE CHALLIS LANE
CHARLOTTE    NC    28226

HEILIG-MEYERS FURNITURE
GEN COUNSEL
12560 WEST CREEK PARKWAY
RICHMOND    VA    23238


HORNBERGER BROS. PROPERTIES INC.
P. O. BOX 542178
HOUSTON    TX    77254-2178

HUNGARIAN REFORMED CHURCH CARTERET
GENERAL COUNSEL
175 PERSHING AVE.
CARTERET    NJ    07008

ICAST CORPORATION
CHIEF FINANCIAL OFFICER
78 DRAGON COURT
WOBURN    MA    01888


IKON OFFICE SOLUTIONS
11401 BLUEGRASS PARKWAY
LOUISVILLE    KY    40299-2349

INGRAM PLAZA COMPANY
MS MGMT ASSOC INC GEN COUNSEL
P.O. BOX 7033
INDIANAPOLIS      IN    46207

INNOTECH, LLC
3077 E. 98TH STREET
INDIANAPOLIS      IN    46280


INTERNATIONAL PROTECTIVE COATING CO
HANKIN MANAGEMENT COMPANY
P.O. BOX 26767
ELKINS PARK    PA    19027

J & F ENTERPRISES INC.
Attn MR. JERRY PEARLMAN
838 WOODACRES ROAD
SANTA MONICA    CA    90402

J & J RENTALS
ATTN:  RICH SHADLE
10822 COURTHOUSE ROAD
FREDERICKSBURG      VA    22407


J. LESTICIAN WAREHOUSE INC.
500 BREUNIG AVENUE
TRENTON    NJ    08638

J. LESTICIAN WAREHOUSE, INC.
ATTN:  JACK LESTICIAN
500 BREUNIG AVENUE
TRENTON    NJ    08638

JAMES D. WOLBERT
55 SHARPTOWN RD
SWEDESBORO    NJ    08085

W.R. Grace Co.
Service List
Lease Mailing

Date: 05/24/2001
Time: 13:50:11

JAMES F. & MARION R. DOERRMANN
RAINEY RD. - RD 2
SWEDESBORO     NJ     08085

JAY BIRNBAUM COMPANY
GENERAL COUNSEL
EIGHT TOBEY ROAD
PITTSFORD     NY     14534

JAY PEAK LLC
JASPAN SCHLESINGER SILVERMAN &
HOFFMANN LLP - GEN COUNSEL
300 GARDEN CITY PLAZA
GARDEN CITY     NY     11530

JHK SYSTEMS
P.O. BOX 100245
BIRMINGHAM     AL     35210-0245

JOHN WOLBERT
79 SHARPTOWN RD
SWEDESBORO     NJ     08085

JOHNS HOPKINS UNIVERSITY/APPLIED PH

Attn B. L. KIRCHHOFER
11100 JOHNS HOPKINS ROAD
LAUREL     MD     20723-6099

JOSEPH F & FRED H NICOLOSI JR
2063 OLDMANS CREEK ROAD
WOOLWICH TWP.     NJ     08085

KENNETH & JACQUELINE KUDRICK
245 CENTER SQUARE RD
SWEDESBORO     NJ     08085

KERVIN H. HARRISON & BARBARA J. HAR

Attn K. HARRISON B. HARRISON
13560 ANCHOR DRIVE
VICTORVILLE     CA     92392

KONICA
630 W. GERMANTOWN PIKE
BLDG 630 SUITE 121
PLYMOUTH MEETING     PA     19462

LAMPETER JOINT VENTURE
BASSER KAUFMAN
335 CENTRAL AVENUE
LAWRENCE     NY     11559

LANGFAN CO., THE
GEN COUNSEL
6 E. 45TH ST.
NEW YORK     NY     10017

LEHIGH VALLEY ASSOCIATES
KRAVCO CO.- GEN COUNSEL
234 GODDARD BLVD.
KING OF PRUSSIA     PA     19046

LEXMARK INTERNATIONAL
PO BOX 72478248
PHILADELPHIA     PA     19170

LOCH RAVEN MANAGEMENT CO.
ATTN:  RAY WOODWORTH
845 EHLERS ROAD
NEENAH     WI     54956

LOCK RAVEN MANAGEMENT CO.
ATTN:  RICK WALLS
3520 NEW HARTFORD ROAD
SUITE 106
OWENSBORO     KY     42303-1781

LUCENT TECHOLOGIES
1650 W. 82ND STREET
BLYTON     MN     55431

MARS INC. ACE MUSIC CENTER INC
GENERAL COUNSEL
5300 N. POWERLINE ROAD
FT. LAUDERDALE     FL     33309

MARSHALL'S OF EAST MEADOW NY
GENERAL COUNSEL
200 BRICKSTONE SQUARE
ANDOVER     MA     01810

MARSHALL'S OF MA INC
Attn VP OF REAL ESTATE
THE TJX COMPANIES INC
770 COCHITUATE RD.
P. O. BOX 9123
FRAMINGHAM     MA     01701

