**ORIGINAL**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

FILED

In re                                     ) Chapter 11
                                          ) Case No. 01-1139 (PJW)
W.R. GRACE & CO., ET AL.                  ) Jointly Administered
                                          )
    Debtors.                              )
                                          )
_____)

## REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST

To:   **Debtor's counsel, U.S. Trustee, Counsel for Interested Parties and Clerk of the Bankruptcy Court**

Fireman's Fund Insurance Company, hereby requests, pursuant to Bankruptcy Rule 2002, that notice of all matters brought before this Court in these proceedings be served upon the following:

    Jeffrey Kaufman, Esq.
    Gerald F. Ellersdorfer, Esq.
    Kaufman & Logan LLP
    111 Pine Street, Suite 1300
    San Francisco, CA 94111

Dated: June 6, 2001                         KAUFMAN & LOGAN LLP

                                            By /s/ Gerald F. Ellersdorfer
                                            Jeffrey Kaufman (CA Bar # 40896)
                                            Gerald F. Ellersdorfer (CA Bar #33804)
                                            Attorney for Fireman's Fund Insurance
                                            Company

111 Pine Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 392-6677
Facsimile: (415) 391-4639

REQUEST FOR SPECIAL NOTICE - 1
1332\632\REQUEST.SN

## CERTIFICATE OF SERVICE BY MAIL

I declare that I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 111 Pine Street, Suite 1300, San Francisco, California 94111.

On June 6, 2001 I served the following document(s):

REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the following parties: **(see attached service list)**

I caused the envelope to be deposited in the mail at San Francisco, California, in accordance with the standard practice of Kaufman & Logan LLP for collection and processing of correspondence for mailing. I am familiar with Kaufman & Logan's practice for collection and processing of correspondence for mailing. Under that practice, mail is deposited, with postage thereon fully prepaid, with the United States Postal Service on the same day in the ordinary course of business.

The original document is/will be filed with this Court by:

(x) First Class Mail
( ) California/Federal Express Overnight Mail
( ) Hand Delivery

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 6, 2001 at San Francisco, California.

*/s/ Gail Perry*
Gail Perry

REQUEST FOR SPECIAL NOTICE - 2
1332\632\REQUEST.SN

W. R. Grace Bankruptcy Service List
Case No. 01-1139(PJW)

SERVICE LIST

Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Local Counsel to Asbestos Claimants)
William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

(Counsel for Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

F:\CLIENTS\1332\632\SN.LST

(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

(Counsel for numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006