IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK    )

      **ROSEMARIE J. SERRETTE**, being duly sworn, deposes and says:

      1.    Deponent is not a party to this action, is over 18 years of age and is an employee of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York, 10038-4982.

      2.    On May 30, 2001, I caused true and correct copies of the **First Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from April 12, 2001 through April 30, 2001** to be served by first class mail, postage prepaid, in an official depository under the exclusive care and custody of the Untied States Postal Service within the State of New York on the persons listed on the attached Schedule A.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

SSL-DOCS1 1101983v1

3.      On June 6, 2001, I also caused true and correct copies of the **Amended Notice of Filing of Fee Application** to be served by Facsimile on the persons listed on the attached Schedule A.

_____
ROSEMARIE J. SERRETTE

Sworn to before me this
6th day of June, 2001

_____
Notary Public, State of New York

ETHEL EARLEY
Notary Public, State of New York
No. 03-4650662
Qualified in Bronx County
Commission Expires March 30, 2003

2

1118660v1

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Frank Perch
United States Trustee
Office of the United States Trustee
601 Walnut Street, Curtis Center
Suite 950 West
Philadelphia, PA 19106

```
                          ******************************
                          ***   MULTI TX/RX REPORT    ***
                          ******************************
TX/RX NO              0081
PGS.                  5
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)  913128612200
                      (2)  913026524400
                      (3)  913053747593
                      (4)  96446755
                      (5)  913129939767
                      (6)  913025736497
ERROR INFORMATION     -----
```

# STROOCK & STROOCK & LAVAN LLP

180 Maiden Lane
New York, NY 10038-4982

VOICE: (212) 806-5400    FAX: (212) 806-6006    DATE: JUNE 6, 2001

| FROM: | Rose Serrette | ROOM NO.: | 3643 |
|---|---|---|---|
| SENDER'S PHONE: | 212-806-5492 | ATTY NO.: | 0715 |
| SENDER'S E-MAIL: | rserrette@stroock.com | CL/MAT NO: | 699842-0002 |
| CLIENT/MATTER NAME: | W. R. Grace | | |
| TOTAL NO. OF PAGES: | | | |

*Please Deliver as Soon as Possible To:*

| | Recipient | Company | Fax No. | Phone No. |
|---|---|---|---|---|
| 1. | James H.M. Sprayregen, Esq. | Kirkland & Ellis<br>Chicago, IL | (312) 861-2200 | (312) 861-2000 |
| 2. | Laura Davis Jones, Esq. | Pachulski, Stang, Ziehl, Young & Jones<br>Wilmington, DE | (302) 652-4400 | (302 652-4100 |
| 3. | Scott L. Baena | Bilzen Sumberg Dunn Baena Price & Axelrod LLP<br>Miami, FL | 305-374-7593 | 305-374-7580 |
| 4. | Elihu Inselbuch | Caplin & Drysdale<br>New York, NY | 212-644-6755 | 212-319-7155 |
| 5. | J. Douglas Bacon | Latham & Watkins<br>Chicago, IL | 312-993-9767 | 312-876-7700 |
| 6. | Frank Perch III | Office of the US Trustee | 302-573-6497 | 302-573-6459 |

COMMENTS: