## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| W. R. Grace & Co., et al. | § | Case Nos. 01-1139 - 01-1200 (JJF) |
| | § | (Jointly Administered |
| Debtors. | § | |
| | § | Chapter 11 |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Allison E. Reardon, a member of the bar of this court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Edith Stuart Phillips, Assistant Attorney General, Office of the Attorney General of Texas, Bankruptcy & Collections Division-MC008, P.O. Box 12548, Austin, TX 78711-2548 to represent the Texas Natural Resource Conservation Commission in this action. The Admittee is admitted, practicing, and in good standing in the State of Texas.

*/s/ Allison E. Reardon*
Allison E. Reardon
State Bar No. 2470
820 N. French Street, 8th Floor
Wilmington, Delaware 19801
Ph: (302) 577-8660
Attorney for Edith Stuart Phillips

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of or in the preparation of this action, and has access to or has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules.

*/s/ Edith Stuart Phillips*
Edith Stuart Phillips
Assistant Attorney General
Bankruptcy & Collections Division-MC008
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2173

**MOTION GRANTED.**

BY THE COURT:

Date: June 21, 2001

*/s/ Joseph J. Farnan*
United States ~~Bankruptcy~~ District Judge