ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

2001 JUN 14 PM 3:50

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 289

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Application of the Official Committee of Asbestos Property Damage Claimants for Approval of Employment of Bilzin, Sumberg, Dunn, Baena, Price and Axelrod, LLP as its Counsel, *Nunc Pro Tunc*, to April 9, 2001 ("Application"), filed on May 22, 2001. The undersigned further certifies that he has reviewed the Court's docket in this case, and no Answer, Objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, Objections to the Application were to be filed and served no later than June 11, 2001.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: June 14, 2001

FERRY & JOSEPH, P.A.

Theodore J. Tacconelli, Esq. (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Proposed Local Counsel for the Official
Committee of Asbestos Property Damage
Claimants

        -and-

        Bilzen, Sumberg, Dunn, Baena, Price & Axelrod, LLP
        Scott L. Baena, Esquire
        2500 First Union Financial Center
        200 South Biscayne Boulevard
        Miami, Florida 33131-2336
        (305) 374-7580
        Proposed Counsel for the Official Committee of Asbestos Property Damage Claimants

TJT/msj
F:\Meredith\TJT\WRGraceBankMBJ\BilzinCertNoObject.wpd