IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objections deadline: July 5, 2001** |
| | ) | **Hearing date: Negative Notice** |
| | ) | |
| | ) | |

## NOTICE OF APPLICATION

TO:  Counsel to the Debtors                    Counsel to the Debtors' Post-Petition Lenders

Office of the United States Trustee            All parties requesting notice under Bankruptcy Rule 2002

Counsel to the Official Committee of           The Official Committee Of Asbestos Property
Unsecured Creditors                            Damage Claimants

PLEASE TAKE NOTICE that, on June 14, 2001, the Official Committee of Asbestos Personal Injury Claimants (the "P. I. Committee") of W.R. Grace and Co. filed the attached **Application of the Asbestos Personal Injury Claimants' Committee to Retain Ashby & Geddes, P.A., as Delaware Counsel** (the "Application"), *nunc pro tunc* to April 12, 2001 through June 15, 2001.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Application must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, and filed with the United States Bankruptcy Court, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801, on or before **July 5, 2001.**

PLEASE TAKE FURTHER NOTICE that responses, if any, must also be served so as to be **received no later than 4:00 p.m. on July 5, 2001** by the following: (a) the undersigned counsel for the P.I. Committee; (b) counsel for the Debtors (i) James H.M. Sprayregen, Esq., Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601 and (ii) Laura Davis Jones, Esq., Pachulski, Stang Ziehl, Young & Jones, 919 North Market Street, 16th Floor, Wilmington, DE 19899-8705s, Esq.; and (c) Office of the United States Trustee, 601 Walnut Street, Suite 950 West, Philadelphia, PA 19106, Attn: Frank Perch, Esq.

A HEARING ON THE APPLICATION WILL BE HELD ONLY IF OBJECTIONS TO THE APPLICATION ARE FILED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OF HEARING.

ASHBY & GEDDES

William P. Bowden (I.D. # 2553)
Christopher S. Sontchi (I.D. # 3159)
Ricardo Palacio (I.D. # 3765)
Matthew G. Zaleski, III (I.D. # 3557)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

Proposed Counsel to the Official
Committee of Asbestos Personal
Injury Claimants

Dated: June 14, 2001

96330.1

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JJF) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections deadline: July 5, 2001 @ 4:00 p.m.** |
| | ) | **Hearing date:  Negative Notice** |
| | ) | |

## APPLICATION OF THE ASBESTOS PERSONAL INJURY CLAIMANTS' COMMITTEE TO RETAIN ASHBY & GEDDES, P.A., AS DELAWARE COUNSEL

The Asbestos Personal Injury Claimants' Committee (the "Asbestos Claimants' Committee") of W.R. Grace & Co. and certain of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby applies for an Order authorizing and approving the retention and employment of Ashby & Geddes, P.A. ("Ashby & Geddes"), *nunc pro tunc* from April 12, 2001 through and including June 15, 2001, as Delaware counsel to the Asbestos Claimants' Committee (the "Application").   In support of the Application, the Asbestos Claimants' Committee respectfully represents as follows:

### BACKGROUND

1.       On April 2, 2001 (the "Petition Date"), the Debtors commenced these proceedings by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.       Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors have continued to operate their businesses and manage their properties as debtors-in-possession since the Petition Date.  No trustee or examiner has been appointed in the Debtors' Chapter 11 cases.

3.     On April 12, 2001 (the "Appointment Date"), the Office of the United States Trustee appointed the Asbestos Claimants' Committee, pursuant to section 1102 of the Bankruptcy Code.

4.     On April 12, 2001, at a duly convened meeting, the Asbestos Claimants' Committee voted to retain Ashby & Geddes as Delaware counsel.

### RELIEF REQUESTED AND BASIS THEREFOR

5.     The Asbestos Claimants' Committee desires to employ the law firm of Ashby & Geddes as its Delaware counsel as of April 12, 2001 through and including June 15, 2001. On June 16, 2001, Campbell & Levine, LLC will substitute for Ashby & Geddes as Delaware Counsel to the Asbestos Claimants' Committee. Pursuant to Bankruptcy Local Rule 9010-2 (a), a motion for retention of Campbell & Levine, LLC will be filed.

6.     The professionals at Ashby & Geddes have substantial experience in bankruptcy, including bankruptcies involving mass tort liability, insolvency, corporate reorganization and debtor/creditor law and commercial law, and have participated in numerous proceedings before this Court under the Bankruptcy Code.

