IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

### AFFIDAVIT OF MEREDITH S. JONES, SECRETARY

STATE OF DELAWARE

                                SS:

NEW CASTLE COUNTY

    I, MEREDITH S. JONES, certify that I am, and at all times during the service of process have been, an employee of the firm of Ferry & Joseph, P.A., that I am not less than 18 years of age, and that I am not a party to the matter concerning which service of process was made. I certify further that service of the attached Notice of Motion and Joint Motion by the Official Committee of Asbestos Property Damage and Asbestos Personal Injury Claimants for the Authority to Prosecute Fraudulent Transfer Claims, was made on the parties on the attached 2002 Service List, by First-Class Mail or Hand-Delivery, on June 14, 2001.

MEREDITH S. JONES, Secretary

SWORN TO AND SUBSCRIBED before me this _15th_ day of _June_, 2001.

NOTARY PUBLIC

**TAMMY A. CORRIGAN**
**NOTARY PUBLIC-DELAWARE**
**My Commission Expires May 30, 2003**

TJT/msj
F:\Meredith\TJT\WRGraceBankMBJ\AffServJt.Mot.wpd

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly-Administered |
| | ) | |
| | ) | **Objections due by: 6/29/01 @ 4:00 p.m.** |
| | ) | **Hearing Date: 7/19/01 @ 12:00 p.m.** |

## <u>NOTICE OF MOTION</u>

TO:    All Parties on the 2002 Service List

The Official Committee of Asbestos Property Damage Claimants and the Official Committee of Asbestos Personal Injury Claimants have filed the Joint Motion by the Official Committee of Asbestos Property Damage and Asbestos Personal Injury Claimants for Authority to Prosecute Fraudulent Transfer Claims.

You are required to file a response to the attached motion on or before **June 29, 2001, at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon Movant's attorneys:

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 094
Wilmington, Delaware 19801
(302) 575-1555

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
(305) 374-7580

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
(212) 319-7125

Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 654-1888

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000

HEARING ON THE MOTION WILL BE HELD ON **July 19, 2001, at 12:00 p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

FERRY & JOSEPH, P.A.

Theodore J. Tacconelli, Esq. (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Proposed Local Counsel for the Official
Committee of Asbestos Property Damage
Claimants

-and-

ABSHBY & GEDDES

Matthew G. Zaleski, III, Esq. (No. 3557)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 654-1888
Proposed Local Counsel for the Official
Committee of Asbestos Personal Injury
Claimants

-and-

Bilzin, Sumberg, Dunn, Baena, Price
& Axelrod, LLP
Scott L. Baena, Esquire
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580
Proposed Counsel for the Official
Committee of Asbestos Property Damage
Claimants

2

-and-

Caplin & Drysdale, Chartered
Elihu Inselbuch, Esquire
399 Park Avenue, 36th Floor
New York, NY 10022
(212) 319-7125
Proposed Counsel for the Official
Committee of Asbestos Personal Injury
Claimants

-and-

Caplin & Drysdale, Chartered
Peter Van N. Lockwood, Esquire
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000
Proposed Counsel for the Official
Committee of Asbestos Personal Injury
Claimants

Date: June 14, 2001

TJT/msj
F:\Meredith\TJT\WRGraceBankMBJ\NotMotJt.Mot.wpd

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | Chapter 11 |
| | ) | |
| In re: | ) | Case No. 01-01139 (JJF) |
| | ) | |
| W. R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections due by: 6/29/01 @ 4:00 p.m.** |
| | ) | **Hearing Date: 7/19/01 @ 12:00 p.m.** |
| | ) | |
| | ) | |

## JOINT MOTION BY THE OFFICIAL COMMITTEES OF ASBESTOS PROPERTY DAMAGE AND ASBESTOS PERSONAL INJURY CLAIMANTS FOR AUTHORITY TO PROSECUTE FRAUDULENT TRANSFER CLAIMS

