ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## SECOND AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 21, 2001 AT 4:00 P.M.

### UNCONTESTED MATTERS

　　1.　　*Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of The Blackstone Group L.P. as Financial Advisor to the Debtors and Debtors in Possession (Docket No. 13)*

**Related Documents:**

　　a.　　Notice of Application re: Docket No. 13 (Docket No. 39)

　　b.　　[Signed] Order Authorizing the Employment and Retention of The Blackstone Group L.P. as Financial Advisor to the Debtors and Debtors in Possession (Docket No. 180)

　　c.　　Certification of No Objection re: Docket No. 13 (Docket No. 169)

　　d.　　Motion to Vacate re: Docket No. 180 (Docket No. 251)

　　e.　　[Signed] Order Vacating Blackstone Retention Application (Docket No. 271)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:24557.1

    f.       Certification of Counsel re: Docket No. 13 (Docket No. 451)

**Response Deadline:** April 18, 2001 at 4:00 p.m. (extended for Creditors' Committee)

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

    2.      *Motion of Debtors for Entry of an Order: (a) Authorizing, But Not Requiring, the Debtors to Pay Certain Prepetition (i) Wages, Salaries, Incentive Pay, Bonus Plans and Other Compensation and Amounts Withheld from Such Compensation, (ii) Employee Medical, Pension and Similar Benefits, (iii) Employee Severance Pay, (iv) Workers' Compensation Benefits (v) Amounts Relating to Retiree Health Benefits and (vi) Reimbursable Employee Expenses, (b) Authorizing and Approving Certain Key Employee Retention Programs on an Interim Basis and (c) authorizing Applicable Banks and Other Financial Institutions to Receive, Process, Honor and Pay All Checks Presented for Payment and to Honor All Electronic Payment Requests Made by the Debtors Relating to the Foregoing (the "Wage Motion") (Docket No. 19)*

**Related Documents:**

    a.      Notice of Entry of Order and Interim Approval of Key Employee Retention Plans: Docket No. 19 (Docket No. 46)

**Response Deadline:** April 18, 2001 at 4:00 p.m. (with respect to Key Employee Retention Plans)

**Responses Received:**

    a.      Motion of Official Unsecured Creditors' Committee for Reconsideration and Amendment of the First Day Order Authorizing the Debtors to Make Certain Prepetition Employee Payments and Fund Certain Trusts ("Motion for Reconsideration") (Docket No. 176).

    b.      Joinder of the Official Committee of Asbestos Bodily Injury Claimants in the Motion of Official Unsecured Creditors' Committee for Reconsideration and Amendment of the First Day Order Authorizing the Debtors to Make Certain Prepetition Employee Payments and Fund Certain Trusts ("Joinder") (Docket No. 283).

**Status:** The Debtors and the Committees have resolved outstanding issues raised by the Motion for Reconsideration and Joinder regarding the Wage Motion. This matter will be going forward.

    3.      *Debtors' Motion for an Order Pursuant to U.S.C. § 365(a) of the Bankruptcy Code Authorizing the Debtors to Assume Executory Contracts with Certain Employees (Docket No. 31)*

**Related Documents:**

    a.      Notice of Motion re: Docket No. 31 (Docket No. 45)

**Response Deadline:** April 18, 2001 at 4:00 p.m. (extended for certain Committees)

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

91100-001\DOCS_DE:24557.1

4.    *Motion of the Debtor for the Entry of an Order Approving the Settlement and Performance Agreement (Docket No. 361)*

**Related Documents:**

a.    Motion of the Debtors to Shorten Notice Period and Approve Form and Manner Thereof (Docket No. 361)

b.    [Signed] Order regarding Motion to Shorten re: Docket No. 361 (Docket No. 431)

c.    Notice of Motion of the Debtor for the Entry of an Order Approving the Settlement and Performance Agreement (Docket No. 361)

d.    [Proposed] Order Approving Debtors' Settlement and Performance Agreement (Docket No. 361)

e.    Affidavit of Service re: Docket No. 361 (Docket No. 361)

**Response Deadline:** June 18, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:**  This matter will be going forward.

## CONTESTED MATTERS

5.    *Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Wallace King Marraro & Branson PLLC as Special Litigation and Environmental Counsel for the Debtors (Docket No. 363)*

**Related Documents:**

a.    Notice of Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Wallace King Marraro & Branson PLLC as Special Litigation and Environmental Counsel for the Debtors (Docket No. 363)

b.    [Proposed] Order Authorizing the Retention and Employment of Wallace King Marraro & Branson PLLC as Special Litigation and Environmental Counsel for the Debtors (Docket No. 363)

c.    Affidavit of Service re: Docket No. 363 (Docket No. 363)

**Response Deadline:** June 19, 2001 at 4:00 p.m.

**Responses Received:**

a.    Limited Objection by Official Committee of Asbestos Property Damage Claimants to Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Wallace King Marraro & Branson PLLC as Special Litigation and Environmental Counsel for the Debtors (Docket No. TBD)

