ORIGINAL

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO. | ) | |
| | ) | Case No. 01-1139 (RJN) |
| Debtor. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                     §  SS:
NEW CASTLE COUNTY    §

Allyson Lantolf, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, and that on the 15th day of June, 2001, she caused copies of the Notice of Appearance and Request for Service of Papers to be served upon the attached 2002 Service List via First Class U.S. Mail.

_____
Allyson Lantolf

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: June 15, 2001

_____
Notary Public

STACEY DAWKINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Apr 21 2003

#497

547

Laura Davis Jones, Esq.

David Carickhoff, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

Vito I. DiMaio
Parcels, Inc.
10th & King Streets
Wilmington, DE 19801

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

William P. Bowden, Esq.

Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William H. Sudell, Jr. Esq.

Eric D. Schwartz, Esq.
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Mark D. Collins, Esq.

Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jeffrey C. Wisler, Esq.

Michelle McMahon, Esq.
Connolly Bove Lodge & Hutz, LLP
120 Market Street, 10th Floor
Wilmington, DE 19899

Francis A. Monaco, Jr., Esq.
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Frederick B. Rosner, Esq.
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Burce E. Jameson, Esq.
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Joseph Grey, Esq.
Steven & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Mary M. MaloneyHuss
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801

Selinda A. Melnik, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

James H.M. Sprayregen, Esq.

James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Frank J. Perch, Esq.
Office of the United States Trustee
601 Walnut Street
Curtis Center
Suite 950 West
Philadelphia, PA 19106

Derrick Tay, Esq.

Meighen Demers
P.O. Box 8705, Box 11, Merrill Lynch Canada Tower
Sun Life Center
200 Kint Street West
Toronto
Ontario, M5H 3T4 CANADA

David B. Siegel
WR Grace and Co.
7500 Grace Drive
Columbia , MD  21044

Elihu Inselbuch, Esq.

Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

Scott L. Baena, Esq.

Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher, & Flom LLP
Four Times Square
New York, NY  10036

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

Nancy Worth Davis, Esq.
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, NC  29465

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC  20020

District Director
IRS
409 Silverside Road
Wilmington, DE  19809

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE
Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Divison of Corporation
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esq.
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 145 – North Tower
Denver, CO 80202

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

Patrick L. Hughes, Esq.
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David S. Heller, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606

Charles E. Boulbol, Esq.
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Green, Esq.
Squadron, Ellenoff, Plesent, & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

James A. Sylvester, Esq.
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esq.
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esq.
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

DavidS. Rosenbloom, Esq.

Jeffrey E. Stone, Esq.

Lewis S. Rosenbloom, Esq.
McDermott, Will & Emery
272 West Monroe Street
Chicago, IL 60606-5096

Brad Rogers, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N.W.
Washington, DC 20005-4026

Pamela Zilly

Richard Shinder

David Blechman

Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

Stephen H. Case, Esq.

Nancy L. Lazar, Esq.

David D. Tawil, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Jan M. Hayden

William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, NC 29465

Steven T. Baron, Esq.

Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor
Dallas, TX 75204

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

W.J. Winterstein, Jr. Esq.

John J. Winter, Esq.

William M. Aukamp, Esq.
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Russell W. Budd

Alan B. Rich
Baron & Budd, PC
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX  75219

Shelby A. Jordan, Esq.

Nathaniel Peter Holzer, Esq.
Jordan, Hyden, Womble & Culbreth, PC
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

Courtney M. Labson, Esq.
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

John P. Dillman, Esq.
Linebarger Heard Goggan Blair Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

Charles E. Gibson, III

Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

Paul M. Baisier, Esq.
Seyfarth Shaw
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

Kevin D. McDonald
Wilshire Scott & Dyer, PC
One Houston Center
1221 McKinney, Suite 4550
Houston, TX  77010

Christopher Beard, Esq.
Beard & Beard
306 N. Market Street
Frederick, MD  21701

Bernice Conn, Esq.
Robin, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NJ  11530

Steven J. Kherker, Esq.

Lawrence G. Tien, Esq.
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX  77017

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA 98104-7078

Lewis T. LeClair, Esq.
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esq.
Robes & Gray
One International Place
Boston, MA 02110-2624

Peter Van N. Lockwood, Esq.

