IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.,

      Debtors.

_____/

Chapter 11

Case No. 01-01139 (JJF)
(Jointly Administered)

### NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

TO:    Clerk of the Court
         United States Bankruptcy Court
         for the District of Delaware
         824 Market Street, 5th Floor
         Wilmington, DE 19801

PLEASE TAKE NOTICE that Michael I. Zousmer of Hertz, Schram & Saretsky, P.C., hereby appear as counsel for Rupple K. Perry, individually and on behalf of all others similarly situated (the "Perry Plaintiffs"), and pursuant to Federal Rules of Bankruptcy Procedure 2013 and §1109 of the Bankruptcy Code, request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon them at the following address: Hertz, Schram & Saretsky, P.C., Attn. Michael I. Zousmer, 1760 S. Telegraph Road, Suite 300, Bloomfield Hills, Michigan, 48302.

                        HERTZ, SCHRAM & SARETSKY, P.C.

                        By:_____
                        Robert S. Hertzberg   (302613)
                        Michael I. Zousmer   (P47190)
                        Attorneys for Perry Plaintiffs
                        1760 South Telegraph Road, Suite 300
                        Bloomfield Hills, Michigan 48302-0183

Dated: June 18, 2001           (248) 335-5000

S:\Staff\Turco, Regina\MIZ\Perry, Ruppel K\Appearance and Request to be Placed on Matrix.wpd

*LAW OFFICES HERTZ, SCHRAM & SARETSKY, P.C.*