IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.,

        Debtors.

Chapter 11

Case No. 01-01139 (JJF)
(Jointly Administered)

_____/

W.R. GRACE & CO., et al.,

        Plaintiffs,

Adversary No. A-01-771

   -against-

MARGARET CHAKARIAN, et al.
and JOHN DOES 1-1000

        Defendants.

Objection Deadline:
June 18, 2001 at 4:00 p.m.
Hearing Date:
June 21, 2001 at 4:00 p.m.

_____/

## CERTIFICATE OF SERVICE

Tina M. Rackley states that she is employed by the law firm of Hertz, Schram & Saretsky,

P.C., and that on June 18, 2001, she served a copy of a Perry Class Action Plaintiffs' Response to

Debtors' Motion to Modify The Preliminary Injunction and Certificate of Service upon the

following:

| | |
|---|---|
| James M. H. Sprayregen, Esq. | (312) 861-2200 |
| Laura David Jones, Esq. | (302) 652-4400 |
| Frank J. Perch, Esq. | (302) 573-6497 |
| Scott L. Baena, Esq. | (305) 374-7593 |
| Michael B. Joseph, Esq. | (302) 575-1714 |
| Elihu Inselbuch, Esq. | (212) 644-6755 |
| Matthew G. Zaleski, Esq. | (302) 654-2067 |
| Lewis Kruger, Esq. | (212) 806-6006 |
| Michael R. Lastowski, Esq. | (302) 657-4901 |

by sending same via facsimile transmission to their respective facsimile numbers.

Tina M. Rackley

S:\Staff\Turco, Regina\MIZ\Perry, Ruppel K\Cert of Serv.wpd

LAW OFFICES HERTZ, SCHRAM & SARETSKY, P.C.

```
                      ********************************
                ***     MULTI TX/RX REPORT    ***
                      ********************************

TX/RX NO              4811
INCOMPLETE TX/RX
TRANSACTION OK         (1)    13026524400
                       (2)    13025736497
                       (3)    13053747593
                       (4)    13025751714
                       (5)    12126446755
                       (6)    13026542067
                       (7)    12128066006
                       (8)    13026574901
ERROR
```

LAW OFFICES

# HERTZ, SCHRAM & SARETSKY, P.C.

1760 SOUTH TELEGRAPH ROAD

SUITE 300

BLOOMFIELD HILLS, MICHIGAN 48302-0183

TELEPHONE (248) 335-5000

FACSIMILE (248) 335-3346

BRADLEY J. SCHRAM 1
HOWARD HERTZ
GARY M. SARETSKY 2
ROBERT S. HERTZBERG
VICTOR M. NORRIS
ROBERT P. GELLER
STEVE J. WEISS 3
WALTER J. PISZCZATOWSKI
JEFFREY A. ROBBINS 3,6
MARK L. KOWALSKY
KENNETH F. SILVER
MILES D. HART 4
BRADFORD T. YAKER 4
KAREN ALTMAN GOULD
PAUL K. VILLARRUEL
MICHAEL F. JACOBSON 3
MICHAEL I. ZOUSMER
MICHAEL J. REX
BRIAN WITUS 4
WARREN J. PERLOVE
EVA T. CANTARELLA
ERIC A. MICHAELS
JAN M. PERONIS
LISA M. KAVALHUNA 7
MICHELLE A. BORCHANIAN
STEVEN P. JENKINS

COUNSEL
JAMES W. BURDICK, P.C. 6

OF COUNSEL
ALBERT L. HOLTZ
DAVID L. STEINBERG, P.C. 8
ELMER L. ROLLER, P.C.

