**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139-JJF |
| ) | (Jointly Administered) |
| Debtors. ) | |

**PARTIES-IN-INTEREST HARTFORD ACCIDENT AND INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY, AND TWIN CITY FIRE INSURANCE COMPANY'S RESPONSE TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING AN OMNIBUS PROCEDURE FOR SETTLING CERTAIN CLAIMS AND CAUSES OF ACTION BROUGHT BY OR AGAINST THE DEBTORS IN A JUDICIAL, ADMINISTRATIVE, ARBITRAL OR OTHER ACTION OR PROCEEDING**

Parties-in-interest Hartford Accident and Indemnity Company ("Hartford"), First State Insurance Company ("First State"), and Twin City Fire Insurance Company ("Twin City") (collectively, the "Hartford Defendants"), respectfully respond as follows to Debtors' motion, filed June 7, 2001, for entry of an order authorizing and approving an omnibus procedure for settling certain claims and causes of action:

1. The Hartford Defendants issued various liability insurance policies to Debtor W.R. Grace & Co. for certain policy periods between 1975 and 1985.

\\\DC - 2376/215 - #1340909 v1

2. In filing this motion, Debtors ask the Court to approve an "omnibus procedure" for Debtors to settle "De Minimis" claims and causes of action, except asbestos-based claims. Under their proposed procedure, Debtors would be able to settle claims for less than $100,000 without notice to any party-in-interest and claims for between $100,000 and $1,000,000 on negative notice to the so-called "key parties-in-interest." The key parties-in-interest are counsel for the United States Trustees, the Official Committee of Unsecured Creditors, the Official Committee of Personal Injury Claimants, the DIP Lender, and the Official Committee of Property Damage Claimants.

3. In support of their motion, Debtors' cite the cost and delay that would be incurred if they were required to notify all parties-in-interest and to obtain prior Court approval of their settlements of the so-called "De Minimis Claims."

4. The Hartford Defendants appreciate Debtors' stated concern for cost and efficiency. Nevertheless, to the extent Debtor intends to seek insurance coverage for the "De Minimis Claims," the Hartford Defendants submit they should receive notice of the proposed settlements and an opportunity to object.

WHEREFORE, the Hartford Defendants request the Court to modify Debtors' proposed order to make clear that, with respect to any "De Minimis Claims" for which Debtors may seek insurance coverage from the Hartford Defendants, Debtors must provide the Hartford Defendants advance written notice of the proposed settlement and at least fifteen (15) days to object thereto.

Date: June 21, 2001

Respectfully submitted,

By: *James Ruggeri / SAS*
James P. Ruggeri
Scott A. Shail
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: 202/637-5600
Facsimile: 202/637-5910

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copies of the foregoing Response to Debtors' Motion for Entry of an Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or against the Debtors in a Judicial, Administrative, Arbitral or other Action or Proceeding were mailed, postage prepaid, this 21st day of June, 2001 to:

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

Office of the United States Trustee
Attn: Frank J. Perch, Esq.
844 N. King Street
Wilmington, DE 19801

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Michael B. Joseph, Esq.
Ferry & Joseph
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, DE 19899

Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher
N. Market Street, Suite 1200
Wilmington, DE 19801

*Scott Shail*
Scott A. Shail