UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>                     Debtors. | Chapter 11<br><br>Case Nos. 01-1139 (RJN)<br>   through 01-1200 (RJN)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for Wells Fargo Bank Minnesota, National Association, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

> PILLSBURY WINTHROP LLP
> One Battery Park Plaza
> New York, New York 10004-1490
> Attn: Lynn M. Ryan, Esq.
> Telephone: (212) 858-1000
> Fax: (212) 858-1500
>
>       -and-
>
> PILLSBURY WINTHROP LLP
> 650 Town Center Drive, 7[th] Floor
> Costa Mesa, CA 92626-7122
> Attn: Craig Barbarosh, Esq.
> Telephone: (714) 436-6800
> Fax: (714) 436-2800

63317233.01

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, NY
June 21, 2001

PILLSBURY WINTHROP LLP

By: _____
Lynn M. Ryan, Esq.
One Battery Park Plaza
New York, New York 10004-1490
Telephone: (212) 858-1000

-and-

PILLSBURY WINTHROP LLP
Craig Barbarosh, Esq.
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
Telephone: (714) 436-6800

Attorneys for Wells Fargo Bank Minnesota, National Association