UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2001 JUN 22 PM 1:__

| | |
|---|---|
| In re:<br>W.R. Grace & Co., et al.<br><br>Debtor | Chapter 11<br>Case Nos. 01-1139 through<br>01-1200 (JJF)<br>Jointly Administered |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bernard J. Bonn III and Matthew A. Porter of Dechert Price & Rhoads hereby enter their appearance on behalf of LabVantage Solutions, Inc. creditor and party in interest in the above-cases. Messrs. Bonn and Porter hereby request, pursuant to Bankruptcy Rules 2002, 7007, and 9007, and Section 102(1) of the United States Bankruptcy Code, that all notices given or required to be given in connection therewith, be mailed and served upon them at the following address:

> Matthew A. Porter
> Bernard J. Bonn III
> Dechert Price & Rhoads
> Ten Post Office Square South
> Boston, MA 02109
> Phone (617) 728-7000
> Facsimile: (617) 426-6567

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all notices in respect of any application, motion, petition, pleading, request, complaint, demand, orders or any other paper filed in the above-captioned case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, expedited delivery service, telephone, telex, telecopy, or otherwise.

152596.1.49 JUNE 20, 2001 2:42 PM

-2-

Respectfully submitted this 20th day of June, 2001.

DECHERT PRICE & RHOADS

By: *Matthew Porter* (signature)

Bernard J. Bonn III
Matthew A. Porter
Ten Post Office Square South
Boston, MA 02109-4603
(617) 728-7100
Attorneys for LabVantage Solutions, Inc.

FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE  2001 JUN 22 PM 1:__

| | |
|---|---|
| In re: ) | Chapter 11 |
| W.R. Grace & Co., et al. ) | Case Nos. 01-1139 through |
| ) | 01-1200 (JJF) |
| Debtor ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Matthew A. Porter, of Dechert Price & Rhoads, have on this date, mailed a copy of the Notice of Appearance and Request for Notices and Service of Papers by first-class mail to the following counsel of record:

James H.M. Sprayregen, Esq.
James W. Kapp, III, Esq.
Samuel A. Schwartz, Esq.
Roger J. Higgins, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8075

Respectfully submitted this 20th day of June, 2001.

DECHERT PRICE & RHOADS

By: _____
Bernard J. Bonn III
Matthew A. Porter
Ten Post Office Square South
Boston, MA 02109-4603
(617) 728-7100
Attorneys for LabVantage Solutions, Inc.

153215.1.49 JUNE 20, 2001 2:50 PM