IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2001 JUN 22 PM 2: 3●

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | |
| W.R. GRACE & CO., ET AL. | § § § § § | CASE NOS. 01-1139 THROUGH 01-1200 (JJF) |
| DEBTOR | § | CHAPTER 11 |

## ALDINE INDEPENDENT SCHOOL DISTRICT'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

ALDINE INDEPENDENT SCHOOL DISTRICT, a secured creditor and party-in-interest in the above referenced case, hereby gives notice of its appearance in this case by and through the undersigned counsel.

ALDINE INDEPENDENT SCHOOL DISTRICT respectfully requests that it be served with copies of all notices to parties-in-interest filed by Debtor(s), the Trustee, or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, ALDINE INDEPENDENT SCHOOL DISTRICT, requests that Debtor(s) forward to it, through its counsel of record, copies of all applications, motions, complaints, and any other pleadings filed by Debtor(s) in the above referenced case.

Respectfully submitted,

ALDINE INDEPENDENT SCHOOL DISTRICT

*signature*

Jonathan C. Hantke
Texas Bar No. 08934900
Admissions No. 8125
Pamela H. Walters
Texas Bar No. 00791874
Admissions No. 18493
14910 Aldine-Westfield Road
Houston, Texas 77032
(281) 985-6319; FAX (281) 985-6321
Attorneys for Aldine
Independent School District

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE was served upon counsel for the Debtor(s), James H.M. Sprayregen, Esq, Laura Davis Jones, Esq, and the Office of the U.S. Trustee, by mailing same by first class mail, postage prepaid and properly addressed, on June 18, 2001.

*signature*

Pamela H. Walters