UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO-CONN,

    Debtor.

_____/

Case No. 01-01140 JJF
Chapter 11

## APPEARANCE AND NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

The Attorney General of the State of Michigan hereby enters her appearance.

PLEASE TAKE NOTICE that we are entering our Appearance and request that copies of all notices, pleadings and orders filed and entered be served on the Assistant Attorney General of the State of Michigan named below.

                    Respectfully submitted,

                    JENNIFER M. GRANHOLM
                    Attorney General

                    Steven B. Flancher  (P47894)
                    Assistant Attorney General
                    Department of Attorney General
                    Revenue Division
                    First Floor Treasury Building
                    Lansing, MI 48922
                    Telephone: (517) 373-1142

Dated: June 21, 2001
Ba 01 sf wrgrace.appw

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO-CONN,

    Debtor.
_____/

Case No. 01-01140 JJF
Chapter 11

## PROOF OF SERVICE

STATE OF MICHIGAN )
                            )
COUNTY OF INGHAM )

    Dixie B. Miller, being duly sworn, deposes and says that on June 21, 2001, she served a copy of Appearance and Notice of Appearance with Priority and Unsecured Proofs of Claim upon the following by depositing the same in a receptacle of the United States Post Office in the City of Lansing, Michigan, enclosed in an envelope bearing postage fully prepaid, plainly addressed as follows:

Laura Davis Jones
Attorney at Law
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

                                                 Dixie B. Miller

Subscribed and sworn to before me
this 21st day of June, 2001.

Phyllis I. Ried, Notary Public
Ingham County, Michigan
My Commission expires 10-24-02
ba/01/sf wrgrace.proof