IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

**ORIGINAL**

2001 JUN 25 PM 3: 47

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## AFFIDAVIT OF MEREDITH S. JONES, SECRETARY

STATE OF DELAWARE

SS:

NEW CASTLE COUNTY

I, MEREDITH S. JONES, certify that I am, and at all times during the service of process have been, an employee of the firm of Ferry & Joseph, P.A., that I am not less than 18 years of age, and that I am not a party to the matter concerning which service of process was made. I certify further that service of the attached: (1) Certification of No Objection Regarding Docket No. 290, along with the attached Order Granting Application by the Official Committee of Asbestos Property Damage Claimants for Approval of Employment of Ferry & Joseph, P.A. as its Counsel, Nunc Pro Tunc, to April 18, 2001; **and** (2) Order Granting Application by the Official Committee of Property Damage Claimants for Approval of Employment of Bilzin Sumberg, Dunn, Baena, Price & Axelrod, LLP, as its Counsel, Nunc Pro Tunc, to April 9, 2001, was made on the parties on the attached 2002 Service List, by First-Class Mail or Hand-Delivery, on June 25, 2001.

_____
MEREDITH S. JONES, Secretary

SWORN TO AND SUBSCRIBED before me this 25th day of June, 2001.

_____
NOTARY PUBLIC

TAMMY A. CORRIGAN
NOTARY PUBLIC-DELAWARE
My Commission Expires May 30, 2003

TJT/msj
F:\Meredith\TJT\WRGraceBankMBJ\AffofSevCertObjections.wpd