

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST TO DISCONTINUE SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned of the firm of Klett Rooney Lieber & Schorling hereby withdraws its appearance as co-counsel for Wachovia Bank, N.A. ("Wachovia") in the W.R. Grace & Co. bankruptcy matter captioned above. Accordingly, please discontinue service upon the undersigned as co-counsel to Wachovia of all notices and papers related to the above captioned matter.

Dated: June 26, 2001

KLETT ROONEY LIEBER & SCHORLING,
a Professional Corporation

_____
Adam G. Landis, Esquire (Bar No. 3407)
1000 West Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 552-4200
Facsimile: (302) 552-4295

KRLSDEL:18786.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
MATTHEW J. YOVINO, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

I Matthew J. Yovino, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO DISCONTINUE SERVICE OF PAPERS**

was made on the following parties on the attached list by First Class Mail and hand delivery (on City of Wilmington addresses).

_____
Matthew J. Yovino

SWORN AND SUBSCRIBED before me this 26th day of June 2001.

_____
Barbara J. Rost
NOTARY PUBLIC
BARBARA J. ROST
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES
JUNE 14, 2002

## W.R. GRACE - 2002

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232


Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309


Delta Chemicals
c/o John Besson
P.O. Box 73054
Baltimore, MD 21273-0054


Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800


Derrick Tay, Esquire
Meighen Demers
Ste. 1100, Box 11, Merrill Lynch Canada
Tower , Sun Life Center, 200 Kint Street
West
Toronto, Ontario M5H 3T4
CANADA


DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501

Ingersoll-Rand Fluid Products
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC 28275-1229


BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC 28275


J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606


Valeron Strength Films
c/o Ron Luce
75 Remittance Dr, Suite 3068
Chicago, IL 60675


James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601


Union Carbide Corp
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001


David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210

PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029

Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Radian International
c/o Mary Harris
P.O. Box 844130
Dallas, TX 75284-4130

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL 60515

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Credit Department
Huntsman Corporation
P.O. Box 22707
Houston, TX 77227-7707

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100


Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, CA 90067


Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510


James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736


Nancy Woth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465


Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176


Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004


Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
   **Proposed Asbestos Bodily Injury Claimants Committee**

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042


D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036


The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017


The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274


Lewis Kruger, Esquire
Robert Raskin, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
   **Counsel to Official Committee**

William S. Katchen, Esquire
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102
   **Counsel to Official Committee**

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125


Mark Kenney, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106


Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101


Securities & Exchange Commission
15th & Pennsylvania Ave., N.W..
Washington, DC 20020


Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, DC 20005-4026


Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801


Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705


William P. Bowden, Esquire
Christopher S. Sontchi, Esquire
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899
   **Counsel to Official Committee**

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899


District Director
IRS
409 Silverside Road
Wilmington, DE 19809


William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899


Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19081
   **Counsel to Official Committee**