<u>Thursday</u> the <u>21st</u> of <u>June</u>, 2001              <u>5:47</u> P.M. to <u>6:35</u> P.M.

JUDGE: <u>FARNAN</u>        CLERK:Debbie         CT. RPTR: <u>V. Gunning</u>

**CASE CAPTION:**                      CIVIL ACTION NO. <u>01-1139 JJF</u>
                                       **Chap. 11  BANKRUPTCY**

                                       **COUNSEL FOR DEBTOR(S):**

                                       David Siegel, Esq.
In RE;                                 Kevin Coghlan, Esq
                                       W. Brian McGowan, Esq.
W. R. Grace & Co., et al.,
        Debtors                        <u>See attached list for other Counsel</u>


PLACE OF PROCEEDING: Courtroom #2A

PROCEEDING: **OMNIBUS HEARING**

DECISION:

AI-1) approved

AI-2) approved

AI-3) approved

AI-4) approved

AI-5) approved

AI-6) approved

AI-7) under advisement

AI-8) pending agenda item 7

AI-9) approved

Jeff Boyer - Youppe?

Scott Baener — Asbestos (Comittee for)    Smolker

David Siegel    GRACE

Cheryl Siskin
Sealed Air    Skadden, Arps (W.L.M)

Chris Ward The Bayard Firm    DIP Lender

Christos Adamopoulos
Connolly Bove Lodge & Hutz    Maryland Casualty Company

Rosemarie S. Lewis,    Litigation Counsel for
Borton Petrini & Conron, LLP    W.R. Grace in
Los Angeles, CA    TIG v. Smolker
    L.A. Sup. Ct Case # BC 173592

Frank Monaco
Walsh, Monzack & Monaco    Zhagrus

Tara L Lattomus
Saul Ewing LLP    CMGI, INC.

Eric Schwartz
Morris, Nichols,    National Medical
Arsht & Tunnell    Care

Kathleen Miller
Smith Katzenstein &    Robert Locke
Furlow

Michael Zousmer
Hertz Schram Saretsky    Perry Class Action Plaintiffs
Bloomfield Hills, Michigan
                                    W. Morris / Home Savings Termite Control, Inc
Sherry Fallon - Tybout Redfearn & Pell
Gary Yardumian - Prindle, Decker & Amaro    Wayne Morris / Home Savings Termite Control
Kevin Coghlan    W R Grace
W. Brian McGowan    W.R. Grace