IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139-01-1200 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors, | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William D. Sullivan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Darrell W. Scott, Lukins & Annis P.S., 1600 Washington Trust Financial Centre, 717 W. Sprague Avenue, Spokane, WA 99201-0466, to represent Marco Barbanti, class representative for the State of Washington Zonolite Attic Litigation Plaintiffs, in this action. The Admittee is admitted, practicing, and in good standing in the state of Washington.

William D. Sullivan (#2820)
Elzufon Austin Reardon Tarlov & Mondell, PA
300 Delaware Avenue, Suite 1700
P. O. Box 1630
Wilmington, Delaware 19899-1630
(302) 428-3181

The Admittee certifies that he or she is eligible for admission <u>pro hac vice</u> to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Darrell W. Scott, WSBA #20241
Lukins & Annis, P.S.
1600 Washington Trust Financial Centre
717 W. Sprague Avenue
Spokane, WA 99201-0466
Telephone: 509-455-9555

**Motion granted.**

BY THE COURT

Dated: July 9, 2001

United States Bankruptcy Judge
District

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age, and that service of this MOTION AND ORDER FOR ADMISSION PRO HAC VICE was made on June 27, 2001, upon the parties on the attached service list via United States First Class Mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

_6/27/01_
Date

_William D. Sullivan_
William D. Sullivan, Esquire

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Pamela Zilly
The Blackstone Group
345 Park Avenue
New York, NY 10154

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue 36th Floor
New York, NY 10022

W.J. Winterstein, Jr., Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

James D. Freeman, Esquire
999 18th Street
Suite 945-North Tower
Denver, Colorado 80202

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

William H. Sudell, Jr., Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Mark Kenney, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

William H. Sudell, Jr., Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Stephen H. Case, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
P.O. Box 1792
Mount Pleasant, SC 29465

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Joseph F. Rice
Ness, Motley, Loadholt, Richardson
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LL
551 Fifth Avenue
New York, NY 10176

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

Jan M. Hayden
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Nancy Worth Davis
Ness, Motley, Loadholt, Richardson
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor,
Dallas, Texas 75204

Shelby A. Jordan
Jordan, Hyden, Womble & Culbreth
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471

Steven M. Yoder, Esquire
The Bayard Firm
P.O. Box 25130
Wilmington, DE 19899

Matthew Zeleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1347
Wilmington, DE 198990-1347

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, D.C. 20020

James A. Sylvester, Esquire
Intereat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutches LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

David Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Alan Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Peter Lockwood, Esquire
Caplin & Drysdale
One Thomas Circle, NW
Washington, D.C. 20005

Michael Joseph, Esquire
Ferry & Joseph, P.A.
824 N. Market Street, #904
P.O. Box 1351
Wilmington, DE 19899-1351

Michael Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suote 1200
P.O. Box 195
Wilmington, DE 19801

Arthur Azley, Esquire
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, New York 10036-6522

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom
P.O. Box 636
Wilmington, DE 19899

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Derrick Tay, Esquire
Suite 1100, Box 11, Merrill Lynch Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, Florida 33131

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606