FILED

2001 JUN 27 PM 4:05

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT

FOR DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & COMPANY,<br><br>　　　　Debtor, | Chapter 11<br><br>Case No. 01-01139 |
| TIG INSURANCE COMPANY, a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GARY SMOLKER, an individual, and ALICE SMOLKER, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Motion Number: 159 |
| AND RELATED CROSS-ACTIONS CONCERNING HOME SAVING TERMITE CONTROL, INC. and W.F. MORRIS | |

## RE-NOTICE OF MOTION OF HOME SAVING TERMITE CONTROL, INC., AND WAYNE MORRIS FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE, DOCKET ITEM NUMBER 159

TO:　The attached service list.

　　The Movant has previously filed a Motion for Relief from Stay which seeks the following relief:

　　(1)　Moving parties are permitted to take discovery against certain individuals and persons most knowledgeable from Debtor in an on going state action in order to defend a products liability suit asserted against Movant;

　　(2)　Debtors' employees may be called as witnesses in an on going state action; and

　　(3)　Moving party may file a Cross-Complaint for indemnity against the Debtor, to the extent of any available insurance coverage.

This motion was previously on calendar for Thursday, June 21, 2001, at 4:00 p.m. A preliminary injunction was brought by Grace seeking to enjoin the <u>Smolker vs. Home Savings Termite Control, Grace Davison</u> action in its entirety. Said motion was heard by the court on June 21, 2001 and is presently under submission.

<u>Smolker vs. Home Savings Termite Control, Grace Davison</u> has been removed to Federal Court and is presently before Bankruptcy Judge Bluebon in Department 1475 of the United States Bankruptcy Court for the Central District of California. Judge Bluebon is set to either transfer Smolker products liability action, pursuant to motion by Grace, to the U.S. District Court in Delaware; or, alternatively, to remand the products liability suit back to the Los Angeles Superior Court, Central District. Judge Bluebon is set to rule on the matter on or before July 13, 2001.

Should the preliminary injunction not be granted, joining the Smolker's product liability action, Home Savings Termite Control hereby gives notice that its motion for relief from the Automatic Stay shall be heard on Thursday, July 19, 2001, at 12:00 p.m.. You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five (5) business days before the hearing date. Debtor has previously filed Docket Item No.: 326

At the same time, you must also serve a copy of the response upon Movant's attorneys.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing as determined by the court. The hearing may also be made moot as a result of the court granting the preliminary injunction previously heard on or about Thursday, June 21, 2001 and presently under submission.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purposes of determining whether a consent judgment may be entered and\or for the purpose of stipulating to relevant facts such as the value of the property and the extent and validity of any security instrument.

_Susan k fut (#3752)_
Sherry Ruggiero Fallon (#2464)
TYBOUT, REDFEARN & PELL
Bank of Delaware building
300 Delaware Avenue, Suite 1100
Wilmington, Delaware, 191801

Of Counsel:

GARY E. YARDUMIAN, ESQ.
BRADLEY L. TAYLOR. ESQ
PRINDLE, DECKER & AMARO
310 Golden Shore, 4th Floor
Long Beach, California 90802

Attorneys for Cross-Defendants,
Home Savings Termite Control, Inc.,
and W.F. Morris

*SERVICE LIST*
*TIG INSURANCE COMPANY vs. GARY SMOLKER, et al.*
*LASC, Central District, Case No. BC 173 952*

GARY S. SMOLKER
Gary S. Smolker, Esq.
Alice M. Graham, Esq.
LAW OFFICE OF SMOLKER & GRAHAM
4720 Lincoln Blvd., Ste. 280
Marina Del Rey, CA  90292
(310) 574-9880
(310) 574-9883 (fax)

DENNIS A. BABBITS, COREGIS GROUP, INC.,
COREGIS INS. CO., DEAN & ASSOCIATES
and CALIFORNIA INSURANCE COMPANY
Jeffrey A. Charlston, Esq.
Robert D. Hoffman, Esq.
CHARLSTON, REVICH & WILLIAMS LLP
1840 Century Park East, 3rd Floor
Los Angeles, CA 90067-2104
(310) 551-7000
(310 203-9321 fax

TRUCK INSURANCE EXCHANGE/
UNDERWRITERS ASSOCIATION
FARMERS GROUP, INC., FARMERS
INSURANCE GROUP OF COMPANIES
Sara M. Thorpe, Esq.
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA  94111
Telephone:    (415) 986-5900
Fax No. :     (415) 986-8054

JoLynn M. Pollard, Esq.
GORDON & REES, LLP
300 South Grand Avenue, 20th Floor
Los Angeles, CA 90071
Telephone:    (213) 576-5000
Fax No. :     (213) 680-4470

RELIANCE INSURANCE COMPANY
David L. Hughes, Esq.
Stacie L. Brandt, Esq.
BOOTH, MITCHELL & STRANGE, LLP
701 South Parker Street, Suite 6500
PO Box 11055
Orange, CA 92856-8155
Telephone :  (714) 480-8500
Fax No. :    (714) 480-8533

TIG INSURANCE COMPANY
Larry M. Arnold, Esq.
Annabelle M. Harris, Esq.
J. Thomas Gilbert, Esq.
Laura N. MacPherson, Esq.
CUMMINS & WHITE
2424 S.E. Bristol St., Suite 300
Newport Beach, CA  92660-0757
(949) 852-1800

