ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W. R. GRACE & CO., et al., | * | Case No. 01-01139 (JJF) |
| | | (Chapter 11) |
| Debtors | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR NOTICES AND OTHER PAPERS

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g), 11 U.S.C. § 9010 (b), and applicable Local Rules, DAP Products Inc. hereby requests that the following name and address be entered on the general matrix and limited matrix for the above case, and that all notices, motions, pleadings, orders, Chapter 11 Plans, disclosure statements, and all papers served or required to be served in this case be sent to the following address:

> DAP Products Inc.
> c/o Julien A. Hecht, Esquire
> 2400 Boston Street Suite 200
> Baltimore, MD 21224

Dated: June 26, 2001

Julien A. Hecht (By JEH)
Julien A. Hecht
2400 Boston Street, Suite 200
Baltimore, Maryland 21224
(410) 675-2100

Vice President and General Counsel
DAP Products Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2001, a copy of the foregoing Request for Notices was mailed, postage prepaid, first class, to the parties listed on the attached mailing list.

Julien A. Hecht

| MAILING LIST | |
|---|---|
| Laura Davis Jones, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Hamid R. Rafajoo, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4100 |
| Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | William P. Bowden, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. box 1150<br>Wilmington, DE 19899 |
| Mark D. Collins, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Jeffrey C. Wisler, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1220 Market Street, 10th Flr.<br>Wilmington, DE 19899 |
| Francis A. Monaco, Jr., Esquire<br>Frederick B. Rosier, Esquire<br>Walsh, Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>P.O Box 2031<br>Wilmington, DE 19801 | Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 |
| Bruce E. Jameson, Esquire<br>Parickett, Jones & Elliott<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 | March S. Chehi, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. box 636<br>Wilmington, DE 19899-0636 |
| Joseph Grey, Esquire<br>Stevens & Lee<br>300 Delaware Avenue<br>Suite 800<br>Wilmington, DE 19801 | Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
| James H.M. Sprayregen, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Frank J. Perch, Esquire<br>Office of the U.S. Trustee<br>601 Walnut Street, Curtis Center<br>Suite 950 West<br>Philadelphia, PA 19106 |

683614.1 6/26/01

| MAILING LIST | |
|---|---|
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price &<br>Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL 33131 | D.J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Nancy Worth Davis, Esquire<br>Ness, Motley, Loadhold, Richardson, & Poole<br>28 Bridgeside Boulevard<br>P.O Box 1792<br>Mt. Pleasant, SC 29465 |
| Todd Meyer, Esquire<br>Kirkpatrick Stockton<br>1100 Peachtree street<br>Atlanta, GA 30309 | Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan & McGarvey<br>745 South Main Street<br>Kalispel, MT 59901 |
| Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana St., Suite 4300<br>Houston, TX 77002-5012 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Flr.<br>New York, NY 10004 | Ira S. Greene, Esquire<br>Squadron, Ellen, Plesent & Sheinfeld, LLP<br>551 Fifth Avenue<br>New York, NY 100176 |
| James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 | Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304 |
| Stephen H. Case, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Ave.<br>New York, NY 10017 | Brad Rogers, Esquire<br>Office of the General counsel<br>Pension Benefit Guaranty Corp.<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |

| MAILING LIST | |
|---|---|
| Pamela Zilly<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 | Jan M. Hayden, Esquire<br>Heller, Draper, Hayden, Patrick & Horn LLC<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 |
| Joseph F. Rice, Esquire<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt Pleasant, SC 29465 | Steven T. Baron, Esquire<br>Silber Pearlman, LLP<br>2711 N. Haskell Avenue, 5th Flr.<br>Dallas, TX 75204 |
| W.J. Winterstein, Jr.., Esquire<br>Eleven Penn Center, 29th Flr.<br>1835 market ST.<br>Philadelphia, PA 19103 | R. Scott Williams<br>PMG Capital Corp.<br>Four Falls Corporate Center<br>West Conshohocken, PA 19428-2961 |
| Russell W. Budd<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219 | Johnathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive<br>Suite 3000<br>Chicago, IL 60606 |
| Russell W. Budd<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Thomas Moskie<br>Banker Trust Co.<br>Four Albany Street, 4th Flr.<br>New York, NY 10006 |