IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DELAWARE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| GRACE DRILLING COMPANY, | § § | CASE NO. 01-01165 |
| DEBTOR | § § | CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICE AND PLEADINGS

The **Texas Comptroller of Public Accounts ("Comptroller")** hereby gives notice of its appearance in the case by and through the undersigned counsel:

Mark Browning
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Pursuant to Bankruptcy Rules 9010, the **Comptroller** respectfully requests through its said counsel that Comptroller be served with copies of all notices and other documents issued by the Clerk of the Court and all other reports, pleadings and notices filed by the Trustee or any other interested party in this case, in accordance with Bankruptcy Rules 2002, 3017 and 9013, and any other Bankruptcy Rules or local rules governing notice.

Respecfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

ORIGINAL

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*Mark Browning*
Mark Browning
Assistant Attorney General
Texas State Bar No. 03223600
c/o Sherri K. Simpson, Legal Assistant
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
tel: (512) 475-4562
fax: (512) 482-8341

**ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS**

**CERTIFICATE OF SERVICE**

I do hereby certified that on the 21st day of June, 2001, a true copy of the foregoing pleading was mailed first class mail, postage prepaid to:

Debtor:
Grace Drilling Company
7500 Grace Drive
Columbia, MD 21044

Debtor's Counsel:
Laura Davis Jones
Pachulski, Stang, Ziehl et al.
P.O. Box 8705
Wilmington, DE 19899-8705

U.S. Trustee:
U.S. Trustee's Office
601 Walnut Street, Room 950 West
Philadelphia, PA 19106

Sherri K. Simpson