**ORIGINAL**

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  July 12, 2001** |
| | ) | **Hearing Date:  July 16, 2001** |
| | ) | **(Only if Objections are Filed)** |

*FILED 2001 JUN 29 PM 4:58 US BANKRUPTCY CLERK DISTRICT OF DE*

### NOTICE OF APPLICATION

| | | |
|---|---|---|
| Laura Davis Jones, Esquire | Frank Perch, Esquire | Mark D. Collins, Esquire |
| David Carickoff, Esquire | Office of the U.S. Trustee | Deborah E. Spivack, Esquire |
| Pachulski Stang Ziehl Young & Jones | Federal Building, 2nd Floor | Richards Layton & Finger |
| 919 North Market Street | 844 King Street | One Rodney Square |
| 16th Floor | Wilmington, DE  19801 | Wilmington, DE  19801 |
| Wilmington, DE  19801 | (US Trustee) | |
| | | |
| Steven M. Yoder, Esquire | Michael B. Joseph, Esq. | Michael R. Lastowski, Esquire |
| The Bayard Firm | Ferry & Joseph, P.A. | Duane Morris & Heckscher LLP |
| 222 Delaware Avenue, Suite 900 | 824 N. Market Street, Suite 904 | 1100 N. Market Street, Suite 1200 |
| Wilmington, DE  19801 | Wilmington, DE  19801 | Wilmington, DE  19801 |
| | | |
| Hamid R. Rafatjoo, Esquire | James H.M. Sprayregen, Esquire | Elihu Inselbuch, Esq. |
| Pachulski Stang Ziehl Young & Jones | James Kapp, III, Esquire | Rita Tobin, Esq. |
| 10100 Santa Monica Boulevard | Kirkland & Ellis | Caplin & Drysdale, Chartered |
| Los Angeles, CA  90067 | 200 East Randolph Drive | 399 Park Avenue, 27th Floor |
| | Chicago, IL  60601 | New York, NY  10022 |
| | | |
| Peter Van N. Lockwood, Esq. | Scott L. Baena, Esq. | Lewis Kruger, Esquire |
| Julie W. Davis, Esq. | Member | Stroock & Stroock & Lavan LLP |
| Nathan D. Finch, Esq. | Bilzin Sumberg Dunn Baena Price | 180 Maiden Lane |
| Caplin & Drysdale, Chartered | & Axelrod LLP | New York, NY 10038-4982 |
| One Thomas Circle, N.W. | First Union Financial Center | |
| Washington, DC  20005 | 200 South Biscayne Blvd. | |
| | Suite 2500 | |
| | Miami, FL  33131 | |

All Parties on the 2002 Service List

On June 29, 2001, the Official Committee of Asbestos Personal Injury Claimants (the "P.I. Committee") of W.R. Grace & Co. and its affiliated subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed the Application of the Official Committee of Asbestos Personal Injury Claimants to Retain and Employ Campbell & Levine, LLC as Delaware and Associated Counsel (the "Application") which seeks approval and authorization for the retention and employment Campbell & Levine, LLC as counsel to the P.I. Committee.

Any response to the Application must be filed <u>on or before 4:00 p.m. on July 12, 2001</u>.

{D0000162:1 }

At the same time, you must also serve a copy of the response upon movant's attorneys, at the addresses listed below, so that it is received by 4:00 p.m. on July 12, 2001:

| | |
|---|---|
| Matthew G. Zaleski, III, Esquire | Douglas A. Campbell, Esquire |
| Campbell & Levine, LLC | Campbell & Levine, LLC |
| 1201 N. Market Street, 15th Floor | 1700 Grant Building |
| Wilmington, DE  19801 | Pittsburgh, PA  15219 |
| | |
| Elihu Inselbuch, Esq. | Peter Van N. Lockwood, Esq. |
| Rita C. Tobin, Esq. | Julie W. Davis, Esq. |
| Caplin & Drysdale, Chartered | Caplin & Drysdale |
| 399 Park Avenue, 27th Floor | One Thomas Circle, N.W. |
| New York, NY  10022 | Washington, D.C.  20005 |

