# BURT BARR HAVINS & O'DEA, LLP

A PARTNERSHIP OF LIMITED LIABILITY PARTNERSHIPS                    DALLAS · HOUSTON · HUNTSVILLE · ROCKWALL

JOHN W. HAVINS                                                     1001 MCKINNEY · SUITE 500
                                                                   HOUSTON, TX 77002
                                                                   (713) 650-6700
                                                                   FAX (713) 650-8383
                                                                   bbhollp@aol.com

June 20, 2001

District Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street, 6th Floor
Wilmington, Delaware, 19801                                        **Certified Mail RRR.**

Mr. James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601                                            **Certified Mail RRR.**

Ms. Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899-8705                                    **Certified Mail RRR.**

Mr. Frank Perch, Esq.
Office of the United States Trustee for Region III
601 Walnut, Suite 950 West
Philadelphia, Pennsylvania 19106                                   **Certified Mail RRR.**

Re:  Cause No. 01-1139 & 01-1140; In re: W.R. Grace & Co., et al. (Grace Davison), debtors; Chapter 11; United States Bankruptcy Court; District of Delaware.

Dear Sir or Madam,

Please add Occidental Permian, Ltd., *formerly known as* Altura Energy, Ltd., to the creditor's list in the above referenced bankruptcy proceeding. Occidental Permian, Ltd., *formerly known as* Altura Energy, Ltd., is a creditor of W.R. Grace -Conn. (Grace Davison).

For your records, Occidental Permian, Ltd.'s address is listed below:

Occidental Permian, Ltd.
580 Westlake Park Blvd.
Houston, Texas 77079.

Please <u>forward all correspondence, pleadings and/or proof of claim forms</u> to the address listed below:

John W. Havins
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, Texas 77002

If you have any questions or need additional information, please do not hesitate to call. I can be reached at (713) 650-6700. Thank you for your assistance.

Sincerely

John W. Havins