IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| W.R. GRACE & CO., | § | CASE NO. 01-01140-JJF-11 |
| | § | (Jointly Administered Under) |
| | § | Case No. 01-01139) |
| | § | |
| Debtors | § | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Kay D. Brock
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

ORIGINAL

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*Kay Brock*
KAY D. BROCK
Assistant Attorney General
State Bar No. 11625100

Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
(512) 475-4862
Fax: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was sent first class mail, postage prepaid to the following parties on this 27th day of June, 2001:

Debtor:
W.R. Grace & Co.,
7500 Grace Drive
Columbia, MD 21044

Debtors' Counsel:
Laura Davis Jones
Pachulski, Stang, Ziehl Et Al
P.O. Box 8705
Wilmington, DE 19899-8705

Patricia A. Staiano, Esq.
U. S. Trustee
601 Walnut St, Ste 950W
Philadelphia, PA 19106

*Kay Brock*
KAY D. BROCK