ORIGINAL

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | Objections due by July 23, 2001, at 4:00 p.m. |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

## NOTICE OF APPLICATION

TO:     Office of the United States Trustee; Counsel to the Debtors; Counsel to the Official
Committee of Asbestos Personal Injury Claimants; Counsel to the Official Committee of
Asbestos Property Damage Claimants; the Official Committee of Equity Security
Holders; and Counsel to the Debtors-in-Possession Lenders (the "DIP Lenders").

The Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases
has today filed the attached **Request of the Official Committee of Unsecured Creditors of
W.R. Grace & Co., et al., for First Interim Allowance of Reimbursement of Member
Expenses** (the "Application").

You are required to file with the United States Bankruptcy Court for the District of
Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, DE 19801, any
objection to the attached Application on or before July 23, 2001, at 4:00 p.m.

At the same time, you must also serve a copy of objections or responses, if any, upon the
following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200
East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200) and Laura Davis
Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 N. Market Street, Suite 1600,
P.O. Box 8705, Wilmington, DE 19899-8705 (fax number 302-652-4400); (ii) counsel to the
Official Committee of Unsecured Creditors, Attn: Lewis Kruger, Esquire, Stroock & Stroock &
Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (fax number 212-806-6006), and
Michael R. Lastowski, Esquire, Duane, Morris & Heckscher LLP, 1100 North Market Street,
Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) counsel to the
Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin,
Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne
Boulevard, Suite 2500, Miami, FL 33131 (fax number 305-374-7593), and Michael B. Joseph,
Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE

WLM\147522.1

Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 (fax number 212-644-6755), and Matthew G. Zaleski, III, Esquire, Ashby & Geddes, 222 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899 (fax number 302-654-2067); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899 (fax number 302-658-6395); and (vi) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801 (fax number 302-573-6497).

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE JOSEPH J. FARNAN, ONLY IF OBJECTIONS ARE TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 2, 2001

Respectfully submitted,

Michael R. Lastowski, Esquire (DE I.D. No. 3892)
DUANE, MORRIS & HECKSCHER, LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:     mlastowski@duanemorris.com

- and -

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN, LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006

*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objections due by July 23, 2001 at 4:00 p.m. Hearing date: To be scheduled, only if objections are timely filed and served. |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, Esquire, certify that I am not less than 18 years of age, and that service of a copy of the attached **Request of the Official Committee of Unsecured Creditors of W.R. Grace & Co., et al., for First Interim Allowance of Reimbursement of Member Expenses** was made July 2, 2001, upon:

> All of the parties indicated on the attached Service List by first class mail, postage prepaid, or as otherwise indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.


_____                    _____
Date                                        Michael R. Lastowski, Esquire

WLM\147522.1                     - 3 -

# W.R. GRACE FEE APPLICATION SERVICE LIST
Case No. 01-01139 (JJF)
Doc. No. Word147513v1

*Via Hand Delivery*
Laura Davis Jones, Esquire
David Carickhoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to Debtors and Debtors in Possession*

*Via First Class Mail*
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
*Counsel to Debtors and Debtors in Possession*

*Via Hand Delivery*
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Local Counsel to DIP Lender*

*Via Hand Delivery*
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Counsel to Official Committee of Unsecured Creditors*

*Via First Class Mail*
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*Counsel to Debtor*

*Via First Class Mail*
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*Counsel to DIP Lender*

*Via Hand Delivery*
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*Counsel for Asbestos Property Damage Claimants*

*Via Hand Delivery*
William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Local Counsel to Asbestos Property Damage Claimants*

*Via First Class Mail*
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

*Via First Class Mail*
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*Official Committee of Unsecured Creditors*

*Via First Class Mail*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
*Official Committee of Asbestos Personal Injury*
*Claimants*

*Via First Class Mail*
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102
*Counsel to Official Committee of Unsecured*
*Creditors*

*Via First Class Mail*
Dimensional Fund Advisors
Attn: Lawrence Spieth
10 S. Wacker Drive, #2275
Chicago, IL 60606
*Official Committee of Equity Security Holders*

*Via First Class Mail*
Simon Atlas
8314 Meadowlark Lane
Bethesda, MD 20817
*Official Committee of Equity Security Holders*

*Via First Class Mail*
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price
 & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
*Official Committee of Asbestos Property Damage*
*Claimants*

*Via First Class Mail*
Peninsula Partners, L.P.
Attn: Ted Weschler
404B East Main Street, 2nd Floor
Charlottesville, VA 22902
*Official Committee of Equity Security Holders*

*Via First Class Mail*
Angus W. Mercer
4500 Carmel Estates Road
Charlotte, NC 28226
*Official Committee of Equity Security Holders*

*Via First Class Mail*
Raymond E. Smiley
35415 Solon Road
Solon, OH 44139-2415
*Official Committee of Equity Security Holders*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| W. R. GRACE & CO., et al.[1] | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

### REQUEST OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF W. R. GRACE & CO., ET AL., FOR FIRST INTERIM ALLOWANCE OF REIMBURSEMENT OF MEMBER EXPENSES

The Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co.

("Grace") and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-

possession (the "Debtors") in this Court, by its counsel Stroock & Stroock & Lavan LLP

("Stroock"), for its application pursuant to section 503 of title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

"Bankruptcy Rules") and in accordance with the Administrative Fee Order (as defined below) for interim allowance of reimbursement of actual and necessary expenses incurred by its members. In support hereof, the Committee respectfully represents as follows:

## I.    INTRODUCTION

1.    By this application, the Committee seeks a first interim allowance of reimbursement of actual and necessary expenses incurred by certain of its members and their representatives for the period from April 12, 2001 through and including May 31, 2001 (the "First Request Period") in the aggregate amount of $6,942.89.

2.    Venue of this proceeding and this application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are 11 U.S.C. § 503 and Bankruptcy Rules 2002(a) and 2016.

## II.    BACKGROUND

3.    On April 2, 2001 (the "Petition Date"), each of the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code and has continued in the management and operation of their businesses and property pursuant to §§ 1107 and 1108 of the Bankruptcy Code. Pursuant to an order of the Court, the Debtors' Chapter 11 cases have been procedurally consolidated and are being jointly administered.

4.    The Debtors operate a worldwide specialty chemicals and materials business and employ approximately 3860 full and part-time employees. On a consolidated basis, for the fiscal year 2000, Grace reported a net loss of $89.7 million[2] from $1.59 billion in net revenues. The Debtors' bankruptcy filings report that in fiscal year 2000, on a consolidated basis, Grace's sales

---

[2]    The Debtors' pleadings further report that this net loss results in part from a $294.0 million asbestos-related charge to earning recorded in the forth quarter of 2000.

were generated approximately 50% by the Debtors and 50% by the Debtors' non-debtor subsidiaries and affiliates.

5.      On April 12, 2001, the United States Trustee formed the Committee consisting of the following members: J.P. Morgan Chase & Co., ABN-AMRO Bank N.V., Bank of America, N.A., The Bank of New York, as indenture trustee, Bankers Trust Company, as indenture trustee, First Union National Bank, Sealed Air Corporation, Wachovia Bank N. A., and Zhagrus Environmental, Inc.

