This is An Original
If This Stamp Is In Red

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & COMPANY, | ) | Case Nos. 01-1139 (JJF) |
| INC., *et al.* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

2001 JUL -3 PM 1:05

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF MICHAEL I. ZOUSMER

Kathleen M. Miller, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Michael I. Zousmer, Esquire of the firm Hertz, Schram & Saretsky, P.C., 1760 South Telegraph Road, Suite 300, Bloomfield Hills, Michigan 48302, to represent Rupple K. Perry, individually and on behalf of all others similarly situated in this action. The Admittee is admitted, practicing and in good standing in the State of Michigan and the U.S. District Court for the Eastern District of Michigan.

Dated: July 3, 2001                    SMITH, KATZENSTEIN & FURLOW LLP

Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: Kmiller@skfdelaware.com

Attorneys for Rupple K. Perry, individually and on
behalf of all others similarly situated

MCM4062.WPD

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Michael I. Zousmer, Esquire
Michigan Bar No.
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road
Suite 300
Bloomfield Hills, Michigan 48302
Telephone No.: 248-335-5000
Telecopy No.: 248-335-3346
E-mail: Mzousmer@HSSPC.com

Motion granted.

BY THE COURT:

Date: July 12, 2001

United States ~~Bankruptcy~~ Judge

MCM4062.WPD