UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | |
| | ) | Case Nos. 01-1139 through |
| | ) | 01-1200 (JJF) |
| | ) | Jointly Administered |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Nortel Networks Inc., f/k/a/ Northern Telecom Inc. ("Nortel"), a creditor and party in interest and pursuant to, inter alia, Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given or required to be given in the above-referenced bankruptcy case be given to and served upon Nortel at the following address:

> Cynthia C. Hemme
> Senior Counsel
> Nortel Networks Inc.
> 4010 E. Chapel Hill-Nelson Hwy.
> Research Triangle Park, NC  27709
> Mailstop D17/03/0F2
> Tel:  (919) 997-4420
> Fax:  (919) 997-4495

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile or otherwise

filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in the Bankruptcy Rules) in connection with and with regard to the above-referenced bankruptcy case and any proceeding related thereto.

Dated this 29 day of June, 2001.

Respectfully submitted,

Cynthia C. Hemme
Senior Counsel
Nortel Networks Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709
Mailstop D17/03/0F2
Tel: (919) 997-4420
Fax: (919) 997-4495

## CERTIFICATE OF SERVICE

This is to certify that on this 29 day of June, 2001 a true and correct copy of the above and foregoing document has been sent by First Class Mail, postage prepaid, to all parties listed on the attached Service List.

Cynthia C. Hemme

## SERVICE LIST

R.R. Donnelley & Sons Company
77 West Wacker Drive
Chicago, IL  60601

James H. M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

David D. Bird
Clerk, US Bankruptcy Court
District of Delaware
824 Market Street, 5th floor
Wilmington, DE  19801