IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Weinstein Company Holdings LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No.: 612** |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF RICK ANTONOFF

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Rick Antonoff, Esq. of the law firm of BLANK ROME LLP to represent FilmNation Entertainment, LLC, FilmNation International, LLC, FilmNation Features, LLC, West 150 Productions, LLC, and 22nd Street Entertainment, LLC in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated: April 30, 2018
    Wilmington, Delaware

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE No. 5183)
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801

*Attorneys for FilmNation Entertainment, LLC, FilmNation International, LLC, FilmNation Features, LLC, West 150 Productions, LLC, and 22nd Street Entertainment, LLC*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Court for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 30, 2018

*/s/ Rick Antonoff*
Rick Antonoff
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
(212) 885-5327

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: May 1st, 2018**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**