FILED
2018 APR 30 AM 9:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY<br>HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 18-10601 (MFW) |

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES

TO:   Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Please enter the appearance of Marc Toberoff of the firm Toberoff & Associates, P.C., as counsel for Lesia Anson ("**Anson**"). Anson is a creditor and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby request that all notices given or required to be given in these cases be given to and served upon:

Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Tel: (310) 246-3333
Fax: (310) 246-3101
Email: mtoberoff@toberoffandassociates.com

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Anson's right: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims actions, defenses, setoffs, or

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

1

recoupments to which Anson is or may be entitled, in law or in equity, all of which Anson expressly reserves.

April 30, 2018    TOBEROFF & ASSOCIATES, P.C.

By: _____
Marc Toberoff
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Tel: (310) 246-3333
Fax: (310) 246-3101

(association with Delaware counsel pending per Del. Bankr. L.R. 9010-1(d))

*Counsel for Lesia Anson*

2