# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

RE 925-090

EFFECTIVE DATE OF RENEWAL REGISTRATION

**DEC 2 3 2005**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼** (See Instructions)

**a**
Name: Lesia Anson
Address: c/o Marc Toberoff, Esq., 1999 Avenue of the Stars, Suite 1540, Los Angeles, CA 90067
Claiming as: the widow of the author, Jay Anson
(Use appropriate statement from Instructions)

**b**
Name: .....
Address: .....
Claiming as: .....

**c**
Name: .....
Address: .....
Claiming as: .....

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**
"The Amityville Horror"

**RENEWABLE MATTER ▼**
n/a

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial, give:  Volume ▼   Number ▼   Issue Date ▼

**AUTHOR(S) OF RENEWABLE MATTER ▼** (If any author is deceased, give month, day, and year of death.)
Name: Jay Anson          Date of death: 3/12/1980
Name: _____           Date of death: _____
Name: _____           Date of death: _____

**ORIGINAL REGISTRATION NUMBER ▼**   **ORIGINAL COPYRIGHT CLAIMANT ▼**
A883095                              Jay Anson, George Lee Lutz & Kathleen Lutz

**ORIGINAL DATE OF COPYRIGHT**
If the original registration for this work was made in published form, give
DATE OF PUBLICATION: July   29   1977        OR    If the original registration for this work was made in unpublished form, give:
                    (Month)  (Day) (Year)          DATE OF REGISTRATION: _____
                                                                        (Month) (Day) (Year)

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5–8) on the reverse side of this page.   DO NOT WRITE HERE
                  • See detailed instructions.   • Sign the form at space 7.       Page 1 of ___2___ pages

|  | RENEWAL APPLICATION RECEIVED | FORM RE |
|---|---|---|
|  | SEP 2 3 2005 | |
|  | CORRESPONDENCE ☐ YES | |
|  | EXAMINED BY   MB | FOR COPYRIGHT OFFICE USE ONLY |
|  | CHECKED BY | |
|  | FUNDS RECEIVED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**a**
- Title of Contribution: ...........
- Title of Periodical: ...........   Vol: ..... No: ..... Issue Date: .....
- Date of Publication: ..... (Month) (Day) (Year)   Registration Number: ...........

**b**
- Title of Contribution: ...........
- Title of Periodical: ...........   Vol: ..... No: ..... Issue Date: .....
- Date of Publication: ..... (Month) (Day) (Year)   Registration Number: ...........

**c**
- Title of Contribution: ...........
- Title of Periodical: ...........   Vol: ..... No: ..... Issue Date: .....
- Date of Publication: ..... (Month) (Day) (Year)   Registration Number: ...........

**d**
- Title of Contribution: ...........
- Title of Periodical: ...........   Vol: ..... No: ..... Issue Date: .....
- Date of Publication: ..... (Month) (Day) (Year)   Registration Number: ...........

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: _____

Account Number: _____

Area code and daytime telephone number ▶ (310) 246-3333   Fax number ▶ (310) 246-3101

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name: Marc Toberoff, Esq.
Address: 1999 Avenue of the Stars, Suite 1540
Los Angeles   CA   90067
Email address ▶ mtoberoff@ipwla.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Lesia Anson** (Name of renewal claimant)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ **Marc Toberoff**   Date ▼ **12/21/05**

Handwritten signature (X) ▼ _[signature]_

Certificate will be mailed in window envelope to this address:
- Name ▼ Marc Toberoff, Esq.
- Number/Street/Apt ▼ 1999 Avenue of the Stars, Suite 1540
- City/State/ZIP ▼ Los Angeles, CA 90067

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.