## CERTIFICATE OF SERVICE

I, Douglas Fretty, certify that I am not less than 18 years of age, and that on April 30, 2018, I caused a copy of the foregoing *Limited Objection and Reservation of Rights of Lesia Anson to (i) Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief; (ii) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts; and (iii) Notice of Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts*, to be served upon the persons on the attached service list via email:

_____
Douglas Fretty

## **SERVICE LIST**

| | |
|---|---|
| Andrew Elken | aelken@cravath.com |
| Bradford J. Sandler | bsandler@pszjlaw.com |
| David Fournier | fournierd@pepperlaw.com |
| David Stratton | strattond@pepperlaw.com |
| George E. Zobitz | jzobitz@cravath.com |
| Hannah Mufson McCollum | Hannah.mccollum@usdoj.gov |
| Jennifer C. Hagle | jhagle@sidley.com |
| Mark D. Collins | collins@rlf.com |
| Meredith A. Lahaie | mlahaie@akingump.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| Paul N. Heath | heath@rlf.com |
| Robert S. Brady | rbrady@ycst.com |
| Stephen B. Kuhn | skuhn@akingump.com |