FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY<br>HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 18-10601 (MFW) |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST
FOR SERVICE OF ALL NOTICES**

TO:   Clerk of the Court
   United States Bankruptcy Court
   District of Delaware
   824 Market Street
   Wilmington, DE 19801

Please enter the appearance of creditor IP Management, Inc. ("IP Management") and its affiliate IPW, LLC ("IPW"), appearing *pro se* in these cases. IP Management is a creditor and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby requests that all notices given or required to be given in these cases be given to and served upon:

   IP Management, Inc. / IPW, LLC
   c/o Marc Toberoff
   23823 Malibu Road, Suite 50-363
   Malibu, CA 90265
   Tel: (310) 246-3333
   Fax: (310) 246-3101
   Email: mtoberoff@ipwlaw.com

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of IP Management's or IPW's right: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

1

these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims actions, defenses, setoffs, or recoupments to which IP Management and/or IPW are or may be entitled, in law or in equity, all of which IP Management and IPW expressly reserve.

Dated: April 30, 2018

IP MANAGEMENT, INC.

By: _____
Marc Toberoff
President, IP Management (proceeding *pro se*)
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Tel: (310) 246-3333
Fax: (310) 246-3101

IPW, LLC

By: _____
Marc Toberoff
Managing Member, IPW (proceeding *pro se*)
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Tel: (310) 246-3333
Fax: (310) 246-3101

2