## CERTIFICATE OF SERVICE

I, Douglas Fretty, certify that I am not less than 18 years of age, and that on April 30, 2018, I caused a copy of the foregoing *Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents*, filed by IP Management, Inc. and IPW, LLC, to be served upon the persons on the attached service list via email:

_____
Douglas Fretty

## SERVICE LIST

| Name | Email |
| --- | --- |
| Andrew Elken | aelken@cravath.com |
| Bradford J. Sandler | bsandler@pszjlaw.com |
| David Fournier | fournierd@pepperlaw.com |
| David Stratton | strattond@pepperlaw.com |
| George E. Zobitz | jzobitz@cravath.com |
| Hannah Mufson McCollum | Hannah.mccollum@usdoj.gov |
| Jennifer C. Hagle | jhagle@sidley.com |
| Mark D. Collins | collins@rlf.com |
| Meredith A. Lahaie | mlahaie@akingump.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| Paul N. Heath | heath@rlf.com |
| Robert S. Brady | rbrady@ycst.com |
| Stephen B. Kuhn | skuhn@akingump.com |