# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     )    SS
NEW CASTLE COUNTY    )

Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Chipman Brown Cicero & Cole, LLP, counsel to *John Fusco, Giovanni Fusco and Mud City Moving Picture Co. f/s/o John Fusco* in the above referenced cases, and on the 30th day of April 2018, she caused copies of the

(1) Objection and Reservation of Rights of John Fusco, Giovanni Fusco and Mud City Moving Picture Co. f/s/o John Fusco to (i) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts, and (ii) Notice of Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket 565]

to be served upon the parties listed on the attached service list *via* hand delivery or first-class mail.

/s/ *Michelle M. Dero*
Michelle M. Dero

SWORN TO AND SUBSCRIBED before me this 1st day of May 2018.

/s/ *Kristin A. McCloskey*
Kristin A. McCloskey
Notary Public
State of Delaware
My Commission Expires July 7, 2020

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

| | |
|---|---|
| ***Via* First Class Mail** | ***Via* Hand Delivery** |
| Paul H. Zumbro, Esquire<br>George E. Zobitz, Esquire<br>Andrew Elken, Esquire<br>*Cravath, Swaine & Moore LLP*<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(Counsel for the Debtors) | Mark D. Collins, Esquire<br>Paul N. Heath, Esquire<br>*Richards, Layton & Finger, P.A.*<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(Counsel for the Debtors) |
| ***Via* First Class Mail** | ***Via* Hand Delivery** |
| Stephen B. Kuhn, Esquire<br>Meredith A. Lahaie, Esquire<br>*Akin Gump Strauss Hauer & Feld LLP*<br>1 Bryant Park<br>New York, NY 10036<br>(Counsel for the Stalking Horse Bidder) | David Stratton, Esquire<br>David Fournier, Esquire<br>*Pepper Hamilton LLP*<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>Wilmington, DE 19801<br>(Counsel for the Stalking Horse Bidder) |
| ***Via* First Class Mail** | ***Via* Hand Delivery** |
| Jennifer C. Hagle, Esquire<br>*Sidley Austin LLP*<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>(Counsel for the Pre-Petition Agent) | Robert S. Brady, Esquire<br>*Young Conaway Stargatt & Taylor, LLP*<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(Counsel for the Pre-Petition Agent) |
| ***Via* First Class Mail** | ***Via* Hand Delivery** |
| James I. Stang, Esquire<br>*Pachulski Stang Ziehl & Jones LLP*<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067<br>(Counsel for the Official Committee of Unsecured Creditors) | Bradford J. Sandler, Esquire<br>*Pachulski Stang Ziehl & Jones LLP*<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>(Counsel for the Official Committee of Unsecured Creditors) |
| | ***Via* Hand Delivery** |
| | Jane M. Leamy, Esquire<br>Hannah Mufson McCollum, Esquire<br>*Office of the United States Trustee*<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |