**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Peter M. Gilhuly, Esquire of Latham & Watkins LLP to represent Miramax Film NY, LLC in the above-referenced cases.

Dated: May 1, 2018         */s/ Norman L. Pernick*
                           Norman L. Pernick (No. 2290)
                           COLE SCHOTZ P.C.
                           500 Delaware Avenue, Suite 1410
                           Wilmington, DE 19801
                           Telephone: (302) 652-3131
                           npernick@coleschotz.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: May 1, 2018         */s/ Peter M. Gilhuly*
                           Peter M. Gilhuly, Esquire
                           LATHAM & WATKINS LLP
                           355 South Grand Avenue, Suite 100
                           Los Angeles, California 90071-1560
                           Telephone: (213) 485-1234
                           Peter.Gilhuly@lw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.