## EXHIBIT 1 TO ORDER

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| | : | **Re: Docket No. 267** |

-----------------------------------------------------------x

### STIPULATION WITH MUFG UNION BANK, N.A., AS PRE-PETITION AGENT, AND UNIONBANCAL EQUITIES, INC., AS JUNIOR ADMINISTRATIVE AGENT, DETERMINING CERTAIN COMMITTEE RIGHTS PURSUANT TO FINAL DIP ORDER

This stipulation (this "Stipulation") is entered into by and among: (a) the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); (b) MUFG Union Bank, N.A., on behalf of itself as the Pre-Petition Agent and the Pre-Petition Secured Parties (referenced herein as the "Pre-Petition Agent,"); and (c) UnionBanCal Equities, Inc., on behalf of itself as the administrative agent and the UBE Secured Parties (referenced herein as "UBE", and collectively with the Committee and the Pre-Petition Agent, the "Parties"), in each case, by and through their respective undersigned counsel.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

1

WHEREAS, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code before the United States Bankruptcy Court for the District of Delaware (the "Court") on March 19, 2018.

WHEREAS, on April 19, 2018, the Court entered the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364(c), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral of Pre-Petition Secured Entities, (II) Granting Adequate Protection to Pre-Petition Secured Entities, and (III) Granting Related Relief* [Docket No. 267] (the "Final DIP Order"),[2] which, among other things, set an Investigation Termination Date for the Committee of April 27, 2018, by which date the Committee must assert a Challenge as to the Pre-Petition Obligations and the UBE Obligations.

WHEREAS, in order to clarify certain matters among the Pre-Petition Agent, UBE, and the Committee under the Final DIP Order, the Parties have agreed to enter into this Stipulation.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to the approval of the Court:

1.      Except as expressly set forth in Paragraphs 2 or 3 of this Stipulation, the Committee hereby acknowledges that, immediately upon the execution of this Stipulation, the Committee's Investigation Termination Date shall be deemed to have occurred and the Committee accordingly waives all rights to assert, and acknowledges and agrees that it is hereby forever barred from asserting for all purposes, a Challenge or objection to the extent, amount, validity, perfection and priority of the liens in the Pre-Petition Collateral, the Pre-Petition Obligations, the liens in the UBE Collateral and the UBE Obligations, as set forth in paragraph 16 of the Final DIP Order.  For the

---

[2] Each capitalized term that is not defined herein will have the meaning ascribed to such term in the Final DIP Order.

ACTIVE 231483569

avoidance of doubt, except as expressly set forth in this Stipulation, nothing in this Stipulation shall operate to modify the provisions of the Final DIP Order.

    2.    The Pre-Petition Agent and UBE did not perfect their security interests in the following assets: (a) Money,[3] if any, held by Debtors TWC Domestic LLC and The Weinstein Company LLC (together, the "Applicable Debtors") as of the Petition Date that (i) is not proceeds of, or otherwise arising from or relating to, the Pre-Petition Collateral or the UBE Collateral, as applicable (including, for the avoidance of doubt, any such proceeds or amounts not deposited in a bank account maintained with the Pre-Petition Agent or UBE or subject to the control thereof, as applicable) or (ii) to the extent not proceeds of, or otherwise arising from or related to, the Pre-Petition Collateral or the UBE Collateral, is not held in a bank account maintained with the Pre-Petition Agent or UBE or subject to the control thereof, as applicable; (b) deposit accounts, if any, and the proceeds thereof, held by the Applicable Debtors that (i) are not held with the Pre-Petition Agent or UBE, as applicable or (ii) if held with another bank or financial institution, are not subject to a control agreement in favor of the Pre-Petition Agent or UBE, as applicable; provided, that as set forth in clause (a) above, the respective perfected security interests of the Pre-Petition Agent and UBE do extend to any proceeds of, or amounts otherwise arising from or relating to, the Pre-Petition Collateral or the UBE Collateral, as applicable, regardless of where deposited or held; (c) any of the Applicable Debtors' vehicles or equipment (and the proceeds thereof) as to which a certificate of title (whether a physical certificate (i.e., paper title certificate), an electronic certificate, or other evidence of title under applicable law) for such vehicle or asset does not indicate, as of the Petition Date, the security interest of the Pre-Petition Agent or UBE where such notation on the certificate or other evidence of title under applicable law is a condition of

---

[3] "Money" has the meaning set forth in Section 1-201(b)(24) of the UCC as in effect from time to time.

