# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | Chapter 11 |
|   | Case No. 18-10601 (MFW) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 2, 2018 AT 10:30 A.M. (ET)[3]

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.*

**I.     MATTER GOING FORWARD:**

1.   Preliminary Objection [of the Official Committee of Unsecured Creditors] to Credit Bid of AI International Holdings (BVI) Ltd. [Docket No. 489 - filed April 27, 2018]

     Response Deadline:   May 1, 2018 at 12:00 noon (ET)

     Responses Received:  None at this time.

     Related Documents:

     i.   Order (I) (A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] **Amended items appear in bold.**

[3] The hearing **was scheduled to** be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

      Assignment Procedures and (F) Granting Related Relief [Docket No. 190 - entered April 6, 2018]

  ii.    Notice to Parties Intending to Submit a Credit Bid in Connection with the Auction for the Sale of the Debtors' Assets [Docket No. 467 - filed April 27, 2018]

**Status:**  **A hearing on this matter is no longer necessary.**

Dated: May 1, 2018
    Wilmington, Delaware

*/s/ Brett M. Haywood*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the*
*Debtors and Debtors in Possession*