# CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, hereby certify that I am not less than 18 years of age and that on thus 1st day of May 2018, I caused a true and correct copy of the foregoing **Endemol Shine International Limited's Objection to Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts** to be served upon the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)

**SERVICE LIST**

***Via First Class Mail***
Paul H. Zumbro, Esq.
George E. Zobitz, Esq.
Andrew Elken, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

***Via First Class Mail***
Stephen B. Kuhn, Esq.
Meredith A. Lahaie, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

***Via First Class Mail***
Jennifer C. Hagle, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

***Via First Class Mail***
James I. Stang, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

***Via Hand Delivery***
Jane M. Leamy, Esq.
Hannah Mufson McCollum, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Wilmington, DE 19801

***Via Hand Delivery***
Mark D. Collins, Esq.
Paul Noble Heath, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

***Via Hand Delivery***
David B. Stratton, Esq.
David M. Fournier, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709

***Via Hand Delivery***
Robert S. Brady, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

***Via Hand Delivery***
Bradford J. Sandler, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801