UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                            x        **Chapter 11**

In re                                                       x

                                                         x        **Case No. 18-10601 (MFW)**

**THE WEINSTEIN COMPANY**                x

**HOLDINGS LLC,** *et al.*                     x

                                                         x        **(Joint Administration Requested)**

                                  Debtors.             x

---------------------------------------------------------x

## MOTION FOR ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the certification set forth below, counsel moves the admission *pro hac vice* of Paul H. Aloe of Kudman Trachten Aloe LLP, Empire State Building, 350 Fifth Avenue, 68th Floor, New York, New York  10118 to represent Adaptive Studies, Inc. in connection with the above-captioned proceeding.

Dated:  May 1, 2018                          DUANE MORRIS LLP
Wilmington, Delaware

                                                       */s/ Lawrence J. Kotler*
                                                       Lawrence J. Kotler (Atty. I.D. No. 4181)
                                                       222 Delaware Avenue, Suite 1600
                                                       Wilmington, DE 19801-1659

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, the State of New York and the United States District Court for the Southern, Northern and Eastern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing order for District Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  May 1, 2018                                        _____
                                                       Paul H. Aloe
                                                       Kudman Trachten Aloe LLP
                                                       Empire State Building
                                                       350 Fifth Avenue, 68th Floor
                                                       New York, New York  10118

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

DM3\5179219.1