**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x
| | |
|:--|:--|
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | Chapter 11 |
| | Case No. 18-10601 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 231** |

-------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS'
MOTION FOR ENTRY OF ORDER (I) EXTENDING TIME TO FILE
SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS
OF FINANCIAL AFFAIRS, AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that he has received no answer, objection, or any other responsive pleading to the *Debtors' Motion for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief* [Docket No. 231] (the "**Motion**") filed by The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on April 16, 2018. The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion has appeared on the Bankruptcy Court's docket in these cases. Pursuant to the *Notice of Motion and Hearing* filed with the Motion, any objections or responses to the Motion were to be filed and served by no later than April 30, 2018, at 4:00 p.m. (ET).

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as Exhibit A (the "**Order**"), be entered at the earliest convenience of the Bankruptcy Court.

Dated: May 1, 2018
    Wilmington, Delaware

*/s/ Brett M. Haywood*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the*
*Debtors and Debtors in Possession*