# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>Related Docket Nos. 558, 598, 617 & 633<br><br>Obj. Deadline: To be presented at the hearing<br>Hearing Date: May 8, 2018 at 11:30 AM (ET) |

**NOTICE OF HEARING REGARDING MOTION TO SEAL THE OBJECTION OF WIND RIVER PRODUCTIONS, LLC TO THE DEBTORS' NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS AND RESERVATION OF RIGHTS WITH RESPECT TO THE DEBTORS' SALE MOTION AND FILE A REDACTED VERSION OF SUCH OBJECTION**

PLEASE TAKE NOTICE that, on April 30, 2018, Wind River Productions, LLC ("Wind River"), by and through its undersigned counsel, filed the Motion to Seal the Objection of Wind River Productions, LLC to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 598] (the "Motion to Seal") as well as the Motion of Wind River Productions, LLC, for Expedited Hearing and Shortened Notice Regarding the Motion to Seal the Objection of Wind River Productions, LLC to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com.twc.

WBD (US) 42672304v1

Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 617] (the "Motion to Shorten"). Copies of the Motion to Seal and Motion to Shorten were previously served upon you.

PLEASE TAKE FURTHER NOTICE that on May 1, 2018, the Court entered the Order Granting Motion of Wind River Productions, LLC, for Expedited Hearing and Shortened Notice Regarding the Motion to Seal the Objection of Wind River Productions, LLC to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 633] (the "Order").  A copy of the Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, a hearing with respect to the Motion to Seal will be held on **May 8, 2018, at 11:30 a.m. (Prevailing Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801**.**

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, responses or objections to the Motion to Seal may be presented at the hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 1, 2018
Wilmington, Delaware

*/s/ Morgan L. Patterson*
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Morgan L. Patterson (Del. Bar No. 5388)
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: mark.desgrosseilliers@wbd-us.com
Email: morgan.patterson@wbd-us.com

Counsel to Wind River Productions, LLC