# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 558, 598 & \_\_\_** |

### ORDER GRANTING MOTION OF WIND RIVER PRODUCTIONS, LLC, FOR EXPEDITED HEARING AND SHORTENED NOTICE REGARDING THE MOTION TO SEAL THE OBJECTION OF WIND RIVER PRODUCTIONS, LLC, TO THE DEBTORS' NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUTNS AND RESERVATION OF RIGHTS WITH RESPECT TO THE DEBTORS' SALE MOTION AND FILE A REDACTED VERSION OF SUCH OBJECTION

Upon the motion (the "Motion to Shorten")[2] of Wind River for entry of an order shortening the applicable notice period and setting an expedited hearing for the Motion to Seal; and the Court having jurisdiction to consider the Motion to Shorten, and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances; and the Court having considered the Motion to Shorten and the entry of this Order and determined that the relief requested therein is in the best interests of the parties; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com.twc.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing on the Motion to Seal shall be held on May 8, 2018, at 11:30 a.m. (Eastern) (the "Sale Hearing").

3. Any responses to the Motion to Seal shall be heard at the time of the Sale Hearing.

4. This Court retains its jurisdiction to interpret, implement, and enforce the provisions of this Order.

**Dated: May 1st, 2018**
**Wilmington, Delaware**

2

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

WBD (US) 42665834v3