# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| The Weinstein Company Holdings LLC, *et al*. | Case No. 18-10601 (MFW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL AS ATTORNEYS OF RECORD AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 9010-2

**PLEASE TAKE NOTICE** that Robert M. Hirsh and Beth M. Brownstein of the law firm Arent Fox LLP ("Arent Fox"), appeared in the above-captioned cases on behalf of the FPF Lending, LLC ("FPF"). At the time, FPF was a potential lender to the debtors in these cases.

**PLEASE TAKE FURTHER NOTICE** that since FPF was not ultimately engaged as lender to the Debtors and has no other involvement in these cases, Mr. Hirsh and Ms. Brownstein request that they be removed as attorneys of record for FPF from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Arent Fox attorneys and staff who receive emails through Mr. Hirsh's CM/ECF account (Jordana L. Renert, Nicholas Marten, Phillip Khezri and Lisa Indelicato), also request that they be removed from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned cases and related adversary proceedings. Their email addresses are: jordana.renert@arentfox.com; nicholas.marten@arentfox.com; phillip.khezri@arentfox.com; and lisa.indelicato@arentfox.com.

AFDOCS/16333316.1

- 2 -

**PLEASE TAKE FURTHER NOTICE** that FPF consents to the withdrawal of counsel.

Dated: May 1, 2017
      New York, New York

                Respectfully submitted,

                **ARENT FOX LLP**

                */s/ Robert M. Hirsh*
                Robert M. Hirsh
                Beth M. Brownstein
                ARENT FOX LLP
                1675 Broadway
                New York, NY 10019
                (212) 484-3900 (Tel.)
                (212) 484-3990 (Fax)
                robert.hirsh@arentfox.com
                beth.brownstein@arentfox.com

                *Counsel for FPF Lending, LLC*