## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, et al., | Case No. 18-10601 (MFW) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE     :
                          : SS:
NEW CASTLE COUNTY     :

     I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 1, 2018, I caused to be served:

**MOTION OF LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS, MELISSA SAGEMILLER, AND NANNETTE KLATT FOR RELIEF FROM AUTOMATIC STAY AND RELATED RELIEF**
[D.I. 623]

**DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF THE MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELATED RELIEF**
[D.I. 624]

**MOTION OF LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS, MELISSA SAGEMILLER, AND NANNETTE KLATT TO LIMIT NOTICE REGARDING FOR RELIEF FROM AUTOMATIC STAY AND RELATED RELIEF**
[D.I. 625]

     Service was completed upon the parties on the attached list via hand delivery for local counsel, and first-class mail, postage prepaid, upon all other listed parties.

Date:   May 1, 2018

                                      William W. Weller

     **SWORN AND SUBSCRIBED** before me this 1st day of May, 2018.

                                   Notary

REBECCA ZERBE
MY COMMISSION
EXPIRES
JUNE 23, 2018
NOTARY PUBLIC
STATE OF DELAWARE

10189833/1

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Paul N. Heath, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
E-mail: collins@rlf.com
E-mail: heath@rlf.com
[Counsel to the Debtors]

Bradford J. Sandler, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
E-mail: bsandler@pszjlaw.com
[Proposed Counsel to the Official Committee of
Unsecured Creditors]

Robert S. Brady, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
E-mail: rbrady@ycst.com
[Counsel to the DIP Agent and
Pre-Petition Agent]

Jane M. Leamy
Hannah Mufson McCollum
Trial Attorneys
United States Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
E-mail: jane.m.leamy@usdoj.gov
E-mail: hannah.mccollum@usdoj.gov

**VIA FIRST CLASS MAIL**
The Weinstein Company Holdings LLC
Attn: Robert Del Genio
Chief Restructuring Officer
99 Hudson Street, 4th Floor
New York, NY 10013
[Debtors]

Paul H. Zumbro, Esq.
George E. Zobitz, Esq.
Andrew Elken, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
E-mail: pzumbro@cravath.com
E-mail: jzobitz@cravath.com
E-mail: aelken@cravath.com
[Counsel to the Debtors]

Jennifer C. Hagle, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
E-mail: jhagle@sidley.com
[Counsel to the DIP Agent and
Pre-Petition Agent]

10189833/1

**VIA FIRST CLASS MAIL**
Gerald Leonard Maatman , Jr
Seyfarth Shaw LLP (131 S. Dearborn St)
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603

Karen Yasmine Bitar
Lorie Elizabeth Almon
Scott Roblan Rabe
Seyfarth Shaw LLP (NYC)
620 Eighth Avenue
New York, NY 10018-1405

Lynn A. Kappelman
Seyfarth Shaw LLP (Boston)
2 Seaport Lane, Suite 300
Boston, MA 02210

Laura R. Washington
Latham & Watkins LLP
10250 Constellation Blvd - #1100
Los Angeles, CA 90067

Marvin S. Putnam
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071

Mary E. Flynn
Aaron Michael Schue
Morrison Cohen, LLP( NY)
909 Third Avenue
New York, NY 10022

Phyllis Kupferstein
Kupferstein Manuel LLP
865 South Figueroa Street, Suite 3338
Los Angeles, CA 90017

**VIA FIRST CLASS MAIL**
Abigail Flynn Coster
Barry A. Bohrer
Brian Theodore Kohn
Gary Stein
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York, NY 10022

Lawrence Steve Spiegel
Abigail Elizabeth Davis
Ashly Nikkole Davis
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

James Vincent Masella, III
Daniel Seth Ruzumna
Melissa Rae Ginsberg
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Brad Scott Karp
Roberto Finzi
Sara Francis Nichols
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019

Israel David
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

John Christian Scalzo
Jonathan Peter Gordon
Reed Smith LLP (NYC)
599 Lexington Avenue
New York, NY 10022

10189833/1