# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Weinstein Company Holdings LLC., *et al*., | Case No. 18-10601 (MFW) |
| Debtors. | (Jointly Administered) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF INCLUSION MEDIA, LLC PURSUANT TO FED.R.BANKR.P.2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)

Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9010(b) and Local Rule of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware 2002-1(d), the undersigned counsel enters an appearance for Inclusion Media, LLC and requests that Inclusion Media, LLC be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the undersigned counsel at the following address or facsimile number:

| | |
|---|---|
| Garvan F. McDaniel, Esq. [DE Bar #4167]<br>Hogan McDaniel<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>Email: gfmcdaniel@dkhogan.com | Andrew K. Glenn, Esq.<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800<br>Email: AGlenn@kasowitz.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs,

operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Inclusion Media, LLC's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Inclusion Media, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 1, 2018
       Wilmington, Delaware

                                  Hogan McDaniel

                                  By: /s/Garvan F. McDaniel
                                  Garvan F. McDaniel, Esq. (#4167)
                                  1311 Delaware Avenue
                                  Wilmington, Delaware 19806
                                  Telephone: (302) 656-7540
                                  Facsimile: (302) 656-7599
                                  Email: gfmcdaniel@dkhogan.com

                                            – and –

                                  KASOWITZ BENSON TORRES LLP

                                  Andrew K. Glenn, Esq.
                                  1633 Broadway
                                  New York, New York 10019
                                  Telephone: (212) 506-1700
                                  Facsimile: (212) 506-1800
                                  Email: AGlenn@kasowitz.com

                                  *Counsel to Inclusion Media, LLC*