**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| The Weinstein Company Holdings LLC., *et al*., | Case No. 18-10601 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

     I hereby certify on the 1st day of May, 2018, a true and correct copy of the foregoing ***Entry of Appearance and Request for Notices*** was sent via ECF Noticing to all parties receiving ECF Notices in these Chapter 11 cases.

                                           By: /s/Garvan F. McDaniel
                                           Garvan F. McDaniel, Esq. (#4167)
                                           Hogan McDaniel
                                           1311 Delaware Avenue
                                           Wilmington, Delaware 19806
                                           Telephone: (302) 656-7540
                                           Facsimile: (302) 656-7599
                                           Email: gfmcdaniel@dkhogan.com