IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
THE WEINSTEIN COMPANY HOLDINGS :    Chapter 11
LLC, *et al.*, :
:    Case No. 18-10601 (MFW)
: 
          Debtors.[1] :    (Jointly Administered)
: 
:    **Hearing Date: May 8, 2018 at 11:30 a.m. (EDT)**
:    **Re: Docket Nos. 8 & 190**
: 
------------------------------------------------------------x

### NOTICE OF (I) CANCELLATION OF AUCTION AND (II) DESIGNATION OF THE STALKING HORSE BIDDER AS THE SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on March 19, 2018 (the "**Petition Date**").

**PLEASE TAKE FURTHER NOTICE** that, on the Petition Date, the Debtors filed a motion [Docket No. 8] (the "**Bidding Procedures Motion**")[2] with the Court seeking entry of orders, among other things, approving (a) procedures for the solicitation of bids in connection with the proposed sale (the "**Sale**") of substantially all of the Debtors' assets (the "**Assets**") to Lantern Entertainment LLC (the "**Stalking Horse Bidder**") for $310,000,000 in cash (subject to certain adjustments), payment of certain Cure Amounts, and the assumption of certain liabilities, subject to the submission of higher or otherwise better offers in an auction process (the "**Auction**"), (b) the form and manner of notice related to the Sale and (c) procedures for the assumption and assignment of Contracts and Leases in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that, on April 6, 2018, the Court entered an order [Docket No. 190] (the "**Bidding Procedures Order**"), which, among other things, set **April 30, 2018 at 5:00 p.m. (Eastern Daylight Time)** as the Bid Deadline, and scheduled the Auction for **May 4, 2018 at 10:00 a.m. (Eastern Daylight Time)**, in the event any Qualified

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion.

Bids were received by the Bid Deadline (other than the Stalking Horse Bid) with purchase prices which, individually, or in the aggregate, equal or exceed the Minimum Initial Overbid Amount.

**PLEASE TAKE FURTHER NOTICE** that, in addition to the Stalking Horse Bid, the Debtors received certain non-qualified bids, and received certain Qualified Bids in the form of credit bids for certain portions of the Assets (collectively, the "**Credit Bids**").  The Credit Bids did not provide for purchase prices that individually or, in the aggregate, equal or exceed the Minimum Initial Overbid Amount.  Therefore, in accordance with the Bidding Procedures and the Bidding Procedures Order, the Debtors, after consulting with the Consultation Parties, have designated the Stalking Horse Bidder as the Successful Bidder and the Stalking Horse Bid as the Successful Bid.

> **ACCORDINGLY, THE DEBTORS, AFTER CONSULTING WITH THE CONSULTATION PARTIES, HAVE CANCELLED THE AUCTION AND WILL NOT CONDUCT AN AUCTION FOR THE PURCHASED ASSETS.**

**PLEASE TAKE FURTHER NOTICE** that, as previously noticed, the Sale Hearing will be held on **May 8, 2018 at 11:30 a.m.** (**Eastern Daylight Time**) before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  At the Sale Hearing, the Debtors will ask the Court to enter a proposed Sale Order approving the Sale to the Stalking Horse Bidder pursuant to the Stalking Horse Agreement.

## Obtaining Additional Information

Copies of the Bidding Procedures Motion, the Bidding Procedures, the Bidding Procedures Order, the Stalking Horse Agreement and all other documents filed with the Court are available free of charge on the Debtors' case information website, located at http://dm.epiq11.com/twc or can be requested by e-mail at twc@epiqglobal.com.

Dated: May 1, 2018
       Wilmington, Delaware

/s/ Joseph C. Barsalona II
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Joseph C. Barsalona II (No. 6102)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*