IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                    :
                                                          :    Chapter 11
THE WEINSTEIN COMPANY HOLDINGS          :
LLC, *et al.*,                                            :    Case No. 18-10601 (MFW)
                                                          :
                    Debtors.[1]                           :    (Jointly Administered)
                                                          :
---------------------------------------------------------x

## DECLARATION OF DISINTERESTEDNESS OF CHRISTOPHER FROST, SUBMITTED ON BEHALF OF EISNER, APC, IN SUPPORT OF RETENTION AS AN ORDINARY COURSE PROFESSIONAL

I, Christopher Frost, state the following under penalty of perjury:

1. I am a partner and the head of the litigation department with Eisner, APC (the "**Firm**"), which has a place of business at 9601 Wilshire Blvd, 7th Floor, Beverly Hills, CA 90210.

2. The above-captioned debtors and debtors in possession (the "**Debtors**") have requested that the Firm provide litigation services and litigation avoidance advice to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future for persons that are parties in interest in the above-captioned Chapter 11 cases. The Firm does not perform services for any such person in connection with the Chapter 11 cases or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtors, claimants, and parties in interest in the Chapter 11 cases.

5. Neither I nor any principal, partner, director, or officer of, or professional retained by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal, partner, director, or officer of, or professional retained by the Firm insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be retained.

7. The Debtors do not owe the Firm any fees for prepetition services. The Firm understands that designation as an "OCP" does not entitle the Firm to payment for services provided during the prepetition period outside of a confirmed plan.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its retention, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

9.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 1, 2018

Christopher Frost
Partner and Head of Litigation
Eisner, APC