THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**UNITED STATES' RESPONSE TO DEBTORS' MOTION FOR ENTRY OF CASE MANAGEMENT ORDER, MOTION TO ESTABLISH BAR DATE, MOTION TO APPROVE CLAIM FORMS, AND MOTION TO APPROVE NOTICE PROGRAM (DOCKET NUMBER 536)**

The United States takes no position on the case management order, bar date, claim forms, and notice program Debtors have proposed. However, Debtors incorrectly characterize the results of ongoing Environmental Protection Agency ("EPA") investigations into asbestos-contamination in Libby, Montana in the background information provided in Debtors' Memorandum in Support of Motion for Entry of Case Management Order, Motion to Establish Bar Date, Motion to Approve Claim Forms, and Motion to Approve Notice Program ("Debtors' Mem."). While not directly relevant to the relief sought in the procedural motions currently before the Court, the United States believes it is important to set the record straight.

Debtors contend that "[s]cientific testing of the air in homes with [zonolite attic insulation ("ZAI")] has found either no asbestiform fibers or almost non detectable levels." (Debtors' Mem. at 4.) Purported support for this contention includes the statement that in EPA testing of homes in Libby, Montana containing ZAI, "the highest asbestos air concentration was .00003 f/cc." (Debtors' Mem. at 4.) This is incorrect and misleading on several levels. As an

initial matter, Debtors misstate the findings of EPA's early "passive" air sampling in certain Libby homes, the apparent basis of Debtors' contention. In fact, EPA's early testing found asbestos fibers in amounts 10 to 100 times higher than the level Debtors acknowledge in their Memorandum. Debtors' misstatement of EPA's results is perplexing in that W.R. Grace & Co.'s ("Grace") own expert on asbestos issues evaluated the samples collected in EPA's passive sampling and found the fiber level to be up to 300 times higher than that acknowledged in Debtors' Memorandum. See Analysis of December 1999 Indoor Air Samples from the Export and Screening Plants, RJ Lee Group, Inc. (September 27, 2001) at 5. Moreover, the passive testing was intended to measure the presence of asbestos in houses in quiet conditions, and was not intended to assess ambient fiber levels during typical household activities (i.e., sweeping, vacuuming, home repairs, etc.). As Grace is aware, EPA has conducted "active" sampling at homes in Libby that indicates exposure levels at 10,000 to 100,000 times higher than the exposure level Debtors reference in their Memorandum.

In this same bullet, Debtors state that the exposure level EPA has found in Libby homes "is 3,000 times lower than the permissible occupational exposure level of 0.1 f/cc, eight hours a day, 50 weeks per year for 45 years set by the Occupational Safety and Health Administration ("OSHA")." (Debtors' Mem. at 4-5.) Debtors' misstatement of the findings of EPA's passive sampling, discussed above, obviously infects this conclusion. Less obviously, Debtors imply that an OSHA standard that governs workplace exposure applies to household exposure – or is at least relevant to household exposure. This implication ignores the numerous differences between the two settings. OSHA's regulatory framework assumes an informed adult population whose exposure is limited to the work day. In addition, it assumes that covered workers are fully aware

of the hazards of the occupational environment, trained to avoid unnecessary exposure, actively participate in medical monitoring and use specialized equipment (e.g., respirators and/or protective clothing) when necessary to protect their health. None of these assumptions hold true for the typical household. Moreover, the increased health risk OSHA has identified with the 0.1 f/cc permissible exposure level is significant – a lifetime risk of 3.4 deaths per 1,000 workers and a 20 year exposure risk of 2.3 deaths per 1,000 workers, see 59 Fed. Reg. 40,964, 40,978-82 (August 10, 1994). Obviously, health risks that are deemed acceptable in the asbestos-impacted workplace (which assume the protections discussed above) may be unacceptably high when they occur in the home or in workplaces that are not asbestos-impacted. Accordingly, Grace simply cannot assume that the OSHA permissible occupational exposure level can be extended to other exposure contexts.

