IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 |
| | ) | (Jointly Administered) |
| Debtors. | ) | Chapter 11 |

**REPLY DECLARATION OF FABRICE N. VINCENT
IN SUPPORT OF MEDICAL MONITORING CLAIMANTS'
OBJECTION TO CASE MANAGEMENT ORDER,
CLAIM FORM AND NOTIFICATION PROCEDURES,
JOINDER IN THE MOTIONS FOR
CONTINUANCE AND MOTION FOR CONTINUANCE
AND REQUEST FOR CONSIDERATION
AND BRIEFING REGARDING CLASS TREATMENT**



FABRICE VINCENT, makes the following declaration:

1. My name is Fabrice Vincent. I am over the age of 18 and am competent to testify in Court. I am a partner at Lieff, Cabraser, Heimann & Bernstein, LLP and one of the attorneys working for Class Representative Marco Barbanti, who was appointed by the United States Trustee to the Official Committee of Asbestos Property Damage Claimants. I am also counsel of record in <u>Barbanti</u> and in the <u>Price</u> action (MDL 1376), both currently stayed by virtue of the bankruptcy proceedings. This declaration is made based on my own personal knowledge and/or belief.

2. Attached hereto as Exhibit 1 is a true and correct copy of the *Preliminary Findings of Medical Testing of Individuals Potentially Exposed to Asbestoform Minerals Associated with Vermiculite in Libby, Montana: An Interim Report for Community Health Planning* by the Department of Health and Human Services, Agency for Toxic Substances and

Disease Registry, Feb. 22, 2001.

       3.    Attached hereto as Exhibit 2 is a true and correct copy of a demonstrative graph entitled "Workers with Disease 1969" created from a true and correct copy of a 12/23/69 Grace memo from Lovick for use as a demonstrative exhibit in the Libby, Montana personal injury asbestos cases, together with the source document.

       4.    Attached hereto as Exhibit 3 is a true and correct copy of the <u>Dorrington</u> Montana State Court class action complaint. (Lewis and Clark Co. Cause No. ADV-200-078).

       5.    Attached hereto as Exhibit 4 is a true and correct copy of the <u>Grenfell</u> complaint. (District of Montana, Missoula Division, Later Transferred to MDL 875, Montana Case No. CV00-36).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 12th day of July, 2001, in San Francisco, California.

                                                      FABRICE N. VINCENT

# Agency for Toxic Substances and Disease Registry

Division of Health Studies

Preliminary Findings of
Medical Testing of Individuals
Potentially Exposed To Asbestoform Minerals
Associated with Vermiculite in Libby, Montana:
An Interim Report for Community Health Planning

February 22, 2001



DEPARTMENT OF HEALTH
& HUMAN SERVICES
Agency for Toxic Substances
and Disease Registry
Atlanta, Georgia  30333

Preliminary Findings of
Medical Testing of Individuals
Potentially Exposed To Asbestoform Minerals
Associated with Vermiculite in Libby, Montana:
An Interim Report for Community Health Planning

February 22, 2001

Agency for Toxic Substances and Disease Registry
U.S. Department of Health and Human Services
Atlanta, Georgia  30333

Prepared by

Jeffrey Lybarger, M.D.   Principal Investigator
                         Division of Health Studies, ATSDR

Michael Lewin, M.S.      Statistician
                         Division of Health Studies, ATSDR

Aubrey Miller, M.D.      Medical Officer
                         DHHS, Region VIII Office

Susan Kess, M.D.         Medical Officer
                         Division of Toxicology, ATSDR

# CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

BACKGROUND OF PROJECT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Public Health Concerns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Asbestos-Related Diseases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Medical Testing Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Procedures Used for Data Analyses . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

LIMITATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

# INTRODUCTION

A community-based medical testing program was developed to respond to reports of illness among persons exposed to asbestos-contaminated vermiculite in Libby, Montana. This medical testing program, a part of the Libby Community Environmental Health Project, was undertaken by the Agency for Toxic Substances and Disease Registry (ATSDR), an agency of the U.S. Department of Health and Human Services (DHHS), with the cooperation of the DHHS Region VIII Office, the U.S. Environmental Protection Agency (EPA), the Montana Department of Health and Human Services, and the Lincoln County Environmental Health Department. This medical testing program was implemented during July through November of 2000.

