**RR DONNELLEY & SONS COMPANY**

Corporate Headquarters
77 West Wacker Drive
Chicago, Illinois 60601-1696
Telephone (312) 326-8023
Fax (312) 326-7620

**Monica M. Fohrman**
Senior Vice President,
General Counsel and Secretary

FILED
2001 JUL 13 PM 2:13
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 10, 2001



Cynthia C. Hemme
Senior Counsel
Nortel Networks Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

James H. M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

David D. Bird
Clerk, US Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

    Re:    W.R. Grace & Co., et al.,

Ladies and Gentlemen:

Please send all notices for R.R. Donnelley & Sons Company to my attention. Thank you.

Sincerely,

Charles Blake Martin, Esq.
R.R. Donnelley & Sons Company
77 West Wacker Drive – 9th Floor
Chicago, Illinois 60601-1696

CM/vb