## CALENDAR NOTICE

TO:   Clerk, U.S. Bankruptcy Court          DATE 7/9/01
      Clerk, U.S. District Court

FROM:  Judge Farnan

CASE CAPTION: _In RE: WR Grace_

CASE NUMBER: Bankruptcy No. 01-1139

1. The following proceeding(s) are **scheduled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___ JURY TRIAL | ___ days | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ # of Jurors Requested | | | | |
| ___ NON-JURY TRIAL | ___ days | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ TELE-CONFERENCE | | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ PRETRIAL CONFERENCE | | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ _____ CONFERENCE | | ___ | ___/___, 2001 at | ___ ___ m. |
| ✓ HEARING | | Thurs | 8/2, 2001 at | 1:00 p.m. |
| ___ HEARING | | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ HEARING | | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ HEARING | | ___ | ___/___, 2001 at | ___ ___ m. |

COURT REPORTER REQUESTED ✓ yes ___ no          ✓ COURTROOM 2A

*************************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___ JURY TRIAL | ___ days | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ NON-JURY TRIAL | ___ days | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ TELE-CONFERENCE | | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ PRETRIAL CONFERENCE | | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ _____ CONFERENCE | | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ HEARING | | ___ | ___/___, 2001 at | ___ ___ m. |
| ___ HEARING | | ___ | ___/___, 2001 at | ___ ___ m. |

*************************************************************************

(CHAMBERS USE ONLY)

✓ CHAMBERS CALENDAR

*************************************************************************

Prepared by _____

630