ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE | ) |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139 through 01-1200 (JJF) |
| | ) Chapter 11 |
| | ) |
| Debtor(s). | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR PLEADINGS, NOTICES AND DOCUMENTS

Comes now the Missouri Department of Revenue and enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should be served at the following address: <u>Missouri Department of Revenue, Bankruptcy Unit, Attn: Gary L. Barnhart, P.O. Box 475, Jefferson City, MO 65105-0475.</u>

This pleading constitutes a written and specific request for the disclosure statement and plan.

Jeremiah W. (Jay) Nixon, Attorney General
State of Missouri

By: _____
Gary L. Barnhart, Mo. Bar # 42917
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
Y301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage paid, on July 11, 2001 to:

U.S. Trustee
601 Walnut Street, Suite 950 West
Philadelphia, PA 19106

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
PO Box 8705
Wilmington, DE 19899-8705

_____
Gary L. Barnhart