LAW OFFICES OF
## SMOLKER & GRAHAM

SUITE 280
4720 LINCOLN BOULEVARD
MARINA DEL REY, CALIFORNIA 90292-6977
TELEPHONE (310) 574-9880

FACSIMILE
(310) 574-9883

E-MAIL
ASmolker@aol.com

July 11, 2001

<u>**BY FAX AND MAIL**</u>
302-573-6654

Judge Joseph Farnan
U.S. Bankruptcy Court
824 Market Street, 5th Floor
Wilmington, DE  19801

Re:   In re Grace & Company, Debtor
      Chapter 11 Case No. 01-01139 (JJF)
      Motion No. 159

Dear Judge Farnan:

Alice Smolker and Gary Smolker request to appear telephonically at a hearing you have set in the above matter on July 19, 2001 at 12:00 p.m., pursuant to Delaware Local Bankruptcy Rules, Rule 9013-1(h).

We are the cross complainants, the injured parties, in *TIG v. Smolker*, which is the case involved in the above referenced motion for relief from stay.

Our case is also involved in the debtor's Motion to Modify the Preliminary Injunction, which you took under submission at the hearing on June 21, 2001.

My husband and I represent ourselves in this action. It would be a financial hardship for us to appear in your courtroom for the hearing on July 19.

We request the opportunity to argue in opposition to Home Saving Termite Control, Inc.'s Motion for Relief from Stay (Motion 159) and, if you are still hearing argument on the debtor's motion to modify the preliminary injunction, on that motion as well.

Thank you.

Sincerely,

*Alice Graham Smolker*
Alice Graham Smolker

AMG:bb

cc:  Counsel per attached Declaration of Service

# DECLARATION OF SERVICE BY MAIL

I, Jane Nagaishi, declare:

At the time of service hereinafter mentioned, I am over the age of 18 years and not a party to the within action. My business address is 4720 Lincoln Boulevard, Suite 250, Marina Del Rey, California 90292. I am employed in the County of Los Angeles, California.

On July 11, 2001, I served the foregoing document described as follows:

**Letter to Judge Farnan**

on the interested parties in this action, by facsimile to the numbers indicated, and by causing a true copy thereof enclosed in a sealed envelope(s), addressed as follows, to be placed in the U. S. Mail at Marina Del Rey, California:

**SEE ATTACHED SERVICE LIST**

At the time of service, there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury that the information stated herein is true and correct under the laws of the United States of America.

Executed on July 11, 2001, at Marina Del Rey, California.

_____
JANE NAGAISHI

DeclServ

TIG v. Smolker Service List
BC 173 952

| | | |
|---|---|---|
| Robert Hoffman, Esq. SBN 123458<br>Charleston, Revich & Williams<br>1840 Century Park East, 3rd Fl.<br>Los Angeles, CA 90067-2104 | Phone<br>(310) 551-7000<br>Fax<br>(310) 203-9321 | Attorneys for Cross Defendants<br>Coregis Group, Inc.; Coregis Insurance<br>Company; and California Insurance Compan |
| Brian Porter, Esq. SBN 204684<br>Borton, Petrini & Conron<br>707 Wilshire, Blvd., 51st fl<br>Los Angeles, CA 90017-3613 | Phone<br>(213) 624-2869<br>Fax<br>(213) 489-3930 | Attorneys for Cross Defendants<br>W.R. Grace & Co., Grace Davison |
| David L. Hughes, Esq. SBN 129411<br>Booth Mitchel & Strange LLP<br>701 Parker Street, Ste. 6500<br>P.O. Box 11055<br>Orange, CA 92856-8155 | Phone<br>(714) 641-0217<br>Fax<br>(714) 480-8533 | Attorneys for Cross defendant<br>Reliance Insurance Company |
| Larry Arnold, Esq. SBN 60459<br>Cummins & White, LLP<br>2424 S.E. Bristol St., Ste 300<br>Newport Beach, CA 92660 | Phone<br>(949) 852-1800<br>Fax<br>(949) 852-8510 | Attorneys for Plaintiff and<br>Cross Defendant TIG Insurance<br>Company |
| Jolynne Pollard, Esq.<br>Gordon & Rees<br>300 S. Grand Ave., 20th Floor<br>Los Angeles, CA 90071 | Phone<br>(213) 576-8080<br>Fax<br>(213) 680-4470 | Attorneys for cross defendant<br>Truck Insurance Exchange |
| Gary Yardumian, Esq. SBN 131411<br>Prindle Decker & Amaro<br>P. O. Box 22711<br>Long Beach, CA 90801-5511 | Phone<br>(562) 495-0564<br>Fax<br>(562) 495-0564 | Attorneys for cross defendant<br>Home Saving Termite Control, Inc. |
| David M. Grey, Esq. SBN 124793<br>Murawski & Grey<br>11755 Wilshire Blvd., Ste. 1400<br>Los Angeles, CA 90025 | Phone<br>(310) 551-6939<br>Fax<br>(310) 479-6469 | Attorneys for Cross defendant and Cross complainant Pacific Villas Homeowners' Association |
| Richard B. Wolf, Esq. SBN 046173<br>Lewis D'Amato Brisbios & Bisgaard<br>221 N. Figueroa St., Ste. 1200<br>Los Angeles, CA 90012-2601 | Phone<br>(213) 250-1800<br>Fax<br>(213) 250-7900 | Attorneys for Cross defendant<br>Auto Club |

**In Re W.R. Grace**
**USBC, District of Delaware**
**Service List**

| | |
|---|---|
| James H.M. Sprayregen, Esq.<br>Kirkland & Ellis<br>200 E. Randolph Drive<br>Chicago, Ill 60601<br>Fax: 312-861-2200 | Attorneys for Debtors |
| Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl Young & Jones PC<br>919 N. Market St., Ste. 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Fax: 302-652-4400 | Attorneys for Debtors |
| Office of the United States Trustee<br>ATT: Frank J. Perch, Esq.<br>844 N. King St.<br>Wilmington, DE 19801<br>Fax: 302-573-6497 | Trustee |
| Scott L. Baena, Esq.<br>Bilzin Sumerg Dunn Baena Price & Axelrod<br>First Union Financial Center<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131<br>Fax: 305-374-7593 | Counsel to the Official Committee of Property Damage Claimants |
| Michael B. Joseph, Esq.<br>Ferry & Jospeh, PA<br>824 Market Street, Ste. 904<br>P.O,. Box 1351<br>Wilmington, DE 19899<br>Fax: 302-575-1714 | Counsel to the Official Committee of Property Damage Claimants |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>Fax: 212-644-6755 | Counsel to the Official Committee of Personal Injury Claimants |

| | |
|---|---|
| Matthew G. Zaleski III, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Fax: 302-654-2067 | Counsel to the Official Committee<br>of Personal Injury Claimants |
| Lewis Kruger, Esq.<br>Strook & Strook & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Fax: 212-806-6006 | Counsel to the Official Committee<br>Of Unsecured Creditors |
| Michael R. Lastowski, Esq.<br>Duane Morris & Heckscher, LLP<br>1100 N. Market Street, Ste. 1200<br>Wilmington, DE 19801-1246<br>Fax: 302-657-4901 | Counsel to the Official Committee<br>Of Unsecured Creditors |