| REGIONAL OFFICES | | REGIONAL OFFICES |
|---|---|---|
| BAKERSFIELD<br>TELEPHONE (661) 322-3051<br>FAX (661) 322-4664 | LAW OFFICES OF<br>**BORTON, PETRINI & CONRON, LLP** | SAN FRANCISCO<br>TELEPHONE (415) 677-0730<br>FAX (415) 677-0737 |
| FRESNO<br>TELEPHONE (559) 268-0117<br>FAX (559) 237-7995 | 707 WILSHIRE BOULEVARD<br>SUITE 5100 | SAN JOSE<br>TELEPHONE (408) 879-3820<br>FAX (408) 879-3829 |
| MODESTO<br>TELEPHONE (209) 576-1701<br>FAX (209) 527-9753 | LOS ANGELES, CALIFORNIA 90017-3613<br>(213) 624-2869 | SAN LUIS OBISPO<br>TELEPHONE (805) 541-4340<br>FAX (805) 541-4558 |
| SACRAMENTO<br>TELEPHONE (916) 484-3555<br>FAX (916) 484-3550 | FAX: (213) 489-3930<br>EMAIL: BPCLA@BPCLAW.COM | SANTA ANA<br>TELEPHONE (714) 424-6200<br>FAX (714) 424-6210 |
| SAN BERNARDINO<br>TELEPHONE (909) 381-0527<br>FAX (909) 381-0658 | WEB SITE: WWW.BPCLAW.COM | VENTURA<br>TELEPHONE (805) 650-9994<br>FAX (805) 650-7125 |
| SAN DIEGO<br>TELEPHONE (619) 232-2424<br>FAX (619) 531-0794 | F.E. BORTON (1877-1948)<br>JAMES PETRINI (1897-1978)<br>HARRY M. CONRON (1907-1971)<br>RICHARD E. HITCHCOCK (1925-2001)<br>KENNETH D. PINSENT (1953-1984) | IN REPLY REFER<br>TO OUR FILE NO.<br>Los Angeles<br>003418/045809 |

July 13, 2001

**VIA FACSIMILE AND U.S. MAIL**
(302) 573-6654

Judge Joseph Farnan
UNITED STATES BANKRUPTCY COURT
824 Market Street, 5th Floor
Wilmington, Delaware 19801

    Re:    <u>In Re Grace & Company, Debtor</u>
             Chapter 11 Case No.: 01-011139 (JJF) Motion No. 159
             Date of Hearing: July 19, 2001, 12:00 p.m.

Dear Judge Farnan:

        Pursuant to Delaware Local Bankruptcy Rule No. 9013-1(H), Rosemarie S. Lewis, Esq., as litigation counsel for W.R. Grace & Company in Los Angeles, California hereby respectfully requests to appear telephonically at the hearing set in the afore-referenced matter. Oral argument will be made on behalf of W.R. Grace & Company by and through its local counsel of record, the Law Firm of Kirkland & Ellis and/or the Law Firm of Pachulski, Stang, Ziehl, Young & Jones, P.C.

                              Respectfully submitted,

                              ROSEMARIE S. LEWIS

RSL:kk

cc:    Norman Alt
        W.R. GRACE & COMPANY

D:\Data\RSL\3418\45809\l 071301-006.wpd