IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## DEBTORS' OBJECTIONS TO CONTINUANCE OF THE HEARING ON ITS MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER

The above-captioned debtors and debtors in possession (collectively, "Grace")

fully intend to be flexible on scheduling issues in this case (indeed, already have been in

connection with the instant matter, as shown below.) But, the importance of Grace's pending

Case Management Motion and the circumstances of the PD Committee's efforts to delay

consideration of that Motion warrant special attention. Grace urges the Court to deny the PD

Committee's request for a continuance and proceed with the hearing on the Case Management

Motion on August 2, 2001.

Specifically, on Day 1 of this case, Grace set out clearly and unequivocally not

only the main task of this Chapter 11 case -- to litigate central, common liability issues -- but also

the basic procedures that it would propose in order to complete this task. Recognizing that this

case was going to involve substantial litigation, on May 3, the Court itself directed that Grace

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

submit a specific case management proposal so that an overall schedule for the case could be put in place. This Grace did. On June 11, a comprehensive letter proposal was circulated to all counsel, setting out the details of a proposed case management order (the "June 11th Letter"). The June 11th Letter is attached hereto as Exhibit A and incorporated herein. And on June 27, 2001, Grace filed its Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and Approval of Notice Program (the "Case Management Motion"), wherein Grace both proposes and justifies a structure for this case.

While the substance of the Case Management Motion was foreshadowed in Grace's Informational Brief and specifically described in the June 11th Letter, Grace nonetheless responded with accommodation to concerns by two of the committees over the time needed to respond to Grace's Motion. Notably, the original July 19, 2001 setting for Grace's Motion was a limited one and clearly would not have afforded adequate opportunity for a hearing on the Motion. As a consequence, Grace agreed to an extension of time so that the Case Management Motion could be heard on August 2, 2001, thereby affording both the parties and the Court more time to consider the Motion.

Everyone has agreed to this extension of time and is prepared to proceed on August 2, except the Property Damage Committee and certain of its constituents (the "PD Committee"). Avoiding all dialogue whatsoever on the critical substantive matters at hand, the only response of the PD Committee has been to seek delay, while at the same time pursuing its own agenda actively. Specifically, the PD Committee made absolutely no response to the June 11th Letter. When it received the June 27 Case Management Motion, it responded only with a request for more time. When more time was given, it complained that still more time was required -- and in the very same breath, insisted on having its own motions heard on the original July 19 setting.

91100-001\DOCS_DE:25789.1
07/17/1 3:14 pm

2

Even more recently, counsel for some of the PD Committee members have filed two additional motions, also seeking the same extension of time. But a review of those motions demonstrates only that those claimants are eminently capable of setting out their position on Grace's Motion now. Neither request addresses specific facts demonstrating any special need that these claimants have for additional time to respond.

Grace urges that the Court deny these efforts to extend the schedule and proceed, as all other parties are prepared to proceed, on August 2.

Argument

I.        <u>The PD Committee Has Known For Months That A Bar Date Motion Was Coming</u>

The PD Committee has known for months of Grace's intention to litigate key liability issues. On the day that Grace filed its Chapter 11 case, it filed a comprehensive Informational Brief. The Informational Brief provided an early and unique opportunity for the Court and the creditors to appreciate why Grace filed Chapter 11, the issues that Grace expected to address during the course of the case, and the specific procedures that Grace expected to use in the case.

This Court early on recognized that this case would involve substantial litigation and would need case management. At the very first hearing it ever held in these cases, on May 3, 2001, the Court directed Grace to prepare a case management proposal. The Court indicated that it believed the parties should be prepared to move on a timely basis and propose a trial schedule to expedite the process. ("And in the litigation, if it occurs in Delaware or if it goes somewhere else, we're still going to have to move it on a timely basis, . . . Typically in this court, cases of the nature you're talking about would realistically be out of here in 24 to 30 months. In other words, if they just came in, given the idea there would be some extended discovery and some

motion practice, and they could be out as early as 16, 18 months.  So you ought to focus on that, too, as you plan how you would conduct the cases.)  (May 3 transcript at p. 83)

II.       The PD Committee Has Been Informed Repeatedly of the Case Management
          Procedures Grace Seeks to Use In This Case

Not only has the PD Committee long known that the pending Motion was coming, it has been told repeatedly, and in increasing detail, about the specifics.

First, in proposing the claim forms, bar date notice, notice program, and other case management proposals, Grace has worked with precedent well known to the various counsel representing tort claimants.  Grace has taken advantage of the substantial precedent in *In re The Babcock & Wilcox Co., et al.*, 00-0558 (United States Bankruptcy Court for the Eastern District of Louisiana) ("*Babcock*"), *In re Armstrong World Industries*, 00-4471, (United States District Court for the District of Delaware);  *In re Celotex Corporation, et al.*, 90-10016-8B1 and 90-10017-8B1, (United States Bankruptcy Court for the Middle District of Florida); *In re Dow Corning Corporation*, 95-20512, (United States Bankruptcy Court for the Eastern District of Michigan) and many others of less recent vintage.  Grace's notice program and claim forms are similar to,  but updated and improved from, those prepared for and approved in the *Babcock* case in particular.

