DATE: <u>Thursday</u> the <u>19</u>th of <u>July</u>, 2001                    ~~12:00~~ 12:30 P.M. to 1:10 P.M.

JUDGE: <u>FARNAN</u>        CLERK: ~~Debbie~~ Patrick        CT. RPTR: <u>Maurer</u>

**CASE CAPTION:**                    CIVIL ACTION NO. <u>01-1139 JJF</u>
                                     **Chap. 11   BANKRUPTCY**

                                     **COUNSEL FOR DEBTOR(S):**
                                     ✓ James Kapp (?)
In RE;                               ✓ Patricia E. Cuniff, Esq.
                                     ✓ David Burnick, Esq.
W. R. Grace & Co., et al.,                            (Debtors)
        Debtors                      Frank J. Perch, Esq.
                                                      (Trustee)

                                     ✓ Susan List
                                     ✓ Holly Jenkins
                                     ✓ Peter Lockwood


PLACE OF PROCEEDING: Courtroom #2A

PROCEEDING: **OMNIBUS HEARING**

MINUTES: Orders either approved by Court to be signed, matters were adjourned, or motions were withdrawn, or were taken under advisement by the Court. See Amended Agenda Letter for details.

Hearing scheduled for 9/7/01 at 1:00 p.m. re: Items #11 + #12 on agenda. Court to issue Order allocating time for oral argument