IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO., et al.,   )          Chapter 11
                            )          Case No.: 01-01139 (JJF)
      Debtors.              )          (Jointly Administered)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Thomas A. Kulick moves pursuant to Bankruptcy Court Local Rule 9010-1(c)(ii) for admission pro hac vice in this matter and in support of said motion certifies that he is employed as an Assistant Attorney General for the State of Michigan, that he is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan, the Western District of Michigan, the Sixth Circuit Court of Appeals, and the United States Supreme Court, that he is in good standing in all jurisdictions in which he has been admitted, that he acknowledges that he is bound by the Rules of the Court and that he submits to the jurisdiction of this Court for disciplinary purposes.

JENNIFER M. GRANHOLM
Attorney General

_____
Thomas A. Kulick (P16290)
Assistant Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-7021

**Motion granted.**

BY THE COURT:

Date:_____

_____
United States Bankruptcy Judge

1