FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JUL 23 AM 9:13

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| ) | Civil Action No. 01-1139 through 01-1200 (JJF) |
| ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission Pro Hac Vice of Randall S. Royer a Commonwealth of Kentucky State Attorney to represent the Commonwealth of Kentucky Natural Resources and Environmental Protection Cabinet in this matter.

Signed: _/s/ Rdl S R_____    Kentucky Bar Identification No. 82915
Randall S. Royer
Natural Resources and
 Environmental Protection Cabinet
Office of Legal Services
Fifth Floor, Capital Plaza Tower
Frankfort, Kentucky 40601
(502) 564-5576 Telephone

Attorney for _Rdl S. R_____

Date: _7-19-2001_

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission Pro Hac Vice is granted.

Date: _____          _____
                                United States District Judge

653

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted practicing attorney in good standing as a member of the Bar of Kentucky and admitted to the U.S. District Court, Eastern, and Western District of Kentucky and that I am in good standing in all jurisdictions, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____

Date: 7-19-2001

Randall S. Royer
Natural Resources and
 Environmental Protection Cabinet
Office of Legal Services
Fifth Floor, Capital Plaza Tower
Frankfort, Kentucky 40601