IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., *et al*, | ) | Case Nos. 01-1139 through |
| | ) | 01-1200 (JJF) |
| | ) | |
| INC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that Susan Breymaier; hereby enters an appearance as attorney for the U.S. Postal Service, creditor and a party interested in the captioned bankruptcy case. The undersigned attorney hereby enters her appearance pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9020(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a) including without limitation, all proposed disclosure statements and plans of reorganization. All such notices should be addressed as follows:

> Susan Breymaier
> Attorney
> U.S. Postal Service
> Legal Department
> 225 N. Humphreys Blvd.
> Memphis, TN 38166-0170
> Telephone: (901) 747-7350
> Facsimile: (901) 747-7371

Please take further notice that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or

request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone telegraph, telex, telecopy or otherwise filed with regard to the above case and proceedings therein.

*Susan Breymaier*
SUSAN BREYMAIER
Attorney for USPS

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Notice on:

1. David D. Bird
   Clerk of the Court
   U.S. Bankruptcy Court
   824 Market St., 5th Floor
   Wilmington, DE  19801

2. W.R. Grace & Co.
   7500 Grace Drive
   Columbia, MD  21044-4098

3. James H.M. Sprayregen, Esquire
   Kirkland & Ellis
   200 East Randolph Drive
   Chicago, IL  60601

4. Laura Davis Jones, Esquire
   Pachulski, Stang, Ziehl, Young & Jones P.C.
   919 North Market Street, 16th Floor
   P.O. Box 8705
   Wilmington, DE  19899-8705

by depositing a copy of same, via the United States Mail, properly addressed to them, on this the 19th day of July, 2001.

*Susan Byrna*