UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2001 JUL 20  PM 12:56
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: : Chapter 11
W.R. Grace & Co. (Conn)
:
: Bankruptcy No. 01-01140 JJF
Debtor :

### ENTRY OF APPEARANCE WITH REQUEST
### FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the Entry of Appearance of the Attorney General of Pennsylvania as represented by the undersigned Deputy as counsel of record for the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, Bureau of Accounts Settlement, in the above-captioned matter.

PLEASE TAKE NOTICE that the Attorney General is counsel for the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, a party in interest in the above Chapter 11 case, and pursuant to Bankruptcy Rules 2002, 9007, and 9010, the Commonwealth respectfully requests that all notices given or required to be given in this case by the Court and/or by any other party to this case, be given to the Commonwealth at the address and to the Deputy and telephone number set forth below.

714

663

THIS REQUEST FOR NOTICE includes all Orders, Notices, copies of Applications, Motions, Petitions, Pleadings, requests, Complaints or Demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
(215) 560-2424

Respectfully submitted,

D. MICHAEL FISHER
ATTORNEY GENERAL

Dated: July 18, 2001        BY: _____
                             Christopher R. Momjian
                             Senior Deputy Attorney General

Copies to:

Honorable Joseph J. Farnan, Jr.          Patricia A. Staiano, Esquire
United States Bankruptcy Court            United States Trustee
For The District of Delaware              The Curtis Center, Suite 950 W.
824 Market Street                         601 Walnut Street
Wilmington, Delaware 19801                Philadelphia, PA 19106

Laura Davis Jones, Esq.                   W.R. Grace & Co. (Conn)
PACHULSKI, STANG, ZIEHL ET AL             7500 Grace Drive
P.O. Box 8705                             Columbia, MD 21044
Wilmington, DE 19899-8705

Debtor and/or Debtor's Counsel
CRM/dmi