## CALENDAR NOTICE

TO:    Clerk, U.S. Bankruptcy Court            DATE 7/23/01
       Clerk, U.S. District Court

FROM:  Judge Farnan

CASE CAPTION: In re W. R. Grace

CASE NUMBER: Bankruptcy No. 01-1139 JJF

1. The following proceeding(s) are **scheduled**:

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___ JURY TRIAL  ___days | ___ | ___/___, 2001 at ___ ___m. | |
| ___ # of Jurors Requested | | | |
| ___ NON-JURY TRIAL  ___days | ___ | ___/___, 2001 at ___ ___m. | |
| ___ TELE-CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ___ PRETRIAL CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ___ _____ CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ✓ HEARING (Arg) | Fri | 9/7, 2001 at 1:00 p.m. | |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. | |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. | |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. | |

*COURT REPORTER REQUESTED* ___yes ___no     ___ **COURTROOM 2A**

*******************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___ JURY TRIAL  ___days | ___ | ___/___, 2001 at ___ ___m. | |
| ___ NON-JURY TRIAL  ___days | ___ | ___/___, 2001 at ___ ___m. | |
| ___ TELE-CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ___ PRETRIAL CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ___ _____ CONFERENCE | ___ | ___/___, 2001 at ___ ___m. | |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. | |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. | |

*******************************************************************

**(CHAMBERS USE ONLY)**

✓ CHAMBERS CALENDAR

*******************************************************************

Prepared by Susan