IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W. R. GRACE & CO., et al., )
                           )  Chapter 11
         Debtors.          )  Case No. 01-01139 (JJF)
                           )  (Jointly Administered)
_____)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

David K. Foust moves pursuant to Bankruptcy Court Local Rule 9010-1(c)(ii) for admission pro hac vice in this matter and in support of said motion certifies that he is employed as an assistant attorney general for the State of Michigan, that he is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan, that he is in good standing in all jurisdictions in which he has been admitted, that he acknowledges that he is bound by the Rules of the Court and that he submits to the jurisdiction of this Court for disciplinary purposes.

JENNIFER M. GRANHOLM
Attorney General

_____
David K. Foust (P23450)
Assistant Attorney General
1200 Sixth Street, Suite 1500
Detroit, MI 48226
(313) 256-2352

**Motion granted.**

BY THE COURT:

Date: _____    _____
                                 United States Bankruptcy Judge