## MORRIS, MANNING & MARTIN
A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW
1600 ATLANTA FINANCIAL CENTER
3343 PEACHTREE ROAD, N.E.

**ATLANTA, GEORGIA 30326-1044**
TELEPHONE 404 233-7000
FACSIMILE 404 365-9532
E-MAIL BER@MMMLAW.COM

MEMBER,
COMMERCIAL LAW AFFILIATES
WITH INDEPENDENT FIRMS
IN PRINCIPAL CITIES WORLDWIDE

WASHINGTON, D.C. OFFICE
MORRIS, MANNING & MARTIN, LLP
THE COLORADO BUILDING
1341 G STREET, N.W.
SUITE 610
WASHINGTON, DC 20005
TELEPHONE 202 408-5153
FACSIMILE 202 408-5146

NORTHSIDE OFFICE
SUITE 150
5775-B PEACHTREE DUNWOODY ROAD
ATLANTA, GEORGIA 30342
TELEPHONE 404 255-6900
FACSIMILE 404 843-2317

BETH E. ROGERS
DIRECT DIAL 404 504-7783

July 20, 2001

David D. Bird, Clerk of Court
United States Bankruptcy Court
for the District of Delaware
824 Market Street
5th Floor
Wilmington, Delaware 19801

Re:  In re: W. R. Grace & Co., et al., United States Bankruptcy Court, District of Delaware, Case Nos. 01-1139 through 01-1200 (JJF); Chapter 11.

Dear Sir:

Please be advised that Daleen Technologies, Inc. hereby withdraws its Limited Objection to Lease Rejection Notice. Please contact the undersigned if you have any questions or comments regarding this matter.

Very truly yours,

MORRIS, MANNING & MARTIN, L.L.P.

Beth E. Rogers

BER:ybb

cc:  Sam Schwartz, Esq., Kirkland & Ellis (via telecopier)
     David W. Cranshaw, Esq.