IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 559**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Interim Application of Bilzin Sumberg Dunn Baena Price & Axelrod, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from April 9, 2001 through May 31, 2001 ("the Application"). The undersigned further certifies that he has reviewed the Court's docket in this case, and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 22, 2001.

Pursuant to the Administrative Order Under 11 USC §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated May 3, 2001, the Debtors are authorized to pay Bilzin Sumberg Dunn Baena Price & Axelrod, LLP $155,662.80 which represents 80% of the fees ($194,578.50) and $29,181.11, which represents 100% of the expenses requested in the Application for the period April 9, 2001 through May 31, 2001, upon the filing of this certification and without the need for entry of a Court order approving the Application.

FERRY & JOSEPH, P.A.

Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

-and-

Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami FL 33131-2336

Attorneys for the Official Committee of Asbestos
Property Damage Claimants

Dated: July 25, 2001

## CERTIFICATE OF SERVICE

I, Rick S. Miller, Esquire, hereby certify that on this 25th day of July, 2001, I caused one copy of the foregoing Certification of No Objection Regarding Docket Number 559 to be served to the following persons in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

Rick S. Miller, Esquire (#3418)

## SERVICE LIST

**By hand:**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhatten Centre, 15th Flr.
1201 N. Market Street
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

**By First Class Mail:**
Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd.
Los Angeles CA 90067-4100

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

William S. Katchen, Esquire
Duane Morris & Heckscher
1 Riverfront Plaza, 2d Floor
Newark NJ 07102

Peninsula Partners LP
Attn: Ted Wechsler
404-B East Main Street, 2d Floor
Charlottesville VA 22902

Dimensional Fund Advisors
Attn: Lawrence Spieth
10 S. Wacker Drive, #2275
Chicago IL 60606

Angus W. Mercer
4500 Carmel Estates Road
Charlotte NC 28226

Simon Atlas
8314 Meadowlark Lane
Bthesda MD 20817

Raymond E. Smiley
35415 Solon Road
Solon OH 44139-2415

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044