# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

2001 JUL 27 AM 10: 54

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objections due by: August 17, 2001 @ 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are Filed** |

## NOTICE OF APPLICATION

TO:    Counsel to the Debtors          Counsel to the Debtors' Post-Petition Lenders

Office of the United States Trustee    Bankruptcy Rule 2002 Service List

Counsel to the Official Committee of
Unsecured Creditors

PLEASE TAKE NOTICE that on July 27, 2001 the **First Interim Fee Application of Campbell & Levine, LLC for Services Rendered and Reimbursement of Expenses as Delaware and Associated Counsel to the Official Committee of Asbestos Personal Injury Claimants for Interim Compensation and Reimbursement of Expenses for the Period of June 16, 2001 through June 30, 2001** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 and served in accordance with the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members.

PLEASE TAKE FURTHER NOTICE that the Application requests payment of compensation in the amount of $16,994.50 and reimbursement of expenses in the amount of $1,653.14 for the period of June 16, 2001 through June 30, 2001.

PLEASE TAKE FURTHER NOTICE that any objection to the Application must be filed with the U.S. Bankruptcy Court, and served upon: (i) counsel for the Official Committee of Asbestos Claimants: (a) Campbell & Levine, LLC, 1201 N. Market Street, 15th Floor, Wilmington, Delaware 19801 (Attn: Matthew G. Zaleski, III, Esquire); (b) Caplin & Drysdale, Chartered, 399 Park Avenue, 36th Floor, New York, New York 10022 (Attn: Elihu Inselbuch, Esquire); and (c) Caplin & Drysdale, Chartered, One Thomas Circle, N.W., Washington, D.C. 20005-5802 (Attn: Peter Van N. Lockwood, Esquire); (ii) Debtors, W.R. Grace, 7500 Grace Drive, Columbia, Maryland 21044 (Attn: David B. Siegel, Senior VP and General Counsel); (iii) Debtors' counsel: (a) Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (Attn: James H.M. Sprayregen, Esq.) and (b) Pachulski Stang Ziehl Young & Jones, 919 Market

{D0000266:1 }

Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Attn: Laura Davis Jones, Esq.); (iv) Office of the United States Trustee, 844 King Street, Room 2311, Wilmington, Delaware 19801 (Attn: Frank Perch, Esq.); (v) counsel for the Official Committee of Unsecured Creditors: (a) Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Lewis Kruger, Esq.), and (b) Duane Morris & Heckscher LLP, P.C., 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (Attn: Michael Lastowski, Esq.); (vi) counsel to the Official Committee of Asbestos Property Damage Claimants, (a) Bilzin Sumberg Dunn Baena Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Attn: Scott L. Baena, Esq.), and (b) Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (Attn: Michael B. Joseph, Esq.); (vii) Counsel to the Post-Petition Lenders: (a) Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (Attn: J. Douglas Bacon, Esq.), and (b) The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (Attn: Steven M. Yoder, Esq.), **so as to be received by August 17, 2001 at 4:00 p.m. prevailing Eastern Time.**

PLEASE TAKE FURTHER NOTICE that a copy of the Application was served upon (i) Debtors, W.R. Grace, 7500 Grace Drive, Columbia, Maryland 21044 (Attn: David B. Siegel, Senior VP and General Counsel); (ii) Debtors' counsel: (a) Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (Attn: James H.M. Sprayregen, Esq.) and (b) Pachulski Stang Ziehl Young & Jones, 919 Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Attn: Laura Davis Jones, Esq.); (iii) Office of the United States Trustee, 844 King Street, Room 2311, Wilmington, Delaware 19801 (Attn: Frank Perch, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors: (a) Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Lewis Kruger, Esq.), and (b) Duane Morris & Heckscher LLP, P.C., 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (Attn: Michael Lastowski, Esq.); (v) counsel to the Official Committee of Asbestos Property Damage Claimants, (a) Bilzin Sumberg Dunn Baena Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Attn: Scott L. Baena, Esq.), and (b) Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (Attn: Michael B. Joseph, Esq.); and (vi) counsel to the Post-Petition Lenders: (a) Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (Attn: J. Douglas Bacon, Esq.), and (b) The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (Attn: Steven M. Yoder, Esq.)

**-Remainder of Page Intentionally Left Blank-**

A HEARING ON THE APPLICATION WILL BE HELD ONLY IF OBJECTIONS TO THE APPLICATION ARE FILED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OF HEARING.

CAMPBELL & LEVINE, LLC

Matthew G. Zaleski, III (I.D. # 3557)
1201 N. Market Street
15th Floor
Wilmington, DE  19801
(302) 426-1900

- and -

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY  10022-4614
(212) 319-7125

- and -

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

Counsel to the Official Committee of
Asbestos Personal Injury Claimants

Dated:  July 27, 2001

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | **Objection Date: August 17, 2001 @ 4 p.m.** |
| | ) | **Hearing Date: Only if objections filed** |
| | ) | |
| | ) | Jointly Administered |
| | ) | |

**FIRST INTERIM FEE APPLICATION OF CAMPBELL & LEVINE, LLC
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO.,
FOR THE PERIOD JUNE 16, 2001 THROUGH JUNE 30, 2001**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | June 16, 2001 through June 30, 2001 |
| Amount of compensation sought as actual, reasonable and necessary: | $16,994.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,653.14 |

