**IN THE UNITED STATES BANKRUPTCY COURT**

**ORIGINAL**

**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **W.R. GRACE & CO., et al.,**[1] | : | **Case No. 01-01139 (JJF)** |
|  | : |  |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : |  |

**SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE ON BEHALF OF
FTI POLICANO & MANZO PURSUANT TO RULES 2014(a) AND 2016(a) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

STATE OF NEW JERSEY    )
                                           )ss.
COUNTY OF BERGEN       )

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

1.    I am a Managing Director of FTI Policano & Manzo, ("FTI P&M"), an operating

unit of FTI Consulting, Inc. ("FTI"), and I am duly authorized to make this affidavit on behalf of

FTI P&M.  FTI P&M provides financial consulting services for restructuring matters and has its

---

[1]    The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company , Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

698
749

principal office at Park 80 West Plaza I, Saddle Brook, New Jersey.

2.    On May 17, 2001, FTI P&M filed an Application for Retention of FTI P&M as Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee").

3.    In support of the Application, FTI P&M filed an Affidavit in accordance with Rules 2014(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Original Affidavit"). The Order granting the Application was signed by this Court on June 21, 2001.

4.    I incorporate in this Supplemental Affidavit all the statements made in the Original Affidavit which was filed with this Court on May 17, 2001.

5.    Following the filing of the Original Affidavit, I was informed that FTI P&M has in the past been and currently is represented by Duane, Morris & Heckscher LLP (hereinafter "DM&H"), the Committee's local counsel, in unrelated matters.

6.    Based on this firm's ongoing relationship with DM&H, DM&H was asked to review a proposed Confidentiality Agreement between the Debtor and FTI P&M on an emergent basis as a condition to permitting FTI P&M access to the books and records of the Debtor in this case.

7.    FTI P&M did execute and deliver to the Debtor the Confidentiality Agreement and did provide a copy of that Agreement to Stroock & Stroock & Lavan LLP, the Committee's co-counsel in this case.

8.    Based upon the preceding information, the Original Affidavit and this Supplemental Affidavit, I believe that FTI P&M does not hold or represent an interest adverse to the Debtors' estates in the matters upon which FTI P&M is to be employed, and FTI P&M is

"disinterested" as that term is defined in §101(14) of the Bankruptcy Code, as modified by

§1107(b) of the Bankruptcy Code.

DATED: July 24, 2001

_____
Edwin N. Ordway, Jr.

Sworn to before me this
_____ day of July, 2001

_____
Notary Public
NWK\36430.1

**KATHIE JOZANOVIC**
**NOTARY PUBLIC OF NEW JERSEY**
**COMMISSION EXPIRES 09/11/05**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et</u> <u>al.</u>, | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, William K. Harrington, Esquire, certify that I am not less than 18 years of age, and that

service of a copy of the attached **Supplemental Affidavit And Disclosure On Behalf Of FTI**

**Policano & Manzo Pursuant To Rules 2014(a) And 2016(a) Of The Federal Rules Of**

**Bankruptcy Procedure** was made July 27, 2001, upon:

> All of the parties indicated on the attached Service List by first
> class mail, postage prepaid, or as otherwise indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.


_____7-27-01_____
Date

_____William K. Harrington_____
William K. Harrington

WLM\147522.1

- 3 -

# W.R. GRACE & CO.
## 2002 SERVICE LIST

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Floria  32399-3000

Robert T. Aulgur, Jr., Esquire
313 N. DuPont Highway
Suite 200
Odessa, DE 19730
*Counsel for Toyota Motor Credit*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606
*Counsel to DIP Lender*

Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131
*Official Committee of Property Damage Claimants*

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia  30309

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
*Counsel to Sealed Air Corporation*

WLM\146956.1

Mr. James A. Bane
KMCC 204029
P.O. Box 710
Keen Mountain, VA  24624

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
***Counsel for Wells Fargo Bank Minnesota, National Association***
Telephone:    (714) 436-6800
Facsimile:     (714) 436-2800

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204
***Counsel for Asbestos Claimants***

Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD  21701

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA  02110-2699

William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
***Local Counsel to Asbestos Claimants***

WLM\146956.1

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903
***Counsel for Berry & Berry***

James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY 10178
***Counsel for Delco Development Company***
Telephone:    (212) 808-7800
Facsimile:    (212) 808-7897

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
***Counsel for The Chase Manhattan***

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ  08618

Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006
***Counsel for numerous asbestos claimants***

WLM\146956.1

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
***Counsel for The Chase Manhattan Bank***

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland 21043

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, New Jersey 07663

Credit Lyonnais
1301 Avenue of the Americas
New York, New York 10019-0602

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, Tennessee 38103

WLM\146956.1

Curtis J. Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
***Counsel for Century Indemnity Company***
Telephone:    (302) 654-0424
Facsimile:    (302) 654-0245
E-mail:        crowtherc@whitewms.com

DAP Products Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street
Suite 200
Baltimore, MD 21224
Telephone:    (410) 675-2100

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465
***Counsel to Asbestos Claimants***

Maggie De La Rosa
Provost * Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, Texas  77701

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108
***Counsel for SAP America, Inc.***

WLM\146956.1

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

District Director
IRS
409 Silverside Road
Wilmington, DE  19809

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, California  94111

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101
***Counsel for Public Service Electric and Gas Company***

WLM\146956.1

Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE 19801
***Counsel for Potash Corp.***
Telephone:    (302) 777-6500
Facsimile:    (302) 656-8865

