# Exhibit B
## Summary of Reclamation Claims

|   | Vendor Name | Total Claim Amount | Total Deemed Invalid | Preliminary Valid Amount |
|---|---|---|---|---|
| 1 | Air Products | $21,649 | $21,649 | $0 |
| 2 | Akrochem Corporation | 20,505 | 20,505 | 0 |
| 3 | Atlanta Belting Co | 17,424 | 17,424 | 0 |
| 4 | BASF | 214,412 | 214,412 | 0 |
| 5 | Bayer Corporation | 0 | 0 | 0 |
| 6 | BCS | 120,375 | 120,375 | 0 |
| 7 | Cargill Inc. | 23,179 | 23,179 | 0 |
| 8 | Celanese | 9,247 | 0 | 9,247 |
| 9 | Climax Molybdenum | 122,275 | 122,275 | 0 |
| 10 | Crompton | 2,141 | 2,141 | 0 |
| 11 | Cyro Industries | 28,036 | 0 | 28,036 |
| 12 | Dell | 38,518 | 13,480 | 25,038 |
| 13 | Dow | 329,711 | 329,711 | 0 |
| 14 | Elkem | 5,275 | 5,275 | 0 |
| 15 | Excalibur | 863 | 863 | 0 |
| 16 | ExxonMobil | 23,192 | 23,192 | 0 |
| 17 | Floridin | 11,652 | 11,652 | 0 |
| 18 | Georgia Pacicic | 0 | 0 | 0 |
| 19 | Goodyear Tire & Rubber | 173,292 | 173,292 | 0 |
| 20 | Greif Bros. Corporation | 0 | 0 | 0 |
| 21 | Huntsman Petrochemical | 352,132 | 352,132 | 0 |
| 22 | International Paper | 183,976 | 142,576 | 41,400 |
| 23 | Lehigh Portland | 5,751 | 5,751 | 0 |
| 24 | Leco Corporation | 31,192 | 0 | 31,192 |
| 25 | Loparex | 273,920 | 273,920 | 0 |
| 26 | Lyondell | 126,734 | 126,734 | 0 |
| 27 | Marblehead Lime, Inc | 1,870 | 1,870 | 0 |
| 28 | Niro Inc. | 15,334 | 15,334 | 0 |
| 29 | Owens Corning | 66,510 | 66,510 | 0 |
| 30 | Oxy Vinyls | 55,482 | 55,482 | 0 |
| 31 | PPG | 263,343 | 263,343 | 0 |

| | | | | |
|---|---|---:|---:|---:|
| 32 | Rohm & Haas Company | 107,510 | 102,151 | 5,359 |
| 33 | HM Royal. | 10,683 | 10,683 | 0 |
| 34 | Soprema Inc. | 70,010 | 70,010 | 0 |
| 35 | Southern Bag | 135,809 | 68,743 | 67,066 |
| 36 | U.S. Gypsum | 19,997 | 19,997 | 0 |
| 37 | VWR Scientific Products | 58,619 | 58,619 | 0 |
| 38 | WESCO | 32,974 | 26,791 | 6,183 |
| 39 | Xpedx | 526 | 526 | 0 |
| | **Total** | **$2,974,118** | **$2,760,597** | **$213,522** |