**Exhibit C**
**Reclamation Report**

| | Vendor Name | Letter Dated | Total Claim Amount | Amounts in the Reclamation Demand Deemed to be Invalid | | | | Preliminary Valid Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | Paid | Receipt Date | No Longer in Grace's Possession | Unsubstantiated Claims | |
| 1 | Air Products | April 13, 2001 | $21,649 | $0 | $0 | $21,649 **(A)** | $0 | $0 |
| 2 | Akrochem Corporation | April 4, 2001 | 20,505 | 0 | 0 | 20,505 **(A)** | 0 | 0 |
| 3 | Atlanta Belting Co | May 2, 2001 | 17,424 | 0 | 17,424 **(C)** | 0 | 0 | 0 |
| 4 | BASF | April 4, 2001 | 214,412 | 108,105 | 0 | 76,176 **(A)** | 30,131 **(K)** | 0 |
| 5 | Bayer Corporation | April 2, 2001 | 0 | 0 | 0 | 0 | 0 **(B)** | 0 |
| 6 | BCS | April 3, 2001 | 120,375 | 10,277 | 0 | 110,098 **(A)** | 0 | 0 |
| 7 | Cargill Inc. | April 2, 2001 | 23,179 | 23,179 | 0 | 0 | 0 | 0 |
| 8 | Celanese | April 3, 2001 | 9,247 | 0 | 0 | 0 | 0 | 9,247 **(E)** |
| 9 | Climax Molybdenum | April 3, 2001 | 122,275 | 0 | 0 | 122,275 **(A)** | 0 | 0 |
| 10 | Crompton | April 11, 2001 | 2,141 | 0 | 0 | 2,141 **(A)** | 0 | 0 |
| 11 | Cyro Industries | April 5, 2001 | 28,036 | 0 | 0 | 0 | 0 | 28,036 **(E)** |
| 12 | Dell | April 6, 2001 | 38,518 | 0 | 0 | 0 | 13,480 **(D)** | 25,038 |
| 13 | Dow | April 3, 2001 | 329,711 | 129,731 | 0 | 78,656 **(A)** | 121,323 **(H)** | 0 |
| 14 | Elkem | April 3, 2001 | 5,275 | 0 | 0 | 5,275 **(A)** | 0 | 0 |
| 15 | Excalibur | May 8, 2001 | 863 | 863 | 0 | 0 | 0 | 0 |
| 16 | ExxonMobil | April 11, 2001 | 23,192 | 23,192 | 0 | 0 | 0 | 0 |
| 17 | Floridin | April 10, 2001 | 11,652 | 0 | 0 | 8,502 **(A)** | 3,150 **(G)** | 0 |
| 18 | Georgia Pacicic | April 2, 2001 | 0 | 0 | 0 | 0 | 0 **(B)** | 0 |
| 19 | Goodyear Tire & Rubber | April 5, 2001 | 173,292 | 34,424 | 138,869 **(G)** | 0 | 0 | 0 |
| 20 | Greif Bros. Corporation | April 2, 2001 | 0 | 0 | 0 | 0 | 0 **(B)** | 0 |
| 21 | Huntsman Petrochemical | April 2, 2001 | 352,132 | 210,572 | 0 | 141,560 **(A)** | 0 | 0 |
| 22 | International Paper | April 2, 2001 | 183,976 | 18,360 | 0 | 24,743 **(A)** | 99,473 **(G)** | 41,400 **(E)** |
| 23 | Lehigh Portland | April 5, 2001 | 5,751 | 2,968 | 0 | 2,983 **(A)** | 0 | 0 |
| 24 | Leco Corporation | April 2, 2001 | 31,192 | 0 | 0 | 0 | 0 | 31,192 **(E)** |
| 25 | Loparex | April 11, 2001 | 273,920 | 0 | 0 | 190,800 **(A)** | 83,120 **(G)** | 0 |
| 26 | Lyondell | April 3, 2001 | 126,734 | 126,734 | 0 | 0 | 0 | 0 |
| 27 | Marblehead Lime, Inc | April 12, 2001 | 1,870 | 0 | 0 | 1,870 **(A)** | 0 | 0 |
| 28 | Niro Inc. | April 18, 2001 | 15,334 | 0 | 0 | 14,752 **(A)** | 583 **(G)** | 0 |
| 29 | Owens Corning | April 2, 2001 | 66,510 | 66,510 | 0 | 0 | 0 | 0 |
| 30 | Oxy Vinyls | April 6, 2001 | 55,482 | 0 | 0 | 0 | 55,482 **(G)** | 0 |
| 31 | PPG | April 9, 2001 | 263,343 | 0 | 0 | 263,343 **(A)** | 0 | 0 |
| 32 | Rohm & Haas Company | April 5, 2001 | 107,510 | 36,661 | 65,520 **(G)** | 0 | 0 | 5,359 **(E)** |
| 33 | HM Royal. | April 6, 2001 | 10,683 | 3,930 | 0 | 6,753 **(A)** | 0 | 0 |
| 34 | Soprema Inc. | April 11, 2001 | 70,010 | 70,010 | 0 | 0 | 0 | 0 |
| 35 | Southern Bag | April 12, 2001 | 135,809 | 0 | 0 | 68,743 **(A)** | 0 | 67,066 **(E)** |
| 36 | U.S. Gypsum | April 5, 2001 | 19,997 | 5,061 | 0 | 9,904 **(A)** | 5,032 **(G)** | 0 |
| 37 | VWR Scientific Products | April 4, 2001 | 58,619 | 58,619 | 0 | 0 | 0 | 0 |
| 38 | WESCO | April 3, 2001 | 32,974 | 0 | 16,928 **(G)** | 26,760 **(A)** | 9,863 **(G)** | 6,183 **(E)** |
| 39 | Xpedx | April 17, 2001 | 526 | 0 | 526 **(C)** | 0 | 0 | 0 |
| | **Total** | | **$2,974,118** | **$929,196** | **$239,267** | **$1,197,486** | **$421,637** | **$213,522** |

Notes:

(A) The product was consumed by Grace prior to Grace receiving the reclamation notice.
(B) The reclamation request contained no invoice numbers or claim amounts. Grace was unable to identify the goods in
(C) The notice of reclamation is dated more than 20 days after Grace received the subject goods.
(D) Dell did not supply sufficient information to match claims with invoices in the amount of $13,479.97. The
   remaining $25.037.70 of materials were on hand when the reclamation demand was received.
(E) Inventory or materials were on hand at the time the notice of reclamation was received.
(F) Goods were received more than 10 days prior to the petition filing date.
(G) Insufficient information was available to match claim with invoices.
(H) Information was received from Dow Chemical Company too late to analyze prior to the timely filing of the motion to
   which this report is attached. As discussed in the motion, the Debtors reserve their right to modify or supplement
   this Reclamation Report based on this or other information that the Debtors may receive in the future.