IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 2, 2001 AT 1:00 P.M.**

**CONTINUED MATTERS**

1.    *Request for Direction from Bankruptcy Court by Interested Parties Hartford
Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance
Company (Docket No. 473)*

**Related Documents:**

a.    Certificate of Service re: Docket No. 473 (Docket No. 473)

b.    Notice of First Request and Hearing re: Docket No. 629 (Docket No. 629)

c.    Certificate of Service re: Docket No. 629 (Docket No. 629)

**Response Deadline:**  August 1, 2001 at 4:00 p.m.

**Responses Received:**  None as of the date of this Agenda Notice.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &
Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a
Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico,
Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston
Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa
Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace
Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II
Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures
Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos
Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association,
Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming,
Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross
Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Status:**  This matter will be continued to the September 20, 2001 hearing date.

## UNCONTESTED MATTERS

2.     *Motion of First Union Commercial Corporation for an order (I) Compelling Debtors to Assume or Reject Equipment Lease and to Comply with Post-Petition Lease Obligations Under Section 365(d)(10) of the Bankruptcy Code Pending Assumption or Rejection, and (II) Allowing and Directing Payment of an Administrative Claim for First Union Commercial Corporation for Unpaid Rent Under the Equipment Lease (Docket No. 483)*

**Related Documents:**

a.     [Proposed] Order Granting Motion of First Union Commercial Corporation for an order (I) Compelling Debtors to Assume or Reject Equipment Lease and to Comply with Post-Petition Lease Obligations Under Section 365(d)(10) of the Bankruptcy Code Pending Assumption or Rejection, and (II) Allowing and Directing Payment of an Administrative Claim for First Union Commercial Corporation for Unpaid Rent Under the Equipment Lease (Docket No. 483)

b.     Certificate of Service re: Docket No. 483 (Docket No. 483)

c.     Notice of Motion and Hearing re: Docket No. 483 (Docket No. 524)

d.     Certificate of Service re: Docket No. 524 (Docket No. 524)

**Response Deadline:**  June 29, 2001 at 4:00 p.m., except with respect to the Debtors, the response deadline is July 28, 2001, pursuant to an agreement among the parties.

**Responses Received:**  None as of the date of this Agenda Notice.

**Status:**  This matter will be going forward.  The Debtors intend to submit a revised order reflecting the agreements reached among the parties.

## CONTESTED MATTERS

3.     *Motion of the Debtors for Entry of an Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets (Docket No. 533)*

**Related Documents:**

a.     Notice of Motion of the Debtors for Entry of an Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets (Docket No. 533)

b.     [Proposed] Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets (Docket No. 533)

c.     Affidavit of Service re: Docket No. 533 (Docket No. 533)

**Response Deadline:**  July 13, 2001 at 4:00 p.m.

**Responses Received:**

a.      Limited Objection of First Union Commercial Corporation to Motion of the Debtors for Entry of an Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets (Docket No. 573)

b.      Response and Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of the Debtors for Entry of an Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets (Docket No. 574)

c.      Objection of the Official Committee of Asbestos Personal Injury Claimants to the Motion of Debtors for Entry of an Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets (Docket No. 610)

**Status:**  This matter will be going forward.

Dated: July 31, 2001

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

/s/
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (CA Bar No. 181564)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession