CERTIFICATE OF SERVICE

       I, David W. Carickhoff, Jr., hereby certify that a copy of the foregoing documents was served upon the persons on the attached service list in the manner indicated on this 31st day of July, 2001:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 2, 2001 AT 1:00 P.M.**

        /s/
David W. Carickhoff, Jr. (DE Bar No. 3715)
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel:   (302) 652-4100
Fax:   (302) 652-4400