# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W. R. GRACE & CO., et al.[1] ) | **Case No. 01-01139 (JJF)** |
| ) | |
| Debtors. ) | **Jointly Administered** |

## SUPPLEMENTAL AFFIDAVIT OF LEWIS KRUGER

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

**LEWIS KRUGER**, being duly sworn, deposes and says:

1. I am an attorney at law admitted to practice in the State of New York, and in the United States District Courts for the Southern and Eastern Districts of New York. I am a member of the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

1

firm of Stroock & Stroock & Lavan LLP ("Stroock"), which firm maintains an office in New York at 180 Maiden Lane, New York, New York 10038.

2. This supplemental affidavit (the "Supplemental Affidavit") supplements my affidavit dated May 1, 2001 (the "Prior Affidavit") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors in possession in this Court ("Grace" or the "Debtors"), seeking approval to retain Stroock effective as of April 12, 2001, as counsel to the Committee. On May 30, 2001, the Court entered an order approving the Application.

3. This Supplemental Affidavit discloses additional representations by Stroock that have come to my attention since the Prior Affidavit was filed. At my direction, pursuant to a supplemental conflict search, Stroock personnel submitted to Stroock's computer conflict database the names of approximately 175 entities listed by the Debtors as trade creditors, certain parties holding asbestos claims against the Debtors, certain non-debtor subsidiaries and affiliates of the Debtors, Wells Fargo Bank Minnesota, N.A., ("Wells Fargo"), which succeeded to a seat on the Official Unsecured Creditors' Committee on May 31, 2001, and other entities related to the Debtors' chapter 11 cases.

4. As indicated by the Prior Affidavit, Stroock maintains and systematically updates its computer conflict database in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records. The conflict check system and adverse

2

party index maintained by Stroock is designed to include every matter on which the firm is now or has been engaged, the entity by which the firm is now or has been engaged, and, in each instance, the identity of related parties and adverse parties and the attorney in the firm that is knowledgeable about the matter. It is the policy of Stroock that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system and adverse party index the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by Stroock.

5. In matters wholly unrelated to the chapter 11 cases of the Debtors, Stroock has in the past represented and/or currently represents the following entities and/or their affiliates or subsidiaries:

(i) <u>Hess Energy Trading Company, LLC</u> ("Hess"): Stroock currently represents Hess, a subsidiary of Amerada Hess, a trade creditor of the Debtors, in general corporate and litigation-related matters.

(ii) <u>Reagent Chemical & Research, Inc.</u> ("Reagent"): Stroock currently represents Reagent, a trade creditor of the Debtors, in a variety of intellectual property matters.

(iii) <u>Wells Fargo</u>: Wells Fargo is a member of the Committee. Stroock has in the past represented Wells Fargo in certain corporate and real estate matters.

6. I hereby represent that insofar as I have been able to ascertain, I am, and each member of Stroock is a "disinterested person" within the meaning of 11 U.S.C. § 101(14), as modified by 11

3

U.S.C. § 1107(b), and neither holds nor represents interests adverse to the Debtors, to the Debtors' estates or their creditors in the matters upon which Stroock is engaged.

7. This Supplemental Application has been made pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure. Stroock will continue to report, upon identification, its connection to any of the entities connected to these chapter 11 cases as they become known to us.

---
Lewis Kruger

Sworn to before me this
25 day of July, 2001

---
NOTARY PUBLIC

ETHEL EARLEY
Notary Public, State of New York
No. 03-4650662
Qualified in Bronx County
Commission Expires March 30, 2003

4

SSL-DOCS1 1115485v3