IN THE UNITED STATES BANKRUPTCY COUR
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.

    Debtors

Chapter

Case No. 01-01139 (JJF)
(Jointly Administered)

W.R. GRACE & CO., et al.,

    Plaintiffs,

Adversary No. A-01-771

    -against-

MARGARET CHAKARIAN, et al.

    Defendants.

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS
RUPPLE K. PERRY AND THE STATE OF MICHIGAN TO RESPOND TO
AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

This matter having come to the Court upon the parties' stipulation; Debtors having filed an Amended Complaint for Declaratory and Injunctive Relief (the "Complaint") on or about June 21, 2001; the Court having issued a Summons and Notice, dated July 3, 2001, in which it required Defendants to file a response to the Complaint on or about August   2001; the Court being fully and duly advised in the premises;

    Now, Therefore, upon the parties' stipulation

    IS HEREBY ORDERED that Rupple K. Perry, individually and on behalf of all others

similarly situated, and the State of Michigan shall respond to the Amended Complaint for Declaratory and Injunctive Relief on or before ten (10) days after receipt of this Court's Opinion and Order regarding Debtors' Motion to Modify the Preliminary Injunction, filed with this Court on June 1, 2001

_____
JUDGE

APPROVED AS TO FORM AND SUBSTANCE
FOR IMMEDIATE ENTRY

HERTZ, SCHRAM & SARETSKY, P.C.

By: _____
Robert S. Hertzberg (P30261)
.el I. Zousmer
Perry

and

SMITH, KATZENSTEIN & FURLOW LLP
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
(302) 652-8400

PACHULSKI, STANG, ZIEHL,
YOUNG & JONES PC

By: _____
David Carickhoff, Jr. (Bar No. 3715)
Laura Davis Jones (Bar No. 2436)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Courier 19801
(302) 652-4100

and

KIRKLAND & ELLIS
Janet Baer
300 Ed Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

JENNIFER M. GRANHOLM
Attorney General

By: _____
David K. Foust (P23450)
Thomas A. Kulich (P16290)
Assistant Attorney General
Attorneys for the State of Michigan
1200 Sixth St. #1500
Detroit, Michigan 48226
(313) 256-2352

S:\Staff\Turco, Regina\MIZ\Perry, Ruppel K\S&O Extend Time.wpd