IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: August 20, 2001 at 4:00 pm** |
|  | ) | **Hearing Date: TBD** |

## NOTICE OF APPLICATION

TO:    PARTIES ON ATTACHED SERVICE LIST

Ferry & Joseph, P.A. has filed its First Interim Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 18, 2001 through June 30, 2001.

You are required to file an objection or response to the attached application on or before August 20, 2001 at 4:00 pm

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

HEARING ON THE MOTION WILL BE HELD AT A TIME TO BE DETERMINED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

FERRY & JOSEPH, P.A.

Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Attorneys for the Official Committee of Asbestos
Property Damage Claimants

Dated:    7/30/01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### FIRST INTERIM FEE APPLICATION REQUEST OF FERRY & JOSEPH, P.A. FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 18, 2001 THROUGH JUNE 30, 2001

Name of Applicant:                              Ferry & Joseph, P.A.

Authorized to provide
professional services to:                        Official Committee of Asbestos Property Damage
                                                Claimants

Date of retention:                              April 18, 2001

Period for which compensation and
reimbursement is sought:                        April 18, 2001 through June 30, 2001

Amount of compensation sought
as actual reasonable and necessary:             $19,003.50

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                      $4,378.06

This is an:  X interim ___ final application

The total time expended for fee application preparation is approximately  0  hours and the
corresponding compensation requested is approximately $ 0.00.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period | Fees | Expenses | Fees | Expenses |
| 7/10/01 | 4/18/01-4/30/01 | $1,476.00 | $26.00 | Pending | Pending |
| 7/10/01 | 5/1/01-5/31/01 | $6,276.50 | $2,708.31 | Pending | Pending |
| 7/30/01 | 6/1/01-6/30/01 | $11,251.00 | $1,643.75 | Pending | Pending |

ATTACHMENT B
TO FEE APPLICATION

| Name of professional person | Position of the Applicant, Number of Years in Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael B. Joseph | Partner, 25, Various, 1976, Bankruptcy | $250.00 | 4.6 | $1,265.00 |
| Theodore J. Tacconelli | Associate, 13, Various, 1988, Bankruptcy, Commercial Litigation | $185.00 | 81.0 | $14,522.50 |
| Rick S. Miller | Associate, 5, 1995, Various, Bankruptcy, General Litigation | $160.00 | 23.6 | $3,216.00 |
| Grant Total: | | | 109.2 | $19,003.50 |
| Blended Rate: | $174.02 | | | |

COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration/General | 43.4 | $8,092.00 |
| Fee Applications | 0.0 | $0.00 |
| Asbestos/Fraudulent Transfer Lit. | 18.3 | $3,373.00 |
| Retention of Professionals | 6.2 | $1,142.00 |
| Committee Mtgs. and Teleconferences | 22.3 | $3,989.00 |
| Court Hearings | 7.0 | $1,385.00 |
| Travel Time | 12.0 | $1,022.50 |
| Other (Explain) | | |

EXPENSE SUMMARY

| EXPENSE CATEGORY | PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Computer Legal Research | Lexis | |
| Facsimile ($1.00 per page) | Ferry & Joseph, P.A. | $410.00 |
| In-House Reproduction | Ferry & Joseph, P.A. | |
| Outside Reproduction | Reliable Copy | $339.34 |
| Document Service and Retrieval | Parcels | $782.07 |
| Filing/Court Fees | | |
| Out-of-Town Travel | Hotel and Airfare | $2,656.39 |
| Courier & Express Carriers | Federal Express; Tri-State | $101.26 |
| Postage | | |
| Other (Explain)(Transcript Prep) | | $89.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: August 20, 2001 at 4:00 pm** |
| | ) | **Hearing Date: TBD** |

## FIRST INTERIM FEE APPLICATION REQUEST OF FERRY & JOSEPH, P.A. FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 18, 2001 THROUGH JUNE 30, 2001

Ferry & Joseph, P.A. ("applicant"), counsel to the Official Committee of Asbestos

Property Damage Claimants ("the PD Committee") of W.R. Grace & Co. ("Grace") and its sixty-

one domestic subsidiaries and affiliates that are debtors and debtors-in-possession (the

"Debtors') in this Court, for its application pursuant to 11 U.S.C. §§ 330 and 331 and in

accordance with the Administrative Fee Order (defined below) for its first interim fee application

request for approval and allowance of compensation for services rendered and for reimbursement

of expenses incurred in connection therewith, respectfully represents as follows:

### I.  Introduction

1. Applicant, as counsel to the PD Committee, seeks (i) approval and allowance,

pursuant to Section 331 of the Bankruptcy Code of compensation for the professional services

rendered by applicant as counsel for the PD Committee from April 18, 2001 through June 30,

2001 ("the First Interim Fee Period") in the aggregate amount of $19,003.50 representing 109.2

hours of professional services and (ii) reimbursement of actual and necessary expenses incurred

by the applicant during the First Interim Fee Period in connection with the rendition of such

professional services in the aggregate amount of $4,378.06.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

## II. Background

3. On April 2, 2001, each of the debtors filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code. The debtors continue to operate its business and manage their properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The debtors' Chapter 11 cases have been procedurally consolidated and are being jointly administered. No trustee or examiner has been appointed in this case.

4. On April 12, 2001, the United States Trustee formed the PD Committee. Thereafter, the PD Committee approved the retention of applicant as its local Delaware counsel.

5. By application dated June 22, 2001, applicant sought Court approval for its retention as counsel to the PD Committee *nunc pro tunc* to April 18, 2001. The Court signed the Order approving the retention on June 22, 2001.

6. This is the first interim fee application request that the applicant has filed with the Court for an allowance of compensation and reimbursement of expenses for services rendered to the PD Committee. This application is submitted pursuant to the terms of the Administrative Order Under §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members approved by the Court on May 3, 2001 ("the Administrative Fee Order"). Previously, in accordance with the Administrative Fee Order, applicant has filed with the Court three Fee Applications that are the subject of this Request, which are summarized as follows:

| Date Filed | Period Covered | Fees Requested | Expenses Requested | Objections |
|---|---|---|---|---|
| 7/10/01 | 4/18/01 - 4/30/01 | $1,476.00 | $26.00 | NONE |
| 7/10/01 | 5/1/01 - 5/31/01 | $6,276.50 | $2,708.31 | NONE |
| 7/30/01 | 6/1/01 - 6/30/01 | $11,251.00 | $1,643.75 | Deadline pending |
| Totals | 4/18/01 - 6/30/01 | $19,003.50 | $4,378.06 | |

9. Applicant has received no payment and no promise for payment from any source for services rendered in connection with these cases. There is no agreement or understanding between applicant and any other person for the sharing of compensation to be received hereunder.

10. As stated in the Affidavit of Rick S. Miller, Esquire, attached hereto as Exhibit "A," all of the services for which compensation is sought herein were rendered for an on behalf of the PD Committee solely in connection with these cases.

