IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY OF THE FIRST QUARTERLY INTERIM VERIFIED
APPLICATION OF KIRKLAND & ELLIS FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY
COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD
FROM APRIL 2, 2001 THROUGH JUNE 30, 2001**

Name of Applicant: **Kirkland & Ellis**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession**

Date of Retention: **Retention Order entered May 3, 2001,
effective as of April 2, 2001.**

Period for which compensation and reimbursement
is sought: **April 2, 2001 through June 30, 2001**

Amount of Compensation sought as actual,
reasonable, and necessary: **$1,909,193.30**

This is a: __ monthly  **x** quarterly application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 - 4/30/01 | $626,079.00 | $32,439.84 | pending | pending |
| June 29, 2001 | 5/1 - 5/31/01 | $567,151.00 | $77,487.86 | pending | pending |
| July 31, 2001 | 6/1 - 6/30/01 | $560,569.50 | $45,466.13 | pending | pending |

K&E has filed certificates of no objection with the Court with respect to the Applications for April and May 2001 because no objections were filed with the Court within the objection period.

The K&E attorneys who rendered professional services in these cases during the Fee Period are:[2]

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation April 2 - June 30 |
|---|---|---|---|---|---|---|
| Theodore Freedman | Partner | 29 Years | Bankruptcy | $575.00 | 22.50 | $12,937.50 |
| Janet Baer | Partner | 19 Years | Bankruptcy | $495.00 | 436.00 | $215,820.00 |
| Bennett Spiegel | Partner | 17 Years | Bankruptcy | $445.00 | 25.80 | $11,481.00 |
| James Sprayregen | Partner | 16 Years | Bankruptcy | $625.00 | 61.90 | $38,687.50 |
| Lena Mandel | Associate | 11 Years | Bankruptcy | $395.00 | 59.90 | $23,660.50 |
| James Kapp III | Associate | 7 Years | Bankruptcy | $395.00 | 523.70 | $206,861.50 |
| Roger Higgins | Associate | 5 Years | Bankruptcy | $235.00 | 426.90 | $100,321.50 |
| Samuel Schwartz | Associate | 4 Years | Bankruptcy | $320.00 | 559.90 | $179,168.00 |
| Deanna D. Boll | Associate | 3 Years | Bankruptcy | $320.00 | 63.90 | $20,448.00 |
| Kristin Rooney | Associate | 3 Years | Bankruptcy | $280.00 | 0.40 | $112.00 |
| Brian Lutz | Summer Associate | 2 Months | Bankruptcy | $145.00 | 17.30 | $2,508.50 |
| Martin C. Attea | Associate | 2 Years | Corporate | $265.00 | 12.10 | $3,206.50 |
| L. Mark Wine | Partner | 31 Years | Environmental | $505.00 | 0.60 | $303.00 |
| Timothy Hardy | Partner | 29 Years | Environmental | $445.00 | 127.30 | $56,648.50 |
| Mark Grummer | Partner | 25 Years | Environmental | $365.00 | 248.40 | $90,666.00 |

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the First Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for April 2, 2001 through June 30, 2001.

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation April 2 - June 30 |
|---|---|---|---|---|---|---|
| David Codevilla | Associate | 5 Years | Environmental | $295.00 | 159.50 | $47,052.50 |
| Jane Davis | Summer Associate | 2 Month | Environmental | $125.00 | 25.40 | $3,175.00 |
| John Irving, Jr. | Partner | 36 Years | Labor | $440.00 | 1.20 | $528.00 |
| R. Timothy Stephenson | Partner | 11 Years | Labor | $350.00 | 1.70 | $595.00 |
| David M. Bernick | Partner | 23 Years | Litigation | $655.00 | 151.90 | $99,494.50 |
| Andrew Running | Partner | 19 Years | Litigation | $470.00 | 282.00 | $132,540.00 |
| John Donley | Partner | 16 Years | Litigation | $445.00 | 1.00 | $445.00 |
| Reed Oslan | Partner | 14 Years | Litigation | $445.00 | 67.30 | $29,948.50 |
| Peter Bellacosa | Partner | 13 Years | Litigation | $460.00 | 0.50 | $230.00 |
| Michelle Browdy | Partner | 11 Years | Litigation | $400.00 | 7.20 | $2,880.00 |
| Sarah Marmor | Partner | 8 Years | Litigation | $375.00 | 125.70 | $47,137.50 |
| Daryl Joseffer | Associate | 6 Years | Litigation | $350.00 | 15.90 | $5,495.50 |
| Christopher Sullivan | Associate | 6 Years | Litigation | $350.00 | 241.30 | $84,455.00 |
| Brant Bishop | Associate | 5 Years | Litigation | $330.00 | 8.80 | $2,904.00 |
| Scott McMillin | Associate | 5 Years | Litigation | $330.00 | 200.40 | $66,132.00 |
| Douglas Smith | Associate | 5 Years | Litigation | $315.00 | 27.50 | $8,662.50 |
| J. Chad Mitchell | Associate | 3 Years | Litigation | $265.00 | 4.00 | $1,060.00 |
| P. Renee Wicklund | Associate | 3 Years | Litigation | $265.00 | 41.00 | $10,865.00 |
| Grant Cornehls | Associate | 2 Years | Litigation | $225.00 | 32.30 | $7,267.50 |
| Kellye Fabian | Associate | 1 Year | Litigation | $195.00 | 148.40 | $28,938.00 |
| Yvette Ney | Summer Associate | 1 Month | Litigation | $125.00 | 41.70 | $5,212.50 |
| Brian Davis | Associate | 3 Years | Real Estate | $265.00 | 18.50 | $4,902.50 |
| Julie Olsen | Associate | 1 Year | Real Estate | $265.00 | 5.30 | $1,404.50 |
| Sven Nylen | Summer Associate | 1 Month | Real Estate | $140.00 | 15.30 | $2,142.00 |

