# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al. | : | Case No. 01-01139(JJF) |
| | : | (Jointly Administered) |
| | : | |
| Debtors | : | |

## REQUEST OF AON CONSULTING, INC.
## FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

AON Consulting, Inc. ("AON"), a creditor and party in interest herein, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> Barry D. Kleban, Esquire
> Adelman Lavine Gold and Levin
> 1900 Two Penn Center Plaza
> Philadelphia, PA 19102-1799
> Phone: (215) 569-5083
> Facsimile: 215-557-7922
> E-mail: bleban@adelmanlaw.com

Pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise, which affects AON, the Debtors in the above-captioned case (the "Debtors"), or the property of the Debtors.

Neither this Request nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in these or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal,

or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which AON is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                        **ADELMAN LAVINE GOLD AND LEVIN**
                        **a Professional Corporation**

By: _____
      Barry D. Kleban, Esquire
      1900 Two Penn Center Plaza
      Philadelphia, PA  19103-1799
      (215) 569-5083
      Attorneys for AON Consulting, Inc.

g:\392\50\pleading\request for service

## CERTIFICATION OF SERVICE

I, BARRY D. KLEBAN, ESQUIRE, hereby certify that I caused to be served a true and correct copy of the foregoing Request of AON Consulting, Inc. for Service of Papers and Reservation of Rights upon those persons whose names and addresses appear on the list attached as Exhibit "A", by first-class mail, postage prepaid on July 30, 2001.

_____
BARRY D. KLEBAN

**See attached list**

g:\392\50\pleading\request for service

# EXHIBIT A

g:\392\50\pleading\request for service

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
PO Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL 60601

Frank J. Perch, Esquire
Office of the United States Trustee
Curtis Center, Suite 950 West
601 Walnut Street
Philadelphia, PA 19106

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena
  Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131