FILED

2001 JUL 31  PM 10: 29

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 20, 2001 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## NOTICE OF FILING OF FIRST MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to the Official Committee of Equity Holders.

The Blackstone Group, L.P. ("Blackstone"), financial advisors to the above-

captioned debtors and debtors in possession in the above-captioned chapter 11 cases, filed and

served the First Application of The Blackstone Group, L.P. as Financial Advisor to the Debtors

and Debtors in Possession for Allowance of Compensation for Actual and Necessary Services

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:27257.1

Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred (for the monthly periods April 2, 2001 through June 30, 2001) and the Summary in connection therewith, seeking compensation in the amount of $519,166.67[2] and reimbursement for actual and necessary expenses in the amount of $7,663.95 (the "Fee Application").

The Fee Application is submitted pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members, entered by this Court on May 3, 2001 (the "Fee Order")

Objections or responses to the Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on or before **August 20, 2001 at 4:00 p.m.**

At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis

---

[2] Pursuant to the Fee Order (as defined herein), Blackstone will only be paid $415,333.33, 80% of the compensation represented in this Fee Application. Blackstone will seek approval of the remainder of its compensation in a quarterly fee application that will be filed in accordance with the Fee Order.

91100-001\DOCS_DE:27257.1

Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Matthew G. Zaleski, III, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (vii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000).

IF NO OBJECTION IS FILED AND SERVED IN ACCORDANCE WITH THE

ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES

REQUESTED MAY BE PAID PURSUANT TO THE FEE ORDER WITHOUT FURTHER

ORDER OF THE COURT OR HEARING.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT

WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE FEE ORDER.

A HEARING ON THE FEE APPLICATION WILL BE HELD AT THE

COURT'S CONVENIENCE ONLY IF OBJECTIONS OR RESPONSES ARE FILED.

Dated: July 31, 2001

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| | : | |
| **W.R. GRACE & CO., et al.,** | : | **Case No. 01-01139 (JJF)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | |
| | : | |

### FIRST APPLICATION OF THE BLACKSTONE GROUP
L.P. AS FINANCIAL ADVISOR TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR ALLOWANCE OF
COMPENSATION FOR ACTUAL AND NECESSARY SERVICES
RENDERED AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED
(FOR THE MONTHLY PERIODS APRIL 2, 2001 THROUGH JUNE 30, 2001)

## SUMMARY SHEET

Name of Applicant:                              THE BLACKSTONE GROUP L.P.

Authorized to Provide
Professional Services to:                    Debtors

Date of Retention Order:                     June 22, 2001, effective April 2, 2001

Period for which
Compensation and
reimbursement is sought:                  April 2, 2001 – June 30, 2001

Amount of compensation
sought as actual,                                    <u>Total</u>                <u>Less Holdback (@20%)</u>
reasonable and necessary:                 $519,166.67              $103,833.33

Amount of reimbursement of
expenses sought as actual,
reasonable and necessary:                 $7,663.95

This is a  _x_  monthly __ interim   ___ final application

JUL 3 0 2001

Summary Table

| Fee Application, Filing Date | Total Fees Requested | Amount of Holdback (20%) | Net Fees Requested | Total Expenses Requested | Deadline for Objection |
|---|---|---|---|---|---|
| First 4/2/2001 - 4/30/2001, 7/30/2001 | $169,166.67 | $33,833.33 | $135,333.33 | $0 | 8/20/2001 |
| Second 5/1/2001 - 5/31/2001, 7/30/2001 | $175.000.00 | $35,000.00 | $140,000.00 | $984.00 | 8/20/2001 |
| Third 6/1/2001 – 6/30/2001, 7/30/2001 | $175.000.00 | $35,000.00 | $140,000.00 | $6,679.95 | 8/20/2001 |
| TOTAL | $519,166.67 | $103,833.33 | $415,333.33 | $7,663.95 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | : |
| | :     **Chapter 11** |
| | : |
| **W.R. GRACE & CO., et al.,** | :     **Case No. 01-01139 (JJF)** |
| | : |
| **Debtors.** | :     **(Jointly Administered)** |
| | : |
| | : |
| | : |

FIRST APPLICATION OF THE BLACKSTONE GROUP
L.P. AS FINANCIAL ADVISOR TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR ALLOWANCE OF
COMPENSATION FOR ACTUAL AND NECESSARY SERVICES
RENDERED AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED
(FOR THE MONTHLY PERIODS APRIL 2, 2001 THROUGH JUNE 30, 2001)

## I. Background

The Blackstone Group L.P. ("Blackstone") respectfully represents as follows:

1.     Blackstone is financial advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2.     On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Bankruptcy Code"). The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.     On April 2, 2001, the Debtors applied to the Court for an order authorizing them to retain Blackstone pursuant to an engagement agreement dated February 15, 2001 (the "Engagement Agreement") as their financial advisor, effective as of the Petition Date.

3

4.    On June 22, 2001, the Court entered an order (the "Retention Order") authorizing the Debtors to employ Blackstone as their financial advisor effective as of the Petition Date pursuant to the terms of the Engagement Agreement.

5.    Pursuant to the Order Under 11 U.S.C. §§ 105 (a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("Procedures"), Blackstone submits this first application (the "First Application") for the monthly periods April 2, 2001 through June 30, 2001 (the "First Application Period").

6.    Blackstone submits this First Application (i) for allowance of reasonable compensation for actual and necessary professional services by it as financial advisor to the Debtors in these cases for the First Application Period, and (ii) for reimbursement of actual and necessary expenses incurred in representing the Debtors during that same period. This First Application is made pursuant to the provisions of sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Retention Order and Delaware Bankruptcy Local Rule 2016-2.

7.    Professional services and expenses for which compensation and reimbursement are sought were rendered and expended on behalf of the Debtors pursuant to chapter 11 of the Bankruptcy Code. Blackstone believes it is appropriate that it be compensated for the time spent and be reimbursed for the expenses incurred in connection with these matters.

8.    For the First Application Period, Blackstone has provided professional services to the Debtors and incurred fees for such services totaling $519,166.67. This represents

Blackstone's monthly fee of $169,166.67[2] for the period April 2, 2001 through April 30, 2001, and monthly fees of $175,000.00 each for the periods May 1, 2001 through May 31, 2001, and June 1, 2001 through June 30, 2001. For the First Application Period, Blackstone has incurred actual and necessary expenses in connection therewith totaling $7,663.95. With respect to these specific amounts, Blackstone has received no payments as of the date of the First Application.

9.    As was set out in the Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of the Blackstone Group L.P. as Financial Advisor to the Debtors and Debtors in Possession (the "Retention Application"), Blackstone provided advisory services to the Debtors prior to the Petition Date. Specifically, Blackstone served as financial advisor to the Debtors since February 2001.

## II. The Blackstone Engagement

10.    On April 2, 2001, the Debtors applied to the Court for an order authorizing them to retain Blackstone pursuant to the Engagement Agreement as their financial advisor effective as of April 2, 2001, the petition date (the "Effective Date"). Specifically, Blackstone was retained as Financial Advisor to provide the following professional services:

> (a) Assist in the evaluation of the Debtors' businesses and prospects;
>
> (b) Assist in the development of the Debtors' long-term business plan;
>
> (c) Analyze the Debtors' financial liquidity and financing requirements;
>
> (d) Assist in the estimation of asbestos claims including the preparation of an estimation model for payments and costs and the analyses of payment and funding scenarios;
>
> (e) Evaluate the Debtors' debt capacity and alternative capital structures;

---

[2]    During the period April 2, 2001 through April 30, 2001, Blackstone rendered services totaling $169,166.67, which represents Blackstone's monthly fee for 29 days ending April 30, 2001 in the amount of $169,166.67 (i.e., 29/30 x $175,000).

(f) Develop valuation, debt capacity and recovery analyses in connection with developing and negotiating a potential Restructuring;

(g) Analyze various restructuring scenarios and the potential impact of these scenarios on the value of the Debtor and the recoveries of stakeholders impacted by the Restructuring;

(h) Develop a negotiating strategy and assist in negotiations with the Debtors' creditors and other interested parties with respect to a potential Restructuring;

(i) Value securities offered by the Debtor in connection with a Restructuring;

(j) Make presentations to the Debtors' Board of Directors, creditor groups or other interested parties, as appropriate;

(k) Provide expert witness testimony, as requested; and,

(l) Provide such other advisory services as are customarily provided in connection with the analysis and negotiation of a Restructuring, as requested and mutually agreed.

11.     Pursuant to the Engagement Agreement, the Debtors agreed to pay Blackstone the

following fees in consideration for services to be rendered:

(a) A monthly advisory fee (the "Monthly Fee") in the amount of $175,000, with the first payment of such Monthly Fee payable upon the effective date and additional installments of such Monthly Fee payable in advance on monthly anniversaries of the effective date; and

(b) A $5,000,000 Restructuring Fee paid upon consummation of a Restructuring (as defined in the Engagement Agreement).

Furthermore, pursuant to the Engagement Agreement, the Debtors agreed to reimburse

Blackstone for the reasonable and documented out-of-pocket expenses incurred by Blackstone in

rendering the services to be provided under the Engagement Agreement.

12.     For financial advisory services provided to the Debtors during the First

Application Period, Blackstone respectfully requests (a) approval of $526,830.62 consisting of

(i) monthly fees in the amount of $519,166.67 and (ii) reimbursement of out-of-pocket expenses

in the amount of $7,663.95; and (b) authorization for the Debtors to pay Blackstone's approved

fees and expenses in the amount of $422,997.28 consisting of (i) monthly fees in the amount of

$415,333.33, representing total monthly fees of $519,166.67, less a 20% holdback pursuant to

the interim compensation procedures, and (ii) out-of-pocket expenses referred to in (a) above.

### III.  The Blackstone Team

13.     The financial services set forth above were performed primarily by Pamela Zilly –

Senior Managing Director; Richard Shinder – Vice President; David Blechman – Associate; and

Michael Alexander – Analyst:

> (a) <u>Pamela Zilly</u>:  Pamela Zilly is a Senior Managing Director of Blackstone. Prior to joining Blackstone Ms. Zilly was a Vice President of Chemical Bank where she divided her time between the Mergers and Acquisitions Group and the Restructuring and Reorganization Group.  Since joining Blackstone, Ms. Zilly has provided services to debtors and creditors in both formal and informal restructuring engagements.

> (b) <u>Richard Shinder</u>: Richard Shinder is a Vice President of Blackstone. Prior to joining Blackstone Mr. Shinder was a Vice Presdent at Lehman Brothers in its Leveraged Finance group. He has worked on a number of debtor and creditor restructuring engagements since joining Blackstone in 2000.

> (c) <u>David Blechman</u>: David Blechman is an Associate of Blackstone.   Mr. Blechman joined Blackstone in July 2000 after receiving his M.B.A. with honors from Columbia Business School.

> (d) <u>Michael Alexander</u>: Michael Alexander is an Analyst of Blackstone.   Mr. Alexander joined Blackstone in July 1999 after graduating from the McIntire School of Commerce at the University of Virginia.

