UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE
------------------------------------------------------------- x
In re:                                                        :   CHAPTER 11
                                                              :
    W. R. GRACE & CO., et al.,                              :   Case Nos. 01-1139 (JJF)
                                                              :   (Jointly Administered)
          Debtors.                                          :   Objection Deadline: August 22, 2001 at
                                                              :   4:00 p.m.
------------------------------------------------------------- x   Hearing Date: [TBD]


## NOTICE OF APPLICATION

TO:   Office of the United States Trustee; Kirkland & Ellis, counsel to the Debtors ; Caplin & Drysdale, counsel for Committee of Asbestos Personal Injury Claimants; Bilzin Sumburg Dunn Daena Price & Axelrod, counsel for Committee of Asbestos Damage Claimants; Stroock & Stroock & Lavan LLP, counsel for Official Committee of Unsecured Creditors, and all parties requesting notice pursuant to Bankruptcy Rule 2002.

Official Committee of Equity Holders of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), have today filed the attached **Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Kramer Levin Naftalis & Frankel LLP as Counsel to Official Committee of Equity Holders** (the "Motion"), which seeks the following relief: the entry of an order Authorizing the Retention of Kramer Levin Naftalis & Frankel LLP as Counsel to Official Committee of Equity Holders.

You are required to file a response to the attached Application on or before August 22, 2001 at 4:00 p.m.

At the same time, you must also serve a copy of the response upon Applicant's attorneys:

KL2:2114854.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esq.
Robert T. Schmidt, Esq.
919 Third Avenue
New York, New York  10022
(212) 715-9100  Telephone
(212) 715-8000  Facsimile


A HEARING ON THE APPLICATION WILL BE HELD ON: [TBD]


IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OF HEARING.


Dated:  August 6, 2001

*[signature]*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esq.
Robert T. Schmidt, Esq.
919 Third Avenue
New York, New York  10022
(212) 715-9100  Telephone
(212) 715-8000  Facsimile

Proposed Counsel to Official Committee of
Equity Holders

KL2:2114854.1