# W.R. GRACE & CO.
## 2002 SERVICE LIST

David Aelvoet, Esquire
Linebargerheard Goggan Blair Graham
  Pena & Sampson LLP
1000 Tower Life Building
San Antonio, TX 78205

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Florida  32399-3000

Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

Robert T. Aulgur, Jr., Esquire
313 N. DuPont Highway
Suite 200
Odessa, DE 19730
***Counsel for Toyota Motor Credit***

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606
***Counsel to DIP Lender***

David W. Baddley, Esquire
Greenberg Traurig LLP
515 E. Las Olas Boulevard
Suite 1500
Fort Lauderdale, FL 33301
***Counsel for Mars Music***
Telephone:      (954) 768-8243
Facsimile:      (954) 765-1477

WLM\146956.1

Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131
***Official Committee of Property Damage Claimants***

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia  30309

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
***Counsel to Sealed Air Corporation***

David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburgh, PA 15222-2302

Mr. James A. Bane
KMCC 204029
P.O. Box 710
Keen Mountain, VA  24624

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
***Counsel for Wells Fargo Bank Minnesota, National Association***
Telephone:    (714) 436-6800
Facsimile:    (714) 436-2800

Scott Barker
Credit Manager
Climan Molybdenum Marketing Corporation
2600 N. Central Avenue
Phoenix, AZ 85004

Gary L. Barnhart
Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204
**Counsel for Asbestos Claimants**

Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY 10017-4014
**Counsel for General Electric Capital Corporation**

Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD 21701

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
**The Baupost Group LLC**

Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA 02110-2699

WLM\146956.1

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Kay D. Brock, Esquire
Comptroller of Public Accounts of the
State of Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
***Counsel for the Texas Comptroller of Public Accounts***

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903
***Counsel for Berry & Berry***

Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
***Zonolite Attic Litigation Plaintiffs***

WLM\146956.1

James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY 10178
**Counsel for Delco Development Company**
Telephone:      (212) 808-7800
Facsimile:      (212) 808-7897

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
**Counsel for The Chase Manhattan**

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ  08618

Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006
**Counsel for numerous asbestos claimants**

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

WLM\146956.1

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
**_Counsel for The Chase Manhattan Bank_**

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland 21043

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, New Jersey 07663

Credit Lyonnais
1301 Avenue of the Americas
New York, New York 10019-0602

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, Tennessee 38103

Curtis J. Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
**_Counsel for Century Indemnity Company_**
Telephone:     (302) 654-0424
Facsimile:     (302) 654-0245
E-mail:     crowtherc@whitewms.com

WLM\146956.1

DAP Products Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street
Suite 200
Baltimore, MD 21224
Telephone:    (410) 675-2100

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465
***Counsel to Asbestos Claimants***

Maggie De La Rosa
Provost * Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, Texas  77701

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801
***Counsel for First Union Leasing***

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108
***Counsel for SAP America, Inc.***

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

WLM\146956.1

District Director
IRS
409 Silverside Road
Wilmington, DE  19809

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, California  94111

Joseph D. Farrell, Esquire
Edward H. Tillinghast, III, Esquire
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street
Suite 200
Chicago, IL 60607
***Zonolite Attic Litigation Plaintiffs***

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101
***Counsel for Public Service Electric and Gas Company***

Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE 19801
***Counsel for Potash Corp.***
Telephone:    (302) 777-6500
Facsimile:    (302) 656-8865

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Leonard P. Goldberger, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
***Counsel for Century Indemnity Company***
Telephone:    (215) 864-6376
Facsimile:    (215) 864-7123
E-mail:        goldbergerl@whitewms.com

Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, New York  10022

WLM\146956.1

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY  10176

Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service
   Workers Benefit Fund
730 Broadway, 10th Floor
New York, NY 10003-9511
***Counsel for Amalgamated Industries and
Service Workers Benefit Fund***

Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH  4308

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Bart Hartman
Treasurer - Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

WLM\146956.1

John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002
***Counsel for Occidental Permian, Ltd.***

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Highway
Research Triangle Park, NJ 27709

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts  02110-2624

WLM\146956.1

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
***Counsel for Hearthside Residential Corp.***
Telephone:    (213) 612-7800
Facsimile:    (213) 612-7801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA   94612-1413

Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, New York  10007

WLM\146956.1

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242
Telephone:      (757) 533-4940
Facsimile:      (757) 533-4943
E-mail:         william.johnson@nscorp.com

Laura Davis Jones, Esquire
David Carickhoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
***Counsel to Debtors and Debtors in Possession***

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899
***Counsel for Property Damage Claimants***

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102
**Counsel to Official Committee of Unsecured Creditors**

Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue
Suite 2600
New Orleans, LA 70113
Telephone:    (504) 576-2240
Facsimile:    (504) 576-4150

Jeffrey Kaufman, Esquire
Gerald F. Ellersdorfer, Esquire
Kaufman & Logan LLP
111 Pine Street
Suite 1300
San Francisco, CA 94111
**Counsel for Interested Parties and**
**Clerk of the Bankruptcy Court**
Telephone:    (415) 392-6677
Facsimile:    (415) 391-4639

Michael T. Kay, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674
Attn: Nancy Draves
**Counsel for The Dow Chemical Company, Hampshire**
**Chemical Corp. and Union Carbide Corporation**
Telephone:    (517) 636-1934
Facsimile:    (517) 638-9393

Anne Marie P. Kelley, Esquire
Dilworth Paxson LLP
Liberty View - Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
**Counsel for The Dow Chemical Company, Hampshire**
**Chemical Corp. and Union Carbide Corporation**
Telephone:    (856) 663-8877
Facsimile:    (856) 663-8855

