W. R. Grace Service List
Case No. 01-1139 (JJF)
Document Number:  28024
August 9, 2001
01 – Hand Delivery
02 – Overnight Delivery

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

*Hand Delivery*
(U.S. Attorney)
Ellen Slights, Esquire
Office of the U.S. Attorney
1201 North Market Street, Suite 1100
Wilmington, DE  19801

*Overnight Delivery*
)
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, Suite 945 North Tower
Denver, CO  80202

*Overnight Delivery*
(Of Counsel)
Matthew D. Cohn, Esquire
Andrea Madigan, Esquire
Enforcement Attorneys
U.S. EPA Region 8
999 18th Street, Suite 700
Denver, CO  80202