## VERIFICATION

STATE OF DELAWARE

COUNTY OF NEW CASTLE

David W. Carickhoff, after being duly sworn according to law, deposes and says:

a) I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Committee and am thoroughly familiar with the other work performed on behalf of the Committee by the lawyers and paraprofessionals of PSZY&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
David W. Carickhoff

SWORN AND SUBSCRIBED

before me this 9th day of August, 2001.

_____
Notary Public
My Commission Expires: 9-12-02

19465-001\DOCS_DE:21239.1

-1-