# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

May 31, 2001

Invoice Number   47855        91100   00001        HRR

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:   April 2, 2001 | $178,117.27 |
| Payments received since last invoice, last payment received --   July 19, 2001 | $92,367.39 |
| Net balance forward | $85,749.88 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**    05/31/2001

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | | **ASSET ANALYSIS/RECOVERY[ B120]** | | | |
| 05/09/01 | HRR | Review and analyze letter from J. Porras regarding real property interests in Massachussetts (.10); and Draft email regarding same (.10) | 0.20 | 295.00 | $59.00 |
| | | **Task Code Total** | 0.20 | | **$59.00** |
| | | **CASE ADMINISTRATION [B110]** | | | |
| 04/12/01 | RMO | Maintain document control. | 2.50 | 45.00 | $112.50 |
| 04/23/01 | RMO | Maintain document control. | 1.50 | 45.00 | $67.50 |
| 05/01/01 | HRR | Review and analyze notice of agenda. | 0.20 | 295.00 | $59.00 |
| 05/01/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 05/01/01 | PEC | Review and revise Agenda Notice for May 3, 2001 Hearing (.90); and Draft Affidavit of Service (.20). | 1.10 | 105.00 | $115.50 |
| 05/01/01 | PEC | File and serve Debtors' Repsonse to Objection of Credit Lyonnais (.20); and Draft Affidavit of Service (.20). | 0.40 | 105.00 | $42.00 |
| 05/01/01 | DWC | Review certificates of no objection re: various first day motions and address filing and service thereof. | 0.80 | 245.00 | $196.00 |
| 05/02/01 | RMO | Prepare hearing notebook . | 3.00 | 45.00 | $135.00 |
| 05/02/01 | CFS | Maintain document control . | 1.00 | 30.00 | $30.00 |
| 05/02/01 | DWC | Telephone conference with Roger Higgins re: general service issues. | 0.30 | 245.00 | $73.50 |
| 05/02/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 05/02/01 | PEC | File and serve Affidavit of Robert M. Tarola (.20); and Draft Affidavit of Service (.20). | 0.40 | 105.00 | $42.00 |
| 05/02/01 | PEC | File and serve second Supplemental Affidavit (.20); and Draft Affidavit of Service (.20). | 0.50 | 105.00 | $52.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/01 | PEC | File and serve Supplemental Declaration of Spiegel (.20); and Draft Affidavit of Service (.20). | 0.40 | 105.00 | $42.00 |
| 05/02/01 | ALE | Review daily correspondence and pleadings and circulate to the appropiate individuals. | 0.80 | 105.00 | $84.00 |
| 05/02/01 | DWC | Prepare for 5/3/01 hearing, including final revisions to proposed orders. | 5.70 | 245.00 | $1,396.50 |
| 05/03/01 | RMO | Maintain document control. | 3.00 | 45.00 | $135.00 |
| 05/03/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.40 | 295.00 | $118.00 |
| 05/03/01 | DWC | Address retrieval and service of orders entered at 5/3 hearing. | 0.50 | 245.00 | $122.50 |
| 05/03/01 | DWC | Address creditor inquiries and document requests. | 0.50 | 245.00 | $122.50 |
| 05/03/01 | DWC | Review and respond to voice message of Kevin Gross re: result of hearing. | 0.20 | 245.00 | $49.00 |
| 05/03/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 05/03/01 | PEC | Review docket for updates. | 0.40 | 105.00 | $42.00 |
| 05/03/01 | DWC | Prepare for today's hearing, including finalizing any revisions to proposed orders. | 2.50 | 245.00 | $612.50 |
| 05/04/01 | DWC | Address service of orders entered at 5/3 hearing. | 0.50 | 245.00 | $122.50 |
| 05/04/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 105.00 | $42.00 |
| 05/07/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.60 | 105.00 | $63.00 |
| 05/08/01 | DWC | Telephone conference with Sam Schwartz re: service issues. | 0.20 | 245.00 | $49.00 |
| 05/08/01 | PEC | Review docket and update critical dates. | 0.60 | 105.00 | $63.00 |
| 05/08/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.90 | 105.00 | $94.50 |
| 05/08/01 | BDC | Telephone conference x2 and e-mail x 2 with Steven Weiler at Connolly Bove re: document request | 0.30 | 105.00 | $31.50 |
| 05/09/01 | HRR | Telephone conference with R. Higgins regarding creditor inquiries. | 0.20 | 295.00 | $59.00 |
| 05/09/01 | HRR | Telephone conference with P. Naporo regarding status of the case. | 0.10 | 295.00 | $29.50 |
| 05/09/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.30 | 105.00 | $31.50 |
| 05/10/01 | HRR | Telephone conference with D. Kreutzer regarding case. | 0.10 | 295.00 | $29.50 |
| 05/10/01 | HRR | Review, analyze and address issues regarding paper flow. | 0.40 | 295.00 | $118.00 |
| 05/10/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 05/11/01 | ALE | Review daily Correspondence & pleadings and Circulate to the appropriate individuals | .00 | 105.00 | $105.00 |
| 05/11/01 | HRR | Review and analyze critical dates memo. | 0.20 | 295.00 | $59.00 |
| 05/11/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 05/14/01 | DWC | Telephone conference with Roger Higgins re: motion for de minimis sale, motion for settlement procedures, and employee benefits motion. | 0.30 | 245.00 | $73.50 |
| 05/15/01 | ALE | Review daily correspondence & pleadings and circulate to the appropriate individuals. | 3.00 | 105.00 | $315.00 |
| 05/15/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.60 | 105.00 | $63.00 |
| 05/15/01 | PEC | Review docket for updates and request documents not received. | 0.40 | 105.00 | $42.00 |
| 05/16/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 05/16/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.60 | 105.00 | $63.00 |
| 05/17/01 | DWC | Address various creditor inquiries and document requests. | 0.40 | 245.00 | $98.00 |
| 05/17/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/17/01 | PEC | Review docket and update critical dates. | 0.60 | 105.00 | $63.00 |
| 05/18/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 05/21/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.80 | 295.00 | $236.00 |
| 05/21/01 | HRR | Review, analyze and respond to emails from D. Carickhoff regarding list of creditors (.20); and Review, analyze and respond to emails from S. Schwartz regarding filing entities (.20). | 0.40 | 295.00 | $118.00 |
| 05/21/01 | DWC | Review and process documents for distribution | 0.40 | 245.00 | $98.00 |
| 05/21/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 05/22/01 | PEC | File Supplemental Consolidated List of Creditors. | 0.50 | 105.00 | $52.50 |
| 05/22/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 05/23/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.40 | 295.00 | $118.00 |
| 05/23/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 05/23/01 | PEC | Review docket and update critical dates. | 0.50 | 105.00 | $52.50 |
| 05/24/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.30 | 295.00 | $88.50 |
| 05/24/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 05/25/01 | ALE | Daily review of correspondence and pleadings and distributed paperflow to the appropriate parties. | 0.50 | 105.00 | $52.50 |
| 05/25/01 | DCC | Maintain document control. | 7.50 | 45.00 | $337.50 |
| 05/25/01 | PEC | Review daily correspondence and pleadings and forward to the apprpriate individuals. | 0.40 | 105.00 | $42.00 |
| 05/26/01 | DCC | Maintain document control. | 5.50 | 45.00 | $247.50 |
| 05/29/01 | RMO | Maintain document control. | 2.00 | 45.00 | $90.00 |
| 05/29/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.30 | 295.00 | $88.50 |
| 05/29/01 | PEC | Review daily correspondence and pleadings and forward to the apprpriate individuals. | 0.80 | 105.00 | $84.00 |
| 05/29/01 | PEC | Review docket for updates. | 0.40 | 105.00 | $42.00 |
| 05/30/01 | PEC | Return calls to various potential creditors. | 1.20 | 105.00 | $126.00 |
| 05/30/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.60 | 105.00 | $63.00 |
| 05/30/01 | PEC | Review docket and update critical dates. | 0.50 | 105.00 | $52.50 |
| 05/31/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 05/31/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **Task Code Total** | | **69.10** | | **$8,164.50** |

