IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W. R. GRACE & CO., *et al.* | Case No. 01-01139 (JJF)<br>(Jointly Administered) |
| Debtors. | |

**NOTICE OF FIRST MONTHLY FEE APPLICATION OF
PITNEY, HARDIN, KIPP & SZUCH LLP
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE FEE PERIOD APRIL 2, 2001 THROUGH APRIL 30, 2001**

| | |
|---|---|
| Name of Applicant: | Pitney, Hardin, Kipp & Szuch LLP |
| Authorized to Provide Professional Services to: | W. R. GRACE & CO., *et al.* |
| Date of Retention: | May 30, 2001 *(nunc pro tunc to* April 2, 2001) |
| Period for which compensation and reimbursement is sought: | April 2, 2001 – April 30, 2001 |
| Amount of Compensation sought as actual, reasonable and necessary: | $13,859.50 |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | $7,239.68 |

This is a[n]: __X__ interim   ____ final application

The total time expended for fee application preparation is approximately 25 hours and the corresponding compensation requested is approximately $2,300.00.[1]

PITNEY, HARDIN, KIPP & SZUCH LLP

Dated: Florham Park, New Jersey
July 30, 2001

By: _____
Anthony J. Marchetta, Esq.
Scott A. Zuber, Esq.
P.O. Box 1945
Morristown, NJ 07962-1945
(973) 966-6300
Special Counsel to Debtors

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 4.3 | 1,698.50 |
| Michael E. Waller | 1991 | 265.00 | 9.8 | 2,597.00 |
| Scott A. Zuber | 1987 | 265.00 | 4.7 | 1,245.50 |
| **ASSOCIATES** | | | | |
| Alashia L. Chan | 1994 | 220.00 | .6 | 132.00 |
| Jonathan M. Borg | 1999 | 200.00 | .2 | 40.00 |
| **PARAPROFESSIONALS** | | | | |
| Julie L. von Schrader | N/A | 85.00 | .5 | 42.50 |
| Douglas S. Florence | N/A | 80.00 | 101.3 | 8,104.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period April 2, 2001 through April 30, 2001** | | | **121.4 Hours** **TOTAL** | **13,859.50** |

**COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
APRIL 2, 2001 THROUGH APRIL 30, 2001**

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 2.4 | 714.00 |
| Correspondence Drafted | 5.7 | 1,497.50 |
| Correspondence and Pleadings Reviewed | 1.4 | 423.00 |
| Legal Research | .5 | 42.50 |
| Court Appearances | 0 | 0 |
| Preparation of Pleadings | 2.3 | 609.50 |
| Internal Office Meetings | 5.6 | 1,757.00 |
| Out of Office Meetings | 0 | 0 |
| File Review | .6 | 132.00 |
| Travel Time | 0 | 0 |
| Deposition Preparation | 10.5 | 840.00 |
| Case File Management | 25.5 | 2,040.00 |
| Quality Control Review of Production Database | 55.9 | 4,472.00 |
| Other Services | 11.0 | 1,332.00 |
| **Grand Total Time Reports for the Fee Period April 2, 2001 through April 30, 2001** | **121.4 Hours**<br><br>**TOTAL** | **13,859.50** |

2

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## APRIL 2, 2001 THROUGH APRIL 30, 2001

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | 458.13 |
| Document Access Facility | 5,856.88 |
| Duplicating | 482.96 |
| Express Delivery | 154.32 |
| Telephone | 23.07 |
| Vendor: Paid Pacer Service Center for service | 14.49 |
| Facility Copying Expense | 25.62 |
| Vendor: United States District Court for filing fee notice of appeal 2nd Circuit | 105.00 |
| Postage | 24.44 |
| Travel and Miscellaneous | 94.77 |
| **Total Expenses for the Fee Period April 2, 2001 through April 30, 2001** | **7,239.68** |