**EXHIBIT B**

**TIME REPORTS FOR THE FEE PERIOD
APRIL 2, 2001 THROUGH APRIL 30, 2001
<u>BROKEN DOWN BY MATTERS</u>**

TOTAL HOURS FOR ALL MATTERS:          121.4

TOTAL DOLLARS FOR ALL MATTERS:        13,859.50

TOTAL TIME BILLED FOR ALL MATTERS:    13,859.50

CLIENT:  082910 W. R. GRACE & CO.
Matter:   072757 Intercat, Inc., *et al.*

| | | |
|---|---|---|
| 04/02/01 | Attention to file re: issues re: Mott exam; work with A. Marchetta and S. Zuber re: impact of bankruptcy on same. <br> A. Chan | 0.60 hrs. |
| 04/02/01 | Work on Diane Lippert deposition preparation. <br> D. Florence | 1.70 hrs. |
| 04/02/01 | Conference re legal issue as to 2004 discovery. <br> A. Marchetta | 0.40 hrs. |
| 04/02/01 | Attention to various issues in Intercat case in light of W.R. Grace's Chapter 11 filing. <br> S. Zuber | 0.30 hrs. |
| 04/03/01 | Work on deposition preparation for Diane Lippert; Case file management including updating the case file and pleading boards. <br> D. Florence | 8.80 hrs. |
| 04/03/01 | Telephone conversation with D. Posner regarding Mott examination. <br> S. Zuber | 0.20 hrs. |
| 04/03/01 | Telephone conversation with D. Adams regarding various open bankruptcy issues. <br> S. Zuber | 0.20 hrs. |
| 04/03/01 | Telephone conversation with I. Greene regarding Mott examination and Debtor's plan proposal. <br> S. Zuber | 0.30 hrs. |
| 04/04/01 | Case file management including updating all organizational indexes. <br> D. Florence | 8.20 hrs. |
| 04/05/01 | Work on updating all organizational indexes; Quality control review of the production database. <br> D. Florence | 8.60 hrs. |
| 04/06/01 | Quality control review of the production database. <br> D. Florence | 7.10 hrs. |
| 04/06/01 | Telephone calls with client re discovery and plan consideration. <br> A. Marchetta | 0.60 hrs. |
| 04/06/01 | Discuss Grace's position regarding Debtor's plan proposal with A. Marchetta. <br> S. Zuber | 0.30 hrs. |
| 04/09/01 | Quality control review of the production database. <br> D. Florence | 4.30 hrs. |
| 04/09/01 | Follow up re settlement meeting. <br> A. Marchetta | 0.30 hrs. |

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 04/10/01 | Quality control review of the production database. | D. Florence | 7.00 hrs. |
| 04/10/01 | Telephone conversation with N. Alt regarding Debtor's plan proposal, and Grace's counteroffer. | S. Zuber | 0.20 hrs. |
| 04/11/01 | Quality control review of the production database. | D. Florence | 7.00 hrs. |
| 04/11/01 | Research on Grace bankruptcy filings (Marchetta) | J. von Schrader | 0.50 hrs. |
| 04/11/01 | Telephone conversation with I. Greene regarding plan and sale issues, including Grace's position regarding Intercat's plan proposal. | S. Zuber | 0.40 hrs. |
| 04/12/01 | Quality Control review of the production database. | D. Florence | 7.50 hrs. |
| 04/12/01 | Attention to issues related to Grace's retention of Pitney, Hardin as special counsel in Grace's Chapter 11 case. | S. Zuber | 0.30 hrs. |
| 04/12/01 | Telephone conversation with D. Adams regarding Chapter 11 status. | S. Zuber | 0.20 hrs. |
| 04/13/01 | Quality Control review of the production database; Case file management including updating the case file. | D. Florence | 5.40 hrs. |
| 04/16/01 | Quality control review of the production database; Assemble Diane Lippert deposition exhibits. | D. Florence | 6.00 hrs. |
| 04/17/01 | Quality control review of the production database; Case file management including updating the case file, pleading board and orders binder. | D. Florence | 5.20 hrs. |
| 04/17/01 | Review issues with S. Zuber; follow up re same. | A. Marchetta | 0.50 hrs. |
| 04/17/01 | Telephone conversation with R. Talisman regarding plan and sale issues. | S. Zuber | 0.30 hrs. |
| 04/18/01 | Quality control review of the production database. | D. Florence | 4.90 hrs. |
| 04/18/01 | Prepare letter to J. Spreyregen regarding Intercat case, and retention by Grace of Ellis, Painter as ordinary course professional. | S. Zuber | 0.90 hrs. |
| 04/19/01 | Case file management including updating the case file; Assembled binder set for the Diane Lippert deposition; Updated deposition exhibits database to include | | |

