**EXHIBIT C**

**EXPENSES FOR THE FEE PERIOD**
**APRIL 2, 2001 THROUGH APRIL 30, 2001**

CLIENT: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc., *et al.*
 Engagement Costs

| | | |
|---|---:|---:|
| Computer Assisted Research | $ 15.00 | |
| Document Access Facility - April 2001 | $ 716.00 | |
| Duplicating | $ 1.68 | |
| Express Delivery | $ 10.00 | |
| Telephone | $ 6.36 | |
| Vendor: Paid Pacer Service Center for service | $ 14.49 | |
| ENGAGEMENT COSTS | | 763.53 |

CLIENT: 082913 W.R. GRACE & Co.\INSURANCE COVERAGE
Matter:    000009 NY Superfund Action
 Engagement Costs

| | | |
|---|---:|---:|
| Computer Assisted Research | $ 188.91 | |
| Document Access Facility - April 2001 | $ 5,140.88 | |
| Duplicating | $ 7.98 | |
| Express Delivery | $ 31.20 | |
| Facility Copying Expense | $ 25.62 | |
| Vendor: United States District Court for filing fee notice of appeal 2nd Circuit | $ 105.00 | |
| ENGAGEMENT COSTS | | 5,499.59 |

CLIENT: 082910 W.R. GRACE & CO.
Matter:    070965 Gahrs, Inc., *et al.*
 Engagement Costs

| | | |
|---|---:|---:|
| Computer-Assisted Research | $ 254.22 | |
| Duplicating | $ 473.30 | |
| Express Delivery | $ 113.12 | |
| Postage | $ 24.44 | |
| Telephone | $ 16.71 | |
| Travel and Miscellaneous Expense | $ 94.77 | |
| ENGAGEMENT  COSTS | | 976.56 |

**SUMMARY OF EXPENSES FOR THE FEE PERIOD**
**APRIL 2, 2001 THROUGH APRIL 30, 2001**

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | 458.13 |
| Document Access Facility | 5,856.88 |
| Duplicating | 482.96 |
| Express Delivery | 154.32 |
| Telephone | 23.07 |
| Vendor: Paid Pacer Service Center for service | 14.49 |
| Facility Copying Expense | 25.62 |
| Vendor: United States District Court for filing fee notice of appeal 2nd Circuit | 105.00 |
| Postage | 24.44 |
| Travel and Miscellaneous | 94.77 |
| **Total Expenses for the Fee Period April 2, 2001 through April 30, 2001** | **7,239.68** |