IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

*In re*

W. R. GRACE & CO., *et al.*,

      Debtors.

Chapter 11

Case No. 01-01139 (JJF)
(Jointly Administered)

**NOTICE OF MONTHLY FEE APPLICATION OF
PITNEY, HARDIN, KIPP & SZUCH LLP
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE FEE PERIOD MAY 1, 2001 THROUGH MAY 31, 2001**

| | |
|---|---|
| Name of Applicant: | Pitney, Hardin, Kipp & Szuch LLP |
| Authorized to Provide Professional Services to: | W. R. GRACE & CO., *et al.* |
| Date of Retention: | May 30, 2001 (*nunc pro tunc to* April 2, 2001) |
| Period for which compensation and reimbursement is sought: | May 1, 2001 – May 31, 2001 |
| Amount of Compensation sought as actual, reasonable and necessary: | $37,837.50 |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | $10,539.48 |

This is a[n]: X interim      _final application

The total time expended for fee application preparation is approximately 25 hours and the corresponding compensation requested is approximately $2,300.00.[1]

Dated: Florham Park, New Jersey
        July 30, 2001

PITNEY, HARDIN, KIPP & SZUCH LLP

By: _____
Anthony J. Marchetta, Esq.
Scott A. Zuber, Esq.
P.O. Box 1945
Morristown, NJ 07962-1945
(973) 966-6300
Special Counsel to Debtors

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

761504A01072701

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 8.5 | 3,357.50 |
| Michael E. Waller | 1991 | 265.00 | 46.1 | 12,216.50 |
| Scott A. Zuber | 1987 | 265.00 | 1.4 | 371.00 |
| **ASSOCIATES** | | | | |
| Kathy Dutton Helmer | 1981 | 250.00 | 5.6 | 1,400.00 |
| Brian E. Moffitt | 1992 | 230.00 | 46.6 | 10,718.00 |
| Helen A. Nau | 1994 | 225.00 | 6.6 | 1,485.00 |
| Alashia L. Chan | 1994 | 220.00 | .1 | 22.00 |
| **PARAPROFESSIONALS** | | | | |
| Elizabeth Anne Greenfield | N/A | 85.00 | .7 | 59.50 |
| Douglas S. Florence | N/A | 80.00 | 71.8 | 5,744.00 |
| S. Parker | N/A | 80.00 | 30.8 | 2,464.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period May 1, 2001 through May 31, 2001** | | | **218.2 Hours** <br><br> **TOTAL** | **37,837.50** |

## COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
## May 1, 2001 THROUGH MAY 31, 2001

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 5.2 | 1,400.00 |
| Correspondence Drafted | 3.0 | 822.50 |
| Correspondence and Pleadings Reviewed | 39.4 | 7,475.00 |
| Legal Research | 7.4 | 1,597.50 |
| Court Appearances | 0 | 0 |
| Preparation of Pleadings | 78.7 | 16,111.50 |
| Internal Office Meetings | 5.9 | 1,614.50 |
| Out of Office Meetings | 0 | 0 |
| File Review | 14.4 | 2,569.00 |
| Travel Time | 0 | 0 |
| Case File Management | 12.5 | 1,000.00 |
| Other Services | 51.7 | 5,247.50 |
| **Grand Total Time Reports for the Fee Period May 1, 2001 through May 31, 2001** | **218.2 Hours** <br> **TOTAL** | **37,837.50** |

**SUMMARY OF EXPENSES FOR THE FEE PERIOD**
**MAY 1, 2001 THROUGH MAY 31, 2001**

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | 841.72 |
| Document Access Facility – June 2001 | 5,856.88 |
| Duplicating | 1,008.82 |
| Express Delivery | 520.57 |
| Facility Copying Expense | 2,244.34 |
| Telephone | 54.30 |
| Travel and Miscellaneous Expense | 9.00 |
| Postage | 3.85 |
| **Grand Total Expenses for the Fee Period May 1, 2001 through May 31, 2001** | **10,539.48** |