**EXHIBIT B**

**TIME REPORTS FOR THE FEE PERIOD
MAY 1, 2001 THROUGH MAY 31, 2001
<u>BROKEN DOWN BY MATTERS</u>**

TOTAL HOURS FOR ALL MATTERS:       218.2

TOTAL DOLLARS FOR ALL MATTERS:     $37,837.50

TOTAL TIME BILLED FOR ALL MATTERS: **$37,837.50**

CLIENT:  082910 W. R. GRACE & CO.
Matter:    072757 Intercat, Inc., *et al.*

| | | |
|---|---|---|
| 05/01/01 | Case file management including updating the case file, pleading board and orders binder; Quality control review of the production database. | |
| | D. Florence | 9.00 hrs. |
| 05/02/01 | Quality control review of the production database. | |
| | D. Florence | 7.60 hrs. |
| 05/03/01 | Quality control review of the production database. | |
| | D. Florence | 6.10 hrs. |
| 05/07/01 | Review various fee information. | |
| | S. Zuber | 0.20 hrs. |
| 05/08/01 | Correspondence to D. Adams regarding Affidavit to be filed in Grace's bankruptcy case to allow Ellis, Painter Firm to be treated as ordinary course professional. | |
| | S. Zuber | 0.40 hrs. |
| 05/09/01 | Case file management including updating the case file. | |
| | D. Florence | 1.30 hrs. |
| 05/09/01 | Telephone call with client re issues on business competition/product comparisons by customers and E-Cat samples. | |
| | A. Marchetta | 0.60 hrs. |
| 05/09/01 | Discuss patent issues with A. Marchetta. | |
| | S. Zuber | 0.20 hrs. |
| 05/10/01 | Follow up re issues as regards actions of debtor re Grace patent/infringement. | |
| | A. Marchetta | 0.60 hrs. |
| 05/15/01 | Receipt and review of Motion of the CIT Group to enforce order relative to various equipment leases in Savannah case. | |
| | S. Zuber | 0.20 hrs. |
| 05/21/01 | Search for and forward requested documents to A. Chan. | |
| | D. Florence | 0.80 hrs. |
| 05/24/01 | Work on updating the case file, orders binder and pleading board. | |
| | D. Florence | 2.20 hrs. |
| 05/25/01 | Forward requested documents to A. Chan. | |
| | D. Florence | 0.30 hrs. |
| 05/25/01 | Receipt and review of correspondence from N. Alt regarding possible 363 sale, and prepare response to N. Alt. | |

|  |  |  |
|---|---|---|
| | S. Zuber | 0.20 hrs. |
| 05/28/01 | E mail re follow up with client concerning Rule 2004 discovery, plan issues, etc. | |
| | A. Marchetta | 0.40 hrs. |
| 05/29/01 | Work with A. Chan regarding defendant's interrogatory and document production requests. | |
| | D. Florence | 0.40 hrs. |
| 05/29/01 | Telephone call with client re status. | |
| | A. Marchetta | 0.30 hrs. |
| 05/30/01 | Update the correspondence file, pleading board and orders binder. | |
| | D. Florence | 0.40 hrs. |
| 05/30/01 | Follow up re request of debtor on 2004 discovery. | |
| | A. Marchetta | 0.50 hrs. |
| 05/30/01 | Review updated docket. | |
| | S. Zuber | 0.20 hrs. |
| 05/31/01 | Work with A. Marchetta re: Intercat's pursuit of 2004 exam of R. Mott. | |
| | A. Chan | 0.10 hrs. |
| 05/31/01 | Telephone calls re 2004 discovery issues. | |
| | A. Marchetta | 0.40 hrs. |

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.8 | 395.00 | 1,106.00 |
| S. Zuber | 1.4 | 265.00 | 371.00 |
| A. Chan | 0.1 | 220.00 | 22.00 |
| D. Florence | 28.1 | 80.00 | 2,248.00 |
| TOTAL W. R. GRACE & CO./Intercat, Inc., *et al.* | 32.4 | | 3,747.00 |

