**EXHIBIT C**

**EXPENSES FOR THE FEE PERIOD**
**MAY 1, 2001 THROUGH MAY 31, 2001**

CLIENT:  082910 W. R. GRACE & CO.
Matter:    072757 Intercat, Inc., *et al.*
Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $ | 5.00 |
| Document Access Facility - June 2001 | $ | 716.00 |
| | | |
| ENGAGEMENT COSTS | | 721.00 |

CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:    000009 NY Superfund Action
Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $ | 231.16 |
| Document Access Facility - June 2001 | $ | 5,140.88 |
| Duplicating | $ | 64.26 |
| Express Delivery | $ | 184.92 |
| Facility Copying Expense | $ | 2,244.34 |
| Telephone | $ | 0.68 |
| Travel and Miscellaneous Expense | $ | 9.00 |
| | | |
| ENGAGEMENT COSTS | | 7,875.24 |

CLIENT:  082910 W.R. GRACE & CO.
Matter:    070965 Gahrs, Inc., *et al.*
Engagement Costs:

| | |
|---|---|
| Computer-Assisted Research | 605.56 |
| Duplicating | 944.56 |
| Express Delivery | 335.65 |
| Postage | 3.85 |
| Telephone | 53.62 |
| | |
| ENGAGEMENT COSTS | 1,943.24 |

**SUMMARY OF EXPENSES FOR THE FEE PERIOD**
**MAY 1, 2001 THROUGH MAY 31, 2001**

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | 841.72 |
| Document Access Facility – June 2001 | 5,856.88 |
| Duplicating | 1,008.82 |
| Express Delivery | 520.57 |
| Facility Copying Expense | 2,244.34 |
| Telephone | 54.30 |
| Travel and Miscellaneous Expense | 9.00 |
| Postage | 3.85 |
| **Grand Total Expenses for the Fee Period May 1, 2001 through May 31, 2001** | **10,539.48** |