**EXHIBIT B**

**TIME REPORTS FOR THE FEE PERIOD
JUNE 1, 2001 THROUGH JUNE 30, 2001
BROKEN DOWN BY MATTERS**

TOTAL HOURS FOR ALL MATTERS:          138.4

TOTAL DOLLARS FOR ALL MATTERS:        $29,079.00

TOTAL TIME BILLED FOR ALL MATTERS:    $29,079.00

CLIENT:  082910 W. R. GRACE & CO.
Matter:     072757 Intercat, Inc., *et al.*

| | | |
|---|---|---|
| 06/01/01 | Conferences with S. Zuber re: plan proposal, payment of interest on unsecured claims if paid over time per plan.<br>W. Green | 0.20 hrs. |
| 06/01/01 | Telephone calls re plan proposal.<br>A. Marchetta | 0.40 hrs. |
| 06/01/01 | Discussion with A. Marchetta regarding Debtor's latest plan proposal; review cramdown provisions of Bankruptcy Code and relevant caselaw in light of Debtor's plan proposal; prepare memo regarding plan issues; receipt and review of motions in Intercat, Inc. and Intercat-Savannah, Inc. cases regarding assumption by Debtors of Technology Agreement and Supply Agreement with Akzo Nobel and granting related relief; and forward copies of papers to N. Alt;<br>S. Zuber | 2.90 hrs. |
| 06/04/01 | E-mails and follow up re plan issues.<br>A. Marchetta | 0.30 hrs. |
| 06/05/01 | Work with A. Marchetta, S. Zuber and conference with N. Alt re: settlement discussions in adversary action, discovery sought from Grace (R. Mott); attention to file re: same.<br>A. Chan | 0.70 hrs. |
| 06/05/01 | Review offers with S. Zuber and strategy.<br>P. Forgosh | 0.40 hrs. |
| 06/05/01 | Follow up re issues; conference call with client re settlement.<br>A. Marchetta | 0.60 hrs. |
| 06/05/01 | Review notices from court regarding motions to assume executory contracts with Akzo Nobel, and forward notice to N. Alt; review and analysis of plan issues; prepare for, and participate in, conference call with A. Marchetta and N. Alt regarding plan vs. sale issues; several telephone conversations with I. Greene regarding plan issues;<br>S. Zuber | 2.30 hrs. |
| 06/06/01 | Update pleading boards, orders binder and correspondence file.<br>D. Florence | 2.10 hrs. |
| 06/06/01 | Review plan information for client.<br>A. Marchetta | 0.60 hrs. |
| 06/06/01 | Prepare correspondence to N. Alt regarding Debtor's and Trustee's proposed plans and Grace's rights under each; telephone conversation with I. Greene regarding Debtors' plan proposal and Trustee's sale proposal; | |

|  |  |  |
|---|---|---|
|  | S. Zuber | 1.90 hrs. |

| 06/07/01 | Work on updating the case file.<br>D. Florence | 0.80 hrs. |
|---|---|---|
| 06/07/01 | Work on issues with S. Zuber and conference call with client re same.<br>A. Marchetta | 0.70 hrs. |
| 06/07/01 | Meeting with A. Marchetta and A. Chan, followed by conference call with A. Marchetta, A. Chan and N. Alt to go over Chapter 11 plan vs. sale issues; and revise and send correspondence to N. Alt regarding same.<br>S. Zuber | 0.80 hrs. |
| 06/07/01 | Attention to Mott examination and plan issues; discuss plan issues with A. Marchetta; telephone conversation with I. Greene regarding Grace's position as to Debtors' plan proposal and Mott examination; and prepare memo regarding plan issues and Mott examination.<br>S. Zuber | 0.80 hrs. |
| 06/12/01 | Telephone conversation with D. Adams regarding status, including potential competing plans.<br>S. Zuber | 0.30 hrs. |
| 06/12/01 | Receipt and review of Trustee's and Debtor's joint application to retain special patent litigation counsel, and prepare correspondence to N. Alt regarding this application.<br>S. Zuber | 0.40 hrs. |
| 06/13/01 | Conference with S. Zuber re open Chapter 11 issues; follow up with S. Zuber re appointment of Special Counsel on Mott 2004 examination; conference with S. Zuber re Akzo Nobel agreement..<br>A. Marchetta | 0.60 hrs. |
| 06/13/01 | Discuss Trustee's and Debtor's application to retain special patent counsel with A. Marchetta; and discuss joint motion to assume Akzo technology agreements with A. Marchetta.<br>S. Zuber | 0.30 hrs. |
| 06/14/01 | Conference with S. Zuber re issues and follow up re same.<br>A. Marchetta | 0.50 hrs. |
| 06/14/01 | Telephone conversation with N. Alt regarding motions to assume technology agreements, to retain special patent litigation counsel and status of Chapter 11 case.<br>S. Zuber | 0.20 hrs. |
| 06/14/01 | Telephone conversation with I. Greene regarding application to retain special patent litigation counsel.<br>S. Zuber | 0.30 hrs. |

