**EXHIBIT C**

**EXPENSES FOR THE FEE PERIOD**
**JUNE 1, 2001 THROUGH JUNE 30, 2001**

CLIENT:  082910 W. R. GRACE & CO.
Matter:    072757 Intercat, Inc., *et al.*
 Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $ | 12.50 |
| Document Access Facility - June 2001 | $ | 716.00 |
| Duplicating | $ | 21.00 |
| Telephone | $ | 7.31 |

ENGAGEMENT COSTS                                              756.81

CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:    000009 NY Superfund Action
 Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $ | 14.77 |
| Document Access Facility - June 2001 | $ | 5,140.88 |
| Duplicating | $ | 115.40 |
| Facility Copying Expense | $ | 1,263.36 |
| Telephone | $ | 1.74 |
| Travel and Miscellaneous Expense | $ | 93.37 |

ENGAGEMENT COSTS                                            6,629.52

CLIENT:  082910 W.R. GRACE & CO.
Matter:    070965 Gahrs, Inc., *et al.*
 Engagement Costs:

| | |
|---|---|
| Computer-Assisted Research | 10.51 |
| Duplicating | 2,490.26 |
| Postage | 93.79 |
| Telephone | 35.73 |
| Travel and Miscellaneous Expense | 9.45 |
| Vendor:  Paid Doerner & Goldberg for services | 522.50 |

ENGAGEMENT COSTS                                            3,162.24

**SUMMARY OF EXPENSES FOR THE FEE PERIOD
JUNE 1, 2001 THROUGH JUNE 30, 2001**

| TYPE OF EXPENSE | |
|---|---|
| Computer-Assisted Research | 37.78 |
| Document Access Facility – June 2001 | 5,856.88 |
| Duplicating | 2,626.66 |
| Telephone | 44.78 |
| Facility Copying Expense | 1,263.36 |
| Travel and Miscellaneous Expense | 102.82 |
| Postage | 93.79 |
| Vendor:  Paid Doerner & Goldberg for services | 522.50 |
| **Grand Total Expenses for the Fee Period June 1, 2001 through June 30, 2001** | **10,548.57** |