IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re

W. R. GRACE & CO., et al.,

Debtors.

Chapter 1

Case No. 01-01139 (JJF)
(Jointly Administered)

**NOTICE OF QUARTERLY INTERIM FEE APPLICATION OF
PITNEY, HARDIN, KIPP & SZUCH LLP
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE INTERIM FEE PERIOD APRIL 2, 2001 THROUGH JUNE 30, 2001**

| | |
|---|---|
| Name of Applicant: | Pitney, Hardin, Kipp & Szuch LLP |
| Authorized to Provide Professional Services to: | W. R. GRACE & CO., et al. |
| Date of Retention: | May 30, 2001 (*nunc pro tunc to* April 2, 2001) |
| Period for which compensation and reimbursement is sought: | April 2, 2001 – June 30, 2001 |
| Amount of Compensation sought as actual, reasonable and necessary: | $80,776.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $28,327.73 |

This is a[n]:  X interim  ___ final application

The total time expended for fee application preparation is approximately 25 hours and the corresponding compensation requested is approximately $2,300.00.[1]

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| Pending | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | | |
| Pending | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | | |
| Pending | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | | |

Dated: Florham Park, New Jersey
July 30, 2001

PITNEY, HARDIN, KIPP & SZUCH LLP

By: _____
Anthony J. Marchetta, Esq.
Scott A. Zuber, Esq.
P.O. Box 1945
Morristown, NJ 07962-1945
(973) 966-6300
Special Counsel to Debtors

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

762646A01072701

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 26.1 | 10,309.50 |
| Peter A. Forgosh | 1968 | 345.00 | .4 | 138.00 |
| Michael E. Waller | 1991 | 265.00 | 76.7 | 20,325.50 |
| Scott A. Zuber | 1987 | 265.00 | 17.4 | 4,611.00 |
| **ASSOCIATES** | | | | |
| Kathy Dutton Helmer | 1981 | 250.00 | 13.4 | 3,350.00 |
| Brian E. Moffitt | 1992 | 230.00 | 72.5 | 16,675.00 |
| Helen A. Nau | 1994 | 225.00 | 23.4 | 5,265.00 |
| Alashia L. Chan | 1994 | 220.00 | 1.4 | 308.00 |
| Wendy B. Green | 1999 | 220.00 | .2 | 44.00 |
| Jonathan M. Borg | 1999 | 200.00 | .2 | 40.00 |
| **PARAPROFESSIONALS** | | | | |
| Elizabeth Anne Greenfield | N/A | 85.00 | .7 | 59.50 |
| Julie L. von Schrader | N/A | 85.00 | .5 | 42.50 |
| Douglas S. Florence | N/A | 80.00 | 208.3 | 16,664.00 |
| Susan Parker | N/A | 80.00 | 36.8 | 2,944.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Interim Fee Period April 1, 2001 through June 30, 2001** | | | **478 Hours** <br><br> **TOTAL** | <br><br> **80,776.00** |

## COMPENSATION BY PROJECT CATEGORY FOR THE INTERIM FEE PERIOD
## APRIL 1, 2001 THROUGH JUNE 30, 2001

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 15.4 | 4,402.00 |
| Correspondence Drafted | 19.9 | 5,360.00 |
| Correspondence and Pleadings Reviewed | 54.0 | 11,193.50 |
| Legal Research | 7.9 | 16,40.00 |
| Court Appearances | 0 | 0 |
| Court Conference, including preparation | 46.3 | 11,417.50 |
| Preparation of Pleadings | 99.2 | 1,9401.00 |
| Internal Office Meetings | 23.1 | 6,443.50 |
| Out of Office Meetings, excluding Court Conference | 0 | 0 |
| File Review | 15.0 | 2,701.00 |
| Travel Time | 0 | 0 |
| Deposition Preparation | 10.5 | 840.00 |
| Case File Management | 38.0 | 3,040.00 |
| Quality Control Review of Production Database | 55.9 | 4,472.00 |
| Other Services | 92.8 | 9,865.50 |
| **Grand Total Time Reports for the Interim Fee Period April 1, 2001 through June 30, 2001** | **478 Hours** <br><br> **TOTAL** | <br><br> **80,776.00** |

**SUMMARY OF EXPENSES FOR THE INTERIM FEE PERIOD**
**<u>APRIL 2, 2001 THROUGH JUNE 30, 2001</u>**

| **TYPE OF EXPENSE** | |
|---|---:|
| Computer-Assisted Research | 1,337.63 |
| Document Access Facility | 17,570.64 |
| Duplicating | 4,118.44 |
| Express Delivery | 674.89 |
| Telephone | 122.15 |
| Vendor: Paid Pacer Service Center for service | 14.49 |
| Facility Copying Expense | 3,533.32 |
| Vendor: United States District Court for filing fee notice of appeal 2nd Circuit | 105.00 |
| Postage | 122.08 |
| Travel and Miscellaneous | 206.59 |
| Vendor: Paid Doerner & Goldberg for services | 522.50 |
| **Grand Total Expenses for the Interim Fee Period April 2, 2001 through June 30, 2001** | **28,327.73** |