**EXHIBIT B**

**TIME REPORTS FOR THE INTERIM FEE PERIOD**
**APRIL 2, 2001 THROUGH JUNE 30, 2001**
**BROKEN DOWN BY MATTERS**

TOTAL HOURS FOR ALL MATTERS:          478

TOTAL DOLLARS FOR ALL MATTERS:        80,776.00

TOTAL TIME BILLED FOR ALL MATTERS:    80,776.00

CLIENT:  082910 W. R. GRACE & CO.
Matter:    072757 Intercat, Inc., *et al.*

| | | |
|---|---|---|
| 04/02/01 | Attention to file re: issues re: Mott exam; work with A. Marchetta and S. Zuber re: impact of bankruptcy on same. | |
| | A. Chan | 0.60 hrs. |
| 04/02/01 | Work on Diane Lippert deposition preparation. | |
| | D. Florence | 1.70 hrs. |
| 04/02/01 | Conference re legal issue as to 2004 discovery. | |
| | A. Marchetta | 0.40 hrs. |
| 04/02/01 | Attention to various issues in Intercat case in light of W.R. Grace's Chapter 11 filing. | |
| | S. Zuber | 0.30 hrs. |
| 04/03/01 | Work on deposition preparation for Diane Lippert; Case file management including updating the case file and pleading boards. | |
| | D. Florence | 8.80 hrs. |
| 04/03/01 | Telephone conversation with D. Posner regarding Mott examination. | |
| | S. Zuber | 0.20 hrs. |
| 04/03/01 | Telephone conversation with D. Adams regarding various open bankruptcy issues. | |
| | S. Zuber | 0.20 hrs. |
| 04/03/01 | Telephone conversation with I. Greene regarding Mott examination and Debtor's plan proposal. | |
| | S. Zuber | 0.30 hrs. |
| 04/04/01 | Case file management including updating all organizational indexes. | |
| | D. Florence | 8.20 hrs. |
| 04/05/01 | Work on updating all organizational indexes; Quality control review of the production database. | |
| | D. Florence | 8.60 hrs. |
| 04/06/01 | Quality control review of the production database. | |
| | D. Florence | 7.10 hrs. |
| 04/06/01 | Telephone calls with client re discovery and plan consideration. | |
| | A. Marchetta | 0.60 hrs. |
| 04/06/01 | Discuss Grace's position regarding Debtor's plan proposal with A. Marchetta. | |
| | S. Zuber | 0.30 hrs. |
| 04/09/01 | Quality control review of the production database. | |
| | D. Florence | 4.30 hrs. |
| 04/09/01 | Follow up re settlement meeting. | |
| | A. Marchetta | 0.30 hrs. |

| | | |
|---|---|---|
| 04/10/01 | Quality control review of the production database. | |
| | D. Florence | 7.00 hrs. |
| 04/10/01 | Telephone conversation with N. Alt regarding Debtor's plan proposal, and Grace's counteroffer. | |
| | S. Zuber | 0.20 hrs. |
| 04/11/01 | Quality control review of the production database. | |
| | D. Florence | 7.00 hrs. |
| 04/11/01 | Research on Grace bankruptcy filings (Marchetta) | |
| | J. von Schrader | 0.50 hrs. |
| 04/11/01 | Telephone conversation with I. Greene regarding plan and sale issues, including Grace's position regarding Intercat's plan proposal. | |
| | S. Zuber | 0.40 hrs. |
| 04/12/01 | Quality Control review of the production database. | |
| | D. Florence | 7.50 hrs. |
| 04/12/01 | Attention to issues related to Grace's retention of Pitney, Hardin as special counsel in Grace's Chapter 11 case. | |
| | S. Zuber | 0.30 hrs. |
| 04/12/01 | Telephone conversation with D. Adams regarding Chapter 11 status. | |
| | S. Zuber | 0.20 hrs. |
| 04/13/01 | Quality Control review of the production database; Case file management including updating the case file. | |
| | D. Florence | 5.40 hrs. |
| 04/16/01 | Quality control review of the production database; Assemble Diane Lippert deposition exhibits. | |
| | D. Florence | 6.00 hrs. |
| 04/17/01 | Quality control review of the production database; Case file management including updating the case file, pleading board and orders binder. | |
| | D. Florence | 5.20 hrs. |
| 04/17/01 | Review issues with S. Zuber; follow up re same. | |
| | A. Marchetta | 0.50 hrs. |
| 04/17/01 | Telephone conversation with R. Talisman regarding plan and sale issues. | |
| | S. Zuber | 0.30 hrs. |
| 04/18/01 | Quality control review of the production database. | |
| | D. Florence | 4.90 hrs. |
| 04/18/01 | Prepare letter to J. Spreyregen regarding Intercat case, and retention by Grace of Ellis, Painter as ordinary course professional. | |
| | S. Zuber | 0.90 hrs. |
| 04/19/01 | Case file management including updating the case file; Assembled binder set for the Diane Lippert deposition; Updated deposition exhibits database to include | |

|  | Diane Lippert. | |
|  | D. Florence | 4.60 hrs. |

| 04/20/01 | Case file managment including updating the deposition exhibits database. | |
|  | D. Florence | 2.50 hrs. |

| 04/20/01 | Follow up re request for discovery re libel claim. | |
|  | A. Marchetta | 0.40 hrs. |

| 04/30/01 | Case file management including updating the case file; Forward requested documents to S. Zuber. | |
|  | D. Florence | 7.00 hrs. |

| 04/30/01 | Receipt and review of Eighth Stipulation regarding Intercat's use of cash collateral, including review of budget. | |
|  | S. Zuber | 0.30 hrs. |

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.2 | 395.00 | 869.00 |
| S. Zuber | 3.9 | 265.00 | 1,033.50 |
| A. Chan | 0.6 | 220.00 | 132.00 |
| D. Florence | 95.8 | 80.00 | 7,664.00 |
| J. von Schrader | 0.5 | 85.00 | 42.50 |

4/01 TOTAL W. R.
GRACE & CO./Intercat,
Inc., *et al.*                    103.0                                    9,741.00

