**EXHIBIT C**

**EXPENSES FOR THE INTERIM FEE PERIOD**
**APRIL 2, 2001 THROUGH JUNE 30, 2001**

EXPENSES FOR APRIL 2, 2001 THROUGH APRIL 30, 2001:

CLIENT:  082910 W.R. GRACE & CO.
Matter:    072757 Intercat, Inc., *et al.*
 Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $ | 15.00 |
| Document Access Facility - April 2001 | $ | 716.00 |
| Duplicating | $ | 1.68 |
| Express Delivery | $ | 10.00 |
| Telephone | $ | 6.36 |
| Vendor: Paid Pacer Service Center for service | $ | 14.49 |
| ENGAGEMENT COSTS | | 763.53 |

CLIENT:  082913 W.R. GRACE & Co.\INSURANCE COVERAGE
Matter:    000009 NY Superfund Action
 Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $ | 188.91 |
| Document Access Facility - April 2001 | $ | 5,140.88 |
| Duplicating | $ | 7.98 |
| Express Delivery | $ | 31.20 |
| Facility Copying Expense | $ | 25.62 |
| Vendor: United States District Court for filing fee notice of appeal 2nd Circuit | $ | 105.00 |
| ENGAGEMENT COSTS | | 5,499.59 |

CLIENT:  082910 W.R. GRACE & CO.
Matter:    070965 Gahrs, Inc., *et al.*
 Engagement Costs

| | | |
|---|---|---|
| Computer-Assisted Research | $ | 254.22 |
| Duplicating | $ | 473.30 |
| Express Delivery | $ | 113.12 |
| Postage | $ | 24.44 |
| Telephone | $ | 16.71 |

| | | |
|---|---|---|
| Travel and Miscellaneous Expense | $ 94.77 | |
| ENGAGEMENT  COSTS | | 976.56 |

| | |
|---|---|
| **Total Expenses for April 2, 2001 through April 30, 2001** | **7,239.68** |

EXPENSES FOR MAY 1, 2001 THROUGH MAY 31, 2001:

CLIENT:  082910 W. R. GRACE & CO.
Matter:     072757 Intercat, Inc., *et al.*
 Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $ 5.00 | |
| Document Access Facility - June 2001 | $ 716.00 | |
| ENGAGEMENT COSTS | | 721.00 |

CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:     000009 NY Superfund Action
 Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $ 231.16 | |
| Document Access Facility - June 2001 | $ 5,140.88 | |
| Duplicating | $ 64.26 | |
| Express Delivery | $ 184.92 | |
| Facility Copying Expense | $ 2,244.34 | |
| Telephone | $ 0.68 | |
| Travel and Miscellaneous Expense | $ 9.00 | |
| ENGAGEMENT COSTS | | 7,875.24 |

CLIENT:  082910 W.R. GRACE & CO.
Matter:     070965 Gahrs, Inc., *et al.*
 Engagement Costs:

| | | |
|---|---|---|
| Computer-Assisted Research | 605.56 | |
| Duplicating | 944.56 | |
| Express Delivery | 335.65 | |
| Postage | 3.85 | |
| Telephone | 53.62 | |
| ENGAGEMENT COSTS | | 1,943.24 |

| **Total Expenses for May 1, 2001 through May 31, 2001** | **10,539.48** |
|---|---|

EXPENSES FOR JUNE 1, 2001 THROUGH JUNE 30, 2001:

CLIENT:  082910 W. R. GRACE & CO.
Matter:     072757 Intercat, Inc., *et al.*
  Engagement Costs

| | | | |
|---|---|---|---|
| Computer Assisted Research | $ | 12.50 | |
| Document Access Facility - June 2001 | $ | 716.00 | |
| Duplicating | $ | 21.00 | |
| Telephone | $ | 7.31 | |
| ENGAGEMENT COSTS | | | 756.81 |

CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:     000009 NY Superfund Action
  Engagement Costs

| | | | |
|---|---|---|---|
| Computer Assisted Research | $ | 14.77 | |
| Document Access Facility - June 2001 | $ | 5,140.88 | |
| Duplicating | $ | 115.40 | |
| Facility Copying Expense | $ | 1,263.36 | |
| Telephone | $ | 1.74 | |
| Travel and Miscellaneous Expense | $ | 93.37 | |
| ENGAGEMENT COSTS | | | 6,629.52 |

CLIENT:  082910 W.R. GRACE & CO.
Matter:     070965 Gahrs, Inc., *et al.*
  Engagement Costs:

| | | |
|---|---|---|
| Computer-Assisted Research | 10.51 | |
| Duplicating | 2,490.26 | |
| Postage | 93.79 | |
| Telephone | 35.73 | |
| Travel and Miscellaneous Expense | 9.45 | |
| Vendor:  Paid Doerner & Goldberg for services | 522.50 | |
| ENGAGEMENT COSTS | | 3,162.24 |

| **Total Expenses for June 1, 2001 through June 30, 2001** | **10,548.57** |
|---|---|

**SUMMARY OF EXPENSES FOR THE INTERIM FEE PERIOD**
**APRIL 2, 2001 THROUGH JUNE 30, 2001**

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | 1,337.63 |
| Document Access Facility | 17,570.64 |
| Duplicating | 4,118.44 |
| Express Delivery | 674.89 |
| Telephone | 122.15 |
| Vendor: Paid Pacer Service Center for service | 14.49 |
| Facility Copying Expense | 3,533.32 |
| Vendor:  United States District Court for filing fee notice of appeal 2nd Circuit | 105.00 |
| Postage | 122.08 |
| Travel and Miscellaneous | 206.59 |
| Vendor:  Paid Doerner & Goldberg for services | 522.50 |
| **Grand Total Expenses for the Interim Fee Period April 2, 2001 through June 30, 2001** | **28,327.73** |