## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfares | $4,272.50 |
| Outside Messenger | $231.41 |
| Auto Rental | $108.67 |
| Car Service | $146.00 |
| Copies- Internal and Outside | $26,034.71 |
| Hotels | $975.89 |
| Facsimile | $168.75 |
| Lexis | $3,714.84 |
| Meals during Travel | $196.65 |
| Telephone | $490.54 |
| FedEx | $2,303.87 |
| Parking | $14.00 |
| Postage | $29.43 |
| Knight Piesold - Consulting - May | $15,000.00 |
| Taxis/Miscellaneous Travel Expenses | $1,029.62 |
| Temporary Services | $1,903.50 |
| Westlaw | $5,651.27 |
| Industrial Health - Research | $3,986.96 |
| SI Group, LLC - Consultant | $19,828.62 |
| Overtime Meals | $$175.27 |
| Overtime Meals - Attorneys/Paralegals | $354.79 |
| Overtime Transportation | $945.54 |
| Secretarial Overtime | $2,541.83 |
| | |
| TOTAL | $90,104.66 |

**Wallace**
**King**
**&**
**Marraro**
**Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 08, 2001

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12254

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

|  | Amount |
|---|---:|
| Total Fees | $307,467.00 |

Disbursements:

| | |
|---|---:|
| Air Fare for Depositions - 6/14-6/15/01 | 609.75 |
| Air Fare to New Jersey and Boston for Depositions - 6/28-29 | 956.50 |
| Air Fare to New York/New Jersey - 5/25/01 | 483.00 |
| Air Fare to New York/New Jersey - 5/29-5/31 | 753.00 |
| Air Fare to New York/New Jersey - 6/18-21/01 | 240.75 |
| Air Fare to/from Newark for Deposition - 6/12/01 | 250.00 |
| Air Fare to/from Newark for Deposition - 6/14/01 | 250.00 |
| Air Fare to/from Newark, NJ for Depositions 4/18-20/01 | 729.50 |
| Auto Rental on Trip to New Jersey for Depositions - 4/18-20 | 108.67 |
| Car Service on 6/9/01 and 6/13/01 for Ms. Flax | 146.00 |
| Copy Costs - Internal | 5,167.50 |
| Facsimile Costs | 168.75 |
| FedEx Costs | 2,303.87 |
| Hotel in New Jersey for Depositions - 6/1/01 | 559.96 |
| Hotel in New York/New Jersey - 5/29-31 | 415.93 |
| Industrial Health Foundation - Research/Assembling Documents | 3,986.96 |
| Knight Piesold Consulting - Fee for Expert Julio Valera -May | 15,000.00 |
| LawResources - Temporary Services | 1,903.50 |

W. R. Grace & Co.                                                                                   Page    2

|  | Amount |
|---|---:|
| Lexis Costs | 3,714.84 |
| Long Distance Charges | 490.54 |
| Meals on trips | 196.65 |
| Miscellaneous Travel Expenses | 234.45 |
| Outside Copies | 20,867.21 |
| Outside Messenger Service | 231.41 |
| Overtime Meals | 175.27 |
| Overtime Meals - Attorney/Paralegals | 354.79 |
| Overtime Transportation | 945.54 |
| Parking on trips | 14.00 |
| Postage | 29.43 |
| SI Group, LLC - Consultants 4/2/01-5/31/01 | 19,828.62 |
| Secretarial Overtime for Preparation of Briefs | 2,541.83 |
| Taxis on trips | 347.25 |
| Travel Expenses to Newark to Take Deposition - 6/5/01 | 322.25 |
| Travel Expenses to Newark to take Expert Deposition | 125.67 |
| Westlaw | 5,651.27 |
| Total Disbursements | $90,104.66 |