IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: August 20, 2001 at 4:00 pm** |
| | ) | **Hearing Date: TBD** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 767

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Interim Fee Application Request of Ferry & Joseph, P.A. for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 18, 2001 through June 30, 2001, which requests compensation in the amount of $19,003.50 and expenses in the amount of $4,378.06 ("the Application"). The undersigned further certifies that he has reviewed the Court's docket in this case, and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 20, 2001.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

FERRY & JOSEPH, P.A.

/s/ Rick S. Miller
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Attorneys for the Official Committee of Asbestos
Property Damage Claimants

Dated: August 21, 2001

**CERTIFICATE OF SERVICE**

      I, Rick S. Miller, Esquire, hereby certify that on this 21st day of August, 2001, I caused one copy of the foregoing Certification of No Objection Regarding Docket Number 767 to be served to the following persons in the indicated manner:

    SEE ATTACHED SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.

                                                      /s/ Rick S. Miller
                                                  Rick S. Miller, Esquire (#3418)

SERVICE LIST

**By hand:**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhatten Centre, 15th Flr.
1201 N. Market Street
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**By First Class Mail:**

Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd.
Los Angeles CA 90067-4100

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis

200 East Randolph Drive
Chicago, IL  60601


Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

William S. Katchen, Esquire
Duane Morris & Heckscher
1 Riverfront Plaza, 2d Floor
Newark NJ 07102

Thomas Moers Mayer, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044