IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objections due by: August 17, 2001 @ 4:00 p.m.** |
| | ) | **Hearing Date: Negative Notice** |

**CERTIFICATION OF NO OBJECTION REGARDING THE FIRST INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 12, 2001 THROUGH JUNE 30, 2001 (ORIGINAL NIBS DOCKET NO. 696/CM-ECF DOCKET NO. 747)**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on July 27, 2001 a first interim application ("Application") [Original NIBS Docket No.696/CM-ECF Docket No. 747] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before August 17, 2001. No objections to the Application have been received by the

{D0000364:1 }

undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

WHEREFORE, the undersigned respectfully requests that the order attached to the Application be entered at the Court's earliest convenience.

>CAPLIN & DRYSDALE, CHARTERED
>Elihu Inselbuch
>399 Park Avenue
>New York, NY  10022
>(212) 319-7125
>
>-and-
>
>CAPLIN & DRYSDALE, CHARTERED
>Peter Van N. Lockwood
>One Thomas Circle, N.W.
>Washington, D.C.  20005
>(202) 862-5000
>
>- and -
>
>CAMPBELL & LEVINE, LLC
>
>/s/ Matthew G. Zaleski, III
>Matthew G. Zaleski, III (I.D. #3557)
>1201 N. Market Street
>15th Floor
>Wilmington, DE  19899
>(302) 426-1900
>
>Counsel for the Official Committee
>  of Asbestos Personal Injury Claimants

Dated: August 20, 2001

{D0000364:1 }