# EXHIBIT A

## **EXHIBIT A**

### **Case Administration (65.20 Hours; $ 20,092.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.10 | $630 | 1,953.00 |
| Peter V. Lockwood | 9.50 | $500 | 4,750.00 |
| Julie W. Davis | 19.50 | $365 | 7,117.50 |
| Trevor W. Swett | .40 | $360 | 144.00 |
| Rita C. Tobin | .20 | $265 | 53.00 |
| Kimberly N. Brown | 13.10 | $265 | 3,471.50 |
| Bree A. Nicolai | 8.90 | $145 | 1,290.50 |
| Elyssa J. Strug | 10.50 | $125 | 1,312.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | 2.30 | Review filings, correspondence for status reports |
| 07/02/01 | PVL | 500.00 | .40 | Telephone conference with Budd re: meeting (.2), review misc. filings (.1), review JWD memo (.1) |
| 07/02/01 | EJS | 125.00 | .00 | Phone calls and e-mails with TB re fee application matters. |
| 07/02/01 | EJS | 125.00 | .50 | Searched, retrieved and sent Matt Zaleski K&E fee summaries from the B&W case. |
| 07/02/01 | JWD | 365.00 | 2.50 | Prepare weekly status reports; conference with PVNL re same |
| 07/02/01 | KNB | 265.00 | .50 | Conference with NDF, TWS and PVNL re: Debtors' recent motion |
| 07/03/01 | EJS | 125.00 | .50 | Updated players list. |
| 07/03/01 | EJS | 125.00 | 1.00 | Updated players list with additional information received from PVNL. |
| 07/03/01 | EJS | 125.00 | .50 | Retrieved and sent L. Tersigni and DC office monthly operating report. |

| | | | | |
|---|---|---|---|---|
| 07/03/01 | EJS | 125.00 | .50 | Duplicated and distributed recently received court documents. |
| 07/05/01 | PVL | 500.00 | .60 | Telephone conference with Zaleski re: pending matters (.1), review draft calendar and minutes (.2), review misc. filings (.1), telephone conference with Zaleski re: same (.2) |
| 07/05/01 | EJS | 125.00 | .50 | Meeting with EI re minutes and updated minute book. |
| 07/05/01 | EJS | 125.00 | .50 | Updated players list with additional information. |
| 07/05/01 | EJS | 125.00 | .50 | Reviewed M. Zaleski's calendar and phone calls and fax re documents needed to be added. |
| 07/05/01 | EI | 630.00 | .70 | Tele/Speights re fraudulent conveyance issues (.5); tele/PVNL re same (.2). |
| 07/08/01 | PVL | 500.00 | .10 | Review misc. correspondence (.1) |
| 07/09/01 | PVL | 500.00 | .80 | Telephone conference with Milch re: status (.1), conference with JWD re: same (.2), review draft de minimus sales obj. (.1), telephone conference with EI re: status (.1), review misc correspondence (.1), review NY Times article (.2) |
| 07/09/01 | EJS | 125.00 | 1.00 | Duplicated and distributed recently received court documents. |
| 07/09/01 | KNB | 265.00 | 7.00 | Review POC motion; conference with JWD, PVNL re: response |
| 07/09/01 | EI | 630.00 | 1.50 | Tele/Budd, Dies re fraudulent conveyance case (.5); tele/PVNL re same (.2); memo circulating NYTimes article (.3); read article (.5). |
| 07/10/01 | PVL | 500.00 | 20 | Review misc. filings and correspondence (.2) |

