# EXHIBIT B

# EXHIBIT B

## Case Administration (65.2 Hours; $ 20,092.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**

## Employee Benefits/Pensions (.2 Hours; $ 100.00)

Services rendered in this category pertain to the review and analysis of the Debtors' executive compensation and employee benefit plan.

**Total Task Code .06**        .2

## Fee/Employment Applications (5.5 Hours; $ 1,107.50)

Services rendered in this category pertain to the preparation and review of the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .07**

## Litigation (159.0 Hours: $ 53,316.00)

Services rendered in this category pertain to the litigation of adversary actions against Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .10**        159.0

## Committee Meetings/Conferences (4.9 Hours; $ 2,357.50)

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .15**        4.9

- 2 -

**Travel (3.1 Hours; $ 635.00)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .16**     3.1

**Docket Review & Control (50.9 Hours; $ 6,173.00)**

      Services rendered in this category pertain to organization and maintenance of the filing system, maintenance of the calendar for professionals in the case and for Asbestos Committee members; and docket review for main case and pending adversary proceedings.

**Total Task Code .17**     50.9