# EXHIBIT C

## **EXHIBIT C**

**Other Charges:**

| | |
|---|---:|
| Long Distance Telephone - Equitrac In-House | 456.86 |
| NYO Long Distance Telephone | 11.50 |
| Long Distance Telephone – Chged Credit Card | 237.61 |
| Telecopier | 93.00 |
| Travel Expenses – Ground Transportation | 20.00 |
| Meals Related to Travel | 4.01 |
| Conference Meals | 9.55 |
| Postage | 5.88 |
| Air Freight & Express Mail | 77.40 |
| Database Research | 5,511.40 |
| Local Transportation – NY | 72.93 |
| Outside Local Deliveries | 8.01 |
| Duplicating | 964.05 |
| Total: | $ 7,472.20 |

08/    01                                                        1 Control Report

Prebill 000001          age
Bill Attn To            ttn

Client 464_             race Asbestos Pe_
Primary Contact

Matter 00                                          Old Ref:                          04/16/01
Disbursements

Bill Cycle: 01  Style: it i_   Start: 04/16/01   Last Billed:   7/27/01   Trans Date Range: 01/01/50 to 07/31/01
Client Retainer Available:         .00    Committed to invoices       00   Remaining:          .00
Client Credits  Available:         .00    Committed to invoices       00   Remaining:          .00
Matter Retainer Available:         .00    Committed to invoices       00   Remaining:          .00
Matter Credits  Available:         .00    Committed to invoices       00   Remaining:          .00
Budget Fees              .00              Billed Fees         .00    Resp Empl: Elihu Inselbuch
Budget Exp               .00              Billed Exp       195.21    Bill Empl: Elihu Inselbuch
Budget Tot               .00              Total            195.21    Alt Empl:  Elihu Inselbuch

   JMMAR

                                                    A C T U A L----------    ----------B I L L I N G----------   Value At
Empl Init  Name                    T/E  Avg Rate   Hours        Amount     Avg Rate   Hours      Amount         Calc Rate
0020 PVL   Peter Van N. Lockwood   E                             48.11                            48.11
0096 KNB   Kimberly N. Brown       E                              9.55                             9.55
0120 EI    Elihu Inselbuch         E                             48.27                            48.27
0999 C&D   Caplin &. Drysdale      E                          7,366.27                         7,366.27
                  Total Fees:                          .00         .00         .00          .00          .00
                  Total Expenses:                              7,472.20                         7,472.20         .00
                  Total Fee+Exp:                       .00     7,472.20         .00         7,472.20             .00


DETAIL BY TIME/EXPENSE, EMPLOYEE

                                W/E  Trans.  Work                    ------------------B I L L I N G------------
     Trans Transaction Description   Code  Date  Empl    Rate  Hours  Amount  Rate  Hours   Amount    Cumulative
1195,280 Equitrac - Photocopy    E 54 07/01/01 0999 C&D           11.25                     11.25       11.25
         charges
1196,228 Long Distance-Equitrac  E 64 07/02/01 0999 C&D                                      5.94       17.19
         In-House
1196,512 Xeroxing                E 54 07/02/01 0999 C&D           90                         0.90       48.09
1196,513 Equitrac - Photocopy    E 54 07/02/01 0999 C&D           85                         3.85       71.94
         charges
1196,514 Equitrac - Photocopy    E 54 07/0_    999 C&_            40                                     7.34
         charges
1196,515 Equitrac - Photocopy
         charges
1196,516 Equitrac - Photocopy                  _99 C&D
         charges

```
08/13/2001                          Control Report                                    Page
09:27:58
```

Prebill 0(                                         lien                Matter: 000
                         W/E  Trans.  Work    A C T U A L          L L I N G---
    Trans  ansaction Description   Code  Date   Empl    Hours   Amount      Hours   Amount   Cumulative

