# EXHIBIT D

## EXHIBIT D

### CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W. R. GRACE & CO., ET AL. FOR THE PERIOD JULY 1, 2001 THROUGH JULY 31, 2001

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid ( | Amount of Expenses Paid | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| July, 2001 | $100,755.00 | $ 8,195.21 | | $ | $ | $ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | | | |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours For The Period 7/1/01 –7/31/01 | Total Hours From The Petition Date | Total Fees For The Period 7/1/01 – 7/31/01 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | .0 | $ .00 | $ .00 |
| Asset Disposition | .0 | .0 | $ .00 | $ .00 |
| Business Operations | .0 | .0 | $ .00 | $ .00 |
| Case Administration | 65.2 | | $ 20,092.00 | $ 50,809.50 |
| Claims Administration & Objections | .0 | | $ .00 | $ 2,440.00 |
| Employee Benefits/Pensions | .2 | 4.8 | $ 100.00 | $ 2,400.00 |
| Fee/Employment Applications | 5.5 | 26.6 | $ 1,107.50 | $ 7,170.00 |
| Fee/Employment Objections | .0 | .0 | $ .00 | $ .00 |
| Financing | .0 | .0 | $ .00 | $ .00 |
| Litigation | 159.0 | 221.6 | $ 53,316.00 | $ 80,513.50 |
| Plan and Disclosure Statement | .0 | .0 | $ .00 | $ .00 |
| Relief from Stay Proceedings | .0 | .3 | $ .00 | $ 150.00 |
| Tax Issues | .0 | 4.3 | $ .00 | $ 1,569.50 |
| Valuation | .0 | .0 | $ .00 | $ .00 |
| Committee Meetings/ Conferences | 4.9 | 37.8 | $ 2,357.50 | $ 20,232.50 |
| Travel | 3.1 | 16.8 | $ 635.00 | $ 4,060.00 |
| Docket Review & Control | 50.9 | 125.4 | $ 6,173.00 | $ 15,191.00 |
| **TOTAL** | **288.8** | **588.4** | **$ 83,781.00** | **$ 184,536.00** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 7/1/01 – 7/31/01 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 5,511.40 | $ 5,511.40 |
| Air Freight & Express Mail | 77.40 | 622.35 |
| Outside Local Deliveries | 8.01 | 8.01 |
| Filing Fees | .00 | .00 |
| Charge of Cell Phone and or Home Phone | .00 | .00 |
| Outside Fax Service | .00 | .00 |
| Conference Meals | 9.55 | 241.44 |
| Outside Photocopy Service | .00 | 31.09 |
| Miscellaneous Client Advances | .00 | 445.57 |
| Air & Train Transportation | .00 | 3,997.75 |
| Meals Related to Travel | 4.01 | 55.49 |
| Travel Expenses – Hotel Charges | .00 | 160.92 |
| Travel Expenses – Ground Transportation | 20.00 | 159.00 |
| Travel Expenses – Miscellaneous | .00 | .00 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | .00 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | .00 |
| Local Transportation - DC | .00 | .00 |
| Local Transportation – NY | 72.93 | 72.93 |
| Xeroxing | 964.05 | 3,271.65 |
| Postage | 5.88 | 56.10 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | .00 |
| Telecopier | 93.00 | 244.65 |
| Use of Personal Cell/Home Phone | .00 | 24.13 |
| Long Distance –Credit Card | 237.61 | 237.61 |
| Long Distance Telephone - DC | 456.86 | 514.30 |
| NYO Long Distance Telephone | 11.50 | 13.02 |
| TOTAL | $ 7,472.20 | $ 15,667.41 |