IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## **CERTIFICATE OF NO OBJECTION (DOCKET NO. 787)**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Application for Order Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Kramer Levin Naftalis & Frankel LLP as Counsel to Official Committee of Equity Holders (the "Application") filed on August 7, 2001. The undersigned further certifies that she has reviewed the Court's docket in this case and no formal answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on August 22, 2001.

However, the Debtors and the Official Committee of Unsecured Creditors requested that language regarding reasonableness of fees be added to the Order. The proposed language was added to the Order as reflected in the blackline attached hereto.

WLM 21423.1

It is hereby respectfully requested that the revised Order attached hereto be entered at the earliest convenience of the Court.

                KLETT ROONEY LIEBER & SCHORLING
                A Professional Corporation

By: _____
                Teresa K.D. Currier (No. 3080)
                Kathleen P. Makowski (No. 3648)
                The Brandywine Building
                1000 West Street, Suite 1410
                Wilmington, DE 19801
                (302) 552-4200

                -and-

                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                Philip Bentley, Esquire
                Robert T. Schmidt, Esquire
                919 Third Avenue
                New York, NY 10022
                (212) 715-9100

                Proposed Counsel to Official Committee of Equity Holders

Dated: August 23, 2001

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ORDER PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 AUTHORIZING RETENTION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL TO <u>OFFICIAL COMMITTEE OF EQUITY HOLDERS</u>

Upon the Application (the "Application") for an order pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving the retention of Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") as Counsel to the Official Committee of Equity Holders (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"); and upon the Affidavit of Thomas Moers Mayer, sworn to on August 1, 2001 in support of the Application (the "Affidavit"); and due and sufficient notice of the Application having been given; and the Court being satisfied, based upon the representations made in the Application and the Affidavit that (i) Kramer Levin represents no interest adverse to any of the estates of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") with respect to matters for which they are to be retained, (ii) Kramer Levin is a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code, and (iii) the employment of Kramer Levin is necessary and would be in the best interest of the Committee and these estates; and after due deliberation, and sufficient cause appearing therefor, it is hereby

ORDERED that, the Application is granted; and it is further

KL2:2114038.2

ORDERED that, in accordance with sections 328 and 1103 of the Bankruptcy Code, the Committee is authorized and empowered to retain the firm of Kramer Levin as its counsel effective as of July 18, 2001, to perform all of the services described in the Application; and it is further

ORDERED that, Kramer Levin shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may be then applicable, from time to time, and such procedures as fixed by order of this Court; and it is further

<u>ORDERED that, notwithstanding anything to the contrary herein or in the Application or the Affidavit, such compensation shall be subject to the approval of the Court under a reasonableness standard upon proper application by Kramer Levin in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable order of this Court.</u>

Dated: Wilmington, Delaware
       August ___, 2001

                                                                                         United States District Court Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER PURSUANT TO SECTIONS 328 AND 1103 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 2014
AUTHORIZING RETENTION OF KRAMER LEVIN
NAFTALIS & FRANKEL LLP AS COUNSEL TO
<u>OFFICIAL COMMITTEE OF EQUITY HOLDERS</u>**

Upon the Application (the "Application") for an order pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving the retention of Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") as Counsel to the Official Committee of Equity Holders (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"); and upon the Affidavit of Thomas Moers Mayer, sworn to on August 1, 2001 in support of the Application (the "Affidavit"); and due and sufficient notice of the Application having been given; and the Court being satisfied, based upon the representations made in the Application and the Affidavit that (i) Kramer Levin represents no interest adverse to any of the estates of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") with respect to matters for which they are to be retained, (ii) Kramer Levin is a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code, and (iii) the employment of Kramer Levin is necessary and would be in the best interest of the Committee and these estates; and after due deliberation, and sufficient cause appearing therefor, it is hereby

ORDERED that, the Application is granted; and it is further

KL2:2114038.2

- 2 -

ORDERED that, in accordance with sections 328 and 1103 of the Bankruptcy Code, the Committee is authorized and empowered to retain the firm of Kramer Levin as its counsel effective as of July 18, 2001, to perform all of the services described in the Application; and it is further

ORDERED that, Kramer Levin shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may be then applicable, from time to time, and such procedures as fixed by order of this Court; and it is further

ORDERED that, notwithstanding anything to the contrary herein or in the Application or the Affidavit, such compensation shall be subject to the approval of the Court under a reasonableness standard upon proper application by Kramer Levin in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable order of this Court.

Dated: Wilmington, Delaware
       August ___, 2001

_____
United States District Court Judge

KRLSWIL:21406v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### AFFIDAVIT OF MARYANN M. ZICKGRAF

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

    I, Maryann M. Zickgraf, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

### CERTIFICATE OF NO OBJECTION (DOCKET NO. 787)

was made on the following parties on the attached list by Hand Delivery (City of Wilmington addresses only) and First Class Mail.

                    _/s/ Maryann M. Zickgraf_
                    Maryann M. Zickgraf

SWORN AND SUBSCRIBED before me this 23rd day of August, 2001.

_____
NOTARY

[Notary Seal: DEBRA L. HANBY, COMMISSION EXPIRES APR. 17, 2002, NOTARY PUBLIC, STATE OF DELAWARE]

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Delta Chemicals
c/o John Besson
P.O. Box 73054
Baltimore, MD 21273-0054

Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800

Derrick Tay, Esquire
Meighen Demers
Ste. 1100, Box 11, Merrill Lynch Canada Tower, Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501

Ingersoll-Rand Fluid Products
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC 28275-1229

BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC 28275

PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Valeron Strength Films
c/o Ron Luce
75 Remittance Dr, Suite 3068
Chicago, IL 60675

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Union Carbide Corp
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210

Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Radian International
c/o Mary Harris
P.O. Box 844130
Dallas, TX 75284-4130

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL 60515

David W. Baddley, Esquire
Greenberg & Traurig PA
515 East Las Olas Blvd, Suite 1500
Fort Lauderdale, FL 33301
**Mars Music (Landlord)**

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Credit Department
Huntsman Corporation
P.O. Box 22707
Houston, TX 77227-7707

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002
**(Huntsman Corporation)**

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, CA 90067

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Nancy Woth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
   **(Proposed Asbestos Bodily Injury Claimants Committee)**

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042

Thomas J. Matz, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
   **Snack, Inc.**

The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017

Thomas Moers Mayer, Esquire
Robert T. Schmidt, Esquire
Amy Caton, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
   **Proposed Counsel to Official Committee of Equity Security Holders**

Lewis Kruger, Esquire
Robert Raskin, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
    **(Official Committee of Unsecured Creditors)**

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274

William S. Katchen, Esquire
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102
    **(Official Committee of Unsecured Creditors)**

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Mark Kenney, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101
    **(Certain Underwriters at Lloyd's of London)**

Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101

## W.R. GRACE - 2002

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W..
Washington, DC 20020

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, DC 20005-4026

Philip J. Ward, Esquire
Victoria Radd Rollins, Esquire
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
    **(Certain Underwriters at Lloyd's of London)**

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801


William P. Bowden, Esquire
Christopher S. Sontchi, Esquire
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899
	**(Official Committee)**

Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705


William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19081
	**(Official Committee of Unsecured Creditors)**

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899


Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Murphy Spadaro & Landon
824 N. Market Street
Wilmington, DE 19899-8989
	**(Certain Underwriters at Lloyd's of London)**

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367
	**Snack, Inc.**