FILED

'01 JUL 31 PM 4:35

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Richard B. Specter, SBN 114090
Mark M. Monachino, SBN 145090
CORBETT & STEELMAN
A Professional Law Corporation
18200 Von Karman Avenue  Suite 200
Irvine, California 92612-1086
(949) 553-9266

Attorneys for WILLIAM C. BAKER, EBER E. JAQUES, BRADFORD H. MILLER, MONTGOMERY R. FISHER, SHARON R. ORMSBEE, MARILYN REA and THE FISHER TRUST

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. Grace & Co.-Conn.,<br><br>Debtor, | CASE NO. 01-1140 (JJF)<br><br>**REQUEST FOR SPECIAL NOTICE**<br>[Bankruptcy Rule 2002, 3017 and 90007] |
| In re:<br><br>Creative Food 'N Fun Company,<br><br>Debtor, | CASE NO. 01-1149 (JJF) |
| In re:<br><br>Del Taco Restaurants, Inc.,<br><br>Debtor, | CASE NO. 01-1151 (JJF) |

Pursuant to Bankruptcy Rules 2002, 3017 and 9007, Corbett & Steelman on behalf of William C. Baker, Eber E. Jaques, Bradford H. Miller, Montgomery R. Fisher, Sharon R. Ormsbee, Marilyn Rea and the Fisher Trust, creditors and parties in interest in the above-captioned Chapter 11 cases, require that special notice of all matters which may come before the Court be given as follows:

///

///

-1-

William C. Baker, et al.
c/o Richard B. Specter, Esquire
CORBETT & STEELMAN
18200 Von Karman Ave., Suite 200
Irvine, CA 92612-1086

The foregoing request includes the notices, papers and disclosure statements referred to in Bankruptcy Rules 2002, 3017 and 9007, and also includes without limitation, notice of any hearings, motions, application, complaints, demands, petitions, pleadings or other requests, sales of real or personal property, orders, judgments, plans and any other documents or matters brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, courier, telephone, telegraph, telecopier, telex, electronically or otherwise.

DATED: July 18, 2001

CORBETT & STEELMAN

By: _____
Richard B. Specter
Attorneys for WILLIAM C. BAKER,
EBER E. JAQUES, BRADFORD H.
MILLER, MONTGOMERY R. FISHER,
SHARON R. ORMSBEE, MARILYN
REA and THE FISHER TRUST

-2-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am a citizen of the United States, over the age of 18 years, employed in the County of Orange in the office of a member of the Bar of the Court, at whose direction such service was made. I am not a party to the within action. My business address is 18200 Von Karman Avenue, Suite 200, Irvine, California 92612-1086.

On July 25, 2001, I served the foregoing document(s) described as **REQUEST FOR SPECIAL NOTICE**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| James H.M. Sprayregen, Esq.<br>James W. Kapp, III, Esq.<br>Samuel A. Schwartz, Esq.<br>Roger J. Higgins, Esq.<br>KIRKLAND & ELLIS<br>200 East Randolph Drive<br>Chicago, IL  60601 | Attorneys for Debtors |

Laura Davis Jones, Esq.
Hamid R. Rafatjoo, Esq.
David W. Carickhoff, Jr., Esq.
PACHULSKI, STANG, ZIEHL,
  YOUNG & JONES, P.C.
919 North Market St., 16th Floor
P. O. Box 8705
Wilmington, DE  19899-8705  (Courier 19801)

Jeffrey Spitz, Esquire
GREENBERG, GLUSKER, FIELDS,
  CLAMAN & MACHTINGER, LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA  90067-4590

√√ **BY MAIL:**

___ I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Irvine, California.

√√ I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing in affidavit.

___ **BY FACSIMILE:**

___ A copy was transmitted via facsimile, { } followed with copy by mail.

___ **BY FEDERAL EXPRESS:**

___ As follows: I am "readily familiar" with the Firm's practice of collection and processing correspondence for overnight delivery by Federal Express. Such correspondence will be deposited with a facility regularly

maintained by Federal Express for receipt on the same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 25, 2001, at Irvine, California.

*Patricia F. Hannen* (signature)

Patricia F. Hannen