IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 24th day of August 2001, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF MOTION OF THE DEBTORS FOR AN ORDER MODIFYING THE AUTOMATIC STAY;**

**MOTION OF THE DEBTORS FOR AN ORDER MODIFYING THE AUTOMATIC STAY; and**

**[PROPOSED] ORDER GRANTING THE DEBTORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE THE ENVIRONMENTAL REMEDIATION ACTION.**

/s/ David W. Carickhoff, Jr.
David W. Carickhoff, Jr. (3715)
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
302-652-4100

91100-001\DOCS_DE:29031.1