Grace Fee Application Service List
Case Number:  01-1139 (JJF)
Document Number:  23451
04 – Hand Delivery
08 – Federal Express


(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Federal Express*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*Federal Express*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center
Suite 950 West
Philadelphia, PA  19106

*Federal Express*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*Federal Express*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

*Federal Express*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*Federal Express*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131

*Federal Express*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*Federal Express*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

*Federal Express*
(Counsel to Official Committee of Equity
Holders)
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Grace Fee Application Service List
Case Number:  01-1139 (JJF)
Document Number:  23451
May 30, 2001
04 – Hand Delivery
08 – Federal Express

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE  19899

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Federal Express
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Federal Express
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel to Official Committee of Unsecured
Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Federal Express
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center
Suite 950 West
Philadelphia, PA  19106

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Federal Express
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Federal Express
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Federal Express
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Federal Express
(Counsel to Official Committee of Equity
Holders)
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Federal Express
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod
LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131

(DWC) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Federal Express
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

(DWC) 91100.001