IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | : Case No. 01-01139 (JJF) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : |
| | : |

SECOND APPLICATION OF THE BLACKSTONE GROUP
L.P. AS FINANCIAL ADVISOR TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR ALLOWANCE OF
COMPENSATION FOR ACTUAL AND NECESSARY SERVICES
RENDERED AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED
(FOR THE PERIOD JULY 1, 2001 THROUGH JULY 31, 2001)

## SUMMARY SHEET

Name of Applicant:                           THE BLACKSTONE GROUP L.P.

Authorized to Provide
Professional Services to:                    Debtors

Date of Retention Order:                     June 22, 2001, effective April 2, 2001

Period for which
Compensation and
reimbursement is sought:                     July 1, 2001 – July 31, 2001

Amount of compensation
sought as actual,                            Total               Less Holdback (@20%)
reasonable and necessary:                    $175,000.00         $35,000.00

Amount of reimbursement of
expenses sought as actual,
reasonable and necessary:                    $3,504.53

This is a _x_ monthly __ interim ____ final application

Summary Table

| Fee Application, Filing Date | Total Fees Requested | Amount of Holdback (20%) | Net Fees Requested | Total Expenses Requested | Objection Received/Deadline |
|---|---|---|---|---|---|
| First 4/2/2001 - 4/30/2001, 7/30/2001 | $169,166.67 | $33,833.33 | $135,333.33 | $0 | None |
| First 5/1/2001 - 5/31/2001, 7/30/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $984.00 | None |
| First 6/1/2001 – 6/30/2001, 7/30/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $6,679.95 | None |
| Second 7/1/2001 – 7/31/2001, 8/27/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $3,504.53 | 09/16/2001 |
| **TOTAL** | $694,166.67 | $138,833.33 | $555,333.33 | $11,168.48 | |