EXHIBIT A

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR W.R. GRACE AND CO.
## JULY 1, 2001 - JULY 31, 2001

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 82.0 |
| Richard Shinder | Vice President | 67.5 |
| David Blechman | Associate | 134.0 |
| Michael Alexander | Analyst | 71.0 |
| | | **354.5** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
JULY 1, 2001 - JULY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 07/01/01 | 2.0 | Review compensation program and prepare analysis |
| Pamela Zilly | 07/01/01 | 1.5 | Draft memo re: EV program |
| Pamela Zilly | 07/02/01 | 1.0 | Call with R. Shinder, D. Blechman re: compensation analysis |
| Pamela Zilly | 07/02/01 | 0.5 | Call with M. Piergrossi re: compensation analysis' |
| Pamela Zilly | 07/03/01 | 1.0 | Call with R. Shinder, D. Blechman re: compensation analysis |
| Pamela Zilly | 07/03/01 | 1.5 | Reviewed prepared analysis re: compensation programs |
| Pamela Zilly | 07/03/01 | 0.5 | Call with M. Piergrossi re: compensation programs |
| Pamela Zilly | 07/03/01 | 0.5 | Call with D. Blechman, Policano & Manzo re: due diligence requests |
| Pamela Zilly | 07/06/01 | 0.5 | Call with R. Shinder, D. Blechman, M. Piergrossi re: compensation programs |
| Pamela Zilly | 07/09/01 | 2.0 | Review Memorandum in support of bar date, notice program exhibits |
| Pamela Zilly | 07/09/01 | 0.5 | Calls with creditors re: NYTimes story |
| Pamela Zilly | 07/09/01 | 1.0 | Call with R. Shinder, D. Blechman, K. Coghlan, et al re: Project Chi |
| Pamela Zilly | 07/09/01 | 0.5 | Call with F. Gilbert re: Creditor calls |
| Pamela Zilly | 07/09/01 | 0.5 | Call with K. Coghlan re: creditor calls |
| Pamela Zilly | 07/09/01 | 0.5 | Follow-up call with K. Coghlan re: CHI process |
| Pamela Zilly | 07/09/01 | 1.0 | Meeting with R. Shinder, D. Blechman re: Business Plan |
| Pamela Zilly | 07/10/01 | 1.0 | Restructuring working group call re: legal motions |
| Pamela Zilly | 07/10/01 | 1.5 | Read filed version of bar date notice and program |
| Pamela Zilly | 07/10/01 | 1.5 | Read and provide comments on draft Business Plan sections |
| Pamela Zilly | 07/10/01 | 0.5 | Discussions with K. Coghlan, T. Dondero re: CHI process |
| Pamela Zilly | 07/11/01 | 1.0 | Read May 2001 Trustee MOR |
| Pamela Zilly | 07/11/01 | 0.5 | Read ACC motion re: Document repository |
| Pamela Zilly | 07/11/01 | 1.0 | Read documents re: CHI |
| Pamela Zilly | 07/12/01 | 1.0 | Discussions with K. Coghlan re: CHI presentation |
| Pamela Zilly | 07/12/01 | 1.0 | Work on Chi presentation |
| Pamela Zilly | 07/13/01 | 0.5 | Provide comments on Peter press release |
| Pamela Zilly | 07/13/01 | 1.0 | Review detailed backup to compensation programs |
| Pamela Zilly | 07/17/01 | 1.0 | Meeting with D. Blechman re: compensation analysis - required information |
| Pamela Zilly | 07/17/01 | 0.5 | Read Debtors' opposition motion to prosecution of fraudulent transfer claims |
| Pamela Zilly | 07/17/01 | 2.0 | Continue review of GPC strategic, operating plans re: Business Plan |
| Pamela Zilly | 07/18/01 | 1.5 | Read motions, objections re: preliminary injunction, settled claims, fraudulent transfers |
| Pamela Zilly | 07/18/01 | 2.5 | Prepare draft presentation re: compensation program |

Page 1 of 8

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### JULY 1, 2001 - JULY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 07/18/01 | 2.5 | Read draft sections of Business plan; provide comments |
