**EXHIBIT B**

## W.R. GRACE
## Expense Summary
## Processed Through
## July 30, 2001
## 2463-D

| | | GL Detail Jul-01 | Total Expenses |
|---|---|---|---|
| Airfare | 1114 | $ 1,735.25 | $ 1,735.25 |
| Car Services - Company Car | 1115 | 34.68 | **34.68** |
| Car Services - Elite | 1116 | 70.35 | **70.35** |
| Other - Auto | 1124 | 552.00 | **552.00** |
| Meals | 1126 | 220.14 | **220.14** |
| Lodging | 1130 | 570.13 | **570.13** |
| Telephone - Mobile | 1172 | 32.30 | **32.30** |
| Federal Express | 1174 | 30.08 | **30.08** |
| Photocopying | 1188 | 259.60 | **259.60** |
| **Total Expenses** | | $ 3,504.53 | $ 3,504.53 |

| | | |
|---|---|---|
| **Airfare & Travel/Local** | $ | 2,392.28 |
| **Meals & Lodging** | | 790.27 |
| **Communications** | | 62.38 |
| **Photocopying** | | 259.60 |
| **Total Expenses** | $ | 3,504.53 |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**July 31, 2001**
**2463-D**

**Airfare**

| | | |
|---|---|---|
| Blechman | 06/12/01 | 420.75 |
| Blechman | 06/15/01 | 251.75 |
| Shinder | 04/11/01 | 405.50 |
| Shinder | 04/20/01 | 405.50 |
| Shinder | 06/14/01 | 251.75 |
| **Subtotal - Airfare** | | **$ 1,735.25** |

**Car Services**
**Company Car**

| | | | |
|---|---|---|---|
| Document Production | 05/16/01 | 34.68 | |
| **Subtotal - Company Car** | | | **34.68** |

**Elite**

| | | | |
|---|---|---|---|
| Document Production | 05/16/01 | 21.41 | |
| Shinder | 05/31/01 | 24.47 | |
| Shinder | 06/29/01 | 24.47 | |
| **Subtotal - Elite** | | | **70.35** |
| **Subtotal - Car Services** | | | **105.03** |

**Other Auto**

| | | | |
|---|---|---|---|
| Shinder | 05/01/01 | 170.00 | |
| Shinder | 06/13/01 | 382.00 | |
| **Subtotal - Other Auto** | | | **552.00** |

**Meals**

| | | |
|---|---|---|
| Alexander | 04/10/01 | 20.00 |
| Alexander | 04/13/01 | 20.00 |
| Alexander | 05/02/01 | 15.61 |
| Alexander | 05/04/01 | 20.00 |
| Alexander | 05/08/01 | 13.64 |
| Alexander | 05/15/01 | 13.37 |
| Alexander | 05/16/01 | 19.18 |
| Blechman | 06/14/01 | 16.15 |

W.R. GRACE
Expense Detail
Processed Through
July 31, 2001
2463-D

| | | | |
|---|---|---:|---:|
| Shinder | 04/04/01 | 20.00 | |
| Shinder | 04/05/01 | 20.00 | |
| Shinder | 04/10/01 | 20.00 | |
| Shinder | 06/01/01 | 13.26 | |
| Shinder | 06/08/01 | 8.93 | |
| **Subtotal - Meals** | | | 220.14 |
| | | | |
| **Lodging** | | | |
| Blechman | 06/15/01 | 167.89 | |
| Shinder | 05/03/01 | 106.92 | |
| Shinder | 05/04/01 | 149.92 | |
| Zilly | 06/15/01 | 145.40 | |
| **Subtotal - Lodging** | | | 570.13 |
| | | | |
| **Communications** | | | |
| **Telephone - Mobile** | | | |
| Shinder | 04/16/01 | 32.30 | |
| **Subtotal - Telephone - Mobile** | | | 32.30 |
| | | | |
| **Federal Express** | | | |
| Blechman | 06/20/01 | 1.13 | |
| Shinder | 07/09/01 | 28.95 | |
| **Subtotal - Federal Express** | | | 30.08 |
| | | | |
| **Subtotal - Communications** | | | 62.38 |
| | | | |
| **Photocopying** | | | |
| Blechman | 4/2-6/01 | 93.60 | |
| Zilly | 5/14-18/01 | 55.60 | |
| Zilly | 5/14-18/01 | 110.40 | |
| **Subtotal - Photocopying** | | | 259.60 |
| | | | |
| **Total Expenses** | | | $ 3,504.53 |