*Ship File*
*Reclamation Demand*

LAW OFFICES
# MILES & STOCKBRIDGE P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464
FAX 410-385-3700

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD

McLEAN, VA
ROCKVILLE, MD
TOWSON, MD
WASHINGTON, D.C.

Writer's Direct Dial:
(410) 385-3762

Writer's E-Mail
jperrell@milesstockbridge.com

April 18, 2001

**BY FACSIMILE, OVERNIGHT MAIL,**
**CERTIFIED MAIL AND FIRST-CLASS MAIL**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl,
 Young & Jones
919 North Market Street
Suite 1600
Wilmington, Delaware 19899

James H.M. Strayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Siegel, Esquire
Senior Vice President and General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044-4098

Re:   *In re W.R. Grace, Inc.*
      *Case No.: Jointly Administered Case No. 01-01139*
      *Notice of Reclamation by Niro, Inc.*

Dear Counsel:

I write as counsel to Niro, Inc. ("Niro"). Pursuant to Section 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546 (c), and because of the insolvency and bankruptcy of W.R. Grace & Company, Inc. ("W.R. Grace"), Niro hereby demands the return of all goods that were received by W.R. Grace on or after March 29, 2001. Copies of the invoices which specifically describe the goods shipped by Niro and received by W.R. Grace are attached hereto as Exhibit A.


EXHIBIT A

BALT01:424738|D263-000001

Laura Davis Jones, Esquire
James H. M. Sprayregen, Esquire
David B. Siegel, Esquire
April 18, 2001
Page 2

MILES & STOCKBRIDGE P.C.

**Unless the goods covered by this request are returned immediately, appropriate measures will be taken by Niro to reclaim the goods pursuant to applicable law. This letter is sent pursuant to applicable bankruptcy law and shall not be construed as a violation of 11 U.S.C. § 362(a).**

Please apprise me of your intentions with regard to this reclamation request. Thank you for your prompt attention to this matter.

Sincerely yours,

Joel L. Perrell Jr.

JLP/jlp

Attachments

cc: Mr. Robert E. Johnson, Jr.
     Mr. Frederick V. Shaw

Laura Davis Jones, Esquire
James H. M. Sprayregen, Esquire
David B. Siegel, Esquire
April 18, 2001
Page 3

MILES & STOCKBRIDGE P.C.

bcc:  James C. Doub, Esquire
      Joseph J. Bellinger, Esquire

Exhibit A

# GEA
**Powder Technology Division**

NIRO Inc.
9165 Rumsey Road
Columbia, MD 21045-1991
USA
Tel 410-997-8700
Fax 410-997-5021

**REMIT TO**
P.O. BOX 64162
BALTIMORE, MD 21264-4162

| INVOICE DATE | INVOICE NO. |
|---|---|
| 04-15-01 | 1013235 |

| OUR ORDER NO. | CUSTOMER NO. | ORDER DATE | PAGE |
|---|---|---|---|
| 611 | 30965 | 05-04-01 (illegible) | 1 |

**SHIP TO:**
W. R. GRACE - CONN
7500 GRACE DRIVE
COLUMBIA MD 21044

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
W. R. GRACE & COMPANY
WASHINGTON RESEARCH CENTER
PO BOX 3247
LAKE CHARLES LA 70602

| SPECIAL MARKING | CUSTOMER P.O. NO. | SHIPPED VIA |
|---|---|---|
| 505130 BE-0988 | 4500269276 | |

| DESCRIPTION | | |
|---|---|---|
| TECHNICAL SERVICE CALL BY RMB ON 4/6/01 TO INSPECT USED BOWEN #1 TOWER SPRAY DRYER, BE-988. | | |
| 1.5 HRS IN-HOUSE SERVICE @ $120/HR | | $180.00 |

| | TAX | SPECIAL CHARGES | |
|---|---|---|---|
| | | | 180.00 |
| | | | 180.00 |

Form # 05-01 (9-97)

ACCOUNTING COPY

Acceptance and delivery of this merchandise is deemed to be in acceptance of the terms contained on the other side.
Invoice Number must appear on all remittances. Payable in legal currency of the United States.
Terms Net 30 Days unless otherwise specified.

