**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | * | |
| **W.R. GRACE & CO., INC., et al.** | * | Case No. 01-1139-JJF<br>(Chapter 11) |
| **Debtors.** | * | (Jointly Administered) |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER DENYING MOTION OF THE DEBTORS FOR**
**ENTRY OF AN ORDER PURSUANT TO SECTIONS 503(b) AND 546 (c)(2)**
**OF THE BANKRUPTCY CODE GRANTING ADMINISTRATIVE PRIORITY**
**STATUS FO RECLAMATION CLAIMS DEEMED VALID (PAPER NO. 753)**

UPON CONSIDERATION of the Motion of the Debtors for Entry of an Order Pursuant to Sections 503(b) and 546 (c)(2) of the Bankruptcy Code Granting Administrative Priority Status for Reclamation Claims Deemed Valid (the "Motion"), and the Opposition to the Motion filed by Niro, Inc. (Niro's Opposition), good cause having been shown; it is this _____ day of _____, 2001, by the United States Bankruptcy Court for the District of Delaware, hereby

**ORDERED**, that the Motion is DENIED with respect to the Debtors' treatment of Niro Inc.'s reclamation claim as set forth in the Reclamation Notice (as defined in Niro's Opposition).

_____
United States Bankruptcy Judge

cc:

Joel L. Perrell Jr. Esquire
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street
Wilmington, Delaware 19801

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

Elihu Insulbuch, Esquire
Caplin & Drysdale
399 Park Ave., 36th Fl.
New York, New York 10022

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Fl.
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

Lewis Kruger, Esquire
Strook & Strook & Lavan
180 Maiden Lane
New York, New York 10038

Michael R. Lastowski, Esquire
Duane, Morris & Hecksher, LLP
1100 N. Market Street, Suite 1200
Wilmington, Delaware 19801