Exhibit A



# Bilzin Sumberg Dunn Baena Price & Axelrod LLP

## Insolvency

With the recent addition of one of South Florida's preeminent restructuring and bankruptcy practice groups, the Firm has become a regional force in insolvency and creditors' rights.

Our restructuring and bankruptcy group has extensive experience with routine and complex in-court and out-of-court reorganizations, workouts and assignments for the benefit of creditors. With our additional substantial expertise and resources in finance, corporate, real estate and taxation, we are able to provide our clients with the full range of services and advice in any distressed or insolvency-related representation.

The diverse backgrounds of the members of our restructuring and bankruptcy group – including accounting, finance and banking – make us especially adept at identifying and analyzing problems confronting financially distressed companies or their creditors, as well as defining and achieving rational business solutions. Our insolvency lawyers are especially well-known as skillful negotiators, capable of consensus-building among various constituencies, as well as skilled in the strategic use of litigation.

For more than twenty years, our insolvency lawyers have been involved in virtually every complex and significant bankruptcy case in the State of Florida, as well as numerous cases and restructurings elsewhere, including Delaware, New York, Connecticut, Texas, Louisiana, Massachusetts, Missouri, California, Ohio, Oregon and Nevada. They are well-known to the courts before whom they regularly practice, as well as among other restructuring professionals, lenders and trade groups.

Our lawyers have represented virtually every type of insolvency constituency including debtors, pre- and post-bankruptcy lenders, trade creditors, landlords, public bondholders, trustees, official committees, liquidating trustees, assignees for the benefit of creditors, asset purchasers, and defendants in bankruptcy-related litigations.

Notable representations include:

- The debtor and the liquidating trustee in the chapter 11 case of Cenvill Development Corporation, the developer of the Century Villages, The Polo Club, Gleneagles, Wynmoor and other large residential communities.
- The Official Committee of Bondholders in the chapter 11 case of Hillsborough Holdings (The Jim Walter Companies) which spearheaded an aggressive competing plan process that resulted in a successful reorganization.
- The Official Property Damage Claimants Committee in the chapter 11 case of The

Celotex Corporation which also waged a bitterly contested competing plan process that concluded with a consensual plan of reorganization. We continue to represent the Claims Administrator of asbestos property damage claims in that case.
- The chapter 11 Trustee of Knight Energy, a large chain of retail gasoline and convenience stores, who successfully promoted a plan of reorganization.
- The Ad Hoc Committee of Bondholders in the chapter 7 case of Southeast Banking Corporation which is likely to pay all allowed claims in full.
- The chapter 11 Liquidating Trustee of Southern Pacific Funding Corporation, a substantial subprime mortgage lender.
- The official committee of creditors in the chapter 11 of NAL Financial Group, a sub-prime automobile lender. As a result of strategic litigations and skillful negotiations, unsecured creditors received more than 53% of their claims.

Our bankruptcy and restructuring lawyers have developed special expertise in a variety of highly complex areas, including:

- Debtor-in-possession financing
- Competing plans of reorganization
- Bond restructurings
- Asbestos
- Aviation
- Retail
- Healthcare
- Sub-prime financing
- Real estate
- Fuels and transportation
- Bank holding company liquidations
- Textile manufacturing
- Automotive

The lawyers in the insolvency practice group are:

| **Partners** | **Associates** |
|---|---|
| Scott L. Baena | Jason Z. Jones |
| Mindy A. Mora | Kevin S. Neiman |
| Robert M. Siegel | Jay M. Sakalo |

Commercial Finance    Corporate and Securities    Land Use
Litigation    Real Estate    Tax
Home



# Bilzin Sumberg Dunn Baena Price & Axelrod LLP

## Attorney Listings by Practice Area

- Commercial Finance
- Corporate and Securities
- Insolvency
- Land Use, Local Government and Environmental Law
- Litigation
- Real Estate
- Tax and Estate Planning

## Commercial Finance

| Partners | Associates |
| --- | --- |
| Robert M. Siegel | Nikki J. Nedbor |
|  | Jay M. Sakalo |

## Corporate and Securities

| Partners | Associates |
| --- | --- |
| Scott R. Austin | Ileana Cruz |
| Alan D. Axelrod | Joanna Elisa Iglesias |
| Steven D. Lear | Deborah R. Mayo |
| Marshall Pasternack | William A. Salgado |
|  | Monalee Zarapkar |

## Insolvency

| Partners | Associates |
| --- | --- |
| Scott L. Baena | Jason Z. Jones |
| Mindy A. Mora | Kevin S. Neiman |
| Robert M. Siegel | Jay M. Sakalo |

## Land Use, Local Government and Environmental Law

**Partners**
Albert E. Dotson, Jr.
Vicky Garcia-Toledo
Lester L. Goldstein
Carter N. McDowell
Eileen Ball Mehta
Howard E. Nelson
Stanley B. Price
Jerry B. Proctor

**Associates**
Brian S. Adler
Andrew Dickman
Ty Harris

**Of Counsel**
Norman C. Powell

## Litigation

**Partners**
Sherril M. Colombo
J. Ronald Denman
Richard M. Dunn
Scott D. Kravetz
Alvin D. Lodish
David W. Trench
Robert W. Turken
Mitchell E. Widom

**Associates**
Christopher D. Brown
Allyn S. Danzeisen
Daniel R. Green
Julie K. Rannik
Raquel M. Gonzalez
David R. Hazouri
Karyn J. Smith
Teresa J. Urda

## Real Estate

**Partners**
Brian L. Bilzin
Audrey A. Ellis
Alan J. Kazan
John M. Kuhn
Marjie C. Nealon
Martin A. Schwartz
James W. Shindell
Carey A. Stiss
John C. Sumberg (Managing Partner)

**Associates**
Suzanne M. Amaducci
Monica Cunill-Fals
Frank Guerra, Jr.
Adam D. Lustig
Elena Marquez
Nikki J. Nedbor
Christopher H. Saia

**Of Counsel**
Arnold Brown
Marc Sternbaum

## Tax and Estate Planning

**Partners**
Richard M. Goldstein
Marshall Pasternack

**Associates**
Joanna Elisa Iglesias
Joseph A. Porrello