IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: September 13, 2001 at 4:00 p.m. |
| | | Hearing Date: September 20, 2001 at 10:00 a.m. |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER
PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE AUTHORIZING
THE DEBTORS TO ASSUME AND ASSIGN LEASES FOR REAL PROPERTY**

TO:   First Northern Star, LLC, Consolidated Stores Corp., and all parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

On August 28, 2001, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Motion for Entry of an Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing the Debtors to Assume and Assign Leases for Real Property (the "Motion") with the United States Bankruptcy Court for the District of Delaware,

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-2-

824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"), seeking authority to assume and assign the Leases to the Landlord pursuant to the Assignment Agreement. A true and correct copy of the Motion is attached hereto.

Any response or objection to the attached Motion must be filed with the Court on or before September 13, 2001 at 4:00 p.m.

At the same time, you must also serve a copy of the response or objection upon

Debtor's counsel:

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
Laura Davis Jones (Bar No. 2436)
Rachel S. Lowy (Bar No. 3753)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

HEARING ON THE MOTION WILL BE HELD ON SEPTEMBER 20, 2001 AT 10:00 A.M. BEFORE THE HONORABLE JOSEPH J. FARNAN, JR., UNITED STATES DISTRICT COURT, 844 KING STREET, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT

FURTHER NOTICE OR HEARING.

Dated: August 28, 2001                KIRKLAND & ELLIS
                                      James H.M. Sprayregen
                                      James W. Kapp III
                                      Samuel A. Schwartz
                                      Roger J. Higgins
                                      200 East Randolph Drive
                                      Chicago, Illinois 60601
                                      Telephone: (312) 861-2000

                                      and

                                      PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.


                                      /s/ Peter J. Duhig_____
                                      Laura Davis Jones (Bar No. 2436)
                                      Hamid R. Rafatjoo (CA Bar No. 181564)
                                      David W. Carickhoff, Jr. (Bar No. 3715)
                                      Peter J. Duhig (Bar no. 4024)
                                      919 North Market Street, 16th Floor
                                      P.O. Box 8705
                                      Wilmington, DE 19899-8705 (Courier 19801)
                                      Telephone: (302) 652-4100
                                      Facsimile:  (302) 652-4400

                                      Co-Counsel for the Debtors and Debtors in Possession