W.R. Grace Service List for 8-28-01
Document No. 29133
01 – Hand Delivery
02 – First Class Mail

(Co-Counsel for Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
(Parcels)
Vito I. DiMiao
Parcels, Inc.
917 King Street
Wilmington, DE  19801

*Overnight Delivery*
(Clementon Prime Landlord)
First Northern Star, LLC
c/o The Langfan Company
Attn:  Mark Langfan
6 East 45th Street
New York, New York   10017

*Overnight Delivery*
(Clementon Subtenant)
Consolidated Stores Corp.
300 Phillipi Road
P.O. Box 28512
Dept. 10051
Columbus, Ohio   43228