IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY OF THE VERIFIED APPLICATION OF KIRKLAND & ELLIS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST MONTHLY INTERIM PERIOD FROM JULY 1, 2001 THROUGH JULY 31, 2001, FOR THE QUARTER OF JULY-SEPTEMBER, 2001**

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001.** |
| Period for which compensation and reimbursement is sought: | **July 1, 2001 through July 31, 2001** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$501,894.63** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a **X** monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately 50 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $10,000.00.

This is the first monthly application for interim compensation of services filed for the September-July quarters with the Bankruptcy Court in the Chapter 11 Cases.[2] The following applications have been filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
| --- | --- | --- | --- | --- | --- |
| May 29, 2001 | 4/2 - 4/30/01 | $626,079.00 | $32,439.84 | pending | pending |
| June 29, 2001 | 5/1 - 5/31/01 | $567,151.00 | $77,487.86 | pending | pending |
| July 31, 2001 | 6/1 - 6/30/01 | $560,569.50 | $45,466.13 | pending | pending |
| July 31, 2001 | April - June, 2001 | $1,753,799.50 | $155,393.83 | pending | pending |

K&E has filed certificates of no objection with respect to the interim monthly Applications for April, May and June 2001, respectively, because no objections were filed within the respective objection periods. The Application for the interim period from April 2, 2001, through June 31, 2001, has been scheduled for the next hearing, which is currently set for September 20, 2001.

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the First Monthly Interim Period from July 1, 2001 through July 30, 2001 for the Quarter of July-September. 2001.

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| James Sprayregen | Partner | 16 Years | Bankruptcy | $625.00 | 3.90 | $2,437.50 |
| Bennett Spiegel | Partner | 17 Years | Bankruptcy | $445.00 | 6.90 | $3,070.50 |
| Joseph Schorer | Of Counsel | 23 Years | Bankruptcy | $495.00 | 1.00 | $495.00 |
| Janet Baer | Partner | 19 Years | Bankruptcy | $495.00 | 88.80 | $43,956.00 |
| James Kapp III | Associate | 7 Years | Bankruptcy | $415.00 | 164.20 | $68,143.00 |
| Samuel Schwartz | Associate | 4 Years | Bankruptcy | $360.00 | 185.70 | $66,852.00 |
| Deanna D. Boll | Associate | 3 Years | Bankruptcy | $360.00 | 1.00 | $360.00 |
| Roger Higgins | Associate | 5 Years | Bankruptcy | $320.00 | 35.30 | $11,296.00 |
| Jacqueline Sloan | Associate | 6 Years | Bankruptcy | $280.00 | 3.00 | $840.00 |
| Matthew Antinossi | Associate | 2 Years | Employee Benefits | $295.00 | 2.80 | $826.00 |
| David M. Bernick | Partner | 23 Years | Litigation | $655.00 | 85.60 | $56,068.00 |
| Brant Bishop | Associate | 5 Years | Litigation | $350.00 | 5.40 | $1,890.00 |
| Michelle Browdy | Partner | 11 Years | Litigation | $400.00 | 56.70 | $22,680.00 |
| Robert Buday | Partner | 10 Years | Real Estate | $410.00 | 1.00 | $410.00 |
| David Codevilla | Associate | 5 Years | Environmental | $340.00 | 4.60 | $1,564.00 |
| Brain Davis | Associate | 3 Years | Real Estate | $295.00 | 2.50 | $737.50 |
| Thomas Day | Associate | 1 Year | Tax | $280.00 | 1.50 | $420.00 |
| Kellye Fabian | Associate | 1 Year | Litigation | $230.00 | 90.10 | $20,723.00 |
| Jonathan Goldstein | Law Clerk | 1 Month | General | $125.00 | 9.00 | $1,125.00 |
| Mark Grummer | Partner | 25 Years | Environmental | $365.00 | 56.20 | $20,513.00 |
| Timothy Hardy | Partner | 29 Years | Environmental | $445.00 | 26.80 | $11,926.00 |
| Vicki Hood | Partner | 24 Years | Employee Benefits | $510.00 | 0.60 | $306.00 |
| Daryl Joseffer | Associate | 6 Years | Litigation | $335.00 | 4.00 | $1,340.00 |
| Natalie Keller | Associate | 4 Years | Tax | $365.00 | 36.80 | $14,168.00 |
| Elli Leibenstein | Partner | 9 Years | Litigation | $355.00 | 6.60 | $2,343.00 |

