# EXHIBIT B

## Matter 16 –Asset Analysis and Recovery - Expenses

| Description | Amount |
|---|---|
| Telephone | $7.27 |
| Facsimile Charges | $4.50 |
| Standard Copies | $91.60 |
| Overnight Delivery | $12.12 |
| Computer Database Research | $0.88 |
| **TOTAL** | $116.37 |

**Matter 16 –Asset Analysis and Recovery - Itemized Expenses**

| Date | Amount | Description |
|------|-------:|-------------|
| 5/10/01 | 0.88 | West Publishing-TP, Database Usage  5.01 |
| 7/06/01 | 1.50 | Fax page charge to 901-820-2059 |
| 7/06/01 | 1.50 | Fax page charge to 313-568-6701 |
| 7/06/01 | 1.50 | Fax page charge to 330-796-8836 |
| 7/09/01 | 12.12 | Fed Exp to: Memphis, TN from: Mailroom |
| 7/09/01 | 91.60 | Standard Copies |
| 7/12/01 | 2.29 | Telephone call to: Columbia, MD 410-531-4213 |
| 7/13/01 | 0.83 | Telephone call to: Columbia, MD 410-531-4213 |
| 7/20/01 | 2.70 | Telephone call to: Columbia, MD 410-531-4213 |
| 7/23/01 | 1.45 | Telephone call to: Columbia, MD 410-531-4213 |

## **Matter 17 - Automatic Stay Matters/Relief from Stay Proceedings - Expenses**

| **Description** | **Amount** |
|---|---|
| Telephone | $1.87 |
| Computer Database Research | $0.57 |
| Secretarial Overtime | $139.95 |
| **TOTAL** | $142.39 |

**Matter 17 - Automatic Stay Matters/Relief from Stay Proceedings - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 5/23/01 | 0.57 | West Publishing-TP, Database Usage  5.01 |
| 6/28/01 | 37.32 | Crabb, B. - Secretarial Overtime |
| 6/29/01 | 1.04 | Telephone call to: Kalispell, MT 406-755-2225 |
| 7/03/01 | 65.31 | Crabb, B. - Secretarial Overtime |
| 7/09/01 | 0.83 | Telephone call to: Cambridge, MA 617-498-4557 |
| 7/18/01 | 37.32 | Crabb, B. - Secretarial Overtime |

## Matter 20 – Case Administration - Expenses

| Description | Amount |
|---|---|
| Telephone | $877.56 |
| Facsimile Charges | $249.76 |
| Standard Copies | $85.25 |
| Overnight Delivery | $130.76 |
| Tabs/Indexes/Dividers | $2.90 |
| Postage | $6.24 |
| Outside Messenger | $5.50 |
| Overtime Meals | $45.00 |
| Overtime Meals - Attorney | $60.82 |
| Information Broker Doc/Svcs | $2,068.15 |
| Computer Database Research | $542.82 |
| Secretarial Overtime | $326.55 |
| **TOTAL** | $4,401.31 |

## Matter 20 – Case Administration - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/03/01 | 9.00 | Overtime Meals Meyers, Nathanael F |
| 4/04/01 | 9.00 | Overtime Meals Meyers, Nathanael F |
| 4/10/01 | 9.00 | Overtime Meals Meyers, Nathanael F |
| 4/17/01 | 9.00 | Overtime Meals Meyers, Nathanael F |
| 4/18/01 | 9.00 | Overtime Meals Meyers, Nathanael F |
| 5/01/01 | 6.40 | AT&T Teleconference Services - Telephone, Teleconference svcs, D. Boll, 4.01 |
| 5/01/01 | 35.88 | West Publishing-TP,Database Usage  5.01 |
| 5/01/01 | 217.59 | AT&T Teleconference Services - Telephone, Teleconference svcs, J. Kapp, 4.01 |
| 5/01/01 | 335.11 | AT&T Teleconference Services - Telephone, Teleconference svcs, B. Windley, 4.01 |
| 5/02/01 | 23.92 | West Publishing-TP, Database Usage  5.01 |
| 5/02/01 | 171.26 | West Publishing-TP, Database Usage  5.01 |
| 5/03/01 | 67.38 | West Publishing-TP, Database Usage  5.01 |
| 5/07/01 | 4.20 | West Publishing-TP, Database Usage  5.01 |
| 5/07/01 | 10.96 | West Publishing-TP, Database Usage  5.01 |
| 5/07/01 | 33.21 | West Publishing-TP, Database Usage  5.01 |
| 5/10/01 | 7.91 | West Publishing-TP, Database Usage  5.01 |
| 5/17/01 | 74.78 | West Publishing-TP, Database Usage  5.01 |
| 5/29/01 | 71.76 | West Publishing-TP, Database Usage  5.01 |
| 5/31/01 | 36.56 | Reed Elsevier, Inc. - Computer Database Research, Lexis-Nexis Database Usage May 2001 |
| 6/01/01 | 169.13 | AT&T Teleconference Services - Telephone, Teleconference svcs, R. Higgins, 5.01 |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/07/01 | 168.00 | Choicepoint Services, Inc. - Information Broker Doc/Svcs, Court Documents re: Celotex for R. Higgins |
| 6/07/01 | 359.10 | Choicepoint Services, Inc. - Information Broker Doc/Svcs, Court Documents: Dow Corning for R. Higgins |
| 6/11/01 | 7.80 | Fed Exp to: Wilmington, DE from:Mailroom |
| 6/11/01 | 13.00 | Fed Exp to: Charlotte, NC from:Mailroom |
| 6/11/01 | 13.73 | Fed Exp to: Richmond, VA from: Mailroom |
| 6/11/01 | 13.73 | Fed Exp to: Denver, CO from:Mailroom |
| 6/18/01 | 7.44 | Fed Exp to: Washington, DC from: Mailroom |
| 6/19/01 | 1,541.05 | Corporation Service Company - Information Broker Doc/Svcs, TA(1137.00)Document Retrieval work, AL |
| 6/20/01 | 2.25 | Fax page charge to 410-531-4414 |
| 6/25/01 | 11.91 | Fed Exp to: Columbia, MD from:Mailroom |
| 6/27/01 | 0.62 | Telephone call to:  New York, NY  212-715-9331 |
| 6/27/01 | 3.12 | Telephone call to: Washington, DC 202-637-5600 |
| 6/28/01 | 0.62 | Telephone call to:  Wilmington, DE  302-652-1100 |
| 6/28/01 | 0.84 | Telephone call to: Toronto, ON 416-340-6015 |
| 6/28/01 | 1.04 | Telephone call to: Columbia, MD 410-531-4222 |
| 6/28/01 | 1.45 | Telephone call to: Denver, CO 303-805-2300 |
| 6/28/01 | 1.45 | Telephone call to:  Columbia, MD  410-531-4222 |
| 6/28/01 | 1.45 | Telephone call to: Columbia, MD 410-531-4222 |
| 6/28/01 | 1.66 | Telephone call to: Orange, CA 714-288-1700 |
| 6/28/01 | 2.16 | Fax phone charge to 410-531-4783 |
| 6/28/01 | 2.16 | Fax phone charge to 410-531-4783 |
| 6/28/01 | 26.25 | Fax page charge to 410-531-4783 |
| 6/28/01 | 26.25 | Fax page charge to 410-531-4783 |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/28/01 | 52.00 | Standard Copies |
| 6/29/01 | 0.62 | Telephone call to: Washington, DC 202-457-6320 |
| 6/29/01 | 0.83 | Telephone call to:  Columbia, MD  410-531-4222 |
| 6/29/01 | 1.87 | Telephone call to:  Columbia, MD  410-531-4212 |
| 6/29/01 | 4.99 | Telephone call to:  Columbia, MD  410-531-4795 |
| 6/29/01 | 9.90 | Standard Copies |
| 6/29/01 | 65.31 | Crabb, B. - Secretarial Overtime |
| 7/02/01 | 0.62 | Telephone call to: Pittsburgh, PA 412-288-4104 |
| 7/02/01 | 0.83 | Telephone call to: Pittsburgh, PA 412-288-4104 |
| 7/02/01 | 1.25 | Telephone call to: Delaware 302-778-6464 |
| 7/02/01 | 1.66 | Telephone call to: Miami, FL 305-375-6156 |
| 7/02/01 | 1.66 | Telephone call to: Detroit, MI 313-223-3123 |
| 7/02/01 | 2.49 | Telephone call to: Delaware 302-778-6464 |
| 7/02/01 | 2.49 | Telephone call to: San Francisco, CA 415-730-2880 |
| 7/02/01 | 3.74 | Telephone call to: Central, FL 561-362-1661 |
| 7/02/01 | 5.00 | Courtlink Corporation - Computer Database Research, Courtlink database usage June 2001 |
| 7/02/01 | 6.00 | Fax page charge to 212-806-6006 |
| 7/02/01 | 11.91 | Fed Exp to: Washington, DC from: Mailroom |
| 7/03/01 | 0.62 | Telephone call to: Philadelphia, PA 215-568-3100 |
| 7/03/01 | 0.83 | Telephone call to: Delaware 302-778-6464 |
| 7/03/01 | 1.04 | Telephone call to: Washington, DC 202-204-3720 |
| 7/03/01 | 1.45 | Telephone call to: Delaware 302-778-6464 |
| 7/03/01 | 1.87 | Telephone call to: Delaware 302-425-3308 |
| 7/03/01 | 10.04 | Fed Exp to: Columbia, MD from: Mailroom |
| 7/03/01 | 10.04 | Fed Exp to: Columbia, MD from: Mailroom |

