# Cummings Properties

August 15, 2001

Mr. Akos Nagy
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

RE:   78 Dragon Court, Woburn, Massachusetts

Dear Mr. Nagy:

On behalf of our affiliate, Atlantic Boston Construction, Inc. ("ABC, Inc."), we hereby offer to purchase the leasehold interest of W.R. Grace & Co. - Conn. ("W.R. Grace") in the above-referenced property, and thereby take an assignment of the lease between W.R. Grace and American Real Estate Holdings Limited Partnership (or its successor) ("the master lease").

The consideration shall be one thousand dollars and ABC, Inc.'s agreement to pay W.R. Grace 50 per cent of all net profits derived from any and all subleases and licenses at the property, on an ongoing basis, during the remaining term of the master lease and any extensions thereof. ABC, Inc. intends to continue the subleasing of the entire property in part to its current occupants and presumably to others at the earliest practical opportunity, and not to directly occupy any portion of same. It shall be a condition of this offer that no existing sublease be amended without ABC, Inc.'s written consent from this date forward.

ABC, Inc. acknowledges that W.R. Grace's most recent financial statement for the property projects a $1,400,000 net loss through the current term of the master lease, ending January 31, 2005, when the existing subleases terminate as well. Any losses accruing after the closing date would be borne solely by ABC, Inc., except to the extent they may offset any subsequent profits.

This offer is subject to W.R. Grace obtaining approval of the purchase/assignment from the United States Bankruptcy Court for the District of Delaware by an unstayed Order of the Bankruptcy Court, which approval shall include modification acceptable to ABC, Inc. of provisions of the master lease and non-disturbance, attornment and subordination agreement that require the consent of the landlord and/or landlord's mortgagee to assignments, subleases and modifications to the property, and that provide for recapture in the event of certain assignments or subleases, and a finding that ABC, Inc. is a good faith purchaser entitled to the protections under 11 U.S.C. §363 (m).

There are no financing, title, zoning, permitting, or environmental contingencies of any sort. ABC, Inc. acknowledges that no representative of W.R. Grace has made any representations regarding the existence of hazardous substances at the property. In making its offer, ABC, Inc. has relied only upon its review of the master lease and any subleases and licenses provided by W.R. Grace on or before the date hereof, and has not relied on any oral or written representations made by W.R. Grace or its counsel. ABC, Inc. understands any financial projections provided by W.R. Grace relating to the leased premises are based only on W.R. Grace's good faith estimates of future income and expenses and are not binding covenants or representations of W.R. Grace.

*Corporate Office:* 200 West Cummings Park, Woburn, MA 01801-6396   (781) 935-8000   Fax (781) ...
*Cummings Center:* 100 Cummings Center, Beverly, MA 01915-6106     (978) 922-9000   Fax (978) 922-9880

Mr. Akos Nagy
W.R. Grace & Co.
August 15, 2001
Page 2

ABC, Inc. is ready, willing and able to close on this purchase/assignment within three business days after the court enters its unstayed order approving the sale, by executing an Assignment and Assumption Agreement in substantially the same form as attached hereto. The purchase/assignment shall be free and clear of all liens, claims and encumbrances. This offer is subject to execution of such Assignment and Assumption Agreement to be filed with the Bankruptcy Court.

ABC, Inc. acknowledges that this offer is also subject to higher or better offers being made by other parties as part of the Bankruptcy Court approval process. ABC, Inc. agrees to cooperate with W.R. Grace in responding to any objections to the assumption and/or assignment of the master lease and any subleases and licenses, including providing all financial information of ABC, Inc. generally made available to landlords in typical lease negotiations, and, if W.R. Grace deems it necessary, to provide an appropriate officer or representative to testify before the Bankruptcy Court in support of the assumption and assignment of the master lease and any licenses or subleases thereunder. W.R. Grace agrees not to file any motion with the Bankruptcy Court in connection with this offer without ABC, Inc.'s prior approval.

Many in the ABC, Inc. organization have more than 20 years experience in leasing and managing commercial real estate within the city of Woburn, particularly properties that have been affected by the serious environmental issues endemic to Woburn and the area directly surrounding the subject property. We appreciate the opportunity to extend this offer and enclose a check in the amount of $1,000 as a deposit to bind it.

Sincerely yours,

CUMMINGS PROPERTIES, LLC

*Dennis Clarke* (signature)

Dennis A. Clarke
Co-President

Accepted subject to Bankruptcy Court approval
W.R. GRACE & CO. -CONN.

By: _____
        Duly Authorized

Enclosure

cc:    Vicki B. Finkelstein, Esq. (by facsimile)