W. R. Grace Service List 2 for 8/28/01
Case No. 01-1139 (RJN)
Doc. No. 29160
01 – Hand Delivery
05 – First Class Mail


(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

*First Class Mail*
American Real Estate Holdings Limited Partnership
Attention:  General Counsel
90 South Bedford Road
Mount Kisco, New York   10549

*First Class Mail*
Felicia P. Buebel, Esq.
American Real Estate Partners, L.P.
100 South Bedford Road
Mount Kisco, New York   10549

*First Class Mail*
Icast Corporation
Attn:  Chief Financial Officer
78 Dragon Court
Woburn, MA  01888

*First Class Mail*
Zaiq Technologies, Inc.
78 Dragon Court
Woburn, MA   01888

*First Class Mail*
CMGI, Inc.
Attn:  General Counsel
100 Brickstone Square
Andover, MA   01810

*First Class Mail*
Pamela Coravos, Esq.
Hale & Dorr, LLP
60 State Street
Boston, MA   02109