**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | Objections due by September 17, 2001 at 4:00 p.m. Hearing date: To be scheduled, only if objections are timely filed and served. |

**CERTIFICATE OF SERVICE**

I, Shelley A. Hollinghead, certify that I am not less than 18 years of age, and that service of a copy of the attached **Notice of Application of Fourth Interim Application of FTI Policano & Manzo, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2001 Through July 31, 2001** was made August 28, 2001, upon:

> All of the parties indicated on the attached Service List by first class mail, postage prepaid, or as otherwise indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: August 28, 2001           /s/ Shelley A. Hollinghead
                                Shelley A. Hollinghead, Paralegal
                                DUANE, MORRIS & HECKSCHER LLP
                                1100 N. Market Street, Suite 1200
                                Wilmington, DE 19801-1246
                                Telephone:    (302) 657-4900
                                Facsimile:    (302) 657-4901
                                Email:        sahollinghead@duanemorris.com

WLM\149172.1