Grace Reclamation Service List
Case Number: 01-1139 (RJN)
Document Number: 26675
01 – Hand Delivery
39 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**First Class Mail**
Air Products and Chemicals, Inc.
Attn: James P. Fallon
7201 Hamilton Boulevard
Allentown PA 18195-1501

**First Class Mail**
Akrochem Corporation
255 Fountain Street
Akron OH 44304

**First Class Mail**
Atlanta Belting Company
Attn: Werner N. Schomaker
560 Edgewood Ave. NE
Atlanta GA 30312

**First Class Mail**
BASF Corporation
Attn: J. L. Smith
3000 Continental Dr. North
Mount Olive NJ 07828-1234

**First Class Mail**
Bayer Corporation
Attn: Deborah J. Krause
100 Bayer Road
Pittsburgh PA 15205-9741

**First Class Mail**
BCS (Basic Chemical Solutions)
Attn: Christopher E. Vita
5 Steel Road East
Morrisville PA 19067

**First Class Mail**
Cargill, Inc.
Attn: Edward W. Humphrey
RMSS-Credit, POB 5726, MS 126
Minneapolis MN 55440-5726

**First Class Mail**
Celanese Chemicals Division
Attn: Tim R. Thomann
1601 West LBJ Freeway, POB 819005
Dallas TX 75381-9005

**First Class Mail**
Climax Molybdenum
Attn: Scott Barker
1501 W. Fountainhead Pkwy., Ste 290
POB 22015
Tempe AZ 85285-2015

**First Class Mail**
Crompton Corporation
Attn: Kevin McGillick
One American Lane
Greenwich CT 06831-2559

**First Class Mail**
Cyro Industries
Attn: David A. Tillery
100 Enterprise Dr., POB 5055
Rockaway NJ 07886-5055

*First Class Mail*
Cyro Industries
Attn: David A. Tillery
100 Enterprise Dr., POB 5055
Rockaway NJ 07886-5055

*First Class Mail*
Dell Receivables, L.P.
Dept. 0837, POB 120001
Dallas TX 75312-0837

*First Class Mail*
The Dow Chemical Company
Attn: Bruce Ecklund
Midland, MI 48674

*First Class Mail*
Elkem Materials Inc.
Attn; William A. Ferguson
POB 266
Pittsburgh PA 15230

*First Class Mail*
Excalibur
Attn: Patti Stolo
110 E. Crowther Avenue
Placentia CA 92870

*First Class Mail*
ExxonMobil Chemical Company
Attn: Christopher Schultz
Treasurer's Department, POB 3272
Houston TX 77253-3272

*First Class Mail*
Floridin, Div. of ITC Industrials
POB 410
Quincy FL 32353

*First Class Mail*
Georgia Pacific Corporation
Attn: Richard Lawless
133 Peachtree St NE, POB 105605
Atlanta GA 30348-5605

*First Class Mail*
Goodyear Tire & Rubber Company
Attn: D. R. Spader
6 Cornwall Court, Suite C
East Brunswick NJ 08816

*First Class Mail*
Greif Bros. Corporation
Attn: Paul Hardy
250 E. Wilson Bridge Road
Worthington OH 43085

*First Class Mail*
Huntsman Petrochemical Corp. (A)
Attn: Russell S. Walker
Woodbury & Kesler
265 East 100 South, Ste. 300
Salt Lake City, UT 84111

*First Class Mail*
International Paper (Arizona Chemical)
Attn: Jane Alcaraz
4600 Touchton Rd. E, Ste. 500
Jacksonville FL 32246

*First Class Mail*
Lehigh Portland Cement (A)
Attn: W. Clark Watson
Balch & Bingham LLP
POB 306
Birmingham AL 35201-0306

*First Class Mail*
Leco Corporation
Attn: Joel D. DeBruyne
3000 Lakeview Avenue
St. Joseph MI 49085-2396

*First Class Mail*
Loparex Inc.
Attn: Roger E. Blake
7700 Griffin Way
Willowbrook IL 60521-5623

*First Class Mail*
Lyondell
Attn: Barbara Krupala
One Houston Ctr. Ste 1600, POB 3646
Houston TX 77253-3646

*First Class Mail*
Marblehead Lime, Inc.
Attn: Lance E. Olson
390 E Joe Orr Rd.
Chicago Heights IL 60411-0488

*First Class Mail*
Niro, Inc.
9165 Rumsey Road
Columbia MD 21045-1991

*First Class Mail*
Owens Corning
Attn: Michael W. Wright
One Owens Corning Pkwy.
Toledo OH 43658

*First Class Mail*
Oxy Vinyls LP
Attn: Robert D. Luss
5005 LBJ Freeway, Ste 500, LB 30
Dallas TX 75244-6123

*First Class Mail*
PPG Industries, Inc.
Attn: Eric C. Tienou
One PPG Place
Pittsburgh PA 15272

*First Class Mail*
Rohn and Haas Company
Attn: Christopher Rankin
100 Independence Mall West
Philadelphia PA 19106-2399

*First Class Mail*
HM Royal Inc.
POB 6798
Buena Park CA 90622-6798

*First Class Mail*
Soprema Inc.
1675 Haggerty Street
Drummondville Quebec Can J2C 5P7

*First Class Mail*
Southern Bag Corporation
Attn: Richard Markell
25 Woodgreen Place
Madison MS 39110

*First Class Mail*
United States Gypsum Company
Attn: David A. Perozzi
125 S Franklin St
Chicago IL 60606-4678

*First Class Mail*
VWR Scientific Products
Attn: Brian Newton
1230 Kennestone Circle
Marietta GA 30066

*First Class Mail*
WESCO Distribution, Inc.
Attn: Russell Rockenstein
Commerce Court, Ste. 700
Four Station Square
Pittsburgh PA 15219

*First Class Mail*
Xpedx
Attn: Stephen F. Patrick
1427 Marvin Griffin Rd (30906)
POB 1330
Augusta GA 30903-1330