W.R. Grace Service List #2 for 8-29-01
Document No. 29202
01 – Hand Delivery
01 – First Class Mail

(Co-Counsel for Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Hand Delivery***
(Parcels)
Vito I. DiMiao
Parcels, Inc.
917 King Street
Wilmington, DE  19801

***Overnight Delivery***
Boston Capital Institutional Advisors
Attn: Karl Weller
One Boston Place
Boston, MA  02108-4406