W.R. Grace 2002 Service List for 8-29-01
Case No. 01-01139
Doc. No. 29188
01 - Hand Delivery
06 - Federal Express

(Co-Counsel for Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
(Parcels)
Vito I. DiMiao
Parcels, Inc.
917 King Street
Wilmington, DE  1980

*Overnight Delivery*
David Field, Esquire
James Stewart, Esquire
Michael Caffrey, Esquire
Lowenstein, Sandler, Kohl,
Fisher & Boylan
65 Livingston Avenue
Roseland, N.J.  07068

*Overnight Delivery*
Bruce Terris, Esquire
Kathleen Millian, Esquire
Steven J. German, Esquire
Demian A. Schane, Esquire
Terris, Pravilk & Millian, LLP
1121 12th Street, N.W.
Washington, D.C.  20005-4632

*Overnight Delivery*
Edward Lloyd, Esquire
Columbia University Law School
435 West 116th Street
New York, NY  10027

***Overnight Delivery***
William F. Mueller, Esquire
Joseph Rizzo, Esquire
Clemente, Mueller & Tobia, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962-1296

***Overnight Delivery***
Christopher H. Marraro, Esquire
William F. Hughes, Esquire
Angela Pelletier, Esquire
Tamara Parker, Esquire
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson St., N.W.
Suite 500
Washington, D.C. 20007

***Overnight Delivery***
John M. Agnello, Esquire
Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
6 Becker Farm Road
Roseland, New Jersey 7068