W.R. Grace 2002 Amended Scheduled Service List
Case No. 01-01139
Doc. No. 29234
01 - Hand Delivery
02 - Federal Express


(Co-Counsel for Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
(Parcels)
Vito I. DiMiao
Parcels, Inc.
917 King Street
Wilmington, DE  1980

*Overnight Delivery*
Kevin James
Attorney General
California Department of Toxic Substances Contronl
2525 Clay Street, 20th Floor
Oakland, California  94612

*Overnight Delivery*
Marina I. Cardoso
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, Massachusetts  02109