IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of the law firm listed below as counsel for The Chase Manhattan Bank ("Chase") for itself, and as agent under certain credit agreements, in the above-referenced cases:

> Stephen H. Case, Esq.
> Nancy L. Lazar, Esq.
> David D. Tawil, Esq.
> Davis Polk & Wardwell
> 450 Lexington Avenue
> New York, New York 10017
> Telephone: (212) 450-4000
> Telecopier: (212) 450-4800

Dated: August 30, 2001
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Deborah E. Spivack (No. 3220)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington Delaware 19899
(302) 658-6541

RLF1-2291787-2