IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

   Melissa Bisaccia, being duly sworn according to law, deposes and says that she is employed as a Paralegal by the law firm of Richards, Layton & Finger, P.A., and that on the 30th day of August, 2001 she caused copies of the following to be served in the manner indicated on the parties on the attached list:

**Withdrawal of Appearance**

Dated: August 30, 2001

*Melissa Bisaccia* (signature)
Melissa Bisaccia
Bankruptcy Paralegal
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED
before me on this 30th day of August, 2001.

*Joan M. Webb* (signature)
Notary Public

NOTARIAL SEAL
JOAN M. WEBB NOTARY PUBLIC
STATE OF DELAWARE
Date of Appointment: 4-30-99
My Commission Expires: April 30, 2002

RLF1-2354597-1