## Service List

**Via Hand Delivery**

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 N. Market Street, Suite 1600
Wilmington, DE 19801

Office of the United States Trustee
844 King Street, Suite 231B
Lockbox 35
Wilmington, DE 19801

**Via First Class U.S. Mail**

Stephen H. Case, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017