**W.R. Grace Zapata Patent Action Service List**
Case No. 01-01139 (RJN)
Doc. No. 29284
01 – Hand Delivery
03 – Overnight Delivery


(Counsel for Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
(Parcels)
Vito I. DiMiao
Parcels, Inc.
4 East Seventh Street
Wilmington, DE  19801

*Overnight Delivery*
(Counsel for ZapatA)
Mark Levy
Thompson, Hine & Flory
2000 Court Plaza
Dayton, Ohio 45401

*Overnight Delivery*
(Counsel for ZapatA)
Philip A. Allen, III P.A.
Lucio, Bronstein, Garbett, Stiphany & Allen
80 Southwest Eighth Street
Brickell Bayview Centre, Suite 3100
Miami, Florida  33130

*Overnight Delivery*
(Counsel for Grace's)Gary H. Levin
David R. Bailey
Kevin M. Flannery
Woodcock Washburn Kurtz,
Mackiewicz & Norris LLP
One Liberty Place - 46th floor
Philidelphia, PA  19103