**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objections due: September 19, 2001 at 4:00 p.m.<br>Hearing date: To be scheduled, only if objections are timely filed and served. |

## NOTICE OF APPLICATION

TO: Office of the United States Trustee; Counsel to the Debtors; Counsel to the Official Committee of Asbestos Personal Injury Claimants; Counsel to the Official Committee of Asbestos Property Damage Claimants; Official Committee of Equity Security Holders; and Counsel to the Debtors-in-Possession Lenders (the "DIP Lenders").

The Official Committee of Unsecured Creditors in the above-captioned matter (the "Committee"), by and through its undersigned counsel, has today filed the attached **First Monthly Application of Duane, Morris & Heckscher, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2001 Through July 31, 2001** (the "Application"), which seeks the following relief: an Order approving the undersigned counsel's request for compensation for professional services rendered as counsel to the Committee during the Compensation Period (as defined in the Application) in the sum of $9,490.50 together with reimbursement of disbursements in the amount of $1,209.90.

You are required to file a response to the attached application on or before September 19, 2001 at 4:00 p.m.

At the same time, you must also serve a copy of the response upon Applicant's attorney:

> Michael R. Lastowski, Esquire
> DUANE, MORRIS & HECKSCHER LLP
> 1100 North Market Street, Suite 1200
> Wilmington, DE 19801-1246
> Telephone: (302) 657-4900
> Facsimile: (302) 657-4901
> E-mail: mlastowski@duanemorris.com

WLM\149123.1

  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

|  |  |
|---|---|
|  | /s/ Michael R. Lastowski |
|  | Michael R. Lastowski, Esquire (DE I.D. No. 3892) |
|  | DUANE, MORRIS & HECKSCHER LLP |
|  | 1100 North Market Street - Suite 1200 |
|  | Wilmington, Delaware 19801-1246 |
|  | Telephone:  (302) 657-4900 |
|  | Facsimile:  (302) 657-490 |
|  | E-mail:   mlastowski@duanemorris.com |
| Dated: August 30, 2001 | Co-Counsel to the Official Committee |
|   Wilmington, Delaware | of Unsecured Creditors |