**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OFDELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | Objections due: September 19, 2001 at 4:00 p.m. |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

**FIRST MONTHLY APPLICATION OF DUANE, MORRIS & HECKSCHER, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2001 THROUGH JULY 31, 2001**

| | |
|---|---|
| **Applicant:** | **Duane, Morris & Heckscher LLP** |
| **Authorized to Provide Professional Services To:** | **Official Committee of Unsecured Creditors** |
| **Date of Retention:** | **Effective April 17, 2001 (Order entered June 21, 2001)** |
| **Period For Which Compensation And Reimbursement Is Sought:** | **July 1, 2001 through July 31, 2001** |
| **Amount of Compensation Sought As Actual, Reasonable And Necessary:** | **$9,490.50** |
| **Amount of Expense Reimbursement Sought As Actual, Reasonable And Necessary:** | **$1,209.90** |

**This is an interim fee application request for the period from July 1, 2001 through July 31, 2001.**

WLM\149126.1

**PRIOR APPLICATIONS:**

| DATE FILED | PERIOD COVERED | FEES | EXPENSES |
|---|---|---|---|
| 8/30/01 | April 17, 2001 through June 30, 2001 | $41,314.50 | $4,026.77 |

WLM\149126.1

# Attachment "A"

**SUMMARY OF TIME AND THE HOURLY RATES CHARGED BY THE APPLICANT FOR ITS ATTORNEY AND PARALEGAL TIME FOR THE PERIOD FROM JULY 1, 2001 THROUGH AND INCLUDING JULY 31, 2001**

|  | Year Admitted | Rate Per Hour | No. of Hours | Total Value |
|---|---|---|---|---|
| William S. Katchen ("WSKATCHEN") Partner |  | $450 | 4.5 | $2,025.00 |
| Michael R. Lastowski ("MRLASTOWSKI") Partner | 1980 | $375 | 12.0 | $4,500.00 |
| Ralph N. Sianni ("RNSIANNI") Associate | 1996 | $200 | 4.4 | $880.00 |
| John W. Weiss ("JWWEISS") Associate | 2001 | $175 | 0.1 | $17.50 |
| Margurite M. Melvin ("MMMELVIN") Paralegal | N/A | $110 | 4.1 | $451.00 |
| Shelly A. Hollinghead ("SAHOLLINGHEAD") Paralegal | N/A | $110 | 14.7 | $1,617.00 |
| **GRAND TOTAL** |  |  | 39.8 | $9,490.50 |
| **BLENDED RATE** |  | $236.60 |  |  |

WLM\149126.1

**COMPENSATION BY PROJECT CATEGORY**

| DESCRIPTION | HOURS | AMOUNT |
|---|---:|---:|
| Asset Disposition | 0.40 | $150.00 |
| Case Administration | 29.80 | $6,557.00 |
| Claims Administration and Objections | 0.10 | $11.00 |
| Fee/Employment Applications | 8.10 | $2,247.50 |
| Litigation | 1.40 | $525.00 |
| **TOTAL** | **39.80** | **$9,490.50** |

**EXPENSE SUMMARY**

| CATEGORIES | PROVIDER | EXPENSES |
|---|:---:|---:|
| Printing and Duplicating | N/A | $1,062.47 |
| Telecopier | N/A | $54.15 |
| Overtime | N/A | $62.42 |
| Postage | N/A | $5.67 |
| Document Costs | N/A | $23.40 |
| Telephone | N/A | $1.79 |
| **TOTAL** | | **$1,209.90** |

WLM\149126.1