# EXHIBIT "B"

{time records}

WLM\148933.1

# DUANE MORRIS
ATTORNEYS AT LAW

PHILADELPHIA
NEW YORK
LONDON
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
BOSTON
ATLANTA
MIAMI
WILMINGTON
HARRISBURG
MALVERN
CHERRY HILL
NEWARK
WESTCHESTER
PRINCETON
PALM BEACH
ALLENTOWN
HOUSTON
BANGOR

August 23, 2001

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001         INVOICE# 803997                                       IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2001 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                                $9,490.50

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 12.00 | hrs. at $375.00 | /hr. = | 4,500.00 | |
| WS KATCHEN | PARTNER | 4.50 | hrs. at $450.00 | /hr. = | 2,025.00 | |
| JW WEISS | ASSOCIATE | 0.10 | hrs. at $175.00 | /hr. = | 17.50 | |
| RN SIANNI | ASSOCIATE | 4.40 | hrs. at $200.00 | /hr. = | 880.00 | |
| MM MELVIN | PARALEGAL | 4.10 | hrs. at $110.00 | /hr. = | 451.00 | |
| SA HOLLINGHEAD | PARALEGAL | 14.70 | hrs. at $110.00 | /hr. = | 1,617.00 | |

                                                                                $9,490.50

DISBURSEMENTS
DOCUMENT COSTS                                              23.40
OVERTIME RELATED COSTS                                      62.42
POSTAGE                                                      5.67
PRINTING & DUPLICATING                                    1062.47
TELECOPY                                                    54.15
TELEPHONE                                                    1.79
TOTAL DISBURSEMENTS                                                             $1,209.90

BALANCE DUE THIS INVOICE                                                       $10,700.40

PREVIOUS BALANCE                                                               $46,025.27

TOTAL BALANCE DUE                                                              $56,725.67

DUANE, MORRIS & HECKSCHER LLP

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/5/2001 | 0004 SA HOLLINGHEAD | FILE PLEADINGS RETURNED FROM PARCELS. | 0.10 | $11.00 |
| 7/5/2001 | 0004 SA HOLLINGHEAD | REVIEW LASON INVOICES FOR ACCURACY AND FORWARD FOR PAYMENT; PLACE COPY IN FILE AFTER REVIEWING DOCKET FOR PLEADING NUMBER. | 0.30 | $33.00 |
| | | Code Total | 0.40 | $44.00 |
| 7/9/2001 | 002 MR LASTOWSKI | REVIEW DEBTORS' MOTION TO SELL DE MINIMIS ASSETS AND ASBESTOS PROPERTY DAMAGE CLAIMANTS OBJECTION THERETO | 0.30 | $112.50 |
| 7/12/2001 | 002 MR LASTOWSKI | REVIEW OBJECTION OF ASBESTOS PERSONAL INJURY COMMITTEE TO DEBTOR'S MOTION FOR AN ORDER PERMITTING THE SALE OF DE MINIMIS ASSETS | 0.10 | $37.50 |
| | | Code Total | 0.40 | $150.00 |
| 7/2/2001 | 004 WS KATCHEN | REVIEW DEBTOR'S MOTION PAPERS, CASE MANAGEMENT ORDER | 0.50 | $225.00 |
| 7/2/2001 | 004 WS KATCHEN | REVIEW 106 F. 3D 506 | 0.30 | $135.00 |
| 7/2/2001 | 004 WS KATCHEN | REVIEW MOTION RE: SALE OF ASSETS BELOW $5MM | 0.10 | $45.00 |
| 7/3/2001 | 004 MR LASTOWSKI | REVIEW MAY MONTHLY OPERATING REPORT | 0.20 | $75.00 |
| 7/3/2001 | 004 SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET; PLACE IN FILE. | 0.10 | $11.00 |
| 7/3/2001 | 004 SA HOLLINGHEAD | COPY AND FORWARD FIRST INTERIM ALLOWANCE OF COMMITTEE MEMBER EXPENSES AND SECOND APPLICATION OF STROOCK AND STROOCK TO M. MELVIN AND R. SERRETTE. | 0.30 | $33.00 |
| 7/3/2001 | 004 SA HOLLINGHEAD | EMAIL FROM/TO R. SERRETTE RE: FEE APPLICATION OF POLICANO & MANZO. | 0.10 | $11.00 |
| 7/3/2001 | 004 WS KATCHEN | TELEPHONE CONVERSATION WITH A. KRIEGER, ESQ. RE: STATUS | 0.10 | $45.00 |
| 7/3/2001 | 004 WS KATCHEN | TWO TELEPHONE CONVERSATIONS WITH G. MARCUS RE: GOLDUC (FORMER CEO) RE: PENSION CLAIMS | 0.20 | $90.00 |
| 7/5/2001 | 004 WS KATCHEN | TELEPHONE CONVERSATION WITH A. KRIEGER RE: STATUS | 0.10 | $45.00 |
| 7/6/2001 | 004 WS KATCHEN | TWO TELEPHONE CONVERSATIONS WITH G. MARCUS RE: CONFERENCE CALL WITH BOULDUC | 0.30 | $135.00 |
| 7/6/2001 | 004 WS KATCHEN | TWO TELEPHONE CONVERSATIONS | 0.30 | $135.00 |

