# EXHIBIT "C"

WLM\149139.1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | Objections due: September 19, 2001 at 4:00 p.m. |
| | | Hearing date: To be scheduled, only if objections |
| | | are timely filed and served. |

## AFFIDAVIT OF MICHAEL R. LASTOWSKI, ESQUIRE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

Michael R. Lastowski, being duly sworn, deposes and says:

1.    I am an attorney at the law firm of Duane, Morris & Heckscher LLP, counsel for the Official Committee of Unsecured Creditors (collectively, the "Committee").

2.    I have read the *First Interim Application of Duane, Morris & Heckscher, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2001 Through July 31, 2001* (the "Application"), and know the contents thereof.  The same are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I am familiar with all work performed on behalf of the Committee by the attorneys and para-professionals in the firm of Duane, Morris & Heckscher LLP.

WLM\149139.1

3.      I have reviewed the local rules and submit that the Application substantially complies with local rules for the United States Bankruptcy Court for the District of Delaware.


Dated: August 29, 2001                          /s/ Michael R. Lastowski
                                                Michael R. Lastowski, Esquire

WLM\149139.1