UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objections due: September 19, 2001 at 4:00 p.m.<br>Hearing date: To be scheduled, only if objections are timely filed and served. |

**ORDER APPROVING FIRST MONTHLY APPLICATION OF
DUANE, MORRIS & HECKSCHER, LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM
JULY 1, 2001 THROUGH JULY 31, 2001**

Upon consideration of the Order Approving First Monthly Application of Duane, Morris & Heckscher, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From July 1, 2001 Through July 31, 2001, filed on August 30, 2001 (the "Application"); and Notice of the Application having been served on August 30, 2001 upon the parties required by the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Administrative Order"); and, upon this Court's review the Application and any objections or statements of counsel related thereto, it is hereby

WLM\149130.1

ORDERED, that the Application is GRANTED, and DM&H is awarded (i) compensation for actual and necessary services rendered during the period from July 1, 2001 through and including July 31, 2001 in the amount of $9,490.50 and (ii) reimbursement of expenses for said period in the amount of $1,209.90; and it is further

ORDERED, that the Debtors are authorized to pay any and all unpaid fees and expenses requested in the Application from the Debtors' estates in accordance with the Administrative Order.

Dated: _____
      Wilmington, Delaware

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES BANKRUPTCY COURT JUDGE