**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Ralph N. Sianni, hereby certify that I am not less than 18 years of age, and that service of the **First Monthly Application of Duane, Morris & Heckscher, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2001 Through July 31, 2001 (the "Application")** was made on August 30, 2001, pursuant to the Administrative Order (as defined in the Application).

Under penalty of perjury, I declare that the foregoing is true and correct.


August 30, 2001                                           /s/ Ralph N. Sianni
Date                                                              Ralph N. Sianni


WLM\149132.1