# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 JJF<br><br>Jointly Administered<br>**Objections due: September 14, 2001 at 4:00 p.m.**<br>**Hearing: September 20, 2001 at 10:00 a.m.** |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO:   All Parties Requesting Service Pursuant to Rule 2002.

Honeywell International, Inc. ("Honeywell") has filed a Motion for Entry of an Order Granting Relief from the Automatic Pursuant to 11 U.S.C. § 362(d) (the "Motion").

---

[1] The Debtors are the following entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), ECARG, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc. E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The attached Motion will be served with exhibits on the following parties:

| | |
|---|---|
| Laura Davis Jones, Esquire<br>Pachulski, Stang Ziehl Young & Jones<br>919 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>*(Counsel to the Debtor)* | James H.M. Sprayregen, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*(Counsel to the Debtor)* |
| Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Ste. 900<br>Wilmington, DE 19801<br>*(Counsel to the DIP Lender)* | J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606<br>*(Counsel to the DIP Lender)* |
| Michael R. Lastowski, Esquire<br>Duane Morris & Heckscher, LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>*(Counsel to the Unsecured<br>    Creditors Committee)* | William S. Katchen, Esquire<br>Duane Morris & Heckscher, LLP<br>1 Riverfront Plaza, 2nd Floor<br>Newark, NJ 07102<br>*(Counsel to the Unsecured<br>    Creditors Committee)* |

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center
Suite 950 West
Philadelphia, PA 19106

The Motion will be served without exhibits on all parties requesting service pursuant to Local Rule 2002. Copies of the exhibits can be obtained by written request.

HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 20, 2001 AT 10:00 A.M.**

You are required to file a response to the attached motion on or before **September 14, 2001.**

At the same time, you must also serve a copy of the response upon movant's attorney:

| | |
|---|---|
| **WALSH, MONZACK<br>    & MONACO, P.A.**<br>Frederick B. Rosner, Esquire<br>1201 Orange Street, Suite 400<br>Wilmington, DE 19801 | **LOWENSTEIN SANDLER, P.C.**<br><br>Jeffrey A. Kramer, Esquire<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791 |

-3-

    The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

    The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: August 30, 2001         **LOWENSTEIN SANDLER P.C.**
Jeffrey A. Kramer, Esquire
65 Livingston Avenue
Roseland, NJ 07068-1791

and

**WALSH, MONZACK & MONOCO, P.A.**

_____
Frederick Rosner (#3995)
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899
302.656.8162

Attorneys for Honeywell International, Inc.