IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 JJF<br><br>Jointly Administered<br><br>**Hearing: September 20, 2001 at 10:00 a.m.** |

**CERTIFICATION OF MICHAEL J. CAFFREY IN SUPPORT OF HONEYWELL
INTERNATIONAL INC.'S MOTION FOR THE ENTRY OF AN ORDER GRANTING
RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

Michael J. Caffrey, pursuant to 28 U.S.C. §1746, certifies as follows:

1.  I am an attorney with Lowenstein Sandler PC, counsel for Honeywell International Inc. ("Honeywell"). I make this Certification in support of Honeywell's Motion for

---

[1] The Debtors are the following entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), ECARG, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc. E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d). I have personal knowledge of each of the facts contained herein except where noted otherwise.

2. Annexed hereto as Exhibit "A" is a copy of the Complaint filed on May 3, 1995, in Interfaith Community Org. v. Honeywell Int'l, Inc., Case No. 95-2097 (DMC) (the "ICO" matter), currently pending in the United States District Court for the District of New Jersey before the Honorable Dennis M. Cavanaugh, U.S.D.J.

3. Annexed hereto as Exhibit "B" is a copy of the Answer and Crossclaims of W.R. Grace & Co. ("W.R. Grace"), ECARG, Ltd. ("ECARG"), and W.R. Grace, Ltd. ("Grace-England") (collectively, "the Grace Defendants"), in the ICO matter filed on May 10, 1996.

4. Annexed hereto as Exhibit "C" is a copy of the Grace Defendants' Amended Crossclaims in the ICO matter filed on January 2, 1997.

5. Annexed hereto as Exhibit "D" is a copy of the Order Staying Discovery in the ICO matter entered by the Honorable Joseph A. Greenaway, Jr., U.S.D.J. on January 29, 1997.

6. Annexed hereto as Exhibit "E" is a copy of W.R. Grace's Brief in Support of Motion to Lift Stay on Discovery in the ICO matter, dated August 19, 1999.

7. Annexed hereto as Exhibit "F" is a copy of the Order Denying Motion to Lift Stay on Discovery in the ICO matter entered by the Honorable G. Donald Haneke, U.S.M.J. on May 25, 2000.

8. Annexed hereto as Exhibit "G" is a copy of the Amended Scheduling Order in the ICO matter entered by the Honorable G. Donald Haneke, U.S.M.J. on May 25, 2000.

9. Annexed hereto as Exhibit "H" is a copy of the Grace Defendants' Second Amended Crossclaims in the ICO matter filed on November 9, 1999.

10. Annexed hereto as Exhibit "I" is a copy of the Grace Defendants' Third Amended Crossclaims in the ICO matter filed on October 4, 2000.

11. Annexed hereto as Exhibit "J" is a copy of Honeywell's Answer to the Grace Defendants' Third Amended Crossclaims and Crossclaims in the ICO matter filed on November 13, 2000.

12. Annexed hereto as Exhibit "K" is a copy of Honeywell's Amended Crossclaims in the ICO matter filed on January 24, 2001.

13. Annexed hereto as Exhibit "L" is a copy of the Grace Defendants' Answer to Honeywell's Amended Crossclaims in the ICO matter filed on February 13, 2001.

14. Annexed hereto as Exhibit "M" is a copy of the Order Granting Honeywell Leave to Amend its Crossclaims in the ICO matter entered by the Honorable Dennis M. Cavanaugh on July 16, 2001.

15. Annexed hereto as Exhibit "N" is a copy of Honeywell's Second Amended Crossclaims in the ICO matter filed on July 17, 2001.

16. Annexed hereto as Exhibit "O" is a copy of the Grace Defendants' Answer to Honeywell's Second Amended Crossclaims in the ICO matter filed on August 21, 2001.

17. Annexed hereto as Exhibit "P" are copies of correspondence between counsel for the Parties in the ICO matter subsequent to April 2, 2001.

18. Annexed hereto as Exhibit "Q" is a copy of the Scheduling Order in the ICO matter entered by the Honorable Dennis M. Cavanaugh on February 9, 2001.

19. Annexed hereto as Exhibit "R" is a copy of the Amended Scheduling Order in the ICO matter entered by the Honorable Dennis M. Cavanaugh on June 1, 2001.

20. Annexed hereto as Exhibit "S" is a copy of W.R. Grace and Grace-England's Brief in Support of their Motion for Summary Judgment on All Claims Submitted by Honeywell in the ICO matter, dated June 13, 2001.

21. Annexed hereto as Exhibit "T" is a copy of Honeywell's Brief in Opposition to W.R. Grace and Grace-England's Motion for Summary Judgment on All Claims Submitted by Honeywell in the ICO matter, dated July 10, 2001.

22. Annexed hereto as Exhibit "U" is a copy of correspondence from Christopher H. Marraro, Esq. to David W. Field, Esq., dated June 14, 2001.

23. Annexed hereto as Exhibit "V" is a copy of correspondence from Christopher H. Marraro, Esq. to David W. Field, Esq., dated July 11, 2001.

24. Annexed hereto as Exhibit "W" is a copy of the Complaint filed on March 24, 2000, in Hackensack Riverkeeper, Inc. v. Honeywell Int'l, Inc., Case No. 00-1451 (JAG) (the "Riverkeeper" matter), currently pending in the United States District Court for the District of New Jersey before the Honorable Joseph A. Greenaway, Jr., U.S.D.J.

25. Annexed hereto as Exhibit "X" is a copy of Honeywell's Brief in Support of its Motion to Dismiss the Complaint in the Riverkeeper matter, dated May 16, 2000.

26. Annexed hereto as Exhibit "Y" is a copy of the Order Dismissing Counts II and III of the Riverkeeper Complaint entered by Honorable Joseph A. Greenaway, Jr., U.S.D.J. on March 28, 2001.

27. Annexed hereto as Exhibit "Z" is a copy of the Plaintiffs' Amended Complaint in the Riverkeeper matter filed on May 31, 2001.

28. Annexed hereto as Exhibit "AA" is a copy of Honeywell's Answer and Crossclaims in the Riverkeeper matter filed on June 15, 2001.

29. Annexed hereto as Exhibit "BB" is a copy of the ICO Plaintiffs' Memorandum in Support of Motion to Consolidate the ICO and Riverkeeper matters, dated April 25, 2000.

30. To date, more than 500,000 documents have been produced as part of discovery in the ICO matter and numerous factual depositions have been taken by the parties. The Grace Defendants have produced 12 expert reports on issues related to the ICO matter and other parties have produced 13 additional experts. Expert depositions have been completed in accordance with the District Court's Amended Scheduling Order. The parties have also filed and responded to summary judgment motions.

31. A telephone status conference on the Riverkeeper matter is scheduled for September 13, 2001.

32. During a April 20, 2001 status conference on the ICO matter, counsel for the Grace Defendants represented that W.R. Grace and ECARG would be moving in the bankruptcy proceeding for relief from the automatic stay provision, 11 U.S.C. § 362, for claims asserted against the Grace Defendants in the ICO matter. Honeywell has continued with the prosecution of the ICO and Riverkeeper matter based on this and other representations made by counsel for the Grace Defendants.

33. At a June 25, 2001 status conference in the District Court, counsel for the Grace Defendants informed Honeywell that W.R. Grace and ECARG would not seek relief from the stay in the <u>Riverkeeper</u> matter, but only in the <u>ICO</u> matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 29, 2001.

_____
Michael J. Caffrey