# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 JJF <br><br> Jointly Administered <br><br> Hearing: September 20, 2001 at 10:00 a.m. |

## ORDER GRANTING HONEYWELL INTERNATIONAL, INC. <br> RELIEF FROM THE AUTOMATIC STAY

**THIS MATTER**, having been brought before the Court by Honeywell International, Inc. ("Honeywell") seeking the entry of an Order granting Honeywell relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) retroactive to the date of the filing of the Debtors' bankruptcy

---

[1] The Debtors are the following entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), ECARG, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc. E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-2-

petitions to continue with litigation pending in the United States District Court for the District of New Jersey (the "Motion"), and upon notice to all interested parties, and for good cause shown;

**IT IS ORDERED**, as follows:

1. The Motion be, and hereby is, granted.

2. Honeywell is hereby granted relief from the automatic stay to continue to pursue any and all of its claims against the Debtors up to judgment in the actions entitled <u>Interfaith Community Org. v. Honeywell Int'l Inc.</u>, Case No. 95-2097 (DMC), and <u>Hackensack Riverkeeper, Inc. v. Honeywell Int'l Inc.</u>, Case No. 00-1451 (JAG), currently pending in the United States District Court for the District of New Jersey.

3. Stay relief is hereby granted retroactive to the date of the filing of the Debtors' bankruptcy petitions, April 2, 2001.

HONORABLE JOSEPH J. FARNAN, JR.<br>
UNITED STATES DISTRICT COURT JUDGE

Dated: _____, 2001
      Wilmington, Delaware