# EXHIBIT F

**ENTERED**
ON
THE DOCKET

MAY 26 2000

WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)

**FILED**

MAY 26 2000

at 8:30
WILLIAM T. WALSH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

INTERFAITH COMMUNITY
ORGANIZATION, et al

    Plaintiff,

V.

Civil Action No. 95-2097
(Hon. Joseph A. Greenaway, Jr.)

ALLIEDSIGNAL, INC., et al

    Defendant,

ORDER

This matter having come before the Court on a motion to lift the stay on discovery and to enter an amended scheduling order in this matter; and also on a motion to enforce the order of January 29, 1997; and the Court having read and considered the papers and having had oral argument; and good cause appearing,

It is on this 25th day of May, 2000

ORDERED:

1) The motion to lift the discovery stay and to enter an amended scheduling order is denied as moot since the scheduling order has already been entered.

2) The motion to enforce the January, 1997 order is granted, to include Sites 115, 120 and 157. Counsel are to agree among themselves on a suitable schedule

which shall be consistent with the deadlines embodied in the Amended Scheduling Order.

_____
G. DONALD HANEKE
UNITED STATES MAGISTRATE JUDGE