# EXHIBIT G

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700
TELECOPIER (973) 994-1744

CHARLES C. CARELLA
BRENDAN T. BYRNE
JOHN N. BAIN
JOHN G. GILFILLAN, III
PETER G. STEWART
ELLIOT M. OLSTEIN
ARTHUR T. VANDERBILT, II
JAN ALAN BRODY
JOHN M. AGNELLO
JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
KENNETH L. WINTERS
JEFFREY A. COOPER
CARL R. WOODWARD, III
WALTER G. LUGER
CHARLES M. CARELLA
JAMES E. CECCHI
DAVID G. WHITE

HERBERT M. RINALDI
RICHARD K. MATANLE, II
DONALD S. BROOKS
RAYMOND R. SIBERINE
MICHAEL A. GALLO, JR.
OF COUNSEL

JAMES D. CECCHI (1933-1995)

RAYMOND J. LILLIE
WILLIAM SQUIRE
DENNIS F. GLEASON
DAVID G. GILFILLAN
BRIAN H. FENLON
MELISSA E. FLAX
NABIL N. KASSEM
JOANNE C. GERBER
MARK O. MILLER
JUSTINE A. NICCOLLAI
ROBERT P. DONOVAN
ALAN J. GRANT°
NICOLA R.J. HADZIOSMANOVIC
JOSEPH N. MINISH
G. GLENNON TROUBLEFIELD

°MEMBER N.Y. BAR ONLY

FILED
MAY 26 2000
at 8:30
WILLIAM T. WALSH
CLERK

April 25, 2000

ENTERED
ON
THE DOCKET
MAY 26 2000
WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)

AMENDED
Scheduling
ORDER

Honorable G. Donald Haneke, U.S.M.J.
United States District Court District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
P. O. Box 999
Newark, NJ 07101-0999

Re: *Interfaith Community Organization, et al v. AlliedSignal Inc., et al.*
Civil Action No. 95-2097 (JAG)

Dear Judge Haneke:

As Your Honor will recall, at the Status Conference on April 6, 2000, a number of dates regarding discovery were set in addition to an overall case management schedule. Counsel for Honeywell, David W. Field, Esq., recently wrote to Your Honor advising that Grace had agreed to Honeywell's request to postpone Grace's filing of its motion to compel discovery from Honeywell from April 28 to May 12, with a related shift in return date from May 22 to June 12, 2000.

Inasmuch as the Orders confirming the various discovery dates as well as the case management schedule have not yet been received, and in view of the fact that at least one date has already been shifted, I thought it appropriate to set forth the dates which will be incorporated into the Orders to avoid any confusion amongst the parties. The dates which were set at the April 6 Conference (with the one modification) are as follows:

**Discovery Issues**

| | | |
|---|---|---|
| 4/14/00 | - | Honeywell to respond to all of Grace's outstanding Document Requests |
| 4/14/00 | - | Grace and Honeywell to meet and confer to resolve disputes relating to Grace's Initial Interrogatories, Supplemental Interrogatories, Initial Document Request and Supplemental Document Request |
| 4/27/00 | - | Honeywell to provide answers to all of Grace's outstanding Interrogatories |
| 5/12/00 (originally 4/28/00) | - | Grace's motion to compel discovery from Honeywell to be made returnable 6/12/00 (originally to be returnable 5/22/00) |

**Case Management Schedule**

| | | |
|---|---|---|
| 7/1/00 | - | Deadline for amendments to pleadings |
| 7/31/00 | - | Deadline for service document requests and interrogatories |
| 12/15/00 | - | Close of fact discovery |
| 2/28/01 | - | Plaintiffs'/Cross-Claimant's expert reports due |
| 4/30/01 | - | Defendants' expert reports due |
| 6/15/01 | - | Plaintiffs'/Cross-Claimant's expert rebuttal reports due and close of discovery |
| 7/15/01 | - | Deadline for dispositive motions |
| 9/15/01 @ 10:00 am | - | Pretrial Conference |
| To be set by Court | - | Trial Date |

So ORDERED this 25-*th* day of MAY, 2000

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
A PROFESSIONAL CORPORATION

*[signature]*
US MJ