# EXHIBIT M

NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERFAITH COMMUNITY ORGANIZATION, et al., | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, | **ORDER** |
| v. | Civil Action No. 95-2097(DMC) |
| HONEYWELL INTERNATIONAL, INC., (formerly known as Allied Signal, Inc.), et al. | ENTERED<br>JUN 16 2001<br>WILLIAM T. WALSH, CLERK<br>By_____<br>(Deputy Clerk) |
| Defendants. | |

<u>DENNIS M. CAVANAUGH, U.S. District Judge</u>

This matter having been brought before the Court by way of motion for Defendant and Crossclaimant, Honeywell International, Inc. ("Honeywell") and the Court having considered all papers submitted thereto and for good cause shown,

IT IS ON THIS 13TH DAY OF JULY, 2001,

ORDERED that Honeywell is hereby **granted** leave to amend its crossclaims against Defendants W.R. Grace & Co., W.R. Grace Ltd., ECARG, Inc. Roned Realty of Union, Inc. and Roned Realty of Jersey City, Inc., and it is further

ORDERED that pursuant to the representations made by counsel for Honeywell to this Court, no further discovery is necessary or will be conducted with respect to Honeywell's RCRA claim contained in the amendment, no extensions will be granted with respect to the amendment, and no delays will be tolerated by this Court.

_____
DENNIS M. CAVANAUGH, U.S.D.J.

Original:   Clerk
Copies:     All counsel of record
            File