# EXHIBIT R

143

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERFAITH COMMUNITY ORGANIZATION, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., *et al.*, <br><br> Defendants | HON. DENNIS M. CAVANAUGH <br><br> CIVIL NO. 95-2097 |

**ORDER**

Upon consideration of plaintiffs' request for an extension of time within which to complete the depositions of experts in the above-captioned matter,

IT IS this ___1___ day of ___June___, 2001, ORDERED that plaintiffs' request is granted; and, it is further

ORDERED that the depositions of all experts shall be completed no later than July 27, 2001.

SO ORDERED.

THE HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT

FILED
JUN 1 2001
AT 8:30
WILLIAM T. WALSH
CLERK

**ENTERED**
ON
THE DOCKET

JUN 4 2001

WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)