# EXHIBIT U

# Wallace King Marraro Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

CHRISTOPHER H. MARRARO
Direct Dial 202.204.3720
cmarraro@wallaceking.com

June 14, 2001

**By Telecopy and U.S. Mail**

David Field, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

*Re: Interfaith Community Organization, et al v. Honeywell International et al.*

Dear David:

Concerning your correspondence of June 11, 2001 regarding Dr. Belsito's documents, he is checking to see what he has and will provide those documents to us. We will then forward them on to you as appropriate.

On a different subject, I have been informed that our client will submit a motion to the Bankruptcy Court to lift the automatic stay on *ICO et al. v. Honeywell International et al.* The motion will be submitted on 15 day's negative notice and will be submitted so that it is heard on the August 2, 2001 motion day in the Bankruptcy Court. As a result of this procedure, a stipulation is unnecessary.

Please call me if you have any questions.

Sincerely,

Chris

Christopher H. Marraro

CHM/kdc

cc: All Counsel of Record