# EXHIBIT V

**Wallace**
**King**
**Marraro**
**Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

CHRISTOPHER H. MARRARO
Direct Dial 202.204.3720
cmarraro@wallaceking.com

July 11, 2001

*By Facsimile and First-Class Mail*

David Field, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

  Re: *Interfaith Community Organization, et al. v. Honeywell International, Inc., et al.*

Dear David:

  On June 14, 2001, I wrote to inform you that our client would submit a motion to the Bankruptcy Court to lift the automatic stay regarding *ICO, et al. v. Honeywell International, Inc., et al.*, returnable on August 2, 2001. Bankruptcy counsel for Grace informed me today that the papers now will be filed the first week of August and returnable on September 20, 2001.

  Please call if you have any questions.

              Sincerely,

              Christopher H. Marraro

CHM/kdc

cc: All Counsel of Record