# EXHIBIT Y

RECEIVED
WILLIAM T. WALSH, CLERK

2001 MAR 29  P 2: 07

UNITED STATES
DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Hackensack Riverkeeper, Inc., et al., | |
| Plaintiffs, | Civ. No. 00-1451 (JAG) |
| v. | **ORDER** |
| Honeywell International, Inc., et al., | |
| Defendants. | |

ENTERED
ON
THE DOCKET

MAR 2 9 2001

WILLIAM T. WALSH, CLERK
By: _____
(Deputy Clerk)

GREENAWAY, JR., District Judge

This matter having come before the Court on the objections of Defendant Honeywell International Inc. and Plaintiff Hackensack Riverkeeper Inc. to Magistrate Judge G. Donald Haneke's January 23, 2001 Report and Recommendation, pursuant to Fed. R. Civ. P. 72(b) and L. Civ. R. 72.1(a)(2), wherein he recommended that this Court: (1) grant Defendant's motion to dismiss Counts II and III of the Complaint; and (2) grant Plaintiff thirty (30) days to amend Count I of the Complaint to include ECARG, Inc. as a defendant; and it appearing that a Magistrate Judge's recommended disposition of a dispositive motion, such as a motion to dismiss, is subject to de novo review, In re U.S. Healthcare, 159 F.3d 142, 145-56 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also Fed. R. Civ. P. 72(b); and this Court having reviewed the parties' submissions under the appropriate de novo standard; and good cause appearing,

IT IS on this _28th_ day of March, 2001,

ORDERED that Magistrate Judge Haneke's Report and Recommendation is adopted as the Opinion of this Court;

IT IS FURTHER ORDERED that Defendant's motion to dismiss Counts II and III of the Complaint is GRANTED;

IT IS FURTHER ORDERED that Plaintiff be allowed until June 1, 2001, to amend the Complaint to add ECARG Inc. as a defendant; and

IT IS FURTHER ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of this Order.

_____
JOSEPH A. GREENAWAY, JR., U.S.D.J.

Case: 2:00-cv-01451                                                    sr

JAMES STEWART, Esq.
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NJ   07068-1791

---------------------------------

---------------------------------