James G. Damon, Esq., CSB# 115781
Daniel S. Miller, Esq., CSB# 199086
VOSS, COOK & THEL LLP
895 Dove Street, Suite 450
Newport Beach, California 92660-2998
Telephone:  (949) 435-0225
Facsimile:  (949) 435-0226

Attorneys for Creditor DAVID T. BEAUCHAMP,
As Successor Trustee of THE BEAUCHAMP TRUST

FILED
2001 JUL 31 PM 4:24
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| W. R. GRACE & CO., ET AL., | CASE NO. 01-01139 (JJF) |
| Debtors. | Joint Administered |
| | **REQUEST FOR SPECIAL NOTICE** |
| | [No Hearing Required] |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS AND COUNSEL FOR THE DEBTORS AND ALL CREDITORS:

PLEASE TAKE NOTICE that the undersigned hereby requests special notice on behalf of Creditor David T. Beauchamp, as Successor Trustee of The Beauchamp Trust dated May 29, 1985, as amended, ("Creditor"), as successor-in-interest to La Mesa Crossroads, as Landlord under the terms of that certain Lease dated July 26, 1979 with El Torito-La Fiesta Restaurants, Inc.

PLEASE TAKE FURTHER NOTICE that Creditor requests that all notices, pleadings, petitions, schedules, motions, applications, memoranda and other documents pertaining to this case, or to any adversary proceeding in this case, including but not limited to,

-1-
REQUEST FOR SPECIAL NOTICE

1  all notices and other documents required to be sent to
2  interested parties pursuant to Rules 2002, 3017(a), 4001, 6006,
3  9007, 9010(b), 9013 of the Federal Rules of Bankruptcy Procedure
4  and 11 U.S.C. §§102(1), 342 and 1109(b), or pursuant to any
5  other applicable Federal Rule of Bankruptcy Procedure or Local
6  Bankruptcy Rule, be sent to its counsel of record at the
7  following address:

>   James G. Damon, Esq.
>   Daniel S. Miller, Esq.
>   VOSS, COOK & THEL LLP
>   895 Dove Street, Suite 450
>   Newport Beach, California 92660-2998

DATED:  July 24, 2001          VOSS COOK & THEL LLP

                               By: _____
                                   James G. Damon, Esq.,
                                   Attorneys for Creditor DAVID
                                   T. BEAUCHAMP, as Successor
                                   Trustee of THE BEAUCHAMP
                                   TRUST

Beauchamp/La Mesa/El Torito/Pleadings/Request for Special Notice

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA )
                    )
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My Business address is 895 Dove Street, Newport Beach, California 92660.

On July 24, 2001, I served the document described as **REQUEST FOR SPECIAL NOTICE** to the following interested parties [X] by placing the [ ] original [X] a true copy thereof enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] (By Mail) I caused said envelope to be deposited in the U.S. Mail, as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Newport Beach, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

[ ] (By Federal Express: On _____, I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, (copy of the attached document), together with an unsigned copy of this declaration, in an envelope designated by the said express service carrier, with deliver fees paid or provided for, addressed as listed above.

[ ] (By Hand) I caused said envelope to be delivered by hand to the above addressee.

I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct.

Executed at Newport Beach, California, on July 24, 2001.

*/s/ Jeanne L. Thompson*
Jeanne L. Thompson

-3-
REQUEST FOR SPECIAL NOTICE

# SERVICE LIST

*In re W.R. Grace & Co., et al.*
U.S.B.C. Case No. 01-01139(JJF)

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for Debtors

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, Suite 1600
P. O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Co-Counsel for Debtors

Office of the United States Trustee
Attn: Frank J. Perch, Esq.
844 N. King Street
Wilmington, Delaware 19801

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Counsel to Official Committee of Property Damage Claimants

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, Delaware 19899
Counsel to Official Committee of Property Damage Claimants

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, New York 10022
Counsel to Official Committee of Personal Injury Claimants

Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, Delaware 19899
Counsel to Official Committee of Personal Injury Claimants

REQUEST FOR SPECIAL NOTICE

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, New York 10038-4982
Counsel to Official Committee of Unsecured Creditors

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Counsel to Official Committee of Unsecured Creditors