FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case Nos. 01-1139 through 01-1200 (JJF) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the Hearthside Residential Corp., pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

Allan H. Ickowitz, Esq.
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 612-7800
Fax: (213) 612-7801

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

225026

- 1 -

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, proof of service, document, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designed legal or private rights, or in any case, controversy of proceeding related thereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. Sec. 157(b)(2)(H), and whether such jury trial right is pursuant to statute or United States Constitution;

c. Right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d. Other rights, claims, actions, defenses, setoffs, recoupment or other matters to which this party is entitled under any agreement or at law or in equity or under the United States Constitution. All of the above rights are expressly reserved and preserved unto this party without excerption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: July 31, 2001

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By: _____
Allan H. Ickowitz
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 612-7800
Fax: (213) 612-7801

Attorneys for Hearthside Residential Corp.

## DECLARATION RE PROOF OF SERVICE BY MAIL

I am employed in the county of Los Angeles, State of California, by Nossaman, Guthner, Knox & Elliott, LLP 445 South Figueroa Street, Thirty-First Floor, Los Angeles, California 90071.

I am over the age of 18 and not a party to this action and am employed in the office of a member of the bar of the United States District Court, Central District of California.

On July 31, 2001, I served the following document(s) as hereinafter set forth: **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

I placed true and correct copies of the foregoing document(s) in sealed envelopes addressed as follows:

James H. M. Sprayregen, Esq.
James W. Kapp III, Esq.
Samuel A. Schwartz, Esq.
Roger J. Higgins, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Hamind R. Rafatjoo, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market St., 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

Lewis Kruger, Esq.
Robert A. Raskin, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
William S. Katchen, Esq.
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Theodore J. Tacconelli, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336

I then placed said envelopes for collection, processing and mailing by Nossaman, Guthner, Knox & Elliott, LLP personnel with the United States Postal Service on today's date, following Nossaman, Guthner, Knox & Elliott, LLP ordinary business practices. Pursuant to these practices with which I am readily familiar, sealed, addressed envelopes are deposited in the ordinary course of business with the United States Postal Service on the same date they are collected and processed, with postage thereon fully prepaid.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on July 31, 2001, at Los Angeles, California.

_____
Marlene Bonilla

225026