FILED

2001 AUG -2 PM 2: 12

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | CASE NO. 01-01139 (JJF) |
| | : | Jointly Administered |
| Debtors. | : | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF
## ANNE MARIE P. KELLEY

Robert F. Stewart, Jr., a member of the bar of this Court, pursuant to District Court Local Rule 83.5 moves the admission pro hac vice of Anne Marie P. Kelley, Esquire, of Dilworth Paxson LLP, LibertyView – Suite 700, 457 Haddonfield Road, Cherry Hill, New Jersey 08002, to represent The Dow Chemical Company, Hampshire Chemical Corp., Union Carbide Corporation, and Angus Chemical Company in this matter. Anne Marie P. Kelley is admitted, practicing, and in good standing in the State of New Jersey and in the Commonwealth of Pennsylvania.

Dated: July 31, 2001

Robert F. Stewart, Jr., Esquire
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
(302) 571-9800

95054-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | CASE NO. 01-01139 (JJF) |
| | : | Jointly Administered |
| Debtors. | : | |

### CERTIFICATION BY ANNE MARIE P. KELLEY
### IN SUPPORT OF MOTION TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission pro hac vice to this Court and that I am admitted, practicing, and in good standing as a member of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania. I also submit, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I have a copy of the Local Rules of this Court and that I am generally familiar with such Rules.

Dated: July 31, 2001

                                                                    /s/ AP Kelley
                                                                    Anne Marie P. Kelley, Esquire
                                                                    Dilworth Paxson LLP
                                                                    LibertyView – Suite 700
                                                                    457 Haddonfield Road
                                                                    Cherry Hill, NJ  08002
                                                                    (856) 663-8877
                                                                    Attorney for The Dow Chemical
                                                                    Company, Hampshire Chemical
                                                                    Corp., Union Carbide Corporation
                                                                    and Angus Chemical Company

95089-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | CASE NO. 01-01139 (JJF) |
| | : | Jointly Administered |
| Debtors. | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, on this _____ day of _____, 2001, counsel's motion for admission pro hac vice of Anne Marie P. Kelley to represent The Dow Chemical Company, Hampshire Chemical Corp., Union Carbide Corporation, and Angus Chemical Company is hereby granted.

_____
U.S.B.J.

95088-1

## CERTIFICATE OF SERVICE

I hereby certify that I am a secretary employed by the law firm of Dilworth Paxson LLP and that, on August 1, 2000, I caused a copy of the attached Motion and Order For Admission Pro Hac Vice of Anne Marie P. Kelley and a copy of a Certification by Anne Marie P. Kelley in Support of Motion to be Admitted Pro Hac Vice to be mailed to the individuals listed on the attached service list by regular first class mail.

I hereby certify that the foregoing statements made by me are true. I am aware that, if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
Valerie Minerd

Dated: August 1, 2001

Service List
W.R. Grace & Company, et al. – The Dow Chemical Company
Case No. 01-01139 (JJF)

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street
16th Floor
Wilmington, DE 19899
*Counsel for Debtors*


James H. M. Sprayregen
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*Counsel for Debtors*


Office of the U.S. Trustee
Attn: Frank J. Perch
844 North King Street
Wilmington, DE 19801