UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: :
:
W. R. GRACE & Co., et al., :
Tax I.D. #65-0773649, : Chapter 11
:
: Case 01-1139 through 01-1200 (JJF)
:
:
Debtors. :

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for the **Georgia Department of Natural Resources**, a party in interest herein, pursuant to Bankruptcy Rules 2002 and 9010 (b) and Section 1109 (b) of the Bankruptcy Code, and demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the post office address and telephone number set forth below:

> Oscar B. Fears, III
> Assistant Attorney General
> 40 Capitol Square, S.W.
> Atlanta, GA 30334
> Telephone No. (404) 656-3303
> Fax No. (404) 657-3239

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes the notices and all other papers mentioned or described in Bankruptcy Rule 2002, and also includes without limiting the generality of the foregoing request, all plans of reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications, complaints, demands, hearings, request for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the foregoing and any other paper document brought before filed with the Court with respect to this

case, whether formal or informal and whether filed transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise.

Dated: July 31, 2001

Respectfully submitted,

THURBERT E. BAKER     033887
Attorney General

DANIEL M. FORMBY     269350
Deputy Attorney General

JOHN B. BALLARD, JR.     035550
Senior Assistant Attorney General

OSCAR B. FEARS, III     257020
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

OSCAR B. FEARS, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-3303

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS upon:

> James H. M. Sprayregen
> James W. Kapp, III
> Samuel A. Schwartz
> Roger J. Higgins
> Attorneys for Debtors
> Kirkland & Ellis
> 200 East Randolph Drive
> Chicago, Illinois 60601
>
> Laura Davis Jones
> Hamid R. Rafatjoo
> David W. Carickhoff, Jr.
> Attorneys for Debtors
> Pachulski, Stang, Ziehl, Young & Jones, P.C.
> 919 North Market Street, 16th Floor
> Post Office Box 8705
> Wilmington, Delaware 19899-8705
>
> W. R. Grace & Co., et al.
> Debtors
> 7500 Grace Drive
> Columbia, Maryland 21044
>
> Office of the United States Trustee
> 824 Market Street, 6th Floor
> Wilmington, Delaware 19801

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This 31st day of July, 2001.

OSCAR B. FEARS, III
Assistant Attorney General