

```
        FILED
    2001 AUG 14  PM 4:20

     U.S. BANKRUPTCY COURT
     DISTRICT OF DELAWARE
```

Georgia-Pacific Corporation

133 Peachtree Street NE (30303)
P.O. Box 105605
Atlanta, Georgia 30348-5605
(404) 652-4000
www.gp.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W. R. GRACE COMPANY | ) CASE NO. 01-1139 through 01-1200 (JJF) |
| | ) Chapter 11 |
| Debtor. | ) REQUEST FOR SPECIAL NOTICE |

Larry A. Feind, Assistant Treasurer, of Georgia-Pacific Corporation, An Unsecured Creditor of the above-captioned debtor, hereby requests that notice of all matters to which creditors are entitled pursuant to Bankruptcy Rule 2002 be sent to me as follows:

**GEORGIA-PACIFIC CORPORATION**
**LARRY A. FEIND**
**133 PEACHTREE STREET, N.E.**
**7TH Floor**
**ATLANTA, GA 30303**

Dated: August 10, 2001

GEORGIA-PACIFIC CORPORATION

By /s/ Larry A. Feind
Larry A. Feind
Assistant Treasurer

**CORPORATE COLLECTIONS DIVISION**