## CALENDAR NOTICE

TO:      Clerk, U.S. Bankruptcy Court
          Clerk, U.S. District Court

DATE 8 /14/ 01

FROM:  Judge Farnan

CASE CAPTION: W. R. Grace

CASE NUMBER: Bankruptcy No. 01-1139 JJF

1. The following proceeding(s) are **scheduled:**

| PROCEEDING | | DAY | DATE | | TIME | |
|---|---|---|---|---|---|---|
| ___ JURY TRIAL | ___ days | ___ | ___ / ___, 2001 at | ___ . ___ | m. | |
| ___ # of Jurors Requested | | | | | | |
| ___ NON-JURY TRIAL | ___ days | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ TELE-CONFERENCE | | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ PRETRIAL CONFERENCE | | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ ___ CONFERENCE | | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ HEARING (Omnibus) | | Thurs | 9 / 20, 2001 at 10:00 | a. | m. | |
| ___ HEARING | | ___ | ___ / ___, 2001 at | ___ | m. | |
| ___ HEARING | | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ HEARING | | ___ | ___ / ___, 2001 at | ___ ___ | m. | |

***COURT REPORTER REQUESTED*** ___ *yes* ___ *no*         ***COURTROOM 2A***
*********************************************************************************

2. The following proceeding(s) are **canceled:**

| PROCEEDING | | DAY | DATE | | TIME | |
|---|---|---|---|---|---|---|
| ___ JURY TRIAL | ___ days | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ NON-JURY TRIAL | ___ days | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ TELE-CONFERENCE | | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ PRETRIAL CONFERENCE | | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ ___ CONFERENCE | | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ HEARING | | ___ | ___ / ___, 2001 at | ___ ___ | m. | |
| ___ HEARING | | ___ | ___ / ___, 2001 at | ___ | m. | |

*********************************************************************************

(CHAMBERS USE ONLY)

___ CHAMBERS CALENDAR
*********************************************************************************

Prepared by _____