JOHN J. FARMER, JR.
Attorney General of New Jersey
Attorney for the Department of
    Environmental Protection
Richard J. Hughes Justice Complex
25 Market Street
P. O. Box 093
Trenton, New Jersey 08625

FILED
2001 AUG 15  AM 10: 36
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

By:   RACHEL JEANNE LEHR (RJL9108)
      Deputy Attorney General
      (609) 984-4805

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) | Case Nos. 01-1139 through 01-1200 (JF) |
| | ) | |
| Debtors | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS AND OTHER DOCUMENTS

TO:   DAVID D. BIRD, CLERK
      United States Bankruptcy Court
      District of Delaware
      824 Market Street, 5th Floor
      Wilmington, Delaware 19801

PLEASE ENTER the Notice of Appearance of the New Jersey Attorney General as represented by the undersigned Deputy Attorney General as counsel of record for the State of New Jersey, Department of Environmental Protection, in the above captioned matter.

PLEASE TAKE NOTICE that the New Jersey Attorney General's Office is counsel for the State of New Jersey, Department of Environmental Protection, a party in interest in the above Chapter

11 case, and pursuant to Bankruptcy Rules 2002, 9007, and 9010, the State of New Jersey respectfully requests that all notices given or required to be given in this case by the Court and/or by any other party to this case, be given to the New Jersey Attorney General's Office at the address and telephone number set forth below:

>Rachel Jeanne Lehr
>Deputy Attorney General
>Office of the Attorney General
>R. J. Hughes Justice Complex
>P. O. Box 093
>Trenton, New Jersey 08625
>Phone: (609) 984-4805

THIS REQUEST FOR NOTICE includes, but is not limited to, all Orders, Notices, copies of Applications, Motions, Petitions, Pleadings, Requests, Complaints or Demands, and any other documents filed in this proceeding, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

This notice is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of copies of papers and other documents. The undersigned does not have the authority or capacity to waive the State of New Jersey's or its officers' sovereign immunity under the United States Constitution or to consent to this Court's exercise of jurisdiction over the State of New Jersey or its officers. Accordingly, nothing in this pleading is intended to waive the State of New Jersey's or its officials' immunity from suit in

federal court under its sovereign immunity in the United States Constitution.

>Respectfully submitted,
>
>JOHN J. FARMER, JR.
>Attorney General of New Jersey
>
>By: *[signature]*
>RACHEL JEANNE LEHR
>Deputy Attorney General

Dated: August 14, 2001

## CERTIFICATE OF MAILING

RACHEL JEANNE LEHR, does hereby certify:

1. On August 14, 2001, I caused to be mailed a copy of this Notice of Appearance by regular mail to the following addressees:

>Laura Davis Jones, Esq.
>Pachulski, Stang, Ziehl et al.
>P.O. Box 8705
>Wilmington, Delaware 19899-8705

>*[signature]*
>Rachel Jeanne Lehr
>Deputy Attorney General
>Attorney for State of New Jersey,
>Department of Environmental Protection

Dated: August 14, 2001