**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                  07/31/01
Wilmington   DE                         ACCOUNT NO: 3000-00D
                                        STATEMENT NO:        2

Costs and Expenses

PREVIOUS BALANCE                                        $1,653.14

| Date | Description | Amount |
|---|---|---|
| 07/03/01 | Photocopying – Two copies of Motion and Memo (23 pages) | 4.60 |
| 07/03/01 | Photocopying – One copy of Brief (69 pages) | 6.90 |
| 07/03/01 | FAX to Jon Heberling – 5 pages | 2.50 |
| 07/03/01 | FAX to Elihu Inselbuch – 2 pages | 1.00 |
| 07/03/01 | FAX to Peter Van N. Lockwood – 2 pages | 1.00 |
| 07/05/01 | Parcels, Inc. – Delaware Document Retrieval Services | 90.00 |
| 07/05/01 | FAX to 15 Committee Members – 3 pages (Minutes) | 22.50 |
| 07/06/01 | Photocopying – Two copies of Motion (69 pages) | 13.80 |
| 07/06/01 | FAX to 15 Committee Members – 9 pages | 67.50 |
| 07/10/01 | FAX to Elihu Inselbuch – 7 pages | 3.50 |
| 07/10/01 | FAX to Peter Van N. Lockwood – 7 pages | 3.50 |
| 07/12/01 | FAX to Arlene Krieger – 16 pages | 8.00 |
| 07/12/01 | FAX to Peter Van N. Lockwood – 8 pages | 4.00 |
| 07/12/01 | FAX to Peter Van N. Lockwood – 44 pages | 22.00 |
| 07/12/01 | Parcels, Inc. – Delaware Document Retrieval | 92.50 |
| 07/13/01 | FAX to Arlene Krieger – 3 pages | 1.50 |
| 07/13/01 | FAX to Samuel Schwartz – 3 pages | 1.50 |
| 07/13/01 | FAX to Michael Lastowski – 3 pages | 1.50 |
| 07/13/01 | FAX to Peter Van N. Lockwood – 16 pages | 8.00 |
| 07/13/01 | Federal Express to Larry Tersigni on 7/3/01 | 16.61 |
| 07/13/01 | Federal Express to Philip E. Milch on 7/3/01 | 19.19 |
| 07/13/01 | Federal Express to Elyssa Strug on 7/3/01 | 15.20 |
| 07/13/01 | Federal Express to Trevor Swett on 7/9/01 | 11.79 |
| 07/13/01 | Federal Express to Elyssa Strug on 7/9/01 | 16.61 |
| 07/13/01 | Federal Express to Mark A. Peterson on 6/28/01 | 31.82 |
| 07/13/01 | Federal Express to Peter N. Van Lockwood on | |

```
                                                   Page: 2
                                                   07/31/01
W.R. Grace                              ACCOUNT NO: 3000-00D
                                        STATEMENT NO:       2

    Costs and Expenses
```

| | | |
|---|---|---:|
| | 6/28/01 | 18.72 |
| 07/13/01 | Federal Express to Elihu Inselbuch on 6/28/01 | 18.72 |
| 07/13/01 | Federal Express to Frederick M. Baron on 6/28/01 | 30.18 |
| 07/13/01 | Federal Express to Ian P. Cloud on 6/28/01 | 30.18 |
| 07/13/01 | Federal Express to Steven Kazan on 6/28/01 | 31.82 |
| 07/13/01 | Federal Express to Michael V. Kelley on 6/28/01 | 26.90 |
| 07/13/01 | Federal Express to Joseph A. Rice on 6/28/01 | 26.90 |
| 07/13/01 | Federal Express to Mark C. Meyer on 6/28/01 | 20.59 |
| 07/13/01 | Federal Express to John D. Cooney on 6/28/01 | 28.78 |
| 07/13/01 | Federal Express to Douglas Campbell on 6/28/01 | 20.59 |
| 07/13/01 | Federal Express to Jon Heberling on 6/28/01 | 31.82 |
| 07/13/01 | Federal Express to Perry Weitz on 6/28/01 | 18.72 |
| 07/13/01 | Federal Express to Steven Baron on 6/28/01 | 30.18 |
| 07/13/01 | Federal Express to Debra Dandeneau on 6/28/01 | 13.76 |
| 07/13/01 | Federal Express to Stephen Karotkin on 6/29/01 | 11.79 |
| 07/13/01 | Parcels, Inc. - Delaware Document Retrieval | 160.21 |
| 07/13/01 | Parcels, Inc. - Delaware Document Retrieval | 180.04 |
| 07/13/01 | Photocopying - Two copies of Motion (34 pages) | 6.80 |
| 07/13/01 | Photocopying - 14 copies of De Minimus Objection (6 pages) | 8.40 |
| 07/13/01 | Photocopying - 16 copies of Objection (8 pages) | 12.80 |
| 07/16/01 | FAX to 15 Committee members - 9 pages | 67.50 |
| 07/16/01 | FAX to Lew LeClair - 40 pages | 20.00 |
| 07/16/01 | Parcels, Inc. (Delaware Document Retrieval) | 60.00 |
| 07/16/01 | AT&T Long Distance Phone Calls | 35.82 |
| 07/18/01 | FAX to N. Coltan - 12 pages (Amended Agenda) | 6.00 |
| 07/18/01 | FAX to Peter Van N. LOckwood - 11 pages | 5.50 |
| 07/18/01 | FAX to N. Coltan - 12 pages (Amended Agenda) | 6.00 |
| 07/18/01 | Parcels, Inc. (Delaware Document Retrieval) | 15.00 |
| 07/18/01 | Parcels, Inc. (Delaware Document Retrieval) | 37.50 |
| 07/19/01 | Ikon Office Solutions - Document Services | 155.51 |
| 07/20/01 | Federal Express to Douglas A. Campbell on 7/12/01 | 12.67 |
| 07/20/01 | Federal Express to Arlene G. Krieger on 7/13/01 | 15.20 |
| 07/20/01 | Federal Express to Peter Van N. Lockwood on 7/13/01 | 11.79 |
| 07/20/01 | Federal Express to Peter Van N. Lockwood on 7/16/01 | 18.72 |
| 07/23/01 | Federal Express to Matt Zaleski on 7/6/01 | 12.67 |
| 07/23/01 | Cab fare (DAC) - 7-19-01 - To Penn Station in Wilmington | 35.00 |
| 07/24/01 | FAX to Phil Milch - 3 pages (Order/Retention of Campbell & Levine) | 1.50 |
| 07/25/01 | FAX to 15 Committee Members - 7 pages | 52.50 |
| 07/26/01 | FAX to Peter Van N. Lockwood - 14 pages (Motion) | 7.00 |

```
                                                    Page: 3
    W.R. Grace                                     07/31/01
                                      ACCOUNT NO: 3000-00D
                                      STATEMENT NO:        2
    Costs and Expenses
```

