**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br><br><br>*Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:        Cox Hardware & Ind Supply
                      PO Box 9466
                      Houston, TX 77261

The transfer of your claim as shown above, in the amount of $ 361.70 has been transferred *(unless previously expunged by court order)* to:

   Trade-Debt.Net
   P.O. Box 1487
   West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

   United States Bankruptcy Clerk
   District of Delaware
   824 Market Street, 5th Fl
   Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to **INTERNAL CONTROL NO.** _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____, 200 ___ .
**INTERNAL CONTROL NO.** _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

                                                    _____
                                                             Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re. ) | |
| ) | Case No.01-01139(PJW) |
| W.R. Grace & Company ) | |
| et al., ) | |
| ) | Chapter 11 |
| ) | |
| ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. ) | **OTHER THAN FOR SECURITY AND** |
| ) | **WAIVER OF NOTICE.** |
| ) | **RULE 3001 (e)** |

Please take notice that your unsecured claim of **COX HARDWARE AND IND SUPPLY** in the amount of $361.70 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **COX HARDWARE AND IND SUPPLY** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:

Dated: 7/25, 2001

Please print your name: Michael Phillips   Signature: Michael Phillips

Address: 1923 Wayside   Houston   Tex   77011
(city,state,zip)

Telephone: 713-923-9458   Fax: 713-923-9423   Email: Michaelp@CoxHardware.Com

Federal Taxpayer ID / Social Security Number   74-1652902

ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
    Timothy McGuire

W.R. Grace