UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | In Proceedings For A Reorganization Under Chapter 11 |

W.R. GRACE & COMPANY
et al.,

Case No. 01-01139(PJW)

Claim # Unknown

*Debtors*

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Schlotzky's
3399 Amnicola Hwy
Chattanooga, TN 37406

The transfer of your claim as shown above, in the amount of $ 728.88 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____, 200___.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

In re.                                    )
                                          )  Case No.01-01139(PJW)
W.R. Grace & Company                      )
et al.,                                   )
                                          )  Chapter 11
                                          )
                                          )  **NOTICE OF TRANSFER OF CLAIM**
          Debtors.                        )  **OTHER THAN FOR SECURITY AND**
                                          )  **WAIVER OF NOTICE.**
                                          )  **RULE 3001 (e)**

Please take notice that your unsecured claim of **SCHLOTZKY'S** in the amount of **$728.88** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **SCHLOTZKY'S** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

**ASSIGNOR:**

Dated: __7-20__, 2001

Please print your name: __Rhonda Garth__ Signature __Rhonda Garth__

Address: __3399 Amnicola Hwy   Chattanooga   TN   37406__
(city,state,zip)
Telephone: __423-629-7884__  Fax: __423-629-7855__  Email: _____

Federal Taxpayer ID / Social Security Number __62-1730645__

**ASSIGNEE:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: __Timothy McGuire__                                        W.R. Grace
    Timothy McGuire