UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & COMPANY<br> et al.,<br><br><br>*Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br>FILED<br>2001 AUG -3 AM 11: 33<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:     Clement Lumber Co
                   PO Box 39
                   Woodruff, SC 29388

The transfer of your claim as shown above, in the amount of $ 647.82 has been transferred *(unless previously expunged by court order)* to:

     Trade-Debt.Net
     P.O. Box 1487
     West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

     United States Bankruptcy Clerk
     District of Delaware
     824 Market Street, 5th Fl
     Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____  Transferee ____  Debtor's Attorney ____

                                             _____
                                                   Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re.                              )
                                    )    Case No.01-01139(PJW)
W.R. Grace & Company                )
et al.,                             )
                                    )    Chapter 11
                                    )
                                    )    **NOTICE OF TRANSFER OF CLAIM**
          Debtors.                  )    **OTHER THAN FOR SECURITY AND**
                                    )    **WAIVER OF NOTICE.**
Clement Lumber Co., Inc.            )    RULE 3001 (e)

Please take notice that your unsecured claim of **CLEMENT LUMBER CO** in the amount of **$647.82** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **CLEMENT LUMBER CO** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:

Dated: 7/17/, 2001

Please print your name: Clement Lumber Co. Signature _Phillip M. Graham, Sec._

Address: P. O. Box 3145, Spartanburg, S. C. 29304
(city,state,zip)
Telephone: (864) 582-8722  Fax: (864) 582-2206  Email:

Federal Taxpayer ID / Social Security Number    57-0356543

ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
    Timothy McGuire

W.R. Grace