**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | Chapter 11 |
| In re: | : : | Case No. 18-11025 (CSS) |
| GIBSON BRANDS, INC., *et al.*, | : : | Jointly Administered |
| Debtors.[1] | : : | **Related to Docket No. 842, 831, 851** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

**CERTIFICATION OF COUNSEL REGARDING
REVISED PROPOSED FINDINGS OF FACT, CONCLUSIONS OF
LAW, AND ORDER CONFIRMING THE DEBTORS' FIFTH
AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

I, Marcy J. McLaughlin, co-counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify as follows regarding the proposed form of *Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Fifth Amended Joint Chapter 11 Plan of Reorganization* (the "Final Proposed Order"), attached hereto as **Exhibit A** (the "Proposed Order").

1. On October 1, 2018, the Debtors filed the *Debtors' Fifth Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 842] (the "Plan"), which amended prior plans filed on June 20, July 12, July 24, August 1 and September 6, 2018. *See* Docket Nos. 301, 424, 482, 516, and 726.

2. On September 27, 2018, the Office of the United States Trustee (the "U.S. Trustee") filed *The United States Trustee's Objection to the Confirmation of the Debtors' Fourth*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

*Amended Joint Chapter 11 Plan of Reorganization* (D.I. 726) [Docket No. 831] (the "U.S. Trustee Objection").

3. On October 1, 2018, the Debtors filed the *Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Fifth Amended Joint Chapter 11 Plan of Reorganization*, attaching a proposed confirmation order as Exhibit A thereto [Docket No. 851] (the "October 1 Proposed Order").

4. On October 2, 2018, the Court held a hearing (the "Confirmation Hearing") on confirmation of the Plan, at which the Debtors made available to all parties-in-interest in the Courtroom revisions to the proposed *Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Fifth Amended Joint Chapter 11 Plan of Reorganization* (the "October 2 Proposed Order") in the form of the blackline attached hereto as **Exhibit B** (changed pages only), comparing the October 1 Proposed Order to the October 2 Proposed Order.

5. At the Confirmation Hearing, the Bankruptcy Court overruled the U.S. Trustee Objection, but ruled that the October 2 Proposed Order needed to be revised with respect to the third party release language.

6. The Debtors revised the October 2 Proposed Order to reflect the Court's ruling on the record at the Confirmation Hearing with respect to third party releases. Attached hereto as **Exhibit C** is a blackline comparing the Final Proposed Order to the October 1 Proposed Order.

7. The Final Proposed Order was circulated to counsel to the U.S. Trustee, who indicated that the U.S. Trustee has no objection to the form of the Final Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Final Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

| | |
|---|---|
| Dated: October 3, 2018<br>Wilmington, Delaware | PEPPER HAMILTON LLP<br><br>*/s/  Marcy J. McLaughlin*<br>David M. Fournier (DE 2812)<br>Marcy J. McLaughlin (DE 6184)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Email: fournied@pepperlaw.com<br>            mclaughlinm@pepperlaw.com<br><br>- and -<br><br>GOODWIN PROCTER LLP<br>Michael H. Goldstein *(*admitted *pro hac vice*)<br>Gregory W. Fox *(*admitted *pro hac vice*)<br>Barry Z. Bazian *(*admitted *pro hac vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 813-8800<br>Email: mgoldstein@goodwinlaw.com<br>            gfox@goodwinlaw.com<br>            bbazian@goodwinlaw.com<br><br>*Counsel for Debtors and Debtors in Possession* |