## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: September 25, 2001 at 4:00 pm** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

### NOTICE OF APPLICATION

TO:    PARTIES ON ATTACHED SERVICE LIST

Ferry & Joseph, P.A. has filed its Fourth Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2001 through July 31, 2001.

You are required to file an objection or response to the attached application on or before September 25, 2001 at 4:00 pm

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

HEARING ON THE MOTION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

FERRY & JOSEPH, P.A.

Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Attorneys for the Official Committee of Asbestos Property Damage Claimants

Dated: 9/5/01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**FOURTH APPLICATION OF FERRY & JOSEPH, P.A.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE
CLAIMANTS FOR THE PERIOD OF JULY 1, 2001 THROUGH JULY 31, 2001**

Name of Applicant:               Ferry & Joseph, P.A.

Authorized to provide
professional services to:         Official Committee of Asbestos Property Damage
                                  Claimants

Date of retention:                April 18, 2001

Period for which compensation and
reimbursement is sought:          July1, 2001 through July 31, 2001

Amount of compensation sought
as actual reasonable and necessary:   $11,833.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:                        $2,538.98

This is an:   X interim ___ final application

The total time expended for fee application preparation is approximately17.90 hours and the corresponding compensation requested is approximately $2,889.00.

Prior Applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period | Fees | Expenses | Fees | Expenses |
| 7/10/01 | 4/18/01-4/30/01 | $1,476.00 | $26.00 | Pending | Pending |
| 7/10/01 | 5/1/01-5/31/01 | $6,276.50 | $2,708.31 | Pending | Pending |
| 7/30/01 | 6/1/01-6/30/01 | $11,251.00 | $1,643.75 | Pending | Pending |

ATTACHMENT B
TO FEE APPLICATION

| Name of professional person | Position of the Applicant, Number of Years in Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael B. Joseph | Partner, 25, Various, 1976, Bankruptcy | $250.00 | 0.0 | $0.00 |
| Theodore J. Tacconelli | Associate, 13, Various, 1988, Bankruptcy, Commercial Litigation | $185.00 | 41.80 | $7,705.00 |
| Rick S. Miller | Associate, 5, 1995, Various, Bankruptcy, General Litigation | $160.00 | 25.80 | $4,128.00 |
| Grant Total: | | | 67.60 | $11,833.00 |
| Blended Rate: | | | | $175.04 |

COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration/General | 16.10 | $2,815.00 |
| Fee Applications | 17.90 | $2,889.00 |
| Asbestos/Fraudulent Transfer Lit. | 26.40 | $4,869.50 |
| Retention of Professionals | .60 | $96.00 |
| Committee Mtgs. and Teleconferences | 6.60 | $1,163.50 |
| Court Hearings | 0 | $0.00 |
| Travel Time | 0 | $0.00 |
| Other (Explain) | 0 | $0.00 |

EXPENSE SUMMARY

| EXPENSE CATEGORY | PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Computer Legal Research | Lexis | $0.00 |
| Facsimile ($1.00 per page) | Ferry & Joseph, P.A. | $454.00 |
| In-House Reproduction | Ferry & Joseph, P.A. | $91.20 |
| Outside Reproduction | Reliable Copy | $1129.33 |
| Document Service and Retrieval | Parcels | $651.00 |
| Filing/Court Fees | | $0.00 |
| Out-of-Town Travel | Hotel and Airfare | $0.00 |
| Courier & Express Carriers | Federal Express; Tri-State | $41.98 |
| Postage | | $94.60 |
| Other (Explain) | Hearing Transcript | $76.87 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: September 25, 2001 at 4:00 pm** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**FOURTH APPLICATION OF FERRY & JOSEPH, P.A.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE
CLAIMANTS FOR THE PERIOD OF JULY 1, 2001 THROUGH JULY 31, 2001**

Ferry & Joseph, P.A. ("applicant"), counsel to the Official Committee of Asbestos

Property Damage Claimants ("the PD Committee") of W.R. Grace & Co. ("Grace") and its sixty-

one domestic subsidiaries and affiliates that are debtors and debtors-in-possession (the

"Debtors') in this Court, for its application pursuant to 11 U.S.C. §§ 330 and 331 and in

accordance with the Administrative Fee Order (defined below) for a fourth interim allowance of

compensation for services rendered and for reimbursement of expenses incurred in connection

therewith, respectfully represents as follows:

**I. Introduction**

1. Applicant, as counsel to the PD Committee, seeks (i) an interim allowance of

compensation for the professional services rendered by applicant as counsel for the PD

Committee from July 1, 2001 through July 31, 2001 ("the Fourth Monthly Period") in the

aggregate amount of $11,833.00  representing 67.60 hours of professional services and (ii)

reimbursement of actual and necessary expenses incurred by the applicant during the Fourth

Monthly Period in connection with the rendition of such professional services in the aggregate

amount of $2,538.98.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and

1334. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

## II. Background

3. On April 2, 2001, each of the debtors filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code. The debtors continue to operate its business and manage their properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The debtors' Chapter 11 cases have been procedurally consolidated and are being jointly administered. No trustee or examiner has been appointed in this case.

4. On April 12, 2001, the United States Trustee formed the PD Committee. Thereafter, the PD Committee approved the retention of applicant as its local Delaware counsel.

5. By application dated June 22, 2001, applicant sought Court approval for its retention as counsel to the PD Committee *nunc pro tunc* to April 18, 2001. The Court signed the Order approving the retention on June 22, 2001.

