```
 1              IN THE UNITED STATES BANKRUPTCY COURT

 2              IN AND FOR THE DISTRICT OF DELAWARE

 3                            - - -

 4   In re:                    :      Case No.
                               :
 5   W.R. GRACE & CO., et al., :
                               :
 6              Debtors.       :      01-01139 (JJF)

 7                            - - -

 8                     Wilmington, Delaware
                     Thursday, August 2, 2001
 9                          1:30 p.m.

10                            - - -

11   BEFORE:  HONORABLE JOSEPH J. FARNAN, JR., U.S.D.C.J.

12   APPEARANCES:

13           DAVID W. CARICKHOFF, JR., ESQ.
             Pachulski, Stang, Ziehl, Young & Jones P.C.
14                   -and-
             JAMES W. KAPP, III, ESQ.
15           Kirkland & Ellis
             (Chicago, Illinois)
16
                     Counsel for Debtors and
17                   Debtors in Possession

18
             MICHAEL R. LASTOWSKI, ESQ.
19           Duane, Morris & Heckscher
                     -and-
20           ROBERT RASKIN, ESQ.
             Stroock & Stroock & Lavan
21
                     Counsel for Unsecured Creditors' Committee
22

23           MATTHEW ZALESKI, ESQ.
             Campbell & Levine
24
                     Counsel for Official Committee
25                   of Asbestos P.I. Claimants
```

1  APPEARANCES CONTINUED:

2     RICK MILLER, ESQ.
      Ferry & Joseph

3
            Counsel for PD Committee
4
      JOHN DEMMY, ESQ.
5     Stevens & Lee

6           Counsel for First Union
            Commercial Corp.
7
      ERIC SUTTY, ESQ.
8
            Counsel for Bank of America
9
                    - - -
10

11

12        MR. KAPP:  Good afternoon, Your Honor.  James

13  Kapp on behalf of the debtors.

14        Your Honor, I don't think we will take up much of

15  your time today.  We only have two items on the agenda.

16        Referring to the agenda filed on Wednesday, does

17  Your Honor have a copy?

18        THE COURT:  Yes, I do.

19        MR. KAPP:  As the first item, it has been

20  continued.  I will go right to Item No. 2, which is the

21  motion of First Union to compel assumption or rejection by

22  the debtors of an equipment lease.  The parties have reached

23  an agreement in principle as to this motion last night, and

24  are currently drafting a joint stipulation, which they intend

25  to file with this Court in the next couple of days.

1  Your Honor, no other objections were filed as to
2  this motion.  Therefore, we would ask the Court enter that
3  order when we submit it with the Court.
4  THE COURT:  All right.  Anyone wish to be heard?
5  We will grant that.
6  MR. KAPP:  Item No. 3 on today's agenda is the
7  motion of debtors to establish procedures for the sale or
8  abandonment of de minimis assets.  Three objections were
9  filed, Your Honor, as to this motion.  All three have been
10 resolved.  In particular, the order has been modified in part
11 as follows.
12 One, the floor value for de minimis assets has
13 been reduced from one million to 250,000.  Two, the debtors
14 are now required to file quarterly reports with regard to
15 certain sales.  And three, certain additional parties have
16 been added to the parties that will receive notice of certain
17 sales.
18 If there are no other objections, Your Honor, we
19 would request that this Court approve such motion.
20 THE COURT:  All right.  Anyone wish to be heard?
21 All right.  I will grant the application.
22 MR. KAPP:  Your Honor, that is it for the
23 orders.  If I may submit this.
24 THE COURT:  Yes, you may.
25 MR. KAPP:  Finally, Your Honor, just a couple of

1  housekeeping items. At our last hearing we determined that
2  we would set the case management motion for the second week
3  of October, but we never set a date for when that would
4  actually be. I wondered if we could do that now, if the
5  Court was available to do that sometime between October 8 --
6         THE COURT: I have had that in mind and I have a
7  note on it. I am still waiting to see about some trials and
8  some other matters that have been discussed this morning at
9  the judges' with regard to bankruptcy scheduling. So if I
10 had until next week, I could give you a good date. So if you
11 will call chambers sometime from Tuesday on, we will be able
12 to get a date for you.
13        MR. KAPP: Thank you, Your Honor.
14        The final issue would be, we also did not set a
15 time for the committees to file objections to that case
16 management motion. They asked for 30 days. We would propose
17 September 7th.
18        THE COURT: That is fine.
19        MR. KAPP: Thank you, Your Honor. If there is
20 nothing else from anyone else, I would propose that we are
21 finished.
22        THE COURT: Thank you. We will be in recess.
23        (Hearing concluded at 1:40 p.m.)
24        - - -
25 Reporter: Kevin Maurer

*I hereby certify that the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.*

Official Court Reporter
U. S. District Court