**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 11 |
| W R GRACE & CO | § § § | |
| DEBTOR(S) | § | CASE NO. 01-01139 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW COMES Linebarger Heard Goggan Blair Graham Peña & Sampson, LLP, representing COUNTY OF DALLAS, and other taxing jurisdictions for whom COUNTY OF DALLAS collects ad valorem property taxes, creditors in the above-referenced bankruptcy proceeding, and gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010.

Linebarger Heard Goggan Blair Graham Peña & Sampson, LLP, respectfully requests that it be served with any pleadings, reports, orders, documents, notices of hearings and any other notices to parties and interests in this case in accordance with Bankruptcy Rules 9010, 2002 and 3017.

Respectfully submitted,

Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691
(214) 880-0089 - *Telephone*
(214) 754-7167 - *Fax*
EMail: Dallas.Bankruptcy@Publicans.com

By: *E. Weller*
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Monica McCoy-Purdy, Attorney
Texas Bar No. 00788003
Edward Lopez Jr., Attorney
Texas Bar No. 12563520

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served by First Class Mail on _____Aug 6, 2001_____ upon the US Trustee and the following:

Attorney for Debtor:
    Laura Davis Jones
    Pachuski Stang Ziehl Young & Jones PC
    919 North Market Street, 16th Flr
    Wilmington, DE 19899-8705

                                                     *E. Weller*
                                        Elizabeth Weller, Attorney
                                        Texas Bar No. 00785514
                                        Monica McCoy-Purdy, Attorney
                                        Texas Bar No. 00788003
                                        Edward Lopez Jr., Attorney
                                        Texas Bar No. 12563520