IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2001 AUG 20 AM
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                )
                                      )
                                      )
W. R. Grace & Co., et al.,            )     NO. 01-1139
                                      )     through 01-1200 (JJF)
                                      )
                                      )     CHAPTER 11 PROCEEDINGS
         Debtor.                      )

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO ALL INTERESTED PARTIES:

Kerr-McGee Corporation ("Kerr-McGee"), a creditor in the above-styled case, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010(b) by and through the undersigned counsel.

Kerr-McGee respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings, papers and notices to creditors and/or parties in interest filed by the Debtor, any Creditors Committees, or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002. Further, Kerr-McGee requests that Debtor forward to it, through undersigned counsel of record, copies of all applications, motions, complaints, and other papers filed by Debtor in this case.

This notice is not intended to waive any rights, claims, actions, defenses, setoffs or recoupments to which Kerr-McGee is or may be entitled, all of which are expressly reserved.

1

Dated this ___ day of _____, 2001.

                                                        Respectfully submitted,

                                                        _____
                                                        MYRON K. CUNNINGHAM, ESQ.
                                                        Attorney in Charge for
                                                        Kerr-McGee Corporation
                                                        Kerr-McGee Center
                                                        Oklahoma City, OK  73125
                                                        (405) 270-2847 office
                                                        (405) 270-4101 facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notices was mailed via U.S. first class mail on the ___ day of _____, 2001, to the following counsel of record:

<u>ATTORNEY FOR DEBTOR</u>:
James H. M. Sprayregen, Esq.
James W. Kapp III, Esq.
Samuel A. Schwartz, Esq.
Roger J. Higgins, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

                                                        _____
                                                        Myron K. Cunningham, Esq.