**EXHIBIT B**

## STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

W R Grace & Co

August 30, 2001

**FOR PROFESSIONAL SERVICES RENDERED** and
disbursements incurred for the period through July 31, 2001 in
connection with the following matters:

| Matter Code | | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 30.10 | 9,546.50 |
| 0003 | Fee Application/Monthly Billing Reports | 42.30 | 10,742.00 |
| 0004 | Review of Other Professionals Fee Application | 3.60 | 1,200.00 |
| 0005 | Asbestos Litigations | 49.20 | 20,520.50 |
| 0006 | Retention of Professionals | 21.40 | 7,367.50 |
| 0007 | Creditors Committee Issues/Conferences | 58.70 | 18,567.50 |
| 0008 | Court Hearings | 6.70 | 3,067.50 |
| 0009 | Financial Reports & Analysis | 1.10 | 467.50 |
| 0011 | Executory Contracts/License Agreements | 39.00 | 9,534.50 |
| 0013 | Analysis of Pre-Petition Transactions | 14.40 | 5,322.00 |
| 0015 | Sale of Assets | 8.30 | 3,527.50 |
| 0025 | Travel | 10.80 | 4,890.00 |
| | **Total** | **285.60** | **94,753.00** |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

August 30, 2001
Invoice: 240462

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

**FOR PROFESSIONAL SERVICES RENDERED** in the captioned matter for
the period through July 31, 2001, including:

RE:     **General Case Administration**
        **699842. 0002**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/02/2001 | Review proposed bar order motion (.3); telephone conference A. Krieger re: same (.2), review memo re: bar order (.4) | Raskin, R. | 0.9 |
| 07/03/2001 | Review case management brief (1.5) | Raskin, R. | 1.5 |
| 07/03/2001 | Review pending motions (.7 hrs). | Taruschio, A. | 0.7 |
| 07/06/2001 | Review and revise critical date calendar. | Serrette, R. | 0.9 |
| 07/09/2001 | Review memo re: pending motions (.7), telephone conference J. Kapp re: schedule and issues (.3). | Raskin, R. | 1.0 |
| 07/09/2001 | Telephone conference K. Pasquale re: hearing and scheduling (.2). | Raskin, R. | 0.2 |
| 07/12/2001 | Conference with A. Krieger re recently filed pleadings and research re same (.3). | Serrette, R. | 0.3 |
| 07/13/2001 | Review e-mails re: de minimus sales motions | Raskin, R. | 0.3 |
| 07/16/2001 | Documentation received from Matt Zaleski including substitution of counsel, various responses and telephone call M. Zaleski re same and agreement on revised retention order (.4); memo to KP, RAR , LK re FTI P&M scheduled visit to the Company (.1); Grace; telephone call Sam Schwartz re matters to be heard at the July 19 hearings, Debtors' response to claims | Krieger, A. | 2.0 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

| | settlement motion and status of discussions with the Asbestos Committees and review Debtors' response and current form of order (1.3); memos to K. Pasquale, L.Kruger, R. Raskin re same. | | |
|---|---|---|---|
| 07/16/2001 | Follow-up re case calendar (.2), review draft of debtors claims settlement motion (.2), follow-up with K. Pasquale re indemnity motion (.2), review memo re response (.3). | Raskin, R. | 0.9 |
| 07/17/2001 | Review settlement procedures file and proposed form of order (.7);  memo to and telephone call S. Schwartz re proposed form of order and comments/questions thereon (.3). | Krieger, A. | 1.0 |
| 07/17/2001 | Review and revise critical date calendar. | Serrette, R. | 0.9 |
| 07/17/2001 | Revise L. Kruger supplemental disclosure affidavit and research missing information regarding same, office conference with A. Krieger regarding same. | Taruschio, A. | 0.9 |
| 07/18/2001 | Telephone call J. Kapp re agenda for 7/19/01 hearing (.2);  Prepared materials for 7/19/01 hearing (.5). | Krieger, A. | 0.7 |
| 07/18/2001 | Office conference with RR and AK; telephone call with T. Maher regarding court agenda, status of Blackstone, fee issues for advisors, Sealed Air, fraudulent transfer issue, epidemeologist, debtors' sale of small assets and procedure. | Kruger, L. | 0.4 |
| 07/18/2001 | T/c L. Kruger re 7/19 hearing (.1), o/c A. Krieger re status of negotiations on open matters (.2), conf. call T. Maher re Conway retention and sale open issues (.4), t/c creditor re status of case (.4);  review email re sales motions (.2). | Raskin, R. | 1.3 |
| 07/19/2001 | T/c K. Pasquale re court hearing (.1),  t/c J. Kapp re Conway retention and court hearing (.2). | Raskin, R. | 0.3 |
| 07/23/2001 | Memo to Sam Schwartz re employee-benefit-related orders (.1). | Krieger, A. | 0.1 |
| 07/24/2001 | Review PPG Industries motion for administrative expense claim re: reclamation and section 546(c) of the Code (1.0). | Krieger, A. | 1.0 |
| 07/24/2001 | Review and revise contact list (.2); review critical date calendar (.1); update same (.3). | Serrette, R. | 0.6 |
| 07/25/2001 | Reviewed and updated court filed documents w/docket. | Defreitas, V. | 5.2 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

