# EXHIBIT C

## W.R.GRACE & Co.
## Summary of Fees
## July 1, Through July 31, 2001

| Summary of Hours | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNERS** | | | |
| Kruger, Lewis | 1.0 | 650 | $ 650.00 |
| Pasquale, Kenneth | 18.8 | 475 | $ 8,930.00 |
| Raskin, Robert | 21.2 | 550 | $ 11,660.00 |
| **ASSOCIATES** | | | |
| Krieger, Arlene | 82.4 | 425 | $ 35,020.00 |
| Sasson, Moshe | 34.0 | 360 | $ 12,240.00 |
| Taruschio Anna | 78.4 | 245 | $ 19,208.00 |
| **PARAPROFESSIONALS** | | | |
| Defreitas, Vaughn | 8.5 | 100 | $ 850.00 |
| Gomelskaya, Irina | 14.8 | 150 | $ 2,220.00 |
| Serrette, Rosemarie | 26.5 | 150 | $ 3,975.00 |
| Sub Total | 285.6 | | $ 94,753.00 |
| **Less 50% Travel** | | | |
| Kreiger, Arlene | -2.4 | 425 | $ (1,020.00) |
| Pasquale, Kenneth | -3.0 | 475 | $ (1,425.00) |
| **Total** | 280.2 | | $ 92,308.00 |