# EXHIBIT D

## W.R.GRACE
## SUMMARY OF DISBURSEMENTS
## JULY1, THROUGH JULY 31, 2001

| Bill Disbursement Summary | | AMOUNT |
|---|---|---|
| Outside Messenger Service | $ | 212.70 |
| Meals | $ | 26.83 |
| Local Transportation | $ | 483.74 |
| Long Distance Telephone | $ | 1,471.72 |
| Duplicating Costs-in House | $ | 773.80 |
| Lexis/Nexis | $ | 1,146.51 |
| Facsimile Charges | $ | 249.00 |
| Travel Expenses - Transportation | $ | 292.00 |
| Westlaw | $ | 488.07 |
| Total Disbursements | $ | 5,144.37 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

Case 01-01139-AMC   Doc 889-4   Filed 09/05/01   Page 3 of 8

Run Date: 8/31/01  4:36 PM                    Client Disbursement/Charge Records                         Report: SS_Disb1
                                                       W R Grace & Co
                                                                                                         Page 1
                                                      From 1/1/01 to 7/31/01

| Client.Matter | Date | Amount | Code | Description |
|---|---|---|---|---|
| 699842.0002 | 7/2/01 | 15.33 | 01 | Federal Express T#814860882339 A KRIEGER to: DENNETH PASZUALE OCEAN CITY,MD |
| 699842.0002 | 7/11/01 | 12.37 | 01 | 06/29/2001 Federal Express T#814154241658 R SERRETTE to: SHELLEY A. HOLLINGHEAD |
| 699842.0002 | 7/19/01 | 9.40 | 01 | Federal Express T#814154274226 R SERRETTE to: SHELLY ANN HAKIM LANSDOWNE,PA |
| 699842.0002 | 7/20/01 | 9.40 | 01 | Federal Express T#814154274237 R SERRETTE to: MICHAEL MACCO HUNTINGTON,NY |
| 699842.0002 | 7/25/01 | 1.92 | 01 | FedEx Log 05/29/01 R.SERETTE TO M.LASTOWSKI |
| 699842.0002 | 7/26/01 | 141.82 | 01 | VENDOR: Pacer Service Center; INVOICE#: SS0647; DATE: 6/30/01 4/1/01-6/30/01 |
| 699842.0002 | 7/31/01 | 9.40 | 01 | Federal Express 7/26/01 Shelley Hollinghead Suite 1200 Wilmington |
| 699842.0002 | 7/31/01 | 13.06 | 01 | Federal Express 7/27/01 Shelly Hollinghead Wilmington, DE |
| | Code Total | 212.70 | | |
| 699842.0002 | 7/19/01 | 21.33 | 04 | VENDOR: Petty Cash; INVOICE#: 07/10/01; DATE: 7/19/01 07/08/01  NY PETTY CASH  A.TARUSCHIO |
| 699842.0002 | 7/20/01 | 5.50 | 04 | VENDOR: Petty Cash; INVOICE#: 07/13/01; DATE: 7/20/01 07/06/01  NY PETTY CASH  R.SERRETTE |
| | Code Total | 26.83 | | |
