**EXHIBIT B**

# TRAVEL EXPENSE REPORT OF
# THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## OF W.R. GRACE & CO., ET AL.

Name: Jill Akre

Company/Firm: First Union

Period Covered: From: 4 / 12 / 01   To: 5 / 22 / 01

| Date | Purpose of Trip | Transportation | | | Lodging | | Misc. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Parking | Mileage | Airfare (Coach Only) | Taxi, Train etc. | Hotel | Meals |
| 4/12/01 | Formation Meeting | | | | $14.00/$ 70.00 | | |
| 4/20/01 | Creditors Committee Mtg. | $12.00 | | | $ 8.00/$131.00 | | $3.00 |
| 5/22/01 | Creditors Committee Mtg. | 15.00 | | | $ 8.00/$166.00 | | $3.00 |
| Totals | | $ 27.00 | $ | $ | $ 397.00 | $ | $ 6 |

Description of Miscellaneous:

Tolls _____

Date: 6/25/01

Supporting Receipts Must Be Submitted With This Form

SSL-DOCS1 1115348v1
05/25/01 02:38pm

## W.R. GRACE & CO et al.

## COMMITTEE EXPENSE FORM

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses* |
|---|---|---|
| Facsimile (with rates) | | |
| Long Distance Telephone | | |
| Reproduction | | |
| Local Travel | | |
| *Out-of-Town Travel (See attached Travel Expense Report) | | $ 430.00 |
| Courier & Express Carriers (e.g. Federal Express) | | |
| Postage | | |
| Other (Explain) | | |

TOTAL:   $430.00

*Please provide detail of each expense if possible

Receipt 1:

Riders  **AMTRAK**  Baggage
1
Name of Guest
KRE/JILL MRS
5002419942
From
WILMINGTON, DE
To
PHILADELPHIA 30, PA
2V Carrier  Train    Date
  122    12APR01
CM  Space/Car
METROBUSINESS
Form of Payment
VI  5816
Rail Fare $35.00    Acco Charge $.00
Fare Plans         $35.00
OFM
Ticket Number
029131355396    01 No. 01
2APR01           716B7
GUEST RECEIPT

Receipt 2:

Riders  **AMTRAK**  Baggage
1
Name of Guest
KRE/JILL MRS
5002419942
From
PHILADELPHIA 30, PA
To
WILMINGTON, DE
2V Carrier  Train    Date
  109    12APR01
CM  Space/Car
METROBUSINESS
Form of Payment
VI  5816
Rail Fare $35.00    Acco Charge $.00
Fare Plans         $35.00
OFM
Ticket Number
029164123596    01 No. 01
2APR01           5BB80
GUEST RECEIPT

```
CENTRAL PARKING - PHILADELPHIA
       30TH & MARKET ST
            19104

DATE: FRIDAY, APR 20, 2001 05:31 PM
ACCT#: ███████████████   EXP: 05/02
UNIT: CPP000000106
CARD TYPE: VISA
TRANS TYPE: SALE
REFERENCE #: 0003        AUTH #: 020525

TOTAL AMOUNT       $   12.00

LICENSE/PHONE _____

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

SIGNATURE ____[signature]_____
```

## Receipt 1

**AMTRAK**

Name of Guest: AKRE/JILL

002419942

From: PHILADELPHIA 30, PA
To: NEW YORK PENN, NY
Carrier: 2V   Train: 102   Date: 20APR01
Accom: CM   Space/Car: METROBUSINESS

Form of Payment: VI 5816
Rail Fare: $83.00
Accom Charge: $.00
Fare Plans
Total: $83.00

MOFM
Ticket Number: 1109166060267   01  01
20APR01   B9B4F

GUEST RECEIPT

## Receipt 2

**AMTRAK**

Name of Guest: AKRE/JILL

From: NEW YORK PENN, NY
To: PHILADELPHIA 30, PA
Carrier: 2V   Train:    Date:
Accom: U   Space/Car: UNRESERVED

Form of Payment: VI 5816
Rail Fare: $48.00
Accom Charge: $.00
Fare Plans
Total: $48.00

YOFC
Ticket Number: 1104844311679   01  01
20APR01   FTA24

GUEST RECEIPT



```
FIVE STAR
PARKING
20TH + JFK


   ◄PAID►
      D=
 33--109N%
 01-05.●20T
 022-17:06
 01-05.●20T
 022-07:20
 $...15.00$
 ...15.00$
```

# TRAVEL EXPENSE REPORT OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### OF W.R. GRACE & CO., ET AL.

Name: Chris Heckman

Company/Firm: First Union

Period Covered: From: 4 / 12 / 01    To: 4 / 20 / 01

| Date | Purpose of Trip | Parking | Mileage | Airfare (Coach Only) | Taxi, Train etc. | Hotel | Meals | Misc. |
|---|---|---|---|---|---|---|---|---|
| | | | | Transportation | | | Lodging | |
| 4/12/01 | Formation Meeting | | | | $7.00/$ 70.00 | | | |
| 4/20/01 | Creditors Committee Mtg. | | | | $ 8.00/$131.00 | | | |
| | | | | | | | | |
| Totals | | $ | $ | $ | $ 216.00 | $ | $ | $ |

Description of Miscellaneous: _____

Date: 6/25/01 _____

Supporting Receipts Must Be Submitted With This Form

SSL-DOCS1 1115348v1
05/25/01 02:38pm

## W.R. GRACE & CO et al.

## COMMITTEE EXPENSE FORM

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses* |
|---|---|---|
| Facsimile (with rates) | | |
| Long Distance Telephone | | |
| Reproduction | | |
| Local Travel | | |
| *Out-of-Town Travel (See attached Travel Expense Report) | | $ 216 |
| Courier & Express Carriers (e.g. Federal Express) | | |
| Postage | | |
| Other (Explain) | | |

TOTAL:   $216

*Please provide detail of each expense if possible

**Receipt 1 (rotated):**

AMTRAK

Name: VRU/
PHILADELPHIA 30, PA
WILMINGTON, DE
Train: 109    Date: 12APR01
Car: CM    METROBUSINESS
Seat: VI 0778
Rail Fare: $35.00    Amt: $.00
                    $35.00
MOPM
1029T661231B0    01 01
12APR01    5BC9D

GUEST RECEIPT

**Receipt 2 (rotated):**

AMTRAK

Name: VRU/
WILMINGTON, DE
PHILADELPHIA 30, PA
Train: 122    Date: 12APR01
Car: CM    METROBUSINESS
Seat: VI 0778
Rail Fare: $35.00    Amt: $.00
                    $35.00
MOPM
1029T129355234    01 01
P2APR01    7I908

GUEST RECEIPT

**Receipt 1:**

```
          AMTRAK
   1
HECKMAN/CHRIS

NEW YORK PENN, NY
PHILADELPHIA 30, PA
2V    Train    Date

       UNRESERVED

VT of 0778
Rail Fare $48.00    Accom $.00
Fare Plan           $48.00
YOFC
1104869323294       01 01
20APR01             PLAOA
          GUEST RECEIPT
```

**Receipt 2:**

```
          AMTRAK
    1
HECKMAN/CHRIS
                    7001287379
PHILADELPHIA 30, PA
NEW YORK PENN, NY
2V   102    20APR01
      METROBUSINESS
VT 0778
Rail Fare $83.00    Accom $.00
Fare Plan           $83.00
MOFM
1105244060362       01 01
20APR01             B9C2A
          GUEST RECEIPT
```