# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Shelley A. Hollinghead, certify that I am not less than 18 years of age, and that service of a copy of the attached **Second Application Of The Official Committee Of Unsecured Creditors Of W.R. Grace & Co., et al., For Interim Allowance Of Reimbursement Of Member Expenses** was made September 5, 2001, upon:

> All of the parties indicated on the attached Service List by first class mail, postage prepaid, or as otherwise indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date: September 5, 2001

/s/ Shelley A. Hollinghead
Shelley A. Hollinghead, Paralegal
DUANE, MORRIS & HECKSCHER LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
Email:        sahollinghead@duanemorris.com

WLM\149457.1