UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY COVERSHEET TO FOURTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2001 THROUGH JULY 31, 2001**

| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
|---|---|
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2001 through July 31, 2001. |
| Amount of compensation sought as actual, reasonable and necessary | $101,544.08 for the period July 1, 2001 through July 31, 2001 (80% of $126,930.10 in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $52,387.36 for the period July 1, 2001 through July 31, 2001. |

This is a:     Monthly interim application.

The total time expended for fee application preparation in July 2001 is approximately 8.8 hours and the corresponding compensation requested is approximately $3,696.00. Such amounts are included on the invoice for services performed during July 2001, Matter 10.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | No objections served on Counsel | No objections served on Counsel |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | No objections served on Counsel | No objections served on Counsel |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | No objections served on Counsel | No objections served on Counsel |

As indicated above, this is the fourth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marrarp | Partner | $420 | 184.3 | $77,406.00 |
| Angela Pelletier | Associate | $200 | 163.6 | $32,720.00 |
| William Hughes | Counsel | $305 | 215.6 | $65,758.00 |
| Tamara Parker | Associate | $260 | 77.4 | $10,124.00 |
| Anthony F. King | Partner | $375 | 1.5 | $562.50 |
| Alec Zacaroli | Associate | $185 | 62.1 | $11,488.50 |
| Peter Condron | Counsel | $335 | 61.5 | $20,602.00 |
| Barbara Banks | Paralegal | $130 | 201.0 | $26,130.00 |
| Darlene Boozer | Legal Clerk | $95 | 131.3 | $12,473.00 |
| Natasha Bynum | Legal Clerk | $95 | 120.9 | $11,485.50 |
| Mahmoude Moasser | Paralegal | $130 | 46.5 | $6,045.00 |

| Rebecca Mitchell | Paralegal | $115 | .4 | $46.00 |
| Tonya Manago | Senior Paralegal | $130 | 7.7 | $1001.00 |
| Paul Pittman | Paralegal | $115 | 2.3 | $264.50 |
| Reilly Smith | Paralegal | $115 | 30.3 | $3,484.50 |
| | | | | |

Total Fees      $289,591.50

Total Hours      1306.4

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfares | $2,697.25 |
| Outside Messenger | $156.12 |
| Auto Rental | $716.10 |
| Copies- Internal and Outside | $24,511.91 |
| Hotels | $2,134.40 |
| Facsimile | $149.25 |
| Lexis | $5,445.24 |
| Meals during Travel | $986.86 |
| Telephone | $352.75 |
| FedEx | $2,007.41 |
| Parking | $200.50 |
| Taxis/Miscellaneous Travel Expenses | $269.10 |
| Westlaw | $8,826.00 |
| Overtime Meals | $633.36 |
| Overtime Meals - Attorneys/Paralegals | $200.91 |
| Overtime Transportation | $306.60 |
| Secretarial Overtime | $2,793.60 |
| | |
| Total | $52,387.36 |