# EXHIBIT A

Wallace
King &
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 28, 2001

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12283

For Professional Services Rendered in Connection with Honeywell Litigation - Matter 6

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 07/02/01 | DB | Review and organize new production documents and integrate into case files (4.5 hrs.). | 4.50 |
| | CHM | Review Dr. Costa's lab notes (.2 hrs.); prepare cover letter to Mr. Caffrey re same (.1 hrs.); review Honeywell summary judgment motion on CERCLA issues (1.2 hrs.); conference with P. Condron re response to statute of limitations and entire controversy points (.8 hrs.); review entire controversy section of draft brief (.8 hrs.); further conference with J. Agnello re same (.5 hrs.). | 3.60 |
| | PCC | Edit Grace summary opposition brief re Grace 7 Co. issues. | 1.50 |
| | TP | Office conference with Ms. Banks re expert document production to Grace (.2 hrs.); reviewed the status of confirmation of what documents were produced at Mr. Agnello's office to Honeywell counsel and drafted | 2.30 |

W. R. Grace & Co.

|  |  | | **Hours** |
|---|---|---|---|
| | | responsive comments for chart confirming production of documents Honeywell claimed were missing (1.7 hrs.); telephone conference with Ms. Flax and EedEx regarding the missing box of documents and provided further description to FedEx to use in efforts to locate box (.4 hrs.). | |
| 07/02/01 | AP | Research and draft brief in opposition to summary judgment on law of case and limitations issues. | 7.00 |
| | BB | Continue incorporating new pleadings, case documents and correspondence into indexed case files and electronic files and scan same (9.3 hrs.); consult with Ms. Parker re status of shipment of expert supporting documents from local counsel (.1 hrs.). | 9.40 |
| 07/03/01 | DB | Continue to review, organize and quality check new production documents and integrate into case files (7.0 hrs.); prepare FedEx package to case expert for Ms. Banks (.5 hrs.). | 7.50 |
| | AP | Research and draft statement of facts for brief in opposition to summary judgment (6.5 hrs.); research statute of limitations argument (4.5 hrs.). | 11.00 |
| | TP | Office conferences with Ms. Banks and Mr. Marraro (.3 hrs.); review status of confirming documents produced to Honeywell and made appropriate edits to summary chart of what documents have been confirmed produced (1.0 hrs.); reviewed correspondence from Mr. Boenning re expert document production and other case related correspondence including letters re request to serve motion papers out of time filed by Rhone and letters related to production of documents from Honeywell | 3.00 |

W. R. Grace & Co.                                                          Page      3

                                                                 <u>**Hours**</u>

|  |  | expert witnesses Rifkin and Montgomery (.6 hrs.); compared Rifkin's and Walter's reference lists to documents sent and separated the documents accordingly to assist Mr. Marraro in preparing for depositions (1.1 hrs.). |  |
| --- | --- | --- | --- |
| 07/03/01 | NAB | File and index case documents. | 4.00 |
|  | BB | Review, analyze and quality check returned supporting documents to expert reports for Ms. Parker and Mr. Marraro and prepare chart of findings (1.8 hrs.); collect and prepare pertinent documents for Mr. Marraro and Ms. Pelletier (3.0 hrs.); forward calendar reminder re filing of Appendix N case attorneys, expert and staff (.1 hrs.); scan and incorporate pertinent bankruptcy documents into electronic case files (1.1 hrs.); consult with Ms. Pelletier re assignment (.1 hrs.); research and collect pertinent exhibits for reply brief of Ms. Pelletier (5.4 hrs.). | 11.50 |
|  | PCC | Edit Grace opposition brief. | 1.50 |
|  | ACZ | Reviewed and revised sections of opposition brief to Honeywell's summary judgment motion pertaining to CERCLA and N.J. Spill Act claims. | 2.90 |
|  | CHM | Revise and edit 56.1 statement to accompany opposition brief. | 1.30 |
| 07/04/01 | PCC | Edit Grace opposition brief. | 2.00 |
| 07/05/01 | CHM | Conference with D. Shelnutt re deposition preparation questions for Dr. Rifkin (1.0); review questions from Dr. Nye re Rifkin preparation (.7); review two of four binders in preparation for Rifkin deposition (3.5 hrs.). | 5.20 |

W. R. Grace & Co.                                                                    Page    4

|  |  |  | **Hours** |
|---|---|---|---|
| 07/05/01 | NAB | File and index case documents (2.0 hrs.); scan case documents to server (2.0 hrs.) | 6.80 |
|  | DB | Coordinate and prepare for production of expert supporting documents and integrate into case files (4.5 hrs.); review and organize supplemental supporting documents and integrate into case files (3.0 hrs.). | 7.50 |
|  | ACZ | Review proposed revisions to summary judgment brief for N.J. Spill Act claim and conduct research regarding same (3.1); discussions with B. Hughes regarding research and revisions to brief (.8); locate and review documents that support declaration and brief, including RCRA manifests and related invoices (.3) | 4.20 |
|  | WH | Conferences with Messrs. Marraro and Condron and Ms. Pelletier re opposition briefs (1.4); review and comment on Mr. Zacaroli's CERCLA section of opposition brief (1.8); legal research in support of CERCLA issues (2.1); assist Mr. Miller in preparing declaration re CERCLA response costs and review documents to be used in support of same (2.7); confer with Mr. Miller and Ms. Parker re revisions to Miller declaration and collecting exhibits in support of same (.8). | 8.80 |
|  | PCC | Edit CERCLA sections of brief (4.0 hrs.); office conference with Mr. Marraro re brief (.2 hrs.); draft "standing" section (2.0 hrs.); review law on "third party" defense and CERCLA Section 107 (2.0 hrs.); revise brief (1.3 hrs.). | 9.50 |
|  | AP | Draft letter to P. Chapman regarding verification and signing of transcript (.4); draft statement of facts for brief in opposition to summary judgment (2.0); research statute of | 6.40 |

W. R. Grace & Co.                                                                          Page      5

                                                                                    **Hours**

|  |  |  |  |
|---|---|---|---|
|  |  | limitations cases re Spill Act for brief in opposition to Summary Judgment (4.0). |  |
| 07/05/01 | BB | Confirm and update case calendar re depositions, arrange for court reporters and email same to case attorneys, local counsel and case experts (.4 hrs.); collect and prepare pertinent documents for Ms. Pelletier in re reply 56.1 statement (2.7 hrs.); collect and prepare and send pertinent documents for Mr. Hughes (1.8 hrs.); consult with Mr. Zacaroli re declaration (.1 hrs.); research production database and collect and prepare pertinent documents for exhibits to declaration for Messrs. Hughes and Zacaroli (3.3 hrs.); review and cross-reference produced expert supporting documents and original set (2.9 hrs.). | 11.20 |
| 07/06/01 | CHM | Review binders 3-4 of Rifkin documents for deposition (3.0); review and work counter statement of facts and re-revised 56.1 statement for brief (4.6). | 7.60 |
|  | AP | Research and began compilation of appendix to summary judgment. | 9.00 |
|  | ACZ | Review and provide revisions to brief in opposition of Honeywell summary judgment motion for CERCLA claims; organize attachments and declaration for same. | 0.90 |
|  | FPP | Convert photographs into electronic format (.8 hrs.); convert electronic photographs into commonly used viewing format (1.5 hrs.). | 2.30 |
|  | WH | Conferences with Ms. Parker and Mr. Zacaroli re revisions to Miller declaration and exhibits to same re CERCLA response cost issue (1.7); legal research in support of opposition to Honeywell's summary judgment motion on | 8.10 |

W. R. Grace & Co.                                                                                    Page      6

                                                                                          __**Hours**__

Spill Act claim (2.8); work on section of
opposition brief re Spill Act claims (3.2);
confer with Mr. Marraro and Ms. Flax re
summary judgment opposition brief (.4).

