# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfares | $2,697.25 |
| Outside Messenger | $156.12 |
| Auto Rental | $716.10 |
| Copies- Internal and Outside | $24,511.91 |
| Hotels | $2,134.40 |
| Facsimile | $149.25 |
| Lexis | $5,445.24 |
| Meals during Travel | $986.86 |
| Telephone | $352.75 |
| FedEx | $2,007.41 |
| Parking | $200.50 |
| Taxis/Miscellaneous Travel Expenses | $269.10 |
| Westlaw | $8,826.00 |
| Overtime Meals | $$633.36 |
| Overtime Meals - Attorneys/Paralegals | $200.91 |
| Overtime Transportation | $306.60 |
| Secretarial Overtime | $2,793.60 |
| | |
| TOTAL | $52,387.36 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 28, 2001

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12283

For Professional Services Rendered in Connection with Honeywell Litigation - Matter 6

Disbursements:

|  | Amount |
|---|---|
| Air Fare to New Jersey for Deposition - 7/12-13/01 | 483.00 |
| Air Fare to New Jersey for Depositions - 7/9-11/01 | 483.00 |
| Air Fare to Newark, NJ for Deposition - 7/16-17/01 | 250.00 |
| Air Fare to Newark, NJ on 4/2/01-4/3/01 | 628.25 |
| Air Fare to/from Newark on 4/19 and 4/30 | 853.00 |
| Auto Rental in New Jersey for Depositions - 7/9-11/01 | 290.08 |
| Auto Rental on trips to Newark on 4/19 and 4/30 | 426.02 |
| Copy Costs - Internal | 5,087.70 |
| Courier Service | 47.92 |
| Delivery Service | 108.20 |
| Facsimile Costs | 141.75 |
| FedEx Costs | 2,007.41 |
| Hotel in New Jersey for Filing Preparation | 80.09 |
| Hotel in New Jersey for Filing of Briefs - 7/23-24/01 | 381.08 |
| Hotel in Newark, NJ for Deposition - 7/16-17/01 | 279.58 |
| Hotels in Newark for 4/19 and 4/30 | 1,393.65 |
| Lexis Costs | 5,445.24 |
| Long Distance Charges | 352.75 |
| Meals in D.C. Meeting with Team | 633.36 |

W. R. Grace & Co.                                                      Page    2

|                                                             | Amount      |
|-------------------------------------------------------------|-------------|
| Meals on trips                                              | 610.39      |
| Merrill Corporation - Outside Copies Todd Delaney Documents | 1,686.47    |
| Miscellaneous Travel Expenses                               | 33.10       |
| Outside Copies                                              | 17,737.74   |
| Overtime Meals - Attorney/Paralegals                        | 130.74      |
| Overtime Transportation                                     | 306.60      |
| Parking on trips                                            | 200.50      |
| Secretarial Overtime for Preparation of Briefs              | 2,793.60    |
| Taxis on trips                                              | 236.00      |
| Westlaw                                                     | 8,826.00    |
|                                                             |             |
| Total Disbursements                                         | $51,933.22  |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 28, 2001

W. R. Grace & Co.
Attention:  William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12283

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Disbursements:

|                                        | Amount   |
|----------------------------------------|----------|
| Facsimile Costs                        | 7.50     |
| Meals on trips                         | 376.47   |
| Overtime Meals - Attorney/Paralegals   | 70.17    |
| Total Disbursements                    | $454.14  |