**COPY**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

FILED

2001 AUG 24  AM 4: 27

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| **W.R. GRACE & CO., INC., et al.** | * | **Case No. 01-1139-JJF** <br> **(Chapter 11)** |
| **Debtors.** | * | **(Jointly Administered)** |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**OPPOSITION OF NIRO, INC. TO MOTION OF THE DEBTORS FOR ENTRY
OF AN ORDER PURSUANT TO SECTIONS 503(b) AND 546 (c)(2) OF THE
BANKRUPTCY CODE GRANTING ADMINISTRATIVE PRIORITY STATUS
FOR RECLAMATION CLAIMS DEEMED VALID (PAPER NO. 753)**

Niro, Inc. ("Niro"), by it undersigned counsel, opposes the Motion of the Debtor

for Entry of an Order Pursuant to Sections 503(b) and 546(c)(2) of the Bankruptcy Code

Granting Administrative Priority Status for Reclamation Claims Deemed Valid (the

"Motion"). Niro opposes the Motion because notice of the Motion was not provided to

Niro as required by this Court, and the Debtors seek to deny Niro's valid reclamation

claim without providing any supporting documentation. In support of this Opposition,

Niro states as follows:

**BACKGROUND**

1.     On April 18, 2001, Niro, through its undersigned counsel, provided notice

of its reclamation claim (the "Reclamation Notice") to the Debtors as required by Section

546 of the Bankruptcy Code and applicable state law. Attached to the Reclamation

Notice are supporting invoices and detailed information regarding the goods accepted by

the Debtors. A copy of the Reclamation Notice is attached hereto as <u>Exhibit A</u> and

incorporated herein by reference.

2.     At the request of the Debtors, this Court entered the Order, Under 11 U.S.C. §105(a), 503(b), 546(c) and 546(g) (A) Establishing Procedure for the Treatment of Valid Reclamation Claims and (B) Prohibiting Third Parties from Interfering with Delivery of the Debtors' Goods (Paper No. 191) (the "Reclamation Order").

3.     The Reclamation Order provides that the Debtors shall "file a motion, on notice to parties in interest, listing those reclamation claims, if any, which they deem to be valid" and "such motion shall be brought by the Debtors within 90 days of the Court's entry of [Reclamation Order]." Reclamation Order at 2.

4.     The Debtors timely filed the Motion, wherein the Debtors seek to deny Niro its reclamation claim because "[t]he product was consumed by Grace prior to Grace receiving the reclamation notice" and "[i]nsufficient information was available to match claim with invoices." Motion at Exh. C.

## ARGUMENT

### Notice of the Motion Was Insufficient

5.     The Debtors did not serve Niro with the Motion, who is clearly a party in interest and had a right to receive notice. Further, notice of the Motion was never provided to Niro or its counsel by the Debtors or its agents. Indeed, counsel for the Debtors filed the Affidavit of Service of Patricia E. Cuniff (Paper No. 758), who declared under oath that the Motion, notice of the Motion, and proposed Order granting the Motion were served on all parties on the "attached service list(s)" (the "Cuniff Affidavit"). A copy of the Cuniff Affidavit is attached hereto as Exhibit B and incorporated herein by reference. The Cuniff Affidavit does not list Niro or its agents, including counsel, as having been served with the Motion or notice thereof.

6.    It was not until today that Niro learned that the Motion had been filed, despite (1) having monitored the docket in this case throughout May, June, July and the month of August; (2) placing numerous telephone calls to counsel to the Debtors through Patricia E. Cuniff (paralegal and affiant with respect to service of the Motion), who has yet to return any calls; and (3) obtaining a copy of the Docket as of August 17, 2001 from the copy service for the Clerk of this Court. These issues are more fully described in the Affidavit of Yvonne Ford attached hereto as Exhibit C and incorporated herein by reference.

7.    Accordingly, this Court should deny the Motion as to Niro based upon the lack of notice provided to Niro.

### The Debtors Provide No Evidentiary Basis to Deny Niro's Reclamation Claim

8.    As a basis for denying Niro relief, the Debtors baldly assert that the goods shipped by Niro and accepted by the Debtors were "consumed" by the Debtors or that part of the claim was "unsubstantiated." However, the Debtors provide no documentation or other explanation to buttress the assertion that the goods were consumed or that the detailed invoices provided with the Reclamation Notice do not provide sufficient information for the Debtors.

9.    Niro has submitted to the Debtors, through its Reclamation Notice, detailed invoices regarding the goods accepted by the Debtor including part numbers and part descriptions, including (1) two "Atomizer, BB, 8" MCSE-C-28 9108859"; (2) one "Valve, Check, 10#, Oil Inlet 9110780"; and (3) one "Valve, Check, ½#, Oil Outlet 9110781."

10.    To the extent the Debtors have taken these goods and converted them into finished goods, it should be simple for the Debtors to provide Niro with documentation to substantiate their assertions. To the extent the detailed descriptions of the goods are insufficient for the Debtors to substantiate Niro's claim, the Debtors should be compelled to at least provide an explanation for it assertion.

WHEREFORE, Niro, Inc. requests that this Court deny the Motion and grant such other relief as is just and proper in this case.

DATED this **23rd** day of August, 2001.

Joel L. Perrell Jr.[1]
Federal Bar No. 25550 (Dist. of MD)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 385-3762

Attorneys for Niro, Inc.

---

[1]    Counsel to Niro, Inc. is not a member of the bar of this Court. Upon learning of the filing of the Motion, counsel believed it to be in Niro's best interests to file an opposition as soon as possible. Niro will seek local counsel in this case.

