# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

2001 AUG 27  AM 11: 32

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>W.R. GRACE & COMPANY, et al.<br>Debtors. | ) Case No.: 01-01139 JJF<br>)<br>) Motion number: |
| TIG Insurance Company, a California<br>corporation,<br>Plaintiff,<br>vs.<br>GARY SMOLKER and ALICE SMOLKER,<br>Defendants | )<br>)<br>)<br>) Objections due by:  September 13, 2001<br>)<br>) Hearing date:  September 20, 2001<br>) Hearing time: 3:30 p.m. |
| AND RELATED CROSS ACTIONS | ) |

## NOTICE OF MOTION OF ALICE SMOLKER AND GARY SMOLKER FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:  COUNSEL PER ATTACHED SERVICE LIST

Movants Alice Smolker and Gary Smolker have filed a Motion for Relief from Stay which seeks the following relief:  Relief from the automatic stay under Section 362 so that movants can pursue *TIG v. Smolker*, Los Angeles Superior Court No. BC173952, in California state court against the debtor, W.R. Grace & Company and its business unit, Grace Davison, in the event Grace Davison is a debtor.

HEARING ON THE MOTION WILL BE HELD ON SEPTEMBER 20, 2001 AT 10:00 a.m.

You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon movants:

Alice and Gary Smolker
4720 Lincoln Boulevard, Suite 280
Marina Del Rey, CA  90292
Ph:  (310) 574-9880
Fax: (310) 574-9883

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purposed of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated:  August 23, 2001

By _____
Alice Smolker

By _____
Gary Smolker
Movants in propria persona
4720 Lincoln Boulevard, Suite 280
Marina Del Rey, CA  90292
Ph:  (310) 574-9880
Fax: (310) 574-9883

## DECLARATION OF SERVICE BY MAIL

I, Jane Nagaishi, declare:

At the time of service hereinafter mentioned, I am over the age of 18 years and not a party to the within action. My business address is 4720 Lincoln Boulevard, Suite 250, Marina Del Rey, California 90292. I am employed in the County of Los Angeles, California.

On August 23, 2001, I served the foregoing document described as follows:

**Notice of Motion**

on the interested parties in this action, by causing a true copy thereof enclosed in a sealed envelope(s), addressed as follows, to be placed in the U. S. Mail at Marina Del Rey, California:

**SEE ATTACHED SERVICE LIST**

At the time of service, there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury that the information stated herein is true and correct under the laws of the United States of America.

Executed on August 23, 2001, at Marina Del Rey, California.

JANE NAGAISHI

DeclServ

**In Re W.R. Grace**
**USBC, District of Delaware**
**Service List**

James H.M. Sprayregen, Esq.                    Attorneys for Debtors
Kirkland & Ellis
200 E. Randolph Drive
Chicago, Ill  60601
Fax:  312-861-2200

Laura Davis Jones, Esq.                        Attorneys for Debtors
Pachulski Stang Ziehl Young & Jones PC
919 N. Market St., Ste. 1600
P.O. Box 8705
Wilmington, DE  19899-8705
Fax:  302-652-4400

Office of the United States Trustee            Trustee
ATT:  Frank J. Perch, Esq.
844 N. King St.
Wilmington, DE  19801
Fax:  302-573-6497

Scott L. Baena, Esq.                           Counsel to the Official Committee of Property
Bilzin Sumerg Dunn Baena Price & Axelrod       Damage Claimants
First Union Financial Center
200 S. Biscayne Blvd., Ste. 2500
Miami, FL  33131
Fax:  305-374-7593

Michael B. Joseph, Esq.                        Counsel to the Official Committee of Property
Ferry & Jospeh, PA                             Damage Claimants
824 Market Street, Ste. 904
P.O,. Box 1351
Wilmington, DE  19899
Fax:  302-575-1714

Elihu Inselbuch, Esq.                          Counsel to the Official Committee
Caplin & Drysdale                              of Personal Injury Claimants
399 Park Avenue, 36th Floor
New York, NY 10022
Fax:  212-644-6755

Matthew G. Zaleski III, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Fax: 302-654-2067

Counsel to the Official Committee
of Personal Injury Claimants

Lewis Kruger, Esq.
Strook & Strook & Lavan
180 Maiden Lane
New York, NY 10038-4982
Fax: 212-806-6006

Counsel to the Official Committee
Of Unsecured Creditors

Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 N. Market Street, Ste. 1200
Wilmington, DE 19801-1246
Fax: 302-657-4901

Counsel to the Official Committee
Of Unsecured Creditors

Attorneys for debtor

Rosemary Lewis, Esq.
Borton, Petrini & Conron
707 Wilshire, Blvd., 51st fl
Los Angeles, CA 90017-3613
Fax: 213-489-3930

Gary Yardumian, Esq. SBN 131411
Prindle Decker & Amaro
P. O. Box 22711
Long Beach, CA 90801-5511
Fax: 562-495-0564

Attorneys for Defendants
Home Saving Termite Control, Inc.
And Wayne Morris

Sherry Ruggiero Fallon #2464
Tybout, Redfearn & Pell
300 Delaware Ave., Ste. 1100
P. O. Box 2092
Wilmington, DE 19899
Fax: 302-658-6901

Attorneys for Defendants
Home Saving Termite Control, Inc.
And Wayne Morris