LAW OFFICES OF
## SMOLKER & GRAHAM
SUITE 280
4720 LINCOLN BOULEVARD
MARINA DEL REY, CALIFORNIA 90292-6977
TELEPHONE (310) 574-9880

FACSIMILE
(310) 574-9883

E-MAIL
ASmolker@aol.com



August 23, 2001

Hon. Joseph Farnan, Judge
U.S. District Court
824 Market Street, 5th Floor
Wilmington, DE  19801

Re:   In re W.R. Grace
      Case No. 01-01139
      Motion for Relief from Stay

Dear Judge Farnan:

Alice and Gary Smolker are parties appearing in propria persona.

This is to confirm arrangements made with your clerk in which we were informed that you will allow Alice Smolker and Gary Smolker to appear telephonically at the hearing on the Smolkers' Motion for Relief from Automatic Stay set for hearing on September 20, 2001 at 10:00 a.m.

We understand that we are to be available to receive a telephone call from your courtroom at that time and date. We will be available at the above listed telephone.

Sincerely,

*[signature]*
Alice Graham Smolker

cc: Counsel per attached Declaration of Service

# DECLARATION OF SERVICE BY MAIL

I, Jane Nagaishi, declare:

At the time of service hereinafter mentioned, I am over the age of 18 years and not a party to the within action. My business address is 4720 Lincoln Boulevard, Suite 250, Marina Del Rey, California 90292. I am employed in the County of Los Angeles, California.

On August 23, 2001, I served the foregoing document described as follows:

**Letter to Judge Farnan**

on the interested parties in this action, by causing a true copy thereof enclosed in a sealed envelope(s), addressed as follows, to be placed in the U. S. Mail at Marina Del Rey, California:

**SEE ATTACHED SERVICE LIST**

At the time of service, there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury that the information stated herein is true and correct under the laws of the United States of America.

Executed on August 23, 2001, at Marina Del Rey, California.

JANE NAGAISHI

DeclServ

**In Re W.R. Grace**
**USBC, District of Delaware**
**Service List**

| | |
|---|---|
| James H.M. Sprayregen, Esq.<br>Kirkland & Ellis<br>200 E. Randolph Drive<br>Chicago, Ill 60601<br>Fax: 312-861-2200 | Attorneys for Debtors |
| Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl Young & Jones PC<br>919 N. Market St., Ste. 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Fax: 302-652-4400 | Attorneys for Debtors |
| Office of the United States Trustee<br>ATT: Frank J. Perch, Esq.<br>844 N. King St.<br>Wilmington, DE 19801<br>Fax: 302-573-6497 | Trustee |
| Scott L. Baena, Esq.<br>Bilzin Sumerg Dunn Baena Price & Axelrod<br>First Union Financial Center<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131<br>Fax: 305-374-7593 | Counsel to the Official Committee of Property Damage Claimants |
| Michael B. Joseph, Esq.<br>Ferry & Jospeh, PA<br>824 Market Street, Ste. 904<br>P.O,. Box 1351<br>Wilmington, DE 19899<br>Fax: 302-575-1714 | Counsel to the Official Committee of Property Damage Claimants |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>Fax: 212-644-6755 | Counsel to the Official Committee of Personal Injury Claimants |

| | |
|---|---|
| Matthew G. Zaleski III, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Fax: 302-654-2067 | Counsel to the Official Committee<br>of Personal Injury Claimants |
| Lewis Kruger, Esq.<br>Strook & Strook & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Fax: 212-806-6006 | Counsel to the Official Committee<br>Of Unsecured Creditors |
| Michael R. Lastowski, Esq.<br>Duane Morris & Heckscher, LLP<br>1100 N. Market Street, Ste. 1200<br>Wilmington, DE 19801-1246<br>Fax: 302-657-4901 | Counsel to the Official Committee<br>Of Unsecured Creditors |
| Rosemary Lewis, Esq.<br>  Borton, Petrini & Conron<br>  707 Wilshire, Blvd., 51st fl<br>Los Angeles, CA 90017-3613<br>Fax: 213-489-3930 | Attorneys for debtor |
| Gary Yardumian, Esq. SBN 131411<br>Prindle Decker & Amaro<br>P. O. Box 22711<br>Long Beach, CA 90801-5511<br>Fax: 562-495-0564 | Attorneys for Defendants<br>Home Saving Termite Control, Inc.<br>And Wayne Morris |
| Sherry Ruggiero Fallon #2464<br>Tybout, Redfearn & Pell<br>300 Delaware Ave., Ste. 1100<br>P. O. Box 2092<br>Wilmington, DE 19899<br>Fax: 302-658-6901 | Attorneys for Defendants<br>Home Saving Termite Control, Inc.<br>And Wayne Morris |