**Travelers Property Casualty**
A member of citigroup

One Tower Square – 5MN
Hartford, CT 06183-4081

FILED
2001 AUG 28 PM 1:01
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

*PC - Commercial Lines*
*Litigation Management*

**Elizabeth K. Flynn**
**Case Manager**
Tel: (860) 277-4533
Fax: (860) 277-2158

August 23, 2001

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE: DAYLIN, CO                                    CASE #: 01-01139-JJF

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS.

---

TRAVELERS PROPERTY CASUALTY COMPANY ("THE TRAVELERS"), A CREDITOR AND PARTY IN INTEREST, ENTERS ITS APPEARANCE IN THIS CASE. TRAVELERS REQUESTS THAT THE BELOW UNDERSIGNED RECEIVE ALL COPIES OF ALL MATTERS FILED OR NOTICED BY ANY PARTY HEREIN, INCLUDING BUT NOT LIMITED TO ALL PLANS AND DISCLOSURE STATEMENTS. COPIES SHOULD BE SENT TO:

> TRAVELERS INDEMNITY COMPANY
> COMMERCIAL LINES
> 1 TOWER SQUARE- 5MN
> HARTFORD, CT 06183-4044
> **ATTENTION: ELIZABETH K. FLYNN**
> *LITIGATION MANAGEMENT*

(860) 277-4533 (direct)
(860) 277-2158 (fax)

RESPECTFULLY SUBMITTED THIS 23rd DAY OF AUGUST.

*Elizabeth K. Flynn*
ELIZABETH K. FLYNN
CASE MANAGER
TRAVELERS INDEMNITY COMPANY

CC: Lisa Moring- ESQUIRE, TRAVELERS