JOHN J. FARMER, JR.
Attorney General of New Jersey
Division of Law
R. J. Hughes Justice Complex
25 Market Street
P. O. Box 106
Trenton, New Jersey 08625

By:  Margaret A. Holland (MH4707)
     Deputy Attorney General
     (609) 633-8455
     Attorney for Creditor, New Jersey
     Division of Taxation

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| W.R. GRACE & CO., et al, | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

NOTICE OF SPECIAL APPEARANCE AND REQUEST
FOR SERVICE OF NOTICE AND PLEADINGS

TO:  David D. Bird, Clerk
     United States Bankruptcy Court
     District of Delaware
     824 Market Street, 5th Floor
     Wilmington, Delaware 19801

The New Jersey Director, Division of Taxation ("Director") hereby gives notice of his special appearance in this

case by and through the undersigned counsel:

>Margaret A. Holland
>Deputy Attorney General
>New Jersey Attorney General's Office
>Division of Law
>R. J. Hughes Justice Complex
>P. O. Box 106
>Trenton, New Jersey 08625
>Phone: (609) 633-8455

Pursuant to Bankruptcy Rule 9010 the Director through his counsel respectfully requests that he be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, Trustee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017 and 9013 and other Bankruptcy Rules or local rules governing notice.

This notice is not an informal proof of claim; rather, it is a special appearance for the limited purpose of obtaining notice of pleadings in this case. The Director hereby reserves and does not waive his sovereign immunity and his rights under the Eleventh Amendment to the United States Constitution.

>Respectfully submitted,
>
>JOHN J. FARMER, JR.
>Attorney General of New Jersey
>
>By: *Margaret A. Holland*
>Margaret A. Holland
>Deputy Attorney General

Dated: August 29, 2001

CERTIFICATE OF MAILING

Margaret A. Holland, does hereby certify:

1. On August 2 Y , 2001, I caused to be mailed a copy of this Notice of Special Appearance and Request for Service of Notice and Pleadings by ordinary mail to the following addressees:

Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, Delaware 19801-3519

David W. Carickhoff, Jr., Esquire
Laura Davis Jones, Esquire
Attorneys for Debtors
Pachulski Stang Ziehl Young & Jones
919 N. Market Street, 16th Floor
Wilminton, Delaware 19809-8705

Teresa K. D. Currier, Esquire
Attorney for Official Committee of Equity Holders
Klett Rooney Leber & Schorling
100 West Street, Suite 1410
Wilmington, Delaware 19801

Thomas Moers Mayer, Esquire
Attorney for Official Committee of Equity Holders
919 Third Avenue
New York, New York 10022

Michael Lastowski, Esquire
Attorney for Official Committee of Unsecured Creditors
Duane, Morris & Heckscher, LLP
1100 North Market Street
Wilmington, Delaware 19801-1246

Barry D. Kleban, Esquire
Attorney for Creditor AON Consulting
1900 Two Penn Center Plaza
Philadelphia, Pennsylvania 19103

Francis J. Murphy, Esquire
Attorney for Certain Underwriters of Lloyds of London
Murphy, Spadaro & Landon
824 Market Street, Suite 700
Wilmington, Delaware 19899

_____
Margaret A. Holland
Deputy Attorney General
Attorney for New Jersey
Division of Taxation

Dated:

August 24, 2001