IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CORAM HEALTHCARE CORP. and | ) | Case Nos. 00-3299 |
| CORAM, INC. | ) | through 00-3300 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 10, 2001 AT 4:00 P.M.**

## CONTINUED MATTERS

    1.    *Second Omnibus Objection of the Debtors to Certain Proofs of Claim (Docket No. 684)*

    **Response Deadline**: April 10, 2001 at 4:00 p.m.

    **Responses Received**:

    a.    Response of Harris County/City of Houston to Debtors' Second Omnibus Objection to Claim (Docket No. 712)

    b.    Letter Response of Stefania Eskridge (Claimant #513) to Debtors' Second Omnibus Objection to Claim (Docket No. 717)

    c.    Response of The Center for Sports Medicine to Debtors' Second Omnibus Objection to Claim (docket No. 718)

    d.    Response of St. Mary's Home Healthcare to Debtors' Second Omnibus Objection to Claim (Docket No. 719)

    e.    Response of the City of New York, Department of Finance, to the Second Omnibus Objection of the Debtors to Certain Proofs of Claim (Docket No. 721)

    f.    Letter Response of Pacific Gas & Electric Company to Debtors' Second Omnibus Objection to Claim (Docket No. 723)

    g.    Response of Pacific Insurance Company and Glen Falls Insurance Company in Opposition to Second Omnibus Objection of the Debtors to Certain Proofs of Claim (Docket No. 725)

    h.    Opposition by Creditor Long Island Lighting Company d/b/a LIPA to Debtors Second Omnibus Claims Objection (Docket No. 726)

    i.    Letter Response of Earle C. Schreiber, Inc. to Debtors' Second Omnibus Objection to Claim (Docket No. 728)

j.   Objection of Temple Lower Bucks Hospital, Inc., to the Second Omnibus Objection of Debtors to Certain Proofs of Claim (Docket No. 730)

k.   Objection of the New Jersey Division of Taxation to the Debtors' Second Omnibus Objection to Certain Proofs of Claim (Docket No 731)

l.   City & County of Denver's Response to Debtors' Second Omnibus Objection to Denver's Claim and Request for Hearing (Docket No. 732)

m.   Response by Brooklyn Respiratory Homecare to Debtors' Second Omnibus Objection to Claims (Docket No. 733)

n.   Answer of Home Health Corporation of America, Inc. and its Related Entities to the Second Omnibus Objection of Coram to Certain Proofs of Claim (Docket No. 734)

o.   Claimant Ray McCaslin's Objection to Debtors' Second Omnibus Objection to Certain Proofs of Claim (Docket No. 735)

p.   Opposition of New York State Department of Health to Debtors' Second Omnibus Objection to Certain proofs of Claim (Docket No. 736)

q.   Opposition of Visiting Nurse Association of Fox Valley to Debtors' Second Omnibus Objection to Certain Proofs of Claim (Docket No. 755)

r.   Response of the Missionary Sisters of Sacred Heart to Second Omnibus Objection of the Debtors to Certain Proofs of Claim (Docket No. 764)

s.   Objection of Sullivan County Public Health Nursing to Exclude Claim (Docket No. 791)

t.   Answer of Hemophilia Health Services to Second Omnibus Objection of Debtors to Certain Proofs of Claim (Docket No. 850)

u.   Response of Houston Independent School District to Debtors' Second Omnibus Objection to Claim (Docket No. TBD)

v.   Letter Response of TBOB Enterprises, Inc. to Debtors' Second Omnibus Objection to Claim (Docket No. TBD)

w.   Letter Response of Merrimack Valley Hospice, Inc. to Debtors' Second Omnibus Objection to Claim (Docket No. TBD)

x.   Response of TBOB Enterprises, Inc. to Debtors' Second Omnibus Objection to Certain Claims (Docket No. 987)

**Status**:  This matter has been continued until September 25, 2001 at 4:00 p.m.

2.   *Motion to Enlarge Time to File a Proof of Claim Pursuant to Federal Rules of Bankruptcy Procedure 3003(C) and 9006(B) [Filed by HCA-The Healthcare Company and Critical Care America-East, Inc.] (Docket No. 394)*

**Response Deadline:**  The objection deadline was extended from January 2, 2001 at 4:00 p.m. to January 4, 2001.

**Responses Received:**

a. Debtors' Opposition to the Motion of HCA-The Healthcare Company and Critical Care America-East, Inc. for an Order Extending the Time in Which to File a Medical Malpractice Proof of Claim (Docket No. 511)

**Status:**  This matter has been continued until September 25, 2001 at 4:00 p.m.

## UNCONTESTED MATTERS

3. Motion of the Debtors for an Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. §365(d)(4) (Docket No. 1015)

**Response Deadline:**  September 4, 2001 at 4:00 p.m.

**Responses Received:**  None as of the date of this Agenda Notice.

**Status:**  This matter will be going forward.

4. Motion for an Order Authorizing the Debtors to Make Certain Payments Pursuant to a Management Incentive Plan (Docket No. 1012)

**Response Deadline:**  September 4, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

## CONTESTED MATTERS

5. Debtors' Motion Pursuant to Bankruptcy Rules 7026, 7030, and 9014, and 11 U.S.C. §105 for a Protective Order Limiting Discovery by the Equity Committee (Docket No. 1027)

**Related Documents:**

a. Motion to Shorten Notice and to Approve Form of Notice with Respect to Debtors' Motion Pursuant to Rules 7026, 7030, and 9014, and 11 U.S.C. §105 for Protective Order Limiting Discovery by the Equity Committee (Docket No. 1027)

b. Notice of Debtors' Motion Pursuant to Bankruptcy Rules 7026, 7030, and 9014, and 11 U.S.C. §105 for a Protective Order Limiting Discovery by the Equity Committee (Docket No. 1027)

    c.    Certification of Counsel Pursuant to Fed.R.Bankr.P. 7026(c) (Docket No. 1027)

    d.    Certificate of Service re: Docket No. 1027 (Docket No. 1027)

    e.    Equity Committee's Emergency Motion to Reschedule Hearing on Debtors' Motion for a Protective Order (Docket No. 1039)

**Response Deadline:**  September 7, 2001 at 4:00 a.m.

**Responses Received:**

    a.    Joinder of Noteholders and Other in Debtors' Motion Pursuant to Bankruptcy Rules 7026, 7030 and 9014, and 11 U.S.C. §105 for a Protective Order Limiting Discovery by the Equity Committee (Docket No. 1034)

    b.    Equity Committee's Response to Debtors' Motion for Protective Order and Noteholders' Joinder in that Motion (Docket No. 1040)

    c.    Response of Creditors Committee in Support of Debtors' Motion for Protective Order (Docket No. 1043)

**Status:**  This matter will be going forward

Dated: September 6, 2001        Respectfully submitted,

        PACHULSKI STANG ZIEHL YOUNG & JONES P.C.

        /s/ Christopher J. Lhulier_____
        Laura Davis Jones (Bar No. 2436)
        Rachel Sarah Lowy (Bar No. 3753)
        Christopher J. Lhulier (Bar No. 3850)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE  19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile:  (302) 652-4400

        Counsel To Debtors and Debtors-In-Possession