IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORAM HEALTHCARE CORP. and<br>CORAM, INC.<br><br>Debtors. | Case No. 00-3299 (MFW)<br>through 00-3300 (MFW)<br><br>Chapter 11<br><br>Jointly Administered |

CERTIFICATE OF SERVICE

   I, Christopher J. Lhulier, hereby certify that a copy of the foregoing documents were served upon the persons on the attached service list in the manner indicated on this 6th day of September, 2001:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 10, 2001 AT 4:00 P.M.**

        /s/ Christopher J. Lhulier_____
        Christopher J. Lhulier (DE Bar No. 3850)
        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Tel: (302) 652-4100
        Fax: (302) 652-4400