IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**(AT THE DIRECTION OF JUDGE FARNAN, THIS HEARING IS BEING CONTINUED)**

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 7, 2001 AT 1:00 P.M.**

**CONTESTED MATTERS**

  1.  *Joint Motion by the Official Committees of Asbestos Property Damage and Asbestos Personal Injury Claimants for Authority to Prosecute Fraudulent Transfer Claims (Docket No. 527)*

  **Related Documents:**

  a.  Notice of Motion re: Docket No. 527 (Docket No. 527)

  b.  Affidavit of Service re: Docket No. 527 (Docket No. 530)

  **Response Deadline:** June 29, 2001 at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Responses Received:**

a. Response of Sealed Air Corporation to Joint Motion of Asbestos Property Damage and Asbestos Personal Injury Claimants for Authority to Prosecute Fraudulent Transfer Claims (Docket No. 635)

b. National Medical Care's Response to the Joint Motion by Official Committees of Asbestos Property Damage and Asbestos Personal Injury Claimants for Authority to Prosecute Fraudulent Transfer Claims (Docket No. 657)

c. Debtors' Opposition to the Joint Motion by the Asbestos Property Damage and Personal Injury Committees for Authority to Prosecute Fraudulent Transfer Claims (Docket No. 658)

d. Opposition of the Official Committee of Unsecured Creditors to the Joint Motion of the Official Committees of Asbestos Property Damage Claimants and Asbestos Personal Injury Claimants for Authority to Prosecute Fraudulent Transfer Claims (Docket No. 659)

**Status: This matter is being continued to a date to be determined.**

*2.     Motion of the Official Committee of Asbestos Property Damage Claimants for an Order Pursuant to 11 U.S.C. §§ 105(a) and 1103(c) Compelling Debtors to Identify, Retain, Collect, and Organize Relevant Documents and to Make all Such Documents Available in a Central Repository (Docket No. 600)*

**Related Documents:**

a. Notice of Motion re: Docket No. 600 (Docket No. 600)

b. [Proposed] Order re: Docket No. 600 (Docket No. 600)

c. Affidavit of Service re: Docket No. 600 (Docket No. 607)

**Response Deadline:** July 12, 2001 at 4:00 p.m.

**Responses Received:**

a. Limited Objection of Sealed Air Corporation to Proposed Order of the Committee of Asbestos Property Damage Claimants Seeking to Compel Debtors to Create a Document Repository (Docket No. 656)

b. Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Motion of Official Committee of Asbestos Property Damage Claimants for an Order Pursuant to 11 U.S.C. §§ 105(a) and 1103(c) Compelling Debtors to Identify, Retain, Collect, and Organize Documents in a Central Depository (Docket No. 666)

c. Debtors' Response to the Official Committee of Asbestos Property Damage Claimants' Motion for an Order Compelling Debtors to Identify, Retain, Collect, and Organize Documents in a Central Depository (Docket No. 667)

**Status: This matter is being continued to a date to be determined.**

3.      *Motion of the United States for Entry of an Order Compelling Debtors to Supplement Statements of Financial Affairs (Docket No. 702)*

**Related Documents:**

a.      Notice of Motion re: Docket No. 702 (Docket No. 702)

b.      Memorandum in Support of Motion of the United States for Entry of an Order Compelling Debtors to Supplement Statements of Financial Affairs (Docket No. 702)

c.      [Proposed] Order re: Motion of the United States for Entry of an Order Compelling Debtors to Supplement Statements of Financial Affairs (Docket No. 702)

d.      Certificate of Service re: Docket No. 702 (Docket No. 702)

e.      Notice of Amendment of Schedules of Assets and Liabilities and Statement of Financial Affairs (Docket No. 824)

**Response Deadline:**  August 30, 2001 at 4:00 p.m.

**Responses Received:**

a.      Response of the Debtors to the Motion of the United States for Entry of an Order Compelling the Debtors to Supplement their Statements of Financial Affairs (Docket No. 789)

**Status:**  The Debtors have filed a supplement to their Statement of Financial Affairs that includes the environmental information sought by the United States. Accordingly, the Debtors believe that the motion is moot. **To the extent that the United States believes that its motion needs to be further prosecuted, this matter will be continued to a date to be determined.**

Dated: September 6, 2001              KIRKLAND & ELLIS
                                      James H.M. Sprayregen
                                      James W. Kapp III
                                      Samuel A. Schwartz
                                      Roger J. Higgins
                                      200 East Randolph Drive
                                      Chicago, Illinois 60601
                                      (312) 861-2000

-4-

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

/s/ David W. Carickhoff, Jr.
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (CA Bar No. 181564)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession