## <u>CERTIFICATE OF SERVICE</u>

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this Response and Memorandum of the Official Committee of Asbestos Property Damage Claimants in Opposition to Debtors' Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and Approval of the Notice Program, was made on September 7, 2001, upon:

### <u>BY HAND-DELIVERY</u>

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street, 15th Floor
Chase Manhatten Centre
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

Office of the Unites States Trustee
Attention: Frank Perch, Esquire
844 N. King Street
Wilmington, DE  19801

### <u>BY FACSIMILE AND  FIRST-CLASS MAIL</u>

James H.M. Sprayregen, Esquire
James W. Kapp, II, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Lewis Kruger, Esq.
Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

Under penalty of perjury, I declare that the foregoing is true and correct.

s/ Theodore J. Tacconelli
Theodore J. Tacconelli, Esq.