# <u>Exhibit A</u>

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GIBSON BRANDS, INC., *et al.*, | Case No. 18-11025 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. _____ |

**ORDER APPROVING STIPULATION
REGARDING DEFINITION OF "PROFIT INTERESTS"**

Upon consideration of the *Stipulation Regarding Definition of "Profit Interests"* (the "Stipulation"), a copy of which is attached to this order (the "Order") as Exhibit 1, and as agreed to by and among the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned, jointly administered bankruptcy cases, the Ad Hoc Committee of Secured Notes,[2] GSO, Philips, the Supporting Principals and the Committee, and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved; and

2. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

Dated: October _____, 2018   _____
Wilmington, Delaware         THE HONORABLE CHRISTOPHER S. SOTCHI
                             CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Gibson Brand, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Caller, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042); Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Debtors' Fifth Amended Joint Chapter 11 Plan of Reorganization [Docket No. 842] (the "Plan").

- 2 -

# **Exhibit 1**

Stipulation

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------ x<br>In re: :<br>  :<br>GIBSON BRANDS, INC., *et al.*,[1] :<br>  :<br>Debtors. :<br>  :<br>  :<br>  :<br>  :<br>  :<br>------------------------------------ x | Chapter 11<br><br>Case No. 18-11025 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 842, 872** |

## STIPULATION REGARDING DEFINITION OF "PROFIT INTERESTS"

This stipulation (this "**Stipulation**"), dated October 16, 2018, is entered into by and between the Debtors,[2] the Ad Hoc Committee of Secured Notes, GSO, Philips, the Supporting Principals and the Committee.

**WHEREAS**, on October 4, 2018, the Court entered the Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Fifth Amended Joint Chapter 11Plan of Reorganization [Docket No. 872] (the "**Confirmation Order**").

**WHEREAS**, the Debtors anticipate that the Effective Date of the Plan will occur on or around October 31, 2018.

**WHEREAS**, the Plan provides that certain parties are to receive Profits Interests in TEAC Shares, which are defined as follows under Article I.B.166 of the Plan:

> "Profits Interest" means a derivative economic interest in the proceeds of a number of TEAC Shares calculated by dividing (x) the aggregate dollar amount, as applicable, of Profits Interests to which either (i) Class 6 Claims, (ii) Class 7 Claims, or (iii) Mr. Juszkiewicz, respectively, are

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Debtors' Fifth Amended Joint Chapter 11 Plan of Reorganization [Docket No. 842] (the "Plan").

entitled to receive under the Plan Documents or the Management Employment and Consulting Agreements (as applicable) by (y) 0.3154, which corresponds to the trading price of a single TEAC Share on the Tokyo Stock Exchange as of the close of business on August 30, 2018 (JPY35.00), translated into U.S. dollars at the spot rate of exchange prevailing at the close of business on August 30, 2018 (110.9800 USD/JPY), as published by Bloomberg."

**WHEREAS**, on October 1, 2018, TEAC Corporation effectuated a 10:1 reverse stock split.

**WHEREAS**, pursuant to Article XIII.D, the Debtors propose to amend the Plan to maintain the economics of the Plan as approved in the Confirmation Order and clarify the effect of TEAC Corporation's reverse stock split.

**NOW THEREFORE**, the Debtors, the Ad Hoc Committee of Secured Notes, GSO, Philips, the Supporting Principals and the Committee, stipulate and agree as follows:

1. Article I.B.166 of the Plan shall be amended as follows (added language <u>underlined</u>):

"Profits Interest" means a derivative economic interest in the proceeds of a number of TEAC Shares calculated by dividing (x) the aggregate dollar amount, as applicable, of Profits Interests to which either (i) Class 6 Claims, (ii) Class 7 Claims, or (iii) Mr. Juszkiewicz, respectively, are entitled to receive under the Plan Documents or the Management Employment and Consulting Agreements (as applicable) by (y) 0.3154, which corresponds to the trading price of a single TEAC Share on the Tokyo Stock Exchange as of the close of business on August 30, 2018 (JPY35.00), translated into U.S. dollars at the spot rate of exchange prevailing at the close of business on August 30, 2018 (110.9800 USD/JPY), as published by Bloomberg<u>, which number of shares (in each case) shall be divided by ten to account for the 10:1 reverse stock split effectuated by TEAC Corp. on October 1, 2018</u>."

2. Article V.Y of the Plan shall be amended to add the following language at the end of the second paragraph of that section:

If TEAC Corporation effectuates any reverse stock split of the TEAC Shares (other than the reverse stock split addressed in the definition of "Profits Interest"), the number of TEAC Shares in which such Profits Interests shall have a derivative economic interest shall be proportionately decreased, which adjustment shall become effective when such reverse stock split of the TEAC Shares becomes effective.

