IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIBSON BRANDS, INC., *et al.*, | Case No. 18-11025 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. 901 |

**ORDER APPROVING STIPULATION
REGARDING DEFINITION OF "PROFIT INTERESTS"**

Upon consideration of the *Stipulation Regarding Definition of "Profit Interests"* (the "Stipulation"), a copy of which is attached to this order (the "Order") as Exhibit 1, and as agreed to by and among the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned, jointly administered bankruptcy cases, the Ad Hoc Committee of Secured Notes,[2] GSO, Philips, the Supporting Principals and the Committee, and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved; and

2. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

Dated: October 16, 2018
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SOTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Gibson Brand, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Caller, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042); Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Debtors' Fifth Amended Joint Chapter 11 Plan of Reorganization [Docket No. 842] (the "Plan").