# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>GIBSON BRANDS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-11025 (CSS)<br><br>Jointly Administered |

**NOTICE OF FILING OF STAFFING AND COMPENSATION REPORT BY
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR THE PERIOD SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018**

PLEASE TAKE NOTICE that in accordance with the Order Authorizing the Debtors, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), to Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel *Nunc Pro Tunc* to the Petition Date [Docket No. 262], Alvarez & Marsal North America, LLC hereby files its staffing and compensation report for the period September 1, 2018 through September 30, 2018, which is attached hereto as **Exhibit 1**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

| | |
|---|---|
| Dated: October 16, 2018<br>Wilmington, Delaware | PEPPER HAMILTON LLP<br><br>*/s/ Marcy J. McLaughlin*<br>David M. Fournier (DE 2812)<br>Marcy J. McLaughlin (DE 6184)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Email: fournied@pepperlaw.com<br>          mclaughlinm@pepperlaw.com<br><br>- and -<br><br>GOODWIN PROCTER LLP<br>Michael H. Goldstein *(*admitted *pro hac vice*)<br>Gregory W. Fox *(*admitted *pro hac vice*)<br>Barry Z. Bazian *(*admitted *pro hac vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 813-8800<br>Email: mgoldstein@goodwinlaw.com<br>          gfox@goodwinlaw.com<br>          bbazian@goodwinlaw.com<br><br>*Counsel for Debtors and Debtors in Possession* |