# EXHIBIT 1

Gibson Brands, Inc., et al.,
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

October 15, 2018

Mr. Bruce Mitchell
General Counsel
309 Plus Park Blvd
Nashville, TN 37217

SERVICES RENDERED                                                  INVOICE - 812790-092018

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Fox, Brian | Managing Director / CRO | | | $    150,000.00 |
| Leto, Michael | Senior Director | $    775 | 173.7 | 134,617.50 |
| Ramanathan, Kumanan | Senior Associate | $    625 | 198.7 | 124,187.50 |
| Frenkel, Adam | Associate | $    500 | 178.3 | 89,150.00 |
| O'Connor, Jeffrey | Paraprofessional | $    150 | 141.0 | 21,150.00 |
| | | | | 519,105.00 |
| **Tax Personnel:** | | | | |
| Howe, Christopher | Managing Director | $  1,000 | 40.8 | 40,800.00 |
| Seaway, William | Managing Director | $  1,000 | 5.5 | 5,500.00 |
| Zolbe, Taylor | Director | $    660 | 5.0 | 3,300.00 |
| | | | | 49,600.00 |
| **Claims Management Personnel:** | | | | |
| Kotarba, Steven | Managing Director | $    850 | 73.0 | 62,050.00 |
| Kinealy, Paul | Director | $    600 | 17.9 | 10,740.00 |
| Dvorak, Michael | Jr. Consultant | $    450 | 71.5 | 32,175.00 |
| | | | | 104,965.00 |
| **Performance Improvement Personnel:** | | | | |
| Guyette, James | Senior Director | $    750 | 175.0 | 131,250.00 |
| | | | | 131,250.00 |
| **Litigation and E-Discovery Personnel:** | | | | |
| Forensics: | | | | |
| Ryan, Laureen | Managing Director | $    850 | 2.1 | 1,785.00 |
| Shanahan, Michael | Senior Director | $    610 | 4.5 | 2,745.00 |
| Arya, Shruti | Director | $    575 | 3.9 | 2,242.50 |
| McInnis, Sasha | Manager | $    475 | 0.6 | 285.00 |
| | | | | 7,057.50 |



Gibson Brands, Inc., et al.,

Staffing and Compensation Report for Alvarez Marsal North America, LLC

September 1, 2018 through September 30, 2018

Technology - E-Discovery Management & Processing:

| | | | | |
|---|---|---|---|---|
| Stecke, Curtis | Manager | $ | 475 | 0.5 | 237.50 |
| | | | | | 237.50 |

Relativity Case Administrators:

| | | | | |
|---|---|---|---|---|
| Griffith, David | Senior Director | $ | 595 | 4.3 | 2,558.50 |
| McKenzie IV, James | Senior Associate | $ | 425 | 11.2 | 4,760.00 |
| | | | | | 7,318.50 |

| | | | |
|---|---|---|---|
| | **Total Fees** | **$** | **819,533.50** |

EXPENSES THROUGH 9/30/18

| | | |
|---|---|---|
| Airfare | $ | 11,481.89 |
| Lodging | | 16,090.89 |
| Meals | | 2,138.70 |
| Miscellaneous | | 873.41 |
| Transportation | | 2,797.48 |

| | | |
|---|---|---|
| **Total Expenses** | **$** | **33,382.37** |

| | | |
|---|---|---|
| **TOTAL DUE** | **$** | **852,915.87** |



Gibson Brands, Inc., et al.,
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Annexed hereto are the following schedules for compensation and reimbursement of expenses sought by A&M from September 1, 2018 through September 30, 2018

Exhibit A – Summary of Time by Task. CRO time is not allocated to specific task due to the nature of the engagement. CRO was involved in all tasks.

