IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., et al.,   Chapter 11

        Debtors.   Case No. 01-1139 (MFW) through
Case No. 01-1200 (MFW)

Jointly Administered

### SUPPLEMENTAL AFFIDAVIT OF ELIHU INSELBUCH PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

STATE OF NEW YORK        )
                                      ) ss:
COUNTY OF NEW YORK    )

    Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Elihu Inselbuch, being duly sworn, deposes and says:

    1. I am a member of the bar of the State of New York and of the firm of Caplin & Drysdale, Chartered ("Caplin & Drysdale"), attorneys-at-law, whose other members and associates are duly admitted to practice in either the State of New York or the District of Columbia, or both. I am authorized to make this affidavit on Caplin & Drysdale's behalf. I am one of the attorneys responsible for the services provided to The Official Committee of Asbestos Personal Injury Claimants (the "Asbestos Personal Injury Claimants Committee") of W.R. Grace & Co., et al. The facts set forth in this Statement are personally known to me and, if called as a witness, I would testify thereto.

    2. On June 13, 2001, this Court entered an order approving the Asbestos Personal Injury Claimants Committee's Application for Entry of an Order Authorizing the Employment of Caplin & Drysdale as National Counsel for the Asbestos Personal Injury Claimants Committee

(the "Retention Application"). The Retention Application was accompanied by an affidavit sworn to and executed by me containing disclosures and representations required under Bankruptcy Code Section 327(a) and Bankruptcy Rules 2014(a) and 2016.

3. This supplement discloses that on or about August 21, 2001, Caplin & Drysdale engaged Professor Elizabeth Warren, the Leo Gottlieb Professor of Law at the Harvard Law School, as a Special Bankruptcy Consultant to the firm.

4. As set forth in her *curriculum vitae* attached hereto, Professor Warren is a distinguished academician, with extensive teaching experience and numerous publications in the field of Bankruptcy Law.

5. Professor Warren will not be a member of the firm, an associate of the firm or maintain an of counsel relationship with the firm. It is contemplated that she will work with Caplin & Drysdale as a consultant in this bankruptcy case, as well as the other asbestos-related bankruptcy cases in which Caplin & Drysdale is counsel to the Committees representing asbestos personal injury claimants.

6. Professor Warren will maintain her own time records in compliance with the Court's Administrative Order. Caplin & Drysdale will incorporate her time entries in its billing statement and will bill for Professor Warren's services as part of the Caplin & Drysdale's monthly and quarterly fee applications.

7. Professor Warren, as far as she has been able to ascertain, has no connection with the Debtor, its creditors, the United States Trustee or any other party, or their respective attorneys or accountants, nor will she represent any other interested party in this Bankruptcy Case.

8. The foregoing constitutes Elihu Inselbuch's supplemental statement pursuant to Sections 327 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014. Caplin & Drysdale remains disinterested within the meaning of Bankruptcy Code Section 101(14), and neither holds nor represents any interest adverse to the Debtor or the Debtor's estate.

_____
Elihu Inselbuch

SWORN TO and subscribed before me this 10th day of Sept., 2001.

_____
Notary Public

LAUREN KARASTERGIOU
Notary Public, State of New York
No. 01KA4705838
Qualified in New York County
Commission Expires June 12, 2002

3