IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify

that on September 12, 2001, I caused a copy of the foregoing to be served upon the

parties on the attached list by Federal Express, unless otherwise indicated.


Dated: September 12, 2001
       Wilmington, Delaware


                                        /s/ Matthew G. Zaleski, III
                                        Matthew G. Zaleski, III

{D0000141:1 }