August 2001

# ELIZABETH WARREN
Leo Gottlieb Professor of Law
Harvard Law School

**Academic Appointments**

Harvard Law School. 1995-present: Leo Gottlieb Professor of Law; 1992-93: Robert Braucher Visiting Professor of Commercial Law.

The University of Pennsylvania Law School. 1990-1995: William A Schnader Professor of Commercial Law; 1987-1990: Professor of Law.

The University of Texas School of Law. 1986-87: Jay H. Brown Centennial Fellow in Law; 1983-1987: Professor of Law. 1985-86: Conoco Faculty Fellow in Law; 1981-82: Visiting Associate Professor of Law.

The University of Texas at Austin. 1983-87: Research Associate, Population Research Center.

The University of Houston Law Center. 1981-83: Associate Professor of Law; 1978-80: Assistant Professor of Law; 1980-81: Associate Dean for Academic Affairs.

The University of Michigan. 1985: Visiting Professor of Law.

Rutgers School of Law (Newark). 1977-78: Lecturer in Law.

**Teaching Fields**

Contracts, Secured Lending, Bankruptcy, Payment Systems, Commercial Paper, Regulated Industries, Corporations, Partnerships, Banking Regulation.

**Education**

J.D. RutgersBNewark, 1976
B.S. University of Houston, 1970

**Publications**

{D0000483:1 }

1

**Books**

BANKRUPTCY AND REVISED ARTICLE 9 (Aspen Law & Business 2001).

(With Sullivan and Westbrook) THE FRAGILE MIDDLE CLASS: AMERICANS IN DEBT (Yale University Press 2000).

(With Westbrook) THE LAW OF DEBTORS AND CREDITORS (Little, Brown &Co. 1986). SUPPLEMENT TO THE LAW OF DEBTORS AND CREDITORS (1990). THE LAW OF DEBTORS AND CREDITORS (Little, Brown & Co. 2d ed. 1991, 2nd ed. 1991, Aspen 3rd ed. 1996, 4th ed. 2001).

(With Westbrook ) TEACHERS MANUAL, THE LAW OF DEBTORS AND CREDITORS (Little, Brown & Co. 1986, 2nd ed. 1991, Aspen 3rd ed. 1996, 4th ed. 2001).

(With LoPucki) SECURED TRANSACTIONS: A SYSTEMS APPROACH (Little, Brown & Co. 1995, Aspen 2d. Ed. 1998, 3d ed. 2000).

(With LoPucki) TEACHERS MANUAL, SECURED TRANSACTIONS: A SYSTEMS APPROACH (Little, Brown & Co. 1995, Aspen 2d. ed. 1998, 3d. ed. 1998, 3d. ed. 2000).

(With LoPucki, Keating, Mann) COMMERCIAL LAW: A SYSTEMS APPROACH (Little, Brown & Co. 1998).

(With LoPucki, Keating, Mann) TEACHERS MANUAL, COMMERCIAL LAW: A SYSTEMS APPROACH (Little Brown & Co. 1998).

REPORT OF THE NATIONAL BANKRUPTCY REVIEW COMMISSION (Reporter) (October 20, 1997).

BUSINESS BANKRUPTCY (Federal Judicial Center 1993).

(With Sullivan and Westbrook) AS WE FORGIVE OUR DEBTORS: CONSUMER CREDIT AND BANKRUPTCY IN AMERICA (Oxford University Press 1989).

**Book Chapters**

*Evaluate the Present and Shape the Future*, in THE DEVELOPMENT OF BANKRUPTCY & REORGANIZATION LAW IN THE COURTS OF THE SECOND CIRCUIT OF THE UNITED STATES (Matthew Bender 1995).

(With Sullivan and Westbrook) *Bankruptcy and the Family*, in FAMILIES AND LAW (L. MacIntyre, M. Sussman eds. Haworth Press 1995).

