IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline:  August 27, 2001 at 4:00 p.m. |

## CERTIFICATION OF COUNSEL RE:  DOCKET NO. 725

        1.        The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon* (the "Motion").  The undersigned further certifies

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:30095.1

that he has reviewed the Court's docket in these cases, and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections and responses to the Motion were to be filed with Court and served on counsel for the Debtors on or before August 27, 2001.

        2.       The various committees appointed in these chapter 11 cases (collectively, the "Committees") did, however, provide informal comments to the proposed order granting the Motion. In response to the Committees' comments, the Debtors have revised the proposed form of order reducing the requested exclusivity extension by six months. Thus, pursuant to 11 U.S.C. § 1121(d), the Debtors are simply requesting an extension of the time within which they have to file a plan of reorganization through and including February 1, 2002, and requesting an extension of the time within which they have to solicit acceptances thereof through and including April 1, 2002. The Committees do not oppose the entry of the revised order. The revised order is attached hereto as <u>Exhibit A</u>.

3. Accordingly, the Debtors respectfully request that the Court enter the revised order attached hereto at the Court's earliest convenience.

Dated: September 12, 2001

    KIRKLAND & ELLIS
    James H.M. Sprayregen
    James W. Kapp III
    Samuel A. Schwartz
    Roger J. Higgins
    200 East Randolph Drive
    Chicago, Illinois 60601
    (312) 861-2000

        and

    PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

    /s/ David W. Carickhoff, Jr.
    Laura Davis Jones (Bar No. 2436)
    Hamid R. Rafatjoo (California Bar No. 181564)
    David W. Carickhoff Jr. (Bar No. 3715)
    919 North Market Street, 16th Floor
    P.O. Box 8705
    Wilmington, DE 19899-8705 (Courier 19801)
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400

    Co-counsel for Debtors and Debtors in Possession