# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | CASE NO. 01-01139 (JJF) |
| | : | Jointly Administered |
| Debtors. | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, on this 12 day of September 2001, counsel's motion

for admission <u>pro</u> <u>hac</u> <u>vice</u> of Anne Marie P. Kelley to represent The Dow Chemical Company,

Hampshire Chemical Corp., Union Carbide Corporation, and Angus Chemical Company is

hereby granted.

_____

95088-1