IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No 01-01139 (JJF) |
| | ) | |
| Debtors | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Barbara Fruehauf, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of James P. Ruggeri, Columbia Square, 555 Thirteenth Street, NW, Washington, DC 20004-1109 to represent Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company in this action. The Admittee is admitted, practicing, and in good standing in the District of Columbia.

Barbara Fruehauf
Cattie and Fruehauf
1201 Orange Street, Suite 502
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

James P. Ruggeri
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
(202) 637-5600

Motion granted.

BY THE COURT:

Date: Sept. 12, 2001

United States ~~Bankruptcy~~ Judge
District Court

\\\DC - 2376/215 - #1364782 v1