<u>VERIFICATION</u>

STATE OF DELAWARE        :

                         :

COUNTY OF NEW CASTLE     :

      David W. Carickhoff, after being duly sworn according to law, deposes and says:

    a)    I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

    b)    I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Committee and am thoroughly familiar with the other work performed on behalf of the Committee by the lawyers and paraprofessionals of PSZY&J.

    c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

*[signature]*

David W. Carickhoff

SWORN AND SUBSCRIBED

before me this 7th day of September, 2001.

*[signature] Mary Ritchie Johnson*
Notary Public
My Commission Expires: 9-12-02

91100-001\DOCS_DE:28255.1

-1-