# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2001

Invoice Number    48230         91100   00001         HRR

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated: May 31, 2001 | $131,349.52 |
| Net balance forward | $131,349.52 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**     **06/30/2001**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **ASSET DISPOSITION [B130]** | | | | | |
| 06/26/01 | DWC | Review and revise motion for order approving de minimis asset sale procedures and abandonment procedures (.8); draft notice in connection therewith (.4); address filing and service thereof (.2). | 1.40 | 245.00 | $343.00 |
| 06/26/01 | PEC | File and serve Motion for Entry of an order Establishing Procedures regarding De Minimis Assets (.30); and Draft Affidavit of Service(.20). | 0.50 | 105.00 | $52.50 |
| | **Task Code Total** | | **1.90** | | **$395.50** |
| **BANKRUPTCY LITIGATION [L430]** | | | | | |
| 05/01/01 | LDJ | Work on finalizing documents and strategy for motion for preliminary injunction re: Chakarian, et al. | 1.70 | 455.00 | $773.50 |
| 05/01/01 | LDJ | Review omnibus Reply to Objections to Motion for Preliminary Objection Staying All Asbestos-Related and Fraudulent Tran | 0.50 | 455.00 | $227.50 |
| 05/01/01 | LDJ | Review litigation issues precedent and develop strategy | 2.70 | 455.00 | $1,228.50 |
| 05/02/01 | LDJ | Telephone conference with Sam Schwartz, Esq. re: Attic Fill motion; 5/3 hearings | 0.30 | 455.00 | $136.50 |
| 05/04/01 | LDJ | Telephone conference with Jeff Sabin, Esq. re: equity committee appointment | 0.20 | 455.00 | $91.00 |
| 05/08/01 | LDJ | Telephone conference with Jay Kapp, Esq.; Roger Higgins, Esq. re: filing response to motion for reconsideration | 0.20 | 455.00 | $91.00 |
| 05/08/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: equity committee issues | 0.30 | 455.00 | $136.50 |
| 06/27/01 | DWC | Review motion of Property Damage and Personal Injury Committees for authority to prosecute fraudulent transfers. | 0.40 | 245.00 | $98.00 |

Invoice number  48230      91100   00001                                                        Page   2

| | | | | | |
|---|---|---|---|---|---|
| | Task Code Total | | 6.30 | | $2,782.50 |

**CASE ADMINISTRATION [B110]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: overall case issues, strategy | 0.30 | 455.00 | $136.50 |
| 05/03/01 | LDJ | Final preparation for 5/3 hearings | 0.80 | 455.00 | $364.00 |
| 05/03/01 | LDJ | Conference with David Bernick, Esq. re: post-hearing tasks; going forward issues and strategy | 0.50 | 455.00 | $227.50 |
| 05/07/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: overall case issues, strategy | 0.30 | 455.00 | $136.50 |
| 05/08/01 | LDJ | Telephone conference with Peter Goodman, Esq. re: first day orders; pending issues | 0.30 | 455.00 | $136.50 |
| 05/09/01 | LDJ | Correspondence with David Siegel, Esq. re: equity committee | 0.20 | 455.00 | $91.00 |
| 06/01/01 | RMO | Maintain document control . | 0.25 | 45.00 | $11.25 |
| 06/01/01 | RMO | Maintain document control . | 0.50 | 45.00 | $22.50 |
| 06/01/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 06/01/01 | PEC | Return calls to various potential Creditors. | 0.50 | 105.00 | $52.50 |
| 06/04/01 | HRR | Review and analyze email from R. Thomas regarding copies of debentures. | 0.10 | 295.00 | $29.50 |
| 06/04/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.60 | 105.00 | $63.00 |
| 06/04/01 | DWC | Telephone conference with Sam Schwartz and Jan Baer (2x) re: filing of Zhagrus Settlement Motion and Retention Motions. | 0.40 | 245.00 | $98.00 |
| 06/05/01 | RMO | Maintain document control . | 0.10 | 45.00 | $4.50 |
| 06/05/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 06/05/01 | PEC | Review docket and update critical dates memo. | 0.50 | 105.00 | $52.50 |
| 06/05/01 | RSL | Obtain docket no. 193 and fax to G. Werkheiser pre request | 0.10 | 225.00 | $22.50 |
| 06/06/01 | HRR | Telephone conference with R. Thomas regarding information needed. | 0.10 | 295.00 | $29.50 |
| 06/06/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 06/06/01 | PEC | Return calls to various potential creditors and forward documents requested. | 1.00 | 105.00 | $105.00 |
| 06/07/01 | MJO | Match pleadings with Court docket. | 4.00 | 30.00 | $120.00 |
| 06/08/01 | MJO | Match pleadings with Court docket. | 4.50 | 30.00 | $135.00 |
| 06/08/01 | CAK | Maintain document control | 0.10 | 105.00 | $10.50 |
| 06/08/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.60 | 105.00 | $63.00 |
| 06/08/01 | PEC | Return calls to various creditors regarding information received. | 1.10 | 105.00 | $115.50 |
| 06/11/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 06/11/01 | CFS | Match pleadings with Court docket . | 4.00 | 30.00 | $120.00 |
| 06/11/01 | MJO | Match pleadings with Court docket. | 3.50 | 30.00 | $105.00 |
| 06/11/01 | RMO | Maintain document control . | 2.00 | 45.00 | $90.00 |
| 06/11/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.70 | 105.00 | $73.50 |
| 06/11/01 | PEC | Return calls to various creditors regarding information received. | 0.60 | 105.00 | $63.00 |
| 06/11/01 | DWC | Draft Notice of Hearing re: varous motions scheduled for June 21, 2001 omnibus hearing (.8); telephone conference with Sam Schwartz (2x) re: matters scheduled for June 21st omnibus hearing date (.3). | 1.10 | 245.00 | $269.50 |
| 06/11/01 | ALG | Match pleadings with Court docket. | 7.00 | 30.00 | $210.00 |
| 06/12/01 | RMO | Maintain document control . | 8.00 | 45.00 | $360.00 |

