# EXHIBIT "A"

NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

INTERFAITH COMMUNITY
ORGANIZATION, ET AL.,

    Plaintiffs,

v.

HONEYWELL INTERNATIONAL,
INC. ET AL.,

    Defendants.

Hon. Dennis M. Cavanaugh

**ORDER OF CONSOLIDATION**

Civil Action No. 95-2097(DMC)



FILED
SEP  2001
AT 8:30
WILLIAM T. WALSH
CLERK

DENNIS M. CAVANAUGH, U.S. District Judge

This matter comes before the Court on Plaintiffs' motion to consolidate the instant action with <u>Hackensack Riverkeeper, Inc. and William Sheehan v. Honeywell International, Inc. et al.</u>, Civil Action No. 00-1451(JAG) pursuant to Local Civil Rule 42.1, and the Court having reviewed the papers in support of this motion and opposition thereto, and for good cause shown,

IT IS on this 31st DAY of AUGUST, 2001;

ORDERED that this action is **consolidated** with Civil Action No. 00-1451(JAG).

DENNIS M. CAVANAUGH, U.S.D.J

Original:   Clerk
Copies:    All counsel of record
            File

ENTERED
ON
THE DOCKET

SEP 5 2001

WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)