## CERTIFICATE OF SERVICE

**I, Kevin J. Mangan, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made by on September 14, 2001 upon:**

**SEE ATTACHED SERVICE LIST.**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 14, 2001

/s/ Kevin J. Mangan
Kevin J. Mangan (#3810)

Document #: 370