**SERVICE LIST**

Pachulski Stang Ziehl Young & Jones, P.C.
Laura David Jones, Esq.
Hamid R. Rafatjoo, Esq.
David W. Carickhoff, Jr., Esq.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
**(VIA HAND DELIVERY)**

Kirkland & Ellis
David M. Bernick, Esq.
James H.M. Sprayregen, Esq.
Andrew R. Running, Esq.
200 East Randolph Drive
Chicago, IL 60601
**(VIA FACSIMILE AND REGULAR MAIL)**

Office of the United States Trustee
Frank T. Perch, Esq.
844 N. King Street, Suite 2313
Wilmington, DE 19801
**(VIA HAND DELIVERY)**

Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
Scott Baena, Esq.
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
**(VIA FACSIMILE AND REGULAR MAIL)**

Ferry & Joseph, P.A.
Michael B. Joseph, Esq.
824 Market Street, Suite 904
Wilmington, DE 19899
**(VIA HAND DELIVERY)**

Caplin & Drysdale
Elihu Inselbuch, Esq.
399 Park Avenue, 36th Floor
New York, NY 10022
**(VIA FACSIMILE AND REGULAR MAIL)**

Campbell & Levin, LLC
Matthew G. Zaleski, III, Esq.
Chase Manhattan Center, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
**(VIA HAND DELIVERY)**

Stroock, Stroock & Lavan
Lewis Kruger, Esq.
180 Maiden Lane
New York, NY 10038-4982
**(VIA FACSIMILE AND REGULAR MAIL**)

Duane Morris & Heckscher, LLP
Michael R. Lastowski, Esq.
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
**(VIA HAND DELIVERY**)

Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
**(VIA FACSIMILE AND REGULAR MAIL**)