W. R. Grace Core Honeywell Response Service List
Case No. 01-1139 (JJF)
Document Number: 30263
September 14, 2001
03--Facsimile


*Facsimile: 973-597-2485*
Jeffrey Kramer, Esquire
Lowenstein Sandler

*Facsimile: 302-295-2013*
Fred Rosner, Esquire
Conzen & O' Connor

*Facsimile: 302-656-2769*
Kevin Mangan, Esquire
Walsh, Monzack & Monaco