## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 14th day of September, 2001, I caused copies of the foregoing Objection to be served as follows:

>James H. M. Sprayregen, Esquire
>Geoffrey A. Richards, Esquire
>Kirkland & Ellis
>200 East Randolph Drive
>Chicago, IL  60601
>**BY TELECOPY**
>
>Laura Davis Jones, Esquire
>Bruce Grohsgal, Esquire
>Pachulski, Stang, Ziehl, Young & Jones
>919 North Market Street, 16th Floor
>Wilmington, DE  19801
>**BY TELECOPY**

                          ___/s/ Joseph Grey_____
                          JOSEPH GREY