IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF APPEARANCE
UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL COPIES PURSUANT TO
BANKRUPTCY RULE 2002 AND ALL PLEADINGS
PURSUANT TO BANKRUPTCY RULE 3017(a)

Chevron U.S.A. Inc. ("Chevron"), a party-in-interest herein files this Notice of Appearance pursuant to Fed. R. Bankr. P. 9010(b) and requests that Chevron, by and through its attorneys, Marsha A. Penn and William H. Sudell, Jr., receive copies of all pleadings filed or noticed by any party pursuant to Fed. R. Bankr. P. 2002(a) and (b) and 3017(a). Copies should be sent as follows to:

>   Marsha A. Penn (TX Bar No. 15752450)
>   P. O. Box 3725
>   Houston, Texas  77253-3725
>   Telephone: (713) 754-3417
>   Facsimile:  (713) 754-3326
>
>         and
>
>   William H. Sudell, Jr. (#463)
>   MORRIS, NICHOLS, ARSHT & TUNNELL
>   1201 N. Market Street
>   P. O. Box 1347
>   Wilmington, Delaware  19899
>   Telephone: (302) 658-9200
>   Facsimile: (302) 658-3989

The foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or no notice, written or oral, referred to in the Bankruptcy Rules and Code

sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, or otherwise, which affect or seek to affect in any way any rights of interests of the Debtor.

Neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive Chevron's right to have final orders in core matters entered only after *de novo* review by a District Judge, or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which Chevron may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

**MORRIS, NICHOLS, ARSHT & TUNNEL**

By: /s/ William H. Sudell, Jr.
William H. Sudell, Jr.
Delaware State Bar No. 463
1201 N. Market Street
P. O. Box 1347
Wilmington, Delaware  19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

and

Marsha A. Penn (TX Bar No. 15752450)
P. O. Box 3725
Houston, Texas  77253-3725
Telephone: (713) 754-3417
Facsimile:  (713) 754-3326

Attorneys for Chevron U.S.A. Inc.