**CERTIFICATE OF SERVICE**

    I hereby certify that on the 14th day of September, 2001, a true and correct copy of the foregoing Notice of Appearance Under Bankruptcy Rule 9010(b) and Request for all Copies Pursuant to Bankruptcy Rule 2002 and all Pleadings Pursuant to Bankruptcy Rule 3017(a) were served upon all parties on the Service List attached hereto by United States Mail.

                                           /s/ William H. Sudell, Jr.
                                           William H. Sudell, Jr.

246550