**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al., | Case No. 01-1139 (JJF) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned chapter 11 case as counsel for Mark Hankin and HanMar Associates, M.L.P. (collectively, the "**Landlord**") pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and hereby demands that all notices given or required to be given and all papers served or required to be served in this chapter 11 case be delivered and served upon Landlord and its counsel at the addresses set forth below:

Thomas G. Whalen, Esquire
**STEVENS & LEE, P.C.**
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 425-3304 (Direct Dial)
(610) 371-8512 (Direct Fax)
tgw@stevenslee.com

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA  19027

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions,

SL1 198136v1/22950.001

petitions, pleadings, complaints or other documents which, in any way, affect any of the above-captioned debtors or their property.

PLEASE TAKE FURTHER NOTICE that Landlord does not intend for this notice of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of Landlord to have final orders in non-core matters entered only after _de novo_ review by the District Court, (2) the right of Bank to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Bank to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which Bank is or may be entitled.

Dated:  September 17, 2001       By:_____
　　　　　　　　　　　　　　　　　Thomas G. Whalen, Esquire
　　　　　　　　　　　　　　　　　**Stevens & Lee, P.C.**
　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 800
　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　(302) 425-3304 (Direct Dial)
　　　　　　　　　　　　　　　　　(610) 371-8512 (Direct Fax)
　　　　　　　　　　　　　　　　　tgw@stevenslee.com

　　　　　　　　　　　　　　　　　*Attorneys for HanMar Associates, M.L.P.*
　　　　　　　　　　　　　　　　　　　　*and Mark Hankin*

SL1 198136v1/22950.001