## **CERTIFICATE OF SERVICE**

      I, Thomas G. Whalen, Jr. hereby certify that on this 17th day of September 2001, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers to be served via United States First Class mail, postage pre-paid to the parties listed on the attached service list.

_____
Thomas G. Whalen, Jr.

Laura Davis Jones Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE  19801

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom I
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom I
Four Times Square
New York, NY 10036

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & P
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309\

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

SL1 199675v1/22950.001

| | |
|---|---|
| District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE 19809 | Securities & Exchange Commission<br>Atlanta Regional Office Branch/Reorgan<br>3475 Lenox Road, NE, Suite 100<br>Atlanta, GA 30326-1232 |
| Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 |
| James D. Freeman, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street<br>Suite 945-North Tower<br>Denver, CO  80202 | Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan & McGa<br>745 South Main Street<br>Kalispel, MT 59901 |
| Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent & Sheinfeld,<br>551 Fifth Avenue<br>New York, NY 10176 |
| James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 | Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 |

SL1 199675v1/22950.001

| | |
|---|---|
| Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 | David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 |
| Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 | Pamela Zilly<br>Richard Shinder<br>David Blechman<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 |
| Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th<br>New York, NY 10020 | Stephen H. Case, Esquire<br>Nancy L. Lazar, Esquire<br>David D. Tawil, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 | Joseph F. Rice<br>Nancy Worth Davis<br>Ness, Motley, Loadholt, Richardson & Po<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 |
| Steven T. Baron, Esquire<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor, LLP<br>Dallas, TX 75204 | Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | R. Scott Williams<br>PMG Capital Corp.<br>Four Falls Corporate Center<br>West Conshohocken, PA 19428-2961 |

SL1 199675v1/22950.001

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY 10006

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia 30309

Kevin D. McDonald  
Wilshire Scott & Dyer, P.C.  
One Houston Center  
1221 McKinney, Suite 4550  
Houston, Texas 77010

Christopher Beard, Esquire  
Beard & Beard  
306 N. Market Street  
Frederick, MD 21701

Bernice Conn, Esquire  
Robins, Kaplan, Miller & Ciresi LLP  
2049 Century Park East, Suite 3700  
Los Angeles, CA 90067

Steven R. Schlesinger, Esquire  
Jaspan Schlesinger Hoffman LLP  
300 Garden City Plaza  
Garden City, NY 11530

Steven J. Kherkher, Esquire  
Laurence G. Tien, Esquire  
Williams Bailey Law Firm, L.L.P.  
8441 Gulf Freeway, Suite #600  
Houston, Texas 77017

Kimberly W. Osenbaugh  
Preston Gates & Ellis LLP  
701-5th Avenue  
Suite 5000  
Seattle, WA 98104-7078

Lewis T. LeClair, Esquire  
McKool Smith  
300 Crescent Court, Suite 1500  
Dallas, Texas 75201

Delta Chemical Corporation  
2601 Cannery Avenue  
Baltimore, MD 21226-1595

Peter Van N. Lockwood, Esquire  
Julie W. Davis, Esquire  
Trevor W. Swett, III, Esquire  
Nathan D. Finch, Esquire  
Caplin & Drysdale, Chartered  
One Thomas Circle, N.W.  
Washington, DC 20005

Steven T. Hoort, Esquire  
Ropes & Gray  
One International Place  
Boston, Massachusetts 02110-2624

Peter A. Chapman  
24 Perdicaris Place  
Trenton, NJ 08618

Paul M. Matheny  
The Law Offices of Peter G. Angelos, P.C.  
5905 Harford Rd.  
Baltimore, MD 21214

