**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Shelley A. Hollinghead, certify that I am not less than 18 years of age, and that service of a copy of the attached **Certificate of No Objection Regarding Docket No. 818** was made September 18, 2001, upon:

> All of the parties indicated on the attached Service List by first class mail, postage prepaid, or as otherwise indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date: September 18, 2001          /s/ Shelley A. Hollinghead
                                  Shelley A. Hollinghead, Paralegal
                                  DUANE, MORRIS & HECKSCHER LLP
                                  1100 N. Market Street, Suite 1200
                                  Wilmington, DE 19801-1246
                                  Telephone:   (302) 657-4900
                                  Facsimile:   (302) 657-4901
                                  Email:       sahollinghead@duanemorris.com


WLM\149738.1