## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of September, 2001, a copy of Motion And Order For Admission Pro Hac Vice was served on the parties listed on the attached service list.

/s/ William H. Sudell, Jr.
William H. Sudell, Jr.