IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**THIS HEARING IS BEING CONTINUED TO A DATE TO BE DETERMINED BY THE COURT**

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON SEPTEMBER 20, 2001 AT 10:00 A.M.

## CONTINUED MATTERS

*1.    Request for Direction from Bankruptcy Court by Interested Parties Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (Docket No. 473)*

**Response Deadline:**  August 1, 2001 at 4:00 p.m.

**Responses Received:**  None as of the date of this Agenda Notice.

**Status:**  This matter is being continued to a date to be determined.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      *Debtors' Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon (Docket No. 725)*

**Response Deadline:** August 27, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** The Debtors filed a certification of counsel and a revised order resolving informal objections of the various committees appointed in these cases.

3.      *Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Casner & Edwards, LLP as Special Litigation Counsel for the Debtors (Docket No. 792)*

**Response Deadline:** August 29, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** The Debtors filed a certification of counsel and a revised order resolving informal objections of the creditors' committee appointed in these cases.

4.      *Motion for Entry of an Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing the Debtors to Assume and Assign Leases for Real Property (Docket No. 815)*

**Response Deadline:** September 13, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued to a date to be determined.

5.      *Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Authorizing the Debtors to Assume, Sell and Assign a Prime Lease and the Accompanying Subleases (Docket No. 817)*

**Response Deadline:** September 13, 2001 at 4:00 p.m.

**Responses Received:**

a.      Objection of American Real Estate Holdings, Limited Partnership to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Authorizing the Debtors to Assume, Sell and Assign a Prime Lease and the Accompanying Subleases (Docket No. 924)

**Status:** This matter is being continued to a date to be determined.

6.      *Motion of the Debtors for an Order Modifying the Automatic Stay (Docket No. 826)*

**Response Deadline:**  September 14, 2001 at 4:00 p.m.

**Responses Received:**

a.      Honeywell International Inc.'s Limited Objection to Debtors' Motion for Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (Docket No. 922)

**Status:**  This matter is being continued to a date to be determined.

7.      *Honeywell International Inc.'s Motion for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) (Docket No. 828)*

**Response Deadline:**  September 14, 2001 at 4:00 p.m.

**Responses Received:**

a.      Response of the Debtors to Honeywell International Inc.'s Motion for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d) (Docket No. 923)

**Status:**  This matter is being continued to a date to be determined.

8.      Motion from Relief from Automatic Stay; Memorandum of Points and Authorities; Declaration of Alice Smolker; and Proposed Order (Docket No. 893)

**Response Deadline:**  September 13, 2001 at 4:00 p.m.

**Responses Received:**

a.      Debtors' Opposition to the Smolkers' Motion for Relief from the Automatic Stay [Re: Docket No. 893] (Docket No. 920)

**Status:** This matter is being continued to a date to be determined.

Dated: September 18, 2001

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (CA Bar No. 181564)
David W. Carickhoff, Jr. (Bar No. 3715)
Christopher J. Lhulier (Bar No. 3850)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession