# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al. | : | Case No. 01-1139 (JJF) through |
| | : | Case No. 01-1200 (JJF) |
| | : | |
| Debtors. | : | Jointly Administered |

## CERTIFICATION OF COUNSEL REGARDING MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, Kevin J. Mangan, Esquire of the law firm of Walsh Monzack and Monaco, P.A., counsel for Honeywell International, Inc. (the "Defendant"), hereby certifies that on September 18, 2001, the attached Motion and Order for Admission Pro Hac Vice was filed with the Court and served upon the respective service list via hand delivery and first class mail.

WALSH, MONZACK AND MONACO, PA

_____
KEVIN J. MANGAN (#3810)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162
Attorneys for Honeywell International, Inc.

DATED: September 18, 2001