## CERTIFICATE OF SERVICE

**I, Cynthia L. Stritzinger, certify that I am not less than 18 years of age, and that service of the foregoing document was made on September 18, 2001 upon:**

Laura Davis Jones, Esquire
Pachulski, Stang, Young & Jones, P.C.
919 N. Market St., Suite 1600
Wilmington, DE 19801

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Under penalty of perjury, I declare that the foregoing is true and correct.

_9-18-01_
Date

_Cynthia L. Stritzinger_
Cynthia L. Stritzinger

Document #: 370