IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: §
§
§
W.R. GRACE § Case No. 01-01179-JJF
§
§
Debtors §

FILED

2001 AUG 27 PM 3:05

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## REQUEST FOR NOTICE PURSUANT TO
## BANKRUPTCY RULE 2002 AND ALL PLEADINGS
## PURSUANT TO BANKRUPTCY RULE 3017(a)

Baldwin & Baldwin, L.L.P., as counsel to numerous asbestos claimants who are creditors and parties-in-interest in this bankruptcy case, request copies of all matters (including plans and disclosure statements) filed or noticed by any party herein pursuant to federal Rules of Bankruptcy Procedure 2002(a) and (b) and *3017(a)*. Copies of all such items should be addressed as follows:

Scott Baldwin, Jr.
Baldwin & Baldwin, L.L.P.
400 W. Houston Street
Marshall, Texas 75670
(903)935-4131
(903)935-9538 facsimile

Respectfully submitted this 23rd day of August, 2001.

RESPECTFULLY SUBMITTED,

BALDWIN & BALDWIN, L.L.P.

By: /s/ Scott Baldwin
SCOTT BALDWIN, JR.
State Bar No. 01623800
400 W. Houston Street
Marshall, Texas 75670
(903)935-4131
Facsimile No. (903)935-9538

## CERTIFICATE OF SERVICE

I certify that a correct copy of the foregoing was sent by regular first class mail to all parties on the attached Service List on this 23rd day of August, 2001.

_____
Scott Baldwin, Jr.

# SERVICE LIST

## W.R. GRACE

### SERVICE TO ALL PARTIES VIA UNITED STATE FIRST CLASS MAIL

#### COUNSEL TO DEBTOR:

LAURA DAVIS JONES
PACHULSKI, STANG, ZIEHL, ET AL
P. O. BOX 8705
WILMINGTON, DE 19899-8705

#### UNITED STATES TRUSTEE

NONE APPOINTED TO DATE

#### INTERESTED PARTIES AND COUNSEL FOR ASBESTOS CREDITORS

Catherine Krug
National City Bank of Indiana
101 West Washington Street, Suite 655 South
Indianapolis, IN 46255

Joseph J. Morand
Bank One Investment, Global Corporate Trust Service
Mail Code 111-1026, One Bank One Plaza
Chicago, IL 60670-0126

Beth Laird
Chase Manhattan Bank
One Liberty Place, 52nd Floor, Suite #5210
Philadelphia PA 19103

Mark Gibbs
JP Morgan Chase & Co
227 West Monroe Street, 27th Floor
Chicago, IL 60606

Diane M. Faunda
Bank One, N.A.
IL1-0088 14th Floor, 1 Bank One Plaza
Chicago, IL 60670-0088

Raju N. Patel
Bank of America, NA.
231 South LaSalle Street
Chicago, IL 60697

Emily Rosenstock
Citicorp Securities, Inc.
500 West Madison Street
Chicago, IL 60661

Stephen C. Watts
TD Securities, Inc.
Suite 1920, 120 South LaSalle Street
Chicago, IL 60697

Charles C. Pick
SunTrust Bank
303 Peachtree Street, NE 3rd Floor
Atlanta, GA 30308

Michelle M. Teteak
The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60675

Diane M. Tkach
Bank of Tokyo-Mitsubishi, Ltd.
227 W. Monroe Street, Suite #2300
Chicago, IL 60606

Colin Fraser
Barclays Bank PLC
54 Lombard Street, 1st Floor
London, EN EC3P3AH

Neil J. McMorrow
Bank Brussels Lambert
630 Fifth Avenue, 6th Floor
New York, NY 10111

Thomas W. Cole
Deutsche Bank Securities, Inc.
233 S. Wacker Drive, 84th Floor
Chicago, IL 60606

Steven W. Ryan
Industrial Bank of Japan, Ltd;
Misuho Financial Group
227 W. Monroe Street, Suite #2600
Chicago, IL 60606

Lee E. Prewitt
The Sanawa Bank, Limited

10 S. Wacker Drive, Suite #1825
Chicago, IL 60606

James F. Kinoshita
Wachovia Securities, Inc.
70 W. Madison Street, Suite #2440
Chicago, IL 60202

Matthew Zeck
Firstar Bank, N.A.
425 Walnut Street, ML CN-WN-08
Cincinnati, OH 45202

James S. Bell
Fuji Bank, Limited
225 W. Wacker Drive, Suite #2000
Chicago, IL 60606

Alice Garrett
Wells Fargo Bank Northwest
National Association Corporate Trust Services
MAC P6101-114
1300 SW 5th Avenue, 11th Floor
Portland, OR 97201

Joyce Wallington-Jones
American National Bank
Global Trust Services
ILI-1250, 120 S. LaSalle Street, 4th Floor
Chicago, IL 60603



John Stephens
Bank One Trust Company
Corporate Trust Dept.
11 Monument Circle, IN1-0151
Indianapolis, IN 46277

Greg Mason
Reliant Energy Services
1600 Smith Street, Suite #1200
Houston, TX 77002

Cynde Vias

Weirton Steel
400 Three Springs Drive
Weirton, WV 26062-9777

Steve Menke
Innovative Gas Services
101 E. 2nd Street, Suite #100
Queensboro, KY 42303

