**ORIGINAL**

FILED

2001 SEP -6 PM 2: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------x
In re:                                     Chapter 11

W.R. GRACE & CO., et al.                   Case No. 01-1139
                                           (Jointly Administered)

                    Debtor.

-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned Bear, Stearns & Co. Inc. hereby appears in the above-captioned case under chapter 11 of title 11, United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002 and section 1109(b) of the Bankruptcy Code requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon:

> Bear, Stearns & Co. Inc.
> 245 Park Avenue
> New York, New York 10167
> Attention: Bryan Shapiro
> Tel.: (212) 272-9543
> Fax.: (212) 272-8102

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints,

KL2 2118216.1

demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise, that affect the above captioned debtor or the debtor's estate.

Dated: New York, New York
August 28, 2001

BEAR, STEARNS & CO. INC.

By: _____
Gregory A. Hanley
Senior Managing Director

KL2 2118216.1