UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2001 SEP 10 PM 12: 13
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., | ) | Case No. 00-01139 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE

PLEASE TAKE NOTICE, that Andrew E. Shirley, pursuant to section 1109(b) of the Bankruptcy Code, 11 U.S.C. Section 1109(b), and Rule 9010(a) of the Rules of Bankruptcy Procedure, hereby appears in the above-captioned case and demands that notice of all matters therein be duly served at the address set forth below.

PLEASE TAKE FURTHER NOTICE, that demand is hereby also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, disclosure statements, plans of reorganization, and answer and reply papers filed in the above-captioned case by mail or otherwise, to the address set forth below:

Andrew E. Shirley
Avenue Capital Management, LLC
535 Madison Avenue
New York, NY 10022

Date: September 4, 2001            By: _____
    New York, New York                  Andrew E. Shirley

United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801