FILED

2001 SEP 13 PM 12: 13

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:                                : Chapter 11
MRA Staffing Systems, Inc.            :
                                      : Bankruptcy No. 01-01193 JJF
                                      :
                                      :        01-1139
Debtor                                :

# WITHDRAWAL AND ENTRY OF APPEARANCE WITH REQUEST FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Appearance of Denise A. Kuhn, Senior Deputy Attorney General, in the above-captioned case on behalf of the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, Bureau of Accounts Settlement.

Kindly enter the Entry of Appearance of the Attorney General of Pennsylvania as represented by the undersigned Deputy as counsel of record for the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, Bureau of Accounts Settlement, in the above-captioned matter.

PLEASE TAKE NOTICE that the Attorney General is counsel for the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, a party in interest in the above Chapter 11 case, and pursuant to Bankruptcy Rules 2002, 9007, and 9010, the Commonwealth respectfully requests that all notices given or required to be given in this case by the Court and/or by any other party to this case, be given to the Commonwealth at the address and to the Deputy and telephone number set forth below.

THIS REQUEST FOR NOTICE includes all Orders, Notices, copies of Applications, Motions, Petitions, Pleadings, requests, Complaints or Demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
(215) 560-2424

Respectfully submitted,

D. MICHAEL FISHER,
ATTORNEY GENERAL

Dated: September 7, 2001     BY: _____
Christopher R. Momjian
Senior Deputy Attorney General

Copies to:

Honorable Joseph J. Farnan, Jr.
United States Bankruptcy Court
For the District of Delaware
824 Market Street
Wilmington, Delaware 19899-8705

Laura Davis Jones, Esquire
PACHULSKI, STANG, ZIEHL ET AL
P.O. Box 8705
Wilmington, DE 19899-8905

Patricia A. Staiano, Esquire
United States Trustee
The Curtis Center, Suite 950 W.
601 Walnut Street
Philadelphia, PA 19106

MRA Staffing Systems, Inc.
7500 Grace Drive
Columbia, MD 21044 21044

Debtor and/or Debtor's Counsel
CRMdmi