**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re                                    )        Chapter 11
                                         )
W.R. Grace & Co., *et al.*,              )        Case No. 01-01139 (JJF)
                                         )        (Jointly Administered)
              Debtors.                   )

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO.  884**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Second Interim Application of The Official Committee of

Asbestos Property Damage Claimants (the "Committee") for Reimbursement of Expenses To

Committee Members and Their Counsel for the Period From June 1, 2001 through June 30, 2001 ("the

Application").   The undersigned further certifies that he has reviewed the Court's docket in this case,

and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to

the Notice of Application, objections to the Application were to be filed and served no later than

August 27, 2001.

Pursuant to the Administrative Order Under 11 USC §§105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official

Committee Members ("the Order") dated May 3, 2001, the Debtors are authorized to pay the

Committee $24,412.74, which represents 100% of the expenses requested in the Application for the

period June 1, 2001 through June 30, 2001, upon the filing of this certification and without the need for

entry of a Court order approving the Application.

FERRY & JOSEPH, P.A.


/s/ Theodore J. Tacconelli
Michael B. Joseph (No.392)
Theodore J. Tacconelli (No.2678)
Rick S. Miller (No.3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee
of Asbestos Property Damage Claimants

-and-

Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Scott L. Baena, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336

Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: September 19, 2001

F:\Meredith\TJT\WR Grace Committee\certificate.no.objection.committee.2d.fee.app.wpd