## SCHEDULE A

August, 2001

Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
1201 N. Market Street, 15th Floor
Wilmington, DE 19801

**Re: W.R. Grace**

For services rendered in connection with the above-captioned matter during the period of May 1, 2001 through July 31, 2001 as per the attached analysis.

### Professional Fees

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Managing Director | 33.00 $ | 395 $ | 13,035.00 |
| Louis Ordentlich | Managing Director | 5.00 | 395 | 1,975.00 |
| Brian Eccleston | Managing Director | 2.50 | 395 | 987.50 |
| Emily Ng | Senior Consultant | 5.65 | 175 | 988.75 |
| | | 46.15 | | 16,986.25 |

### Expenses

Report Reproduction; Technology;
Xerox, Telephone, etc.                                                  1,037.07

Total Due                                                           $ 18,023.32

(D0000430:1)

W.R. Grace  
Loreto T. Tersigni

Schedule A

<u>Services Rendered during the Period May 1 - July 31, 2001</u>

| Date | Hours | Description |
|---|---|---|
| 11-May-01 | 2.50 Hrs | Review of executive compensation program documents. |
| 25-May-01 | 1.50 Hrs | Review of executive employment cotracts. |
| 1-Jun-01 | 2.50 Hrs | Review of documents regarding executive compensation and other benefit programs and discussion with counsel. |
| 2-Jun-01 | 6.00 Hrs | Review of documents produced in connection with executive compensation program. |
| 4-Jun-01 | 2.00 Hrs | Discussions with counsel of findings and observations regarding executive compensation. |
| 7-Jun-01 | 3.00 Hrs | Discussions with debtor's financial representatives regarding executive compensation programs. |
| 12-Jun-01 | 3.50 Hrs | Review of executive compensation plan documents provided by debto.r |
| 14-Jun-01 | 10.00 Hrs | Meeting with E. Ng to discuss and review preparation of retention and compensation plan analysis. Preparation of memorandum summarizing comments and observations regarding executive compensation programs. |
| 15-Jun-01 | 2.00 Hrs | Preparation and meeting with L. Ordentlich and counsel to discuss executive compensation programs. |

TOTAL    33.00 Hours