**W.R. Grace** — Schedule B
Professional Per Diem Cost for Service rendered from May 1 through July 31, 2001.

| Date | Hours | Comment | Staff | Rate | Amount |
|---|---|---|---|---|---|
| **Louis Ordentlich, Managing Director** | | | | | |
| 6/4/01 | 1.50 | Executive compensation review. | LMO | $395.00 | $ 592.50 |
| 6/5/01 | 1.50 | Review executive options | LMO | 395.00 | 592.50 |
| 6/15/01 | 2.00 | Preparation and meeting with L. Tersigni and counsel to discuss executive compensation programs. | LMO | 395.00 | 790.00 |
| **L. Ordentlich Total** | **5.00** | | | | **1,975.00** |
| **Brian Eccleston, Managing Director** | | | | | |
| 7/31/01 | 2.50 | Review and analysis financials. | BE | 395.00 | 987.50 |
| **B. Eccleston Total** | **2.50** | | | | **987.50** |
| **Emily Ng, Senior Consultant** | | | | | |
| 5/8/01 | 0.40 | Report reproduction, arrange and delivery document to Kinko for reproduction. | EN | 175.00 | 70.00 |
| 6/14/01 | 4.50 | Check analysis accuracy, Status meeting with L.Tersigni, Modify analysis. Prepare Severance Program analysis. Discuss with L. Tersigni what procedure to use in analyzing Retention Program, review and prepare analysis of Retention Program. | EN | 175.00 | 787.50 |
| 6/28/01 | 0.25 | Organize new documents received and analysis recent quarter operation report. | EN | 175.00 | 43.75 |
| 5/11/01 | 0.50 | Arrange document and package for W.R. Grace as requested. | EN | 175.00 | 87.50 |
| **E. Ng Total** | **5.65** | | | | **988.75** |
| **Total Professional Services** | **46.15** | | | | **$ 16,986.25** |