**W.R. Grace** Schedule C

Summary of Expenses Incurred by L Tersigni Consulting P.C., Accountant
and Financial Advisor to the Asbestos Creditors' Committee
For expense incurred during May 1 through July 31, 2001

| Descriptions | Amount |
|---|---|
| Telephone | $ - |
| Fedex, Carrier Choice | 81.06 |
| Toll, Taxi and Other Expenses | 103.25 |
| Technology, fax, report production, xerox | 852.76 |
| **Grand Total** | **$ 1,037.07** |