```
wrg.rpt        Tue Sep 04 10:12:21 2001           1

Date: 09/04/01              Legal Analysis Systems, Inc.
Time: 10:00am                                                             Page 1


                   Victor Rud
                   DeGussa Huls Corporation
                   65 Challenger Road
                   Ridgefield Park, NJ 07660


Date/Slip#  Description                                       HOURS/RATE    AMOUNT
---------------------------------------------------------------------------------
 06/06/01   Peterson / Claims resolution procedures/facilities      0.8     340.00
 #4401      Collect information about trends in claims across    425.00
            defendants

 06/08/01   Peterson / Claims resolution procedures/facilities      1.1     467.50
 #4402      Collect information about trends in claims across    425.00
            defendants

 06/11/01   Peterson / Claims resolution procedures/facilities      2.7    1147.50
 #4403      Analyses of trends in claiming across defendants     425.00

 06/12/01   Peterson / Claims resolution procedures/facilities      1.2     510.00
 #4404      Review trend analyses across defendants              425.00

 06/24/01   Peterson / Claims resolution procedures/facilities      2.3     977.50
 #4405      Obtain and review material on claims by defendants;  425.00
            update analyses and data

 06/24/01   Peterson / Claims resolution procedures/facilities      1.5     637.50
 #4406      Work on issues of trust distribution procedures;     425.00
            telephone Relles (.3)

 06/24/01   Relles   / Claims resolution procedures/facilities      0.3      87.00
 #4501      telephone Peterson re: trust distribution procedures 290.00

 06/29/01   Peterson / Estimation methods: review/plan               0.3    127.50
 #4407      Telephone Relles; plan agenda of work                425.00

 06/29/01   Peterson / Claims resolution procedures/facilities      1.8     765.00
 #4408      Work on issues of trust distribution procedures;     425.00
            Telephone Relles (.5)

 06/29/01   Relles   / Estimation methods: review/plan               0.3     87.00
 #4502      telephone Peterson re: plan agenda                   290.00

 06/29/01   Relles   / Claims resolution procedures/facilities      0.5     145.00
 #4503      telephone Peterson re: trust distribution procedures 290.00

 07/02/01   Peterson / Claims resolution procedures/facilities      0.7     350.00
 #4409      Work on issues of trust distribution                 500.00

 07/03/01   Peterson / Meetings with committee and or counsel       1.5     750.00
 #4411      Telephone Lockwood (2), Inselbuch re: Bar Date        500.00
            motion
```

```
Date: 09/04/01              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 2

                  W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 07/03/01  Peterson / Review motions, rulings, plan documents   3.2    1600.00
 #4412     Review materials re: bar date                      500.00

 07/04/01  Ebener   / Hearings/motions/depositions preparation  0.5     120.00
 #4601     Review proposed POC form                           240.00

 07/04/01  Peterson / Claims resolution procedures/facilities   1.6     800.00
 #4410     Telephone Relles; work on procedures and projection 500.00
           issues

 07/04/01  Peterson / Review motions, rulings, plan documents   3.8    1900.00
 #4413     Review financial statements; claims information; bar 500.00
           date materials

 07/04/01  Relles   / Claims resolution procedures/facilities   0.3      99.00
 #4504     telephone Peterson re: projection issues           330.00

 07/08/01  Ebener   / Hearings/motions/depositions preparation  1.0     240.00
 #4602     Review and comment on POC form                     240.00

 07/09/01  Peterson / Review motions, rulings, plan documents   3.0    1500.00
 #4414     Review materials on bar dates in other cases       500.00

 07/09/01  Peterson / Review motions, rulings, plan documents   1.3     650.00
 #4415     Review Grace motion on bar date                    500.00

 07/09/01  Peterson / Review motions, rulings, plan documents   3.3    1650.00
 #4416     Review materials on pretest of poc form            500.00

 07/09/01  Peterson / Review motions, rulings, plan documents   0.7     350.00
 #4417     Telephone: Lockwood; Zeleski re: bar date motion   500.00

 07/10/01  Peterson / Review motions, rulings, plan documents   2.4    1200.00
 #4418     Telephone Davis; review materials on bar date      500.00

 07/10/01  Peterson / Review motions, rulings, plan documents   1.7     850.00
 #4419     Review Grace financial documents; memo to Davis    500.00

 07/11/01  Peterson / Review motions, rulings, plan documents   7.4    3700.00
 #4420     Work on response to Debtor's bar date motion       500.00

 07/12/01  Ebener   / Hearings/motions/depositions preparation  1.0     240.00
 #4603     Prepare memo to Peterson on POC                    240.00

 07/12/01  Peterson / Review motions, rulings, plan documents   4.4    2200.00
 #4421     Work on response to Debtors' bar date motion;      500.00
           compile pretest
```

```
Date: 09/04/01            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 3

                W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 07/13/01  Peterson / Review motions, rulings, plan documents    6.4   3200.00
 #4422     Work on response to Debtors' bar date motion;       500.00
