IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: September 13, 2001 at 4:00 p.m.** |

## CERTIFICATION OF COUNSEL RE:  DOCKET NO. 815

      1.      The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion for Entry of an Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing the Debtors to Assume and Assign Leases for Real Property* (the "Motion").  The undersigned further certifies that he has

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:30854.1

reviewed the Court's docket in these cases, and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections and responses to the Motion were to be filed with Court and served on counsel for the Debtors on or before September 13, 2001.

    2.  The Official Committee of Unsecured Creditors (the "Creditors' Committee") did, however, provide informal comments to the proposed order granting the Motion. In response to the Creditors' Committee's comments, the Debtors have revised the proposed form of order to clarify the following: (i) the Debtors do not waive any claims they may have against the counterparties under the Lease arising prior to the effective date of the assignment; and (ii) the Debtors are relieved from any liability for any breach arising under or related to the Leases and occurring after the date of assignment of the Leases. The revised order is attached hereto as Exhibit A.

   3. Accordingly, the Debtors respectfully request that the Court enter the revised order attached hereto at the Court's earliest convenience.

Dated: September 21, 2001

         KIRKLAND & ELLIS
         James H.M. Sprayregen
         James W. Kapp III
         Samuel A. Schwartz
         Roger J. Higgins
         200 East Randolph Drive
         Chicago, Illinois 60601
         (312) 861-2000

           and

         PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

         /s/ David W. Carickhoff, Jr.
         Laura Davis Jones (Bar No. 2436)
         Hamid R. Rafatjoo (California Bar No. 181564)
         David W. Carickhoff Jr. (Bar No. 3715)
         919 North Market Street, 16th Floor
         P.O. Box 8705
         Wilmington, DE 19899-8705 (Courier 19801)
         Telephone: (302) 652-4100
         Facsimile: (302) 652-4400

         Co-counsel for Debtors and Debtors in Possession