# Exhibit A

## Rust Consulting, Inc.'s Case Experience

## Rust Consulting, Inc.
## CLASS ACTION CASE EXPERIENCE

*Comfort v. Kimberly-Clark Corp.*, No. DV-90-616 (Ala. Cir. Ct., Shelby Co.)

*Forbush v. J. C. Penney Co.*, Nos. 3:90-2719-X, 3:92-0109-X (U.S. Dist. Ct. N.D. Tex.)

*Hartings v. American Express Co.*, No. 88-0744 (U.S. Dist. Ct. W.D. Penn.)

*Stender v. Lucky Stores, Inc.*, No. 88-1467 (U.S. Dist. Ct. N.D. Cal.)

*Anhalt v. USX Corp.*, No. DV-91-091 (Ala. Cir. Ct., Fayette Co.)

*Eilers Furs of Rapid City v. U.S. West Communications, Inc.*, No. 92-5121 (U.S. Dist. Ct. S.D.)

*Bokusky v. Edina Realty, Inc.*, No. 3-92-Civ.-223 (U.S. Dist. Ct. Minn.)

*Dismuke v. Edina Realty, Inc.*, No. 92-8716 (Minn. Dist. Ct., Hennepin Co.)

*Nitti v. Edina Realty, Inc.*, No. 3-92-Civ.-386 (U.S. Dist. Ct. Minn.)

*Merk v. Jewel Foods*, No. 85 C 7876 (U.S. Dist. Ct. N.D. Ill.)

*Ridgeway v. Denny's California*, No. C93-20202 JW(PVT) (U.S. Dist. Ct. N.D. Cal.)

*Woodley v. Protective Life Ins. Co.*, No. CV 95-005 (Ala. Cir. Ct., Fayette Co.)

*Babbitt v. Albertson's Inc.*, No. C92-1883 WHO (U.S. Dist. Ct. N.D. Cal.)

*Finucan v. Egghead, Inc.*, No. C93-1268WD (U.S. Dist. Ct. W.D. Wash.)

*Circle Plumbing v. Ferguson*, No. 92-036478 (Tex. Dist. Ct., Harris Co.)

*Buckstrom v. Methodist Hospital*, No. H-94-1877 (U.S. Dist. Ct. S.D. Tex.)

*Cox v. Shell Oil Co.*, No. 18,844 (Tenn. Ch. Ct., Obion Co.)

*Ansell v. Humana Hospital Daytona Beach*, No. 91-2478-CI-CI (Fla. Cir. Ct., Volusia Co.)

*Ahearn v. Fibreboard*, No. 6:93cv526 (U.S. Dist. Ct. E.D. Tex.)

*Beasley v. First Family Financial*, No. CV94-01476 (Ala. Cir. Ct., Jefferson Co.)

*Aks v. Southgate Trust Co.*, No. 92-2193-L (U.S. Dist. Ct. Kan.)

*In re Chambers Development Corp. Securities Litigation*, MDL No. 982 (U.S. Dist. Ct. W.D. Pa.)

*George v. BancOhio National Corp.*, No. C2-92-314 (U.S. Dist. Ct. S.D. Ohio)

*Branin v. Asarco, Inc.*, No. C93-5132(B)WD (U.S. Dist. Ct. W.D. Wash.)

*United States v. American Family Mutual Insurance*, No. 90-C-0759 (U.S. Dist. Ct. E.D. Wis.)

Copyright © 2000 Rust Consulting, Inc

# Rust Consultng, Inc.
## CLASS ACTION CASE EXPERIENCE

*Danko v. Erie Insurance Exchange*, No. 298 of 1991, G.D. (Pa. Ct. of C.P., Fayette Co.)

*Garza v. Sporting Goods Properties Inc.*, No. SA 93-CA-1082 (U.S. Dist. Ct. W.D. Tex.)

*Whitson v. Heilig-Meyers Furniture Co.*, No. CV 94-PT-0309-E (U.S. Dist. Ct. N.D. Ala.)

*In re Celotex Corp.*, Nos. 90-10016-8B1, 90-10017-8B1 (U.S. Dist. Ct. M.D. Fla.)

*Warren v. Plymouth Capital Co.*, No. CV 3-92-538 (U.S. Dist. Ct. Minn.)

*Clark v. I C System, Inc.*, No. 4-94-00071 (U.S. Dist. Ct. Minn.)

*Naef v. Masonite Corp.*, No. 94-4033 (Ala. Cir. Ct., Mobile Co.)

*Durden v. Abbott Laboratories*, No. CV-93-663 (Ala. Cir. Ct., Calhoun Co.)

