**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. TBD**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Interim Application of The Official Committee of Asbestos Property Damage Claimants (the "Committee") for Reimbursement of Expenses To Committee Members and Their Counsel for the Period From April 9, 2001 through May 31, 2001 ("the Application"), which was filed and served on July 2, 2001. The undersigned further certifies that he has reviewed the Court's docket in this case, and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 22, 2001.

Pursuant to the Administrative Order Under 11 USC §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated May 3, 2001, the Debtors are authorized to pay the Committee $11,462.59, which represents 100% of the expenses requested in the Application for the period April 9, 2001 through May 31, 2001, upon the

filing of this certification and without the need for entry of a Court order approving the

Application.

                              FERRY & JOSEPH, P.A.

                              /s/ Theodore J. Tacconelli
                              Michael B. Joseph (No.392)
                              Theodore J. Tacconelli (No.2678)
                              Rick S. Miller (No.3418)
                              824 Market Street, Suite 904
                              P.O. Box 1351
                              Wilmington, DE. 19899
                              (302) 575-1555
                              Local Counsel to the Official Committee
                              of Asbestos Property Damage Claimants

                              -and-

                              Bilzin Sumberg Dunn Baena Price & Axelrod LLP

                              Scott L. Baena, Esq.
                              2500 First Union Financial Center
                              200 South Biscayne Boulevard
                              Miami, FL 33131-2336

                              Counsel to the Official Committee of Asbestos Property Damage Claimants

Dated: September 25, 2001

F:\Meredith\TJT\WRGraceCommittee\certificate.no.objection.committee.1st.fee.app.wpd