UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY OF THIRD INTERIM APPLICATION OF BILZIN SUMBERG
DUNN BAENA PRICE & AXELROD, LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
FOR THE PERIOD FROM JULY 1, 2001 THROUGH AUGUST 31, 2001**

| | |
|---|---|
| Name of Applicant: | Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on June 21, 2001, <u>Nunc Pro Tunc</u>, to April 9, 2001 |
| Period for which compensation and Reimbursement is sought: | July 1, 2001 through August 31, 2001 |
| Amount of Compensation sought as actual, reasonable and necessary: | $247,980.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $176,063.29 |

This is an **X** interim __final application.

The total time expended for fee application preparation was approximately 92.90 hours and the corresponding estimated compensation that will be requested in a future application is approximately $13,853.00. [1]

| **First Interim Application** | | **Requested** | | **Pending** | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 7/2/01 | 4/9/01 – 5/31/01 | $194,578.50 | $29,181.11 | $194,578.50 | $29,181.11 |
| 8/6/01 | 6/1/01 – 6/30/01 | $195,105.25 | $14,086.94 | 195,105.25 | $14,086.94 |

---

[1] All capitalized terms used but not defined herein have the meanings ascribed thereto in the First Interim Application of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from July 1, 2001 Through August 31, 2001

523507

## ATTACHMENT "B" TO FEE APPLICATION
## SUMMARY OF HOURS

| Name of Professional Person | Position of Applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Scott L. Baena | Partner | 27 | Bankruptcy | $425.00 | 187.10 | $79,517.50 |
| Mindy A. Mora | Partner | 18 | Bankruptcy | $350.00 | 25.00 | $8,750.00 |
| Eileen Ball Mehta | Partner | 24 | Land Use | $350.00 | 34.70 | $12,145.00 |
| Sherril M. Colombo | Partner | 9 | Litigation | $275.00 | 12.30 | $3,382.50 |
| Robert W. Turken | Partner | 21 | Litigation | $375.00 | 37.30 | $13,987.50 |
| Alvin D. Lodish | Partner | 25 | Litigation | $350.00 | 9.30 | $3,255.00 |
| Allyn S. Danzeisen | Associate | 4 | Litigation | $200.00 | 197.00 | $39,400.00 |
| Kevin S. Neiman | Associate | 5 | Bankruptcy | $225.00 | 10.30 | $2,317.50 |
| Jay M. Sakalo | Associate | 3 | Bankruptcy | $225.00 | 218.30 | $49,117.50 |
| Dylan T. Reingold | Law Clerk | | Lit/Bankruptcy | $140.00 | 26.50 | $3,710.00 |
| Miguel A. Fernandez | Law Clerk | | Lit/Bankruptcy | $140.00 | 78.15 | $10,941.00 |
| Mandana Dashtaki | Law Clerk | | Lit/Bankruptcy | $140.00 | 25.50 | $3,570.00 |
| Marina I. Luybimova | Law Clerk | | Lit/Bankruptcy | $140.00 | 82.80 | $11,592.00 |
| Joseph A. Mesa | Law Clerk | | Lit/Bankruptcy | $140.00 | 20.80 | $2,912.00 |
| Luisa M. Flores | Paralegal | | Bankruptcy | $100.00 | 31.40 | $3,140.00 |
| Armando L. Guerra | Paralegal | | Bankruptcy | $100.00 | 40.10 | $4,010.00 |
| | | | | `Total: | 1036.55 | $251,747.50 |
| | | | | LESS 50% TRAVEL DISCOUNT - | | $3,767.50 |
| | | | | GRAND TOTAL | | $247,980.00 |
| | | | | Blended Rate: | | $242.87 |

## COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration | 147.80 | $38,787.50 |
| Debtors' Business Operations | 5.70 | $1,322.50 |
| Creditors' Committee | 88.50 | $25,671.50 |
| Retention of Professionals | 14.40 | $4,042.50 |
| Asset Dispositions | 14.20 | $3,195.00 |
| DIP Financing | 0.80 | $180.00 |
| Fee Applications | 92.90 | $13,853.00 |
| Court Appearances | 1.80 | $765.00 |
| Travel | 25.30 | $7,535.00 |
| Fraudulent Transfer Litigation | 18.60 | $7,270.00 |
| Litigation Consulting | 626.55 | $149,125.50 |
| **Total** | **1036.55** | **$251,747.50** |
| **Less Discount 50% Travel Time** | | **$3,767.50** |
| **Grand Total** | **1036.55** | **$247,980.00** |

523507

# EXPENSE SUMMARY

| 1. | Filing Fees | | None |
|---|---|---|---|
| 2. | Lodging | | $2,104.16 |
| 3. | Witness Fees | | None |
| 4. | Archival Retrieval Services | | $14.60 |
| 5. | Messenger Service | | $82.50 |
| 6. | Photocopies | | $6,025.40 |
| | (a) In-house copies @ $ 0.15 | $2,599.65 | |
| | (b) Outside copies (At Cost) | $3,425.75 | |
| 7. | Postage | | $89.38 |
| 8. | Overnight Delivery Charges (Federal Express) | | $1,418.66 |
| 9. | Long Distance Telephone Charges | | $3,528.45 |
| 10. | Long Distance Fax Transmissions (long distances charges only) | | $3,164.00 |
| 11. | Travel Expenses | | $112.00 |
| 12. | Other (Not specifically disallowed; must specify and justify) | | $159,524.14 |
| | (a) Committee Meeting Cost | $1,416.19 | |
| | (b) Meals | $372.32 | |
| | (c) Parking / Mileage | $433.00 | |
| | (e) Pacer online/West Law | $7,435.61 | |
| | (f) Expert Fees and Costs | $144,209.73 | |
| | (g) Staff Overtime | $480.62 | |
| | (h) Airfare | $5,176.67 | |
| **TOTAL "GROSS" AMOUNT OF REQUESTED DISBURSEMENT** | | | $176,063.29 |

523507