UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY OF THIRD INTERIM APPLICATION OF THE OFFICIAL
COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
REIMBURSEMENT OF EXPENSES TO COMMITTEE MEMBERS AND THEIR
COUNSEL FOR THE PERIOD FROM JULY 1, 2001 THROUGH JULY 31, 2001**

Name of Applicant:                                  Official Committee of Asbestos Property
                                                    Damage Claimants

Authorized to Provide
Professional Services to:                           N/A

Date of Appointment:                                April 12, 2001

Period for which
Reimbursement is sought:                            July 1, 2001 through July 31, 2001

Amount of Compensation sought as
actual, reasonable and necessary:                   N/A

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                $13,702.68

This is an **X** interim __final application.

| First Interim Application | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 7/2/01 | 4/9/01 – 5/31/01 | N/A | $11,462.59 | N/A | $11,462.59 |
| 8/6/01 | 6/1/01 – 6/31/01 | N/A | $24,412.74 | N/A | $24,412.74 |

523526

## ATTACHMENT "B" TO APPLICATION

## SUMMARY OF HOURS

## NOT APPLICABLE

## COMPENSATION BY PROJECT CATEGORY

## NOT APPLICABLE

## EXPENSE SUMMARY

| | |
|---|---:|
| **Catholic Archdiocese of New Orleans** | $5,617.16 |
| **The Prudential Insurance Company of America** | $327.48 |
| **Princeton University** | $1,574.23 |
| **Marco Barbanti** | $6,183.81 |
| **TOTAL** | $13,702.68 |

## PLEASE REFER TO ATTACHMENT "B-1" THROUGH "B-4" ATTACHED HERETO FOR FURTHER DETAIL

**ATTACHMENT "B-1"**

**REPORT OF EXPENSES**

**FOR**

**MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL**

**W. R. GRACE & CO., et al.**

**NAME:**
Martin Dies, Esq.
Counsel to Catholic Archdiocese of New Orleans
1009 Green Avenue
Orange, TX  77630
BUSINESS   (409) 883-4394
FAX   (409) 883-4814

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 7/6/01 | Jasper to Bush Airport Houston | $305.25 |
| 7/6/01 | Roundtrip Airfare from Houston to New York | $1,938.50 |
| 7/6/01 | Hotel - Houston | $95.36 |
| 7/7/01 | Meals/Lunch | $9.80 |
| 7/7/01 | Mileage from Houston to Orange (100 Miles @ $0.31) | $31.00 |
| 7/6/01 | Taxi - La Guardia to Stan Levy's Office | $25.00 |
| 7/6/01 | Taxi - Stan Levy's Office to La Guardia | $25.00 |
| 7/18/01 | Mileage from office to Orange County Airport | $3.10 |
| 7/21/01 | Mileage from Orange County Airport to office | $3.10 |
| 7/18/01 | Airfare from Orange to Bush Airport. | $305.25 |
| 7/18/01 | Round Trip Airfare from Houston to Philadelphia | $1,924.00 |
| 7/21/01 | Airfare From Houston to Orange County | $305.25 |
| 7/20/01 | Hotel | $435.28 |

| 7/19/01 | Meal/Dinner | $23.30 |
| --- | --- | --- |
| 7/18/01 | Shuttle from airport to hotel | $66.40 |
| 7/19/01 | Shuttle from hotel to airport | $64.40 |
| 7/1/01 – 7/31/01 | Phone charges | $51.97 |
| 7/1/01/- 7/31/01 | Postage | $5.20 |
| | **TOTAL EXPENSES** | **$5,617.16** |

**ATTACHMENT "B-2"**

**REPORT OF EXPENSES**

**FOR**

**MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL**

**W. R. GRACE & CO., et al.**

**NAME:**

Joe Schwartz
Riker Danzig Scherer Hyland & Perretti
Counsel to The Prudential Insurance Company
1 Speedwell Avenue
Headquarters Plaza
P.O. Box 1981
Morristown, NJ  07962
BUSINESS    (973) 538-0800
FAX    (973) 538-1984

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---:|
| 7/1/01 – 7/31/01 | Photocopies @ $0.15 Per copy | $6.90 |
| 7/1/01 – 7/31/01 | Facsimile  @ $1.00 Per page | $1.00 |
| 6/19/01 | Airplane / Train | $301.00 |
| 7/1/01 – 7/31/01 | Telephone Costs | $18.58 |
|  | **TOTAL EXPENSES** | **$327.48** |

## ATTACHMENT "B-3"

## REPORT OF EXPENSES

## FOR

## MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL
## W. R. GRACE & CO., et al.

**NAME:**

Edward Westbrook
Ness Motley Loadholt Richardson & Poole
Counsel to Princeton University
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465
BUSINESS     (843) 216-9000
FAX              (843) 216-9450

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 7/5/01 | RT:Air Fare from Dallas TX To Charleston SC to attend committee meeting | $1,155.50 |
| 7/6/01 | Parking | $21.75 |
| 7/5/01 | Mileage (60 miles @ $0.31) | $10.35 |
| 7/5/01 – 7/6/01 | Meals | $36.21 |
| 7/5/01 – 7/6/01 | Lodging | $244.35 |
| 7/5/01 – 7/6/01 | Taxi | $48.00 |
| 7/5/01 – 7/6/01 | Tips | $7.00 |
| 7/1/01 – 7/31/01 | Telephone Charges | 51.07 |
|  | **Total Expenses** | $1,574.23 |

**ATTACHMENT "B-4"**

**REPORT OF EXPENSES**

**FOR**

**MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL**

**W. R. GRACE & CO., et al.**

**NAME:**

Darrell W. Scott
Lukins & Annis, P.S.
Counsel to Marco Barbanti
1600 Washington Trust Financial Center
717 West Sprague Ave
Spokane, WA  99201-0466
BUSINESS     (509) 455-9555
FAX          (509) 747-2323

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 7/6/01 | Air Fare to New York, PDC meetings for interview | $1398.75 |
| 7/6/01 | Lodging | $454.74 |
| 7/6/01 | Meals | $110.57 |
| 7/6/01 | Parking | $17.50 |
| 7/6/01 | Cab Fare | $90.00 |
| 7/6/01 | Travel Agent Fees | $10.00 |
| 7/19/01 | Roundtrip Air Fare to Philadelphia, PA. for hearing | $2,476.50 |
| 7/19/01 | Lodging | $282.22 |
| 7/19/01 | Parking | $24.00 |
| 7/19/01 | Car Rental | $101.27 |
| 7/19/01 | Travel Agent Fees 2 @ $10.00 | $20.00 |
| 7/1/01 – 7/31/01 | Photocopies @ $0.15 Per copy | $600.35 |

| 7/1/07 – 7/311/01 | Long Distance Charges | $52.87 |
|---|---|---|
| 7/1/01 – 7/31/01 | Telecopier Service @ $1.00 per copy | $363.00 |
| 7/1/01 – 7/31/01 | Postage | $31.60 |
| 7/1/01 – 7/31/01 | Federal Express | $150.44 |
| | **TOTAL EXPENSES** | **$6,183.81** |