IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND REQUEST FOR MATRIX ENTRY

PLEASE TAKE NOTICE that the undersigned hereby enter their appearance as counsel for Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company ("Travelers") pursuant to section 342(a) of title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. §§ 101 et seq., and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the captioned cases and request that all notices given or required to be given, and all papers served or required to be served, in these cases, be given to and served on:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | SIMPSON THACHER & BARTLETT |
| Robert J. Dehney (#3578) | Lynn K. Neuner, Esquire |
| Michael G. Busenkell (#3933) | 425 Lexington Avenue |
| 1201 N. Market Street | New York, NY  10017-3954 |
| P.O. Box 1347 | (212) 455-2696 |
| Wilmington, Delaware  19899-1347 | |
| (302) 658-9200 | |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, or demands, schedules and/or statements of affairs, and operating reports, whether formal or informal, whether written or oral, and whether transmitted

or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in these cases, with respect to the (a) debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

PLEASE TAKE FURTHER NOTICE that that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the rights of Travelers to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 25, 2001

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ Michael G. Busenkell
        Robert J. Dehney (#3578)
        Michael G. Busenkell (#3933)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, Delaware 19899-1347
        (302) 658-9200

        Attorneys for Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company

OF COUNSEL:

SIMPSON THACHER & BARTLETT
Lynn K. Neuner, Esquire
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2696