Certificate Of Service

      I, Michael G. Busenkell, certify that on September 25, 2001, I caused copies of the foregoing **Notice Of Appearance, Request For Service Of Papers, And Request For Matrix Entry** to be served in the manner indicated on the parties on the attached service list.

        /s/ Michael G. Busenkell
        Michael G. Busenkell (De. Bar #3933)

209577