# SERVICE LIST

**BY HAND**

Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Mark D. Collins Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

Curtis J. Crowther, Esq.
White and Williams LLP
824 N. Market Street
Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

John D. Demmy, Esquire
Stevens & Lee
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE  19801

Joseph Grey, Esq.
Stevens & Lee
300 Delaware Avenue
Suite 800
Wilmington, DE  19801

Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE  19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street
Suite 904
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801

Mary M. MaloneyHuss, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street
Suite 300
One Rodney Square
Wilmington, DE  19801

Selinda A. Melnik, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

Francis J. Murphy, Esq.
Murphy Spadaro & Landon
824 N. Market Street
P.O. Box 8989
Wilmington, DE  19899-8989

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street
Suite 400
Wilmington, DE  19801

Eric Lopez Schnabel, Esq.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Bldg.
1000 West Street
Suite 1410
Wilmington, DE  19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE  19899

Theodore J. Tacconelli, Esq.
Ferry & Joseph
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, DE  19899

William F. Taylor, Jr., Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue
17th Floor
P.O. Box 1630
Wilmington, DE  19899

Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street
10th Floor
Wilmington, DE  19801

**BY FIRST CLASS MAIL**

Derrick Tay, Esquire
Meighen Demers
St. 1100, Box 11 Merrill Lynch
Canada Twr. Sun Life Center
200 Kint Street West
Toronto, Ontario  M5H 3T4
CANADA

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Daniel Chipko
The Depository Trust Company
P.O. Box 20
Bowling Green Station
New York, NY  10274

Lisa Clegg-Konen
Risk Co.
P.O. Box 7061
Downers Grove, IL  60515

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Mary Harris
Radian International
P.O. Box 844130
Dallas, TX  75284-4130

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre
15th Floor
1201 Market St., Suite 1500
Wilmington, DE  19801

John Hill
PCS Nitrogen Fertilizer, L.P.
P.O. Box 71029
Chicago, IL  60694-1029

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. packerland
Green Bay, WI  54360

William McBain
DCP-Lohja, Inc.
P.O. Box 2501
Carol Stream, IL  60132-2501

Diane Murdock
BASF
P.O. Box 75908
Charlotte, NC  28275

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC  29465

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Mia Skinner
Union Carbine Corp.
P.O. Box 91136
Chicago, IL  60693-0001

Eric Solverson
Ingersoll-Rand Fluid Products
P.O. Box 751229
Charlotte, NC  28275-1229

Milton Sunbeck, Jr.
Southern Ionics, Inc.
P.O. Box 830800
Drawer 830
Birmingham, AL  35283-0800

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Credit Department
Huntsman Corporation
P.O. Box 22707
Houston, TX  77227-7707

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

David W. Baddley, Esq.
Greenberg Traurig, P.A.
515 E. Las Olas Boulevard
Suite 1500
Fort Lauderdale, FL  33301

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price
& Alexrod LLP
200 South Biscayne Blvd.
Suite 2500
Miami, FL  33131

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Craig Barbarosh, Esq.
Pissbury Winthrop LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA  92626-7122

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskett Avenue
5th Floor
Dallas, TX  75204

Rebecca L. Besson, Chairman
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Charles E. Boulbol, Esquire
26 Broadway
17th Floor
New York, NY  10004

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219

Ann-Margaret Bushnell
Cass Logistics Temporary
900 Chelmsford Street
Lowell, MA  08510

Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
30th Floor
275 Battery Street
San Francisco, CA  94111

Stephen H. Case, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East
Suite 3700
Los Angeles, CA  90067

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

District Director
IRS
409 Silverside Road
Wilmington, DE  19809

Securities & Exchange Commission
Atlanta Regional Office Branch/
Reorganization
3475 Lenox Road, N.E.
Suite 100
Atlanta, GA  30326-1232

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street
Suite 200
Chicago, IL  60607

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Charles E. Gibson, III
Attorney at Law
620 North Street
Suite 100
Jackson, MI  39202

Leonard P. Goldberger, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

Peter S. Goodman, Esq.
Andrews & Kurth, LLP
805 Third Avenue
New York, NY  10022

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL  60606-1229

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY  10176

Paul Haskell, Esq.
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza
New York, NY  10005

