IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objections due by: September 25, 2001 @ 4:00 p.m.** |
| | ) | **Related to Docket No. 839** |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE FIRST MONTHLY**
**APPLICATION OF CAMPBELL & LEVINE, LLC, FOR SERVICES**
**RENDERED AND REIMUBURSEMENT OF EXPENSES AS DELAWARE**
**AND ASSOCIATED COUNSEL TO THE OFFICIAL**
**COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR THE**
**PERIOD OF JULY 1, 2001 THROUGH JULY 31, 2001 (DOCKET NO. 839)**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on September 5, 2001 a first monthly application ("Application") [Docket No. 839] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before September 25, 2001. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application

{D0000568:1 }

were filed. In accordance with the Administrative Order, the Debtors are authorized to pay Campbell & Levine eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

                                        CAMPBELL & LEVINE, LLC

                                        /s/ Matthew G. Zaleski, III
                                    Matthew G. Zaleski, III (I.D. #3557)
                                    1201 N. Market Street
                                    15th Floor
                                    Wilmington, DE  19899
                                    (302) 426-1900

                                    Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: September 26, 2001

{D0000568:1 }