# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W. R. GRACE & CO., <u>et al.</u><sup>1</sup> ) | **Case No. 01-01139 (JJF)** |
| ) | |
| ) | |
| **Debtors.** ) | **Jointly Administered** |

### NO ORDER REQUIRED - CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 827

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **First Monthly Application of Duane, Morris & Heckscher, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

**Unsecured Creditors for the Period from July 1, 2001 Through July 31**, **2001,** (the "Application") [Docket No. 827] filed on August 30, 2001.

  The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 19, 2001 at 4:00 p.m.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

WLM\150226.1

Pursuant to the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [CM/ECF Docket No.198, Original NIBS Docket No. 196], upon the filing of this Certificate, the Debtors are authorized and required to pay eighty percent (80%) of requested fees and one hundred percent (100%) of expenses requested in the Application.

Dated:  September 26, 2001

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Robert A. Raskin
Arlene G. Krieger
180 Maiden Lane
New York, New York  10038-4982
Telephone:     (212) 806-5400
Facsimile:      (212) 806-6006
Email:           lkruger@stroock.com
                    rraskin@stroock.com
                    akrieger@stroock.com

- and –

/s/ Michael R. Lastowski
Michael R. Lastowski (DE I.D. No. 3892)
William S. Katchen
DUANE, MORRIS & HECKSCHER, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:     (302)-657-4942
Facsimile:      (302)-657-4901
Email:           mlastowski@duanemorris.com

Co-Counsel for the Official
Committee of Unsecured Creditors

WLM\150226.1