IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| | :: Case No. 01-01139 (JJF) |
| W. R. GRACE & CO., *et al.*, | : (Jointly Administered) |
| | : |
| Debtors. | : |

NOTICE OF MONTHLY FEE APPLICATION OF
PITNEY, HARDIN, KIPP & SZUCH LLP
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE FEE PERIOD JULY 1, 2001 THROUGH JULY 31, 2001

| | |
|---|---|
| Name of Applicant: | **Pitney, Hardin, Kipp & Szuch LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO.,** *et al.* |
| Date of Retention: | **May 30, 2001** (*nunc pro tunc* to **April 2, 2001**) |
| Period for which compensation and reimbursement is sought: | **July 1, 2001 – July 31, 2001** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$33,349.00** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$11,075.18** |

This is a:  **X** monthly   ___ quarterly interim   ___ final application

The total time expended for fee application preparation is approximately 25 hours and the corresponding compensation requested is approximately $2,300.00[1]

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| August 14, 2001 #793 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Pending | Pending |
| August 14, 2001 #794 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Pending | Pending |
| August 14, 2001 #795 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Pending | Pending |
| **August 14, 2001 #796** | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | **Pending** | **Pending** |
| Pending | 7/1/01 – 7/31/01 | $33,349.00 | $11,075.18 | | |

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

1

778739A01092101

<hr />
<hr />
<hr />
<hr />
<hr />

|  |  |
|---|---|
| Dated: Florham Park, New Jersey<br>September 24, 2001 | **PITNEY, HARDIN, KIPP & SZUCH LLP**<br><br>By: _/s/ Scott A. Zuber_<br>Scott A. Zuber, Esq.<br>P.O. Box 1945<br>Morristown, NJ 07962-1945<br>(973) 966-6300<br>Special Counsel to Debtors |

778739A01092101

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## JULY 1, 2001 THROUGH JULY 31, 2001

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 11.1 | 4,384.50 |
| Michael E. Waller | 1991 | 265.00 | 33.6 | 8,904.00 |
| Scott A. Zuber | 1987 | 265.00 | 28.7 | 7,605.50 |
| ASSOCIATES | | | | |
| Brian E. Moffitt | 1992 | 230.00 | 31.0 | 7,130.00 |
| Joseph A. Clark | 1999 | 210.00 | 10.5 | 2,205.00 |
| PARAPROFESSIONALS | | | | |
| Douglas S. Florence | N/A | 80.00 | 33.7 | 2,696.00 |
| Susan Parker | N/A | 80.00 | 1.4 | 112.00 |
| Deborah A. Jenkins | N/A | 80.00 | 3.9 | 312.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period July 1, 2001 through July 31, 2001** | | | **153.9 Hours** <br><br> **TOTAL** | **33,349.00** |

1

# COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
## JULY 1, 2001 THROUGH JULY 31, 2001

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 6.8 | 1,992.00 |
| Correspondence and Pleadings Drafted | 64.0 | 16,122.50 |
| Correspondence and Pleadings Reviewed | 12.9 | 3,651.50 |
| Legal Research | 0 | 0 |
| Court Appearance, including preparation | 13.4 | 2,501.00 |
| Internal Office Meetings | 8.6 | 2,843.00 |
| Out of Office Meetings | 0 | 0 |
| File Review | 14.5 | 2,094.00 |
| Travel Time | 3.3 | 1,618.50 |
| Other Services | 30.4 | 2,526.50 |
| **Grand Total Time Reports for the Fee Period July 1, 2001 through July 31, 2001** | **Hours 153.9** <br> **TOTAL** | **33,349.00** |

1

# SUMMARY OF EXPENSES FOR THE FEE PERIOD
# JULY 1, 2001 THROUGH JULY 31, 2001

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | 387.83 |
| Document-Access Facility | 5,856.88 |
| Duplicating | 1,093.94 |
| Express Delivery | 347.78 |
| Telephone | 98.10 |
| Facility Copying Expense | 62.72 |
| Postage | 72.52 |
| Travel and Miscellaneous Expense | 916.16 |
| Vendor: Paid Doerner & Goldberg for services | 2,239.25 |
| **Grand Total Expenses for the Fee Period July 1, 2001 through July 31, 2001** | **11,075.18** |

1

780063A01091901