MAUGERI FARMS
Attn GENERAL COUNSEL
OLDMANS CREEK RD
BOX 97
SWEDESBORO     NJ     08085

W.R. Grace Co.
Service List
Lease Mailing

Date: 05/24/2001
Time: 13:50:11

| | | |
|---|---|---|
| MCC GROUP NORTHGLEN<br>MACLAY PROPERTIES CO GEN COUNSEL<br>300 OAK LAWN<br>SUITE 810<br>DALLAS    TX    75210 | MCC GROUP-MEQUITE<br>GENERAL COUNSEL<br>3131 TURTLE CREEK BLVD.<br>SUITE 416<br>DALLAS    TX    75219 | MELVILLE CORPORATION<br>GENERAL COUNSEL<br>3000 WESTCHESTER AVENUE<br>HARRISON    NY    10528 |
| MEMORIAL EQUITIES<br>Attn MR. ALEX FOUAD<br>14510 MEMORIAL DRIVE<br>HOUSTON    TX    77079 | MICHAELS STORES INC<br>GENERAL COUNSEL<br>8000 BENT BRANCH DRIVE<br>IRVING    TX    75063 | MICHALE & LUANNE CAGLE<br>1240 TOWNSHIP LINE RD<br>WOOLWICH TWP    NJ    08085 |
| MIE PROPERTIES, INC.<br>Attn RICHARD WILLIAMSON<br>5720 EXECUTIVE DRIVE<br>BALTIMORE    MD    21228-1757 | MONT ASTER LLC<br>ATTN:  GLORIA CARPENTER<br>14901 N. SCOTTSDALE ROAD<br>SUITE 205<br>SCOTTSDALE    AZ    852260 | MR. ALLEN J. INGLESBY, JR,<br>P.O. BOX 8775<br>GREENVILLE    SC    29604 |
| MR. AND MRS. PARKER B. MIMS<br>104 QUAIL RUN<br>LAURENS    SC    29360 | MR. BENJAMIN O. SENN<br>1694 HWY 49<br>LAURENS    SC    29360 | MR. J. T. BLAKELY<br>391 HOLLAN FORD ROAD<br>PELZER    SC    29669 |
| MR. ROBERT C. GILES AND ANNE E. GIL<br>100 LOCHBERRY LANE<br>CARY    NC    27511 | NATIONAL FURNITURE GALLERY<br>Attn GENERAL COUNSEL<br>PHILLIP WRIGHT<br>P O BOX 14965<br>MONROE    LA    71207 | NATIONWIDE DISTRIBUTION & WAREHOUSE<br>167 LAMP AND LANTERN VILLAGE<br>CHESTERFIELD    MO    63006 |
| NEXTEL COMMUNICATIONS OF THE MID-AT<br>Attn JOHN MOORE<br>12510 PROSPERITY DRIVE<br>SUITE 200<br>SILVER SPRING    MD    20904 | NORTH EAST TECHNICAL SERVICES, INC.<br>P.O. BOX 966<br>ABINGDON    MD    21009 | NORTHERN HYDRAULICS INC<br>GEN COUNSEL<br>2800 SOUTHCROSS DRIVE-WEST<br>P O BOX 1219<br>BURNSVILLE    MN    55306 |
| NORTHGLEN LEASE VENTURE<br>GENERAL COUNSEL<br>10200 E. GIRARD AVE.<br>BLDG. C, SUITE 355<br>DENVER    CO    80231 | OAK PARK ASSOCIATES<br>6650 SOUTH OAK PARK AVENUE<br>BEDFORD PARK    IL    60638 | OFFICE DEPOT INC<br>DAVID  FANNIN EXEC VP GEN COUNSEL<br>2200 OLD GERMANTOWN RD 3RD FL<br>DELRAY BEACH    FL    33445 |