7.     Since April 12, 2001, Ashby & Geddes has rendered professional services including, but not limited to:

a.     providing legal advice regarding the rules and practices of this Court applicable to the Asbestos Claimants' Committee's powers and duties as an official committee appointed under section 1102 of the Bankruptcy Code;

2

b.       providing legal advice regarding the rules and practices of this Court applicable to any disclosure statement and plan filed in this case and with respect to the process for approving or disapproving disclosure statements and confirming or denying confirmation of a plan;

c.       preparing and reviewing applications, motions, complaints, answers, orders, agreements and other legal papers filed on behalf of the Asbestos Claimants' Committee for compliance with the rules and practices of this Court;

d.       appearing in Court to present necessary motions, applications and pleadings and otherwise protecting the interests of the Asbestos Claimants' Committee and asbestos-related, personal injury creditors of the Debtors;

e.       investigating, instituting and prosecuting causes of action on behalf of the Asbestos Claimants' Committee and/or the Debtors' estates; and

f.       performing such other legal services for the Asbestos Claimants' Committee as the Asbestos Claimants' Committee believes may be necessary and proper in these proceedings.

8.       The Asbestos Claimants' Committee has retained the law firm of Caplin & Drysdale, Chartered ("Caplin & Drysdale") as its national counsel.  Ashby & Geddes and Caplin & Drysdale have worked together to ensure that there is no unnecessary duplication of effort on behalf of, or services rendered to, the Asbestos Claimants' Committee.

9.      Subject to this Court's approval and in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Orders and Rules of this Court, the Asbestos Claimants' Committee requests that Ashby & Geddes be compensated on a hourly basis, plus be reimbursed for the actual, necessary expenses it incurs.  The hourly rates applicable to the attorneys and paralegals proposed to represent the Asbestos Claimants' Committee are:[1]

| Professional | Position | Rate |
|---|---|---|
| William P. Bowden | Partner | $325 per hour |
| Phillip Trainer | Partner | $300 per hour |
| Christopher S. Sontchi | Partner | $285 per hour |
| Matthew G. Zaleski, III | Associate | $250 per hour |
| Ricardo Palacio | Associate | $230 per hour |
| Gregory A. Taylor | Associate | $155 per hour |
| Cathie J. Boyer | Paralegal | $120 per hour |
| Benjamin W. Keenan | Paralegal | $100 per hour |

This listing is not exclusive, and other professionals at Ashby & Geddes may perform services for the Asbestos Claimants' Committee.

10.     To the best of the Asbestos Claimants' Committee's knowledge and except as set forth in the attached Affidavit Pursuant to Federal Rule of Bankruptcy Procedure 2014 in Support of Application of the Official Committee of Asbestos Claimants to Retain Ashby & Geddes, P.A. as Delaware Counsel (the "Sontchi Affidavit"), Ashby & Geddes has no interest in or connection with any creditor or other party-in-interest in the Debtors' pending chapter 11 proceedings, nor to the best of the Asbestos Claimants' Committee's knowledge does Ashby & Geddes hold any interest adverse to the interests of the Asbestos Claimants' Committee or the Debtors' creditors.  Ashby & Geddes is disinterested within the meaning of section 101(14) of

---

[1] Hourly rates are adjustable on an annual basis.

the Bankruptcy Code. The employment of Ashby & Geddes would be in the best interest of the Asbestos Claimants' Committee and the Debtors' estates.

11.     The Asbestos Claimants' Committee has requested the retention of Ashby & Geddes, *nunc pro tunc* from April 12, 2001 through and including June 15, 2001, since it was necessary for Ashby & Geddes to begin work on behalf of the Asbestos Claimants' Committee immediately after the Asbestos Claimants' Committee formally authorized the employment of Ashby & Geddes.

12.     Ashby & Geddes understands that any compensation and expenses paid to it must be approved by this Court upon application consistent with the Bankruptcy Code and applicable Bankruptcy Rules. To this end, Ashby & Geddes will be filing final fee application with the Court as soon as practical after the Court authorizes Ashby & Geddes' retention.

## CONCLUSION

WHEREFORE, the Asbestos Claimants' Committee respectfully requests that this Court

enter an Order, in substantially the form annexed hereto, authorizing and approving the retention

and employment of the firm of Ashby & Geddes, *nunc pro tunc* from April 12, 2001 through and

including June 15, 2001, to represent it in these chapter 11 cases and for such other and further

relief as the Court deems just and equitable.