Pursuant to 11 U.S.C. §§ 1103 and 1109, the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") and the Official Committee of Asbestos Personal Injury Claimants (the "PI Committee"; the PI Committee and the PD Committee being collectively referred to as the "Asbestos Committees"), by and through their respective undersigned counsel, hereby file this joint motion for authority to prosecute certain avoidance claims on behalf of the Debtors' bankruptcy estates. In support of this Motion, the Asbestos Committees state as follows:

### PRELIMINARY STATEMENT

In 1996, and then again in 1998, the Debtors' corporate group engineered a series of exceedingly complex transactions which stripped W.R. Grace & Company of business segments of the company worth billions of dollars for the purpose of shielding those assets from asbestos liabilities. The Asbestos Committees maintain that these transfers were fraudulent in purpose and effect. The Debtors concede, as they must, that they are disabled from pursuing fraudulent

1

transfer claims arising out of these transactions. The only parties in interest qualified and eager to pursue these significant claims are those represented by the Asbestos Committees. Ample authority and justification exist for permitting the Asbestos Committees to do so for the benefit of the Debtors' estate and their creditors.

## BACKGROUND

1.      On April 2, 2001 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code and the Court entered an order directing joint administration of the Debtors' estates.

2.      On April 12, 2001, the United States Trustee formed three official creditors committees: the PD Committee, the PI Committee, and the Official Committee of Unsecured Creditors (the "Unsecured Creditors Committee").

3.      On the Petition Date, the Debtors also filed a Verified Complaint for Declaratory and Injunctive Relief (the "Complaint for Injunction"), styled W.R. Grace & Co., et al. v. Margaret Chakarian, et al., Adversary Proceeding No. A-01-771, and a Motion for a Temporary Restraining Order and Preliminary Injunction Staying All Asbestos-Related and Fraudulent Transfer Claims Against Affiliated Entities (the "Motion"). In the Complaint for Injunction and the Motion, the Debtors sought, among other things, to enjoin prosecution of pending and future actions against certain non-debtor affiliates of the Debtors, including but not limited to Sealed Air Corporation ("Sealed Air") and Fresenius A.G. ("Fresenius"), based upon certain transactions that have been attacked as fraudulent conveyances (the "Fraudulent Transfer Claims").

4.      By the Petition Date, significant civil litigation had been commenced in numerous courts alleging a scheme by Grace to defraud creditors of W.R. Grace and Company through the transfer of substantial assets to others for inadequate consideration. In this regard,

2

Fresenius and Sealed Air - - as well as certain of the Debtors - - are named as defendants in a nationwide class action on behalf of asbestos personal injury victims, filed in the Supreme Court of California, San Francisco County (the "Abner Action") wherein the plaintiffs seek relief based upon fraudulent transfers by and among the defendants. Certain Debtors and Sealed Air are also defendants in a certified state-wide class action in the Superior Court of Spokane County, Washington, on behalf of Zonolite Attic Insulation property damage victims, seeking relief, in part, based upon the Fraudulent Transfer Claims relating to the Sealed Air transfers (the "Barbanti Action"). Furthermore, on the Petition Date, a nationwide fraudulent transfer class action was commenced in the District Court of Massachusetts against Sealed Air, Fresenius, and others, on behalf of Zonolite Attic Insulation property damage victims, likewise asserting the Fraudulent Transfer Claims (the "Woodward Action"). The Debtors themselves claim that Sealed Air is a named defendant "in over 6,000 asbestos-related actions" and in eight class actions, one of which has been certified and all of which implicate the Fraudulent Transfer Claims.

5.      On April 5, 2001, the Bankruptcy Court entered an Order Granting Temporary Restraining Order (the "TRO"), effectively staying all parties from filing any asbestos-related actions against certain non-debtor affiliated entities, including Sealed Air and Fresenius. Thereafter, on April 12, 2001, this Court entered an Order Extending the Temporary Restraining Order, which extended the TRO through and including April 24, 2001. At a status hearing held on April 18, 2001, the Court granted the Debtors a preliminary injunction further staying all parties from filing any asbestos-related actions against the non-debtor affiliates, including Sealed Air and Fresenius, through and including a hearing on the preliminary injunction.