**Status:** This matter will be going forward.

91100-001\DOCS_DE:24557.1

6.    *Motion of the Debtors for the Entry of an Order Authorizing the Retention of Experts (Docket No. 362)*

**Related Documents:**

a.    Notice of Motion of Debtors for the Entry of an Order Authorizing the Retention of Experts (Docket No. 362)

b.    [Proposed] Order Authorizing the Retention of Experts (Docket No. 362)

c.    Affidavit of Service re: Docket No. 362 (Docket No. 362)

**Response Deadline:** June 19, 2001 at 4:00 p.m.

**Responses Received:**

a.    Objection by Official Committee of Asbestos Property Damage Claimants to Motion of Debtors for the Entry of an Order Authorizing the Retention of Experts (Docket No. TBD)

**Status:** This matter will be going forward.

## CONTESTED MATTERS

7.    *Debtors' Motion to Modify the Preliminary Injunction (Adv. Pro. No. A-01-771, Docket No. 36)*

**Related Documents:**

a.    Notice of Debtors' Motion to Modify the Preliminary Injunction (Adv. Pro. No. A-01-771, Docket No. 36)

b.    [Proposed] Order Granting Modified Preliminary Injunction (Adv. Pro. No. A-01-771, Docket No. 36)

c.    Certificate of Service re: Docket No. TBD (Adv. Pro. No. A-01-771, Docket No. 36)

d.    Debtors' Memorandum in Support of Their Motion to Modify the Preliminary Injunction (Adv. Pro. No. A-01-771, Docket No. 37)

e.    Notice of Hearing re: Docket No. 36 (Adv. Pro. No. A-01-771, Docket No. 38)

f.    Supplemental Affidavit of Service re: Docket No. 36 (Adv. Pro. No. A-01-771, Docket No. 39)

**g.    Amended Complaint for Declaratory and Injunctive Relief (Adv. Pro. No. A-01-771, Docket No. TBD)**

**Response Deadline:** June 18, 2001 at 4:00 p.m.

91100-001\DOCS_DE:24557.1

**Responses Received:**

a.      Limited Objection to Debtors' Motion to Modify the Preliminary Injunction and Memorandum in Support Thereof [filed by Gloria Munoz] (Adv. Pro. No. A-01-771, Docket No. 40)

b.      Objections of State of Michigan, Department of Corrections to "Debtors' Motion to Modify the Preliminary Injunction (Adv. Pro. No. A-01-771, Docket No. TBD)

i.      Memorandum in Support of Objections of State of Michigan, Department of Corrections to "Debtors' Motion to Modify the Preliminary Injunction" (Docket No. TBD)

c.      Response and Limited Objection of the Official Committee of Asbestos Property Damage Claimants to the Debtors' Motion to Modify the Preliminary Injunction (Adv. Pro. No. A-01-771, Docket No. TBD)

d.      Opposition of Robert H. Locke to Debtors' Motion to Modify Preliminary Injunction (Adv. Pro. No. A-01-771, Docket No. TBD)

e.      Objection to Jurisdiction and to Debtors' Motion to Modify Preliminary Injunction (Adv. Pro. No. A-01-771, Docket No. TBD)

f.      Objectors', Youpee, Et Al.'s Memorandum in Opposition to Debtors' Motion to Modify Preliminary Injunction (Adv. Pro. No. A-01-771, Docket No. TBD)

g.      Perry Class Action Plaintiffs' Response to Debtors' Motion to Modify the Preliminary Injunction (Adv. Pro. No. A-01-771, Docket No. TBD)

h.      Objection and Opposition to Motion to Modify the Preliminary Injunction, Request for Telephone Appearance and Declaration of Alice Smolker (Adv. Pro. No. A-01-771, Docket No. TBD)

**i.      Limited Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion to Modify Preliminary Injunction (Adv. Pr. No. A-01-771, Docket No. TBD)**

**Status:**  This matter will be going forward.

8.      *Motion for Order Granting Relief from Automatic Stay Memorandum of Points and Authorities Statement of Reasons In Support of Motion for Relief from Automatic Stay (Docket No. 159)*

**Related Documents:**

a.      Notice of Motion re: Docket No. 159 (Docket No. 160)

b.      [Proposed] Order re: Docket No. 159 (Docket No. 159)

c.      Certificate of Service re: Docket No. 159 (Docket No. 159)

d.      Amended Certificate of Service re: Docket No. 159 (Docket No. 366)

e.      Re-Notice of Hearing and Motion re: Docket No. 159 (Docket No. 437)

f.      Certificate of Service re: Docket No. 437 (Docket No. 437)

**Response Deadline:** May 21, 2001 at 4:00 p.m.

**Responses Received:**

a.      Debtors' Opposition to Home Savings Termite Control, Inc.'s and W.F. Morris' Motion for Relief from the Automatic Stay (Docket No. 326)

**Status:** This matter will be going forward.

*9.      Motion of the Debtors for an Order Granting an Extension of Time to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 310)*

**Related Documents:**

a.      Notice of Motion of the Debtors for an Order Granting an Extension of Time to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 310)

b.      [Proposed] Order Granting Extension of Time to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 310)

c.      Affidavit of Service re: Docket No. 310 (Docket No. 311)