Julie W. Davis Esq.

Trevor W. Swett, III, Esq.

Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Paul M. Mathney
The Law Offices of Peter G. Angelos, PC
5905 Harford Rd.
Baltimore, MD 21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, PC
2390 Central Blvd, Suite G
Brownsville, TX 78520

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Margery N. Reed, Esq.
Duane Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Meridee Moore

Kirsten Lynch
Farallon Capital Management, LLC
One Maritime Plaza
Suite 1325
San Fransisco, CA  94111

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury, & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

Robert Jacobs, Esq.

Maria Rosoff Eskin
Jacobs & Crumplar, PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

Thomas J. Noonan, Jr.
c/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Harry Lee, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

William E. Frese, Esq.

Attn: Sheree L. Kelly, Esq.
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

William S. Katchen, Esq.
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Paul G. Sumer, Esq.
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

Damon J. Chargois, Esq.
Foster & Sear, LLP
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

C. Randall Bupp, Esq
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Anton Volvosek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

Peter S. Goodman, Esq.
Andrews & Kurth LLP
805 Third Avenue
New York, NY 10022

Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Blvd, MS 35
Tallahassee, FL 32399-3000

Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019-0602

Michelle T. Sutter
State Library of Ohio
Revenue Recovery
101 E. Town Street, 2nd Floor
Columbus, OH 43215

Rosa Dominy
IOS Capital, Inc.
Bankruptcy Administration
1738 Bass Rd.
P.O. Box 13708
Macon, GA 31208-3708

Robert Jacobs, Esq
Jacobs & Crumplar, PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH  4308

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

Barbara M. Cook,

County Solicitor

Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3420 Courthouse Drive
Ellicott City, MD  21043

Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

M. Diane Jasinksi, Esq.

Michael D. Hes
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

Janet Napolitano

Robert R. Hall

Rusell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN  38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  31803

James P. Ruggeri

Scott A. Shail
Hogan & Harton LLP
555 Thirteenth Street, N.W.
Washington, DC  20004-1109

Steven R. Bourne, Esq.
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA  02110-2699

Judy D. Thompson, Esq.

S. Andrew Jurs, Esq.
Poyner & Spruill, LLP
100 North Tryon Street, Suite 4000
Charlotte, NC  28202-4010

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles , CA  90071-3442

Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Mr James A. Bane
KMCC 204029
P.O. Box 710
Keen Mountain, VA  24624

Arthur Stein, Esq.
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Robert H. Rosenbaum, Esq.

M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD  20737-1385

Maggie De La Rosa
Provost & Umphrey Law Firm, LLP
490 Park Street
Beaumont, TX  77701

Anne Marie P. Kelley, Esq.
Dilworth Paxon LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

Richard M. Meth, Esq.
Herrick, Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, NJ  07105

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Dorine Vork, Esq.
Stibbe, PC
350 Park Avenue
New York, NY  10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Elizabeth Molina
Bart Hartman
Treasurer – Tax Collector
1600 Pacific Highway, Room 162
San Diego, CA  92101

Shelley Bethea Gillete & Clark
3850 E. Baseline Road, Suite 125
Mesa, AZ  85206

David Aelvoet, Esq.
Linebargerheard Goggan Blair Graham Peña & Sampson LLP
1000 Tower Life Building
San Antonio, TX  78205

Diane Leonardo Beckmann, Asst. County
Robert Cimino, Esq
Suffolk County Attorney
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 610
Hauppauge, NY  11788-0099

David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburgh, PA  15222-2302

Robert T. Aulgur, Jr. Esq.
P.O. Box 617
Odessa, DE  19730

James S. Carr, Esq.
Christena A. Lambrianakos, Esq.
101 Park Avenue
New York, NY  10178

Michel T. Kay, Esq.
Nancy Draves, Esq.
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

Ronald S. Beacher, Esq.
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY  10017-4014

Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  34212-0950

Michael B. Willey, Esq.
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN  32743

Jeffrey L. Glatzer, Esq.
Anderson, Kill & Olick, PC
1251 Avenue of the Americas
New York, NY  10020-1182