HARVEY D. GELLER
(1928-1989)

1 ALSO MEMBER OF FLORIDA
  AND WASHINGTON, D.C. BARS
2 ALSO MEMBER OF INDIANA,
  ILLINOIS AND MINNESOTA BARS
3 ALSO MEMBER OF FLORIDA BAR
4 ALSO MEMBER OF ILLINOIS BAR
5 ALSO MEMBER OF CALIFORNIA BAR
6 ALSO C.P.A. AND LL.M. IN TAXATION
7 ALSO MEMBER OF OHIO BAR

## *FACSIMILE TRANSMISSION*

| PLEASE DELIVER TO | FAX NUMBER |
|---|---|
| James H.M. Sprayregen, Esq. | (312) 861-2200 |
| Laura David Jones, Esq. | (302) 652-4400 |
| Frank J. Perch, Esq., U.S.Trustee's Office | (302) 573-6497 |
| Scott L. Baena, Esq. | (305) 374-7593 |
| Michael B. Joseph, Esq. | (302) 575-1714 |
| Elihu Inselbuch, Esq. | (212) 644-6755 |
| Matthew G. Zaleski III, Esq. | (302) 654-2067 |
| Lewis Kruger, Esq. | (212) 806-6006 |
| Michael R. Lastowski, Esq. | (302) 657-4901 |
| FROM:    MICHAEL I. ZOUSMER | DATE:    June 18, 2001 |

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4807 |
| CONNECTION TEL | 13128612200 |
| SUBADDRESS | |
| CONNECTION ID | KIRKLAND & ELLIS |
| ST. TIME | 06/18 13:01 |
| USAGE T | 05'30 |
| PGS. | 14 |
| RESULT | OK |

## LAW OFFICES
# HERTZ, SCHRAM & SARETSKY, P.C.
1760 SOUTH TELEGRAPH ROAD
SUITE 300
BLOOMFIELD HILLS, MICHIGAN 48302-0183

TELEPHONE (248) 335-5000
FACSIMILE (248) 335-3346

BRADLEY J. SCHRAM 1
HOWARD HERTZ
GARY M. SARETSKY 2
ROBERT S. HERTZBERG
VICTOR M. NORRIS
ROBERT P. GELLER
STEVE J. WEISS 3
WALTER J. PISZCZATOWSKI
JEFFREY A. ROBBINS 3,6
MARK L. KOWALSKY
KENNETH F. SILVER
MILES D. HART 4
BRADFORD T. YAKER 4
KAREN ALTMAN GOULD
PAUL K. VILLARRUEL
MICHAEL F. JACOBSON 3
MICHAEL I. ZOUSMER
MICHAEL J. REX
BRIAN WITUS 4
WARREN J. PERLOVE
EVA T. CANTARELLA
ERIC A. MICHAELS
JAN M. PERONIS
LISA M. KAVALHUNA 7
MICHELLE A. BORCHANIAN
STEVEN P. JENKINS

COUNSEL
JAMES W. BURDICK, P.C. 5

OF COUNSEL
ALBERT L. HOLTZ
DAVID L. STEINBERG, P.C. 5
ELMER L. ROLLER, P.C.

HARVEY D. GELLER
(1926-1989)

1 ALSO MEMBER OF FLORIDA
  AND WASHINGTON, D.C. BARS
2 ALSO MEMBER OF INDIANA,
  ILLINOIS AND MINNESOTA BARS
3 ALSO MEMBER OF FLORIDA BAR
4 ALSO MEMBER OF ILLINOIS BAR
5 ALSO MEMBER OF CALIFORNIA BAR
6 ALSO C.P.A. AND LL.M. IN TAXATION
7 ALSO MEMBER OF OHIO BAR

## *FACSIMILE TRANSMISSION*

| PLEASE DELIVER TO | FAX NUMBER |
|---|---|
| James H.M. Sprayregen, Esq. | (312) 861-2200 |
| Laura David Jones, Esq. | (302) 652-4400 |
| Frank J. Perch, Esq., U.S.Trustee's Office | (302) 573-6497 |
| Scott L. Baena, Esq. | (305) 374-7593 |
| Michael B. Joseph, Esq. | (302) 575-1714 |
| Elihu Inselbuch, Esq. | (212) 644-6755 |
| Matthew G. Zaleski III, Esq. | (302) 654-2067 |
| Lewis Kruger, Esq. | (212) 806-6006 |
| Michael R. Lastowski, Esq. | (302) 657-4901 |
| **FROM:** MICHAEL I. ZOUSMER | **DATE:** June 18, 2001 |