W.R. GRACE & CO.; GRACE DIVISION;
ALBERT COSTELLO and JAMES R. HYDE
Bryan Porter, Esq.
Rosemarie S. Lewis, Esq.
BORTON, PETRINI & CONRON
707 Wilshire Blvd., Suite 5100
Los Angeles, CA 90017-3613
(213) 624-2869
(213) 489-3930 (fax)

FRONTIER PACIFIC INSURANCE CO.
Jeffrey Horowitz, Esq.
HOROWITZ, SOLOMON & PARKER
6404 Wilshire Blvd., #850
Los Angeles, CA 90048-5510
(213) 653-2518
(213) 653-0669 fax

## SERVICE LIST
### TIG INSURANCE COMPANY vs. GARY SMOLKER, et al.
### LASC, Central District, Case No. BC 173 952

**ATTORNEYS FOR DEFENDANT/CROSS-COMPLAINANTS, JAMES HOLLAND and JULIE HOLLAND**

GIBBS, GIDEN, LOCHER & TURNER
2029 Century Park East, 34th Floor
Los Angeles, CA 90067-3039

Attention: Michael B. Geibel
Telephone: (310) 552-3400
Fax No. :  (310) 552-0805

**ATTORNEYS FOR CAROL D. KAY, TRUSTEE OF THE CAROL D. KAY 1989 TRUST**

FONDA, HILBERMAN & FRASER, L.L.P.
1888 Century Park East, Suite 1777
Los Angeles, CA 90067

Attention: Cecille L. Hester, Esq.
Telephone:    (310) 553-3320
Fax No.:       (310) 553-4232

**COUNSEL FOR PACIFIC VILLAS HOMEOWNER'S ASSOCIATION**

MURAWSKI & GREY
11755 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

Attention: David M. Grey, Esq.
Telephone: (310) 477-5455
Fax No. : (310) 479-6469

**ATTORNEYS FOR INTERINSURANCE EXCHANGE OF AUTOMOBILE CLUB**

LEWIS, D'AMATO BRISBOIS & BISGARD LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012-2601

Attention: Richard B. Wolf, Esq.
Telephone: (213) 250-1800

## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, certify that I am not less than 18 years of age; that service of the attached document was made on the individuals and/or entities below on the 27th day of June, 2001 by first class mail in accordance with BR 7004:

Gary S. Smolker, Esq.
Alice M. Graham, Esq.
LAW OFFICE OF SMOLKER & GRAHAM
4720 Lincoln Blvd., Ste. 280
Marina Del Rey, CA 90292

Jeffrey A. Charlston, Esq.
Robert D. Hoffman, Esq.
CHARLSTON, REVICH & WILLIAMS
1840 Century Park East,
3rd Floor
Los Angeles, CA 90067-2104

Sara M. Thorpe, Esq.
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111

JoLynn M. Pollard, Esq.
GORDON & REES, LLP
300 South Grand Avenue
20th Floor
Los Angeles, CA 90071

David L. Hughes, Esq.
Stacie L. Brandt, Esq.
BOOTH, MITCHELL & STRANGE, LLP
701 South Parker Street, # 6500
PO Box 11055
Orange, CA 92856-8155

Larry M. Arnold, Esq.
Annabelle M. Harris, Esq.
J. Thomas Gilbert, Esq.
Laura N. MacPherson, Esq.
CUMMINS & WHITE
2424 S.E. Bristol Street
Suite 300
Newport Beach, CA 92660-0757

Bryan Porter, Esq.
Rosemarie S. Lewis, Esq.
BORTON, PETRINI & CONRON
707 Wilshire Blvd., Suite 5100
Los Angeles, CA 90017-3613

Jeffrey Horowitz, Esq.
HOROWITZ, SOLOMON & PARKER
6404 Wilshire Blvd., #850
Los Angeles, CA 90048-5510

GIBBS, GIDEN, LOCHER & TURNER
2029 Century Park East
34th Floor
Los Angeles, CA 90067-3039
Attention: Michael B. Geibel

FONDA, HILBERMAN & FRASER, LLP
1888 Century Park East
Suite 1777
Los Angeles, CA 90067
Attn: Cecille L. Hester, Esq.

MURAWSKI & GREY
11755 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Attention: David M. Grey, Esq.

LEWIS D'AMATO BRISBOIS
    & BISGARD LLP
221 North Figueroa St., #1200
Los Angeles, CA 90012-2601
Attn: Richard B. Wolf, Esq.

**Laura Davis Jones, Esquire**
**David Carickoff, Esquire**
**Pachulski, Stang, Ziehl et al.**
**919 N. Market St., Suite 1600**
**Post Office Box 8705**
**Wilmington, DE 19899-8705**

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, et al.
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

Frank J. Perch, Esquire
Office of United State Trustee
601 Walnut St., Room 950 West
Philadelphia, PA 19106

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Robert N. Ridenour, Esquire
Borton, Petrini & Conron
707 Wilshire Blvd., 51st Floor
Los Angeles, CA 90017-3613

James H. M. Spraygeren, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

TYBOUT, REDFEARN & PELL

_____
SHERRY RUGGIERO FALLON (#2464)
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901

Of Counsel:

GARY E. YARDUMIAN, ESQUIRE
BRADLEY L. TAYLOR, ESQUIRE
Prindle, Decker & Amaro, LLP
310 Golden Shore, Fourth Floor
Long Beach, CA 90801-5511

Attorneys for Cross-Defendants, Home Saving Termite Control, Inc. and W.F. Morris