HEARING ON THE APPLICATION WILL BE HELD, only if an objection is filed, on July 16, 2001 at 3:00 p.m. before The Honorable Judith K. Fitzgerald, U.S. Bankruptcy Judge, U.S. Bankruptcy Court, 824 North Market Street, Wilmington, DE  19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

CAMPBELL & LEVINE, LLC

Matthew G. Zaleski, III (I.D. # 3557)
1201 N. Market Street
15th Floor
Wilmington, DE  19801
(302) 426-1900

- and -

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY  10022-4614
(212) 319-7125

- and -

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

Counsel for the Official Committee
of Asbestos Personal Injury Claimants

Dated:  June 29, 2001

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 12, 2001** |
| | ) | **Hearing Date: July 16, 2001** |
| | ) | **(Only if Objections are Filed)** |

**APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS TO RETAIN AND EMPLOY
CAMPBELL & LEVINE, LLC AS DELAWARE AND ASSOCIATED COUNSEL**

The Official Committee of Asbestos Personal Injury Claimants (the "P.I. Committee") of W.R. Grace & Co. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby applies for an Order authorizing the retention and employment of Campbell & Levine, LLC, *nunc pro tunc* to June 16, 2001, as Delaware and associated counsel to the P.I. Committee (the "Application"). In support of the Application, the P.I. Committee respectfully represents as follows:

**BACKGROUND**

1. On October 5, 2000 (the "Petition Date"), the Debtors commenced these proceedings by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Pursuant to sections 1107 and 1008 of the Bankruptcy Code, the Debtors have continued to operate their businesses and manage their properties as debtors-in-possession since the Petition Date.

3. On October 20, 2000 (the "Appointment Date"), the Office of the United States Trustee appointed the P.I. Committee, pursuant to section 1102 of the Bankruptcy Code.

{D0000148:1 }

Subsequently, the Court entered Orders authorizing the P.I. Committee to retain Ashby & Geddes as its Delaware counsel and Caplin & Drysdale, Chartered ("Caplin & Drysdale") as its national counsel.

4.      On June 15, 2001, at a duly convened meeting, the P.I. Committee voted to approve the substitution of Campbell & Levine for Ashby & Geddes.

## RELIEF REQUESTED AND BASIS THEREFOR

5.      The P.I. Committee desires to employ the law firm of Campbell & Levine, LLC ("Campbell & Levine") as its Delaware and associate counsel as of June 16, 2001.

6.      The professionals at Campbell & Levine have substantial experience in bankruptcy, including bankruptcies involving mass tort liability, insolvency, corporate reorganization and debtor/creditor law and commercial law, and have participated in numerous proceedings before this Court, as well as several other bankruptcy courts.

7.      The professional services the P.I. Committee anticipates Campbell & Levine will render include, but are not limited to:

a.  providing legal advice as counsel regarding the rules and practices of this Court applicable to the P.I. Committee's powers and duties as an official committee appointed under section 1102 of the Bankruptcy Code;

b.  providing legal advice as Delaware counsel regarding the rules and practices of this Court;

c.  preparing and reviewing as counsel applications, motions, complaints, answers, orders, agreements and other legal papers filed on or behalf of the P.I. Committee for compliance with the rules and practices of this Court;

d.  appearing in Court as counsel to present necessary motions, applications and pleadings and otherwise protecting the interests of the P.I. Committee and asbestos-related, personal injury creditors of the Debtor;

e.  investigating, instituting and prosecuting causes of action on behalf of the P.I. Committee and/or the Debtors' estates; and

f.  performing such other legal services for the P.I. Committee as the P.I. Committee believes may be necessary and proper in these proceedings.

8.      As noted, the P.I. Committee has retained Caplin & Drysdale as its national counsel.  The P.I. Committee seeks to retain Campbell & Levine as its Delaware counsel of record.  Additionally the P.I. Committee seeks approval of Campbell & Levine's general retention and employment so that any of the professionals of Campbell & Levine may perform services for the P.I. Committee.  Campbell & Levine and Caplin & Drysdale will work together to ensure that there will be no unnecessary duplication of effort on behalf of, or services rendered to, the P.I. Committee.