6.      This is the first request the Committee has filed with the Court for allowance of reimbursement of expenses.  This request is submitted pursuant to the terms of the Administrative Order Under §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, approved by the Court on May 3, 2001 (the "Administrative Fee Order"), a copy of which is attached as Exhibit A.

7.      Certain members of the Committee and their representatives have incurred actual, reasonable and necessary expenses in connection with meetings of the Committee held during the First Request Period, and hereby request reimbursement for such expenses.  Exhibit B hereto contains a summary of each Committee member's request for reimbursement, as well as a detailed itemization of travel expenses and copies of supporting receipts.

8.     The following Committee members have submitted requests for reimbursement of

expenses:

| | |
|---|---|
| **Bankers Trust Company** | **$    63.83** |
| **Wachovia Bank N.A.** | **$ 4,265.76** |
| **JP Morgan Chase & Co.** | **$ 2,103.30** |
| **ABN-AMRO Bank N.V.** | **$    340.00** |
| **The Bank of New York** | **$    170.00** |

9.     The costs and expenses incurred by these members of the Committee in

connection with these meetings were actual and necessary to the preservation of the Debtors'

Chapter 11 estates and are allowable administrative expenses pursuant to §503(b) of the

Bankruptcy Code.

10.     The Committee seeks a first interim allowance of reimbursement of expenses in

the total sum of $ 6,942.89 for actual and necessary expenses incurred by the above identified

members and their representatives in connection with the Committee's business during the First

Request Period.  Several members of the Committee have not yet submitted expense

reimbursement requests and, therefore, the Committee reserves the right to request a first interim

allowance of reimbursement of expenses for such members at a future date.

SSL-DOCS1 1123685v1

**WHEREFORE**, Stroock respectfully requests that the Debtors be authorized and directed to make payments to the Committee in the aggregate sum of $6,942.89 for reimbursement of actual and necessary expenses incurred for the period April 12, 2001 through May 31, 2001 and for this Court to grant such other and further relief as it may deem just and proper.

Dated:  New York, New York
        July 2, 2001

                            **RESPECTFULLY SUBMITTED,**

                            Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                            DUANE, MORRIS & HECKSCHER, LLP
                            1100 North Market Street, Suite 1200
                            Wilmington, DE 19801
                            Telephone:  (302) 657-4900
                            Facsimile:  (302) 657-4901
                            E-mail:       mlastowski@duanemorris.com

                            -and-

                            Lewis Kruger, Esquire
                            STROOCK & STROOCK & LAVAN LLP
                            180 Maiden Lane
                            New York, New York 10038-4982
                            Telephone:  (212) 806-5400
                            Facsimile:   (212) 806-6006

                            Co-Counsel for the Official Committee of
                            Unsecured Creditors of W. R. Grace & Co., et al.

**W.R. Grace & Co., Inc.**
Summary of Expenses for the Period of April 12, 2001-May 31,2001

| Committee Member | | Amount | |
|---|---|---|---|
| **Bankers Trust Company** | | | |
| Stanley Burg | $ 63.83 | $ | 63.83 |
| | | | |
| **Wachovia Bank N.A** | | | |
| Katie Howland | $ 2,149.93 | | |
| Jim Barwis | $ 671.46 | | |
| James Dickson | $ 1,444.37 | $ | 4,265.76 |
| | | | |
| **JP Morgan Chase & Co.** | | | |
| Thomas Maher | $ 2,103.30 | $ | 2,103.30 |
| | | | |
| **ABN-AMRO Bank N.V.** | | | |
| Steven Wimpenny | $ 170.00 | | |
| William Teresky | $ 170.00 | $ | 340.00 |
| | | | |
| **The Bank of New York** | | | |
| Irene Siegel | $ 170.00 | $ | 170.00 |
| | | | |
| Total Amount: | | **$** | **6,942.89** |

**W.R. GRACE & CO et al.**

**COMMITTEE EXPENSE FORM**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses* |
|---|---|---|
| Facsimile (with rates) | | |
| Long Distance Telephone | | |
| Reproduction | | |
| Local Travel | | |
| *Out-of-Town Travel (See attached Travel Expense Report) | | $170.00 |
| Courier & Express Carriers (e.g. Federal Express) | | |
| Postage | | |
| Other (Explain) **Committee Meeting – May 22, 2001** ** **Telephone Conference - $1,310.00** **Meals - $623.30** | | $1,933.30 |

**TOTAL:____ $2,103.30 _____**

*Please provide detail of each expense if possible

**The May 22, 2001 meeting was held at the offices of JP Morgan Chase & Co.

SSL-DOCS1 1124308v1

**TRAVEL EXPENSE REPORT OF**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF W.R. GRACE & CO., ET AL.**

**Name:** Thomas F. Maher

**Company/Firm** JP Morgan Chase and Company

**Period Covered:** **From:** 05 / 10 / 01    **To:** 6 / 4 / 01

| Date | Purpose of Trip | Parking | Mileage | Airfare (Coach Only) | Taxi, Train etc. | Hotel | Meals | Misc. |
|---|---|---|---|---|---|---|---|---|
| | | | | Transportation | | | Lodging | |
| 5/10/01 | To Wilmington for review of potential merger | | | | $170.00 | | | |
| | Advisors Committee | | | | | | | |
| | | | | | | | | |
| **Totals** | | $ | $ | $ | $ 170.00 | $ | $ | $ |

**Description of Miscellaneous:**

**Date:** 6/11/01

Supporting Receipts Must Be Submitted With This Form

JPMorgan Chase Conference Centers
270 Park Avenue, 11th Floor
New York, NY 10017
270-1543 / FAX 270-9875

## Meeting Confirmation Agreement

| **Customer** | **Reservation** | **226957 (Confirmed)** |
|---|---|---|

Thomas Maher
Credit Risk Management
380 Marison Ave./9

| | |
|---|---|
| Event: | WR Grace |
| Phone: | 622-3739 |
| Fax: | 622-3783 |
| Event Type: | Business Meeting |
| Reference: | 02830 |
| PO Number: | 5/22/2001 |
| Coordinator: | Everton Ellis |
| Contact: | Maggie Ortiz |
| Contact Pho | 622-3739 |

| **Bookings / Details** | Quantity | Price | Amount |
|---|---|---|---|

Thank you for selecting the Chase Conference Center at 270 Park Avenue for your program. Please note that the contract below does not list any applicable food and beverage or audio visual costs. For food services, please call the following number:

The following space has been reserved for you on the 11th floor:

### Tuesday, May 22, 2001

**9:00 am - 1:30 pm WR Grace (Confirmed) Room E**

Conference for 25

    SETUP NOTES:

        5/22 WR Grace

        Conference style for 25. (F&B with Renne)

270 Equipment:

| | Quantity | | |
|---|---|---|---|
|   Speakerphone | 1 | | |

    Client will dial their own number. 888-229-4390, Confirmation 5236919.

| | Quantity | | |
|---|---|---|---|
|   LCD Projector | 1 | | |

    For Powerpoint Presentation.