ACTIVE 231483569

perfection; (d) any commercial tort claims held by the Applicable Debtors that were not specifically identified (and none were so identified), and the proceeds thereof; and (e) any real property of the Applicable Debtors, including any real estate leasehold interests of the Applicable Debtors, and the proceeds thereof.

3.      The Pre-Petition Collateral and the UBE Collateral do not include the Anchor Bay Cash Collateral or any other Unencumbered Collateral or any avoidance actions under chapter 5 of the Bankruptcy Code or the proceeds thereof.[4]   The Pre-Petition Secured Parties and the UBE Secured Parties do not have any security interests in the assets of any Debtors other than the Applicable Debtors with respect to the Pre-Petition Obligations or the UBE Obligations, respectively, other than with respect to (a) those assets of such other Debtors transferred, pledged or assigned to TWC Domestic LLC and accordingly subject to the Pre-Petition Agent's and/or UBE's perfected security interests in all assets of TWC Domestic LLC, (b) those assets of such other Debtors in which a security interest has been granted to, and perfected by, the Pre-Petition Agent under the Pre-Petition Loan Documents and/or the UBE Agent under the UBE Loan Documents, as applicable, and (c) Money that is proceeds of, or otherwise arising from or relating to, the Pre-Petition Collateral or the UBE Collateral, as applicable, but that was erroneously held other than in a bank account maintained with the Pre-Petition Agent or UBE or subject to the control thereof.[5]

4.      Nothing herein shall have any impact on any rights or claims that the Debtors, their estates, or the Committee may have against any party other than the Pre-Petition Secured Parties,

---

[4] For the avoidance of doubt, the DIP Liens and the Adequate Protection Liens include liens on and security interests in the Anchor Bay Cash Collateral and all other Unencumbered Collateral (but not any avoidance actions under chapter 5 of the Bankruptcy Code or any other Unencumbered Litigation Claims), as set forth in the Final DIP Order.

[5] For the avoidance of doubt, the DIP Liens and the Adequate Protection Liens include junior liens on and security interests in the assets of Debtors other than the Applicable Debtors, as set forth in the Final DIP Order.

ACTIVE 231483569

the UBE Secured Parties, and any of their respective affiliates and representatives in any capacity, and all such rights and claims are expressly preserved.

5.      This Stipulation will be binding and effective upon execution by the Parties hereto. This Stipulation may not be amended or modified without the written consent of the Parties.  This Stipulation may be executed in counterparts by facsimile or other electronic transmission, each of which will be deemed an original, and all of which when taken together will constitute one document.

6.      The Court will retain jurisdiction over all matters related to this Stipulation and the Final DIP Order.

[Remainder of page intentionally blank]

5

Dated: April 26, 2018
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert S. Brady*
_____
Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Elisabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:   (302) 571-1253

-and-

Jennifer C. Hagle
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: jhagle@sidley.com

*Counsel to MUFG Union Bank, N.A.,*
*as the Prepetition Agent*

ACTIVE 231483569

Dated: April 26, 2018                          KATTEN MUCHIN ROSENMAN LLP
         Wilmington, Delaware


                                               */s/ William B. Freeman*
                                               William B. Freeman
                                               515 S. Flower St., Suite 1000
                                               Los Angeles, CA 90071-2212
                                               Telephone: (213) 443-9003
                                               Facsimile: (213) 947-1705
                                               Email: bill.freeman@kattenlaw.com

                                               *Counsel to UnionBanCal Equities, Inc.,*
                                               *as Junior Administrative Agent*

ACTIVE 231483569

Dated: April 26, 2018                  PACHULSKI STANG ZIEHL & JONES LLP
       Wilmington, Delaware

*/s/ Colin R. Robinson*

James I. Stang (CA Bar No. (CA Bar No. 94435)
Robert J. Feinstein (NY Bar No. 1767805)
Debra I. Grassgreen (CA Bar No. 169978)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)919 North
Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  jstang@pszjlaw.com
       rfeinstein@pszjlaw.com
       dgrassgreen@pszjlaw.com
       bsandler@pszjlaw.com
       crobinson@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*