Later in the Debtors' Memorandum, Debtors state that of the 35 locations sampled by EPA in 1999 and 2000, "only a few had detectable asbestos fibers in soil, dust, or air of the type found at the Libby mine" in support of their contention that asbestos contamination in Libby may not be widespread. (Debtors' Mem. at 50.) Debtors also quote statements from EPA's on-scene coordinator in early 2000 that "[n]one of the results from the soil, insulation and dust samples point to obvious candidates for cleanup." (Debtors' Mem. at 52.) Debtors' assessment of the scope of the Libby contamination based only on the limited testing performed by early 2000 rather than the whole body of data available is inexplicable. Quite simply, Debtors' assessment has been overtaken by events. Debtors make broad assertions based on early data often measuring narrow exposure circumstances. EPA has now tested over 100 houses in Libby, and many other industrial areas. Two areas of significant contamination have been identified and

cleaned up, seven other cleanups are taking place this summer and EPA anticipates that ongoing analysis of other locations in and near Libby will lead to additional cleanup actions. Debtors simply cannot pretend that there may not be a significant asbestos contamination problem in Libby.

Finally, Grace contends that ZAI "may contain trace quantities of asbestos as a mineralogical impurity – minute fractions of 1%. For that reason, ZAI does not meet the regulatory definition of an asbestos-containing product." (Debtors' Mem. at 1.) In support of this contention, Debtors cite the definition section of the National Emission Standard for Asbestos, 40 C.F.R. § 61.141, and the Asbestos in Schools regulations, 40 C.F.R. § 763.83. The National Emissions Standard for Asbestos regulates manufacturing activities, certain installation, demolition and renovation activities, operations in which asbestos-containing materials are sprayed or fabricated, and the disposal of asbestos-containing materials. The regulations expressly do not apply to asbestos-containing materials in residential structures of four or fewer

units. The Asbestos in Schools regulations apply, of course, only to schools. Thus, the regulations Debtors cite do not purport to address the presence of ZAI in single family homes. More significantly, the regulations Debtors cite are not determinative of whether the presence of asbestos in attic insulation or elsewhere poses a hazard to human health or the environment. EPA has already determined that asbestos levels at nine locations in Libby are substantial enough to warrant cleanup pursuant to the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601, et seq. Review of additional locations is ongoing.

In conclusion, the United States believes that the Debtors' characterization of EPA's investigation and cleanup activities in Libby in their Memorandum is inaccurate and requires the foregoing clarification.

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Div.
U.S. Department of Justice

JAMES D. FREEMAN
Trial Attorney
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, Colorado 80202
(303) 312-7376

CARL SCHNEE
United States Attorney
District of Delaware

                              ELLEN SLIGHTS
                              Assistant United States Attorney
                              Office of United States Attorney
                              1201 Market Street
                              Suite 1100
                              P.O. Box 2046
                              Wilmington, DE 19899-2046

OF COUNSEL:

MATTHEW D. COHN
ANDREA MADIGAN
Enforcement Attorneys
U.S. EPA Region 8
999 Eighteenth Street, Suite 700
Denver, Colorado 80202

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2001 JUL 13 AM 9:44

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF COUNSEL
## APPEARING ON BEHALF OF GOVERNMENT AGENCY

Undersigned counsel submits this certification pursuant to Del. Bankr. L.R. 9010-1(c)(ii) and certifies as follows:

1. I am employed by the United States Department of Justice.

2. I am a member in good standing of the Bar of the District of Columbia, as well as an inactive member of the State Bar of North Carolina.

3. I am admitted to practice before the U.S. District Court for the District of Colorado, the District of Columbia Court of Appeals and the Supreme Court of North Carolina.

4. I am in good standing in all jurisdictions in which I have been admitted.

5. I agree to be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

JAMES D. FREEMAN
Trial Attorney
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, Colorado 80202
(303) 312-7376

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2001 JUL 13 AM 9: 44

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of July, 2001, I caused a copy of the **United States' Response to Debtors' Motion For Entry of Case Management Order, Motion to Establish Bar Date, Motion to Approve Claim Forms, And Motion to Approve Notice Program (Docket Number 536)** and the **Certificate of Counsel Appearing on Behalf of Government Agency** to be served via U.S. mail, postage prepaid, upon the parties-in-interest on the attached service list and via facsimile to the following:

James H.M. Sprayregen
KIRKLAND & ELLIS
Fax: (312) 861-2200

Laura Davis Jones
PACHULSKI, STANG, ZIEHL, YOUNG & JONES
Fax: (302) 652-4400

Office of the U.S. Trustee
Attn: Frank J. Perch
Fax: (302) 573-6497

Scott L. Baena
BILZIN, SUMBERG, DUNN, BAENA, PRICE & AXELROD
Fax: (305) 374-7593

Michael B. Joseph
FERRY & JOSEPH, P.A.
Fax: (302) 575-1714

Elihu Inselbuch
Caplin & Drysdale, Chartered
Fax: (212) 644-6755

Matthew G. Zaleski, III
CAMPBELL & LEVINE, LLC
Fax: (302) 426-9947

Lewis Kruger
STROOCK & STROOCK & LAVAN
Fax: (212) 806-6006

Michael R. Lastowski
DUANE, MORRIS & HECKSCHER, LLP
Fax: (302) 657-4901

_____
Corrine A. Christen, CLA
Paralegal Specialist
U.S. Department of Justice, ENRD
Environmental Enforcement Section

Laura Davis Jones
David W. Carickoff, Jr.
PACHULSKI, STANG, ZIEHL, YOUNG & JONES
919 North Market St., 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo
PACHULSKI, STANG, ZIEHL, YOUNG & JONES
10100 Santa Monica Blvd., Ste. 1100
Los Angeles, CA 90067-4100

James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601

Matthew G. Zaleski, III
CAMPBELL & LEVINE, LLC
Chase Manhattan Centre, 15th Floor
1201 Market St., Ste. 1500
Wilmington, DE 19801

Elihu Inselbuch
Rita Tobin
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue, 36th Floor
New York, NY 10022-4614

Peter Van N. Lockwood
Julie W. Davis
Trevor W. Swett, III
Nathan D. Finch
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005

Michael B. Joseph
Theodore J. Tacconelli
FERRY & JOSEPH, P.A.
824 Market St., Ste. 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena
Richard M. Dunn
Robert W. Turken
Mindy A. Mora
Kevin Neimen
BILZIN, SUMBERG, DUNN, BAENA, PRICE & AXELROD
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Lewis Kruger
Robert Raskin
Arlene G. Krieger
Kenneth Pasquale
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
DUANE, MORRIS & HECKSCHER, LLP
1100 North Market St., Ste. 1200
Wilmington, DE 19801

Richard Schepacarter
Curtis Center
Suite 950 West
601 Walnut Street
Philadelphia, PA 19106

Office of the U.S. Trustee
Attn: Frank J. Perch
844 N. King Street
Wilmington, DE 19801

Charles E. Boulbol
26 Broadway, 17th Floor
New York, NY 10004

Bruce E. Jameson
PRICKETT, JONES & ELLIOTT
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Lewis T. LeClair
MCKOOL SMITH
300 Crescent Court, Suite 1500
Dallas, TX 75201

Paul M. Matheny
Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, Maryland 21214

Daniel A. Speights
SPEIGHTS & RUNYAN
200 Jackson Ave., East
P.O. Box 685
Hampton, SC 29924

Jon L. Heberling
McGARVEY, HEBERLING, SULLIVAN & McGARVEY PC
745 South Main Street
Kalispel, MT 59901

Patrick L. Hughes
HAYNES & BOONE, LLP
1000 Louisiana Street, Ste. 4300
Houston, TX 77002-5012

Russell W. Budd
Alan B. Rich
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219

Keavin D. McDonald
WILSHIRE SCOTT & DYER, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, TX 77010

Steven J. Kherkher
Laurence G. Tien
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Robert Jacobs
Marla Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Damon J. Chargois
Foster & Sear, LLP
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Deirdre Woulfe Pacheco
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NY 07095

Jan M. Hayden
William H. Patrick
HELLER, DRAPER, HAYDEN,
PATRICK & HORN, L.L.C.
650 Poydras St., Ste. 2500
New Orleans, LA 70130-6103

Alan Kolod
MOSES & SINGER LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY 10006

Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Ave.
Spokane, WA 99201-0466

C. Randall Bupp
PLASTIRAS & TERRIZZI
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Paul M. Baisier
SEYFARTH SHAW
1545 Peachtree Street, Ste. 700
Atlanta, GA 30309

Leonard P. Goldberger
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Curtis J. Crowther
White and Williams LLP
824 N. Market St., Ste. 902
P.O. Box 709
Wilmington, DE 19899-0709

Mark D. Collins
Deborah E. Spivack
RICHARDS, LAYTON &
FINGER, P.A.
One Rodney Square
Wilmington, DE 19899

Stephen H. Case
Nancy L. Lazar
David. D. Tawil
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

Scott Barker
Credit Manager
Climax Molybdenum Marketing Corp.
2600 N. Central Ave.
Phoenix, AZ 85004

A. Jimenez
Contrarian Capital Management, LLC
411 West Putnam Ave., Ste. 225
Greenwich, CT 06830

Joseph D. Farrell
Edward H. Tillinghast, III
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