The principal goal of the medical testing program is to identify the asbestos-related health effects of participants exposed to asbestos from the vermiculite mine near Libby, Montana, and to refer these individuals for additional medical evaluation. Other important goals of the program are to

(a) provide EPA with information needed to identify and eliminate current exposures to asbestos in the community;

(b) identify the types of illnesses experienced by participants exposed to asbestos in order to better inform local physicians; and

(c) provide the local health care community with an estimate of the additional resources necessary to address health care needs in the Libby area during the next 10–20 years.

*This interim report has been specifically prepared for the residents, public officials, and health care practitioners of Libby, in order to assist them in preparing estimates of the community's additional health care needs and in seeking the resources required to provide the additional care.*

The data in this interim report provide a summary of the testing program's results for the first 1,078 (18%) of the total 6,144 participants. The reported prevalence of the identified medical abnormalities can be expected to change when the analyses are conducted on the complete, final data of all participants. There may be other limitations in this interim data regarding how representative these 1,078 participants are of all 6,144 participants. These limitations are important to understand in order to avoid drawing inappropriate conclusions from preliminary data.

## BACKGROUND OF PROJECT

**Public Health Concerns**

Commercial vermiculite from Zonolite Mountain, located approximately 6 miles from the city of Libby, Montana, was mined and milled from 1924 through 1990. This operation included strip mining for the ore, transporting it by truck to a sorting facility and to processing plants in downtown Libby, expanding the ore by heating, and shipping it by rail as a commercial product. A transfer facility was located at the base of the mountain, approximately 3 miles from Libby. Two expansion ("popping") facilities operated at different time periods in the city; these plants heated vermiculite to expand (or "pop") the crystals.

To date, the toxicity of vermiculite has not been completely studied; however, it is believed that the toxic effects associated with vermiculite exposure are related to the presence of asbestoform minerals present in vermiculite ore and released during mining and processing operations. Ore taken from the Libby mining operation has been documented to be contaminated with asbestoform minerals, including tremolite, actinolite, and others [Atkinson et al. 1982 and Lockey 1984]. Asbestos minerals fall into two groups or classes—serpentine and amphibole. Serpentine asbestos contains the mineral chrysotile. Minerals in the amphibole class are actinolite,

anthophyllite, amosite, crocidolite, and tremolite. For the remainder of this document (unless otherwise specified), the term "asbestos" or "asbestos-related" refers generally to asbestoform minerals associated with vermiculite mined near Libby, Montana.

Previous studies by the National Institute of Occupational Safety and Health (NIOSH) [Amandus et al. 1987a, 1987b, 1987c] and McGill University found that former workers of the mine in Libby had substantial occupational exposure to asbestos. These studies also documented significantly increased rates of pulmonary abnormalities and disease (asbestosis and lung cancer) among former workers [McDonald et al. 1986]. In addition to former workers at the mine, cases of asbestos-related pulmonary impairment have been reported among household contacts of former mine workers. Asbestos-related disease also has reportedly occurred among other residents of the community with no known direct connection with the mining operation. This is extremely unusual and suggests that asbestos exposure occurred in Libby from alternative (non-occupational) exposure pathways. Some potentially important alternative pathways for asbestos exposure that existed in the past might be related to elevated concentrations of asbestos in ambient air [EPA 1982], and recreational exposures to children playing in piles of vermiculite. Currently, some potentially important pathways of exposure may be associated with vermiculite placed in walls and attics as thermal insulation, and for use as a soil amendment or aggregate in driveways and gardens.

In the fall of 1999, the EPA Region VIII Office began an emergency response action to identify and control asbestos contamination in the Libby community. In support of this action, EPA sought assistance from the DHHS Region VIII Office, the Montana Department of Health and Human Services, and the Lincoln County Environmental Health Department to address the public health implications of past human exposure to asbestoform minerals in Libby. Concurrently, Senator Max Baucus (D-Montana) asked DHHS Secretary Shalala for the department's assistance