Second, any mystery about Grace's plans for this case was removed by Grace's Informational Brief.  That brief made specific reference to prior cases, particularly *Babcock*, and disclosed Grace's plan to use all of the following procedures to structure this case:

- Consolidation of all claims in one court.

- Preclusion of collateral litigation in other courts.

- Identification of the universe of existing claims.

- Scrutiny of scientific claims under *Daubert*.

91100-001\DOCS_DE:25789.1
07/17/1 3:14 pm

- Litigation of common issues pursuant to Rule 42 of the Federal Rules.

- Procedures for establishing the criteria to be used in settling claims.

- Creation and funding of a trust, pursuant to the debtor's plan of reorganization, with criteria and procedures for evaluating, classifying and paying valid claims.

- A permanent injunction channeling all tort claims that might otherwise be brought against the debtor or its affiliates to a post-confirmation trust.

(Informational Brief at pp. 3, 46)

Third, on June 11, 2001, the PD Committee was provided an opportunity to understand Grace's case management proposals in detail. On that day, Grace's counsel faxed the June 11th Letter to all committee counsel outlining its case management proposal and soliciting the committees' input and comments.

In the end, the Case Management Motion itself was filed on June 27. The only truly new material in the Motion was the Grace-specific claim forms and notice program. Everything else was "old news".

Under these circumstances, for the PD Committee to state that "the Debtors did not make an earnest attempt to reach any agreement with the PD Committee on the breadth, scope or substance of the matters engendered by the Case Management Motion" (PD Motion at 3) is disingenuous.

III.     The PD Committee's Only Response to Grace's Proposals Has Been To Seek Delay While Pressing It Own Agenda

The PD Committee never responded to the June 11th Letter or the substance asserted therein. The PD Committee, in fact, made no contact at all with respect to the June 11th Letter, even upon specific inquiry from Debtors' counsel.

Nor has the Motion itself prompted the PD Committee to begin any substantive dialogue with Grace.

91100-001\DOCS_DE:25789.1
07/17/1 3:14 pm

Instead, the PD Committee, along with the Asbestos Personal Injury Committee, sought, first, an informal extension of time to respond to the Case Management Motion and an agreement to continue the hearing.   After receiving the request, Grace also learned that the Court had only limited time to hear the matter on July 19, 2001.  Grace therefore agreed that the matter could be heard on August 2, 2001.

This extension was acceptable to the Personal Injury Committee and the Unsecured Creditors Committee, both of which have a substantial interest in the Case Management Motion.

But, this was not enough for the PD Committee.  The PD Committee alone wanted to defer the matter to an indefinite date in September.

Critically, at the same time, the PD Committee complained that Grace was moving too fast,  it insisted upon pressing its own agenda in other aspects of the Chapter 11 case, and sometimes on an expedited basis.

For example, in the last month, the PD Committee has  filed the following Motions seeking to direct the case pursuant to their "own vision:"

1.  June 14, 2001: Joint Motion of the Asbestos Property Damage Committee and the Asbestos Personal Injury Committee for Authority to Prosecute Fraudulent Transfer Claims;

2.  June 25, 2001: Motion to Amend Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses;

3.  June 29, 2001: Motion for an Order Compelling the Debtors to Identify, Retain, Collect and Organize Relevant Documents and Make All Such Documents Available in Central Repository.

Even as it was adamant that Grace's motions be moved from the July 19 setting, the PD Committee was adamant that its own motions be heard on that date.

The PD Committee also has found time to object to a series of motions that are fairly routine and do not affect the PD Committee's constituency in any direct manner. Most notably, the PD Committee, in the last month alone, has filed the following substantive objections to Grace's motions:

1.   June 18, 2001: Response and Limited Objection to the Motion Extending Time the Debtors' May Remove Actions;

2.   June 18, 2001: Response and Objection to the Debtors' Motion for Entry of an Order Authorizing and Approving an Omnibus Procedure for Settling Claims and Causes of Action Brought by or Against One or More of the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding;

3.   June 19, 2001: Objection to the Debtors' Application to Employ Wallace, King Marraro & Branson as Special Litigation and Environmental counsel;

4.   June 19, 2001: Objection to the Debtors' Motion to Retain Experts;

5.   July 9, 2001: Response and Objection to the Debtors' Motion for Entry of an Order Establishing Procedures Authorizing the Debtors to Sell or Abandon De Minimus Assets;

6.   July 13, 2001: Limited Objection of the Official Committee of Asbestos Property Damage Claimants to Application of the Debtors Pursuant to Fed. R.Bankr.P. 2014(a) for the Entry of an Order Under Section 372(a) of the Bankruptcy Code Authorizing the Employment and Retention of Kinsella Communications, LTD. As Notice Consultant for the Debtors and Debtors in Possession.

IV.   The "Me too" Motions of the Zonolite Plaintiffs and the Medical Monitoring Claimants Should Likewise Be Denied

Two other motions have been filed purportedly joining in the PD Committee's Motion for continuance. These motions are styled as separate motions by the Zonolite Plaintiffs and Medical Monitoring Claimants, as separate creditor constituencies. This is misleading. The motions have been filed by some of the same counsel who represent members of the PD Committee.

91100-001\DOCS_DE:25789.1
07/17/1 3:14 pm

7

The "me too" motions do not state any new or separate basis for seeking a delay of the hearing on the Case Management Motion. In fact, the motions set out the substance of the creditors' objections to the Case Management Motion, and thereby belie any need for an extension of time.