This is an: ___ ___ monthly ___**X**___ interim _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
|  |  | N/A | N/A | N/A | N/A |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD JUNE 16, 2001 TO JUNE 30, 2001
### CAMPBELL & LEVINE, LLC-DELAWARE

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Matthew G. Zaleski, III (MZ), Member, since 2001 | 40.40 | $275.00 | $11,110.00 |
| Stephanie L. Peterson (SLP), Legal Assistant, since 2001 | 6.40 | $90.00 | $576.00 |
| **Total/average** | **46.80** | **$249.70** | **$11,686.00** |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD JUNE 16, 2001 TO JUNE 30, 2001
### CAMPBELL & LEVINE, LLC-PITTSBURGH

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | 7.00 | $300.00 | $2,100.00 |
| David B. Salzman (DBS), Member, since 1981 | 3.00 | $300.00 | $900.00 |
| Philip E. Milch (PEM), Member, since 1991 | 8.90 | $225.00 | $2,002.50 |
| Michele Kennedy (MK), Paralegal, since 1999 | 3.40 | $90.00 | $306.00 |
| **Total/average** | **22.30** | **$238.05** | **$5,308.50** |

| **Grand Total/average** | **69.10** | **$245.94** | **$16,994.50** |
|---|---|---|---|

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 6/16/01 through 6/30/01 | Total Fees for the Period 6/16/01 through 6/30/01 |
|---|---|---|
| Asset Analysis and Recovery | 11.60 | $3,290.00 |
| Asset Disposition | 1.00 | $275.00 |
| Case Administration | 13.20 | $1,917.00 |
| Claims Administration and Objections | 10.60 | $2,945.00 |
| Employee Benefits/Pensions | 8.20 | $2,230.00 |
| Fee/Employment Applications | 8.40 | $1,902.50 |
| Litigation | 7.40 | $2,035.00 |
| Committee Administration | 8.70 | $2,400.00 |
| **Grand totals** | **69.10** | **$16,994.50** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period June 16, 2001 through June 30, 2001 |
|---|---|---|
| In-House Reproduction ($.10-cents per page) | | $108.00 |
| Outside Reproduction & Courier Service | Parcels, Inc. | $1,469.14 |
| Facsimile (50-cents per page) | | $76.00 |
| **Total:** | | **$1,653.14** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | **Objection Date: August 17, 2001 @ 4 p.m.** |
| Debtors. | ) | **Hearing Date: Only if objections filed** |
| | ) | |
| | ) | Jointly Administered |

### FIRST INTERIM FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., FOR THE PERIOD JUNE 16, 2001 THROUGH JUNE 30, 2001

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (the "Administrative Order"), the law firm of Campbell & Levine, LLC ("Campbell & Levine") hereby submits this first interim application ("First Interim Application") for compensation for professional legal services rendered as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants (the "P.I. Committee") of the Debtor, W.R. Grace & Co., *et al.* (the "Debtors"), in an amount of $16,994.50 together with reimbursement of Campbell & Levine's actual and necessary expenses incurred in the amount of $1,653.14 for the period commencing June 16, 2001 through and including June 30, 2001 (the "Period"). In support of this First Interim Application, Campbell & Levine respectfully represents as follows:

### I.    JURISDICTION

1.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1334.

## II.      BACKGROUND

2.      On April 2, 2001 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 under Title 11 of the United States Code (the "Bankruptcy Code").

3.      From the Petition Date through the date of this First Interim Application, the Debtors have continued to operate their businesses and manage their properties as debtors-in-possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On April 12, 2001, the Office of the United States Trustee appointed the Asbestos Personal Injury Claimants Committee pursuant to section 1102 of the Bankruptcy Code. Subsequently, the Court entered Orders authorizing the Asbestos Personal Injury Claimants Committee to retain Ashby & Geddes, P.A. ("Ashby & Geddes") as its Delaware counsel until June 15, 2001, and Caplin & Drysdale, Chartered as its national counsel.

5.      On June 15, 2001, at a duly convened meeting, the Asbestos Personal Injury Claimants Committee voted to approve the substitution of Campbell & Levine for Ashby & Geddes. On June 18, 2001, Campbell & Levine and Ashby & Geddes filed a Substitution of Counsel.

6.      On June 29, 2001 the P.I. Committee filed and served its Application of the Official Committee of Asbestos Personal Injury Claimants to Retain and Employ Campbell & Levine, LLC as Delaware and Associated Counsel (the "Retention Application"). Through the Retention Application, the P.I. Committee sought authorization to employ Campbell & Levine as Delaware and associated counsel, effective as of June 16, 2001.  On July 18, 2001, the Court entered the Order Authorizing the Retention of Campbell & Levine as Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants, *nunc pro tunc* to June 16, 2001.

### III.    RELIEF REQUESTED

7.      Through this First Interim Application, Campbell & Levine seek allowance and payment of $16,994.50 in fees for services rendered during the Period and reimbursement of $1,653.14 for reasonable and necessary expenses incurred during the Period.  Thus, Campbell & Levine seeks allowance and payment in the total amount of $18,647.64.

8.      Campbell & Levine have received no payment and no promises for payment from any source for services rendered during the Period in connection with the case.  There exists no agreement or understanding between Campbell & Levine and any other person for the sharing of any compensation to be received for services rendered by Campbell & Levine in the case.

9.      All services for which compensation is requested by Campbell & Levine pursuant to this Application were performed for or on behalf of the P.I. Committee in this case.