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

Leonard P. Goldberger, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
***Counsel for Century Indemnity Company***
Telephone:    (215) 864-6376
Facsimile:    (215) 864-7123
E-mail:        goldbergerl@whitewms.com

Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, New York  10022

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY  10176

Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH  4308

WLM\146956.1

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts  02110-2624

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

WLM\146956.1

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA   94612-1413

Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, New York  10007

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242
Telephone:      (757) 533-4940
Facsimile:      (757) 533-4943
E-mail:         william.johnson@nscorp.com

WLM\146956.1

Laura Davis Jones, Esquire
David Carickhoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
***Counsel to Debtors and Debtors in Possession***

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899
***Counsel for Property Damage Claimants***

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102
***Counsel to Official Committee of Unsecured Creditors***

Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue
Suite 2600
New Orleans, LA 70113
Telephone:     (504) 576-2240
Facsimile:     (504) 576-4150

WLM\146956.1

Jeffrey Kaufman, Esquire
Gerald F. Ellersdorfer, Esquire
Kaufman & Logan LLP
111 Pine Street
Suite 1300
San Francisco, CA 94111
**Counsel for Interested Parties and**
**Clerk of the Bankruptcy Court**
Telephone:    (415) 392-6677
Facsimile:    (415) 391-4639

Michael T. Kay, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674
Attn: Nancy Draves
**Counsel for The Dow Chemical Company, Hampshire**
**Chemical Corp. and Union Carbide Corporation**
Telephone:    (517) 636-1934
Facsimile:    (517) 638-9393

Anne Marie P. Kelley, Esquire
Dilworth Paxson LLP
Liberty View - Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
**Counsel for The Dow Chemical Company, Hampshire**
**Chemical Corp. and Union Carbide Corporation**
Telephone:    (856) 663-8877
Facsimile:    (856) 663-8855

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas  77017

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

WLM\146956.1

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
***Counsel to Official Committee of Unsecured Creditors***
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        mlastowski@duanemorris.com

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201

WLM\146956.1

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Mary M. MaloneyHuss
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE  19801

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

Thomas J. Matz, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
***Counsel for Snack, Inc.***
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas  77010

WLM\146956.1

Vahe Melkonian, Esquire
Newco Management Company, LLC
6320 Canoga Avenue
Suite 1430
Woodland Hills, CA 91367
***Counsel for Snack, Inc.***
Telephone:    (818) 716-2020
Facsimile:    (818) 716-2021

Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
***Counsel for Gamma Holdings, N.V.***
Telephone:    (302) 652-8400
Facsimile:    (302) 652-8405
E-mail:       samelnik@skfdelaware.com

Richard M. Meth, Esquire
Herrick, Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, New Jersey  07105

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19801
***Counsel for Ingersoll-Rand Fluid Products***

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

WLM\146956.1

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, Arizona  85007-1278

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA  98104-7078

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
***Counsel for Asbestos Claimants***
Telephone:      (732) 636-8000
Facsimile:      (732) 855-6117

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

Peninsula Capital Advisors, L.L.C.
404B East Main Street
Second Floor
Charlottesville, VA 22902
Attn: Ted Weschler
Telephone:      (804) 297-0811
Facsimile:      (804) 220-9321

WLM\146956.1

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA  19106
*U.S. Trustee*

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department - Bankruptcy
13501 Katy Freeway
Room W1-562
Houston, TX 77079-1398
Telephone:    (281) 588-4758
Facsimile:    (281) 588-4606
E-mail:       karen.s.burgess@exxon.com

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100
*Counsel to Debtors and Debtors in Possession*

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Randall A. Rios, Esquire
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana
Suite 4600
Houston, TX 77002
*Counsel for Huntsman Corporation*
Telephone:    (713) 222-1470
Facsimile:    (713) 222-1475

WLM\146956.1

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
*Counsel for Ingersoll-Rand Fluid Products*

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY  10020

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

Lynn M. Ryan, Esquire
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490
*Counsel for Wells Fargo Bank Minnesota, National Association*
Telephone:     (212) 858-1000
Facsimile:      (212) 858-1500

WLM\146956.1

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, Tennessee  38103

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
***Counsel for Entergy Services, Inc.***
Telephone:    (302) 552-4200
Facsimile:    (302) 552-4295

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC  20020

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA  30326-1232

WLM\146956.1

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
*Counsel for Norfolk Southern Corporation*
Telephone:    (302) 984-6000
Facsimile:    (302) 658-1192
E-mail:        lsilverstein@pacdelaware.com

Danice Sims
P.O. Box 66658
Baton Rouge, Louisiana  70896

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
*Counsel to Debtor*

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

WLM\146956.1

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207
**Tennessee Department of Environment and Conservation – Superfund**

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Derrick Tay, Esquire
Meighen Demers
P.O. Box 8705, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA
**Canadian counsel for Debtor**

Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
100 North Tryon Street, Suite 4000
Charlotte, North Carolina  28202-4010

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah  83536-9229

WLM\146956.1

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022
Telephone:    (212) 972-4900
Facsimile:    (212) 972-4929
E-mail:    dorine.vork@stibbe.nl

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103
*Counsel for PPG Industries, Inc.*

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601
*Counsel for Potash Corp.*
Telephone:    (312) 558-5600
Facsimile:    (312) 558-5700

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE  19899

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
*Local Counsel to DIP Lender*

WLM\146956.1

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

Michael I. Zousmer, Esquire
Robert S. Hertzberg, Esquire
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road
Suite 300
Bloomfield Hills, MI 48302-0183
***Counsel for Rupple K. Perry***
Telephone:    (248) 335-5000

WLM\146956.1