### III. Summary of Services Rendered

11. In accordance with Local Rule 2016-2 dated December 12, 1996 and the Administrative Fee Order, and to assist the Court, the debtors, the Trustee and other parties in interest in evaluating this application for compensation, the primary services performed by applicant during the First Interim Fee Period are summarized in the Summary attached hereto as Exhibit "B." The summary reflects certain services of major importance which required the special attention, efforts and skill of applicant. Applicant's services throughout the First Interim Fee Period have been valuable to the PD Committee in providing advice and counsel as well as the preparation, service and filing of various administrative and substantive litigation pleadings and papers in conformity with Delaware bankruptcy practice and the Rules of this Court.

12. In accordance with the Administrative Fee Order and the Local Rules, a summary sheet of the attorneys and their corresponding names, year of admission, hourly rates and the

number of hours incurred by each is set forth on Attachment B. The hourly rates reflect what applicant generally charges its other clients for similar services. An itemization including identification of services performed by the attorneys sorted by date and time keeper is attached hereto as Exhibit "C," which also contains a statement of applicant's disbursements, necessarily incurred in the performance of applicant's duties as counsel to the PD Committee.

13. Applicant has worked closely with the PD Committee's primary counsel, Bilzin Sumberg Dunn Baena Price & Axelrod, LLP to avoid unnecessary duplication of services.

## IV. Conclusion

14. Applicant has necessarily and properly expended 109.2 hours of services in the performance of its duties as counsel to the PD Committee during the First Interim Fee Period. Such services have a fair market value of $19,003.50.[1] The work involved and thus the time expended, was carefully assigned in light of the expertise required for each particular task.

15. In addition, applicant incurred actual out-of-pocket expenses in connection with the rendition of services to the PD Committee in the sum of $4,378.06 for which it respectfully requests reimbursement in full.

16. Applicant charges $.15 per page for in-house photocopying services. Applicant charges the actual cost from the vendor for out-sourced photocopying and document retrieval, and computerized legal research. Applicant charges $1.00 per page for out-going facsimile transmissions, and does not charge for in-coming facsimiles.

17. Applicant has reviewed the requirements set forth in Local Rule 2016-2 and believes that this application for interim compensation complies therewith.

---

[1]Pursuant to Local Rule 2016 applicant has reduced its total compensation amount by $1,022.50 representing 50% of the total amount of travel time billed at its normal hourly rate.

18. Applicant has made no prior application in this or any other Court for the relief sought herein.

WHEREFORE applicant respectfully requests pursuant to the Administrative Fee Order:

a) the approval and allowance, pursuant to section 331 of the Bankruptcy Code of compensation for professional services rendered to the PD Committee during the First Interim Fee Period of April 18, 2001 through June 30, 2001 in the amount of $19,003.50,

b) the approval and allowance of applicant's out-of-pocket expenses incurred in connection with the rendition of such services during the First Interim Fee Period of April 18, 2001 through June 30, 2001 in the amount of $4,378.06, and

c) such other relief as the Court deems just.

FERRY & JOSEPH, P.A.

Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Attorneys for the Official Committee of Asbestos
Property Damage Claimants

Dated: 7/30/01

## EXHIBIT "A"
### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | )  Chapter 11 |
| | ) |
| W.R. Grace & Co., *et al.*, | )  Case No. 01-01139 (JJF) |
| | )  (Jointly Administered) |
| Debtors. | ) |

## AFFIDAVIT OF RICK S. MILLER, ESQUIRE

STATE OF DELAWARE    :
                     :   ss.
NEW CASTLE COUNTY   :

RICK S. MILLER, ESQUIRE, being duly sworn, deposes and says:

1. I am an associate of the firm of Ferry & Joseph, P.A. ("applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants ("the PD Committee").

2. I have read the foregoing application and know the contents thereof. The contents are true and correct to the best of my knowledge. I have personally performed many of the legal services rendered by applicant and am thoroughly familiar with all other work performed on behalf of the debtor by the attorneys and paraprofessionals in my firm. All of the services for which compensation is sought herein were rendered for an on behalf of the PD Committee solely in connection with these cases.

3. In accordance with Bankruptcy Rule 2016(a) and Section 504 of the Bankruptcy Code, no agreement or understanding exists between applicant and any other person for the sharing of compensation to be received in connection with this case.

Rick S. Miller, Esquire

SWORN TO AND SUBSCRIBED before me this 30th day of July, 2001.

Notary Public

MEREDITH S. JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 24, 2002

## EXHIBIT "B"

### SUMMARY OF PRINCIPAL SERVICES PERFORMED FOR THE PERIOD
APRIL 18, 2001 THROUGH JUNE 30,2001

Category 1 - Case Administration/General - 43.4 Hours ($8,092.00)

Applicant reviewed each of the motions, pleadings and other papers filed by the debtors and other parties-in-interest, analyzed the legal issues, and when asked, provided recommendations on the matters to the PD Committee.   Applicant reviewed PD Committee filings for conformity with Delaware practice and counseled the PD Committee on such matters.

Category 2 - Fee Application - 0.0 Hours

Applicant prepared its monthly fee application including a narrative section summarizing the services rendered by applicant and complied and attached expense schedules.

Category 3 - Asbestos/Fraudulent Transfer Litigation - 18.3 Hours ($3,373.00)

Given the fundamental importance of asbestos litigation and fraudulent transfer claims to these Chapter 11 cases, applicant continued to thoroughly review the various pleadings and papers filed by and against the debtors including those which may impact on the conduct of related asbestos actions against the non-debtor third parties and those needing to be reviewed in connection with preparing for the court hearing on the debtor's preliminary injunction motion.
Applicant reviewed and prepared for other related issues including claim and bar date procedures and retention of experts and counsel in evaluating the numerous issues surrounding the validity and quantification of asbestos liability claims.

Category 4 - Retention of Professionals - 6.2 Hours ($1,142.00)

Applicant prepared its own retention application and assisted in the preparation and filing of retention applications for other PD Committee professionals including its primary counsel.

Category 5 - Committee Meetings and Conferences - 22.3 Hours ($3,989.00)

Applicant attended PD Committee tele-conferences and meetings.  Preparations included review of pending matters and underlying documentation in connection therewith.

Category 6 - Court Hearings - 7.0 Hours ($1,385.00)

Applicant attended Court hearings in the case.

Category 7 - Travel Time - 12.0 Hours ($1,022.50)

Applicant traveled to and from PD Committee meetings.