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation April 2 - June 30 |
|---|---|---|---|---|---|---|
| Donald Rocap | Partner | 21 Years | Tax | $625.00 | 10.00 | $6,250.00 |
| Todd Maynes | Partner | 14 Years | Tax | $515.00 | 61.30 | $31,569.50 |
| Kevin Coenen | Associate | 4 Years | Tax | $335.00 | 21.90 | $7,336.50 |
| Natalie Keller | Associate | 4 Years | Tax | $365.00 | 28.70 | $10,475.50 |
| Thomas Day | Associate | 1 Year | Tax | $235.00 | 47.00 | $11,045.00 |
| Michael Hauswirth | Associate | 1 Year | Tax | $235.00 | 4.60 | $1,081.00 |
| Andrew Kaufman | Partner | 27 Years | Transactional | $570.00 | 0.60 | $342.00 |
| Kenneth Morrison | Partner | 18 Years | Transactional | $510.00 | 9.10 | $4,641.00 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compensation April 2 - June 30 |
|---|---|---|---|---|---|---|
| Elizabeth Cox Arnold | Legal Assistant | 12 Years | Bankruptcy | $150.00 | 5.50 | $825.00 |
| Cheri Johnson | Legal Assistant | 8 Years | Bankruptcy | $140.00 | 1.00 | $140.00 |
| Nathanael Meyers | Legal Assistant | 8 Years | Bankruptcy | $150.00 | 64.10 | $9,615.00 |
| Brigitte Windley | Legal Assistant | 4 Years | Bankruptcy | $150.00 | 229.00 | $34,350.00 |
| David Delsignore | Project Assistant | 1 Year | Bankruptcy | $70.00 | 5.50 | $385.00 |
| Daniel Lee | Project Assistant | 9 Months | Bankruptcy | $70.00 | 4.50 | $315.00 |
| Leslie Drinkwater | Project Assistant | 9 Months | Bankruptcy | $70.00 | 17.20 | $1,204.00 |

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compensation April 2 - June 30 |
|---|---|---|---|---|---|---|
| Daniel Baglio | Case Assistant | 8 Months | Bankruptcy | $60.00 | 102.50 | $6,150.00 |
| Anita Nowak | Case Assistant | 5 Months | Bankruptcy | $65.00 | 3.00 | $195.00 |
| Eric Miller | Project Assistant | 5 Months | Bankruptcy | $70.00 | 0.20 | $14.00 |
| Sabrina Mitchell | Project Assistant | 4 Months | Bankruptcy | $70.00 | 305.60 | $21,392.00 |
| Aletheia Anderson | Project Assistant | 1 Month | Bankruptcy | $70.00 | 0.20 | $14.00 |
| Jua Howard | Project Assistant | 1 Month | Bankruptcy | $70.00 | 0.50 | $35.00 |
| Bertha Serrano | Legal Assistant | 1 Month | Bankruptcy | $105.00 | 1.60 | $168.00 |
| Laura Urso | Legal Assistant | 16 Years | Corporate | $190.00 | 21.40 | $4,066.00 |
| Christopher Valeri | Legal Assistant | 8 Years | Corporate | $130.00 | 62.00 | $8,060.00 |
| Rebecca Landau | Project Assistant | 11 Months | Corporate | $80.00 | 16.00 | $1,280.00 |
| Tanya Fawcett | Case Assistant | 9 Months | Corporate | $65.00 | 2.50 | $162.50 |
| Melissa Piliere | Case Assistant | 6 Months | Corporate | $65.00 | 15.50 | $1,007.50 |
| Lauren Mitchell-Dawson | Legal Assistant | 12 Years | Environmental | $165.00 | 1.30 | $214.50 |
| Gayle Lodygowski | Case Assistant | 12 Years | Intellectual Property | $65.00 | 5.20 | $338.00 |
| Alison Kucera | Project Assistant | 1 Month | Intellectual Property | $70.00 | 1.30 | $91.00 |
| Shirley Pope | Legal Assistant | 16 Years | Litigation | $155.00 | 98.00 | $15,190.00 |
| Kenneth Toth | Case Assistant | 8 Years | Litigation | $65.00 | 2.00 | $130.00 |