### IV.  Summary – First Monthly Fee Application

14.     The major services provided by Blackstone during this compensation period have

included: (i) assisting with performance of due diligence by advisors to the Official Unsecured

Creditors' Committee, the Asbestos Property Damages Committee and the Asbestos Personal

Injury Committee; (ii) assisting the Debtors in the development of a business plan; (iii) making

presentations to management regarding the operating environment in Chapter 11; (iv) assisting the Debtors with issues surrounding court motions including, without limitation, Debtors' motion to enter into a DIP agreement; (v) assisting the Debtors with discussions and negotiations with the DIP lender; (vi) providing quantitative and qualitative analysis in support of the Debtors' planned acquisitions; (vii) participation in Board meetings and business strategic planning meetings; (viii) assisting the Debtors with structuring retention and incentive compensation plans in the Chapter 11 proceedings; and (ix) providing general consultation and other bankruptcy and business advice. A detailed breakdown of hours by professional is attached hereto as Exhibit A.

15.     Blackstone respectfully submits that the compensation requested for the First Application Period for services rendered by Blackstone to the Debtors is fully justified and reasonable based upon (a) the time and labor required during the proceedings, (b) the complexity of the issues presented, (c) the skills necessary to perform the financial advisory services properly, (d) the preclusion of other employment, (e) the customary fees charged to clients in non-bankruptcy situations for similar services rendered, (f) time constraints required by the exigencies of the case, and (g) the experience, reputation and ability of the professionals rendering services.

16.     Blackstone respectfully submits that the services it has rendered to the Debtors have been necessary and in the best interests of the Debtors and the estate and have furthered the goals of all parties in interest. Blackstone respectfully submits that under all of the criteria normally examined in Chapter 11 reorganization cases, the compensation requested by Blackstone is reasonable in light of the work performed by Blackstone to date in these cases.

17.     The amount of the fees and expenses sought in this First Application and Blackstone's billing processes are consistent with market practices in a bankruptcy context.

Blackstone has never billed its clients based on the number of hours expended by its professionals. Accordingly, Blackstone does not have hourly rates for its professionals, and Blackstone's professionals generally do not maintain detailed time records of the work performed for clients. In the Debtors' case, however, Blackstone has recorded time records in one-half hour increments. Time records of the approximately 1,049 hours expended by Blackstone professionals in providing financial advisory and investment banking services to the Debtors during the First Application Period are provided in Exhibit A by professional.

18.    Blackstone respectfully requests allowance of its out-of-pocket expenses incurred during the First Application Period in connection with its performance of services for the Debtors in the aggregate amount of $7,663.95. Due to the lag in receiving invoices from certain third-party service firms, Blackstone is unable, at this time, to account for all expenses incurred during the First Application Period. Ensuing compensation periods will include certain out-of-pocket expenses incurred in the First Application Period but not included in the First Application for relief. Details of the expenses incurred during the First Application Period are provided in Exhibit B. Blackstone's charges for expenses to the Debtors are determined in the same manner as for clients in non-bankruptcy matters. Out-of-pocket expenses incurred by Blackstone are charged to a client if the expenses are incurred for the client or are otherwise necessary in connection with services rendered for such particular client. Blackstone does not factor general overhead expenses into any disbursements charged to its clients in connection with Chapter 11 cases. Blackstone has followed its general internal policies with respect to out-of-pocket expenses billed to the Debtors as set forth below, with any exceptions specifically explained.

> (a) Blackstone's general policy permits its employees to bill lunch or dinner meals to a client if the employee is required to provide services to the client during such meal-time due to extreme time constraints. Blackstone employees are permitted to order meals in the office if the Blackstone employee is required

to work after 8:00 p.m. Blackstone has voluntarily capped meal expenses at $20.00 per meal.

(b) Messengers, couriers, or overnight delivery are used by Blackstone to deliver hard copy documents relating to the client matter which require receipt on an expedited basis; otherwise, Blackstone uses the regular postal system. Any charges for either messengers, couriers, or overnight delivery are billed to a client at cost.

(c) The outside financial research category consists of charges from outside services which supply, for a fee, financial documents to Blackstone. Financial research services generally consist of the retrieval of financial documents from regulatory agencies.

(d) Blackstone bills photocopying charges at the rate of $0.15 per page.

(e) With respect to local travel, Blackstone's general policy enables employees to travel by private car service or taxi to and from meetings while rendering services to a client on a client related matter, for which the client is charged. This policy is based on Blackstone's determination that travel by private car service or taxi is the most efficient use of a professional's time. Blackstone employees are not permitted to charge personal commuting expenses to a client unless, for safety reasons, the employee is traveling after 8:00 p.m. and has been required to work late as a result of the time exigencies of that client's matters.

(f) Blackstone bills its clients for time spent by its employees on its word processing system. The word processing system automatically allocates time to a client based upon the operator's "log-in" by a client matter number. Clients are charged at the personnel cost of $70.00 per hour for the actual amount of time spent by the operator while rendering word processing services to the client; however, when word processing services are being used after normal business hours, the client is not billed for both an overtime charge and a word processing charge.

(g) Blackstone bills outgoing facsimile charges at a rate of $1.00 per page. Blackstone does not bill incoming facsimile charges.

19.    Blackstone respectfully submits that the expenses for which it seeks allowance

during the First Application Period are necessary and reasonable both in scope and amount.

20.    No prior application for the relief requested herein has been made.

21.    All services for which compensation is requested by Blackstone were performed

for and on behalf of the Debtors and not on behalf of any other person or stakeholder.

22.     No agreement or understanding exists between Blackstone and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these proceedings.

23.     Blackstone respectfully represents that its First Application is in keeping with similar applications for the payment of administrative expenses in other cases.

Dated: New York, New York
      July 27, 2001

THE BLACKSTONE GROUP L.P.
Financial Advisor to W.R. Grace &
Co.

By: _Pamela Zilly_

Pamela Zilly
Senior Managing Director
345 Park Avenue
New York, NY 10154
(212) 583-5000
(212) 583-5707 (fax)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| | : | |
| **W.R GRACE & CO., et al.,** | : | **Case No. 01-01139 (JJF)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | |
| | : | |

## AFFIDAVIT

STATE OF NEW YORK    )

                 ) ss. :

COUNTY OF NEW YORK )

      Pamela Zilly being duly sworn, deposes and says:

      1.     I am a Senior Managing Director of the firm of The Blackstone Group L.P.

("Blackstone"), which firm maintains offices for providing financial advisory services at 345

Park Avenue, New York, New York 10154.    Blackstone is acting as Financial Advisor for the

above captioned debtors and debtors in possession (collectively, the "Debtors") in the captioned

case.

      2.     This affidavit is submitted pursuant to Delaware Bankruptcy Local Rule 2016-2

in connection with Blackstone's First Monthly Fee Application (the "First  Application") for an

allowance of compensation for services rendered to the Debtors for the period from April  2,

2001 through June 30, 2001 (the "First Application Period") in the amount of (i) $519,166.67 in

monthly fees and (ii) the reimbursement of expenses incurred in connection therewith in the sum

of $7,663.95.

3.      All of the services for which compensation is sought by Blackstone were performed for and on behalf of the Debtors and not on behalf of any other person or stakeholder.

4.      No agreement or understanding exists between Blackstone and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

5.      I have reviewed and I understand the requirements of Delaware Bankruptcy Local Rule 2016-2 and I believe that this First Application fully complies with all provisions contained in said Order.

By: _Pamela D Zilly_

Pamela Zilly
Senior Managing Director

Sworn to before me this
27 day of July 2001

_Notary Public_

**SYLVIA M. NORFORD**
Notary Public, State of New York
No. 01NO4884860
Qualified in New York County
Commission Expires February 2, 2003

**EXHIBIT A**

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR**
**W. R. GRACE AND CO.**
**APRIL 2, 2001 - APRIL 30, 2001**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 88.5 |
| Richard Shinder | Vice President | 81.5 |
| David Blechman | Associate | 57.0 |
| Michael Alexander | Analyst | 50.5 |
| | | **277.5** |

The Blackstone Group

11592%.xls
7/26/01   7:53 PM

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## APRIL 2, 2001 - APRIL 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 04/02/01 | 0.5 | Calls with shareholders re: filing |
| Pamela Zilly | 04/02/01 | 1.0 | Review relevant first day motions re: hearing |
| Pamela Zilly | 04/02/01 | 2.5 | Travel to Wilmington; review financials and documents related to DIP |
| Pamela Zilly | 04/02/01 | 3.5 | Attend first day hearing |
| Pamela Zilly | 04/02/01 | 2.0 | Post-hearing meeting with D. Bernick, K. Kapp, Grace management, call with P. Norris |
| Pamela Zilly | 04/02/01 | 2.5 | Travel to New York |
| Pamela Zilly | 04/03/01 | 0.5 | Meeting with R. Shinder, D. Blechman re: First day hearing |
| Pamela Zilly | 04/03/01 | 0.5 | Call with P. Norris re: constituency responses |
| Pamela Zilly | 04/04/01 | 1.0 | Calls with K. Coghlan re: workplan of meetings, first day issues |
| Pamela Zilly | 04/04/01 | 1.5 | Review materials re: possible acquisitions |
| Pamela Zilly | 04/05/01 | 0.5 | Call with K. Coghlan re: acquisitions |
| Pamela Zilly | 04/05/01 | 2.0 | Read financial/operational plans |
| Pamela Zilly | 04/05/01 | 2.0 | Read informational brief, motion for temporary injunction |
| Pamela Zilly | 04/06/01 | 0.5 | Meeting with K. Coghlan, R. Shinder re: first day issues |
| Pamela Zilly | 04/09/01 | 1.5 | Call with M. Shelnitz, S. Schwartz, R. Shinder re: acquisition approval methodology |
| Pamela Zilly | 04/09/01 | 0.5 | Call with K. Coghlan re: memos |
| Pamela Zilly | 04/09/01 | 2.5 | Prepare memo re: post filing financial requirements |
| Pamela Zilly | 04/09/01 | 2.0 | Review, revise memo re: 6/27 Managers' Meeting |
| Pamela Zilly | 04/10/01 | 1.0 | Calls with K. Coghlan re: revision of memos |
| Pamela Zilly | 04/10/01 | 3.0 | Prepare memo re: 4/16 meeting |
| Pamela Zilly | 04/10/01 | 0.5 | Discussion with R. Shinder re: B Tarola request |
| Pamela Zilly | 04/10/01 | 1.0 | Review analysis re: Tarola request |
| Pamela Zilly | 04/11/01 | 0.5 | Call with B. Tarola re: comparable company analysis |
| Pamela Zilly | 04/11/01 | 0.5 | Call with K. Coghlan re: acquisitions |
| Pamela Zilly | 04/11/01 | 1.0 | Call w/ Grace management re: 6/27/ Managers' Meeting |
| Pamela Zilly | 04/11/01 | 1.5 | Call with Grace management re: banks opposition to critical vendor motion |
| Pamela Zilly | 04/11/01 | 1.0 | Review market information provided to B. Tarola |
| Pamela Zilly | 04/11/01 | 1.5 | Meeting with R. Shinder re: materials for 4/16 meeting, case issues |
| Pamela Zilly | 04/12/01 | 3.0 | Prepare materials for 4/16 meeting w/Grace management |
| Pamela Zilly | 04/16/01 | 0.5 | Read motion in support of preliminary injunction |
| Pamela Zilly | 04/16/01 | 2.5 | Travel to Columbia |
| Pamela Zilly | 04/16/01 | 6.5 | Meeting with Grace management re: financial, strategic issues |
| Pamela Zilly | 04/16/01 | 2.5 | Travel to New York |
| Pamela Zilly | 04/17/01 | 0.5 | Call with M. Shelnitz re: Claim form |
| Pamela Zilly | 04/19/01 | 1.0 | Review financial projections |
| Pamela Zilly | 04/18/01 | 0.5 | Call with K. Coghlan re: critical vendor motion |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## APRIL 2, 2001 - APRIL 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 04/19/01 | 1.0 | Call with K. Coghlan re: critical vendor motion |
| Pamela Zilly | 04/19/01 | 2.0 | Call with Grace management re: critical vendor motion |
| Pamela Zilly | 04/19/01 | 1.0 | Review materials re: critical vendor payments |
| Pamela Zilly | 04/19/01 | 1.0 | Discussion with R. Shinder re: critical vendor opposition |
| Pamela Zilly | 04/20/01 | 2.0 | Call with Grace management, Unsecured Committee's advisors, T. Maher re: critical vendor motion |
| Pamela Zilly | 04/23/01 | 1.0 | Read 10K |
| Pamela Zilly | 04/23/01 | 0.5 | Call with K. Coghlan re: court issues |
| Pamela Zilly | 04/24/01 | 1.0 | Discussion with R. Shinder, D. Blechman re: Business Plan outline |
| Pamela Zilly | 04/24/01 | 0.5 | Review, revise memo re: Business Plan |
| Pamela Zilly | 04/24/01 | 1.5 | Review material re: potential acquisition |
| Pamela Zilly | 04/25/01 | 0.5 | Call with K. Coghlan re: Court issues |
| Pamela Zilly | 04/26/01 | 3.5 | Read financial data |
| Pamela Zilly | 04/27/01 | 1.5 | Calls with K. Coghlan, M Hunter re : DIP objection data |
| Pamela Zilly | 04/27/01 | 1.0 | Discussion with R. Shinder, M. Alexander re: DIP comparable analysis |
| Pamela Zilly | 04/27/01 | 0.5 | Read draft final order re: DIP |
| Pamela Zilly | 04/28/01 | 1.0 | Review financial information re: DIP |
| Pamela Zilly | 04/28/01 | 1.0 | Call with L. Mendel. B. Tarola, M. Hunter, J. Sprayregen re: DIP |
| Pamela Zilly | 04/29/01 | 2.0 | Read divisional strategic plans re: preparation for DIP hearing |
| Pamela Zilly | 04/30/01 | 1.0 | Read DIP objection |
| Pamela Zilly | 04/30/01 | 2.0 | Read and provide comments on draft response to DIP objection; call with L. Mendel |
| Pamela Zilly | 04/30/01 | 1.0 | Meeting with R. Shinder re: comments/additions to DIP response, affidavit |
| Pamela Zilly | 04/30/01 | 2.5 | Calls with B. Tarola, M. Hunter, K. Coghlan, D. Siegel re: DIP objection, strategy |
| Pamela Zilly | 04/30/01 | 0.5 | Read Motion in Support of TRO |
| Pamela Zilly | 04/30/01 | 2.5 | Review financial projections associated with DIP motion |
| Pamela Zilly | 04/30/01 | 1.0 | Read Zonolite information brief, motions re; automatic stay |