WLM\146956.1

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas  77017

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
***Counsel for Wachovia Bank, N.A.***

WLM\146956.1

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
**_Counsel to Official Committee of Unsecured Creditors_**
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas  75201

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Mary M. MaloneyHuss
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE  19801

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

WLM\146956.1

Thomas J. Matz, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
***Counsel for Snack, Inc.***
Telephone:      (212) 351-4000
Facsimile:      (212) 351-4035

Thomas Moers Mayer, Esquire
Robert T. Schmidt, Esquire
Amy Caton, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
***Equity Committee Counsel***
Telephone:      (212) 715-9100
Facsimile:      (212) 715-8000

Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas  77010

Vahe Melkonian, Esquire
Newco Management Company, LLC
6320 Canoga Avenue
Suite 1430
Woodland Hills, CA 91367
***Counsel for Snack, Inc.***
Telephone:      (818) 716-2020
Facsimile:      (818) 716-2021

Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
***Counsel for Gamma Holdings, N.V.***
Telephone:      (302) 652-8400
Facsimile:      (302) 652-8405
E-mail:         samelnik@skfdelaware.com

WLM\146956.1

Richard M. Meth, Esquire
Herrick, Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, New Jersey  07105

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
***Attorney General of Pennsylvania***

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19801
***Counsel for Ingersoll-Rand Fluid Products***

Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX 77701

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, Arizona  85007-1278

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA  98104-7078

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
***Counsel for Asbestos Claimants***
Telephone:     (732) 636-8000
Facsimile:     (732) 855-6117

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902
Attn: Ted Weschler
Telephone:     (804) 297-0811
Facsimile:     (804) 220-9321

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA  19106
***U.S. Trustee***

WLM\146956.1

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department - Bankruptcy
13501 Katy Freeway
Room W1-562
Houston, TX 77079-1398
Telephone:     (281) 588-4758
Facsimile:     (281) 588-4606
E-mail:     karen.s.burgess@exxon.com

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister
    & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
Ten Post Office Square South
Boston, MA 02109
***Counsel for LaVantage Solutions***

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, Missouri 63366

Julie Quagliano, Esquire
Quagliano & Seeger
3242 P street, NW
Washington, D.C.  20007
***Counsel for WESCO Distribution, Inc.***

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100
***Counsel to Debtors and Debtors in Possession***

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

WLM\146956.1

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Randall A. Rios, Esquire
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana
Suite 4600
Houston, TX 77002
***Counsel for Huntsman Corporation***
Telephone:      (713) 222-1470
Facsimile:      (713) 222-1475

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
***Counsel for Ingersoll-Rand Fluid Products***

WLM\146956.1

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY  10020

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

Lynn M. Ryan, Esquire
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490
**Counsel for Wells Fargo Bank Minnesota, National Association**
Telephone:    (212) 858-1000
Facsimile:    (212) 858-1500

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, Tennessee  38103

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
**Counsel for Entergy Services, Inc.**
Telephone:    (302) 552-4200
Facsimile:    (302) 552-4295

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

WLM\146956.1

Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC  20020

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 1000
Atlanta, GA  30326-1232

Shelley Bethea Gillette & Clark
3850 E. Baseline Road, Suite 125
Mesa, Arizona 85206

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
***Counsel for Norfolk Southern Corporation***
Telephone:     (302) 984-6000
Facsimile:      (302) 658-1192
E-mail:          lsilverstein@pacdelaware.com

WLM\146956.1

Danice Sims
P.O. Box 66658
Baton Rouge, Louisiana  70896

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Thomas M. Sobol, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
214 Union Wharf
Boston, MA 02109-1216
***Zonolite Attic Litigation Plaintiffs***

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
***Counsel for Anderson Memorial Hospital***

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
***Counsel to Debtor***

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

WLM\146956.1

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, Florida 32412-0950

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
***Zonolite Attic Litigation Plaintiffs***

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207
***Tennessee Department of Environment and Conservation – Superfund***

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Derrick Tay, Esquire
Meighen Demers
P.O. Box 8705, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA
***Canadian counsel for Debtor***

William F. Taylor, Jr., Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, 17th Floor
P.O. Box 1630
Wilmington, DE 19899
***L.A. Unified School District***

WLM\146956.1

Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
100 North Tryon Street, Suite 4000
Charlotte, North Carolina  28202-4010

Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
P.O. Box 2055
Monroe, LA 71207
**_Peters, Smith & Company_**

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idaho  83536-9229

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022
Telephone:     (212) 972-4900
Facsimile:     (212) 972-4929
E-mail:          dorine.vork@stibbe.nl

E. Katherine Wells, Esquire
South Carolina Department of Health and Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243
**Counsel for Commissioner of Revenue**

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103
**Counsel for PPG Industries, Inc.**

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601
**Counsel for Potash Corp.**
Telephone:     (312) 558-5600
Facsimile:     (312) 558-5700

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE  19899

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
**Local Counsel to DIP Lender**

WLM\146956.1

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 North Market Street
Chase Manhattan Centre, 15th Floor
Wilmington, DE 19801
***Local Counsel to Asbestos Claimants***

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

Michael I. Zousmer, Esquire
Robert S. Hertzberg, Esquire
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road
Suite 300
Bloomfield Hills, MI 48302-0183
***Counsel for Rupple K. Perry***
Telephone:     (248) 335-5000

WLM\146956.1