### CLAIMS ADMIN/OBJECTIONS [B310]

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/01 | PEC | Return calls to various potential creditors regarding information received. | 1.10 | 105.00 | $115.50 |
| 05/03/01 | PEC | Return calls to various potential creditors. | 1.00 | 105.00 | $105.00 |
| 05/09/01 | HRR | Review and analyze proof of claim of W. Morris. | 0.10 | 295.00 | $29.50 |
| 05/15/01 | PEC | Return calls to various potential creditors regarding information received. | 1.20 | 105.00 | $126.00 |
| 05/21/01 | PEC | Return calls to various creditors regarding information received. | 0.80 | 105.00 | $84.00 |
| 05/22/01 | PEC | Return calls to various potential creditors. | 0.40 | 105.00 | $42.00 |
| 05/23/01 | HRR | Review and analyze email regarding bar date for filing proofs of claim. | 0.10 | 295.00 | $29.50 |
| 05/23/01 | PEC | Rerturn calls to various creditors regarding information received. | 1.00 | 105.00 | $105.00 |
| 05/24/01 | HRR | Review, analyze and respond to emails regarding lease rejection claims. | 0.10 | 295.00 | $29.50 |
| 05/24/01 | HRR | Review and analyze email from D. Carickhoff regarding | 0.10 | 295.00 | $29.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | lease rejection claims. | | | |
| 05/24/01 | PEC | Return calls to various creditors. | 0.80 | 105.00 | $84.00 |
| 05/31/01 | PEC | Return calls to various potential creditors. | 0.50 | 105.00 | $52.50 |
| | | **Task Code Total** | **7.20** | | **$832.00** |

### COMPENSATION PROF. [B160]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/22/01 | HRR | Draft email regarding payment of fees. | 0.10 | 295.00 | $29.50 |
| 05/24/01 | HRR | Conference with I. Kharasch regarding first fee application. | 0.10 | 295.00 | $29.50 |
| 05/29/01 | HRR | Review and revise first fee application. | 0.40 | 295.00 | $118.00 |
| 05/30/01 | HRR | Conference with I. Kharasch regarding fee application. | 0.10 | 295.00 | $29.50 |
| 05/30/01 | HRR | Review and analyze email from P. Cuniff regarding fee application. | 0.10 | 295.00 | $29.50 |
| 05/30/01 | DWC | Office conference with Laura Jones re: procedures for interim compensation. | 0.20 | 245.00 | $49.00 |
| 05/30/01 | DWC | Telephone conference with Roger Higgins re: K&E's Fee Application. | 0.20 | 245.00 | $49.00 |
| 05/30/01 | DWC | Draft Notice of K&E Fee Application and address filing and service of Kirkland & Ellis April Fee Application. | 1.20 | 245.00 | $294.00 |
| 05/31/01 | IDK | Telephone conference with Laura Davis Jones and Hamid Rafatjoo regarding fee application status and coverage. | 0.20 | 445.00 | $89.00 |
| | | **Task Code Total** | **2.60** | | **$717.00** |

### EMPLOYEE BENEFIT/PENSION- B220

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/09/01 | HRR | Telephone conference with J. Kapp regarding employee wage issues. | 0.10 | 295.00 | $29.50 |
| 05/09/01 | HRR | Telephone conference with D. Carickhoff regarding employee benefits motion. | 0.10 | 295.00 | $29.50 |
| 05/10/01 | HRR | Review and analyze motion for reconsideration on retired employee benefits. | 0.50 | 295.00 | $147.50 |
| 05/16/01 | DWC | Research Delaware cases re: payment of retiree benefits. | 2.20 | 245.00 | $539.00 |
| 05/18/01 | DWC | Research DE cases re: authority to make payments to retirees in ordinary course. | 3.50 | 245.00 | $857.50 |
| 05/18/01 | DWC | Telephone conference with the Official Committee of Unsecured Creditors and David Siegel, Brian McGowan, Jay Kapp, Bob Tarola, Kevin Coghlan and John Forgach re: the Committee's outstanding objections to the employee wages and benefits order. | 0.80 | 245.00 | $196.00 |
| 05/24/01 | DWC | Review proposed language of Creditors' Committee re: contract provisions of key executives. | 0.30 | 245.00 | $73.50 |
| | | **Task Code Total** | **7.50** | | **$1,872.50** |

### EXECUTORY CONTRACTS [B185]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/01 | DWC | Telephone conference with Jay Kapp re: motion to extend time to assume or reject leases of non-residential real property. | 0.30 | 245.00 | $73.50 |
| 05/08/01 | DWC | Address issues concerning motion to extend time to assume or reject non-residential real property leases. | 0.30 | 245.00 | $73.50 |
| 05/10/01 | HRR | Telephone call to E. Christian regarding airplane lease. | 0.10 | 295.00 | $29.50 |
| 05/18/01 | DWC | Draft e-mail to Vicki Finkelstein re: lease issues. | 0.30 | 245.00 | $73.50 |
| 05/18/01 | DWC | Skim 365(d)(4) Motion (.2) and draft e-mail to Roger Higgins re: same (.1). | 0.30 | 245.00 | $73.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/21/01 | DWC | Telephone call with Roger Higgins and Jay Kapp regarding section 365(d)(4) motion | 0.30 | 245.00 | $73.50 |
| 05/21/01 | DWC | Review data prepared by Debtors regarding non-residential real property leases | 0.40 | 245.00 | $98.00 |
| 05/21/01 | DWC | Telephone call with counsel for Landsdale landlord John Fiorilla regarding post-petition rent | 0.20 | 245.00 | $49.00 |
| 05/21/01 | DWC | Draft email to counsel to Broadway Place LLC regarding Debtors' Motion for Lease Rejection Procedures | 0.30 | 245.00 | $73.50 |
| 05/21/01 | DWC | Review email from Vicki Finkelstein addressing various lease issues | 0.30 | 245.00 | $73.50 |
| 05/22/01 | HRR | Review and analyze email from S. Schwartz regarding notice of rejection of leases (.10); and Address issues regarding same (.30). | 0.40 | 295.00 | $118.00 |
| 05/22/01 | DWC | Telephone conference with Roger Higgins re: 365(d)(4) Motion. | 0.20 | 245.00 | $49.00 |
| 05/22/01 | DWC | Telephone conference with Tom Behnke re: list of non-residential real property leases and respective landlords. | 0.20 | 245.00 | $49.00 |
| 05/22/01 | DWC | Review and respond to e-mail from Vicki Finkelstein re: list of non-residential real property leases and respective landlords. | 0.20 | 245.00 | $49.00 |
| 05/22/01 | DWC | Office conference with Vanessa Preston re: preparation of exhibit to 365(d)(4) Motion and service matrix. | 0.40 | 245.00 | $98.00 |
| 05/23/01 | HRR | Telephone conference with S. Schwartz regarding notice to reject leases. | 0.10 | 295.00 | $29.50 |
| 05/23/01 | DWC | Review and revise Motion to Extend Time to Assume or Reject Non-Residential Real Property Leases. | 0.80 | 245.00 | $196.00 |
| 05/23/01 | DWC | Draft Notice of Motion to Extend Time to Assume or Reject Non-Residential Real Property Leases and address service thereof. | 0.40 | 245.00 | $98.00 |
| 05/24/01 | DWC | Address inquiry re: lease rejection procedures and bar date with respect thereto. | 0.40 | 245.00 | $98.00 |
| 05/24/01 | DWC | Address filing of Motion to Extend Time to Assume or Reject Non-Residential Real Property Leases. | 0.30 | 245.00 | $73.50 |
| 05/24/01 | DWC | Telephone conference with Vicki Finkelstein re: list of non-debtor parties to the leases. | 0.20 | 245.00 | $49.00 |
| 05/24/01 | DWC | Telephone conference with Roger Higgins (2x) re: list of non-debtor parties to leases. | 0.40 | 245.00 | $98.00 |
| 05/24/01 | DWC | Address service of Motion to Extend Time to Assume or Reject Leases on Landlords. | .60 | 245.00 | $392.00 |
| 05/24/01 | PEC | File and serve Debtors' Motion for Order Granting an Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (.30); and Draft Affidavit of Service (.20). | 0.50 | 105.00 | $52.50 |
| 05/25/01 | PEC | Serve [Signed] Order granting Motion to Further Extend Time to Assume or Reject Unexpired Leases (.30);. Draft and file Affidavit of Service (20). | 0.50 | 105.00 | $52.50 |
| 05/29/01 | DWC | Review Notice of Rejection of Boca Raton lease and e-mail Sam Schwartz re: same. | 0.40 | 245.00 | $98.00 |
| 05/30/01 | DWC | Review lease rejection notices (2) and address filing thereof. | 0.40 | 245.00 | $98.00 |
| 05/30/01 | DWC | Address preparation of certificates of service in connection with lease rejection notices. | 0.20 | 245.00 | $49.00 |
| 05/30/01 | PEC | File Lease Rejection Notice regarding Daleen Technologies. | 0.40 | 105.00 | $42.00 |
| 05/30/01 | PEC | File Lease Rejection Notice regarding Granite Properties Lease. | 0.40 | 105.00 | $42.00 |
| 05/31/01 | PEC | File Affidavit of Service of Samuel Schwartz, Esquire regarding Lease Rejection Notice of Boca Raton. | 0.50 | 105.00 | $52.50 |
| 05/31/01 | PEC | File Affidavit of Samuel Schwartz, Esquire regarding Lease Rejection Notice of Boca Raton. | 0.40 | 105.00 | $42.00 |