4

|  |  |  |
|---|---|---|
|  | Diane Lippert. | |
|  | D. Florence | 4.60 hrs. |
| 04/20/01 | Case file managment including updating the deposition exhibits database. | |
|  | D. Florence | 2.50 hrs. |
| 04/20/01 | Follow up re request for discovery re libel claim. | |
|  | A. Marchetta | 0.40 hrs. |
| 04/30/01 | Case file management including updating the case file; Forward requested documents to S. Zuber. | |
|  | D. Florence | 7.00 hrs. |
| 04/30/01 | Receipt and review of Eighth Stipulation regarding Intercat's use of cash collateral, including review of budget. | |
|  | S. Zuber | 0.30 hrs. |

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.2 | 395.00 | 869.00 |
| S. Zuber | 3.9 | 265.00 | 1,033.50 |
| A. Chan | 0.6 | 220.00 | 132.00 |
| D. Florence | 95.8 | 80.00 | 7,664.00 |
| J. von Schrader | 0.5 | 85.00 | 42.50 |
| TOTAL W. R. GRACE & CO./Intercat, Inc., *et al.* | 103.0 | | 9,741.00 |

CLIENT:  082913 W. R. GRACE & Co.\INSURANCE COVERAGE
Matter:   000009 NY Superfund Action

| | | |
|---|---|---|
| 04/02/01 | Case file management including updating the case file and databases. | |
|  | D. Florence | 2.30 hrs. |
| 04/02/01 | Correspondence re Chapter 11. | |
|  | A. Marchetta | 0.20 hrs. |
| 04/02/01 | Confer with A. Marchetta regarding status of Notice of Appeal and filing of bankruptcy action. | |
|  | M. Waller | 0.20 hrs. |
| 04/04/01 | Conferring with S. Zuber regarding effect of bankruptcy automatic stay on filing Notice of Appeal in Maryland Cas. v. Grace case (CNA remaining defendant). | |
|  | M. Waller | 0.60 hrs. |