CLIENT: 082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:    000009 NY Superfund Action

| | | |
|---|---|---|
| 05/01/01 | Telephone calls and follow up with J. Posner re information for client. <br> A. Marchetta | 0.30 hrs. |
| 05/01/01 | Reviewing Forms C and D questionnaires from 2d Circuit; Reviewing previous research memos regarding issues on appeal and earlier briefing to draft responses to Forms C and D; Formulating issues on appeal; Draft memorandum to A. Marchetta regarding appeal issues; <br> M. Waller | 4.80 hrs. |
| 05/02/01 | Gather and forward requested documents to M. Waller. <br> D. Florence | 0.80 hrs. |
| 05/02/01 | Review draft statement of issues on appeal and meet with M. Waller regarding same. <br> K. Helmer | 0.50 hrs. |
| 05/02/01 | Worked with M. Waller, conducted database searches and reviewed file documents re: briefing, orders and related documents needed to prepare appeal brief <br> S. Parker | 1.20 hrs. |
| 05/02/01 | Confer with A. Marchetta regarding issues to be raised on appeal and completing appeal information statements (Forms C and D); Preparing Second Circuit Forms C and D for appeal; Preparing list of issues and summary of case; Researching standard to raise constitutional issues and review previous briefs and records for argument re: same; Confer with K. Helmer regarding appellate practice and issues to be raised in Grace's appeal; Drafting memorandum to A. Marchetta summarizing research re: raising constitutional issues on appeal; Working with D. Florence and S. Parker regarding attachments to Forms C and D; Drafting memo to A. Marchetta re: possible constitutional issues to raise on appeal; <br> M. Waller | 6.50 hrs. |
| 05/03/01 | Assist M. Waller with working on the Notice of Appeal. <br> D. Florence | 0.60 hrs. |
| 05/03/01 | Review Memo from M. Waller regarding appellate schedule and strategy. <br> K. Helmer | 0.30 hrs. |
| 05/03/01 | Conference with M.Waller re appeal submissions; work on same; review memo re appeal items and reply to M. Waller. <br> A. Marchetta | 1.00 hrs. |
| 05/03/01 | Work with M. Waller re: preparation of submissions to Second Circuit. <br> B. Moffitt | 0.70 hrs. |

| | | |
|---|---|---|
| 05/03/01 | Research re: proper scope of record on appeal in the Second Circuit.<br>B. Moffitt | 1.80 hrs. |
| 05/03/01 | Confer with C. Yuen regarding arguments raised in previous briefing and argument; Confer with A. Marchetta regarding any constitutional issues involved in appeal; Finalizing summary of case, issues, description of similar/related cases and Second Circuit Forms C and D; Work with A. Marchetta re: finalizing same; Draft filing letter to Clerk of U.S. Court of Appeals, Second Circuit; Work with B. Moffitt regarding affidavit of service; Reviewing FRAP and local FRAP and draft letter regarding requirements and procedures; Follow up re: confirmation of Court of Appeals filing with courier.<br>M. Waller | 4.00 hrs. |
| 05/04/01 | Search for briefing regarding various motions for the appellate submission.<br>D. Florence | 1.30 hrs. |
| 05/04/01 | Meeting with M. Waller regarding strategy and staffing for appellate briefing.<br>K. Helmer | 0.50 hrs. |
| 05/04/01 | Work with M. Waller re appeal issues.<br>A. Marchetta | 0.30 hrs. |
| 05/04/01 | Telephone call with Second Circuit re: attorney admission; review Second Circuit internet site re: same; review procedures re: application; confer with M. Waller and prepare memo re: same; continued research re: appropriate scope of record on appeal in the Second Circuit.<br>B. Moffitt | 3.50 hrs. |
| 05/04/01 | Worked with M. Waller and B. Moffitt re: case status and strategy; Worked with M. Waller and D. Florence re: documents needed to prepare appeal brief.<br>S. Parker | 2.30 hrs. |
| 05/04/01 | Meeting with A. Marchetta regarding preparing record and briefs and other procedural issues in connection with appeal; Conferences with B. Moffitt and S. Parker regarding preparing record on appeal; Discuss with K. Helmer issues on appeal and preparing arguments and brief; Discussing appeal procedures with J. Borg and B. Moffitt; Working with S. Parker and D. Florence re: assembly of previous briefing and orders;<br>M. Waller | 3.30 hrs. |
| 05/07/01 | Research re docket in Maryland Cas. v. W.R. Grace, S.D.N.Y.<br>E. Greenfield | 0.70 hrs. |
| 05/07/01 | Confer with M. Waller regarding strategy and staffing for appellate briefing.<br>K. Helmer | 0.30 hrs. |
| 05/07/01 | Telephone calls and follow up with staff re case issues.<br>A. Marchetta | 0.50 hrs. |
| 05/07/01 | Worked with D. Florence, conducted database searches and reviewed file |