| | | |
|---|---|---|
| 06/14/01 | Correspondence to N. Alt regarding special patent litigation counsel application.<br>S. Zuber | 0.20 hrs. |
| 06/15/01 | Follow up re Rule 2004 discovery and special retention order.<br>A. Marchetta | 0.30 hrs. |
| 06/18/01 | Several telephone conversations with D. Adams regarding calendar matters for 6/20/01, including Grace's position regarding Intercat's application to retain McAndrews Firm as special patent litigation counsel.<br>S. Zuber | 0.20 hrs. |
| 06/19/01 | Follow up re court hearing on motion re Special Counsel.<br>A. Marchetta | 0.30 hrs. |
| 06/19/01 | Receipt and review of letter from I. Greene regarding special patent litigation counsel; and forward copy of same to N. Alt and D. Adams.<br>S. Zuber | 0.20 hrs. |
| 06/20/01 | Telephone conversation with D. Adams regarding results of hearings and status of Chapter 11 case.<br>S. Zuber | 0.20 hrs. |
| 06/20/01 | Prepare correspondence to N. Alt regarding results of today's hearings and status of Chapter 11 case.<br>S. Zuber | 0.30 hrs. |
| 06/23/01 | Review information re order from court re 2004 discovery<br>A. Marchetta | 0.20 hrs. |

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| P. Forgosh | 0.4 | 345.00 | 138.00 |
| A. Marchetta | 4.5 | 395.00 | 1,777.50 |
| S. Zuber | 11.3 | 265.00 | 2,994.50 |
| A. Chan | 0.7 | 220.00 | 154.00 |
| W. Green | 0.2 | 220.00 | 44.00 |
| D. Florence | 2.9 | 80.00 | 232.00 |
| | | | |
| TOTAL W. R. GRACE & CO./Intercat, Inc., *et al.* | 20.0 | | 5,340.00 |

4

CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:    000009 NY Superfund Action

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 06/01/01 | Meeting with M. Waller regarding preparation for initial case management conference on appeal. | K. Helmer | 0.50 hrs. |
| 06/01/01 | Meeting with team re: pre-argument conference outline; preparation for same. | B. Moffitt | 0.90 hrs. |
| 06/01/01 | Prepared for meeting with M. Waller; interoffice conference with M. Waller, K. Helmer, B. Moffit re: outlining of issues, scheduling; reviewed Hatco opinion; briefs. | H. Nau | 5.20 hrs. |
| 06/01/01 | Meeting with K. Helmer, B. Moffitt, and H. Nau regarding preparation for 6/13 pre-argument conference with A. Marchetta; Review letter from 2d Cir. regarding rescheduled conference date; Review briefs re: Section 46 and choice of law arguments. | M. Waller | 2.00 hrs. |
| 06/02/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index. | D. Florence | 3.00 hrs. |
| 06/04/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index. | D. Florence | 4.70 hrs. |
| 06/04/01 | Reviewed chronology of M. Waller for background; conferred with M. Waller re: issue on appeal; began outline of sub-issues on point III of brief. | H. Nau | 3.60 hrs. |
| 06/05/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index. | D. Florence | 2.50 hrs. |
| 06/05/01 | Conference with M. Waller and review re issues for court conference. | A. Marchetta | 0.50 hrs. |
| 06/05/01 | Reviewed briefs and outlined sub-issues for point III of brief; conferred with M. Waller re: outline. | H. Nau | 2.90 hrs. |
| 06/05/01 | Confer with A. Marchetta regarding meeting with 2d Cir. staff counsel on June 13 and outline of issues; Confer with H. Nau regarding issues on appeal - Section 46 argument. | M. Waller | 0.60 hrs. |