CLIENT:  082910 W. R. GRACE & CO.
Matter:      072757 Intercat, Inc., *et al.*

| 05/01/01 | Case file management including updating the case file, pleading board and orders binder; Quality control review of the production database. | |
|  | D. Florence | 9.00 hrs. |

| 05/02/01 | Quality control review of the production database. | |
|  | D. Florence | 7.60 hrs. |

| 05/03/01 | Quality control review of the production database. | |
|  | D. Florence | 6.10 hrs. |

| 05/07/01 | Review various fee information. | |
|  | S. Zuber | 0.20 hrs. |

| 05/08/01 | Correspondence to D. Adams regarding Affidavit to be filed in Grace's bankruptcy case to allow Ellis, Painter Firm to be treated as ordinary course professional. | |

|            |                                                                                                                                       |            |
|------------|---------------------------------------------------------------------------------------------------------------------------------------|------------|
|            | S. Zuber                                                                                                                              | 0.40 hrs. |
| 05/09/01   | Case file management including updating the case file.                                                                                |            |
|            | D. Florence                                                                                                                           | 1.30 hrs. |
| 05/09/01   | Telephone call with client re issues on business competition/product comparisons by customers and E-Cat samples.                      |            |
|            | A. Marchetta                                                                                                                          | 0.60 hrs. |
| 05/09/01   | Discuss patent issues with A. Marchetta.                                                                                              |            |
|            | S. Zuber                                                                                                                              | 0.20 hrs. |
| 05/10/01   | Follow up re issues as regards actions of debtor re Grace patent/infringement.                                                        |            |
|            | A. Marchetta                                                                                                                          | 0.60 hrs. |
| 05/15/01   | Receipt and review of Motion of the CIT Group to enforce order relative to various equipment leases in Savannah case.                 |            |
|            | S. Zuber                                                                                                                              | 0.20 hrs. |
| 05/21/01   | Search for and forward requested documents to A. Chan.                                                                                |            |
|            | D. Florence                                                                                                                           | 0.80 hrs. |
| 05/24/01   | Work on updating the case file, orders binder and pleading board.                                                                     |            |
|            | D. Florence                                                                                                                           | 2.20 hrs. |
| 05/25/01   | Forward requested documents to A. Chan.                                                                                               |            |
|            | D. Florence                                                                                                                           | 0.30 hrs. |
| 05/25/01   | Receipt and review of correspondence from N. Alt regarding possible 363 sale, and prepare response to N. Alt.                         |            |
|            | S. Zuber                                                                                                                              | 0.20 hrs. |
| 05/28/01   | E mail re follow up with client concerning Rule 2004 discovery, plan issues, etc.                                                     |            |
|            | A. Marchetta                                                                                                                          | 0.40 hrs. |
| 05/29/01   | Work with A. Chan regarding defendant's interrogatory and document production requests.                                               |            |
|            | D. Florence                                                                                                                           | 0.40 hrs. |
| 05/29/01   | Telephone call with client re status.                                                                                                 |            |
|            | A. Marchetta                                                                                                                          | 0.30 hrs. |
| 05/30/01   | Update the correspondence file, pleading board and orders binder.                                                                     |            |
|            | D. Florence                                                                                                                           | 0.40 hrs. |
| 05/30/01   | Follow up re request of debtor on 2004 discovery.                                                                                      |            |
|            | A. Marchetta                                                                                                                          | 0.50 hrs. |
| 05/30/01   | Review updated docket.                                                                                                                 |            |
|            | S. Zuber                                                                                                                              | 0.20 hrs. |
| 05/31/01   | Work with A. Marchetta re: Intercat's pursuit of 2004 exam of R. Mott.                                                                |            |
|            | A. Chan                                                                                                                               | 0.10 hrs. |
| 05/31/01   | Telephone calls re 2004 discovery issues.                                                                                              |            |

|  |  |
|---|---|
| A. Marchetta | 0.40 hrs. |

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.8 | 395.00 | 1,106.00 |
| S. Zuber | 1.4 | 265.00 | 371.00 |
| A. Chan | 0.1 | 220.00 | 22.00 |
| D. Florence | 28.1 | 80.00 | 2,248.00 |
| 5/01 TOTAL W. R. GRACE & CO./Intercat, Inc., *et al.* | 32.4 | | 3,747.00 |

CLIENT:  082910 W. R. GRACE & CO.
Matter:    072757 Intercat, Inc., *et al.*

| | | |
|---|---|---|
| 06/01/01 | Conferences with S. Zuber re: plan proposal, payment of interest on unsecured claims if paid over time per plan. | |
| | W. Green | 0.20 hrs. |
| 06/01/01 | Telephone calls re plan proposal. | |
| | A. Marchetta | 0.40 hrs. |
| 06/01/01 | Discussion with A. Marchetta regarding Debtor's latest plan proposal; review cramdown provisions of Bankruptcy Code and relevant caselaw in light of Debtor's plan proposal; prepare memo regarding plan issues; receipt and review of motions in Intercat, Inc. and Intercat-Savannah, Inc. cases regarding assumption by Debtors of Technology Agreement and Supply Agreement with Akzo Nobel and granting related relief; and forward copies of papers to N. Alt; | |
| | S. Zuber | 2.90 hrs. |
| 06/04/01 | E-mails and follow up re plan issues. | |
| | A. Marchetta | 0.30 hrs. |
| 06/05/01 | Work with A. Marchetta, S. Zuber and conference with N. Alt re: settlement discussions in adversary action, discovery sought from Grace (R. Mott); attention to file re: same. | |
| | A. Chan | 0.70 hrs. |
| 06/05/01 | Review offers with S. Zuber and strategy. | |
| | P. Forgosh | 0.40 hrs. |
| 06/05/01 | Follow up re issues; conference call with client re settlement. | |
| | A. Marchetta | 0.60 hrs. |
| 06/05/01 | Review notices from court regarding motions to assume executory contracts with Akzo Nobel, and forward notice to N. Alt; review and analysis of plan issues; prepare for, and participate in, conference call with A. Marchetta and N. Alt | |

|  | regarding plan vs. sale issues; several telephone conversations with I. Greene regarding plan issues; | |
|  | S. Zuber | 2.30 hrs. |
| 06/06/01 | Update pleading boards, orders binder and correspondence file. | |
|  | D. Florence | 2.10 hrs. |
| 06/06/01 | Review plan information for client. | |
|  | A. Marchetta | 0.60 hrs. |
| 06/06/01 | Prepare correspondence to N. Alt regarding Debtor's and Trustee's proposed plans and Grace's rights under each; telephone conversation with I. Greene regarding Debtors' plan proposal and Trustee's sale proposal; | |
|  | S. Zuber | 1.90 hrs. |
| 06/07/01 | Work on updating the case file. | |
|  | D. Florence | 0.80 hrs. |
| 06/07/01 | Work on issues with S. Zuber and conference call with client re same. | |
|  | A. Marchetta | 0.70 hrs. |
| 06/07/01 | Meeting with A. Marchetta and A. Chan, followed by conference call with A. Marchetta, A. Chan and N. Alt to go over Chapter 11 plan vs. sale issues; and revise and send correspondence to N. Alt regarding same. | |
|  | S. Zuber | 0.80 hrs. |
| 06/07/01 | Attention to Mott examination and plan issues; discuss plan issues with A. Marchetta; telephone conversation with I. Greene regarding Grace's position as to Debtors' plan proposal and Mott examination; and prepare memo regarding plan issues and Mott examination. | |
|  | S. Zuber | 0.80 hrs. |
| 06/12/01 | Telephone conversation with D. Adams regarding status, including potential competing plans. | |
|  | S. Zuber | 0.30 hrs. |
| 06/12/01 | Receipt and review of Trustee's and Debtor's joint application to retain special patent litigation counsel, and prepare correspondence to N. Alt regarding this application. | |
|  | S. Zuber | 0.40 hrs. |
| 06/13/01 | Conference with S. Zuber re open Chapter 11 issues; follow up with S. Zuber re appointment of Special Counsel on Mott 2004 examination; conference with S. Zuber re Akzo Nobel agreement.. | |
|  | A. Marchetta | 0.60 hrs. |
| 06/13/01 | Discuss Trustee's and Debtor's application to retain special patent counsel with A. Marchetta; and discuss joint motion to assume Akzo technology agreements with A. Marchetta. | |
|  | S. Zuber | 0.30 hrs. |
| 06/14/01 | Conference with S. Zuber re issues and follow up re same. | |
|  | A. Marchetta | 0.50 hrs. |