3 -

| 07/10/01 | JWD | 365.00 | 2.30 | Review filings, weekly calendar; conference with PVNL re status |
|---|---|---|---|---|
| 07/10/01 | KNB | 265.00 | 5.60 | Draft opposition to bar date motion |
| 07/10/01 | EI | 630.00 | .50 | Tele/Speights (.3); tele/Budd (.2); all re fraudulent conveyance case. |
| 07/11/01 | PVL | 500.00 | 30 | Telephone conference with EI (.1), conference with EI (.1), review misc. filing and correspondence (.1) |
| 07/11/01 | EJS | 125.00 | 50 | Duplicated and distributed recently received court documents. |
| 07/11/01 | JWD | 365.00 | 2.10 | Draft weekly status reports |
| 07/11/01 | BAN | 145.00 | 1.70 | Discussing issues and getting assignment from KNB (.7); analyzing problem and printing cases (1.0). |
| 07/12/01 | EJS | 125.00 | 1.00 | Reviewed, duplicated and distributed recently received court documents. |
| 07/12/01 | JWD | 365.00 | 40 | Conference with PVNL re comments on weekly reports |
| 07/16/01 | PVL | 500.00 | 50 | Review miscellaneous filings, correspondence and e-mail (.4); conference with JWD regarding status (.1). |
| 07/16/01 | EJS | 125.00 | 1.00 | Reviewed, duplicated and distributed recently received court documents. |
| 07/16/01 | JWD | 365.00 | 2.20 | Review filings for status reports |
| 07/16/01 | BAN | 145.00 | 7.20 | Research for brief. |
| 07/17/01 | PVL | 500.00 | 20 | Review miscellaneous correspondence (.1); telephone conference with EI (.1). |
| 07/17/01 | EI | 630.00 | .40 | Tele/Baena re fraudulent conveyance litigation (.2); tele/PVNL re same and hearing (.2). |

4 -

| 07/18/01 | PVL | 500.00 | 2.20 | Review miscellaneous filings (.2); review agenda letter (.2); telephone call from Zaleski regarding 7/19 hearing (.2); prepare for 7/19 hearing (1.6). |
|---|---|---|---|---|
| 07/18/01 | JWD | 365.00 | 1.10 | Prepare weekly status reports |
| 07/19/01 | PVL | 500.00 | .50 | Conference with Zaleski re: pending matters (.5) |
| 07/19/01 | EJS | 125.00 | .50 | Updated players list with information from PVNL. |
| 07/20/01 | PVL | 500.00 | .40 | Review misc. filings and correspondence (.1), telephone conference with Baena (.3) |
| 07/23/01 | PVL | 500.00 | 50 | Telephone conference with Zaleski (.4), review misc. filings (.1) |
| 07/23/01 | EJS | 125.00 | 50 | Updated EI files. |
| 07/23/01 | JWD | 365.00 | 1.80 | Review filings for previous week |
| 07/24/01 | EJS | 125.00 | 50 | Retrieved, duplicated and sent L. Tersigni various court documents including Orders. |
| 07/24/01 | JWD | 365.00 | 1.80 | Prepare weekly status reports |
| 07/25/01 | PVL | 500.00 | 90 | Review JWD status memo (.2), conferences with JWD re: same (.4), telephone conference with Zaleski re: status (.1), review draft calendar (.1), review report to comm. (.1) |
| 07/26/01 | PVL | 500.00 | 50 | Telephone conference with Pasquale re: pending matters (.5) |
| 07/26/01 | JWD | 365.00 | 2.50 | Draft memo to Committee from EI re status of case; confer with PVNL re same |
| 07/27/01 | PVL | 500.00 | 1.00 | Telephone conference with EI et al re: status (.4), telephone conference with Baena re: status (.3), telephone |

5 -

| | | | | conference with Davis re: status (.1), email Zaleski (.1), telephone conference with LeClair (.1) |
|---|---|---|---|---|
| 07/27/01 | RCT | 265.00 | .20 | Review status memo re: upcoming tasks. |
| 07/27/01 | JWD | 365.00 | .50 | Conference call with PVNL, TWS, NDF, EI re status of case, assignments |
| 07/27/01 | TWS | 360.00 | .40 | Conf call with EI, PVNL, JWD re status and developments |
| 07/30/01 | PVL | 500.00 | 30 | Review misc. filings (.3) |
| 07/31/01 | PVL | 500.00 | 10 | Review Zaleski memo and telephone conference with Zaleski re: memo (.1) |

**Total Task Code .04        65.20**


**Employee Benefits/Pensions (.20 Hours; $ 100.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 20 | $500 | 100.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/11/01 | PVL | 500.00 | 20 | Review obj. re: indemnity motion (.1) telephone conference with Zaleski re: same (.1) |

**Total Task Code .06        .20**

## Fee/Employment Applications (5.50 Hours; $ 1,107.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.00 | $265 | 795.00 |
| Elyssa J. Strug | 2.50 | $125 | 312.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/02/01 | RCT | 265.00 | 1.00 | Set up procedures for fee applications (.7); conference TB re: same (.2); conference ES re: same (.1). |
| 07/10/01 | RCT | 265.00 | 50 | Review time for June. |
| 07/17/01 | RCT | 265.00 | 50 | Review final time allocations for fee application. |
| 07/24/01 | RCT | 265.00 | 1.00 | Review and edit fee application (.8); conference ES re: same(.2) |
| 07/24/01 | EJS | 125.00 | 2.00 | Prepared quarterly fee application (proofing, editing, assembling, duplicating). |
| 07/25/01 | EJS | 125.00 | 50 | Corrected Exhibit C and part of Exhibit A to fee application. |