| Trans | Transaction Description | W/E Code | Trans. Date | Work Empl | Actual Hours | Actual Amount | Billing Hours | Billing Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| 1196,517 | Equitrac - Photocopy charges | E 54 | 07/02/01 | 0999 C&D | | | | | |
| 1196,525 | Telecopier/Equitrac | E 62 | 07/02/01 | 0999 C&D | | 1.65 | | 1.65 | 175.14 |
| 1196,526 | Telecopier/Equitrac | E 62 | 07/02/01 | 0999 C&D | | 4.50 | | 4.50 | 179.64 |
| 1196,527 | Telecopier/Equitrac | E 62 | 07/02/01 | 0999 C&D | | 0.55 | | 0.55 | 200.19 |
| 1196,528 | Equitrac - Fax charges | E 62 | 07/02/01 | 0999 C&D | | .45 | | | 200.64 |
| 1196,021 | Federal Express delivery to M. Kennedy on 6/29 From Federal Express 002001 AUDIT * AP-0066,056:0004 Date: 07/03/01 | E 01 | 07/03/01 | 0999 C&D | | 5.03 | | | 205.67 |
| 1196,229 | Long Distance-Equitrac In-House | E 64 | 07/03/01 | 0999 C&D | | | | | |
| 1196,518 | Xeroxing | E 54 | 07/03/01 | 0999 C&D | | 4.10 | | 4.10 | 252.54 |
| 1196,519 | Equitrac - Photocopy charges | E 54 | 07/03/01 | 0999 C&D | | 4.20 | | 4.20 | 256.74 |
| 1196,520 | Xeroxing | E 54 | 07/03/01 | 0999 C&D | | 1.70 | | 1.70 | 268.44 |
| 1196,521 | Xeroxing | E 54 | 07/03/01 | 0999 C&D | | 4.10 | | 4.10 | 282.54 |
| 1196,529 | Equitrac - Fax charges | E 62 | 07/03/01 | 0999 C&D | | .45 | | .45 | 282.99 |
| 1196,230 | Long Distance-Equitrac In-House | E 64 | 07/05/01 | 0999 C&D | | 1.55 | | 1.55 | 284.54 |
| 1196,522 | Xeroxing | E 54 | 07/05/01 | 0999 C&D | | 5.85 | | 5.85 | 290.39 |
| 1196,530 | Telecopier/Equitrac | E 62 | 07/05/01 | 0999 C&D | | 2.25 | | 2.25 | 292.64 |
| 1196,523 | Xeroxing | E 54 | 07/06/01 | 0999 C&D | | 7.80 | | 7.80 | 300.44 |
| 1196,524 | Equitrac - Photocopy charges | E 54 | 07/06/01 | 0999 C&D | | | | 6.60 | 307.04 |
| 1197,344 | Equitrac - Long Distance | E 64 | 07/09/01 | 0999 C&D | | 99 | | 99 | 308.03 |
| 1197,450 | Equitrac - Photocopy charges | E 54 | 07/09/01 | 0999 C&D | | 45 | | 45 | 308.48 |
| 1197,451 | Equitrac - Photocopy charges | E 54 | 07/09/01 | 0999 C&D | | 0.95 | | 0.95 | 319.43 |
| 1197,452 | Xeroxing | E 54 | 07/09/01 | 0999 C&D | | 8.80 | | 8.80 | 348.23 |
| 1197,453 | Xeroxing | E 54 | 07/09/01 | 0999 C&D | | 7.65 | | 7.65 | 355.88 |
| 1197,454 | Equitrac - Photocopy charges | E 54 | 07/09/01 | 0999 C&D | | 2.85 | | 2.85 | 358.73 |
| 1197,455 | Equitrac - Photocopy charges | E 54 | 07/09/01 | 0999 C&D | | 1.35 | | 1.35 | |
| 1197,456 | Telecopier/Equitrac | E 62 | 07/09/01 | 0999 C&D | | 8.75 | | 8.75 | 378.83 |
| 1197,742 | Long Distance-Equitrac In-House | E 64 | 07/10/01 | 0999 C&D | | 2.45 | | 2.45 | 381.28 |
| 1197,833 | Equitrac - Photocopy charges | E 54 | 07/10/01 | 0999 C&D | | 50 | | 7.50 | 88.7( |
| 1197,834 | Equitrac - Photocopy charges | E 54 | 07/10/01 | 0999 C&D | | | | | 389.98 |
| 1197,835 | Xeroxing | E 54 | 07/10/01 | 0999 C&D | | 10 | | 10 | 407.08 |
| 1197,836 | Xeroxing | E 54 | 07/10/01 | 0999 C&D | | 30 | | 30 | 416.38 |
| 1197,837 | Xeroxing | E 54 | 07/10/01 | 0999 C&D | | 70 | | 70 | 419.08 |
| 1198,469 | Xeroxing | E 54 | 07/11/01 | 0999 C&D | | 30 | | | 428.38 |