| Pamela Zilly | 07/18/01 | 2.0 | Continue review of GPC plans re: business plan assumptions |
| Pamela Zilly | 07/18/01 | 1.0 | Read Committees' MOR |
| Pamela Zilly | 07/18/01 | 0.5 | Call with K. Coghlan re: case issues |
| Pamela Zilly | 07/20/01 | 1.0 | Review Project Betty information re: subsequent call |
| Pamela Zilly | 07/20/01 | 2.0 | Call re Project Betty with P. Norris, K. Coghlan, et al. |
| Pamela Zilly | 07/20/01 | 2.0 | Call with P.Norris, B.Tarola, K. Coghlan re: business plan format, update |
| Pamela Zilly | 07/20/01 | 0.5 | Call to prepare for P&M meeting with R. Tarola, F, Gilbert, S. Farnsworth, R. Shinder |
| Pamela Zilly | 07/23/01 | 3.0 | Continue review of Davison plans re: business plan |
| Pamela Zilly | 07/23/01 | 1.0 | Read motions re: case management order, exclusivity extension |
| Pamela Zilly | 07/23/01 | 0.5 | Call with K. Coghlan re: meeting schedules |
| Pamela Zilly | 07/24/01 | 1.0 | Restructuring Working Group Call |
| Pamela Zilly | 07/24/01 | 2.0 | Meeting with R. Shinder, D. Blechman re: financial assumptions to projections |
| Pamela Zilly | 07/24/01 | 0.5 | Call with B. McGowan re: options |
| Pamela Zilly | 07/25/01 | 3.0 | Analysis of business plan projections assumptions |
| Pamela Zilly | 07/25/01 | 1.5 | Calls with F. Gilbert, K. Coghlan re; P&M due diligence meetings, items to be reviewed |
| Pamela Zilly | 07/25/01 | 0.5 | Call with P. Norris re: other asbestos cases |
| Pamela Zilly | 07/25/01 | 2.5 | Travel to Columbia; review items to be discussed |
| Pamela Zilly | 07/26/01 | 1.0 | Pre meeting with Gilbert, Tarola, Coghlan |
| Pamela Zilly | 07/26/01 | 5.0 | Meeting with Treasury, B. Tarola, S. Cunningham re: due diligence items |
| Pamela Zilly | 07/26/01 | 2.0 | Meetings with K. Coghlan, B. McGowan re: compensation programs, acquisitions |
| Pamela Zilly | 07/26/01 | 2.5 | Travel to New York |
| Pamela Zilly | 07/27/01 | 1.0 | Call with B. Tarola, F. Gilbert, K, Coghlan re: presentation format of business plan numbers |
| Pamela Zilly | 07/27/01 | 0.5 | Call with S. Cunningham re: confidentiality issues |
| Pamela Zilly | 07/27/01 | 1.5 | Update draft presentation re: comp program |
| Pamela Zilly | 07/27/01 | 0.5 | Calls with F. Gilbert re: additional due diligence |
| Pamela Zilly | 07/27/01 | 0.5 | Call with K. Coghlan re: meeting, business plan, calls' agendas |
| Pamela Zilly | 07/27/01 | 1.0 | Meeting with R. Shinder: due diligence visits, options, Busines Plan |
| Pamela Zilly | 07/27/01 | 1.5 | Analysis of equity participation in PORs |
| Pamela Zilly | 07/29/01 | 3.0 | Read draft business plan |
| Pamela Zilly | 07/30/01 | 0.5 | Call with S. Schwartz re: Committee confidentiality issues |
| Pamela Zilly | 07/30/01 | 0.5 | Read motion re: extension of exclusivity, hearing agenda |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### JULY 1, 2001 - JULY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 07/31/01 | 1 | Call with R. Shinder re: option analysis |
| | | **82.0** | |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## JULY 1, 2001 - JULY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 07/02/01 | 1.0 | Call with P. Zilly, D. Blechman re compensation analysis |
| Richard Shinder | 07/03/01 | 1.0 | Call with P. Zilly, D. Blechman re compensation analysis |
| Richard Shinder | 07/05/01 | 0.5 | Review of financial advisor CAs |
| Richard Shinder | 07/05/01 | 0.5 | Conversation with D. Blechman re: status of business plan |