# INVOICE

**REMIT TO:**
REMIT PAYMENT TO:
P.O. BOX 64162
BALTIMORE, MD 21264-4162

**Shipped To:**
W.R. GRACE & COMPANY
DAVISON CHEMICAL DIVISION
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

Invoice No.: 49675        Page 1
Invoice Date: 04-04-01

Order Number: 28948
Order Date: 04-04-01

**Sold To:**
W.R. GRACE & COMPANY
CURTIS BAY WORKS
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

Customer PO: 4500263899
Customer Number: 005605
Customer Contact: LINDA

Date Shipped: 04-04-01
Shipped Via: UPS

****************** PROFORMA COPY ONLY ******************

| QUAN. ORDERED | UM | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | QUANTITY B.O. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 2 | EA | 0043-05 | VALVE, CHECK, 10#, OIL INLET 9110780 | 2 | 0 | 96.87 | 193.74 |
| 2 | EA | 0043-03 | VALVE, CHECK, 1/2#, OIL OUTLET 9110781 | 2 | 0 | 102.30 | 204.60 |
|   |   | ***  | FREIGHT |   |   | 4.18 |   |

                                                                                      398.34

                                                                  NET             398.34
                                                                  TAX               0.00
                                                         SPECIAL CHARGES            4.18

Acceptance and delivery of this merchandise is deemed to be in acceptance
of the terms included herein.                              TOTAL AMOUNT DUE       402.52
Invoice Number must appear on all remittances. Payable in legal currency of the United States.
Terms Net 30 Days unless otherwise specified.
                          **INVOICE**

| PAYMENT DATE | PAYMENT AMOUNT | BALANCE DUE |
|---|---|---|
| | | 402.52 |

| PAYMENT | PAYMENT | BALANCE |

# INVOICE

**REMIT TO:**
REMIT PAYMENT TO:
P.O. BOX 64162
BALTIMORE, MD 21264-4162

Shipped To:
W.R. GRACE & COMPANY
DAVISON CHEMICAL DIVISION
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

Sold To:
W.R. GRACE & COMPANY
CURTIS BAY WORKS
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

Invoice No.: 49668           Page 1
Invoice Date: 03-30-01

Order Number: 28942
Order Date: 03-29-01

Customer PO: 4500254478
Customer Number: 005605
Customer Contact: LINDA

Date Shipped: 03-30-01
Shipped Via: WARD-PREPAID & ADD

****************** PROFORMA COPY ONLY ******************

| QUAN. ORDERED | UM | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | QUANTITY B.O. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1 | EA | 36-001 | PARTS TO REPAIR BB-6, S/N 183A | 1 | 0 | 5,116.97 | 5,116.97 |
| 1 | EA | 36-001L | LABOR TO REPAIR BB-6, S/N 183A | 1 | 0 | 2,340.00 | 2,340.00 |
|   |    | ***     | FREIGHT |   |   | 84.44 |   |

                                                7,456.97

NET              7,456.97
TAX                  0.00
SPECIAL CHARGES     84.44
TOTAL AMOUNT DUE  7,541.41

Acceptance and delivery of this merchandise is deemed to be in acceptance of the terms included herein.
Invoice Number must appear on all remittances. Payable in legal currency of the United States.
Terms Net 30 Days unless otherwise specified.                    INVOICE

| PAYMENT DATE | PAYMENT AMOUNT | BALANCE DUE |
|---|---|---|
| | | 7541.41 |

PAYMENT                PAYMENT              BALANCE
DATE                   AMOUNT               DUE

# INVOICE

**REMIT TO:**
REMIT PAYMENT TO:
P.O. BOX 64162
BALTIMORE, MD 21264-4162

Shipped To:
W.R. GRACE & COMPANY
DAVISON CHEMICAL DIVISION
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

Sold To:
W.R. GRACE & COMPANY
CURTIS BAY WORKS
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

Invoice No.: 49665
Invoice Date: 03-29-01
Page 1

Order Number: 28941
Order Date: 03-29-01

Customer PO: 4500255214
Customer Number: 005605
Customer Contact: LINDA

Date Shipped: 03-29-01
Shipped Via: UPS C.O.D. PARTS + FRT.

****************** PROFORMA COPY ONLY ********************

| QUAN. ORDERED | UM | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | QUANTITY B.O. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 2 | 28 | 3,600.00 | 7,200.00 |
| 30 | EA | 32-402 | ATOMIZER, BB, 8" MCSE-C-28 |  |  |  |  |
|  |  |  | 9108859 |  |  | 10.48 |  |
|  |  | *** | FREIGHT |  |  |  |  |

                                                              7,200.00

NET            7,200.00
TAX                0.00
SPECIAL CHARGES   10.48
TOTAL AMOUNT DUE  7,210.48

Acceptance and delivery of this merchandise is deemed to be in acceptance of the terms included herein.
Invoice Number must appear on all remittances. Payable in legal currency of the United States.
Terms Net 30 Days unless otherwise specified.    **INVOICE**

| PAYMENT DATE | PAYMENT AMOUNT | BALANCE DUE |
|---|---|---|
|  |  | 7210.48 |