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Brian Lutz | Law Clerk | 3 Month | Corporate | $145.00 | 8.30 | $1,203.50 |
| Todd Maynes | Partner | 14 Years | Tax | $515.00 | 4.80 | $2,472.00 |
| Scott McMillin | Associate | 5 Years | Litigation | $350.00 | 47.80 | $16,730.00 |
| J. Chad Mitchell | Associate | 3 Years | Litigation | $300.00 | 2.90 | $870.00 |
| Yvette Ney | Law Clerk | 2 Month | Litigation | $125.00 | 153.50 | $19,187.50 |
| Sven Nylen | Law Clerk | 2 Month | Real Estate | $140.00 | 17.50 | $2,450.00 |
| Reed Oslan | Partner | 14 Years | Litigation | $445.00 | 9.80 | $4,361.00 |
| Andrew Running | Partner | 19 Years | Litigation | $470.00 | 38.50 | $18,095.00 |
| Douglas Smith | Associate | 5 Years | Litigation | $330.00 | 1.00 | $330.00 |
| Christopher Sullivan | Associate | 6 Years | Litigation | $365.00 | 66.70 | $24,345.50 |
| P. Renee Wicklund | Associate | 3 Years | Litigation | $300.00 | 10.60 | $3,180.00 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Elizabeth Cox Arnold | Legal Assistant | 12 Years | Bankruptcy | $150.00 | 0.70 | $105.00 |
| Brigitte Windley | Legal Assistant | 4 Years | Bankruptcy | $150.00 | 23.30 | $3,495.00 |
| David Delsignore | Project Assistant | 1 Year | Bankruptcy | $70.00 | 1.00 | $70.00 |
| Sabrina Mitchell | Project Assistant | 5 Months | Bankruptcy | $70.00 | 62.60 | $4,382.00 |
| Jennifer McClintock | Project Assistant | 2 Months | Bankruptcy | $85.00 | 1.00 | $85.00 |
| Daniel Bennett | Project Assistant | 1 Month | Litigation | $70.00 | 30.50 | $2,135.00 |

4

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Aaron Birnbaum | Project Assistant | 1 Year | Litigation | $70.00 | 50.00 | $3,500.00 |
| Susan Polk | Legal Assistant | 16 Years | Tax | $180.00 | 2.00 | $360.00 |
| Shirley Pope | Legal Assistant | 16 Years | Litigation | $155.00 | 84.50 | $13,097.50 |
| Marcela Romero | Case Assistant | 1 Year | Corporate | $65.00 | 0.80 | $52.00 |
| Kathy Sorce | Legal Assistant | 6 Years | Litigation | $125.00 | 4.00 | $500.00 |
| Charisma Starr | Administrative | 6 Months | Litigation | $100.00 | 4.30 | $430.00 |
| Kenneth Toth | Case Assistant | 8 Years | Litigation | $65.00 | 0.80 | $52.00 |
| Library Bibliographic Research | | | | $110.00 | 5.00 | $550.00 |
| Library Business/Ind. Research | | | | $110.00 | 0.50 | $55.00 |