| Date | Amount | Description |
|---|---|---|
| 7/05/01 | 0.83 | Fax phone charge to 202-293-6961 |
| 7/05/01 | 1.37 | Fax phone charge to 410-531-4783 |
| 7/05/01 | 1.57 | Fax phone charge to 410-531-4783 |
| 7/05/01 | 2.08 | Telephone call to: Columbia, MD 410-531-4751 |
| 7/05/01 | 3.00 | Fax page charge to 202-293-6961 |
| 7/05/01 | 22.50 | Fax page charge to 410-531-4783 |
| 7/05/01 | 22.50 | Fax page charge to 410-531-4783 |
| 7/06/01 | 0.62 | Telephone call to: Bristol, TN 615-341-1105 |
| 7/06/01 | 0.83 | Telephone call to: Atlanta, GA 404-233-7000 |
| 7/06/01 | 0.83 | Telephone call to: Columbia, MD 410-531-4552 |
| 7/06/01 | 1.45 | Telephone call to: Boston, MA 617-426-5900 |
| 7/06/01 | 2.08 | Telephone call to: Columbia, MD 410-531-4552 |
| 7/06/01 | 3.12 | Telephone call to: Columbia, MD 410-531-4222 |
| 7/09/01 | 0.62 | Telephone call to: Miami, FL 305-375-6156 |
| 7/09/01 | 1.25 | Telephone call to: Columbia, MD 410-531-4213 |
| 7/09/01 | 1.45 | Telephone call to: Columbia, MD 410-531-4641 |
| 7/09/01 | 11.08 | Fed Exp to: Columbia, MD from:Mailroom |
| 7/10/01 | 0.62 | Telephone call to: SE Part, FL 954-341-9088 |
| 7/10/01 | 0.62 | Telephone call to: Delaware 302-425-3308 |
| 7/10/01 | 1.04 | Telephone call to: Washington,DC 202-637-5600 |
| 7/10/01 | 13.95 | Jason Horwitz - OT Meal f/S.Schwartz, 6.26.01 |
| 7/10/01 | 20.26 | Anup Sathy - Overtime Meals - Attorney f/S. Schwartz, 7.9.01 |
| 7/10/01 | 26.61 | Steven R Kotarba - Overtime Meals, 07.10.2001, (f/S Schwartz) |
| 7/11/01 | 0.62 | Telephone call to: New York, NY 212-806-5400 |
| 7/11/01 | 1.04 | Telephone call to: Columbia, MD 410-531-4236 |

| Date | Amount | Description |
|------|--------|-------------|
| 7/11/01 | 1.25 | Telephone call to: Baltimore, MD 410-347-8774 |
| 7/11/01 | 1.66 | Telephone call to: Central, FL 561-362-1533 |
| 7/11/01 | 2.49 | Telephone call to: Wilmington, DE 302-426-1900 |
| 7/11/01 | 2.90 | Tabs/Indexes/Dividers |
| 7/11/01 | 4.57 | Telephone call to: Columbia, MD 410-531-4212 |
| 7/11/01 | 4.78 | Telephone call to: Columbia, MD 410-531-4283 |
| 7/11/01 | 20.20 | Standard Copies |
| 7/12/01 | 0.83 | Telephone call to: Central, MN 651-234-5568 |
| 7/12/01 | 1.66 | Telephone call to: Columbia, MD 410-531-4222 |
| 7/12/01 | 4.99 | Telephone call to: New York, NY 212-806-5544 |
| 7/12/01 | 5.50 | Comet Messenger Services to: Michael Yetnikoff |
| 7/12/01 | 10.04 | Fed Exp to: Columbia, MD from: Mailroom |
| 7/13/01 | 0.62 | Telephone call to: Washington, DC 202-637-5440 |
| 7/13/01 | 0.62 | Telephone call to: Washington, DC 202-637-5440 |
| 7/13/01 | 1.66 | Telephone call to: Eastern, MI 810-694-7494 |
| 7/13/01 | 2.08 | Telephone call to: Wilmington, DE 302-426-1900 |
| 7/13/01 | 2.70 | Telephone call to: Columbia, MD 410-531-4283 |
| 7/13/01 | 10.04 | Fed Exp to: Columbia , MD from: Mailroom |
| 7/13/01 | 65.31 | Crabb, B. - Secretarial Overtime |
| 7/16/01 | 0.62 | Telephone call to: Delaware 302-559-3409 |
| 7/16/01 | 0.62 | Telephone call to: North West, NJ 973-538-0800 |
| 7/16/01 | 0.62 | Telephone call to: Eastern, MI 810-694-7494 |
| 7/16/01 | 0.83 | Telephone call to: Central, FL 561-362-1533 |
| 7/16/01 | 0.83 | Telephone call to: Wilmington, DE 302-652-4100 |
| 7/16/01 | 1.04 | Telephone call to: Wilmington, DE 302-652-4100 |

B-10

| Date | Amount | Description |
|------|--------|-------------|
| 7/16/01 | 1.25 | Telephone call to: Eastern, MI 810-341-9800 |
| 7/16/01 | 2.29 | Telephone call to: New York, NY 212-806-5544 |
| 7/16/01 | 3.12 | Telephone call to: Miami, FL 305-375-6156 |
| 7/17/01 | 1.57 | Fax phone charge to 561-362-1970 |
| 7/17/01 | 26.25 | Fax page charge to 561-362-1970 |
| 7/18/01 | 0.62 | Telephone call to: Frankfort, KY 502-564-5576 |
| 7/18/01 | 0.62 | Telephone call to: Washington, DC 202-637-5600 |
| 7/18/01 | 0.83 | Telephone call to: Eastern, MI 810-694-7494 |
| 7/18/01 | 0.83 | Telephone call to: Cambridge, MA 617-876-1400 |
| 7/18/01 | 1.04 | Fax phone charge to 212-806-6006 |
| 7/18/01 | 1.04 | Telephone call to: Columbia, MD 410-531-4557 |
| 7/18/01 | 1.95 | Postage |
| 7/18/01 | 2.29 | Telephone call to: Columbia, MD 410-531-4222 |
| 7/18/01 | 2.29 | Telephone call to: Delaware 302-778-6464 |
| 7/18/01 | 2.29 | Telephone call to: New York, NY 212-806-5400 |
| 7/18/01 | 8.25 | Fax page charge to 212-806-6006 |
| 7/18/01 | 65.31 | Crabb, B. - Secretarial Overtime |
| 7/19/01 | 0.62 | Telephone call to: Sandusky, OH 419-627-2106 |
| 7/19/01 | 65.31 | Crabb, B. - Secretarial Overtime |
| 7/20/01 | 0.62 | Telephone call to: Wilmington, DE 302-652-4100 |
| 7/20/01 | 0.83 | Telephone call to: Columbia, MD 410-531-4434 |
| 7/20/01 | 0.83 | Telephone call to: New York, NY 212-806-5400 |
| 7/20/01 | 1.25 | Telephone call to: Delaware 302-778-6464 |
| 7/20/01 | 1.50 | Fax page charge to 410-531-4445 |
| 7/20/01 | 3.95 | Postage |