DUANE, MORRIS & HECKSCHER LLP

File # K0248-00001 INVOICE # 803997
W.R. GRACE & CO.

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | WITH A. KRIEGER RE: CONFERENCE CALL WITH BOULDUC | | |
| 7/6/2001 | 004 WS KATCHEN | REVIEW RETENTION APPLICATION OF REED SMITH | 0.10 | $45.00 |
| 7/11/2001 | 004 MR LASTOWSKI | TELEPHONE CALL FROM STROOCK RE: OBJECTION TO DEBTOR'S MOTION FOR AUTHORITY TO PAY INDEMNITY CLAIMS OF FORMER EMPLOYEES | 0.10 | $37.50 |
| 7/11/2001 | 004 SA HOLLINGHEAD | T/C FROM W. KATCHEN RE: PLEADINGS FROM STROOCK & STROOCK. | 0.10 | $11.00 |
| 7/11/2001 | 004 SA HOLLINGHEAD | T/C TO VICTORIA AT JUDGE FARNAN'S CHAMBERS RE: DOCKET NUMBER FOR MOTION RE: JEAN-PAUL; T/C TO P. CUNIFF RE: DOCKET NUMBER FOR FRAUDULENT TRANSFER CLAIMS. | 0.30 | $33.00 |
| 7/11/2001 | 004 WS KATCHEN | TWO TELEPHONE CONVERSATIONS WITH K. PASQUALE RE: REVIEW OF OBJECTION BY COMMITTEE; 548 ISSUE, ARRANGE FOR COURT FILING | 0.40 | $180.00 |
| 7/11/2001 | 004 WS KATCHEN | TELEPHONE CONVERSATION WITH M. LASTOWSKI RE: FILING OBJECTION ON 548 ISSUE | 0.10 | $45.00 |
| 7/12/2001 | 004 MM MELVIN | INTEGRATE PLEADINGS AND CORRESPONDENCE INTO THE MAIN FILE | 0.40 | $44.00 |
| 7/12/2001 | 004 MR LASTOWSKI | REVIEW OBJECTION OF OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO MOTION FOR AN ORDER REQUIRING THE PAYMENT OF CERTAIN EMPLOYEE BENEFITS | 0.10 | $37.50 |
| 7/12/2001 | 004 MR LASTOWSKI | REVIEW, REVISE AND EXECUTE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTIO TO APY CERTAIN EMPLOYEE BENEFITS (DOCKET NO. 484) | 0.20 | $75.00 |
| 7/12/2001 | 004 SA HOLLINGHEAD | REVIEW LIST/LABELS TO ENSURE ACCURACY; PRINT LABELS; ADDITIONS TO 2002 LIST; PREPARE OBJECTION RE: JEAN-PAUL ET AL. FOR FILING AND SERVICE. T/C TO LASON; T/C TO PARCELS. | 1.00 | $110.00 |
| 7/12/2001 | 004 SA HOLLINGHEAD | REVISIONS TO OBJECTION RE: FORMER EMPLOYEES JEAN-PAUL BOLDUC, ET AL; FOR M. LASTOWSKI REVIEW; FURTHER REVISIONS; FINAL PRINT FOR SIGNATURE. EMAIL TO P. CUNIFF RE: SERVICE LIST. | 1.30 | $143.00 |
| 7/12/2001 | 004 WS KATCHEN | TELEPHONE CONVERSATION WITH M. LASTOWSKI AND K. PASQUALE CONFIRMING FILING OBJECTION 548 ISSUE | 0.20 | $90.00 |