| | | |
|---|---|---|
| 07/26/01 | FAX to Elyssa Strug - 7 pages (Objection) | 3.50 |
| 07/27/01 | Photocopying - One copy of Caplin's First Interim Fee Application Notice (100 pages) | 10.00 |
| 07/27/01 | Photocopying - One copy of C&L's First Interim and Notice | 10.00 |
| 07/30/01 | Ikon Office Solutions - Photocopying Services | 161.42 |
| 07/30/01 | Ikon Office Solutions - Photocopying Services | 169.05 |
| 07/31/01 | FAX to 15 Committee Members - 3 pages | 22.50 |
| | TOTAL EXPENSES | 2,147.27 |
| | TOTAL CURRENT WORK | 2,147.27 |
| | BALANCE DUE | $3,800.41 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
07/31/01
W.R. Grace
Wilmington  DE

ACCOUNT NO: 3000-01D
STATEMENT NO:          2

Asset Analysis and Recovery

PREVIOUS BALANCE                                           $3,290.00

|  |  | HOURS |  |
|---|---|---|---|
| 07/02/01 |  |  |  |
| MGZ | Review of Debtor's Supplemental Brief on P.I. Modification | 0.60 | 165.00 |
| 07/03/01 |  |  |  |
| MGZ | Review of Property Damage Committee's document retention motion | 0.40 | 110.00 |
| 07/06/01 |  |  |  |
| RBR | Meet with DAC re: Proof of Claim/Waiver of Right to Jury Trial Issue (.4); telephone conference with PEM re: same (.2); research re: same (2.8); telephone conference with MZ re: same (.2); meet with LD re: same (.2) | 3.80 | 665.00 |
| 07/09/01 |  |  |  |
| MGZ | Telephone Conference with C. Bifferatto re: Joint Prosecution Motion | 0.30 | 82.50 |
| 07/11/01 |  |  |  |
| MGZ | Telephone Conference with H. Horwich re: Fraudulent Conveyance issues | 0.20 | 55.00 |
| MGZ | Review memo from E. Inselbuch re: same | 0.10 | 27.50 |
| MGZ | Review of Sealed Airs Obj. to Joint Prosecution Motion | 0.10 | 27.50 |

W.R. Grace

Asset Analysis and Recovery

|  |  | HOURS |  |
|---|---|---|---|
| 07/12/01 |  |  |  |
| MGZ | Review Debtor's objection to Joint Prosecution Motion | 0.30 | 82.50 |
| MGZ | Review memo from E. Inselbuch re: Fraudulent Transfer litigation | 0.10 | 27.50 |
| 07/13/01 |  |  |  |
| MGZ | Review NMC/Frisenious Response to Joint Pros. Motion | 0.20 | 55.00 |
| 07/16/01 |  |  |  |
| MGZ | Telephone Conference with L. LeClair re: status of Joint Pros. Motion | 0.30 | 82.50 |
| MGZ | Telephone Conference with E. Inselbuch re: same | 0.10 | 27.50 |
| 07/17/01 |  |  |  |
| MGZ | Telephone Conference with P. Lockwood re: status of hearing on Joint Prosecution Motion | 0.20 | 55.00 |
| MGZ | Telephone Conference with L. LeClair re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with J. Sakalo re: same | 0.10 | 27.50 |
| 07/18/01 |  |  |  |
| PEM | Review objection of Debtor to Motion of Committee re: fraudulent transfer litigation | 0.40 | 90.00 |
| 07/19/01 |  |  |  |
| MGZ | Telephone Conference with L. LeClair re: meeting with P.D. Committee Reps. | 0.20 | 55.00 |
| MGZ | Meeting with D. Bernick and meeting with P. Lockwood re: revised Injunction Order | 0.10 | 27.50 |
| 07/23/01 |  |  |  |
| PEM | Telephone conference with Tersigni re: litigation and expert report data | 0.30 | 67.50 |
|  | FOR CURRENT SERVICES RENDERED | 8.00 | 1,785.00 |

W.R. Grace

Asset Analysis and Recovery

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.70 | $225.00 | $157.50 |
| Matthew G. Zaleski | 3.50 | 275.00 | 962.50 |
| Ronald B. Roteman | 3.80 | 175.00 | 665.00 |

TOTAL CURRENT WORK                                    1,785.00

BALANCE DUE                                         $5,075.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/01 |
| Wilmington  DE | ACCOUNT NO: 3000-02D |
| | STATEMENT NO:        2 |

Asset Disposition

PREVIOUS BALANCE                                             $275.00

|  |  | HOURS |  |
|---|---|---|---|
| 07/02/01 | | | |
| | MGZ Telephone Conference with J. Sakalo re: De Minumus Sale Motion | 0.10 | 27.50 |
| | MGZ Review of De Minimus sale motion re: preparation of objection | 0.40 | 110.00 |
| 07/03/01 | | | |
| | MGZ Begin to draft objection to De Minimus Sales Motion | 1.00 | 275.00 |
| 07/05/01 | | | |
| | MGZ Continue to draft objection to De Minimus Sale Motion | 0.40 | 110.00 |
| 07/09/01 | | | |
| | SLP Revise objection to de minimus sale motion | 0.30 | 27.00 |
| | MGZ Continue drafting objection to De Minimus Sale Motion | 1.10 | 302.50 |
| | MGZ Draft correspondence to P. Lockwood re: objection to De Minimum Sale Motion | 0.10 | 27.50 |
| | MGZ Review correspondence from P. Lockwood re: same | 0.10 | 27.50 |
| | MGZ Review revised objection to De Minimus Sale Motion | 0.10 | 27.50 |
| 07/10/01 | | | |
| | MGZ Review of P.D. Comm.'s Objection to De | | |