6. This is the fourth application applicant has filed with the Court for an allowance of compensation and reimbursement of expenses for services rendered to the PD Committee. This application is submitted pursuant to the terms of the Administrative Order Under §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members approved by the Court on May 3, 2001 ("the Administrative Fee Order").

9. Applicant has received no payment and no promise for payment from any source for services rendered in connection with these cases. There is no agreement or understanding between applicant and any other person for the sharing of compensation to be received hereunder.

10. As stated in the Affidavit of Rick S. Miller, Esquire, attached hereto as Exhibit "A," all of the services for which compensation is sought herein were rendered for an on behalf of the

PD Committee solely in connection with these cases.

### III. Summary of Services Rendered

11.   In accordance with Local Rule 2016-2 dated December 12, 1996 and the Administrative Fee Order, and to assist the Court, the debtors, the Trustee and other parties in interest in evaluating this application for compensation, the primary services performed by applicant during the Fourth Monthly Period are summarized in the Summary attached hereto as Exhibit "B." The summary reflects certain services of major importance which required the special attention, efforts and skill of applicant.  Applicant's services throughout the Fourth Monthly Period have been valuable to the PD Committee in providing advice and counsel as well as the preparation, service and filing of various administrative and substantive litigation pleadings and papers in conformity with Delaware bankruptcy practice and the Rules of this Court.

12.   In accordance with the Administrative Fee Order and the Local Rules, a summary sheet of the attorneys and paraprofessionals and their corresponding names, year of admission, hourly rates and the number of hours incurred by each is set forth on Attachment B.  The hourly rates reflect what applicant generally charges its other clients for similar services.  An itemization including identification of services performed by the attorneys sorted by date and time keeper is attached hereto as Exhibit "C," which also contains a statement of applicant's disbursements, necessarily incurred in the performance of applicant's duties as counsel to the PD Committee.

13.   Applicant has worked closely with the PD Committee's primary counsel, Bilzin Sumberg Dunn Baena Price & Axelrod, LLP  to avoid unnecessary duplication of services.

### IV. Conclusion

14.   Applicant has necessarily and properly expended 67.60 hours of services in the performance of its duties as counsel to the PD Committee during the Fourth Monthly Period.

Such services have a fair market value of $11,833.00. The work involved and thus the time expended, was carefully assigned in light of the expertise required for each particular task.

15. In addition, applicant incurred actual out-of-pocket expenses in connection with the rendition of services to the PD Committee in the sum of $2,538.98 for which it respectfully requests reimbursement in full.

16. Applicant charges $.15 per page for in-house photocopying services. Applicant charges the actual cost from the vendor for out-sourced photocopying and document retrieval, and computerized legal research. Applicant charges $1.00 per page for out-going facsimile transmissions, and does not charge for in-coming facsimiles.

17. Applicant has reviewed the requirements set forth in Local Rule 2016-2 and believes that this application for interim compensation complies therewith.

18. Applicant has made no prior application in this or any other Court for the relief sought herein.

WHEREFORE applicant respectfully requests pursuant to the Administrative Fee Order:

a) the allowance of compensation for professional services rendered to the PD Committee during the period of July 1, 2001 through July 31, 2001 in the amount of $11,833.00.

b) the reimbursement of applicant's out-of-pocket expenses incurred in connection with the rendition of such services during the period of July 1, 2001 through July 31, 2001 in the amount of $2,538.98, and.

c) payment by the debtor as interim compensation to applicant 80% of the amount of the professional services allowed and 100% of the expenses allowed herein, subject to final payment of the full amount.

FERRY & JOSEPH, P.A.

Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Attorneys for the Official Committee of Asbestos
Property Damage Claimants

Dated: 9/5/01

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF RICK S. MILLER, ESQUIRE

STATE OF DELAWARE  :

                    :     ss.

NEW CASTLE COUNTY  :

RICK S. MILLER, ESQUIRE, being duly sworn, deposes and says:

1. I am an associate of the firm of Ferry & Joseph, P.A. ("applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants ("the PD Committee").

2. I have read the foregoing application and know the contents thereof. The contents are true and correct to the best of my knowledge. I have personally performed many of the legal services rendered by applicant and am thoroughly familiar with all other work performed on behalf of the debtor by the attorneys and paraprofessionals in my firm. All of the services for which compensation is sought herein were rendered for an on behalf of the PD Committee solely in connection with these cases.

3. In accordance with Bankruptcy Rule 2016(a) and Section 504 of the Bankruptcy Code, no agreement or understanding exists between applicant and any other person for the sharing of compensation to be received in connection with this case.

_____
Rick S. Miller, Esquire

SWORN TO AND SUBSCRIBED before me this 5th day of September, 2001.

_____
Notary Public

MEREDITH S. JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 24, 2002

**EXHIBIT "B"**

SUMMARY OF PRINCIPAL SERVICES PERFORMED FOR THE PERIOD
July 1, 2001 THROUGH July 31,2001

Category 1 - Case Administration/General - 16.10 Hours ($2,815.00 )

      Applicant reviewed each of the motions, pleadings and other papers filed by the debtors and other parties-in-interest, analyzed the legal issues, and when asked, provided recommendations on the matters to the PD Committee.  Applicant reviewed PD Committee filings for conformity with Delaware practice and counseled the PD Committee on such matters.