| 07/27/2001 | Reviewed and updated court filed documents. | Defreitas, V. | 3.3 |
| 07/27/2001 | Revise Conway Del Genio Committee's objection to retain motion, read through cases suggested by A. Krieger (1.1); review DA's motion to extend debtors exclusivity (.4); office conference with A. Krieger regarding filing of committee objection (.3); telephone call with local counsel regarding filing and emails regarding same (.3). | Taruschio, A. | 2.1 |
| 07/30/2001 | Office conference AT re motion to extend exclusivity and response to Debtors' request (.1); review various pleadings including certificates of no objection of fee application, third supplemental Sprayregen affidavit, USA's motion to compel Debtors to supplement statements of financial affairs (1.0). | Krieger, A. | 1.1 |
| 07/30/2001 | Review exclusivity motion by debtor. | Kruger, L. | 0.2 |
| 07/30/2001 | T/c J. Kapp re confidentiality issues and issues related to fraudulent transfer claims. | Raskin, R. | 0.4 |
| 07/30/2001 | Revise/send exclusivity period summary (.6); office conference with A. Krieger regarding same (.2); correspondence with local counsel regarding filing Conway retention objection (.2). | Taruschio, A. | 1.0 |
| 07/31/2001 | Office conference S. McLaughlin re circulation of Grace pleadings (.1). | Krieger, A. | 0.1 |
| 07/31/2001 | Review exclusivity motion and memo to committee. | Kruger, L. | 0.2 |
| 07/31/2001 | Review exclusivity motion and review draft of memo to committee re same (.4), review motion from EPA regarding schedules (.2). | Raskin, R. | 0.6 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
| --- | --- | --- | --- |
| Defreitas, Vaughn | 8.5 | $ 100 | $ 850.00 |
| Krieger, Arlene | 6.0 | 425 | 2,550.00 |
| Kruger, Lewis | 0.8 | 650 | 520.00 |
| Raskin, Robert | 7.4 | 550 | 4,070.00 |
| Serrette, Rosemarie | 2.7 | 150 | 405.00 |
| Taruschio Anna | 4.7 | 245 | 1,151.50 |

|  | Total For Professional Services Rendered | $ 9,546.50 |
| --- | --- | --- |
|  | **Total for this Matter** | $ 9,546.50 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

RE:     **Fee Application/Monthly Billing Reports**
        **699842. 0003**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/06/2001 | Begin preparation for Quarterly Fee Application; conference with A.Krieger re same. | Serrette, R. | 1.0 |
| 07/10/2001 | Review time schedules and edits to same. | Serrette, R. | 1.1 |
| 07/10/2001 | Conference with paralegal at Kirkland re fee application (Quaterly) procedures and to obtain copy of order re modification of prior order re employee benefits and distribution of same. | Serrette, R. | 0.9 |
| 07/11/2001 | Review memo re: fee issues and office conference with billing department re: same. | Raskin, R. | 0.7 |
| 07/11/2001 | Further review of fee schedules; conferences with RR and Accounting and IS Team re electronic billing requesed by W. R. Grace. | Serrette, R. | 1.9 |
| 07/12/2001 | Preparation of third fee application (2.8 hrs); office conference with R. Serrette regarding same (.3 hrs). | Taruschio, A. | 3.1 |
| 07/13/2001 | Further review of fee entries and edits to same. | Serrette, R. | 1.5 |
| 07/15/2001 | Reviewed time records for June 2001 fee application. | Krieger, A. | 0.8 |
| 07/16/2001 | Fee summary edits (.8); reviewed form of Interim Fee Application to be used for Kirkland Ellis (.9); conference with A. Krieger re same (.2). | Serrette, R. | 1.9 |
| 07/17/2001 | Review draft supplemental affidavit for Lewis Kruger and office conference AT re same (.5). | Krieger, A. | 0.5 |
| 07/18/2001 | Office conference R. Serrette of first quarterly fee application and office conference RAR re same and telephone call J. Kapp re same (.6); reviewed proposed form of interim fee application (.2). | Krieger, A. | 0.8 |
| 07/18/2001 | O/c A. Krieger and R. Serrette re fee application procedure. | Raskin, R. | 0.2 |
| 07/18/2001 | Prepare narrative sections of third monthly fee applications (2.3). | Taruschio, A. | 2.3 |
| 07/23/2001 | Telephone call R. Higgins re quarterly fee applications (.2). | Krieger, A. | 0.2 |
| 07/24/2001 | Office conference A. Taruschio re draft third monthly fee application (.1); review and revise draft (3.5); office conferences RS re R. Higgins conversation re interim | Krieger, A. | 3.8 |

fee application (.2).