| 699842.0002 | 5/31/01 | 74.79 | 05 | NYC Two Ways Inc. PASQUALE 05/22/01 20:53 M from 180 MAIDEN LA to NJ SUMMIT |
| 699842.0002 | 7/9/01 | 21.09 | 05 | NYC Two Ways Inc. PASQUALE 05/22/01 14:00 M from 270 PARK AVE to NO SHOW M |
| 699842.0002 | 7/9/01 | 19.71 | 05 | NYC Two Ways Inc. RASKIN 06/21/01 12:01 M from 180 MAIDEN LA to 343 7 AVE M |
| 699842.0002 | 7/9/01 | 24.60 | 05 | NYC Two Ways Inc. KRIEGER 06/25/01 20:57 M from 180 MAIDEN LA to E 80 ST M |
| 699842.0002 | 7/11/01 | 20.69 | 05 | NYC Two Ways Inc. RASKIN 06/23/01 14:02 M from 180 MAIDEN LA to 875 3 AVE M |
| 699842.0002 | 7/11/01 | 41.88 | 05 | NYC Two Ways Inc. SERRETTE 06/25/01 22:30 M from 180 MAIDEN LA to SOUTH RICHMON |
| 699842.0002 | 7/11/01 | 38.31 | 05 | NYC Two Ways Inc. SERRETTE 06/29/01 19:42 M from 180 MAIDEN LA to SOUTH RICHMON |
| 699842.0002 | 7/17/01 | 24.60 | 05 | NYC Two Ways Inc. KRIEGER 06/27/01 20:59 M from 180 MAIDEN LA to E 80 ST M |
| 699842.0002 | 7/17/01 | 38.31 | 05 | NYC Two Ways Inc. SERRETTE 07/06/01 19:30 M from 180 MAIDEN LA to SOUTH RICHMON |
| 699842.0002 | 7/19/01 | 45.00 | 05 | VENDOR: Petty Cash; INVOICE#: 07/10/01; DATE: 7/19/01 07/07 & 07/08  NY PETTY CASH  A.TARUSCHIO |
| 699842.0002 | 7/27/01 | 23.62 | 05 | NYC Two Ways Inc. TARUSCHIO 07/09/01 20:12 M from 180 MAIDEN LA to E 74 ST M |
| 699842.0002 | 7/31/01 | 19.71 | 05 | NYC Two Ways Inc. KRIEGER 07/19/01 0:55 M from 180 MAIDEN LA to 401 7 AVE M |
| 699842.0002 | 7/31/01 | 42.23 | 05 | NYC Two Ways Inc. HENNELLY 07/25/01 20:06 M from 180 MAIDEN LA to JAMAICA QU |
| 699842.0002 | 7/31/01 | 24.60 | 05 | NYC Two Ways Inc. KRIEGER 07/19/01 20:06 M from 180 MAIDEN LA to E 90 ST M |
| 699842.0002 | 7/31/01 | 24.60 | 05 | NYC Two Ways Inc. KRIEGER 07/18/01 20:40 M from 180 MAIDEN LA to E 80 ST M |
| | Code Total | 483.74 | | |
| 699842.0002 | 7/2/01 | 0.70 | 07 | VENDOR: Petty Cash; INVOICE#: 06/29/01; DATE: 7/2/01 05/19/01  NY PETTY CASH  L.KRUGER |
| 699842.0002 | 7/2/01 | 1.76 | 07 | VENDOR: Petty Cash; INVOICE#: 06/29/01; DATE: 7/2/01 04/19/01  NY PETTY CASH  L.KRUGER |
| 699842.0002 | 7/2/01 | 0.65 | 07 | EXTN.5544, TEL.302-654-5180, S.T.10:32, DUR.01:48 |
| 699842.0002 | 7/2/01 | 2.10 | 07 | VENDOR: Petty Cash; INVOICE#: 06/29/01; DATE: 7/2/01 05/08/01  NY PETTY CASH  L.KRUGER |
| 699842.0002 | 7/3/01 | 0.32 | 07 | EXTN.5634, TEL.302-657-4942, S.T.11:36, DUR.00:54 |