07/06/01 NAB    Scan case documents to server (2.8 hrs.); file          7.00
                and index case documents (4.2 hrs.).

DB              Review and organize new production                      7.00
                documents and integrate into case files (3.0
                hrs.); prepare and coordinate expert supporting
                documents and integrate into cae files (4.0 hrs.).

PCC             Revise brief (7.0 hrs.); telephone conference           8.20
                with Mr. Agnello and Ms. Flax re briefing
                issues (.5 hrs.); office oconference with Mr.
                Zacaroli re CERCLA section of brief (.5 hrs.);
                telephone conference with Mr. Hughes (.2 hrs.).

BB              Complete cross-referencing returned expert             14.20
                supporting documents and prepare summary
                report and consult with Ms. Parker re same (1.8
                hrs.); collect and prepare exhibits for
                declaration and consult with Mr. Zacaroli re
                same (.8 hrs.); follow up on research for
                pertinent information re reply brief for Ms.
                Pelletier (.5 hrs.); prepare additional
                supplemental supporting documents for
                production for Ms. Parker (.8 hrs.); collect and
                prepare exhibits for reply brief for Ms. Pelletier
                and Mr. Condron (2.0 hrs.); research the
                internet and make telephone calls to verify
                currently operating businesses bordering north
                of the Grace site in preparation of reply
                summary judgment briefs for Ms. Pelletier (2.0
                hrs.); prepare supplement production of expert
                supporting documents (1.0 hrs.); research
                production database, files and CDs for
                documents pertinent to reply summary

W. R. Grace & Co.

Page    7

__Hours__

judgment briefs and prepare exhibits for Ms. Pelletier (5.3 hrs.).

07/06/01 TP    Office conference and email with Ms. Banks (.2 hrs.); reviewed confirmation information she gathered re documents produced and made appropriate entries in chart (work product with Bates numbers and one to be sent to Honeywell without Bates numbers) responding document by document to Honeywell's assertion of missing documents (.9 hrs.); reviewed case related correspondence including articles re dermal effects of chromium (2.7 hrs.); draft letter to Mr. Field re history of production and summarizing efforts to confirm all documents have been produced (1.1 hrs.); telephone conference and emails with Mr. Miller re his declaration and made requested changes to same (1.0 hrs.).    5.60

07/07/01 DB    Prepare and coordinate expert supporting documents and integrate into case files (4.0 hrs.); review and organize new production documents and integrate into case files (3.0 hrs.).    7.00

AP    Conference regarding compilation of summary judgment appendix and supervision of paralegal staff.    3.00

BB    Consult with Ms. Pelletier re assignment (.2 hrs.); research files, collect and prepare documents for appendix to brief in opposition to defendant's summary judgment motion (5.5 hrs.); prepare contents and cover pages (.7 hrs.); proof read draft brief, research Westlaw and cite check citations and send email message re findings to Ms. Pelletier and Mr. Condron (1.9 hrs.).    8.30

W. R. Grace & Co.                                                                Page    8

|  |  |  | Hours |
|---|---|---|---|

| 07/08/01 PCC | | Revise brief in opposition to summary judgment (2.7 hrs.); telephone conference with Mr. Hughes re brief (.3 hrs.). | 3.00 |
| | WH | Prepare for deposition of Gary Walter, Honeywell's groundwater expert (5.1 hrs.); work on CERCLA and Spill Act sections of opposition brief (2.1 hrs.). | 7.20 |
| | TP | Reviewed case related correspondence including letters re depositions schedules, bankruptcy court rules, requests for documents in other case involving Allied (.3 hrs.); prepare letter to NJDEP re expert reports in current litigation (.6 hrs.). | 0.90 |
| | CHM | Edit Grace opposition brief (4.2 hrs.). | 4.20 |
| 07/09/01 TP | | Office conference with Mr. Hughes (.2 hrs.); reviewed invoices and manifests (.5 hrs.); several phone calls with Mr. Miller re revising his declaration re to added costs due to commingling of gasoline and chromium (.3 hrs.); requested revisions to declaration as a result of information obtained in calls and documents (.9 hrs.); modified draft of letter summarizing Grace's efforts to confirm produciton of expert documents (.3 hrs.); confirmed status of expert documents produced by comparing production set and gather those that may have been omitted by requesting from National Library of Medicine and Ms. Busbea and made changes to summary chart where appropriate and office conference with Mr. Marraro to provide update on status of this project (3.5 hrs.); telephone conference with FedEx re missing box of documents (.2 hrs.); reviewed incoming correespondence re Dr. | 6.10 |

W. R. Grace & Co.                                                                                            Page        9

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | Bruce documents and authorization for representation (.2 hrs.). |  |
| 07/09/01 | PCC | Revise Rule 56.1 counterstatement of material facts (5.5 hrs.); various conferences calls with Mr. Agnello and Ms. Flax re brief arguments (1.0 hrs.); finalize briefs for filing (2.0 hrs.); review record citations (2.0 hrs.). | 10.50 |
|  | WH | Work on opposition to Honeywell's motion for partial summary judgment (3.6 hrs.); review documents in preparation for Gary Walter's expert deposition on site groundwater and remediation issues (5.7 hrs.); conference with Andy Davis re questions/issues for Walters deposition and review Dr. Davis' outline of deposition questions (1.4 hrs.) | 9.80 |
|  | BB | Coordinate and prepare exhibits to opposition to summary judgment and prepare for filing (14. 3 hrs.). | 14.30 |
|  | CHM | Complete review of final brief including edits (2.0 hrs.); conference calls with J. Agnello (1.6 hrs.); conference call with client (.8 hrs.); prepare modifications to declarations (.5 hrs.); revise and edit 56.1 statement; review appendix materials (1.0 hrs.). | 5.90 |
|  | RM | Review documents for Ms. Pelletier to confirm production of a particular document. | 0.40 |
|  | RLS | Office conference with Ms. Banks regarding Gary Walter's expert report (.1 hrs.); review and incorporate new correspondence into case file and update index accordingly (.7 hrs.); review attachments to Gary Walter's report (.6 hrs.); organize Gary Walter's expert report for Mr. Hughes (.3 hrs.). | 1.70 |

W. R. Grace & Co.                                                    Page   10

                                                                    __Hours__

07/09/01 NAB   Review, file and index case documents ((4.0          7.10
               hrs.); scan case documents to server (3.1 hrs.).

        AP     Finalize, citecheck and serve brief (12.7 hrs.);     14.70
               review and finalize appendix in opposition to
               summary judgment (2.0 hrs.).

        DB     Review and organize new production                   4.50
               documents and integrate into case files (4.5
               hrs.).

        MM     Review various e-mails received from Ms.             0.30
               Banks re reply briefs and filing of appendix
               packages on 7/23/01 (.2 hrs.); revised case
               calendar (.1 hrs.).

07/10/01 CHM   Conference call with A. Nye re further               8.50
               deposition questions (1.2 hrs.); prepare
               deposition outline for Rifkin (5.4 hrs.);
               conference with M. Costa re Rifkin deposition
               (.5 hrs.); conference with Ms. Millian re Rifkin
               depositions (.5 hrs.); conference call with J.
               Agnello re motion to strike (.8 hrs.); review
               and edit revised 56.1 statement (.3 hrs.).