## Certificate of Service

I HEREBY CERTIFY that on this 23rd day of August, 2001, that a true and correct copy of the foregoing Opposition of Niro, Inc. to Motion of the Debtor for Entry of an Order Pursuant to Sections 503(b) and 546(c)(2) of the Bankruptcy Code Granting Administrative Priority Status for Reclamation Claims Deemed Valid was sent by first class mail, postage prepaid, to the following:

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street
Wilmington, Delaware 19801

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

Elihu Insulbuch, Esquire
Caplin & Drysdale
399 Park Ave., 36th Fl.
New York, New York 10022

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Fl.
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

Lewis Kruger, Esquire
Strook & Strook & Lavan
180 Maiden Lane
New York, New York 10038

Michael R. Lastowski, Esquire
Duane, Morris & Hecksher, LLP
1100 N. Market Street, Suite 1200
Wilmington, Delaware 19801

Joel L. Perrell Jr.

*Ship File*
*Reclamation Demand*

LAW OFFICES

# MILES & STOCKBRIDGE P.C.
### 10 LIGHT STREET
### BALTIMORE, MARYLAND 21202-1487

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD

TELEPHONE 410-727-6464
FAX 410-385-3700

McLEAN, VA
ROCKVILLE, MD
TOWSON, MD
WASHINGTON, D.C.

Writer's Direct Dial:
(410) 385-3762

Writer's E-Mail
jperrell@milesstockbridge.com

April 18, 2001

**BY FACSIMILE, OVERNIGHT MAIL,
CERTIFIED MAIL AND FIRST-CLASS MAIL**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl,
 Young & Jones
919 North Market Street
Suite 1600
Wilmington, Delaware 19899

James H.M. Strayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Siegel, Esquire
Senior Vice President and General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044-4098

> Re:    *In re W.R. Grace, Inc.*
> *Case No.: Jointly Administered Case No. 01-01139*
> <u>*Notice of Reclamation by Niro, Inc.*</u>

Dear Counsel:

I write as counsel to Niro, Inc. ("Niro"). Pursuant to Section 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546 (c), and because of the insolvency and bankruptcy of W.R. Grace & Company, Inc. ("W.R. Grace"), Niro hereby demands the return of all goods that were received by W.R. Grace on or after March 29, 2001. Copies of the invoices which specifically describe the goods shipped by Niro and received by W.R. Grace are attached hereto as Exhibit A.



EXHIBIT

A

Laura Davis Jones, Esquire
James H. M. Sprayregen, Esquire
David B. Siegel, Esquire
April 18, 2001
Page 2

**MILES & STOCKBRIDGE** P.C.

     **Unless the goods covered by this request are returned immediately, appropriate measures will be taken by Niro to reclaim the goods pursuant to applicable law.  This letter is sent pursuant to applicable bankruptcy law and shall not be construed as a violation of 11 U.S.C. § 362(a).**

     Please apprise me of your intentions with regard to this reclamation request.  Thank you for your prompt attention to this matter.

          Sincerely yours,

          Joel L. Perrell Jr.

JLP/jlp

Attachments

cc:    Mr. Robert E. Johnson, Jr.
       Mr. Frederick V. Shaw

Laura Davis Jones, Esquire
James H. M. Sprayregen, Esquire                    MILES & STOCKBRIDGE P.C.
David B. Siegel, Esquire
April 18, 2001
Page 3


bcc:    James C. Doub, Esquire
        Joseph J. Bellinger, Esquire

Exhibit A

# GEA

**NIRO Inc.**
9165 Rumsey Road
Columbia, MD 21045-1991
USA
Tel 410-997-8700
Fax 410-997-5021

Powder Technology
Division

**REMIT TO**
P.O. BOX 64162
BALTIMORE, MD 21264-4162

**INVOICE NO.**
10132.35

| | | |
|---|---|---|
| **SHIP TO** | | |
| W. R. GRACE - CONN | | |
| 7500 GRACE DRIVE | | |
| COLUMBIA MD 21044 | | |

| | | |
|---|---|---|
| **SOLD TO** | | |
| ATTN: ACCOUNTS PAYABLE | | |
| W. R. GRACE & COMPANY | | |
| WASHINGTON RESEARCH CENTER | | |
| PO BOX 3247 | | |
| LAKE CHARLES LA 70602 | | |

| OUR ORDER NO. | CUSTOMER NO. | INVOICE DATE | PAGE |
|---|---|---|---|
| 611 | 30965 | 04-15-01 | 1 |

| SPECIAL MARKING | ORDER DATE |
|---|---|
| 5051130 | 05:03:01 BW |
| BE-0988 | |

| CUSTOMER P.O. NO. | SHIPPED VIA |
|---|---|
| 4500269276 | |

| DESCRIPTION | |
|---|---|
| TECHNICAL SERVICE CALL BY RMB ON 4/6/01 TO INSPECT USED BOWEN #1 TOWER | 180.00 |
| SPRAY DRYER, BE-988. | |
| 1.5 HRS IN-HOUSE SERVICE @ $120/HR | $180.00 |

| | TAX | SPECIAL CHARGES |
|---|---|---|
| | | 180.00 |

Form # 05-01 (9-97)

**ACCOUNTING COPY**

Acceptance and delivery of this merchandise is deemed to be in acceptance of the terms contained on the other side.
Invoice Number must appear on all remittances.  Payable in legal currency of the United States.
Terms Net 30 Days unless otherwise specified.