3. The Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

Dated: October 16, 2018
    Wilmington, Delaware    **PEPPER HAMILTON LLP**

By:  */s/ David M. Fournier*
    David M. Fournier (DE 2812)
    Michael J. Custer (DE 4843)
    Marcy J. McLaughlin (DE 6184)
    Hercules Plaza, Suite 5100
    1313 Market Street
    P.O. Box 1709
    Wilmington, Delaware 19899-1709
    Telephone: (302) 777-6500
    Facsimile: (302) 421-8390
    E-mail: fournierd@pepperlaw.com
    E-mail: custerm@pepperlaw.com
    E-mail: mclaughlinm@pepperlaw.com

-and-

Michael H. Goldstein (admitted *pro hac vice*)
Gregory W. Fox (admitted *pro hac vice*)
Barry Z. Bazian (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 813-8800
Facsimile: (646) 558-4077
E-mail: mgoldstein@goodwinlaw.com
E-mail: gfox@goodwinlaw.com
E-mail: bbazian@goodwinlaw.com

*Attorneys for Debtors and Debtors in Possession*

Dated: October 16, 2018
      Wilmington, Delaware      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By:  */s/ Pauline K. Morgan*
Pauline K. Morgan (Bar No. 3650)
Sean T. Greecher (Bar No. 5294)
Andrew L. Magaziner (Bar No.5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail: pmorgan@ycst.com
E-mail: sgreecher@ycst.com
E-mail: amagaziner@ycst.com

-and-

Brian S. Hermann (admitted *pro hac vice*)
Robert Britton (admitted *pro hac vice*)
Adam M. Denhoff (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: bhermann@paulweiss.com
E-mail: rbritton@paulweiss.com
E-mail: adenhoff@paulweiss.com

*Attorneys for the Ad Hoc Committee of Secured Notes*

Dated: October 16, 2018
      Wilmington, Delaware    **FOX ROTHSCHILD LLP**

By:   */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
Carl D. Neff (No. 4895)
Margaret M. Manning (No. 4183)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
E-mail: jschlerf@foxrothschild.com
E-mail: cneff@foxrothschild.com
E-mail: mmanning@foxrothschild.com

-and-

Richard S. Kebrdle (admitted *pro hac vice*)
**WHITE & CASE LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
E-mail: rkebrdle@whitecase.com

-and-

J. Christopher Shore (admitted *pro hac vice*)
Andrew T. Zatz (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
E-mail: cshore@whitecase.com
E-mail: azatz@whitecase.com

-and-

Jason N. Zakia (admitted *pro hac vice*)
**WHITE & CASE LLP**
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Telephone: (312) 881-5400
E-mail: jzakia@whitecase.com

*Attorneys for GSO Capital Partners LP*

Dated: October 16, 2018
      Wilmington, Delaware     **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

By:    */s/ Derek C. Abbott*
      Derek C. Abbott (No. 3376)
      1201 North Market Street, 16th Floor
      P.O. Box 1347
      Wilmington, DE 19899-1347
      Telephone: (302) 658-9200
      Facsimile: (302) 658-3989

      -and-

      Andrew G. Dietderich (admitted *pro hac vice*)
      Brian D. Glueckstein (admitted *pro hac vice*)
      David R. Zylberberg (admitted *pro hac vice*)
      **SULLIVAN & CROMWELL LLP**
      125 Broad Street
      New York, New York 10004-2498
      Telephone: (212) 558-4000
      Facsimile: (212) 558-3588

      *Attorneys for Koninklijke Philips N.V.*

Dated: October 16, 2018
Wilmington, Delaware  **LANDIS RATH & COBB LLP**

By: */s/ Adam G. Landis*
Adam G. Landis (No. 3407)
919 Market Street, Suite 1800
Wilmington DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com

-and-

Jeffrey Cohen
Bruce Buechler
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212)262-7402
E-mail: jcohen@lowenstein.com
E-mail:bbuechler@lowenstein.com

*Attorneys for Official Committee of Unsecured Creditors*

Dated: October 16, 2018
      Wilmington, Delaware      **BAYARD, P.A.**

      By:  */s/ Erin R. Fay*
            Erin R. Fay (No. 5268)
            600 N. King Street, Suite 400
            Wilmington, Delaware 19801
            Telephone: (302) 655-5000
            Facsimile: (302) 658-6395
            Email: efay@bayardlaw.com

            -and-

            Andrew M. Troop
            **PILLSBURY WINTHROP SHAW PITTMAN LLP**
            1540 Broadway
            New York, NY 10036-4039
            Telephone: (212) 858-1000
            Facsimile: (212) 858-1500
            Email: andrew.troop@pillsburylaw.com

            *Attorneys for Supporting Principals*