Exhibit B – Summary of Time by Task by Professional

Exhibit C – Expense Detail by Category by Professional



Gibson Brands, Inc., et al.,

Staffing and Compensation Report for Alvarez Marsal North America, LLC

September 1, 2018 through September 30, 2018

Summary of Time by Task

| Task Description | Hours | Amount |
|---|---|---|
| Accounting | 125.6 | $ 65,657.50 |
| Asset Disposition | 16.5 | 9,102.50 |
| Bankruptcy Support | 184.5 | 120,027.50 |
| Business Operations | 14.5 | 11,237.50 |
| Business Plan | 54.1 | 39,412.50 |
| Case Administration | 0.8 | 400.00 |
| Cash Management & Collateral | 147.6 | 68,690.00 |
| Chief Restructuring Officer | N/A | 150,000.00 |
| Claims Administration & Objections | 35.4 | 19,357.50 |
| Contracts | 39.1 | 18,860.00 |
| Employee Matters | 0.3 | 232.50 |
| Financial Analysis | 121.1 | 53,510.00 |
| Financing | 40.7 | 30,207.50 |
| Leases | 0.5 | 387.50 |
| Litigation | 11.1 | 7,057.50 |
| Meetings | 77.3 | 57,662.50 |
| Repository | 16.0 | 7,556.00 |
| Tax | 77.1 | 68,170.00 |
| Travel | 49.0 | 25,650.00 |
| Work Product | 96.3 | 66,355.00 |
| **Total** | **1,107.5** | **$ 819,533.50** |



Gibson Brands, Inc., et al.,                                                                    Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Accounting                          Assist with the development and execution of the company's
                                    accounting, finance and treasury processes, controls and support
                                    information requirements, including cut-off and determination and
                                    analysis of liabilities subject to compromise.

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 36.3 | 28,132.50 |
| Ramanathan, Kumanan | Senior Associate | $ 625 | 50.8 | 31,750.00 |
| O'Connor, Jeffrey | Paraprofessional | $ 150 | 38.5 | 5,775.00 |
| | | | **125.6** | **$ 65,657.50** |
| | | **Average Rate** | | **$ 522.75** |



Gibson Brands, Inc., et al.,
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Asset Disposition                     Assist the Debtors with non-core asset sales (due diligence,
                                      abandonment, requests, etc.).

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 3.1 | 2,402.50 |
| Frenkel, Adam | Associate | $ 500 | 13.4 | 6,700.00 |
| | | | 16.5 $ | 9,102.50 |
| | | **Average Rate** | $ | 551.67 |



Gibson Brands, Inc., et al.,
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Bankruptcy Support          Advise and assist the company on matters concerning operating
                            the business under Chapter 11, including initial operating reports,
                            monthly operating reports, statements & schedules and other
                            reporting requirements.

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 12.7 | 9,842.50 |
| Ramanathan, Kumanan | Senior Associate | $ 625 | 1.6 | 1,000.00 |
| Frenkel, Adam | Associate | $ 500 | 52.0 | 26,000.00 |
| | | | | |
| **Claims Management Personnel:** | | | | |
| Kotarba, Steven | Managing Director | $ 850 | 73.0 | 62,050.00 |
| Kinealy, Paul | Director | $ 600 | 5.3 | 3,180.00 |
| Dvorak, Michael | Jr. Consultant | $ 450 | 39.9 | 17,955.00 |
| | | | **184.5** | **$ 120,027.50** |
| | | **Average Rate** | | **$ 650.56** |



Gibson Brands, Inc., et al.,
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Business Operations                    Advise and assist with issues related to Debtor-in-Possession
                                       operating in Chapter 11 such as employee, vendor, tenant issues
                                       and other similar matters, including communications and
                                       resolution of issues.

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $    775 | 14.5 | 11,237.50 |
| | | | 14.5   $ | 11,237.50 |
| | | **Average Rate** | $ | 775.00 |



Gibson Brands, Inc., et al.,                                                                                          Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Business Plan                          Advise and assist the company with the planning, development,
                                       evaluation and implementation of the company's strategic,
                                       business and operating plans including the coordination and
                                       preparation of the related financial projections

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 1.5 | 1,162.50 |
| Ramanathan, Kumanan | Senior Associate | $ 625 | 9.6 | 6,000.00 |
| **Performance Improvement Personnel:** | | | | |
| Guyette, James | Senior Director | $ 750 | 43.0 | 32,250.00 |
| | | | 54.1 | $ 39,412.50 |
| | | **Average Rate** | | $ 728.51 |



Gibson Brands, Inc., et al.,                                                                                                      Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Case Administration                          Address administrative matters related to the engagement,
                                             including: coordinating meetings, conference calls and the delivery
                                             of information, and preparing or reviewing court documents and
                                             general case management.

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Frenkel, Adam | Associate | $    500 | 0.8 | 400.00 |
| | | | 0.8 $ | 400.00 |
| | | **Average Rate** | $ | 500.00 |



Gibson Brands, Inc., et al.,                                                                                    Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Cash Management & Collateral        Advise and assist management in treasury matters including the
                                    development of weekly cash forecasts, reporting on cash activity,
                                    covenant compliance, and other reporting requirements pursuant
                                    to cash collateral order.