**Reports**

(With Sullivan and Westbrook) FINANCIAL DIFFICULTIES OF SMALL BUSINESSES AND REASONS FOR THEIR FAILURES (Small Business Administration) (September 1998).

**Academic Journals**

(With Sullivan and Westbrook) AUne Prospérité PrécaireSur les situations financieres critiques dans la classe moyenne,@ 138 Actes de la Recherché en Sciences Sociales 19-33 (Juin 2001) (abstracts in French, English, German, and Spanish).

(With Jacoby and Sullivan) *Rethinking the Debates over Health Care Financing: Evidence from the Bankruptcy Courts,* 76 NEW YORK UNIVERSITY LAW REVIEW 375 (2001).

(With Jacoby and Sullivan) *Medical Problems and Bankruptcy Filings*, NORTON BANKRUPTCY LAW ADVISOR 1 (May 2000).

(With Westbrook) *Financial Characteristics of Businesses in Bankruptcy*, 73 AMERICAN BANKRUPTCY LAW JOURNAL 499 (1999).

*The Changing Politics of American Bankruptcy Reform,* 37 OSGOODE HALL LAW JOURNAL 189 (Symposium Spring/Summer 1999).

(With Sullivan) *The Changing Demographics of Bankruptcy*, NORTON BANKRUPTCY LAW ADVISOR 1 (October 1999).

(With Sullivan) *More Women in Bankruptcy*, American Bankruptcy Institute Journal (July 30, 1999).

(With Sullivan) *Women in Bankruptcy*, American Bankruptcy Institute Journal (July 13, 1999).

(With Westbrook) *The Business Bankruptcy Project: The Work in Progress*, 72 NATIONAL CONFERENCE OF BANKRUPTCY JUDGES 2.3 (1998).

*The Bankruptcy Crisis,* 73 INDIANA LAW JOURNAL 1079 (Harris Lecture) (1998).

(With Sullivan and Westbrook) *From Golden Years to Bankrupt Years*, NORTON BANKRUPTCY LAW ADVISOR 1(July 1998).

*Making Policy with Imperfect Information: The Article 9 Full Priority Debates*, 82 CORNELL LAW REVIEW 101(1998).
*A Principled Approach to Consumer Bankruptcy*, 71 AMERICAN BANKRUPTCY LAW JOURNAL 483 (1997).

**Academic Journals**, cont.

(With Sullivan and Westbrook) *America=s Consumer Bankruptcy Dichotomy: A Study of Alleged Abuse and Local Legal Culture*, 20 JOURNAL OF CONSUMER POLICY 223 (Ian Ramsey, ed., Great Britain).

*A Basic Bankruptcy Concept for Consumer Bankruptcy*, 51 CONSUMER FINANCE LAW QUARTERLY REPORT 3 (Winter 1997).

*An Article 9 Set Aside for Unsecured Creditors*, 51 CONSUMER FINANCE LAW QUARTERLY REPORT 323 (Fall 1997).

*Article 9 Set Aside for Unsecured Creditors*, UCC BULLETIN (1 October 1996).

(With Sullivan and Westbrook) *Bankruptcy and the Family*, 21 MARRIAGE & FAMILY REVIEW 193 (1995).

(With Westbrook) *Searching for Reorganization Realities*, 72 WASHINGTON UNIVERSITY LAW QUARTERLY 3001 (1994) (symposium issue).

(With Sullivan and Westbrook) *The Persistence of Local Legal Culture: Twenty Years of Evidence from the Bankruptcy Courts*, 17 HARVARD JOURNAL OF LAW & PUBLIC POLICY 801 (1994).

(With Sullivan and Westbrook) *Consumer Debtors Ten Years Later: A Financial Comparison of Consumer Bankrupts 1981-91*, 68 AMERICAN BANKRUPTCY LAW JOURNAL 121 (1994).

*Further Reconsideration: A Comment on Baird=s* Article 9 Reconsidered, 80 VIRGINIA LAW REVIEW 2301 (1994) (symposium issue).