**Invoice number  48230**          91100    00001                                                                    **Page    3**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/12/01 | PEC | File Supplemental Certificate of Service. | 0.40 | 105.00 | $42.00 |
| 06/12/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 06/12/01 | ALG | Match pleadings with Court docket. | 6.00 | 30.00 | $180.00 |
| 06/13/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 06/14/01 | RMO | Maintain document control. | 3.00 | 45.00 | $135.00 |
| 06/14/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 06/14/01 | PEC | Review docket for updates. | 0.40 | 105.00 | $42.00 |
| 06/14/01 | PEC | Update critical dates memo. | 0.40 | 105.00 | $42.00 |
| 06/15/01 | PEC | Review docket and begin drafting Agenda Notice for 6/21/01 hearing. | 1.30 | 105.00 | $136.50 |
| 06/15/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.90 | 105.00 | $94.50 |
| 06/15/01 | PEC | Return calls to various potential creditors regarding information received. | 0.60 | 105.00 | $63.00 |
| 06/18/01 | RMO | Maintain document control. | 1.00 | 45.00 | $45.00 |
| 06/18/01 | MJO | Match pleadings with Court docket. | 2.50 | 30.00 | $75.00 |
| 06/18/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 06/18/01 | PEC | Return calls to potential creditors. | 0.50 | 105.00 | $52.50 |
| 06/18/01 | DWC | Review and revise Agenda Notice for 6/21/01 hearing (.5); office conference with Patty Cuniff re: same (.1); telephone conference with Sam Schwartz re: same (.2). | 0.80 | 245.00 | $196.00 |
| 06/18/01 | DWC | Review updated critical dates calendar. | 0.30 | 245.00 | $73.50 |
| 06/18/01 | PEC | Drafting Agenda Notice for 6/21/01 hearing(1.5); and prepare service list for Agenda(.60). | 2.10 | 105.00 | $220.50 |
| 06/19/01 | RMO | Maintain document control. | 2.80 | 45.00 | $126.00 |
| 06/19/01 | MJO | Prepare hearing notebook. | 5.00 | 30.00 | $150.00 |
| 06/19/01 | PEC | Return calls to various potential creditors. | 0.60 | 105.00 | $63.00 |
| 06/19/01 | PEC | Draft and file Affidavit of Service regarding Agenda Notice for 6/21/01 Hearing. | 0.50 | 105.00 | $52.50 |
| 06/19/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 06/19/01 | DWC | Address State of Michigan's concern regarding improperly sent pre-petition invoice. | 0.20 | 245.00 | $49.00 |
| 06/19/01 | DWC | Revise agenda letter for 6/21 hearing and coordinate revisions with Kirkland & Ellis. | 2.60 | 245.00 | $637.00 |
| 06/19/01 | PEC | Revise and review Agenda Notice and service list for 6/21/01 Hearing(.80); and file and serve Agenda Notice and draft Affidavit of Service(.40) | 1.20 | 105.00 | $126.00 |
| 06/20/01 | MJO | Prepare hearing notebook. | 1.00 | 30.00 | $30.00 |
| 06/20/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 06/20/01 | DWC | Address revision of Agenda Notice in light of newly received objections and coordinate the same with Kirkland & Ellis. | 0.60 | 245.00 | $147.00 |
| 06/20/01 | DWC | Review memo regarding disposition of matters scheduled for 6/21 hearing. | 0.30 | 245.00 | $73.50 |
| 06/20/01 | DWC | Prepare for 6/21 hearing. | 2.00 | 245.00 | $490.00 |
| 06/20/01 | PEC | File and serve Amended Notice of Agenda for 6/21/01 hearing(.30); and draft Affidavit of Service(.20). | 0.50 | 105.00 | $52.50 |
| 06/21/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 06/21/01 | PEC | Return calls to various creditors regarding information received. | 0.50 | 105.00 | $52.50 |
| 06/21/01 | DWC | Prepare Second Amended Agenda and address filing and service thereof. | 0.40 | 245.00 | $98.00 |
| 06/21/01 | DWC | Draft letter to Judge Farnan re: Second Amended Agenda for 6/21 hearing. | 0.40 | 245.00 | $98.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/21/01 | DWC | Attended 6/21 hearing. | 3.70 | 245.00 | $906.50 |
| 06/21/01 | DWC | Prepare for 6/21 Hearing. | 2.10 | 245.00 | $514.50 |
| 06/21/01 | PEC | File and serve Second Amended Agenda Notice for 6/21/01 hearing(.30); and Draft Affidavit of Service (.20). | 0.50 | 105.00 | $52.50 |
| 06/22/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.50 | 295.00 | $147.50 |
| 06/22/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 06/22/01 | PEC | Review docket and update critical dates memo. | 0.80 | 105.00 | $84.00 |
| 06/25/01 | RMO | Maintain document control . | 0.50 | 45.00 | $22.50 |
| 06/25/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.40 | 105.00 | $42.00 |
| 06/26/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 06/26/01 | DWC | Telephone conference with Jerry Ellersdorfer re: status of case. | 0.20 | 245.00 | $49.00 |
| 06/27/01 | CLH | Prepare 7 Parcels Inc./DDR Request Forms for pleadings to be filed. | 0.15 | 115.00 | $17.25 |
| 06/27/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.40 | 105.00 | $42.00 |
| 06/28/01 | PEC | Update critical dates memo. | 0.50 | 105.00 | $52.50 |
| 06/28/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.30 | 295.00 | $88.50 |
| 06/29/01 | PEC | Review daily correspondence and pleadings and circulate to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 06/29/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 06/29/01 | RMO | Maintain document control . | 0.30 | 45.00 | $13.50 |
| 06/29/01 | DWC | Review paperflow documents under 6/26/01 cover. | 0.40 | 245.00 | $98.00 |
| 06/29/01 | DWC | Review First Day Pleadings of US Gypsum and draft e-mail to Scott McMillan re: same. | 1.20 | 245.00 | $294.00 |
| | | **Task Code Total** | **103.20** | | **$10,374.00** |

**CLAIMS ADMIN/OBJECTIONS [B310]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/25/01 | DWC | Telephone conference with Jan Baer re: Motion to Establish Bar Date and related documents. | 0.20 | 245.00 | $49.00 |
| 06/27/01 | DWC | Review and revise Motion for Case Management Order, Establishment of Bar Date and Related Relief (.8); draft notice in connection therewith (.4); review and revise memorandum in support of the Motion (2.2); review list of exhibits in connection therewith (.6); telephone conference with Jan Baer and Andrew Running (2x) re: same (.3); address filing and service of the Motion, memo and exhibits (.5). | 4.80 | 245.00 | $1,176.00 |
| 06/27/01 | PEC | File and serve Exhibit to Debtors' Motion for Entry of Case Management Order, Establishment of Bar Date and Approval of Proof of Claim Form and Notice (.50); and Draft Affidavit of Service (.30) | 0.80 | 105.00 | $84.00 |
| 06/27/01 | PEC | File and serve Motion for Entry of Case Management Order, Bar Date and Approval of Proof of Claim Form and Notice (.60); and Draft Affidavit of Service (.20). | 0.80 | 105.00 | $84.00 |
| 06/27/01 | PEC | File and serve Memorandum in Support of Motion for Entry of Case Management Order (.50); and Draft and file Affidavit of Service (.30). | 0.80 | 105.00 | $84.00 |
| 06/29/01 | DWC | Address scheduling issues in connection with the July 19th hearing and the Debtors' Motion for a Case Management Order, Bar Date, and Other Related Relief. | 0.60 | 245.00 | $147.00 |
| | | **Task Code Total** | **8.00** | | **$1,624.00** |