| | |
|---|---|
| Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd, Suite G<br>Brownsville, TX 78520 | Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, New Jersey 07663 |
| Margery N. Reed, Esquire<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 | Attn: Meridee Moore and Kirsten Lynch<br>Farallon Capital Management, L.L.C.<br>One Maritime Plaza<br>Suite 1325<br>San Francisco, California 94111 |
| John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 | Joseph T. Kremer, Esquire<br>Lipsiptz, Green, Fahringer, Roll, Salisbur LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY 14202 |
| Peter S. Goodman, Esquire<br>Andrews & Kurth, L.L.P.<br>805 Third Avenue<br>New York NY  10022 | Mary M. MaloneyHuss, Esquire<br>Wolf Block Schorr and Solis-Choen LLP<br>920 King Street, Suite 300<br>One Rodney Square<br>Wilmington, DE  19801 |
| Daniel A. Speights, Esquire<br>Speights & Runyan<br>200 Jackson Avenue, East<br>P.O. Box 685<br>Hampton, SC  29924 | Selinda A. Melnik, Esquire<br>Smith, Katzenstein & Furlow, LLP<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE  19899 |
| Dorine Vork, Esquire<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, NY  10022 | Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>LibertyView-Suite 700<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002 |

SL1 199675v1/22950.001

| | |
|---|---|
| Michael T. Kay, Esquire<br>The Dow Chemical Company<br>2030 Dow Center<br>Midland, MI  48674<br>Attn: Nancy Draves | Peninsula Capital Advisors, L.L.C.<br>404B East Main Street<br>Second Floor<br>Charlottesville, VA  22902<br>Attn: Ted Weschler |
| Donna J. Petrone, Esquire<br>ExxonMobil Chemical Company-Law Dept.-Bankruptcy<br>13501 Katy Freeway, Room W1-562<br>Houston, TX  77079 | Aaron A. Garber, Esquire<br>Pepper Hamilton, LLP<br>1201 Market Street<br>Suite 1600<br>Wilmington, DE  19899 |
| David W. Wirt, Esquire<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, IL  60601 | Matthew G. Zaleski, III<br>Campbell & Levine, LLC<br>Chase Manhattan Centre, 15th Floor<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE  19801 |
| Laurie Selber Silverstein, Esquire<br>Monica Leigh Loftin, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | William H. Johnson, Esquire<br>Norfolk Southern Corporation<br>Law Department<br>Three Commercial Place<br>Norfolk, VA  23510 |
| Lynn M. Ryan, Esquire<br>Pillsbury Winthrop, LLP<br>One Battery Park Plaza<br>New York, NY  10004 | Craig Barbarosh, Esquire<br>Phiilsbury Winthrop, LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA  92626 |
| Deirde Woulfe Pacheco, Esquire<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ  07095 | Leonard P. Goldberger, esquire<br>White and Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA  19103 |

Curtis J. Crowther, Esquire  
White and Williams, LLP  
824 North Market Street, Suite 902  
P.O. Box 709  
Wilmington, DE  19899

Thomas J. Matz, Esquire  
Gibson, Dunn & Crutcher LLP  
200 Park Avenue  
New York, NY  10166

Thomas Moers Mayer, Esquire  
Robert T. Schmidt, Esquire  
Amy Caton, Esquire  
Kramer Lvin Naftalis & Frankel, LLP  
919 Third Avenue  
New York, NY  10022

Francis J. Murphy  
John S. Spadaro  
Murphy Spadaro & Landon  
824 North Market Street  
P.O. Box 8989  
Wilmington, DE  19899

Ralph R. Mabey  
Penrod W. Keith  
LeBoeuf, Lamb, Greene & MacRae, LLP  
1000 Kearns Building  
Salt Lake City, UT  84101

Randall A. Rios, Esquire  
Floyd, Isgur, Rios & Wahrlich, P.C.  
7000 Louisiana, Suite 4600  
Houston, TX  77002

Vahe Melkonian  
Newco Management Company, LLC  
6320 Canoga Avenue, Suite 1430  
Woodland Hills, CA  91367

David W. Baddley, Esquire  
Greenberg Traurig, P.A.  
515 East Las Olas Boulevard, Suite 1500  
Fort Lauderdale, FL  33301

Philip J. Ward  
Victoria Radd Rollins  
Williams & Connolly, LLP  
725 Twelfth Street, NW  
Washington, DC  20005

Bryan Shapiro  
Bear, Stearns & Co., Inc.  
245 Park Avenue  
New York, NY  10167