Tom Porter
California Expanded Metal Products Co.
263 Covina Lane
City of Industry,, CA 91744

Judy Heath
Dow Chemical
100 Larkin Center
Midland, MI 48674

John Michelet
Entergy
639 Loyola Avenue
New Orleans, LA 70113

Joe Yost
LRV Steel
200 Public Square
Cleveland, OH 44114

Andrea Mendzes
Multi-Dynamics Group
1401 Bricknell Ave., Suite #1000
Miami, FL 33131

Ed Ponko
Dietrich Industries, Inc.
500 Grant Street, Suite #226
Pittsburgh, PA 15219

Bill Courtney
Clark Steel Framing Systems
101 Clark Blvd.
Middletown, OH 45044

David Penland
Cypress Truck Lines, Inc.
1414 Lindrose Street

Jacksonville, FL 32206

Fred Payne Path Truck Lines
3649 East Lake Road
Dunkirk, NY 14048

Dudley Colton
Johns Manville
P. 0. Box 5108
Denver, CO 80217-5 108

Charles Kearney
USS Posco
900 Loveridge Road
Pitts, CA 94565

Chris Needen
One OK Gas Marketing
P.O. Box 2405
Tulsa, OK 74102

Tony Russell
Umthum Trucking Co.
P. O. Box 166
Eagle Grove, IA 50533

Cynthia J. Babiy
Pan Alberta Gas
707 8th Avenue SW, Suite #600
Calgary, Alberta, CN T2P3V3

Angelo Gentile
Marino/ Ware
400 Metuchen Road
South Plainfield, NJ 07080

James Conway
Coastal Transport, Inc.
P.O. Drawer 71 19
Savannah, GA 31418

Donald Garber
Elk Corporation of America
14643 Dallas Parkway, Suite #1000
Dallas, TX 75240

Larry Clayton
Industrial Gas Supply Corp.

1111 Louisiana Street
Houston, TX 77002

Al Spessard
CSR Rinker
1501 Belvedere Road
West Palm Beach, FL 33406

Garen Smith
Unimast Incorporated
4825 N. Scott Street, Suite #300
Schiller Park, IL 60176

Keith Metcalf
American Gypsum
P. O.Box 90820
Albuquerque, NM 87199-0820

Steve Colley
Boyd Brothers Transportation, Inc.
3275 Highway 30
Clayton, AL 36016

Greg Stockard
BP
550 West Lake Park Blvd.
Houston, TX 77079

Eric Brown
United Airlines, Attn: WHQCR
UATP Dept. 1501 Mittel Blvd.
Wooddale, IL 60191

Tom Schilli
Schilli Transportation Services, Inc.
1560 Kepner Drive
Lafayette, IN 47905

Perry Weitz
Weist & Luxenberg
180 Maiden Lane
New York, NY 10038

Clooney and Conway
120 N. Lasalle Street, 30th Floor
Chicago, IL 60602-2492

Silber Pearlman, P.C.
2711 North Haskehl Ave.,
5th Floor, LB 32
Dallas, TX 75204

Theodore Goldberg
Mark C. Meyer
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219-6295

Provost Umphrey Law Firm
490 Park Street
Beaumont, TX 77704

Kazan, McClain, Edises, Simon & Abrams
171 Twelfth Street, Suit e#300
Oakland, CA 94607

Greitzer and Locks
1500 Walnut Street, 20th Floor
Philadelphia, PA 19106

Joseph F. Rice
Nancy Worth Davis
Ness, Motley
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465


Levy, Phillips & Konigsberg, LLP
520 Madison Avenue
New York, NY 10022

John Deakle
Deakle Law Firm
P. O. Box 2072
Hattiesburg, MS 39401

Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095

Russell Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite #1100
Dallas, TX 75219

Peter G. Angelos
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Robert A. Pritchard
Pritchard Law Firm, PLLC
934 Jackson Avenue
P. O. Drawer 1707
Pascagoula, MS 39567-1707

Brookman, Rosenberg, Brown & Sandler
One Penn Center West
30 South Fifteenth Street, 17th Floor
Philadelphia, PA 19102

Wartnick, Chaber, Harowitz & Tigerman
101 California Street, Suite #2200
San Francisco, CA 94111-5802

Jerry Paul
Dean Hanley
4905 Central Avenue, Suite #200
Richmond, CA 94804


Wise & Julian, P.C.
3555 College Avenue
P. O. Box 1108
Alton, IL 62002

Wen Wang
Chase Manhattan
450 W. 33rd Street
New York, NY 10001

Representing Chase Manhattan,
as Pre-Petition Bank Agent
Larry J. Nyhan
Sidley, Austin, Brown & Wood

Bank One Plaza
Chicago, IL 60603

Matthew J. Ferko
UBS Warburg LLC
677 Washington Blvd.
Stanford, CT 06901

James M. Donohue
Ausley & McMullen
227 S. Calhoun Street
P. O. Box 391
Tallahassee, FL 32302

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite #1200
Wilmington, DE 19801-1246

William S. Katchen
Duane, Morris & Heckscher, LLP
1 Riverfront Plaza, 2nd Floor
Neward, NJ 07102

Steven J. Kherkher
Williams Bailey Law Firm
8441 Gulf Freeway, Suite 600
Houston, Texas 77017