           compile pretest

 07/14/01  Peterson / Review motions, rulings, plan documents    9.4   4700.00
 #4423     Work on response to Debtors' bar date motion;       500.00
           compile pretest

 07/15/01  Peterson / Review motions, rulings, plan documents    8.4   4200.00
 #4424     Work on affidavit                                   500.00

 07/16/01  Peterson / Review motions, rulings, plan documents    1.0    500.00
 #4425     Prepare materials for New York trip                 500.00

 07/16/01  Peterson / Travel                                     1.0    500.00
 #4426     Travel to New York                                  500.00

 07/18/01  Peterson / Review motions, rulings, plan documents    2.0   1000.00
 #4427     Review and revise affidavit                         500.00

 07/20/01  Peterson / Travel                                     1.5    750.00
 #4428     Travel to Thousand Oaks, CA.                        500.00
------------------------------------------------------------------------------
```

```
Date: 09/04/01              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 4

                    W. R. Grace (continued)

              Summary Of Time Charges, By Month and Activity
                         June 2001 - July 2001

   MONTH       ACTIVITY                                        HOURS     AMOUNT
   ----------------------------------------------------------------------------
   June      - Estimation methods: review/plan                   0.6     214.50
   June      - Claims resolution procedures/facilities          12.2    5077.00
   June      - Total                                            12.8    5291.50

   July      - Meetings with committee and or counsel            1.5     750.00
   July      - Hearings/motions/depositions preparation          2.5     600.00
   July      - Review motions, rulings, plan documents          58.4   29200.00
   July      - Claims resolution procedures/facilities           2.6    1249.00
   July      - Travel                                            2.5    1250.00
   July      - Total                                            67.5   33049.00

   Total     - Meetings with committee and or counsel            1.5     750.00
   Total     - Estimation methods: review/plan                   0.6     214.50
   Total     - Hearings/motions/depositions preparation          2.5     600.00
   Total     - Review motions, rulings, plan documents          58.4   29200.00
   Total     - Claims resolution procedures/facilities          14.8    6326.00
   Total     - Travel                                            2.5    1250.00
   Total     - Total                                            80.3   38340.50
   ----------------------------------------------------------------------------
```

```
Date: 09/04/01             Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 5

                     W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                       June 2001 - July 2001

   MONTH        PERSON                                    HOURS     AMOUNT
   ---------------------------------------------------------------------------
   June       - Relles                                      1.1      319.00
   June       - Peterson                                   11.7     4972.50
   June       - Total                                      12.8     5291.50

   July       - Relles                                      0.3       99.00
   July       - Peterson                                   64.7    32350.00
   July       - Ebener                                      2.5      600.00
   July       - Total                                      67.5    33049.00

   Total      - Relles                                      1.4      418.00
   Total      - Peterson                                   76.4    37322.50
   Total      - Ebener                                      2.5      600.00
   Total      - Total                                      80.3    38340.50
   ---------------------------------------------------------------------------
```

```
Date: 09/04/01              Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 6

                    W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                         June 2001 - July 2001

MONTH      PERSON                              HOURS    RATE    AMOUNT
-----------------------------------------------------------------------
Meetings with committee and or counsel

July       - Peterson                            1.5    500.     750.00

Estimation methods: review/plan

June       - Relles                              0.3    290.      87.00
June       - Peterson                            0.3    425.     127.50

Hearings/motions/depositions preparation

July       - Ebener                              2.5    240.     600.00

Review motions, rulings, plan documents

July       - Peterson                           58.4    500.   29200.00

Claims resolution procedures/facilities

June       - Relles                              0.8    290.     232.00
June       - Peterson                           11.4    425.    4845.00
July       - Relles                              0.3    330.      99.00
July       - Peterson                            2.3    500.    1150.00

Travel

July       - Peterson                            2.5    500.    1250.00

-----------------------------------------------------------------------
```