*Lauderdale v. Abbott Laboratories*, No. CV-95-652 (Ala. Cir. Ct., Calhoun Co.)

*Stifflear v. Abbott Laboratories*, No. 94-CV-360 (Colo. Dist. Ct., Boulder Co.)

*Mack v. Abbott Laboratories*, No. 94-581-CA (Fla. Cir. Ct., Okaloosa Co.)

*Vogt v. Abbott Laboratories*, No. 94-L-404 (Ill. Cir. Ct., St. Clair Co.)

*Donelan v. Abbott Laboratories*, No. CV-93-663 (Kan. Dist. Ct., Sedgwick Co.)

*Lambert v. Abbott Laboratories*, No. 94-CI-05684 (Ky. Cir. Ct., Jefferson Co.)

*Free v. Abbott Laboratories*, No. 93-972-A-1 (U.S. Dist. Ct. M.D. La.)

*Holmes v. Abbott Laboratories*, No. 94-744-CP (Mich. Cir. Ct., Calhoun Co.)

*Humphrey, Atty. Gen. v. Abbott Laboratories*, No. C8-95-6810 (Minn. Dist. Ct., Ramsey Co.)

*DeVincenzi v. Abbott Laboratories*, No. CV-94-02528 (Nev. Dist. Ct., Washoe Co.)

*Hyde v. Abbott Laboratories*, No. 94-CVS-500 (N.C. Sup. Ct. Div., Jackson Co.)

*Heilman v. Abbott Laboratories*, No. 94-C-2716 (N.D. Dist. Ct., Burleigh Co.)

*Hagemann v. Abbott Laboratories*, No. 94-221 (S.D. Cir. Ct., Hughes Co.)

*Blake v. Abbott Laboratories*, No. L-8950 (Tenn. Dist. Ct., Blount Co.)

*Buscher v. Abbott Laboratories*, No. 94-C-755 (W.Va. Cir. Ct., Kanawha Co.)

*Moore v. Abbott Laboratories*, No. 251-96-159 (Miss. Dist. Civ. Ct., Hinds Co.)

*Bonilla v. Trebol Motors Corp.*, No. 92-1795(JP) (U.S. Dist. Ct. P.R.)

*Taylor v. O' Charley's*, No. 3-94-0489 (U.S. Dist. Ct. M.D. Tenn.)

Copyright © 2000 Rust Consulting, Inc

## Rust Consultng, Inc.
## CLASS ACTION CASE EXPERIENCE

*In re Rio Hair Naturalizer Products Liability Litigation*, MDL No. 1055 (U.S. Dist. Ct. E.D. Mich.)

*Dyson v. Flagstar Corporation and Denny's Inc.*, No. DKC93-1503 (U.S. Dist. Ct. Md.)

*Robinson Rubber Products Co., Inc. v. Hennepin County*, No. 4-95-220 (U.S. Dist. Ct. Minn.)

*Victoria Des Versailles v. Nutrition for Life International, Inc.*, No. H-96-2678 (U.S. Dist. Ct. S.D. Tex.)

*Drennen v. Protective Life Insurance*, No. 96-6010 (Ala. Cir. Ct., Jefferson Co.)

*Elkins v. Equitable Life Insurance Co. of Iowa*, No. 96-296-CIV-T-17B (U.S. Dist. Ct. M.D. Fla.)

*Kolsrud v. Equitable Life Insurance Co. of Iowa*, No. 320838 (Ariz. Sup. Ct., Pima Co.)

*Ruff v. Parex, Inc.*, No. 96-CV-500-59 (U.S. Dist. Ct. E.D. N.C.)

*Cook v. LADA*, No. 94-1730 (U.S. Dist. Ct. W.D. La.)

*Lee v. Capitol American Life Insurance Co.*, Docket 25, No. 369 (Wyo. Dist. Ct., Goshen Co.)

*Miller v. Renter's Choice*, No. CT-92-6772 (Minn. Dist. Ct., Hennepin Co.)

*Garcia v. Houston Northwest Medical Center, Inc.*, No. H-94-2276, (U.S. Dist. Ct. S.D.Tex.)

*Limper v. Matrix Financial Services Corp.*, No. 96-CVH-022 (Ohio Ct. Comm. Pleas, Ottawa Co.)

*Smith v. U.S.Life Credit Life Insurance Co.*, No. 94 C 6877 (U.S. Dist. Ct. N.D. Ill.)

*Emil v. Sparano v. Southland Corp.*, No 94 C 2098 (U.S. Dist. Ct. N.D. Ill.)

*Coppola v. Wendover Funding, Inc.*, No. 96-11458 PBS (U.S. Dist. Ct. Mass.)