Jay M. Hayden
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street
Suite 2500
New Orleans, LA  70130-6103

Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

David S. Heller, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street
Suite 4300
Houston, TX  77002-5012

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
27th Floor
New York, NY  10022

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palto Alto, CA  94304-1125

William H. Johnson, Esquire
Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA  23510-9242

Shelby A. Jordan, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Boulevard
Suite 900
Corpus Christi, TX  78471

William S. Katchen, Esquire
Duane, Morris & Heckscher, LLP
1 Riverfront Plaza
2nd Floor
Newark, NJ  07102

Alan H. Katz, Esq.
Entergy Services, Inc.
693 Loyola Avenue
Suite 2600
New Orleans, LA  70113

Michael T. Kay, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

Anne Marie P. Kelley, Esq.
Dilworth Paxson LLP
Liberty View - Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

Lewis T. Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard
Suite 400
Arlington, VA  22209

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX  75201

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

Ron Luce
Valeron Strength Films
75 Remittance Drive
Suite 3068
Chicago, IL  60675

Ralph R. Mabey, Esq.
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT  84101

Paul M. Matheny, Esquire
Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD  21214

Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

Meridee Moore
Farallon Capital Management, LLC
One Maritime Plaza
Suite 1325
San Francisco, CA  94111

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

Lawrence Palumbo
The Chase Manhattan Bank
270 Park Avenue
New York, NY  10017

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street
Curtis Center
Suite 950 West
Philadelphia, PA  19106

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

Susan Rice
Zhagrus Environmental, Inc.
46 West Broadway
Suite 130
Salt Lake City, UT  84101

Randall A. Rios, Esq.
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana
Suite 4600
Houston, TX  77002

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K. Street, N.W.
Washington, DC  20005-4026

Davis S. Rosenbloom, Esquire
LMcDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Josiah Rotenberg
Lazard Freres & Co. LLC
300 Rockefeller Plaza
60th
New York, NY  10020

Lynn M. Ryan, Esq.
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY  10004-1490

Jay M. Sakalo, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2336

David B. Seigel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Bryan Shapiro
Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY  10167

Ming Shiang, VP
The Depository Trust Company
55 Water Street
New York, NY  10042

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Thomas M. Sobol, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
214 Union Wharf
Boston, MA  02109-1216

Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

James A. Sylvester, Esqurie
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Rick Thomas
Dupont Dow Elastomers
21088 Network Place
Chicago, IL  60673-1210

Peter Van N. Lockwood, Esquire+B70
Caplin & Drysdale, Chartered
One Thomas Circle NW
Washington, DC  20005

Dorine Vork, Esq.
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

Jim Wagner  
Stone Packaging System  
21514 Network Place  
Chicago, IL  60673-1215

Philip J. Ward, Esq.  
Williams & Connolly LLP  
724 Twelfth Street, NW  
Washington, DC  20005

Ted Weschler  
Peninsula Capital Advisors, LLC  
404B East Main Street  
Second Floor  
Charlottesville, VA  22902

R. Scott Williams  
PMG Capital Corp.  
Four Falls Corporate Center  
West Conshohocken, PA  19428-2961

W.J. Winterstein, Jr., Esquire  
Eleven Penn Center  
29th Floor  
1835 Market Street  
Philadelphia, PA  19103

Jonathan W. Young  
Wildman, Harrold, Allen & Dixon  
225 West Wacker Drive  
Suite 300  
Chicago, IL  60606-1229

Pamela Zilly  
The Blackstone Group  
345 Park Avenue  
New York, NY  10154

Securities & Exchange Commission  
15th & Pennsylvania Ave., N.W.  
Washington, DC  20020

Donna J. Petrone, Esquire  
ExxonMobil Chemical Company  
Law Department/Bankruptcy  
13501 Katy Freeway  
Room W1-562  
Houston, TX  77079-1398

Thomas J. Matz, Esquire  
Gibson, Dunn & Crutcher, LLP  
200 Park Avenue  
New York, NY  10166

Vahe Melkonian  
Newco Management Company, LLC  
6320 Canaga Avenue  
Suite 91367  
Woodland Hills, CA  91367