W.R. Grace Co.
Service List
Lease Mailing

Date: 05/24/2001
Time: 13:50:11

---

OFFICE DEPOT INC
DAVID FANNIN VP GEN COUNSEL SEC
2200 OLD GERMANTOWN ROAD
DELRAY BEACH      FL    33445

OFFICE MAX INC
GENERAL COUNSEL
308 CONSTITUTION DRIVE
P.O. BOX 62526
VIRGINIA BEACH       VA    23462

OFFICEMAX INC.(REF.STORE #313)
GENERAL COUNSEL
P. O. BOX 228070
CLEVELAND      OH    44122


OLLIES BARGAIN OUTLET
GEN COUNSEL
6040 CARLISLE PIKE
MECHANICSBURG      PA    17055

OLYMPIA MANAGEMENT
STERLING WESTHROP
3899 PARK AVE
MEMPHIS    TN    38111

ORA ARP CHURCH
ROUTE 2, BOX 353
GRAY COURT      SC    29645


OTR
GENERAL COUNSEL
275 EAST BROAD STREET
COLUMBUS      OH    43215

PAT LEGAN
4402 VANCE JACKSON
SAN ANTONIO    TX    78230

PBCC
PITNEY BOWES CREDIT CORP.
P.O. BOX 856460
LOUISVILLE    KY    40285-6460


PCS NITROGEN FERTILIZER, L.P.
ATTN: JOE SALVATO
OR ED MONTGOMERY
1101 SKOKIE BLVD., SUITE 400
NORTHBROOK      IL    60062

PEP BOYS-MANNY MOE & JACK, THE
GEN COUNSEL
3111 WEST ALLEGHENY AVE
PHILADELPHIA      PA    19132

PETERS SMITH & CO
GEN COUNSEL
3209 ARMAND ST.
MONROE    LA    71201


PEZZULLO & PATEL PC
MILAN C PATEL ESQ
1740 OAK TREE ROAD
SECOND FLOOR
EDISON    NJ    08820

PIER 1 IMPORTS (US) INC
GEN COUNSEL
301 COMMERCE STREET
SUITE 600
FORT WORTH    TX    76102

PINATA INC.
NEWCO MANAGEMENT CO. INC.
GEN COUNSEL
6320 CANOGA AVE.
SUITE 1430
WOODLAND HILLS      CA    91367-2591


PRINCIPAL MUTUAL LIFE INSURANCE CO.
C/O TRAMMELL CROW MGMT. SERVICES
ATTN: DANIEL T. BESS
7995 EAST PRENTICE AVE., #300
GREENWOOD VILLAGE      CO    80111

Q95 ASSOCIATES L.P.
GEN COUNSEL
P. O. BOX 413952
KANSAS CITY    MO    64141

REILLY INDUSTRIES, INC.
Attn WENDY MEYER
1500 S. TIBBS AVE.
INDIANAPOLIS      IN    46241


RISING SUN PLAZA ASSOCIATES
L.R.F. SLATER COMPANY
GEN COUNSEL
301 S. LIVINGSTON AVE.
SUITE 204
LIVINGSTON    NJ    07039

RISING SUN PLAZA ASSOCIATES
LRF SLATER CO INC. GEN COUNSEL
2 WEST NORTHFIELD ROAD
ROOSEVELT PLAZA
LIVINGSTON    NJ    07039