THE ASBESTOS PERSONAL INJURY CLAIMANTS'
COMMITTEE OF W.R. GRACE & CO., *et al.*

_____
A Member of the Asbestos Personal Injury Claimants' Committee
of W.R. Grace & Co., *et al.*

For: John Russell

By:

_____

Attorney-in-Fact

Dated: June 14, 2001
94598.1

6

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JJF) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**AFFIDAVIT PURSUANT TO FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2014 IN SUPPORT OF APPLICATION OF
THE ASBESTOS PERSONAL INJURY CLAIMANTS' COMMITTEE
TO RETAIN ASHBY & GEDDES, P.A., AS DELAWARE COUNSEL**

STATE OF DELAWARE      :
                                  :      SS.
COUNTY OF NEW CASTLE      :

Christopher S. Sontchi, being duly sworn, deposes and says:

1.        This Affidavit is being submitted in support of the Application of the Asbestos Personal Injury Claimants' Committee (the "Asbestos Claimants' Committee") to retain Ashby & Geddes, P.A. ("Ashby & Geddes") as Delaware counsel for the Asbestos Claimants' Committee (the "Application") and to provide the disclosures required under section 1103 of title 11 of the United States Code (the "Bankruptcy Code"), the Rules of this Court, and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2.        I am a member of Ashby & Geddes, which is located at 222 Delaware Avenue, 17th Floor, Wilmington, Delaware 19801, and have been duly admitted to practice in, and am a member in good standing of, the Bars of the State of Delaware, the United States District Court for the District of Delaware, and the Court of Appeals for the Third Circuit.

3.        No agreement or understanding exists between affiant, Ashby & Geddes, or any other person for any division or sharing of compensation that is prohibited by statute.

4.    Ashby & Geddes has conducted a conflicts check against W.R. Grace & Co. ("W.R. Grace") and its affiliated debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), the Debtors' lenders, the entities identified on the list of the creditors holding unsecured claims provided to Ashby & Geddes by the Debtors and other entities identified in lists provided to Ashby & Geddes by the Debtors, including, but not limited to, the Debtors' pre-petition bank group, other lenders, equipment lessors, indenture trustees, current and former officers and directors of the Debtors, the Debtors' insurers, and entities holding in excess of 5% of W.R. Grace's outstanding common stock. Other than as set forth in Exhibits 1 and 2 hereto, to the best of my knowledge, Ashby & Geddes has no connection with the Debtors, the Debtors' lenders, the Debtors' unsecured creditors, or any other party-in-interest of which Ashby & Geddes is currently aware, their attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not hold or represent any entity having an adverse interest to the Asbestos Claimants' Committee or the Debtors' unsecured creditors in connection with the Debtors' cases.

5.    The results of this conflict check revealed that certain potential creditors and parties-in-interest in the Debtors' cases are former or current clients of Ashby & Geddes, in each instance in matters completely unrelated to the Debtors' or the Debtors' cases. Attached hereto as Exhibit 1 is a list of creditors and potential parties-in-interest whom Ashby & Geddes formerly represented in matters unrelated to the Debtors or the Debtors' bankruptcy cases. Attached hereto as Exhibit 2 is a list of potential creditors and parties-in-interest whom Ashby & Geddes currently represents in matters unrelated to the Debtors or the Debtors' bankruptcy cases.

2

6.      For as long as it represents the Asbestos Claimants' Committee, Ashby & Geddes will not represent any entity other than the Asbestos Claimants' Committee in connection with the Debtors' bankruptcy proceedings.

7.      In addition, I, Ashby & Geddes and certain members and associates of the firm may have in the past represented and may presently or in the future represent other creditors or stockholders of the Debtors in matters unrelated to the Debtors or the Debtors' cases.

8.      I believe Ashby & Geddes is a "disinterested" person under section 101(14) of the Bankruptcy Code.

9.      The partners and associates of Ashby & Geddes are attorneys duly admitted to practice in, and are members in good standing of, the Bars of the State of Delaware and the United States District Court for the District of Delaware and, in some circumstances, the United States Court of Appeals for the Third Circuit.

10.      Ashby & Geddes intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and Orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Ashby & Geddes.   The principal attorneys and paralegals designated to represent the Asbestos Claimants' Committee and their current standard hourly rates are:

| **Attorney** | **Position** | **Rate** |
| --- | --- | --- |
| William P. Bowden | Partner | $325 per hour |
| Philip Trainer | Partner | $300 per hour |
| Christopher S. Sontchi | Partner | $285 per hour |
| Matthew G. Zaleski, III | Associate | $250 per hour |
| Ricardo Palacio | Associate | $230 per hour |
| Gregory A. Taylor | Associate | $155 per hour |
| Cathie J. Boyer | Paralegal | $125 per hour |
| Benjamin W. Keenan | Paralegal | $100 per hour |