6.     On May 3, 2001, the Court held a hearing on the Motion and entered an Order

Granting Preliminary Injunction (the "Preliminary Injunction Order") staying, *inter alia,* pending

actions concerning the Fraudulent Transfer Claims against Sealed Air, Fresenius, certain

investment banks, insurance carriers and others.  The Preliminary Injunction Order, however, did

not stay future actions against Sealed Air and Fresenius or motions to transfer venue pending in

the Abner and Woodward Actions.

7.     At the May 3, 2001 hearing, the Debtors asserted that, as a result of the advent of

the Debtors' chapter 11 proceedings, the Fraudulent Transfer Claims belong to the Debtors'

estates.  However, upon questioning by the Court, counsel for the Debtors candidly - - and

correctly - - admitted that "insofar as Grace is concerned, the debtor is concerned, given the

positions that we've taken, Grace through its current counsel, would probably be disabled from

pursuing . . ." the Fraudulent Transfer Claims.  (Transcript, May 3, 2001, at 11).

8.     At the May 3, 2001 hearing, the Unsecured Creditors Committee supported the

relief requested by the Debtors and further, urged that the prosecution of the Fraudulent Transfer

Claims be indefinitely postponed until there has been a determination whether the Debtors are

solvent and thus capable of paying all claims against the Debtors' estates in full without the need

for any recovery from the Fraudulent Transfer Claims.  (Transcript, May 3, 2001, at 28-29).  That

determination may take years to resolve and the attendant delay would only serve to increase the

hazards of litigation of the Fraudulent Transfer Claims through the loss of evidence, faded

memories of witnesses, and the like.  Additionally, such delay might even generate new defenses

to the Fraudulent Transfer Claims based on statutes of limitation or repose or any subsequent

transfers of the same assets.  Significantly, Sealed Air, a target of the Fraudulent Transfer

Claims, is a member of the Unsecured Creditors Committee.  Although delay might well serve Sealed Air's interests as a defendant, lapse of time cannot possibly benefit the estates.

9.     The Debtors have filed yet another Motion to Modify the Preliminary Injunction seeking, *inter alia,* preliminary injunctive relief against the commencement of future actions based upon the Fraudulent Transfer Claims.  In connection with this latest motion, the Debtors assert that an additional forty-six lawsuits were "commenced" against Sealed Air in violation of the TRO "since the preliminary injunction was issued, and one additional asbestos-related action has been filed".  (Debtors' Memorandum in Support of Their Motion to Modify the Preliminary Injunction, p.2).  The motion is ambiguous as to whether these purported actions also implicate the Fraudulent Transfer Claims.

## THE FRAUDULENT TRANSFER CLAIMS

### A.     The 1996 Fresenius Transaction

10.    In 1996, the operating assets of the Grace corporate group were owned by W.R. Grace & Company - - Conn. ("Grace I") through various divisions and direct and indirect subsidiaries.  One of its most profitable subsidiaries was National Medical Care, Inc. ("NMC"), a health care business.  In 1996, Grace I divested itself of NMC, thereby purporting to insulate NMC assets from the asbestos liability confronting Grace I. 'Grace I, however, did not receive adequate consideration for NMC, and the transfer appears tainted by intent to defraud asbestos creditors.  The Asbestos Committees are informed that the transfer involved the following steps:

- Grace I transferred NMC to the ultimate parent of the Grace corporate group, a publicly-owned New York holding company known as W.R. Grace & Company ("Grace II").  The consideration for this transfer was $2.262 billion in cash borrowed by NMC, about half of which went to reduce Grace I's debt.  The $2.262 billion consideration  was much less that the value of $3.175 billion to $4.0 billion that the Grace group ascribed to NMC on a stand-alone basis in reports to shareholders.

- Grace II created a new Delaware subsidiary also named W.R. Grace & Company ("Grace III"), and then transferred the stock of Grace I to that new corporation. Grace I thus ceased to be a direct subsidiary of Grace II and became a direct subsidiary of Grace III.

- The stock of Grace III was spun off to the public shareholders of Grace II. This step ostensibly ended the formal affiliation between Grace III (with its subsidiary, Grace I) and Grace II (with its subsidiary, NMC).