**Response Deadline:** June 13, 2001 at 4:00 p.m.

**[Remainder of page intentionally blank]**

91100-001\DOCS_DE:24557.1

**Responses Received:**

a.    Objection of CMGI, Inc. to Debtors' Motion for an Order Granting an Extension of Time to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 469)

**Status:**  This matter will be going forward.

Dated: June 21, 2001                    KIRKLAND & ELLIS
                                        James H.M. Sprayregen
                                        James W. Kapp III
                                        Samuel A. Schwartz
                                        Roger J. Higgins
                                        200 East Randolph Drive
                                        Chicago, Illinois 60601
                                        (312) 861-2000

                                        and

                                        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.


                                        _David W Carickhoff Jr._
                                        Laura Davis Jones (Bar No. 2436)
                                        Hamid R. Rafatjoo (CA Bar No. 181564)
                                        David W. Carickhoff, Jr. (Bar No. 3715)
                                        919 North Market Street, 16th Floor
                                        P.O. Box 8705
                                        Wilmington, DE 19899-8705 (Courier 19801)
                                        Telephone: (302) 652-4100
                                        Facsimile:  (302) 652-4400

                                        Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:24557.1

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (RJN) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## **AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 21st day of June, 2001 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.    **Second Amended Notice of Agenda of Matters Scheduled for Hearing on June 21, 2001 at 4:00 p.m.**

Dated: June 21, 2001

_(signature)_

Patricia E. Cuniff

Sworn to and subscribed before
me this 21st day of June, 2001

_(signature)_
Notary Public
My Commission Expires: _02/11/03_

Grace Agenda Notice Service List for
6/21/01 Hearing
Case No. 01-1139
June 21, 2001
Document # 24436
*01 – Hand Delivery*
*38 - Facsimile*

*Hand Delivery*
Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE  19801

*Facsimile 310-201-0760*
Hamid R. Rafatjoo, Esquire
(Counsel to Debtors and Debtors in
Possession)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-654-2067*
William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
(Local Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
Frederick B. Rosner, Esquire
(Counsel for Ingersoll-Rand Fluid Products)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-888-6333*
Bruce E. Jameson, Esquire
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi
(Special Request)

*Facsimile 312-861-2200*
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
(Counsel to Debtor)
(Special Request)

*Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-977-5239*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4783*
David B. Siegel
(W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury
Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured
Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage
Claimants)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile  302-654-5181*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of
Unsecured Creditors)
(Special Request)

*Facsimile  302-777-5863*
Mary M. Maloney-Huss, Esquire
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Special Request)

*Facsimile 302-421-5837*
Mark Minute, Esquire
Tara Lattomus, Esquire
(Counsel for CMGI, Inc.)

*Facsimile 617-526-5000*
Paul P. Daly, Esquire
George W. Shuster, Jr., Esquire
(Counsel for CMGI, Inc.)

*Facsimile 510-465-7023*
Anthony S. Petru, Esquire
(Counsel for Gloria Munoz)

*Facsimile 313-256-3278*
Jennifer M. Granholm, Attorney General
David K. Foust, Esquire
Thomas A. Kulick, Esquire
(Counsel for State of Michigan, Deptartment
of Corrections)

*Facsimile 617-951-8736*
David C. Casey, Esquire
Mary De Nevi, Esquire
Rheba Rutkowski, Esquire
(Counsel for Robert H. Locke)

*Facsimile 302-428-3996*
Stuart M. Brown, Esquire
(Counsel for Jackie Eugene Ellison and
Marcia Ellison)

*Facsimile 405-319-0404*
Jayne Jarnigan Robertson, Esquire
(Counsel for Jackie Eugene Ellison and
Marcia Ellison)

*Facsimile 405-942-3602*
Michael J. Blaschke, Esquire
(Counsel for Jackie Eugene Ellison and
Marcia Ellison)

**Facsimile 405-842-4539**
Richard M. Healy, Esquire
(Counsel for Jackie Eugene Ellison and
Marcia Ellison)

**Facsimile 406-587-5144**
Richard J. Dolan, Esquire
Brian K. Gallik, Esquire
(Counsel for Cary Youppee, et al)

**Facsimile 302-652-1111**
Brian A. Sullivan, Esquire
(Counsel for Cary Youppee, et al)

**Facsimile 302-658-4018**
Sherry Ruggiero Fallon, Esquire
(Counsel for Home Saving Termite Control,
Inc. and W.F. Morris)

**Facsimile 652-495-0564**
Gary E. Yardumian, Esquire
Bradley L. Taylor, Esquire
(Counsel for Home Saving Termite Control,
Inc. and W.F. Morris)

**Facsimile 248-335-3346**
Robert S. Hertzberg, Esquire
Michael I. Zousmer, Esquire
(Counsel for Perry Plaintiffs)

**Facsimile  310-574-9883**
Alice Graham Smolker, Esquire
Gary S. Smolker, Esquire
(Objectors in Propria Persona)