9.      Subject to this Court's approval and in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Orders and Rules of this Court, the P.I. Committee requests that Campbell & Levine be compensated on an hourly basis, plus be reimbursed for the actual, necessary expenses it incurs.  The hourly rates applicable to the professionals in Delaware proposed to represent the P.I. Committee are:[1]

### CAMPBELL & LEVINE, LLC – DELAWARE

| Professional | Position | Rate |
|---|---|---|
| Matthew G. Zaleski, III | Member | $275.00 |
| Stephanie L. Peterson | Legal Assistant | $90.00 |

---

[1] Hourly rates are adjustable on an annual basis.

The hourly rates applicable to the professionals in Pittsburgh proposed to represent the P.I. Committee are:

### CAMPBELL & LEVINE, LLC – PITTSBURGH

| Professional | Position | Rate |
|---|---|---|
| Douglas A. Campbell | Member | $300.00 |
| David B. Salzman | Member | $300.00 |
| Philip E. Milch | Member | $225.00 |
| Michele Kennedy | Paralegal | $90.00 |

This listing is not exclusive, and other professionals at Campbell & Levine may perform services for the P.I. Committee.

10.     To the best of the P.I. Committee's knowledge and except as set forth in the attached Affidavit pursuant to Federal Rule of Bankruptcy Procedure 2014 in Support of Application of the Official Committee of Asbestos Personal Injury Claimants to Retain Campbell & Levine, LLC as Delaware and Associated Counsel (the "Zaleski Affidavit"), Campbell & Levine has no interest in or connection with any creditor or other party-in-interest in the Debtors' pending chapter 11 proceedings, nor to the best of the P.I. Committee's knowledge does Campbell & Levine hold any interest adverse to the interests of the P.I. Committee or the Debtors' creditors.  Campbell & Levine is disinterested within the meaning of section 101(14) of the Bankruptcy Code.  The employment of Campbell & Levine would be in the best interest of the P.I. Committee and Debtors' estates.

11.     The P.I. Committee has requested the retention of Campbell & Levine, *nunc pro tunc* to June 16, 2001, since it was necessary for Campbell & Levine to begin work on behalf of the P.I. Committee immediately after the P.I. Committee formally authorized the substitution of Campbell & Levine.

12.    Campbell & Levine understands that any compensation and expenses paid to it must be approved by this Court upon application consistent with the Bankruptcy Code and applicable Bankruptcy Rules.

## CONCLUSION

WHEREFORE, the P.I. Committee respectfully requests that this Court enter an Order, in substantially the form annexed hereto, authorizing it to retain and employ the firm of Campbell & Levine, *nunc pro tunc* to June 16, 2001, to represent it in these chapter 11 cases and for such other and further relief as the Court deems just and equitable.

THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS OF W.R. GRACE & CO., *et al.*

John Russell
_____
A Member of the Official Committee of Asbestos Personal Injury
Claimants

By:
_____
Attorney-in-Fact

Dated:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | |

**AFFIDAVIT PURSUANT TO FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2014 IN SUPPORT OF APPLICATION OF THE
OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS TO RETAIN CAMPBELL & LEVINE, LLC
AS DELAWARE AND ASSOCIATED COUNSEL**

STATE OF DELAWARE      :
                         : SS.
COUNTY OF NEW CASTLE   :

Matthew G. Zaleski, III, being duly sworn, deposes and says:

1.      This Affidavit is being submitted in support of the Application of the Official Committee of Asbestos Personal Injury Claimants (the "P.I. Committee") to retain Campbell & Levine, LLC ("Campbell & Levine") as counsel for the Committee (the "Application") and to provide the disclosures required under section 1103 of title 11 of the United States Code (the "Bankruptcy Code"), the Rules of this Court, and rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2.      I am a member of Campbell & Levine, which maintains offices at 1201 N. Market Street, 15th Floor, Wilmington, Delaware 19801 and 1700 Grant Building, Pittsburgh, Pennsylvania, 15219, and have been duly admitted to practice in, and am a member in good standing of the Bars of the State of Delaware and the United States District Court for the District of Delaware.

{D0000148:1 }

3.      No agreement or understanding exists between affiant, Campbell & Levine, or any other person for any division or sharing of compensation that is prohibited by statute.