270 Internal Charges:

| | Quantity | Price | Amount |
|---|---|---|---|
|   Room Charge-Peak Full Day Rm. E | 1 | 1,310.00 | 1,310.00 |
| | | Subtotal | 1,310.00 |
| | | Grand Total | 1,310.00 |

All of the details in this agreement are confirmed. Please indicate your acceptance of the terms and conditions set forth here and on the attached page by signing and returning this agreement to the Chase Conference Centers within 2 days of receipt.

In the event of a cancellation or a reduction in the number of participants, assessment based upon the contracted number of participants will be charged as per the following schedule: 3 business days or more from scheduled meeting date - no charge, cancellation within or on TWO business days from the first date of the program will result in a charge to your expense number for the total estimate of the contract. If space is reserved within TWO business days of the date of the program, the reservation is immediately binding upon verbal confirmation and all cancellation policies apply.

Contracting Department

By: _____

Chase Conference Center at 270 Park Avenue

By: _____

Title:  Managing Director                Title:

Date:  5/18/2001                          Date:  5/18/2001

ATT:
Maggie

REQUEST ON THIS FORM ONLY
USE ONE FORM FOR EACH ORDER
SERVICES REQUIRE 24 HOURS NOTICE
OFFICE HOURS: 7:00AM – 5:00 PM
FAX ORDERS TO 212 270-5841

542.50
33.30
575.80
7.50

| DATE OF SERVICE: | May 22, 2001 | | | |
|---|---|---|---|---|
| FLOOR: | 11th, 270 Park Avenue. | NUMBER OF GUESTS: | 25 for Breakfast 20 for l | |
| COST CENTER: | 02830 | CONFERENCE ROOM: | E | |
| TIME OF MEETING: | 9:00 AM | REQUESTED BY: | Maggie Ortiz | |
| | | TELEPHONE NUMBER: | 212-622-3739 | 770 |

PLEASE CALL FOR CONFIRMATION OF YOUR FAX
MINIMUM OF 5

Total
$ 623

| SELECTIONS BREAKFAST | PRICE | SELECTIONS HOMEMADE CONFECTIONS | PRICE |
|---|---|---|---|
| The Classic Continental | $4.95 per guest | Afternoon Break | $5.75 per guest |
| Park Ave Continental | $6.95 per guest | With Sliced Fruit | $5.75 per guest |
| | $7.25 per guest | Eppens Smith Coffee Break | $8.95 per guest |
| LUNCHEONS | | | |
| Deli Platter or Sandwich Buffet | | ALA CARTE | |
| Club Style Sandwich Buffet | $11.95 per guest | Chips & Pretzels | $.95 per guest |
| Specialty Sandwich Buffet | $13.95 per guest | Fresh Baked Cookies (2) | $1.25 per guest |
| Gourmet Hero Baguette | $15.95 per guest | Fudge Brownies | $1.25 per guest |
| | $15.95 per guest | Whole Fruit | $.85 per guest |
| 3 FOOT HEROES | | | |
| American | $59.95 per guest | BEVERAGES | |
| Italian | | Coke & Pepsi Products (Cans) | $1.00 per guest |
| Kosher | | Bottled Water | $1.30 per guest |
| HOT LUNCH | | Assorted Snapple | $1.50 per guest |
| Package #1 | $25.00 per guest | Coffee & Tea | $1.25 per guest |
| Package #2 | | | |
| Package #3 | | PLATTERS | |
| Package #4 | | Vegetable Crudite | |
| | | Sliced Fruit | $3.75 per guest |
| | | Fruit & Imported Cheese | $3.95 per guest |
| | | | $6.75 per guest |

✱ SPECIAL REQUESTS:
25 people for breakfast, 20 people for Lunch (Club Sandwiches, Cookies, Soda and Water).

OFFICERS SIGNATURE:

01  2903  3042
PASSENGER TICKET AND BAGGAGE CHECK   663556 07581 07581         81352        13859  512   952     082  04385
SUBJECT TO CONDITIONS OF CONTRACT
• NOT TRANSFERABLE                        PASSENGER RECEIPT         SITI

**ARC**                  PASSENGER RECEIPT              MAHER/THOMAS F
                         TOUR CODE         A33611351    MAHER/THOMAS F

**AMTRAK**                    NEW YORK      PLACE OF ISSUE  NYUS10XPRO1   NYPWIL2V 109CM12APR
JP MORGAN CHASE TRAVEL          NEW YORK                                 XWILNYP2V 118CM12APR
MAHER/THOMAS F          PC761M/1V  1 CM METBSN      O 5880/
                       CARRIER  FLIGHT   CLASS DATE      NOT VALID AFTER
XXO ■■NOT VALID FOR ■■        THIS IS YOUR RECEIPT
XXO ■■TRANSPORTATION■■                              DLCLN4

ENDORSEMENTS/RESTRICTIONS
AMTRAK-RAIL SERVICE/1FULL
  FP CA5473140000021924 EXP0802 010462
  FC RR043D3D 1002 1RIDER RF 170.00AC      .00 NYPWIL/M
  OFM  85.00 WILNYP/MOFM  85.00

                    AMTRAK CARRIAGE CONDITION APPLY         NOT VALID FOR TRAVEL
FARE                 EQUIV. FARE PD.                        0 554 7749311475 0
 USD170.00          STOCK CONTROL NO. TX 889   CK    CPN    DOCUMENT NUMBER    CK
TAX/FEE/CHARGE
      USO.00           20363410830          0 554 7749311475 0
TAX/FEE/CHARGE
TOTAL
 USD170.00

# W.R. GRACE & CO et al.

## COMMITTEE EXPENSE FORM

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses* |
|---|---|---|
| Facsimile (with rates) | | |
| Long Distance Telephone | | |
| Reproduction | | |
| Local Travel | | |
| *Out-of-Town Travel (See attached Travel Expense Report) | CAR RENTAL | *46.63 |
| Courier & Express Carriers (e.g. Federal Express) | | |
| Postage | | |
| Other (Explain) Tolls *8.20  PARKING *9.00 | | *17.20 |

TOTAL: *63.83

**\*Please provide detail of each expense if possible**

**TRAVEL EXPENSE REPORT OF**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF W.R. GRACE & CO., ET AL.**

Name: Stanley Burg

Period Covered: From: 4/12/2001 To: 4/12/2001

Company/Firm Bankers Trust Company

| Date | Purpose of Trip | Parking | Mileage | Airfare (Coach Only) | Taxi, Train etc, CAR, RENTAL | Hotel | Meals | Misc. |
|------|-----------------|---------|---------|----------------------|------------------------------|-------|-------|-------|
| | | | | Transportation | | | Lodging | |
| 4/12/2001 | Creditors Meeting | $9.00 | | | $46.63 | | | Tolls |
| | | | | | | | | $5.20 |
| | | | | | | | | |
| | | | | | | | | |
| Totals | | $9.00 | $ | $ | $46.63 | $ | $ | $5.20 |

Description of Miscellaneous:

Date: 5/29/2001

Supporting Receipts Must Be Submitted With This Form

SSL-DOCS31 1115348v1
05/25/01 02:38pm

# Bankers Trust
## Travel and Entertainment Detail Report

**Employee Location: 4 ALBANY 4**

| | |
|---|---|
| Submit Date: | 04/30/2001 |
| Employee Name: | Stanley Burg |
| Title: | Vice President |

| | |
|---|---|
| T&E Status: | T&E has been prepared for employee revie |
| Employee SS#: | 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 |

| | |
|---|---|
| Controll#: | 186407 |
| Loc/Mail Stop: | 4 ALBANY 4 |

| Line | Date | City | Account Title | Account Number | Amount | Payment Type | Cost Center | Client/Deal Number | Receipt |
|---|---|---|---|---|---|---|---|---|---|
| | Included | | | | | | | | |
| 1.0 | 04/12/01 | EAST BRUNSWICK | Car Rental | 3710 | 46.63 | American Express | 211075 | | YES |
| | *Purpose:* ATTENDING THE CREDITORS MEETING IN WILMINGTON, DE FOR THE W.R. GRACE & CO. BANKRUPTCY PROCEEDING | | | | | | | | |
| | *Comment:* CAR RENTAL | | | | | | | | |
| 2.0 | 04/12/01 | WILMINGTON | Travel - Transportation | 3710 | 8.20 | Out of pocket | 211075 | | YES |
| | *Purpose:* ATTENDING THE CREDITORS MEETING IN WILMINGTON, DE FOR THE W.R. GRACE & CO. BANKRUPTCY PROCEEDING | | | | | | | | |
| | *Comment:* PARKING EXPENSE | | | | | | | | |
| 3.0 | 04/12/01 | WILMINGTON | Travel - | 3710 | 9.00 | Out of pocket | 211075 | | YES |
| | *Purpose:* ATTENDING THE CREDITORS MEETING IN WILMINGTON, DE FOR THE W.R. GRACE & CO. BANKRUPTCY PROCEEDING | | | | | | | | |
| | *Comment:* VARIOUS TOLLS | | | | | | | | |
| 4.0 | 04/12/01 | WILMINGTON | Travel - | 3712 | 59.85 | American Express | 211075 | | YES |
| | *Purpose:* LUNCH W/B. BISSON VP-WILMINGTON TRUST & STEVE KABA VP-FIRST UNION TO DISCUSS CORP TR MATTERS AND | | | | | | | | |
| | *Establishment:* WILMINGTON | | | | | | | | |
| | *Attendees:* BRUCE BISSON, STANLEY BURG, STEVE KABA | | | | | | | | |
| | *Comment:* SUCCESSOR TRUSTEE BUSINESS | | | | | | | | |
| 5.0 | 03/31/01 | EAST BRUNSWICK | Telecom - Home Usage | 5704 | 12.40 | American Express | 211075 | | YES |
| | *Purpose:* SPRINT CHARGES | | | | | | | | |

| | |
|---|---|
| Total Expenses: | 136.08 |
| Less Pay to AMEX: | 118.88 |
| Total Deduction: | 118.88 |
| Balance Due BT: | 0.00 |
| Balance Due Employee: | 17.20 |

Page 3

# Statement of Corporate Card Account

Payable upon Receipt in U.S. Dollars with a check drawn on a bank located in the U.S. or a money order.
Please enter Corporate Account Number on all checks and correspondence.

AMERICAN EXPRESS
**Corporate Services**

*CREDIT - APPLIED AGAINST FUTURE CHARGES OR
YOU MAY REQUEST A REFUND IN ACCORDANCE
WITH YOUR COMPANY'S TRAVEL POLICY.*

☐ Check here if address or
telephone number has
changed. Please note
changes on reverse side.

8 -001

| Corporate Account Number | Statement Closing Date | Total Amount Due |
|---|---|---|
| 3783-548917-31007 | 04-23-01 | $800.15CR |

STANLEY BURG
DEUTSCHE BANK
14 PELHAM PLACE
EAST BRUNSWICK NJ   08816-3944

MAIL PAYMENT TO:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ   07101-1270

8354891734 100800150000173438

---

**Detach here and return upper portion with check or money order. Do not staple or fold.**

# Summary of Corporate Card Account
Retain this portion for your files.

AMERICAN EXPRESS
**Corporate Services**

| Corporate Cardmember Name | Corporate Account Number | Statement Closing Date |
|---|---|---|
| STANLEY BURG | 3783-548917-31007 | 04-23-01 |

| Previous Balance | New Charges | Other Debits | Payments Received | Other Credits | Balance Due |
|---|---|---|---|---|---|
| $734.37CR | $173.43 | $.00 | $239.21 | $.00 | $800.15CR |

| Reference Number | Item Number | Description of Monthly Activity | | Charges | Credits |
|---|---|---|---|---|---|
| | | **PREVIOUS BALANCE** | | | **$734.37CR** |
| 836108 | | CORPORATE REMITTANCE RECEIVED   04/18/01 | | | |
| | | CORPORATION PROCESS DATE          04/17 | | | 184.66 |
| 836108 | | CORPORATE REMITTANCE-RECEIVED     04/18 | | | |
| | | CORPORATION PROCESS DATE          04/17 | | | 54.55 |
| 503108 | | SPRINT CORPORATE SELECT (SM) - 03/31/01 | | | |
| | | TELECOMMUNICATION SERVICE - DETAIL ENCL | | 12.40 | |
| 501104 | 1 | ENTERPRISE RENTACAR EAST BRUNSWICK   NJ. | | | |
| | | D794370   ENTERPRISE RENTACAR   04/12/01 | | 46.63 | |
| 501095 | 2 | CARACELLO RISTORANTENEW YORK      NY | | | |
| | | 287907040 FOOD/BEV            04/04/01 | | 54.55 | |
| 501104 | 3 | HOTEL DUPONT-GREEN RWILMINGTON     DE | | | |
| | | 019801039 FOOD-BEV            04/13/01 | | 59.85 | |
| | | **TOTAL CHARGES AND CREDITS** | | **$173.43** | **$239.21** |
| | | **BALANCE DUE** | | | **$800.15CR** |

**PAGE 1 OF 3**

**Payments or credits received after closing date above will appear on next month's statement.**                S5

*FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL TOLL-FREE 1-800-528-2122 OR WRITE US AT
P.O. BOX 297812, FT. LAUDERDALE, FL 33329-7812.*

BCQ01009

1335



N.J. TURNPIKE

| ENTRY | EXIT | LANE | CLASS | TOLL |
|-------|------|------|-------|------|
| 9 | 1 | 13 | 1 | PD $ 2.60 |

4/12/01   10:15

---

AMANO

COLONIAL PARKING INC.
1205 ORANGE STREET
WILMINGTON DE· 18001

Fee Computer Number:            1
Cashier:                   LAVERNE.10 #3
Transaction Number:             122
Entered:              04/12/01 10:37
Exited:               04/12/01 17:27
Ticket #8816          Dispenser #1
Rate:                 ORANGE ST/GARAGE
Total Fee:                    $9.00
Cash:                         $9.00

Thank you for choosing
COLONIAL PARKING
Have a nice day

---

HOTEL DUPONT, WILMINGTON
LOBBY LOUNGE
5904            18/1
221

TYPE: AMERICAN EXPRESS
AUTH: 01 12-46PM
EXP DATE: 3785589175100?
10.02
53799
S EURG  WITH CODE:

SUBTOTAL:              $22.845
Gratuity:              7.00
TOTAL:

CUSTOMER SIGNATURE
I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
AGREEMENT

59.85

---

## W.R. GRACE & CO et al.

## COMMITTEE EXPENSE FORM

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses* |
|---|---|---|
| Facsimile (with rates) | | |
| Long Distance Telephone | | |
| Reproduction | | |
| Local Travel | | |
| *Out-of-Town Travel (See attached Travel Expense Report) | | 170.00 |
| Courier & Express Carriers (e.g. Federal Express) | | |
| Postage | | |
| Other (Explain) | | |

TOTAL: __170.00__

**\*Please provide detail of each expense if possible**

# TRAVEL EXPENSE REPORT OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### OF W.R. GRACE & CO., ET AL.

Name: _Irene Siegel_

Company/Firm: _The Bank of New York_

Period Covered: From: _4, 12, 01_   To: _4, 12, 01_

| Date | Purpose of Trip | Parking | Mileage | Airfare (Coach Only) | Taxi, Train etc. | Hotel | Meals | Misc. |
|------|-----------------|---------|---------|----------------------|------------------|-------|-------|-------|
| 4 12 01 | Travel to Wilmington for organizational meeting | | | | 170.00 | | | |
| Totals | | $ | $ | $ | $ 176.00 | $ | $ | $ |

Description of Miscellaneous:

Date: _5/29/01_

Supporting Receipts Must Be Submitted With This Form

SSL-DOCS1 1-1131484v1
05/25/01 02:38pm

PASSENGER RECEIPT

AMTRAK

AMERICAN EXPRESS

XEXXXX/IRENE

**NOT VALID FOR TRANSPORTATION**

*TRANSPORTATION*

**AMTRAK RAIL SERVICE**

NEW YORK, NY

ARC
XXX
XXXXXX

**BOARDING PASS**

XXXXXXXXXX/IRENE

USD    170.00
EXEMPT

USD    170.00

20455167666    0 554 7174725857 2

NOT VALID FOR TRANSPORTATION

0 554 7174725857 2
A33972993

**W.R. GRACE & CO et al.**

**COMMITTEE EXPENSE FORM**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses* |
|---|---|---|
| Facsimile (with rates) | | |
| Long Distance Telephone | | |
| Reproduction | | |
| Local Travel | | |
| *Out-of-Town Travel (See attached Travel Expense Report) | | $ 340·00 |
| Courier & Express Carriers (e.g. Federal Express) | | |
| Postage | | |
| Other (Explain) | | |

TOTAL: $340.00

**\*Please provide detail of each expense if possible**

TRAVEL EXPENSE REPORT OF Steven C. Winpenny and William J. Teresky

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Of W.R. GRACE & CO., ET AL.

Name: ABN AMRO BANK

Company/Firm

Period Covered:    From:    4 / 12 / 01    To:    4 / 12 / 01

| Date | Purpose of Trip | Parking | Mileage | Transportation Airfare (Coach Only) | Taxi, Train etc. | Hotel | Meals | Misc. |
|------|-----------------|---------|---------|----------|------------------|-------|-------|-------|
| 4/12/01 | To seek appointment on Unsecured Committee | | | | | | | |
| | Steven Winpenny | | | | 170.00 | | | |
| | William Teresky | | | | 170.00 | | | |
| Totals | | $ | $ | $ | $340.00 | $ | $ | $ |

Description of Miscellaneous:

Date:    6/7/01

Supporting Receipts Must Be Submitted With This Form

SSL-DOC81 1115348v1
0572501 02:38pm



PASSENGER TICKET AND BAGGAGE CHECK

PASSENGER RECEIPT

ARC

AMTRAK

WORLDTRAVEL PARTNER NEW YORK NY NY

TERESKY/WILLIAM

**NOT VALID FOR** THIS IS YOUR RECEIPT

**TRANSPORTATION*

AMTRAK RAIL SERVICE

ASK ABOUT RESTRICTION

USD 170.00

EXEMPT

USD 170.00

0 554 7174049864 6

TERESKY/WILLIAM

NOT VALID FOR TRAVE

**TRAVEL EXPENSE REPORT OF**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF W.R. GRACE & CO., ET AL.**

Name: Jim Barwis

Company/Firm: Wachovia Bank

Period Covered:   From: 4/12/01   To: / /

| Date | Purpose of Trip | Transportation | | | | Lodging | | Misc. |
| | | Parking | Mileage | Airfare (Coach Only) | Taxi, Train etc. | Hotel | Meals | |
|------|-----------------|---------|---------|----------------------|------------------|-------|-------|-------|
| 4/12/01 | Trustee Meeting to set Unsecured Committee | 22-00 | | 514.00 | 135.46 (car Rental) | | | |
| | | | | | | | | |
| Totals | 671.46 | $ 22.00 | $ | $ 514.00 | $ 135.46 | $ | $ | $ |

Description of Miscellaneous:

Date: 6-19-01

Supporting Receipts Must Be Submitted With This Form

SSL-DOCS1 1115348v1
05/25/01 02:38pm

PASSENGER TICKET AND BAGGAGE CHECK
NOT TRANSFERABLE / SUBJECT TO CONDITIONS OF CONTRACT

DELTA AIR LINES                1/B13319 CA/B044
ALADDIN TRAVEL SERVICE
BARVIS/JAMES
* NOT VALID FOR *
* TRANSPORTATION *
NON-REFUNDABLE/PNLTY FOR CHGS

ARC                    PASSENGER RECEIPT
THIS IS YOUR RECEIPT

Thank you for renting from
Hertz

COMPLETED BY:        0889
BALT/WASH INT'L AIRPORT
RENTAL RECORD:       550467613
JAMES BARVIS

RENTED:    PHILADELPHIA A/P
RENTAL:    04/12/01    11:39
RETURN:    04/12/01    18:39
MILES IN:  03830    OUT: 03723
MILES DRIVEN:   107
PLAN IN/OUT:  ICAL /ICAL
CLS: F

                    1 DAYS    83.99
SUBTOTAL              83.99
CONCESSION FEE RECOVERY    9.32
FUEL PURCHASE OPT. ON     29.68
TX 11.000% ON  .13.      10.27
PA SURCHARGE              2.00
NET DUE                 135.46
PAID BY:  VISA
CREDIT CARD #:  XXXXXXXXXXXX3696

**W.R. GRACE & CO et al.**

**COMMITTEE EXPENSE FORM**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses* |
|---|---|---|
| Facsimile (with rates) | | |
| Long Distance Telephone | | |
| Reproduction | | |
| Local Travel | | |
| *Out-of-Town Travel (See attached Travel Expense Report) | | $671.46 |
| Courier & Express Carriers (e.g. Federal Express) | | |
| Postage | | |
| Other (Explain) | | |