John P. Dillman
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Anne Marie P. Kelley
Dilworth Paxon, LLP
LibertyView-Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

Michael T. Kay
Attn: Nancy Draves
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Eric Lopez Schnabel
James H. Joseph
KLETT ROONEY LIEBER &
SCHORLING
The Brandywine Building
1000 West St., Ste. 1410
Wilmington, DE 19801

Alan H. Katz
Entergy Services, Inc.
693 Loyola Ave., Ste. 2600
New Orleans, LA 70113

Donna J. Petrone
ExxonMobil Chemical Co.
Law Department - Bankruptcy
13501 Katy Freeway, Rm W1-562
Houston, TX 77079-1398

Meridee Moore
Kirsten Lynch
Mark Wehrly
FARALLON CAPITAL
MANAGEMENT, LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

Paul Haskell
RICHARDS SPEARS KIBBE &
ORBE
One Chase Manhattan Plaza
New York, NY 10005

John D. Demmy
STEVENS & LEE, P.C.
300 Delaware Ave.
8th Floor, Suite 800
Wilmington, DE 19801

Selinda A. Melnik
Smith, Katzenstein & Furlow, LLP
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

Dorine Vork
Stibbe, P.C.
350 Park Ave.
New York, NY 10022

Michael J. Urbis
JORDAN, HYDEN, WOMBLE &
CULBRETH, P.C.
2390 Central Blvd., Suite G
Brownsville, TX 78520

Shelby A. Jordan
Nathaniel Peter Holzer
JORDAN, HYDEN, WOMBLE &
CULBRETH, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Mary M. MaloneyHuss
Wolf, Block, Schorr & Solis-
Cohen, LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801

Elizabeth S. Kardos
Gibbons, Del Deo, Dolan,
Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497

Thomas J. Noonan, Jr.
Herman's Sporting Goods in
Liquidation, Inc.
c/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Frederick B. Rosner
WALSH, MONZACK AND
MONACO, P.A.
1201 N. Orange Street, Ste. 400
Wilmington, DE 19801

Ingersoll-Rand Fluid Products
Attn: Cindy Schultz
One Aro Center
P.O. Box 151
Bryan, Ohio 43506

James A. Sylvester
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Ira S. Greene
SQUADRON, ELLENOFF,
PLESENT & SHEINFELD, LLP
551 Fifth Avenue
New York, NY 10176

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Steven R. Schlesinger
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Bernice Conn
ROBINS, KAPLAN, MILLER &
CIRESI LLP
2049 Century Park East, Suite
3700
Los Angeles, CA 90067

Daniel H. Slate
Hughes Hubbard & Reed, LLP
350 South Grand Ave.
Los Angeles, CA 90071-3442

Andrea L. Hazzard
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Jeffrey C. Wisler
Michelle McMahon
CONNOLLY BOVE LODGE &
HUTZ, LLP
1220 Market Street, 10th Floor
P.O. Box 2207
Wilmington, DE 19899

David S. Rosenbloom
Jeffrey E. Stone
Lewis S. Rosenbloom
McDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096

William H. Sudell
Eric D. Schwartz
MORRIS, NICHOLS ARSHT &
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Laurie Selber Silverstein
Monica Leigh Loftin
Potter Anderson & Corroon, LLP
P.O. Box 951
Wilmington, DE 19899

William H. Johnson
Norfolk Southern Corp.
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Michelle T. Sutter
Revenue Recovery Section
101 E. Town St., Second Floor
Columbus, OH 43215

Courtney M. Labson
The Mills Corporation
Legal Department
1300 Wilson Blvd., Ste. 400
Arlington, VA 22209

William D. Sullivan
ELZUFON AUSTIN REARDON
TARLOV & MONDELL, PA
P.O. Box 1630
Wilmington, DE 19899-1630

Robert M. Fishman
SHAW, GUSSIS, DOMANSKIS,
FISHMAN & GLANTZ
1144 West Fulton St., Ste. 200
Chicago, IL 60607

Thomas M. Sobol
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
214 Union Wharf
Boston, MA 02109


Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

Ted Weschler
Peninsula Capital Advisors, LLC
404B East Main St., 2nd Floor
Charlottesville, VA 22902

Brad Rogers
Office of the General Counsel
Pension Benefit Guaranty
Corporation
1200 K Street, N.W.
Washington, D.C. 2005-4026