      (a)        The Zonolite Plaintiff's Request is Without Merit

The Zonolite Plaintiffs are members of the PD Committee and are represented by the same counsel that represent the Medical Monitoring Claimants. The Zonolite Plaintiffs received the same information regarding Grace's case management proposals as the PD Committee. The Zonolite Plaintiffs also received the June 11th Letter -- to which they never responded.

Far from needing more time, the Zonolite Plaintiffs made their substantive arguments with respect to case management months ago in pleadings previously filed with this Court, including their own Informational Brief. In their current motion, they now very clearly state their position on case management for at least the second time. The Zonolite Plaintiffs have stated no additional basis for their request for an extension of time. Their statement that they need additional time to "brief the complicated due process issues implicated in these proceedings" is merely an unsupported assertion.

      (b)        The Medical Monitoring Claimants' Motion Is Equally Groundless

The Medical Monitoring Claimants have also filed a request for continuance. They too are represented by certain counsel common to the Zonolite Plaintiffs and/or PD Committee members. Their counsel received the June 11th Letter and have remained silent in response. Just like the Zonolite Plaintiffs, the Medical Monitoring Claimants have set forth the details of their position with respect to the Case Management Motion in their request for a continuance and have not set forth any additional grounds for a continuance.

91100-001\DOCS_DE:25789.1
07/17/1 3:14 pm

V.          The Hearing On August 2, 2001 Should Proceed

        The PD Committee states that it is requesting a "modest continuance" (PD Motion at p. 6) to respond to the Case Management Motion. The Debtors already have agreed to extend the time within which parties may respond to the Case Management Motion to July 25, 2001 and agreed to request the hearing on the Case Management Motion be continued to August 2, 2001. Thus, the "modest continuance" has already been requested and granted. The PD Committee is well aware that the next hearing in these cases after August 2, 2001 is September 20, 2001, another 50 days, after the already agreed to continuance and a total of 85 days since the Case Management Motion was filed. The PD Committee has stated no basis for needing this extraordinary amount of time to respond.

Accordingly, Grace urges the Court to deny the PD Committee's request for a continuance and proceed with the hearing on the Case Management Motion on August 2, 2001.

July 17, 2001

Respectfully submitted,

KIRKLAND & ELLIS
James H.M. Sprayregen
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (#2436)
David W. Carickhoff, Jr. (#3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:25789.1
07/17/1 3:14 pm

10

# Exhibit A

# KIRKLAND & ELLIS

PARTNERSHIPS INCLUDING PROFESSIONAL CORPORATIONS

200 East Randolph Drive
Chicago, Illinois 60601

David M. Bernick, P.C.
To Call Writer Directly:          (312) 861-2000                                    Facsimile:
(312) 861-2481                                                                    (312) 861-2200
david_bernick@chicago.kirkland.com

June 11, 2001

## VIA FACSIMILE

Scott L. Baena, Esq.                          Elihu Inselbuch, Esq.
Bilzin, Sumberg, Dunn, Baena                  Caplin & Drysdale, Chartered
   Price & Axelrod                         399 Park Avenue
2500 First Union Financial Center             36th Floor
200 South Biscayne Boulevard                  New York, New York  10022-4614
Miami, Florida  33131-2336

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York  10038-4982
TO: All Counsel on the Attached Service Lists

Re: *In re W.R. Grace & Co., et al.* (Dist. of Delaware; Case No. 01-01139(JJF))

Dear Counsel:

     Following up on Judge Farnan's request during the May 3rd meeting in his chambers, we are writing to outline the debtors' proposals for the management and scheduling of the asbestos claims litigation in these Chapter 11 cases.

     We propose that the litigation proceed in two phases. The first phase would encompass the filing of claims in response to a bar date. In the second phase, litigation on claim objections would proceed simultaneously along three tracks:

- Zonolite Attic Insulation

- Other Asbestos Property Damage Litigation

- Asbestos Personal Injury Litigation

EXHIBIT 1

London                Los Angeles                New York                Washington, D.C.

# KIRKLAND & ELLIS

Messrs. Baena, Inselbuch and Kruger
June 11, 2001
Page 2

As discussed in more detail below, these three tracks would focus on targeted common issues. As to any fraudulent conveyance litigation concerning the Fresenius and Sealed Air transactions, that litigation would proceed on a timetable consistent with the burdens imposed by the asbestos litigation.

## I.      First Phase:  Identification of the Claims

Our proposed schedule is as follows:

July 19, 2001:  Setting of Bar Date and Approval Of Bar Date Notices, Publication Program and Claims Forms.  The first step is the establishment of a claims bar date (applicable to all claims other than future claims) and the approval of the bar date notices, the debtors' publication program and the claims forms.  Debtors intend to ask that these matters be heard on July 19, 2001.  Debtors expect to serve all notices and complete their publication program within two months of court approval.  Debtors will ask that the bar date for all claims be six months after the completion of the publication program.

April 1, 2002:  Claims Bar Date.  Assuming the court issues its ruling by August 1, 2001, the notice and publication program can be executed by October 1st, and the bar date should be April 1, 2002.

June 1, 2002:  Debtors' Preliminary Claims Report.  Sixty days after the bar date, the debtors will make a preliminary report to the court and the committees, categorizing and summarizing the filed claims.