10.      This is Campbell & Levine' First Interim Application.

### IV.    SUMMARY OF SERVICES RENDERED

12.      Campbell & Levine has maintained detailed records of the time spent in the rendition of professional services for the P.I. Committee during the Period.  Attached hereto as Exhibit A and incorporated herein by reference is a true and correct copy of the monthly billing statement prepared for the services rendered in this case by Campbell & Levine (the "Billing Statement").  The Billing Statement is in the same form regularly used by Campbell & Levine to bill its clients for services rendered and includes the date that the services were rendered, a detailed, contemporaneous narrative description of the services, the amount of time spent for each service and the designation of the professional who performed the service.

12.     As set forth on Exhibit A, Campbell & Levine rendered 69.10 hours of professional services during the Period, resulting in legal fees totaling $16,994.50 and associated reasonable and necessary expenses totaling $1,653.14.

13.     Set forth below are the rates for the expenses incurred by Campbell & Levine for which reimbursement is requested pursuant to this Application, as well as the basis for such rates for the identified expense items:

a)  Copy charges:  Campbell & Levine charges 10 cents per page for copies and such charge is based on an analysis of the cost to Campbell & Levine to make a copy;

b)  Computer research charges:  Campbell & Levine passes through on an exact cost basis all computer-assisted research charges; and

c)  Out-going facsimile charges: Campbell & Levine charges $0.50 for each page. These charges are based on an analysis of the cost to Campbell & Levine to send facsimile transmissions.  Campbell & Levine do not pass through to its client's expenses or charges related to incoming facsimile transmissions.

14.     The professionals at Campbell & Levine have substantial experience in bankruptcy, including bankruptcies involving mass tort liability, insolvency, corporate reorganization and debtor/creditor law and commercial law and have participated in numerous proceedings before this Court, as well as several other bankruptcy courts.

15.     The general areas in which Campbell & Levine has rendered professional services to the P.I. Committee during the Period in the case may be broadly characterized as follows:

a)  providing legal advice as counsel regarding the rules and practices of this Court applicable to the P.I. Committee's powers and duties as an official committee appointed under section 1102 of the Bankruptcy Code;

b)  providing legal advice as Delaware counsel regarding the rules and practices of this Court;

c)  preparing and reviewing as counsel applications, motions, complaints, answers, orders, agreements and other legal papers filed on or behalf of the P.I. Committee for compliance with the rules and practices of this Court;

d)  appearing in Court as counsel to present necessary motions, applications and pleadings and otherwise protecting the interests of the P.I. Committee and asbestos-related, personal injury creditors of the Debtors;

e)  investigating, instituting and prosecuting causes of action on behalf of the P.I. Committee and/or the Debtors' estates; and

f)  performing such other legal services for the P.I. Committee as the P.I. Committee believes may be necessary and proper in these proceedings.

16.    The generality of the foregoing description is amplified on a day-to-day basis by the Billing Statement attached as Exhibit A.

17.    Thus, through this First Interim Application, Campbell & Levine seeks interim allowance and payment of $16,994.50 in fees and $1,653.14 in expenses. A Notice of First Interim Application will be filed and served on all parties requesting notice under Bankruptcy Rule 2002 and the Application will be served on the parties specified in the Administrative Order.

## V.    ALLOWANCE OF COMPENSATION

18.    Campbell & Levine have endeavored to represent the P.I. Committee in the most expeditious and economical manner possible. Further, the professionals at Campbell & Levine have coordinated their activities with co-counsel to avoid duplication of effort on behalf of the P.I. Committee in the case whenever possible.

WHEREFORE, Campbell & Levine respectfully requests that the Court enter an Order approving this First Interim Application and directing payment of $16,994.50 in fees and reimbursement of $1,653.14 in expenses, and for such other and further relief as the Court deems just and proper.

CAMPBELL & LEVINE, LLC

Matthew G. Zaleski, III (I.D. #3557)
1201 N. Market Street
15th Floor
Wilmington, DE  19899
(302) 426-1900

Delaware and Associated Counsel for the
Official Committee of Asbestos Personal Injury
Claimants

Dated:   July 27, 2001

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER AWARDING COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Court considered the First Interim Application of Campbell & Levine, LLC

("Campbell & Levine"), for Interim Compensation and Reimbursement of Expenses as Delaware

and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants (the

"Application"), which Application requests allowance and payment of compensation and

reimbursement of expenses in accordance with §330 and §331 of the Bankruptcy Code, and it

appearing that notice of the Application was duly given in accordance with the provisions of the

Bankruptcy Rules, and no further notice being necessary, and upon the record being made before

this Court, and after due deliberation, and sufficient cause appearing therefore, it is hereby;

ORDERED that the Debtor is directed to pay Campbell & Levine $16,994.50 for fees and

reimburse Campbell & Levine $1,653.14 for expenses.