## Exhibit "C"

Time expended by Ferry & Joseph, P.A.:

|            |      |                                                                                                          | Hours |        |
|------------|------|----------------------------------------------------------------------------------------------------------|-------|--------|
|            |      | 02-M. Joseph                                                                                             |       |        |
| 4/18/01    | MBJ  | Conference with S. Baena, Esq., initial conference<br>Case Administration/General                       | 1.00  |        |
|            | MBJ  | Court Appearance re: status conference<br>Court Hearings                                                 | 1.00  |        |
| 4/25/01    | MBJ  | Review committee objection to DIP Financing for filing with Court<br>Case Administration/General         | 0.30  |        |
| 5/11/01    | MBJ  | Review pleadings<br>Case Administration/General                                                         | 0.50  |        |
| 5/17/01    | MBJ  | Tele-conference with Committee<br>Committee Meetings and Conferences                                      | 0.90  |        |
| 5/21/01    | MBJ  | Schedule Committee meeting in Dallas, confer with and arrange for Mr. Miller to attend<br>Case Administration/General | 0.50  |        |
| 5/22/01    | MBJ  | Intraoffice re: status of proceedings<br>Case Administration/General                                     | 0.40  |        |

|            |           |                                                                                                   |       | Amount    |
|------------|-----------|---------------------------------------------------------------------------------------------------|-------|-----------|
|            | Subtotal: |                                                                                                   | 4.60  | 1,265.00  |
|            |           | 03-T Tacconelli                                                                                   |       |           |
| 4/19/01    | TJT       | Confer with M. Joseph, Esq., re: case status<br>Case Administration/General                       | 0.20  |           |
|            | TJT       | Review Bankruptcy Court Docket<br>Case Administration/General                                     | 0.20  |           |
|            | TJT       | Prepare Notice of Application re: Application to Employ Ferry & Joseph<br>Retention of Professionals | 0.20  |           |
| 4/22/01    | TJT       | Revise Application to Employ Ferry & Joseph<br>Retention of Professionals                          | 0.30  |           |

| | | | Hours |
|---|---|---|---|
| 4/30/01 | TJT | Review Bankruptcy Court docket<br>Case Administration/General | 0.10 |
| | TJT | Review letter from UST re: Appointment of Equity Committee<br>Case Administration/General | 0.10 |
| | TJT | Review letter from debtors to Judge Farnan re: Paul Price<br>Motion to Lift Stay<br>Case Administration/General | 0.10 |
| | TJT | Review pleadings<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with K. Neiman, Esquire re: Response and<br>Objection to Motion for Preliminary Injuction<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
| 4/25/01 | TJT | Review proposed Order re: Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
| | TJT | Tele-conference with J. Sakalo, Esq. re: Objection to Final<br>DIP Financing Order<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with J. Sakalo, Esq. re: Objection to Final<br>DIP Financing Order<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with J. Sakalo, Esq. re: service of Objection<br>to Final DIP Financing Order<br>Case Administration/General | 0.10 |
| | TJT | Review Objection to Final DIP Financing Order<br>Case Administration/General | 0.30 |
| | TJT | Prepare Certificate of Service re: Objection to Final DIP<br>Financing Order<br>Case Administration/General | 0.30 |
| | TJT | Prepare Objection to Final DIP Financing Order for filing<br>Case Administration/General | 0.50 |
| | TJT | Prepare letter to J. Sakalo, Esq. re: Objection to Final DIP<br>Financing Order<br>Case Administration/General | 0.10 |

|        |     |                                                                                                                       | Hours |
|--------|-----|-----------------------------------------------------------------------------------------------------------------------|-------|
| 5/1/01 | TJT | Review Bankruptcy Court docket<br>Case Administration/General                                                          | 0.10  |
| 5/2/01 | TJT | Review Bankruptcy Court docket<br>Case Administration/General                                                          | 0.10  |
|        | TJT | Tele-conference with J. Sakalo, Esquire re: 5/3/01 hearing<br>Case Administration/General                              | 0.10  |
|        | TJT | Tele-conference with J. Deen Esq. re: 5/3/01 hearing<br>Case Administration/General                                    | 0.10  |
|        | TJT | Tele-conference with J. Deen, Esq. re: documents for 5/3/01<br>hearing<br>Case Administration/General                  | 0.10  |
|        | TJT | Review documents re: 5/3/01 hearing<br>Case Administration/General                                                     | 0.50  |
|        | TJT | Tele-conference with J. Deen, Esq. re: documents for 5/3/01<br>hearing<br>Case Administration/General                  | 0.10  |
|        | TJT | Review agenda for 5/3/01 hearing<br>Case Administration/General                                                        | 0.10  |
| 5/3/01 | TJT | Review Bankruptcy Court docket<br>Case Administration/General                                                          | 0.10  |
|        | TJT | Court Appearance<br>Court Hearings                                                                                     | 2.50  |
|        | TJT | Prepare Entry of Appearance & Request for Service of Papers<br>Case Administration/General                             | 0.30  |
| 4/26/01| TJT | Tele-conference with J. Sakalo, Esq. re: Response &<br>Objection to Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.10  |
|        | TJT | Review Bankruptcy Court docket<br>Case Administration/General                                                          | 0.10  |
|        | TJT | Tele-conference with K. Neiman, Esq. re: Response &<br>Objection to Motion for Preliminary Injuction<br>Asbestos/Fraudulent TransferLitigation | 0.10  |

| | | | Hours |
|---|---|---|---|
| 4/26/01 | TJT | Review correspondence re: Response & Objection to Motion for Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
| | TJT | Prepare Response & Objection to Motion for Preliminary Injunction for filing<br>Asbestos/Fraudulent TransferLitigation | 0.50 |
| | TJT | Tele-conference with with K. Neiman, Esq. re: Response & Objection to Motion for Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
| | TJT | Prepare e-mail to M. Mora, Esq. re: Response & Objection to Motion for Preliminary Injuction<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
| | TJT | Prepare letter to M. Mora, Esq. re: Response & Objection to Motion for Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
| | TJT | Revise Application to Employ Ferry & Joseph<br>Retention of Professionals | 0.10 |
| 5/4/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| | TJT | Prepare letter to K. Neiman, Esq., re: Entry of Appearance<br>Case Administration/General | 0.10 |
| 5/7/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with J. Sakalo, Esq., re: Internal docket system<br>Case Administration/General | 0.10 |
| 5/8/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 1.30 |
| 5/9/01 | TJT | Review docket<br>Case Administration/General | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 5/9/01 | TJT | Review pleadings<br>Case Administration/General | 0.30 |
|  | TJT | Review correspondence<br>Case Administration/General | 0.40 |
|  | TJT | Tele-conference with L. Flores re: Adversary docket<br>Case Administration/General | 0.10 |
|  | TJT | Revise Employment Application<br>Retention of Professionals | 0.20 |
|  | TJT | Review correspondence<br>Case Administration/General | 0.10 |
| 5/10/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: Employment Applications<br>Retention of Professionals | 0.10 |
|  | TJT | Review document re: Bilzin Application<br>Retention of Professionals | 0.20 |
|  | TJT | Revise document re: Ferry & Joseph Employment Application<br>Retention of Professionals | 0.20 |
|  | TJT | Review document re: Committe Information<br>Case Administration/General | 0.20 |
|  | TJT | Prepare letter to Chairman re: Employment Application<br>Retention of Professionals | 0.20 |
|  | TJT | Review correspondence re: e-mail from K. Neiman, Esq., re: Pro Hac Vice Motions<br>Case Administration/General | 0.10 |
| 5/11/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq., re: service of DIP Financing documents<br>Case Administration/General | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 5/11/01 | TJT | Tele-conference with D. Carickoff, Esq., re: service of DIP financing documents<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with J. Deen, Esq., re: transcript of 5/3/01 hearing<br>Case Administration/General | 0.10 |
|  | TJT | Review transcript of 5/3/01 hearing<br>Case Administration/General | 1.00 |
|  | TJT | Review Amended Notice of Appointment of Property Damage Committee<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with J. Deen, Esq., re: pleadings<br>Case Administration/General | 0.10 |
|  | TJT | Prepare letter to S. Baena, Esq., re: 5/3/01 hearing<br>Case Administration/General | 0.10 |
| 5/14/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review pleadings<br>Case Administration/General | 0.10 |
| 5/15/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: Motions for Admission pro hac vice<br>Case Administration/General | 0.10 |
|  | TJT | Prepare Motion for Admission pro hac vice re: Baena<br>Case Administration/General | 0.10 |
|  | TJT | Prepare Motion for Admission pro hac vice re: Dunn<br>Case Administration/General | 0.10 |
|  | TJT | Prepare Motion for Admission pro hac vice re: Mora<br>Case Administration/General | 0.10 |
|  | TJT | Prepare letter to K. Neiman, Esq. re: Motions for Admission pro hac vice<br>Case Administration/General | 0.10 |