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compen-sation April 2 - June 30 |
|---|---|---|---|---|---|---|
| Travis Langenkamp | Legal Assistant | 7 Years | Litigation | $130.00 | 4.00 | $520.00 |
| Kathy Sorce | Legal Assistant | 6 Years | Litigation | $150.00 | 13.50 | $2,025.00 |
| Michael Rocco | Manager | 3 Years | Litigation | $165.00 | 0.50 | $82.50 |
| Aaron Birnbaum | Project Assistant | 1 Year | Litigation | $70.00 | 50.50 | $3,535.00 |
| Emily Knox | Project Assistant | 11 Months | Litigation | $70.00 | 1.30 | $91.00 |
| Raquel Carrillo | Legal Assistant | 7 Months | Litigation | $100.00 | 111.90 | $11,190.00 |
| Susan Polk | Legal Assistant | 16 Years | Tax | $180.00 | 7.00 | $1,260.00 |
| Biographical Research | | | | $110.00 | 2.80 | $308.00 |
| Government Agency Research | | | | $110.00 | 1.00 | $110.00 |
| Legislative Research | | | | $110.00 | 2.50 | $275.00 |

Grand Total for Fees:    $1,753,799.50
Blended Rate:            $315.74

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 16 | Asset Analysis and Recovery | 129.90 | $44,162.00 |
| 17 | Automatic Stay Matters/Relief from Stay Proceedings | 234.30 | $79,076.50 |
| 18 | Bankruptcy Filing | 153.50 | $52,508.00 |
| 19 | Carriers | 1.50 | $592.50 |
| 20 | Case Administration | 635.70 | $134,462.50 |
| 21 | Claim Estimate, Objection and Resolution | 306.10 | $112,759.50 |
| 22 | Contested Matters/Adversary Proceedings | 1580.80 | $598,189.50 |
| 23 | Corporate and Securities Matters | 13.70 | $5,509.00 |
| 24 | Creditors/Noteholders Committee | 154.80 | $64,682.00 |
| 25 | Creditors/Shareholders Committee | 116.20 | $34,623.00 |
| 26 | DIP Financing/Cash Collateral | 368.30 | $74,150.50 |
| 27 | Employee Matters | 194.90 | $56,859.00 |
| 28 | Environmental Issues | 329.40 | $117,127.50 |
| 29 | File, Docket, Calendar Maintenance | 241.80 | $19,678.00 |
| 30 | Hearings | 124.70 | $58,648.50 |
| 31 | Intellectual Property | 0.20 | $79.00 |
| 32 | K&E Fee Application, Preparation of | 135.50 | $20,570.00 |
| 33 | Lease Rejection Claims | 90.20 | $26,179.00 |
| 34 | Lien Issues | 0.30 | $118.50 |
| 35 | Other Fee Applications | 1.10 | $434.50 |
| 36 | Reclamation Claims | 15.40 | $4,082.50 |
| 37 | Reorganization Plan/Disclosure Statement/Confirmation Issues | 11.30 | $3,746.50 |
| 38 | Retention of Professionals/Fees | 168.80 | $52,534.00 |
| 39 | Schedules/Statement of Financial Affairs | 198.60 | $65,479.50 |
| 40 | Subsidiaries/Non-Debtor Affiliates | 1.10 | $507.50 |
| 41 | Tax Matters | 142.90 | $53,379.50 |
| 42 | Travel | 72.00 | $28,116.50 |

| 43 | Use, Sale, Lease or Abandonment of Property | 0.70 | $437.50 |
| 44 | U.S. Trustee | 31.20 | $10,984.50 |
| 45 | Utilities | 45.50 | $14,701.00 |
| 46 | IRS Tax Litigation | 53.80 | $19,421.50 |

**Expense Summary**

| Description | Amount |
|---|---|
| Telephone | $4,444.57 |
| Facsimile Charges | $3,204.71 |
| Standard Copies | $6,525.44 |
| Color Copies | $39.00 |
| Binding | $75.25 |
| Outside Copy/binding Service | $3,945.01 |
| Tabs/Indexes/Dividers | $44.60 |
| Postage | $107.79 |
| Local Transportation | $386.67 |
| Travel Meals | $930.05 |
| Overnight Delivery | $1,654.45 |
| Travel Expense | $19,621.76 |
| Airfare | $42,492.75 |
| Travel to/from Airport | $1,540.24 |
| Other Travel Expenses | $690.10 |
| Computer Database Research | $4,342.25 |
| Library Document Procurement | $400.00 |
| Information Broker Services | $53,251.04 |
| Calendar/Court Services | $130.00 |
| Working Meals | $244.70 |
| Overtime Meals | $144.00 |
| Overtime Meals- Attorney | $250.75 |
| Overtime Transportation | $537.49 |
| Secretarial Overtime | $7,331.83 |
| Outside Messenger Service | $354.38 |
| Miscellaneous Office Expenses | $100.00 |
| Trial Exhibits | $2,605.00 |
| **Total** | $155,393.83 |