**88.5**

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
APRIL 2, 2001 - APRIL 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 04/03/01 | 0.5 | Discussion with P. Zilly, D. Blechman re: First day hearing |
| Richard Shinder | 04/03/01 | 2.0 | Review of materials regarding possible acquisitions |
| Richard Shinder | 04/03/01 | 1.0 | Call with S. Farnsworth re: business plan |
| Richard Shinder | 04/04/01 | 1.0 | Calls with K. Coghlan re: workplan of meetings, first day issues |
| Richard Shinder | 04/05/01 | 0.5 | Call with S. Farnsworth re: business plan |
| Richard Shinder | 04/05/01 | 0.5 | Call with K. Coghlan re: 4/16 meeting |
| Richard Shinder | 04/06/01 | 1.0 | Meeting with K. Coghlan, P. Zilly re: various topics |
| Richard Shinder | 04/06/01 | 3.0 | Review of strategic plans re: business plan development |
| Richard Shinder | 04/06/01 | 1.0 | Call with D. Blechman, S. Farnsworth re: business plan |
| Richard Shinder | 04/06/01 | 1.0 | Review Betty analysis |
| Richard Shinder | 04/09/01 | 2.0 | Review of Grace information brief; work on strategic memo |
| Richard Shinder | 04/09/01 | 1.5 | Call with P. Zilly, M. Shelnitz, S. Schwartz re: acquisition approval methodology |
| Richard Shinder | 04/09/01 | 0.5 | Discussion of Project Betty with K. Coghlan |
| Richard Shinder | 04/09/01 | 0.5 | Call with B. Monroe (Grace consultant) re: Grace incentive compensation |
| Richard Shinder | 04/09/01 | 1.0 | Work on management meeting memo |
| Richard Shinder | 04/09/01 | 3.0 | Work on Grace strategic memo |
| Richard Shinder | 04/10/01 | 1.0 | Work on management meeting memo |
| Richard Shinder | 04/10/01 | 0.5 | Call with Tarola regarding Deferred Tax Asset accounting |
| Richard Shinder | 04/10/01 | 1.0 | Work on Strategic memo |
| Richard Shinder | 04/10/01 | 0.5 | Discussion with P. Zilly re: B. Tarola request |
| Richard Shinder | 04/10/01 | 1.0 | Work on Grace comparable company analysis with Blechman, Alexander |
| Richard Shinder | 04/10/01 | 0.5 | Call with K. Coghlan re: same |
| Richard Shinder | 04/10/01 | 1.0 | Calls with K. Coghlan re: revision of memos |
| Richard Shinder | 04/10/01 | 3.5 | Review of operating plans re: business plan development |
| Richard Shinder | 04/11/01 | 1.0 | Call with S. Farnsworth re: business plan |
| Richard Shinder | 04/11/01 | 1.0 | Prepare for 4/16 meeting |
| Richard Shinder | 04/11/01 | 0.5 | Call with Coghlan re: Grace comps |
| Richard Shinder | 04/11/01 | 0.5 | Call with B. Tarola re: comparable company analysis |
| Richard Shinder | 04/11/01 | 1.5 | Call with Grace management re: banks opposition to critical vendor motion |
| Richard Shinder | 04/11/01 | 1.5 | Meeting with P. Zilly re: materials for 4/16 meeting, acquisitions |
| Richard Shinder | 04/11/01 | 1.0 | Review market information provided to B. Tarola |
| Richard Shinder | 04/16/01 | 2.5 | Transit to Grace meeting - Columbia, MD |
| Richard Shinder | 04/16/01 | 6.5 | Meeting at Grace with Coghlan, Norris, Tarola, Siegel |
| Richard Shinder | 04/16/01 | 2.5 | Transit to NYC from Grace meeting |
| Richard Shinder | 04/17/01 | 1.0 | Review of financial information |
| Richard Shinder | 04/17/01 | 0.5 | Review of Grace financials/e-mail on business plan |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
APRIL 2, 2001 - APRIL 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 04/18/01 | 1.0 | Calls with P. Hanlon/S. Farnsworth re: business plan/Peter presentation meeting |
| Richard Shinder | 04/19/01 | 1.0 | Discussion with P. Zilly re: critical vendor materials |
| Richard Shinder | 04/23/01 | 2.5 | Transit to Grace meeting - Cambridge, MA |
| Richard Shinder | 04/23/01 | 6.0 | Meeting in Cambridge, MA re: Grace development of business plan & financial forecasts |
| Richard Shinder | 04/23/01 | 2.5 | Transit to NYC from Grace meeting |
| Richard Shinder | 04/23/01 | 2.0 | Meeting on Project Peter |
| Richard Shinder | 04/24/01 | 1.0 | Discussion with P. Zilly, D. Blechman re: Business Plan outline |
| Richard Shinder | 04/24/01 | 0.5 | Call with Coghlan re: Project Peter |
| Richard Shinder | 04/24/01 | 0.5 | Read Grace Business Plan memos |
| Richard Shinder | 04/24/01 | 2.0 | Review of financials |
| Richard Shinder | 04/25/01 | 1.0 | Meeting with D. Blechman re: Peter analysis |
| Richard Shinder | 04/25/01 | 1.0 | Review of Project Peter materials |
| Richard Shinder | 04/26/01 | 1.0 | Calls with K. Coghlan re: Peter, other matters |
| Richard Shinder | 04/27/01 | 2.0 | Review of Grace 10K ... |
| Richard Shinder | 04/27/01 | 1.0 | Discussion with P. Zilly, M. Alexander re: DIP comparable analysis |
| Richard Shinder | 04/30/01 | 1.0 | Discussion with Alexander re: bankruptcy tracking |
| Richard Shinder | 04/30/01 | 1.5 | Calls with B. Tarola, M. Hunter, K. Coghlan, D. Siegel re: DIP objection, strategy |
| Richard Shinder | 04/30/01 | 1.5 | Review of financial information, calls with M. Hunter re: DIP |
| Richard Shinder | 04/30/01 | 0.5 | Read Motion in Support of TRO |
| Richard Shinder | 04/30/01 | 1.0 | Read and provide comments on DIP response, discussion with P. Zilly re: same |
| Richard Shinder | 04/30/01 | 1.0 | Review financial projections associated with DIP motion |
| Richard Shinder | 04/30/01 | 1.0 | Work on DIP comparables analysis for Court hearing |

**81.5**

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**APRIL 2, 2001 - APRIL 30, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 04/03/01 | 2.5 | Collected materials for informational memo to Norris re: strategic issues |
| David Blechman | 04/03/01 | 0.5 | Discussion with R. Shinder, P. Zilly re: First day hearing |
| David Blechman | 04/04/01 | 2.5 | Developed outline of financial model with M. Alexander |
| David Blechman | 04/04/01 | 2.5 | Worked on outline of financial model |
| David Blechman | 04/06/01 | 1.0 | Call with R. Shinder, S. Farnsworth re: business plan outline |
| David Blechman | 04/10/01 | 4.0 | Read Davison strategy plan, develop outline for business plan |
| David Blechman | 04/10/01 | 1.0 | Discussion with K. Coghlan, R. Shinder, M. Alexander re: comparable companies |
| David Blechman | 04/10/01 | 1.0 | Review draft comparable company analysis |
| David Blechman | 04/11/01 | 1.5 | Call with Grace management re: banks opposition to critical vendor motion |
| David Blechman | 04/11/01 | 1.0 | Call with Grace management re: key managers meeting |
| David Blechman | 04/11/01 | 3.5 | Read Performance Chemical strategic plan; develop outline for business plan |
| David Blechman | 04/15/01 | 2.5 | Read silicas/adsorbents strategic plan |
| David Blechman | 04/16/01 | 4.0 | Read Davison operating plan, develop outline for business plan |
| David Blechman | 04/16/01 | 4.0 | Read silicas/adsorbents operating plan; develop outline for business plan |
| David Blechman | 04/17/01 | 5.0 | Read Performance Chemicals/ Hydroprocessing operating plans |
| David Blechman | 04/22/01 | 4.0 | Prepared background data for April 23rd meeting in Cambridge regarding project Peter w/Alexander. |
| David Blechman | 04/23/01 | 2.5 | Travel to Cambridge |
| David Blechman | 04/23/01 | 5.0 | Attended meeting in Cambridge with S. Farnsworth, M. Brown, B. Dockman, R. Rowan re: business plan |
| David Blechman | 04/23/01 | 2.5 | Travel to New York |
| David Blechman | 04/24/01 | 1.0 | Discussion with R. Shinder, P. Zilly re: Business Plan outline |
| David Blechman | 04/24/01 | 3.0 | Prepared package re: business plan |
| David Blechman | 04/25/01 | 1.0 | Meeting with R. Shinder re: Peter analysis |
| David Blechman | 04/27/01 | 1.5 | Review DIP comparables materials |