|  |  |  | | | |
|---|---|---|---:|---:|---:|
| | | **Task Code Total** | **12.10** | | **$2,616.50** |

### FINANCIAL FILINGS [B110]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 05/04/01 | DWC | Address voice mail of Tom Behnke re: debtors' schedules and statements. | 0.30 | 245.00 | $73.50 |
| 05/12/01 | DWC | Review drafts of Debtors' schedules and statements. | 2.40 | 245.00 | $588.00 |
| 05/13/01 | DWC | Review drafts of Debtors' schedules and statements. | 4.30 | 245.00 | $1,053.50 |
| 05/14/01 | DWC | Review Debtors' drafts of schedules and statements. | 1.20 | 245.00 | $294.00 |
| 05/15/01 | DWC | Travel to Columbia, Maryland for meeting re: schedules and statements (Billed at 1/2 non-working travel time) | 1.30 | 245.00 | $318.50 |
| 05/15/01 | DWC | Meeting with Pricewaterhouse, Kirkland & Ellis, and Debtors re: schedules and statements | 7.80 | 245.00 | $1,911.00 |
| 05/18/01 | DWC | Telephone conference with Tom Behnke re: service issues related to schedules and statements. | 0.20 | 245.00 | $49.00 |
| 05/21/01 | DWC | Telephone call with Tom Behnke regarding service issues of schedules and statements | 0.30 | 245.00 | $73.50 |
| 05/21/01 | DWC | Office conference with Laura Davis Jones regarding service of schedules and statements | 0.20 | 245.00 | $49.00 |
| 05/24/01 | DWC | Office conference with Laura Jones re: service issues related to schedules and statements. | 0.20 | 245.00 | $49.00 |
| 05/24/01 | DWC | Telephone conference with Tom Behnke re: service issues related to schedules and statements. | 0.20 | 245.00 | $49.00 |
| 05/24/01 | DWC | Telephone conference with Sam Schwartz (2x) re: service issues related to schedules and statements. | 0.40 | 245.00 | $98.00 |
| 05/24/01 | DWC | Address preparation of service list for service of schedules and statements. | 0.50 | 245.00 | $122.50 |
| | | **Task Code Total** | **19.30** | | **$4,728.50** |

### FINANCING [B230]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 05/01/01 | HRR | Review and analyze objection of Credit Lyonnais to financing motion. | 0.20 | 295.00 | $59.00 |
| 05/01/01 | DWC | Telephone conference with Lena Mandel re: Debtors' response to Credit Lyonnais objection to DIP Motion. | 0.20 | 245.00 | $49.00 |
| 05/01/01 | DWC | Review Debtors' Response Credit Lyonnais's Objection to DIP Motion and addressed filing and notice thereof. | 0.60 | 245.00 | $147.00 |
| 05/02/01 | DWC | Research service issue raised by Credit Lyonnais's Objection to DIP Motion. | 0.90 | 245.00 | $220.50 |
| 05/10/01 | DWC | Review and respond to voice message from Lena Mandel re: DIP title insurance issues. | 0.30 | 245.00 | $73.50 |
| 05/10/01 | DWC | Telephone conference with Sam Schwartz re: DIP title insurance issues. | 0.30 | 245.00 | $73.50 |
| 05/11/01 | DWC | Obtain certified copy of Final DIP Order. | 0.70 | 245.00 | $171.50 |
| 05/11/01 | DWC | Prepare certificate of service re: service of DIP Motion on committee counsel (.8); call committee counsel to verify service date of DIP Motion on them (.4); Telephone conference with Sam Schwartz and Lena Mandel re: above (.4). | 1.60 | 245.00 | $392.00 |
| 05/14/01 | DWC | Telephone conference with Joe Onafruk of Chicago Title (2x) re: Certified copy of Final DIP Order and service of DIP Motion on Commitees. | 0.30 | 245.00 | $73.50 |
| 05/21/01 | DWC | Telephone call with Sam Schwartz regarding title insurance's request for information | 0.20 | 245.00 | $49.00 |
| 05/24/01 | DWC | Telephone conference with Sam Schwartz re: title insurance for DIP financing. | 0.20 | 245.00 | $49.00 |