5

| | | |
|---|---|---|
| 04/04/01 | Discuss bankruptcy and appellate issues with M. Waller.<br>S. Zuber | 0.60 hrs. |
| 04/06/01 | Draft memo to A. Marchetta regarding filing Notice of Appeal in light of bankruptcy filing and conference with S. Zuber; Following up with SDNY regarding final judgment; Confer with J. Borg regarding obtaining final judgment; Draft follow up memo to A. Marchetta regarding same;<br>M. Waller | 1.00 hrs. |
| 04/07/01 | Review various correspondence regarding status of case, appellate issues and stay issues.<br>S. Zuber | 0.20 hrs. |
| 04/09/01 | preparation of correspondence to M. Waller regarding Final Judgment<br>J. Borg | 0.20 hrs. |
| 04/09/01 | Receive and review final judgment as entered by SDNY; Draft memo to A. Marchetta regarding same and deadline for filing Notice of Appeal.<br>M. Waller | 0.30 hrs. |
| 04/19/01 | Case file management including updating the case file, pleading board, orders binder and letters of submission index.<br>D. Florence | 1.20 hrs. |
| 04/19/01 | Confer with A. Marchetta regarding summary of Unigard action as requested by client; Preparing Notice of Appeal with attachments; Discuss matter with S. Zuber and required summary for bankruptcy counsel; Drafting same.<br>M. Waller | 2.30 hrs. |
| 04/20/01 | Information re continued work on matter for client.<br>A. Marchetta | 0.30 hrs. |
| 04/20/01 | Confer with A. Marchetta regarding filing of Notice of Appeal and Final Judgment; Confer with S. Zuber re: matter and additions and revisions to summary of same for bankruptcy counsel; Research status of Unigard action and information re: claims at issue and draft summary of same as requested by client;<br>M. Waller | 1.80 hrs. |
| 04/27/01 | Follow up re information request by client; conference with M. Waller re appeal forms.<br>A. Marchetta | 0.90 hrs. |
| 04/30/01 | Case file management including updating the case file and pleading board; Converse with Jean Porochonski at Grace and J. Scordo concerning client's files needed from the Channel matter, recall boxes from storage.<br>D. Florence | 2.00 hrs. |
| 04/30/01 | Follow up re filings and memo to J. Posner.<br>A. Marchetta | 0.40 hrs. |
| 04/30/01 | Review information re appeal issues and conference with M. Waller re same.<br>A. Marchetta | 0.30 hrs. |

04/30/01        Drafting status/summary memos re: insurance actions in SDNY as requested by client; Follow up with A. Marchetta regarding same; Draft memos to J. Posner regarding same; Reviewing Second Circuit forms C and D and commence formulating issues on appeal for inclusion in same;
M. Waller                                                                       3.60 hrs.

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.1 | 395.00 | 829.50 |
| M. Waller | 9.8 | 265.00 | 2,597.00 |
| S. Zuber | 0.8 | 265.00 | 212.00 |
| J. Borg | 0.2 | 200.00 | 40.00 |
| D. Florence | 5.5 | 80.00 | 440.00 |
| TOTAL W. R. GRACE & Co.\INSURANCE COVERAGE/ NY Superfund Action | 18.4 | | 4,118.50 |

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## APRIL 2, 2001 THROUGH APRIL 30, 2001

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 4.3 | 1,698.50 |
| Michael E. Waller | 1991 | 265.00 | 9.8 | 2,597.00 |
| Scott A. Zuber | 1987 | 265.00 | 4.7 | 1,245.50 |
| **ASSOCIATES** | | | | |
| Alashia L. Chan | 1994 | 220.00 | .6 | 132.00 |
| Jonathan M. Borg | 1999 | 200.00 | .2 | 40.00 |
| **PARAPROFESSIONALS** | | | | |
| Julie L. von Schrader | N/A | 85.00 | .5 | 42.50 |
| Douglas S. Florence | N/A | 80.00 | 101.3 | 8,104.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period April 2, 2001 through April 30, 2001** | | | **121.4 Hours**<br><br>**TOTAL** | **13,859.50** |

8

**COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD**
**APRIL 2, 2001 THROUGH APRIL 30, 2001**

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 2.4 | 714.00 |
| Correspondence Drafted | 5.7 | 1,497.50 |
| Correspondence and Pleadings Reviewed | 1.4 | 423.00 |
| Legal Research | .5 | 42.50 |
| Court Appearances | 0 | 0 |
| Preparation of Pleadings | 2.3 | 609.50 |
| Internal Office Meetings | 5.6 | 1,757.00 |
| Out of Office Meetings | 0 | 0 |
| File Review | .6 | 132.00 |
| Travel Time | 0 | 0 |
| Deposition Preparation | 10.5 | 840.00 |
| Case File Management | 25.5 | 2,040.00 |
| Quality Control Review of Production Database | 55.9 | 4,472.00 |
| Other Services | 11.0 | 1,332.00 |
| **Grand Total Time Reports for the Fee Period April 2, 2001 through April 30, 2001** | **121.4 Hours** <br><br> **TOTAL** | **13,859.50** |