|   |   |
|---|---|
| | documents re: compilation of documents needed to prepare appellate brief.<br>S. Parker                                                                                                    2.00 hrs. |
| 05/07/01 | Considering preparation of record on appeal, issues, assignments, and preparation of brief; Draft memo to K. Helmer and B. Moffitt regarding analysis of issues and preparing briefs; Respond to memo from K. Helmer regarding same;<br>M. Waller                                                                                                  0.40 hrs. |
| 05/08/01 | Work on gathering documents to be used in appellate submissions<br>D. Florence                                                                                                 3.00 hrs. |
| 05/08/01 | Review appellate procedures; confer with M. Waller regarding prior briefing and preparation of record.<br>K. Helmer                                                                                                    0.80 hrs. |
| 05/08/01 | Meetings with clerks at Southern District of New York and Second Circuit Court of Appeals; confer with M. Waller re: same; confer with court staff re: preparing record of appeal and re: obtaining docket entries; confer with J. Borg re: same.<br>B. Moffitt                                                                                                   5.50 hrs. |
| 05/08/01 | Worked with D. Florence, conducted database searches and reviewed file documents re: compilation of documents needed to prepare appellate brief.<br>S. Parker                                                                                                    3.00 hrs. |
| 05/08/01 | Conferring with B. Moffitt regarding assembling record on appeal; Discussing preparation of relevant briefs and affidavits for appeal briefs with S. Parker; Meeting with J. Borg and M. Moffitt regarding preparing record on appeal and Second Circuit filing procedures; Working with B. Moffitt to obtain official docket from district court; Meetings with Second Circuit and district court clerks regarding preparing record on appeal, filing transcripts, pre-argument conference, and briefing schedule; Draft memorandum regarding same to A. Marchetta and status of preparing appeal; Reviewing official docket re: key briefs, affidavits, and transcripts.<br>M. Waller                                                                                                  5.50 hrs. |
| 05/09/01 | Review of Civil Docket list to confirm the accuracy of the list for certification.<br>D. Florence                                                                                                 4.10 hrs. |
| 05/09/01 | Work on appeal issues with M. Waller, B. Moffitt; review information forwarded by Second Circuit re same.<br>A. Marchetta                                                                                              0.70 hrs. |
| 05/09/01 | Work with M. Waller and S. Parker re: assembling record on appeal; meeting with A. Marchetta re: same; continued research re: appropriate scope of record on appeal; review case file index re: same.<br>B. Moffitt                                                                                                   1.80 hrs. |
| 05/09/01 | Worked with AJ Marchetta, M. Waller and B. Moffitt re: case status and strategy; Worked with D. Florence, reviewed, organized and indexed documents re: |

| | | |
|---|---|---|
| | compilation of documents needed to prepare appellate brief.<br>S. Parker | 4.30 hrs. |
| 05/09/01 | Work on certifying records with S. Parker and B. Moffitt; Confer with B. Moffitt re: call to Second Circuit case manager re: deadline to complete certification of record on appeal; Meeting with A. Marchetta regarding status of appeal, pre-argument conference, and briefing;<br>M. Waller | 0.90 hrs. |
| 05/10/01 | Review of Civil Docket list to confirm the accuracy of the list for certification.<br>D. Florence | 3.60 hrs. |
| 05/10/01 | Telephone calls with 2nd Circuit personnel re: same; review guidelines re: proceedings at pre-argument conference; preparation of memorandum re: same; confer with S. Parker re: preparation of index of record on appeal.<br>B. Moffitt | 2.20 hrs. |
| 05/10/01 | Worked with M. Waller and B. Moffitt re: case status and strategy; Reviewed, organized and indexed documents re: compilation of documents needed to prepare appellate brief.<br>S. Parker | 4.10 hrs. |
| 05/10/01 | Work with A. Marchetta regarding appeal issues, procedures, pre-argument conference, etc.; Working with S. Parker regarding compiling record on appeal and briefs.<br>M. Waller | 1.00 hrs. |
| 05/11/01 | Review of Civil Docket list to confirm the accuracy of the list for certification.<br>D. Florence | 3.20 hrs. |
| 05/11/01 | Preparation of proposed correspondence to 2nd Circuit re: adjournment of pre-argument conference; confer with M. Waller re: same; confer with A. Marchetta re: same.<br>B. Moffitt | 0.50 hrs. |
| 05/11/01 | Review of prior briefing on choice of law issues.<br>B. Moffitt | 6.10 hrs. |
| 05/11/01 | Reviewed, organized and indexed documents re: compilation of documents needed to prepare appellate brief.<br>S. Parker | 2.80 hrs. |
| 05/14/01 | Meet with M. Waller regarding appeal issues; review prior briefs on motion to enforce settlement agreement.<br>K. Helmer | 1.20 hrs. |
| 05/14/01 | Work with S. Parker re: record on appeal and upcoming review at District Court; confer with M. Waller re: potential of cross-appeal; review case file index re: potential need to supplement record depending on content of District Court file; confer with M. Waller re: adjournment of pre-argument conference and calls to | |