| | | |
|---|---|---|
| 06/06/01 | Review notes from docket review and preparation of memorandum identifying various documents missing from court file as well as documents not listed on court's docket.<br>B. Moffitt | 2.80 hrs. |
| 06/06/01 | Reviewed opposition briefs on issue of section 46.<br>H. Nau | 1.20 hrs. |
| 06/07/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index; Create a table of all sealed documents and their probable identity.<br>D. Florence | 2.00 hrs. |
| 06/07/01 | Preparation of Pre-Argument Conference outline and review of case law and prior briefs re: choice of law re: same; review case law re: various standards of review; confer with M. Waller re: same.<br>B. Moffitt | 5.90 hrs. |
| 06/07/01 | Reviewed and revised initial draft of outline of point III; conferred with M. Waller re: same; conferred with B. Moffit re: research n standard of review, 2nd circuit.<br>H. Nau | 1.20 hrs. |
| 06/07/01 | Conferring with H. Nau regarding Section 46 issues for appeal; Review outline re: issues and draft additions and revisions to same in preparation for 6/13 meeting with 2d Cir. staff counsel; Conferring with B. Moffitt regarding appeal of choice of law issues, preparation of issues for meeting with staff counsel, and research re: standards of review.<br>M. Waller | 1.10 hrs. |
| 06/08/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index.<br>D. Florence | 1.80 hrs. |
| 06/08/01 | Review prior briefs and prepare outline regarding issues on appeal relating to "self-insurance" and 1990 settlement agreement; confer with M. Waller re same.<br>K. Helmer | 5.50 hrs. |
| 06/08/01 | Continued preparation of Pre-Argument Conference outline and review of case law and prior briefs re: choice of law re: same; review case law re: various standards of review; confer with M. Waller and H. Nau re: same.<br>B. Moffitt | 3.60 hrs. |
| 06/08/01 | Interoffice conference with M. Waller and B. Moffit re: standard of review, briefing schedule; reviewed outline of briefing schedule from M. Waller.<br>H. Nau | 0.70 hrs. |
| 06/08/01 | Organization of briefing and related documents in preparation for upcoming pre-argument conference.<br>S. Parker | 1.60 hrs. |

6

| | | |
|---|---|---|
| 06/08/01 | Confer with K. Helmer regarding summary of argument re: "self insurance" and 1990 Settlement Agreement for appeal; Considering briefing schedule and draft memo regarding same; Draft memo re: same; Meeting with B. Moffitt and H. Nau regarding outline of appeal issues and finalizing and having the record certified.<br>M. Waller | 1.60 hrs. |
| 06/09/01 | E-mails re court conference.<br>A. Marchetta | 0.20 hrs. |
| 06/11/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index; Meet with B. Moffitt concerning documents needed from court.<br>D. Florence | 1.50 hrs. |
| 06/11/01 | Finalize outline of issues on appeal relating to self-insurance and 1990 settlement agreement; meet with M. Waller regarding same.<br>K. Helmer | 1.00 hrs. |
| 06/11/01 | Preparation of memo and exhibits detailing findings during review of Court file re: preparation of index of record on appeal, and outlining additional steps needed to finalize same; preparation of abbreviated version of same for use during Pre-Argument Conference; confer with M. Waller re: same and re: identifying documents that need to be added by way of stipulation as well as documents that must be obtained from the Courts' file; telephone call with CNA counsel re: proposed briefing schedule.<br>B. Moffitt | 4.20 hrs. |
| 06/11/01 | Continued preparation of memo setting forth case law re: various standards of review in preparation for pre-argument conference.<br>B. Moffitt | 2.70 hrs. |
| 06/11/01 | Conferred with M. Waller re: revisions to outline of point III (section 46 argument); revised outline.<br>H. Nau | 1.70 hrs. |
| 06/11/01 | Confer with B. Moffitt regarding standard of review research, appeal issues, and briefing schedule. Working with H. Nau re: same; Confer with K. Helmer regarding 1990 settlement agreement and self insurance issues; Reviewing briefs, etc. regarding all issues; Update A. Marchetta regarding preparations for 6/13 conference; Draft memo to S. Parker regarding transcripts required of oral argument re: April 1994 decisions.<br>M. Waller | 3.40 hrs. |
| 06/12/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index.<br>D. Florence | 2.50 hrs. |
| 06/12/01 | Prepare for and meet with A. Marchetta and M. Waller in preparation for initial scheduling and settlement conference on appeal | |