| 06/14/01 | Telephone conversation with N. Alt regarding motions to assume technology agreements, to retain special patent litigation counsel and status of Chapter 11 case. | |
|---|---|---|
| | S. Zuber | 0.20 hrs. |

| 06/14/01 | Telephone conversation with I. Greene regarding application to retain special patent litigation counsel. | |
|---|---|---|
| | S. Zuber | 0.30 hrs. |

| 06/14/01 | Correspondence to N. Alt regarding special patent litigation counsel application. | |
|---|---|---|
| | S. Zuber | 0.20 hrs. |

| 06/15/01 | Follow up re Rule 2004 discovery and special retention order. | |
|---|---|---|
| | A. Marchetta | 0.30 hrs. |

| 06/18/01 | Several telephone conversations with D. Adams regarding calendar matters for 6/20/01, including Grace's position regarding Intercat's application to retain McAndrews Firm as special patent litigation counsel. | |
|---|---|---|
| | S. Zuber | 0.20 hrs. |

| 06/19/01 | Follow up re court hearing on motion re Special Counsel. | |
|---|---|---|
| | A. Marchetta | 0.30 hrs. |

| 06/19/01 | Receipt and review of letter from I. Greene regarding special patent litigation counsel; and forward copy of same to N. Alt and D. Adams. | |
|---|---|---|
| | S. Zuber | 0.20 hrs. |

| 06/20/01 | Telephone conversation with D. Adams regarding results of hearings and status of Chapter 11 case. | |
|---|---|---|
| | S. Zuber | 0.20 hrs. |

| 06/20/01 | Prepare correspondence to N. Alt regarding results of today's hearings and status of Chapter 11 case. | |
|---|---|---|
| | S. Zuber | 0.30 hrs. |

| 06/23/01 | Review information re order from court re 2004 discovery | |
|---|---|---|
| | A. Marchetta | 0.20 hrs. |

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| P. Forgosh | 0.4 | 345.00 | 138.00 |
| A. Marchetta | 4.5 | 395.00 | 1,777.50 |
| S. Zuber | 11.3 | 265.00 | 2,994.50 |
| A. Chan | 0.7 | 220.00 | 154.00 |
| W. Green | 0.2 | 220.00 | 44.00 |
| D. Florence | 2.9 | 80.00 | 232.00 |

6/01 TOTAL W. R.
GRACE & CO./Intercat,

| Inc., *et al.* | 20.0 | | 5,340.00 |
|---|---|---|---|

CLIENT:  082913 W. R. GRACE & Co.\INSURANCE COVERAGE
Matter:    000009 NY Superfund Action

04/02/01        Case file management including updating the case file and databases.
                D. Florence                                                    2.30 hrs.

04/02/01        Correspondence re Chapter 11.
                A. Marchetta                                                   0.20 hrs.

04/02/01        Confer with A. Marchetta regarding status of Notice of Appeal and filing of
                bankruptcy action.
                M. Waller                                                      0.20 hrs.

04/04/01        Conferring with S. Zuber regarding effect of bankruptcy automatic stay on filing
                Notice of Appeal in Maryland Cas. v. Grace case (CNA remaining defendant).
                M. Waller                                                      0.60 hrs.

04/04/01        Discuss bankruptcy and appellate issues with M. Waller.
                S. Zuber                                                       0.60 hrs.

04/06/01        Draft memo to A. Marchetta regarding filing Notice of Appeal in light of
                bankruptcy filing and conference with S. Zuber; Following up with SDNY
                regarding final judgment; Confer with J. Borg regarding obtaining final judgment;
                Draft follow up memo to A. Marchetta regarding same;
                M. Waller                                                      1.00 hrs.

04/07/01        Review various correspondence regarding status of case, appellate issues and stay
                issues.
                S. Zuber                                                       0.20 hrs.

04/09/01        preparation of correspondence to M. Waller regarding Final Judgment
                J. Borg                                                        0.20 hrs.

04/09/01        Receive and review final judgment as entered by SDNY; Draft memo to A.
                Marchetta regarding same and deadline for  filing Notice of Appeal.
                M. Waller                                                      0.30 hrs.

04/19/01        Case file management including updating the case file, pleading board, orders
                binder and letters of submission index.
                D. Florence                                                    1.20 hrs.

04/19/01        Confer with A. Marchetta regarding summary of Unigard action as requested by
                client; Preparing Notice of Appeal with attachments; Discuss matter with S. Zuber
                and required summary for bankruptcy counsel; Drafting same.
                M. Waller                                                      2.30 hrs.

04/20/01        Information re continued work on matter for client.
                A. Marchetta                                                   0.30 hrs.

04/20/01        Confer with A. Marchetta regarding filing of Notice of Appeal and Final

9

Judgment; Confer with S. Zuber re: matter and additions and revisions to summary of same for bankruptcy counsel; Research status of Unigard action and information re: claims at issue and draft summary of same as requested by client;

M. Waller                                                                    1.80 hrs.

04/27/01    Follow up re information request by client; conference with M. Waller re appeal forms.

A. Marchetta                                                              0.90 hrs.

04/30/01    Case file management including updating the case file and pleading board; Converse with Jean Porochonski at Grace and J. Scordo concerning client's files needed from the Channel matter, recall boxes from storage.

D. Florence                                                               2.00 hrs.

04/30/01    Follow up re filings and memo to J. Posner.

A. Marchetta                                                              0.40 hrs.

04/30/01    Review information re appeal issues and conference with M. Waller re same.

A. Marchetta                                                              0.30 hrs.

04/30/01    Drafting status/summary memos re: insurance actions in SDNY as requested by client; Follow up with A. Marchetta regarding same; Draft memos to J. Posner regarding same; Reviewing Second Circuit forms C and D and commence formulating issues on appeal for inclusion in same;

M. Waller                                                                    3.60 hrs.


Billing Summary

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| A. Marchetta | 2.1 | 395.00 | 829.50 |
| M. Waller | 9.8 | 265.00 | 2,597.00 |
| S. Zuber | 0.8 | 265.00 | 212.00 |
| J. Borg | 0.2 | 200.00 | 40.00 |
| D. Florence | 5.5 | 80.00 | 440.00 |

4/01 TOTAL W. R.
GRACE &
Co.\INSURANCE
COVERAGE/
NY Superfund Action         18.4                              4,118.50


CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:      000009 NY Superfund Action

05/01/01    Telephone calls and follow up with J. Posner re information for client.