**Total Task Code .07    5.50**

## Litigation (159.00 Hours; $ 53,316.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 21.30 | $500 | 10,650.00 |
| Julie W. Davis | 71.00 | $365 | 25,915.00 |
| Trevor W. Swett | 7.70 | $360 | 2,772.00 |
| Kimberly N. Brown | 45.20 | $265 | 11,978.00 |
| Bree A. Nicolai | 13.80 | $145 | 2,001.00 |

| Trans<br>Date | Empl<br>Init | Bill<br>Rate | Billing<br>Hours | Full Narrative |
|---|---|---|---|---|
| | | 500.00 | 20 | Review suppl. response re: section 105 motion (.2) |
| 07/02/01 | PVL | 500.00 | 1.00 | Conference with KNB re: bar date motion (.3), telephone conference with Zaleski re: same (.2), conference with JWD re: same (.3), review PD comm. motion re: doc retention (.2) |
| 07/02/01 | ΓWS | 360.00 | .20 | Update KNB re status of pending litigation matters. |
| 07/02/01 | TWS | 360.00 | .20 | Review motion to modify injunction |
| 07/03/01 | PVL | 500.00 | .80 | Telephone conferences with Peterson re: POC issues (.6), telephone conference with Zaleski re: same (.2) |
| 07/03/01 | JWD | 365.00 | 1.90 | Conference call re Debtors motion re POC form/bar date; selection of counsel for fraudulent conveyance suits |
| 07/03/01 | TWS | 360.00 | 1.00 | Conf call with Committee re bar date and proof of claim issues |
| 07/04/01 | JWD | 365.00 | 4.80 | Review motion papers for bar date, etc. |
| 07/05/01 | PVL | 500.00 | 2.00 | Telephone conference with Baena re: bar date motion etc. (1.0), conference with JWD re: same (.8), telephone conference with EI re: same (.2) |
| 07/05/01 | JWD | 365.00 | 5.10 | Review B&W materials re bar date, POC; draft letters to law firms re affidavits re POCs; conference with PVNL re same (4.8); conference with TWS re B&W materials (.3) |
| 07/06/01 | PVL | 500.00 | 5.30 | Conference with EI and TWS re: fr. conv. lit. (.3), conference with Budd and EI re: same (.2), interview with Cozen and O'Connor (1.0), Holland and Knight (1.0), Leif Cabraser (1.0), LeClair (1.0), conference with PD |

| | | | | Comm. Budd, Davis, EI and TWS re: counsel (.5), conference with TWS re: same (.3) |
|---|---|---|---|---|
| 07/06/01 | JWD | 365.00 | 3.20 | Telephone conference with M. Peterson re affidavit re POCs; draft portion of brief re same |
| 07/06/01 | TWS | 360.00 | 4.30 | Interviews of prospective counsel for fraudulent conveyance suit |
| 07/06/01 | TWS | 360.00 | .30 | Conf EI, PVNL re selection of counsel for fraudulent conveyance litigation |
| 07/08/01 | PVL | 500.00 | .20 | Review draft Blomstrom aff. (.2) |
| 07/08/01 | JWD | 365.00 | 5.20 | Research re POC/bar date issues |
| 07/09/01 | PVL | 500.00 | 80 | Telephone conference with Peterson re: bar date motion (.2), memo to KNB (.1), conference with KNB re: bar date response (.4), conference with TWS re: same (.1) |
| 07/09/01 | JWD | 365.00 | 5.50 | Conference with KNB re legal factual issues re bar date, POC (.9); legal research re same (2.5); telephone conference with T. Goldberg, M. Peterson, R. Budd re affidavits (2.1) |
| 07/10/01 | JWD | 365.00 | 90 | Conference with KNB re bar date brief; discuss legal issues |
| 07/10/01 | TWS | 360.00 | 50 | TC from S.Baena re scheduling; TC to PVNL re scheduling |
| 07/10/01 | TWS | 360.00 | .10 | Note from KNB re bar date issues; TC KNB re same |
| 07/11/01 | JWD | 365.00 | 2.30 | Conference with KNB re legal factual POC, bar date issues; telephone conference with M. Peterson, M. Zaleski re status of extension |
| 07/11/01 | KNB | 265.00 | 8.40 | Draft opposition to bar date motion; conference with JWD, Bruce summer associate and BN re: same |