**Prebill 000001**　Subpag　　　　　　　　　　　　　　　　　　'li(　　　　　　　　　　　er: 00(

| Trans | Transaction Description | I/E Code | Trans Date | Work Empl | Rate | ACTU Hours | Amount | ING-- Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|
| 1198,470 | Xeroxing | 54 | 07/11/01 | 0999 C&D | | | | | | |
| 1198,471 | Xeroxing | 54 | 07/11/01 | 0999 C&D | | | | | | |
| 1198,472 | Telecopier/Equitrac | 62 | 07/11/01 | 0999 C&D | | | | | | |
| 1198,645 | Petty Cash; Cab expense for PVNL in New York on 7/6 From Petty Cash 005317 AUDIT * AP-0066,250:0026 Date: 07/12/01 | 33 | 07/12/01 | 0020 PVL | | | | | | |
| 1198,646 | Petty Cash; Breakfast for PVNL in New York on 7/6 From Petty Cash 005317 AUDIT * AP-0066,250:0027 Date: 07/12/01 | | 2/01 | 0020 PVL | | | | | | |
| 1198,649 | Petty Cash; KNB lunch with JWD on 7/9 From Petty Cash 005317 AUDIT * AP-0066,250:0030 Date: 07/12/01 | | | | | | | | | |
| 1198,562 | Blue Maggie; Set up WEB site From Blue Maggie 003100 AUDIT * AP-0066,242:0003 Date: 07/12/01 | | | | | | | | | |
| 1198,556 | Velocity Express to G'town Law Library on 6/25 From Velocity Express 002986 AUDIT * AP-0066,205:0005 Date: 07/12/01 | 3 | 07/12/01 | 0999 C&D | | | 8.01 | | | |
| 1199,285 | Xeroxing | 54 | 07/12/01 | 0999 C&D | | 0 | | | 31.50 | 93.45 |
| 1199,286 | Equitrac - Photocopy charges | 54 | 07/12/01 | 0999 C&D | | 0 | | | | 96.15 |
| 1199,287 | Xeroxing | 54 | 07/12/01 | 0999 C&D | | 13.50 | | | 13.50 | 09.65 |
| 1199,288 | Xeroxing | 54 | 07/12/01 | 0999 C&D | | | | | 7.80 | 17.45 |
| 1199,711 | Blue Maggie; Set up WEB site From Blue Maggie 003100 AUDIT * AP-0066,242:0002 Date: 0From Blue Maggie 003100 AUDIT * AP-0066,242:0003 Date: 0 | 27 | 07/13/01 | 0120 EI | | 35 | | | 135.00 | 82.45 |
| 1199,149 | Long distance telephone call conference call on 5/1 charged on June 1, 2001 | | 07, 3/01 | 0999 | | 416 | | | 6.42 | 98.8' |

```
08/13/200:                         Control Report                                      Page
09:27:58
```

**Prebil: 000001**      page                                                      Matter: 000
                        W/E  Trar  Work          A C T U A L-          I L L I N G---
                        Code Dat   Empl          Hours                        Amount    Cumulati