| Richard Shinder | 07/05/01 | 0.5 | Call with G. Boyer (Conway, Del Genio) re: Project Peter |
| Richard Shinder | 07/05/01 | 0.5 | Call with K. Coghlan re: attorneys' fees |
| Richard Shinder | 07/06/01 | 1.0 | Work on modifications to business plan and inputs |
| Richard Shinder | 07/06/01 | 1.0 | Work on P&M information request and prep for meeting week of 7/23 |
| Richard Shinder | 07/06/01 | 0.5 | Call with K. Coghlan re: attorneys' fees |
| Richard Shinder | 07/06/01 | 0.5 | Call with P. Zilly, D. Blechman, M. Piergrossi re: compensation programs |
| Richard Shinder | 07/09/01 | 0.5 | Call with S. Cunningham re: P&M meeting week of 7/23 |
| Richard Shinder | 07/09/01 | 1.0 | Review of business plan draft |
| Richard Shinder | 07/09/01 | 1.0 | Meeting with P. Zilly, D. Blechman re: business plan |
| Richard Shinder | 07/09/01 | 0.5 | Meeting with D. Blechman, M. Alexander re: business plan |
| Richard Shinder | 07/09/01 | 1.0 | Call with P. Zilly, D. Blechman, K. Coghlan, GPC management re: Project Chi |
| Richard Shinder | 07/11/01 | 4.0 | Transit to meeting in Cambridge, MA re: GPC business plan |
| Richard Shinder | 07/11/01 | 5.5 | Meeting with GPC managers re: draft of business plan |
| Richard Shinder | 07/11/01 | 3.0 | Transit from meeting in Cambridge, MA re: GPC business plan |
| Richard Shinder | 07/12/01 | 0.5 | Call with P&M re: meeting in Columbia, MD week of 7/23 |
| Richard Shinder | 07/12/01 | 1.0 | Work on Chi presentation |
| Richard Shinder | 07/13/01 | 3.5 | Transit to meeting in Columbia, MD re: Davison business plan |
| Richard Shinder | 07/13/01 | 5.0 | Meeting with Davison managers re: draft of business plan |
| Richard Shinder | 07/13/01 | 2.5 | Transit from meeting in Columbia, MD re: Davison business plan |
| Richard Shinder | 07/15/01 | 3.0 | Rewrite executive summary of busienss plan |
| Richard Shinder | 07/19/01 | 1.5 | Review of business plan |
| Richard Shinder | 07/19/01 | 2.0 | Edits to business plan |
| Richard Shinder | 07/20/01 | 2.0 | Call re Project Betty with P.Norris, K.Coghlan, et al. |
| Richard Shinder | 07/20/01 | 0.5 | Call to prepare for P&M meeting with R. Tarola, F, Gilbert, S. Farnsworth, P. Zilly |
| Richard Shinder | 07/20/01 | 2.0 | Call to discuss business plan with P. Zilly, P. Norris, R. Tarola, D. Siegel, et al |
| Richard Shinder | 07/23/01 | 2.0 | Work on fee application |
| Richard Shinder | 07/24/01 | 2.0 | Review of, and edits to, business plan |

Page 4 of 8

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## JULY 1, 2001 - JULY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 07/24/01 | 0.5 | Call with F. Gilbert re: P&M meeting |
| Richard Shinder | 07/24/01 | 2.0 | Meeting with P. Zilly, D. Blechman re: financial assumptions to Business Plan |
| Richard Shinder | 07/26/01 | 2.0 | Review and provide comments to business plan |
| Richard Shinder | 07/27/01 | 1.0 | Call with R. Tarola, F. Gilbert, K. Coghlan, P. Zilly re: financial reporting and business plan presentation |
| Richard Shinder | 07/27/01 | 0.5 | Call with G. Poling, K. Coghlan re: Silicas section of business plan |
| Richard Shinder | 07/27/01 | 1.5 | Work on fee application |
| Richard Shinder | 07/30/01 | 2.0 | Work on business plan executive summary |
| Richard Shinder | 07/30/01 | 1.0 | Meeting with P. Zilly: due diligence visits, options, Busines Plan |
| Richard Shinder | 07/30/01 | 2.0 | Work on option analysis |