Grand Total for Fees:  $476,582.
Blended Rate:          $315.12

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---:|---:|
| 16 | Asset Analysis and Recovery | 66.10 | $22,593.00 |
| 17 | Automatic Stay Matters/Relief from Stay Proceedings | 35.80 | $11,546.00 |
| 20 | Case Administration | 308.40 | $63,677.50 |
| 21 | Claim Estimate, Objection and Resolution | 121.10 | $51,022.50 |
| 22 | Contested Matters/Adversary Proceedings | 601.80 | $194,367.50 |
| 23 | Corporate and Securities Matters | 1.30 | $812.50 |
| 24 | Creditors/Noteholders Committee | 33.80 | $13,275.00 |
| 25 | Creditors/Shareholders Committee | 23.30 | $8,243.50 |
| 26 | DIP Financing/Cash Collateral | 1.40 | $581.00 |
| 27 | Employee Matters | 25.90 | $9,464.50 |
| 28 | Environmental Issues | 10.30 | $4,786.00 |
| 29 | File, Docket, Calendar Maintenance | 19.90 | $1,807.00 |
| 30 | Hearings | 50.50 | $22,146.00 |
| 31 | Intellectual Property | 0.30 | $124.50 |
| 32 | K&E Fee Application, Preparation of | 47.50 | $8,954.50 |
| 33 | Lease Rejection Claims | 11.50 | $4,244.50 |
| 34 | Lien Issues | 4.80 | $1,687.00 |
| 35 | Other Fee Applications | 4.70 | $1,796.50 |
| 36 | Reclamation Claims | 18.90 | $6,627.50 |
| 37 | Reorganization Plan/Disclosure Statement/Confirmation Issues | 10.10 | $3,754.50 |
| 38 | Retention of Professionals/Fees | 22.80 | $8,873.50 |
| 39 | Schedules/Statement of Financial Affairs | 16.00 | $6,462.00 |
| 42 | Travel | 11.80 | $6,460.50 |
| 43 | Use, Sale or Lease/Abandonment Property | 2.60 | $1,625.00 |
| 44 | U.S. Trustee | 2.00 | $720.00 |
| 45 | Utilities | 2.30 | $855.50 |
| 46 | IRS Tax Litigation | 57.50 | $20,075.00 |

Expense Summary

| Description | Amount |
|---|---:|
| Telephone | $2,432.66 |
| Facsimile Charges | $735.89 |
| Standard Copies | $1,378.70 |
| Binding | $35.00 |
| Outside Messenger Service | $315.30 |
| Tabs/Indexes/Dividers | $20.60 |
| Postage | $6.24 |
| Local Transportation | $48.37 |
| Travel Meals | $336.42 |
| Overnight Delivery | $932.14 |
| Travel Expense | $2,360.67 |
| Airfare | $8,900.92 |
| Travel to/from Airport | $1,379.23 |
| Other Travel Expenses | $45.50 |
| Computer Database Research | $1,912.62 |
| Library Document Procurement | $130.00 |
| Information Broker Services | $2,235.35 |
| Working Meals | $178.46 |
| Overtime Meals | $63.00 |
| Overtime Meals- Attorney | $86.77 |
| Overtime Transportation | $197.50 |
| Secretarial Overtime | $1,580.79 |
| **Total** | $25,312.13 |

**Expenses- Summary (July 2001)**

| **Description** | **Amount** |
|---|---:|
| Telephone | $2,432.66 |
| Facsimile Charges | $735.89 |
| Standard Copies | $1,378.70 |
| Binding | $35.00 |
| Outside Messenger Service | $315.30 |
| Tabs/Indexes/Dividers | $20.60 |
| Postage | $6.24 |
| Local Transportation | $48.37 |
| Travel Meals | $336.42 |
| Overnight Delivery | $932.14 |
| Travel Expense | $2,360.67 |
| Airfare | $8,900.92 |
| Travel to/from Airport | $1,379.23 |
| Other Travel Expenses | $45.50 |
| Computer Database Research | $1,912.62 |
| Library Document Procurement | $130.00 |
| Information Broker Services | $2,235.35 |
| Working Meals | $178.46 |
| Overtime Meals | $63.00 |
| Overtime Meals- Attorney | $86.77 |
| Overtime Transportation | $197.50 |
| Secretarial Overtime | $1,580.79 |
| **Total** | $25,312.13 |