| Date | Amount | Description |
|------|--------|-------------|
| 7/20/01 | 6.75 | Fax page charge to 212-806-6006 |
| 7/20/01 | 65.31 | Crabb, B. - Secretarial Overtime |
| 7/23/01 | 0.83 | Telephone call to: Washington, DC 202-637-5440 |
| 7/23/01 | 0.83 | Telephone call to: Columbia, MD 410-531-4557 |
| 7/23/01 | 1.25 | Telephone call to: Delaware 302-778-6464 |
| 7/23/01 | 1.25 | Telephone call to: Miami, FL 305-375-6156 |
| 7/23/01 | 1.45 | Telephone call to: Columbia, MD 410-531-4213 |
| 7/23/01 | 1.66 | Telephone call to: New York, NY 212-806-5544 |
| 7/23/01 | 3.12 | Telephone call to: SE Part, FL 954-341-9088 |
| 7/23/01 | 3.74 | Telephone call to: Columbia, MD 410-531-4795 |
| 7/24/01 | 0.34 | Postage |
| 7/24/01 | 0.83 | Telephone call to: Central, FL 561-362-1533 |
| 7/24/01 | 2.25 | Fax page charge to 212-286-1884 |
| 7/24/01 | 3.00 | Fax page charge to 410-531-4445 |
| 7/24/01 | 3.00 | Fax page charge to 302-654-5181 |
| 7/24/01 | 3.00 | Fax page charge to 406-755-5155 |
| 7/24/01 | 4.50 | Fax page charge to 212-806-6006 |
| 7/24/01 | 4.57 | Telephone call to: Central, FL 561-362-1932 |
| 7/25/01 | 0.62 | Telephone call to: Wilmington, DE 302-652-4100 |
| 7/25/01 | 1.37 | Fax phone charge to 410-531-4783 |
| 7/25/01 | 1.37 | Fax phone charge to 410-531-4783 |
| 7/25/01 | 2.25 | Fax page charge to 410-531-4445 |
| 7/25/01 | 3.00 | Fax page charge to 212-806-6006 |
| 7/25/01 | 3.00 | Fax page charge to 305-374-7593 |
| 7/25/01 | 19.50 | Fax page charge to 410-531-4783 |

B-12

| Date | Amount | Description |
|------|--------|-------------|
| 7/25/01 | 20.25 | Fax page charge to 410-531-4783 |
| 7/26/01 | 0.62 | Telephone call to: Pittsburgh, PA 412-288-3131 |
| 7/27/01 | 0.83 | Telephone call to: Central, FL 561-362-1518 |
| 7/27/01 | 1.25 | Telephone call to: Central, FL 561-362-1552 |
| 7/27/01 | 1.66 | Telephone call to: Central, FL 561-362-1932 |
| 7/27/01 | 2.08 | Telephone call to: Central, FL 561-362-1932 |
| 7/27/01 | 3.33 | Telephone call to: Central, FL 561-362-1554 |
| 7/30/01 | 0.62 | Telephone call to: Columbia, MD 410-531-4222 |
| 7/30/01 | 0.83 | Telephone call to: Central, FL 561-362-1932 |
| 7/30/01 | 1.57 | Fax phone charge to 212-715-9100 |
| 7/30/01 | 2.49 | Telephone call to: Central, FL 561-362-1661 |
| 7/30/01 | 3.15 | Standard Copies |
| 7/30/01 | 18.00 | Fax page charge to 212-715-9100 |
| 7/31/01 | 0.75 | Fax page charge to 303-312-7331 |
| 7/31/01 | 0.75 | Fax page charge to 410-531-4783 |

## Matter 21 – Claim Estimate/Adversary Proceedings - Expenses

| Description | Amount |
| --- | --- |
| Telephone | $82.93 |
| Facsimile Charges | $164.88 |
| Standard Copies | $1.65 |
| Overtime Transportation | $107.00 |
| Secretarial Overtime | $264.96 |
| **TOTAL** | $621.42 |

**Matter 21 – Claim Estimate/Adversary Proceedings - Itemized Expenses**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 6/12/01 | 72.00 | Crown Coach - Overtime Transportation, Dolores J Pawlik |
| 6/19/01 | 3.75 | Fax page charge to 410-531-4783 |
| 6/19/01 | 3.75 | Fax page charge to 410-531-4783 |
| 6/19/01 | 4.50 | Fax page charge to 410-531-4783 |
| 6/19/01 | 4.50 | Fax page charge to 410-531-4783 |
| 6/20/01 | 4.50 | Fax page charge to 410-531-4783 |
| 6/20/01 | 4.50 | Fax page charge to 410-531-4783 |
| 6/26/01 | 1.77 | Fax phone charge to 410-531-4783 |
| 6/26/01 | 1.77 | Fax phone charge to 410-531-4783 |
| 6/26/01 | 22.50 | Fax page charge to 410-531-4783 |
| 6/26/01 | 22.50 | Fax page charge to 410-531-4783 |
| 6/26/01 | 153.00 | Rogers, D. - Secretarial Overtime |
| 6/27/01 | 1.04 | Fax phone charge to 302-652-4400 |
| 6/27/01 | 9.00 | Fax page charge to 302-652-4400 |
| 7/02/01 | 4.50 | Fax page charge to 773-248-2087 |
| 7/02/01 | 80.23 | Janet Baer - Telephone Expense, Cingular Wireless stmt dtd 6.19.01 |
| 7/05/01 | 1.65 | Standard Copies |
| 7/06/01 | 37.32 | Crabb, B. - Secretarial Overtime |
| 7/10/01 | 1.04 | Telephone call to: California 650-631-3382 |
| 7/11/01 | 37.32 | Crabb, B. - Secretarial Overtime |
| 7/16/01 | 0.83 | Telephone call to: Wilmington, DE 302-426-1900 |

| Date | Amount | Description |
| --- | --- | --- |
| 7/17/01 | 0.83 | Telephone call to: Washington, DC 202-637-5440 |
| 7/17/01 | 3.34 | Fax phone charge to 202-293-6961 |
| 7/17/01 | 28.50 | Fax page charge to 372-2098 |
| 7/17/01 | 33.75 | Fax page charge to 202-293-6961 |
| 7/17/01 | 35.00 | Janet Baer - OT Trans. 7.16.01 |
| 7/19/01 | 5.25 | Fax page charge to 302-652-4400 |
| 7/21/01 | 37.32 | Crabb, B. - Secretarial Overtime |
| 7/23/01 | 1.71 | Fax phone charge to 011-442072354330 |
| 7/23/01 | 3.75 | Fax page charge to 011-442072354330 |

**Matter 22- Contested Matters/Adversary Proceedings- Expenses**

| Description | Amount |
| --- | --- |
| Telephone | $808.33 |
| Facsimile Charges | $280.48 |
| Standard Copies | $1,035.20 |
| Binding | $35.00 |
| Tabs/Indexes/Dividers | $17.50 |
| Overnight Delivery | $118.27 |
| Outside Messenger | $309.80 |
| Local Transportation | $13.20 |
| Working Meals | $156.46 |
| Library Document Procurement | $130.00 |
| Information Broker Doc/Svcs | $20.00 |
| Overtime Meals | $18.00 |
| Overtime Meals-Attorney | $25.95 |
| Overtime Transportation | $76.50 |
| Computer Database Research | $1,114.08 |
| Secretarial Overtime | $280.20 |
| **TOTAL** | $4,438.97 |