DUANE, MORRIS & HECKSCHER LLP

File # K0248-00001                                                        INVOICE # 803997
    W.R. GRACE & CO.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/13/2001 | 004 MM MELVIN | INTEGRATE PLEADINGS AND CORRESPONDENCE INTO THE MAIN FILE | 0.60 | $66.00 |
| 7/13/2001 | 004 MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO PROPERTY DAMAGE COMMITTEE'S MOTION RE: DOCUMENT RETENTION | 0.10 | $37.50 |
| 7/13/2001 | 004 MR LASTOWSKI | REVIEW ZONOLITE PLAINTIFF'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER | 0.30 | $112.50 |
| 7/13/2001 | 004 MR LASTOWSKI | REVIEW UNITED STATES OBJECTION TO DEBTOR'S PROPOSED CASE MANAGEMENT ORDER | 0.20 | $75.00 |
| 7/13/2001 | 004 MR LASTOWSKI | REVIEW JOINDER OF COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS IN MOTION RELATING TO DOCUMENT PRESERVATION | 0.10 | $37.50 |
| 7/13/2001 | 004 MR LASTOWSKI | REVIEW CORRESPONDENCE FROM THE SMOLKER PLAINTIFFS RE: 7/19/01 OMNIBUS HEARING | 0.10 | $37.50 |
| 7/13/2001 | 004 SA HOLLINGHEAD | DISCUSSION WITH M. BRAKE RE: RETRIEVE ORDER RE: RETIREMENT PLANS FOR W. KATCHEN. | 0.10 | $11.00 |
| 7/13/2001 | 004 SA HOLLINGHEAD | REVIEW DOCKET FOR ORDER RE: PREPETITION PAYMENTS FOR W. KATCHEN W/ M. BRAKE. | 0.20 | $22.00 |
| 7/13/2001 | 004 SA HOLLINGHEAD | RETRIEVE DOCKET 484 FOR FILE. | 0.10 | $11.00 |
| 7/13/2001 | 004 SA HOLLINGHEAD | RETRIEVE DOCKET NO. 283 FOR FILE. | 0.10 | $11.00 |
| 7/13/2001 | 004 SA HOLLINGHEAD | FORWARD CERTIFICATION OF NO OBJECTION RE: ASHBY & GEDDES RETENTION TO A. KRIEGER. | 0.10 | $11.00 |
| 7/13/2001 | 004 SA HOLLINGHEAD | FORWARD COPIES OF OBJECTION OF COMMITTEE RE: JEAN-PAUL BOLDUC TO M. MELVIN AND R. SERRETTE. | 0.20 | $22.00 |
| 7/16/2001 | 004 MM MELVIN | INTEGRATE PLEADINGS AND CORRESPONDENCE INTO THE MAIN FILE | 0.40 | $44.00 |
| 7/16/2001 | 004 MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO MOTION OF BOLDUC, SMITH, ET AL. TO COMPEL PAYMENT OF RETIREMENT BENEFITS | 0.20 | $75.00 |
| 7/16/2001 | 004 MR LASTOWSKI | REVIEW DEBTOR'S REPLY TO ASBESTOS' COMMITTEES' OBJECTION TO CASE MANAGEMENT ORDER | 0.10 | $37.50 |
| 7/16/2001 | 004 MR LASTOWSKI | REVIEW ZONOLOITE PLAINTIFF'S OBJECTION TO ENTRY OF CASE MANAGEMENT ORDER | 0.20 | $75.00 |
| 7/16/2001 | 004 MR LASTOWSKI | REVIEW MEDICAL MONITORING CLAIMANT'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF CASE MANAGEMENT ORDER | 0.10 | $37.50 |
| 7/16/2001 | 004 MR LASTOWSKI | REVIEW REPLY DECLARATION OF FABRICE N. VINCENT IN SUPPORT OF | 0.10 | $37.50 |