W.R. Grace

Asset Disposition

|  |  | HOURS |  |
|---|---|---|---|
| | Minimus Sale Motion | 0.20 | 55.00 |
| MGZ | Research and review of Orders granting similar relief in recent cases re: Objection to De Minimus Sale Motion | 0.50 | 137.50 |
| MGZ | Revise Objection to De Minimus Sale Motion | 0.30 | 82.50 |
| **07/12/01** | | | |
| MGZ | Review and finalize Objection to Sale Procedures Motion | 0.20 | 55.00 |
| SLP | Prepare service list for Response | 0.20 | 18.00 |
| **07/26/01** | | | |
| CJB | Review e-mail from E. Strug and forward clocked copy of de minimus objection (.1) | 0.10 | 12.00 |
| **07/27/01** | | | |
| MGZ | Telephone Conference with J. Sakalo re: De Minimus Sale Motion | 0.10 | 27.50 |
| **07/31/01** | | | |
| MGZ | Telephone to R. Budd re: debtors' Compromise on De Minimus Sale Motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Weitz re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with S. Schwartz re: same | 0.30 | 82.50 |
| MGZ | Draft memo to Committee re: same | 0.70 | 192.50 |
| MGZ | Draft correspondence to co-counsel re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.20 | 55.00 |
| MGZ | Revise memorandum on De Minimus Sale Motion Compromise | 0.10 | 27.50 |
| MGZ | Legal research re: memo to Committee on De Minimus Sale compromise | 0.60 | 165.00 |
| MGZ | Telephone Conference with J. Sakalo re: compromise on De Minimus Sale Motion | 0.30 | 82.50 |
| | FOR CURRENT SERVICES RENDERED | 7.80 | 2,037.00 |

W.R. Grace

Asset Disposition

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 7.20 | $275.00 | $1,980.00 |
| Cathie J. Boyer | 0.10 | 120.00 | 12.00 |
| Stephanie L. Peterson | 0.50 | 90.00 | 45.00 |

TOTAL CURRENT WORK       2,037.00

BALANCE DUE       $2,312.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
07/31/01
W.R. Grace
Wilmington  DE                                    ACCOUNT NO: 3000-04D
STATEMENT NO:            2


Case Administration


PREVIOUS BALANCE                                        $1,917.00


                                                    HOURS
07/02/01
    MK  Review of calendars for Committee; update
        attorney binders; copy of documents;
        filing of documents                        0.70      63.00
    MK  Review admin. orders for filing and
        service proc. and review local rules       0.30      27.00
   DAC  Begin review of Motion for Case
        Management Order                           3.00     900.00
   MGZ  Telephone Conference with J. Sakalo re:
        Debtor's Bar Date Motion                   0.20      55.00
   MGZ  Telephone Conference with S. Baena (2)
        re: same                                   0.60     165.00
   MGZ  Telephone Conference with Peter Lockwood
        re: same                                   0.20      55.00
   MGZ  Telephone Conference with J. Kapp re:
        postponing hearing on Bar Date Motion      0.20      55.00
   MGZ  Telephone Conference with Judge's
        chambers re: availability of Court for
        teleconference                             0.10      27.50
   MGZ  Review of bar date motion and related
        documents re: preparation of objection     1.10     302.50
   PEM  Review material re: bar date motion        0.70     157.50

07/03/01
   MGZ  Telephone Conference with J. Kapp re:
        Request for Continuance re: Bar Date
        Motion                                     0.20      55.00
   MGZ  Telephone Conference with S. Baena re:

W.R. Grace

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
|  | same | 0.40 | 110.00 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with K. McDonald re: P.I. claimants claim form | 0.50 | 137.50 |
| MGZ | Review of correspondence from K. McDonald re: P.I. Claimants Claim form | 0.20 | 55.00 |
| MK | Docket review - main case and three adversary proc.; print dockets; copy; distribute | 0.30 | 27.00 |
| DAC | Review of Case Management Motion; Committee call to consider bar date/proof of claim issue | 2.50 | 750.00 |
| MGZ | Review of Debtor's Bar Date Motion and related documents re: preparation for conference call | 1.00 | 275.00 |

07/05/01

| MK | Further inter office case organization; review of docket and order | 0.50 | 45.00 |
|---|---|---|---|
| MGZ | Telephone Conferences with J. Kapp (2) re: Bar Date Motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.30 | 82.50 |
| MGZ | Telephone Conference with S. Baena re: same | 0.30 | 82.50 |
| DAC | Review of memo submitted in support of Case Management Motion | 1.50 | 450.00 |

07/06/01

| LED | Copied, highlighted and Fedexed cases for Matt Zaleski in Delaware | 1.00 | 90.00 |
|---|---|---|---|
| PEM | Telephone Conference with DAC re: case management motion issues (.2); telephone conference with Roteman re: research re: same (.3) | 0.50 | 112.50 |
| DAC | Telephone Conference with associate re: effect of POC filing on claimant's rights; delegate research | 0.30 | 90.00 |
| DAC | Continued review of memo in support of case management motion | 2.00 | 600.00 |
| MGZ | Telephone Conference with J. Davis re: Debtor's Bar Date Motion | 0.50 | 137.50 |