Category 2 - Fee Application - 17.90 Hours ($2,889.00)

      Applicant prepared its monthly fee application including a narrative section summarizing the services rendered by applicant and complied and attached expense schedules.

Category 3 - Asbestos/Fraudulent Transfer Litigation - 26.40 Hours ($4,869.50 )

      Given the fundamental importance of asbestos litigation and fraudulent transfer claims to these Chapter 11 cases, applicant continued to thoroughly review the various pleadings and papers filed by and against the debtors including those which may impact on the conduct of related asbestos actions against the non-debtor third parties and those needing to be reviewed in connection with preparing for the court hearing on the debtor's preliminary injunction motion.
      Applicant reviewed and prepared for other related issues including claim and bar date procedures and retention of experts and counsel in evaluating the numerous issues surrounding the validity and quantification of asbestos liability claims.

Category 4 - Retention of Professionals - .60 Hours ($96.00 )

      Applicant prepared its own retention application and assisted in the preparation and filing of retention applications for other PD Committee professionals including its primary counsel.

Category 5 - Committee Meetings and Conferences - 6.60 Hours ($1,163.50 )

      Applicant attended PD Committee tele-conferences and meetings.  Preparations included review of pending matters and underlying documentation in connection therewith.

Category 6 - Court Hearings -   0  Hours ($0.00 )

      Applicant attended Court hearings in the case.

Category 7 - Travel Time - 0  Hours ($0.00 )

      Applicant traveled to and from PD Committee meetings.

## Exhibit "C"

Time expended by Ferry & Joseph, P.A.:

|  |  |  | Hours |
|---|---|---|---|
|  | **03-T Tacconelli** | | |
| 7/2/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review e-mail from S. Baena, Esq., re: Case Management<br>Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq., re: July 19, 2001 hearing<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with docket clerk re: August omnibus hearing<br>date<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq., re: August omnibus<br>hearing date<br>Case Administration/General | 0.10 |
|  | TJT | Call to W. Sudell re: Joint Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: meeting in NYC<br>Case Administration/General | 0.10 |
| 7/3/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from S. Baena re: July 19,<br>2001 hearing<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from S. Baena re:7/6/01<br>meeting in NYC<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | Prepare e-mail to S. Baena re: Juluy 19, 2001 hearing<br>Litigation | 0.30 |
|  | TJT | Review e-mail from S. Baena re: July 19, 2001 hearing<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 7/3/01 | TJT | Prepare e-mail to S. Baena re: July 19, 2001 hearing<br>Litigation | 0.30 |
|  | TJT | Review local rules re: agenda<br>Litigation | 0.20 |
|  | TJT | Tele-conference with J. Katz re: Conway Del Genio Retention Application<br>Case Administration/General | 0.10 |
| 7/4/01 | TJT | Review pleading re: Debtors Monthly Operating Report<br>Case Administration/General | 0.20 |
|  | TJT | Review pleading re: Debtors 2nd Fee Application<br>Case Administration/General | 0.20 |
|  | TJT | Review Pleading re: Reed Smith Employment Retention Motion<br>Case Administration/General | 0.10 |
|  | TJT | Prepare letter to J. Sakolo re: June 21, 2001 hearing<br>Litigation | 0.10 |
| 7/6/01 | TJT | Review correspondence re: Response to Miscellaneous Asset Sale Motion<br>Litigation | 0.10 |
|  | TJT | tele-conference with K. Neiman re: response to Miscellaneous Asset Sale Motion<br>Litigation | 0.10 |
|  | TJT | review e-mail from S, Baena re: July 19, 2001 hearing<br>Litigation | 0.20 |
|  | TJT | tele-conference with M. Zaleski re: July 19, 2001 hearing<br>Litigation | 0.20 |
|  | TJT | tele-conference with S. Baena re: July 19, 2001 hearing<br>Litigation | 0.10 |
| 7/7/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | prepare e-mail to J. Sakalo re: July meeting<br>Committee Meetings and Conferences | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 7/7/01 | TJT | File administration<br>Case Administration/General | 0.50 |
| 7/8/01 | TJT | Revise Response & Objection to DeMinimis Asset Sale Motion<br>Litigation | 0.50 |
|  | TJT | review correspondence re: e-mail from J. Sakalo re: July meeting<br>Committee Meetings and Conferences | 0.10 |
| 7/9/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | review e-mail from D. Speights re: Grace company background<br>Litigation | 0.20 |
|  | TJT | Tele-conference with Docket clerk re: 8/2/01 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-conference with M. Zaleski re: 8/2/01 hearing<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to J. Sakalo re: case management motion<br>Litigation | 0.10 |
|  | TJT | Prepareation of Pleading re: Response & Objection to DeMinimis Asset Sale Motion<br>Litigation | 0.60 |
|  | TJT | Review correspondence re: e-mail from S. Baena re: 7/19/01 hearing<br>Litigation | 0.10 |
|  | TJT | Review PD Reported Case Summary<br>Litigation | 0.20 |
|  | TJT | Review correspondence re: e-mail from E. Westbrook re: PD Reported Case Summary<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Docket Clerk re: 8/2/01 hearing<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to S. Baena re: 8/2/01 hearing<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 7/9/01 | TJT | Tele-conference with M. Zaleski re: 8/2/01 hearing<br>Litigation | 0.10 |
|  | TJT | Review e-mail from S. Baena re: 8/2/01 hearing<br>Litigation | 0.10 |
| 7/10/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with M. Zaleski re: 8/2/01 hearing<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from M. Ostaohev re:<br>Committee Teleconference<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 1.30 |
|  | TJT | Tele-conference with S. Baena & J. Sakalo re: Case<br>Management Motion<br>Litigation | 0.30 |
|  | TJT | Discuss with M. Joseph & R. Miller re: Motion for<br>Continuance<br>Litigation | 0.20 |
| 7/11/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Confer with R. Miller re: Motion for Continuance<br>Litigation | 0.50 |
|  | TJT | Tele-conference with F. Perch re: Motion to Amend Interim<br>Comp. Order<br>Litigation | 0.10 |
|  | TJT | Tele-conference with S. Baena re: Motion to Amend Interim<br>Comp. Order<br>Litigation | 0.10 |
|  | TJT | Research re: Compensation of counsel for Committee members<br>Litigation | 0.80 |
|  | TJT | Review correspondence re: e-mail from S. Baena re: Case<br>Management Motion<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 7/11/01 | TJT | Review correspondence re: e-mail from S. Baena re: draft of Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review draft of Motion for Continuance<br>Litigation | 0.30 |
|  | TJT | Review pleading re: Response of Sealed Air to Joint Motion<br>Litigation | 0.20 |
|  | TJT | Review pleading re: Limited Objection of Sealed Air to Document Retention Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo re: Limited Objection to Kinsella Retention<br>Litigation | 0.10 |
|  | TJT | Revew and revise Limited Objection to Kinsella Retention<br>Litigation | 0.30 |
|  | TJT | Review correspondence re: letter from S. Baena to debtors counsel re: Case Management Motion<br>Litigation | 0.10 |
| 7/12/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
|  | TJT | Review e-mail from Scott Baena re: Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review draft of Motion for Continuance<br>Litigation | 0.50 |
|  | TJT | Prepare Motion to Shorten Notice re: Motion for Continuance<br>Litigation | 1.00 |
|  | TJT | Prepare Order re: Motion for Continuance<br>Litigation | 0.80 |
|  | TJT | Review e-mail from Scott Baena re: Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review pleading re: U.S. Trustee's Limited Objection to Motion to Amend Order<br>Litigation | 0.20 |