| Date | Description | Timekeeper | Hours |
|------|-------------|-----------|-------|
| 07/24/2001 | Review and revise fee and disbursement summary in prepartion for fee application. | Serrette, R. | 1.0 |
| 07/24/2001 | Complete draft of fee application (2.2). | Taruschio, A. | 2.2 |
| 07/25/2001 | Complete draft of Third Monthly Fee application (1.8); prepare final form of supplemental affidavit for L.Kruger (.8); office conferences A. Taruschio re supplemental affidavit (.5); telephone call C. MacCallum re FIT P&M supplemental affidavit (.1); office conferences RS re preparation of interim fee application (.1). | Krieger, A. | 3.3 |
| 07/25/2001 | Review draft of monthly bill. | Raskin, R. | 0.3 |
| 07/26/2001 | Office conferences AT re Kruger supplemental affidavit (.2); review and revise draft first quarterly application for fees (1.0). | Krieger, A. | 1.2 |
| 07/26/2001 | Review and revise Third Interim Fee Application and exhibits thereto (2.2); draft Quarter by Fee Application for Stroock and FTI (3.5); conference with C.MacCallum re filing time line and procedures (.2). | Serrette, R. | 5.9 |
| 07/26/2001 | Phone calls to various attorneys and accounting departments regarding status of matters relating to Wells Fargo Bank and other entities (1.1); office conference with A. Krieger regarding same (.4). | Taruschio, A. | 1.5 |
| 07/27/2001 | Office conferences R. Serrette re preparation of SSL quarterly fee application, filing of certificate of no objection to SSL fees, and Krieger supplemental affidavit (.5). | Krieger, A. | 0.5 |
| 07/27/2001 | Review and edits to Quarterly fee application (3.5) prepare exhibits to same (1.0); prepare same for filing and service (.9); confs with Duane Morris re same (.3) | Serrette, R. | 5.7 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 11.1 | $ 425 | $ 4,717.50 |
| Raskin, Robert | 1.2 | 550 | 660.00 |
| Serrette, Rosemarie | 20.9 | 150 | 3,135.00 |
| Taruschio Anna | 9.1 | 245 | 2,229.50 |
| | | Total For Professional Services Rendered | $ 10,742.00 |
| | | **Total for this Matter** | $ 10,742.00 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

RE:    **Review of Other Professionals Fee Application**
       **699842. 0004**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/17/2001 | Review of summary of professionals fee applications and related documentation and memos to RAR re same (1.4). | Krieger, A. | 1.4 |
| 07/17/2001 | Conference with A. Krieger re summary of professional fees and review of same. | Serrette, R. | 1.2 |
| 07/31/2001 | Review of fee applications received from Campbell, Levine, and Chaplin & Drysdale. | Krieger, A. | 1.0 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.4 | $ 425 | $ 1,020.00 |
| Serrette, Rosemarie | 1.2 | 150 | 180.00 |

Total For Professional Services Rendered    $ 1,200.00

**Total for this Matter**    $ 1,200.00

RE:     **Asbestos Litigations**
      699842. 0005

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|---|---|---|---|
| 07/02/2001 | Began to review exhibits to bar date motion and office conferences RAR re same and M. Sasson re same | Krieger, A. | 3.8 |
| 07/03/2001 | Continue to review bar date pleadings. | Krieger, A. | 0.9 |
| 07/03/2001 | Review news clips of Grace (.5); draft opposition to motion by Asbestos Committee; send to K. Pasquale (9.0). | Sasson, M. | 9.5 |
| 07/05/2001 | Review of various pleadings filed by Asbestos Claimant Committees and calendaring of same. | Serrette, R. | 1.7 |
| 07/09/2001 | Revised draft opposition to asbestos committees' motion to prosecute fraudulent transfer claims (2.0); attention to debtors' bar date and related motions (2.5); attention to debtors' supplemental submission in support of preliminary injunction (.5) | Pasquale, K. | 5.0 |
| 07/09/2001 | Attention to PD Committee motion for document depository (.5) | Pasquale, K. | 0.5 |
| 07/09/2001 | Review draft response to motion to commence litigation (.5), e-mail comments to draft (.3), telephone conference L. Kruger re: same (.2), telephone conference C. Sullivan re: motion to establish document depositary (.3) | Raskin, R. | 1.3 |
| 07/09/2001 | Telephone conference to S. Baena re: property damage committee motion (.2) | Raskin, R. | 0.2 |
| 07/09/2001 | Review Debtors Motion for Bar Date, Case Managment Order; prepare memo to cc re: Debtors Motions; t/c K. Pasquale, R. Raskin re: opposition to motion by Asbestos Committee; review, revise memo. | Sasson, M. | 4.8 |
| 07/10/2001 | Revisions to opposition to asbestos committees' motion to prosecute fraudulent transfer claims (1.8) | Pasquale, K. | 1.8 |
| 07/10/2001 | Review revised opposition to motion to commence litigation | Raskin, R. | 0.7 |
| 07/10/2001 | O/c K. Pasquale re: opp. to motion by Asbestos Committee; revise memo. | Sasson, M. | 1.0 |
| 07/13/2001 | Review motion filed by property damage claimants | Raskin, R. | 1.3 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