Case 01-01139-AMG   Doc 889-4   Filed 09/05/01   Page 4 of 8

Run Date: 8/31/01  4:36 PM

Client Disbursement/Charge Records

W R Grace & Co

From 1/1/01 to 7/31/01

Report: SS_Disb1

Page 2

| Client.Matter | Date | Amount | Code | Description |
|---|---|---|---|---|
| 699842.0002 | 7/3/01 | 0.32 | 07 | EXTN.5544, TEL.973-424-2031, S.T.16:21, DUR.00:18 |
| 699842.0002 | 7/3/01 | 0.32 | 07 | EXTN.5634, TEL.973-424-2000, S.T.11:34, DUR.00:42 |
| 699842.0002 | 7/3/01 | 0.65 | 07 | EXTN.5634, TEL.302-657-4942, S.T.15:18, DUR.01:12 |
| 699842.0002 | 7/5/01 | 0.97 | 07 | EXTN.3430, TEL.973-424-2000, S.T.11:11, DUR.03:00 |
| 699842.0002 | 7/5/01 | 0.32 | 07 | EXTN.3544, TEL.973-424-2031, S.T.16:09, DUR.00:36 |
| 699842.0002 | 7/5/01 | 0.32 | 07 | EXTN.3430, TEL.973-424-2000, S.T.11:15, DUR.00:06 |
| 699842.0002 | 7/5/01 | 0.97 | 07 | EXTN.5422, TEL.312-861-2124, S.T.16:36, DUR.02:54 |
| 699842.0002 | 7/6/01 | 0.65 | 07 | EXTN.5511, TEL.973-424-2031, S.T.10:26, DUR.01:06 |
| 699842.0002 | 7/6/01 | 0.32 | 07 | EXTN.5492, TEL.310-556-5911, S.T.12:17, DUR.00:36 |
| 699842.0002 | 7/6/01 | 0.65 | 07 | EXTN.5492, TEL.302-657-4900, S.T.11:57, DUR.01:24 |
| 699842.0002 | 7/9/01 | 0.32 | 07 | EXTN.5422, TEL.312-861-2124, S.T.16:09, DUR.00:42 |
| 699842.0002 | 7/9/01 | 3.24 | 07 | EXTN.5422, TEL.312-861-2490, S.T.16:53, DUR.09:24 |
| 699842.0002 | 7/9/01 | 0.65 | 07 | EXTN.5562, TEL.312-861-2124, S.T.11:23, DUR.01:12 |
| 699842.0002 | 7/9/01 | 0.32 | 07 | EXTN.5422, TEL.312-861-2124, S.T.15:22, DUR.00:24 |
| 699842.0002 | 7/9/01 | 0.32 | 07 | EXTN.5422, TEL.312-861-2124, S.T.10:39, DUR.00:30 |
| 699842.0002 | 7/9/01 | 0.32 | 07 | EXTN.5422, TEL.305-350-2403, S.T.10:42, DUR.00:48 |
| 699842.0002 | 7/9/01 | 0.32 | 07 | EXTN.5422, TEL.312-861-2164, S.T.15:10, DUR.00:06 |
| 699842.0002 | 7/10/01 | 0.65 | 07 | EXTN.5492, TEL.201-384-1279, S.T.11:54, DUR.02:00 |
| 699842.0002 | 7/10/01 | 1.62 | 07 | EXTN.5492, TEL.908-604-5959, S.T.11:49, DUR.04:48 |
| 699842.0002 | 7/10/01 | 1.62 | 07 | EXTN.5492, TEL.312-861-2000, S.T.11:41, DUR.04:48 |
| 699842.0002 | 7/10/01 | 0.65 | 07 | EXTN.5562, TEL.973-424-2000, S.T.17:56, DUR.01:42 |
| 699842.0002 | 7/10/01 | 0.65 | 07 | EXTN.5562, TEL.312-861-2124, S.T.16:05, DUR.01:06 |