        ACZ    Discussion with B. Hughes regarding research         0.30
               needed for response to Honeywell's NCP
               consistency argument.

        BB     Review, sort and organize new case                  5.50
               correspondence and pleadings and case
               documents (1.0 hrs.); consult with Ms. Parker
               re supplemental expert supporting documents
               and prepare same for production (.8 hrs.);
               prepare amended 56.1 Statement of Facts for
               filing for Ms. Pelletier and Mr. Marraro (.5
               hrs.); place telephone call and email court
               reporter to confirm deposition schedule and
               email changes to attorneys, local counsel and
               case expert (.2 hrs.); research case files,

W. R. Grace & Co.                                                                 Page   11

                                                                                 **Hours**

|          |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |        |
| -------- | ---- | ---- | ------ |
|          |      | production database and CDs for pertinent documents for rebuttal expert deposition for Mr. Marraro (2.5 hrs.); ship pertinent documents (.5 hrs.). |        |
| 07/10/01 | TP   | Telephone conference with Ms. Van Middleworth re documents that Honeywell claims were not produced that were relied upon by A. Davis and reviewed materials she faxed in response to requests (1.3 hrs.); reviewed Deming expert report for list of documents considered, compared with documents in files and emails with Ms. Banks and Mr. Hughes re documents that were not produced (1.1 hrs.); prepared letter to Mr. Caffrey with additional documents from Mr. Davis (.4 hrs.); revised draft letter re status of production of expert documents and sent draft to Mr. Marraro (.5 hrs.). | 3.30   |
|          | WH   | Prepare for and take Gary Walters' deposition in Roseland,NJ (10.2 hrs.); work on finalizing Grace's opposition briefs (1.3 hrs.). | 11.40  |
|          | AP   | Review Honeywell brief re our motions for summary judgment re Grace & Co. (.8 hrs.); meeting regarding motion to strike and Rule 56.1 statement (.5 hrs.); revise and serve amended Rule 56.1 statement (2.0 hrs.); prepare for deposition of Todd Delaney (3.2 hrs.). | 6.50   |
|          | RLS  | Review and incorporate new correspondence into the case file (4.5 hrs.); update case indicies accordingly (1.5 hrs.). | 6.00   |
|          | DB   | Integrate expert supporting documents into case files. | 4.00   |

W. R. Grace & Co.                                                                    Page    12

|  |  |  | **Hours** |
|---|---|---|---|
| 07/10/01 NAB | Review, file and index case documents (7.4 hrs.); scan case documents to server (2.1 hrs.). | | 9.50 |
| | TM | Cross-referenced documents produced by our Max Costa to determine which documents had been produced to opposing counsel and what documents still need to be produced (1.3 hrs.); prepared binders of deposition material for Mr. Marraro for the deposition of Mr. Rifkin (2.6 hrs.); analyzed Costa expert report to determine if any documents were cited that were not listed on his reference list (.8 hrs.). | 4.70 |
| | PCC | Revise language for Rule 56.1 statement (.8 hrs.); telephone conference with Messrs. Marraro and Agnello re motion to strike and revision of Rule 56.1 statement (.5 hrs.). | 1.30 |
| 07/11/01 BB | Collect, prepare and fax pertinent documents for ongoing deposition for Mr. Marraro (.5 hrs.); review and analyze new case correspondence, supplemental expert supporting documents and pleadings and incorporate into case files and produce supplemental expert supporting documents (5.0 hrs.); collect and prepare pertinent documents for deposition for Mr. Hughes (2.0 hrs.); place calls to opposing counsel and court reporter re deposition schedule changes for Mr. Hughes (.3 hrs.). | | 7.80 |
| | WH | Read and analyze Honeywell's six opposition briefs to Grace's motions for summary judgment (4.8 hrs.); begin working on reply briefs (2.1 hrs.); prepare for deposition of Honeywell's remediation expert, Bruce James (2.7 hrs.). | 9.60 |

W. R. Grace & Co.                                                                 Page    13

|  |  | **Hours** |
|---|---|---|
| 07/11/01 DB | Prepare and copy expert reports (8.3 hrs.); review and organize new production documents (4.0 hrs.). | 12.30 |
| AP | Review documents in preparation for deposition of Todd Delaney (6.5 hrs.); draft outline for same (3.5 hrs.). | 10.00 |
| TP | Telephone conferences with Mr. Boenning and left messages for Mr. Caffrey re report from Parsons' Engineering relied upon by Demming that was not produced and requested production (.6 hrs.); office conference with Mr. Marraro re preparing and defending Dr. Costa and requested that all Costa materials be copied in preparation (.4 hrs.); made edits to chart re production of expert documents after confirming addtional documents produced (.7 hrs.); telephone conference and email with Ms. Busbea re article listed by Dr. Costa (.4 hrs.); reviewed incoming correspondence including plans to develop waterfront, opposition briefs, deposition notices and correspondence with Court re schedule for briefing (1.8 hrs.). | 3.90 |
| NAB | File and index case pleadings and correspondence (3.1 hrs.); label boxes of case documents (2.0 hrs.). | 5.10 |
| RLS | Review and incorporate new correspondence into the case file (5.2 hrs.); update case file accordingly (2.1 hrs.). | 7.30 |
| CHM | Attend Rifkin deposition (8.5 hrs.); meeting with Drs. Shelnutt and Nye re deposition issues regarding Rifkin (1.8 hrs.); | 10.30 |
| 07/12/01 NAB | Bates label and copy documents from the Davis deposition to be sent to expert (4.1 hrs.); bates label and copy supplemental documents | 4.10 |

W. R. Grace & Co.

Page    14

__Hours__

|  |  |  |  |
|---|---|---|---|

to be sent to expert (3.9 hrs.); review, file and
index case documents (1.8 hrs.); scan case
documents to server (1.8 hrs.).

07/12/01 AP Preparation for Delaney deposition (4.0 hrs.);  15.00
depose Honeywell expert, Todd Delaney (7.5
hrs.); review transcripts of Chapman and
Anderson depositions (3.5 hrs.).

DB Research production set for relevant documents  8.50
for expert depositins (4.0 hrs.); collect and
prepare expert files (4.5 hrs.).

RLS Review and incorporate new correspondence  2.00
into the case file.

ACZ Review Honeywell argument in response to  2.50
Grace's motion for summary judgment on strict
liability claim (.7 hrs.); discussion with B.
Hughes regarding Honeywell war-time
argument in its response to Grace's strict
liability claim and research and review of case
law and documents needed related to this
argument (1.1 hrs.); additional research on
NCP consistency for reply to Honeywell's
response to Grace's CERCLA summary
judgment motion (.7 hrs.).

TP Office conference with Mr. Hughes re research  0.70
re assumption of risk and degree of knowledge
required  (.6 hrs.); call to Mr. Miller re name of
person in accounting (.1 hrs.).

CHM Conference with M. Flax re Honeywell  10.60
opposition to license agreement and strict
liability (.5 hrs.); meeting with A. Nye and S.
Shelnutt re next steps (.6 hrs.); attend Rifkin
deposition (8.0 hrs.); prepare memo to file
regarding key points in deposition (1.5 hrs.).