# INVOICE

## REMIT TO:
REMIT PAYMENT TO:
P.O. BOX 64162
BALTIMORE, MD 21264-4162

Shipped To:

W.R. GRACE & COMPANY
DAVISON CHEMICAL DIVISION
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

| Invoice No.: | 49675 | Page |
| Invoice Date: | 04-04-01 | 1 |
| Order Number: | 28948 | |
| Order Date: | 04-04-01 | |

Sold To:

W.R. GRACE & COMPANY
CURTIS BAY WORKS
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

| Customer PO: | 4500263899 |
| Customer Number: | 005605 |
| Customer Contact: | LINDA |
| Date Shipped: | 04-04-01 |
| Shipped Via: | UPS |

******************** PROFORMA COPY ONLY ********************

| QUAN. ORDERED | UM | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | QUANTITY B.O. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 2 | EA | 0043-05 | VALVE, CHECK, 10#, OIL INLET 9110780 | 2 | 0 | 96.87 | 193.74 |
| 2 | EA | 0043-03 | VALVE, CHECK, 1/2#, OIL OUTLET 9110781 | 2 | 0 | 102.30 | 204.60 |
| | | *** | FREIGHT | | | 4.18 | |

| | 398.34 |
| NET | 398.34 |
| TAX | 0.00 |
| SPECIAL CHARGES | 4.18 |
| TOTAL AMOUNT DUE | 402.52 |

Acceptance and delivery of this merchandise is deemed to be in acceptance
of the terms included herein.
Invoice Number must appear on all remittances. Payable in legal currency of the United States.
Terms Net 30 Days unless otherwise specified.

## INVOICE

| PAYMENT DATE | PAYMENT AMOUNT | BALANCE DUE |
| --- | --- | --- |
| | | 402.52 |

# INVOICE

## REMIT TO:
### REMIT PAYMENT TO:
### P.O. BOX 64162
### BALTIMORE, MD 21264-4162

**Shipped To:**

W.R. GRACE & COMPANY
DAVISON CHEMICAL DIVISION
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

| Invoice No.: | 49668 | Page |
|---|---|---|
| Invoice Date: | 03-30-01 | 1 |

| Order Number: | 28942 |
|---|---|
| Order Date: | 03-29-01 |

**Sold To:**

W.R. GRACE & COMPANY
CURTIS BAY WORKS
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

| Customer PO: | 4500254478 |
|---|---|
| Customer Number: | 005605 |
| Customer Contact: | LINDA |

| Date Shipped: | 03-30-01 |
|---|---|
| Shipped Via: | WARD-PREPAID & ADD |

******************* PROFORMA COPY ONLY *******************

| QUAN. ORDERED | UM | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | QUANTITY B.O. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1 | EA | 36-001 | PARTS TO REPAIR BB-6, S/N 183A | 1 | 0 | 5,116.97 | 5,116.97 |
| 1 | EA | 36-001L | LABOR TO REPAIR BB-6, S/N 183A | 1 | 0 | 2,340.00 | 2,340.00 |
| | | *** | FREIGHT | | | 84.44 | |

|  | 7,456.97 |
|---|---|
| NET | 7,456.97 |
| TAX | 0.00 |
| SPECIAL CHARGES | 84.44 |
| TOTAL AMOUNT DUE | 7,541.41 |

Acceptance and delivery of this merchandise is deemed to be in acceptance
of the terms included herein.
Invoice Number must appear on all remittances. Payable in legal currency of the United States.
Terms Net 30 Days unless otherwise specified.

## INVOICE

| PAYMENT DATE | PAYMENT AMOUNT | BALANCE DUE |
|---|---|---|
| | | 7541.41 |

# INVOICE

## REMIT TO:
REMIT PAYMENT TO:
P.O. BOX 64162
BALTIMORE, MD 21264-4162

Shipped To:

W.R. GRACE & COMPANY
DAVISON CHEMICAL DIVISION
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

| | |
|---|---|
| Invoice No.: | 49665 |
| Invoice Date: | 03-29-01 |
| | |
| Order Number: | 28941 |
| Order Date: | 03-29-01 |

Page 1

Sold To:

W.R. GRACE & COMPANY
CURTIS BAY WORKS
5500 CHEMICAL ROAD
BALTIMORE MD 21226-1698
USA

| | |
|---|---|
| Customer PO: | 4500255214 |
| Customer Number: | 005605 |
| Customer Contact: | LINDA |
| | |
| Date Shipped: | 03-29-01 |
| Shipped Via: | UPS C.O.D. PARTS + FRT. |

****************** PROFORMA COPY ONLY ******************

| QUAN. ORDERED | UM | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | QUANTITY B.O. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | | | | | | | 7,200.00 |
| 30 | EA | 32-402 | ATOMIZER, BB, 8" MCSE-C-28 | 2 | 28 | 3,600.00 | |
| | | | 9108859 | | | 10.48 | |
| | | *** | FREIGHT | | | | |

| | |
|---|---|
| | 7,200.00 |
| NET | 7,200.00 |
| TAX | 0.00 |
| SPECIAL CHARGES | 10.48 |
| TOTAL AMOUNT DUE | 7,210.48 |

Acceptance and delivery of this merchandise is deemed to be in acceptance
of the terms included herein.
Invoice Number must appear on all remittances. Payable in legal currency of the United States.
Terms Net 30 Days unless otherwise specified.

**INVOICE**

| PAYMENT<br>DATE | PAYMENT<br>AMOUNT | BALANCE<br>DUE |
|---|---|---|
| | | 7210.48 |

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

W. R. GRACE & CO., et al.,[1]                   Case No. 01-01139 (RJN)
                                         )      Jointly Administered
    Debtors.                )

## **AFFIDAVIT OF SERVICE**

STATE OF DELAWARE          )
               )SS
COUNTY OF NEW CASTLE       )

        Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the

Debtors, in the above-captioned action, and that on the 30th day of July, 2001 she caused a copy

of the following document(s) to be served upon the attached service list(s) in the manner

indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:22418.27
07/30/01 4:15 PM



**EXHIBIT**

B

1.    Notice of Motion of the Debtors for Entry of an Order Pursuant to

Sections 503(b) and 546(c)(2) of the Bankruptcy Code Granting Administrative Priority

Status for Reclamation Claims Deemed Valid;

2.    Motion of the Debtors for Entry of an Order Pursuant to Sections

503(b) and 546(c)(2) of the Bankruptcy Code Granting Administrative Priority Status for