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 21.9 | 16,972.50 |
| Ramanathan, Kumanan | Senior Associate | $ 625 | 5.3 | 3,312.50 |
| Frenkel, Adam | Associate | $ 500 | 86.7 | 43,350.00 |
| O'Connor, Jeffrey | Paraprofessional | $ 150 | 33.7 | 5,055.00 |
| | | | **147.6** | **$ 68,690.00** |
| | | **Average Rate** | | **$ 465.38** |



Gibson Brands, Inc., et al.,                                                                                    Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

| Claims Administration & Objections | Advise and assist the Debtors in questions and processes regarding the claims resolution process.  Includes reviewing bar date documents, preparing claims reports, participating in claims reconciliation discussions, and providing guidance around general claim questions. |
|---|---|

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 3.7 | 2,867.50 |
| Ramanathan, Kumanan | Senior Associate | $ 625 | 0.4 | 250.00 |
| Frenkel, Adam | Associate | $ 500 | 25.4 | 12,700.00 |
| | | | | |
| **Claims Management Personnel:** | | | | |
| Kinealy, Paul | Director | $ 600 | 5.9 | 3,540.00 |
| | | | **35.4** | **$ 19,357.50** |
| | | **Average Rate** | | **$ 546.82** |



Gibson Brands, Inc., et al.,                                                                              Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

| Contracts | Advise and assist management in preparing for and negotiating various agreements and accommodations with key partners/affiliates, suppliers, and vendors and analysis of contract rejection claims, etc. |

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 0.8 | 620.00 |
| | | | | |
| **Claims Management Personnel:** | | | | |
| Kinealy, Paul | Director | $ 600 | 6.7 | 4,020.00 |
| Dvorak, Michael | Jr. Consultant | $ 450 | 31.6 | 14,220.00 |
| | | | **39.1** | **$ 18,860.00** |
| | | **Average Rate** | | **$ 482.35** |



Gibson Brands, Inc., et al.,
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Employee Matters                    Assist the Debtors with employee communications, development
                                    of severance and retention plans, and related matters.

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 0.3 | 232.50 |
| | | | 0.3 $ | 232.50 |
| | | **Average Rate** | $ | 775.00 |



Gibson Brands, Inc., et al.,                                                                                    Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Financial Analysis                    Including operating analysis, monthly reporting analysis, analysis to
                                      support various Motions, and other ad hoc analysis requested by
                                      management, advisors or counsel.

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 1.3 | 1,007.50 |
| Ramanathan, Kumanan | Senior Associate | $ 625 | 72.7 | 45,437.50 |
| O'Connor, Jeffrey | Paraprofessional | $ 150 | 47.1 | 7,065.00 |
| | | | **121.1** | **$ 53,510.00** |
| | | **Average Rate** | | **$ 441.87** |



Gibson Brands, Inc., et al.,                                                                                                      Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Financing                              Assitance in the development of materials, lender due diligence
                                       and execution of DIP and Exit Financing.

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Fox, Brian | Managing Director / CRO | | | |
| Leto, Michael | Senior Director | $  775 | 31.8 | 24,645.00 |
| Ramanathan, Kumanan | Senior Associate | $  625 | 8.9 | 5,562.50 |
| | | | **40.7** $ | **30,207.50** |
| | | **Average Rate** | $ | **742.20** |



Gibson Brands, Inc., et al.,                                                                              Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Leases                                    Assist the Debtors with the evaluation and negotiation of potential
                                          lease assumptions and rejections.

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $   775 | 0.5 | 387.50 |
| | | | 0.5  $ | 387.50 |
| | | **Average Rate** | $ | 775.00 |



Gibson Brands, Inc., et al.,                                                                        Exhibit B

Staffing and Compensation Report for Alvarez Marsal North America, LLC

September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Litigation                                    Advise and assist management and/or the Debtors' advisors in
                                              litigation matters.