*Bankruptcy Policymaking in an Imperfect World*, 92 MICHIGAN LAW REVIEW 336 (1992).

(With Sullivan and Westbrook) *Baby Boomers and the Bankruptcy Boom*, NORTON BANKRUPTCY LAW ADVISOR 1(April 1993).

*The Untenable Case For Repeal of Chapter 11*, 102 YALE LAW JOURNAL 437 (1992).

*Why Have a Federal Bankruptcy System?*, 77 CORNELL LAW REVIEW 2401 (1992).

*A Theory of Absolute Priority*, 1991 NEW YORK UNIVERSITY ANNUAL SURVEY OF AMERICAN LAW 9.

**Academic Journals**, cont.

*Absolute Priority, New Value, and Theories of Bankruptcy,* 1990 N.C.B.J. 1125 (1990).

(With Sullivan and Westbrook) *Laws, Models, and Real People*, 13 LAW AND SOCIAL INQUIRY 661 (1988).

*Legal Realism: Commentary*, 1988 NEW YORK UNIVERSITY ANNUAL SURVEY OF AMERICAN LAW 49 (1988).

*Bankruptcy Policy,* 54 UNIVERSITY OF CHICAGO LAW REVIEW 775 (1987); reprinted in CORPORATE BANKRUPTCY: ECONOMIC AND LEGAL PERSPECTIVES (Bhandari & Weiss, eds. Cambridge University Press (1994) and reprinted in *Company Law* (S. Wheeler, ed. Dartmouth Publishing United Kingdom 1993).

(With Sullivan and Westbrook) *The Role of Empirical Data in Formulating a National Bankruptcy Policy*, 50 LAW AND CONTEMPORARY PROBLEMS 195 (1987).

(With Sullivan and Westbrook) *Folklore and Facts: A Preliminary Report from The Consumer Bankruptcy Project*, 60 AMERICAN BANKRUPTCY LAW JOURNAL 293 (1986).

(With Sullivan and Westbrook) *Rejoinder: Limiting Access to Bankruptcy Discharge*, 1984 WISCONSIN LAW REVIEW 1087.

*Reducing Bankruptcy Protection for Consumers: A Response*, 72 GEORGETOWN LAW JOURNAL 1333 (1984).

(With Sullivan and Westbrook) *Limiting Access to Bankruptcy Discharge: An Analysis of the Creditors= Data*, 1983 WISCONSIN LAW REVIEW 1091.

*Formal and Operative Rules Under Common Law and Code*, 32 UCLA LAW REVIEW 898 (1983).

*Trade Usage and Parties in the Trade: An Economic Rationale for an Inflexible Rule*, 42 PITTSBURGH LAW REVIEW 515 (1982).

*Regulated Industries= Automatic Cost of Service Adjustment Clauses: Do They Increase or Decrease Cost to the Consumer?*, 55 NOTRE DAME LAWYER 333 (1980).

*Tax Accounting in Regulated Industries: Limitations on Rate Base Exclusions*, 31 RUTGERS LAW REVIEW 187 (1978).

**Academic Journals**, cont.

*Busing BSupreme Court Restricts Equity Powers of District Courts to Order Interschool Busing*, 28 RUTGERS LAW REVIEW 1225 (1975)(STUDENT WORK).

**Other Publications**

*Anti-Women Bankruptcy Bill May Be Veto-Proof*, Women=s Enews (December 14, 2000)

*Commentary: Don=t Link Bankruptcy, Domestic Violence Bills,* Women=s Enews (October 4, 2000)

AHomeowners in Bankruptcy: The Hidden Costs of Predatory Lending,@ testimony before the Predatory Lending Joint Task Force of the Department of Housing and Urban Development, May 25, 2000.

*Bankruptcy Reform Targets the Little Guy*, Star Ledger, Perspectives (February 2, 2000).

*The New Women=s Issue: Bankruptcy Law*, Christian Science Monitor (September 10, 1999).