**COMPENSATION PROF. [B160]**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/01 | HRR | Telephone conference with D. Carickhoff regarding first fee application (.10); and Draft email regarding same (.10). | 0.20 | 295.00 | $59.00 |
| 06/11/01 | DWC | Review Stroock & Stroock & Lavan April Fee Application. | 0.30 | 245.00 | $73.50 |
| 06/29/01 | HRR | Conference with D. Carickhoff regarding fee application (.10); and Address issues regarding same (.10). | 0.20 | 295.00 | $59.00 |
| 06/29/01 | DWC | Review and revise K&E Second Monthly Fee Application (1.4); draft notice in connection therewith (.4); Telephone conference with Jay Kapp re: same (.2); address filing and service thereof (.2). | 2.20 | 245.00 | $539.00 |
| 06/30/01 | HRR | Draft April fee application. | 1.60 | 295.00 | $472.00 |
| 06/30/01 | HRR | Draft May fee application. | 2.40 | 295.00 | $708.00 |

|  |  | **Task Code Total** | **6.90** |  | **$1,910.50** |

**EMPLOYEE BENEFIT/PENSION- B220**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/10/01 | LDJ | Review retiree benefits issues and develop strategy | 1.20 | 455.00 | $546.00 |
| 06/27/01 | PEC | Draft and file Affidavit of Service regarding [signed] Order Authorizing Certain Key Employee Retention Programs. | 0.50 | 105.00 | $52.50 |
| 06/27/01 | PEC | Serve [signed] Order Modifying Authority of Debtors to Make Payments Under Certain Wage Programs as Authorized by an Earlier Order of this Court (.30); and Draft and file Affidavit of Service (.20) | 0.50 | 105.00 | $52.50 |

|  |  | **Task Code Total** | **2.20** |  | **$651.00** |

**EXECUTORY CONTRACTS [B185]**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/04/01 | DWC | Telephone conference with Scott Whittier of W.R. Grace and John Demmy, counsel for First Union Leasing re: walk through to inspect leased equipment. | 0.40 | 245.00 | $98.00 |
| 06/05/01 | DWC | Review objection of Daleen Technologies to Lease Rejection (.2) and discuss the same with Sam Schwartz (.3). | 0.50 | 245.00 | $122.50 |
| 06/11/01 | PEC | File Certificate of Service of R.R. Donnelly Sons' for Debtors Motion to Extend Time Assume or Reject Unexpired Leases of Non-Residential Real Property. | 0.40 | 105.00 | $42.00 |
| 06/12/01 | HRR | Telephone conference with T. Wagner regarding real property lease in Mesa, California. | 0.20 | 295.00 | $59.00 |
| 06/13/01 | DWC | Address inquiry of landlord re: tenant information. | 0.30 | 245.00 | $73.50 |
| 06/27/01 | PEC | Serve [signed] Order Granting an Extension of Time to Assume, Assume and Assign or Reject Unexpired Leases of Non-Residential Real Property (.30); and Draft and file Affidavit of Service (.20). | 0.50 | 105.00 | $52.50 |
| 06/27/01 | PEC | Serve [Signed] Order Authorizing Debtors to Assume Executory Contracts with Certain Employees (.30); and Draft and file Affidavit of Service (.20). | 0.50 | 105.00 | $52.50 |

|  |  | **Task Code Total** | **2.80** |  | **$500.00** |

**FINANCIAL FILINGS [B110]**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/07/01 | LDJ | Correspondence with David Carickhoff, Esq. re: schedules | 0.20 | 455.00 | $91.00 |
| 05/14/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: schedules preparation | 0.80 | 455.00 | $364.00 |
| 05/15/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: | 0.40 | 455.00 | $182.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | schedules preparation | | | |
| 06/01/01 | DWC | Address filing of Schedules and Statement of Financial Affairs of the 62 debtor entities. | 2.40 | 245.00 | $588.00 |
| 06/01/01 | KKY | Assisted with filing of Schedules and Statements of Financial Affairs | 0.50 | 115.00 | $57.50 |
| 06/08/01 | DWC | Review Debtors' Initial Monthly Operating Report (.5); address filing and service thereof (.2). | 0.70 | 245.00 | $171.50 |
| 06/08/01 | PEC | Create service list for Monthly Operating Reports (.50); and File and serve Monthly Operating Report (.30). | 0.80 | 105.00 | $84.00 |
| 06/11/01 | PEC | Draft and file Affidavit of Service regarding Initial Monthly Operating Report for W. R. Grace & Co. | 0.40 | 105.00 | $42.00 |
| 06/12/01 | DWC | Address inquiry from individual at Morgan Stanley re: schedules and statements. | 0.20 | 245.00 | $49.00 |
| | | **Task Code Total** | **6.40** | | **$1,629.00** |

**FINANCING [B230]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/01 | LDJ | Review Response to Objection of Credit Lyonnais to final financing order | 0.30 | 455.00 | $136.50 |
| 05/02/01 | LDJ | Review proposed final DIP order | 0.80 | 455.00 | $364.00 |
| | | **Task Code Total** | **1.10** | | **$500.50** |

**LITIGATION (NON-BANKRUPTCY]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/01 | DWC | Review and revise Motion to Modify Preliminary Injunction and Memorandum in Support Thereof (1.3); draft notice and certificate of service in connection therewith(.6); address filing and service thereof (.2). | 2.10 | 245.00 | $514.50 |
| 06/05/01 | DWC | Telephone conference with Jan Baer re: service issues of Motion to Modify Preliminary Injunction and Motion to Approve Settlement with Zhagrus. | 0.30 | 245.00 | $73.50 |
| 06/07/01 | DWC | Review and revise Motion for Approval of Settlement Procedures with Respect to any Actions Against Debtors (.9); draft notice of Motion (.4); Telephone conference with Sam Schwartz re: Motion (.2); address filing and service of Motion (.3). | 1.80 | 245.00 | $441.00 |
| 06/07/01 | DWC | Review and revise Motion to Extend Time to Remove Actions (.8); draft notice of Motion (.4); Telephone conference with Roger Higgins re: Motion (.2); office conference with Mike Seidl re: notice requirements for Motion (.2). | 1.60 | 245.00 | $392.00 |
| 06/08/01 | DWC | Review and revise Motion to Extend Time to Remove Actions (.4); address filing and service of Motion (.2). | 0.60 | 245.00 | $147.00 |
| 06/11/01 | DWC | Draft notice of hearing re: Debtors' Motion to Modify Preliminary Injunction. | 0.40 | 245.00 | $98.00 |
| 06/18/01 | DWC | Address inquiry of Riba Rakowski re: Motion to Amend Preliminary Objection. | 0.20 | 245.00 | $49.00 |
| 06/18/01 | DWC | Research DE cases re: settlement procedures regarding claims by and against the Debtors (.8); telephone conference with Sam Schwartz re: Settlement Procedures Motion and discussions with US Trustee re: same (.3). | 1.10 | 245.00 | $269.50 |
| 06/18/01 | DWC | Telephone conference with Frank Perch re: Motion for Settlement Procedures. | 0.20 | 245.00 | $49.00 |
| 06/19/01 | DWC | Review letter from Stuart Brown re: Motion to Modify Preliminary Injunction and telephone conference with him regarding the same. | 0.30 | 245.00 | $73.50 |
| 06/20/01 | DWC | Telephone conference with Scott Mcmillan re: Amended | 0.20 | 245.00 | $49.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Adversary Complaint. | | | |
| 06/21/01 | DWC | Review Amended Adversary Complaint (.9); Telephone conference with Laura Jones re: the same (.1); address filing and service thereof (.2). | 1.20 | 245.00 | $294.00 |
| 06/21/01 | DWC | Review Affidavit of Bert Wolff in support of Motion to Modify Preliminary Injunction and address filing and service thereof. | 0.30 | 245.00 | $73.50 |
| 06/21/01 | PEC | File and serve Affidavit of Bert L. Wolff in Support of Debtors' Motion for Preliminary Injunction(.30); and Draft Affidavit of Service(.20). | 0.50 | 105.00 | $52.50 |
| 06/21/01 | PEC | File and serve Amended Complaint for Declaratory and Injunctive Relief (.30); and Draft and file Affidavit of Service (.20). | 0.50 | 105.00 | $52.50 |
| 06/25/01 | DWC | Telephone conference with Scott McMillan re: Supplement to Motion to Modify Preliminary Injunction. | 0.20 | 245.00 | $49.00 |
| 06/25/01 | PEC | Draft Summons and Notice regarding Amended Complaint for Declaratory and Injunctive Relief. | 0.80 | 105.00 | $84.00 |
| 06/25/01 | PEC | File and serve Summons and Notice for Amended Complaint for Declaratory and Injunctive Relief. | 0.50 | 105.00 | $52.50 |
| 06/27/01 | PEC | File and serve Supplemental Information in Support of Debtors' Motion to Modify Preliminary Injunction (.40); and Draft Affidavit of Service (.30) | 0.70 | 105.00 | $73.50 |
| | | **Task Code Total** | **13.50** | | **$2,887.50** |