*Crocker v. Sunshine Corp.*, No. 93-2224-H/A (U.S. Dist.Ct. W.D. Tenn.)

*Berg v. U.S. Credit Services, Inc.*, No. 96-30-CIV-FTM-21D (U.S. Dist. Ct. M.D. Fla.)

*Rowland v. Goldkist, Inc.*, No. CV 94-106 (Ala. Cir. Ct., Walker Co.)

*Beavers v. American General Finance, Inc.*, No. CV-94-174 (Ala. Cir. Ct., Walker Co.)

*Fox v. Integra Financial Corp.*, No. 90-1504 (U.S. Dist. Ct. W.D. Pa.)

*Yoel v. New Jersey National Bank*, No. 94-4675 (MLP) (U.S. Dist. Ct. Dist. N.J.)

*Hofer v. Capitol American Life Insurance Co.*, Docket 24, No. 336 (Wyo. Dist. Ct., Goshen Co.)

*Campbell v. Paducah & Louisville Railway, Inc.*, No. 93-CI-05543 (Ky. Cir. Ct., Jefferson Co.)

*Alachua General Hospital v. Jason Greene*, No. 90-3359-CA (Fla. Cir. Ct., Alachua Co.)

*Hearth v. First National Life Insurance Co. of America*, No. 95-818-Civ. T-21A (U.S. Dist. Ct. M.D. Fla.)

Rust Consulting, Inc.
## CLASS ACTION CASE EXPERIENCE

*Toledo Fair Housing Center v. National Mutual Insurance Co.*, No. 93-1685 (Ohio C.P. Ct., Lucas Co.)

*USA Diagnostics, Inc. v. Federated National Insurance Co.*, No. 94-013152 (18) (Fla. Cir. Ct., Broward Co.)

*Pacific Design Center v. Lincoln Electric*, No. BC164229 (Cal. Super. Ct., Los Angeles Co.)

*Thomas v. Charles Schwab & Co., Inc.*, Division "A" Docket No. 66,7000 (La. Dist. Ct., Natchitoches Parish)

*OCAW v. American Home Products*, Civ. No. 92-1238 (JP) (U.S. Dist. Ct. P.R.)

*Hinton v. ColorTyme Inc., and Renters Choice, Inc.*, No. 94-CV 5198 (Wis. Cir. Ct., Milwaukee Co.)

*Woosley v. State of California*, No. CA 000499 (Cal. Super. Ct., Los Angeles Co.)

*Green v. Metropolitan Insurance and Annuity Co.*, No. 969547 (Cal. Sup. Ct., San Francisco Co.)

*In re Raytech Corporation Bankruptcy*, Case No. 5-89-00293 (U.S. Bankr. Ct. Conn.)

*Kirkvold v. Dakota Pork Industries*, Civ. No. 97-4166 (U.S. Dist. Ct. S.D.)

*Cooksey v. Hawkins Chemical*, No. PI 95-003603 (Minn. Dist. Ct., Henn. Co.)

*Barnicle v. American General Corporation*, No. EC 011 865 (Cal. Sup. Ct., San Diego Co.)

*Cox v. Work Recovery, Inc.*, No. CV-95-538-TUC-ACM (U.S. Dist. Ct. Ariz.)

*King v. American National Insurance Co.*, No. CV96-1074 (Ala. Ct., Jefferson Co.)

*In re National Life Insurance Co.*, No. 2-97-CV-314 (U.S. Dist. Ct. Vt.)

*Gryzbowski v. Prudential Home Mortgage Co.*, No. 97-13319-CP (Mich. Cir. Ct., Wexford Co.)

*Travis v. Boulevard Bank N.A.*, No. 93 C 6847 (U.S. Dist. Ct. N.D. Ill.)

*Jordan v. State Farm Life Insurance*, No. 97 CH 11 (Ill. Cir. Ct., McLean Co.)

*Allen v. Thorn Americas, Inc.*, Case No. 97-1159-CV-W-SOW (U.S. Dist. Ct. W.D. Mo.)

*Diffie v. National Western Life Insurance*, No. 96-03745 (Tex. Dist. Ct., Travis Co.)

*Witriol v. Finova Capital Corporation*, No. 166542 (Cal. Sup. Ct., Marian Co.)

*Cosby v. Masonite Corporation*, No. CV-98-2446 (Ala. Cir. Ct., Mobile Co.)

*Smith v. Masonite Corporation*, No. CV-98-2447 (Ala. Cir. Ct., Mobile Co.)

*Hart v. Central Sprinkler Corporation*, No. BC176727 (Cal. Sup. Ct., Los Angeles Co.)