ROBERTS FARM
Attn GENERAL COUNSEL
HARRISONVILLE RD
BOX 383
SWEDESBORO    NJ    08085


Page: 8 of 10

W.R. Grace Co.
Service List
Lease Mailing

Date: 05/24/2001
Time: 13:50:11

ROLLO ENTERPRISES
P.O. BOX 10004
BIRMINGHAM    AL    35210

SALVATION ARMY
GEN COUNSEL
1424 NORTH EAST EXPRESSWAY
ATLANTA    GA    30329-2088

SAN TOMAS LIMITED PARTNERSHIP
C/O JAMES F. KNOTT DEVELOPMENT CORP

ATTN:  JOE GROVES, V.P.
ONE TEXAS STATION COURT, STE. 200

TIMONIUM    MD    21093


SEROTA & SONS
GEN COUNSEL
70 EAST SUNRISE HIGHWAY
SUITE 610
VALLEY STREAM    NY    11581-1260

SEROTA & SONS
GENERAL COUNSEL
233 WEST MERRICK ROAD
VALLEY STREAM    NY    11580

SHANNON M. CLAY
78 SHARPTOWN RD
SWEDESBORO    NJ    08085


SHEPLERS OF TEXAS L.P. INC
GENERAL COUNSEL
6501 WEST KELLOGG
WICHITA    KS    67207

SHOOK HARDY & BACON
GENERAL COUNSEL
1200 MAIN STREET
ONE KANSAS CITY PLACE
KANSAS CITY    MO    64105

SNYDER LIVING TRUST, THE
NORMAN P. SNYDER
120 WOOD ROAD
LOS GATOS    CA    95030


SOLID GOLD DISTRIBUTING CO. INC
GENERAL COUNSEL
23839 SOUTH BANNING BLVD.
CARSON    CA    90745

SPECTRUM TECHNOLOGY, INC.
3508 ST. ANDREWS WAY
AUGUST    GA    30907

STEIN MART INC
GEN COUNSEL
1200 RIVERPLACE BLVD
JACKSONVILLE    FL    32207


STEIN MART INC
GENERAL COUNSEL
7825 BAYMEADOWS WAY
SUITE 200B
JACKSONVILLE    FL    32216

SUPERIOR TRANSPORTATION SYSTEMS, IN
1 CENTER POINTE DRIVE
LAKE OSWEGO    OR    97035

SW JONES ROAD L.P.
GEN COUNSEL
1675 LARIMER ST.
SUITE 720
DENVER    CO    80202


SYMS CORP
GENERAL COUNSEL
SYMS WAY
SECAUCUS    NJ    07049

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 3457
TORRANCE    CA    90510-3457

TRACK II ASSOCIATES
ROSENBERG & RICH- GEN COUNSEL
149 GRAND ST.
WHITE PLAINS    NY    10601


TYCO INTERNATIONAL (US) INC.
LOU CHIESA VICE PRESIDENT
ONE TOWN CENTER ROAD
BOCA RATON    FL    33486

UNDERGROUND VAULTS & STORAGE, INC.Q
P.O. BOX 1723
HUTCHINSON    KS    67504-1723

UNION REALTY COMPANY GP
C/O BELZ ENTERPRISES
530 OAK COURT DRIVE
SUITE 300
MEMPHIS    TN    38117

W.R. Grace Co.
Service List
Lease Mailing

Date: 05/24/2001
Time: 13:50:11

---

USCO DISTRIBUTION SERVICES, INC.
Attn MICHAEL S. ROSEN
15927 DISTRIBUTION WAY
CERRITOS    CA    90703

VANTAGE HOUSTON, INC
NORTHWAY PARK II
4849 HOMESTEAD ROAD, SUITE 232
HOUSTON    TX    77026

VIVIAN B. FLEMING
1818 COMSTOCK LANE
SAN JOSE    CA    95124


WAPPINGER ASSOCIATES L.L.C.
WHARTON REALTY GROUP
GEN COUNSEL
OLD MILL PLAZA 2100 ROUTE 35
SUITE A
SEA GIRT    NJ    08750

WAREHOUSE ASSOCIATES
1345 CAMPBELL RD., SUITE 222
HOUSTON    TX    77055

WATERS CORP.
34 MAPLE STREET
MILFORD    MA    1757


WATSON LAND CO.
GEN COUNSEL
22010 WILMINGTON AVE.
SUITE 400
CARSON    CA    90745

WEST YORK PARTNERSHIP
GEN COUNSEL
P. O. BOX 1283
DELCO CENTRE
MECHANICSBURG    PA    17055

WEST YORK PARTNERSHIP
GENERAL COUNSEL
P.O. BOX 334
LENOX HILL STATION
NEW YORK    NY    10021


WESTWAY TERMINAL COMPANY, INC.
ATTN: JAMES R. LACY
365 CANAL STREET
SUITE 2900
NEW ORLEANS    LA    70130-1134

WHATABURGER INC
GEN COUNSEL
P O BOX 6220
4000 PARKDALE DR
CORPUS CHRISTI    TX    78411-6220

WILLIAM B. DUNBAR TRUSTEE
Attn GENERAL COUNSEL
PACIFIC CENTURY TRUST
WAIALAE AVENUE SUITE 200
HONOLULU    HI    96816


WILLIAM B. DUNBAR TRUSTEE
DANIEL H CASE ESQ CASE & LYNCH
737 BISHOP STREET
STE 2600 MAUKA TOWER GROSVENOR CTR
HONOLULU    HI    98813

WILLIAMS SCOTSMAN, INC.
5012 MALONE ROAD
MEMPHIS    TN    38118

WM. M. GRAVES
P.O. BOX 130694
BIRMINGHAM    AL    35213


WRHSE HOME FURNISHINGS DSTRBTS INC
GENERAL COUNSEL
1851 TELFAIR STREET
DUBLIN    GA    31021

XEROX CORPORATION
350 S. NORTHWEST HWY.
PARK RIDGE    IL    60068

ZAIQ TECHNOLOGIES INC
GENERAL COUNSEL
78 DRAGON COURT
WOBURN    MA    01888


Number of Recipient(s):    207