The hourly rates set forth above are Ashby & Geddes' standard hourly rates for work of this nature. These rates are set at a level designed to compensate Ashby & Geddes fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Ashby and Geddes reviews its hourly rates on an annual basis and these rates may be adjusted accordingly. It is Ashby & Geddes' policy to charge its clients in all areas of practice for all expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier charges ($.50 per page), photocopying charges ($.15 per page), travel expenses, expenses for "working meals," computerized research, as well as non-ordinary overhead expenses such as secretarial overtime. Ashby & Geddes believes that it is more fair to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

11. Ashby & Geddes has not received a retainer.

12. Ashby & Geddes will supplement this Affidavit if and when necessary to disclose any further pertinent relationships that require disclosure in this case.

13. By reason of the foregoing, I believe Ashby & Geddes is eligible for employment and retention by the Asbestos Claimants' Committee pursuant to sections 328 and 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules.

WHEREFORE, affiant respectfully requests the entry of the order attached to the Application and for such other and further relief as may be just and equitable.

_____

Christopher S. Sontchi (I.D. #3159)
Proposed Delaware Counsel to the Asbestos Personal Injury
Claimants' Committee

Dated: June _14_, 2001

SWORN AND SUBSCRIBED this _14th_ day of _June_, 2001.

_____
Notary Public

## <u>EXHIBIT 1 -- FORMER REPRESENTATIONS</u>

1.     Ashby & Geddes formerly represented Chase Manhattan Bank, a lender to the Debtors, in an adversary proceeding commenced in the bankruptcy proceedings of *Lomas Financial Corp., et al.*, formerly pending in this Court.

2.     Ashby & Geddes formerly represented Wachovia Bank, N.A., a lender to the Debtors, as Delaware counsel in the bankruptcy proceedings of *The Loewen Group, et al.*, and *Prime Succession*, currently pending in this District.

3.     Ashby & Geddes formerly represented Exxon Company, which may be an affiliate of Exxon Chemical Americas, a creditor of the Debtors, in the bankruptcy proceedings of *Grant Geophysical, et al.*, *Presidio Oil*, *et al.*, and *WRS Corporation, et al.*, formerly pending in this District.

4.     Ashby & Geddes formerly represented First Union National Bank, a lender to the Debtors, in connection with the bankruptcy proceedings of *Philip Services*, pending in this District.

5.     Ashby & Geddes formerly represented Nations Bank, N.A., which is a lender to the Debtors, in connection with the bankruptcy proceedings of *Wilcox & Gibbs, Inc.*, formerly pending in this district.

6.     Ashby & Geddes formerly represented Credit Lyonnais New York Branch, which may be affiliated with Credit Lyonnais Atlanta Agency, which is a lender t to the Debtors, in the bankruptcy proceedings of *Foxmeyer Corporation*, currently pending in this District.

## EXHIBIT 2 -- CURRENT REPRESENTATIONS

1.      Ashby & Geddes currently represents Chase Manhattan Bank, N.A., a lender to the Debtors, as Delaware counsel (i) in a litigation matter captioned *The Chase Manhattan Bank v. Irridium Africa Corp., et al.*, D. Del. Case No. 00-564 (RRM), currently pending in the United States District Court for the District of Delaware; and (ii) an adversary proceeding commenced in the bankruptcy proceedings of *Innovative Clinical Solutions, Ltd., et al.*, Adv. No. 01-155 (PJW), currently pending in this Court.

2.      Ashby & Geddes currently represents Wachovia Bank, N.A., a lender to the Debtors, as Delaware counsel in the bankruptcy proceedings of *Harnischfeger Industries, et al.*, Case No. 99-2171 (PJW), currently pending in this District.

3.      Ashby & Geddes currently represents Chase Manhattan Trust Co., N.A., which may be affiliated with The Chase Manhattan Bank, a lender to the Debtors, as Delaware counsel in the bankruptcy proceedings of *Integrated Health Services, Inc., et al.*, Case No. 00-389 (MFW), currently pending in this District.

4.      Ashby & Geddes currently represents the Official Committee of Asbestos Claimants, as Delaware counsel in the bankruptcy proceedings of *Owens Corning, et al.*, Case No. 00-3837 (MFW) pending in this District.

5.      Ashby & Geddes currently represents Credit Suisse First Boston, a lender to the Debtors, in the bankruptcy proceedings of (i) *ICO Global Communications Services, Inc.*, et al., Case No. 99-02983 (MFW), currently pending in this District; and (ii) *Pillowtex, Inc.*, et al., Case No. 00-4211 (SLR), currently pending in this District.