- Grace II was renamed Fresenius National Medical Care Holding Company ("FMC Holding"). It then merged into a subsidiary of Fresenius, a German company operating a worldwide dialysis business. As part of the same plan, Fresenius contributed its U.S. subsidiary, Fresenius U.S.A., to FMC Holding.

11.    In sum, these complex maneuvers stripped NMC out of Grace I and turned Grace II, renamed as FMC Holding, into a subsidiary of Fresenius holding two subsidiaries, Fresenius U.S.A. and NMC. As a result, the public shareholders of Grace II received 44.8% of the combined NMC/Fresenius business, plus preferred stock of FMC Holding. In all, those shareholders received approximately $4.5 billion in value, yet the consideration paid to Grace I was only $2.262 billion.

## B.    The 1998 Sealed Air Transaction

12.    The Fresenius transaction left Grace I as a subsidiary of Grace III operating a flexible packaging business and a specialty chemicals business. In 1998, Grace disposed of the packaging business in a series of maneuvers evidently modeled on the Fresenius transaction. The Asbestos Committees are informed that the sequence of events was as follows:

- Grace III separated its packaging business and specialty chemicals business into separate subsidiaries, creating "Cryovac" as a new subsidiary to receive the packaging business. As a consideration for the packaging business, Grace I received $1.2 billion. That money was borrowed by the transferred business and was used to pay down the debt of Grace I.

- Grace III proceeded to spin off Grace I, which became the subsidiary of a new company known as Grace Specialty Chemicals. Grace Specialty Chemicals was later renamed as yet another iteration of W.R. Grace & Company ("Grace IV").

- Grace III then merged its Cryovac subsidiary with Sealed Air Corporation U.S., a subsidiary of the company then known as Sealed Air Corporation, producers of bubble wrap and other packaging. In connection with this merger, Grace III changed its own name to Sealed Air Corporation.

13.     In short, Grace I was divested of the packaging business and $1.2 billion in debt was removed from the books of Grace I and placed on the books of the packaging business as transferred. Public shareholders of Grace III, now known as Sealed Air Corporation, received 63% of the combined packaging/bubble wrap business.

## LEGAL ARGUMENT

14.     The Fraudulent Transfer Claims may well constitute the most substantial asset of the Debtors' estates. Given the disabling conflicts of the Debtors and the Unsecured Creditors Committee, the only logical conclusion is to empower the Asbestos Committees – whose constituencies represent the largest universe of claims against the Debtors' estates – to prosecute these important Fraudulent Transfer Claims for and on behalf of the estates.

15.     Ample authority supports the requested relief. Section 1103(c)(5) of the Bankruptcy Code provides that a committee appointed under § 1102 may "perform such other services as are in the interest of those represented." Additionally, §1109(b) of the Bankruptcy Code provides that a creditors committee "may raise and may appear and be heard on any issue in a case under this chapter." Accordingly, numerous courts have held that §§ 1103(c)(5) and 1109(b) imply a right of a creditors committee to initiate adversary proceedings on behalf of the estate. See Catwil Corp. v. Derf II (In re Catwil Corp.), 175 B.R. 362 (E.D. Cal. 1994) (citing Louisiana World Exposition v. Federal Ins. Co., 858 F.2d 233, 247-48 (5th Cir. 1988); In re STN Enters., 779 F.2d 901, 904 (2d Cir. 1985); In re Marin Motor Oil, Inc., 689 F.2d 445, 453 (3d Cir. 1982); In re First Capital Holdings Corp., 146 B.R. 7, 11 (Bankr. C.D. Cal. 1992); In re

Chemical Separations Corp., 32 B.R. 816, 819 (Bankr. E.D. Tenn. 1983); In re Wesco Products Co., 22 B.R. 107, 109 (Bankr. N.D.Ill. 1982)).

16.     In In re Cybergenics Corp., 226 F.3d 237 (3rd Cir. 2000), the Third Circuit held (contrary to the Debtors' assertions here) that fraudulent transfer claims brought under § 544 of the Bankruptcy Code belong not to the debtor, but rather to its creditors.  The Court explained, "courts have at times authorized individual creditors or creditors' committees to exercise avoidance powers under certain circumstances, particularly when the debtor in possession is unwilling to pursue a colorable claim that would benefit the bankruptcy estate."  Id. at 240 n.3.