4.      Campbell & Levine has conducted a conflicts check against W.R. Grace & Co. and its affiliated debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), the Debtors' lenders, the entities identified on the list of the creditors holding largest unsecured claims attached to the Debtors' bankruptcy petitions, and certain other entities identified to Campbell & Levine by the Debtors, including, but not limited to, the Debtors' pre-petition bank group indenture trustees.  Other than as set forth in herein, to the best of my knowledge, Campbell & Levine has no connection with the Debtors, the Debtors' lenders, the Debtors largest unsecured creditors, lessors and landlords to the Debtors, or any other party-in-interest of which Campbell & Levine is currently aware, their attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not hold or represent any entity having an adverse interest to the P.I. Committee or the Debtors' unsecured creditors in connection with the Debtors' cases.

5.      Prior to joining Campbell & Levine, I was associated with the law firm of Ashby & Geddes.  During that association, I acted, pursuant to this Court's authorization, as counsel to the P.I. Committee.  Campbell & Levine presently represents the Official Committee of Asbestos Claimants in the bankruptcy proceedings of the Pittsburgh Corning Corporation, Owens Corning, and Armstrong World Industries, Inc.  Additionally, Campbell & Levine is counsel to the H.K. Porter Trust.

6.      For as long as it represents the P.I. Committee, Campbell & Levine will not represent any entity other than the P.I. Committee in connection with the Debtors' bankruptcy proceedings.

7.      In addition, I, Campbell & Levine and certain members and associates of the firm may have in the past represented and may presently or in the future represent other creditors or stockholders of the Debtors in matters unrelated to the Debtors or the Debtors' case.

8.      I believe Campbell & Levine is a "disinterested" person under section 101(14) of the Bankruptcy Code.

9.      The partners and associates of Campbell & Levine are attorneys duly admitted to practice in, and are members in good standing of, the Bars of the State of Delaware and the Commonwealth of Pennsylvania, the United States District Court for the District of Delaware, the Western District of Pennsylvania and/or, in some circumstances, the United States Court of Appeals for the Third Circuit.

10.      Campbell & Levine intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and Orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Campbell & Levine.   The principal professionals designated to represent the P.I. Committee and their current standard hourly rates are:

## CAMPBELL & LEVINE, LLC - DELAWARE

| Professional | Position | Rate |
|---|---|---|
| Matthew G. Zaleski, III | Member | $275 |
| Stephanie L. Peterson | Legal Assistant | $90 |

## CAMPBELL & LEVINE, LLC – PITTSBURGH

| Professional | Position | Rate |
|---|---|---|
| Douglas A. Campbell | Member | $300.00 |
| David B. Salzman | Member | $300.00 |
| Philip E. Milch | Member | $225.00 |
| Michele Kennedy | Paralegal | $90.00 |

The hourly rates set forth above are Campbell & Levine's standard hourly rates for work of this nature. These rates are set at a level designed to compensate Campbell & Levine fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Campbell & Levine reviews its hourly rates on an annual basis and these rates may be adjusted accordingly. It is Campbell & Levine's policy to charge its clients in all areas of practice for all expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier charges ($.50 per page), photocopying charges ($.10 per page), travel expenses, expenses for "working meals", computerized research, as well as non-ordinary overhead expenses such as secretarial overtime. Campbell & Levine believes that it is more fair to charge these expenses to the client incurring them rather than to increase the hourly rates and spread the expenses among all clients.

11.    Campbell & Levine has not received a retainer.

12.    Campbell & Levine will supplement this Affidavit if and when necessary to disclosure any further pertinent relationships that require disclosure in this case.

13.     By reason of the foregoing, I believe Campbell & Levine is eligible for employment and retention by the P.I. Committee pursuant to sections 328 and 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules.

WHEREFORE, affiant respectfully requests the entry of the order attached to the Application and for such other and further relief as may be just and equitable.