TOTAL: $671.46

**\*Please provide detail of each expense if possible**

## W.R. GRACE & CO et al.

## COMMITTEE EXPENSE FORM

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses* |
|---|---|---|
| Facsimile (with rates) | | |
| Long Distance Telephone | | |
| Reproduction | Kilpatrick Stockton | 14.70 |
| Local Travel | | |
| *Out-of-Town Travel (See attached Travel Expense Report) | | 2135.23 |
| Courier & Express Carriers (e.g. Federal Express) | | |
| Postage | | |
| Other (Explain) | | |

TOTAL: $2149.93

**\*Please provide detail of each expense if possible**

Todd Myers/Kilpatrick Stockton
Katie Howland/Wachovia Bank

**TRAVEL EXPENSE REPORT OF** Katie Howland/Wachovia Bank
**THE OFFICIAL COMITTEE OF UNSECURED CREDITORS**
**OF W.R. GRACE & CO., ET AL.**

**Name:** Katie Howland    **Period Covered:**    **From:** 04/18/01    **To:** 06/30/01

**Company/Firm**
Wachovia Bank + counsel Kilpatrick Stockton

| Date | Purpose of Trip | Transportation | | | | Lodging | | | Misc. |
| | | Parking | Mileage | Airfare (Coach Only) | Taxi, Train etc. | Hotel | Meals | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/22 | Attend creditors Comm. meeting in NY | 12.00 | ✗ | 787.00 | 119.50 | ✗ | ✗ | | ✗ |
| 4/18 | Attend formation mtg. counsel Kilpatrick Stockton | ✗ | ✗ | 817.50 | ✗ | 390.67 | 8.56 | | ✗ |
| **Totals** | | $12.00 | $ ✗ | $1,604.50 | $119.50 | $390.67 | $ 8.56 | | $ ✗ |

+ Total $2135.23

**Description of Miscellaneous:**

**Date:** June 18, 2001

**Supporting Receipts Must Be Submitted With This Form**

# KILPATRICK STOCKTON LLP

Attorneys at Law
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
Telephone: 404.815.6500
Facsimile: 404.815.6555
Web site: www.kilpatrickstockton.com

E-mail: hjordan@kilpatrickstockton.com
Direct Dial: 404.815.6362

June 13, 2001

Ms. Katie Howland
Wachovia Bank, N.A.
191 Peachtree Street, NE
GA-3 1281
Atlanta, GA  30303

> RE:    M.R. Grace Bankruptcy (Non-Securitization)

Dear Ms. Howland:

Enclosed is our statement for services rendered in connection with the above-referenced transaction.

Please feel free to contact me should you have any questions regarding the enclosed statement.

Sincerely,

Hilary P. Jordan

HPJ/cb
Enclosure

18879/257757

| | |
|---|---:|
| *OTHER CHARGES:* | |
| Photocopies | 14.70 |
| American Express: Airfare expense of Mr. Todd Meyers for a trip to Philadephia on 4/11/01 | 817.50 |
| Meals expense of Todd C Meyers for a trip to Wilmington, DE on 4/11 - 12/2001 | 8.56 |
| Travel expense of Todd C Meyers for a trip to Wilmington, DE on 4/11 - 12/2001 | 390.67 |
| Total Other Charges | $1,231.43 |
| **TOTAL AMOUNT DUE THIS INVOICE** | **$4,141.43** |

# ALADDIN TRAVEL
### Leaders In Triad
### Travel Since 1973
## & Meeting Planners

Wachovia Bank, N.A.
191 Peachtree Street NE
MC: GA-2021
Atlanta, GA 30303
(404) 332-4910
FAX (404) 332-1259

http://www.aladdintravel.com
E-mail:travel@aladdintravel.com
CHECK-IN: •DRIVERS LICENSE REQ.
•DOMESTIC: 1 HR. /INT'L: 2 HRS.
•VERIFY FREQUENT FLYER CREDIT

```
020742  ITINERARY RECEIPT
PAGE NO.   1
PNR: 1P-769FPM
BK-39/HHJ
```

```
26TH FLOOR                    AFTER HOURS EMERGENCY SERVICE
ATT KATIE HOWLAND             PHONE NUMBER 1-800-388-3882
MAIL CODE GA 31281


NAME : HOWLAND/KATHERINE.W


                 CUSTOMER NO.    ACCOUNT NO.        DATE
                 2415711101      0044               16MAY01

* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
  TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
RESTRICTIONS-NON-REFUNDABLE/PNLTY FOR CHGS
ISSUED BY-ALADDIN TRAVEL SERVICE ATLANTA GA

CO  DATE       CITY-AIRPORT        TIME     FLIGHT NBR/CLASS     ST SERV/AMNT
--  ----       ------------        ----     ----------------     -- ---------
A TU 22MAY LV ATLANTA             630A     DELTA       1270M OK SNACK
           AR NYC/LAGUARDIA       838A     BAGS ALLOWED- 2PIECE    OSTOP M80
                                  SEAT     21-C  **RESERVED**
                                           HOWLAND/KATHERINE.W
NOT VALID FOR TRAVEL-BEFORE 22MAY/AFTER 22MAY-

A TU 22MAY LV NYC/LAGUARDIA       400P     DELTA       1115M OK
           AR ATLANTA             644P     BAGS ALLOWED- 2PIECE    OSTOP 738
                                  SEAT     17-D  **RESERVED**
                                           HOWLAND/KATHERINE.W
NOT VALID FOR TRAVEL-BEFORE 22MAY/AFTER 22MAY
  EXIT ROW SEAT-RESTRICTIONS APPLY


PASSENGER                    TICKET NUMBER              AIR AMT
HOWLAND/KATHERINE.W          E0061043910916             787.00


                             AIR FARE                   720.00
                             TAX                         67.00
                             TOTAL AIR FARE             787.00
                             AMOUNT CHARGED             787.00
```

DOCUMENT IS HEAT SENSITIVE
Do not expose to prolonged periods of excessive heat or light
"COPYRIGHT © AIRLINES REPORTING CORP. 1997 / 1-01    STOCK 3428   315002

```
AMOUNT WILL BE CHARGED TO CREDIT CARD: VI 4476 2000 0004 4340

HOURS EMERGENCY SERVICE 1-800-388-3882
RECIATE YOUR BUSINESS/NIKI GREGORY/404-332-4910
FUNDABLE/NON-TRANSFERABLE/PENALTIES APPLY
S AN ELECTRONIC TICKET
LL NEED VALID PHOTO I.D.
HE FOLLOWING CONFIRMATION NUMBER****2J672N*****
```



01 3426 6158
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

I/020742 CA/0044

ETKT          PASSENGER RECEIPT          SITI

CN/2415711101

ARC          FFVV          AGENT CODE          A11581441

NAME OF PASSENGER
HOWLAND/KATHERINE.W

DELTA AIR LINES          PLACE OF ISSUE          US16MAY01
ALADDIN TRAVEL SERVICE   ATLANTA GA               9 5235/
HOWLAND/KATHERINE.       769FPM/1P MR0TN
**NOT VALID FOR**  THIS IS YOUR RECEIPT 22MAY01   HHJ/39
**TRANSPORTATION**