W.J. Winterstein, Jr.
John J. Winter
William M. Aukamp
HARVEY, PENNINGTON,
CABOT, GRIFFITH &
RENNEISEN, LTD.
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Aaron A. Garber
Pepper Hamilton LLP
1201 Market St., Ste 1600
Wilmington, DE 19899-1709

David W. Wirt
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

William E. Frese
Sheree L. Kelly
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

D.J. Baker
Skadden, Arps, Slate, Meagher &
Flom LLP
Four Times Square
New York, NY 10036-6522

Mark S. Chehi
Skadden, Arps, Slate, Meagher &
Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

M. E. Clement, Jr.
Paul G. Sumers
Tennessee Department of
Environment and Conservation -
Superfund
c/o TN Attorney General's Office,
Bankruptcy Unit
P.O. Box 20207
Nashville, TN 37202-0207

Jonathan W. Young
T. Kellan Grant
WILDMAN, HARROLD, ALLEN
& DIXON
225 West Wacker Drive.,
Suite 3000
Chicago, IL 60606-1229

Todd C. Meyers
KILPATRICK STOCKTON, LLP
1100 Peachtree Street, Ste. 2800
Atlanta, GA 30309-4530

Peter S. Goodman
Andrews & Kurth, LLP
805 Third Ave.
New York, NY 10022

Lynn M. Ryan
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

Craig Barbarosh
Pillsbury Winthrop LLP
650 Town Center Dr., 7th Floor
Costa Mesa, CA 92626-7122

Francis A. Monaco, Jr.
WALSH, MONZACK AND
MONACO, P.A.
1201 N. Orange St., Ste. 400
P.O. Box 2031
Wilmington, DE 19899-2031

Edward J. Westbrook
Robert M. Turkewitz
Joseph F. Rice
NESS MOTLEY LOADHOLT
RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Allan M. McGarvey
Roger M. Sullivan
Jon L. Heberling
McCARVEY, HEBERLING,
SULLIVAN, & McGARVEY
745 S. Main
Kalispell, MT 59901

Joseph Grey
STEVENS & LEE
300 Delaware Ave., Ste. 800
Wilmington, DE 19801

Harry Lee
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

Josiah Rotenberg
Lazard Freres & Co., LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701 - 5th Ave., Ste. 5000
Seattle, WA 98104-7078

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Christopher Beard
Beard & Beard
306 N. Market Street
Frederick, MD 21701

Margery N. Reed
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

J. Douglas Bacon
David S. Heller
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven J. Johnson
Gibson Dunn & Crutcher, LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Ste. 120
Overland Park, KS 66210

Alan R. Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Derrick Tay
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Can. Tower
Sun Life Center, 200 Kint St. W.
Toronto, Ontario M5H 3T4
CANADA

William S. Katchen
Duane Morris & Heckscher, LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Anton Volovsek
Rt. 2 - Box 200 #42
Kamiah, ID 83536-9229

Steven T. Baron
Silber Pearlman LLP
2711 North Haskell Ave.
Cityplace Center East –5th Floor,
L.B. 32
Dallas, TX 75204-2911

Judith Greenspan
Associate Counsel
The Amalgamated Industries and
Service Workers Benefit Fund
730 Broadway, 10th Floor
New York, NY 10003-9511

J. Daryl Bethea
Shelley Bethea Gillette & Clark
3850 E. Baseline Road, Ste. 125
Mesa, AZ 85206

Russell W. Savory
Gotten Wilson & Savory, PLLC
200 Jefferson Ave., Ste. 900
Memphis, TN 38103

Credit Manager
Belz Enterprises
100 Peabody Place, Ste. 1400
Memphis, TN 38103

Emily W. Toler
Danice Sims
State of Louisana
P.O. Box 66658
Baton Rouge, Louisanna 70896

James P. Ruggeri
Scott A. Shail
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

S. Martin
General Motors Acceptance Corp.
P.O. Box 5055
Troy, MI 48007-5055

Judy D. Thompson
S. Andrew Jurs
Poyner & Spruill LLP
100 North Tryon St., Ste. 4000
Charlotte, NC 28202-4010

Robert R. Hall
Assistant Attorney General
1275 West Washington Street
Phoenix, AZ 85007-1298

Michael D. Hess
M. Diane Jasinski
City of New York
100 Church St., Room 6-127
New York, NY 10007

Office of Reorganization
Securities and Exchange
Commission
3475 Lenox Road, N.E., Ste. 1000
Atlanta, GA 30326-1232