## II.     Second Phase:  Common Issues Litigation On Three Tracks

### A.      Zonolite Attic Insulation ("ZAI") Track

1.      May 1, 2002:  Appointment of a ZAI Litigation Committee.  After the bar date, debtors propose that the court appoint a Litigation Committee to represent claimants in the common issues litigation.

2.      May 1, 2002 - January 1, 2003:  Discovery concerning the issue of product risk.  The parties would conduct discovery concerning any scientific support for the allegation that ZAI poses an unreasonable risk of harm.

# KIRKLAND & ELLIS

Messrs. Baena, Inselbuch and Kruger
June 11, 2001
Page 3

       3.      January 1, 2003: Omnibus objections and *Daubert*/summary judgment motions. Debtors would file an omnibus objection and related *Daubert*/summary judgment motions, based upon the absence of a reliable scientific basis for the alleged risk of harm.

       4.      February 1, 2003: Claimants' respond to the motions.

       5.      February 15, 2003: Debtors' reply.

       6.      March, 2003: Hearing. The court would set a hearing to decide the motions.

       7.      Second Quarter, 2003: Bench trial. In the event that the court finds any material disputed facts, a common issue bench trial would be conducted under FRCP 42 to decide the issue of unreasonable risk.

    **B.**    **Other Asbestos Property Damage Litigation**

       1.      June 1, 2002: Debtors' identification of claims subject to threshold defenses. As a part of its preliminary report to the court, the debtors will identify: (1) already pending cases that could continue to be litigated in other courts, subject to regular reporting to the court; (2) claims subject to statute of limitations defenses; (3) claims subject to *res judicata* defenses; and, (4) claims subject to a *Daubert* motion, based upon the lack of a reliable scientific basis for the alleged product risk. Appropriate omnibus objections would be filed.

       2.      September 1, 2002 - March 2003: Summary judgment motions and discovery on *res judicata* and statute of limitations. Within three months of the issuance of the preliminary claims report, debtors will file a summary judgment motion with respect to statute of limitations and *res judicata* defenses. Subsequent discovery and briefing would be completed in time for a hearing in March 2003.

       3.      September 1, 2002 - March 2003: Discovery and *Daubert* proceedings on the scientific basis for Monokote product risk claims. Discovery would proceed until February 1, 2003. Debtors would file their *Daubert*/summary judgment motions on March 1, 2003. The motions would be heard after responsive briefing.

# KIRKLAND & ELLIS

Messrs. Baena, Inselbuch and Kruger
June 11, 2001
Page 4

       4.    <u>Second Quarter, 2003: Bench trial</u>.  Unresolved claims would be set for a bifurcated bench trial pursuant to FRCP 42.  The first phase of the trial would resolve common issues such as statute of limitations, *res judicata* and product risk.  The second phase would encompass remaining issues, and would take place after further case-specific discovery.

**C.**    **Asbestos Bodily Injury Claims Track**

       1.    <u>July 1, 2002:  Appointment of a Bodily Injury Committee</u>.  Debtors propose that the court appoint a Bodily Injury Committee to represent asbestos personal injury claimants on common issues.

       2.    <u>July 1, 2002:  Completion of debtors' initial audit</u>.  During the first three months after the bar date, the debtors will audit the completeness and reliability of the submitted claims.

       3.    <u>September 1, 2002:  Objections to and motion to disallow incomplete claims</u>.  Debtors would move to disallow incomplete claims identified in the audit.  Claimants would respond on October 1, 2002.  Debtors would reply on October 15, 2002.  A hearing on the motion would then be held.

       4.    <u>January 1, 2003:  Omnibus objection and motion for summary judgment</u>.  Debtors would file an omnibus objection and move for summary judgment with respect to common issues affecting the remaining claims.  The issues would include:  (a) the absence of exposure to Grace's products; (b) the absence of a reliable, scientific basis for claiming that exposure to Grace's asbestos products was a substantial contributing factor in the causation of the asbestos-related disease; and/or, (c) absence of a clinical asbestos-related illness.

       5.    <u>January 1, 2003 - July 1, 2003:  Discovery related to the motions</u>.  The parties would then be allowed six months for discovery related to the motions.

       6.    <u>July 1, 2003:  Claimants' response</u>.

       7.    <u>August 1, 2003:  Debtors' reply</u>.

       8.    <u>August, 2003:  Hearing</u>.  The court would hold a hearing on the *Daubert*/summary judgment motion.

# KIRKLAND & ELLIS

Messrs. Baena, Inselbuch and Kruger
June 11, 2001
Page 5

> 9.    <u>Third Quarter, 2003:  Trial</u>.  If the court denies the motion for summary judgment, debtors would seek a trial of the foregoing common issues under FRCP 42.

## III.    Litigation Of Other Claims.

### A.    Libby Property Damage Claims

Libby property damage claims raise at least two factual questions that need to be addressed before a case management order can be framed:  (1) Who is claiming property damage? and, (2) Is their property contaminated, and if so, in what way?  The first question can be answered through the bar date process.  The second question can only be answered by obtaining any existing sampling data and by conducting any further sampling that is necessary. Debtors therefore propose that the parties use the first 90 days following the debtors' report to conduct sampling necessary to determine the scope and nature of any contamination.  Further case management decisions would be made after each side's sampling results are disclosed.