_____
Joseph J. Farnan, Jr.
United States District Court Judge

Dated: _____, 2001

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                              06/30/01
Wilmington  DE                         ACCOUNT NO: 3000-01D
                                       STATEMENT NO:        1

Asset Analysis and Recovery

|  |  | HOURS |  |
|---|---|---|---|
| 06/18/01 |  |  |  |
| MGZ | Review, finalize and prepare for service Objection to P.I. Modification Motion | 1.00 | 275.00 |
| MGZ | Telephone Conference with T. Swett re: objection to P.I. Modified Motion | 0.30 | 82.50 |
| MGZ | Telephone Conference with P. Lockwood re: P.I. Extension Motion and Objection | 0.50 | 137.50 |
| MGZ | Telephone Conference with T. Swett (2) re: Revised Objection to P.I. Modification Motion | 0.20 | 55.00 |
| MGZ | Review, finalize and file Objection to P.I. Modification Motion | 0.50 | 137.50 |
| 06/19/01 |  |  |  |
| MGZ | Review letter from D. Bernick re: time issues and scheduling for litigation | 0.10 | 27.50 |
| MGZ | Review of Perry Class Action Plaintiff's Objection to P.I. Motion | 0.40 | 110.00 |
| MGZ | Review of P.D. Committees Objection to Removal Motion | 0.10 | 27.50 |
| 06/20/01 |  |  |  |
| MGZ | Review of objections to Debtor's P.I. Motion | 1.80 | 495.00 |
| 06/21/01 |  |  |  |
| MGZ | Multiple meetings with S. Baena and D. Bernick re; P.I. Order and related issues | 1.00 | 275.00 |
| MGZ | Review correspondence and telephone |  |  |

W.R. Grace

Asset Analysis and Recovery

|  |  | HOURS |  |
|---|---|---|---|
| | conference with  J. Heberling re: P.I. order | 0.10 | 27.50 |
| **06/22/01** | | | |
| MGZ | Review correspondence from J. Heberling re: preliminary injunction hearing | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Heberling re: preliminary injunction hearing | 0.40 | 110.00 |
| MGZ | Review of correspondence from and telephone conference with H. Horwich re: Committees' Motion to Prosecute Fraudulent Conveyance Litigation | 0.30 | 82.50 |
| **06/26/01** | | | |
| DAC | Review of materials regarding NUM and sealed Air spin offs | 2.00 | 600.00 |
| **06/27/01** | | | |
| MGZ | Telephone Conference with W. Sudell re: request for extension on joint pros. motion | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with T. Tacconelli re: same | 0.10 | 27.50 |
| MGZ | Draft correspondence to P. Lockwood and T. Swett re: same | 0.20 | 55.00 |
| DAC | Continued review of memo regarding fraudulent transfer case and outline analysis of steps and issues | 2.00 | 600.00 |
| **06/28/01** | | | |
| MGZ | Review correspondence from P. Lockwood re: Joint Prosecution Motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with S. Baena re: same | 0.10 | 27.50 |
| | FOR CURRENT SERVICES RENDERED | 11.60 | 3,290.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 4.00 | $300.00 | $1,200.00 |

Page: 3

W.R. Grace                                                          06/30/01
                                              ACCOUNT NO: 3000-01D
                                              STATEMENT NO:        1

Asset Analysis and Recovery


Matthew G. Zaleski                    7.60        275.00      2,090.00

    TOTAL CURRENT WORK                                        3,290.00

    BALANCE DUE                                              $3,290.00
                                                             =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                    Page: 1
W.R. Grace                                        06/30/01
Wilmington  DE                    ACCOUNT NO: 3000-02D
                                  STATEMENT NO:        1
```

Asset Disposition

|  |  | HOURS |  |
|---|---|---:|---:|
| **06/20/01** | | | |
| MGZ | Telephone Conference with J. Denny re: Motion to Compel Assumption/Rejection | 0.30 | 82.50 |
| **06/27/01** | | | |
| MGZ | Telephone Conference with E. Inselbuch re: De Minimus sale and motion | 0.20 | 55.00 |
| MGZ | Review of draft motion to sell De Minimus assets | 0.20 | 55.00 |
| **06/28/01** | | | |
| MGZ | Review of De Minimus sale procedures motion | 0.30 | 82.50 |
| | FOR CURRENT SERVICES RENDERED | 1.00 | 275.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Matthew G. Zaleski | 1.00 | $275.00 | $275.00 |

```
    TOTAL CURRENT WORK                               275.00


    BALANCE DUE                                    $275.00
```

                                                    Page:  2
W.R. Grace                                          06/30/01
                                    ACCOUNT NO:  3000-02D
                                    STATEMENT NO:          1

Asset Disposition

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                    Page: 1
W.R. Grace                                        06/30/01
Wilmington  DE                      ACCOUNT NO: 3000-04D
                                    STATEMENT NO:        1
```

Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/18/01 |  |  |  |  |
|  | PEM | Telephone Conference with Zaleski re: omnibus negative notice pleading | 0.30 | 67.50 |
|  | SLP | Prepare case file materials, including updating pleadings | 1.70 | 153.00 |
| 06/19/01 |  |  |  |  |
|  | SLP | Continue preparation of case files and docketing | 1.00 | 90.00 |
| 06/20/01 |  |  |  |  |
|  | SLP | Review docket to obtain final DIP order | 0.20 | 18.00 |
|  | SLP | Continue docketing | 1.00 | 90.00 |
| 06/21/01 |  |  |  |  |
|  | MK | Retrieve and copy docket | 0.20 | 18.00 |
| 06/25/01 |  |  |  |  |
|  | MK | Create Committee sheet | 0.50 | 45.00 |
|  | PEM | Review correspondence and memos re: pending matters; review calendars and coordinate same | 0.60 | 135.00 |
| 06/26/01 |  |  |  |  |
|  | DAC | Conference call with associates re: case status issues | 0.50 | 150.00 |
|  | MK | Organization of C&L files | 0.50 | 45.00 |
|  | MGZ | Telephone Conference with D. Campbell and P. Milch re: general case information and |  |  |

```
                                              Page: 2
W.R. Grace                                  06/30/01
                              ACCOUNT NO: 3000-04D
                              STATEMENT NO:        1

Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
|  | background | 0.60 | 165.00 |
| PEM | Meeting to discuss case and matters with counsel (.4); review docket and pleadings of current matters (2.0) | 2.40 | 540.00 |
| SLP | Preparation and docketing of adversary case files | 1.00 | 90.00 |

**06/27/01**

|  |  |  |  |
|---|---|---|---|
| MK | Update C&L calendars re: fee applications; review service lists; filing of documents | 1.20 | 108.00 |
| MK | Review docket for various orders | 0.30 | 27.00 |

**06/28/01**

|  |  |  |  |
|---|---|---|---|
| PEM | Review Application to Engage nunc pro tunc | 0.20 | 45.00 |
| PEM | Review memos from counsel re: pending matters | 0.30 | 67.50 |
| MK | Update calendar re: conference call for PEM/DAC | 0.10 | 9.00 |
| MK | Prepare filed and binders for PEM/DAC | 0.60 | 54.00 |
|  | FOR CURRENT SERVICES RENDERED | 13.20 | 1,917.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.50 | $300.00 | $150.00 |
| Philip E. Milch | 3.80 | 225.00 | 855.00 |
| Matthew G. Zaleski | 0.60 | 275.00 | 165.00 |
| Stephanie L. Peterson | 4.90 | 90.00 | 441.00 |
| Michele Kennedy | 3.40 | 90.00 | 306.00 |

```
     TOTAL CURRENT WORK                          1,917.00


     BALANCE DUE                               $1,917.00
                                              ==========
```

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                              Page: 1
W.R. Grace                                                    06/30/01
Wilmington  DE                              ACCOUNT NO: 3000-05D
                                            STATEMENT NO:        1

Claims Administration and Objections

|  |  | HOURS |  |
|---|---|---|---|
| **06/14/01** | | | |
| DBS | Review Debtor's Motion for Omnibus claims objection/resolution process; review cases and rules implicated therein; draft Response | 3.00 | 900.00 |
| **06/19/01** | | | |
| MGZ | Meeting with P. Milch re: Objection to DeMinimus Claims Motion | 0.20 | 55.00 |
| MGZ | Review of Draft Objection to DeMinimus Claims Motion | 0.10 | 27.50 |
| MGZ | Review if P.D. Committees Objection to DeMinimus claims motion | 0.10 | 27.50 |
| MGZ | Review of Robert Locke obj. to P.I. Modification Motion | 0.40 | 110.00 |
| MGZ | Review Rutkowski Deel in Support of Locke Objection to P.I. Motion | 0.20 | 55.00 |
| **06/20/01** | | | |
| MGZ | Telephone Conference with J. Kapp re: claim settlement motion | 0.20 | 55.00 |
| MGZ | Revise objection to claim settlement motion | 0.80 | 220.00 |
| MGZ | Telephone Conference with T. Swett re: Objection to Claim Settlement Motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Milch re: Objection to Claim Settlement Motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Phillips' office re: Motion to Compel Payment | 0.10 | 27.50 |

Page: 2

W.R. Grace
06/30/01
ACCOUNT NO: 3000-05D
STATEMENT NO: 1

Claims Administration and Objections

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **06/21/01** | | | | |
| | MGZ | Telephone Conference with P. Lockwood re: objection to Claim Settlement Motion | 0.30 | 82.50 |
| | MGZ | Review and revise objection to Claim Settlement Motion | 1.00 | 275.00 |
| **06/22/01** | | | | |
| | MGZ | Telephone Conference with P. Lockwood re: objection to claim settlement motion | 0.10 | 27.50 |
| | MGZ | Finalize and file objection to claim settlement motion | 0.50 | 137.50 |
| | MGZ | Telephone Conference with E. Inselbuch re: upcoming Bar Date Motion | 0.20 | 55.00 |
| **06/26/01** | | | | |
| | DAC | Review Bar Date memo | 0.10 | 30.00 |
| **06/28/01** | | | | |
| | MGZ | Review of Debtor's Motion to Establish Bar Date and related materials | 0.60 | 165.00 |
| | MGZ | Draft Brief Memo to Committee re: Bar Date Motion | 0.20 | 55.00 |
| | MGZ | Telephone Conference with E. Strug re: same | 0.30 | 82.50 |
| | DAC | Telephone Conference re: Bar Date Motion and related pleadings | 0.50 | 150.00 |
| **06/29/01** | | | | |
| | PEM | Begin review of Grace Bar Date filings and memorandum in support filed by Debtor | 1.20 | 270.00 |
| | MGZ | Telephone Conference with P. Lockwood re: Bar Date Motion | 0.30 | 82.50 |
| | | FOR CURRENT SERVICES RENDERED | 10.60 | 2,945.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.60 | $300.00 | $180.00 |
| David B. Salzman | 3.00 | 300.00 | 900.00 |
| Philip E. Milch | 1.20 | 225.00 | 270.00 |
| Matthew G. Zaleski | 5.80 | 275.00 | 1,595.00 |