|         |     |                                                                                              | Hours |
|---------|-----|----------------------------------------------------------------------------------------------|-------|
| 5/16/01 | TJT | Review docket<br>Case Administration/General                                                 | 0.10  |
|         | TJT | Tele-conference with M. Mora, Esq., re: 341 meeting<br>Case Administration/General            | 0.10  |
| 5/17/01 | TJT | Review docket<br>Case Administration/General                                                 | 0.10  |
| 5/18/01 | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences                          | 0.80  |
|         | TJT | Review docket<br>Case Administration/General                                                 | 0.10  |
|         | TJT | Review correspondence re: return of executed Employment<br>Application<br>Retention of Professionals | 0.10  |
|         | TJT | Review pleadings<br>Case Administration/General                                              | 0.20  |
|         | TJT | Tele-conference with L. Flores re: Application to Employ<br>Financial Advisor<br>Retention of Professionals | 0.10  |
|         | TJT | Tele-conference with L. Flores re: Application to Employ<br>Financial Advisor<br>Retention of Professionals | 0.10  |
|         | TJT | Review correspondence re: response to debtors proposed<br>omnibus claims resolution motion<br>Case Administration/General | 0.30  |
| 5/19/01 | TJT | Review correspondence re: committee meeting in Dallas<br>Case Administration/General          | 0.10  |
| 5/21/01 | TJT | Review docket<br>Case Administration/General                                                 | 0.10  |
|         | TJT | Revise Ferry & Joseph Employment Application<br>Retention of Professionals                    | 0.20  |
|         | TJT | Tele-conference with Committee<br>Case Administration/General                                | 0.50  |

|  |  |  | Hours |
|---|---|---|---|
| 5/21/01 | TJT | Tele-conference with K. Neiman, Esq., re: Employment Applications<br>Retention of Professionals | 0.10 |
|  | TJT | Review correspondence re: Bilzin firm Employment Application Order<br>Retention of Professionals | 0.10 |
| 5/22/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: Letter from K. Neiman, Esq., re: Bilzin Employment Application<br>Retention of Professionals | 0.10 |
|  | TJT | Tele-conference with K. Neiman, Esq., re: Bilzin Employment Application<br>Retention of Professionals | 0.10 |
|  | TJT | Tele-conference with Judge Farnan's chambers re: hearing date for employment applications<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with docket clerk re: hearing date for employment applications<br>Case Administration/General | 0.10 |
|  | TJT | Revise Affidavit re: Ferry & Joseph Employment Application<br>Retention of Professionals | 0.50 |
|  | TJT | Prepare Bilzin Employment Application for filing and service<br>Retention of Professionals | 0.30 |
|  | TJT | Prepare Ferry & Joseph Employment Application for Filing and Service<br>Retention of Professionals | 0.30 |
|  | TJT | Prepare letter to K. Neiman, Esq., re: Bilzin Employment Application<br>Retention of Professionals | 0.10 |
| 5/23/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review pleadings<br>Case Administration/General | 0.10 |

| | | | Hours |
|---|---|---|---|
| 5/24/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| | TJT | Prepare letter to J. Sakalo, Esq., re: Blackstone Employment Application<br>Retention of Professionals | 0.10 |
| 5/25/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with J. Sakalo, Esq. re: Response to Key Employee Retention Motion<br>Retention of Professionals | 0.30 |
| | TJT | Review pleadings<br>Case Administration/General | 0.10 |
| 5/29/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| | TJT | Prepare letter to K. Neiman, Esq., re: pro hac vice orders<br>Case Administration/General | 0.10 |
| | TJT | Review e-mail from S. Baena, Esq., re: reimbursement of committee expenses<br>Case Administration/General | 0.10 |
| | TJT | Review pleadings<br>Case Administration/General | 0.10 |
| 5/30/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| | TJT | Review e-mail from S. Baena, Esq., re: Insurance<br>Case Administration/General | 0.10 |
| | TJT | Review pleadings<br>Case Administration/General | 0.10 |
| 5/31/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| | TJT | Review pleadings<br>Case Administration/General | 0.10 |