**57.0**

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**APRIL 2, 2001 - APRIL 30, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Alexander | 04/04/01 | 2.5 | Developed outline of financial model with D. Blechman. |
| Michael Alexander | 04/09/01 | 4.0 | Prepared analysis on comparable companies within the industry. |
| Michael Alexander | 04/10/01 | 1.0 | Discussed relevant acquisition comparables with R. Shinder, D. Blechman and K. Coghlan. |
| Michael Alexander | 04/10/01 | 6.5 | Pulled research on comparable transactions within the industry. |
| Michael Alexander | 04/10/01 | 3.0 | Reviewed research and identified relevant transactions. |
| Michael Alexander | 04/10/01 | 1.0 | Discussed acquisition research with R. Shinder. |
| Michael Alexander | 04/11/01 | 9.0 | Created comparable acquisition model based on recent transactions. |
| Michael Alexander | 04/12/01 | 5.0 | Prepare analysis re: comparable company valuations |
| Michael Alexander | 04/22/01 | 4.0 | Background analysis of project Peter with D. Blechman in preparation for April 23 meeting in Cambridge. |
| Michael Alexander | 04/24/01 | 4.5 | Assisted D. Blechman in preparation of package re: business plan. |
| Michael Alexander | 04/27/01 | 1.0 | Discussion with R.. Shinder, P. Zilly re: DIP comparable analysis |
| Michael Alexander | 04/30/01 | 1.0 | Discussion with R.Shinder re: bankruptcy tracking |
| Michael Alexander | 04/30/01 | 8.0 | Researched terms of recent Debtor-In-Possession facilities |
| | | **50.5** | |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR
## W. R. GRACE AND CO.
## MAY 1, 2001 - MAY 31, 2001

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 91.5 |
| Richard Shinder | Vice President | 99.5 |
| David Blechman | Associate | 85.0 |
| Michael Alexander | Analyst | 87.5 |
| | | **363.5** |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### MAY 1, 2001 - MAY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 05/01/01 | 2.0 | Calls with L. Mandel, M. Hunter, B. Tarola re: status of DIP objection |
| Pamela Zilly | 05/01/01 | 1.0 | Call with Credit Lyonnais re: DIP objection; Meeting |
| Pamela Zilly | 05/01/01 | 1.0 | Analysis of DIP needs |
| Pamela Zilly | 05/01/01 | 3.0 | Read strategic, operating plans for Grace business segments |
| Pamela Zilly | 05/02/01 | 1.0 | Review financial statements re: Credit Lyonnais meeting |
| Pamela Zilly | 05/02/01 | 1.5 | Calls with B. Tarola, M. Hunter, L. Mandel, R.Shinder re: Credit Lyonnais meeting |
| Pamela Zilly | 05/02/01 | 2.0 | Meeting/call with Credit Lyonnais, B. Tarola, M. Hunter re: DIP objection |
| Pamela Zilly | 05/02/01 | 1.0 | Call with B. Tarola, L. Mandel re: Credit Lyonnais meeting |
| Pamela Zilly | 05/02/01 | 1.0 | Review DIP comparable analysis |
| Pamela Zilly | 05/02/01 | 2.5 | Travel to Wilmington |
| Pamela Zilly | 05/03/01 | 1.5 | Pre-hearing meeting with J. Kapp, B. Tarola |
| Pamela Zilly | 05/03/01 | 3.0 | Attend hearing |
| Pamela Zilly | 05/03/01 | 1.0 | Post hearing meeting |
| Pamela Zilly | 05/03/01 | 2.5 | Travel to New York |
| Pamela Zilly | 05/03/01 | 2.0 | Meeting with R. Shinder, D. Blechman re: business plan |
| Pamela Zilly | 05/09/01 | 0.5 | Read Siegel declaration re: preliminary injunction |
| Pamela Zilly | 05/09/01 | 0.5 | Call with J. Kapp re: retention |
| Pamela Zilly | 05/09/01 | 1.0 | Meeting with R. Shinder re: case status |
| Pamela Zilly | 05/09/01 | 1.0 | Call with R. Raskin re: retention |
| Pamela Zilly | 05/09/01 | 2.0 | Conference call with company senior management re: prep for 5/17 process review and 6/27 Key Manager meetings |
| Pamela Zilly | 05/09/01 | 2.0 | Analysis of trust mechanisms in related tort bankruptcies |
| Pamela Zilly | 05/10/01 | 0.5 | Read motion re: reclamation claims |
| Pamela Zilly | 05/10/01 | 1.5 | Analysis of economics in related tort bankruptcies |
| Pamela Zilly | 05/10/01 | 1.5 | Review notice programs/ relevant cases re: bar date |
| Pamela Zilly | 05/11/01 | 0.5 | Call with K. Coghlan re: meetings on for 5/17, 6/27 |
| Pamela Zilly | 05/11/01 | 2.0 | Meeting with R. Shinder, Blechman, Alexander re: analysis for 5/17 meeting |
| Pamela Zilly | 05/14/01 | 2.5 | Review and make comments to advisors' protocol memo |
| Pamela Zilly | 05/14/01 | 0.5 | Review motion re: removal of actions |
| Pamela Zilly | 05/14/01 | 0.5 | Call with Grace bank debt holder |
| Pamela Zilly | 05/14/01 | 3.0 | Review and provide comments on 5/17 presentation |
| Pamela Zilly | 05/14/01 | 0.5 | Call with K. Coghlan re: 5/22 meeting materials |
| Pamela Zilly | 05/15/01 | 0.5 | Call with M. Thompson re: retention |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### MAY 1, 2001 - MAY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 05/15/01 | 3.0 | Review data re: bankruptcy acquisitions |
| Pamela Zilly | 05/15/01 | 1.0 | Review materials re: possible acquisition |
| Pamela Zilly | 05/15/01 | 1.0 | Call with S. Zelac re: possible acquisition |
| Pamela Zilly | 05/15/01 | 1.5 | Review and provide comments on materials for 5/17 meeting |
| Pamela Zilly | 05/15/01 | 0.5 | Call with K. Coghlan re: schedule of meetings |
| Pamela Zilly | 05/15/01 | 1.0 | Discussion with R. Shinder re: acquisition financing |
| Pamela Zilly | 05/15/01 | 1.0 | Discussion with R. Shinder, D. Blechman re: Grace presentation |
| Pamela Zilly | 05/15/01 | 1.0 | Discussion of Project Betty with R. Shinder |
| Pamela Zilly | 05/16/01 | 0.5 | Read 10-Q |
| Pamela Zilly | 05/16/01 | 3.0 | Review materials, make revisions to presentation for 5/17/ meeting |
| Pamela Zilly | 05/17/01 | 6.0 | Meetings with Grace management re: case strategy, financial analysis |
| Pamela Zilly | 05/18/01 | 0.5 | Call with K. Coghlan re: 5/22 meeting |
| Pamela Zilly | 05/18/01 | 2.5 | Review presentation for 5/22 meeting, reconcile with prior presentations |
| Pamela Zilly | 05/18/01 | 1.5 | Call with Grace management re: 5/22 presentation |
| Pamela Zilly | 05/18/01 | 0.5 | Review CDG information request list |
| Pamela Zilly | 05/18/01 | 1.0 | Discussion with R. Shinder re: Grace 5/22 meeting |
| Pamela Zilly | 05/21/01 | 1.5 | Meeting with G. Boyer of CDG re: case status, due diligence process |
| Pamela Zilly | 05/21/01 | 0.5 | Review P&M Information request list |
| Pamela Zilly | 05/21/01 | 1.0 | Call with K. Coghlan re: due diligence process, creditors meeting |
| Pamela Zilly | 05/22/01 | 1.0 | Pre-meeting with Grace management |
| Pamela Zilly | 05/22/01 | 1.0 | Meeting with R. Tarola, E. Ordway re: scope of service |
| Pamela Zilly | 05/22/01 | 2.5 | Meeting with Grace management and Unsecured Creditors Committee |
| Pamela Zilly | 05/23/01 | 1.0 | Discussion with R. Shinder re: project PI |
| Pamela Zilly | 05/24/01 | 1.0 | Review proposed monthly operating report |
| Pamela Zilly | 05/24/01 | 1.5 | Meeting with R. Shinder, D. Blechman re: Proposed Monthly Operating Report data |
| Pamela Zilly | 05/24/01 | 1.0 | Discussion with R. Shinder re: employee programs |
| Pamela Zilly | 05/24/01 | 1.0 | Review materials related to possible acquisition |
| Pamela Zilly | 05/29/01 | 0.5 | Discussion with R. Shinder re: due diligence requests |
| Pamela Zilly | 05/30/01 | 2.0 | Call with K. Coghlan, M.Shehnitz re: financial advisors' requests |
| Pamela Zilly | 05/30/01 | 0.5 | Read memo from M. Hunter, discussion with F. Gilbert re: Trustee comments |
| Pamela Zilly | 05/30/01 | 0.5 | Read motions re: leases, prepetition payments |
| Pamela Zilly | 05/30/01 | 1.0 | Read April Monthly Operating report |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**MAY 1, 2001 - MAY 31, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 05/31/00 | 0.5 | Review and call with R. Higgins re: retention order |
| Pamela Zilly | 05/31/01 | 1.5 | Calls with F. Gilbert, K. Coghlan, S. Shwartz re: Trustee report |
| | | **91.5** | |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**MAY 1, 2001 - MAY 31, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 05/01/01 | 1.0 | Work on DIP comps/requirements |
| Richard Shinder | 05/01/01 | 1.0 | Development of business plan outline/structure |
| Richard Shinder | 05/02/01 | 1.5 | Calls with B. Tarola, M. Hunter, L. Mandel, P. Zilly re: Credit Lyonnais meeting |
| Richard Shinder | 05/02/01 | 2.0 | Meeting with Credit Lyonnais - Coco Shean re: Grace DIP objection |
| Richard Shinder | 05/02/01 | 1.0 | Follow-up call on DIP objection with Tarola/Siegel/Coghlan |
| Richard Shinder | 05/02/01 | 1.0 | Follow-up call on DIP objection Siegel, Tarola, Coghlan |
| Richard Shinder | 05/02/01 | 1.5 | Development and review of DIP Comps with Alexander |
| Richard Shinder | 05/02/01 | 2.5 | Transit to Wilmington, DE |
| Richard Shinder | 05/03/01 | 1.5 | Prepare for Grace court hearing with Zilly, Tarola, Sprayregen, et al |
| Richard Shinder | 05/03/01 | 3.0 | Grace Court Hearing |
| Richard Shinder | 05/03/01 | 1.0 | Follow-up meeting with Grace/K&E on litigation strategy |
| Richard Shinder | 05/03/01 | 2.5 | Transit to New York from Wilmington, DE |
| Richard Shinder | 05/03/01 | 1.0 | Review of Grace business plan outline & timeline |
| Richard Shinder | 05/03/01 | 2.0 | Meeting with P/ Zilly, D. Blechman re: business plan |
| Richard Shinder | 05/04/01 | 1.0 | Discussion with D. Blechman re: Grace spin-off transactions |
| Richard Shinder | 05/04/01 | 1.0 | Retention/severance review and analysis |
| Richard Shinder | 05/04/01 | 1.0 | Review of business plan/financial model timetable |
| Richard Shinder | 05/07/01 | 1.0 | Preparation for 5/17 process review meeting |
| Richard Shinder | 05/08/01 | 1.0 | Review of Project Peter |
| Richard Shinder | 05/08/01 | 1.0 | Review of attic fill information brief |
| Richard Shinder | 05/08/01 | 2.5 | Research on current events in other asbestos - related Chapter 11s and update 5/10 board meeting |
| Richard Shinder | 05/09/01 | 2.0 | Research on current events in other asbestos - related Chapter 11s and update 5/10 board meeting |
| Richard Shinder | 05/09/01 | 1.0 | Call with K&E and Stroock & Stroock re: TBG retention |
| Richard Shinder | 05/09/01 | 0.5 | Review of tracking of asbestos filings with Alexander |
| Richard Shinder | 05/09/01 | 1.0 | Meeting with P. Zilly re: case status |
| Richard Shinder | 05/10/01 | 2.0 | Discussion/work with Blechman on business plan |
| Richard Shinder | 05/11/01 | 2.0 | Review of/comments on 5/17 meeting agenda |
| Richard Shinder | 05/11/01 | 2.0 | Meeting with P. Zilly, Blechman, Alexander re: analysis for 5/17 meeting |
| Richard Shinder | 05/11/01 | 1.0 | Development of financial advisor information protocol |
| Richard Shinder | 05/14/01 | 2.0 | Review development of information protocols for Grace 5/17 meeting |
| Richard Shinder | 05/14/01 | 2.0 | Review of asbestos reorganization equity analysis with Blechman and Alexander |
| Richard Shinder | 05/14/01 | 1.0 | Review of Grace asbestos case tracking database |