|  |  |  | Task Code Total | 5.50 |  | $1,357.50 |
|---|---|---|---|---|---|---|
|  |  | **LITIGATION (NON-BANKRUPTCY]** |  |  |  |  |
| 05/01/01 | DWC | Telephone conference with Chris Sullivan re: Supplemental Declaration of David Siegel in Support of Preliminary Injunction Motion. | 0.30 | 245.00 | $73.50 |
| 05/01/01 | DWC | Review Supplemental Declaration of David Siegel in Support of Preliminary Injunction Motion and address filing and service thereof. | 1.20 | 245.00 | $294.00 |
| 05/01/01 | DWC | Telephone conference with Scott McMillan (2x) re: Debtors' Omnibus Reply to Objections to Preliminary Injunction Motion. | 0.40 | 245.00 | $98.00 |
| 05/01/01 | DWC | Review Debtors' Omnibus Reply to Objections to Preliminary Injunction Motion and address filing and service thereof. | 0.80 | 245.00 | $196.00 |
| 05/01/01 | PEC | File a Supplemental Declaration of David B. Seigel in Support of Complaint. | 0.40 | 105.00 | $42.00 |
| 05/01/01 | PEC | File and serve Debtors' Response to Objection to Preliminary Injunction (.20); and Draft Affidavit of Service (.20). | 0.40 | 105.00 | $42.00 |
| 05/02/01 | PEC | File and serve Supplemental Declaration in Support of Complaint (.20); and Draft Affidavit of Service (.20). | 0.40 | 105.00 | $42.00 |
| 05/03/01 | HRR | Review and analyze limited objection of bodily injury committee to TRO motion. | 0.20 | 295.00 | $59.00 |
| 05/03/01 | DWC | Attend hearing re: Preliminary Injunction Motion, Final DIP Order and other issues. | 3.00 | 245.00 | $735.00 |
| 05/04/01 | DWC | Telephone conference with Mark Chehi re: Prliminary Injunction order. | 0.20 | 245.00 | $49.00 |
| 05/08/01 | PEC | Serve [signed] Order Granting Temporary Restraining Order (.20); Draft Affidavit of Service (.20). | 0.40 | 105.00 | $42.00 |
| 05/09/01 | HRR | Review and analyze supplemental declaration of D. Siegel in support of injunctive relief. | 0.30 | 295.00 | $88.50 |
| 05/09/01 | DWC | Telephone conference with Roger Higgins and Phil Asuncao re: Preliminary Injunction Order. | 0.30 | 245.00 | $73.50 |
| 05/09/01 | PEC | Serve [Signed] Order granting Preliminary Injunction. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 05/16/01 | DWC | Prepare Affidavits of Publication re: Adversary Complaint to Stay Asbestos Litigation and review underlying affidavits. | 1.40 | 245.00 | $343.00 |
| 05/16/01 | PEC | File Affidavit of Publication regarding the Adversary Notice. | 0.70 | 105.00 | $73.50 |
| 05/21/01 | HRR | Review and analyze informational brief of Zonolite Attic insulation. | 1.30 | 295.00 | $383.50 |
| 05/30/01 | DWC | Telephone conference with Arthur Aisley, counsel for Sealed Air, regarding proposed motion to amend preliminary injunction order. | 0.20 | 245.00 | $49.00 |
| 05/30/01 | DWC | Telephone conference with counsel for Sealed Air re: motion to amend preliminary injunction order. | 0.20 | 245.00 | $49.00 |
|  |  | Task Code Total | 12.40 |  | $2,764.00 |
|  |  | **MEETING OF CREDITORS[B150]** |  |  |  |
| 05/07/01 | PEC | Serve Notice of Commencement (.40); and Draft and file Affidavit of Service (.20). | 0.60 | 105.00 | $63.00 |
| 05/16/01 | DWC | Prepare Affidavits of Publication re: 341 Notice and Commencement of Case and review underlying affidavits. | 1.40 | 245.00 | $343.00 |
| 05/16/01 | DWC | Review 2 boxes of documents of exhibits to Certificate of | 1.50 | 245.00 | $367.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Service re: 341 Notice on all creditors and prepare the Certificate of Service for filing. | | | |
| 05/16/01 | PEC | File Affidavit of Publication for the Notice of Commencement. | 0.70 | 105.00 | $73.50 |
| 05/16/01 | PEC | Return calls to various potential creditors regarding the Notice of Commencement received. | 1.30 | 105.00 | $136.50 |
| 05/17/01 | PEC | File Certificte of Service on behalf of R.R. Donelly & Son regarding the service of the 341 Notice. | 0.40 | 105.00 | $42.00 |
| 05/18/01 | DWC | Office conference with David Siegel, Brian McGowan, Jay Kapp, Bob Tarola, Kevin Coghlan and John Forgach to prepare for 341 meeting. | 1.50 | 245.00 | $367.50 |
| 05/18/01 | DWC | Attend 341 Meeting with David Siegel, Brian McGowan, Jay Kapp, Bob Tarola, Kevin Coghlan and John Forgach. | 2.00 | 245.00 | $490.00 |
| 05/18/01 | PEC | Return calls to various potential creditors regarding 341 Notice. | 0.80 | 105.00 | $84.00 |

**Task Code Total**   10.20   $1,967.00

**OPERATIONS [B210]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/01 | HRR | Review and analyze letter from Georgia Power regarding adequate assurances for utility service. | 0.10 | 295.00 | $29.50 |
| 05/18/01 | DWC | Address filing of Certificate of Service re: Utility Order. | 0.20 | 245.00 | $49.00 |
| 05/21/01 | PEC | File Certificate of Service re: [Signed] Order Deeming Utility Companies Adequately Insured of Furture Performance. | 0.40 | 105.00 | $42.00 |

**Task Code Total**   0.70   $120.50

**RETENTION OF PROF. [B160]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/01 | DWC | Telephone conference with Sam Schwartz (3x) re: Blackstone Retention and certificate of no objection filed in connection therewith. | 0.50 | 245.00 | $122.50 |
| 05/02/01 | DWC | Telephone conference with Bob Raskin re: Blackstone Retention and certificate of no objection filed in connection therewith. | 0.20 | 245.00 | $49.00 |
| 05/02/01 | DWC | Draft letter to Judge Farnan re: Blackstone Retention and certificate of no objection filed in connection therewith. | 0.40 | 245.00 | $98.00 |
| 05/02/01 | DWC | Correspond with U.S. Trustee re: revised proposed orders, including Order re: Ordinary Course Professionals. | 0.30 | 245.00 | $73.50 |
| 05/02/01 | DWC | Telephone conference with Roger Higgins and separately with Jay Kapp re: U.S. Trustee's comments to revised Order re: Ordinary Course Professionals. | 0.50 | 245.00 | $122.50 |
| 05/04/01 | PEC | File and serve Application to Employ Pitney, Hardin, Kip and Szuch as Special Counsel (.20); and Draft Affidavit of Service (.20). | 0.40 | 105.00 | $42.00 |
| 05/04/01 | DWC | Telephone conference with Roger Higgins (2x) re: issues concerning retention of ordinary course professionals. | 0.50 | 245.00 | $122.50 |
| 05/04/01 | DWC | Telephone conference with Sam Schwartz re: information requested by title insurance company and affidavits of ordinary course professionals. | 0.30 | 245.00 | $73.50 |
| 05/07/01 | DWC | Telephone conference with Sam Schwartz re: retention of ordinary course professionals and their respective affidavits. | 0.20 | 245.00 | $49.00 |
| 05/09/01 | HRR | Review and analyze application to retain committee counsel. | 0.30 | 295.00 | $88.50 |
| 05/09/01 | DWC | Review affidavits (approx. 35) and other correspondence from ordinary course professionals (1.50); and Address | 2.50 | 245.00 | $612.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | filing and service of certain of the ordinary course professional's affidavits (approx. 25) (1.0). | | | |
| 05/09/01 | DWC | Telephone conference with Sam Schwartz (2x) re: retention of oridnary course professionals and issues in connection therewith. | 0.40 | 245.00 | $98.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of Gary H. Levin. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of Paul J. Kingston. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of David T. Biderman. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of James J. Restivo, Jr. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of James Brawley. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of Michael V. Mitrione. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of Anthony Marchetta. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of Ross Spence. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of Thomas J. Burke. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of Cathe Hession. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of Bruce S. Hutters. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of Beverly Lanstrom. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of John Hargrove. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/09/01 | PEC | File and serve Affidavit of Disinterestedness of Anthony DeLaurente. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/10/01 | HRR | Review and analyze application to retain L. Tersigni as advisors to asbestos committee. | 0.20 | 295.00 | $59.00 |
| 05/10/01 | HRR | Review and analyze application to retain Caplin & Drysdale as counsel for asbestos commitee. | 0.20 | 295.00 | $59.00 |
| 05/10/01 | HRR | Review and analyze application to retain Legal Analysis Systems as consultants to asbestos committee. | 0.20 | 295.00 | $59.00 |
| 05/10/01 | DWC | Draft motion to vacate order approving Blackstone retention. | 2.00 | 245.00 | $490.00 |
| 05/10/01 | DWC | Office conference with Laura Jones re: motion to vacate Blackstone retention order. | 0.20 | 245.00 | $49.00 |
| 05/21/01 | HRR | Review and analyze application to retain FTI Policano as committee's financial advisors. | 0.30 | 295.00 | $88.50 |
| 05/21/01 | HRR | Review and analyze application to retain Duane Morris. | 0.30 | 295.00 | $88.50 |
| 05/22/01 | DWC | Review and address filing of affidavit of disinterest of Holme, Roberts & Owen. | 0.30 | 245.00 | $73.50 |
| 05/22/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327(e) of Kenneth W. Lund. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/24/01 | DWC | Telephone conference with Tony Cleveland re: retention of ordinary course professionals. | 0.20 | 245.00 | $49.00 |
| 05/24/01 | DWC | Address filing of Certificate of No Objection re: Retention of Pitney Hardin as special counsel for Debtors. | 0.40 | 245.00 | $98.00 |
| 05/24/01 | DWC | Review affidavits of disinterest of Ordinary Course Professionals (24) and address filing and service thereof. | .50 | 245.00 | $367.50 |
| 05/24/01 | PEC | Draft Certificate of No Objection regarding Debtors' Motion to Retain Pitney Hardin. File, serve and draft Affidavit of Service. | 0.60 | 105.00 | $63.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for James Ervin. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Timothy Hill. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for John Sheedy. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Tim Corriston. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Henk Vanhulle. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Peter Frankel. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Christopher Brown. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Jeffrey Ayres. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Thomas Echikson. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Joel Kaplan. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Lewis N. Levine. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Leonard Smith. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/25/01 | PEC | File and serve Affidavit Under 11 U.S.C. 327 (e) for Frederick D. Goosen. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 05/29/01 | HRR | Review and analyze statements of disinterestedness. | 0.30 | 295.00 | $88.50 |
| 05/29/01 | DWC | Review and respond to e-mail from Sam Schwartz re: Ordinary Course Professionals. | 0.20 | 245.00 | $49.00 |
| | | **Task Code Total** | **24.60** | | **$4,409.00** |