| | | |
|---|---|---|
| | adversary and 2nd Circuit re: same.<br>B. Moffitt | 2.50 hrs. |
| 05/14/01 | Reviewed, organized and indexed documents re: compilation of documents needed to prepare appellate brief.<br>S. Parker | 2.30 hrs. |
| 05/14/01 | Conferring with B. Moffitt regarding rescheduling pre-argument conference; Telephone call to E. DeCristofaro regarding same; Draft memo to A. Marchetta regarding rescheduling conference; Follow up with B. Moffitt re: call to Second Circuit re: adjourning pre-argument conference; Reviewing rules re: cross-motions; Confer with S. Parker regarding briefs provided to appeal team; Reviewing briefs regarding Section 46 interpretation by Judge Martin; Meeting with K. Helmer regarding schedule, briefing, and issues on appeal (re: 1990 settlement agreement and "self-insurance" decision); Follow up re: preparing record on appeal and documents missing from record and files.<br>M. Waller | 4.30 hrs. |
| 05/15/01 | Work with B. Moffitt re: review of the court's docket sheet for missing pleadings; Work on updating lists of missing pleadings and pleadings not on the docket sheet; Update M. Waller on this project; Organize and assemble a binder of all complaints/answers for M. Waller.<br>D. Florence | 3.00 hrs. |
| 05/15/01 | Follow up with M. Waller and S. Parker re appeal schedule; forward same from court.<br>A. Marchetta | 0.40 hrs. |
| 05/15/01 | Work with D. FLorence re: review of file re: preparation of record on appeal; confer with M. Waller re: same; confer with S. Parker re: same and and re: upcoming trip to District Court to prepare index of record on appeal<br>B. Moffitt | 2.10 hrs. |
| 05/15/01 | Worked with B. Moffitt re: Record on Appeal.<br>S. Parker | 0.30 hrs. |
| 05/15/01 | Follow up with A. Marchetta regarding 8/14 conference with CNA counsel regarding pre-argument conference and briefing schedule; Review memorandum from B. Moffitt regarding preparation of case file for certification by district court and respond to same;<br>M. Waller | 0.50 hrs. |
| 05/16/01 | Work on updating and revising indexes of missing pleadings and documents missing from the docket; Work on Updating binder of Complaints/Answers.<br>D. Florence | 3.70 hrs. |
| 05/16/01 | Work with M. Waller and e-mails re appeal schedule.<br>A. Marchetta | 0.40 hrs. |