|  |  |  |
|---|---|---|
|  | K. Helmer | 0.80 hrs. |
| 06/12/01 | Work with M. Waller and K. Helmer re Second Circuit appearance; review outline for Second Circuit conference and follow up with M. Waller re same. A. Marchetta | 1.40 hrs. |
| 06/12/01 | Continues preparation of Pre-Argument Conference outline and review of case law and prior briefs re: choice of law re: same; review docket sheet re: need to include certain transcripts; confer with M. Waller re: same. B. Moffitt | 4.10 hrs. |
| 06/12/01 | Worked with M. Waller and B. Moffitt re: preparation for pre-argument conference. S. Parker | 0.80 hrs. |
| 06/12/01 | Meeting with K. Helmer and A. Marchetta regarding appeal issues and conference with staff counsel on 6/13; Working with B. Moffitt regarding choice of law appeal issues and outline summarizing same; Reviewing and drafting additions to appeal issues outline, including Sect. 46 issues; Draft memo to A. Marchetta regarding same. M. Waller | 5.60 hrs. |
| 06/13/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index. D. Florence | 2.40 hrs. |
| 06/13/01 | Prepare for and attend Second Circuit court conference and follow up with client re same; review and revise outline of legal issues and calendar of dates for same; settlement issues. A. Marchetta | 4.50 hrs. |
| 06/13/01 | Confer with M. Waller re: pre-argument conference and strategy re: preparation of record on appeal and stipulations needed to complete same. B. Moffitt | 0.50 hrs. |
| 06/13/01 | Prepare for pre-argument conference with A. Marchetta at offices of Second Circuit; Confer with CNA counsel re: briefing schedule; Pre-argument conference with counsel for CNA and Second Circuit staff counsel; Follow up with A. Marchetta. M. Waller | 4.00 hrs. |
| 06/14/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index. D. Florence | 2.80 hrs. |
| 06/14/01 | Revise letter to client re case status. A. Marchetta | 0.40 hrs. |
| 06/14/01 | Drafting summary of 6/13 pre-argument conference with A. Marchetta and scheduling; Drafting additions and revisions to same per A. Marchetta; |  |