A. Marchetta                                                              0.30 hrs.

05/01/01    Reviewing Forms C and D questionnaires from 2d Circuit; Reviewing previous

research memos regarding issues on appeal and earlier briefing to draft responses to Forms C and D; Formulating issues on appeal;  Draft memorandum to A. Marchetta regarding appeal issues;

M. Waller                                                                                    4.80 hrs.

05/02/01      Gather and forward requested documents to M. Waller.
              D. Florence                                                                    0.80 hrs.

05/02/01      Review draft statement of issues on appeal and meet with M. Waller regarding same.
              K. Helmer                                                                      0.50 hrs.

05/02/01      Worked with M. Waller, conducted database searches and reviewed file documents re: briefing, orders and related documents needed to prepare appeal brief
              S. Parker                                                                      1.20 hrs.

05/02/01      Confer with A. Marchetta regarding issues to be raised on appeal and completing appeal information statements (Forms C and D); Preparing Second Circuit Forms C and D for appeal; Preparing list of issues and summary of case; Researching standard to raise constitutional issues and review previous briefs and records for argument re: same; Confer with K. Helmer regarding appellate practice and issues to be raised in Grace's appeal; Drafting memorandum to A. Marchetta summarizing research re: raising constitutional issues on appeal; Working with D. Florence and S. Parker regarding attachments to Forms C and D; Drafting memo to A. Marchetta re: possible constitutional issues to raise on appeal;
              M. Waller                                                                      6.50 hrs.

05/03/01      Assist M. Waller with working on the Notice of Appeal.
              D. Florence                                                                    0.60 hrs.

05/03/01      Review Memo from M. Waller regarding appellate schedule and strategy.
              K. Helmer                                                                      0.30 hrs.

05/03/01      Conference with M.Waller re appeal submissions; work on same; review memo re appeal items and reply to M. Waller.
              A. Marchetta                                                                   1.00 hrs.

05/03/01      Work with M. Waller re: preparation of submissions to Second Circuit.
              B. Moffitt                                                                     0.70 hrs.

05/03/01      Research re: proper scope of record on appeal in the Second Circuit.
              B. Moffitt                                                                     1.80 hrs.

05/03/01      Confer with C. Yuen regarding arguments raised in previous briefing and argument; Confer with A. Marchetta regarding any constitutional issues involved in appeal; Finalizing summary of case, issues, description of similar/related cases and Second Circuit Forms C and D; Work with A. Marchetta re: finalizing same; Draft filing letter to Clerk of U.S. Court of Appeals, Second Circuit; Work with B. Moffitt regarding affidavit of service; Reviewing FRAP and local FRAP and draft letter regarding requirements and procedures; Follow up re: confirmation of Court of Appeals filing with courier.
              M. Waller                                                                      4.00 hrs.

| 05/04/01 | Search for briefing regarding various motions for the appellate submission. | |
| | D. Florence | 1.30 hrs. |

| 05/04/01 | Meeting with M. Waller regarding strategy and staffing for appellate briefing. | |
| | K. Helmer | 0.50 hrs. |

| 05/04/01 | Work with M. Waller re appeal issues. | |
| | A. Marchetta | 0.30 hrs. |

| 05/04/01 | Telephone call with Second Circuit re: attorney admission; review Second Circuit internet site re: same; review procedures re: application; confer with M. Waller and prepare memo re: same; continued research re: appropriate scope of record on appeal in the Second Circuit. | |
| | B. Moffitt | 3.50 hrs. |

| 05/04/01 | Worked with M. Waller and B. Moffitt re: case status and strategy; Worked with M. Waller and D. Florence re: documents needed to prepare appeal brief. | |
| | S. Parker | 2.30 hrs. |

| 05/04/01 | Meeting with A. Marchetta regarding preparing record and briefs and other procedural issues in connection with appeal; Conferences with B. Moffitt and S. Parker regarding preparing record on appeal; Discuss with K. Helmer  issues on appeal and preparing arguments and brief; Discussing appeal procedures with J. Borg and B. Moffitt; Working with S. Parker and D. Florence re: assembly of previous briefing and orders; | |
| | M. Waller | 3.30 hrs. |

| 05/07/01 | Research re docket in Maryland Cas. v. W.R. Grace, S.D.N.Y. | |
| | E. Greenfield | 0.70 hrs. |

| 05/07/01 | Confer with M. Waller regarding strategy and staffing for appellate briefing. | |
| | K. Helmer | 0.30 hrs. |

| 05/07/01 | Telephone calls and follow up with staff re case issues. | |
| | A. Marchetta | 0.50 hrs. |

| 05/07/01 | Worked with D. Florence, conducted database searches and reviewed file documents re: compilation of documents needed to prepare appellate brief. | |
| | S. Parker | 2.00 hrs. |

| 05/07/01 | Considering preparation of record on appeal,  issues, assignments,  and preparation of brief; Draft memo to K. Helmer and B. Moffitt regarding analysis of issues and preparing briefs; Respond to memo from K. Helmer regarding same; | |
| | M. Waller | 0.40 hrs. |

| 05/08/01 | Work on gathering documents to be used in appellate submissions | |
| | D. Florence | 3.00 hrs. |

| 05/08/01 | Review appellate procedures; confer with M. Waller regarding prior briefing and preparation of record. | |
| | K. Helmer | 0.80 hrs. |

| 05/08/01 | Meetings with clerks at Southern District of New York and Second Circuit Court | |

of Appeals; confer with M. Waller re: same; confer with court staff re: preparing record of appeal and re: obtaining docket entries; confer with J. Borg re: same.
B. Moffitt                                                                                  5.50 hrs.

05/08/01      Worked with D. Florence, conducted database searches and reviewed file documents re: compilation of documents needed to prepare appellate brief.
S. Parker                                                                                  3.00 hrs.

05/08/01      Conferring with B. Moffitt regarding assembling record on appeal; Discussing preparation of relevant briefs and affidavits for appeal briefs with S. Parker; Meeting with J. Borg and M. Moffitt regarding preparing record on appeal and Second Circuit filing procedures; Working with B. Moffitt to obtain official docket from district court; Meetings with Second Circuit and district court clerks regarding preparing record on appeal, filing transcripts, pre-argument conference, and briefing schedule; Draft memorandum regarding same to A. Marchetta and status of preparing appeal; Reviewing official docket re: key briefs, affidavits, and transcripts.
M. Waller                                                                                  5.50 hrs.

05/09/01      Review of Civil Docket list to confirm the accuracy of the list for certification.
D. Florence                                                                               4.10 hrs.