- 9 -

| 07/12/01 | PVL | 500.00 | 30 | Review POC affs. (.2), review Peterson memo (.1) |
|---|---|---|---|---|
| 07/12/01 | PVL | 500.00 | .50 | Review Sealed Air response (.1), review NMC response (.1), review Grace response (.3) |
| 07/12/01 | JWD | 365.00 | 7.20 | Review M. Peterson affidavit, comments on Grace POC brief (1.3); draft section of brief dealing with these issues (2.8); revise, edit rest of brief (2.3); telephone conference with M. Peterson re same (.8) |
| 07/12/01 | KNB | 265.00 | 6.40 | Draft opposition to bar date motion; conference with BN re: same |
| 07/12/01 | BAN | 145.00 | 4.20 | Research for KNB for brief. |
| 07/13/01 | PVL | 500.00 | 1.20 | Conference with EI regarding case preparation (.2); telephone call from Baena regarding fr. conv. and bar date (.4); telephone call with TWS regarding 7/19 hearing (.2); review miscellaneous filings and correspondence fr. conv. and discovery (.4). |
| 07/13/01 | TWS | 360.00 | .40 | Read submissions responding to joint motion to prosecute fraudulent conveyance actions |
| 07/13/01 | TWS | 360.00 | 10 | TC M.Zaleski re debtor's motion for omnibus settlement procedure |
| 07/13/01 | BAN | 145.00 | 3.50 | Research for brief for KNB. |
| 07/14/01 | JWD | 365.00 | 4.50 | Review M. Peterson materials; draft affidavit |
| 07/15/01 | JWD | 365.00 | 5.50 | Revise, edit Peterson affidavit; revise, edit brief re bar date |
| 07/16/01 | PVL | 500.00 | .50 | Telephone call from EI (.1); review Zonolite and medical monitoring class objections to case management motion |

| | | | | |
|---|---|---|---|---|
| | | | | (.3); telephone call from Zaleski regarding hearing (.1). |
| 07/16/01 | KNB | 265.00 | 9.00 | Draft opposition to POC motion. |
| 07/17/01 | PVL | 500.00 | 3.40 | Telephone call from Baena regarding 7/19 hearing matters (1.4); telephone call from Zaleski regarding same (.5); conference with JWD regarding same (.2); review Vincent declarations and exhibits to case management objections of Zonolite and medical monitoring classes (1.3). |
| 07/17/01 | KNB | 265.00 | 8.40 | Draft opposition to POC motion. |
| 07/17/01 | BAN | 145.00 | 4.70 | Research and discussing findings w/KNB. |
| 07/18/01 | PVL | 500.00 | .40 | Telephone call from Running regarding POC issues (.3); telephone call from Peterson regarding same (.1). |
| 07/18/01 | KNB | 265.00 | 6.10 | Draft opposition to POC motion; conference with JWD regarding same. |
| 07/18/01 | TWS | 360.00 | .10 | Review recent correspondence and filings |
| 07/18/01 | BAN | 145.00 | 1.40 | Research and reviewing brief. |
| 07/19/01 | PVL | 500.00 | 4.70 | Prepare for hearing re: fr. conv. case (3.2), attend hearing re: same (.9), conferences with Zaleski and Campbell re: hearing (.6) |
| 07/19/01 | JWD | 365.00 | 4.90 | Conference with M. Peterson re affidavit; revise, edit same |
| 07/20/01 | JWD | 365.00 | 1.30 | Revise, edit POC brief |
| 07/20/01 | TWS | 360.00 | 20 | Attention to RCT legal memorandum on state law causes of action; TC RCT re same |
| 07/22/01 | JWD | 365.00 | 2.30 | Revise, edit POC brief |

- 11

| 07/24/01 | TWS | 360.00 | 30 | Review pending motions |
|---|---|---|---|---|
| 07/25/01 | JWD | 365.00 | 4.30 | Revise, edit POC brief |
| 07/26/01 | JWD | 365.00 | 1.90 | Revise, edit M. Peterson affidavit |
| 07/27/01 | JWD | 365.00 | 4.60 | Revise, edit POC brief |
| 07/30/01 | JWD | 365.00 | 3.30 | Revise, edit M. Peterson affidavit, POC brief; discuss with KNB |
| 07/30/01 | KNB | 265.00 | 4.40 | Conference with JWD re: opposition to bar date motion |
| 07/31/01 | JWD | 365.00 | 2.30 | Revise, edit brief; conference with KNB re same |
| 07/31/01 | KNB | 265.00 | 2.50 | Draft opposition to bar date brief; conference with JWD re: same |