| Item | Description | W/E Code | Tran Date | Work Empl | Actual Hours | Billing Amount | Cumulative |
|---|---|---|---|---|---|---|---|
| statement | | | | | | | |
| 1199,900 | Xeroxing | 54 | 07/13/01 | 0999 C&D | 7.50 | 7.50 | 036.37 |
| 1199,901 | Xeroxing | 54 | 07/13/01 | 0999 C&D | 1.30 | 1.30 | 057.67 |
| 1200,339 | Long Distance-Equitrac In-House | 64 | 07/16/01 | 0999 C&D | 2.55 | 2.55 | 060.22 |
| 1200,402 | Xeroxing | 54 | 07/16/01 | 0999 C&D | | 2.00 | 102.22 |
| 1200,403 | Equitrac - Photocopy charges | 54 | 07/16/01 | 0999 C&D | | .30 | 102.52 |
| 1200,404 | Xeroxing | 54 | 07/16/01 | 0999 C&D | 45 | 6.45 | 138.97 |
| 1200,405 | Equitrac - Photocopy charges | 54 | 07/16/01 | 0999 C&D | 90 | | 139.87 |
| 1200,406 | Xeroxing | 54 | 07/16/01 | 0999 C&D | 6.20 | 6.20 | 156.0' |
| 1200,407 | Equitrac - Photocopy charges | 54 | 07/16/01 | 0999 C&D | 1.80 | | 157.8' |
| 1200,408 | Equitrac - Photocopy charges | 54 | 07/16/01 | 0999 C&D | 90 | | 158. |
| 1200,409 | Telecopier/Equitrac | 62 | 07/16/01 | 0999 C&D | 6.60 | 6.60 | 165.37 |
| 1200,410 | Equitrac - Fax charges | 62 | 07/16/01 | 0999 C&D | .30 | .30 | 165.67 |
| 1200,622 | Long Distance-Equitrac In-House | 64 | 07/17/01 | 0999 C&D | 2.08 | 2.08 | 177.75 |
| 1200,689 | Equitrac - Photocopy charges | 54 | 07/17/01 | 0999 C&D | 30 | 30 | 178.05 |
| 1200,690 | Xeroxing | 54 | 07/17/01 | 0999 C&D | 6.20 | | 224.25 |
| 1200,691 | Equitrac - Photocopy charges | 54 | 07/17/01 | 0999 C&D | 5.25 | | 229.50 |
| 1200,692 | Xeroxing | 54 | 07/17/01 | 0999 C&D | 3.40 | 3.40 | 282.90 |
| 1200,693 | Equitrac - Fax charges | 62 | 07/17/01 | 0999 C&D | 4.25 | 4.25 | 297.15 |
| 1200,806 | Federal Express to Frederick Baron, Philip Milch, Joseph Rice, Mark Meyer, Michael Kelley from EI on 6/27 From Federal Express 002001 AUDIT * AP-0066,333:0005 Date: 07/18/01 | 01 | 07/18/01 | 0120 EI | 6.48 | 6.48 | 333.63 |
| 1200,865 | Equitrac - Long Distance | 64 | 07/18/01 | 0999 C&D | 17 | | 333.80 |
| 1200,934 | Equitrac - Photocopy charges | 54 | 07/18/01 | 0999 C&D | 65 | | 341.45 |
| 1200,935 | Xeroxing | 54 | 07/18/01 | 0999 C&D | 2.60 | 2.60 | 354.05 |
| 1200,936 | Xeroxing | 54 | 07/18/01 | 0999 C&D | 4.00 | 4.00 | 378.05 |
| 1201,359 | Xeroxing | 54 | 07/19/01 | 0999 C&D | 6.75 | 6.75 | 384.80 |
| 1201,360 | Xeroxing | 54 | 07/19/01 | 0999 C&D | 3.65 | 3.65 | 398.45 |
| 1201,361 | Equitrac - Photocopy charges | 54 | 07/19/01 | 0999 C&D | .90 | | 399.35 |
| 1201,362 | Equitrac - Fax charges | 62 | 07/19/01 | 0999 C&D | 60 | | 399.95 |
| 1201,724 | Equitrac - Long Distance | 64 | 07/20/01 | 0999 C&D | 05 | | 400.00 |
| 1201,826 | Equitrac - Photocopy charges | 54 | 07/20/01 | 0999 C&D | 75 | | 406.75 |

```
8/13/2001                          Prebill Control Report                                Page
9:27:58
```