| Richard Shinder | 07/31/01 | 0.5 | Call with B. McGowan re: option analysis |
| Richard Shinder | 07/31/01 | 1.0 | Call with S. Farnsworth, D, Blechman re: business plan status |
| Richard Shinder | 07/31/01 | 1.5 | Review and edit business plan sections |
| Richard Shinder | 07/31/01 | 1.0 | Call with P. Zilly re: options |
| | | **67.5** | |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## JULY 1, 2001 - JULY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 07/02/01 | 3.5 | Review/drafting of business plan |
| David Blechman | 07/02/01 | 0.5 | Call with E. Edmunds re: business plan |
| David Blechman | 07/02/01 | 4.5 | Analysis of employee compensation |
| David Blechman | 07/02/01 | 1.0 | Call with P. Zilly, R. Shinder re compensation analysis |
| David Blechman | 07/03/01 | 4.0 | Analysis of compensation plans analysis |
| David Blechman | 07/03/01 | 1.0 | Call with P. Zilly, R. Shinder re compensation analysis |
| David Blechman | 07/03/01 | 0.5 | Call with P. Zilly, S. Cunningham re: due diligence list |
| David Blechman | 07/03/01 | 2.0 | Calls with M. Piergrossi re: compensation plans |
| David Blechman | 07/03/01 | 2.0 | Review/drafting of business plan |
| David Blechman | 07/03/01 | 0.5 | Call with E. Edmunds re: business plan |
| David Blechman | 07/04/01 | 7.0 | Worked on business plan |
| David Blechman | 07/05/01 | 0.5 | Conversation with R. Shinder re: status of business plan |
| David Blechman | 07/05/01 | 4.0 | Review/drafting of business plan |
| David Blechman | 07/06/01 | 0.5 | Call with P. Zilly, R. Shinder, M. Piergrossi re: compensation programs |
| David Blechman | 07/06/01 | 6.0 | Review/drafting of business plan |
| David Blechman | 07/08/01 | 15.0 | Review/drafting of business plan |
| David Blechman | 07/09/01 | 0.5 | Call with S. Farnsworth re: business plan |
| David Blechman | 07/09/01 | 1.0 | Meeting with P. Zilly, R. Shinder re: same |
| David Blechman | 07/09/01 | 0.5 | Meeting with R. Shinder, M. Alexander re: business plan |
| David Blechman | 07/09/01 | 1.0 | Call with P. Zilly, R. Shinder, K. Coghlan, et al re: Project Chi |
| David Blechman | 07/11/01 | 1.0 | Reviewed draft of business plan |
| David Blechman | 07/11/01 | 4.0 | Transit to Cambridge, MA re GPC business plan |
| David Blechman | 07/11/01 | 5.5 | Meeting with R. Rowen, GPC managers re: draft of business plan |
| David Blechman | 07/11/01 | 3.0 | Transit from Cambridge, MA re GPC business plan, reviewed retention plan documents |
| David Blechman | 07/11/01 | 1.0 | Reviewed project Chi memorandum |
| David Blechman | 07/12/01 | 2.0 | Call with R. Rowan, SCC mgr re: business plan |
| David Blechman | 07/13/01 | 3.5 | Transit to Columbia, MD; prepared for meeting re: business plan |
| David Blechman | 07/13/01 | 5.0 | Meeting in Columbia re: business plan |
| David Blechman | 07/13/01 | 2.5 | Transit from Columbia, MD, Review/drafting of business plan |
| David Blechman | 07/15/01 | 4.0 | Review/drafting of business plan |
| David Blechman | 07/16/01 | 5.0 | Review/drafting of business plan |
| David Blechman | 07/17/01 | 2.5 | Prepared first fee application |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### JULY 1, 2001 - JULY 31, 2001

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| David Blechman | 07/17/01 | 1.0 | Meeting with P. Zilly re: information to complete compensation analysis |
| David Blechman | 07/18/01 | 6.0 | Worked on business plan |