**Matter 22- Contested Matters/Adversary Proceedings- Itemized Expenses**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 5/01/01 | 1.47 | West Publishing-TP, Database Usage  5.01 |
| 5/01/01 | 208.45 | At&t Teleconference Services - Telephone, Teleconference svcs, J. Baer, 4.01 |
| 5/02/01 | 0.64 | West Publishing-TP, Database Usage  5.01 |
| 5/02/01 | 3.73 | West Publishing-TP, Database Usage  5.01 |
| 5/02/01 | 3.98 | West Publishing-TP, Database Usage  5.01 |
| 5/02/01 | 19.42 | West Publishing-TP, Database Usage  5.01 |
| 5/02/01 | 39.97 | West Publishing-TP, Database Usage  5.01 |
| 5/07/01 | 0.43 | West Publishing-TP, Database Usage  5.01 |
| 5/10/01 | 4.62 | West Publishing-TP, Database Usage  5.01 |
| 5/12/01 | 23.02 | West Publishing-TP, Database Usage  5.01 |
| 5/15/01 | 8.58 | West Publishing-TP, Database Usage  5.01 |
| 5/17/01 | 1.62 | West Publishing-TP, Database Usage  5.01 |
| 5/17/01 | 88.28 | West Publishing-TP, Database Usage  5.01 |
| 5/18/01 | 113.23 | West Publishing-TP, Database Usage  5.01 |
| 5/19/01 | 45.27 | West Publishing-TP, Database Usage  5.01 |
| 5/19/01 | 129.71 | West Publishing-TP, Database Usage  5.01 |
| 5/19/01 | 152.64 | West Publishing-TP, Database Usage  5.01 |
| 5/21/01 | 1.47 | West Publishing-TP, Database Usage  5.01 |
| 5/22/01 | 1.09 | West Publishing-TP, Database Usage  5.01 |
| 5/23/01 | 2.10 | West Publishing-TP, Database Usage  5.01 |
| 5/23/01 | 35.70 | West Publishing-TP, Database Usage  5.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 5/24/01 | 3.16 | West Publishing-TP, Database Usage  5.01 |
| 5/24/01 | 3.95 | West Publishing-TP, Database Usage  5.01 |
| 5/25/01 | 1.42 | West Publishing-TP, Database Usage  5.01 |
| 5/25/01 | 200.22 | Telephone call to: Al Conf 700-455-2222 |
| 5/26/01 | 94.72 | West Publishing-TP, Database Usage  5.01 |
| 5/29/01 | 0.53 | West Publishing-TP, Database Usage  5.01 |
| 5/29/01 | 105.18 | West Publishing-TP, Database Usage  5.01 |
| 5/30/01 | 33.75 | West Publishing-TP, Database Usage  5.01 |
| 5/30/01 | 111.72 | West Publishing-TP, Database Usage  5.01 |
| 5/31/01 | 53.10 | West Publishing-TP, Database Usage  5.01 |
| 6/04/01 | 34.00 | Working Meals/K&E and Others - Beverages |
| 6/08/01 | 10.00 | Library Document Procurement - Carcinogenesis (1985). |
| 6/08/01 | 10.00 | Library Document Procurement - American Review of Respiratory Disease (1990). |
| 6/08/01 | 10.00 | Library Document Procurement - Proceedings of the Symposium on Talc - Info. Circular #8639, U.S. Bureau of Mines (1974). |
| 6/08/01 | 10.00 | Library Document Procurement - Experimental Lung Cancer: Carcinogenesis & Bioassays (1974). |
| 6/08/01 | 10.00 | Library Document Procurement - British Journal of Cancer (1982). |
| 6/09/01 | 10.00 | United Parcel Service - Overnight Delivery, Address Correction Fee for Package Sent 6/8/01. |
| 6/11/01 | 7.44 | Fed Exp to: ,Washington, DC from: MAILROOM |
| 6/11/01 | 7.44 | Fed Exp to: Washington, DC from: Mailroom |
| 6/11/01 | 10.00 | Library Document Procurement - British Journal of Industrial Medicine (1986). |
| 6/11/01 | 10.00 | Library Document Procurement - British Journal of Industrial Medicine (1988). |

| Date | Amount | Description |
|------|--------|-------------|
| 6/12/01 | 7.80 | Fed Exp to: Denver, CO from: Mailroom |
| 6/13/01 | 6.03 | Fed Exp from: Ingrid French, New York, NY to: Kristi McLane |
| 6/13/01 | 10.00 | Library Document Procurement - American Journal of Industrial Medicine. |
| 6/13/01 | 10.00 | Library Document Procurement - American Review of Respiratory Diseases. |
| 6/13/01 | 10.00 | Library Document Procurement - American Journal of Hygiene Assoc. Journal (1973). |
| 6/14/01 | 10.00 | Library Document Procurement - Ann. New York Academy of Science (1991). |
| 6/19/01 | 0.62 | Telephone call to: Eastern, TN 423-413-9320 |
| 6/19/01 | 0.62 | Telephone call to: Tulsa, OK  918-583-1791 |
| 6/19/01 | 0.62 | Telephone call to: Delaware  302-778-6464 |
| 6/19/01 | 0.83 | Telephone call to: South Carolina  843-720-4368 |
| 6/19/01 | 0.83 | Telephone call to: Tulsa, OK 918-583-1791 |
| 6/19/01 | 0.90 | Tabs/Indexes/Dividers |
| 6/19/01 | 1.25 | Telephone call to: Oklahoma City, OK 405-272-1928 |
| 6/19/01 | 1.45 | Telephone call to: Cambridge, MA  617-498-4322 |
| 6/19/01 | 1.66 | Telephone call to: Wilmington, DE  302-426-1313 |
| 6/19/01 | 1.66 | Telephone call to: Central Florida  561-362-1533 |
| 6/19/01 | 1.66 | Telephone call to: Florida  954-341-9088 |
| 6/19/01 | 2.08 | Telephone call to: Long Beach, CA 310-890-8117 |
| 6/19/01 | 2.91 | Telephone call to: Central Florida  561-362-1533 |
| 6/19/01 | 3.50 | Binding |
| 6/19/01 | 3.93 | Fax phone charge to 212-735-2000 |
| 6/19/01 | 11.50 | Standard Copies |
| 6/19/01 | 56.25 | Fax page charge to 212-735-2000 |

| Date | Amount | Description |
|------|--------|-------------|
| 6/20/01 | 0.60 | Tabs/Indexes/Dividers |
| 6/20/01 | 0.62 | Telephone call to:  Philadelphia, PA 215-665-3929 |
| 6/20/01 | 0.83 | Telephone call to:  Central Florida  561-362-1533 |
| 6/20/01 | 0.90 | Tabs/Indexes/Dividers |
| 6/20/01 | 1.04 | Telephone call to:  Tulsa, OK  918-583-1791 |
| 6/20/01 | 1.25 | Telephone call to:  Wilmington, DE  302-652-1100 |
| 6/20/01 | 1.26 | Telephone call to: Toronto, ON 416-340-6000 |
| 6/20/01 | 1.77 | Fax phone charge to 406-587-5144 |
| 6/20/01 | 1.77 | Fax phone charge to 302-652-1111 |
| 6/20/01 | 1.87 | Telephone call to: Bozeman, MT 406-587-0618 |
| 6/20/01 | 2.29 | Telephone call to: Columbia, MD 410-531-4751 |
| 6/20/01 | 2.49 | Telephone call to:  Detroit, MI  313-223-3670 |
| 6/20/01 | 3.60 | Tabs/Indexes/Dividers |
| 6/20/01 | 5.25 | Binding |
| 6/20/01 | 5.25 | Binding |
| 6/20/01 | 5.82 | Telephone call to: Washington, DC 202-955-1279 |
| 6/20/01 | 7.80 | Standard Copies |
| 6/20/01 | 12.64 | Fed Exp to: Wilmington, DE from: Mailroom |
| 6/20/01 | 21.75 | Fax page charge to 406-587-5144 |
| 6/20/01 | 21.75 | Fax page charge to 302-652-1111 |
| 6/20/01 | 22.80 | Standard Copies |
| 6/20/01 | 49.60 | Standard Copies |
| 6/20/01 | 76.50 | Hackhel, N. - Secretarial Overtime |
| 6/20/01 | 96.60 | Standard Copies |
| 6/21/01 | 1.45 | Telephone call to: Philadelphia, PA 215-702-1804 |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/21/01 | 2.70 | Telephone call to:  Central Florida  561-362-1533 |
| 6/21/01 | 4.57 | Telephone call to: Columbia, MD 410-531-4222 |
| 6/21/01 | 7.69 | Telephone call to: Dallas, TX 972-361-3529 |
| 6/21/01 | 40.00 | In-House Attorney Service, Inc. - Outside Messenger Services - 06/14/01 File with the USBC Los Angeles, Ca. |
| 6/22/01 | 10.00 | Library Document Procurement - (1) 40 FR 48293 (1975); (2) 55 FR 48406 (1990). |
| 6/22/01 | 10.00 | Library Document Procurement - Federal Register (1975). |
| 6/25/01 | 7.44 | Fed Exp to: New York, NY from:Mailroom |
| 6/25/01 | 10.82 | Fed Exp to: Wilmington, DE from:Mailroom |
| 6/25/01 | 32.40 | Standard Copies |
| 6/25/01 | 200.22 | Ameritech - Telephone, A. Running Conf. call |
| 6/26/01 | 0.83 | Telephone call to:  Delaware  302-778-6464 |
| 6/26/01 | 0.83 | Telephone call to:  Delaware  302-778-6464 |
| 6/26/01 | 2.25 | Fax page charge to 410-531-4783 |
| 6/26/01 | 3.75 | Fax page charge to 504-587-4141 |
| 6/27/01 | 0.62 | Telephone call to:  Wilmington, DE  302-652-4100 |
| 6/27/01 | 0.83 | Fax phone charge to 504-525-3761 |
| 6/27/01 | 2.08 | Telephone call to: New York, NY 212-770-7000 |
| 6/27/01 | 6.75 | Fax page charge to 504-525-3761 |
| 6/27/01 | 7.20 | Tabs/Indexes/Dividers |
| 6/27/01 | 37.32 | Crabb, B. - Secretarial Overtime |
| 6/27/01 | 61.20 | Standard Copies |
| 6/28/01 | 2.80 | Tabs/Indexes/Dividers |
| 6/28/01 | 7.30 | Standard Copies |
| 6/28/01 | 9.26 | Fed Exp to: Lancaster, PA from: Mailroom |