File # K0248-00001                                                                      INVOICE # 803997
    W.R. GRACE & CO.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | OBJECTION TO ENTRY OF CASE MANAGEMENT ORDER | | |
| 7/16/2001 | 004 MR LASTOWSKI | REVIEW REPLY DECLARATION OF ZONOLITE PLAINTIFF'S RE MOTION FOR A CASE MANAGEMENT ORDER | 0.20 | $75.00 |
| 7/16/2001 | 004 SA HOLLINGHEAD | FORWARD COPIES OF DOCKET NOS. 509/510 TO W. KATCHEN. | 0.10 | $11.00 |
| 7/16/2001 | 004 SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET INFORMATION. | 0.10 | $11.00 |
| 7/16/2001 | 004 WS KATCHEN | OBJECTION TO MOTION OF BOLDUC, ET AL.; REVIEW ORDER MODIFYING ORDER | 0.20 | $90.00 |
| 7/16/2001 | 004 WS KATCHEN | REVIEW NATIONAL MEDICAL CARE'S RESPONSE TO 548 ISSUE | 0.20 | $90.00 |
| 7/16/2001 | 004 WS KATCHEN | REVIEW DEBTOR'S OPPOSITION TO 548 ISSUE/ B&W OPINION AND ORDER DATED 6/26/01 | 0.30 | $135.00 |
| 7/16/2001 | 004 WS KATCHEN | REVIEW SEALED AIR'S RESPONSE | 0.10 | $45.00 |
| 7/17/2001 | 004 SA HOLLINGHEAD | REVIEW DOCKET FOR POLICANO & MANZO 2ND APPLICATION OBJECTIONS, IF ANY. VERIFY DATE OF FILING FOR M. LASTOWSKI. | 0.10 | $11.00 |
| 7/17/2001 | 004 SA HOLLINGHEAD | T/C FROM M. MELVIN RE: DOCKET 500; RESEARCH VIRTUAL DOCKET AND WEBPACER FOR DOCKET 500; T/C TO PARCELS REQUESTING DOCKET 500 (NOT IMAGED). | 0.30 | $33.00 |
| 7/17/2001 | 004 WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO BULDUC'S MOTION | 0.10 | $45.00 |
| 7/17/2001 | 004 WS KATCHEN | REVIEW PROPERTY DAMAGE COMMITTEE MOTION | 0.10 | $45.00 |
| 7/17/2001 | 004 WS KATCHEN | TELEPHONE CONVERSATION WITH C. MACCALLUM | 0.20 | $90.00 |
| 7/17/2001 | 004 WS KATCHEN | REVIEW DEBTOR'S RESPONSE ON DOCUMENT PRODUCTION | 0.10 | $45.00 |
| 7/17/2001 | 004 WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO OBJECTION RE: OMNIBUS ORDER FOR SETTLEMENT OF NON-ASBESTOS CLAIMS | 0.10 | $45.00 |
| 7/18/2001 | 004 MM MELVIN | FORWARD SUPPLEMENTAL AFFIDAVIT OF W. KATCHEN RE: THE RETENTION OF DM&H TO A. KRIEGER, M. REED AND T. GEWERTZ FOR REVIEW AND APPROVAL OR COMMENT | 0.40 | $44.00 |
| 7/18/2001 | 004 MM MELVIN | FORWARD SUPPLEMENTAL AFFIDAVIT OF W. KATCHEN RE: THE RETENTION OF DM&H TO A. KRIEGER, M. REED AND C. MACCALLUM FOR REVIEW AND APPROVAL OR COMMENT | 0.40 | $44.00 |
| 7/18/2001 | 004 MM MELVIN | REVISIONS TO W. KATCHEN'S SUPPLEMENTAL AFFIDAVIT RE: DM&H'S RETENTION | 0.30 | $33.00 |
| 7/18/2001 | 004 MR LASTOWSKI | TELEPHONE CALL TO KEN PASQUALE | 0.10 | $37.50 |

DUANE, MORRIS & HECKSCHER LLP

File # K0248-00001                                           INVOICE # 803997
    W.R. GRACE & CO.