Page: 3
07/31/01
ACCOUNT NO: 3000-04D
STATEMENT NO:        2

W.R. Grace

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Telephone Conference with D. Campbell re: legal research for Bar Date Motion | 0.20 | 55.00 |
| MGZ | Telephone Conference with R. Roteman re: same | 0.30 | 82.50 |
| MGZ | Telephone Conference with T. Taconelli re: continuance of Bar Date Motion | 0.50 | 137.50 |
| MGZ | Telephone Conference with J. Kapp (2) re: same | 0.30 | 82.50 |
| MGZ | Telephone Conference with N. Davis for legal research on Bar Date Motion | 0.10 | 27.50 |
| **07/07/01** |  |  |  |
| DAC | Review Debtor's Informational Brief | 3.00 | 900.00 |
| DAC | Review of memo and exhibits in support of case management motion | 3.00 | 900.00 |
| **07/09/01** |  |  |  |
| MGZ | Office conference with C. Boyer re: case status and assignments | 0.40 | 110.00 |
| CJB | Office conference with MGZ re: case status | 0.40 | 48.00 |
| MGZ | Telephone Conference with T. Taconelli re: continuance of Bar Date Motion | 0.50 | 137.50 |
| MGZ | Telephone Conference with J. Kapp re: same | 0.20 | 55.00 |
| MGZ | Review correspondence from P. Lockwood re: same | 0.10 | 27.50 |
| MGZ | Draft correspondence to P. Lockwood re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with M. Pearson re: status of Bar Date Motion and Objection | 0.30 | 82.50 |
| MGZ | Legal research re: Response to Bar Date Motion | 1.30 | 357.50 |
| **07/10/01** |  |  |  |
| MGZ | Telephone Conference with T. Taconelli re: status of hearing on Bar Date Motion | 0.20 | 55.00 |
| MGZ | Telephone Conference with J. Kapp re: status of hearing on Bar Date Motion | 0.10 | 27.50 |
| MGZ | Legal research including Westlaw searches re: preparation of Objection to Former Employees Motion | 2.10 | 577.50 |
| MGZ | Continue drafting Objection to Former |  |  |

W.R. Grace

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
|  | Employees Motion | 2.20 | 605.00 |
| MGZ | Telephone Conference with J. Saccaco re: status of hearing on Bar Date Motion | 0.40 | 110.00 |
| MGZ | Review of legal research re: objection to Bar Date Motion | 0.40 | 110.00 |
| MGZ | Telephone Conference with to D. Carickhoff re: status of hearing on Bar Date Motion | 0.10 | 27.50 |

**07/11/01**

| | | | |
|---|---|---|---|
| RBR | Meet with PEM re: Langenkamp issue | 0.20 | 55.00 |
| MK | Review all dockets for new filings; hearing dates; create aspects | 0.40 | 36.00 |
| MGZ | Review correspondence from P. Lockwood re: status of hearing on Bar Date Motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with T. Swett re: same | 0.10 | 27.50 |
| MGZ | Review correspondence from D. Carickhoff re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with T. Taconelli re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Kapp re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with J. Davis re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Lockwood re: status of hearing on Bar Date Motion | 0.20 | 55.00 |

**07/12/01**

| | | | |
|---|---|---|---|
| MK | Further organization of files and aspects; creation of folders; copy and distribution of documents | 0.70 | 63.00 |
| MGZ | Telephone Conference with D. Campbell, P. Milch and D. Salzman re; bar date motion and related issues | 0.20 | 55.00 |
| MGZ | Telephone Conference with counsel to Stone and Webster re: asbestos claim form | 0.20 | 55.00 |

**07/13/01**

| | | | |
|---|---|---|---|
| CJB | Review e-mail from MGZ re: pro hac motion | 0.10 | 12.00 |
| CJB | Draft pro hac and certifications and forward to E. Strug to coordinate execution of same | 0.50 | 60.00 |

W.R. Grace

Case Administration


|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Conference with C. Boyer and S. Peterson re; service of pleadings | 0.10 | 27.50 |
| MGZ | Review United States Response to Bar Date Motion | 0.30 | 82.50 |
| SLP | Docketing; update adversary files | 1.00 | 90.00 |

07/16/01

|  |  |  |  |
|---|---|---|---|
| CJB | Review e-mail from E. Strug re: pro hac motion and revise and re-send same | 0.20 | 24.00 |
| PEM | Review calendar matters | 0.10 | 22.50 |
| MGZ | Telephone Conference with J. Kapp re: status of hearing on Bar Date Motion | 0.10 | 27.50 |
| MGZ | Legal research re: objection to Bar Date Motion | 1.30 | 357.50 |

07/17/01

|  |  |  |  |
|---|---|---|---|
| DAC | Review of docket sheet since commencement of case | 0.50 | 150.00 |
| MK | Copy document; interoffice filing | 0.30 | 27.00 |
| MGZ | Telephone Conference with P. Lockwood re: status of hearing on Bar Date motion | 0.10 | 27.50 |

07/18/01

|  |  |  |  |
|---|---|---|---|
| CJB | Telephone Conference with Debtors' counsel re: agenda letter for 7/19/01 | 0.20 | 24.00 |
| CJB | Revision to pro hac motion and file and serve same | 0.20 | 24.00 |

07/19/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Meeting with J. Davis re: Response to Bar Date Motion | 0.30 | 82.50 |
| SLP | Review docket and update files; download documents in preparation for hearing | 2.00 | 180.00 |

07/20/01

|  |  |  |  |
|---|---|---|---|
| MK | File organization; interoffice filing | 0.40 | 36.00 |
| MGZ | Telephone Conference with J. Kapp re: Bar Date Motion and related issues | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo (3) re: same | 0.50 | 137.50 |
| MGZ | Meeting with J. Davis re: same | 0.10 | 27.50 |
| MGZ | Meetings with P. Lockwood re: same | 0.10 | 27.50 |
| SLP | Docketing; update 2002 service list | 0.50 | 45.00 |

```
                                                      Page:    6
W.R. Grace                                           07/31/01
                                         ACCOUNT NO: 3000-04D
                                         STATEMENT NO:        2
    Case Administration
```

|            |                                                                              | HOURS |           |
|------------|------------------------------------------------------------------------------|-------|-----------|
| 07/24/01   |                                                                              |       |           |
| MK         | Docket review; copy for distribution                                         | 0.30  | 27.00     |
| SLP        | Review docket; obtain copy of ORder approving retention of Blackstone Group  | 0.20  | 18.00     |
| MGZ        | Review of U.S. Motion to Compel Amendment to Schedules                       | 0.10  | 27.50     |
| MGZ        | Telephone Conference with P. Lockwood re: U.S. Motion to Compel              | 0.10  | 27.50     |
| MGZ        | Review correspondence from  Schwartz re: Appointment of Equity Comm. and related issues | 0.10  | 27.50 |
| 07/27/01   |                                                                              |       |           |
| MK         | Interoffice filing and organization of documents                            | 0.40  | 36.00     |
| SLP        | Docketing; update 2002 service list                                          | 0.50  | 45.00     |
| 07/31/01   |                                                                              |       |           |
| CJB        | Review motions and applications for calendar and update same                 | 0.50  | 60.00     |
|            | FOR CURRENT SERVICES RENDERED                                                | 49.50 | 11,859.50 |

```
                       RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE        TOTAL
    Douglas A. Campbell           15.80    $300.00    $4,740.00
    Philip E. Milch                1.30     225.00       292.50
    Matthew G. Zaleski            20.60     275.00     5,665.00
    Ronald B. Roteman              0.20     275.00        55.00
    Cathie J. Boyer                2.10     120.00       252.00
    Stephanie L. Peterson          4.20      90.00       378.00
    Michele Kennedy                4.30      90.00       387.00
    Laura E. Davis                 1.00      90.00        90.00


    TOTAL CURRENT WORK                                11,859.50


    BALANCE DUE                                      $13,776.50
```