|          |     |                                                                                                              | Hours |
|----------|-----|--------------------------------------------------------------------------------------------------------------|-------|
| 7/12/01  | TJT | Review e-mail from Scott Baena re: Motion for Continuance<br>Litigation                                       | 0.10  |
|          | TJT | Review pleading re: PI Committee's Objection to Debtors'<br>Motion Compensate Former Employees<br>Litigation  | 0.10  |
|          | TJT | Review pleading re: PI Committee's Objection to De Minimis<br>Asset Sale Motion<br>Litigation                 | 0.10  |
|          | TJT | Prepare pleading re: Motion for Continuance<br>Litigation                                                     | 1.80  |
|          | TJT | Review pleading re: Debtors' response to Joint Motion<br>Litigation                                           | 0.30  |
|          | TJT | Prepare e-mail to Scott Baena re: Motion for Continuance<br>Litigation                                        | 0.10  |
|          | TJT | Prepare letter to Jay Sakalo re: Motion for Continuance<br>Litigation                                         | 0.10  |
| 7/13/01  | TJT | Review Docket<br>Case Administration/General                                                                  | 0.10  |
|          | TJT | Case Administration/General; tele-conference with J. Sakolo<br>re: 2002 Service List<br>Case Administration/General | 0.10  |
|          | TJT | Review pleading re: U.S. Response to Debtors' Case<br>Management Motion<br>Litigation                         | 0.20  |
|          | TJT | Review pleading re: U.S.T.'s Limited Objection to Motion to<br>Amend Order<br>Litigation                      | 0.20  |
|          | TJT | Review pleading re: Commercial Committee's Opposition to<br>Joint Motion<br>Litigation                        | 0.20  |
|          | TJT | Reveiw pleading re: miscellaneous affidavits of profesional<br>persons<br>Litigation                         | 0.10  |