|  |  |  |  |
|---|---|---|---|
|  | (.3); Review responses to motion to transfer venues (1) |  |  |
| 07/15/2001 | Review Debtors' opposition to Asbestos Committee's motion to prosecute fraudulent transfer claims (1.0); review Sealed Air Corporations objection to Asbestos' Committee's fraudulent transfer motion (.2); review limited objection of Sealed Air to Asbestos Property Damage Committee's motion for Debtors to create document repository (.1). | Krieger, A. | 1.3 |
| 07/15/2001 | Review Smolker objection to Home Saving Termite Control stay motion. | Krieger, A. | 0.1 |
| 07/16/2001 | Attention to pleadings on asbestos committees' fradulent transfer motion (.5) | Pasquale, K. | 0.5 |
| 07/16/2001 | Review draft memo to committee re fraudulent transfer issues (.2). | Raskin, R. | 0.2 |
| 07/17/2001 | Office conference M. Sasson re response deadline for care management/bar date motions and PD Committee's motion for a continuance of same (.1); review responses filed by NMC to Asbestos Committees Joint Motion (.4); reviewed USA, Medical monitoring claimants. Zonolite plaintiffs objections to case management order and in support of continuance and related pleadings (2.7). | Krieger, A. | 3.2 |
| 07/17/2001 | Review e-mails re: status filings. | Sasson, M. | 0.3 |
| 07/18/2001 | Review pleadings related to case management order and fraudulent transfer issues | Raskin, R. | 2.2 |
| 07/18/2001 | T/c K. Pasquale re: response to Case Management Order motion (.2); review other responses to Case Management Order motion (1.0); draft Committee response to Case Management Order motion (3.5). | Sasson, M. | 4.7 |
| 07/19/2001 | Revise responses to Case Management Order motion; e-mail to K. Pasquale. | Sasson, M. | 0.5 |
| 07/24/2001 | Emails with K. Pasquale re proceeding with due diligence on numerous asbestos issues. | Raskin, R. | 0.4 |
| 07/25/2001 | Office conference RAR, KP, LK re insurance coverage issues (.1). | Krieger, A. | 0.1 |
| 07/26/2001 | Communications with K. Pasquale re asbestos issues. | Raskin, R. | 0.2 |
| 07/27/2001 | Memos from KP and RR re conduct of fraudulent transfer litigation and issues in connection therewith. | Krieger, A. | 0.2 |

| 07/27/2001 | Memo to SSL team re fraudulent transfer motion (.3) | Pasquale, K. | 0.3 |
| 07/27/2001 | Review email from K. Pasquale re asbestos issues and respond to same. | Raskin, R. | 0.5 |
| 07/31/2001 | Reviewed Smolker correspondence forwarding decision by Bankruptcy Judge Bheebond denying Grace's motion to transfer venue and to remove the TIG Action to Delaware (.8). | Krieger, A. | 0.8 |
| 07/31/2001 | Review pleadings related to fraudulent transfer issues and background documents. | Raskin, R. | 1.2 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Krieger, Arlene | 10.4 | $ 425 | $ 4,420.00 |
| Pasquale, Kenneth | 8.1 | 475 | 3,847.50 |
| Raskin, Robert | 8.2 | 550 | 4,510.00 |
| Sasson, Moshe | 20.8 | 360 | 7,488.00 |
| Serrette, Rosemarie | 1.7 | 150 | 255.00 |
| | Total For Professional Services Rendered | | $ 20,520.50 |
| | **Total for this Matter** | | $ 20,520.50 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

RE:    **Retention of Professionals**
        **699842. 0006**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/02/2001 | Memo from and to S. Schwartz re Ashby & Geddes retention under Section 328 and position thereon (.2). | Krieger, A. | 0.2 |
| 07/03/2001 | Memo to and from M. Lastowski re Ashby & Geddes retention and fee application and Campbell substitution (.1). | Krieger, A. | 0.1 |
| 07/03/2001 | Review documents regrding Asbestos counsel retention (.4 hrs). | Taruschio, A. | 0.4 |
| 07/05/2001 | Memo from and to S. Schwartz re proposed retention of Campbell and Levine pursuant to Section 328 of the Code (.1). | Krieger, A. | 0.1 |
| 07/12/2001 | Telephone call Matt Zaleski re pleadings to retain Campbell and Levine and drafted letter re service of pleadings and objection deadline (.6); e-mails S. Schwartz re same (.3); office conference AT re same (.1); review Property Damage Committee's motion to retain Conway, Del Genio as financial advisors and comments thereon (1.2); memos to and from M. Lastowski re Campbell & Levine retention (.1); memo to RAR re same (.1). | Krieger, A. | 2.4 |
| 07/13/2001 | Telephone call Matt Zaleski re terms of retention of Campbell and Levine, substitution for Ashby & Geddes firm and related matters (.3); memos to and from M. Lastowski re same (.2); office conference A. Taruschio re terms of Conway, DelGenio retention (.3); memos to RAR re Campbell retention order, Conway, DelGenio retention (.2); memo to and form S. Schwartz re modified Campbell and Levin retention order (.2). | Krieger, A. | 1.2 |
| 07/17/2001 | Reviewed PD Committee's objection to retention to Kinsella Communications, Ltd. (.1). | Krieger, A. | 0.1 |
| 07/19/2001 | Office conference A. Taruschio re objection to the terms of the Conway, Del Genio retention. | Krieger, A. | 0.3 |
| 07/19/2001 | t/c to S. Baena re issues related to Conway, Del Genio retention and t/c to A. Taruschio re objections (.2). | Raskin, R. | 0.2 |
| 07/19/2001 | Research and draft Conway Del Genio retention objection (2.1); office conference regarding same with | Taruschio, A. | 2.7 |