| 699842.0002 | 7/10/01 | 0.32 | 07 | EXTN.5492, TEL.941-355-3076, S.T.15:34, DUR.00:24 |
| 699842.0002 | 7/10/01 | 0.65 | 07 | EXTN.5422, TEL.732-390-9000, S.T.11:03, DUR.01:12 |
| 699842.0002 | 7/10/01 | 0.65 | 07 | EXTN.5492, TEL.302-657-4900, S.T.11:38, DUR.01:54 |
| 699842.0002 | 7/11/01 | 0.32 | 07 | EXTN.5562, TEL.973-424-2031, S.T.09:44, DUR.00:54 |
| 699842.0002 | 7/11/01 | 0.97 | 07 | EXTN.5634, TEL.302-657-4942, S.T.10:06, DUR.02:06 |
| 699842.0002 | 7/11/01 | 0.65 | 07 | EXTN.5562, TEL.973-424-2000, S.T.09:00, DUR.01:42 |
| 699842.0002 | 7/11/01 | 0.32 | 07 | EXTN.5492, TEL.201-384-1279, S.T.12:23, DUR.00:06 |
| 699842.0002 | 7/11/01 | 0.32 | 07 | EXTN.5760, TEL.302-657-4900, S.T.15:56, DUR.00:06 |
| 699842.0002 | 7/11/01 | 0.32 | 07 | EXTN.6408, TEL.312-861-2124, S.T.15:37, DUR.00:36 |
| 699842.0002 | 7/12/01 | 1.30 | 07 | EXTN.5634, TEL.312-861-3103, S.T.10:44, DUR.03:54 |
| 699842.0002 | 7/12/01 | 0.97 | 07 | EXTN.5492, TEL.201-384-1279, S.T.09:53, DUR.02:24 |
| 699842.0002 | 7/12/01 | 0.65 | 07 | EXTN.5634, TEL.302-657-4924, S.T.15:12, DUR.01:06 |
| 699842.0002 | 7/12/01 | 0.32 | 07 | EXTN.5634, TEL.302-657-4942, S.T.11:17, DUR.00:36 |
| 699842.0002 | 7/12/01 | 0.32 | 07 | EXTN.5885, TEL.908-507-1632, S.T.09:58, DUR.00:54 |
| 699842.0002 | 7/17/01 | 0.32 | 07 | EXTN.5562, TEL.302-657-4942, S.T.17:19, DUR.00:54 |
| 699842.0002 | 7/17/01 | 0.32 | 07 | EXTN.5006, TEL.214-840-5333, S.T.16:53, DUR.00:30 |
| 699842.0002 | 7/18/01 | 0.32 | 07 | EXTN.5562, TEL.973-424-2031, S.T.14:15, DUR.00:18 |
| 699842.0002 | 7/18/01 | 0.32 | 07 | EXTN.5562, TEL.302-657-4942, S.T.14:11, DUR.00:24 |
| 699842.0002 | 7/18/01 | 2.27 | 07 | EXTN.5492, TEL.973-424-2017, S.T.16:01, DUR.06:54 |
| 699842.0002 | 7/19/01 | 1.30 | 07 | EXTN.5422, TEL.312-269-4050, S.T.14:45, DUR.03:12 |
| 699842.0002 | 7/19/01 | 0.97 | 07 | EXTN.5422, TEL.908-507-1632, S.T.17:49, DUR.02:12 |
| 699842.0002 | 7/19/01 | 0.65 | 07 | EXTN.5422, TEL.305-350-2403, S.T.17:51, DUR.01:06 |
| 699842.0002 | 7/19/01 | 0.32 | 07 | EXTN.5422, TEL.216-586-7175, S.T.18:46, DUR.00:12 |
| 699842.0002 | 7/19/01 | 0.97 | 07 | EXTN.3544, TEL.312-861-3103, S.T.16:13, DUR.02:24 |
| 699842.0002 | 7/19/01 | 0.65 | 07 | EXTN.5422, TEL.305-350-2403, S.T.10:26, DUR.01:42 |