W. R. Grace & Co.                                                                    Page    15

|  |  |  | **Hours** |
|---|---|---|---|
| 07/12/01 | BB | Consult with Mr. Hughes by telephone re research assignment in preparation for reply brief (.2 hrs.); research case depositions for pertinent language in preparation for reply briefs for Mr. Hughes (3.7 hrs.); research historical documents for pertinent information in preparation for reply brief for Mr. Hughes (5.8 hrs.); prepare and produce supplemental expert supporting documents for Ms. Parker; incorporate same into case files (4.6 hrs.). | 14.30 |
|  | WH | Review documents and confer with Messrs. Brown and Gollaway in preparation for deposition of Bruce James (8.6 hrs.) | 8.60 |
| 07/13/01 | WH | Finish preparation for Bruce James' deposition (1.7 hrs.); take James deposition (8.6 hrs.). | 10.30 |
|  | NAB | Locate and copy documents from the Brown and GRA productions per Ms. Parkers request (2.1 hrs.); bates label and copy supplemental documents to be sent to expert (5.4 hrs.). | 7.50 |
|  | PCC | Draft memo re information needed for Grace & Co. summary judgment brief. | 0.30 |
|  | TM | Analyze and incorporate new case correspondence, pleadings, documents and reports into case files (1.8 hrs.); consult with Ms. Parker re supplemental expert documents (.2 hrs.); prepare and label same for production (1.0 hrs.). | 3.00 |
|  | CHM | Prepare letter to D. Field on expert document production (1.2 hrs.); read and make assignments on Honeywell opposition briefs (6.8 hrs.). | 8.00 |

W. R. Grace & Co.                                                                    Page    16

|  |  |  | __Hours__ |
|---|---|---|---|

| 07/13/01 TP | | Office conference with Mr. Marraro updating progress on confirming production of documents (.5 hrs.); finalized summary chart of production (1.6 hrs.); telephone conference with Mr. Miller re Mr. Garvey information on transaction of ECARG and standard reports (1.1 hrs.); research re cases cited by plaintiffs re strict liability and assumption of risk and Westlaw searches re same (4.9 hrs.); telephone conference with Mr. Hughes and follow-up call to Mr. Boenning re Parson's report still not produced (.2 hrs.); call from Ms. Busbea re information on documents sent from Dr. Costa (.2 hrs.). | 8.50 |
| 07/14/01 TP | | Reviewed Rifkin report and articles by Dr. Costa in preparation for Costa deposition. | 2.90 |
| 07/15/01 CHM | | Review and assess two boxes of documents from AAA for Wells deposition (6.4 hrs.); prepare outline for Wells deposition (3.0 hrs.). | 9.40 |
| 07/16/01 DB | | Researching case files for document in preparation of deposition of Honeywell expert (4.0 hrs.); preparation of billings including pulling and copying expert reports (4.5 hrs.). | 8.50 |
| | BB | Continue incorporating new pleadings, case documents and correspondence into indexed case files (8.9 hrs.); consult with Ms. Parker re status of shipment of expert supporting documents from local counsel (.5 hrs.). | 9.40 |
| | RLS | Review and incorporate new correspondence into the case file. | 2.80 |

W. R. Grace & Co.                                                                                    Page   17

|            |     |                                                                                                                                                                                                                                                                                              | Hours |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 07/16/01  | CHM | Review Costa documents (1.8); lengthy prep session for Costa deposition (5.4); meeting with J. Agnello to assist with preparation for Hart deposition (1.0 hrs.).                                                                                                                               | 8.20  |
|            | ACZ | Discussions with B. Hughes regarding remaining research needs and language for strict liability brief (.7 hrs.); additional research on NCP consistency under CERCLA for reply brief (.7 hrs.); review of Honeywell strict liability brief and additional research on liability when government compels a facility to take certain action (1.9 hrs.). | 3.30  |
|            | AP  | Review Honeywell briefs in opposition to summary judgment (2.3 hrs.); meet with B. Hughes regarding briefing schedule and assignments for reply briefs (.9 hrs.); conference with B. Banks re filing of brief and compilation of additional exhibits in support of briefs (1.0 hrs.); research for reply brief regarding CERCLA and NCP consistency (1.8 hrs.). | 6.00  |
|            | WH  | Review Mueser Rutledge documents in preparation for deposition of Honeywell's geotechnical/heaving expert, Peter Deming (4.2 hrs.); work on summary judgment reply briefs (5.4 hrs.).                                                                                                           | 9.60  |
|            | NAB | Review, file and index case documents.                                                                                                                                                                                                                                                       | 2.00  |
|            | MM  | Office conference with Mr. Hughes re preparing of filing in New Jersey (.1 hrs.); office conference with Ms. Pelletier re producing copies of recently filed Honeywell briefs (.1 hrs.); search case material and produce same to Ms. Pelletier (1.0 hrs.);                                      | 1.70  |

W. R. Grace & Co.

Page    18

**Hours**

|  |  |  |
|---|---|---|
|  | conference with Ms. Pelletier re Gayle Koch's deposition and preparation (.5 hrs.). |  |
| 07/16/01 TP | Reviewed Dr. Costa's report and references (3.0 hrs.); met with Dr. Costa, Mr. Marraro, Dr. Goad to prepare Dr. Costa for deposition (5.4 hrs.). | 8.40 |
| 07/17/01 AP | Calls with F. Boenning and G. Koch re scheduling Koch deposition (.5 hrs.); research application of statute of limitations to CERCLA in preparation for reply brief (3.5 hrs.). | 4.00 |
| PCC | Draft reply brief on Grace & Co. and Grace Ltd. summary judgment motion. | 5.50 |
| DB | Continue researching case files for documents in preparation of deposition of Honeywell experts (4.0 hrs.); preparation of binders, pulling and copying expert files (4.5 hrs.). | 8.50 |
| WH | Prepare for Peter Deming deposition (3.6 hrs.); work on summary judgment reply briefs (6.8 hrs.). | 10.40 |
| CHM | Take deposition of Honeywell expert, Mr. Wells (8.5 hrs.); review first draft of Grace & Co. summary judgment reply brief (.6 hrs.). | 9.10 |
| ACZ | Additional research on New Jersey case law on strict liability and case law regarding defenses to strict liability where government allegedly compels action (1.6 hrs.); draft language for strict liability reply brief on lack of merit and relevance of Honeywell's government war-time involvement on lack of relevance of state riparian grants on strict liability, and on other issues (6.9 hrs.); review state riparian grants to | 9.30 |

W. R. Grace & Co.                                                         Page   19

<u>Hours</u>

|            |      | Mutual Chemical for authorization to dump chromium (.8 hrs.). |      |
|------------|------|------|------|

Mutual Chemical for authorization to dump
chromium (.8 hrs.).

07/17/01 BB    Collect and prepare supporting documents for          9.00
               7/19/01 deposition for Ms. Pelletier and
               prepare package of same (.5 hrs.); review,
               analyze, organize, prepare and incorporate new
               correspondence, pleadings and case documents
               into case files and create new case files (6.5
               hrs.); scan new pleadings and documents and
               install in electronic files and deposition into
               Summation and electronic files (1.4 hrs.);
               prepare documents for shipment to local
               counsel for deposition (.6 hrs.).

         RLS   Office conference with Mmes. Manago, Banks           3.00
               and Pelletier (.2 hrs.); reiew documents in
               order to determine whether they have
               previously been produced (2.8 hrs.).

         NAB   Scan case documents to server (2.6 hrs.).            2.60

         TP    Office conference with Mr. Marraro re Dr.            7.70
               Costa's deposition (.2 hrs.); telephone
               conference with Ms. Banks re Honeywell
               production of documents for upcoming expert
               deposition (.2 hrs.); final meeting with Dr.
               Costa prior to start of deposition and defended
               deposition (5.9 hrs.); reviewed cases re
               government authorization of activity in defense
               of strict liability claim (1.4 hrs.).