Reclamation Claims Deemed Valid; and

3.    Order Pursuant to Sections 503(b) and 546(c)(2) of the Bankruptcy

Code Granting Administrative Priority Status for Reclamation Claims Deemed Valid

Dated: July 30, 2001

Patricia E. Cuniff

Sworn to and subscribed before
me this 30th day of July, 2001

Notary Public
My Commission Expires: 03/11/03

W. R. Grace 2002 Service List
Case No. 01-1139 (RJN)
Doc. No. 22588
July 31, 2001
23 – Hand Delivery
08 – Overnight Delivery
156 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhatten Centre, 15th Floor
Wilmington, DE 19801

*Hand Delivery*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

*Hand Delivery*
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*Hand Delivery*
Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured
Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

*Hand Delivery*
Mary M. MaloneyHuss
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
one Rodney Square
Wilmington, DE  19801

*Hand Delivery*
Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

*Hand Delivery*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

*Hand Delivery*
(Counsel for First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Potash Corp.)
Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE  19899-1709

*Hand Delivery*
(Counsel for Entergy Services, Inc.)
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

*Hand Delivery*
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Eluzon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

*Overnight Delivery*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*Overnight Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA  19106

*Overnight Delivery*
(Canadian counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto
Ontario
Canada M5H 3T4

*Overnight Delivery*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Overnight Delivery*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

*Overnight Delivery*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Overnight Delivery*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*Overnight Delivery*
(Equity Committee Counsel)
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

*First Class Mail*
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

*First Class Mail*
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

*First Class Mail*
District Director
IRS
409 Silverside Road
Wilmington, DE 19809

*First Class Mail*
)
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

*First Class Mail*
Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

*First Class Mail*
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

*First Class Mail*
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

*First Class Mail*
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

*First Class Mail*
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY  10176

*First Class Mail*
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

*First Class Mail*
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

*First Class Mail*
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

*First Class Mail*
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

*First Class Mail*
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

*First Class Mail*
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

*First Class Mail*
Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY  10020

*First Class Mail*
(Counsel for The Chase Manhattan)
Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David T. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

**First Class Mail**
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

**First Class Mail**
Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

**First Class Mail**
Nancy Worth Davis
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

**First Class Mail**
(Counsel for Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204

**First Class Mail**
Bankruptcy Administration
iOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

**First Class Mail**
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

**First Class Mail**
R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

**First Class Mail**
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

**First Class Mail**
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

**First Class Mail**
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

**First Class Mail**
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

**First Class Mail**
Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

**First Class Mail**
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

**First Class Mail**
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

**First Class Mail**
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

*First Class Mail*
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

*First Class Mail*
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

*First Class Mail*
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

*First Class Mail*
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia  30309

*First Class Mail*
Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas  77010

*First Class Mail*
Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD  21701

*First Class Mail*
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

*First Class Mail*
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

*First Class Mail*
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas  77017

*First Class Mail*
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA  98104-7078

*First Class Mail*
Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas  75201

*First Class Mail*
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

*First Class Mail*
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts  02110-2624

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
Peter A. Chapman
24 Perdicaris Place
Trenton, NJ  08618

*First Class Mail*
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

**First Class Mail**
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520

**First Class Mail**
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, New Jersey  07663

**First Class Mail**
Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, California  94111

**First Class Mail**
John M. Klamann
Klamann & Hubbard
101 College Blvd., Suite 120
Overland Park, KS  66210

**First Class Mail**
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

**First Class Mail**
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

**First Class Mail**
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

**First Class Mail**
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

**First Class Mail**
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

**First Class Mail**
)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

**First Class Mail**
(Counsel for Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

**First Class Mail**
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

**First Class Mail**
(Tennessee Department of Environment and Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

**First Class Mail**
(Counsel for numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006

**First Class Mail**
(Counsel for Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

*irst Class Mail*
nton Volovsek
2 – Box 200 #42
amiah, Idah 83536-9229

*irst Class Mail*
eter S. Goodman, Esquire
ndrews & Kurth LLP
05 Third Avenue
ew York, New York 10022

*irst Class Mail*
onathan H. Alden, Esquire
ssistant General Counsel
900 Commonwealth Boulevard, MS 35
allahassee, Floria 32399-3000

*irst Class Mail*
redit Lyonnais
301 Avenue of the Americas
Iew York, New York 10019-0602

*irst Class Mail*
tate Library of Ohio
o Michelle T. Sutter
Revenue Recovery
01 E. Town Street, Second Floor
Columbus, OH 43215

*First Class Mail*
Rosa Dominy
Bankruptcy Administration
OS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

**First Class Mail**
Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH 43085-2323

**First Class Mail**
(Counsel for SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

**First Class Mail**
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland 21043

**First Class Mail**
Danice Sims
P.O. Box 66658
Baton Rouge, Louisiana 70896

**First Class Mail**
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, New York 10007

**First Class Mail**
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, Arizona 85007-1278

**First Class Mail**
Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, Tennessee 38103

**First Class Mail**
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, Tennessee 38103

**First Class Mail**
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C. 20004-1109

*Class Mail*

en R. Bourne, Esquire
er, McClennen & Fish, LLP
International Place
on, MA  02110-2699

*t Class Mail*

D. Thompson, Esquire
ndrew Jurs, Esquire
ner & Spruill, L.L.P.
North Tryon Street, Suite 4000
rlotte, North Carolina  28202-4010

*st Class Mail*

niel H. Slate, Esquire
ghes Hubbard & Reed LLP
) South Grand Avenue
Angeles, CA  90071-3442

*st Class Mail*

drea L. Hazzard, Esquire
ghes Hubbard & Reed LLP
e Battery Park Plaza
w York, NY  10004-1482