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Litigation and E-Discovery Personnel:** | | | | |
| Forensics: | | | | |
| Ryan, Laureen | Managing Director | $ 850 | 2.1 | 1,785.00 |
| Shanahan, Michael | Senior Director | $ 610 | 4.5 | 2,745.00 |
| Arya, Shruti | Director | $ 575 | 3.9 | 2,242.50 |
| McInnis, Sasha | Manager | $ 475 | 0.6 | 285.00 |
| | | | **11.1** | **$ 7,057.50** |
| | | **Average Rate** | | **$ 635.81** |



Gibson Brands, Inc., et al.,                                                                                      Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

| Meetings | Participate in meetings with Debtors' management, Board of Directors and/or advisors to present findings or discuss various matters related to the filing or operating the business |
|---|---|

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 29.0 | 22,475.00 |
| Ramanathan, Kumanan | Senior Associate | $ 625 | 8.3 | 5,187.50 |
| | | | | |
| **Performance Improvement Personnel:** | | | | |
| Guyette, James | Senior Director | $ 750 | 40.0 | 30,000.00 |
| | | | **77.3** | **$ 57,662.50** |
| | | **Average Rate** | | **$ 745.96** |



Gibson Brands, Inc., et al.,                                                                                    Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Repository                          Advise and assist management and/or the Debtors' advisors in
                                    regard to forensic technology services (E-discovery management
                                    and processing; data collection; and Relativity case administration)

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Litigation and E-Discovery Personnel:** | | | | |
| Technology - E-Discovery Management & Processing: | | | | |
| Stecke, Curtis | Manager | $  475 | 0.5 | 237.50 |
| | | | | |
| Relativity Case Administrators: | | | | |
| Griffith, David | Senior Director | $  595 | 4.3 | 2,558.50 |
| McKenzie IV, James | Senior Associate | $  425 | 11.2 | 4,760.00 |
| | | | **16.0** | **$   7,556.00** |
| | | **Average Rate** | | **$   472.25** |



Gibson Brands, Inc., et al.,

Staffing and Compensation Report for Alvarez Marsal North America, LLC

September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Tax                                Assist the Debtors evaluate compliance with tax regulations and
                                   develop positions with respect to tax initiatives

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Leto, Michael | Senior Director | $ 775 | 16.3 | 12,632.50 |
| Ramanathan, Kumanan | Senior Associate | $ 625 | 9.5 | 5,937.50 |
| | | | | |
| **Tax Personnel:** | | | | |
| Howe, Christopher | Managing Director | $ 1,000 | 40.8 | 40,800.00 |
| Seaway, Bill | Managing Director | $ 1,000 | 5.5 | 5,500.00 |
| Zolbe, Taylor | Director | $ 660 | 5.0 | 3,300.00 |
| | | | **77.1** | **$ 68,170.00** |
| | | Average Rate | | **$ 884.18** |



Gibson Brands, Inc., et al.,                                                                                         Exhibit B
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Summary of Time by Task by Professional

Travel                                    Billable travel time (reflects 50% of time incurred).

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Ramanathan, Kumanan | Senior Associate | $ 625 | 12.0 | 7,500.00 |
| O'Connor, Jeffrey | Paraprofessional | $ 150 | 16.0 | 2,400.00 |
| | | | | |
| **Performance Improvement Personnel:** | | | | |
| Guyette, James | Senior Director | $ 750 | 21.0 | 15,750.00 |
| | | | 49.0 | $ 25,650.00 |
| | | **Average Rate** | | $ 523.47 |



Gibson Brands, Inc., et al.,                                                                      Exhibit B

Staffing and Compensation Report for Alvarez Marsal North America, LLC

September 1, 2018 through September 30, 2018


Summary of Time by Task by Professional

Work Product                        Preparation of summary documents / analysis


| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Restructuring Personnel:** | | | | |
| Ramanathan, Kumanan | Senior Associate | $  625 | 19.6 | 12,250.00 |
| O'Connor, Jeffrey | Paraprofessional | $  150 | 5.7 | 855.00 |
| | | | | |
| **Performance Improvement Personnel:** | | | | |
| Guyette, James | Senior Director | $  750 | 71.0 | 53,250.00 |
| | | | **96.3** | **$ 66,355.00** |
| | | **Average Rate** | | **$ 689.04** |