*Bankrupt? Pay Your Child Support First*, New York Times A19 (April 27, 1998).

ABankruptcy Reform,@ testimony before the Joint Hearing of the Subcommittee on Administrative Oversight and the courts and the Subcommittee of the Commercial and Administrative Law, March 11, 1999.

*In Serious Jeopardy: Lies v. Unadulterated Statistics Muddle Bankruptcy Reform*, Chicago Tribune 21 (March 19, 1998).

*How I Write*, 4 SCRIBES JOURNAL OF LEGAL WRITING 71 (Symposium Issue) (1994).

*Chapter 11 Report*, NATIONAL BANKRUPTCY CONFERENCES= CODE REVIEW PROJECT, REFORMING THE BANKRUPTCY CODE 265 (Reporter 1994).

AConsumer Credit Industry,@ testimony before the House of Representatives Committee on Banking and Coinage, Subcommittee on Consumer Affairs, Hearings published in Congressional Record and Committee Hearings Report, September 10, 1992.

*Small Business and Big Trouble*, 2 TURNAROUNDS AND WORKOUTS 3 (Survey of Consumer Bankruptcies Issue) (July 15, 1992).

**Other Publications**, cont.

*Bankruptcy is a Better Alternative*, (opinion piece) NATIONAL LAW JOURNAL (April 20, 1992).

(With Sullivan and Westbrook) *What We Really Said About Chapter 13*, 5 NATIONAL ASSOCIATION OF CHAPTER 13 TRUSTEES QUARTERLY 18 (April, 1992).

AThe Bankruptcy Code and Individual Debtors,@ testimony before the Senate Judiciary Committee, Subcommittee on Courts and Administrative Practices, Hearings published in *Congressional Record and Committee Hearings Report*, July, 1991.

Book Review, *The Law of Letters of Credit: Commercial and Standby Credits*, 48 TEXAS BAR JOURNAL 216 (1985).

LENDING OFFICERS MANUAL (Revision) (for Texas Bankers Association 1984).

(With Sullivan and Westbrook) *Bankruptcy Judges and Bankruptcy Lawyers*, 79TH ANNUAL REPORT OF THE AMERICAN SOCIOLOGICAL ASSOCIATION (1984).

(With Sullivan and Westbrook) AConsumer Choices in Bankruptcy: Statutory Intentions and Statutory Consequences,@ listed as Funded Proposal #8310193, National Science Foundation Archives (1983) (published grant application).

(With Sullivan and Westbrook) *American Consumer Bankruptcy Law: Who is Served?*, 78th Annual Meeting of the American Sociological Association (1983).

Regulatory Lag Fallacy, 106 PUBLIC UTILITIES FORTNIGHTLY 15 (August 14, 1980).


**Honors and Awards**

*Champion of Consumer Rights Award,* National Association of Consumer Bankruptcy Attorneys, April 27, 2000

*Scholarship Award,* American College of Consumer Financial Services Lawyers (for THE FRAGILE MIDDLE CLASS*)*, March 24, 2000

*Outstanding Bankruptcy Academics*, Turnarounds & Workouts (July 1999, July 2000)

*Brown Award for Judicial Scholarship and Education*, Federal Judicial Center (1998)

*Commendation for Service*, American Bankruptcy Board of Certification (1998)

**Honors and Awards, cont.**

*Fifty Most Influential Women Attorneys*, National Law Journal (March 30, 1998)

*Commendation for Outstanding Public Service*, American College of Bankruptcy (March 14, 1998)

*The Albert A. Sacks-Paul A. Freund Award for Teaching Excellence*, Harvard Law School, June 1997

*Top Bankruptcy Lawyers, Inaugural List*, Turnarounds & Workouts, 1997

*The Lindback Award for Distinguished Teaching*, University of Pennsylvania, May, 1994

Fellow, American College of Bankruptcy, elected 1993

Finalist, *Distinguished Scholarly Publication Award* of the American Sociological Association, 1989-1992, for *As We Forgive Our Debtors*

*Silver Gavel Award* (for THE FRAGILE MIDDLE CLASS*)*, American Bar Association, 1990.