### MEETING OF CREDITORS[B150]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/09/01 | LDJ | Telephone conference with Jay Kapp re: Section 341 meeting | 0.20 | 455.00 | $91.00 |
| | | **Task Code Total** | **0.20** | | **$91.00** |

### OPERATIONS [B210]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/01 | LDJ | Review Committee Motion for Reconsideration of first day employee payment order | 0.30 | 455.00 | $136.50 |
| 06/04/01 | DWC | Review and revise Motion of Debtors for Approval of Settlement and Performance Agreement with Zhagrus (inluding Settlement Agreement and underlying contract) (2.0); draft motion to shorten notice period for Motion (1.2); draft notice of motion (.4); address filing and service thereof (.3). | 3.90 | 245.00 | $955.50 |
| 06/13/01 | DWC | Telephone conference with Sam Schwartz re: Motion to Clarify Customer Programs' Order. | 0.20 | 245.00 | $49.00 |
| 06/15/01 | DWC | Draft motion re: settlement of certain tax issues with the State of Washington. | 1.40 | 245.00 | $343.00 |
| | | **Task Code Total** | **5.80** | | **$1,484.00** |

### RETENTION OF PROF. [B160]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/01 | LDJ | Review revised ordinary course professionals retention order | 0.20 | 455.00 | $91.00 |
| 05/02/01 | LDJ | Telephone call to Frank Perch, Esq. re: same | 0.10 | 455.00 | $45.50 |
| 05/02/01 | LDJ | Review correspondence from Frank Perch re: same | 0.20 | 455.00 | $91.00 |
| 05/03/01 | LDJ | Attend hearing re: retention of counsel; retention of other professionals' motion for temporaty restraining order and preliminary injunction re: asbestos related and fraudulent | 2.00 | 455.00 | $910.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | transfer claims; final financing order; reclamation claims | | | |
| 05/09/01 | LDJ | Conference with Davide Carickhoff, Esq. re: retention of Blackstone | 0.20 | 455.00 | $91.00 |
| 05/09/01 | LDJ | Telephone conference with Jay Kapp, Esq. re: same | 0.20 | 455.00 | $91.00 |
| 05/10/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: retention of Blackstone as financial advisers | 0.30 | 455.00 | $136.50 |
| 05/10/01 | LDJ | Conference with David Carickhoff, Esq. re: motion to vacate order retaining Blackstone | 0.30 | 455.00 | $136.50 |
| 05/11/01 | LDJ | Telephone conference with Bob Beber, Esq. re: professionals retention issues | 0.30 | 455.00 | $136.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Marrianna Dyson. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Robert Flagarty, Esquire. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Michael Ahern, Esquire. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Allan Durst, Esquire. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Stewart Holliman, Esqire. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Jeff Posner, Esquire. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Anthony Riddlesperger, Esquire. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Gary Graham, Esquire. Draft and file Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Terry Macdonald, Esquire. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Richard Caldwell, Esquire. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of Chris Ieyoub. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/01/01 | PEC | File and serve Affidavit of Disinterestedness of David Perkoff. Draft and file Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/04/01 | HRR | Review and analyze certificates regarding retention of professionals. | 0.20 | 295.00 | $59.00 |
| 06/04/01 | DWC | Review and revise motion of Debtors' to retain experts (.6); draft notice of motion (.4); address filing and service thereof (.2). | 1.20 | 245.00 | $294.00 |
| 06/04/01 | DWC | Review and revise motion of Debtors' to retain Wallace King (.6); draft notice of motion (.4); address filing and service thereof (.2). | 1.20 | 245.00 | $294.00 |
| 06/06/01 | DWC | Left detailed voice message for Ted Taconelli re: Property Damage Committee's application to retain financial advisor. | 0.10 | 245.00 | $24.50 |
| 06/06/01 | DWC | Review affidavits under 327(e) of Bankruptcy Code for eight ordinary course professionals and address filing and service thereof. | 0.50 | 245.00 | $122.50 |
| 06/06/01 | DWC | Telephone conference with Jay Kapp and Roger Higgins re: Property Damage Committee's application to retain financial advisor. | 0.20 | 245.00 | $49.00 |
| 06/07/01 | CAK | Draft affidavit of service for retention application for Holmer Roberts & Owen | 0.20 | 105.00 | $21.00 |
| 06/07/01 | CAK | Prepare for filing and service of Retention application for Holmer Roberts & Owen | 0.40 | 105.00 | $42.00 |
| 06/07/01 | DWC | Review and revise Motion to Retain Holme Roberts and Owen (.6); draft notice of Motion (.4); address filing and service thereof (.3). | 1.30 | 245.00 | $318.50 |
| 06/08/01 | PEC | File and Serve Affidavit of Disinterestedness of C. Anthony Cleveland. Draft Affidavit of Service. | 0.30 | 105.00 | $31.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/08/01 | PEC | File and serve Affidavit of Disinterestedness of Sandra Clarke, Esquire. Draft Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/08/01 | PEC | File and serve Affidavit of Disinterestedness of Richard Cohn, Esquire. Draft Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/08/01 | PEC | File and serve Affidavit of Disinterestedness of Anne E. Morgan, Esquire. Draft Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/08/01 | PEC | File and serve Affidavit of Disinterestedness of Paul R. Murphy. Draft Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/08/01 | PEC | File and serve Affidavit of Disinterestedness of Kevin M. Hogan, Esquire. Draft Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/08/01 | PEC | File and serve Affidavit of Disinterestedness of Christopher Richardson, Esquire. Draft Affidavit of Service. | 0.30 | 105.00 | $31.50 |
| 06/08/01 | DWC | Review and revise Motion to Retain Nelson Mullins (.8); draft notice of Motion (.4); address filing and service of Motion (.3). | 1.50 | 245.00 | $367.50 |
| 06/08/01 | DWC | Review and revise Certification of Counsel re: Blackstone Retention (.5) and address filing and service thereof (.2) | 0.70 | 245.00 | $171.50 |
| 06/08/01 | PEC | File and serve Affidavit of Disinterestedness of Arlene Fickler(.20), and Draft Affidavit of Service(.10). | 0.30 | 105.00 | $31.50 |
| 06/12/01 | PEC | File and serve Affidavit of Disinterestedness of William Rowe, Esquire. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 06/12/01 | PEC | File and serve Affidavit of Disinterestedness of Michael Moran, Esquire. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 06/12/01 | PEC | File and serve Affidavit of Disinterestedness of Eugene Bogercheitz, Esquire. Draft Affidavit of Service. | 0.40 | 105.00 | $42.00 |
| 06/12/01 | DWC | Telephone conference with Roger Higgins re: effective date of Blackstone Retention and Local Rule 2014. | 0.20 | 245.00 | $49.00 |
| 06/12/01 | DWC | Review affidavits of ordinary course professionals (8) and address filing and service thereof. | 0.70 | 245.00 | $171.50 |
| 06/13/01 | DWC | Addressed inquiry of Kevin Jones re: environmental counsel retention applications. | 0.20 | 245.00 | $49.00 |
| 06/19/01 | DWC | Telephone conference with Sam Schwartz re: implications of section 328 relief in professional retention orders. | 0.20 | 245.00 | $49.00 |
| 06/20/01 | DWC | Review Property Damage Committee's Objection to Debtors' Motion to Retain Experts. | 0.30 | 245.00 | $73.50 |
| 06/20/01 | DWC | Review Property Damage Committee's Objection to Application to Retain Wallace King as environmental counsel. | 0.20 | 245.00 | $49.00 |
| 06/27/01 | PEC | Serve [signed] Order Authorizing the Employment and Retention of Blackstone Group as Financial Advisors to the Debtors (.30); and Draft and file Affidavit of Service (.20). | 0.50 | 105.00 | $52.50 |
| 06/27/01 | PEC | Serve [signed] Order Authorizing the Retention and Employment of Wallace King Marraro & Branson PLLC as Special Litigation Counsel for the Debtors. Draft and file Affidavit of Service. | 0.50 | 105.00 | $52.50 |
| 06/27/01 | PEC | Serve [signed] Order Authorizing the Retention of Experts (.30); and Draft and file Affidavit of Service (.20). | 0.50 | 105.00 | $52.50 |
| 06/28/01 | PEC | File and serve Motion to Retain Kinsella Communiation Ltd as Notice Consultant. Draft Affidavit of Service. | 0.50 | 105.00 | $52.50 |
| 06/28/01 | DWC | Review and revise Application to Retain Kinsella as Claims Notice Consultant (.9); draft notice in connection therewith (.4); address filing and service thereof (.2). | 1.50 | 245.00 | $367.50 |
| | | **Task Code Total** | **23.90** | | **$5,277.50** |