*County of Santa Clara v. Central Sprinkler Corporation*, No. CV771019 (Cal Sup. Ct., Santa Clara Co.)

*Burney et al., v. Thorn Americas, Inc.*, No. 97-CV-1596 (Wis. Cir. Ct. Racine Co.)

Copyright © 2000 Rust Consulting, Inc

## Rust Consulting, Inc.
## CLASS ACTION CASE EXPERIENCE

*Raz et al., v. Archer Daniels Midland Co., Inc.*, No. 96-CV-009729 (Wis. Cir. Ct. Milwaukee Co.)

*Ramsey et al., v. Amfac, Inc., et al.*, No. C-95-4317 (U.S. Dist. Ct. N. Dist. CA)

*Berkheimer et al., v. CELLULAR ONE et al.*, Civil Case No. CAL 95-26018 (MD Cir. Ct. Prince George's Co.)

*Kopies, Inc. v. Eastman Kodak Co.*, No.-94-0524 SBA (US Dist. Ct., No. Dist. of CA)

*Garst et al. v. Franklin Life Insurance Co. et al.*, Case No. 97-C-0074-S (US Dist. Ct. No. Dist of Ala., So. Div.)

*Miller et al., v. American General Life and Accident Insurance Co. et al.*, Case No. CI199701525 (OH Common Pleas Ct., Lucas Cty.)

*Levin et al. v. American General Life Insurance Co.*, Civ. Action No. 3-98-0266 (US Dist. Ct. Middle Dist. of TN, Nashville Div.)

*Lee et al., v. USLIFE Corporation et al.*, Civ. Action No. 1:97CV-55-M (US Dist. Ct, Western Dist. of KY at Bowling Green)

*LaMontagne v. Hurley State Bank et al.*, Civ. Action No. 97-30093-MAP (US Dist. Ct. Dist. of Mass.)

*Bussie et al., v. Allmerica et al.*, Civ. Action No. 97-40204 (US Dist. Ct. for the Dist. of Mass.)

*Limor et al., v. United Presidential Life Insurance Company*, Case No. 97C1086 (Cir. Ct. for Davidson Cty. Tennessee

*Klinefelter et al., v. First Life Assurance Company et al.*, Case No. C-6930-96-G (U.S. Dist. Ct. 370th Jud. Dist.for Hidalgo Cty. Texas

*In re Metropolitan Life Insurance Company*, Misc. Docket No. 96-179 MDL No. 1091 (U.S. Dist. Ct. for Western Dist. Of Pennsylvania

*Roy et al., v. Independent Order of Foresters*, CV-97-CV-6225 (JCL) (U. S. Dist. Ct. for the Dist. Of New Jersey)

*Lopez et al.,v. FT Mortgage Companies, et al.*, Docket No. C97-02558 (CA Sup. Ct. Contra Costa Co)

*Murray et al., v. Indianapolis Life Insurance Company*, Cause No. 49D02-9603-CP-000303 (Marion Sup. Ct. Civ. Div.

*Eichenberger et al., v. FBS Mortaage Corporation*, Case No. 2826320 (Riverside Co. Sup. Ct., State of California)

*Belcher et al., v. Shoney's Inc.* No. 3-95-1151 & No 3-96-001 (Dist. Ct. for the Middle Dist. Of Tennessee, Nashville, Div.)

*Eldelen et al., v. Shoney's Inc.*, No. 3-97-1211 (Dist. Ct. for the Middle Dist. Of Tennessee, Nashville, Div.)

*Kong et al., v. Nova Cellular Company et al.*, No., 95-CH-6227 (Cir. Ct of Cook Co., Illinois Co. Dept.)

Copyright © 2000 Rust Consulting, Inc

## Rust Consulting, Inc.
## CLASS ACTION CASE EXPERIENCE

*Pennington et al., v. Northbrook Property and Casualty Insurance. Co.* Case No. CIV 97-245S (U.S. Dist. Ct. for the Eastern Dist. Of Oklahoma)

*Weissberg et al., v. Delta Air Lines, Inc.,* No. 88 CH 4846 (Cir. Ct. of Cook Co., Illinois Co. Law Div.)

*In re Toys R US Antitrust Litigation,* 98 M. D. L. 1211 (NG) (JLC) (U.S. Dist. Ct. for the Eastern Dist. Of New York)

*Khan et al., v. Denny's Holdings, Inc. et al.,* Case No. BC 177254 (Sup. Ct. of the State of California for the Co. of Los Angeles)

*Black et al., v. Fag Bearings Corporation,* Case No. CV396-264CC (Cir. Ct. of Newton County, Missouri at Neosho)