6.     Ashby & Geddes currently represents Credit Lyonnais New York Branch, which may be an affiliate of Credit Lyonnais Atlanta Agency, a lender to the Debtors, in the bankruptcy proceedings of (i) *Global Ocean Carriers Limited*, et al., Case No. 00-956 (MFW), currently pending in this District; and (ii) *Plant Hollywood International*, Inc., et al., Case No. 99-3612 (MFW), currently pending in this District.

94624.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JJF) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**ORDER AUTHORIZING THE RETENTION OF
ASHBY & GEDDES, P.A., AS DELAWARE COUNSEL FOR THE
ASBESTOS PERSONAL INJURY CLAIMANTS' COMMITTEE**

Upon consideration of the Application of the Asbestos Personal Injury Claimants' Committee (the "Asbestos Claimants' Committee") to retain Ashby & Geddes, P.A. ("Ashby & Geddes") to serve as Delaware counsel for the Asbestos Claimants' Committee (the "Application"), *nunc pro tunc* from April 12, 2001 through and including June 15, 2001, and upon consideration of the contemporaneously-filed Affidavit of Christopher S. Sontchi in support of the Application; and the Court being satisfied that Ashby & Geddes represents no interest adverse to the Asbestos Claimants' Committee in the matters with respect to which it is to be employed; and notice of the Application being sufficient and proper under the circumstances; and sufficient cause appearing therefor; it is hereby:

ORDERED, that the Application is granted; and it is further,

ORDERED, that pursuant to sections 328(a) and 1103 of the Bankruptcy Code that the Asbestos Claimants' Committee's employment and retention of Ashby & Geddes, effective April 12, 2001, to serve as its Delaware counsel in the above-captioned case through and including June 15, 2001; and it is further,

ORDERED, that Ashby & Geddes shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and such other procedures as may be fixed by Order of this Court.


_____
Joseph J. Farnan, Jr.
United States District Court Judge

Dated:  Wilmington, Delaware
          _____, 2001

94598.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2001 I caused one copy of the foregoing to be served upon the persons on the attached list by first class United States mail, postage prepaid, unless otherwise indicated.

William P. Bowden

74510.1

**W.R. Grace 2002 Service List**

**Hand Delivery**
Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Hand Delivery**
Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

**Hand Delivery**
Adam G. Landis, Esq.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

**Hand Delivery**
Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

**Hand Delivery**
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

**Hand Delivery**
Joseph Grey, Esq.
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**Hand Delivery**
Robert Jacobs, Esq.
Maria Rosoff Eskin, Esq.
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

**Hand Delivery**
Frank Perch , Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

**Hand Delivery**
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Hand Delivery**
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

**Hand Delivery**
Francis A. Monaco, Jr., Esq.
Frederick B. Rosner, Esq.
Walsh, Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Bruce E. Jameson, Esq.
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801

**Hand Delivery**
Selinda A. Melnik
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE 19899

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York. NY 10017

Attn.: Meridee Moore & Kirsten Lynch
Farallon Capital Management LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Margery N. Reed, Esq.
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury
  & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd., Suite G
Brownsville, TX 78520

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan, Griffinger
  & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
Five Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Jonathan W. Young
T.Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 West Green Avenue
Orange, TX 77630

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Ira S. Greene, Esq.
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY 10006

Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Paul M. Baisier, Esq.
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Todd C. Meyers, Esq.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Scott L. Baena, Esq.
Member
Bilzin Sumberg Dunn Baena Price
  & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P. O. Box 151
Bryan, OH 43506

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Lewis T. LeClair, Esq.
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Shelby A. Jordan
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Can.Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

John P. Dillman, Esq.
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA 98104-7078

Kevin D. McDonald
Wilshire Scott & Dyer, PC
One Houston Center
1221 McKinney, Suite 4550
Houston, TX 77010

Christopher Beard, Esq.
Beard & Beard
306 North Market Street
Frederick, MD 21701

Lewis T. LeClair
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Credit Lyonnais
1301 Avenue of the Americas
New York, New York 10019-0602

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

Peter S. Goodman, Esq.
Andrews & Kurth
805 Third Avenue
New York, NY 10022

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, New York 10022

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Dorine Vork
Stibbe, P.C.
350 Park Avenue
New York, New York 10022

Thomas J. Noonan, Jr.
Herman's Sporting Goods in Liquidation
C/o R&S Liquidation Company, Inc.
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Florida 32399-3000

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah 83536-9229

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036