17.     To date, the Debtors' principal efforts in respect of the Fraudulent Transfer Claims have been to safeguard their fraud by seeking injunctive relief to bring pending actions to a screeching halt.  Yet, the Fraudulent Transfer Claims engender numerous complex issues, including the transfer of venue of pending litigations, applicable statutes of limitation, choice of law, and the assertion of state law and bankruptcy causes of action.  These matters require prompt attention and decisive action to ensure that the full value of this substantial asset is realized for the benefit of the estate.  The Debtors' admitted inability and unwillingness to prosecute the claims and the Unsecured Creditors Committee's curious "wait and see" approach, serve only to delay and thereby undermine the estates' interests.  Justice and equity require that the Asbestos Committees be empowered to prosecute the Fraudulent Transfer Claims.

WHEREFORE, the Asbestos Committees pray that they be jointly authorized to prosecute and enforce all claims and actions arising out of the Sealed Air and Fresenius transactions as representatives of the Debtors' estates and for such other relief as the Court may deem just and appropriate.

Dated: Wilmington, Delaware
　　　　June 14, 2001

　　　　　　　　　　　　　　BILZIN SUMBERG DUNN BAENA
　　　　　　　　　　　　　　　PRICE & AXELROD LLP
　　　　　　　　　　　　　　Scott L. Baena (Fla. Bar No. 186445)
　　　　　　　　　　　　　　2500 First Union Financial Center
　　　　　　　　　　　　　　200 South Biscayne Boulevard
　　　　　　　　　　　　　　Miami, Florida 33131-2336
　　　　　　　　　　　　　　Telephone:  (305) 374-7580

　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　FERRY & JOSEPH, P.A.

　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　Michael B. Joseph (Del. Bar No. 392)
　　　　　　　　　　　　　　Theodore J. Tacconelli (Del. Bar. No.2678)
　　　　　　　　　　　　　　824 Market Street, Suite 904
　　　　　　　　　　　　　　P.O. Box 1351
　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　Telephone:  (302) 575-1555

　　　　　　　　　　　　　　Proposed Counsel for the Official Committee of
　　　　　　　　　　　　　　Asbestos Property Damage Claimants

　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　CAPLIN & DRYSDALE, CHARTERED
　　　　　　　　　　　　　　Elihu Inselbuch
　　　　　　　　　　　　　　399 Park Avenue, 36th FL
　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　Telephone: (212) 319-7125

　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　CAPLIN & DRYSDALE, CHARTERED
　　　　　　　　　　　　　　Peter Van N. Lockwood
　　　　　　　　　　　　　　One Thomas Circle, N.W.
　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　Telephone: (202) 862-5000

　　　　　　　　　　　　　　　　-and-

ASHBY & GEDDES

By: _____

Matthew G. Zaleski III (Del. Bar No. 3557)
222 Delaware Avenue, 17th FL
Wilmington, DE 19899
Telephone: (302) 654-1888

Proposed Counsel for the Official Committee of
Asbestos Personal Injury Claimants

W. R. Grace 2002 Service List
Case No. 01-1139 (RJN)
Doc. No. 22588
June 13, 2001
15 – Hand Delivery
07 – Federal Express
111 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

*Hand Delivery*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Hand Delivery*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

*Hand Delivery*
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*Hand Delivery*
Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
Mary M. MaloneyHuss
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE  19801

*Hand Delivery*
Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

*Federal Express*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*Federal Express*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA  19106

*Federal Express*
(Canadian counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
P.O. Box 8705, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

*Federal Express*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*Federal Express*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

*Federal Express*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Federal Express*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

*First Class Mail*
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

*First Class Mail*
Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC  20020

*First Class Mail*
District Director
IRS
409 Silverside Road
Wilmington, DE  19809

*First Class Mail*
Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA  30326-1232

*First Class Mail*
Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

*First Class Mail*
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

*First Class Mail*
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

*First Class Mail*
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

*First Class Mail*
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY  10176

*First Class Mail*
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

*First Class Mail*
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

*First Class Mail*
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

*First Class Mail*
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*First Class Mail*
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*First Class Mail*
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