Matthew G. Zaleski, III (I.D. #3557)
Proposed Delaware Counsel to the Official
Committee of Asbestos Personal Injury Claimants

Dated:  June 29, 2001

SWORN AND SUBSCRIBED this 29th day of June, 2001

Notary Public

PIERO A. PENNA
NOTARY PUBLIC - DELAWARE
My Commission expires Aug. 17, 2003

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | |

### ORDER AUTHORIZING THE RETENTION OF CAMPBELL & LEVINE, LLC AS DELAWARE AND ASSOCIATED COUNSEL FOR THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS

Upon consideration of the Application of the Official Committee Of Asbestos Personal Injury Claimants (the "P.I. Committee") to retain and employ Campbell & Levine, LLC ("Campbell & Levine") to serve as counsel for the P.I. Committee (the "Application"), *nunc pro tunc* to June 16, 2001; and upon consideration of the contemporaneously-filed Affidavit of Matthew G. Zaleski, III in support of the Application; and the Court being satisfied that Campbell & Levine represents no interest adverse to the P.I. Committee in the matters with respect to which it is to be employed; and notice of the Application being sufficient and proper under the circumstances; and sufficient cause appearing therefore; it is hereby:

ORDERED, that the Application is granted; and it is further,

ORDERED, that pursuant to sections 328(a) and 1103 of the Bankruptcy Code that the P.I. Committee is authorized to retain and employ Campbell & Levine, effective June 16, 2001, to serve as its Delaware and associated counsel in the above-captioned cases; and it is further,

ORDERED, that Campbell & Levine shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal

Rules of Bankruptcy Procedure, the rules of this Court and such other procedures as may be
fixed by Order of this Court.


_____
Joseph J. Farnan, Jr.
United States District Judge


Dated:  Wilmington, Delaware
        July ____, 2001

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2001, I caused a copy of the foregoing to be served upon

the persons on the attached list by U.S. Mail unless otherwise indicated.

Matthew G. Zaleski, III

**W.R. Grace 2002 Service List**

**Hand Delivery**
Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

**Hand Delivery**
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Hand Delivery**
Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**Hand Delivery**
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

**Hand Delivery**
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Hand Delivery**
Joseph Grey, Esq.
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**Hand Delivery**
Francis A. Monaco, Jr., Esq.
Frederick B. Rosner, Esq.
Walsh, Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

**Hand Delivery**
Robert Jacobs, Esq.
Maria Rosoff Eskin, Esq.
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

**Hand Delivery**
Bruce E. Jameson, Esq.
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801

**Hand Delivery**
Adam G. Landis, Esq.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
Frank Perch , Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

**Hand Delivery**
Selinda A. Melnik
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE 19899

**Hand Delivery**
Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
  McGarvey PC
745 South Main Street
Kalispel, MT 59901

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York. NY 10017

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Attn.: Meridee Moore & Kirsten Lynch
Farallon Capital Management LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Margery N. Reed, Esq.
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan, Griffinger
  & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
Five Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young
T.Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

{D0000014:1 }

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury
 & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 West Green Avenue
Orange, TX 77630

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd., Suite G
Brownsville, TX 78520

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Can.Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

{D0000014:1 }

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Scott L. Baena, Esq.
Member
Bilzin Sumberg Dunn Baena Price
  & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Ira S. Greene, Esq.
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P. O. Box 151
Bryan, OH 43506

Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY 10006

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

John P. Dillman, Esq.
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064

Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA 98104-7078

Paul M. Baisier, Esq.
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Lewis T. LeClair, Esq.
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Kevin D. McDonald
Wilshire Scott & Dyer, PC
One Houston Center
1221 McKinney, Suite 4550
Houston, TX 77010

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Christopher Beard, Esq.
Beard & Beard
306 North Market Street
Frederick, MD 21701

Todd C. Meyers, Esq.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Shelby A. Jordan
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Lewis T. LeClair
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Thomas J. Noonan, Jr.
Herman's Sporting Goods in Liquidation
C/o R&S Liquidation Company, Inc.
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

{D0000014:1 }

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Credit Lyonnais
1301 Avenue of the Americas
New York, New York 10019-0602

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

Peter S. Goodman, Esq.
Andrews & Kurth
805 Third Avenue
New York, NY 10022

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, New York 10022

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Dorine Vork
Stibbe, P.C.
350 Park Avenue
New York, New York 10022

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Florida 32399-3000

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah 83536-9229

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

{D0000014:1 }