ATLLGADL1270M 22MAY
OLGAATLDL1115M 22MAY

NON-REFUNDABLE/PNLTY FOR CHGS
FP VI4476200000044340/ C 029335 /FC ATL DL NYC 360.00DL ATL 360.00USD720.00END DL Z
PATLLGA XF ATL4.5LGA3 /FB MR0TN MR0TN

NOT VALID FOR TRAVEL
006 1043910916 2

| XF | 7.50 |
| FARE USD | 720.00 |
| TAX/FEE/CHARGE US | 54.00 |
| TAX/FEE/CHARGE ZP | 5.50 |
| TOTAL USD | 787.00 |

STOCK CONTROL NO. TX 900          DOCUMENT NUMBER
20914541373          006 1043910916 2

5774406

MTI
1-203-531-8000
1 4476 2000 0004 4340
                03/02
Katherine W. Howland

MasterCard OR VISA

NON-REFUNDABLE

DATE 05/22/01   AUTHORIZATION   CLERK HAMID   2:10PM
QTY   DESCRIPTION   PRICE   AMOUNT
270 Park Ave, NYC          119 50
NY To LGA Airport
NY Delta
SUB TOTAL
SALES TAX
SIGN HERE X
SALES SLIP          TOTAL $ 119 50

EXPIRATION
[X] DATE CHECKED

SALES SLIP

HARTSFIELD ATLANTA
INT'L AIRPORT
*** thank you ***

Entrance: 05:10 05/22/01 Lane 22
Exit     19:28 05/22/01 Lane 55
CASHIER 188 SEQ# 3523
AMOUNT PAID   $012.00

PARKING CO OF AMER #55
HARTSFIELD ATLANTA AIRP
ATLANTA, GA 30320

TERMINAL I.D.:          06369803

MERCHANT #:          5001000412

VISA          SRV: 188
4476200000044340
SALE          EXP.: 03/02
BATCH: 000113   INVOICE: 339387
DATE: MAY 22, 01   TIME: 19:34
RRN: BI0021100102   AUTH NO: 018731

TOTAL          $12.00

KATHERINE W HOWLAND

X
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

**W.R. GRACE & CO et al.**

**COMMITTEE EXPENSE FORM**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses* |
|---|---|---|
| Facsimile (with rates) | | |
| Long Distance Telephone | | |
| Reproduction | | |
| Local Travel | | |
| *Out-of-Town Travel (See attached Travel Expense Report) | | $1,444.37 |
| Courier & Express Carriers (e.g. Federal Express) | | |
| Postage | | |
| Other (Explain) | | |

TOTAL: $1,444.37

**\*Please provide detail of each expense if possible**

SSL-DOCS1 1115266v1
05/25/01 02:36pm

# TRAVEL EXPENSE REPORT OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### OF W.R. GRACE & CO., ET AL.

Name: James Dickson

Company/Firm Wachovia

Period Covered:    From: 4/12/01    To: 6/20/01

| Date | Purpose of Trip | Parking | Mileage | Airfare (Coach Only) | Taxi, Train etc. | Hotel | Meals | Misc. |
|------|-----------------|---------|---------|----------------------|------------------|-------|-------|-------|
| 4/12 | Credit Comm Formation | | | 695.73 | | | | |
| 5/22 | Committee meeting w/ debtor | 12.00 | | 637.00 | 99.64 | | | |
| Totals | | $ 12.00 | $ | $1332.73 | $ 99.64 | $ | $ | $ |

Description of Miscellaneous:

Date: 6/15/01

Supporting Receipts Must Be Submitted With This Form

SSL-DOCS1 11153348v1
05/25/01 02:38pm

**Hertz**  RR 650467156  JAMES DICKSON
RENTED: 04/12/01 09:06 AT PHILADELPHIA A/P

VEH 01998/4152344 PG 1 OF 3 #01 RT
0180011

CC

RENTED BY THE
HERTZ CORPORATION

YOUR CHARGES WILL BE          1DY,
YOU ARE REQUIRED TO RETURN ON  04/12/01 AT 20:40 TO PHILADELPHIA A/P
IF YOU DO NOT RETURN WHEN AND WHERE REQUIRED, HIGHER RATES AND/OR SERVICE CHARGE WILL APPLY.

AT RATES SHOWN BELOW.

YOU AGREE TO THESE ADDITIONAL CHARGES: (T)

RATE PLAN 0475G (T)       RATE CLASS  F
$  57.00 PER DAY          WITH ALL MILES FREE
$  29.00 PER EX HR

00 GRAND MARQUIS S    LIC NYEP535G      MILES OUT 14216   CLS  G   FUEL OUT 8/8   TK CAP 19.0    STALL F F 219
YOU AGREE TO ACCEPT FUEL PURCHASE OPTION (FPO) AT $ 31.54 PER RENTAL; NO CREDIT FOR FUEL IN CAR AT RETURN.

YOU AGREE TO OPTIONAL SERVICES OF:
LDW    INCLUDED IN 0475G    RATE PLAN
LIS    ACCEPTED AT $10.99 PER DAY
PAI,PEC  DECLINED

OTHER FEES AND ASSESSMENTS:
CONCESSION FEE RECOVERY              11.10% (T)
PA SURCHARGE                        $ 2.00 PER DAY
TAX RATE -  11.000 % APPLIES TO ALL CHARGES MARKED (T)
TAX LINE INCLUDES PA SALES TAX PLUS 2% PA CAR RENTAL TAX

---

01 3426 6158
PASSENGER TICKET AND BAGGAGE CHECK          I/020672 CA/0044
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

CN/1012415530

ETKT          PASSENGER RECEIPT      SITI

DELTA AIR LINES   XXXXX   FFVV

ALADDIN TRAVEL SERVICE    ATLANTA GA
DICKSON/JAMES        4L3437/1P HRA7TN
**NOT VALID FOR**  THIS IS YOUR RECEIPT
**TRANSPORTATION**
NON-REFUNDABLE/PNLTY FOR CHGS
FP VI4476200000174196 05-03/ C 026400 /FC ATL DL NYC 290.24DL ATL 290.23USD580.47EN
0 DL ZPATLLGA XF ATL4.5LGA3 /FB HRA7TN HRA7TN

A11581441
US15MAY01
9 5235/
22MAY22MAY
HHJ/65

XF     7.50
USD  580.47
US    43.53
ZP     5.50
USD  637.00

STOCK CONTROL NO. TX 880   CK
20914540640

DOCUMENT NUMBER  CK
006 1043910862 4

NAME OF PASSENGER
DICKSON/JAMES
ATLLGADL1270H 22MAY
OLGAATLDL1115H 22MAY

NOT VALID FOR TRAVEL
006 1043910862 4

---

00 3426 0272
PASSENGER TICKET AND BAGGAGE CHECK          I/019317 CA/0044
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

CN/1012415530

ETKT          PASSENGER RECEIPT      SITI

US AIRWAYS   XXXXXGF12611513   FFVV

ALADDIN TRAVEL SERVICE    ATLANTA GA
DICKSON/JAMES        2ED7E4/1P MULTI
**NOT VALID FOR**  THIS IS YOUR RECEIPT
**TRANSPORTATION**
VALID US ONLY/NONENDORSABLE
FP VI4476200000174196 05-03/ C 020241 /FC ATL US PHL 172.16US ATL Q18.60 442.94USD6
33.70END US ZPATLPHL XF ATL4.5PHL4.5 /FB HRQN18/GF126115 A4COACH/GF126