Michael A. Berman
Securities and Exchange
Commission
450 Fifth Street, N.W. (Mail Stop
6-6)
Washington, D.C. 20549

Securities & Exchange
Commission
15th & Pennsylvania Ave., N.W.
Washington, D.C. 20020

Maggie de la Rosa
Provost * Umphrey Firm, LLP
490 Park Street
Beaumont, TX 77701

Tyler P. Brown
Robert S. Westermann
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Robert H. Rosenbaum
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Ave., Ste. 400
Riverdale, Maryland 20727-1385

James S. Carr
Christena A. Lambrianakos
101 Park Avenue
New York, NY 10178

Richard M. Meth
Herrick Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, NJ 07105

Kevin James
Deputy Attorney General
California Department of Justice
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Robert T. Aulgur, Jr.
P.O. Box 617
Odessa, DE 19730

Michael H. Pinkerton
James M. Garner
Sher Garner Cahill Richter Klein McAlister & Hilbert LLC
909 Poydras Street, Ste. 2800
New Orleans, LA 70112

Jeffrey L. Glatzer
Anderson, Kill & Olick
1251 Avenue of the Americas
New York, NY 10020-1182

E. Katherine Wells
Staff Counsel
South Carolina Department of Health and Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Ronald S. Beacher
Pitney Hardin Kipp & Szuch, LLP
711 Third Ave., 20th Floor
New York, NY 10017-4014

Thomas V. Askounis
Askounis & Borst, PC
303 E. Wacker Dr., Ste. 1000
Chicago, IL 60601

Jeffrey Kaufman
Gerald F. Ellersdorfer
Kaufman & Logan LLP
111 Pine St., Ste. 1300
San Francisco, CA 94111

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Steven M. Yoder
The Bayard Firm
222 Delaware Ave., Ste. 900
P.O. Box 25130
Wilmington, DE 19899

Nancy Worth Davis
Ness Motley Loadhold Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465

Charlotte Klenke
Schneider National, Inc.
3101 S. Packerland
P.O. Box 2545
Green Bay, WI 54306

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Charles E. Gibson, III
Attorney at Law
620 North Street, Ste. 100
Jackson, MS 39202

Delta Chemical Corp.
2601 Cannery Ave.
Baltimore, MD 21226-1595

Steven T. Hoort
Ropes & Gray
One International Place
Boston, Massachusetts 02110-2624

Joseph T. Kremer
Lipsiptz Green Fahringer Roll Salisbury & Cambria, LLP
42 Delaware Ave., Ste. 300
Buffalo, NY 14202

Paul D. Henderson
Dies, Dies & Henderson
1009 W. Green Ave.
Orange, TX 77630

Jonathan H. Alden
Assistant General Counsel
3900 Commonwealth Blvd., MS 35
Tallahassee, FL 32399-3000

Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019-0602

Greif Bros. Corp.
250 East Wilson Bride Rd., Ste. 175
Worthington, OH 43085-2323

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont., NJ 08108

Barbara M. Cook
Katherine L. Taylor
County Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland 21043

Steven R. Bourne
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA 02110-2699

Mr. James Bane
KMCC 204029
P.O. Box 710
Keen Mountain, VA 24624

Authur Stein
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Suexirda Prayaga
7365 MacLeod Land
Ofallon, MO 63366

Bart Hartman
Treaurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

David Aelvoet
Linebargerheard Goggan Blair
Graham Pena & Sampson, LLP
1000 Tower Life Building
San Antonio, TX 78205

Robert Cimino
Attn: Diane Leonardo Beckmann
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburgh, PA 15222-2302

Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

Michael B. Willey
Legal Services, 27th Floor
312 8th Ave. N.
Nashville, TN 37243

Jonathan C. Hantke
Pamela H. Walters
14910 Aldine-Westfield Road
Houston, TX 77032

DAP Products, Inc.
c/o Julien A. Hecht
2400 Boston Street, Ste. 200
Baltimore, MD 21224

Robert S. Hertzberg
Michael I. Zousmer
Hertz, Schram & Saretsky, PC
1760 South Telegraph Road, Ste. 300
Bloomfield Hills, MI 48302-0183

Steven B. Flancher
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

Matthew A. Porter
Bernard J. Bonn, III
Ten Post Office Square South
Boston, MA 02109

John W. Havins
Burt Barr Havis & O'Dea., LLP
1001 McKinney, Ste. 500
Houston, TX 77002

Mark Browning
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548