### B.    Fraudulent Conveyance Claims

Such claims have been brought with respect to the Fresenius and Sealed Air transactions. If these claims are to be litigated, they should be litigated in Delaware and in parallel with the asbestos liability issues.

### C.    Non-Asbestos Claims

Finally, as noted above, the debtors propose that the April 1, 2002 bar date apply to all claims (except future claims), regardless of whether they relate to asbestos.  The debtors will include a categorization and summary of the non-asbestos claims in its June 1, 2002 Preliminary Claims Report.  At or shortly after that Report is issued, the debtors will also propose a case management order for those non-asbestos claims.

# KIRKLAND & ELLIS

Messrs. Baena, Inselbuch and Kruger
June 11, 2001
Page 6


     We look forward to meeting and conferring with representatives of your committees regarding these proposals at your earliest convenience.

                      Sincerely,

                      David M. Bernick, P.C.

DMB:pad
Enclosures

cc:    All Counsel on the Attached Service Lists
       (by regular mail)

**SERVICE LIST**
**IN THE MATTER OF W.R. GRACE & CO., et al,**
**Case No. 01-1139 (MFW) through Case No. 01-1200 (MFW)**

TO:

Counsel and Co-Counsel For the Official Committee of Unsecured Creditors

| | |
|---|---|
| Stroock & Stroock & Lavan LLP<br>Lewis Kruger, Esquire<br>Robert A. Raskin, Esquire<br>Kenneth Pasquale, Esquire<br>180 Maiden Lane<br>New York, New York 10038-4982<br>Telephone: (212) 806-5400<br>Fax: (212) 806-6006 | Duane, Morris & Heckscher LLP<br>Micahael R. Lastowski, Esquire<br>William R. Katchen, Esquire<br>1100 North Market Street,<br>Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: ((73) 424-2000<br>Fax: (973) 424-2001 |
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale<br>New York, New York<br>Telephone: (212) 644-7125<br>Fax: (212) 319-6755 | Scott L. Baena, Esquire<br>Bilzin, Sumberg, Dunn, Baena<br>Miami, Florida<br>Telephone: (305) 374-7593<br>Fax: (305) 374-7580 |
| and<br><br>Frank J. Perch, III, Esquire,<br>U.S. Department of Justice<br>Office of the United States Trustee<br>Eastern District of Pennsylvania<br>District of Delaware<br>601 Walnut Street<br>Curtis Center, Suite 950 West<br>Philadelphia, Pennsylvania 19106<br>Fax: (215) 597-5795 | |

## SERVICE LIST
### IN THE MATTER OF W.R. GRACE & CO., et al,
### Case No. 01-1139 (MFW) through Case No. 01-1200 (MFW)

TO:

**Official Committee of Asbestos Property Damage Claimants**

| | | |
|---|---|---|
| Anderson Memorial Hospital<br>c/o Daniel A. Speights, Esquire<br>Speights & Runyan<br>200 Jackson<br>Avenue East,<br>Hampton, SC 29924<br>Telephone: (803) 943-4599<br>Fax: (803) 943-4599 | The Prudential Insurance<br>Company of America<br>Attn: Stephen C. Parker<br>751 Broad Street, 21st Floor<br>Newark, NJ 07102<br>Telephone: (973) 367-3521<br>Fax: (973) 367-4955 | The Trustees of Princeton<br>University<br>Attn: Howard S. Ende<br>General Counsel<br>120 Alexander Street<br>Princeton, NJ 08544<br>Telephone (609) 258-2525<br>Fax: (609) 258-2502 |
| Catholic Archdiocese of New Orleans<br>c/o Martin Dies, Esquire<br>1009 Green Avenue<br>Orange, TX 77630<br>Telephone: (409) 883 4394<br>Fax: (409) 883-3028 | Pacific Freeholds<br>c/o Thomas J. Brandi<br>Law Office of Thomas J. Brandi<br>44 Montgomery Street, #1050<br>San Francisco, CA 94104<br>Telephone: (415) 989-1800<br>Fax: (415) 989-1801 | Marco Barbanti<br>Class Representative<br>Case No. 00201756-6<br>c/o Darryl W. Scott<br>Scott, Lukins & Annia, P.S<br>1600 Washington Trust<br>Financial Center<br>717 W. Sprague Avenue<br>Spokane, WA 99201-0466<br>Telephone: (509) 455-9555.<br>Fax: (509) 747-2323 |
| Paul Price<br>c/o Jon L. Herberling, Esquire<br>McGarvey, Herberling, Sullivan,<br>& McGarvey PC<br>745 South Main Street<br>Kalispel, MT 59901<br>Telephone: (406) 752-7124<br>Fax: (406) 752-7124 | | |

and

| | | |
|---|---|---|
| Frank J. Perch, III, Esquire,<br>U.S. Department of Justice<br>Office of the United States Trustee<br>Eastern District of Pennsylvania<br>District of Delaware<br>601 Walnut Street<br>Curtis Center, Suite 950 West<br>Philadelphia, Pennsylvania 19106<br>Fax: (215) 597-5795 | E. Gordon Robinson, Esquire<br>Fax: (404) 842-7633 | Michael B. Joseph, Esquire<br>Fax: (302) 575-1714 |
| Elihu Inselbuch, Esquire<br>Fax: (212) 644-6755 | Theodore Tacconelli, Esquire<br>Fax: (302) 574-1714 | Matthew G. Zaleski, Esquire<br>Fax: (302) 654-2067 |