```
                                                        Page: 3
W.R. Grace                                             06/30/01
                                          ACCOUNT NO: 3000-05D
                                          STATEMENT NO:       1
Claims Administration and Objections
```

```
        TOTAL CURRENT WORK                         2,945.00


        BALANCE DUE                              $2,945.00
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/01 |
| Wilmington  DE | ACCOUNT NO: 3000-06D |
|  | STATEMENT NO:        1 |

Employee Benefits/Pensions

|  |  | HOURS |  |
|---|---|---|---|
| 06/18/01 |  |  |  |
| MGZ | Telephone Conference with J. Kapp re: Key Employee Retention Program Motion | 0.30 | 82.50 |
| MGZ | Telephone Conference with J. Sakalo re: Key Employee Retention Programs | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo re: Key Employee Retention Program | 0.20 | 55.00 |
| MGZ | Begin draft memo to Committee on Key Employee Retention Program | 0.50 | 137.50 |
| 06/19/01 |  |  |  |
| MGZ | Review of correspondence from J. Kapp re; Key Employee Programs | 0.10 | 27.50 |
| MGZ | Draft memo to Committee Members re: Key Employee Programs | 2.00 | 550.00 |
| MGZ | Revise and finalize memo to Committee Members re: Key Employee Programs | 0.50 | 137.50 |
| MGZ | Draft cover memo message re: Key Employee Programs | 0.10 | 27.50 |
| MGZ | Review of memo from L. Tersigni re: KERP issues | 0.20 | 55.00 |
| 06/20/01 |  |  |  |
| MGZ | Multiple telephone conferences with P. Lockwood re: KERP Motion | 0.40 | 110.00 |
| MGZ | Telephone Conference with N. Davis and J. Rice re: KERP Motion | 0.40 | 110.00 |
| MGZ | Telephone Conference with E. Inselbuch, P. Lockwood and P. Weitz re: KERP Motion | 0.30 | 82.50 |

W.R. Grace

Employee Benefits/Pensions

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Review pleadings and notes re: KERP Motion and negotiations | 0.80 | 220.00 |
| MGZ | Telephone Conference with T. Goldberg re: KERP Motion | 0.20 | 55.00 |
| MGZ | Multiple telephone conferences with J. Kapp re: KERP motion | 0.70 | 192.50 |
| MGZ | Review of correspondence from M. Kelly re: KERP motion | 0.10 | 27.50 |
| **06/21/01** |  |  |  |
| PEM | Telephone Conference with Lockwood re: KERP motion status | 0.10 | 22.50 |
| MGZ | Telephone Conference with N. Davis re: KRRP Motion and status | 0.40 | 110.00 |
| **06/25/01** |  |  |  |
| PEM | Review retention memo and rulings re: same | 0.40 | 90.00 |
| **06/29/01** |  |  |  |
| MGZ | Telephone Conference with J. Kapp re: Motion to Pay Employee Indemnification | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.20 | 55.00 |
|  | FOR CURRENT SERVICES RENDERED | 8.20 | 2,230.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.50 | $225.00 | $112.50 |
| Matthew G. Zaleski | 7.70 | 275.00 | 2,117.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 2,230.00 |
| BALANCE DUE | $2,230.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 06/30/01 |
| Wilmington  DE | ACCOUNT NO: 3000-07D |
|  | STATEMENT NO:        1 |