|        |     |                                                                                                                                                    | Hours |
|--------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 5/31/01 | TJT | Review correspondence re: Committee tele-conference<br>Case Administration/General                                                                 | 0.10  |
|        | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences                                                                                | 1.00  |
| 6/1/01 | TJT | Review docket<br>Case Administration/General                                                                                                        | 0.10  |
|        | TJT | Review correspondence re: letter from S. Baena, Esq., to<br>Debtor's counsel re: Ordinary Course Professionals<br>Case Administration/General       | 0.10  |
|        | TJT | Review correspondence re: Memorandum from S. Baena,<br>Esq., re: Debtor's Motion to Modify Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.10  |
|        | TJT | Review Debtor's proposed Brief Supporting Motion to Modify<br>Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation                      | 0.50  |
| 6/2/01 | TJT | Review pleadings<br>Case Administration/General                                                                                                     | 0.10  |
|        | TJT | Prepare e-mail to S. Baena, Esq., re: Schedules<br>Case Administration/General                                                                      | 0.10  |
|        | TJT | Prepare e-mail to S. Baena, Esq., & J. Sakalo, Esq., re: Motion<br>to Modify Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation       | 0.10  |
|        | TJT | Review correspondence re: e-mail from J. Sakalo, Esq., re:<br>Motion to Modify Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation     | 0.10  |
|        | TJT | Tele-conference with J. Sakalo, Esq., re: Motion to Modify<br>Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation                      | 0.10  |
| 6/3/01 | TJT | Review Debtor's Motion to Modify Preliminary Injunction and<br>Supporting Brief<br>Asbestos/Fraudulent TransferLitigation                           | 0.40  |
|        | TJT | Review correspondence re: e-mail from S. Baena, Esq., re:<br>Schedules<br>Case Administration/General                                               | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 6/4/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review document re: draft of document production demand letter<br>Asbestos/Fraudulent TransferLitigation | 0.50 |
|  | TJT | Review document re: WR Grace Statement of Financial Affairs and Schedules<br>Case Administration/General | 0.80 |
|  | TJT | Review document re: Al-Bit & Tool Co. Statement of Financial Affairs and Schedules<br>Case Administration/General | 0.20 |
|  | TJT | Review document re: Alewife Boston, Ltd. Statement of Financial Affairs and Schedules<br>Case Administration/General | 0.20 |
|  | TJT | Review document re: Alewift Land Corp. Statement of Financial Affairs and Schedules<br>Case Administration/General | 0.20 |
| 6/5/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review pleadings<br>Case Administration/General | 0.30 |
|  | TJT | Tele-conference with J. Sakalo, Esq., re: Debtors Motion to Retain Employees<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: letter to Debtors re: Document Retention Demand<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.80 |
| 6/6/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from S, Baena, Esq., re: Professional Comp. Order<br>Case Administration/General | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 6/6/01 | TJT | Review correspondence re: e-mail from D. Speights, Esq., re: Professional Comp. Order<br>Case Administration/General | 0.10 |
|  | TJT | Call to D. Carickoff, Esq., re: Financial Advisor Motion<br>Case Administration/General | 0.10 |
| 6/7/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review Adversary docket re: 01-771<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from S. Baena, Esq., re: tele-conference<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with S. Holingshead re: Retention Order<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with D. Carickoff, Esq., re: Retention Order<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with K. Neiman, Esq., re: retention Order<br>Case Administration/General | 0.10 |
| 6/8/01 | TJT | Review pleadings<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with K. Neiman, Esq re: Retention Order<br>Retention of Professionals | 0.10 |
| 6/9/01 | TJT | Research re: Retention Application re: Section 327<br>Retention of Professionals | 1.00 |
|  | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Discuss with M. Joseph, Esq., re: Retention Application re: Section 327<br>Retention of Professionals | 0.20 |
| 6/10/01 | TJT | Review correspondence re: e-mails from committee members re: Fraudulent Conveyance action<br>Asbestos/Fraudulent TransferLitigation | 0.20 |

|  |  |  | Hours |
|---|---|---|---|
| 6/11/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with K. Neiman, Esq., re: Retention Orders<br>Retention of Professionals | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq., re: June meeting of<br>Committee<br>Case Administration/General | 0.10 |
| 6/12/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| 6/13/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Preparation of pleadings re: Certificate of No Objection -<br>Bilzin Application<br>Retention of Professionals | 0.20 |
|  | TJT | Preparation of pleadings re: Certificate of No Objection - F&J<br>Application<br>Retention of Professionals | 0.20 |
| 6/14/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq., re: Motion for Authority<br>to Prosecute Fraudulent Transfer Claims<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Review correspondence re: Motion for Authority to Prosecute<br>Fraudulent Transfer Claims<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Preparation of pleadings re: Notice of Motion re: Motion for<br>Authority to Prosecute Fraudulent Transfer Claims<br>Asbestos/Fraudulent TransferLitigation | 0.20 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: Motion for Authority<br>to Prosecute Fraudulent Transfer Claims<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Preparation of pleadings re: Motion for Authority to Prosecute<br>Fraudulent Transfer Claims<br>Asbestos/Fraudulent TransferLitigation | 0.50 |

|            |     |                                                                                                                                                              | Hours |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 6/14/01    | TJT | Tele-conference with M. Zaleski, Esq., re: Motion for Authority to Prosecute Fraudulent Transfer Claims Asbestos/Fraudulent TransferLitigation                 | 0.20  |
|            | TJT | Tele-conference with M. Zaleski, Esq & T. Sweet, Esq. re: Motion for Authority to Prosecute Fraudulent Transfer Claims Asbestos/Fraudulent TransferLitigation  | 0.10  |
|            | TJT | Review correspondence re: e-mail from S. Baena, Esq., re: Motion for Authority to Prosecute Fraudulent Transfer Claims Asbestos/Fraudulent TransferLitigation  | 0.10  |
|            | TJT | Tele-conference with M. Zaleski, Esq. re: Motion for Authority to Prosecute Fraudulent Transfer Claims Asbestos/Fraudulent TransferLitigation                  | 0.20  |
|            | TJT | Revise Motion for Authority to Prosecute Fraudulent Transfer Claims Asbestos/Fraudulent TransferLitigation                                                     | 0.60  |
|            | TJT | Review Notice of Motion re: Motion for Authority to Prosecute Fraudulent Conveyance Claims Asbestos/Fraudulent TransferLitigation                              | 0.20  |
|            | TJT | Meeting with M. Zaleski, Esq., re: Motion for Authority to Prosecute Fraudulent Transfer Claims Asbestos/Fraudulent TransferLitigation                         | 0.30  |
|            | TJT | Tele-conference with J. Saklalo, Esq., re: Motion for Authority to Prosecute Fraudulent Transfer Claims Asbestos/Fraudulent TransferLitigation                 | 0.10  |
|            | TJT | Prepare letter to J. Sakalo, Esq., re: Motion for Authority to Prosecute Fraudulent Transfer Claims Asbestos/Fraudulent TransferLitigation                     | 0.10  |
| 6/15/01    | TJT | Review docket Case Administration/General                                                                                                                     | 0.10  |
|            | TJT | Review correspondence re: letter from S. Beana, Esq. to debtors re: document retention Asbestos/Fraudulent TransferLitigation                                  | 0.10  |
| 6/16/01    | TJT | Call to J. Sakalo, Esq. re: Calendar of deadlines Case Administration/General                                                                                 | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 6/17/01 | TJT | Review Statement and Schedules re: Amicom, Inc.<br>Case Administration/General | 0.20 |
|  | TJT | Review correspondence re: Response & Limited Objection to<br>Motion to Extend Time to Remove Actions<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: Objection to Omnibus Motion to<br>Establish Settlement Procedures<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: Objection to Motion to Modify<br>Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Revise Reponse & Limited Objection to Motion to Extend<br>Time to Remove Actions<br>Case Administration/General | 1.00 |
|  | TJT | Revise Objection to Omnibus Motion to Establish Settlement<br>Procedures<br>Case Administration/General | 1.00 |
|  | TJT | Revise Response & Limited Objection to Motion to Modify<br>Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 1.50 |
|  | TJT | Retrieve voice mail message from J. Sakalo, Esq., re: Calendar<br>of deadlines<br>Case Administration/General | 0.10 |
| 6/18/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq., re: Service of Response<br>to Motion to Modify Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq., re: Response to Motion<br>to Modify Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Prepare letter to J. Sakalo, Esq., re: Response to Motion to<br>Modify Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.10 |