Page 12 of 24

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**MAY 1, 2001 - MAY 31, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 05/15/01 | 1.0 | Review of Grace 5/17 presentation information protocols, asbestos reorganization |
| Richard Shinder | 05/15/01 | 1.0 | Discussion with P. Zilly re: Project Betty |
| Richard Shinder | 05/15/01 | 1.0 | Project Pi - conference call with company representatives |
| Richard Shinder | 05/15/01 | 1.0 | Discussed Grace 5/17 presentation with Zilly, Blechman |
| Richard Shinder | 05/15/01 | 1.0 | Discussion with P. Zilly re: acquisition financing |
| Richard Shinder | 05/15/01 | 2.0 | Review of Grace 5/17 presentation |
| Richard Shinder | 05/16/01 | 5.0 | Revisions to presentation for 5/17 meeting, including discussions with Alexander |
| Richard Shinder | 05/17/01 | 5.5 | Meeting with Norris, Siegel, Tarola, Coghlan, Gilbert, Zilly, Blechman and Alexander on various topics |
| Richard Shinder | 05/17/01 | 1.0 | Review of Grace business plan model template with Blechman |
| Richard Shinder | 05/18/01 | 1.0 | Discussion with Zilly re: Grace 5/22 meeting |
| Richard Shinder | 05/18/01 | 0.5 | Review of Grace business plan timeline |
| Richard Shinder | 05/18/01 | 1.0 | Call with Farnsworth, Coghlan, Zelak, Rowan, Blechman re: business plan |
| Richard Shinder | 05/18/01 | 1.0 | Review of materials for 5/22 presentation |
| Richard Shinder | 05/21/01 | 1.5 | Meeting with Boyer/Katz of CDG re: Grace information request and committee information sharing protocols |
| Richard Shinder | 05/21/01 | 1.0 | Review of Project Peter |
| Richard Shinder | 05/21/01 | 1.0 | Review of 5/22 Grace presentation |
| Richard Shinder | 05/22/01 | 1.5 | Preparation for meeting with unsecured creditors committee |
| Richard Shinder | 05/22/01 | 2.0 | Meeting with unsecured creditors committee at J.P. Morgan, Chase |
| Richard Shinder | 05/23/01 | 0.5 | Prepare for Grace call |
| Richard Shinder | 05/23/01 | 1.0 | Various calls with K. Coghlan, various topics |
| Richard Shinder | 05/23/01 | 1.0 | Call with Grace re: Project Pi |
| Richard Shinder | 05/23/01 | 1.0 | Discussion with P. Zilly re: project Pi approach |
| Richard Shinder | 05/24/01 | 1.0 | Review/analysis of retention/severance program |
| Richard Shinder | 05/24/01 | 1.0 | Discussion with P. Zilly re: compensation programs |
| Richard Shinder | 05/24/01 | 1.5 | Meeting with P. Zilly, D. Blechman re: Proposed Monthly Operating Report data |
| Richard Shinder | 05/24/01 | 1.0 | Grace call re: Project Peter with Coghlan, Hanlon, Smith and Rowan |
| Richard Shinder | 05/29/01 | 2.5 | Preparation/consolidation of P&M/CDG due diligence lists and responses |
| Richard Shinder | 05/29/01 | 0.5 | Discussion with P. Zilly re: Due diligence requests |
| Richard Shinder | 05/29/01 | 1.0 | Revise business plan timeline w/Blechman |
| Richard Shinder | 05/29/01 | 2.5 | Call with company re: committee presentation, acquisition presentation, data requests |
| Richard Shinder | 05/30/01 | 2.0 | Development of committee/advisors/counsel description memo |
| Richard Shinder | 05/30/01 | 2.0 | Call with company re: meeting schedules, committee information requests |

Page 13 of 24

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## MAY 1, 2001 - MAY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 05/31/01 | 2.0 | Calls with CDG, P&M regarding coordination of June meeting with Company |
| Richard Shinder | 05/31/01 | 1.5 | Calls with F. Gilbert, K. Coghlan, S. Schwartz re: Trustee report |
| Richard Shinder | 05/31/01 | 1.0 | Work on letter response for CDG/P&M information requests |
|  |  | **99.5** |  |

Page 14 of 24

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### MAY 1, 2001 - MAY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 05/01/01 | 1.0 | Review DIP comparable analysis |
| David Blechman | 05/03/01 | 2.5 | Prepare draft outline for business plan production |
| David Blechman | 05/03/01 | 2.0 | Meeting with P. Zilly, R. Shinder re: business plan |
| David Blechman | 05/04/01 | 1.0 | Discussion with R. Shinder re: Grace spin-off transactions |
| David Blechman | 05/08/01 | 1.0 | Prepared for call on 5/9 regarding 5/17 meeting. |
| David Blechman | 05/09/01 | 2.0 | Call with company re: 5/17 meeting in NY re: committee meeting, strategy |
| David Blechman | 05/10/01 | 2.0 | Discussion/work with Shinder on business plan |
| David Blechman | 05/10/01 | 2.5 | Performed analysis of prior mass-tort bankruptcies |
| David Blechman | 05/11/01 | 3.0 | Continued analysis of same. |
| David Blechman | 05/11/01 | 2.0 | Meeting with R. Shinder, P. Zilly, M. Alexander re: analysis for 5/17 meeting |
| David Blechman | 05/14/01 | 8.0 | Prepared analysis for 5/17 meeting in NY re: committee meeting, strategy, including meeting w/R. Shinder |
| David Blechman | 05/15/01 | 6.0 | Prepared analysis for 5/17 meeting in NY re: committee meeting, strategy |
| David Blechman | 05/15/01 | 1.0 | Discussed Grace 5/17 presentation with Zilly, Shinder |
| David Blechman | 05/16/01 | 7.5 | Prepared analysis for 5/17 meeting in NY re: committee meeting, strategy |
| David Blechman | 05/17/01 | 1.0 | Prepared for meeting with mgmt. re: committee meeting, strategy |
| David Blechman | 05/17/01 | 5.5 | Attended meeting with mgmt. re: committee meeting, strategy |
| David Blechman | 05/17/01 | 1.0 | Review of Grace business plan model template with Shinder |
| David Blechman | 05/17/01 | 2.0 | Prepare follow-up analysis re: 5/17 meeting |
| David Blechman | 05/18/01 | 3.0 | Prepare analysis re: comparable companies market value |
| David Blechman | 05/18/01 | 1.0 | Call with S. Farnsworth re: business plan |
| David Blechman | 05/18/01 | 2.5 | Analysis re; monthly operating report, segment information |
| David Blechman | 05/23/01 | 1.5 | Call with W. Smith, K. Coghlan re: Project Peter |
| David Blechman | 05/23/01 | 6.5 | Prepare model outline for business plan financials |
| David Blechman | 05/24/01 | 2.0 | Prepared example of business plan for company management |
| David Blechman | 05/24/01 | 1.0 | Call with W. Smith, K. Coghlan re: Project Peter |
| David Blechman | 05/24/01 | 1.5 | Meeting with P. Zilly, R. Shinder re: Proposed Monthly Operating Report data |
| David Blechman | 05/25/01 | 6.5 | Prepare model outline for business plan projections |
| David Blechman | 05/29/01 | 1.0 | Meeting with R. Shinder re: Business Plan |
| David Blechman | 05/30/01 | 5.0 | Draft sections of business plan |
| David Blechman | 05/30/01 | 1.5 | Meeting with M. Alexander re: balance sheet items |
| David Blechman | 05/30/01 | 1.0 | Call W/ Grace management re: due diligence process |
| | | **85.0** | |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### MAY 1, 2001 - MAY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Alexander | 05/01/01 | 7.5 | Reviewed information on recent DIP facilities |
| Michael Alexander | 05/02/01 | 6.5 | Produced database of recent DIP facilities, including mtg w/Shinder |
| Michael Alexander | 05/03/01 | 8.0 | Researched terms of recent employee retention and severance programs. |
| Michael Alexander | 05/04/01 | 6.5 | Compiled summary information on recent employee retention and severance programs. |
| Michael Alexander | 05/08/01 | 4.0 | Compiled information on recent tort-related bankruptcies. |
| Michael Alexander | 05/08/01 | 3.5 | Develop database of tort bankruptcies. |
| Michael Alexander | 05/09/01 | 0.5 | Review of tracking of asbestos filings with R. Shinder |
| Michael Alexander | 05/11/01 | 2.0 | Meeting with P. Zilly, R. Shinder, D. Blechman re: work for 5/17 meeting. |
| Michael Alexander | 05/11/01 | 5.0 | Compiled information on plan economics of tort-related bankruptcies. |
| Michael Alexander | 05/13/01 | 5.5 | Created ownership summary (pre-filing and post-emergence) of stakeholders in tort-related bankruptcies. |
| Michael Alexander | 05/14/01 | 2.0 | Discussions with Shinder, Blechman re: equity analysis |
| Michael Alexander | 05/15/01 | 4.0 | Added additional cases to summary of plan economics. |
| Michael Alexander | 05/15/01 | 6.0 | Reviewed Disclosure Statements & PORs of companies in tort-related bankruptcies. |
| Michael Alexander | 05/16/01 | 2.0 | Discussed plan economics with D. Blechman, R. Shinder. |
| Michael Alexander | 05/16/01 | 4.5 | Reviewed additional Disclosure Statements & PORs of companies in tort-related bankruptcies. |
| Michael Alexander | 05/16/01 | 5.5 | Developed presentation materials relating to ownership and plan economics in tort-related bankruptcies. |
| Michael Alexander | 05/17/01 | 5.5 | Meeting with P. Norris, R. Tarola, K. Coghlan, P. Zilly, R. Shinder, D. Blechman re: committee meeting, strategy. |
| Michael Alexander | 05/24/01 | 7.5 | Prepared example of business plan for company management |
| Michael Alexander | 05/30/01 | 1.5 | Meeting with D. Blechman re: balance sheet items |

**87.5**

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR**
**W. R. GRACE AND CO.**
**JUNE 1, 2001 - JUNE 30, 2001**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 101.0 |
| Richard Shinder | Vice President | 108.0 |
| David Blechman | Associate | 104.0 |
| Michael Alexander | Analyst | 95.0 |
| | | **408.0** |