**STAY LITIGATION [B140]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/01 | HRR | Review and analyze objection of bodily injury committee to motion for relief from stay. | 0.20 | 295.00 | $59.00 |
| 05/09/01 | KFF | Review docket for Lernout & Hauspie regarding Relief Stay Motion in connection with use of proceeds (insurance) and obtain related pleadings and hearing transcripts per request of LDJ | 1.20 | 120.00 | $144.00 |
| 05/10/01 | HRR | Review and analyze motion for relief from stay. | 0.40 | 295.00 | $118.00 |
| | | **Task Code Total** | **1.80** | | **$321.00** |
| | | **Total professional services:** | **173.20** | | **$29,929.00** |

**Costs Advanced:**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/01/2001 | FE | Federal Express [E108] | $20.00 |
| 05/01/2001 | FX | FX -( CORR 10 @1.00 PER PG) [E104] | $10.00 |
| 05/01/2001 | FX | FX -( GRACE 29 @1.00 PER PG) [E104] | $29.00 |
| 05/01/2001 | FX | FX -( CORR 10 @1.00 PER PG) [E104] | $10.00 |
| 05/01/2001 | FX | FX -( CORR 10 @1.00 PER PG) [E104] | $10.00 |
| 05/01/2001 | FX | FX -( CORR 10 @1.00 PER PG) [E104] | $10.00 |
| 05/01/2001 | FX | FX -( CORR 10 @1.00 PER PG) [E104] | $10.00 |
| 05/01/2001 | FX | FX -( CORR 10 @1.00 PER PG) [E104] | $10.00 |
| 05/01/2001 | FX | FX -( CORR 10 @1.00 PER PG) [E104] | $10.00 |
| 05/01/2001 | FX | FX -( CORR 10 @1.00 PER PG) [E104] | $10.00 |
| 05/01/2001 | FX | FX -( CORR 10 @1.00 PER PG) [E104] | $10.00 |
| 05/01/2001 | FX | FX -( CORR 10 @1.00 PER PG) [E104] | $10.00 |
| 05/01/2001 | FX | Fax Transmittal. [E104] | $8.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/01/2001 | PO | Postage [E108] | $2.28 |
| 05/01/2001 | RE | Reproduction Expense. [E101] | $125.55 |
| 05/01/2001 | RE | RE-(CORR 1449 @0.15 PER PG) [E101] | $217.35 |
| 05/01/2001 | RE | RE-(CORR 165 @0.15 PER PG) [E101] | $24.75 |
| 05/01/2001 | RE | RE-(CORR 480 @0.15 PER PG) [E101] | $72.00 |
| 05/01/2001 | RE | RE-(CORR 467 @0.15 PER PG) [E101] | $70.05 |
| 05/01/2001 | RE | RE-(CORR 13 @0.15 PER PG) [E101] | $1.95 |
| 05/01/2001 | RE | RE-(CORR 5 @0.15 PER PG) [E101] | $0.75 |
| 05/01/2001 | RE | RE-(CORR 566 @0.15 PER PG) [E101] | $84.90 |
| 05/01/2001 | RE | RE-(CORR 1783 @0.15 PER PG) [E101] | $267.45 |
| 05/01/2001 | RE | RE-(CORR 13 @0.15 PER PG) [E101] | $1.95 |
| 05/01/2001 | RE | Reproduction Expense. [E101] | $15.15 |
| 05/01/2001 | RE | RE-(CORR 4 @0.15 PER PG) [E101] | $0.60 |
| 05/01/2001 | RE | RE-(CORR 15 @0.15 PER PG) [E101] | $2.25 |
| 05/01/2001 | RE | RE-(CORR 8 @0.15 PER PG) [E101] | $1.20 |
| 05/01/2001 | RE | RE-(CORR 20 @0.15 PER PG) [E101] | $3.00 |
| 05/01/2001 | RE | RE-(CORR 2 @0.15 PER PG) [E101] | $0.30 |
| 05/01/2001 | RE | RE-(CORR 3 @0.15 PER PG) [E101] | $0.45 |
| 05/01/2001 | RE | RE-(CORR 245 @0.15 PER PG) [E101] | $36.75 |
| 05/01/2001 | RE | RE-(CORR 3 @0.15 PER PG) [E101] | $0.45 |
| 05/01/2001 | RE | RE-(CORR 2 @0.15 PER PG) [E101] | $0.30 |
| 05/01/2001 | RE | RE-(CORR 12 @0.15 PER PG) [E101] | $1.80 |
| 05/01/2001 | RE | RE-(RS 51 @0.15 PER PG) [E101] | $7.65 |
| 05/01/2001 | RE | RE-(FORM 32 @0.15 PER PG) [E101] | $4.80 |
| 05/01/2001 | RE | RE-(CORR 143 @0.15 PER PG) [E101] | $21.45 |
| 05/01/2001 | RE | RE-(CORR 37 @0.15 PER PG) [E101] | $5.55 |
| 05/01/2001 | RE | RE-(CORR 49 @0.15 PER PG) [E101] | $7.35 |
| 05/01/2001 | RE | RE-(CORR 8 @0.15 PER PG) [E101] | $1.20 |
| 05/01/2001 | RE | RE-(CORR 919 @0.15 PER PG) [E101] | $137.85 |
| 05/01/2001 | RE | RE-(CORR 7 @0.15 PER PG) [E101] | $1.05 |
| 05/01/2001 | SO | Secretarial Overtime- Charmaine Miller | $31.73 |
| 05/02/2001 | BM | Business Meal--(LDJ) [E111] | $44.00 |
| 05/02/2001 | FE | Federal Express [E108] | $52.32 |
| 05/02/2001 | FE | Federal Express [E108] | $15.60 |
| 05/02/2001 | FE | Federal Express [E108] | $18.98 |
| 05/02/2001 | PO | Postage [E108] | $33.00 |
| 05/02/2001 | RE | RE-(AGR 22 @0.15 PER PG) [E101] | $3.30 |
| 05/02/2001 | RE | RE-(CORR 11 @0.15 PER PG) [E101] | $1.65 |
| 05/02/2001 | RE | Reproduction Expense. [E101] | $10.20 |
| 05/02/2001 | RE | RE-(CORR 1414 @0.15 PER PG) [E101] | $212.10 |
| 05/02/2001 | RE | Reproduction Expense. [E101] | $159.00 |
| 05/02/2001 | RE | RE-(CORR 1695 @0.15 PER PG) [E101] | $254.25 |
| 05/02/2001 | RE | RE-(CORR 154 @0.15 PER PG) [E101] | $23.10 |
| 05/02/2001 | RE | RE-(CORR 63 @0.15 PER PG) [E101] | $9.45 |
| 05/02/2001 | RE | RE-(CORR 78 @0.15 PER PG) [E101] | $11.70 |
| 05/02/2001 | RE | RE-(CORR 125 @0.15 PER PG) [E101] | $18.75 |
| 05/02/2001 | RE | RE-(CORR 553 @0.15 PER PG) [E101] | $82.95 |
| 05/02/2001 | RE | RE-(CORR 327 @0.15 PER PG) [E101] | $49.05 |
| 05/03/2001 | FE | Federal Express [E108] | $115.00 |
| 05/03/2001 | PO | Postage [E108] | $2.20 |
| 05/03/2001 | RE | RE-(CORR 31 @0.15 PER PG) [E101] | $4.65 |
| 05/03/2001 | RE | RE-(CORR 31 @0.15 PER PG) [E101] | $4.65 |
| 05/03/2001 | RE | Reproduction Expense. [E101] | $35.70 |
| 05/03/2001 | TR | Transcript- (Valerie Gunning) [E116] | $133.50 |
| 05/04/2001 | FX | FX -( AGR 4 @1.00 PER PG) [E104] | $4.00 |
| 05/04/2001 | FX | FX -( AGR 20 @1.00 PER PG) [E104] | $20.00 |
| 05/04/2001 | FX | FX -( AGR 5 @1.00 PER PG) [E104] | $5.00 |
| 05/04/2001 | PO | Deleware Document Imaging | $90.35 |
| 05/04/2001 | PO | Deleware Document Imaging | $24.50 |
| 05/04/2001 | PO | Deleware Document Imaging | $91.46 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/04/2001 | PO | Deleware Document Imaging | $115.84 |
| 05/04/2001 | RE | RE-(AGR 76 @0.15 PER PG) [E101] | $11.40 |
| 05/04/2001 | RE | RE-(AGR 10 @0.15 PER PG) [E101] | $1.50 |
| 05/04/2001 | RE | RE-(CORR 110 @0.15 PER PG) [E101] | $16.50 |