| | | |
|---|---|---|
| 05/16/01 | Work with M. Waller re: rescheduling of pre-argument conference; confer with D. Florence and M. Waller re: record on appeal; work with M. Waller re: letter request re: pre-argument conference; various telephone calls with 2nd Circuit and District Court personnel re: same; review case file in preparation for review of court file re: preparation of index of record on appeal; confer with S. Parker re: same; review acknowledgment letter requirements and preparation of same; confer with M. Waller re: same.<br>B. Moffitt | 5.30 hrs. |
| 05/16/01 | Telephone call from E. DeCristofaro regarding pre-argument conference; Drafting additions and revisions to letter to Second Circuit Staff Counsel regarding same; Finalize with B. Moffitt; Review chart re: comparison of case file to official case docket; Confer with B. Moffitt and D. Florence regarding same and review of official file to certify same for appeal; Reviewing revised list of documents missing from official docket; Working with B. Moffitt regarding Second Circuit acknowledgment and filing letter; Confer with A. Marchetta regarding scheduling; Reviewing briefs and affidavits re: Section 46 argument;<br>M. Waller | 2.80 hrs. |
| 05/17/01 | Work on revising binder of all complaints and answers filed in the action.<br>D. Florence | 2.00 hrs. |
| 05/17/01 | Review prior briefing on insurance issues being appealed.<br>K. Helmer | 2.00 hrs. |
| 05/17/01 | Follow up with M.Waller re schedule on appeal; review and forward forms re same.<br>A. Marchetta | 0.60 hrs. |
| 05/17/01 | Preparation of index of docket entries at Southern District of New York; review case file re: same; confer with Appeals Coordinator and Docket Clerk re: same; telephone call with M. Waller re: same.<br>B. Moffitt | 9.20 hrs. |
| 05/17/01 | Worked with B. Moffitt at Southern District Court Clerk's office re: review of docket and corresponding documents for Record of Appeal.<br>S. Parker | 8.10 hrs. |
| 05/17/01 | Draft memorandum to Doug Florence regarding preparing record on appeal; Conference with A. Marchetta regarding pre-argument conference, briefing schedule, issues, and assignments; Telephone conference with B. Moffitt regarding reviewing court record in preparation to certify same as complete; Finalize letter to 2nd Circuit Staff Counsel re: adjournment of pre-argument conference; Confirm date with E. DeCristofaro.<br>M. Waller | 1.10 hrs. |
| 05/18/01 | Revise listing of documents missing from the docket; Continue work on reviewing the pleadings and comparing to the master docket sheet.<br>D. Florence | 3.10 hrs. |

| | | |
|---|---|---|
| 05/18/01 | Work on submission of forms re appeal.<br>A. Marchetta | 0.30 hrs. |
| 05/18/01 | Confer with S. Parker and M. Waller re: follow up re: record on appeal.<br>B. Moffitt | 0.50 hrs. |
| 05/18/01 | Worked with M. Waller and B. Moffitt re: case status.<br>S. Parker | 0.40 hrs. |
| 05/18/01 | Work with B. Moffitt and S. Parker regarding review of record and work necessary to prepare same for certification for appeal; Discussing information needed for June 14 pre-argument conference with B. Moffit.<br>M. Waller | 0.70 hrs. |
| 05/21/01 | Work on detailed comparison of pleadings file with court's docket sheet.<br>D. Florence | 1.90 hrs. |
| 05/21/01 | Work with M. Waller re: background appeal issues and research issue.<br>H. Nau | 0.60 hrs. |
| 05/21/01 | Meeting with H. Nau regarding appeal issues and argument re: Section 46.<br>M. Waller | 0.50 hrs. |
| 05/22/01 | Work on detailed comparison of pleadings file with court's docket sheet.<br>D. Florence | 0.90 hrs. |
| 05/24/01 | Work on detailed comparison of pleadings file with court's docket sheet.<br>D. Florence | 1.40 hrs. |
| 05/24/01 | Continuing to review prior briefs and submissions re: preparation of issues on appeal and brief;<br>M. Waller | 3.50 hrs. |
| 05/25/01 | Work on detailed comparison of pleadings file with court's docket sheet.<br>D. Florence | 1.70 hrs. |
| 05/25/01 | Continuing to review briefs and submissions re: appeal issues; Draft memo to K. Helmer, B. Moffitt and H. Nau regarding issues, briefing schedule, and record on appeal.<br>M. Waller | 2.70 hrs. |
| 05/26/01 | Work on detailed comparison of pleadings file with court's docket sheet.<br>D. Florence | 3.20 hrs. |
| 05/28/01 | Follow up re brief items in preparation for appellate conference.<br>A. Marchetta | 0.40 hrs. |
| 05/29/01 | Work on detailed comparison of pleadings file with court's docket sheet.<br>D. Florence | 2.70 hrs. |