8

|  |  |  |
|---|---|---|
|  | M. Waller | 1.10 hrs. |
| 06/15/01 | Letter to client re issues. | |
|  | A. Marchetta | 0.30 hrs. |
| 06/15/01 | Draft memo to K. Helmer, H. Nau, B. Moffitt, and S. Parker regarding briefing schedule and deferred joint appendix. | |
|  | M. Waller | 0.20 hrs. |
| 06/18/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index. | |
|  | D. Florence | 3.70 hrs. |
| 06/18/01 | Review and forward scheduling order; conference with M. Waller re briefing; follow up re work on brief points. | |
|  | A. Marchetta | 0.80 hrs. |
| 06/18/01 | Reviewed appeal schedule; conferred with M. Waller re: same. | |
|  | H. Nau | 0.30 hrs. |
| 06/19/01 | Receive telephone call from counsel to AE/CU regarding operation of protective order in NY case in connection with litigation between AE/CU and its reinsurers. | |
|  | M. Waller | 0.20 hrs. |
| 06/21/01 | Draft memorandum to A.Marchetta regarding operation of protective order re: request by AE/CU counsel to produce documents Grace produced in litigation between AE/CU and its reinsurers. | |
|  | M. Waller | 0.20 hrs. |
| 06/22/01 | E mails and follow up re 362 stay issues. | |
|  | A. Marchetta | 0.40 hrs. |
| 06/22/01 | Received telephone call from T. Weaver regarding proposed protective order; Draft memo to A. Marchetta regarding same; | |
|  | M. Waller | 0.80 hrs. |
| 06/23/01 | E mails and follow up re confidential documents issue and AE/CV position. | |
|  | A. Marchetta | 0.30 hrs. |
| 06/27/01 | Work on assembly of sets of documents relative to finalizing the court's docket for certification. | |
|  | D. Florence | 2.90 hrs. |
| 06/27/01 | Confer with S. Parker and D. Florence re: documents needed to prepare various stipulations needed in order to finalize record on appeal. | |
|  | B. Moffitt | 1.20 hrs. |
| 06/27/01 | Worked with B. Moffitt and D. Florence re: identification and retrieval of documents needed to prepare Stipulations. | |
|  | S. Parker | 3.60 hrs. |

06/28/01        Work on assembly of documents needed for certifying the docket.
                D. Florence                                                    2.50 hrs.

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 8.8 | 395.00 | 3,476.00 |
| M. Waller | 20.8 | 265.00 | 5,512.00 |
| K. Helmer | 7.8 | 250.00 | 1,950.00 |
| B. Moffitt | 25.9 | 230.00 | 5,957.00 |
| H. Nau | 16.8 | 225.00 | 3,780.00 |
| D. Florence | 32.3 | 80.00 | 2,584.00 |
| S. Parker | 6.0 | 80.00 | 480.00 |
| TOTAL W. R. GRACE & CO.\INSURANCE COVERAGE/ NY Superfund Action | 118.4 | | 23,739.00 |

**SUMMARY OF COMPENSATION FOR THE FEE PERIOD
JUNE 1, 2001 THROUGH JUNE 30, 2001**

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 13.3 | 5,253.50 |
| Peter A. Forgosh | 1968 | 345.00 | .4 | 138.000 |
| Michael E. Waller | 1991 | 265.00 | 20.8 | 5,512.00 |
| Scott A. Zuber | 1987 | 265.00 | 11.3 | 2,994.50 |
| **ASSOCIATES** | | | | |
| Kathy Dutton Helmer | 1981 | 250.00 | 7.8 | 1,950.00 |
| Brian E. Moffitt | 1992 | 230.00 | 25.9 | 5,957.00 |
| Helen A. Nau | 1994 | 225.00 | 16.8 | 3,780.00 |
| Alashia L. Chan | 1994 | 220.00 | .7 | 154.000 |
| Wendy B. Green | 1999 | 220.00 | .2 | 44.000 |
| **PARAPROFESSIONALS** | | | | |
| Douglas S. Florence | N/A | 80.00 | 35.2 | 2,816.00 |
| S. Parker | N/A | 80.00 | 6.0 | 480.000 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period June 1, 2001 through June 30, 2001** | | | **138.4 Hours** <br><br> **TOTAL** | **29,079.00** |

**COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
JUNE 1, 2001 THROUGH JUNE 30, 2001**

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 7.8 | 2,288.00 |
| Correspondence Drafted | 11.2 | 3,040.00 |
| Correspondence and Pleadings Reviewed | 13.2 | 3,295.50 |
| Legal Research | 0 | 0 |
| Court Conference, including preparation | 46.3 | 11,417.50 |
| Preparation of Pleadings | 18.2 | 2,680.00 |
| Internal Office Meetings | 11.6 | 3,072.00 |
| Out of Office Meetings | 0 | 0 |
| File Review | 0 | 0 |
| Travel Time | 0 | 0 |
| Other Services | 30.1 | 3,286.00 |
| **Grand Total Time Reports for the Fee Period June 1, 2001 through June 30, 2001** | **138.4 Hours**<br><br>TOTAL | 29,079.000 |