05/09/01      Work on appeal issues with M. Waller, B. Moffitt; review information forwarded by Second Circuit re same.
A. Marchetta                                                                              0.70 hrs.

05/09/01      Work with M. Waller and S. Parker re: assembling record on appeal; meeting with A. Marchetta re: same; continued research re: appropriate scope of record on appeal; review case file index re: same.
B. Moffitt                                                                                1.80 hrs.

05/09/01      Worked with AJ Marchetta, M. Waller and B. Moffitt re: case status and strategy; Worked with D. Florence, reviewed, organized and indexed documents re: compilation of documents needed to prepare appellate brief.
S. Parker                                                                                 4.30 hrs.

05/09/01      Work on certifying records with S. Parker and B. Moffitt; Confer with B. Moffitt re: call to Second Circuit case manager re: deadline to complete certification of record on appeal; Meeting with A. Marchetta regarding status of appeal, pre-argument conference, and briefing;
M. Waller                                                                                 0.90 hrs.

05/10/01      Review of Civil Docket list to confirm the accuracy of the list for certification.
D. Florence                                                                               3.60 hrs.

05/10/01      Telephone calls with 2nd Circuit personnel re: same; review guidelines re: proceedings at pre-argument conference; preparation of memorandum re: same; confer with S. Parker re: preparation of index of record on appeal.
B. Moffitt                                                                                2.20 hrs.

05/10/01      Worked with M. Waller and B. Moffitt re: case status and strategy; Reviewed, organized and indexed documents re: compilation of documents needed to prepare appellate brief.

|  | S. Parker | 4.10 hrs. |

05/10/01    Work with A. Marchetta regarding appeal issues, procedures, pre-argument conference, etc.; Working with S. Parker regarding compiling record on appeal and briefs.
M. Waller                                                                    1.00 hrs.

05/11/01    Review of Civil Docket list to confirm the accuracy of the list for certification.
D. Florence                                                                3.20 hrs.

05/11/01    Preparation of proposed correspondence to 2nd Circuit re: adjournment of pre-argument conference; confer with M. Waller re: same; confer with A. Marchetta re: same.
B. Moffitt                                                                   0.50 hrs.

05/11/01    Review of prior briefing on choice of law issues.
B. Moffitt                                                                   6.10 hrs.

05/11/01    Reviewed, organized and indexed documents re: compilation of documents needed to prepare appellate brief.
S. Parker                                                                   2.80 hrs.

05/14/01    Meet with M. Waller regarding appeal issues; review prior briefs on motion to enforce settlement agreement.
K. Helmer                                                                  1.20 hrs.

05/14/01    Work with S. Parker re: record on appeal and upcoming review at District Court; confer with M. Waller re: potential of cross-appeal; review case file index re: potential need to supplement record depending on content of District Court file; confer with M. Waller re: adjournment of pre-argument conference and calls to adversary and 2nd Circuit re: same.
B. Moffitt                                                                   2.50 hrs.

05/14/01    Reviewed, organized and indexed documents re: compilation of documents needed to prepare appellate brief.
S. Parker                                                                   2.30 hrs.

05/14/01    Conferring with B. Moffitt regarding rescheduling pre-argument conference; Telephone call to E. DeCristofaro regarding same; Draft memo to A. Marchetta regarding rescheduling conference; Follow up with B. Moffitt re: call to Second Circuit re: adjourning pre-argument conference; Reviewing rules re: cross-motions; Confer with S. Parker regarding briefs provided to appeal team; Reviewing briefs regarding Section 46 interpretation by Judge Martin; Meeting with K. Helmer regarding schedule, briefing, and issues on appeal (re: 1990 settlement agreement and "self-insurance" decision); Follow up re: preparing record on appeal and documents missing from record and files.
M. Waller                                                                   4.30 hrs.

05/15/01    Work with B. Moffitt re: review of the court's docket sheet for missing pleadings; Work on updating lists of missing pleadings and pleadings not on the docket sheet; Update M. Waller on this project; Organize and assemble a binder of all complaints/answers for M. Waller.
D. Florence                                                                3.00 hrs.

05/15/01       Follow up with M. Waller and S. Parker re appeal schedule; forward same from court.
               A. Marchetta                                                    0.40 hrs.

05/15/01       Work with D. FLorence re: review of file re: preparation of record on appeal; confer with M. Waller re: same; confer with S. Parker re: same and and re: upcoming trip to District Court to prepare index of record on appeal
               B. Moffitt                                                      2.10 hrs.

05/15/01       Worked with B. Moffitt re: Record on Appeal.
               S. Parker                                                       0.30 hrs.

05/15/01       Follow up with A. Marchetta regarding 8/14 conference with CNA counsel regarding pre-argument conference and briefing schedule; Review memorandum from B. Moffitt regarding preparation of case file for certification by district court and respond to same;
               M. Waller                                                       0.50 hrs.

05/16/01       Work on updating and revising indexes of missing pleadings and documents missing from the docket; Work on Updating binder of Complaints/Answers.
               D. Florence                                                     3.70 hrs.

05/16/01       Work with M. Waller and e-mails re appeal schedule.
               A. Marchetta                                                    0.40 hrs.

05/16/01       Work with M. Waller re: rescheduling of pre-argument conference; confer with D. Florence and M. Waller re: record on appeal; work with M. Waller re: letter request re: pre-argument conference; various telephone calls with 2nd Circuit and District Court personnel re: same; review case file in preparation for review of court file re: preparation of index of record on appeal; confer with S. Parker re: same; review acknowledgment letter requirements and preparation of same; confer with M. Waller re: same.
               B. Moffitt                                                      5.30 hrs.

05/16/01       Telephone call from E. DeCristofaro regarding pre-argument conference; Drafting additions and revisions to letter to  Second Circuit Staff Counsel regarding same; Finalize with B. Moffitt; Review chart re: comparison of case file to official case docket; Confer with B. Moffitt and D. Florence regarding same and review of official file to certify same for appeal; Reviewing revised list of documents missing from official docket; Working with B. Moffitt regarding Second Circuit acknowledgment and filing letter; Confer with A. Marchetta regarding scheduling; Reviewing briefs and affidavits re: Section 46 argument;
               M. Waller                                                       2.80 hrs.

05/17/01       Work on revising binder of all complaints and answers filed in the action.
               D. Florence                                                     2.00 hrs.

05/17/01       Review prior briefing on insurance issues being appealed.
               K. Helmer                                                       2.00 hrs.