**Total Task Code .10       159.00**


## Committee Meetings/Conferences (4.90 Hours; $ 2,357.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.00 | $630 | 1,260.00 |
| Peter V. Lockwood | 1.40 | $500 | 700.00 |
| Kimberly N.Brown | 1.50 | $265 | 397.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/03/01 | PVL | 500.00 | 1.40 | Telephone conference with Committee et al. (1.4) |
| 07/03/01 | KNB | 265.00 | .50 | Telephone conference with Comm. re: motion re: proof of claim form |
| 07/03/01 | EI | 630.00 | 1.00 | Committee conference call re bar date issue. |

- 12 -

| 07/05/01 | EI | 630.00 | .30 | Reviewed draft minutes and tele/Zaleski re same (.3). |
| 07/16/01 | EI | 630.00 | .70 | Memo to committee re futures rep (.5); tele/LeClair (.2). |

**Total Task Code .15**    **4.90**

- 13 -

## Travel (3.10 Hours; $ 635.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.10 | $250 | 275.00 |
| Trevor W. Swett | 2.00 | $180 | 360.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
|  |  |  | 2.00 | Travel to NY and return travel to DC re Committee Meeting |
| 07/19/01 | PVL | 250.00 | 1.10 | Travel to Wilmington, DE for hearing |

| **Total Task Code .16** |  |  | **3.10** |  |

## Docket Review & Control (50.90 Hours; $ 6,173.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .50 | $360 | 180.00 |
| Robert C. Spohn | 8.10 | $135 | 1,093.50 |
| Elyssa J. Strug | 3.50 | $125 | 437.50 |
| Heather M. Dowie | 22.50 | $115 | 2,587.50 |
| Stacie M. Evans | 16.30 | $115 | 1,874.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
|  |  |  | 1.00 | Updated Court Documents, Indexes & Files. |
| 07/16/01 | HMD | 115.00 | 2.50 | Updated Court Documents, Indexes & Files. |
| 07/17/01 | EJS | 125.00 | 50 | Updated EI and PVNL agenda. |
| 07/17/01 | EJS | 125.00 | .50 | Worked on EI hearing files. |
| 07/17/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |

| 07/18/01 | HMD | 115.00 | 1.50 | Updated Court Documents, Indexes & Files. |
| 07/20/01 | RCS | 135.00 | 1.30 | Review and organize documents received, update indices. |
| 07/24/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 07/24/01 | RCS | 135.00 | .40 | Gather documents required by attorney. |
| 07/24/01 | HMD | 115.00 | 3.00 | Updated Current New York City Office Bankruptcy Litigation Calendar. |
| 07/25/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 07/25/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 07/26/01 | RCS | 135.00 | .70 | Review and organize documents for filing. |
| 07/27/01 | HMD | 115.00 | 1.00 | Updated Court Documents, Indexes & Files. |
| 07/30/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 07/31/01 | RCS | 135.00 | .60 | Gather background documents used by attorney in preparation for filing of opposition to motion and organize for filing. |
| 07/31/01 | HMD | 115.00 | .50 | Updated Current New York City Bankruptcy Litigation Calendar. |
| 07/31/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 07/31/01 | SME | 115.00 | 3.20 | Analyze, arrange, and index various documents including pleadings, correspondence, and background research. |

**Total Task Code .17        50.90**

Other Charges:

| | |
|---|---|
| Long Distance Telephone - Equitrac In-House | 456.86 |
| NYO Long Distance Telephone | 11.50 |
| Long Distance Telephone – Chged Credit Card | 237.61 |
| Telecopier | 93.00 |
| Travel Expenses – Ground Transportation | 20.00 |
| Meals Related to Travel | 4.01 |
| Conference Meals | 9.55 |
| Postage | 5.88 |
| Air Freight & Express Mail | 77.40 |
| Database Research | 5,511.40 |
| Local Transportation – NY | 72.93 |
| Outside Local Deliveries | 8.01 |
| Duplicating | 964.05 |

Total:                                                    $ 7,472.20