**Prebill 000001**  Subpage                                                              Matter: 000

| Trans | Transaction Descript | W/E Code | Trans. Date | Work Empl | Rate | Hours | Amount | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|
| 1201,827 | Equitrac - Photocopy charges | E 54 | 07/20/01 | 0999 C&D | | | | | | |
| 1201,958 | NYO Long Distance Telephone charged on June 1, 2001 statement | E 65 | 07/23/01 | 0999 C&D | | | | | | |
| 1201,959 | NYO Long Distance Telephone charged on June 1, 2001 statement | E 65 | 07/23/01 | 0999 C&D | | | 4.57 | | | 1,420.35 |
| 1202,144 | Long Distance-Equitrac In-House | E 64 | 07/23/01 | 0999 C&D | | | 1.81 | | 1.81 | |
| 1202,233 | Xeroxing | E 54 | 07/23/01 | 0999 C&D | | | 12.15 | | 2.15 | 1,434.31 |
| 1202,234 | Equitrac - Fax charges | E 62 | 07/23/01 | 0999 C&D | | | .60 | | .60 | 1,434.91 |
| 1202,359 | Database Research - Lexis search on 7/10 by SME | E 50 | 07/24/01 | 0999 C&D | | | | | 3.97 | 1,438.88 |
| 1202,377 | Database Research - Westlaw search on 7/16 by KNB | E 50 | 07/24/01 | 0999 C&D | | | 011.18 | | | |
| 1202,378 | Database Research - Westlaw search on 7/10 by Evans | E 50 | 07/24/01 | 0999 C&D | | | 986.27 | | 986.27 | 4,436.33 |
| 1202,379 | Database Research - Westlaw search on 7/12, 7/15 by Nicolai | E 50 | 07/24/01 | 0999 C&D | | | | | | 534.47 |
| 1202,380 | Database Research - Westlaw search on 7/10 by SME/EM | E 50 | 07/24/01 | 0999 C&D | | | | | | |
| 1202,449 | Charge & Ride for Emily Eller to LI, Lynbrook on 6/27 From Charge & Ride Inc. 002821 AUDIT * AP-0066,428:0003  Date: 07/24/01 | E 38 | 07/24/01 | 0999 C&D | | | 72.93 | | 2.93 | 6,617.98 |
| 1202,744 | Xeroxing | E 54 | 07/24/01 | 0999 C&D | | | 48.90 | | 48.90 | 6,666.88 |
| 1203,453 | Equitrac - Photocopy charges | E 54 | 07/25/01 | 0999 C&D | | | 5.55 | | 5.55 | 6,672.43 |
| 1203,454 | Equitrac - Photocopy charges | E 54 | 07/25/01 | 0999 C&D | | | | | 8.85 | 6,681.28 |
| 1203,577 | Federal Express to Matthew Zaleski from EI on 7/24 From Federal Express 002001 AUDIT * AP-0066,530:0005  Date: 07/26/01 | E 01 | 07/26/01 | 0120 EI | | | 11.79 | | 11.79 | 6,693.07 |
| 1203,631 | Long Distance-Equitrac In-House | E 64 | 07/26/01 | 0999 C&D | | | | | 74 | 6,696.81 |
| 1203,712 | Xeroxing | E 54 | 07/26/01 | 0999 C&D | | | 15.90 | | 5.90 | 6,712.71 |
| 1204,291 | Long Distance-Equitrac In-House | E 64 | 07/27/01 | 0999 C&D | | | 6.06 | | 6.06 | 6,718.77 |
| 1206,268 | Equitrac - Photocopy charges | E 54 | 07/27/01 | 0999 C&D | | | 7.25 | | 7.25 | |
| 1206,270 | Telecopier/Equitrac | E 62 | 07/27/01 | 0999 C&D | | | | | 0.65 | |

```
08/13/2001                              Prebil Control Report                                  Page 6
09:27:58
```

**Prebill**

| Trans | Transaction Descript | W/E Trans. Work<br>Code Date Empl | Rate | ACT AL<br>Hours | Client<br>Amount | Matter: 00(<br>ILLING-<br>Amount | umulative |
|---|---|---|---|---|---|---|---|
| 1206,271 | Telecopier/Equitrac | E 62 07/27/01 0999 C&D | | | 2.40 | 2.40 | 6,749. |
| 1204,415 | Federal Express to Scott Baena from PVNL on 7/24 From Federal Express 002001 AUDIT * AP-0066,561:0005 Date: 07/30/01 | E 01 07/30/01 0020 PVL | | | 24.10 | 24.10 | 6.773. |
| 1204,230 | Database Research - Lexis search on 7/16, 7/17 by Nicolai | 0999 C&D | | | | 175.55 | |
| 1204,244 | Database Research - Westlaw search on 7/17 by KNB | 50 07/30/0: 0999 C&D | | | 15.57 | 15.57 | 6,964.29 |
| 1204,245 | Database Research - Westlaw search on 7/17, 7/18 by Nicolai | | | | | 4 | 7,174.43 |
| 1205,006 | Equitrac - Long Distance | 64 07/30/01 0999 C&D | | | .28 | .28 | 7,174.71 |
| 1206,269 | Xeroxing | 54 07/30/01 0999 C&D | | | 22.50 | 22.50 | 7,197.21 |
| 1205,671 | Xeroxing | 54 07/31/01 0999 C&D | | | 31.50 | 31.50 | 7,228.71 |
| 1206,099 | Postage | 56 07/31/01 0999 C&D | | | 5.88 | 5.88 | 7,234.59 |
| 1207,005 | Long Distance Charges-Credit Cards charged on July 1, 2001 statement - conference call | 52 07/31/01 0999 C&D | | | 229.69 | 229.69 | 7,464.28 |
| 1207,006 | Long Distance Charges-Credit Cards charged on July 1, 2001 statement | 52 07/  01 0999 C&D | | | | | |
| | Total Expense | | | | | 2.20 | |
| | Matter Total Fee | | | | .00 | 00 .00 | |
| | Matter Total Exp | | | | 472.20 | 00 472.20 | |
| | Matter Total | | | | 472.20 | 472.20 | |