| David Blechman | 07/19/01 | 6.0 | Continued work on business plan; prepared draft to send out |
| David Blechman | 07/20/01 | 2.0 | Call with P.Norris, B.Tarola, K. Coghlan re: business plan format |
| David Blechman | 7/42/01 | 2.0 | Discussion with P. Zilly, R. Shinder re: financial projection assumptions |
| David Blechman | 07/25/01 | 0.5 | Call with K. Coghlan re: business plan |
| David Blechman | 07/25/01 | 2.5 | Review/drafting of business plan |
| David Blechman | 07/26/01 | 3.0 | Continued preparation of first fee application |
| David Blechman | 07/27/01 | 2.5 | Transit to Columbia, MD |
| David Blechman | 07/27/01 | 4.5 | Meetings with P&M re: due diligence requests, and transfer pricing |
| David Blechman | 07/27/01 | 1.0 | Call with R. Tarola, F. Gilbert, K. Coghlan, re: financial reporting and business plan presentation |
| David Blechman | 07/27/01 | 2.5 | Transit return from Columbia, MD |
| David Blechman | 07/30/01 | 3.0 | Review/drafting of business plan |
| David Blechman | 07/31/01 | 1.0 | Review/drafting of business plan |
| David Blechman | 07/31/01 | 1.0 | Call with S. Farnsworth and R. Shinder re: business plan |
| David Blechman | 07/31/01 | 1.0 | Call with T. Higgens re: business plan |
| | | **134.0** | |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### JULY 1, 2001 - JULY 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Alexander | 07/02/01 | 3.5 | Worked on Business Plan |
| Michael Alexander | 07/03/01 | 5.5 | Worked on Business Plan |
| Michael Alexander | 07/05/01 | 0.5 | Conversation with R. Shinder, D. Blechman re: Status of business plan |
| Michael Alexander | 07/05/01 | 1.0 | Call with M. Blaze re: business plan |
| Michael Alexander | 07/05/01 | 6.5 | Worked on Business Plan |
| Michael Alexander | 07/06/01 | 6.0 | Worked on Business Plan |
| Michael Alexander | 07/08/01 | 3.5 | Worked on business plan |
| Michael Alexander | 07/09/01 | 0.5 | Call with S. Farnsworth, D. Blechman re: business plan |
| Michael Alexander | 07/09/01 | 0.5 | Meeting with R. Shinder, D. Blechman re: business plan |
| Michael Alexander | 07/11/01 | 1.0 | Reviewed draft of business plan |
| Michael Alexander | 07/13/01 | 2.5 | Prepared for meeting in Columbia re: business plan |
| Michael Alexander | 07/13/01 | 5.0 | Meeting in Columbia re: business plan |
| Michael Alexander | 07/13/01 | 1.0 | Worked on business plan |
| Michael Alexander | 07/16/01 | 3.0 | Prepared first fee application |
| Michael Alexander | 07/17/01 | 7.5 | Drafting of SBM, Darex, and Vermiculite sections of business plan |
| Michael Alexander | 07/18/01 | 6.0 | Worked on business plan |
| Michael Alexander | 07/19/01 | 4.5 | Continued work on business plan; prepared draft to send out with D. Blechman |
| Michael Alexander | 07/25/01 | 0.5 | Call with K. Coghlan, D. Blechman re: business plan |
| Michael Alexander | 07/25/01 | 2.5 | Worked on business plan |
| Michael Alexander | 07/25/01 | 1.0 | Reviewed and prepared fee application |
| Michael Alexander | 07/30/01 | 3.0 | Analysis of various PORs re: equity participation |
| Michael Alexander | 07/30/01 | 3.0 | Drafted business plan with new input from Company |
| Michael Alexander | 07/31/01 | 1.0 | Worked on business plan |
| Michael Alexander | 07/31/01 | 1.0 | Call with S. Farnsworth, R. Shinder, D. Blechman re: business plan |
| Michael Alexander | 07/31/01 | 1.0 | Call with T. Higgens, D. Blechman re: business plan |
| | | **71.0** | |