| Date | Amount | Description |
|------|--------|-------------|
| 6/28/01 | 9.26 | Fed Exp to: Earlysville, VA from: Mailroom |
| 6/28/01 | 10.50 | Fed Exp to: San Francisco, CA from: Mailroom |
| 6/28/01 | 11.23 | Fed Exp to: Miami, FL from: Mailroom |
| 6/28/01 | 13.20 | Standard Copies |
| 6/28/01 | 19.20 | Standard Copies |
| 6/29/01 | 0.70 | Tabs/Indexes/Dividers |
| 6/29/01 | 1.04 | Telephone call to: Wilmington, DE  302-652-4100 |
| 6/29/01 | 6.90 | Standard Copies |
| 6/29/01 | 12.80 | Standard Copies |
| 6/29/01 | 189.80 | Quick International Courier Inc. - Overnight Delivery, S. Pope, 6/27/01 |
| 6/30/01 | 6.58 | West Group Payment Center - Computer Database Research - Weslaw online reseach June 2001 Century City |
| 6/30/01 | 119.20 | Standard Copies- Grace |
| 7/02/01 | 0.62 | Telephone call to: New York, NY 212-416-3135 |
| 7/02/01 | 1.04 | Telephone call to: Central Florida 561-362-1661 |
| 7/02/01 | 4.30 | Standard Copies |
| 7/02/01 | 5.61 | Telephone call to: Willamstown, MA 413-597-2676 |
| 7/02/01 | 6.60 | Bennett L Spiegel- Local Transportation - 06/22/01 Parking hearing |
| 7/02/01 | 6.60 | Bennett L Spiegel - Local Transportation - 06/19/01 Parking - Hearing |
| 7/02/01 | 20.40 | Standard Copies |
| 7/02/01 | 23.00 | Courtlink Corporation- Computer Database Research, Courtlink database usage June 2001 |
| 7/03/01 | 21.82 | Sanchez, T. - Secretarial Overtime |
| 7/05/01 | 0.75 | Fax page charge to 703-729-8587 |
| 7/05/01 | 0.75 | Fax page charge to 703-729-8587 |

| Date | Amount | Description |
|------|--------|-------------|
| 7/05/01 | 5.10 | Standard Copies |
| 7/05/01 | 8.52 | Telephone call to:  Washington, DC  202-371-1110 |
| 7/05/01 | 9.00 | Overtime Meals, Sanchez, T. |
| 7/05/01 | 12.00 | Fax Charge- 2134893930 |
| 7/05/01 | 12.00 | Fax Charge- 3128612200 |
| 7/05/01 | 20.00 | Kristi Mclane - Information Broker Doc/Svcs-06/11/01-Purchase article from the Journal of the American Industrial Hygiene Association for T. Hardy |
| 7/05/01 | 40.00 | In-House Attorney Service, Inc. - Outside Messenger Services - 06/18/01 File with USBC Downtown (Declaration of Wendy D. Meyer) |
| 7/05/01 | 40.00 | In-House Attorney Service, Inc. - Outside Messenger Services - 06/27/01 File USBC Downtown and deliver conformed copy to Judge Bluebond |
| 7/05/01 | 109.10 | Sanchez, T. - Secretarial Overtime |
| 7/06/01 | 2.60 | Standard Copies |
| 7/06/01 | 3.74 | Telephone call to: San Francisco, CA 415-730-2880 |
| 7/09/01 | 1.45 | Telephone call to: Columbia, MD 410-531-4203 |
| 7/09/01 | 1.90 | Standard Copies |
| 7/09/01 | 8.52 | Telephone call to: New York, NY 212-595-8992 |
| 7/09/01 | 15.75 | Binding |
| 7/09/01 | 18.91 | Telephone call to: Vancouver, BC 604-631-9112 |
| 7/09/01 | 182.10 | Standard Copies |
| 7/10/01 | 0.62 | Telephone call to: Florida 954-763-8181 |
| 7/10/01 | 0.62 | Telephone call to: New York, NY |
| 7/10/01 | 0.62 | Telephone call to: Boston, MA 617-426-5900 |
| 7/10/01 | 0.62 | Telephone call to: South East, LA 225-928-1951 |

| Date | Amount | Description |
|------|--------|-------------|
| 7/10/01 | 0.62 | Telephone call to: Washington, DC 202-204-3720 |
| 7/10/01 | 0.83 | Fax phone charge to 617-426-8810 |
| 7/10/01 | 0.92 | Telephone call to: Central Florida 561-362-1554 |
| 7/10/01 | 0.92 | Telephone call to: Central Florida 561-362-1554 |
| 7/10/01 | 1.38 | Telephone call to: Boston, MA 617-426-5900 |
| 7/10/01 | 1.85 | Telephone call to: Central Florida 561-362-1932 |
| 7/10/01 | 1.85 | Telephone call to: Central Florida 561-362-1932 |
| 7/10/01 | 1.85 | Telephone call to: Irving, TX 214-915-7100 |
| 7/10/01 | 2.31 | Telephone call to: Central Florida 561-362-1963 |
| 7/10/01 | 2.31 | Telephone call to: Central Florida 561-362-1554 |
| 7/10/01 | 2.36 | Fax phone charge to 617-426-8810 |
| 7/10/01 | 4.16 | Telephone call to: New York, NY 212-416-3135 |
| 7/10/01 | 4.50 | Fax page charge to 302-652-4400 |
| 7/10/01 | 4.61 | Telephone call to: Central, MA 978-369-1098 |
| 7/10/01 | 4.99 | Telephone call to: Columbia, MD 410-531-4170 |
| 7/10/01 | 5.25 | Binding |
| 7/10/01 | 6.00 | Fax page charge to 617-426-8810 |
| 7/10/01 | 8.41 | UPS Dlvry to:Pachulski Stang Ziehl Young & ,David Carickhoff,Wilmington, DE from:Scott A McMillin |
| 7/10/01 | 9.00 | Overtime Meals Thompson, S |
| 7/10/01 | 37.50 | Fax page charge to 617-426-8810 |
| 7/10/01 | 74.64 | Thompson, S. - Secretarial Overtime |
| 7/10/01 | 84.60 | Standard Copies |
| 7/11/01 | 1.04 | Telephone call to: Wilmington, DE 302-658-5686 |
| 7/11/01 | 1.45 | Telephone call to:  New York, NY, NY  212-735-4146 |
| 7/11/01 | 1.66 | Telephone call to: Milwaukee, WI 414-350-8544 |

| Date | Amount | Description |
|------|--------|-------------|
| 7/11/01 | 1.80 | Standard Copies |
| 7/11/01 | 8.31 | Telephone call to: Milwaukee, WI 414-765-7691 |
| 7/11/01 | 29.70 | Standard Copies |
| 7/11/01 | 122.46 | Who's Cookin- Working Meals/K&E and Others Lunch In Main Conf Room for Tim Hardy |
| 7/12/01 | 0.40 | Standard Copies |
| 7/12/01 | 0.79 | Fax phone charge to 202-797-3619 |
| 7/12/01 | 0.80 | Tabs/Indexes/Dividers |
| 7/12/01 | 1.04 | Telephone call to: Central Florida 561-362-1533 |
| 7/12/01 | 1.45 | Telephone call to: Florida 954-763-8181 |
| 7/12/01 | 1.87 | Telephone call to: Phoenix, AZ 602-870-9700 |
| 7/12/01 | 5.56 | Telephone call to: Vancouver, BC 604-631-9112 |
| 7/12/01 | 8.40 | Standard Copies |
| 7/12/01 | 12.00 | Fax page charge to 202-797-3619 |
| 7/13/01 | 1.45 | Telephone call to:  Cambridge, MA  617-498-4861 |
| 7/16/01 | 0.40 | Standard Copies |
| 7/16/01 | 0.90 | Standard Copies |
| 7/16/01 | 2.10 | Standard Copies |
| 7/16/01 | 3.00 | Standard Copies |
| 7/16/01 | 3.33 | Telephone call to: New York, NY 212-506-3775 |
| 7/16/01 | 5.50 | Standard Copies |
| 7/16/01 | 39.30 | Standard Copies |
| 7/17/01 | 0.62 | Telephone call to:  Delaware  302-661-7000 |
| 7/17/01 | 0.62 | Telephone call to:  Oklahoma City, OK 405-272-1963 |
| 7/17/01 | 1.80 | Standard Copies |
| 7/17/01 | 22.50 | Fax Charge- 3128612200 |