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 7/18/2001 | 004 MR LASTOWSKI | RE: 7/19/01 AGENDA TELEPHONE CALL FROM STROOCK & STROOCK & LAVAN RE: VENUE OF 7/18/01 OMNIBUS HEARING | 0.10 | $37.50 |
| 7/18/2001 | 004 MR LASTOWSKI | REVIEW AGENDA FOR 7/19/01 HEARING | 0.20 | $75.00 |
| 7/18/2001 | 004 MR LASTOWSKI | REVIEW NOTICE OF PPG INDUSTRIES, INC. OF TIMELY RECLAMATION DEMAND | 0.10 | $37.50 |
| 7/18/2001 | 004 MR LASTOWSKI | REVIEW DEBTOR'S OBJECTION TO CONTINUANCE OF CASE MANAGEMENT HEARING | 0.10 | $37.50 |
| 7/18/2001 | 004 MR LASTOWSKI | REVIEW DOCKET ITEMS TO BE HEARD AT 7/19/01 OMNIBUS HEARING | 0.50 | $187.50 |
| 7/18/2001 | 004 SA HOLLINGHEAD | FORWARD COPY TO M. MELVIN AND R. SERRETTE OF DOCKET 500 RE: DM&H RETENTION. | 0.20 | $22.00 |
| 7/18/2001 | 004 WS KATCHEN | TELEPHONE CONVERSATION WITH A. KRIEGER AND M. LASTOWSKI RE: 7/19 HEARING | 0.20 | $90.00 |
| 7/18/2001 | 004 WS KATCHEN | REVIEW COMMITTEE OBJECTIONS | 0.10 | $45.00 |
| 7/19/2001 | 004 MM MELVIN | DRAFT SUPPLEMENTAL AFFIDAVIT OF C. MACCALLUM OF FTI POLICANO & MANZO | 0.60 | $66.00 |
| 7/19/2001 | 004 MM MELVIN | INTEGRATE CORRESPONDENCE INTO THE MAIN FILE | 0.20 | $22.00 |
| 7/19/2001 | 004 MR LASTOWSKI | TELEPHONE CALL FROM JOHN CARROLL RE: HIS RETENTION AS SPECIAL COUNSEL TO PURSUE FRAUDULENT CONVEYANCE ACTIONS ON BEHALF OF ASBESTOS COMMITTEES | 0.10 | $37.50 |
| 7/19/2001 | 004 MR LASTOWSKI | TELEPHONE CALL FROM ROB RASKIN RE: 7/19/01 OMNIBUS HEARING | 0.10 | $37.50 |
| 7/19/2001 | 004 MR LASTOWSKI | CONFERENCE WITH KEN PASQUALE AND PREPARE FOR OMNIBUS HEARING | 0.80 | $300.00 |
| 7/19/2001 | 004 MR LASTOWSKI | ATTENDANCE AT OMNIBUS HEARING | 1.50 | $562.50 |
| 7/19/2001 | 004 MR LASTOWSKI | REVIEW UNITED STATES RESPONSE TO DEBTORS' MOTION FOR A CASE MANAGEMENT ORDER | 0.20 | $75.00 |
| 7/19/2001 | 004 SA HOLLINGHEAD | T/C FROM CORRINE CHRISTEN AT DEPT. OF JUSTICE RE: SERVICE ON JAMES FREEMAN - DOCKET NO. 608 NOT RECEIVED; FORWARDED COPY. | 0.20 | $22.00 |
| 7/23/2001 | 004 MR LASTOWSKI | REVIEW UNITED STATES MOTION FOR AN ORDER COMPELLING THE DEBTORS TO SUPPLEMENT STATEMENTS OF FINANCIAL AFFAIRS | 0.30 | $112.50 |
| 7/24/2001 | 004 SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET INFORMATION. | 0.10 | $11.00 |
| 7/26/2001 | 004 MR LASTOWSKI | TELEPHONE CALL FROM STROOCK RE: FILING OF OBJECTIONS | 0.10 | $37.50 |

DUANE, MORRIS & HECKSCHER LLP

File # K0248-00001                                                    INVOICE # 803997
   W.R. GRACE & CO.

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 7/27/2001 | 004 SA HOLLINGHEAD | T/C FROM A. TARUSCHIO RE: OBJECTION TO BE FILED TODAY. | 0.10 | $11.00 |
| 7/27/2001 | 004 SA HOLLINGHEAD | EMAIL TO P. CUNIFF RE: 2002 LIST REQUESTED. | 0.10 | $11.00 |
| 7/27/2001 | 004 SA HOLLINGHEAD | DISCUSSION WITH M. HARRIS RE: 2002 LIST - ZALESKI; EMAIL TO P. CUNIFF RE: SAME; REVIEW DOCKET FOR ACCURATE ADDRESS/APPEARANCE REQUEST. | 0.20 | $22.00 |
| 7/27/2001 | 004 SA HOLLINGHEAD | T/C FROM A. TARUSCHIO RE: OBJECTION TO BE FILED; WAIT UNTIL MONDAY UNLESS ADVISED OTHERWISE. EMAIL TO A. TARUSCHIO RE: SAME. | 0.10 | $11.00 |
| 7/27/2001 | 004 SA HOLLINGHEAD | REVIEW DOCKET FOR ANSWERS/OBJECTIONS TO SSL APPLICATION 2ND; DRAFT CERTIFICATE OF NO OBJECTION RE: SAME. | 0.70 | $77.00 |
| 7/27/2001 | 004 SA HOLLINGHEAD | DRAFT CERTIFICATES OF NO OBJECTION FOR MEMBER EXPENSES 1ST INTERIM; FTI POLICAN AND MANZO FIRST AND SECOND APPLICATIONS; REVIEW DOCKET FOR ANSWERS/OBJECTIONS RE: SAME. | 1.20 | $132.00 |
| 7/27/2001 | 004 SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTIONS FOR DOCKETS 553/554/562/563 FOR FILING/SERVICE. T/C TO PARCELS; T/C TO LASON. | 1.30 | $143.00 |
| 7/27/2001 | 004 SA HOLLINGHEAD | PREPARE AFFIDAVIT OF LEWIS KRUGER FOR FILING. T/C TO PARCELS. | 0.30 | $33.00 |
| 7/30/2001 | 004 MM MELVIN | REVISE AND FORWARD SUPPLEMENTAL AFFIDAVIT ON BEHALF OF DUANE, MORRIS & HECKSCHER LLP TO M. LASTOWSKI FOR FILING | 0.50 | $55.00 |
| 7/30/2001 | 004 MM MELVIN | INTEGRATE PLEADINGS AND CORRESPONDENCE INTO THE MAIN FILE | 0.30 | $33.00 |
| 7/30/2001 | 004 SA HOLLINGHEAD | REFILE PLEADINGS FOR FUTURE RETRIEVAL. | 0.10 | $11.00 |
| 7/30/2001 | 004 SA HOLLINGHEAD | T/C AND EMAIL FROM A. TARUSCHIO RE: FILING OF OBJECTION SENT FRIDAY. | 0.10 | $11.00 |
| 7/30/2001 | 004 SA HOLLINGHEAD | T/C FROM C. MCGOWEN RE: FEE APPLICATIONS FOR FILING TODAY. | 0.10 | $11.00 |
| 7/30/2001 | 004 SA HOLLINGHEAD | REVIEW LIMITED OBJECTION RE: RETENTION OF CONWAY, DEL GENIO; REVIEW DOCKET FOR HEARING DATE; EMAIL TO P. CUNIFF RE: SAME. REVISIONS TO MOTION; DRAFT CERTIFICATE OF SERVICE. PREPARE FOR FILING/SERVICE; T/C TO PARCELS; | 1.10 | $121.00 |