W.R. Grace

Case Administration

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


                                                          Page: 1
W.R. Grace                                               07/31/01
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:        2


Claims Administration and Objections


        PREVIOUS BALANCE                            $2,945.00


                                             HOURS
07/02/01
     MGZ Telephone Conference with J. Sakalo re:
         De Minumus Settlement Motion               0.10      27.50

07/03/01
     MGZ Notice of Debtor's Application to Employ
         Cinsella                                   0.10      27.50

07/11/01
     MGZ Revise and finalize Objection to Former
         Employees' Motion                          0.70     192.50

07/13/01
     MGZ Telephone Conference with J. Kapp re:
         negotiations on De Minimus Settlement
         Motion                                     0.20      55.00
     MGZ Telephone Conference with P. Lockwood re:
         same                                       0.10      27.50

07/16/01
     MGZ Telephone Conference with J. Kapp re: De
         Minimus Settlement Motion                  0.20      55.00
     MGZ Telephone Conference with P. Lockwood re:
         same                                       0.10      27.50
     MGZ Draft correspondence to P. Lockwood re:
         same                                       0.10      27.50
     MGZ Review correspondence from P. Lockwood
         re: same                                   0.10      27.50

```
                                                          Page: 2
    W.R. Grace                                          07/31/01
                                           ACCOUNT NO: 3000-05D
                                           STATEMENT NO:       2
    Claims Administration and Objections
```

|  | | HOURS | |
|---|---|---|---|
| 07/19/01 | | | |
| MGZ | Meeting with S. Schwartz and J. Kapp re: revised Settlement Proceeding Motion | 0.10 | 27.50 |
| | FOR CURRENT SERVICES RENDERED | 1.80 | 495.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 1.80 | $275.00 | $495.00 |

```
    TOTAL CURRENT WORK                                     495.00


    BALANCE DUE                                         $3,440.00
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |                                  |
|----------------|----------------------------------|
|                | Page: 1                          |
| W.R. Grace     | 07/31/01                         |
| Wilmington   DE| ACCOUNT NO: 3000-06D             |
|                | STATEMENT NO:        2           |

Employee Benefits/Pensions

PREVIOUS BALANCE                                    $2,230.00

                                                 HOURS

07/02/01
    MGZ Review of Motion of Former Employees for
        Indemnification re: preparation of
        Objection                                 0.50    137.50

07/03/01
    MGZ Begin draft of Objection to Former
        Employees Indemnification Motion          1.00    275.00

07/05/01
    MGZ Continue draft objection to former
        Employee's Indemnification Motion         0.40    110.00

07/09/01
    MGZ Continue drafting Objection to Motion to
        Payment Former Employees/Indemnification
        claims                                    0.80    220.00
    MGZ Review of Debtor's Motion to Payment
        Certain Employee claims re: objection to
        further employees motion                  0.30     82.50

07/11/01
    MGZ Legal research including Westlaw re:
        Objection to Former Employees' Motion     1.20    330.00
    MGZ Review and revise Objection to Former
        Employees' Motion                         0.60    165.00
    MGZ Draft correspondence to co-counsel re:
        Objection to Former Employees' Motion     0.10     27.50

```
                                                     Page: 2
    W.R. Grace                                      07/31/01
                                     ACCOUNT NO: 3000-06D
                                     STATEMENT NO:          2

    Employee Benefits/Pensions
```

|  |  | HOURS |  |
|---|---|---|---|
| MGZ Telephone Conference with P. Lockwood re: same | | 0.20 | 55.00 |

**07/12/01**

|  |  | HOURS |  |
|---|---|---|---|
| MGZ Review and finalize objection to Former Employees Motion | | 0.20 | 55.00 |
| MGZ Telephone Conference with T. Swett re: objection to Former Employees Motion | | 0.20 | 55.00 |
| FOR CURRENT SERVICES RENDERED | | 5.50 | 1,512.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 5.50 | $275.00 | $1,512.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,512.50 |
| BALANCE DUE | $3,742.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                    Page: 1
W.R. Grace                                         07/31/01
Wilmington   DE                       ACCOUNT NO: 3000-07D
                                      STATEMENT NO:        2
```

Fee/Employment Applications

```
        PREVIOUS BALANCE                        $1,902.50


                                         HOURS
07/02/01
    MGZ Telephone Conference with E. Strug re:
        review of Debtor's fee applications      0.20     55.00

07/03/01
    MGZ Telephone Conference with M. Lastowski
        re: Ashby & Geddes Retention Application 0.30     82.50
    MGZ Telephone Conference with C. Sontchi re:
        same                                     0.20     55.00

07/05/01
    SLP Prepare Amended Notice of App. and
        hearing                                  0.20     18.00

07/10/01
    MGZ Review and edit prebill re: preparation
        of fee application                       0.60    165.00

07/11/01
    MGZ Review correspondence from S. Schwartz
        re: Campbell & Levine retention
        application                              0.10     27.50
    MGZ Telephone conference with  S. Schwartz
        re: same                                 0.20     55.00
    CJB Review docket information on Pacer in
        preparation for drafting certificate of
        no objection for Campbell & Levine's
        retention application                    0.20     24.00
```

```
                                                   Page:   2
W.R. Grace                                        07/31/01
                                      ACCOUNT NO: 3000-07D
                                      STATEMENT NO:       2

Fee/Employment Applications
```

|  |  | HOURS |  |
|---|---|---|---|
| CJB | Prepare certificate of no objection and finalize for filing and service | 0.30 | 36.00 |