|          |     |                                                                                                                        | Hours |
|----------|-----|------------------------------------------------------------------------------------------------------------------------|-------|
| 7/13/01  | TJT | Prepare e-mail to J. Sakalo re: Commercial Committee's Opposition to Joint Motion<br>Litigation                         | 0.10  |
|          | TJT | Committee Meeting/Conference with Committee<br>Case Administration/General                                              | 1.50  |
|          | TJT | Review pleading re: Debtors' Response to Document Repository Motion<br>Litigation                                       | 0.20  |
| 7/14/01  | TJT | File Administration<br>Case Administration/General                                                                      | 0.20  |
|          | TJT | Review e-mail from S. Baena re: 2002 Service List<br>Case Administration/General                                        | 0.10  |
|          | TJT | Prepare e-mail to S. Baena re: 2002 Service List<br>Case Administration/General                                         | 0.10  |
|          | TJT | Review pleading re: Debtors' Response to PD Committee's Objection to Omnibus Settlement Motion<br>Litigation            | 0.10  |
| 7/15/01  | TJT | Review e-mail from S. Baena re: 2002 Service List<br>Case Administration/General                                        | 0.10  |
|          | TJT | Prepare e-mail to S. Baena re: 2002 Service List<br>Case Administration/General                                         | 0.10  |
| 7/16/01  | TJT | Review docket<br>Case Administration/General                                                                            | 0.10  |
| 7/17/01  | TJT | Review docket<br>Case Administration/General                                                                            | 0.10  |
|          | TJT | Review correspondence re: e-mail from S. Baena re: Motion for Continuance<br>Litigation                                 | 0.10  |
|          | TJT | Prepare e-mail to S. Baena re: Motion for Continuance<br>Litigation                                                     | 0.10  |
|          | TJT | Retrieve voice mail message from J. Sakolo re: limited objection to Kinsella Retention application<br>Litigation        | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 7/17/01 | TJT | Tele-conference with D. Carickoff re: 7/19/01 agenda<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakolo re: 7/19/01 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakolo re: Joint Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: Limited Objection to<br>Kinsella Retention Application<br>Litigation | 0.10 |
|  | TJT | Review e-mail from J. Sakalo re: Limited Objection to Kinsella<br>Retention Application<br>Litigation | 0.10 |
|  | TJT | Committee Meeting/Conference; review e-mail from A.<br>Knowles re: 7/20/01 Committee Tele-conference<br>Committee Meetings and Conferences | 0.10 |
| 7/18/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from S. Baena re: Debtors'<br>Response to Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review pleading re: Debtors' Response to Motion for<br>Continuance<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from K. Neiman re:<br>Conway Del Genio Retention Application<br>Case Administration/General | 0.10 |
|  | TJT | Review amended agenda letter for July 19, 2001 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: July 19, 2001 hearing<br>agenda<br>Litigation | 0.10 |
|  | TJT | Review pleading re: Sealed Air's Response to Joint Motion<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 7/19/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
|  | TJT | Research re: privileged documents in a bankruptcy case<br>Litigation | 0.50 |
|  | TJT | Research re: review cases cited in opposition to document<br>retention motion<br>Litigation | 0.50 |
|  | TJT | Tele-conference with S. Schwartz re: 7/19/01 hearing<br>Litigation | 0.10 |
|  | TJT | Prepare for 7/19/01 hearing<br>Litigation | 0.50 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: 7/19/01 hearing<br>agenda<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Judge Farnan's chambers re: 7/19/01<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: 7/19/01 hearing<br>agenda<br>Litigation | 0.10 |
|  | TJT | Attend Bankruptcy Court hearing<br>Litigation | 1.50 |
|  | TJT | Teleconference with J. Sakalo, Esq. re: Order granting motion<br>to continue case management motion<br>Litigation | 0.10 |
|  | TJT | Prepare order re: Motion for Continuance of Case<br>Management Motion<br>Litigation | 0.10 |
| 7/20/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
|  | TJT | Revise Order re: Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to J. Sakalo re: Order granting Motion for<br>Continuance<br>Litigation | 0.10 |

|          |     |                                                                                                                        | Hours |
|----------|-----|------------------------------------------------------------------------------------------------------------------------|-------|
| 7/20/01  | TJT | Teleconference with Judge Farnan's chambers re: October hearing date<br>Litigation                                      | 0.10  |
|          | TJT | Retrieve voice mail message from J. Sakalo, Esq. re: Case Managment Motion<br>Litigation                                | 0.10  |
|          | TJT | Teleconference with J. Sakalo re; Case Management Motion<br>Litigation                                                  | 0.20  |
|          | TJT | Teleconference with Committee<br>Committee Meetings and Conferences                                                     | 1.00  |
|          | TJT | Review correspondence re: e-mail from J. Sakalo re: Motion for Admission Pro Hac Vice of J. Sakalo<br>Case Administration/General | 0.10  |
| 7/21/01  | TJT | Review Docket<br>Case Administration/General                                                                           | 0.10  |
| 7/12/01  | TJT | Revise Complaint, discussion with Mr. Miller, research conversion, revise<br>Litigation                                | 2.00  |
| 7/22/01  | TJT | Review correspondence re: e-mail from S. Baena re: Armstrong pleadings<br>Litigation                                    | 0.10  |
|          | TJT | Review e-mail from D. Speights, Esq. re: Armstrong pleadings<br>Litigation                                              | 0.10  |
|          | TJT | Review correspondence re: e-mail from S. Baena re: Armstrong pleadings<br>Litigation                                    | 0.10  |
|          | TJT | Review correspondence re: e-mail from S. Baena re: August meeting<br>Committee Meetings and Conferences                 | 0.10  |
|          | TJT | Committee Meeting/Conference, prepare e-mail to S. Baena re: August meeting<br>Committee Meetings and Conferences       | 0.10  |
| 7/23/01  | TJT | Review Docket<br>Case Administration/General                                                                           | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 7/23/01 | TJT | Review Statement of Financial Affairs and Schedules re: C.V. Biomedical, Inc.<br>Case Administration/General | 0.10 |
| 7/17/01 | TJT | Prepare letter to J. Sakalo re: Monthly operating report<br>Case Administration/General | 0.10 |
|  | TJT | Prepare e-mail to J. Sakalo re: Debtor's Objeciton to Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: Debtor's Objeciton to Motion for Continuance<br>Litigation | 0.10 |
| 7/23/01 | TJT | Review Statement of Financial Affairs and Schedules re: CCHP, Inc.<br>Case Administration/General | 0.10 |
|  | TJT | Review Statement of Financial Affairs and Schedules re: COAL Grace, Inc.<br>Case Administration/General | 0.10 |
|  | TJT | Review Statement of Financial Affairs and Schedules re: COAL Grace II, Inc.<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from K. Neiman re: Conway Application<br>Litigation | 0.10 |
|  | TJT | Review docket<br>Case Administration/General | 0.10 |
| 7/24/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: August meeting<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | Review deposition transcript re: expert<br>Litigation | 0.50 |
|  | TJT | Review correspondence re: Motion for Admission Pro Hac Vice of J. Sakalo, Esq.<br>Case Administration/General | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 7/24/01 | TJT | Prepare Motion for Admission Pro Hac Vice of J. Sakalo, Esq.<br>Case Administration/General | 0.10 |
|  | TJT | Prepare letter to J. Sakalo, Esq. re: Motion for Admission Pro Hac Vice<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with clerk re: October hearing date<br>Litigation | 0.10 |
|  | TJT | Review e-mail from J. Sakalo, Esq. re: Bilzin fee application<br>Case Administration/General | 0.10 |
| 7/25/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: 8/2/01 hearing<br>Litigation | 0.10 |
|  | TJT | Telephone call to Docket Clerk re: 8/2/01 hearing<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from S. Baena, Esq. re: Experts<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from S. Baena, Esq. re: September meeting with debtor<br>Litigation | 0.10 |
|  | TJT | Review statement of Financial Affairs and Schedules re: Creative Foods and Fun Company<br>Case Administration/General | 0.10 |
|  | TJT | Review statement of Financial Affairs and Schedules re: Darex Puerto Rico Company<br>Case Administration/General | 0.10 |
|  | TJT | Review statement of Financial Affairs and Schedules re: Del Taco Restaurant, Inc.<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with F. Perch re: Bilzin Fee Application<br>Case Administration/General | 0.10 |