A. Krieger (.6).

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/20/2001 | Email to S. Baena re Conway, Del Genio retention. | Raskin, R. | 0.2 |
| 07/24/2001 | Office conference AT re preparation of revised objection to Conway retention and extension of time regarding same (.1); office conference S. Schwartz re Conway, Del Genio agreement to remove any obligation by the Debtors to indemnify Conway and memo to RAR LK re same (.1). | Krieger, A. | 0.2 |
| 07/25/2001 | Office conference A. Taruschio re Committee's limited objection to asbestos property damage committees retention of Conway, Del Genio (.5); review and revise current draft of limited objection (1.5); review Westbrook's case (.3). | Krieger, A. | 2.3 |
| 07/25/2001 | Review and revise objection to Conway, Del Genio retention. | Raskin, R. | 0.4 |
| 07/25/2001 | Redraft Conway Del Genio objection (2.3); send same and research to A. Krieger (.6); review supplemental conflicts information, office conference with A. Krieger regarding same (1.0); office conference with A. Krieger regarding Conway Del Genio retention (.4). | Taruschio, A. | 4.3 |
| 07/26/2001 | Prepare revised draft of Committee's objection to the terms of the Conway retention by the PD committee and office conferences AT re same (2.6). | Krieger, A. | 2.6 |
| 07/26/2001 | Office conference with A. Krieger regarding CDG objection (.6); telephone call with local counsel regarding filing of same (.1); input A. Krieger changes (1.8). | Taruschio, A. | 2.5 |
| 07/27/2001 | Review revised Conway, Del Genio objection, email to S. Baena re same. | Raskin, R. | 0.3 |
| 07/30/2001 | Memos from and to RAR re PD Committee's position on retention of Conway, DelGenio and filing of objection by Creditors' Committee (.1). | Krieger, A. | 0.1 |
| 07/30/2001 | T/c S. Baena re retention of professionals. | Raskin, R. | 0.2 |
| 07/31/2001 | Review ordinary course professionals list and new affidavits (.5); o/c re same w/ A. Krieger (.1. | Taruschio, A. | 0.6 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|----------------------|-----------|----------|-----------|
| Krieger, Arlene | 9.6 | $ 425 | $ 4,080.00 |
| Raskin, Robert | 1.3 | 550 | 715.00 |
| Taruschio Anna | 10.5 | 245 | 2,572.50 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN

ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

Total For Professional Services Rendered      $ 7,367.50

**Total for this Matter**      $ 7,367.50

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

RE:    **Creditors Committee Issues/Conferences**
         **699842. 0007**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/02/2001 | Memo from and to R. Higgins re revisions to confidentiality provisions of the By-Laws. | Krieger, A. | 0.2 |
| 07/03/2001 | Office conference A. Taruschio re pending motions to be summarized (.1); office conference RS re Committee contact group modification (.1). | Krieger, A. | 0.2 |
| 07/03/2001 | Review pending motions (.7 hrs); review documents regrding asbestos counsel retention (.4 hrs); review motions and prepare summaries of same for committee (2.3 hrs). | Taruschio, A. | 3.0 |
| 07/04/2001 | Review and begin preparation of motions summaries regarding motion to compel assumptions or rejections of lease and sale and abandonment procedures. | Taruschio, A. | 3.7 |
| 07/05/2001 | Memo from and to M. Chehi re further modifications to By-Laws (.2). | Krieger, A. | 0.2 |
| 07/05/2001 | Review First Union motion compelling assumption of contract and comments to RAR and AT re same (1.2); Debtors omnibus sale motion (.7);  review draft memorandum to the Committee and prepare comments thereon and office conference A. Taruschio re revisions thereto (.6); review memo re case law on Frenville and treatment of indemnification claims arising out of contract;  review Pinnacle Brands case and office conference  Irina re same (1.2); memo to the Committee re final form of By-Laws, Acknowledgement (.8). | Krieger, A. | 2.5 |
| 07/05/2001 | Follow-up with A. Krieger re: Grace indemnity issues and pending motions. | Raskin, R. | 0.4 |
| 07/05/2001 | Office conference with A. Krieger and telephone call regarding pending motions summaries (.8 hrs); summarize pending motions, including Bar Date motion (3.5 hrs). | Taruschio, A. | 4.3 |
| 07/06/2001 | Review revised memo to the Committee and office conference AT re further modifications to pending motions memo to the Committee (1.5); office conference AT re Committee's indemnification objection to motion (.2); telephone call G. Marcus, B. Katchen re revised orders approving employee benefits (.4). | Krieger, A. | 2.1 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