Case 01-01139-AMG   Doc 889-4   Filed 09/05/01   Page 5 of 8

Run Date: 8/31/01 4:36 PM                    Client Disbursement/Charge Records                          Report: SS_Disb1
                                                     W R Grace & Co
                                                                                                                 Page 3
                                                    From 1/1/01 to 7/31/01

| Client.Matter | Date | Amount | Code | Description |
|---|---|---|---|---|
| 699842.0002 | 7/19/01 | 0.65 | 07 | EXTN.5422, TEL.302-652-4100, S.T.11:28, DUR.01:54 |
| 699842.0002 | 7/19/01 | 0.97 | 07 | EXTN.5422, TEL.302-657-4942, S.T.11:31, DUR.02:06 |
| 699842.0002 | 7/20/01 | 0.32 | 07 | EXTN.5422, TEL.973-424-2031, S.T.10:27, DUR.00:30 |
| 699842.0002 | 7/20/01 | 1.94 | 07 | EXTN.5422, TEL.305-350-2403, S.T.16:37, DUR.05:06 |
| 699842.0002 | 7/20/01 | 0.32 | 07 | EXTN.5422, TEL.302-350-2403, S.T.16:37, DUR.00:06 |
| 699842.0002 | 7/20/01 | 0.97 | 07 | EXTN.5422, TEL.973-424-2031, S.T.17:56, DUR.02:36 |
| 699842.0002 | 7/20/01 | 5.18 | 07 | EXTN.5422, TEL.312-782-3939, S.T.17:05, DUR.15:30 |
| 699842.0002 | 7/23/01 | 0.32 | 07 | EXTN.5544, TEL.312-861-2160, S.T.10:51, DUR.00:42 |
| 699842.0002 | 7/24/01 | 0.97 | 07 | EXTN.5544, TEL.312-861-2130, S.T.12:05, DUR.02:06 |
| 699842.0002 | 7/24/01 | 0.32 | 07 | EXTN.3544, TEL.312-861-3103, S.T.16:23, DUR.00:30 |
| 699842.0002 | 7/24/01 | 3.39 | 07 | Cr card calls 5/01-6/01 |
| 699842.0002 | 7/24/01 | 4.44 | 07 | Cr card calls 4/01-5/01 |
| 699842.0002 | 7/24/01 | 2.92 | 07 | EXTN.5544, TEL.201-556-4039, S.T.14:48, DUR.08:06 |
| 699842.0002 | 7/25/01 | 0.65 | 07 | EXTN.3544, TEL.201-556-4039, S.T.14:29, DUR.01:06 |
| 699842.0002 | 7/25/01 | 0.32 | 07 | EXTN.6015, TEL.312-372-2000, S.T.16:27, DUR.00:54 |
| 699842.0002 | 7/25/01 | 0.32 | 07 | EXTN.6015, TEL.312-861-2000, S.T.16:06, DUR.00:48 |
| 699842.0002 | 7/25/01 | 1.24 | 07 | EXTN.5422, TEL.818-591-7100, S.T.19:51, DUR.04:36 |
| 699842.0002 | 7/26/01 | 0.32 | 07 | EXTN.6015, TEL.312-861-2366, S.T.10:56, DUR.00:24 |
| 699842.0002 | 7/26/01 | 0.32 | 07 | EXTN.5634, TEL.302-657-4942, S.T.09:41, DUR.00:54 |
| 699842.0002 | 7/26/01 | 0.32 | 07 | EXTN.5004, TEL.305-350-2403, S.T.15:52, DUR.00:48 |
| 699842.0002 | 7/26/01 | 869.04 | 07 | VENDOR: Deraventures, Inc.; INVOICE#: 07057-02201-01; DATE: 7/5/01 Telecomm. Services 6/01 |
| 699842.0002 | 7/26/01 | 521.44 | 07 | VENDOR: Deraventures, Inc.; INVOICE#: 07057-02201-01; DATE: 7/5/01 Telecomm. Services 6/01 |
| 699842.0002 | 7/26/01 | 0.65 | 07 | EXTN.3544, TEL.312-861-3103, S.T.15:30, DUR.01:24 |
| 699842.0002 | 7/26/01 | 0.32 | 07 | EXTN.5562, TEL.202-862-5065, S.T.14:27, DUR.00:18 |
| 699842.0002 | 7/26/01 | 0.65 | 07 | EXTN.5544, TEL.973-216-9505, S.T.11:29, DUR.01:42 |
| 699842.0002 | 7/26/01 | 1.30 | 07 | EXTN.5544, TEL.312-861-3103, S.T.10:06, DUR.03:36 |
| 699842.0002 | 7/27/01 | 1.62 | 07 | EXTN.5492, TEL.302-573-6972, S.T.14:24, DUR.04:48 |
| 699842.0002 | 7/27/01 | 1.94 | 07 | EXTN.5492, TEL.201-556-4039, S.T.14:29, DUR.05:06 |
| 699842.0002 | 7/27/01 | 0.65 | 07 | EXTN.5435, TEL.216-622-5610, S.T.12:11, DUR.01:30 |
| 699842.0002 | 7/27/01 | 2.27 | 07 | EXTN.3544, TEL.201-556-4039, S.T.13:33, DUR.06:06 |
| 699842.0002 | 7/27/01 | 0.97 | 07 | EXTN.5634, TEL.302-657-4942, S.T.13:36, DUR.02:54 |
| 699842.0002 | 7/27/01 | 0.65 | 07 | EXTN.5634, TEL.302-657-4924, S.T.15:16, DUR.01:06 |
| 699842.0002 | 7/30/01 | 0.32 | 07 | EXTN.5422, TEL.312-861-2124, S.T.10:14, DUR.00:36 |
| 699842.0002 | 7/30/01 | 2.92 | 07 | EXTN.5422, TEL.305-350-2403, S.T.11:19, DUR.09:00 |
| 699842.0002 | 7/30/01 | 0.32 | 07 | EXTN.5634, TEL.302-657-4924, S.T.11:30, DUR.00:30 |
| 699842.0002 | 7/30/01 | 0.32 | 07 | EXTN.5492, TEL.302-657-4900, S.T.17:24, DUR.00:36 |
| 699842.0002 | 7/30/01 | 0.65 | 07 | EXTN.5492, TEL.201-556-4039, S.T.12:08, DUR.01:48 |
| 699842.0002 | 7/31/01 | 1.30 | 07 | EXTN.5544, TEL.312-861-3103, S.T.16:22, DUR.04:00 |
| | Code Total | 1,471.72 | | |
| 699842.0002 | 7/2/01 | 23.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/2/01 | 2.40 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/7/01 | 2.10 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/9/01 | 11.40 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/9/01 | 10.00 | 09 | Duplicating Costs-in House |