07/18/01 DB    Review and organize new production                  12.50
               documents (4.0 hrs.); integrate documents into
               ase files and prepared expert supporting
               documents (8.5 hrs.).

         WH    Prepare for Deming deposition (4.1 hrs.); work        9.90
               on summary judgment reply briefs (5.8 hrs.).

W. R. Grace & Co.                                                                    Page    20

|  |  | **Hours** |
|---|---|---|
| 07/18/01 BB | Consult with Mr. Marraro re research assignment (.1 hrs.); research case files and prepare pertinent correspondence between NJDEP and defendant for Mr. Marraro (5.6 hrs.); consult with Mr. Marraro re same (.1 hrs.); provide guidance re incorporation of new pleadings into case files to litigation clerk (.3 hrs.); consult with Mr. Hughes and collect and prepare pertinent documents (.7 hrs.); prepare letter and fax to all counsel of record for Mr. Hughes re re-scheduled deposition (.5 hrs.); place call to case expert re research request for Mr. Marraro (.1 hrs.). | 7.40 |
| NAB | Review, index and scan case new pleadings. | 7.50 |
| AP | Conference with C. Marraro and clients regarding Grace accounting (3.0 hrs.); outline and draft CERCLA reply brief (2.9 hrs.). | 5.90 |
| AFK | Research re assumption of risk and strict liability in New Jersey (1.2); telephone conference with Mr. Marraro re same (0.1); draft e-mail to Mr. Hughes re same (0.2). | 1.50 |
| CHM | Prepare letter to D. Field re additional witnesses for deposition of American Appraisal Associates (1.2 hrs.); prepare introduction to CERCLA 113 and 107 briefs (2.5 hrs.); research cases on "incurred costs" (1.5 hrs.). | 5.20 |
| ACZ | Draft language for strict liability response brief (3.4 hrs.); research case law on CERCLA costs (3.6 hrs.); research of case law on CERCLA statute of limitations on "contribution" (2.9 hrs.); research Supreme Court law fthat the plain language of a statute controls (1.1 hrs.). | 11.00 |

W. R. Grace & Co.                                                                    Page    21

|  |  |  | **Hours** |
|---|---|---|---|
| 07/18/01 | TP | Read incoming case correspondence (.9 hrs.); drafted argument responding to Honeywell's argument that they are not liable because Grace assumed the risk of contamination and resarch re same (6.7  hrs.); reviewed Honeywell opposition briefs (1.1 hrs.). | 8.70 |
|  | RLS | Review documents to determine whether they had been previously produced. | 3.50 |
|  | PCC | Drafting reply brief re Grace Ltd. and Grace & Co. summary judgment motion. | 1.00 |
| 07/19/01 | BB | Research production database and case files for documents pertinent to reply briefs for Messrs. Marraro and Hughes (.7 hrs.); research Westlaw and Lexis for relevant case law and shepardize each for Mr. Hughes (1.2 hrs.); rsearch production database and case files for pertinent expert supporting document for Ms. Flax re ongoing expert deposition (.7 hrs.); prepare cover letter and deposition errata sheets for court reporter and prepare fax for all counsel of record re same (.8 hrs.); read and analyze new correspondence and prepare for incorporation into case files (3.8 hrs.); prepare and e-mail pertinent scanned pleadings for Mr. Marraro (.2 hrs.); prepare, organize and incorporate new case documents and pleadings into case files (4.6 hrs.). | 12.00 |
|  | ACZ | Research CERCLA case law on payment of response cots paid in first instance by parent corporation under CERCLA for reply briefs (4.4 hrs.); research the definition of "incur" under CERCLA and under NCP-consistency regulations for reply briefs (2.9 hrs.); research case law on whether NCP consistency is a necessary element to establish the liability of a | 9.60 |

W. R. Grace & Co.

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | party under CERCLA on summary judgment for reply briefs (2.3 hrs.). |  |
| 07/19/01 | WH | Work on summary judgment reply briefs (10.3 hrs.). | 10.30 |
|  | AP | Research and draft portion of reply brief regarding NCP consistency. | 7.80 |
|  | CHM | Conference with J. Agnello re Hart deposition and documents to be used at deposition (.8 hrs.); prepare section 113 brief (3.5 hrs.); conference with client (1.5 hrs.); conference with M. Flax re license agreement brief (.5 hrs.) review files on petroleum cleanup re incremental costs and state orders (1.2 hrs.). | 7.90 |
|  | RLS | Review and create labels for the boxes of documents in the case room. | 3.50 |
|  | TP | Read Honeywell letter to NJDEP (.2 hrs.); drafted argument that Honeywell is not protected by government contractor defense (3.4 hrs.); office conference with Ms. Banks re documents produced by Dr. Costa at his deposition (.2 hrs.). | 3.80 |
|  | MM | Office conferences with Mr. Marraro, Ms. Banks and Ms. Pelletier re preparation for filing reply briefs in 7/23/01 with Ms. Flax's office (.2 hrs.); telephone conference with Ms. Flax re same(.2 hrs.); review various drafts of briefs and other case documents in preparation for stated filing (.3 hrs.). | 0.70 |
|  | NAB | Scan pleadings into server (7.5 hrs.); file and index new correspondence and case files (1.7 hrs.). | 9.20 |

W. R. Grace & Co.                                                                                    Page    23

|  |  | **Hours** |
|---|---|---|

07/20/01  BB    Consult with case expert by telephone re                9.50
research for production documents relevant to
preparation of expert for deposition for Mr.
Marraro (.2 hrs.); research case files, collect,
analyze and discuss pertinent documents with
expert by telephone (1.8 hrs.); consult with Mr.
Hughes re preparation of appendices for reply
brief (.2 hrs.); research Westlaw and prepare
pertinent case law for Mr. Hughes re reply
brief (.9 hrs.); research FRCP 56.1 and
appropriate local federal rules re filing
requirements for Mr. Hughes and Ms. Pelletier
(.6 hrs.); research production database and case
files for pertinent documents (.7 hrs.); research
case files, collect and prepare pertinent
produced documents re declaration for Ms.
Pelletier (2.3 hrs.); prepare and incorporate
new pleadings into case files and create new
files (1.3 hrs.); collect supporting documents to
defendants' expert and case expert for Ms. Flax
and prepare for shipment (1.5 hrs.).

       RLS    Office conference with Mmes. Pelletier,                0.50
Manago and Banks regarding attachments to
Bill Miller's affidavit and search the produced
documents in order to determine whether
attachments were produced.

       WH    Draft summary judgment reply brief re Grace's        9.50
common law strict liability claim (8.8 hrs.);
conferences with Mr. Condron and Ms.
Pelletier re CERCLA reply briefs (.7 hrs.).