*irst Class Mail*

r. James A. Bane
MCC 204029
O. Box 710
een Mountain, VA  24624

*First Class Mail*

uthur Stein, Esquire
1 W. Lacey Road
O. Box 1070
orked River, NJ  08731-6070

*First Class Mail*

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

*First Class Mail*

Maggie De La Rosa
Provost * Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, Texas  77701

*First Class Mail*

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

*First Class Mail*

Richard M. Meth, Esquire
Herrick, Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, New Jersey  07105

*First Class Mail*

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

*First Class Mail*

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, New York  10022

*First Class Mail*

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, Missouri  63366

*First Class Mail*

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

*First Class Mail*

Shelley Bethea Gillette & Clark
3850 E. Baseline Road, Suite 125
Mesa, Arizona 85206

*First Class Mail*

David Aelvoet, Esquire
Linebargerheard Goggan Blair
Graham Pena & Sampson LLP
1000 Tower Life Building
San Antonio, TX  78205

*First Class Mail*
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

*First Class Mail*
David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburg, PA 15222-2302

*First Class Mail*
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730
(Attorney for Toyota Motor Credit)

*First Class Mail*
James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY 10178
(Counsel for Delco Development Company)

*First Class Mail*
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674
(Counsel for Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)

*First Class Mail*
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002

*First Class Mail*
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, New York 10017-4014
(Attorneys for General Electric Capital Corporation)

*First Class Mail*
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, Florida 32412-0950

*First Class Mail*
Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, Tennessee 37243
(Counsel for Commissioner of Revenue)

*First Class Mail*
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020-1182

*First Class Mail*
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

*First Class Mail*
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

*First Class Mail*
E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, South Carolina 29201-1708

*First Class Mail*
Jeffrey Kaufman, Esquire
Gerald F. Ellesdorfer, Esquire
Kaufman & Logan LLP
111 Pine Street, Suite 1300
San Francisco, CA 94111

*First Class Mail*
Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister & Hilbert,
L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

*First Class Mail*
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

*First Class Mail*
Pillsbury Winthrop LLP
Lynn M. Ryan, Esquire
One Battery Park Plaza
New York, NY 10004-1490
(Counsel for Wells Fargo Bank Minnesota, National Association)

*First Class Mail*
Pillsbury Winthrop LLP
Craig Barbarosh, Esquire
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
(Counsel for Wells Fargo Bank Minnesota, National Association)

*First Class Mail*
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

*First Class Mail*
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

*First Class Mail*
Hertz, Schram & Saretsky, P.C.
(Counsel for Rupple K. Perry)
Robert S. Hertzberg, Esquire
Michael I. Zousmer, Esquire
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302-0183

*First Class Mail*
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

*First Class Mail*
Wilentz, Goldman & Spitzer
(Counsel for Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

*First Class Mail*
Dechert Price & Rhoads
(Counsel for LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Ten Post Office Square South
Boston, MA 02109

*First Class Mail*
Burt Barr Havins & O'Dea, L.L.P.
(Counsel for Occidental Permian, Ltd.)
John W. Havins, Esquire
1001 McKinney, Suite 500
Houston, TX 77002

*First Class Mail*
Mark Browning, Esquire
Assistant Attorney General
(Counsel for The Texas Comptroller of Public Accounts)
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
Leonard P. Goldberger, Esquire
(Counsel for Century Indemnity Company)
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

*First Class Mail*
Kay D. Brock, Esquire
(Comptroller of Public Accounts
of the State of Texas)
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

***First Class Mail***
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

***First Class Mail***
Daniel A. Speights, Esquire
(Counsel for Anderson Memorial Hospital)
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

***First Class Mail***
(Counsel for WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger
3242 P Street, NW
Washington, DC  20007

***First Class Mail***
)
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

***First Class Mail***
(Counsel for Amalgamated Industries and Service
Workers Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers
Benefit Fund
730 Broadway
Tenth Floor
New York, NY  10003-9511

***First Class Mail***
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department -- Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

***First Class Mail***
(Counsel for Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

***First Class Mail***
)
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

***First Class Mail***
)
Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

***First Class Mail***
(Counsel for Huntsman Corporation)
Randall A. rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

***First Class Mail***
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

***First Class Mail***
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
214 Union Wharf
Boston, MA  02109-1216

***First Class Mail***
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL  60607

***First Class Mail***
)
Scott Barker
Credit Manager
Climax Molybdenum Marketing Corporation
2600 N. Central Avenue
Phoenix, AZ  85004

**First Class Mail**

)
Coudert Brothers
Attn:  Joseph D. Farrell, Esquire and Edward H.
Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY  10036

**First Class Mail**

)
Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

**First Class Mail**
(Counsel for Marco Barbanti)
Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA  99201-0466

**First Class Mail**
(Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, PC
700 Louisiana, Suite 4600
Houston, TX  77002

**First Class Mail**
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
Elzufon Austin Reardon Tarlov & Mondell, PA
300 Delaware Avenue, 17th Floor
PO Box 1630
Wilmington, DE  19899

**First Class Mail**
(Missouri Department of Revenue)
Missouri Deopartment of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO  65105-0475

**First Class Mail**
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA  71207

**Hand Delivery**
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, PA
300 Delaware Avenue, Suite 1700
Wilmington, DE  19899

**First Class Mail**
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff Cabraser Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

**First Class Mail**
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Lieff Cabraser Heimann & Bernstein, LLP
214 Union Wharf
Boston, MAA  02109-1216

**First Class Mail**
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton , St,. Suite 200
Chicago, IL  60607

**First Class Mail**
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

**First Class Mail**
(Attorney General of PA)
(Commonwealth of PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, Paa  19107-3603

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | * | |
| **W.R. GRACE & CO., INC., et al.** | * | **Case No. 01-1139-JJF** |
| | | **(Chapter 11)** |
| **Debtors.** | * | **(Jointly Administered)** |

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF YVONNE FORD

CITY OF BALTIMORE      )
                            )    TO WIT:
STATE OF MARYLAND     )

I, Yvonne Ford, being duly sworn, depose as follows and say:

1.    I have monitored the docket approximately one to two times a week since the Reclamation Order (as defined in the Opposition) was entered in May 2001 pertaining to reclamation claims.