Gibson Brands, Inc., et al.,                                                                                                Exhibit C
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Expense Detail by Category by Professional

| Professional | Date | Expense | Expense Description |
|---|---|---|---|
| **Airfare** | | | |
| Frenkel, Adam | 08/25/18 | 720.09 | Roundtrip Coach Airfare To Nashville |
| Fox, Brian | 08/29/18 | 764.09 | Roundtrip Coach Airfare To Nashville |
| Frenkel, Adam | 09/02/18 | 720.09 | Roundtrip Coach Airfare To Nashville |
| O'Connor, Jeffrey | 09/04/18 | 144.20 | One Way Coach Airfare to Nashville |
| Fox, Brian | 09/04/18 | 253.47 | One Way Coach Airfare from Nashville |
| Fox, Brian | 09/05/18 | 764.09 | Roundtrip Coach Airfare To Nashville |
| O'Connor, Jeffrey | 09/06/18 | 432.20 | One Way Coach Airfare from Nashville |
| Ramanathan, Kumanan | 09/09/18 | 394.26 | One Way Coach Airfare to Nashville |
| Leto, Michael | 09/10/18 | 529.40 | Roundtrip Coach Airfare To Nashville |
| O'Connor, Jeffrey | 09/10/18 | 814.40 | Roundtrip Coach Airfare To Nashville |
| Ramanathan, Kumanan | 09/13/18 | 880.40 | Roundtrip Coach Airfare To Nashville |
| O'Connor, Jeffrey | 09/17/18 | 382.20 | One Way Coach Airfare to Nashville |
| Leto, Michael | 09/17/18 | 382.20 | One Way Coach Airfare to Nashville |
| Leto, Michael | 09/20/18 | 382.20 | One Way Coach Airfare to Nashville |
| Ramanathan, Kumanan | 09/20/18 | 814.40 | Roundtrip Coach Airfare To Nashville |
| O'Connor, Jeffrey | 09/20/18 | 814.40 | Roundtrip Coach Airfare To Nashville |
| Leto, Michael | 09/24/18 | 764.40 | Roundtrip Coach Airfare To Nashville |
| Leto, Michael | 09/30/18 | 820.40 | Roundtrip Coach Airfare To Nashville |
| O'Connor, Jeffrey | 09/27/18 | 322.80 | One Way Coach Airfare from Nashville |
| Ramanathan, Kumanan | 09/27/18 | 382.20 | One Way Coach Airfare from Nashville |
| | | $  11,481.89 | |
| **Lodging** | | | |
| Dvorak, Michael | 06/11/18 | 167.25 | Hotel in Nashville |
| Dvorak, Michael | 06/12/18 | 167.25 | Hotel in Nashville |
| Kinealy, Paul | 06/18/18 | 167.25 | Hotel in Nashville |
| Kinealy, Paul | 06/19/18 | 167.25 | Hotel in Nashville |
| Kinealy, Paul | 06/20/18 | 167.25 | Hotel in Nashville |
| Kinealy, Paul | 06/24/18 | 167.25 | Hotel in Nashville |
| Dvorak, Michael | 06/24/18 | 167.25 | Hotel in Nashville |
| Kinealy, Paul | 06/25/18 | 167.25 | Hotel in Nashville |
| Dvorak, Michael | 06/25/18 | 167.25 | Hotel in Nashville |
| Kinealy, Paul | 06/26/18 | 167.25 | Hotel in Nashville |
| Dvorak, Michael | 06/26/18 | 167.25 | Hotel in Nashville |
| Kinealy, Paul | 06/27/18 | 167.25 | Hotel in Nashville |
| Dvorak, Michael | 06/27/18 | 167.25 | Hotel in Nashville |
| Frenkel, Adam | 08/27/18 | 331.13 | Hotel in Nashville |
| O'Connor, Jeffrey | 08/27/18 | 266.42 | Hotel in Nashville |



Gibson Brands, Inc., et al.,

Exhibit C

Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Expense Detail by Category by Professional