*Harvey Levin Award for Excellence in Teaching*, University of Pennsylvania School of Law, 1989, 1992

*L. Hart Wright Teaching Excellence Award*, University of Michigan School of Law, 1986

*Frankel Publication Award for Outstanding Writing*, 1982

*Outstanding Teacher Award*, University of Houston Law Center, 1981

**Competitive Grants**

    2001    Robert Wood Johnson Foundation, Research Grant for Empirical Study entitled AMedical Bankruptcy: A Study of Financially Catastrophic Illness.@

2001 Ford Foundation, Research Grant for Empirical Study entitled AHomeownership and Financial Distress: The Interplay of Tax, Real Estate and Bankruptcy Laws.@

1994- National Bankruptcy Conference, Research Grant for Empirical Study of
1998 Business Bankruptcy.

**Competitive Grants, cont.**

1993-1998  National Conference of Bankruptcy Judges, Empirical Study of Business Bankruptcy.

1995  Scholar in Residence, Rockefeller Foundation, Bellagio, Italy.

1995-1998  Small Business Administration, Research Grant for Empirical Study on Small Business Failure.

1993  Moller Research Chair in Bankruptcy Law and Policy.

1992  Research Foundation, University of Pennsylvania.

1991  National Conference of Bankruptcy Judges, Empirical Study of Consumer Debtors.

1988  Public Policy Research Initiative, University of Pennsylvania.

1987  John M. Olin Foundation, Institute for Law and Economics, University of Pennsylvania.

1987  Policy Research Institute, Economic and Political Institutions Grant.

1986  American Bar Foundation, Meyer Research Grant.

1986  National Institute of Child Health and Human Development, HD #06160-15.

1984-1986  National Science Foundation, Grant No. SES 8310173. AConsumer Choices in Bankruptcy: Statutory Intentions and Statutory Consequences.@

1985-1986  Texas Bar Foundation, Grant for Research on Bankruptcy Demographics Grant.

1985  Policy Research Institute, Grant No. 30-3239-4850.

1980  M.D. Anderson Research Fellow.

1979  Research Initiation Grant, University of Houston.

**Selected Professional Activities**

    Second Vice-President, Council of the American Law Institute; Executive Committee of Council, 1994-1995, 1998-present, Nominating Committee, 1995-present.

    United States Adviser, Transnational Insolvency Project, American Law Institute, 1995-present.

    Reporter/Adviser to the National Bankruptcy Review Commission, 1995-1997.

    Federal Judicial Center Committee on Judicial Education, three terms by the appointment of Chief Justice Rehnquist, 1990-1999.

    National Bankruptcy Conference, Executive Committee, 1993-1995.

    Editorial Advisory Board, Little, Brown and Company, Law School Division, 1990-present.

    Board of Trustees, American Bankruptcy Board of Certification, 1992-1996.

    Board of Editors, American Bankruptcy Law Journal, 1989-92.

    Chair, Legislation Committee, Debtor-Creditor Section, Association of American Law Schools, 1990-1993, Chair, Debtor-Creditor Section, 1989-90.

    Adviser, German Government Task Force on Bankruptcy Reform, 1993.

    Eastern District of Pennsylvania Bankruptcy Conference, Secretary and Steering Committee, 1990-1992.

    Texas State Bar Advisory Commission on Legal Specialization, Charter Member, Board of Directors, 1986-87.

    Proposal Reviewer, National Science Foundation, 1985-present.

    Professional Development Committee, American Association of Law Schools, 1988-91.

    Planning Committee, Association of American Law Schools Conference on Teaching Contract Law, 1989.

    Chair, Association of American Law School Commercial Law Workshop, May-June 1984.

Chair, Commercial and Related Consumer Law Section, Association of American Law Schools, 1983-84.

**Bar Memberships**

New Jersey, Texas.