**STAY LITIGATION [B140]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/01 | HRR | Review and analyze opposition to motion for relief from | 0.30 | 295.00 | $88.50 |

|            |     | stay.                                |        |          |
|------------|-----|--------------------------------------|--------|----------|
|            |     | Task Code Total                      | 0.30   | $88.50   |
|            |     | **Total professional services:**     | 182.50 | $30,195.50 |

**Costs Advanced:**

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/01/2001 | IOM | In office meal--Acme [E111] | $41.81 |
| 04/02/2001 | IOM | In office meal--Dunkin Donuts [E111] | $21.52 |
| 04/02/2001 | TE | Travel Expense--Parking (LDJ) [E110] | $15.00 |
| 04/03/2001 | SO | Secretarial Overtime--Linda Bendlin | $51.21 |
| 05/02/2001 | FX | Fax Transmittal. [E104] | $40.00 |
| 05/03/2001 | FX | Fax Transmittal. [E104] | $42.00 |
| 05/03/2001 | IOM | In office meal--Dunkin Donuts [E111] | $16.47 |
| 05/04/2001 | PO | Postage DDI [E108] | $91.46 |
| 05/04/2001 | PO | Postage DDI [E108] | $115.84 |
| 05/04/2001 | PO | Postage DDI [E108] | $24.50 |
| 05/04/2001 | PO | Postage DDI [E108] | $90.35 |
| 05/04/2001 | RE | Reproduction Expense DDI [E101] | $216.63 |
| 05/04/2001 | RE | Reproduction Expense DDI [E101] | $157.14 |
| 05/04/2001 | RE | Reproduction Expense RE [E101] | $276.39 |
| 05/04/2001 | RE | Reproduction Expense DDI [E101] | $53.46 |
| 05/07/2001 | PO | Postage DDI [E108] | $35.75 |
| 05/07/2001 | RE | Reproduction Expense DDI [E101] | $37.35 |
| 05/09/2001 | FE | Federal Express [E108] | $15.60 |
| 05/09/2001 | PO | Postage DDI [E108] | $241.50 |
| 05/09/2001 | RE | Reproduction Expense DDI [E101] | $768.96 |
| 05/11/2001 | FE | Federal Express [E108] | $15.60 |
| 05/11/2001 | PO | Postage DDI [E108] | $40.15 |
| 05/11/2001 | RE | Reproduction Expense DDI [E101] | $50.22 |
| 05/15/2001 | FE | Federal Express [E108] | $7.64 |
| 05/16/2001 | RE | Reproduction Expense-DDI [E101] | $2,258.82 |
| 05/18/2001 | WL | Westlaw - Legal Research [E106] | $68.96 |
| 05/21/2001 | PO | Postage [E108] | $7.47 |
| 05/22/2001 | PO | Postage [E108] | $41.80 |
| 05/24/2001 | FE | Federal Express [E108] | $43.68 |
| 05/24/2001 | PO | Postage [E108] | $1.65 |
| 05/24/2001 | PO | Postage - DDI [E108] | $74.69 |
| 05/24/2001 | RE | Reproduction Expense - DDI [E101] | $130.95 |
| 05/25/2001 | FE | Federal Express [E108] | $21.84 |
| 05/25/2001 | PO | Postage [E108] | $137.60 |
| 05/25/2001 | PO | Postage - DDI [E108] | $281.96 |
| 05/25/2001 | RE | Reproduction Expense - DDI [E101] | $500.85 |
| 05/29/2001 | FE | Federal Express [E108] | $15.60 |
| 05/29/2001 | PO | Postage [E108] | $87.30 |
| 05/29/2001 | RE | Reproduction Expense DDI [E101] | $196.56 |
| 06/01/2001 | DC | Delivery/ Courier Service--Parcels [E107] | $55.00 |
| 06/01/2001 | FE | Federal Express [E108] | $21.84 |
| 06/01/2001 | FE | Federal Express [E108] | $297.18 |
| 06/01/2001 | FE | Federal Express [E108] | $124.59 |
| 06/01/2001 | PO | Reproduction Expense.--DDI [E101] Postage [E108] | $336.00 |
| 06/01/2001 | RE | Reproduction Expense--(Kinko's). [E101] | $28.00 |
| 06/01/2001 | RE | Reproduction Expense.(in-house) [E101] | $3.30 |
| 06/01/2001 | RE | Reproduction Expense. [E101] | $108.00 |
| 06/01/2001 | RE | Reproduction Expense. [E101] | $215.70 |
| 06/01/2001 | RE | Reproduction Expense. [E101] | $53.10 |
| 06/01/2001 | RE | Reproduction Expense. [E101] | $30.60 |
| 06/01/2001 | RE | Reproduction Expense. [E101] | $45.00 |
| 06/01/2001 | RE | Reproduction Expense. [E101] | $220.80 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/01/2001 | RE | Reproduction Expense. [E101] | $28.35 |
| 06/01/2001 | RE | Reproduction Expense. [E101] | $91.50 |
| 06/01/2001 | RE | Reproduction Expense. [E101] | $28.35 |
| 06/01/2001 | RE | Reproduction Expense. [E101] | $34.20 |
| 06/01/2001 | RE | Reproduction Expense. [E101] | $1.20 |
| 06/01/2001 | RE | Reproduction Expense--Delaware Document Imaging  [E101] | $861.30 |
| 06/02/2001 | TC | Telephone Expense- GTE Airfone (LDJ) [E105] | $7.06 |
| 06/02/2001 | TC | Telephone Expense- GTE Airfone (LDJ) [E105] | $7.06 |
| 06/02/2001 | TC | Telephone Expense- GTE Airfone (LDJ) [E105] | $7.06 |
| 06/04/2001 | DC | Delivery/ Courier Service--Parcels [E107] | $60.00 |
| 06/04/2001 | FE | Federal Express [E108] | $224.38 |
| 06/04/2001 | FE | Federal Express [E108] | $15.60 |
| 06/04/2001 | FE | Federal Express [E108] | $141.24 |
| 06/04/2001 | PO | Reproduction Expense---DDI. [E101] Postage [E108] | $332.50 |
| 06/04/2001 | PO | Reproduction Expense.--DDI [E101] Postage [E108] | $155.20 |
| 06/04/2001 | RE | Reproduction Expense. [E101] | $13.50 |
| 06/04/2001 | RE | Reproduction Expense. [E101] | $108.00 |
| 06/04/2001 | RE | Reproduction Expense(Copying--in house). [E101] | $95.40 |
| 06/04/2001 | RE | Reproduction Expense.--DDI [E101] | $838.98 |
| 06/04/2001 | RE | Reproduction Expense.--DDI [E101] | $382.32 |
| 06/05/2001 | FX | Fax Transmittal. [E104] | $4.00 |
| 06/05/2001 | FX | Fax Transmittal. [E104] | $6.00 |
| 06/05/2001 | RE | Reproduction Expense.(Copying--in house) [E101] | $2.85 |
| 06/06/2001 | DC | Delivery/ Courier Service--Parcels [E107] | $12.50 |
| 06/06/2001 | FX | Fax Transmittal. [E104] | $6.00 |
| 06/06/2001 | RE | Reproduction Expense. [E101] | $34.50 |
| 06/06/2001 | RE | Reproduction Expense. [E101] | $142.65 |
| 06/06/2001 | RE | Reproduction Expense. [E101] | $22.65 |
| 06/06/2001 | SO | Secretarial Overtime--(Charmaine Miller) | $12.69 |
| 06/07/2001 | DC | Delivery/ Courier Service--Parcels [E107] | $131.00 |