*First Class Mail*
Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

*First Class Mail*
(Counsel for The Chase Manhattan)
Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*First Class Mail*
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*
Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
Nancy Worth Davis
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
(Counsel for Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

*First Class Mail*
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

*First Class Mail*
R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

*First Class Mail*
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

*First Class Mail*
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

*First Class Mail*
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

*First Class Mail*
Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

*First Class Mail*
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

**First Class Mail**
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

**First Class Mail**
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

**First Class Mail**
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY 10006

**First Class Mail**
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

**First Class Mail**
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

**First Class Mail**
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia 30309

*First Class Mail*
Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas  77010

*First Class Mail*
Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD  21701

*First Class Mail*
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

*First Class Mail*
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

*First Class Mail*
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas  77017

*First Class Mail*
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA  98104-7078

*First Class Mail*
Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas  75201

*First Class Mail*
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

*First Class Mail*
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts 02110-2624

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

*First Class Mail*
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

*First Class Mail*
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX 78520

*First Class Mail*
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, New Jersey 07663

*First Class Mail*
Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

*First Class Mail*
Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, California  94111

*First Class Mail*
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

*First Class Mail*
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

*First Class Mail*
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

*First Class Mail*
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

*First Class Mail*
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

*First Class Mail*
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

*First Class Mail*
)
Harry Lee, Esquire
Steptoc & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

*First Class Mail*
(Counsel for Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
(Tennessee Department of Environment and Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

*First Class Mail*
(Counsel for numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

*First Class Mail*
(Counsel for Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

*First Class Mail*
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah  83536-9229

*First Class Mail*
Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, New York  10022

*First Class Mail*
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Floria  32399-3000

*First Class Mail*
Credit Lyonnais
1301 Avenue of the Americas
New York, New York  10019-0602

*First Class Mail*
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

*First Class Mail*
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

*First Class Mail*
Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH  4308

*First Class Mail*
(Counsel for SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

*First Class Mail*
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland  21043

*First Class Mail*
Danice Sims
P.O. Box 66658
Baton Rouge, Louisiana  70896

*First Class Mail*
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, New York  10007

*First Class Mail*

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, Arizona 85007-1278

*First Class Mail*
Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, Tennessee 38103

*First Class Mail*
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, Tennessee 38103

*First Class Mail*
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

*First Class Mail*
Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA 02110-2699

*First Class Mail*
Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
100 North Tryon Street, Suite 4000
Charlotte, North Carolina 28202-4010

*First Class Mail*
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

*First Class Mail*
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

*First Class Mail*
Mr. James A. Bane
KMCC 204029
P.O. Box 710
Keen Mountain, VA  24624

*First Class Mail*
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

*First Class Mail*
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

*First Class Mail*
Maggie De La Rosa
Provost * Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, Texas  77701

*First Class Mail*
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

**First Class Mail**
Richard M. Meth, Esquire
Herrick, Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, New Jersey  07105

**First Class Mail**
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

**First Class Mail**
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, New York  10022

**First Class Mail**
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, Missouri  63366

**First Class Mail**
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

**First Class Mail**
Shelley Bethea Gillette & Clark
3850 E. Baseline Road, Suite 125
Mesa, Arizona  85206

**First Class Mail**
David Aelvoet, Esquire
Linebargerheard Goggan Blair
Graham Pena & Sampson LLP
1000 Tower Life Building
San Antonio, TX  78205

*First Class Mail*
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

*First Class Mail*
David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburg, PA  15222-2302

*First Class Mail*
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730
(Attorney for Toyota Motor Credit)

*First Class Mail*
James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY  10178
(Counsel for Delco Development Company)

*First Class Mail*
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674
(Counsel for Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)

*First Class Mail*
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey  08002

*First Class Mail*
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, New York 10017-4014
(Attorneys for General Electric Capital Corporation)

*First Class Mail*
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, Florida 32412-0950

*First Class Mail*
Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, Tennessee 37243
(Counsel for Commissioner of Revenue)

*First Class Mail*
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020-1182