A11581441
US10APR01
1 5235/
HHJ/19

XF     9.00
USD  633.70
US    47.53
ZP     5.50
USD  695.73

STOCK CONTROL NO. TX 880   CK
68802457920

DOCUMENT NUMBER  CK
037 1038900507 2

NAME OF PASSENGER
DICKSON/JAMES
ATLPHLUS2056H 12APR
OPHLATLUS1095A 12APR

NOT VALID FOR TRAVEL
037 1038900507 2

HARTSFIELD ATLANTA
INT'L AIRPORT
*** thank you ***

Entrance: 05:43 05/22/01 Lane 23?
Exit      19:31 05/22/01 Lane 53?
     CASHIER 117 SEQ# 4967
     AMOUNT PAID   $012.00

DUPLICATE
ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

## ADMINISTRATIVE ORDER UNDER 11 U.S.C. §§ 105(a) AND 331 ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS AND OFFICIAL COMMITTEE MEMBERS

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") seeking entry of an administrative order establishing procedures for interim compensation and reimbursement of expenses for professionals and official committee members; and it appearing that the relief requested is in the best interests of the Debtors' estates,

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not defined herein shall have the same meaning as in the Motion.

196

06/26/2001 14:45 FAX 1 302 571 5560    DUANE MORRIS    ☑003
☑003
06/22/2001 04:15 FAX 6524132    Cannon Laser E

their creditors and other parties in interest; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and cause appearing therefor; and the Court having determined that the legal and factual bases set forth in the Motion have established just cause for the relief requested herein; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that except as may otherwise be provided in orders of the court authorizing the retention of specific professionals, all Professionals in the Chapter 11 Cases may seek interim payment of compensation and reimbursement of expenses in accordance with the following procedures (the "Compensation Procedures"):

    a.    On or about the 28th day of each month (the "Fee Filing Date") following the month for which compensation is sought (the "Compensation Period"), each Professional seeking interim compensation shall file with the Court a monthly application (each a "Fee Application") pursuant to section 331 of the Bankruptcy Code for interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the Compensation Period and serve the Fee Application upon:

    (1)    the Debtors, 7500 Grace Drive, Columbia, MD 21044, Attn: David B. Siegel, Senior Vice President and General Counsel;

    (2)    co-counsel for the Debtors: (A) Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601, Attn: James H.M. Sprayregen, Esq., and James W. Kapp III, Esq., and (B) Pachulski, Stang, Ziehl & Jones, P.C., 919 North Market Street, 16th Floor, P.O. Box 8705, Wilmington DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq.;

2

    (3)    counsel to the proposed debtor-in-possession lender;

    (4)    Counsel to any Committee (when and if appointed by the United States Trustee); and

    (5)    the Office of the United States Trustee, 601 Walnut Street, Room 950W, Philadelphia, PA 19106 (collectively, the "Notice Parties").

b.    All Fee Applications shall comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, applicable Third Circuit law and the Delaware Local Bankruptcy Rules.

c.    Each Notice Party will have twenty (20) days after service of a Fee Application to review the Fee Application and object thereto (the "Objection Deadline"). Upon the expiration of the Objection Deadline, if no objections have been filed, the Debtors are authorized and required to pay each Professional an amount (the "Actual Interim Payment") equal to the lesser of:

    (1)    eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Fee Application (the "Maximum Interim Payment") or

    (2)    eighty percent (80%) of the fees and 100 percent of the expenses not subject to an objection pursuant to subparagraph (d) below.

d.    If any Notice Party objects to the Fee Application of a Professional (the "Affected Professional"), it must file with the Court on or before the Objection Deadline a written statement of its objection, setting forth the precise nature of the objection and the amount of objectionable fees and expenses at issue (collectively, the "Objection") and serve the Objection on the Affected Professional and each of the Notice Parties. Thereafter, the objecting party and the Affected Professional may attempt to resolve the Objection on a consensual basis. If the parties are unable to resolve an Objection within 20 days after the service of the Objection, the Affected Professional may either:

    (1)    file the Objection with the Court together with a request for the payment of the difference, if any, between the Maximum Interim Payment and the Actual Interim Payment made to the Affected Professional (the "Incremental Amount") or request a hearing of the Court; or

3

(2)    forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the Objection if so requested by the parties.

e.    Beginning with the period ending on June 30, 2001, and at three-month intervals or at such other intervals that may be convenient to the Court (each, an "Interim Fee Period"), each Professional shall file with the Court and serve on the Notice Parties within 30 days of the end of such Interim Fee Period a request (an "Interim Fee Application Request") for interim Court approval and allowance, pursuant to section 331 of the Bankruptcy Code, of the compensation and reimbursement of expenses sought in the Fee Applications filed during such Interim Fee Period. The Interim Fee Application Request must include a summary of the Fee Applications that are the subject of the request plus any other information requested by the Court or required by the local rules. Any Professional that fails to file an Interim Fee Application Request when due will be ineligible to receive further interim payments of fees or expenses under the Compensation Procedures until such time as the Professional submits a further Interim Fee Application Request.

f.    The Debtors shall request that the Court schedule a hearing on the pending Interim Fee Application Requests at least once every six months. The Debtors, however, may request a hearing be held every three months or at such other intervals as the Court deems appropriate.

g.    The pendency of an Objection to a Fee Application will not disqualify a Professional from the future payment of compensation or reimbursement of expenses under the Compensation Procedures; and it is further

ORDERED that neither (1) the payment of or the failure to pay, in whole or in part, monthly interim compensation and reimbursement of expenses under the Compensation Procedures nor (2) the filing of or the failure to file an Objection will bind any party in interest or bind the Court with respect to the allowance of interim or final applications for compensation and reimbursement of expenses of Professionals; and it is further

4

ORDERED that all fees and expenses paid to Professionals under the Compensation Procedures are subject to disgorgement until final allowance by the Court; and it is further

ORDERED that each member of any Committee (when and if appointed) be permitted to submit statements of expenses (including individual Committee Member's counsel expenses but excluding such counsel's fees) and supporting vouchers to counsel to any such Committee, which shall collect and submit the Committee Members' requests for reimbursement in accordance with the Compensation Procedures; and it is further

ORDERED that notice of the Applications shall be sent only to the Notice Parties; and it is further

ORDERED that any Hearing Notices shall be sent to: (a) the Notice Parties and (b) all parties that have filed a notice of appearance with the Clerk of this Court and requested notice of pleadings in these Chapter 11 Cases; and it is further

ORDERED that the Debtors shall include in their monthly operating reports all payments to Professionals in accordance with the Compensation Procedures detailed so as to state the amount paid to each of the Professionals; and it is further

5

06/22/2001 04:17 FAX 6524132

ORDERED, that this Court shall retain jurisdiction to hear and determine all

matters arising from or relating to the implementation of this Order.

Dated: _Mey 3_, 2001.

The Honorable Joseph J. Farnan, Jr.
United States District Judge