**SERVICE LIST**
**IN THE MATTER OF W.R. GRACE & CO., et al,**
**Case No. 01-1139 (MFW) through Case No. 01-1200 (MFW)**

TO:

| Local Counsel for the Asbestos Personal Injury Claimants Committee | National Counsel for the Asbestos Personal Injury Claimants Committee | |
|---|---|---|
| Matthew G. Zaleski, III, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O.Box 1150<br>Wilmington, Delaware 19801<br>Telephone: (302)654-1888 | Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 36th Floor<br>New York, NY 10022-4614<br>Telephone: (212) 319-7125 | Peter Van N. Lockwood, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005-5802<br>Telephone: (202) 862-5000 |

| Asbestos Personal Injury Claimants Committee | | |
|---|---|---|
| Frederick M. Baron, Esquire<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, Texas 75219-4281<br>Telephone: (214) 521-3605<br>Claimant: Steven Jones | Robert Jacobs, Esquire<br>Jacobs & Crumplar<br>Two East 7th Street<br>P.O. Box 1271<br>Wilmington, Delaware 19899<br>Telephone: (302) 656-5445<br>Claimant: John Russell | John D. Cooney, Esquire<br>Cooney & Conway<br>120 N. LaSalle Street, 30th Floor<br>Chicago, Illinois 60603<br>Telephone: (312) 236-6166<br>Claimant: Fr. John Smutko |
| Mark C. Meyer, Esquire<br>Theodore Goldberg, Esquire<br>Goldberg, Persky, Jennings &<br>White, P.C.<br>1030 Fifth Avenue, 3rd Floor<br>Pittsburgh, Pennsylvania 15219-6295<br>Telephone: (412) 471-3980<br>Claimant: Harvey Bair | Steven L. Kazan, Esquire<br>Kazan, McCain, Edises, Simon &<br>Abrams<br>171 Twelfth Street, 3rd Floor<br>Oakland California 94607<br>Telephone: (510) 465-7728<br>Claimant: Roberta Jeffrey | Michael V. Kelley, Esquire<br>Thomas M. Wilson, Esquire<br>Kelley & Ferraro, L.L.P.<br>1901 Bond Court Building<br>1300 East 9th Street<br>Cleveland, Ohio 44114<br>Telephone: (216) 575-0777<br>Claimant: Thomas J. Jones |
| Jon T. Heberling, Esquire<br>Allan McGarvey, Esquire<br>McGarvey, Heberling<br>745 South Main Street<br>Kalispell, Montana 59901<br>Telephone: (406) 752-5566<br>Claimant: Royce N. Ryan | Steven T. Baron, Esquire<br>Silber Perlman, LLP<br>2711 North Haskell Avenue<br>5th Floor, LB 32<br>Dallas, Texas 75204<br>Telephone: (214) 874-7000<br>Claimant: Beverly Mauldin | Perry Weitz, Esquire<br>C. Sanders McNew, Esquire<br>Weitz & Luxenberg<br>180 Maiden Lane<br>New York, NY 10038-4925<br>Telephone: (212) 558-5500<br>Claimant: Anthony Angiuli |

| and | | |
|---|---|---|
| Frank J. Perch, III, Esquire, U.S. Department of Justice Office of the United States Trustee Eastern District of Pennsylvania District of Delaware 601 Walnut Street Curtis Center, Suite 950 West Philadelphia, Pennsylvania 19106 Fax: (215) 597-579 | Mark Collins, Esquire Deborah E. Spivak, Esquire Richards, Layton & Finger, P.A. One Rodney Squar Wilmington, DE 19899 | Steven M. Yoder, Esquire The Bayard Firm 222 Delaware Avenue, Suite 900 Wilmington, DE 19899 |
| Bruce E. Jameson, Esquire Prickett Jones & Elliot 1310 King Street Wilmington, DE 19899 | Michael R. Lastowski, Esquire Duane Morris & Heckshire LLP 1100 North Market Street, Suite 1200 P.O. Box 195 Wilmington, DE 19801 | Hamid R. Rafatjoo, Esquire Pachulski, Stang, Ziehl, Young & Jones 10100 Santa Monica Boulevard Los Angeles, CA 90067-4100 |
| Laura Davis Jones, Esquire David Carickoff, Esquire Pachulski, Stang, Ziehl, Young & Jones 919 North Market Street, 16th Floor Wilmington, DE 19899-8705 | Jeffrey C. Wisler, Esquire Michelle McMahon, Esquire Connolly Bove Lodge & Hurz 1220 Market Street, 10th Flr. Wilmington, DE 19899 | Mark S. Chechi, Esquire Skadden Arps Slate Meagher & Flom, LLP One Rodney Square, 6th Floor Wilmington, DE 19899 |
| William D. Sullivan, Esquire Elzufon Austin Reardon Tarlov & Mondell 300 Delaware Avenue, Suite 1700 P.O. Box 1630 Wilmington, DE 19899 | Stephen H. Case, Esquire Nancy L. Lazar, Esquire Davis Polk & Wardwell 450 Lexington Avenue New York, NY 10017 | Scott L. Baena, Esquire Richard M. Dunn, Esquire Bilzin, Sumberg, Dunn, Baena,Price & Axelrod 2500 First Union Fin. Center 200 South Biscayne Blvd. Miami, FL 33131-2336 |
| Thomas M. Sobol, Esquire Jan. R. Schlichtman, Esquire Matthew L. Lucillo, Esquire Lieff, Cabrase, Heilmann & Bernstein, 214 Union Warf Boston, MA 02109-1216 | Lewis Kruger, Esquire Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, NY 10038-4982 | Davis Pastor, Esquire Edward L. Manchur, Esquire Gilman and Pastor, LLP Stonehill Corporate Center 999 Broadway, Suite 500 Saugus, MA 01906 |
| D.J. Baker, Esquire Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York, NY 10036 | Lewis T. LeClaire, Esquire McKool Smith, P.C. 300 Cresent Court Suite 1500 Dallas, Tx 75201 | Edward J. Westbrook, Esquire Robert M. Turkewitz, Esquire Ness Motley Loadholt Richardson & Poole 28 Bridgeside Blvd. P.O. Box 1792 Mt. Pleasant, SC 29465 |