Fee/Employment Applications

|  |  | HOURS |  |
|---|---|---|---|
| **06/18/01** |  |  |  |
| MGZ | Finalize, file and cause Substitution of Counsel to be served | 0.60 | 165.00 |
| **06/25/01** |  |  |  |
| PEM | Begin work on Application conflicts, etc. | 0.40 | 90.00 |
| **06/26/01** |  |  |  |
| MGZ | Meeting with P. Milch re: preparation of retention application | 0.20 | 55.00 |
| **06/27/01** |  |  |  |
| MGZ | Telephone Conference with T. Taconelli re: PD Comm. Motion to Modify Fee Order | 0.10 | 27.50 |
| MGZ | Telephone Conference with E. Inselbuch re: same | 0.40 | 110.00 |
| MGZ | Telephone Conference with R. Tobin re: expert retention order | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Milch re: retention application and conflict searches | 0.10 | 27.50 |
| PEM | Work on applications to engage counsel and conflicts search | 0.40 | 90.00 |
| PEM | Review material re: Debtor's transfers and statutes re: same | 1.60 | 360.00 |
| **06/28/01** |  |  |  |
| DAC | Review memo re; counsel in fraudulent transfer matter; review material |  |  |

```
                                              Page: 2
W.R. Grace                                    06/30/01
                               ACCOUNT NO:    3000-07D
                               STATEMENT NO:         1

Fee/Employment Applications
```

```
                                       HOURS
        concerning firms               0.40      120.00
SLP Begin drafting application to retain
        Campbell & Levine              1.00       90.00
MGZ Review of Property Damage Motion to Amend
        Interim Compensation Order     0.30       82.50
MGZ Draft Affidavit in Support of Retention
        Application                    0.60      165.00
PEM Review Grace material from Inselbuch and
        motion of property damage re: modifying
        admin. order                   0.40       90.00

06/29/01
SLP Draft notice of retention application and
        revisions to same (.2); file and serve
        retention application (.3)      0.50       45.00
MGZ Review, revise and finalize Campbell &
        levine's Retention Application  1.00      275.00
MGZ Telephone Conference with Phil Milch re:
        Retention Application          0.10       27.50
MGZ Telephone Conference with P. Lockwood re:
        same                           0.10       27.50
                                       ─────     ────────
        FOR CURRENT SERVICES RENDERED  8.40    1,902.50
```

```
                         RECAPITULATION
TIMEKEEPER                 HOURS  HOURLY RATE       TOTAL
Douglas A. Campbell         0.40   $300.00     $120.00
Philip E. Milch             2.80    225.00      630.00
Matthew G. Zaleski          3.70    275.00    1,017.50
Stephanie L. Peterson       1.50     90.00      135.00


        TOTAL CURRENT WORK                     1,902.50


        BALANCE DUE                          $1,902.50
                                             ═════════
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |                    |
|----------------|--------------------|
|                | Page: 1            |
| W.R. Grace     | 06/30/01           |
| Wilmington  DE | ACCOUNT NO: 3000-10D |
|                | STATEMENT NO:     1 |

Litigation

|  |  | HOURS |  |
|---|---|---|---|
| **06/18/01** | | | |
| MGZ | Telephone Conference with R. Tobin re: Expert Retention Motion | 0.20 | 55.00 |
| MGZ | Telephone Conference with J. Kapp re: Expert Retention Motion | 0.20 | 55.00 |
| MGZ | Telephone Conference with J. Kapp re: Expert Retention Motion | 0.10 | 27.50 |
| **06/20/01** | | | |
| MGZ | Review revised form of Order on Expert Retention Motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with S. Schwartz re: Revised Expert Order | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Kapp re: Revised Expert Order | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: Revised Expert Order | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: hearing on P.I. Motion | 0.30 | 82.50 |
| MGZ | Telephone Conference with R. Higgens re: revised forms of Order for 6/21 hearing | 0.10 | 27.50 |
| MGZ | Review of Debtor's agenda for 6/21 hearing | 0.10 | 27.50 |
| MGZ | Telephone Conference with Pachilski Stanley re: agenda for 6/21 hearing | 0.10 | 27.50 |
| **06/21/01** | | | |
| MGZ | Telephone Conference with P. Lockwood re: preparation for hearing | 1.10 | 302.50 |

Page: 2

W.R. Grace                                              06/30/01
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:        1

Litigation

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Telephone Conference with J. Kapp re: preparation for hearing | 0.50 | 137.50 |
| MGZ | Review of pleadings re: preparation for omnibus hearing | 2.30 | 632.50 |
| MGZ | Telephone Conference with E. Inselbuch re: preparation for omnibus hearing | 0.20 | 55.00 |

06/22/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone Conference with P. Lockwood re: results of omnibus hearing | 0.50 | 137.50 |
| MGZ | Telephone Conference with E. Inselbuch re: results of omnibus hearing | 0.30 | 82.50 |

06/26/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Draft brief memo re: 6/21 omnibus hearing | 0.60 | 165.00 |

06/27/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Review and revise memo on 6/21 omnibus hearing | 0.40 | 110.00 |

FOR CURRENT SERVICES RENDERED                   7.40   2,035.00

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 7.40 | $275.00 | $2,035.00 |

TOTAL CURRENT WORK                                      2,035.00

BALANCE DUE                                          $2,035.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                              Page: 1
W.R. Grace                                    06/30/01
Wilmington  DE                     ACCOUNT NO: 3000-15D
                                   STATEMENT NO:        1


Committee Administration




                                              HOURS
06/20/01
     MGZ Draft calendar of critical dates for
         Committee Members                     1.20      330.00
     MGZ Telephone Conference with Nate Finch re:
         confidentiality stipulation           0.20       55.00
     MGZ Telephone Conference with R. Tobin re:
         confidentiality stipulation           0.20       55.00
     MGZ Review correspondence from R. Tobin re:
         confidentiality stipulation           0.10       27.50
     MGZ Review Court's Docket for recent
         pleadings re: preparation of critical
         dates calendar                        0.60      165.00

06/21/01
     MGZ Continue draft of critical documents for
         Committee Members                     0.50      137.50

06/22/01
     MGZ Continue preparation of critical
         documents calendar for Committee members  0.70  192.50
     PEM Telephone Conference with M. Zaleski re:
         pending matters for memos              0.20       45.00

06/27/01
     MGZ Telephone Conference with P. Milch re:
         Committee function/process issues      0.20       55.00
     MGZ Review of correspondence from E.
         Inselbuch re: committee conference call  0.10     27.50