|          |     |                                                                                                                                                                        | Hours |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 6/18/01  | TJT | Tele-conference with J. Sakalo, Esq., re: Objection to Motion to Retain Experts<br>Case Administration/General                                                          | 0.10  |
| 6/19/01  | TJT | Review docket<br>Case Administration/General                                                                                                                            | 0.10  |
|          | TJT | Prepare letter to J. Sakalo, Esq., re: Objections to Extension Motion & Omnibus Settlement Motion<br>Asbestos/Fraudulent TransferLitigation                             | 0.10  |
|          | TJT | Call to J. Sakalo, Esq. re: Objection to Expert Retention Motion<br>Case Administration/General                                                                         | 0.10  |
|          | TJT | Review memorandum re: 6/26/01 meeting<br>Case Administration/General                                                                                                    | 0.10  |
|          | TJT | Review correspondence re: letter from debtors counsel to committee's re: Mgt. of Asbestos Claims<br>Case Administration/General                                         | 0.20  |
|          | TJT | Review draft of Motion for Reconsideration of Order re: Compensation of Professionals<br>Retention of Professionals                                                     | 0.10  |
|          | TJT | Tele-conference with J. Sakalo, Esq., re: Objection to motion to retain experts<br>Retention of Professionals                                                           | 0.10  |
|          | TJT | Review minutes of Committee meeting re: 6/7/01<br>Case Administration/General                                                                                            | 0.10  |
|          | TJT | Review correspondnece re: Objection to Motion to retain Wallace, King, et al.<br>Case Administration/General                                                            | 0.10  |
|          | TJT | Revise Limited Objection to Motion to Retain Wallace, King, et al.<br>Case Administration/General                                                                       | 0.30  |
|          | TJT | Review agenda for June 21, 2001 hearing<br>Case Administration/General                                                                                                   | 0.10  |
|          | TJT | Tele-conference with J. Sakalo, Esq., re: objection to employee retention motion<br>Case Administration/General                                                          | 0.10  |

|          |     |                                                                                                                                     | Hours |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------|-------|
| 6/19/01  | TJT | Prepare Certificate of Service re: Limited objection to retention of Wallace, King, et al<br>Case Administration/General              | 0.20  |
|          | TJT | Prepare Certificate of Service re: Objection to Expert Retention Motion<br>Case Administration/General                                | 0.20  |
|          | TJT | Tele-conference with J. Sakalo, Esq. re: Objection to Motion to Retain Experts<br>Case Administration/General                         | 0.10  |
|          | TJT | Tele-conference with J. Sakalo, Esq., re: Objection to Motion to Retain Experts<br>Case Administration/General                        | 0.10  |
|          | TJT | Tele-conference with S. Baena, Esq. re: Objection to Motion to Retain Experts<br>Case Administration/General                          | 0.10  |
|          | TJT | Review correspondence re: Objection to Motion to Retain Experts<br>Case Administration/General                                        | 0.10  |
|          | TJT | Preparation of pleadings re: Objection to Motion to Retain Experts<br>Case Administration/General                                     | 3.30  |
| 6/20/01  | TJT | Review docket<br>Case Administration/General                                                                                         | 0.10  |
|          | TJT | Review correspondence re: letter from J. Sakalo, Esq., to debtors re: key employee retention program<br>Case Administration/General   | 0.10  |
|          | TJT | Review amended agenda for 6/21/01 hearing<br>Case Administration/General                                                             | 0.10  |
|          | TJT | Retrieve voice mail message from S. Baena, Esq., re: 6/21/01 hearing<br>Case Administration/General                                   | 0.10  |
|          | TJT | Call to S. Baena re: 6/21/01 hearing<br>Case Administration/General                                                                  | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 6/21/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review pleadings<br>Case Administration/General | 0.30 |
|  | TJT | Prepare for hearing<br>Case Administration/General | 0.80 |
|  | TJT | Tele-conference with J. Deen, Esq., re: Claims bar date<br>Case Administration/General | 0.20 |
|  | TJT | Review correspondence re: letter to Judge Farnan from debtors<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with D. Carickoff, Esq., re: amended<br>complaint<br>Case Administration/General | 0.10 |
|  | TJT | Meeting with S. Baena, Esq., & Client re: prepare for hearing<br>Case Administration/General | 0.50 |
|  | TJT | Court Appearance<br>Court Hearings | 3.50 |
| 6/22/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| 6/23/01 | TJT | Review correspondence re: e-mail from S. Baena, Esq., re:<br>June 26, 2001 meeting<br>Case Administration/General | 0.10 |
|  | TJT | Prepare for June 26, 2001 meeting<br>Case Administration/General | 1.00 |
|  | TJT | Research re: Bar Date<br>Case Administration/General | 1.00 |
|  | TJT | Discuss with M. Joseph, Esq., re: Bar Date<br>Case Administration/General | 0.30 |
|  | TJT | Tele-conference with J. Sakalo, Esq., re: June 26, 2001 meeting<br>Case Administration/General | 0.10 |
| 6/25/01 | TJT | Review docket<br>Case Administration/General | 0.10 |