The Blackstone Group

11129786.xls
7/26/01 7:53 PM

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## JUNE 1, 2001 - JUNE 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 06/01/01 | 0.5 | Call with K. Coghlan re: 5/31 calls; 6/27 presentation |
| Pamela Zilly | 06/01/01 | 1.0 | Meeting with R. Shinder, D. Blechman re: business plan |
| Pamela Zilly | 06/04/01 | 1.5 | Review management presentations for 6/14 meeting w/ Committees' advisors |
| Pamela Zilly | 06/05/01 | 1.5 | Call with F. Gilbert, B. Tarola, K. Coghlan re: presentation and discovery requests |
| Pamela Zilly | 06/05/01 | 0.5 | Discussion with R. Shinder re: call |
| Pamela Zilly | 06/05/01 | 0.5 | Call with K. Coghlan re: 6/14 presentation, confidentiality agreements |
| Pamela Zilly | 06/05/01 | 1.0 | Calls with J. Kapp, R. Higgens re: confidentiality agreements |
| Pamela Zilly | 06/05/01 | 1.5 | Lunch/Meeting with Bank of America, DIP agent |
| Pamela Zilly | 06/05/01 | 2.0 | Review confidentiality agreements, calls with J. Kapp, R. Higgens |
| Pamela Zilly | 06/05/01 | 1.5 | Call with Grace management re: presentation, Committees' advisors info requests |
| Pamela Zilly | 06/06/01 | 0.5 | Call with P. Norris re: Unsecured Committee |
| Pamela Zilly | 06/07/01 | 0.5 | Read Motion re: Preliminary Injunction Modification |
| Pamela Zilly | 06/08/01 | 1.5 | Review presentation for 6/14 meeting, calls with F. Gilbert, K. Coghlan |
| Pamela Zilly | 06/08/01 | 2.0 | Review materials provided in response to P&M, CDG due diligence requests |
| Pamela Zilly | 06/08/03 | 0.5 | Meeting with R. Shinder re: status of Committee's advisors |
| Pamela Zilly | 06/11/01 | 1.0 | Call on bankruptcy expense process w/ B. Tarola, M. Hunter, K. Coghlan, D. Siegel, J. Kapp |
| Pamela Zilly | 06/11/01 | 1.0 | Call with J. Kapp re: status of confidentiality agreements |
| Pamela Zilly | 06/11/01 | 1.0 | Meeting with R. Shinder re: employee programs, confidentiality status |
| Pamela Zilly | 06/11/01 | 0.5 | Discussion with K. Coghlan re: confidentiality agreements; meeting on 6/14 |
| Pamela Zilly | 06/11/01 | 0.5 | Read Motion Re: Notice Period for Settlement and Performance Agreements |
| Pamela Zilly | 06/13/01 | 0.5 | Review EBITDA growth memo |
| Pamela Zilly | 06/13/01 | 0.5 | Call with R. Shinder re: status of confidentiality agreements |
| Pamela Zilly | 06/13/01 | 2.5 | Travel to Columbia |
| Pamela Zilly | 06/14/01 | 9.0 | Meeting with Management, Committees' advisors re: due diligence |
| Pamela Zilly | 06/14/01 | 2.5 | Travel to New York |
| Pamela Zilly | 06/15/01 | 0.5 | Read Motion re: Procedures for Settling Claims |
| Pamela Zilly | 06/15/01 | 1.0 | Meeting with R. Shinder re: 6/27 presentation |
| Pamela Zilly | 06/18/01 | 1.0 | Meeting with R. Shinder, D. Blechman re: Business Plan |
| Pamela Zilly | 06/18/01 | 0.5 | Call with K. Coghlan re: dissemination of acquisition materials |
| Pamela Zilly | 06/18/01 | 2.0 | Review materials provided in response to P&M due diligence requests |
| Pamela Zilly | 06/29/01 | 0.5 | Read PI, BI Motion for Prosecution of Fraudulent Transfer Claims |
| Pamela Zilly | 06/21/01 | 1.0 | Meeting with R. Shinder re: draft of 6/27 presentation |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
JUNE 1, 2001 - JUNE 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 06/21/01 | 0.5 | Call with K. Coghlan re: 6/27 presentation |
| Pamela Zilly | 06/22/01 | 2.5 | Prepare back-up materials to 6/27 presentation |
| Pamela Zilly | 06/24/01 | 1.5 | Revise 6/27 presentation |
| Pamela Zilly | 06/25/01 | 2.5 | Revise 6/27 presentation |
| Pamela Zilly | 06/25/01 | 2.5 | Travel to Columbia |
| Pamela Zilly | 06/26/01 | 9.0 | Attend Grace management meetings |
| Pamela Zilly | 06/26/01 | 2.0 | Dinner meeting with K. Coghlan, D. Siegel |
| Pamela Zilly | 06/26/01 | 3.0 | Prepare speech for presentation |
| Pamela Zilly | 06/27/01 | 1.0 | Prepare speech for presentation |
| Pamela Zilly | 06/27/01 | 12.0 | Attend Grace management meetings |
| Pamela Zilly | 06/27/01 | 2.5 | Travel to New York |
| Pamela Zilly | 06/28/01 | 0.5 | Read Amended Complaint re: Injunctive relief |
| Pamela Zilly | 06/28/01 | 1.5 | Read draft Business Plan |
| Pamela Zilly | 06/28/01 | 2.0 | Read GPC strategic plan |
| Pamela Zilly | 06/28/01 | 1.0 | Call with R. Shinder re: status of Project Peter |
| Pamela Zilly | 06/28/01 | 2.0 | Read backup materials to employee programs |
| Pamela Zilly | 06/28/01 | 1.0 | Analysis of comparable compensation programs vs. Grace |
| Pamela Zilly | 06/29/01 | 0.5 | Call with K. Coghlan re: PI transaction |
| Pamela Zilly | 06/29/01 | 0.5 | Read Motions re: Former employees, Leases |
| Pamela Zilly | 06/29/01 | 0.5 | Call with P. Norris re: key managers meeting |
| Pamela Zilly | 06/29/01 | 0.5 | Review May Flash report |
| Pamela Zilly | 06/29/01 | 1.0 | Call with B. Tarola, F. Gilbert, S. Farnsworth re: Pre P&M call |
| Pamela Zilly | 06/29/01 | 1.5 | Read Davison strategic plan |
| Pamela Zilly | 06/29/01 | 1.0 | Call with P&M, B. Tarola, S. Farnsworth re: May flash report |
| Pamela Zilly | 06/29/01 | 0.5 | Followup call with B. Tarola, F. Gilbert re: P&M call |
| Pamela Zilly | 06/29/01 | 0.5 | Call with K. Coghlan re: Peter transaction |
| Pamela Zilly | 06/29/01 | 0.5 | Call with M. Piergrossi, B. McGowan re: compensation programs |
| Pamela Zilly | 06/29/01 | 0.5 | Read Motion re:  Procedures for de minimis assets |
| Pamela Zilly | 06/30/01 | 1.0 | Read compensation program materials |
| Pamela Zilly | 06/30/01 | 3.5 | Prepare compensation analysis, outline for memo |

101.0

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### JUNE 1, 2001 - JUNE 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 06/01/01 | 1.0 | Meeting with D. Blechman, P.Zilly re: business plan |
| Richard Shinder | 06/01/01 | 1.0 | Call with S. Farnsworth re: business plan |
| Richard Shinder | 06/01/01 | 1.0 | Calls with CDG re: June 14 company meeting |
| Richard Shinder | 06/04/01 | 1.0 | Completion of P&M/CDG due diligence response and letter |
| Richard Shinder | 06/04/01 | 0.5 | Meeting with D. Blechman re: status update |
| Richard Shinder | 06/04/01 | 1.0 | Calls with K. Coghlan re: 6/14 meeting |
| Richard Shinder | 06/05/01 | 3.0 | Review and provide comments to Grace management of 6/14 presentation |
| Richard Shinder | 06/05/01 | 1.5 | Meeting with E. Pelli (DIP lender) |
| Richard Shinder | 06/05/01 | 0.5 | Discussion with P. Zilly re: call |
| Richard Shinder | 06/08/01 | 2.0 | Calls with committee advisors re: 6/14 confidentiality agreements, meeting topics, logistics |
| Richard Shinder | 06/08/01 | 0.5 | Meeting with P. Zilly re: Advisors call |
| Richard Shinder | 06/11/01 | 1.0 | Call to discuss advisor fees with Siegel, Ford, Gilbert |
| Richard Shinder | 06/11/01 | 1.0 | Calls with committee advisors re: CA, meeting logistics |
| Richard Shinder | 06/11/01 | 1.5 | Work with Blechman and Alexander on EBITDA/multiple regression analysis |
| Richard Shinder | 06/11/01 | 1.0 | Call with J. Kapp re: status of confidentiality agreements |
| Richard Shinder | 06/11/01 | 0.5 | Call with McGowan re: Grace retention/severance |
| Richard Shinder | 06/11/01 | 1.0 | Meeting with P. Zilly re: McGowan call, confidentiality agreement status |
| Richard Shinder | 06/11/01 | 1.0 | Review of Grace 6/14 presentation |
| Richard Shinder | 06/12/01 | 1.0 | Review of EBITDA/enterprise value regression analysis |
| Richard Shinder | 06/12/01 | 2.0 | Call to discuss 6/14 presentation with Norris, Siegel, Tarola, Coghlan et al |
| Richard Shinder | 06/12/01 | 1.0 | Call with Committee advisors/ K&E re: meeting logistics/ CA |
| Richard Shinder | 06/12/01 | 1.5 | Work on 6/27 leadership meeting presentation |
| Richard Shinder | 06/13/01 | 0.5 | Call re: business plan |
| Richard Shinder | 06/13/01 | 2.5 | Work on 6/27 leadership meeting presentation |
| Richard Shinder | 06/13/01 | 0.5 | Call with P. Zilly re: status of confidentiality agreements |
| Richard Shinder | 06/13/01 | 2.5 | Transit to Columbia, MD / review of 6/14 presentation |
| Richard Shinder | 06/14/01 | 9.0 | Grace meeting with financial advisors, Columbia, MD |
| Richard Shinder | 06/14/01 | 2.5 | Transit to NYC from meeting |
| Richard Shinder | 06/15/01 | 0.5 | Call with K. Coghlan re: Peter transaction |
| Richard Shinder | 06/15/01 | 0.5 | Work reviewing Peter transaction |
| Richard Shinder | 06/15/01 | 0.5 | Call with B. McGowan re: long term incentive comp |
| Richard Shinder | 06/15/01 | 1.0 | Meeting with P. Zilly re: 6/27/presentation data, outline |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**JUNE 1, 2001 - JUNE 30, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 06/15/01 | 5.5 | Work on 6/27 leadership meeting presentation |
| Richard Shinder | 06/18/01 | 1.5 | Work on 6/27 leadership meeting presentation |
| Richard Shinder | 06/18/01 | 0.5 | Work on 6/27 leadership meeting presentation |
| Richard Shinder | 06/18/01 | 1.0 | Calls with K. Coghlan re: Peter, financial advisor requests |
| Richard Shinder | 06/18/01 | 1.0 | Meeting with P. Zilly D. Blechman re: Business Plan |
| Richard Shinder | 06/18/01 | 1.0 | Calls with financial advisors re: Project Peter, financial information |
| Richard Shinder | 06/19/01 | 1.5 | Review of Grace business plan draft |
| Richard Shinder | 06/19/01 | 1.0 | Call on business plan schedule |
| Richard Shinder | 06/19/01 | 1.0 | Calls with company re: Project Peter follow up diligence by commitee advisors |
| Richard Shinder | 06/19/01 | 1.0 | Call with financial advisors re: Project Peter |
| Richard Shinder | 06/19/01 | 1.0 | Reconcile P&M due diligence request |
| Richard Shinder | 06/20/01 | 2.0 | Review of 6/27 presentation |
| Richard Shinder | 06/20/01 | 1.0 | Preparation of Peter materials and confidentiality agreement to send to CDG |
| Richard Shinder | 06/21/01 | 2.0 | Work on case studies for 6/27 presentation |
| Richard Shinder | 06/21/01 | 1.0 | Meeting with P. Zilly re: draft of 6/27 presentation |
| Richard Shinder | 06/21/01 | 1.0 | Preparation of Peter due diligence materials for P&M |
| Richard Shinder | 06/22/01 | 1.0 | Review of motions filed to date |
| Richard Shinder | 06/22/01 | 3.0 | Review of/revisions to 6/27 presentation |
| Richard Shinder | 06/22/01 | 0.5 | Call with CDG re: Project Peter |
| Richard Shinder | 06/23/01 | 4.0 | Review of/revisions to 6/27 presentation |
| Richard Shinder | 06/25/01 | 2.0 | Finalize 6/27 presentation |
| Richard Shinder | 06/25/01 | 2.0 | Review of business plan document |
| Richard Shinder | 06/25/01 | 3.0 | Transit to Columbia, MD / review of 6/27 presentation |
| Richard Shinder | 06/26/01 | 9.0 | Participation in Grace Strategic Planning sessions |
| Richard Shinder | 06/26/01 | 2.0 | Dinner meeting with K. Coghlan, D. Siegel |
| Richard Shinder | 06/27/01 | 8.0 | Participation in Grace Key Managers' presentations and workshop |
| Richard Shinder | 06/27/01 | 1.0 | Calls with P&M, CDG re: Peter transaction |
| Richard Shinder | 06/27/01 | 3.0 | Transit to NYC from meeting |
| Richard Shinder | 06/28/01 | 1.0 | Call with Zilly re: Project Peter |