| 05/04/2001 | RE | Reproduction Expense. [E101] | $3.00 |
| 05/04/2001 | RE | Reproduction Expense. [E101] | $4.35 |
| 05/04/2001 | RE | RE-(CORR 156 @0.15 PER PG) [E101] | $23.40 |
| 05/04/2001 | RE | RE-(CORR 61 @0.15 PER PG) [E101] | $9.15 |
| 05/04/2001 | RE | RE-(CORR 217 @0.15 PER PG) [E101] | $32.55 |
| 05/04/2001 | RE | RE-(CORR 546 @0.15 PER PG) [E101] | $81.90 |
| 05/04/2001 | RE | Deleware Document Imaging 2407 made @ 9 cents per copy | $216.63 |
| 05/04/2001 | RE | Deleware Document Imaging 594 made @ 9 cents per copy | $53.46 |
| 05/04/2001 | RE | Deleware Document Imaging 3071 made @ 9 cents per copy | $276.39 |
| 05/04/2001 | RE | Deleware Document Imaging 1746 made @ 9 cents per copy | $157.14 |
| 05/04/2001 | RE | Reproduction Expense. [E101] | $45.15 |
| 05/05/2001 | PAR | Parcels- Attorney/Messenger Service [E107] | $36.50 |
| 05/05/2001 | TSC | Tristate Courier Messenger Service [E107] | $585.00 |
| 05/06/2001 | PAR | Parcels- Attorney/Messenger Service [E107] | $309.00 |
| 05/07/2001 | FE | Federal Express [E108] | $956.86 |
| 05/07/2001 | FE | Federal Express [E108] | $37.44 |
| 05/07/2001 | PO | Deleware Document Imaging | $35.75 |
| 05/07/2001 | RE | RE-(CORR 63 @0.15 PER PG) [E101] | $9.45 |
| 05/07/2001 | RE | RE-(CORR 156 @0.15 PER PG) [E101] | $23.40 |
| 05/07/2001 | RE | RE-(CORR 29 @0.15 PER PG) [E101] | $4.35 |
| 05/07/2001 | RE | Reproduction Expense. [E101] | $15.75 |
| 05/07/2001 | RE | RE-(CORR 6 @0.15 PER PG) [E101] | $0.90 |
| 05/07/2001 | RE | RE-(CORR 11 @0.15 PER PG) [E101] | $1.65 |
| 05/07/2001 | RE | Deleware Document Imaging 415 made @ 9 cents per copy | $37.35 |
| 05/07/2001 | RE | RE-(CORR 227 @0.15 PER PG) [E101] | $34.05 |
| 05/07/2001 | RE | RE-(CORR 252 @0.15 PER PG) [E101] | $37.80 |
| 05/08/2001 | FE | Federal Express [E108] | $212.45 |
| 05/08/2001 | FE | Federal Express [E108] | $15.60 |
| 05/08/2001 | FE | Federal Express [E108] | $62.51 |
| 05/08/2001 | RE | RE-(CORR 348 @0.15 PER PG) [E101] | $52.20 |
| 05/08/2001 | RE | RE-(CORR 32 @0.15 PER PG) [E101] | $4.80 |
| 05/08/2001 | RE | RE-(CORR 1232 @0.15 PER PG) [E101] | $184.80 |
| 05/08/2001 | RE | RE-(CORR 69 @0.15 PER PG) [E101] | $10.35 |
| 05/08/2001 | RE | Reproduction Expense. [E101] | $10.20 |
| 05/08/2001 | RE | RE-(CORR 70 @0.15 PER PG) [E101] | $10.50 |
| 05/09/2001 | FE | Federal Express [E108] | $15.60 |
| 05/09/2001 | FE | Federal Express [E108] | $154.74 |
| 05/09/2001 | FX | FX -( AGR 5 @1.00 PER PG) [E104] | $5.00 |
| 05/09/2001 | PO | Deleware Document Imaging | $241.50 |
| 05/09/2001 | PO | Postage [E108] | $37.95 |
| 05/09/2001 | RE | RE-(CORR 396 @0.15 PER PG) [E101] | $59.40 |
| 05/09/2001 | RE | RE-(CORR 507 @0.15 PER PG) [E101] | $76.05 |
| 05/09/2001 | RE | RE-(CORR 503 @0.15 PER PG) [E101] | $75.45 |
| 05/09/2001 | RE | RE-(CORR 1012 @0.15 PER PG) [E101] | $151.80 |
| 05/09/2001 | RE | RE-(CORR 2 @0.15 PER PG) [E101] | $0.30 |
| 05/09/2001 | RE | RE-(CORR 448 @0.15 PER PG) [E101] | $67.20 |
| 05/09/2001 | RE | RE-(CORR 364 @0.15 PER PG) [E101] | $54.60 |
| 05/09/2001 | RE | RE-(CORR 521 @0.15 PER PG) [E101] | $78.15 |
| 05/09/2001 | RE | RE-(CORR 91 @0.15 PER PG) [E101] | $13.65 |
| 05/09/2001 | RE | RE-(CORR 1163 @0.15 PER PG) [E101] | $174.45 |
| 05/09/2001 | RE | RE-(CORR 1907 @0.15 PER PG) [E101] | $286.05 |
| 05/09/2001 | RE | Deleware Document Imaging 8544 made @ 9 cents per copy | $768.96 |
| 05/09/2001 | RE | Reproduction Expense. [E101] | $35.40 |
| 05/09/2001 | RE | Reproduction Expense. [E101] | $22.80 |
| 05/10/2001 | FE | Federal Express [E108] | $60.04 |
| 05/10/2001 | RE | Reproduction Expense. [E101] | $1.95 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/10/2001 | RE | RE-(CORR 1376 @0.15 PER PG) [E101] | $206.40 |
| 05/10/2001 | RE | Reproduction Expense. [E101] | $13.50 |
| 05/10/2001 | RE | RE-(CORR 11 @0.15 PER PG) [E101] | $1.65 |
| 05/10/2001 | RE | RE-(CORR 135 @0.15 PER PG) [E101] | $20.25 |
| 05/10/2001 | SO | Secretarial Overtime--(Charmaine Miller) | $19.04 |
| 05/11/2001 | FE | Federal Express [E108] | $31.32 |
| 05/11/2001 | FE | Federal Express [E108] | $130.19 |
| 05/11/2001 | FE | Federal Express [E108] | $25.60 |
| 05/11/2001 | FE | Federal Express [E108] | $15.60 |
| 05/11/2001 | FX | FX -( AGR 3 @1.00 PER PG) [E104] | $3.00 |
| 05/11/2001 | FX | FX -( AGR 3 @1.00 PER PG) [E104] | $3.00 |
| 05/11/2001 | PO | Deleware Document Imaging | $40.15 |
| 05/11/2001 | RE | Deleware Document Imaging 558 made @ 9 cents per copy | $50.22 |
| 05/11/2001 | RE | Reproduction Expense.--Obtained certified copy of DIP Order (copy changed included) (DWC) [E101] | $9.00 |
| 05/11/2001 | RE | Reproduction Expense.--Obtained certified copy of DIP Order (copy changes included) (DWC) [E101] | $7.00 |
| 05/11/2001 | RE | Reproduction Expense. [E101] | $4.50 |
| 05/11/2001 | RE | Reproduction Expense. [E101] | $16.80 |
| 05/11/2001 | SO | Secretarial Overtime--(Charmaine Miller) | $19.04 |
| 05/12/2001 | FE | Federal Express [E108] | $139.74 |
| 05/12/2001 | RE | RE-(CORR 6 @0.15 PER PG) [E101] | $0.90 |
| 05/12/2001 | TSC | Tristate Courier Messenger Service [E107] | $515.00 |
| 05/13/2001 | FE | Federal Express [E108] | $37.50 |
| 05/14/2001 | FX | FX -( CORR 19 @1.00 PER PG) [E104] | $19.00 |
| 05/14/2001 | RE | Reproduction Expense. [E101] | $3.60 |
| 05/14/2001 | RE | RE-(CORR 96 @0.15 PER PG) [E101] | $14.40 |
| 05/14/2001 | RE | RE-(CORR 82 @0.15 PER PG) [E101] | $12.30 |
| 05/15/2001 | FX | FX -( AGR 16 @1.00 PER PG) [E104] | $16.00 |
| 05/15/2001 | FX | FX -( AGR 5 @1.00 PER PG) [E104] | $5.00 |
| 05/15/2001 | FX | FX -( AGR 9 @1.00 PER PG) [E104] | $9.00 |