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 05/29/01 | Telephone calls re court conference and rescheduling same. | A. Marchetta | 0.50 hrs. |
| 05/29/01 | Review voicemail message from 2nd Circuit re: re-scheduled pre-argument conference; preparation of e-mail to team re: same; review e-mail from A. Marchetta re: same. | B. Moffitt | 0.20 hrs. |
| 05/29/01 | Receive telephone call from 2nd Circuit staff attorney regarding adjournment of date for pre-argument conference; Conferring with A. Marchetta and B. Moffitt regarding same; | M. Waller | 0.40 hrs. |
| 05/30/01 | Work on detailed comparison of pleadings file with court's docket sheet. | D. Florence | 1.30 hrs. |
| 05/30/01 | Conference with M. Waller and B. Moffitt re preparation for court conference. | A. Marchetta | 0.30 hrs. |
| 05/30/01 | Confer with M. Waller re: record on appeal and pre-argument conference; confer with A. Marchetta re: same; telephone call to Second Circuit re: same. | B. Moffitt | 0.40 hrs. |
| 05/30/01 | Reviewed various briefs, memos re: issue for appeal; | H. Nau | 1.80 hrs. |
| 05/30/01 | Confer and follow up with B. Moffitt regarding rescheduled pre-argument conference date and confirming same with 2nd Cir. staff counsel; Discuss same and preparation for same with A. Marchetta; Draft memo to K. Helmer, N. Nau, and B. Moffitt regarding preparation for conference and 6/1 conference regarding same; Reviewing prior briefing re: section 46 issues. | M. Waller | 1.60 hrs. |
| 05/31/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index. | D. Florence | 2.20 hrs. |
| 05/31/01 | Review case law cited below re: choice of law issues. | B. Moffitt | 4.30 hrs. |
| 05/31/01 | Work with M. Waller re: materials for review on section 46 issue; reviewed pleadings, caselaw, section 46 and legislative history. | H. Nau | 4.20 hrs. |
| 05/31/01 | Reviewing prior briefs and submissions by Grace and all other parties re: interpretation of section 46 for appeal; Meeting with H. Nau regarding appealing the district court's rulings re: section 46; Discussing section 46 legislative history with C. Yuen and research re: same; | M. Waller | 1.60 hrs. |

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 5.7 | 395.00 | 2,251.50 |
| M. Waller | 46.1 | 265.00 | 12,216.50 |
| K. Helmer | 5.6 | 250.00 | 1,400.00 |
| B. Moffitt | 46.6 | 230.00 | 10,718.00 |
| H. Nau | 6.6 | 225.00 | 1,485.00 |
| D. Florence | 43.7 | 80.00 | 3,496.00 |
| S. Parker | 30.8 | 80.00 | 2,464.00 |
| E. Greenfield | 0.7 | 85.00 | 59.50 |
| TOTAL W. R. GRACE & CO.\INSURANCE COVERAGE/NY Superfund Action | 185.8 | | 34,090.50 |

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## MAY 1, 2001 THROUGH MAY 31, 2001

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 8.5 | 3,357.50 |
| Michael E. Waller | 1991 | 265.00 | 46.1 | 12,216.50 |
| Scott A. Zuber | 1987 | 265.00 | 1.4 | 371.000 |
| **ASSOCIATES** | | | | |
| Kathy Dutton Helmer | 1981 | 250.00 | 5.6 | 1,400.00 |
| Brian E. Moffitt | 1992 | 230.00 | 46.6 | 10,718.00 |
| Helen A. Nau | 1994 | 225.00 | 6.6 | 1,485.00 |
| Alashia L. Chan | 1994 | 220.00 | .1 | 22.000 |
| **PARAPROFESSIONALS** | | | | |
| Elizabeth Anne Greenfield | N/A | 85.00 | .7 | 59.50 |
| Douglas S. Florence | N/A | 80.00 | 71.8 | 5,744.00 |
| S. Parker | N/A | 80.00 | 30.8 | 2,464.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period May 1, 2001 through May 31, 2001** | | | **218.2 Hours**  **TOTAL** | **37,837.50** |

13

## COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
## May 1, 2001 THROUGH MAY 31, 2001

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 5.2 | 1,400.00 |
| Correspondence Drafted | 3.0 | 822.50 |
| Correspondence and Pleadings Reviewed | 39.4 | 7,475.00 |
| Legal Research | 7.4 | 1,597.50 |
| Court Appearances | 0 | 0 |
| Preparation of Pleadings | 78.7 | 16,111.50 |
| Internal Office Meetings | 5.9 | 1,614.50 |
| Out of Office Meetings | 0 | 0 |
| File Review | 14.4 | 2,569.00 |
| Travel Time | 0 | 0 |
| Case File Management | 12.5 | 1,000.00 |
| Other Services | 51.7 | 5,247.50 |
| **Grand Total Time Reports for the Fee Period May 1, 2001 through May 31, 2001** | **218.2 Hours** <br><br> TOTAL | <br><br> 37,837.50 |