05/17/01       Follow up with M.Waller re schedule on appeal; review and forward forms re same.

|  | A. Marchetta | 0.60 hrs. |

| 05/17/01 | Preparation of index of docket entries at Southern District of New York; review case file re: same; confer with Appeals Coordinator and Docket Clerk re: same; telephone call with M. Waller re: same. |
| | B. Moffitt | 9.20 hrs. |

| 05/17/01 | Worked with B. Moffitt at Southern District Court Clerk's office re: review of docket and corresponding documents for Record of Appeal. |
| | S. Parker | 8.10 hrs. |

| 05/17/01 | Draft memorandum to Doug Florence regarding preparing record on appeal; Conference with A. Marchetta regarding pre-argument conference, briefing schedule, issues, and assignments; Telephone conference with B. Moffitt regarding reviewing court record in preparation to certify same as complete; Finalize letter to 2nd Circuit Staff Counsel re: adjournment of pre-argument conference; Confirm date with E. DeCristofaro. |
| | M. Waller | 1.10 hrs. |

| 05/18/01 | Revise listing of documents missing from the docket; Continue work on reviewing the pleadings and comparing to the master docket sheet. |
| | D. Florence | 3.10 hrs. |

| 05/18/01 | Work on submission of forms re appeal. |
| | A. Marchetta | 0.30 hrs. |

| 05/18/01 | Confer with S. Parker and M. Waller re: follow up re: record on appeal. |
| | B. Moffitt | 0.50 hrs. |

| 05/18/01 | Worked with M. Waller and B. Moffitt re: case status. |
| | S. Parker | 0.40 hrs. |

| 05/18/01 | Work with B. Moffitt and S. Parker regarding review of record and work necessary to prepare same for certification for appeal; Discussing information needed for June 14 pre-argument conference with B. Moffit. |
| | M. Waller | 0.70 hrs. |

| 05/21/01 | Work on detailed comparison of pleadings file with court's docket sheet. |
| | D. Florence | 1.90 hrs. |

| 05/21/01 | Work with M. Waller re: background appeal issues and research issue. |
| | H. Nau | 0.60 hrs. |

| 05/21/01 | Meeting with H. Nau regarding appeal issues and argument re: Section 46. |
| | M. Waller | 0.50 hrs. |

| 05/22/01 | Work on detailed comparison of pleadings file with court's docket sheet. |
| | D. Florence | 0.90 hrs. |

| 05/24/01 | Work on detailed comparison of pleadings file with court's docket sheet. |
| | D. Florence | 1.40 hrs. |

| 05/24/01 | Continuing to review prior briefs and submissions re: preparation of issues on appeal and brief; |

|  | M. Waller | 3.50 hrs. |
|---|---|---|

05/25/01     Work on detailed comparison of pleadings file with court's docket sheet.
             D. Florence                                              1.70 hrs.

05/25/01     Continuing to review briefs and submissions re: appeal issues; Draft memo to K.
             Helmer, B. Moffitt and H. Nau regarding issues, briefing schedule, and record on
             appeal.
             M. Waller                                                2.70 hrs.

05/26/01     Work on detailed comparison of pleadings file with court's docket sheet.
             D. Florence                                              3.20 hrs.

05/28/01     Follow up re brief items in preparation for appellate conference.
             A. Marchetta                                             0.40 hrs.

05/29/01     Work on detailed comparison of pleadings file with court's docket sheet.
             D. Florence                                              2.70 hrs.

05/29/01     Telephone calls re court conference and rescheduling same.
             A. Marchetta                                             0.50 hrs.

05/29/01     Review voicemail message from 2nd Circuit re: re-scheduled pre-argument
             conference; preparation of e-mail to team re: same; review e-mail from A.
             Marchetta re: same.
             B. Moffitt                                               0.20 hrs.

05/29/01     Receive telephone call from 2nd Circuit staff attorney regarding adjournment of
             date for pre-argument conference; Conferring with A. Marchetta and B. Moffitt
             regarding same;
             M. Waller                                                0.40 hrs.

05/30/01     Work on detailed comparison of pleadings file with court's docket sheet.
             D. Florence                                              1.30 hrs.

05/30/01     Conference with M. Waller and B. Moffitt re preparation for court conference.
             A. Marchetta                                             0.30 hrs.

05/30/01     Confer with M. Waller re: record on appeal and pre-argument conference; confer
             with A. Marchetta re: same; telephone call to Second Circuit re: same.
             B. Moffitt                                               0.40 hrs.

05/30/01     Reviewed various briefs, memos re: issue for appeal;
             H. Nau                                                   1.80 hrs.

05/30/01     Confer and follow up  with B. Moffitt regarding rescheduled pre-argument
             conference date and confirming same with 2nd Cir. staff counsel; Discuss same
             and preparation for same with A. Marchetta; Draft memo to K. Helmer, N. Nau,
             and B. Moffitt regarding preparation for conference and 6/1 conference regarding
             same; Reviewing prior briefing re: section 46 issues.
             M. Waller                                                1.60 hrs.

05/31/01     Work on detailed comparison of pleadings file with court's docket sheet and
             creation of an index.

|  |  |  |
|---|---|---|
|  | D. Florence | 2.20 hrs. |

05/31/01    Review case law cited below re: choice of law issues.
B. Moffitt                                                                                          4.30 hrs.

05/31/01    Work with M. Waller re: materials for review on section 46 issue; reviewed pleadings, caselaw, section 46 and legislative history.
H. Nau                                                                                              4.20 hrs.

05/31/01    Reviewing prior briefs and submissions by Grace and all other parties re: interpretation of section 46 for appeal; Meeting with H. Nau regarding appealing the district court's rulings re: section 46; Discussing section 46 legislative history with C. Yuen and research re: same;
M. Waller                                                                                        1.60 hrs.

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 5.7 | 395.00 | 2,251.50 |
| M. Waller | 46.1 | 265.00 | 12,216.50 |
| K. Helmer | 5.6 | 250.00 | 1,400.00 |
| B. Moffitt | 46.6 | 230.00 | 10,718.00 |
| H. Nau | 6.6 | 225.00 | 1,485.00 |
| D. Florence | 43.7 | 80.00 | 3,496.00 |
| S. Parker | 30.8 | 80.00 | 2,464.00 |
| E. Greenfield | 0.7 | 85.00 | 59.50 |

5/01 TOTAL W. R.
GRACE &
CO.\INSURANCE
COVERAGE/NY
Superfund Action                185.8                                          34,090.50

CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:    000009 NY Superfund Action

06/01/01    Meeting with M. Waller regarding preparation for initial case management conference on appeal.
K. Helmer                                                                                       0.50 hrs.

06/01/01    Meeting with team re: pre-argument conference outline; preparation for same.
B. Moffitt                                                                                          0.90 hrs.

06/01/01    Prepared for meeting with M. Waller; interoffice conference with M. Waller, K. Helmer, B. Moffit re: outlining of issues, scheduling; reviewed Hatco opinion; briefs.
H. Nau                                                                                              5.20 hrs.

06/01/01    Meeting with K. Helmer, B. Moffitt, and H. Nau regarding preparation for 6/13

pre-argument conference with A. Marchetta; Review letter from 2d Cir. regarding rescheduled conference date; Review briefs re: Section 46 and choice of law arguments.