B-26

| Date | Amount | Description |
|---|---|---|
| 7/17/01 | 22.50 | Fax Charge- 2134893930 |
| 7/17/01 | 37.32 | Crabb, B. - Secretarial Overtime |
| 7/18/01 | 1.25 | Telephone call to: Wilmington, DE 302-428-5555 |
| 7/18/01 | 3.12 | Telephone call to: Washington, DC 202-955-1279 |
| 7/18/01 | 3.33 | Telephone call to: Los Angeles, CA 213-624-2869 |
| 7/18/01 | 3.33 | Telephone call to: Washington  202-862-5000 |
| 7/19/01 | 0.62 | Telephone call to: San Mateo, CA 415-344-7000 |
| 7/19/01 | 0.83 | Telephone call to: Beverly Hills, CA 310-551-1015 |
| 7/19/01 | 1.04 | Fax phone charge to 212-735-2000 |
| 7/19/01 | 1.66 | Fax phone charge to 212-735-2000 |
| 7/19/01 | 3.74 | Telephone call to: New York, NY 212-599-7575 |
| 7/19/01 | 4.57 | Telephone call to: Central Florida 561-362-1532 |
| 7/19/01 | 8.25 | Fax page charge to 212-735-2000 |
| 7/19/01 | 9.00 | Fax page charge to 212-735-2000 |
| 7/20/01 | 0.10 | Standard Copies |
| 7/20/01 | 0.40 | Standard Copies |
| 7/20/01 | 0.62 | Telephone call to: New York, NY 212-973-0111 |
| 7/20/01 | 0.83 | Telephone call to: Chino Valley, AZ 602-636-2013 |
| 7/20/01 | 0.90 | Standard Copies |
| 7/20/01 | 1.90 | Standard Copies |
| 7/20/01 | 3.75 | Fax page charge to 415-344-7201 |
| 7/20/01 | 3.90 | Standard Copies |
| 7/20/01 | 4.36 | Telephone call to: New York, NY 212-973-0111 |
| 7/20/01 | 5.10 | Standard Copies |
| 7/20/01 | 23.00 | Standard Copies |

B-27

| Date | Amount | Description |
|------|--------|-------------|
| 7/20/01 | 23.00 | Standard Copies |
| 7/20/01 | 43.50 | Standard Copies |
| 7/23/01 | 0.62 | Telephone call to: Columbia, MD 410-531-4170 |
| 7/23/01 | 0.62 | Telephone call to: Wilmington, DE 302-658-5686 |
| 7/23/01 | 1.80 | Telephone call to: UK 011-442072356000 |
| 7/23/01 | 2.29 | Telephone call to: Columbia, MD 410-531-4781 |
| 7/23/01 | 73.50 | Standard Copies |
| 7/24/01 | 25.95 | Samuel A Schwartz - Overtime Meals - Attorney, 07.23.2001 |
| 7/26/01 | 2.40 | Standard Copies |
| 7/27/01 | 0.62 | Telephone call to: New York, NY 212-595-8992 |
| 7/27/01 | 2.70 | Standard Copies |
| 7/30/01 | 1.50 | Fax page charge to 561-362-1970 |
| 7/30/01 | 4.36 | Telephone call to: New Orleans, LA 504-587-5230 |

## Matter 23 – Corporate and Securities Matters - Expenses

| Description | Amount |
|---|---|
| Telephone | $8.24 |
| Standard Copies | $0.20 |
| Overnight Delivery | $600.78 |
| **TOTAL** | $609.22 |

## Matter 23 – Corporate and Securities Matters - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/27/01 | 3.73 | Telephone call to: Columbia, MD 410-531-4552 |
| 3/28/01 | 4.51 | Telephone call to: Columbia, MD 410-531-4552 |
| 6/09/01 | 573.53 | United Parcel Service - Overnight Delivery, Packages Sent for S. McMillin on 6/4/01. |
| 6/16/01 | 13.12 | United Parcel Service - Overnight Delivery, Package Sent for S. McMillin on 6/6/01. |
| 6/16/01 | 14.13 | United Parcel Service - Overnight Delivery, Package Sent for S. McMillin on 6/5/01. |
| 7/11/01 | 0.20 | Standard Copies |

### Matter 24 – Creditors Committee - Expenses

| Description | Amount |
|---|---|
| Telephone | $167.63 |
| Overnight Delivery | $17.37 |
| Information Broker Doc/Svcs | $147.20 |
| Secretarial Overtime | $177.27 |
| **TOTAL** | $509.47 |

## Matter 24 – Creditors Committee - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 5/01/01 | 28.03 | AT&T Teleconference Services - Telephone, Teleconference svcs, J. Sprayregen, 4.01 |
| 5/01/01 | 122.56 | AT&T Teleconference Services - Telephone, Teleconference svcs, J. Sprayregen, 4.01 |
| 6/20/01 | 147.20 | Choicepoint Services, Inc. - Information Broker Doc/Svcs, Court Documents re: Washington Group for B. Windley |
| 6/27/01 | 9.57 | Fed Exp to: New York, NY from: Mailroom |
| 6/29/01 | 1.25 | Telephone call to: New York, NY 212-715-9331 |
| 6/29/01 | 7.80 | Fed Exp to: New York, NY from: Mailroom |
| 7/02/01 | 0.83 | Telephone call to: Delaware 302-778-6464 |
| 7/02/01 | 65.31 | Crabb, BA. - Secretarial Overtime |
| 7/03/01 | 0.62 | Telephone call to: Wilmington, DE 302-426-1900 |
| 7/03/01 | 1.04 | Telephone call to: Delaware 302-778-6464 |
| 7/03/01 | 1.25 | Telephone call to: Miami, FL 305-350-2403 |
| 7/03/01 | 37.32 | Crabb, Ba. - Secretarial Overtime |
| 7/06/01 | 1.25 | Telephone call to: Wilmington, DE 302-426-1900 |
| 7/10/01 | 1.87 | Telephone call to: Columbia, MD 410-531-4170 |
| 7/11/01 | 0.83 | Telephone call to: Wilmington, DE 302-426-1900 |
| 7/11/01 | 1.04 | Telephone call to: New York, NY 212-806-5422 |
| 7/11/01 | 1.25 | Telephone call to: Miami, FL 305-350-2403 |
| 7/12/01 | 0.83 | Telephone call to: New York, NY 212-806-5544 |

| Date | Amount | Description |
|------|--------|-------------|
| 7/13/01 | 0.62 | Telephone call to: New York, NY 212-350-4434 |
| 7/13/01 | 37.32 | Crabb, Ba. - Secretarial Overtime |
| 7/16/01 | 37.32 | Crabb, Ba. - Secretarial Overtime |
| 7/17/01 | 0.62 | Telephone call to: New York, NY 212-715-9331 |
| 7/18/01 | 1.04 | Telephone call to: New York, NY 212-806-5544 |
| 7/30/01 | 0.62 | Telephone call to: New York, NY 212-806-5767 |
| 7/30/01 | 2.08 | Telephone call to: New York, NY 212-806-5422 |

## Matter 25 – Creditors/Shareholders Inquiries - Expenses

| Description | Amount |
|---|---|
| Telephone | $6.24 |
| Facsimile Charges | $7.50 |
| Standard Copies | $1.20 |
| Overnight Delivery | $15.03 |
| **TOTAL** | $29.97 |

**Matter 25 – Creditors/Shareholders Inquiries - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 7/02/01 | 15.03 | Fed Exp to: David Huitema,Washington, DC from: Samuel A Schwartz |
| 7/09/01 | 1.20 | Standard Copies |
| 7/09/01 | 1.25 | Telephone call to: North West, SC 864-968-9684 |
| 7/10/01 | 0.62 | Telephone call to: Columbia, MD 410-531-4709 |
| 7/13/01 | 1.04 | Telephone call to: North West, SC 864-968-9684 |
| 7/16/01 | 1.04 | Telephone call to: Great Neck, NY 516-482-2700 |
| 7/26/01 | 3.00 | Fax page charge to 302-654-5181 |
| 7/26/01 | 4.50 | Fax page charge to 510-622-2270 |
| 7/27/01 | 1.04 | Telephone call to: Dallas, TX 214-969-2793 |
| 7/27/01 | 1.25 | Telephone call to: New York, NY 212-213-7060 |