File # K0248-00001                                                INVOICE # 803997
W.R. GRACE & CO.

| Date | Code/Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 7/30/2001 | 004 SA HOLLINGHEAD | T/C TO LASON. REVIEW FEE APPLICATIONS FOR STROOCK AND POLICANO AND MANZO FOR FIRST QUARTERLY AND THIRD MONTHLY; PREPARE NOTICES OF APPLICATION AND CERTIFICATES OF SERVICE FOR EACH; T/C TO R. SERRETTE FOR E-VERSION OF APPLICATIONS; T/C TO C. MCCOWEN FOR E-VERSION OF P&M APPLICATIONS; REVISIONS TO COVER AND AFFIDAVIT TO REFLECT HEARING DATE/OBJECTION DEADLINE. COPIES AND PREPARE FOR FILING AND SERVICE; RETRIEVE FEE APPLICATION SERVICE LIST AND LABELS; EMAIL TO P. CUNIFF RE: SERVICE LIST FOR 2002. T/C TO LASON; T/C TO PARCELS. | 3.20 | $352.00 |
| 7/30/2001 | 004 WS KATCHEN | REVIEW 1121(D) MOTION | 0.10 | $45.00 |
| 7/31/2001 | 004 MR LASTOWSKI | REVIEW DEBTORS' REPORT OF COMPENSATION PAID TO ORDINARY COURSE PROFESSIONALS | 0.10 | $37.50 |
| 7/31/2001 | 004 SA HOLLINGHEAD | T/C FROM PARCELS/LASON RE: DELIVERY OF APPLICATIONS; T/C TO MEREDITH AT FERRY & JOSEPH RE: SAME. CONFIRMED DELIVERY WITH PARCELS AT 11:18PM. | 0.10 | $11.00 |
| 7/31/2001 | 004 SA HOLLINGHEAD | T/C FROM MEREDITH AT TED TACONELLI'S OFFICE RE: NOTICES OF APPLICATION FILED LAST NIGHT. | 0.10 | $11.00 |
| 7/31/2001 | 004 SA HOLLINGHEAD | T/C TO MERIDITH AT TED TACCONELLI'S OFFICE RE: APPLICATIONS WERE SERVED IN ENTIRETY LAST NIGHT BY HAND DELIVERY OF LASON. | 0.10 | $11.00 |
| 7/31/2001 | 004 SA HOLLINGHEAD | T/C FROM FERRY & JOSEPH RE: NO HAND DELIVERY OF FEE APPLICATIONS; T/C TO LASON; T/C TO PARCELS FOR FOLLOW-UP AND CONFIRMATION OF DELIVERY. | 0.20 | $22.00 |
| | | Code Total | 29.40 | $6,513.00 |
| 7/30/2001 | 005 SA HOLLINGHEAD | T/C FROM IVONNE FORD AT MILES AND STOCKBRIDGE RE: TRADE CREDITOR CLAIM; STATUS OF RECLAMATION MOTION. | 0.10 | $11.00 |
| | | Code Total | 0.10 | $11.00 |
| 7/2/2001 | 007 MR LASTOWSKI | REVIEW POLICAN AND MONZO FIRST INTERIM FEE APPLICATION | 0.10 | $37.50 |
| 7/2/2001 | 007 MR LASTOWSKI | REVIEW POLICANO AND MONZO | 0.10 | $37.50 |