07/12/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone Conference with S. Schwartz re: C&L Retention Application | 0.20 | 55.00 |
| MGZ | Review correspondence form A. Krieger re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with D. Campbell re: C&L retention application | 0.20 | 55.00 |
| MGZ | Research, review Sections 328 and 1103 re: same | 0.30 | 82.50 |
| MGZ | Review proposed retention order re: Gen. Committee's comments | 0.10 | 27.50 |
| MGZ | Telephone Conference with A. Krieger re: C&L Retention Application | 0.10 | 27.50 |
| MGZ | Meeting with R. Raskin re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with S. Peterson re: copy of D&L Retention Papers for A. Krieger | 0.10 | 27.50 |

07/13/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Review correspondence from A. Kreiger re: C&L retention application | 0.10 | 27.50 |
| MGZ | Revise proposed form of order granting C&L Retention Application | 0.20 | 55.00 |
| MGZ | Telephone Conference with A. Kreiger re: C&L Retention Order | 0.20 | 55.00 |
| MGZ | Telephone Conference with S. Schwartz re: same | 0.20 | 55.00 |

07/16/01

|  |  |  |  |
|---|---|---|---|
| CJB | Office conference with M. Zaleski re; certification of no objection to Campbell & Levine retention application and revised order | 0.10 | 12.00 |
| CJB | Revision to certification of no objection to reflect revised order | 0.50 | 60.00 |

07/18/01

|  |  |  |  |
|---|---|---|---|
| CJB | Prepare cno and retention application form of order in preparation for the hearing | 0.20 | 24.00 |

Page: 3
07/31/01
ACCOUNT NO: 3000-07D
STATEMENT NO:          2

W.R. Grace

Fee/Employment Applications

|  |  | HOURS |  |
|---|---|---|---|
| **07/19/01** |  |  |  |
| CJB | Telephone Conference with E. Strug re: retention orders for Tersigni and LAS | 0.10 | 12.00 |
| **07/23/01** |  |  |  |
| CJB | Office conference with MGZ re: interim fee application period and setting same for hearing dates (.2) | 0.20 | 24.00 |
| **07/24/01** |  |  |  |
| CJB | Office conference with MGZ re: Campbell & Levine retention order (.1); review docket information on Pacer re: same, down load same and forward to P. Milch (.2) | 0.30 | 36.00 |
| **07/25/01** |  |  |  |
| CJB | Review docket information on Pacer and files to obtain retention order for Tersigni (.2); office conference with MGZ re: same (.1) | 0.30 | 36.00 |
| MGZ | Telephone Conference with E. Strug re: retention orders for Comm. | 0.10 | 27.50 |
| **07/26/01** |  |  |  |
| CJB | Review administrative order to identify notice parties in preparation for drafting notice of Caplin & Drysdale's first interim application (.2); draft notice of application, prepare certificate of service and service list (.5); prepare Campbell & levine's first interim fee application and notice (2.0); prepare notice for same (.2) | 3.00 | 360.00 |
| **07/27/01** |  |  |  |
| CJB | File and serve first interim fee applications of Caplin & Drysdale and Campbell & Levine (1.0) | 1.00 | 120.00 |
| MGZ | Review of fee application to notice thereof | 0.20 | 55.00 |

```
                                                      Page: 4
W.R. Grace                                          07/31/01
                                       ACCOUNT NO: 3000-07D
                                       STATEMENT NO:        2
  Fee/Employment Applications
```

```
                                                  HOURS
07/30/01
  CJB Review docket information on Virtual
      Docket and update fee/expense application
      calendar with docket information (.3);
      cover memo to E. Strug enclosing clocked
      copy of fee application (.1)                 0.40      48.00
                                                   ____     _____

      FOR CURRENT SERVICES RENDERED               10.70   1,882.50
```

```
                       RECAPITULATION
TIMEKEEPER                     HOURS HOURLY RATE       TOTAL
Matthew G. Zaleski              3.90    $275.00   $1,072.50
Cathie J. Boyer                 6.60     120.00      792.00
Stephanie L. Peterson           0.20      90.00       18.00


    TOTAL CURRENT WORK                              1,882.50


    BALANCE DUE                                    $3,785.00
                                                   =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                07/31/01
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:        1

Fee/Employment Objections

|  |  | HOURS |  |
|---|---|---|---|
| 07/05/01 |  |  |  |
| MGZ | Review of Application to Employ Reed Smith | 0.20 | 55.00 |
| MGZ | Review of FTI Policano Fee Applications (2) | 0.30 | 82.50 |
| 07/09/01 |  |  |  |
| MGZ | Office conference with C. Boyer re: fee application procedure | 0.20 | 55.00 |
| 07/10/01 |  |  |  |
| MGZ | Review of Pachulski Stang fee application | 0.20 | 55.00 |
| 07/11/01 |  |  |  |
| MGZ | Review of Ferry & Joseph April and May Fee Applications | 0.20 | 55.00 |
| 07/13/01 |  |  |  |
| MGZ | Review P.D. Committee's Objection to Debtor's Kirsella Application | 0.10 | 27.50 |
|  | FOR CURRENT SERVICES RENDERED | 1.20 | 330.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 1.20 | $275.00 | $330.00 |

TOTAL CURRENT WORK                                          330.00

```
                                                    Page: 2
W.R. Grace                                          07/31/01
                                      ACCOUNT NO: 3000-08D
                                    STATEMENT NO:        1
Fee/Employment Objections
```

BALANCE DUE                                        $330.00
                                                   ========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                      Page: 1
W.R. Grace                                          07/31/01
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:       2
```