|            |     |                                                                                                                                                          | Hours |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 7/25/01 | TJT | Telephone call to J. Sakalo, Esq. re: Bilzin Fee Application<br>Case Administration/General | 0.10 |
|            | TJT | Tele-conference with J. Sakalo, Esq. re: Bilzin Fee Application<br>Case Administration/General | 0.10 |
| 7/26/01 | TJT | Prepare e-mail to S. Baena and J. Sakalo re: U.S. Trustee's<br>concerns regarding Bilzin fee application<br>Case Administration/General | 0.20 |
|            | TJT | Review docket<br>Case Administration/General | 0.10 |
|            | TJT | Review Statement of Financial Affairs and Schedules re:<br>Dewey & Almy, LLC<br>Case Administration/General | 0.10 |
|            | TJT | Review Statement of Financial Affairs and Schedules re:<br>ESCARG, Inc.<br>Case Administration/General | 0.10 |
|            | TJT | Review Statement of Financial Affairs and Schedules re: Five<br>Alewife Boston, Ltd.<br>Case Administration/General | 0.10 |
|            | TJT | Review pleading re: Debtors' Motion to Extend Exclusive<br>Periods<br>Case Administration/General | 0.20 |
|            | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.80 |
|            | TJT | Tele-conference with S. Baena re: Response to U.S. Trustee's<br>concerns about Bilzin Fee Application<br>Case Administration/General | 0.30 |
| 7/27/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|            | TJT | Review e-mail from J. Sakalo, Esq. re: Drafts of Minutes from<br>Committee Meetings on 7/10, 7/13 and 7/20/01<br>Committee Meetings and Conferences | 0.10 |
| 7/28/01 | TJT | Review third application for reimbursement<br>Fee Application | 0.50 |