| 07/06/2001 | Office conference and telephone call with A. Krieger regarding motions summaries (.9 hrs); revise motions summaries (4.8 hrs). | Taruschio, A. | 5.7 |
| 07/09/2001 | Edit, revise and send pending motions summaries (4.8 hrs); telephone call with K. Pasquale and M. Sasson regarding same (.6 hrs). | Taruschio, A. | 5.4 |
| 07/10/2001 | Review debtors' draft response to employee indemnification claim (.7); review and edit indemnificaiton objection (2.3). | Taruschio, A. | 3.0 |
| 07/11/2001 | Review and begin preparation summary of Asbestos PD Committee's Conway retention motion. | Taruschio, A. | 0.8 |
| 07/12/2001 | Review T. Meyers correspondence (.1); review Grace news articles (1.4); telephone call and memo to Jay Kapp re revision to confidentially provisions and Committee members acknowledgements regarding same (.3). | Krieger, A. | 1.8 |
| 07/12/2001 | Follow-up with local counsel regarding filing indemnification motion (.3 hrs); draft objections to debtors' proposed sales procedures; office conference with A. Krieger regarding same (1.8 hrs). | Taruschio, A. | 2.1 |
| 07/12/2001 | Telephone call with debtors counsel regarding First Union Lease assumption (.3 hrs); office conference and report to A. Krieger and R. Raskin regarding same (.3 hrs); prepare summary of PD Committee Financial Advisor retention (1.2 hrs); office conference with A. Krieger regarding same (.2 hrs). | Taruschio, A. | 2.0 |
| 07/13/2001 | Memo to J. Kapp re Confidentiality Provisions of By-Laws (.1); review and comment on draft FTI informational memorandum re asbestos related matters (1.8). | Krieger, A. | 1.9 |
| 07/13/2001 | Revise PD committee's financial advisor retention summary for A. Krieger. | Taruschio, A. | 0.8 |
| 07/15/2001 | Reviewed proposed FTI P&M information memorandum to the Committee (1.3); review pending motion and memorandum to the Committee re Conway, Del Genio retention, and mark changes thereto (.3); prepare memo to the Committee re summarizing Debtors and Sealed Air Corporation's respective pleadings in opposition to the Asbestos Committee's joint motion (.8). | Krieger, A. | 2.4 |
| 07/16/2001 | E-mails from and to J. Kapp re revisions to Article VIII to the By-Laws (.5); prepare memo to the Committee re By-Laws and signed Acknowledgements (.4) | Krieger, A. | 2.1 |

reviewed and revise memo to the Committee re
responses to Asbestos Committee Joint Motion and
underlying documentation referred to therein and e-
mails to and from KP re same (1.2).

| | | | |
|---|---|---|---|
| 07/16/2001 | Input A.K. changes to motion summary. | Taruschio, A. | 0.4 |
| 07/17/2001 | Review, revise further memo to the Committee re retention of Conway Del Genio (.1); memo to T. Maher re Property Damage Committee's proposed retention of Conway, DelGenio, and sale procedures motion (.2); memo from and to Jill Aykre re By-Laws Acknowledgement (.1); memo to the Committee re objection filed to former employees' motion for payment of fees, expenses based on indemnification obligations (.2); reviewed responses to indemnification motion filed by Debtors, Asbestos Committees (.7) | Krieger, A. | 1.3 |
| 07/17/2001 | Read memorandum and correspondence regarding Confidentiality Agreements, sale motion objections. | Taruschio, A. | 0.4 |
| 07/18/2001 | Prepared memorandum re Conway retention and sale motion (1.0); memorandum to and from members of the Committee re amended By-Laws and executed Acknowledgements (.9); conference call with LK, T. Maher re sale procedures motion, Conway retention (.8); office conferences RAR and then prepared revised form of memorandum to the Committee re Conway DelGenio retention (.4). | Krieger, A. | 3.1 |
| 07/18/2001 | Review and revise memo to committee re Conway, Del Genio retention (.4). | Raskin, R. | 0.4 |
| 07/18/2001 | Office conference with A. Krieger regarding pending motions and objections (.4). | Taruschio, A. | 0.4 |
| 07/19/2001 | Office conference RAR re court hearing before Judge Farnan (.2); prepare memorandum to the Committee re actions taken by the Court at hearing (1.0); conference F. Monaco re executed Acknowledgement from Zhagrus (.1). | Krieger, A. | 1.3 |
| 07/20/2001 | Office conference with R. Raskin regarding Del Genio objection deadline and draft letter regarding same. | Taruschio, A. | 0.6 |
| 07/23/2001 | Telephone call PA. Brach re executed Acknowledgement and 7/19/01 hearing (.3). | Krieger, A. | 0.3 |
| 07/24/2001 | Review Del Genio objection (.9). | Taruschio, A. | 0.9 |
| 07/25/2001 | Memorandum to T. Maher re Acknowledgements received from Committee members (.1); memorandum to J. Kapp re same (.1). | Krieger, A. | 0.2 |