Run Date: 8/31/01  4:36 PM | Client Disbursement/Charge Records | Report: SS_Disb1
W R Grace & Co
From 1/1/01 to 7/31/01

Page 4

| Client.Matter | Date | Amount | Code | Description |
|---|---|---|---|---|
| 699842.0002 | 7/10/01 | 6.30 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/10/01 | 0.70 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/11/01 | 7.80 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/12/01 | 3.20 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/12/01 | 1.20 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/12/01 | 23.70 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/12/01 | 19.30 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/12/01 | 17.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/12/01 | 4.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/12/01 | 0.70 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/12/01 | 3.00 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/13/01 | 6.30 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/13/01 | 0.80 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/16/01 | 96.10 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/16/01 | 0.70 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/16/01 | 22.20 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/16/01 | 12.90 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/17/01 | 12.90 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/17/01 | 21.30 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/17/01 | 5.00 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/17/01 | 30.60 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/17/01 | 0.90 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/17/01 | 0.90 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/18/01 | 1.20 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/18/01 | 4.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/18/01 | 1.40 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/18/01 | 9.40 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/18/01 | 2.00 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/18/01 | 2.40 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/19/01 | 7.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/19/01 | 42.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/19/01 | 3.90 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/19/01 | 1.30 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/20/01 | 5.00 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/20/01 | 8.00 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/24/01 | 1.40 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/24/01 | 1.80 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/24/01 | 3.70 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/24/01 | 3.00 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/25/01 | 2.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/25/01 | 0.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/25/01 | 1.20 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/25/01 | 2.20 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/26/01 | 2.10 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/26/01 | 12.80 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/26/01 | 11.00 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/26/01 | 7.10 | 09 | Duplicating Costs-in House |