       MM    Office conferences with Mr. Marraro, Ms.             5.70
Pelletier, Ms. Banks and Mr. Hughes re various
tasks to be completed in preparation of filing
our rely briefs (.4 hrs.); search case material
and produce copy of Michael Caffreys' 7/10/01
declaration with all exhibits to Ms. Pelletier for
review (.3 hrs.); review various deeds and

W. R. Grace & Co.                                                    Page   24

                                                                    __Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | leases re producing lease (2.1 hrs.); follow-up office conference with Mr. Marraro and Ms. Pelletier re same (.2 hrs.); search Grace database and produce produced copy of stated lease and provide copy of same to Ms. Pelletier for review (2.3 hrs.); review Mr. Caffreys' 6/13/01 declaration re assuring stated lease had previously been produced (.2 hrs.); various other tasks in preparation (.2 hrs.). |  |
| 07/20/01 | ACZ | Additional reseach of CERCLA case law related to NCP consistency and the definition of "incur" for reply briefs (3.1 hrs.); review the statute of limitations defense argument raised by Honeywell in its brief in response to Grace's motion for summary judgment under CERCLA 107 (1.3 hrs.); discussions with C. Marraro, A. Pelletier, B. Hughes, P. Condron regarding research findings and research assignments (1.1 hrs.); research New Jersey statutes and regulations requiring the removal of underground storage tanks, the definition of "removal" under N.J. statutes and related case law (3.4 hrs.). | 8.90 |
|  | NAB | Scan pleadings into server. | 6.50 |
|  | CHM | Prepare sections to 113 brief (4.5 hrs.); conferences re strategy on strict liability brief (1.0 hrs.); review and edit WWII section of strict liability brief (1.3 hrs.); work with P. Condron on veil piercing issues (3.2 hrs.). | 10.00 |
|  | PCC | Revise reply brief on Grace & Co. and Grace Ltd. summary judgment motion. | 3.70 |
|  | AP | Call with G. Koch re upcoming scheduling (.3 hrs.); research and draft portion of CERCLA reply brief regarding "innocent purchaser" argument (4.1 hrs.); additional research | 11.30 |

W. R. Grace & Co.                                                      Page   25

|  | | **Hours** |
|---|---|---|

regarding costs under NCP for inclusion in CERCLA reply brief (.9 hrs.); re-label document files to indicate whether each set produced (.5 hrs.); research and draft declaratory judgment portion of CERCLA reply brief (4.5 hrs.); additional research and redrafting of veil-piercing argument in CERCLA reply brief (1.0 hrs.).

| 07/20/01 TP | Researched and drafted memo re whether analysis of abnormally dangerous activity is based on time of disposal or time of litigation. | 8.10 |

| 07/21/01 ACZ | Draft language for brief in reply to Honeywell's response to Grace's CERCLA 107 summary judgment motion (2.7 hrs.); research New Jersey hazardous waste disposal regulations for reply brief to Honeywell's response to Grace's CERCLA 113 summary judgment motion and related discussions with C. Marraro (3.1 hrs.); research case law on cost-effectiveness as a factor in determining appropriate remediation and cleanup remedies under CERCLA for purposes of replying to Honeywell's response to Grace's motion for summary judgment under CERCLA sections 113 and 107 (2.1 hrs.); review final strict liability brief for B. Hughes, discussions with B. Hughes regarding suggested revisions (1.3 hrs.). | 9.20 |

| AP | Review, revise, finalize and gather exhibits in support of CERCLA reply brief. | 10.00 |

| NAB | Pull and copy documents to be used in appendix to reply summary judgment briefs. | 4.00 |

| PCC | Revise briefs on corporate liability and license agreement. | 5.00 |

W. R. Grace & Co.                                                                Page   26

|  |  |  | **Hours** |
|---|---|---|---|
| 07/21/01 | MM | Office conferences with Mr. Marraro, Mr. Hughes and Ms. Pelletier re various task to be completed in preparation for our filing of briefs on 4/23/01 (1.2 hrs.); search various case material and produce copies of specific documents (i.e., correspondence, reports, etc.) to used in appendix (6.3 hrs.). | 7.50 |
|  | BB | Analyze draft briefs and identify exhibits (1.2 hrs.); research production database, CDs and case files for pertinent documents for appendix to reply summary judgment briefs (1.8 hrs.); collect, prepare, coordinate and organize documents for appendix (7.6 hrs.); consult with Messrs. Marraro and Hughes re appendices to summary judgment (.3 hrs.); collect, prepare and coordinate pertinent appendix documents for Mr. Marraro (.6 hrs.); create draft index of collected appendix documents to date (.5 hrs.). | 12.00 |
|  | WH | Revisions to strict liability summary judgment reply brief (8.8 hrs.); conferences with Ms. Pelletier re NCP and statute of limitations issues re CERCLA 107 reply brief and research re same (1.8 hrs.); review and provide comments on Grace Ltd. and Grace & Co. reply brief (1.3 hrs.); review and provide comments on Mr. Agnello's draft reply brief re license agreement (.7 hrs); draft inserts to brief re CERCLA "response cost" and "necessity" issues (3.2 hrs). | 15.80 |
|  | CHM | Research cases on issues for CERCLA section 113 brief (3.5 hrs.); draft declaratory jugment section to reply brief (3.0 hrs.); draft "incurred cost" and prepare necessary arguments for section 113 brief (3.0 hrs.); conference with J. Agnello re license brief (.5 hrs.). | 10.50 |

W. R. Grace & Co.                                                                                          Page   27

|  |  | | **Hours** |
|---|---|---|---|

07/22/01 MM  Office conferences with Mr. Marraro, Mr.    13.50
Pelletier and Mr. Hughes re various task to be
completed for filings (1.1 hrs.); review various
case materials and databases for documents to
be incorporated into appendix to be filed (8.2
hrs.); review, organize and create appendix
(two volumes) to be filed (2.7 hrs.); cite check
and shepardize  various briefs (1.6 hrs.).

    CHM  Review and edit of summary judgment briefs   10.50
(strict liability, Grace & Co., CERCLA 107)
license agreement (6.5 hrs.); draft sections of
section 113 brief (2.5 hrs.); work on appendix
material to section 113 brief (1.5 hrs.).

    NAB  Pull and copy documents to be used in    15.00
appendix to reply summary judgment briefs
((7.5 hrs.); copy and bind appendices to reply
summary judgment briefs (7.5 hrs.).

    PCC  Revise brief on CERCLA Section 107 (2.0   5.00
hrs.); revise brief on license agreement (1.0
hrs.); ;egal research re use of extrinsic evidence
in interpreting license agreement (1.5 hrs.);
telephone conference with Messrs. Hughes and
Marraro re CERCLA and strict liability issues
(.5 hrs.).

    AP  Final edit of CERCLA reply brief to include C.  14.60
Marraro and B. Hughes edits and to meet page
limits (2.1 hrs.); review and revise NCP
"necessity" argument for both CERCLA 113
and 107 in accordance with instructions of C.
Marraro (4.0 hrs.); additional research
regarding NCP consistency for inclusion in
reply brief (3.0 hrs.); review citecheck and
finalize P. Condron's draft of the reply brief on
Co. and Ltd.'s claims (2.5 hrs.); review,

W. R. Grace & Co.                                                              Page    28

|  | | **Hours** |
|---|---|---|
| | citecheck and finalize CERCLA reply brief (3.0 hrs.). | |
| 07/22/01 WH | Finalize draft of strict liability reply brief for review by Mr. Marraro (7.9 hrs.); finalize strict liability brief for filing on July 23 (2.8 hrs.); legal research on NCP issues in connection with CERCLA 107 and CERCLA 113 reply briefs (2.6 hrs.); draft inserts re NCP issues for CERCLA 107 and 113 briefs (2.1 hrs.); review and revise Ms. Pelletier's draft reply brief in support of CERCLA 107 motion (2.7 hrs.). | 18.10 |
| BB | Analyze, coordinate and prepare exhibits for inclusion in summary judgment appendix (5.1 hrs.); update draft index to appendix (.5 hrs.); assist Mr. Hughes in reviewing of strict liability brief and analyzing and identifying exhibits to brief (2.7 hrs.); review and proof Grace Ltd. brief, cite check and Blue Book brief for Mr. Condron (.8 hrs.); research case files, collect, coordinate and prepare exhibits for Grace Ltd. brief for Mr. Condron (1.2 hrs.); assist Mr. Marraro in reviewing of CERCLA 113 brief and analyzing, identifying and preparing exhibits to brief (1.7 hrs.); coordinate and prepare duplicate sets of exhibits for filing and filing packages (2.3 hrs.). | 14.30 |
| 07/23/01 DB | Research case files and productions CDs for documents in preparation for deposition (4.5 hrs.); preparation of, pulling and copying expert reports (5.0 hrs.). | 9.50 |
| BB | Respond to telephone inquiry from case expert (.2 hrs.); research documents relied upon by case expert for pertinent issue information in preparation for 7/24/01 deposition for Mr. Hughes (2.9 hrs.); research document database, CDs and case files for documents relied upon | 7.60 |