2.    Since July 27, 2001, although the Web Pacer docket did not reflect entries subsequent to this date, I did not think this was unusual since I have found the docketing runs behind frequently on the Web Pacer system. I was unaware of the Delaware Bankruptcy Court's conversion of their docketing system to the CM/ECF system until August 23, 2001.

3.    On July 30, 2001, I made a telephone call to Patricia Cuniff, a paralegal at Pachulski, Stang, Ziehl, Young & Jones (counsel to the Debtors), to inquire whether the Debtor had filed a motion pertaining to reclamation claims. Ms. Cuniff was unavailable when I called, and I left a voicemail message for her. I never received a response to my voicemail message.



EXHIBIT

C

4.      On August 10, 2001 I made two follow up telephone calls to Ms. Cuniff with regard to whether the Debtor had filed a motion pertaining to reclamation claims. Ms. Cuniff was again unavailable when I called, and I left two voicemail messages. I never received a response to my messages.

5.      On August 17, 2001, I again telephoned Ms. Cuniff, and left another message requesting a telephone call back regarding whether the Debtor had filed a motion pertaining to reclamation claims. I did not receive a response to my message.

6.      On August 17, 2001, I requested from Parcels, Inc., a copy of the W.R. Grace docket for the period from July 15, 2001 through August 17, 2001. The docket was faxed to our office at approximately 11:59 a.m. The docket provided ends at docket entry number 749 on July 27, 2001. A copy of the docket provided is attached hereto as Exhibit 1. Upon review of this docket, I again believed I had no way of confirming what documents had been filed with the Delaware Bankruptcy Court since July 27, 2001.

7.      On August 23, 2001, I discovered that the Delaware Bankruptcy Court's docketing system had been converted to the CM/ECF system.

8.      On August 23, 2001, after reviewing the docket in this case under the CM/ECF system, I discovered that the Debtors filed the Motion (as defined in the Opposition).

I DO SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_Yvonne Ford_
Yvonne Ford

# U.S. Bankruptcy Court
## District of Delaware (Delaware)
### Bankruptcy Petition #: 01-01139-JJF

*Assigned to:* Joseph J. Farnan Jr
Chapter 11
Previous chapter 11                    *Date Filed:* 04/02/2001
Voluntary
Asset

**W.R. GRACE & CO.**                    **LAURA**
7500 Grace Drive                        **DAVIS JONES**
Columbia, MD 21044                      PACHULSKI,
SSN: NA                                 STANG, ZIEHL
Tax id: 65-0773649       represented by ET AL
*Debtor* .                              P.O. BOX 8705
                                        WILMINGTON,
                                        DE 19899-8705
                                        302 652-4100

**NOT YET APPOINTED**
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/27/2001 | 749 | SUPPLEMENTAL Affidavit and Disclosure on Behalf of FTI Policano & Manzo [Edwin N. Ordway Jr.] , [CN] CERTIFICATE of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #698 (Entered: 07/27/2001) |
| 07/27/2001 | 748 | APPLICATION for Compensation and for Reimbursement of Expenses [First Interim] [6/16/01 - 6/30/01] [Campbell & Levine LLC] [Filed by Matthew G. Zaleski, atty/ OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS] , [CN] |

EXHIBIT 1

| | | |
|---|---|---|
| | | NOTICE of Application [Hearing only if objections filed by 8/17/01 at 4:00 pm] , [CN], ORIGINAL NIBS DOCKET ENTRY #697 (Entered: 07/27/2001) |
| 07/27/2001 | 747 | APPLICATION for Compensation and for Reimbursement of Expenses [First Interim] [4/12/01 - 6/30/01] [Caplin & Drysdale Chartered] [Filed by Rita C. Tobin, atty/ OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS] , [CN] NOTICE of Application [Hearing only if objections filed by 8/17/01 AT 4:00 PM] , [CN], ORIGINAL NIBS DOCKET ENTRY #696 (Entered: 07/27/2001) |
| 07/26/2001 | 746 | AFFIDAVIT Under 11 U.S.C. • 327[e] [J. Douglas Drushal] , [CN] AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #695 (Entered: 07/27/2001) |
| 07/26/2001 | 745 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Barry Willner] , [CN] AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #694 (Entered: 07/27/2001) |
| 07/26/2001 | 744 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Charles L. Anderson] , [CN] AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #693 (Entered: 07/27/2001) |
| 07/26/2001 | 743 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Howard J. Coffey] , [CN] AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #692 (Entered: 07/27/2001) |
| 07/26/2001 | 742 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Kevin Wilson] , [CN] AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #691 (Entered: 07/27/2001) |

| | | |
|---|---|---|
| 07/26/2001 | 741 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Pierre Cantin] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #690 (Entered: 07/27/2001) |
| 07/26/2001 | 740 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Beatrice Arronis] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #689 (Entered: 07/27/2001) |
| 07/26/2001 | 739 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Robert P. Kristoff] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #688 (Entered: 07/27/2001) |
| 07/26/2001 | 738 | AFFIDAVIT Under 11 U.S.C. • 327[e] [John M. Agnello] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #687 (Entered: 07/27/2001) |
| 07/26/2001 | 737 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Gerald J. Petros] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #686 (Entered: 07/27/2001) |
| 07/26/2001 | 736 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Jonathan P. Pearson] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #685 (Entered: 07/27/2001) |
| 07/26/2001 | 735 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Edwin S. Hopson] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #684 (Entered: 07/27/2001) |
| 07/26/2001 | 734 | AFFIDAVIT Under 11 U.S.C. • 327[e] [John McGahren] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #683 (Entered: 07/27/2001) |