| Professional | Date | Expense | Expense Description |
|---|---|---|---|
| Frenkel, Adam | 08/28/18 | 331.13 | Hotel in Nashville |
| O'Connor, Jeffrey | 08/28/18 | 266.42 | Hotel in Nashville |
| Frenkel, Adam | 08/29/18 | 331.12 | Hotel in Nashville |
| O'Connor, Jeffrey | 08/29/18 | 266.42 | Hotel in Nashville |
| Frenkel, Adam | 09/04/18 | 323.26 | Hotel in Nashville |
| Fox, Brian | 09/04/18 | 297.02 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/04/18 | 310.12 | Hotel in Nashville |
| Frenkel, Adam | 09/05/18 | 323.26 | Hotel in Nashville |
| Fox, Brian | 09/05/18 | 297.02 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/05/18 | 310.12 | Hotel in Nashville |
| Ramanathan, Kumanan | 09/09/18 | 338.28 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/10/18 | 335.57 | Hotel in Nashville |
| Leto, Michael | 09/10/18 | 335.57 | Hotel in Nashville |
| Ramanathan, Kumanan | 09/10/18 | 338.28 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/11/18 | 335.57 | Hotel in Nashville |
| Leto, Michael | 09/11/18 | 335.57 | Hotel in Nashville |
| Fox, Brian | 09/11/18 | 308.47 | Hotel in Nashville |
| Ramanathan, Kumanan | 09/11/18 | 338.28 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/12/18 | 335.57 | Hotel in Nashville |
| Leto, Michael | 09/12/18 | 335.57 | Hotel in Nashville |
| Fox, Brian | 09/12/18 | 308.47 | Hotel in Nashville |
| Ramanathan, Kumanan | 09/12/18 | 338.28 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/17/18 | 266.42 | Hotel in Nashville |
| Ramanathan, Kumanan | 09/17/18 | 270.12 | Hotel in Nashville |
| Leto, Michael | 09/18/18 | 266.42 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/18/18 | 266.42 | Hotel in Nashville |
| Ramanathan, Kumanan | 09/18/18 | 270.12 | Hotel in Nashville |
| Leto, Michael | 09/19/18 | 266.42 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/19/18 | 266.42 | Hotel in Nashville |
| Ramanathan, Kumanan | 09/19/18 | 270.12 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/24/18 | 519.97 | Hotel in Nashville |
| Leto, Michael | 09/24/18 | 519.97 | Hotel in Nashville |
| Ramanathan, Kumanan | 09/24/18 | 335.57 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/25/18 | 519.97 | Hotel in Nashville |
| Leto, Michael | 09/25/18 | 519.97 | Hotel in Nashville |
| Ramanathan, Kumanan | 09/25/18 | 335.57 | Hotel in Nashville |
| O'Connor, Jeffrey | 09/26/18 | 519.97 | Hotel in Nashville |
| Leto, Michael | 09/26/18 | 530.71 | Hotel in Nashville |
| Ramanathan, Kumanan | 09/26/18 | 335.57 | Hotel in Nashville |



Gibson Brands, Inc., et al.,
Exhibit C
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Expense Detail by Category by Professional

| Professional | Date | Expense | Expense Description |
|---|---|---|---|
| | | $ 16,090.89 | |
| **Meals** | | | |
| Leto, Michael | 08/29/18 | 200.00 | Out of Town Dinner with J. O'Connor, K. Ramanathan, A. Frenkel |
| Ramanathan, Kumanan | 08/30/18 | 5.47 | Out of Town Breakfast |
| Fox, Brian | 09/04/18 | 96.87 | Out of Town Dinner with A. Frenkel and J. O'Connor |
| Fox, Brian | 09/05/18 | 100.12 | Out of Town Dinner with A. Frenkel and J. O'Connor |
| Fox, Brian | 09/06/18 | 124.80 | Out of Town Dinner with A. Frenkel and J. O'Connor |
| Fox, Brian | 09/07/18 | 8.00 | Out of Town Breakfast |
| Ramanathan, Kumanan | 09/10/18 | 61.73 | Out of Town Breakfast with J. O'Connor and M. Leto |
| Ramanathan, Kumanan | 09/10/18 | 61.18 | Out of Town Dinner with M. Leto and J. O'Connor |
| Ramanathan, Kumanan | 09/11/18 | 74.01 | Working Lunch in Nashville with Client and Advisors |
| Ramanathan, Kumanan | 09/11/18 | 29.52 | Out of Town Breakfast |
| Fox, Brian | 09/11/18 | 50.00 | Out of Town Dinner |
| Ramanathan, Kumanan | 09/12/18 | 15.30 | Out of Town Breakfast |
| Ramanathan, Kumanan | 09/12/18 | 92.66 | Out of Town Dinner with J. O'Connor |
| Ramanathan, Kumanan | 09/12/18 | 11.67 | Out of Town Breakfast |
| Leto, Michael | 09/13/18 | 5.00 | Out of Town Breakfast |
| Ramanathan, Kumanan | 09/13/18 | 18.03 | Out of Town Breakfast |
| Fox, Brian | 09/13/18 | 150.00 | Out of Town Dinner with M. Leto, J. O'Connor and K. Ramanathan |
| Ramanathan, Kumanan | 09/17/18 | 24.40 | Out of Town Breakfast with J. O'Connor |
| Ramanathan, Kumanan | 09/17/18 | 99.22 | Out of Town Dinner with J. O'Connor |
| Leto, Michael | 09/18/18 | 22.20 | Out of Town Breakfast |
| Ramanathan, Kumanan | 09/18/18 | 148.00 | Out of Town Dinner with M. Leto and J. O'Connor |
| Ramanathan, Kumanan | 09/18/18 | 15.30 | Out of Town Breakfast with J. O'Connor |
| Ramanathan, Kumanan | 09/19/18 | 123.31 | Out of Town Dinner with N. Ghuman, M. Leto and J. O'Connor |
| Ramanathan, Kumanan | 09/19/18 | 55.13 | Out of Town Breakfast with M. Leto and J. O'Connor |