| 06/07/2001 | FX | Fax Transmittal. [E104] | $15.00 |
| 06/07/2001 | PO | Postage [E108] | $231.80 |
| 06/07/2001 | RE | Reproduction Expense. [E101] | $389.25 |
| 06/07/2001 | RE | Reproduction Expense. [E101] | $179.70 |
| 06/07/2001 | RE | Reproduction Expense. [E101] | $303.30 |
| 06/07/2001 | RE | Reproduction Expense. [E101] | $302.40 |
| 06/07/2001 | RE | Reproduction Expense. [E101] | $108.00 |
| 06/07/2001 | RE | Reproduction Expense. [E101] | $478.65 |
| 06/07/2001 | RE | Reproduction Expense. [E101] | $57.00 |
| 06/07/2001 | RE | Reproduction Expense. [E101] | $4.65 |
| 06/08/2001 | DC | Delivery/ Courier Service--Parcels [E107] | $126.50 |
| 06/08/2001 | FE | Federal Express [E108] | $239.98 |
| 06/08/2001 | PO | Postage [E108] | $205.28 |
| 06/08/2001 | PO | Postage--DDI [E108] | $156.80 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $3.90 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $10.80 |
| 06/08/2001 | RE | Reproduction Expense. --DDI[E101] | $248.40 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $2.85 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $9.60 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $278.85 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $51.00 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $124.95 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $3.30 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $39.15 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $264.00 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $81.75 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $340.50 |
| 06/08/2001 | RE | Reproduction Expense. [E101] | $326.10 |
| 06/08/2001 | TC | Telephone Expense- GTE Airfone (LDJ)  [E105] | $7.06 |
| 06/08/2001 | TC | Telephone Expense- GTE Airfone (LDJ)  [E105] | $7.06 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/08/2001 | TC | Telephone Expense- GTE Airfone (LDJ) [E105] | $103.39 |
| 06/09/2001 | FE | Federal Express [E108] | $36.92 |
| 06/09/2001 | TSC | Tristate Courier Messenger Service [E107] | $555.00 |
| 06/11/2001 | DC | Delivery/ Courier Service--Parcels [E107] | $30.00 |
| 06/11/2001 | FX | Fax Transmittal. [E104] | $15.00 |
| 06/11/2001 | PO | Postage--DDI [E108] | $136.22 |
| 06/11/2001 | RE | Reproduction Expense.--DDI [E101] | $313.20 |
| 06/11/2001 | RE | Reproduction Expense. [E101] | $4.65 |
| 06/11/2001 | RE | Reproduction Expense. [E101] | $26.10 |
| 06/12/2001 | FE | Federal Express [E108] | $60.48 |
| 06/12/2001 | FE | Federal Express [E108] | $10.00 |
| 06/12/2001 | FE | Federal Express [E108] | $76.08 |
| 06/12/2001 | PO | Postage [E108] | $75.24 |
| 06/12/2001 | RE | Reproduction Expense. [E101] | $5.10 |
| 06/12/2001 | RE | Reproduction Expense. [E101] | $27.60 |
| 06/12/2001 | RE | Reproduction Expense. [E101] | $2.10 |
| 06/12/2001 | RE | Reproduction Expense. [E101] | $20.40 |
| 06/12/2001 | RE | Reproduction Expense. [E101] | $36.75 |
| 06/12/2001 | RE | Reproduction Expense. [E101] | $104.85 |
| 06/12/2001 | RE | Reproduction Expense. [E101] | $121.50 |
| 06/13/2001 | FE | Federal Express [E108] | $44.93 |
| 06/13/2001 | FX | Fax Transmittal. [E104] | $23.00 |
| 06/13/2001 | FX | Fax Transmittal. [E104] | $2.00 |
| 06/13/2001 | FX | Fax Transmittal. [E104] | $2.00 |
| 06/13/2001 | RE | Reproduction Expense. [E101] | $216.30 |
| 06/13/2001 | RE | Reproduction Expense. [E101] | $99.15 |
| 06/13/2001 | RE | Reproduction Expense. [E101] | $302.85 |
| 06/13/2001 | RE | Reproduction Expense. [E101] | $15.75 |
| 06/14/2001 | PO | Postage [E108] | $1.18 |
| 06/14/2001 | RE | Reproduction Expense. [E101] | $9.00 |
| 06/14/2001 | SO | Secretarial Overtime--(Charmaine Miller) | $50.76 |
| 06/15/2001 | FE | Federal Express [E108] | $98.51 |
| 06/15/2001 | SO | Secretarial Overtime--(Vanessa Preston) | $43.08 |
| 06/16/2001 | TSC | Tristate Courier Messenger Service [E107] | $712.50 |
| 06/18/2001 | FX | Fax Transmittal. [E104] | $19.00 |
| 06/18/2001 | RE | Reproduction Expense. [E101] | $26.40 |
| 06/18/2001 | RE | Reproduction Expense. [E101] | $25.80 |
| 06/18/2001 | RE | Reproduction Expense. [E101] | $22.05 |
| 06/18/2001 | RE | Reproduction Expense. [E101] | $47.70 |
| 06/19/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $30.90 |
| 06/19/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $16.84 |
| 06/19/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $37.50 |
| 06/19/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $15.00 |
| 06/19/2001 | FE | Federal Express [E108] | $24.67 |
| 06/19/2001 | FX | Fax Transmittal. [E104] | $6.00 |
| 06/19/2001 | FX | Fax Transmittal. [E104] | $416.00 |
| 06/19/2001 | RE | Reproduction Expense. [E101] | $1.50 |
| 06/19/2001 | RE | Reproduction Expense. [E101] | $235.35 |
| 06/19/2001 | RE | Reproduction Expense. [E101] | $141.45 |
| 06/19/2001 | RE | Reproduction Expense. [E101] | $27.45 |
| 06/20/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $15.00 |
| 06/20/2001 | FX | Fax Transmittal. [E104] | $369.00 |
| 06/20/2001 | FX | Fax Transmittal. [E104] | $5.00 |
| 06/20/2001 | FX | Fax Transmittal. [E104] | $5.00 |
| 06/20/2001 | FX | Fax Transmittal. [E104] | $10.00 |
| 06/20/2001 | FX3 | FX-(CORR. 6 @ 1.00 PER PG) [E104] | $6.00 |
| 06/20/2001 | PO | Postage [E108] | $241.46 |
| 06/20/2001 | RE | Reproduction Expense. [E101] | $1.50 |
| 06/20/2001 | RE | Reproduction Expense. [E101] | $24.75 |
| 06/20/2001 | RE | Reproduction Expense. [E101] | $65.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/21/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $15.00 |
| 06/21/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $33.00 |