| William H. Sudell, Jr. Esquire<br>Eric D. Schwarts, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 | Parcels, In. Vito DiMaio<br>10th & King Streets<br>Wilmington, DE 19801 | Michael B. Jospeh, Esquire<br>Theodore J. Tacconelli, Esquire<br>Ferry & Joseph<br>824 N. King Street<br>Wilmington, DE 19899 |
|---|---|---|
| J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Elizabeth Cabraser, Esquire<br>Fabrice N. Vincent, Esquire<br>Lieff, Cabreser, Heinmann &<br>Bernstein<br>Embarcadero Center West, 30th<br>Floor<br>275 Battery Street<br>San Francisco, CA 94111 | John Stoia, Jr., Esquire<br>Timothy G. Blood, Esquire<br>Milberg, Weiss, Bershad Hynes &<br>Lerach<br>600 West Broadway<br>1800 One America Plaza<br>San Diego, CA 92101-5050 |
| Robert M. Fishman, Esquire<br>Shaw, Gussis, Domanskis, Fishman<br>& Glantz<br>1144 West Fulton Street, Suite 200<br>Chicago, IL 60607 | | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (RJN) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 17th day of July, 2001 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:20485.7
07/17/01 3:27 PM

**1.    Debtors' Objection to Continuance of the Hearing on its Motion for Entry of a Case Management Order.**

Dated: July 17, 2001

*Patricia E Cuniff*

Patricia E. Cuniff

Sworn to and subscribed before
me this 17th day of July, 2001

Notary Public

My Commission Expires:  02/11/02

W. R. Grace 2002 Service List
Case No. 01-1139 (RJN)
Doc. No. 22588
July 17, 2001
18 – Hand Delivery
07 – Overnight Delivery
132 – First Class Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhatten Centre, 15th Floor
Wilmington, DE 19801

*Hand Delivery*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

***Hand Delivery***
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

***Hand Delivery***
Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

***Hand Delivery***
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

***Hand Delivery***
Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

***Hand Delivery***
Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

***Hand Delivery***
Mary M. MaloneyHuss
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE  19801

***Hand Delivery***
Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

***Hand Delivery***
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

***Hand Delivery***
Klett Rooney Lieber & Schorling
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
1000 West Street, Suite 1410
Wilmington, DE  19801

***Overnight Delivery***
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

***Overnight Delivery***
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA  19106

*Overnight Delivery*
(Canadian counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto
Ontario
Canada M5H 3T4

*Overnight Delivery*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*Overnight Delivery*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

*Overnight Delivery*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*Overnight Delivery*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

*First Class Mail*
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

*First Class Mail*
Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC  20020

*First Class Mail*
District Director
IRS
409 Silverside Road
Wilmington, DE  19809

*First Class Mail*
Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA  30326-1232

**First Class Mail**
Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

**First Class Mail**
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

**First Class Mail**
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

**First Class Mail**
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

**First Class Mail**
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

**First Class Mail**
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld,
LLP
551 Fifth Avenue
New York, NY  10176

**First Class Mail**
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

**First Class Mail**
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

**First Class Mail**
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

**First Class Mail**
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

**First Class Mail**
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

**First Class Mail**
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

**First Class Mail**
Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY  10020

**First Class Mail**
(Counsel for The Chase Manhattan)
Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

**First Class Mail**
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

**First Class Mail**
Joseph F. Rice
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

**First Class Mail**
Nancy Worth Davis
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

**First Class Mail**
(Counsel for Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204

**First Class Mail**
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

**First Class Mail**
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

**First Class Mail**
R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

**First Class Mail**
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

*First Class Mail*
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

*First Class Mail*
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

*First Class Mail*
Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

*First Class Mail*
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

*First Class Mail*
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

*First Class Mail*
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

*First Class Mail*
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

*First Class Mail*
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

*First Class Mail*
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia  30309

*First Class Mail*
Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas  77010

*First Class Mail*
Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD  21701

*First Class Mail*
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

*First Class Mail*
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

*First Class Mail*
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas  77017

*First Class Mail*
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA  98104-7078

*First Class Mail*
Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas  75201