```
                                                        Page: 2
W.R. Grace                                              06/30/01
                                          ACCOUNT NO: 3000-15D
                                          STATEMENT NO:        1
Committee Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| 06/29/01 |  |  |  |
| DAC | Committee conference call; telephone conference with P. Lockwood re; fraudulent transfer issues | 1.50 | 450.00 |
| PEM | Telephone Conference with Lockwood re: issues in case and strategy | 0.40 | 90.00 |
| MGZ | Draft Critical Dates Calendar for Committee members | 1.00 | 275.00 |
| MGZ | Telephone Conference with P. Lockwood re: Critical Dates Calendar | 0.20 | 55.00 |
| MGZ | Finalize Critical Dates Calendar for Committee members | 0.30 | 82.50 |
| MGZ | Participate in telephonic meeting of Committee | 0.80 | 220.00 |
| MGZ | Telephone Conference with J. Heberling re: case status and pending matters | 0.50 | 137.50 |
|  | FOR CURRENT SERVICES RENDERED | 8.70 | 2,400.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.50 | $300.00 | $450.00 |
| Philip E. Milch | 0.60 | 225.00 | 135.00 |
| Matthew G. Zaleski | 6.60 | 275.00 | 1,815.00 |

```
TOTAL CURRENT WORK                                     2,400.00


BALANCE DUE                                         $2,400.00
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

W.R. Grace

Page: 2
06/30/01
ACCOUNT NO:    3000

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                      06/30/01
Wilmington  DE                               ACCOUNT NO:     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 0.00 | 0.00 | 1,653.14 | 0.00 | 0.00 | $1,653.14 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 0.00 | 3,290.00 | 0.00 | 0.00 | 0.00 | $3,290.00 |
| 3000-02 Asset Disposition | | | | | |
| 0.00 | 275.00 | 0.00 | 0.00 | 0.00 | $275.00 |
| 3000-04 Case Administration | | | | | |
| 0.00 | 1,917.00 | 0.00 | 0.00 | 0.00 | $1,917.00 |
| 3000-05 Claims Administration and Objections | | | | | |
| 0.00 | 2,945.00 | 0.00 | 0.00 | 0.00 | $2,945.00 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 0.00 | 2,230.00 | 0.00 | 0.00 | 0.00 | $2,230.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 0.00 | 1,902.50 | 0.00 | 0.00 | 0.00 | $1,902.50 |
| 3000-10 Litigation | | | | | |
| 0.00 | 2,035.00 | 0.00 | 0.00 | 0.00 | $2,035.00 |
| 3000-15 Committee Administration | | | | | |
| 0.00 | 2,400.00 | 0.00 | 0.00 | 0.00 | $2,400.00 |
| 0.00 | 16,994.50 | 1,653.14 | 0.00 | 0.00 | $18,647.64 |

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

```
                                                       Page: 1
W.R. Grace                                             06/30/01
Wilmington  DE                       ACCOUNT NO: 3000-00D
                                     STATEMENT NO:        1
```

Costs and Expenses

| | | |
|---|---|---:|
| 06/18/01 | Photocopying - 6 copies of Sub. of Counsel (6 pages) | 3.60 |
| 06/18/01 | Parcels, Inc. - Delaware Document Retrieval (Photocopying, Mailing, Serving Locals, Fedex Mailing) | 40.00 |
| 06/18/01 | Parcels, Inc. - Delaware Document Retrieval (Photocopying, Mailing, Serving Locals, Fedex Mailing) | 65.00 |
| 06/18/01 | Parcels, Inc. - Delaware Document Retrieval (Photocopying, Mailing, Serving Locals, Fedex Mailing) | 20.00 |
| 06/18/01 | Parcels, Inc. - Delaware Document Retrieval (Photocopying, Mailing, Serving Locals, Fedex Mailing) | 108.95 |
| 06/18/01 | Parcels, Inc. - Delaware Document Retrieval (Photocopying, Mailing, Serving Locals, Fedex Mailing) | 104.86 |
| 06/20/01 | FAX to Matt Zaleski - 5 pages | 2.50 |
| 06/20/01 | FAX to Peter Lockwood - 4 pages (Order) | 2.00 |
| 06/21/01 | FAX to Peter Lockwood - 7 pages | 3.50 |
| 06/22/01 | FAX to Hal Horwich - 14 pages | 7.00 |
| 06/22/01 | Photocopying - 7 copies of Obj. to Motion Authorizing Omnibus Procedure (17 pages) | 11.90 |
| 06/26/01 | Photocopying - One copy of document (13 pages) | 1.30 |
| 06/28/01 | Photocopying - Two copies of various documents (400 pages) | 80.00 |
| 06/28/01 | Parcels, Inc. - Delaware Document Retrieval (Photocopying, Mailing, Serving Locals, Fedex Mailing) | 15.00 |
| 06/29/01 | FAX to 15 Committee Members - 6 pages | 45.00 |

```
                                              Page: 2
      W.R. Grace                              06/30/01
                                 ACCOUNT NO: 3000-00D
                                 STATEMENT NO:        1

      Costs and Expenses
```

| | | |
|---|---|---:|
| 06/29/01 | FAX to Nancy Worth Davis - 16 pages | 8.00 |
| 06/29/01 | FAX to Elihu Inselbuch - 16 pages (Claim Form) | 8.00 |
| 06/29/01 | Photocopying - 16 copies of Retention Application (7 pages) | 11.20 |
| 06/29/01 | Parcels, Inc. - Delaware Document Retrieval (Photocopying, Mailing, Serving Locals, Fedex Mailing) | 22.50 |
| 06/29/01 | Parcels, Inc. - Delaware Document Retrieval (Photocopying, Mailing, Serving Locals, Fedex Mailing) | 75.00 |
| 06/30/01 | Parcels, Inc. - Delaware Document Retrieval (Photocopying, Mailing, Serving Locals, Fedex Mailing) | 1,002.83 |
| 06/30/01 | Parcels, Inc. - Delaware Document Retrieval (Photocopying, Mailing, Serving Locals, Fedex Mailing) | 15.00 |
| | TOTAL EXPENSES | 1,653.14 |
| | TOTAL CURRENT WORK | 1,653.14 |
| | BALANCE DUE | $1,653.14 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.