|          |     |                                                                                          | Hours |
|----------|-----|------------------------------------------------------------------------------------------|-------|
| 6/25/01  | TJT | Review correspondence re: Motion to Amend Order<br>Case Administration/General           | 0.10  |
|          | TJT | Preparation of pleadings re: Motion to Amend order<br>Case Administration/General         | 0.50  |
|          | TJT | Preparation of pleadings re: Notice of Motion re: Motion to Amend Order<br>Case Administration/General | 0.20  |
|          | TJT | Prepare letter to J. Sakalo, Esq., re: Motion to Amend Order<br>Case Administration/General | 0.10  |
|          | TJT | Review docket<br>Case Administration/General                                             | 0.10  |
|          | TJT | Review correspondence re: Motion to Amend Order<br>Case Administration/General            | 0.10  |
|          | TJT | Preparation of pleadings re: Motion to Amend Order<br>Case Administration/General         | 0.50  |
|          | TJT | Preparation of pleadings re: Notice of Motion re: Motion to Amend Order<br>Case Administration/General | 0.20  |
|          | TJT | Prepare letter to J. Sakalo, Esq., re: Motion to Amend Order<br>Case Administration/General | 0.10  |
|          | TJT | Travel to Alanta re: Committee Meeting<br>Travel Time                                     | 2.50  |
| 6/26/01  | TJT | Attend Committee Meeting<br>Committee Meetings and Conferences                            | 7.30  |
|          | TJT | Travel from Atlanta re: Committee Meeting<br>Travel Time                                  | 2.50  |
| 6/27/01  | TJT | Review docket<br>Case Administration/General                                             | 0.10  |
|          | TJT | Review pleadings<br>Case Administration/General                                          | 0.10  |
|          | TJT | Tele-conference with J. Sakalo, Esq. re: Motion to Compel<br>Asbestos/Fraudulent TransferLitigation | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 6/27/01 | TJT | Prepare e-mail to Committee re: Motion to Compel<br>Asbestos/Fraudulent TransferLitigation | 0.30 |
|  | TJT | Tele-conference with M. Zaleski, Esq., re: Joint Motion<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Prepare e-mail to S. Baena, Esq., re: Joint Motion<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
| 6/28/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Prepare e-mail to J. Sakalo, Esq., re: Motion to Compel<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Preparation of pleading re: Motion to Compel<br>Asbestos/Fraudulent TransferLitigation | 3.50 |
|  | TJT | Research re: Motion to Compel<br>Asbestos/Fraudulent TransferLitigation | 1.00 |
|  | TJT | Discuss with R. Miller re: Motion to Compel<br>Asbestos/Fraudulent TransferLitigation | 0.30 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: Motion to Compel<br>Asbestos/Fraudulent TransferLitigation | 0.40 |
|  | TJT | Review correspondence re: Motion to Compel<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Tele-conference with W. Sudell re: Joint Motion<br>Asbestos/Fraudulent TransferLitigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq., re: Case Management<br>Motion<br>Case Administration/General | 0.10 |
| 6/29/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Preparation of pleadings re: Order re: Motion to Compel<br>Asbestos/Fraudulent TransferLitigation | 1.00 |
|  | TJT | Preparation of pleadings re: Motion to Compel<br>Asbestos/Fraudulent TransferLitigation | 2.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 6/29/01 | TJT | Tele-conference with J. Sakalo, Esq., re: Case Management Motion<br>Case Administration/General | 0.10 | |
| | TJT | Tele-conference with J. Sakalo, Esq., re: Case Management Motion<br>Case Administration/General | 0.10 | |
| | TJT | Prepare letter to J. Sakalo, Esq., re: Case Management Motion<br>Case Administration/General | 0.10 | |
| 6/30/01 | TJT | Review pleading re: Case Management Motion<br>Case Administration/General | 0.30 | |
| | TJT | Review pleading re: Memorandum In Support of Case Management Motion<br>Case Administration/General | 0.50 | |
| | TJT | Review pleading re: Supplemental Information In Support of Motion to Modify Preliminary Injunction<br>Asbestos/Fraudulent TransferLitigation | 0.30 | |
| | TJT | Prepare e-mail to S. Baena, Esq., re: Supplemental Information document<br>Case Administration/General | 0.10 | |
| | TJT | Tele-conference with J. Sakalo, Esq., re: Case Management Motion<br>Case Administration/General | 0.30 | |
| | TJT | Tele-conference with J. Sakalo, Esq., re: Supplemental Information document<br>Case Administration/General | 0.10 | |
| 6/26/01 | TJT | Prepare for Committee meeting | 1.50 | |
| | | | | Amount |
| | Subtotal: | | 81.00 | 14,985.00 |

05-R. Miller

| 4/26/01 | RSM | Prepare documents for filing, objection to Motion for Preliminary Injunction<br>Case Administration/General | 0.30 | |
|---|---|---|---|---|

|  |  |  | Hours |
|---|---|---|---|
| 5/2/01 | RSM | Tele-conference<br>Committee Meetings and Conferences | 0.20 |
|  | RSM | Confer with Mr. Tacconelli<br>Case Administration/General | 0.10 |
| 5/22/01 | RSM | Travel to Dallas Meeting<br>Travel Time | 2.00 |
| 5/23/01 | RSM | Attend Dallas Meeting of Committee<br>Committee Meetings and Conferences | 5.00 |
|  | RSM | Travel back to Philadelphia<br>Travel Time | 5.00 |
| 5/24/01 | RSM | Memo Mr. Joseph and Mr. Tacconelli re: Committee Meeting<br>Case Administration/General | 0.70 |
| 5/30/01 | RSM | Review e-mail re: Committee expenses<br>Case Administration/General | 0.10 |
|  | RSM | Review e-mail re: Insurance issues<br>Case Administration/General | 0.10 |
| 5/31/01 | RSM | Review e-mail re: tele-conference<br>Case Administration/General | 0.10 |
|  | RSM | Committee tele-conference<br>Committee Meetings and Conferences | 1.00 |
| 6/7/01 | RSM | Review Joint Motion<br>Case Administration/General | 0.40 |
|  | RSM | Confer with Mr. Joseph re: Joint Motion<br>Case Administration/General | 0.10 |
| 6/5/01 | RSM | Attend tele-conference<br>Committee Meetings and Conferences | 0.80 |
| 6/6/01 | RSM | Review e-mails re: Professional Compensation Order<br>Case Administration/General | 0.10 |
|  | RSM | Research, e-mail to Committee re: Professional Compensation<br>Order<br>Case Administration/General | 0.50 |

| | | | Hours | |
|---|---|---|---|---|
| 6/5/01 | RSM | Confer with Mr. Tacconelli re: tele-conference<br>Case Administration/General | 0.20 | |
| 6/7/01 | RSM | Review e-mails re: tele-conference<br>Case Administration/General | 0.20 | |
| | RSM | Attend tele-conference<br>Committee Meetings and Conferences | 0.20 | |
| 6/12/01 | RSM | Review and respond to e-mail re: selection of counsel<br>Retention of Professionals | 0.20 | |
| 6/14/01 | RSM | Attend Committee tele-conference<br>Committee Meetings and Conferences | 1.50 | |
| | RSM | Confer with Mr. Tacconelli re: fraudulent transfer litigation<br>Asbestos/Fraudulent TransferLitigation | 0.30 | |
| 6/19/01 | RSM | Review e-mail correspondence re: retention of Motion<br>Case Administration/General | 0.10 | |
| 6/25/01 | RSM | Review e-mail correspondence re: Motion to Amend Order<br>Case Administration/General | 0.20 | |
| 6/27/01 | RSM | Confer with Mr. Joseph re: general case status<br>Case Administration/General | 0.50 | |
| 6/28/01 | RSM | Research and confer with Mr. Tacconelli re: Motion to Compel<br>Case Administration/General | 0.30 | |
| 5/2/01 | RSM | Tele-conference with J. Deen, Esq.<br>Case Administration/General | 0.20 | |
| 5/22/01 | RSM | Review documents in preparation for meeting<br>Case Administration/General | 3.00 | |
| 6/5/01 | RSM | Review e-mails re: Document Retention<br>Asbestos/Fraudulent TransferLitigation | 0.20 | |
| | | | ———— | Amount |
| | Subtotal: | | 23.60 | 3,776.00 |
| | Total Time Expended: | | 109.20 | $20,026.00 |