**108.0**

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**JUNE 1, 2001 – JUNE 30, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 06/01/01 | 1.0 | Meeting with P. Zilly, R. Shinder re: business plan |
| David Blechman | 06/04/01 | 0.5 | Meeting with R. Shinder re: status update |
| David Blechman | 06/05/01 | 1.5 | Call with Grace management re: 6/14 meeting with advisors |
| David Blechman | 06/11/01 | 1.0 | Call with Grace management re: advisor fees |
| David Blechman | 06/11/01 | 1.5 | Work with Shinder and Alexander on EBITDA/multiple regression analysis |
| David Blechman | 06/13/01 | 2.5 | Travel to Columbia |
| David Blechman | 06/14/01 | 8.0 | Attended due diligence meeting with P&M, CDG in Columbia |
| David Blechman | 06/14/01 | 2.5 | Travel to New York |
| David Blechman | 06/15/01 | 1.0 | Reviewed, organized materials for distribution to financial advisors re: due diligence requests |
| David Blechman | 06/19/01 | 3.0 | Worked on draft of business plan |
| David Blechman | 06/18/01 | 2.0 | Assisted P. Zilly, R. Shinder re: key managers meeting; generated outline of presentation, data required |
| David Blechman | 06/18/01 | 1.0 | Finalized materials re:due diligence requests for P&M and CDG |
| David Blechman | 06/18/01 | 1.0 | Meeting with R. Shinder, P. Zilly re: Business Plan |
| David Blechman | 06/20/01 | 8.0 | Worked on draft business plan |
| David Blechman | 06/21/01 | 8.5 | Worked on draft business plan |
| David Blechman | 06/22/01 | 10.0 | Worked on draft of business plan |
| David Blechman | 06/24/01 | 7.0 | Completed first draft of business plan |
| David Blechman | 06/25/01 | 2.5 | Travel to Columbia |
| David Blechman | 06/25/01 | 8.0 | Participated in GPC key managers meeting |
| David Blechman | 06/25/01 | 2.5 | Travel to New York |
| David Blechman | 06/26/01 | 4.0 | Review and revise business plan |
| David Blechman | 06/26/01 | 2.0 | Prepare materials re: meeting on Catalyst projections |
| David Blechman | 06/27/01 | 0.5 | Call with S. Cunningham re: due diligence materials |
| David Blechman | 06/27/01 | 1.0 | Prepare materials re: meeting on GPC projections |
| David Blechman | 06/27/01 | 2.5 | Travel to Columbia |
| David Blechman | 06/28/01 | 9.0 | Participated in Davison key managers meeting |
| David Blechman | 06/28/01 | 1.0 | Meeting with M. Brown in Columbia regarding draft financial model |
| David Blechman | 06/28/01 | 0.5 | Call with P. Zilly, B. Tarola, F. Gilbert re: pre-call for call with P&M re: May flash |
| David Blechman | 06/29/01 | 4.5 | Meeting with C. Haynes in Columbia regarding Catalysts draft business plan |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**JUNE 1, 2001 – JUNE 30, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 06/29/01 | 2.5 | Travel to New York |
| David Blechman | 06/30/01 | 1.0 | Conf. call with S. Farnsworth, R. Rowan regarding GPC draft business plan. |
| David Blechman | 06/30/01 | 2.5 | Review and revise business plan |
| | | **104.0** | |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**JUNE 1, 2001 - JUNE 30, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Alexander | 06/05/01 | 5.0 | Updated database of asbestos bankruptcies. |
| Michael Alexander | 06/06/01 | 6.5 | Updated chemicals industry comp model. |
| Michael Alexander | 06/06/01 | 3.0 | Pulled research re: financial projections of competitors |
| Michael Alexander | 06/07/01 | 4.0 | Reviewed research on competitors. |
| Michael Alexander | 06/07/01 | 5.5 | Performed regression analysis re: correlation of market valuation to projected EBITDA growth. |
| Michael Alexander | 06/11/01 | 4.5 | Wrote memo re: EBITDA growth. |
| Michael Alexander | 06/11/01 | 1.5 | Discussed analysis with R. Shinder, D. Blechman. |
| Michael Alexander | 06/11/01 | 3.0 | Revised EBITDA growth memo. |
| Michael Alexander | 06/15/01 | 4.5 | Created case study on Genesis / Multicare merger. |
| Michael Alexander | 06/15/01 | 4.0 | Incorporated Dow Corning case study into presentation re: Operating Environment in Ch. 11. |
| Michael Alexander | 06/17/01 | 6.0 | Created chronological case study, financials for Lonestar Industries, pre-filing through the present. |
| Michael Alexander | 06/17/01 | 2.0 | Incorporated Lonestar case study into presentation. |
| Michael Alexander | 06/18/01 | 2.0 | Assisted P. Zilly, R. Shinder, re: key managers meeting, generated outline of presentation, data required |
| Michael Alexander | 06/19/01 | 3.0 | Reviewed due diligence information and sent materials to E. Ordway at Policano & Manzo. |
| Michael Alexander | 06/20/01 | 8.0 | Worked on draft Business Plan |
| Michael Alexander | 06/20/01 | 1.0 | Prepared second set of information to be provided to financial advisors |
| Michael Alexander | 06/21/01 | 6.5 | Continued work on draft Business plan. |
| Michael Alexander | 06/24/01 | 6.0 | Prepare draft Business Plan |
| Michael Alexander | 06/25/01 | 3.0 | Revisions to draft Business Plan |
| Michael Alexander | 06/28/01 | 2.5 | Travel to Columbia |
| Michael Alexander | 06/28/01 | 1.0 | Outline of agenda for meetings regarding financial model |
| Michael Alexander | 06/28/01 | 1.0 | Meeting with M. Brown in Columbia regarding draft financial model |
| Michael Alexander | 06/29/01 | 4.5 | Meeting with C. Haynes in Columbia regarding Catalysts draft business plan |
| Michael Alexander | 06/29/01 | 2.5 | Travel to New York |
| Michael Alexander | 06/30/01 | 1.0 | Conf. call with S. Farnsworth, R. Rowan regarding GPC draft business plan. |
| Michael Alexander | 06/30/01 | 3.5 | Make revision to draft Business Plan |

**95.0**

Page 24 of 24

**EXHIBIT B**

**W.R. GRACE**
**Expense Summary**
**Processed Through**
**May 31, 2001**
**2396-T**

| | | GL Detail May-01 | Total Expenses |
|---|---|---|---|
| Research - In-House | 1108 | $ 111.00 | $ 111.00 |
| Car Services - Elite | 1116 | 94.30 | 94.30 |
| Travel/Local | 1122 | 214.00 | 214.00 |
| Meals | 1126 | 12.53 | 12.53 |
| Research - Factset | 1142 | 511.06 | 511.06 |
| Federal Express | 1174 | 41.11 | 41.11 |
| **Total Expenses** | | **$ 984.00** | **$ 984.00** |

| | | |
|---|---|---|
| **Travel/Local** | $ | **308.30** |
| **Meals** | | **12.53** |
| **Reseach** | | **622.06** |
| **Communications** | | **41.11** |
| **Total Expenses** | $ | **984.00** |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**May 31, 2001**
**2396-T**

**Car Services**
**Elite**
| | | |
|---|---|---|
| Shinder | 04/03/01 | 32.11 |
| Shinder | 04/06/01 | 37.72 |
| Shinder | 04/09/01 | 24.47 |
| **Subtotal – Car Services** | | $ 94.30 |

**Travel/Local**
| | | |
|---|---|---|
| Shinder | 04/18/01 | 23.00 |
| Shinder | 04/22/01 | 15.00 |
| Shinder | 04/23/01 | 25.00 |
| Shinder | 04/23/01 | 40.00 |
| Shinder | 04/30/01 | 12.50 |
| Shinder | 05/02/01 | 8.50 |
| Shinder | 05/03/01 | 9.00 |
| Zilly | 04/02/01 | 6.00 |
| Zilly | 04/02/01 | 10.00 |
| Zilly | 04/16/01 | 65.00 |
| **Subtotal – Travel/Local** | | 214.00 |

**Meals**
| | | |
|---|---|---|
| Blechman | 04/23/01 | 4.63 |
| Zilly | 04/11/01 | 7.90 |
| **Subtotal – Meals** | | 12.53 |

**Research**
**In-House**
| | | |
|---|---|---|
| Alexander | 4/8-15/01 | 111.00 |
| **Subtotal – In-House** | | 111.00 |

**Factset**
| | | |
|---|---|---|
| Alexander | 4/1-15/01 | 511.06 |
| **Subtotal – Factset** | | 511.06 |
| **Subtotal – Research** | | 622.06 |

**Communications**

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**May 31, 2001**
**2396-T**

<u>**Federal Express**</u>

| | | | | |
|---|---|---|---|---|
| Blechman | 04/05/01 | 14.71 | | |
| Blechman | 05/24/01 | 12.67 | | |
| Mahoney | 05/07/01 | 13.73 | | |
| **Subtotal - Communications** | | | | **41.11** |
| **Total Expenses** | | | **$** | **984.00** |