| 05/15/2001 | FX | FX -( AGR 20 @1.00 PER PG) [E104] | $20.00 |
| 05/15/2001 | PAR | Parcels- Attorney/Messenger Service [E107] | $5.00 |
| 05/15/2001 | RE | RE-(CORR 94 @0.15 PER PG) [E101] | $14.10 |
| 05/15/2001 | RE | Reproduction Expense. [E101] | $3.60 |
| 05/15/2001 | RE | RE-(CORR 121 @0.15 PER PG) [E101] | $18.15 |
| 05/15/2001 | RE | RE-(CORR 158 @0.15 PER PG) [E101] | $23.70 |
| 05/15/2001 | TE | Travel Expense--Turnpike Toll (DWC) [E110] | $2.00 |
| 05/15/2001 | TE | Travel Expense--Turnpike Toll (DWC) [E110] | $2.00 |
| 05/15/2001 | TE | Travel Expense--Turnpike Toll (DWC) [E110] | $2.00 |
| 05/15/2001 | TE | Travel Expense--Tunnel Toll (DWC) [E110] | $1.00 |
| 05/15/2001 | TE | Travel Expense--Tunnel Toll (DWC) [E110] | $1.00 |
| 05/15/2001 | TE | Travel Expense--210 miles @ $.33/mile (DWC) [E110] | $69.30 |
| 05/16/2001 | FX | Fax Transmittal. [E104] | $5.00 |
| 05/16/2001 | RE | Reproduction Expense. [E101] | $4.05 |
| 05/16/2001 | TC | Telephone Expense--GTE Airfone (LDJ) [E105] | $106.60 |
| 05/17/2001 | FE | Federal Express [E108] | $73.86 |
| 05/18/2001 | PAR | Parcels- Attorney/Messenger Service [E107] | $48.50 |
| 05/18/2001 | SO | Secretarial Overtime--(Nicole Stanford) | $20.19 |
| 05/19/2001 | FE | Federal Express [E108] | $22.50 |
| 05/21/2001 | FE | Federal Express [E108] | $83.88 |
| 05/21/2001 | PAR | Parcels- Attorney/Messenger Service [E107] | $2.50 |
| 05/21/2001 | RE | Reproduction Expense. [E101] | $16.80 |
| 05/21/2001 | SO | Secretarial Overtime--(Vanessa Preston) | $16.16 |
| 05/22/2001 | FE | Federal Express--Wilcox & Fietzer [E108] | $21.84 |
| 05/22/2001 | FE | Federal Express [E108] | $230.49 |
| 05/22/2001 | FE | Federal Express [E108] | $80.76 |
| 05/22/2001 | FX | FX -( AGR 7 @1.00 PER PG) [E104] | $7.00 |
| 05/22/2001 | FX | FX -( AGR 7 @1.00 PER PG) [E104] | $7.00 |
| 05/22/2001 | FX | FX -( AGR 5 @1.00 PER PG) [E104] | $5.00 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 05/22/2001 | FX | FX -( AGR 7 @1.00 PER PG) [E104] | $7.00 |
| 05/22/2001 | FX | FX -( CORR 2 @1.00 PER PG) [E104] | $2.00 |
| 05/22/2001 | FX | FX -( AGR 6 @1.00 PER PG) [E104] | $6.00 |
| 05/22/2001 | RE | Reproduction Expense. [E101] | $41.85 |
| 05/22/2001 | RE | RE-(CORR 66 @0.15 PER PG) [E101] | $9.90 |
| 05/22/2001 | RE | RE-(CORR 3 @0.15 PER PG) [E101] | $0.45 |
| 05/22/2001 | RE | RE-(CORR 18 @0.15 PER PG) [E101] | $2.70 |
| 05/22/2001 | RE | RE-(CORR 273 @0.15 PER PG) [E101] | $40.95 |
| 05/22/2001 | SO | Secretarial Overtime--(Vanessa Preston) | $48.47 |
| 05/23/2001 | FE | Federal Express [E108] | $9.55 |
| 05/23/2001 | FX | FX -( AGR 3 @1.00 PER PG) [E104] | $3.00 |
| 05/23/2001 | FX | FX -( AGR 3 @1.00 PER PG) [E104] | $3.00 |
| 05/23/2001 | FX | FX -( AGR 7 @1.00 PER PG) [E104] | $7.00 |
| 05/23/2001 | RE | Reproduction Expense. [E101] | $2.25 |
| 05/23/2001 | RE | RE-(CORR 957 @0.15 PER PG) [E101] | $143.55 |
| 05/23/2001 | RE | RE-(CORR 1261 @0.15 PER PG) [E101] | $189.15 |
| 05/24/2001 | FE | Federal Express [E108] | $165.99 |
| 05/24/2001 | FX | FX -( AGR 3 @1.00 PER PG) [E104] | $3.00 |
| 05/24/2001 | FX | FX -( AGR 3 @1.00 PER PG) [E104] | $3.00 |
| 05/24/2001 | RE | Reproduction Expense. [E101] | $13.95 |
| 05/24/2001 | RE | RE-(CORR 28 @0.15 PER PG) [E101] | $4.20 |
| 05/24/2001 | RE | RE-(CORR 224 @0.15 PER PG) [E101] | $33.60 |
| 05/24/2001 | RE | RE-(CORR 11 @0.15 PER PG) [E101] | $1.65 |
| 05/24/2001 | SO | Secretarial Overtime-- Fee Application. (NP) | $10.00 |
| 05/24/2001 | SO | Secretarial Overtime--(Holly DalBello) | $32.00 |
| 05/24/2001 | SO | Secretarial Overtime--(Vanessa Preston) | $96.93 |
| 05/25/2001 | FE | Federal Express [E108] | $60.48 |
| 05/25/2001 | FX | FX -( AGR 7 @1.00 PER PG) [E104] | $7.00 |
| 05/25/2001 | FX | FX -( AGR 8 @1.00 PER PG) [E104] | $8.00 |
| 05/25/2001 | RE | RE-(CORR 444 @0.15 PER PG) [E101] | $66.60 |
| 05/25/2001 | RE | RE-(CORR 209 @0.15 PER PG) [E101] | $31.35 |
| 05/25/2001 | RE | RE-(CORR 5 @0.15 PER PG) [E101] | $0.75 |
| 05/25/2001 | RE | RE-(CORR 906 @0.15 PER PG) [E101] | $135.90 |
| 05/25/2001 | RE | RE-(CORR 3968 @0.15 PER PG) [E101] | $595.20 |
| 05/26/2001 | TSC | Tristate Courier Messenger Service [E107] | $480.00 |
| 05/29/2001 | FE | Federal Express [E108] | $204.09 |
| 05/29/2001 | FE | Federal Express [E108] | $188.49 |
| 05/29/2001 | RE | RE-(CORR 922 @0.15 PER PG) [E101] | $138.30 |
| 05/29/2001 | RE | RE-(CORR 204 @0.15 PER PG) [E101] | $30.60 |
| 05/29/2001 | RE | RE-(CORR 2627 @0.15 PER PG) [E101] | $394.05 |
| 05/29/2001 | RE | Reproduction Expense. [E101] | $6.90 |
| 05/29/2001 | RE | RE-(CORR 2 @0.15 PER PG) [E101] | $0.30 |
| 05/30/2001 | FE | Federal Express [E108] | $31.83 |
| 05/30/2001 | RE | Reproduction Expense. [E101] | $2.10 |
| 05/30/2001 | RE | RE-(CORR 88 @0.15 PER PG) [E101] | $13.20 |
| 05/30/2001 | RE | RE-(CORR 1323 @0.15 PER PG) [E101] | $198.45 |
| 05/31/2001 | RE | RE-(CORR 90 @0.15 PER PG) [E101] | $13.50 |
| 05/31/2001 | RE | RE-(CORR 168 @0.15 PER PG) [E101] | $25.20 |
| 05/31/2001 | RE | RE-(CORR 3312 @0.15 PER PG) [E101] | $496.80 |
| 05/31/2001 | RE | RE-(CORR 3 @0.15 PER PG) [E101] | $0.45 |
| 05/31/2001 | RE | RE-(CORR 1761 @0.15 PER PG) [E101] | $264.15 |
| 05/31/2001 | RE | RE-(CORR 96 @0.15 PER PG) [E101] | $14.40 |
| 05/31/2001 | RE | Reproduction Expense--(Repro--in house). [E101] | $22.35 |
| 05/31/2001 | RE | RE-(CORR 143 @0.15 PER PG) [E101] | $21.45 |
| 05/31/2001 | RE | RE-(CORR 96 @0.15 PER PG) [E101] | $14.40 |
| 05/31/2001 | RE | RE-(CORR 3 @0.15 PER PG) [E101] | $0.45 |
| 05/31/2001 | RE | RE-(CORR 365 @0.15 PER PG) [E101] | $54.75 |