M. Waller                                                              2.00 hrs.

06/02/01    Work on detailed comparison of pleadings file with court's docket sheet and creation of an index.

D. Florence                                                            3.00 hrs.

06/04/01    Work on detailed comparison of pleadings file with court's docket sheet and creation of an index.

D. Florence                                                            4.70 hrs.

06/04/01    Reviewed chronology of M. Waller for background; conferred with M. Waller re: issue on appeal; began outline of sub-issues on point III of brief.

H. Nau                                                                 3.60 hrs.

06/05/01    Work on detailed comparison of pleadings file with court's docket sheet and creation of an index.

D. Florence                                                            2.50 hrs.

06/05/01    Conference with M. Waller and review re issues for court conference.

A. Marchetta                                                           0.50 hrs.

06/05/01    Reviewed briefs and outlined sub-issues for point III of brief; conferred with M. Waller re: outline.

H. Nau                                                                 2.90 hrs.

06/05/01    Confer with A. Marchetta regarding meeting with 2d Cir. staff counsel on June 13 and outline of issues; Confer with H. Nau regarding issues on appeal - Section 46 argument.

M. Waller                                                              0.60 hrs.

06/06/01    Review notes from docket review and preparation of memorandum identifying various documents missing from court file as well as documents not listed on court's docket.

B. Moffitt                                                             2.80 hrs.

06/06/01    Reviewed opposition briefs on issue of section 46.

H. Nau                                                                 1.20 hrs.

06/07/01    Work on detailed comparison of pleadings file with court's docket sheet and creation of an index; Create a table of all sealed documents and their probable identity.

D. Florence                                                            2.00 hrs.

06/07/01    Preparation of Pre-Argument Conference outline and review of case law and prior briefs re: choice of law re: same; review case law re: various standards of review; confer with M. Waller re: same.

B. Moffitt                                                             5.90 hrs.

06/07/01    Reviewed and revised initial draft of outline of point III; conferred with M. Waller re: same; conferred with B. Moffit re: research n standard of review, 2nd circuit.

|  | H. Nau | 1.20 hrs. |

06/07/01    Conferring with H. Nau regarding Section 46 issues for appeal; Review outline re: issues and draft additions and revisions to same in preparation for 6/13 meeting with 2d Cir. staff counsel; Conferring with B. Moffitt regarding appeal of choice of law issues, preparation of issues for meeting with staff counsel, and research re: standards of review.

M. Waller                                                                                 1.10 hrs.

06/08/01    Work on detailed comparison of pleadings file with court's docket sheet and creation of an index.

D. Florence                                                                              1.80 hrs.

06/08/01    Review prior briefs and prepare outline regarding issues on appeal relating to "self-insurance" and 1990 settlement agreement; confer with M. Waller re same.

K. Helmer                                                                               5.50 hrs.

06/08/01    Continued preparation of Pre-Argument Conference outline and review of case law and prior briefs re: choice of law re: same; review case law re: various standards of review; confer with M. Waller and H. Nau re: same.

B. Moffitt                                                                                3.60 hrs.

06/08/01    Interoffice conference with M. Waller and B. Moffit re: standard of review, briefing schedule; reviewed outline of briefing schedule from M. Waller.

H. Nau                                                                                    0.70 hrs.

06/08/01    Organization of briefing and related documents in preparation for upcoming pre-argument conference.

S. Parker                                                                                 1.60 hrs.

06/08/01    Confer with K. Helmer regarding summary of argument re: "self insurance" and 1990 Settlement Agreement for appeal; Considering briefing schedule and draft memo regarding same; Draft memo re: same; Meeting with B. Moffitt and H. Nau regarding outline of appeal issues and finalizing and having the record certified.

M. Waller                                                                                 1.60 hrs.

06/09/01    E-mails re court conference.

A. Marchetta                                                                           0.20 hrs.

06/11/01    Work on detailed comparison of pleadings file with court's docket sheet and creation of an index; Meet with B. Moffitt concerning documents needed from court.

D. Florence                                                                              1.50 hrs.

06/11/01    Finalize outline of issues on appeal relating to self-insurance and 1990 settlement agreement; meet with M. Waller regarding same.

K. Helmer                                                                               1.00 hrs.

06/11/01    Preparation of memo and exhibits detailing findings during review of Court file re: preparation of index of record on appeal, and outlining additional steps needed to finalize same; preparation of abbreviated version of same for use during Pre-Argument Conference; confer with M. Waller re: same and re: identifying documents that need to be added by way of stipulation as well as documents that

must be obtained from the Courts' file; telephone call with CNA counsel re: proposed briefing schedule.

B. Moffitt                                                              4.20 hrs.

06/11/01    Continued preparation of memo setting forth case law  re: various standards of review in preparation for pre-argument conference.

B. Moffitt                                                              2.70 hrs.

06/11/01    Conferred with M. Waller re: revisions to outline of point III (section 46 argument); revised outline.

H. Nau                                                                1.70 hrs.

06/11/01    Confer with B. Moffitt regarding standard of review research, appeal issues, and briefing schedule. Working with H. Nau re: same; Confer with K. Helmer regarding 1990 settlement agreement and self insurance issues; Reviewing briefs, etc. regarding all issues; Update A. Marchetta regarding preparations for 6/13 conference; Draft memo to S. Parker regarding transcripts required of oral argument re: April 1994 decisions.

M. Waller                                                             3.40 hrs.

06/12/01    Work on detailed comparison of pleadings file with court's docket sheet and creation of an index.

D. Florence                                                           2.50 hrs.

06/12/01    Prepare for and meet with A. Marchetta and M. Waller in preparation for initial scheduling and settlement conference on appeal

K. Helmer                                                             0.80 hrs.

06/12/01    Work with M. Waller and K. Helmer re Second Circuit appearance; review outline for Second Circuit conference and follow up with M. Waller re same.

A. Marchetta                                                          1.40 hrs.

06/12/01    Continues preparation of Pre-Argument Conference outline and review of case law and prior briefs re: choice of law re:  same; review docket sheet re: need to include certain transcripts; confer with M. Waller re: same.

B. Moffitt                                                            4.10 hrs.

06/12/01    Worked with M. Waller and B. Moffitt re: preparation for pre-argument conference.

S. Parker                                                             0.80 hrs.

06/12/01    Meeting with K. Helmer and A. Marchetta regarding appeal issues and conference with staff counsel on 6/13; Working with B. Moffitt regarding choice of law appeal issues and outline summarizing same; Reviewing and drafting additions to appeal issues outline, including Sect. 46 issues; Draft memo to A. Marchetta regarding same.

M. Waller                                                             5.60 hrs.

06/13/01    Work on detailed comparison of pleadings file with court's docket sheet and creation of an index.