**<u>Matter 27 –Employee Matters -Expenses</u>**

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Telephone | $434.99 |
| Facsimile Charges | $25.02 |
| Computer Database Research | $226.84 |
| Secretarial Overtime | $74.64 |
| **TOTAL** | $761.49 |

**Matter 27 –Employee Matters -Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 5/01/01 | 426.69 | AT&T Teleconference Services - Telephone, Teleconference svcs, R. Higgins, 4.01 |
| 5/07/01 | 18.94 | West Publishing-TP, Database Usage  5.01 |
| 5/07/01 | 153.29 | West Publishing-TP, Database Usage  5.01 |
| 5/10/01 | 54.61 | West Publishing-TP, Database Usage  5.01 |
| 6/19/01 | 1.66 | Telephone call to: New York, NY 212-806-5544 |
| 6/20/01 | 0.83 | Telephone call to: Wilmington, DE 302-426-1900 |
| 6/28/01 | 1.77 | Fax phone charge to 410-531-4783 |
| 6/28/01 | 23.25 | Fax page charge to 410-531-4783 |
| 6/29/01 | 0.62 | Telephone call to:  Wilmington, DE  302-652-4100 |
| 6/29/01 | 0.83 | Telephone call to: New York, NY 212-806-5422 |
| 6/29/01 | 1.04 | Telephone call to: Delaware 302-778-6464 |
| 6/29/01 | 1.45 | Telephone call to: Miami, FL 305-375-6156 |
| 6/29/01 | 1.87 | Telephone call to:  Wilmington, DE  302-426-1900 |
| 6/29/01 | 37.32 | Crabb, Ba. - Secretarial Overtime |
| 7/05/01 | 37.32 | Crabb, Ba. - Secretarial Overtime |

## Matter 28 – Environmental Issues - Expenses

| Description | Amount |
|---|---|
| Standard Copies | $44.20 |
| **TOTAL** | $44.20 |

**<u>Matter 28 – Environmental Issues - Itemized Expenses</u>**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---------|--------|-----------------|
| 7/06/01 | 3.90 | Standard Copies |
| 7/17/01 | 2.20 | Standard Copies |
| 7/23/01 | 6.00 | Standard Copies |
| 7/23/01 | 23.70 | Standard Copies |
| 7/25/01 | 8.40 | Standard Copies |

## **Matter 30- Hearings- Expenses**

| **Description** | **Amount** |
|---|---|
| Telephone | $8.72 |
| Overtime Transportation | $14.00 |
| **TOTAL** | $22.72 |

**<u>Matter 30- Hearings- Itemized Expenses</u>**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|------|--------|-------------|
| 7/02/01 | 0.62 | Telephone call to: Wilmington, DE 302-652-4100 |
| 7/09/01 | 0.62 | Telephone call to: Delaware 302-778-6464 |
| 7/09/01 | 0.62 | Telephone call to: New York, NY 212-806-5422 |
| 7/09/01 | 0.62 | Telephone call to: Miami, FL 305-350-2403 |
| 7/09/01 | 0.83 | Telephone call to: Wilmington, DE 302-426-1900 |
| 7/09/01 | 1.25 | Telephone call to: New York, NY 212-806-5422 |
| 7/17/01 | 3.33 | Telephone call to: Central, FL 561-362-1661 |
| 7/19/01 | 14.00 | James W Kapp - Overtime Transportation, 07.17.2001 |
| 7/25/01 | 0.83 | Telephone call to: Delaware 302-778-6464 |

**<u>Matter 32- K&E Fee Application, Preparation of- Expenses</u>**

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Telephone | $2.08 |
| Overnight Delivery - Refund | ($1.19) |
| Secretarial Overtime | $205.26 |
| **TOTAL** | $206.15 |

**Matter 32- K&E Fee Application, Preparation of- Itemized Expenses**

| Date | Amount | Description |
|------|-------:|-------------|
| 6/26/01 | 37.32 | Crabb, B. - Secretarial Overtime |
| 6/26/01 | 65.31 | Crabb, B. - Secretarial Overtime |
| 6/28/01 | 9.57 | Fed Exp to: Wilmington, DE from: Mailroom |
| 7/23/01 | 102.63 | Crabb, B. - Secretarial Overtime |
| 7/24/01 | 2.08 | Telephone call to: North West, NJ 973-966-8033 |
| 7/31/01 | (10.76) | Overnight Delivery - Refund |

## Matter 33- Lease Rejection Claims- Expenses

| Description | Amount |
|---|---|
| Telephone | $1.86 |
| **TOTAL** | $1.86 |

## **Matter 33- Lease Rejection Claims- Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 6/26/01 | 0.62 | Telephone call to: Delaware 302-778-6464 |
| 7/23/01 | 0.62 | Telephone call to: Delaware 302-778-6403 |
| 7/23/01 | 0.62 | Telephone call to: Delaware 302-778-6464 |

## **Matter 36- Reclamation Claims - Expenses**

| **Description** | **Amount** |
|---|---|
| Telephone | $3.53 |
| Secretarial Overtime | $37.32 |
| **TOTAL** | $40.85 |

## Matter 36- Reclamation Claims - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 6/26/01 | 2.49 | Telephone call to: Columbia, MD 410-531-4709 |
| 7/09/01 | 1.04 | Telephone call to: Columbia, MD 410-531-4709 |
| 7/23/01 | 37.32 | Crabb, Ba. - Secretarial Overtime |

### **Matter 37- Reorganization Plan/Disclosure Statement - Expenses**

| **Description** | **Amount** |
|---|---|
| Secretarial Overtime | $37.32 |
| **TOTAL** | $37.32 |

## <u>Matter 37- Reorganization Plan/Disclosure Statement - Itemized Expenses</u>

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 7/16/01 | 37.32 | Crabb, Ba. - Secretarial Overtime |

## Matter 38- Retention of Professionals/Fees - Expenses

| Description | Amount |
|---|---|
| Telephone | $12.68 |
| Overnight Delivery | $39.00 |
| Computer Database Research | $22.95 |
| **TOTAL** | $74.63 |

**Matter 38- Retention of Professionals/Fees - Itemized Expenses**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 5/09/01 | 22.95 | West Publishing-TP, Database Usage  5.01 |
| 6/18/01 | 7.80 | Fed Exp to: Wilmington, DE from: Mailroom |
| 6/21/01 | 7.80 | Fed Exp to: Wilmington, DE from: Mailroom |
| 6/26/01 | 1.25 | Telephone call to: North West, NJ 973-966-8434 |
| 6/27/01 | 7.80 | Fed Exp to: Wilmington, DE from: Mailroom |
| 7/02/01 | 1.45 | Telephone call to: Delaware 302-778-6464 |
| 7/03/01 | 7.80 | Fed Exp to: Wilmington, DE from: Mailroom |
| 7/09/01 | 7.80 | Fed Exp to: Wilmington, DE from: Mailroom |
| 7/16/01 | 0.83 | Telephone call to: Miami, FL 305-375-6156 |
| 7/17/01 | 1.25 | Telephone call to: Miami, FL 305-375-6156 |
| 7/17/01 | 3.33 | Telephone call to: Columbia, MD 410-531-4212 |
| 7/18/01 | 1.87 | Telephone call to: Dallas, TX 214-969-2793 |
| 7/20/01 | 2.08 | Telephone call to: Columbia, MD 410-531-4709 |
| 7/24/01 | 0.62 | Telephone call to: Central, FL 561-362-2800 |

**Matter 39- Schedules/Statement of Financial Affairs - Expenses**

| Description | Amount |
|---|---|
| Telephone | $6.65 |
| Secretarial Overtime | $37.32 |
| **TOTAL** | $43.97 |

**Matter 39- Schedules/Statement of Financial Affairs - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 7/24/01 | 1.25 | Telephone call to: Delaware 302-252-2900 |
| 7/25/01 | 0.62 | Telephone call to: New York, NY 212-213-7060 |
| 7/25/01 | 0.83 | Telephone call to: New York, NY 212-213-7060 |
| 7/25/01 | 0.83 | Telephone call to: New York, NY 212-213-7060 |
| 7/25/01 | 37.32 | Crabb, Ba. - Secretarial Overtime |
| 7/26/01 | 3.12 | Telephone call to: Central, FL 561-362-1661 |

## **Matter 41- Tax Matters - Expenses**

| **Description** | **Amount** |
|---|---|
| Computer Database Research | $4.48 |
| **TOTAL** | $4.48 |