File # K0248-00001                                                                INVOICE # 803997
W.R. GRACE & CO.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/2/2001 | 007 MR LASTOWSKI | SECOND INTERIM FEE APPLICATION REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S APPLICATION TO RETAIN AND EMPLOY CAMPBELL & LEVINE, LLC AS SPECIAL COUNSEL | 0.10 | $37.50 |
| 7/2/2001 | 007 MR LASTOWSKI | REVIEW SECOND INTERIM FEE APPLICATION OF KIRKLAND & ELLIS | 0.10 | $37.50 |
| 7/2/2001 | 007 MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO RETAIN KINSELLA COMMUNICATIONS | 0.20 | $75.00 |
| 7/2/2001 | 007 MR LASTOWSKI | REVIEW STROOCK, STROOCK & LAVIN SECOND INTERIM FEE APPLICATION AND PREPARE FILING AND SERVICE OF SAME | 0.40 | $150.00 |
| 7/2/2001 | 007 MR LASTOWSKI | REVIEW COMMITTEE REQUEST FOR REIMBURSEMENT OF EXPENSES AND PREPARE FILING AND SERVICE OF SAME | 0.30 | $112.50 |
| 7/3/2001 | 007 MR LASTOWSKI | TELEPHONE CALL FROM STROOCK RE: ASHBY AND GEDDES RETENTION | 0.10 | $37.50 |
| 7/3/2001 | 007 MR LASTOWSKI | TELEPHONE CALL FROM CHRIS SONTCHI RE: ASHBY & GEDDES RETENTION | 0.20 | $75.00 |
| 7/3/2001 | 007 MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO RETAIN REED SMITH AS SPECIAL ASBESTOS COUNSEL | 0.20 | $75.00 |
| 7/3/2001 | 007 MR LASTOWSKI | REVIEW STATUS OF ASHBY & GEDDES RETENTION | 0.20 | $75.00 |
| 7/3/2001 | 007 MR LASTOWSKI | TELEPHONE CALL TO MATT ZALESKI AND WILLIAM BOWDEN RE: ASHBY AND GEDDES APPLICATION | 0.20 | $75.00 |
| 7/12/2001 | 007 MR LASTOWSKI | REVIEW LIMITED OBJECTION OF ASBESTOS PROPERTY CLAIMANTS TO DEBTOR'S APPLICATION TO RETAIN KINSELLA COMMUNICATIONS | 0.10 | $37.50 |
| 7/12/2001 | 007 MR LASTOWSKI | REVIEW SECTION 327(E) AFFIDAVITS | 0.10 | $37.50 |
| 7/12/2001 | 007 MR LASTOWSKI | TELEPHONE CALL TO CHRIS SONTCHI (ASHBY AND GEDDES) RE: RETENTION ISSUES | 0.10 | $37.50 |
| 7/13/2001 | 007 MR LASTOWSKI | REVIEW STATUS OF ASHBY AND GEDDES RETENTION | 0.10 | $37.50 |
| 7/13/2001 | 007 MR LASTOWSKI | REVIEW REVISED ORDER RE: ASHBY AND GEDDES RETENTION | 0.10 | $37.50 |
| 7/13/2001 | 007 MR LASTOWSKI | REVIEW CAMPBELL LEVINE'S PROPOSED RETENTION ORDER | 0.10 | $37.50 |
| 7/30/2001 | 007 JW WEISS | MEETING WITH M. LASTOWSKI RE: FEE APPLICATION FOR STROOCK & STROOCK AND ISSUES RE: NOTICING SAME. | 0.10 | $17.50 |
| 7/30/2001 | 007 MR LASTOWSKI | REVIEW AND EXECUTE OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF ASBESTOS PROPERTY COMMITTEE TO RETAIN CONWAY DEL GENIO | 0.30 | $112.50 |

File # K0248-00001                                                    INVOICE # 803997
    W.R. GRACE & CO.