Litigation


PREVIOUS BALANCE                                  $2,035.00


|  |  | HOURS |  |
|---|---|---|---|
| **07/05/01** |  |  |  |
| MGZ | Review of PD Committee's Document Retention Motion | 0.40 | 110.00 |
| **07/09/01** |  |  |  |
| MGZ | Review correspondence from T. Swett re: PD Comm.'s Motion to Compel Documents | 0.10 | 27.50 |
| **07/10/01** |  |  |  |
| CJB | Office conference with MGZ re: preparation of joinder to Property Damage Committee's document motion | 0.10 | 12.00 |
| CJB | Review property damage committee's motion to identify documents | 0.20 | 24.00 |
| **07/11/01** |  |  |  |
| MGZ | Review of Sealed Air's obj. to P.D. Committee's Document Motion | 0.10 | 27.50 |
| MGZ | Office conference with C. Boyer re; joinder in PD document motion | 0.10 | 27.50 |
| CJB | Review docket information on Pacer in preparation for drafting joinder to Property Damage Committee's motion to compel identification of documents | 0.20 | 24.00 |
| CJB | Draft joinder | 0.30 | 36.00 |
| PEM | Review memos from Counsel re: litigation | 0.20 | 45.00 |

```
                                                     Page:  2
    W.R. Grace                                      07/31/01
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:       2

    Litigation
```

|  |  | HOURS |  |
|--|--|------:|--:|
| **07/12/01** | | | |
| MGZ | Review Joinder in PD Committee's Document Production Motion | 0.10 | 27.50 |
| CJB | Office conference with MGZ re: joinder to property damage Committee's document identification motion | 0.10 | 12.00 |
| CJB | E-mail to P. Lockwood re: same | 0.10 | 12.00 |
| CJB | Revisions to Joinder Motion | 0.10 | 12.00 |
| CJB | Finalize Joinder Motion and file and serve same | 0.20 | 24.00 |
| **07/13/01** | | | |
| DAC | Review and note analysis of Debtor's opposition to Committee's motion for standing to bring fraudulent transfer action | 1.50 | 450.00 |
| MGZ | Review P.D. Committee's Motion for Continuance | 0.30 | 82.50 |
| MGZ | Review of Debtor's Objection to P.D. Committee's Document Retention Motion | 0.30 | 82.50 |
| **07/16/01** | | | |
| PEM | Meeting with DAC re: W.R. Grace litigation and informational brief issue | 0.80 | 180.00 |
| PEM | Review memos from counsel re: fraudulent transfer litigation and objection of Debtor to Joint Motion | 0.70 | 157.50 |
| MGZ | Telephone Conference with P. Lockwood re: status of matters for 7/19 hearing | 0.30 | 82.50 |
| **07/17/01** | | | |
| MGZ | Review correspondence from J. Sakalo re: matters pending for 7/19 omnibus hearing | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo re: same | 0.30 | 82.50 |
| **07/18/01** | | | |
| MGZ | Telephone Conference with P. Lockwood re: preparation for Omnibus hearing | 0.70 | 192.50 |
| **07/19/01** | | | |
| DAC | Meeting with proposed co-counsel and p.d. committee regarding motion to prosecute | | |

```
                                                        Page: 3
W.R. Grace                                            07/31/01
                                         ACCOUNT NO: 3000-10D
                                         STATEMENT NO:        2

Litigation
```

|  |  | HOURS |  |
|---|---|---|---|
| | the fraudulent transfer case for the | | |
| | benefit of the estate | 1.00 | 300.00 |
| DAC | Attend omnibus hearings | 1.00 | 300.00 |
| MGZ | Meeting with P. Lockwood re: hearing | | |
| | preparation | 0.60 | 165.00 |
| MGZ | Review of pleadings re: same | 1.00 | 275.00 |
| MGZ | Review amended agenda for omnibus hearing | 0.10 | 27.50 |
| MGZ | Attend omnibus hearing | 0.80 | 220.00 |
| MGZ | Meeting with P. Lockwood and D. Campbell | | |
| | re: results of hearing | 0.30 | 82.50 |

07/20/01

```
    CJB Telephone Conferences with H. Horwich re:
        continued hearing date for joint
        prosecution motion (.2); review docket
        information and MGZ's hearing materials
        for continued hearing date (.2);
        telephone conference with MGZ re: same
        (.1)                                         0.50      60.00
                                                    _____  _____

        FOR CURRENT SERVICES RENDERED               12.60   3,188.50
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 3.50 | $300.00 | $1,050.00 |
| Philip E. Milch | 1.70 | 225.00 | 382.50 |
| Matthew G. Zaleski | 5.60 | 275.00 | 1,540.00 |
| Cathie J. Boyer | 1.80 | 120.00 | 216.00 |

```
    TOTAL CURRENT WORK                                       3,188.50


    BALANCE DUE                                             $5,223.50
                                                           ==========
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                        Page: 1
W.R. Grace                                            07/31/01
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:        2
```

Committee Administration

```
PREVIOUS BALANCE                            $2,400.00
```

|  |  | HOURS |  |
|---|---|---|---|
| **07/02/01** | | | |
| MGZ | Begin draft of minutes of 6/29 Committee teleconference | 0.50 | 137.50 |
| PEM | Review calendar dated 6/29 for Committee and counsel and recommendations | 0.30 | 67.50 |
| **07/03/01** | | | |
| MGZ | Participate in telephonic meeting of Committee | 1.40 | 385.00 |
| MGZ | Telephone Conference with J. Heberling re: Committee Member inquiry | 0.30 | 82.50 |
| DBS | Review documents relevant to Committee call | 0.80 | 240.00 |
| DBS | Participate in Committee conference call | 1.20 | 360.00 |
| **07/05/01** | | | |
| MGZ | Draft Minutes of Committee 6/29 telephone meeting | 0.90 | 247.50 |
| MGZ | Telephone Conferences with E. Strug re: edits to calendar | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.10 | 27.50 |
| MGZ | Review, revise and finalize minutes of 6/29 committee conference call | 0.30 | 82.50 |
| MGZ | Draft Calendar of Critical Dates for Committee Members | 0.80 | 220.00 |
| MGZ | Telephone Conference with P. Lockwood re: Critical Dates Calendar | 0.10 | 27.50 |

```
                                                         Page:  2
    W.R. Grace                                         07/31/01
                                          ACCOUNT NO: 3000-15D
                                          STATEMENT NO:        2