| | | | Hours |
|---|---|---|---|
| 7/28/01 | TJT | Review first interim fee application<br>Fee Application | 0.50 |
| | TJT | Review correspondence, letter to Judge Farnan from Smolker<br>Litigation | 0.10 |
| | TJT | Review Memorandum Opinion re: Smolker action<br>Litigation | 0.20 |
| | TJT | Review correspondence re: e-mail from T. Sobel re: Strategic<br>Motion<br>Litigation | 0.10 |
| 7/29/01 | TJT | Review miscellaneous 327(e) Affidavits<br>Case Administration/General | 0.10 |
| | TJT | Review pleading re: DOJ's Motion to Compel Debtor to<br>Supplement Statements<br>Litigation | 0.20 |
| | TJT | Review correspondence re: e-mail from M. Dies re: Strategic<br>Motion<br>Litigation | 0.10 |
| | TJT | Prepare e-mail to S. Baena, Esq. re: DOJ's Motion to Compel<br>Debtors to Supplement Statements<br>Litigation | 0.10 |
| | TJT | Review correspondence re: e-mail from J. Sakalo re: Debtors'<br>Motion to Extend Exclusive Periods<br>Case Administration/General | 0.10 |
| 7/30/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
| | TJT | Review draft of Minutes of 7/10/01 Meeting<br>Committee Meetings and Conferences | 0.10 |
| | TJT | Review draft of Minutes of 7/13/01 Meeting<br>Committee Meetings and Conferences | 0.10 |
| | TJT | Review draft of Minutes of 7/20/01 Meeting<br>Committee Meetings and Conferences | 0.10 |
| | TJT | Review e-mail from S. Baena re: Strategic Motion<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 7/30/01 | TJT | Review correspondence re: e-mail from S. Baena re: DOJ's Motion to Compel Supplementation of Statements<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo re: DOJ's Motion to Compel Debtors to Supplement Statements<br>Litigation | 0.10 |
|  | TJT | Review draft of Strategic Motion<br>Litigation | 0.50 |
|  | TJT | Tele-conference with F. Perch re: Fee Applications<br>Case Administration/General | 0.20 |
|  | TJT | Review pleading re: Debtors' Statement of Amounts Paid to Ordinary Course Professionals<br>Litigation | 0.10 |
|  | TJT | Review First Interim Fee Application of Campbell & Levine<br>Case Administration/General | 0.10 |
|  | TJT | Review First Interim Fee Application of Caplan Drysdale<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Supplemental Affidavit of FTI Policano<br>Case Administration/General | 0.10 |
|  | TJT | Review Transcript of 7/19/01 Hearing<br>Litigation | 0.20 |
|  | TJT | Prepare letter to S. Baena, Esq. re: Transcript of 7/19/01 Hearing<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo re: negotiations with Debtor regarding Omnibus Sale Procedures Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from R. Turkewitz re: Strategic Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from D. Speights re: Strategic Motion<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 7/30/01 | TJT | Review correspondence re: e-mail from M. Dies re: Strategic Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: First Quarterly Fee Application<br>Case Administration/General | 0.10 |
|  | TJT | Review Statement of Financial Affairs and Schedules re: GC Limited Partners I, Inc.<br>Case Administration/General | 0.10 |
| 7/31/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Limited Objection to Conway DelGenio Retention Application<br>Case Administration/General | 0.10 |
|  | TJT | Prepare e-mail to S. Baena re: Limited Objection to Conway DelGenio Retention Application<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Debtors' Motion to Grant Administrative Priority to Reclamation Claim<br>Case Administration/General | 0.10 |
|  | TJT | Review Notice of Third Application of Stroock and Stroock<br>Case Administration/General | 0.10 |
|  | TJT | Review Notice of Third Application of FTI Policano<br>Case Administration/General | 0.10 |
|  | TJT | Review Notice of First Quarterly Fee Application of Stroock and Stroock<br>Case Administration/General | 0.10 |
|  | TJT | Review Notice of First Quarterly Fee Application of FTI Policano<br>Case Administration/General | 0.10 |
|  | TJT | Review Statement of Financial Affairs and Schedules re: GEC Management Corporation<br>Case Administration/General | 0.10 |

|  |  |  |  | Hours |
|---|---|---|---|---|
| 7/31/01 | TJT | Review Statement of Financial Affairs and Schedules re: GC Management, Inc.<br>Case Administration/General | | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re: GN Holdings, Inc.<br>Case Administration/General | | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re: GPC Thomasville Corporation<br>Case Administration/General | | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re: Gloucester New Communications Company, Inc.<br>Case Administration/General | | 0.10 |
| | TJT | Tele-conference with J. Sakalo re: 8/2/01 hearing<br>Litigation | | 0.10 |
| | TJT | Review Agenda for 8/2/01 Hearing<br>Litigation | | 0.10 |

|  |  | Hours | Am |
|---|---|---|---|
| Subtotal: | | 41.80 | 7,70 |

05-R. Miller

| | | | | Hours |
|---|---|---|---|---|
| 7/2/01 | RSM | Conference with Ted Tacconelli re: scheduling<br>Case Administration/General | | 0.20 |
| 7/3/01 | RSM | Prepare First Monthly Fee Application<br>Fee Application | | 4.50 |
| 7/5/01 | RSM | Prepare First Monthly Fee Application<br>Fee Application | | 4.00 |
| 7/6/01 | RSM | Prepare First Monthly Fee Application<br>Fee Application | | 0.50 |
| 7/9/01 | RSM | Review e-mail re: counsel retention<br>Retention of Professionals | | 0.20 |
| | RSM | Prepare Second Monthly Fee Application<br>Fee Application | | 2.00 |

| | | | Hours |
|---|---|---|---|
| 7/10/01 | RSM | Review e-mails re: court hearings<br>Case Administration/General | 0.10 |
| | RSM | Attend tele-conference<br>Committee Meetings and Conferences | 1.30 |
| | RSM | Teleconference with Mr. Baena<br>Case Administration/General | 0.40 |
| 7/11/01 | RSM | Conference with Mr. Joseph re: Motion for Continuance<br>Case Administration/General | 0.30 |
| | RSM | Review e-mails re: Retention of Counsel<br>Retention of Professionals | 0.10 |
| | RSM | Legal research re: Motion for Continuance<br>Case Administration/General | 1.20 |
| | RSM | Review Motion for Continuance<br>Case Administration/General | 0.30 |
| 7/12/01 | RSM | Review e-mail re: Retention of Expert<br>Retention of Professionals | 0.10 |
| | RSM | Review Response to Joint Motion to Prosecute<br>Litigation | 0.50 |
| 7/13/01 | RSM | Attend Committee teleconference<br>Case Administration/General | 1.50 |
| 7/18/01 | RSM | Review e-mail re: expert retention<br>Retention of Professionals | 0.10 |
| | RSM | Review e-mail re: retention of counsel<br>Retention of Professionals | 0.10 |
| | RSM | Review e-mail re: conference call<br>Case Administration/General | 0.10 |
| | RSM | Review e-mail re: conference call<br>Case Administration/General | 0.10 |
| | RSM | Review e-mail re: debtor's response to continuance<br>Case Administration/General | 0.10 |