| 07/26/2001 | Memos from and to J. Kapp re Acknowledgements of Section VIII of the By-Laws (.1). | Krieger, A. | 0.1 |
| 07/26/2001 | De minumus motion sales draft (.5); office conference with A. Krieger regarding same (.4). | Taruschio, A. | 0.9 |
| 07/27/2001 | Correspondence to Jay Kapp re executed Acknowledgements from the Committee (.3); extended telephone call S. Cunningham re confidentiality issues raised by representatives of Blackstone/Company during visit to the Company and request for financial information (.6); memo to RAR, LK re substance of conversation with S. Cunningham (.2). | Krieger, A. | 1.1 |
| 07/29/2001 | Review and summarize debtors' motion to extend exclusivity. | Taruschio, A. | 1.3 |
| 07/30/2001 | Office conference RAR re Debtors' motion to extend exclusivity, confidentiality provision issue (.1); telephone call Sam Schwartz re compromise on Debtors' motion to establish omnibus sale procedures, exclusivity motion, 8/2/01 hearings and 9/20/01 omnibus hearing date (.2); memo to RAR, KP re exclusivity motion and hearings schedule (.1); review exclusivity motion  and draft memorandum to the Committee describing same and prepare revised memorandum (.6). | Krieger, A. | 1.0 |
| 07/31/2001 | Memo to R. Raskin, A. Taruschio re revised memorandum to the Committee discussing Debtors' exclusivity motion (.1). | Krieger, A. | 0.1 |
| 07/31/2001 | Review Debtors' reclamation motion (.3). | Taruschio, A. | 0.3 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
| --- | --- | --- | --- |
| Krieger, Arlene | 21.9 | $ 425 | $ 9,307.50 |
| Raskin, Robert | 0.8 | 550 | 440.00 |
| Taruschio Anna | 36.0 | 245 | 8,820.00 |
| | Total For Professional Services Rendered | | $ 18,567.50 |
| | **Total for this Matter** | | $ 18,567.50 |

RE:    **Court Hearings**
       **699842. 0008**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/18/2001 | Memo to and from and office conference KP re 7/19/01 hearings and pleadings, and follow-up office conferences RS re pleadings for hearings (.6). | Krieger, A. | 0.6 |
| 07/18/2001 | Preparation for 7/19 omnibus hearing, including argument on fraudulent transfer and former employees' indemnication motions | Pasquale, K. | 3.5 |
| 07/19/2001 | Office conference K. Pasquale re matters to be heard by the Court (1.0); telephone call R. Raskin re substance of Kapp conversation regarding rescheduling of contested matters (.1); to Court for hearings before Judge Farnan (1.3). | Krieger, A. | 2.4 |
| 07/19/2001 | Office conference with K. Pasquale regarding results of court hearing. | Kruger, L. | 0.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 3.0 | $ 425 | $ 1,275.00 |
| Kruger, Lewis | 0.2 | 650 | 130.00 |
| Pasquale, Kenneth | 3.5 | 475 | 1,662.50 |
| | Total For Professional Services Rendered | | $ 3,067.50 |
| | **Total for this Matter** | | $ 3,067.50 |

RE:    **Financial Reports & Analysis**
       **699842. 0009**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/13/2001 | Telephone call S. Cunningham re scheduled meeting at Debtors to review operations, financials (.1). | Krieger, A. | 0.1 |
| 07/25/2001 | Telephone call C. MacCullum re May 2001 financial information and circulation of same, Company visit. | Krieger, A. | 0.2 |
| 07/26/2001 | Telephone calls Craig MacCullum re May 2001 financial reports and circulation of same to the Committee (.3); prepare memo to the committee re May 2001 financial reports (.5). | Krieger, A. | 0.8 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.1 | $ 425 | $ 467.50 |
| Total For Professional Services Rendered | | | $ 467.50 |
| **Total for this Matter** | | | $ 467.50 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOW|
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

RE:    **Executory Contracts/License Agreements**
       **699842. 0011**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/02/2001 | Worked on revising a legal memo re: treatment of indemnification claims. | Gomelskaya, I. | 6.0 |
| 07/03/2001 | Read Westlaw cases, worked on a legal memo, revisions | Gomelskaya, I. | 4.0 |
| 07/03/2001 | Correspondence to S. Schwartz re: indemnification letters and review same (.2); office conference AT re objection to indemnification motion (.2). | Krieger, A. | 0.4 |
| 07/04/2001 | Begin review and draft reply to employee indemnification motion. | Taruschio, A. | 3.1 |
| 07/05/2001 | Legal research on 11 U.S.C. §502(e) | Gomelskaya, I. | 1.3 |
| 07/05/2001 | Review memo re case law on Frenville and treatment of indemnification claims arising out of contract; review Pinnacle Brands case and office conference Irina re same (1.2); memo to the Committee re final form of By-Laws, Acknowledgement (.8). | Krieger, A. | 2.0 |
| 07/06/2001 | West law research on 11 USC 502 (c) (2), read cases | Gomelskaya, I. | 3.5 |
| 07/07/2001 | Research and draft indemnification response. | Taruschio, A. | 3.1 |
| 07/08/2001 | Research and draft indemnification response. | Taruschio, A. | 6.1 |
| 07/09/2001 | Revise and edit indemnification objection (3.7 hrs). | Taruschio, A. | 3.7 |
| 07/10/2001 | Review and revise opposition to indemnity of officers and directors | Raskin, R. | 1.5 |
| 07/11/2001 | Office conference A. Taruschio re: indemnity issues and review and revise second mark-up of objection to motion to pay d&o claims. | Raskin, R. | 0.8 |
| 07/11/2001 | Revise and send response to former employee indemnification claim (1.9); office conference with R. Raskin regarding same (.2). | Taruschio, A. | 2.1 |
| 07/12/2001 | Memorandum from A.Taruschio re First Union motion seeking assumption and telephone call A.Taruschio re Debtors' position thereon (.3). | Krieger, A. | 0.3 |
| 07/13/2001 | Memos to and from RAR re claims settlement motion | Krieger, A. | 0.5 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

and agreement on the terms of same (.2); memo to
and from S. Schwartz re same and submission to the
Court on 7/16/01 (.3).