Case 01-01139-AMG   Doc 889-4   Filed 09/05/01   Page 7 of 8
Run Date: 8/31/01  4:36 PM                                Report: SS_Disb1
Client Disbursement/Charge Records
W R Grace & Co
From 1/1/01 to 7/31/01
Page 5

| Client.Matter | Date | Amount | Code | Description |
|---|---|---|---|---|
| 699842.0002 | 7/26/01 | 7.20 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/26/01 | 10.00 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/27/01 | 48.30 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/27/01 | 26.20 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/27/01 | 6.00 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/27/01 | 2.90 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/27/01 | 23.00 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/27/01 | 5.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/27/01 | 32.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/27/01 | 1.60 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/30/01 | 2.80 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/30/01 | 72.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/30/01 | 28.20 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/31/01 | 4.50 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/31/01 | 0.20 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/31/01 | 4.10 | 09 | Duplicating Costs-in House |
| 699842.0002 | 7/31/01 | 12.00 | 09 | Duplicating Costs-in House |
|  | Code Total | 773.80 |  |  |
| 699842.0002 | 7/3/01 | 48.00 | 29 | Lexis/Nexis |
| 699842.0002 | 7/4/01 | 58.08 | 29 | Lexis/Nexis |
| 699842.0002 | 7/5/01 | 58.08 | 29 | Lexis/Nexis |
| 699842.0002 | 7/6/01 | 28.11 | 29 | Lexis/Nexis |
| 699842.0002 | 7/6/01 | 40.72 | 29 | Lexis/Nexis |
| 699842.0002 | 7/7/01 | 28.07 | 29 | Lexis/Nexis |
| 699842.0002 | 7/8/01 | 28.06 | 29 | Lexis/Nexis |
| 699842.0002 | 7/9/01 | 28.89 | 29 | Lexis/Nexis |
| 699842.0002 | 7/10/01 | 58.08 | 29 | Lexis/Nexis |
| 699842.0002 | 7/11/01 | 58.11 | 29 | Lexis/Nexis |
| 699842.0002 | 7/12/01 | 28.21 | 29 | Lexis/Nexis |
| 699842.0002 | 7/13/01 | 28.13 | 29 | Lexis/Nexis |
| 699842.0002 | 7/14/01 | 28.10 | 29 | Lexis/Nexis |
| 699842.0002 | 7/15/01 | 28.06 | 29 | Lexis/Nexis |
| 699842.0002 | 7/16/01 | 28.14 | 29 | Lexis/Nexis |
| 699842.0002 | 7/17/01 | 28.15 | 29 | Lexis/Nexis |
| 699842.0002 | 7/18/01 | 28.19 | 29 | Lexis/Nexis |
| 699842.0002 | 7/19/01 | 28.10 | 29 | Lexis/Nexis |
| 699842.0002 | 7/20/01 | 28.15 | 29 | Lexis/Nexis |
| 699842.0002 | 7/21/01 | 28.08 | 29 | Lexis/Nexis |
| 699842.0002 | 7/22/01 | 28.08 | 29 | Lexis/Nexis |
| 699842.0002 | 7/23/01 | 28.11 | 29 | Lexis/Nexis |
| 699842.0002 | 7/24/01 | 28.10 | 29 | Lexis/Nexis |
| 699842.0002 | 7/25/01 | 28.12 | 29 | Lexis/Nexis |
| 699842.0002 | 7/26/01 | 88.12 | 29 | Lexis/Nexis |
| 699842.0002 | 7/27/01 | 58.09 | 29 | Lexis/Nexis |
| 699842.0002 | 7/28/01 | 28.11 | 29 | Lexis/Nexis |