W. R. Grace & Co.                                                                          Page    29

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | by expert in preparation for 7/26/01 deposition (2.8 hrs.); organize pertinent documents and prepare fax to Mr. Hughes in NJ for deposition (.7 hrs.). |  |
| 07/23/01 | PCC | Draft and research insert for license agreement brief on ratification and apparent authority (1.2 hrs.); telephone conference with Ms. Flax re license agreement brief (.3 hrs.). | 1.50 |
|  | MM | Conferences with Ms. Flax in New Jersey re finalizing the briefs to be filed (2.4 hrs.); review and organize various documents in preparation of the filing of the stated briefs (7.8 hrs.); conference with U.S. District Court in New Jersey re filing all stated briefs with all supporting documentation (1.8 hrs.). | 12.00 |
|  | WH | Final edits to reply briefs in support of Grace's CERCLA 107 and 113 summary judgment motions (1.8 hrs.); conferences with Ms. Flax and Ms. Pelletier re finalizing and filing all summary judgment reply briefs (1.3 hrs.); review Honeywell's opposition brief to Grace/ICO motion for summary judgment on their RCRA claims (1.1 hrs.); conference with Mr. German re RCRA brief and Valera/Schmiermund expert depositions (.4 hrs.); prepare for expert deposition of Peter Deming re geotechnical/heaving issues (4.9 hrs.); telephone conference with Dr. Valera re questions for Deming deposition (.8 hrs.). | 10.30 |
|  | CHM | Final preparation of reply briefs for filing (2.0 hrs.); reanalyze cases in Honeywell opposition on CERCLA section 113 brief with Ms. Pelletier (1.5 hrs.); final edits to CERCLA section 113 brief (.5 hrs.); conference calls | 4.50 |

W. R. Grace & Co.

Page   30

|  |  | **Hours** |
|---|---|---|
| | with Ms. Flax re filing of briefs with court (.5 hrs.). | |
| 07/23/01 AP | Conference with C. Marraro re distinguishing cases cited by Honeywell (.8 hrs.); re-draft footnote distinguishing cases relating to equity of applying a residential cleanup to the Route 440 site (1.5 hrs.); conference with M. Flax re finalization and filing of briefing package (.4 hrs.); conference with C. Marraro regarding dispute over scheduling Gayle Koch deposition (.3 hrs.). | 3.00 |
| TP | Call with Mr. Marraro (.2 hrs.); office conference with Ms. Pelletier re Gayle Koch's documents, reviewed the documents to determine if all have been produced to Honeywell and call with Mr. Boenning regarding same (1.2 hrs.); reviewed ECARG balance sheets for indication of clean-up costs for Route 440 site (.2 hrs.). | 1.60 |
| NAB | Prepare documents to be returned to Peter Champman (2.0 hrs.); file and index case documents (4.5 hrs.). | 6.50 |
| 07/24/01 MM | Telephone conference with Ms. Flax re post filings and other miscellaneous matters relating to 7/23/01 filings (0.4 hrs.). | 0.40 |
| AP | Preparation for Walsh deposition. | 4.00 |
| BB | Research case files, CDs and production database for documents in preparation for 7/26/01 deposition for Ms. Flax (.8 hrs.);  scan and email documents to Ms. Flax for same (1.8 hrs.); research case files and document database for documents in preparation for 7/26/01 deposition for Ms. Pelletier (2. hrs.); collect, prepare and organize documents for | 10.00 |

W. R. Grace & Co.                                                                          Page    31

                                                                                          __Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | deposition for Ms. Pelletier (.8 hrs.); read and analyze documents in deposition preparation binders for relevant issue information re 7/24/01 deposition for Mr. Hughes (3.7 hrs.); prepare documents for deposition and prepare fax of same to Mr. Hughes (.4 hrs.). |  |
| 07/24/01 | DB | Researching files for documents in preparation for deposition (3.0 hrs.); preparation of binders, pulling and copying expert reports (3.0 hrs.). | 6.00 |
|  | CHM | Lengthy prep session with Dr. Valera for depositions. | 7.50 |
|  | TP | Telephone conference with Mr. Boenning requesting copies of all Koch documents including those previously produced and prepared cover letter with costs for same (.4 hrs.); telephone conferences with Dr. Koch re production of her notes (.1 hrs.). | 0.50 |
|  | WH | Prepare for and take Peter Deming's deposition in NJ (9.6 hrs.); conference with Dr. Valera and Mr. Marraro re outcome of Mr. Deming's deposition (1.4 hrs.); prepare Dr. Valera for his deposition on July 25 re geotechnical/heaving issues (3.2 hrs.). | 14.20 |
| 07/25/01 | AP | Preparation for Walsh deposition (4.9 hrs.); draft outline for same (2.0 hrs.). | 6.90 |
|  | CHM | Meeting with J. Agnello re strategic issues in litigation. | 1.50 |
|  | TP | Telephone conferences with Mr. Marraro and Dr. Koch re her deposition (.2 hrs.); preparing for deposition (.9 hrs.). | 1.10 |

W. R. Grace & Co.

|  |  |  | **Hours** |
|---|---|---|---|
| 07/25/01 | WH | Finishing preparing Dr. Valera for his expert deposition (1.4 hrs.); defend Dr. Valera's deposition (6.8 hrs.); conference with Mr. Marraro re same (.3 hrs.); prepare questions re Deming/geotechnical issues for Blanchard deposition (1.2 hrs.); conference with Mr. Golliday (.5 hrs.); review Honeywell's November 2000 heaving study in preparation for Schmiermund deposition (.8 hrs.); review and analyze Honeywell's reply brief in support of its motion for summary judgment on Grace's claims (2.2 hrs.). | 12.70 |
|  | DB | Researching files for documents in preparation for deposition (3.5 hrs.); pulling and copying expert reports (7.5 hrs.). | 11.00 |
|  | BB | Incorporate new pleadings and appendices into case files and create new files (2.8 hrs.); review, analyze, coordinate, sort and prepare new correspondence and case documents for incorporation into case files (3.5 hrs.); incorporate supplemental expert documents into case index and create new files (1.7 hrs.). | 8.00 |
| 07/26/01 | MM | Telephone conference with Mr. Hughes re reviewing Mr. Walerko's 5/15/01 deposition for specific testimony (.2 hrs.); review Mr. Walerko's deposition (.4 hrs.); forward testimony to Mr. Hughes for review (.2 hrs.); telephone conference with Mr. Agnello's office re same (.1 hrs.); review various accounting records re adjusting entries according to client's new billing guidelines (.7 hrs.); case management (.8 hrs.). | 2.40 |
|  | CHM | Comment on letter to Judge Cavanaugh re AAA deposition (.5 hrs.); conference with J. Agnello re same (.2 hrs.); conference with M. Caffrey re addition of AAA depositions (.2 | 4.90 |

W. R. Grace & Co.                                                                 Page    33

|  |  | **Hours** |
|---|---|---|

hrs.); conference with investigator (.2 hrs.); prepare draft letter to EPA Region 1 re Harris letter re action (.6 hrs.); review deposition transcripts of Honeywell experts Rifkin, Wells and Hart (3.2 hrs.).