| 07/26/2001 | 733 | AFFIDAVIT Under 11 U.S.C. • 327[e] [John P. Merrick] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #682 (Entered: 07/27/2001) |
| --- | --- | --- |
| 07/26/2001 | 732 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Alfred T. DeMaria] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #681 (Entered: 07/27/2001) |
| 07/26/2001 | 731 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Brian Doherty] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #680 (Entered: 07/27/2001) |
| 07/26/2001 | 730 | AFFIDAVIT Under 11 U.S.C. • 327[e] [John R. Halleran] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #679 (Entered: 07/27/2001) |
| 07/26/2001 | 729 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Damon S. Bailey] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #678 (Entered: 07/27/2001) |
| 07/26/2001 | 728 | AFFIDAVIT Under 11 U.S.C. • 327[e] [William F. Kershew] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #677 (Entered: 07/27/2001) |
| 07/26/2001 | 727 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Norman R. Buchsbaum] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #676 (Entered: 07/27/2001) |
| 07/26/2001 | 726 | AFFIDAVIT Under 11 U.S.C. • 327[e] [Edward J. Fonti] , [CN]<br>AFFIDAVIT of Service , [CN], ORIGINAL NIBS DOCKET ENTRY #675 (Entered: 07/27/2001) |

| 07/25/2001 | 725 | MOTION for Order Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [filed by David Carickhoff, Atty./DEBTORS] , [DSC] NOTICE of Motion , [DSC] AFFIDAVIT of Service , [DSC], ORIGINAL NIBS DOCKET ENTRY #674 (Entered: 07/27/2001) |
| 07/25/2001 | 724 | CERTIFICATION of No Objection [filed by Rick Miller, Atty./OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS] Re: Item # 628, [DSC] CERTIFICATE of Service , [DSC], ORIGINAL NIBS DOCKET ENTRY #673 (Entered: 07/27/2001) |
| 07/25/2001 | 723 | CERTIFICATION of No Objection [filed by Rick Miller, Atty./OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS] Re: Item # 629, [DSC] CERTIFICATE of Service , [DSC], ORIGINAL NIBS DOCKET ENTRY #672 (Entered: 07/27/2001) |
| 07/25/2001 | 722 | AFFIDAVIT [THIRD SUPPLEMENTAL] of James H.M. Sprayregen , [DSC], ORIGINAL NIBS DOCKET ENTRY #671 (Entered: 07/27/2001) |
| 07/25/2001 | 721 | CERTIFICATION of No Objection [Filed by Rick Miller, Atty./OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS] Re: Item # 609, [DSC] CERTIFICATE of Service , [DSC], ORIGINAL NIBS DOCKET ENTRY #670 (Entered: 07/27/2001) |
| 07/24/2001 | 720 | WITHDRAWAL of Objection [filed by Beth E. Rogers, Atty./DALEEN TECHNOLOGIES, INC.] Re: Item # 337, [DSC], ORIGINAL NIBS DOCKET ENTRY #669 (Entered: 07/27/2001) |

| 07/24/2001 | 719 | MOTION for Admission Pro Hac Vice [Filed by David Foust, Asst. Atty. Gen./MICHIGAN] , [DSC], ORIGINAL NIBS DOCKET ENTRY #668 (Entered: 07/27/2001) |
| 07/24/2001 | 718 | AFFIDAVIT of Service Re: Item # 717, [DSC], ORIGINAL NIBS DOCKET ENTRY #667 (Entered: 07/27/2001) |
| 07/24/2001 | 717 | MOTION for Admission Pro Hac Vice [Jay M. Sakalo, Esq.] [filed by Theodore Tacconelli, Atty./OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS] , [DSC], ORIGINAL NIBS DOCKET ENTRY #666 (Entered: 07/27/2001) |
| 07/24/2001 | 716 | TRANSCRIPT of Hearing July 19, 2001 , [DSC], ORIGINAL NIBS DOCKET ENTRY #665 (Entered: 07/27/2001) |
| 07/23/2001 | 715 | CREDITOR'S Notice of Hearing on 09/07/01 at 01:00 P.M. at U.S. District Court, 844 King Street, Wilmington, 19801, [DSC], ORIGINAL NIBS DOCKET ENTRY #664 (Entered: 07/27/2001) |
| 07/23/2001 | 705 | NOTICE of Appearance and Request for Service of Notices and Documents [Filed by Susan Breymaier, Atty/U.S. POSTAL SERVICE] , [MDW] CERTIFICATE of Service , [MDW], ORIGINAL NIBS DOCKET ENTRY #654 (Entered: 07/27/2001) |
| 07/23/2001 | 704 | MOTION for Admission Pro Hac Vice of Randall S. Royer [Filed by same] , [MDW], ORIGINAL NIBS DOCKET ENTRY #653 (Entered: 07/27/2001) |
| 07/23/2001 | 703 | MOTION for Admission Pro Hac Vice of Thomas A. Kulick [Filed by same] , [MDW], ORIGINAL NIBS DOCKET ENTRY #652 (Entered: 07/27/2001) |