Gibson Brands, Inc., et al.,                                                                          Exhibit C
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Expense Detail by Category by Professional

| Professional | Date | Expense | Expense Description |
|---|---|---:|---|
| Ramanathan, Kumanan | 09/20/18 | 22.94 | Out of Town Breakfast with M. Leto |
| Ramanathan, Kumanan | 09/20/18 | 70.47 | Working Lunch in Nashville with Client and Advisors |
| Ramanathan, Kumanan | 09/20/18 | 32.55 | Out of Town Breakfast with M. Leto |
| Leto, Michael | 09/24/18 | 200.00 | Out of Town Dinner with J. O'Connor, K. Ramanathan, B. Fox |
| Leto, Michael | 09/24/18 | 25.00 | Out of Town Breakfast |
| Ramanathan, Kumanan | 09/24/18 | 85.93 | Out of Town Breakfast with A. Frenkel and J. O'Connor |
| Leto, Michael | 09/25/18 | 12.40 | Out of Town Breakfast |
| Ramanathan, Kumanan | 09/25/18 | 5.47 | Out of Town Breakfast |
| Leto, Michael | 09/26/18 | 9.00 | Out of Town Breakfast |
| Ramanathan, Kumanan | 09/26/18 | 39.33 | Out of Town Breakfast with M. Leto, A. Frenkel and J. O'Connor |
| Ramanathan, Kumanan | 09/26/18 | 23.72 | Out of Town Breakfast |
| Leto, Michael | 09/27/18 | 19.97 | Out of Town Breakfast |
| | | $   2,138.70 | |
| **Miscellaneous** | | | |
| Braun, Michael | 08/01/18 | (490.00) | 2 TB 3.5" Hard Drives: 4 drives 1 TB USB Hard Drives: 2 drives |
| Guyette, James | 08/09/18 | 49.95 | Monthly In-Flight Wifi |
| Frenkel, Adam | 08/23/18 | 49.95 | Monthly In-Flight Wifi |
| Ramanathan, Kumanan | 08/29/18 | 49.95 | Monthly In-Flight Wifi |
| Fox, Brian | 09/01/18 | 53.53 | Jul/Aug 2018 Wireless Usage Charges |
| Dvorak, Michael | 09/01/18 | 16.56 | Jul/Aug 2018 Wireless Usage Charges |
| Frenkel, Adam | 09/03/18 | 9.95 | Airport Wifi Charge |
| Leto, Michael | 09/03/18 | 49.95 | Monthly In-Flight Wifi |
| Leto, Michael | 09/12/18 | 52.26 | Aug/Sept 2018 Wireless Usage Charges |
| Ramanathan, Kumanan | 09/12/18 | 107.97 | Aug/Sept 2018 Wireless Usage Charges |
| Frenkel, Adam | 09/12/18 | 48.76 | Aug/Sept 2018 Wireless Usage Charges |
| Kotarba, Steven | 09/12/18 | 40.37 | Aug/Sept 2018 Wireless Usage Charges |
| Kinealy, Paul | 09/12/18 | 23.72 | Aug/Sept 2018 Wireless Usage Charges |
| Keneally, Timothy | 09/12/18 | 6.15 | Aug/Sept 2018 Wireless Usage Charges |
| Kirk, Garrett | 09/12/18 | 66.77 | Aug/Sept 2018 Wireless Usage Charges |
| Guyette, James | 09/12/18 | 57.57 | Aug/Sept 2018 Wireless Usage Charges |
| Braun, Michael | 09/30/18 | 680.00 | Relativitiy eDiscovery Software - September Usage |
| | | $   873.41 | |