| 06/21/2001 | FE | Federal Express---DHL [E108] | $190.02 |
| 06/21/2001 | FX | Fax Transmittal. [E104] | $407.00 |
| 06/21/2001 | FX | Fax Transmittal. [E104] | $4.00 |
| 06/21/2001 | FX | Fax Transmittal. [E104] | $4.00 |
| 06/21/2001 | FX | Fax Transmittal. [E104] | $4.00 |
| 06/21/2001 | FX | Fax Transmittal. [E104] | $4.00 |
| 06/21/2001 | FX | Fax Transmittal. [E104] | $4.00 |
| 06/21/2001 | FX | Fax Transmittal. [E104] | $4.00 |
| 06/21/2001 | FX | Fax Transmittal. [E104] | $3.00 |
| 06/21/2001 | IOM | In office meal---Greenery [E111] | $134.55 |
| 06/21/2001 | IOM | In office meal---Aramark [E111] | $10.32 |
| 06/21/2001 | RE | Reproduction Expense. [E101] | $1.65 |
| 06/21/2001 | RE | Reproduction Expense. [E101] | $32.40 |
| 06/21/2001 | RE | Reproduction Expense. [E101] | $55.35 |
| 06/21/2001 | RE | Reproduction Expense. [E101] | $15.60 |
| 06/21/2001 | RE | Reproduction Expense. [E101] | $67.65 |
| 06/21/2001 | RE | Reproduction Expense. [E101] | $158.25 |
| 06/21/2001 | RE | Reproduction Expense. [E101] | $105.60 |
| 06/21/2001 | RE | Reproduction Expense. [E101] | $307.05 |
| 06/21/2001 | RE | Reproduction Expense. [E101] | $41.70 |
| 06/22/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $24.00 |
| 06/22/2001 | FE | Federal Express--DHL [E108] | $11.01 |
| 06/22/2001 | FX | Fax Transmittal. [E104] | $19.00 |
| 06/22/2001 | FX | Fax Transmittal. [E104] | $7.00 |
| 06/22/2001 | RE | Reproduction Expense. [E101] | $69.90 |
| 06/22/2001 | RE | Reproduction Expense. [E101] | $35.25 |
| 06/23/2001 | DH | DHL- Worldwide Express | $8.97 |
| 06/23/2001 | TSC | Tristate Courier Messenger Service [E107] | $577.50 |
| 06/25/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $219.60 |
| 06/25/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $15.00 |
| 06/25/2001 | FE | Federal Express--DHL  [E108] | $146.67 |
| 06/25/2001 | FX | Fax Transmittal. [E104] | $7.00 |
| 06/25/2001 | FX | Fax Transmittal. [E104] | $33.00 |
| 06/25/2001 | FX | Fax Transmittal. [E104] | $23.00 |
| 06/25/2001 | FX | Fax Transmittal. [E104] | $31.00 |
| 06/25/2001 | RE | Reproduction Expense. [E101] | $126.75 |
| 06/25/2001 | RE | Reproduction Expense. [E101] | $107.55 |
| 06/25/2001 | RE | Reproduction Expense. [E101] | $178.05 |
| 06/25/2001 | RE | Reproduction Expense. [E101] | $9.00 |
| 06/25/2001 | RE | Reproduction Expense. [E101] | $70.80 |
| 06/25/2001 | RE | Reproduction Expense. [E101] | $30.75 |
| 06/25/2001 | RE | Reproduction Expense. [E101] | $13.50 |
| 06/25/2001 | RE | Reproduction Expense. [E101] | $4.50 |
| 06/25/2001 | RE | Reproduction Expense. [E101] | $3.00 |
| 06/26/2001 | FE | Federal Express--DHL [E108] | $139.12 |
| 06/26/2001 | PO | Postage--DDI [E108] | $138.06 |
| 06/26/2001 | PO | Postage--DDI [E108] | $164.02 |
| 06/26/2001 | RE | Reproduction Expense. [E101] | $8.10 |
| 06/26/2001 | RE | Reproduction Expense. [E101] | $36.75 |
| 06/26/2001 | RE | Reproduction Expense.--DDI [E101] | $264.60 |
| 06/26/2001 | RE | Reproduction Expense.--DDI [E101] | $380.70 |
| 06/26/2001 | SO | Secretarial Overtime--Vanessa Preston | $32.31 |
| 06/27/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $30.00 |
| 06/27/2001 | FE | Federal Express--DHL  [E108] | $235.42 |
| 06/27/2001 | FX | Fax Transmittal. [E104] | $31.00 |
| 06/27/2001 | PO | Postage--DDI [E108] | $1,236.00 |
| 06/27/2001 | PO | Postage [E108] | $15.80 |
| 06/27/2001 | RE | Reproduction Expense.--DDI [E101] | $6,396.39 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/27/2001 | RE | Reproduction Expense. [E101] | $205.95 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $53.10 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $2.55 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $37.05 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $40.35 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $37.80 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $64.20 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $49.65 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $1.50 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $223.35 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $73.80 |
| 06/27/2001 | RE | Reproduction Expense. [E101] | $81.90 |
| 06/27/2001 | SO | Secretarial Overtime--Vanessa Preston | $86.16 |
| 06/28/2001 | DH | DHL- Worldwide Express | $73.79 |
| 06/28/2001 | PO | Postage [E108] | $142.78 |
| 06/28/2001 | RE | Reproduction Expense. [E101] | $5.70 |
| 06/28/2001 | RE | Reproduction Expense. [E101] | $41.10 |
| 06/28/2001 | RE | Reproduction Expense. [E101] | $122.25 |
| 06/28/2001 | RE | Reproduction Expense. [E101] | $8.10 |
| 06/28/2001 | RE | Reproduction Expense. [E101] | $450.00 |
| 06/28/2001 | SO | Secretarial Overtime--Vanessa Preston | $86.16 |
| 06/29/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $30.00 |
| 06/29/2001 | FE | Federal Express--DHL [E108] | $113.50 |
| 06/29/2001 | FX | Fax Transmittal. [E104] | $25.00 |
| 06/29/2001 | PO | Postage [E108] | $193.13 |
| 06/29/2001 | RE | Reproduction Expense. [E101] | $16.05 |
| 06/29/2001 | RE | Reproduction Expense. [E101] | $95.70 |
| 06/29/2001 | RE | Reproduction Expense. [E101] | $155.85 |
| 06/29/2001 | RE | Reproduction Expense. [E101] | $7.50 |
| 06/29/2001 | RE | Reproduction Expense. [E101] | $45.30 |
| 06/29/2001 | RE | Reproduction Expense. [E101] | $14.40 |
| 06/29/2001 | RE | Reproduction Expense. [E101] | $183.60 |
| 06/29/2001 | RE | Reproduction Expense. [E101] | $256.05 |
| 06/30/2001 | DH | DHL- Worldwide Express | $39.00 |
| 06/30/2001 | TSC | Tristate Courier Messenger Service [E107] | $720.00 |