*First Class Mail*
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

*First Class Mail*
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts  02110-2624

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
Peter A. Chapman
24 Perdicaris Place
Trenton, NJ  08618

*First Class Mail*
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

*First Class Mail*
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520

*First Class Mail*
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, New Jersey  07663

*First Class Mail*
Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, California  94111

*First Class Mail*
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

*First Class Mail*
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

*First Class Mail*
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

*First Class Mail*
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

*First Class Mail*
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

*First Class Mail*
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

*First Class Mail*
)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

*First Class Mail*
(Counsel for Public Service Electric and Gas
Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

*First Class Mail*
(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

*First Class Mail*
(Counsel for numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006

*First Class Mail*
(Counsel for Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

*First Class Mail*
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah  83536-9229

*First Class Mail*
Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, New York  10022

**First Class Mail**
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Floria  32399-3000

**First Class Mail**
Credit Lyonnais
1301 Avenue of the Americas
New York, New York  10019-0602

**First Class Mail**
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

**First Class Mail**
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

**First Class Mail**
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

**First Class Mail**
Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH  43085-2323

**First Class Mail**
(Counsel for SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

**First Class Mail**
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland  21043

**First Class Mail**
Danice Sims
P.O. Box 66658
Baton Rouge, Louisiana  70896

**First Class Mail**
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New
York
100 Church Street, Room 6-127
New York, New York  10007

**First Class Mail**
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, Arizona  85007-1278

**First Class Mail**
Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, Tennessee  38103

**First Class Mail**
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, Tennessee  38103

*First Class Mail*
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C. 20004-1109

*First Class Mail*
Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA 02110-2699

*First Class Mail*
Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
100 North Tryon Street, Suite 4000
Charlotte, North Carolina 28202-4010

*First Class Mail*
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

*First Class Mail*
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

*First Class Mail*
Mr. James A. Bane
KMCC 204029
P.O. Box 710
Keen Mountain, VA 24624

*First Class Mail*
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

*First Class Mail*
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

*First Class Mail*
Maggie De La Rosa
Provost * Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, Texas 77701

*First Class Mail*
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

*First Class Mail*
Richard M. Meth, Esquire
Herrick, Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, New Jersey 07105

*First Class Mail*
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

*First Class Mail*
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, New York 10022

*First Class Mail*
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, Missouri 63366

**First Class Mail**
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

**First Class Mail**
Shelley Bethea Gillette & Clark
3850 E. Baseline Road, Suite 125
Mesa, Arizona  85206

**First Class Mail**
David Aelvoet, Esquire
Linebargerheard Goggan Blair
Graham Pena & Sampson LLP
1000 Tower Life Building
San Antonio, TX  78205

**First Class Mail**
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst.
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

**First Class Mail**
David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburg, PA  15222-2302

**First Class Mail**
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730
(Attorney for Toyota Motor Credit)

**First Class Mail**
James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY  10178
(Counsel for Delco Development Company)

**First Class Mail**
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674
(Counsel for Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)

**First Class Mail**
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey  08002

**First Class Mail**
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, New York  10017-4014
(Attorneys for General Electric Capital
Corporation)

**First Class Mail**
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, Florida  32412-0950

**First Class Mail**
Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, Tennessee  37243
(Counsel for Commissioner of Revenue)

**First Class Mail**
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York  10020-1182

*First Class Mail*
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL  60601

*First Class Mail*
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

*First Class Mail*
E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, South Carolina  29201-1708

*First Class Mail*
Jeffrey Kaufman, Esquire
Gerald F. Ellesdorfer, Esquire
Kaufman & Logan LLP
111 Pine Street, Suite 1300
San Francisco, CA  94111

*First Class Mail*
Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister
& Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

*First Class Mail*
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

*First Class Mail*
Pillsbury Winthrop LLP
Lynn M. Ryan, Esquire
One Battery Park Plaza
New York, NY  10004-1490
(Counsel for Wells Fargo Bank Minnesota,
National Association)

*First Class Mail*
Pillsbury Winthrop LLP
Craig Barbarosh, Esquire
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122
(Counsel for Wells Fargo Bank Minnesota,
National Association)

*First Class Mail*
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

*First Class Mail*
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

*First Class Mail*
Hertz, Schram & Saretsky, P.C.
(Counsel for Rupple K. Perry)
Robert S. Hertzberg, Esquire
Michael I. Zousmer, Esquire
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI  48302-0183

*First Class Mail*
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

*First Class Mail*
Wilentz, Goldman & Spitzer
(Counsel for Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

*First Class Mail*
Dechert Price & Rhoads
(Counsel for LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Ten Post Office Square South
Boston, MA 02109

*First Class Mail*
Burt Barr Havins & O'Dea, L.L.P.
(Counsel for Occidental Permian, Ltd.)
John W. Havins, Esquire
1001 McKinney, Suite 500
Houston, TX 77002

*First Class Mail*
Mark Browning, Esquire
Assistant Attorney General
(Counsel for The Texas Comptroller of
Public Accounts)
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
Leonard P. Goldberger, Esquire
(Counsel for Century Indemnity Company)
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

*First Class Mail*
Kay d. Brock, Esquire
(Comptroller of Public Accounts
of the State of Texas)
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

*First Class Mail*
Daniel A. Speights, Esquire
(Counsel for Anderson Memorial Hospital)
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924