|  | | Amount |
|---|---|---:|
| | Costs Advanced: | |
| 4/25/01 | Fax | 20.00 |
| 4/26/01 | Fax re: Updated docket | 4.00 |
| 5/3/01 | Service of Entry of Appearance | 45.14 |
| 5/2/01 | Delivery Cost (Parcels) | 176.50 |
| | Delivery Cost (Parcels) | 18.00 |
| 5/15/01 | Transcript Cost (5/3/01) | 89.00 |
| 5/24/01 | Express Mail | 22.62 |
| 5/30/01 | Express Mail | 36.78 |
| 6/4/01 | Express Mail | 17.94 |
| 6/12/01 | Express Mail | 23.92 |
| | Copying & Service fee (5/22/01) Reliable Copy Service | 339.34 |
| 6/27/01 | Delivery Cost (6/14/01) | 50.00 |
| 6/28/01 | Copying and Service Fee (5/21/01) | 105.30 |
| 6/29/01 | Copying and Service Fee (6/14/01) | 387.13 |
| 4/30/01 | Fax to J. Sakalo, Esq. | 2.00 |
| 5/8/01 | Fax to J. Sakalo, Esq. | 2.00 |
| | Fax to J. Sakalo, Esq. | 25.00 |
| 5/9/01 | Fax to J. Sakalo, Esq. | 2.00 |
| | Fax to S. Baena, Esq. | 5.00 |
| | Fax to J. Sakalo, Esq. | 21.00 |
| | Fax to L. Flores (Bilzin, Sumberg, et al.) | 6.00 |
| 5/15/01 | Fax to J. Sakalo, Esq. | 2.00 |

| | | Amount |
|---|---|---:|
| 5/16/01 | Fax to J. Sakalo, Esq. | 4.00 |
| 5/18/01 | Fax to J. Sakalo, Esq. | 2.00 |
| | Fax to J. Sakalo, Esq. | 17.00 |
| | Fax to L. Flores (Bilzin, Sumberg, et al.) | 30.00 |
| 5/22/01 | Fax to J. Sakalo, Esq. | 5.00 |
| 5/23/01 | Fax to J. Sakalo, Esq. | 2.00 |
| 5/25/01 | Fax to J. Sakalo, Esq. | 2.00 |
| 5/29/01 | Fax to J. Sakalo, Esq. | 4.00 |
| 6/1/01 | Fax to J. Sakalo, Esq. | 3.00 |
| 6/2/01 | Fax to J. Sakalo, Esq., and S. Baena, Esq. | 62.00 |
| | Fax to J. Sakalo, Esq., and S. Baena, Esq. | 15.00 |
| 6/4/01 | Fax to J. Sakalo, Esq. | 2.00 |
| 6/5/01 | Fax to J. Sakalo, Esq., and S. Baena, Esq. | 15.00 |
| 6/7/01 | Fax to J. Sakalo, Esq | 4.00 |
| | Fax to J. Sakalo, Esq. | 2.00 |
| 6/8/01 | Fax to J. Sakalo, Esq., and S. Baena, Esq. | 20.00 |
| 6/9/01 | Fax to J. Sakalo, Esq. | 9.00 |
| 6/11/01 | Fax to J. Sakalo, Esq. | 2.00 |
| 6/14/01 | Fax to J. Sakalo, Esq. | 4.00 |
| | Fax to J. Sakalo, Esq. | 23.00 |
| | Fax to J. Sakalo, Esq. | 23.00 |
| 6/15/01 | Fax to J. Sakalo, Esq. | 3.00 |
| 6/18/01 | Fax to J. Sakalo, Esq. | 3.00 |

|  |  | Amount |
|---|---|---:|
| 6/18/01 | Fax to J. Sakalo, Esq. | 12.00 |
| 6/19/01 | Fax to J. Sakalo, Esq. | 4.00 |
|  | Fax to J. Sakalo, Esq. | 5.00 |
|  | Fax to S. Schwartz, Esq. | 4.00 |
| 6/20/01 | Fax to J. Sakalo, Esq. | 3.00 |
| 6/21/01 | Fax to J. Sakalo, Esq. | 2.00 |
| 6/22/01 | Fax to J. Sakalo, Esq. | 2.00 |
| 6/24/01 | Fax to J. Sakalo, Esq. | 3.00 |
| 6/27/01 | Fax to J. Sakalo, Esq. | 22.00 |
| 6/30/01 | Fax to J. Sakalo, Esq. | 8.00 |
| 5/21/01 | American Airlines | 1,891.00 |
| 5/23/01 | Hyatt Regency DFW | 241.47 |
|  | Travel - Food | 44.80 |
|  | Parking - PHL | 14.00 |
| 6/26/01 | Cost Advance (Hotel 6/26/01 Meeting in Atlanta) | 204.62 |
|  | Cost Advance (Airfare 6/26/01 Meeting in Atlanta) | 260.50 |
|  | Subtotal: | 4,378.06 |
|  | Total costs | $4,378.06 |
|  | Total fees and costs | $24,404.06 |
|  | Balance due | $24,404.06 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re                                      )        Chapter 11
                                           )
W.R. Grace & Co., *et al.*,                )        Case No. 01-01139 (JJF)
                                           )        (Jointly Administered)
            Debtors.                       )

## ORDER APPROVING AND ALLOWING FIRST INTERIM FEE APPLICATION REQUEST OF FERRY & JOSEPH, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 18, 2001 THROUGH JUNE 30, 2001

AND NOW, to wit this _____ day of _____, 2001, the Court having heard the

First Interim Fee Application Request of Ferry & Joseph, P.A. for Approval and Allowance of

Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Asbestos Property Damage Claimants for the Period of April 18, 2001 through

June 30, 2001, and the Court having found that the relief sought therein is reasonable and

necessary, IT IS HEREBY ORDERED as follows:

1. The Request is GRANTED

2. The Court approves and allows the legal fees of Ferry & Joseph, P.A. in the amount of

$18,541.00 and expenses in the amount of $4,378.06.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Rick S. Miller, Esquire, hereby certify that on this 30th day of July, 2001, I caused one copy of the First Interim Fee Application Request of Ferry & Joseph, P.A. for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 18, 2001 through June 30, 2001 to be served to the following persons in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

Rick S. Miller, Esquire (#3418)

## SERVICE LIST

**By hand:**

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**By First Class Mail:**
Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd.
Los Angeles CA 90067-4100

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

William S. Katchen, Esquire
Duane Morris & Heckscher
1 Riverfront Plaza, 2d Floor
Newark NJ 07102

Peninsula Partners LP
Attn: Ted Wechsler
404-B East Main Street, 2d Floor
Charlottesville VA 22902

Dimensional Fund Advisors
Attn: Lawrence Spieth
10 S. Wacker Drive, #2275
Chicago IL 60606

Angus W. Mercer
4500 Carmel Estates Road
Charlotte NC 28226

Simon Atlas
8314 Meadowlark Lane
Bthesda MD 20817

Raymond E. Smiley
35415 Solon Road
Solon OH 44139-2415