**W.R. GRACE**
**Expense Summary**
**Processed Through**
**June 30, 2001**
**2426-T**

| | | GL Detail Jun-01 | Total Expenses |
|---|---|---|---|
| Word Processing | 1106 | $    402.50 | $    402.50 |
| Research - In-House | 1108 | 134.60 | 134.60 |
| Airfare | 1114 | 811.00 | 811.00 |
| Car Services - Elite | 1116 | 1,436.17 | 1,436.17 |
| Travel/Local | 1122 | 73.30 | 73.30 |
| Other - Auto | 1124 | 340.00 | 340.00 |
| Meals | 1126 | 667.46 | 667.46 |
| Lodging | 1130 | 518.09 | 518.09 |
| Research - Disclosure | 1136 | 33.80 | 33.80 |
| Research - DowJones | 1138 | 2.15 | 2.15 |
| Research - Factset | 1142 | 580.57 | 580.57 |
| Research - Disclosure-Paper | 1157 | 1,058.95 | 1,058.95 |
| Fax | 1170 | 82.50 | 82.50 |
| Telephone - Mobile | 1172 | 8.75 | 8.75 |
| Federal Express | 1174 | 75.68 | 75.68 |
| Photocopying | 1188 | 193.60 | 193.60 |
| **Total Expenses** | | **$    6,419.12** | **$    6,419.12** |

| | | |
|---|---|---|
| **Word Processing** | $ | **402.50** |
| **Airfare & Travel/Local** | | **2,660.47** |
| **Meals & Lodging** | | **1,185.55** |
| **Reseach** | | **1,810.07** |
| **Communications** | | **166.93** |
| **Photocopying** | | **193.60** |
| **Total Expenses** | $ | **6,419.12** |

**W.R. GRACE**
**Expense Summary**
**Processed Through**
**June 30, 2001**
**2426-T**

|  |  | GL Detail Jun-01 | Total Expenses |
|---|---|---|---|
| Word Processing | 1106 | $      402.50 | $      402.50 |
| Research - In-House | 1108 | 134.60 | 134.60 |
| Airfare | 1114 | 811.00 | 811.00 |
| Car Services - Elite | 1116 | 1,436.17 | 1,436.17 |
| Travel/Local | 1122 | 73.30 | 73.30 |
| Other - Auto | 1124 | 340.00 | 340.00 |
| Meals & Lodging | 1126 | 928.29 | 928.29 |
| Lodging | 1130 | 518.09 | 518.09 |
| Research - Disclosure | 1136 | 33.80 | 33.80 |
| Research - DowJones | 1138 | 2.15 | 2.15 |
| Research - Factset | 1142 | 580.57 | 580.57 |
| Research - Disclosure-Paper | 1157 | 1,058.95 | 1,058.95 |
| Fax | 1170 | 82.50 | 82.50 |
| Telephone - Mobile | 1172 | 8.75 | 8.75 |
| Federal Express | 1174 | 75.68 | 75.68 |
| Photocopying | 1188 | 193.60 | 193.60 |
| **Total Expenses** |  | **$   6,679.95** | **$   6,679.95** |

| | |
|---|---|
| **Word Processing** | **$      402.50** |
| **Airfare & Travel/Local** | **2,660.47** |
| **Meals** | **1,446.38** |
| **Reseach** | **1,810.07** |
| **Communications** | **166.93** |
| **Photocopying** | **193.60** |
| **Total Expenses** | **$   6,679.95** |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**June 30, 2001**
**2426-T**

**Word Processing**

| | | | |
|---|---|---|---|
| Blechman | 5/1-15/01 | 402.50 | |
| | **Subtotal - Word Processing** | **$** | **402.50** |

**Airfare**

| | | | |
|---|---|---|---|
| Blechman | 04/20/01 | 405.50 | |
| Zilly | 04/11/01 | 405.50 | |
| | **Subtotal - Airfare** | | **811.00** |

**Car Services**
**Elite**

| | | |
|---|---|---|
| Alexander | 04/10/01 | 24.47 |
| Alexander | 05/01/01 | 24.47 |
| Alexander | 05/09/01 | 32.11 |
| Alexander | 05/13/01 | 23.96 |
| Alexander | 05/16/01 | 24.47 |
| Alexander | 06/17/01 | 34.66 |
| Alexander | 06/19/01 | 24.47 |
| Alexander | 06/19/01 | 27.01 |
| Alexander | 06/20/01 | 27.01 |
| Blechman | 04/22/01 | 46.38 |
| Blechman | 04/23/01 | 46.38 |
| Blechman | 05/10/01 | 21.41 |
| Blechman | 05/15/01 | 21.41 |
| Blechman | 05/16/01 | 21.41 |
| Blechman | 05/17/01 | 40.27 |
| Blechman | 05/17/01 | 40.27 |
| Blechman | 06/22/01 | 43.83 |
| Blechman | 06/23/01 | 55.05 |
| Blechman | 06/24/01 | 25.49 |
| Client | 05/16/01 | 21.41 |
| Client | 05/17/01 | 20.39 |
| Client | 05/17/01 | 21.41 |
| Client | 05/17/01 | 23.96 |
| Client | 05/17/01 | 79.51 |
| Client | 06/15/01 | 30.58 |
| Shinder | 04/11/01 | 24.47 |
| Shinder | 04/16/01 | 45.37 |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**June 30, 2001**
**2426-T**

| | | |
|---|---|---|
| Shinder | 04/17/01 | 34.66 |
| Shinder | 05/04/01 | 24.47 |
| Shinder | 05/07/01 | 24.47 |
| Shinder | 05/08/01 | 24.47 |
| Shinder | 05/14/01 | 24.47 |
| Shinder | 05/21/01 | 24.47 |
| Shinder | 06/11/01 | 29.56 |
| Shinder | 06/12/01 | 27.01 |
| Shinder | 06/13/01 | 22.43 |
| Shinder | 06/18/01 | 24.47 |
| Shinder | 06/19/01 | 24.47 |
| Shinder | 06/22/01 | 24.47 |
| Zilly | 04/15/01 | 96.60 |
| Zilly | 04/16/01 | 40.27 |
| Zilly | 04/17/01 | 64.23 |
| Zilly | 05/02/01 | 27.52 |
| Zilly | 05/16/01 | 26.50 |
| | **Subtotal - Car Services** | **1,436.17** |

**Travel/Local**
| | | |
|---|---|---|
| Blechman | 05/17/01 | 5.00 |
| Blechman | 05/22/01 | 7.00 |
| Shinder | 05/09/01 | 11.90 |
| Shinder | 05/17/01 | 12.50 |
| Shinder | 05/22/01 | 15.20 |
| Shinder | 06/01/01 | 9.20 |
| Shinder | 06/12/01 | 12.50 |
| | **Subtotal - Travel/Local** | **73.30** |

**Other Auto**
| | | |
|---|---|---|
| Zilly | 04/02/01 | 85.00 |
| Zilly | 04/02/01 | 85.00 |
| Zilly | 05/01/01 | 170.00 |
| | **Subtotal - Other Auto** | **340.00** |

**Meals**
| | | |
|---|---|---|
| Alexander | 05/01/01 | 50.13 |
| Alexander | 05/14/01 | 73.13 |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**June 30, 2001**
**2426-T**

| | | | |
|---|---|---|---|
| Blechman | 05/14/01 | 73.07 | |
| Blechman | 05/17/01 | 4.94 | |
| Document Production | 05/10/01 | 8.70 | |
| Shinder | 04/09/01 | 26.08 | |
| Shinder | 04/11/01 | 50.33 | |
| Shinder | 05/08/01 | 55.02 | |
| Shinder | 05/14/01 | 73.07 | |
| Zilly | 05/02/01 | 7.52 | |
| Zilly | 05/14/01 | 6.95 | |
| Zilly | 05/16/01 | 7.35 | |
| Zilly | 05/17/01 | 124.74 | |
| Zilly | 05/17/01 | 137.53 | |
| Zilly | 05/17/01 | 220.53 | |
| Zilly | 05/31/01 | 9.20 | |
| | **Subtotal – Meals** | | **928.29** |

**Lodging**

| | | | |
|---|---|---|---|
| Zilly | 05/03/01 | 106.92 | |
| Zilly | 05/04/01 | 137.12 | |
| Zilly | 05/08/01 | 274.05 | |
| | **Subtotal – Lodging** | | **518.09** |

**Research**
**In-House**

| | | | |
|---|---|---|---|
| Blechman | 5/16-31/01 | 125.78 | |
| Frieman | 04/09/01 | 8.82 | |
| | **Subtotal – In-House** | | **134.60** |

**Disclosure**

| | | | |
|---|---|---|---|
| Blechman | 5/16-31/01 | 28.65 | |
| Shinder | 5/16-31/01 | 5.15 | |
| | **Subtotal – Disclosure** | | **33.80** |

**DowJones**

| | | | |
|---|---|---|---|
| Shinder | 5/1-15/01 | 2.15 | |
| | **Subtotal – DowJones** | | **2.15** |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**June 30, 2001**
**2426-T**

**Factset**

| | | | |
|---|---|---|---|
| Alexander | 5/1-15/01 | 580.57 | |
| | **Subtotal - Factset** | | **580.57** |

**Disclosure-Paper**

| | | | |
|---|---|---|---|
| Blechman | 06/04/01 | 1,058.95 | |
| | **Subtotal - Disclosure-paper** | | **1,058.95** |
| | **Subtotal - Research** | | **1,810.07** |

**Communications**
**Fax**

| | | | |
|---|---|---|---|
| Bolger | Apr-01 | 46.25 | |
| Bolger | May-01 | 36.25 | |
| | **Subtotal - Fax** | | **82.50** |

**Telephone - Mobile**

| | | | |
|---|---|---|---|
| Blechman | 06/22/01 | 8.75 | |
| | **Subtotal - Telephone - Mobile** | | **8.75** |

**Federal Express**

| | | | |
|---|---|---|---|
| Blechman | 05/15/01 | 41.08 | |
| Blechman | 05/16/01 | 17.64 | |
| Blechman | 06/20/01 | 16.96 | |
| | **Subtotal - Federal Express** | | **75.68** |
| | **Subtotal - Communications** | | **166.93** |

**Photocopying**

| | | | |
|---|---|---|---|
| Blechman | 4/2-6/01 | 29.20 | |
| Diggs | 4/2-6/01 | 39.60 | |
| Diggs | 4/21-25/01 | 124.80 | |
| | **Subtotal - Photocopying** | | **193.60** |
| | **Total Expenses** | **$** | **6,679.95** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,1 | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that a copy of the foregoing documents was served upon the persons on the attached service list in the manner indicated on this 31st day of July, 2001:

### NOTICE OF FILING OF FIRST MONTHLY FEE APPLICATION.

### FIRST APPLICATION OF THE BLACKSTONE GROUP L.P. AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION FOR ACTUAL AND NECESSARY SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACUTUAL AND NECESSARY EXPENSES INCURRED (FOR THE MONTHLY PERIODS APRIL 2, 2001 THROUGH JUNE 30, 2001)

---

1  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**AFFIDAVIT OF PAMELA ZILLY**

David W. Carickhoff, Jr. (DE Bar No. 3715)
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel:    (302) 652-4100
Fax:    (302) 652-4400

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 23451
May 30, 2001
04 – Hand Delivery
08 – Federal Express


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

***Hand Delivery***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

***Hand Delivery***
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE  19899

***Hand Delivery***
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

***Hand Delivery***
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

***Federal Express***
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

***Federal Express***
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center
Suite 950 West
Philadelphia, PA  19106

*Federal Express*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

*Federal Express*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Federal Express*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

*Federal Express*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*Federal Express*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*Federal Express*
(Counsel to Official Committee of Equity
Holders)
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022