**Total Expenses:** $15,670.64

## Summary:

| | |
|---|---|
| Total professional services | $29,929.00 |
| Total expenses | $15,670.64 |
| Net current charges | $45,599.64 |
| Net balance forward | $85,749.88 |
| **Total balance now due** | **$131,349.52** |

## Billing Summary

| | | | | |
|---|---|---|---|---|
| ALE | Espinosa, Amy L. | 5.30 | $105.00 | $556.50 |
| BDC | Campbell, Bruce Dean | 0.30 | $105.00 | $31.50 |
| CFS | Sentman, Christine F. | 1.00 | $30.00 | $30.00 |
| DCC | Crossan, Donna C. | 13.00 | $45.00 | $585.00 |
| DWC | Carickhoff, David W | 79.30 | $245.00 | $19,428.50 |
| HRR | Rafatjoo, Hamid R. | 11.20 | $295.00 | $3,304.00 |
| IDK | Kharasch, Ira D. | 0.20 | $445.00 | $89.00 |
| KFF | Finalyson, Kathe F. | 1.20 | $120.00 | $144.00 |
| KKY | Yee, Karina K. | 0.20 | $115.00 | $23.00 |
| PEC | Cuniff, Patricia E. | 49.50 | $105.00 | $5,197.50 |
| RMO | Olivere, Rita M. | 12.00 | $45.00 | $540.00 |
| | | 173.20 | | $29,929.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AA | ASSET ANALYSIS/RECOVERY [B120] | 0.20 | $59.00 |
| CA | CASE ADMINISTRATION [B110] | 69.10 | $8,164.50 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 7.20 | $832.00 |
| CP | COMPENSATION PROF. [B160] | 2.60 | $717.00 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 7.50 | $1,872.50 |
| EC | EXECUTORY CONTRACTS [B185] | 12.10 | $2,616.50 |
| FF | FINANCIAL FILINGS [B110] | 19.30 | $4,728.50 |
| FN | FINANCING [B230] | 5.50 | $1,357.50 |
| LN | LITIGATION (NON-BANKRUPTCY) | 12.40 | $2,764.00 |
| MC | MEETING OF CREDITORS [B150] | 10.20 | $1,967.00 |
| OP | OPERATIONS [B210] | 0.70 | $120.50 |
| RP | RETENTION OF PROF. [B160] | 24.60 | $4,409.00 |
| SL | STAY LITIGATION [B140] | 1.80 | $321.00 |
| | | 73.20 | $29,929.00 |

## Expense Code Summary

| | |
|---|---:|
| Working Mealsl [E1 | $44.00 |
| Federal Express [E108] | $3,290.85 |
| Fax Transmittal. [E104] | $329.00 |
| Delivery/Courier Service | $401.50 |
| Postage [E108] | $714.98 |
| Reproduction Expense. [E101] | $8,699.35 |
| Overtime | $293.56 |
| Telephone Expense [E105] | $106.60 |
| Travel Expense [E110] | $77.30 |
| Transcript [E116] | $133.50 |
| Delivery/Courier Service | $1,580.00 |
| | $15,670.64 |