D. Florence                                                           2.40 hrs.

06/13/01    Prepare for and attend Second Circuit court conference and follow up with client

|  | re same; review and revise outline of legal issues and calendar of dates for same; settlement issues. |  |
|  | A. Marchetta | 4.50 hrs. |
| 06/13/01 | Confer with M. Waller re: pre-argument conference and strategy re: preparation of record on appeal and stipulations needed to complete same. |  |
|  | B. Moffitt | 0.50 hrs. |
| 06/13/01 | Prepare for pre-argument conference with A. Marchetta at offices of Second Circuit; Confer with CNA counsel re: briefing schedule; Pre-argument conference with counsel for CNA and Second Circuit staff counsel; Follow up with A. Marchetta. |  |
|  | M. Waller | 4.00 hrs. |
| 06/14/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index. |  |
|  | D. Florence | 2.80 hrs. |
| 06/14/01 | Revise letter to client re case status. |  |
|  | A. Marchetta | 0.40 hrs. |
| 06/14/01 | Drafting summary of 6/13 pre-argument conference with A. Marchetta and scheduling; Drafting additions and revisions to same per A. Marchetta; |  |
|  | M. Waller | 1.10 hrs. |
| 06/15/01 | Letter to client re issues. |  |
|  | A. Marchetta | 0.30 hrs. |
| 06/15/01 | Draft memo to K. Helmer, H. Nau, B. Moffitt, and S. Parker regarding briefing schedule and deferred joint appendix. |  |
|  | M. Waller | 0.20 hrs. |
| 06/18/01 | Work on detailed comparison of pleadings file with court's docket sheet and creation of an index. |  |
|  | D. Florence | 3.70 hrs. |
| 06/18/01 | Review and forward scheduling order; conference with M. Waller re briefing; follow up re work on brief points. |  |
|  | A. Marchetta | 0.80 hrs. |
| 06/18/01 | Reviewed appeal schedule; conferred with M. Waller re: same. |  |
|  | H. Nau | 0.30 hrs. |
| 06/19/01 | Receive telephone call from counsel to AE/CU regarding operation of protective order in NY case in connection with litigation between AE/CU and its reinsurers. |  |
|  | M. Waller | 0.20 hrs. |
| 06/21/01 | Draft memorandum to A.Marchetta regarding operation of protective order re: request by AE/CU counsel to produce documents Grace produced in litigation between AE/CU and its reinsurers. |  |
|  | M. Waller | 0.20 hrs. |
| 06/22/01 | E mails and follow up re 362 stay issues. |  |
|  | A. Marchetta | 0.40 hrs. |

| 06/22/01 | Received telephone call from T. Weaver regarding proposed protective order; Draft memo to A. Marchetta regarding same; | |
|---|---|---|
| | M. Waller | 0.80 hrs. |

| 06/23/01 | E mails and follow up re confidential documents issue and AE/CV position. | |
|---|---|---|
| | A. Marchetta | 0.30 hrs. |

| 06/27/01 | Work on assembly of sets of documents relative to finalizing the court's docket for certification. | |
|---|---|---|
| | D. Florence | 2.90 hrs. |

| 06/27/01 | Confer with S. Parker and D. Florence re: documents needed to prepare various stipulations needed in order to finalize record on appeal. | |
|---|---|---|
| | B. Moffitt | 1.20 hrs. |

| 06/27/01 | Worked with B. Moffitt and D. Florence re: identification and retrieval of documents needed to prepare Stipulations. | |
|---|---|---|
| | S. Parker | 3.60 hrs. |

| 06/28/01 | Work on assembly of documents needed for certifying the docket. | |
|---|---|---|
| | D. Florence | 2.50 hrs. |

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 8.8 | 395.00 | 3,476.00 |
| M. Waller | 20.8 | 265.00 | 5,512.00 |
| K. Helmer | 7.8 | 250.00 | 1,950.00 |
| B. Moffitt | 25.9 | 230.00 | 5,957.00 |
| H. Nau | 16.8 | 225.00 | 3,780.00 |
| D. Florence | 32.3 | 80.00 | 2,584.00 |
| S. Parker | 6.0 | 80.00 | 480.00 |
| 6/01 TOTAL W. R. GRACE & CO.\INSURANCE COVERAGE/ NY Superfund Action | 118.4 | | 23,739.00 |

**SUMMARY OF COMPENSATION FOR THE FEE PERIOD**
**APRIL 2, 2001 THROUGH JUNE 30, 2001**

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 26.1 | 10,309.50 |
| Peter A. Forgosh | 1968 | 345.00 | .4 | 138.000 |
| Michael E. Waller | 1991 | 265.00 | 76.7 | 20,325.50 |
| Scott A. Zuber | 1987 | 265.00 | 17.4 | 4,611.00 |
| **ASSOCIATES** | | | | |
| Kathy Dutton Helmer | 1981 | 250.00 | 13.4 | 3,350.00 |
| Brian E. Moffitt | 1992 | 230.00 | 72.5 | 16,675.00 |
| Helen A. Nau | 1994 | 225.00 | 23.4 | 5,265.00 |
| Alashia L. Chan | 1994 | 220.00 | 1.4 | 308.000 |
| Wendy B. Green | 1999 | 220.00 | .2 | 44.000 |
| Jonathan M. Borg | 1999 | 200.00 | .2 | 40.000 |
| **PARAPROFESSIONALS** | | | | |
| Elizabeth Anne Greenfield | N/A | 85.00 | .7 | 59.500 |
| Julie L. von Schrader | N/A | 85.00 | .5 | 42.50$ |
| Douglas S. Florence | N/A | 80.00 | 208.3 | 16,664.00 |
| Susan Parker | N/A | 80.00 | 36.8 | 2,944.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Interim Fee Period April 1, 2001 through June 30, 2001** | | | **478 Hours** <br><br> **TOTAL** | **80,776.00** |

**COMPENSATION BY PROJECT CATEGORY FOR THE INTERIM FEE PERIOD**
**APRIL 1, 2001 THROUGH JUNE 30, 2001**

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 15.4 | 4,402.00 |
| Correspondence Drafted | 19.9 | 5,360.00 |
| Correspondence and Pleadings Reviewed | 54.0 | 11,193.50 |
| Legal Research | 7.9 | 16,40.00 |
| Court Appearances | 0 | 0 |
| Court Conference, including preparation | 46.3 | 11,417.50 |
| Preparation of Pleadings | 99.2 | 1,9401.00 |
| Internal Office Meetings | 23.1 | 6,443.50 |
| Out of Office Meetings, excluding Court Conference | 0 | 0 |
| File Review | 15.0 | 2,701.00 |
| Travel Time | 0 | 0 |
| Deposition Preparation | 10.5 | 840.00 |
| Case File Management | 38.0 | 3,040.00 |
| Quality Control Review of Production Database | 55.9 | 4,472.00 |
| Other Services | 92.8 | 9,865.50 |
| **Grand Total Time Reports for the Interim Fee Period April 1, 2001 through June 30, 2001** | **478 Hours**<br><br>**TOTAL** | **80,776.00** |