## **Matter 41-Tax Matters - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 5/31/01 | 4.48 | West Publishing-TP, Database Usage  5.01 |

## Matter 42-Travel - Expenses

| Description | Amount |
| --- | --- |
| Travel Expense | $2,360.67 |
| Airfare | $8,900.92 |
| Travel Meals | $336.42 |
| Travel to/from Airport | $1,379.23 |
| Local Transportation | $35.17 |
| Other Travel Expenses | $45.50 |
| **TOTAL** | $13,057.91 |

**Matter 42-Travel - Itemized Expenses**

| Date | Amount | Description |
|---|---|---|
| 5/02/01 | 53.60 | Crown Coach - Transportation to/from airport, James W. Kapp |
| 5/03/01 | 53.60 | Crown Coach - Transportation to/from airport, Samuel A Schwartz |
| 5/04/01 | 53.60 | Crown Coach - Transportation to/from airport, James W. Kapp |
| 5/07/01 | 53.60 | Crown Coach - Transportation to/from airport, James W. Kapp |
| 5/13/01 | 53.60 | Crown Coach - Transportation to/from airport, Samuel A Schwartz |
| 5/14/01 | 53.60 | Crown Coach - Transportation to/from airport, James W. Kapp |
| 5/15/01 | 53.60 | Crown Coach - Transportation to/from airport, Samuel A. Schwartz |
| 5/15/01 | 65.60 | Crown Coach - Transportation to/from airport, James W. Kapp |
| 5/17/01 | 53.60 | Crown Coach - Transportation to/from airport, James W. Kapp |
| 5/21/01 | 53.60 | Crown Coach - Transportation to/from airport, James W. Kapp |
| 5/22/01 | 53.60 | Crown Coach - Transportation to/from airport, James W. Kapp |
| 5/29/01 | 35.17 | Vital Transportation - Local Transportation, James H Sprayregen |
| 5/29/01 | 36.19 | Vital Transportation - Transportation to/from airport, James W Kapp |
| 5/29/01 | 40.78 | Vital Transportation - Transportation to/from airport, James H Sprayregen |
| 5/29/01 | 53.60 | Crown Coach - Transportation to/from airport, James W Kapp |
| 5/29/01 | 67.20 | Crown Coach - Transportation to/from airport, James W Kapp |
| 5/31/01 | 113.60 | Crown Coach - Transportation to/from airport, Samuel A Schwartz |
| 6/15/01 | 30.02 | Red Top Cab Company - Local Transportation to/from airport 6/05/2001 |
| 6/15/01 | 30.02 | Red Top Cab Company - Local Transportation to/from airport 6/05/2001 |
| 6/21/01 | 36.19 | Vital Transportation - Transportation to/from airport, James H Sprayregen |

B-57

| Date | Amount | Description |
|------|--------|-------------|
| 7/02/01 | 10.01 | Samuel A. Schwartz - Meals Expense, Minneapolis/St. Paul, MN 6.28.01 (Mtg) |
| 7/02/01 | 24.00 | Samuel A. Schwartz - Travel Expense, Minneapolis/St. Paul, MN 6.28.01 (Mtg) |
| 7/02/01 | 45.50 | James W. Kapp - Mileage/parking & tolls, Wilmington, DE, 06.21 - 06.22.2001, (Attend hearing) |
| 7/02/01 | 537.50 | James W. Kapp - Airfare, Wilmington, DE, 06.21 - 06.22.2001, (Attend hearing) |
| 7/02/01 | 925.64 | Samuel A. Schwartz - Airfare Expense, Minneapolis/St. Paul, MN 6.28.01 (Mtg) |
| 7/03/01 | 136.00 | Deanna D Boll - Airfare Expense, Baltimore, MA, 5/21/01 - 5/22/01, (Meetings with notice experts) |
| 7/03/01 | 188.70 | Todd F Maynes - Hotel Expense, Orlando, FL, 05.06 - 05.07.2001, (Business mtg) |
| 7/12/01 | 155.00 | Chrisotpher B. Sullivan - Meals Expense, Washington, DC 7.10.01 - 7.11.01 (Mtg) |
| 7/12/01 | 354.44 | Christopher B Sullivan - Travel Expense, Washington, DC 7.10.01 - 7.11.01 (Mtg) |
| 7/12/01 | 1,145.14 | Christoper B Sullivan - Airfare Expense, Washington, DC 7.10.01 - 7.11.01 (Mtg) |
| 7/13/01 | 95.00 | Elli Leibensteim - Travel Expense, Washington, DC, 07.11.2001, (W.R. Grace - Claim) |
| 7/13/01 | 1,145.14 | Elli Leibenstein - Airfare, Washington, DC, 07.11.2001, (W.R. Grace - Claim) |
| 7/16/01 | 7.00 | Andrew R Running - Meals Expense, Washington, DC 7.10.01 - 7.11.01 (Mtg) |
| 7/16/01 | 25.77 | David M Bernick, P.C. - Meal Expense, Washington,D.C, 7.10 to 7.11.01, (Mtg w/client) |
| 7/16/01 | 279.94 | Andrew R Running - Travel Expense, Washington, DC 7.10.01 - 7.11.01 (Mtg) |

| Date | Amount | Description |
|------|--------|-------------|
| 7/16/01 | 419.23 | David M Bernick, P.C. - Travel Expense, Washington,D.C, 7.10 to 7.11.01, (Mtg w/client) |
| 7/16/01 | 575.07 | David M Bernick, P.C. -Airfare Expense, Washington,D.C, 7.10 to 7.11.01, (Mtg w/client) |
| 7/16/01 | 1,067.12 | Andrew R Running - Airfare Expense, Washington, DC 7.10.01 - 7.11.01 (Mtg) |
| 7/20/01 | 327.84 | Samuel A Schwartz - Travel Expense, Wilmington, DE, 07.18 - 07.19.2001, (Hearing) |
| 7/20/01 | 1,091.31 | Samuel A Schwartz - Airfare, Wilmington, DE, 07.18 - 07.19.2001, (Hearing) |
| 7/23/01 | 32.60 | James W Kapp - Meals, Wilmington, DE, 07.18 - 07.19.2001, (Attend hearing) |
| 7/23/01 | 105.22 | James W Kapp - Transportation to/from airport, New York, NY, 05.21 - 05.22.2001; Suppl to trv exp rpt 5.24.2001) |
| 7/23/01 | 125.00 | James W Kapp - Airfare, Wilmington, DE, 05.02 - 05.03.2001, (Attend hearing; Suppl to trv exp rpt 5.21.2001) |
| 7/23/01 | 247.32 | James W Kapp - Travel Expense, Wilmington, DE, 07.18 - 07.19.2001, (Attend hearing) |
| 7/23/01 | 264.81 | James W Kapp - Transportation to/from Airport, Boca Raton, FL, 05.04 - 05.07.2001, (Attend mtgs; Suppl to trv exp rpt 5.21.2001) |
| 7/23/01 | 1,176.50 | James W Kapp - Airfare, Wilmington, DE, 07.18 - 07.19.2001, (Attend hearing) |
| 7/25/01 | 106.04 | David M. Bernick, P.C. - Meal Expense, Wlimington,DE, 7.18 to 7.19.01, (Status Conference) |
| 7/25/01 | 424.20 | David M. Bernick, P.C. - Travel Expense, Wlimington,DE, 7.18 to 7.19.01, (Status Conference) |
| 7/25/01 | 976.50 | David M Bernick, P.C. -Airfare Expense, Wlimington,DE, 7.18 to 7.19.01, (Status Conference) |

## Matter 45 - Utilities - Expenses

| Description | Amount |
|---|---|
| Facsimile Charge | $3.75 |
| **TOTAL** | $3.75 |

## Matter 45 - Utilities - Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 7/24/01 | 3.75 | Fax page charge to 410-752-7092 |

## **Matter 46 - IRS Tax Litigation - Expenses**

| Description | Amount |
|---|---|
| Telephone | $2.08 |
| Standard Copies | $119.40 |
| Tabs/Indexes/Dividers | $0.20 |
| Working Meals | $22.00 |
| **TOTAL** | $143.68 |

## Matter 46 - IRS Tax Litigation - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 6/05/01 | 22.00 | Working Meals/K&E and Others - Beverages |
| 6/19/01 | 59.00 | Standard Copies |
| 6/22/01 | 0.20 | Tabs/Indexes/Dividers |
| 6/22/01 | 56.30 | Standard Copies |
| 7/09/01 | 4.10 | Standard Copies |
| 7/16/01 | 2.08 | Telephone call to: Central, FL 561-362-1300 |