| Date | Code/Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 7/30/2001 | 007 MR LASTOWSKI | REVIEW ISSUES RE: SERVICE OF FEE APPLICATIONS | 0.10 | $37.50 |
| 7/30/2001 | 007 MR LASTOWSKI | REVIEW STROOCK, STROOCK & LAVAN QUARTERLY FEE APPLICATION | 0.20 | $75.00 |
| 7/30/2001 | 007 MR LASTOWSKI | REVIEW POLICANO AND MANZO QUARTERLY FEE APPLICATION | 0.20 | $75.00 |
| 7/30/2001 | 007 RN SIANNI | PREPARE NOTICE OF APPLICATION FOR FEE APPLICATION. | 0.20 | $40.00 |
| 7/30/2001 | 007 RN SIANNI | PREPARE CERTIFICATE OF SERVICE FOR FEE APPLICATION. | 0.20 | $40.00 |
| 7/30/2001 | 007 RN SIANNI | PREPARE CERTIFICATE OF SERVICE FOR FEE APPLICATION. | 0.20 | $40.00 |
| 7/30/2001 | 007 RN SIANNI | REVISE FEE APPLICATION AND PREPARE SAME FOR FILING. | 0.60 | $120.00 |
| 7/30/2001 | 007 RN SIANNI | REVISE FEE APPLICATION AND PREPARE SAME FOR FILING. | 0.60 | $120.00 |
| 7/30/2001 | 007 RN SIANNI | REVISE FEE APPLICATION AND PREPARE SAME FOR FILING. | 0.60 | $120.00 |
| 7/30/2001 | 007 RN SIANNI | REVISE FEE APPLICATION AND PREPARE SAME FOR FILING. | 0.60 | $120.00 |
| 7/30/2001 | 007 RN SIANNI | REVISE FEE APPLICATION AND PREPARE SAME FOR FILING. | 0.60 | $120.00 |
| 7/30/2001 | 007 RN SIANNI | REVISE FEE APPLICATION AND PREPARE SAME FOR FILING. | 0.60 | $120.00 |
| 7/30/2001 | 007 RN SIANNI | PREPARE NOTICE OF APPLICATION FOR FEE APPLICATION. | 0.20 | $40.00 |
| | | Code Total | 8.10 | $2,247.50 |
| 7/11/2001 | 010 MR LASTOWSKI | REVIEW AND EXECUTE OBJECTION TO ASBESTOS PROPERTY CLAIMANTS MOTION TO PURSUE FRAUDULENT CONVEYANCE CLAIMS | 0.40 | $150.00 |
| 7/12/2001 | 010 MR LASTOWSKI | REVIEW DEBTORS' OPPOSITION TO THE MOTION OF THE PROPERTY AND PERSONAL INJURY COMMITTEES TO PERSUE FRAUDULENT CONVEYANCE CLAIMS | 0.30 | $112.50 |
| 7/12/2001 | 010 MR LASTOWSKI | REVIEW RESPONSE OF SEALED AIR TO ASBESTOS' COMMITTEES MOTION FOR LEAVE TO PURSUE FRAUDULENT CONVEYANCE ACTIONS | 0.10 | $37.50 |
| 7/12/2001 | 010 MR LASTOWSKI | REVIEW RESPONSE OF NATIONAL MEDICAL CARE'S RESPONSE TO THE JOINT MOTION OF THE ASBESTOS COMMITTEE'S FOR LEAVE TO PURSUE FRAUDULENT CONVEYANCE ACTIONS | 0.10 | $37.50 |
| 7/13/2001 | 010 MR LASTOWSKI | REVIEW OPPOSITION TO MOTION OF HOME SAVING TERMITE CONRTROL, INC. FOR RELIEF FROM THE AUTOMATIC STAY | 0.10 | $37.50 |
| 7/17/2001 | 010 MR LASTOWSKI | REVIEW SMOLKER OBJECTION TO HOME SAVING TERMITE CONTROL | 0.10 | $37.50 |

DUANE, MORRIS & HECKSCHER LLP

File # K0248-00001                                                            INVOICE # 803997
    W.R. GRACE & CO.

| Date | Code/Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 7/18/2001 | 010 MR LASTOWSKI | MOTION FOR RELIEF FROM STAY REVIERW OBJECTION OF SEALED AIR CORPORATION TO ASBESTOS COMMITTEE'S MOTION TO PURSUE FRAUDULENT CONVEYANCE CLAIMS | 0.20 | $75.00 |
| 7/31/2001 | 010 MR LASTOWSKI | REVIEW SMOLKERS LETTER TO JUDGE FARNAN RE: STATUS OF TIG V. SMOLKER LITIGATION | 0.10 | $37.50 |
| | | Code Total | 1.40 | $525.00 |
| | | TOTAL SERVICES | 39.80 | $9,490.50 |

File # K0248-00001                                            INVOICE #  803997
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 07/31/2001 | TELEPHONE | | 1.79 |
| | | Total: | $1.79 |
| 07/31/2001 | POSTAGE | | 5.67 |
| | | Total: | $5.67 |
| 07/31/2001 | DOCUMENT COSTS | | 23.40 |
| | | Total: | $23.40 |
| 07/31/2001 | OVERTIME RELATED COSTS | | 62.42 |
| | | Total: | $62.42 |
| 07/31/2001 | TELECOPY | | 54.15 |
| | | Total: | $54.15 |
| 07/31/2001 | PRINTING & DUPLICATING | | 1,062.47 |
| | | Total: | $1,062.47 |
| | | TOTAL DISBURSEMENTS | $1,209.90 |