    Committee Administration
```

|  | | HOURS | |
|---|---|---|---|
| SLP | Update docket | 1.00 | 90.00 |
| **07/06/01** | | | |
| MK | Review calendar and update binder for DAC/PEM; review motion and brief | 0.50 | 45.00 |
| MGZ | Continue draft of minutes of Committee's 7/3 telephonic meeting | 0.60 | 165.00 |
| MGZ | Review and revise Critical Dates Calendar for Committee members | 0.80 | 220.00 |
| MGZ | Office conference with S. Peterson re: distribution of calendar to Committee | 0.10 | 27.50 |
| MGZ | Draft correspondence to co-counsel re: Critical Dates Calendar | 0.10 | 27.50 |
| **07/07/01** | | | |
| DAC | Review draft of 6/29 minutes | 0.10 | 30.00 |
| DAC | Review calendar 7/11 - 7/23 | 0.30 | 90.00 |
| **07/11/01** | | | |
| MK | Retrieve dockets for main case and adversaries | 0.10 | 9.00 |
| MGZ | Begin drafting Calendar of Critical Dates for Committee Members | 0.80 | 220.00 |
| **07/13/01** | | | |
| MGZ | Continue drafting calendar of critical dates for Committee Members | 1.00 | 275.00 |
| MGZ | Draft correspondence to co-counsel re: calendar of critical dates | 0.10 | 27.50 |
| MGZ | Review correspondecne from P. Lockwood re: same | 0.10 | 27.50 |
| **07/17/01** | | | |
| PEM | Review correspondence and memos from counsel re: Committee issues | 0.40 | 90.00 |
| MGZ | Office conference with C. Boyer re: pro hac vice papers for C&D lawyers | 0.10 | 27.50 |
| MGZ | Begin drafting Critical Dates Calendar for Committee Members | 1.00 | 275.00 |
| **07/18/01** | | | |
| DAC | Review materials to prepare for 7/19-20/01 meeting in NYC | 1.00 | 300.00 |

W.R. Grace

Committee Administration

|  |  | HOURS |  |
|---|---|---|---|
| **07/19/01** | | | |
| MGZ | Travel to NY from Wilmington re: attendance at Asbestos Claimants Conference | 0.30 | 82.50 |
| MGZ | Attend asbestos claimants counsel conference | 0.30 | 82.50 |
| MGZ | Meeting with P. Lockwood re: calendaring issues and case status | 0.10 | 27.50 |
| DAC | Attendance at meetings and sessions with committee members re: claims issues; review prepared materials | 1.00 | 300.00 |
| DAC | Travel related to NYC meeting | 0.50 | 150.00 |
| **07/20/01** | | | |
| MGZ | Attend meeting of Asbestos Claimants Committees re: Global issues | 2.00 | 550.00 |
| MGZ | Review and hand out materials and Section 524 re: preparation for asbestos claimants conference | 0.30 | 82.50 |
| DAC | Review materials and participate in NYC conference with Committee re: claims | 1.50 | 450.00 |
| DAC | Travel from NYC meeting | 1.00 | 300.00 |
| **07/25/01** | | | |
| MGZ | Draft Critical Dates Calendar for Comm. Members | 0.70 | 192.50 |
| MGZ | Draft correspondence to co-counsel re: Critical Dates Calendar | 0.10 | 27.50 |
| MGZ | Review correspondence from P. Lockwood re: same | 0.10 | 27.50 |
| MK | Review of Committee calendar | 0.20 | 18.00 |
| **07/26/01** | | | |
| DAC | Review/calendar statement of critical dates and pending matters | 0.30 | 90.00 |
| **07/27/01** | | | |
| DAC | Review status report to Committee concerning five matters | 0.20 | 60.00 |
| MGZ | Review of Memo from E. Inselbuch to Committee re: case status update | 0.20 | 55.00 |
| MGZ | Telephone Conference with J. Sakalo re: Proposed Confid. Stipulation | 0.10 | 27.50 |

```
                                              Page:  4
    W.R. Grace                                07/31/01
                              ACCOUNT NO: 3000-15D
                              STATEMENT NO:        2

    Committee Administration
```

```
                                        HOURS
07/30/01
    PEM Review memo from Counsel on update to
        Committee                        0.20      45.00

07/31/01
    MGZ Meeting with C. Boyer re: preparation of
        Critical Dates Calendar          0.10      27.50
                                        _____   _____
    FOR CURRENT SERVICES RENDERED       24.20   6,474.50
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 5.90 | $300.00 | $1,770.00 |
| David B. Salzman | 2.00 | 300.00 | 600.00 |
| Philip E. Milch | 0.90 | 225.00 | 202.50 |
| Matthew G. Zaleski | 13.60 | 275.00 | 3,740.00 |
| Stephanie L. Peterson | 1.00 | 90.00 | 90.00 |
| Michele Kennedy | 0.80 | 90.00 | 72.00 |

```
    TOTAL CURRENT WORK                            6,474.50


    BALANCE DUE                                  $8,874.50
                                                 =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/01
ACCOUNT NO:     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 1,653.14 | 0.00 | 2,147.27 | 0.00 | 0.00 | $3,800.41 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 3,290.00 | 1,785.00 | 0.00 | 0.00 | 0.00 | $5,075.00 |
| 3000-02 Asset Disposition | | | | | |
| 275.00 | 2,037.00 | 0.00 | 0.00 | 0.00 | $2,312.00 |
| 3000-04 Case Administration | | | | | |
| 1,917.00 | 11,859.50 | 0.00 | 0.00 | 0.00 | $13,776.50 |
| 3000-05 Claims Administration and Objections | | | | | |
| 2,945.00 | 495.00 | 0.00 | 0.00 | 0.00 | $3,440.00 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 2,230.00 | 1,512.50 | 0.00 | 0.00 | 0.00 | $3,742.50 |
| 3000-07 Fee/Employment Applications | | | | | |
| 1,902.50 | 1,882.50 | 0.00 | 0.00 | 0.00 | $3,785.00 |
| 3000-08 Fee/Employment Objections | | | | | |
| 0.00 | 330.00 | 0.00 | 0.00 | 0.00 | $330.00 |
| 3000-10 Litigation | | | | | |
| 2,035.00 | 3,188.50 | 0.00 | 0.00 | 0.00 | $5,223.50 |
| 3000-15 Committee Administration | | | | | |
| 2,400.00 | 6,474.50 | 0.00 | 0.00 | 0.00 | $8,874.50 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 18,647.64 | 29,564.50 | 2,147.27 | 0.00 | 0.00 | $50,359.41 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.