|          |     |                                                                                      | Hours |
|----------|-----|--------------------------------------------------------------------------------------|-------|
| 7/19/01  | RSM | Conference with Mr. Tacconelli re: hearing<br>Case Administration/General            | 0.30  |
| 7/20/01  | RSM | Attend Committee teleconference<br>Committee Meetings and Conferences                 | 1.00  |
| 7/23/01  | RSM | Review e-mails re: Armstrong case<br>Case Administration/General                      | 0.10  |
| 7/25/01  | RSM | Prepare Certificate of No Objection re: 1st and 2nd Monthly<br>Fee Applications<br>Fee Application | 0.50  |
|          | RSM | Prepare 3rd Monthly Fee Application<br>Fee Application                                | 1.50  |
|          | RSM | Prepare Certificate of No Objection for Bilzin Fee Application<br>Fee Application     | 0.50  |
|          | RSM | Prepare 1st Interim Fee Application<br>Fee Application                                | 2.00  |
| 7/30/01  | RSM | Review e-mail re: sales procedures<br>Case Administration/General                     | 0.10  |
| 7/31/01  | RSM | Review e-mails re: Motions<br>Case Administration/General                             | 0.20  |
| 7/30/01  | RSM | Review e-mails re: Motion<br>Case Administration/General                              | 0.30  |
|          | RSM | Review e-mails re: Motion<br>Case Administration/General                              | 0.20  |
|          | RSM | Revise and prepare 3rd monthly fee application<br>Fee Application                     | 0.60  |
|          | RSM | Revise and prepare 1st Interim fee application<br>Fee Application                     | 0.70  |
| 7/27/01  | RSM | Review e-mail re: fee application<br>Fee Application                                  | 0.10  |

|           | Hours | Am  |
|-----------|-------|-----|
| Subtotal: | 25.80 | 4,12 |

|  |  | Hours | Am |
|---|---|---|---|
| | Total Time Expended: | 67.60 | $11,8: |
| | Costs Advanced: | | |
| 7/2/01 | Copying and Service fee (6/19/01) | | 10 |
| | Fax to J. Sakalo, Esq. | | |
| 7/3/01 | Fax to J. Sakalo, Esq. | | |
| 7/9/01 | Transcript Cost (6/21/01) | | 7 |
| | Cost Advance (6/25/01 service of pleading) | | 55 |
| 7/10/01 | Copies | | 9 |
| 7/23/01 | Parcel's, Inc. - Ck# 17609 | | 9 |
| 7/25/01 | Express Mail | | 4 |
| 7/11/01 | Cost Advance (Reliable Copy Service) | | 1,02 |
| 7/30/01 | Postage | | 6 |
| | Postage for fee applications | | 3 |
| 7/11/01 | Fax to Jay Sakalo, Esq. | | |
| 7/13/01 | Fax to Jay Sakalo, Esq. | | |
| | Fax to Jay Sakalo, Esq. | | : |
| 7/14/01 | Fax to Scott Baena, Esq. & Jay Sakalo, Esq. | | : |
| | Fax to Scott Baena, Esq. & Jay Sakalo, Esq. | | · |
| 7/16/01 | Fax to Jay Sakalo, Esq. | | · |
| 7/17/01 | Fax to Jay Sakalo, Esq. | | : |
| | Fax to Samuel Schwartz, Esq. | | |
| | Fax to Jay Sakalo, Esq. | | 1 |
| | Fax to Jay Sakalo, Esq. | | 1 |

Am

7/17/01  Fax to Jay Sakalo, Esq.

        Fax to James W. Kapp, III, Esq.

        Fax to Jay Sakalo, Esq.

        Fax to Jay Sakalo, Esq.

        Fax to Jay Sakalo, Esq.

7/18/01  Fax to Jay Sakalo, Esq.

        Fax to Daniel A. Speights, Esq.

        Fax Thomas Sobol, Esq.

        Fax to Martin Dies, Esq.

        Fax to Stephen Parker, Esq.

        Fax to Edward Westbrook, Esq. and Edward Cottingham, Esq.

        Fax to Joseph Schwartz, Esq.

        Fax Darell W. Scott, Esq.

        Fax to Robert Turkewitz, Esq.

        Fax Elizabeth Cabraser, Esq.

        Fax to Thomas J. Brandi, Esq. and Terrence Edwards, Esq.

        Fax Ann Knowles, Secretary to Scott L. Baena, Esq.

        Fax to Kevin Neiman, Esq.

7/19/01  Fax to Jay Sakalo, Esq. and Kevin Neiman, Esq.

        Fax to Jay Sakalo, Esq.

7/21/01  Fax to Jay Sakalo, Esq.

7/26/01  Fax to Scott Baena, Esq. and Jay Sakalo, Esq.

7/27/01  Fax to Jay Sakalo, Esq.

Am

7/30/01  Fax to Jay Sakalo, Esq.

7/31/01  Fax to Scott Baena, Esq.                                    1

Subtotal:                                                    2,5:

Total costs                                                  $2,5:

Total fees and costs                                        $14,3

Balance due                                                 $14,3

## CERTIFICATE OF SERVICE

I, Rick S. Miller, Esquire, hereby certify that on this 5th day of September, 2001, I caused one copy of the Fourth Application of Ferry & Joseph, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2001 through July 31, 2001 to served to the following persons in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.



Rick S. Miller, Esquire (#3418)

## SERVICE LIST

### By hand:

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

### By First Class Mail:
Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd.
Los Angeles CA 90067-4100

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606


Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

William S. Katchen, Esquire
Duane Morris & Heckscher
1 Riverfront Plaza, 2d Floor
Newark NJ 07102

Thomas Moers Mayer, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