07/18/2001   Telephone call and memos to and from S. Schwartz       Krieger, A.                0.5
             re comments to proposed form of order approving
             claim settlement procedures (.5).

07/31/2001   Telephone call S. Schwartz re draft stipulation with    Krieger, A.                0.1
             First Union (.1).

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Gomelskaya, Irina | 14.8 | $ 150 | $ 2,220.00 |
| Krieger, Arlene | 3.8 | 425 | 1,615.00 |
| Raskin, Robert | 2.3 | 550 | 1,265.00 |
| Taruschio Anna | 18.1 | 245 | 4,434.50 |

Total For Professional Services Rendered   $ 9,534.50

Total for this Matter   $ 9,534.50

RE:     **Analysis of Pre-Petition Transactions**
        **699842. 0013**

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|---|---|---|---|
| 07/24/2001 | Sealed Air and Fresenius transactions and public information re same (1.2) | Pasquale, K. | 1.2 |
| 07/25/2001 | Internal e-mails re: investigating fraudulent transfer actions; t/c Sam Schwartz, Scott McMillan, D. J. Baker, Lewis Rosenbloom re same. | Sasson, M. | 2.0 |
| 07/26/2001 | Library re: SEC filings of spin-offs (.2); review same (4.0); outline documents sought (1.0); t/c K. Pasquale re: same; t/c Scott McMillan re: same, Lewis Rosenbloom re: same (.5). | Sasson, M. | 5.7 |
| 07/27/2001 | Continued review of SEC filings of spin-offs; K. Pasquale re: status. | Sasson, M. | 2.0 |
| 07/30/2001 | Review of SEC filings re: sealed air transactions. | Sasson, M. | 3.5 |

| **Summary of Hours** | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|
| Pasquale, Kenneth | 1.2 | $ 475 | $ 570.00 |
| Sasson, Moshe | 13.2 | 360 | 4,752.00 |
| | Total For Professional Services Rendered | | $ 5,322.00 |
| | **Total for this Matter** | | $ 5,322.00 |

RE:     **Sale of Assets**
        **699842. 0015**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/12/2001 | Office conferences A.Taruschio re preparation of objection to Debtors' omnibus sale motion (.2); review memo to the committee re pending matters; omnibus sale motion comments and telephone conferences with Sam Schwartz re Committee's concerns re sale procedures motion (.9); review of objection to sale procedures motion filed by Property Damage Committee and First Union Commercial Corp. (.3). | Krieger, A. | 1.4 |
| 07/13/2001 | Memos from and to S. Schwartz re omnibus asset sale procedures and modifications to terms (1.3); memo to RAR re discussed modifications to sale procedures motion (.3). | Krieger, A. | 1.6 |
| 07/24/2001 | Review memo from S. Schwartz re recent asset sales and telephone call S. Schwartz re same and internal authorization procedures (.6); memo to RAR, LK re above (.1). | Krieger, A. | 0.7 |
| 07/25/2001 | Review correspondence from Sam Schwartz re Grace's corporate authority policy (.4); office conference LK re same (.1); correspondence to T. Maher re same (.2); memorandum from and to S. Schwartz re modification to sale procedures (1.50); correspondence to T. Maher re Grace policy on acquisitions and divestures (.2). | Krieger, A. | 2.4 |
| 07/26/2001 | Memo to T. Maher re proposed resolution of concerns on Debtors' motion establishing omnibus sale procedures (.3); telephone call S. Schwartz re officers' certificates and filing of quarterly reports (.3); telephone call T. Maher re same (.1). | Krieger, A. | 0.7 |
| 07/31/2001 | Telephone call S. Schwartz re additional proposed modifications to the ominibus sale procedures and prepare a memorandum to the Committee setting forth the modifications (1.5). | Krieger, A. | 1.5 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 8.3 | $ 425 | $ 3,527.50 |
| Total For Professional Services Rendered | | | $ 3,527.50 |
| **Total for this Matter** | | | $ 3,527.50 |

RE:    **Travel**
        **699842. 0025**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/19/2001 | Travel to court for hearings before Judge Farnan during which the agenda, Pinnacle Brands case, indemnificaton related pleadings and other matters were reviewed (2.5); travel back to SSL offices following hearings during which began to draft Committee's objection to the terms of the Asbestos Property Damage Committee's retention of Conway, Del Genio (2.3). | Krieger, A. | 4.8 |
| 07/19/2001 | Preparation for and attended court hearing on pending motions and related travel | Pasquale, K. | 6.0 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.8 | $ 425 | $ 2,040.00 |
| Pasquale, Kenneth | 6.0 | 475 | 2,850.00 |
| | Total For Professional Services Rendered | | $ 4,890.00 |
| | **Total for this Matter** | | $ 4,890.00 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

## STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

### SERVICE AND EXPENSE REMITTANCE SUMMARY

|  |  |
|---|---|
| **Invoice Date:** | August 30, 2001 |
| **Invoice Number:** | 240462 |

RE:    **699842 W R Grace & Co**

| | |
|---|---|
| Total For Professional Services Rendered | 94,753.00 |
| **Total Bill** | **$ 94,753.00** |

Please return this page with your remittance and please reference
the client/matter number on all related correspondence.

Amount Paid:  $_____