| Client.Matter | Date | Amount | Code | Description |
|---|---|---|---|---|
| 699842.0002 | 7/29/01 | 28.07 | 29 | Lexis/Nexis |
| 699842.0002 | 7/30/01 | 28.08 | 29 | Lexis/Nexis |
| 699842.0002 | 7/31/01 | 88.12 | 29 | Lexis/Nexis |
| | Code Total | 1,146.51 | | |
| 699842.0002 | 7/10/01 | 4.00 | 32 | FAX # 479-6275 |
| 699842.0002 | 7/11/01 | 9.00 | 32 | FAX # 973-424-2001 |
| 699842.0002 | 7/25/01 | 8.00 | 32 | FAX # 622-3783 |
| 699842.0002 | 7/26/01 | 1.00 | 32 | FAX # 404-332-4058 |
| 699842.0002 | 7/26/01 | 35.00 | 32 | FAX # 208-336-0003 |
| 699842.0002 | 7/26/01 | 35.00 | 32 | FAX # 302-656-2769 |
| 699842.0002 | 7/26/01 | 14.00 | 32 | FAX # 570-1803 |
| 699842.0002 | 7/26/01 | 36.00 | 32 | FAX # 714-436-2800 |
| 699842.0002 | 7/26/01 | 35.00 | 32 | FAX # 201-703-4152 |
| 699842.0002 | 7/26/01 | 35.00 | 32 | FAX # 622-3783 |
| 699842.0002 | 7/26/01 | 37.00 | 32 | FAX # 404-332-4058 |
| | Code Total | 249.00 | | |
| 699842.0002 | 7/3/01 | 21.00 | 33 | VENDOR: Robert Raskin; INVOICE#: 06/25/01; DATE: 7/3/01<br>06/22 TRIP TO DELAWARE FOR COURT HEARING - CABFARES |
| 699842.0002 | 7/25/01 | 140.00 | 33 | VENDOR: Arlene G. Krieger; INVOICE#: 07/20/01; DATE: 7/25/01<br>07/19/01 TRAVEL TO WILMINGTON, DEL FOR COURT HEARING - AMTRAK |
| 699842.0002 | 7/25/01 | 5.00 | 33 | VENDOR: Arlene G. Krieger; INVOICE#: 07/20/01; DATE: 7/25/01<br>07/19/01 TRAVEL TO WILMINGTON, DEL FOR COURT HEARING - CABFARE |
| 699842.0002 | 7/25/01 | 126.00 | 33 | VENDOR: Ken Pasquale; INVOICE#: 07/20/01; DATE: 7/25/01<br>07/19 COURT HEARINGS IN WILMINGTON, DEL - AMTRAK AND PARKING |
| | Code Total | 292.00 | | |
| 699842.0002 | 7/1/01 | 30.00 | 48 | Westlaw |
| 699842.0002 | 7/2/01 | 0.00 | 48 | Westlaw |
| 699842.0002 | 7/3/01 | 30.00 | 48 | Westlaw |
| 699842.0002 | 7/6/01 | 120.00 | 48 | Westlaw |
| 699842.0002 | 7/6/01 | 30.74 | 48 | Westlaw |
| 699842.0002 | 7/8/01 | 100.75 | 48 | ; Duration 0:00:00; By LEBIEN ANNA |
| 699842.0002 | 7/8/01 | 51.66 | 48 | ; Duration 0:09:35; By SASSON MOSHE |
| 699842.0002 | 7/10/01 | 87.52 | 48 | ; Duration 0:14:24; By PASQUALE KENNETH |
| 699842.0002 | 7/19/01 | 11.18 | 48 | ; Duration 0:01:08; By LEBIEN ANNA |
| 699842.0002 | 7/26/01 | 26.22 | 48 | ; Duration 0:02:05; By LEBIEN ANNA |
| | Code Total | 488.07 | | |
| | Report Total | 5,144.37 | | |