07/26/01 WH    Meeting with Dr. Schmiermund to prepare him for his expert deposition on July 27 re heaving/geotechnical issues (9.6 hrs.); conference with Ms. Flax re Blanchard deposition and related geotechnical/heaving issues (.8 hrs.); conference with Mr. Marraro re status of deposition and preparation of Ms. Koch (.4 hrs.).          10.80

         AP    Take Walsh deposition.          7.50

         NAB   File and index case documents (2.5 hrs.); load new deposition transcripts into Summation database and add to server (1.0 hrs.).          3.50

07/27/01 DB    Review and organized new production documents and integrate into case files (5.5 hrs.).          5.50

         CHM   Study Honeywell reply brief and new exhibits.          3.20

         NAB   File and index new correspondence.          5.50

         PCC   Review Brennan deposition attached to Honeywell reply brief (.8 hrs.); draft memo to Mr. Marraro re Brennan deposition (.2 hrs.); review Honeywell reply brief (1.0 hrs.).          2.00

         TP    Telephone conferences with Dr. Valero re photos in follow-up to phone message from Mr. Marraro re same.          0.30

W. R. Grace & Co.                                                                    Page   34

|  |  |  | **Hours** |
|---|---|---|---|
| 07/27/01 | WH | Finish preparing Dr. Schmiermund for his deposition (1.8 hrs.); defend Dr. Schmiermund's deposition (6.8 hrs.); conference with Ms. Koch re her deposition (.4 hrs.); prepare file memorandum re Valera and Schmiermund depositions (.8 hrs.); draft letter to Mr. Caffrey re production of additional documents from Peter Deming's file (.4 hrs.). | 10.20 |
| 07/30/01 | DB | Preparation of binders including pulling and copying expert reports (3.0 hrs.); organized and re-filed case boxes as well as re-labeled (3.0 hrs.). | 6.00 |
|  | CHM | Review draft and RCRA brief from plaintiffs (2.5 hrs.); conference call with plainitffs' counsel (.5 hrs.); conference call with Mr. Agnello re "entire controversy" and discovery issues (1.3 hrs.). | 4.30 |
|  | NAB | File and index new correspondence and case files. | 7.50 |
|  | MM | Office conferences with Mr. Marraro re producing various reference documents from case material (.3 hrs.); search case material and produced requested material to Mr. Marraro for review (1.4 hrs.); case management (.6 hrs.). | 2.30 |
| 07/31/01 | CHM | Edit RCRA brief. | 3.50 |
|  | BB | Consult by telephone with plaintiffs' counsel re appendix to joint RCRA brief (.1 hrs.); review and quality check in-house CDs for production documents, cross-reference against production files and create memo re document issues for Ms. Pelletier (3.8 hrs.); provide direction to litigation clerk for creation of NJSA NJ Industrial Site Recovery Act and NJ Spill Compensation & Control Act and quality | 5.30 |

W. R. Grace & Co.                                                        Page   35

**Hours**

check same (.4 hrs.); review and organize new
deposition transcripts and exhibits, prepare
for incorporation into case files and provide
direction to litigation clerk re same (1.0 hrs.).

07/31/01  DB    Create and prepare index to NJSA NJ                     1.00
                Industrial Site Recovery Act and NJ Spill
                Compensation & Control Act and prepare sets
                for distribution to attorneys.

**Amount**

|  |  | |
|---|---|---|
| Total Fees | 1287.50 | $281,653.50 |
| 7/6/2001 Payment - thank you | | ($50,000.00) |
| 7/31/2001 Less Deduction of 40% of Fees Per Agreement | | ($112,661.40) |
| Balance Due | | $118,992.10 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 201.00 | 130.00 |
| Darlene Boozer, Legal Clerk | 131.30 | 95.00 |
| Natasha A. Bynum, Legal Clerk | 120.90 | 95.00 |
| Peter C. Condron, Counsel | 61.50 | 335.00 |
| William Hughes, Counsel | 215.60 | 305.00 |
| Anthony F. King, Partner | 1.50 | 375.00 |
| Tonya Manago, Sr. Paralegal | 7.70 | 130.00 |
| Christopher H. Marraro, Partner | 165.40 | 420.00 |
| Rebecca Mitchell, Paralegal | 0.40 | 115.00 |
| Mahmoude Moasser, Paralegal | 46.50 | 130.00 |
| Tamara Parker, Associate | 77.40 | 260.00 |
| Angela Pelletier, Associate | 163.60 | 200.00 |
| F. Paul Pittman, Paralegal | 2.30 | 115.00 |
| Reilly L. Smith, Paralegal | 30.30 | 115.00 |
| Alec C. Zacaroli, Associate | 62.10 | 185.00 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 28, 2001

W. R. Grace & Co.
Attention:  William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12283

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 07/02/01 | CHM | Conference with J. Spinello's office re meeting date with Grace (.3 hrs.); review Libby articles (.2 hrs.). | 0.50 |
| 07/13/01 | CHM | Conference call with EPA re meeting (.3 hrs.); conference call with client re same (.5 hrs.); review NY Times article and Grace response (1.0 hrs.). | 1.80 |
| 07/16/01 | CHM | Meeting with Dr. Goad re analytical methods in dispute. | 0.80 |
| 07/18/01 | CHM | Lengthy conference call re upcoming meeting with EPA (2.5 hrs.); follow up calls with Mr. Corcoran (.5 hrs.). | 3.00 |
| 07/19/01 | CHM | Conference call with client re EPA meeting (.5 hrs.); review various Libby articles (.7 hrs.). | 1.20 |
| 07/24/01 | CHM | Conference call with Dr. Goad re materials for meeting. | 0.50 |

W. R. Grace & Co.                                                    Page      2

|            |     |                                                                                              | Hours |
|------------|-----|----------------------------------------------------------------------------------------------|-------|
| 07/26/01   | CHM | Extensive conference call with J. Spinello (1.0 hrs.); conference call with W. Corcoran re same (.3 hrs.). | 1.30  |
| 07/30/01   | CHM | Conference with W. Corcoran (.2 hrs.); review articles re Libby (.5 hrs.); review EPA presentation on Libby (.3 hrs.). | 1.00  |

|            |       | Amount     |
|------------|-------|------------|
| Total Fees | 10.10 | $4,242.00  |

Timekeeper Summary

| Name                              | Hours | Rate   |
|-----------------------------------|-------|--------|
| Christopher H. Marraro, Partner   | 10.10 | 420.00 |

Wallace
King &
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 28, 2001

W. R. Grace & Co.
Attention:  Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12283

For Professional Services Rendered in Connection with Preparation of Fee Application to
Bankruptcy Court - Matter 10

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 07/02/01 | CHM | Prepare fee application for April and May 2001 (5.2 hrs.); conference with Kirkland & Ellis re fee application issues (.5 hrs.). | 5.70 |
| 07/05/01 | CHM | Complete preparation of fee application. | 2.50 |
| 07/08/01 | CHM | Prepare summary statement on fee applications and conference with local counsel re same. | 0.60 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 8.80 | $3,696.00 |
| Balance Due |  | $3,696.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 8.80 | 420.00 |