| 07/23/2001 | 702 | MOTION for Order Compelling Debtors to Supplement Statements of Financial Affairs [Filed by James D. Freeman, Atty/U.S. DEPARTMENT OF JUSTICE ENVIRONMENTAL ENFORCEMENT SECTION] ; [MDW] MEMORANDUM in Support of Motion , [MDW] NOTICE of Motion and Hearing [Hearing only if objections filed by 8/30/01 at 4:00 PM] on 09/07/01 at 01:00 P.M. at U.S. District Court, 844 King Street, 6th Floor, Courtroom #6A, Wilmington, 19801, [MDW] CERTIFICATE of Service , [MDW], ORIGINAL NIBS DOCKET ENTRY #651 (Entered: 07/27/2001) |
|---|---|---|
| 07/20/2001 | 714 | NOTICE of Appearance and Request for Service of Notices and Documents [filed by Christopher Momjian, Senior Deputy Attorney General/STATE OF PENNSYLVANIA] , [DSC], ORIGINAL NIBS DOCKET ENTRY #663 (Entered: 07/27/2001) |
| 07/19/2001 | 713 | COURT Reporter's Tape from Hearing on July 19, 2001 , [DSC], ORIGINAL NIBS DOCKET ENTRY #662 (Entered: 07/27/2001) |
| 07/19/2001 | 712 | NOTICE of Appearance and Request for Service of Notices and Documents [Filed by Thomas Matz, Atty./SNACK, INC.] , [DSC] CERTIFICATE of Service , [DSC], ORIGINAL NIBS DOCKET ENTRY #661 (Entered: 07/27/2001) |
| 07/19/2001 | 711 | ORDER Signed and Located in Original Document Re: Item # 690, [DSC], ORIGINAL NIBS DOCKET ENTRY #660 (Entered: 07/27/2001) |
| 07/19/2001 | 710 | ORDER Authorizing the Employment and Retention of Kinsella Communications, Ltd. as Notice Consultant for the Debtors and Debtors in Possession , [DSC], ORIGINAL NIBS DOCKET ENTRY #659 (Entered: 07/27/2001) |

| 07/19/2001 | 709 | ORDER Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding , [DSC], ORIGINAL NIBS DOCKET ENTRY #658 (Entered: 07/27/2001) |
|---|---|---|
| 07/19/2001 | 708 | ORDER Extending the Period Within Which the Debtors May Remove Actions , [DSC], ORIGINAL NIBS DOCKET ENTRY #657 (Entered: 07/27/2001) |
| 07/19/2001 | 707 | ORDER Authorizing the Retention and Employment of Reed Smith LLp as Special Asbestos Products Liability Defense Counsel for the Debtors , [DSC], ORIGINAL NIBS DOCKET ENTRY #656 (Entered: 07/27/2001) |
| 07/19/2001 | 706 | ORDER Authorizing the Retention and Employment of Holme Roberts & Owen LLp as Special Environmental Counsel for the Debtors , [DSC], ORIGINAL NIBS DOCKET ENTRY #655.(Entered: 07/27/2001) |
| 07/19/2001 | 701 | ORDER Authorizing Debtors to Employ Nelson Mullins Riley & Scarborough, LLP as Special Counsel to the Debtors , [SBM], ORIGINAL NIBS DOCKET ENTRY #650 (Entered: 07/26/2001) |
| 07/19/2001 | 700 | HEARING Held [OMNIBUS] [See Proceeding Memo] , [SBM], ORIGINAL NIBS DOCKET ENTRY #649 (Entered: 07/26/2001) |
| 07/18/2001 | 698 | ORDER Signed and Located in Original Document Authorizing Retention of Counsel/OFFICIAL COMMITTEE/ASBESTOS PERSONAL INJURY CLAIMANTS.][Order actually located in Doc #632] [CAMPBELL & LEVINE, LLC] Re: Item # 602, [JW], ORIGINAL NIBS DOCKET ENTRY #647 (Entered: 07/19/2001) |

| 07/18/2001 | 697 | ORDER Signed and Located in Original Document Authorizing Retention of Delaware Counsel/COMMITTEE/Asbestos Personal Injury Claimants Committee [Order actually located in Doc #579][ASHBY & GEDDES, P.A.] Re: Item # 528, [JW], ORIGINAL NIBS DOCKET ENTRY #646 (Entered: 07/19/2001) |
| --- | --- | --- |
| 07/18/2001 | 696 | ORDER Signed and Located in Original Document Re: Item # 627, [JW], ORIGINAL NIBS DOCKET ENTRY #645 (Entered: 07/19/2001) |
| 07/18/2001 | 695 | ORDER Signed and Located in Original Document Authorizing Employment of Special Counsel [Nelson Mullins Riley & Scarborough, LLP] Re: Item # 500, [JW], ORIGINAL NIBS DOCKET ENTRY #644 (Entered: 07/19/2001) |
| 07/18/2001 | 694 | ORDER Signed and Located in Original Document Authorizing Retention & Employment of Special Environmental Counsel [Holme Roberts & Owen LLP] Re: Item # 483, [JW], ORIGINAL NIBS DOCKET ENTRY #643 (Entered: 07/19/2001) |
| 07/18/2001 | 693 | ORDER Signed and Located in Original Document [Shorten Notice] Re: Item # 665, [JW], ORIGINAL NIBS DOCKET ENTRY #642 (Entered: 07/19/2001) |
| 07/18/2001 | 692 | RESPONSE to Joint Motion for Authority to Prosecute Fraudulent Transfer Claims [CORRECTED] [Filed by Cheryl Siskin, Atty./SEALED AIR CORPORATION.] Re: Item # 656, [JW] & Re: Item # 600, [JW] CERTIFICATE of Service , [JW], ORIGINAL NIBS DOCKET ENTRY #641 (Entered: 07/19/2001) |

| 07/18/2001 | 691 | COUNSEL'S Agenda with Matters Scheduled [AMENDED] on 07/19/01 at 12:00 P.M. at Alternate Meeting Site, See Docket for More Information Re: Item # 686, [JW], ORIGINAL NIBS DOCKET ENTRY #640 (Entered: 07/19/2001) |
| 07/18/2001 | 690 | MOTION for Admission Pro Hac Vice w/Certifications [Elihu Inselbuch, Esq., Rita C. Tobin, Esq.., Julie W. Davis, Esq., Trevor W. Swett, III, Esq. & Nathan D. Finch, Esq.] [Filed by Matthew G. Zaleski, III, Atty./OFFICIAL COMMITTEE/ASBESTOS PERSONAL INJURY CLAIMANTS.], [JW] CERTIFICATE |