Gibson Brands, Inc., et al.,                                                        Exhibit C
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Expense Detail by Category by Professional

| Professional | Date | Expense | Expense Description |
|---|---|---|---|
| **Transportation** | | | |
| Frenkel, Adam | 08/27/18 | 94.21 | Transportation to Airport |
| Frenkel, Adam | 08/30/18 | 46.96 | Transportation from Airport |
| Frenkel, Adam | 08/30/18 | 272.49 | Car Rental in Nashville |
| Frenkel, Adam | 09/04/18 | 40.37 | Transportation to Airport |
| Frenkel, Adam | 09/06/18 | 186.11 | Car Rental in Nashville |
| Fox, Brian | 09/06/18 | 83.00 | Transportation from Airport |
| Frenkel, Adam | 09/07/18 | 40.92 | Transportation from Airport |
| Leto, Michael | 09/10/18 | 26.69 | Transportation from Airport |
| Leto, Michael | 09/10/18 | 46.28 | Transportation to Airport |
| Leto, Michael | 09/10/18 | 104.06 | Transportation from Airport |
| Ramanathan, Kumanan | 09/10/18 | 5.00 | Parking in Nashville |
| Ramanathan, Kumanan | 09/11/18 | 10.00 | Parking in Nashville |
| Fox, Brian | 09/11/18 | 82.83 | Transportation to Airport |
| Fox, Brian | 09/11/18 | 23.23 | Transportation to Airport |
| Ramanathan, Kumanan | 09/12/18 | 10.00 | Parking in Nashville |
| Ramanathan, Kumanan | 09/12/18 | 117.00 | Parking in Nashville |
| Leto, Michael | 09/13/18 | 23.18 | Transportation to Airport |
| Leto, Michael | 09/13/18 | 70.18 | Transportation from Airport |
| Ramanathan, Kumanan | 09/13/18 | 375.29 | Car Rental in Nashville |
| Ramanathan, Kumanan | 09/13/18 | 5.00 | Parking in Nashville |
| Ramanathan, Kumanan | 09/13/18 | 40.80 | Transportation from Airport |
| Fox, Brian | 09/13/18 | 94.94 | Transportation from Airport |
| Ramanathan, Kumanan | 09/17/18 | 68.86 | Transportation to Airport |
| Leto, Michael | 09/18/18 | 65.37 | Transportation to Airport |
| Leto, Michael | 09/18/18 | 18.74 | Transportation from Airport |
| Ramanathan, Kumanan | 09/18/18 | 10.00 | Parking in Nashville |
| Ramanathan, Kumanan | 09/19/18 | 5.00 | Parking in Nashville |
| Ramanathan, Kumanan | 09/19/18 | 5.00 | Parking in Nashville |
| Ramanathan, Kumanan | 09/19/18 | 120.00 | Parking in Nashville |
| Leto, Michael | 09/20/18 | 10.84 | Transportation to Airport |
| Ramanathan, Kumanan | 09/20/18 | 375.29 | Car Rental in Nashville |
| Ramanathan, Kumanan | 09/20/18 | 10.00 | Parking in Nashville |
| Ramanathan, Kumanan | 09/20/18 | 44.51 | Transportation from Airport |
| Leto, Michael | 09/24/18 | 91.58 | Transportation to Airport |
| Leto, Michael | 09/24/18 | 19.45 | Transportation from Airport |
| Ramanathan, Kumanan | 09/24/18 | 71.44 | Transportation to Airport |
| Ramanathan, Kumanan | 09/25/18 | 7.00 | Parking in Nashville |



Gibson Brands, Inc., et al.,                                                                                            Exhibit C
Staffing and Compensation Report for Alvarez Marsal North America, LLC
September 1, 2018 through September 30, 2018

Expense Detail by Category by Professional

| Professional | Date | Expense | Expense Description |
|---|---|---|---|
| Ramanathan, Kumanan | 09/25/18 | 5.00 | Parking in Nashville |
| Leto, Michael | 09/27/18 | 70.86 | Transportation from Airport |
| | | $ 2,797.48 | |
| **Total Expenses** | | **$ 33,382.37** | |