**Total Expenses:** **$37,763.45**

## Summary:

| | |
|---|---|
| Total professional services | $30,195.50 |
| Total expenses | $37,763.45 |
| Net current charges | $67,958.95 |
| Net balance forward | $131,349.52 |
| **Total balance now due** | $199,308.47 |

**Billing Summary**

Invoice number 48230        91100    00001                                                    Page    15

| | | | | |
|---|---|---:|---:|---:|
| ALG | Grasty, Ashley L. | 13.00 | $30.00 | $390.00 |
| CAK | Knotts, Cheryl A. | 0.70 | $105.00 | $73.50 |
| CFS | Sentman, Christine F. | 4.00 | $30.00 | $120.00 |
| CLH | Hare, Cherie L. | 0.15 | $115.00 | $17.25 |
| DWC | Carickhoff, David W | 57.10 | $245.00 | $13,989.50 |
| HRR | Rafatjoo, Hamid R. | 6.50 | $295.00 | $1,917.50 |
| KKY | Yee, Karina K. | 0.50 | $115.00 | $57.50 |
| LDJ | Jones, Laura Davis | 16.30 | $455.00 | $7,416.50 |
| MJO | Olson, Melody J. | 20.50 | $30.00 | $615.00 |
| PEC | Cuniff, Patricia E. | 45.20 | $105.00 | $4,746.00 |
| RMO | Olivere, Rita M. | 18.45 | $45.00 | $830.25 |
| RSL | Lowy, Rachel S. | 0.10 | $225.00 | $22.50 |
| | | 182.50 | | $30,195.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---:|---:|
| AD | ASSET DISPOSITION [B130] | 1.90 | $395.50 |
| BL | BANKRUPTCY LITIGATION [L430] | 6.30 | $2,782.50 |
| CA | CASE ADMINISTRATION [B110] | 103.20 | $10,374.00 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 8.00 | $1,624.00 |
| CP | COMPENSATION PROF. [B160] | 6.90 | $1,910.50 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 2.20 | $651.00 |
| EC | EXECUTORY CONTRACTS [B185] | 2.80 | $500.00 |
| FF | FINANCIAL FILINGS [B110] | 6.40 | $1,629.00 |
| FN | FINANCING [B230] | 1.10 | $500.50 |
| LN | LITIGATION (NON-BANKRUPTCY] | 13.50 | $2,887.50 |
| MC | MEETING OF CREDITORS[B150] | 0.20 | $91.00 |
| OP | OPERATIONS [B210] | 5.80 | $1,484.00 |
| RP | RETENTION OF PROF. [B160] | 23.90 | $5,277.50 |
| SL | STAY LITIGATION [B140] | 0.30 | $88.50 |
| | | 182.50 | $30,195.50 |

## Expense Code Summary

| | |
|---|---:|
| Delivery/Courier Service | $896.84 |
| DHL- Worldwide Express | $121.76 |
| Federal Express [E108] | $2,372.10 |
| Fax Transmittal. [E104] | $1,595.00 |
| FX-(CORR. 1 @ 1.00 PER PG) [E1 | $6.00 |
| Working Meals[e111] | $224.67 |
| Postage [E108] | $5,033.49 |
| Reproduction Expense. [E101] | $24,363.57 |
| Overtime | $362.37 |
| Telephone Expense [E105] | $138.69 |
| Travel Expense [E110] | $15.00 |
| Delivery/Courier Service | $2,565.00 |
| Westlaw - Legal Research [E106 | $68.96 |
| | $37,763.45 |