# EXHIBIT C

# EXHIBIT C

## EXPENSES FOR THE FEE PERIOD
## JULY 1, 2001 THROUGH JULY 31, 2001

CLIENT:  082910 W. R. GRACE & CO.
Matter:     072757 Intercat, Inc., *et al.*

Engagement Costs

| | | |
|---|---:|---:|
| Computer Assisted Research | $ | 2.50 |
| Document Access Facility - August 2001 | $ | 716.00 |
| Duplicating | $ | 39.20 |
| Express Delivery | $ | 18.44 |
| Telephone | $ | 19.50 |

ENGAGEMENT COSTS                                                                             795.64

CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:     000009 NY Superfund Action

Engagement Costs

| | | |
|---|---:|---:|
| Document Access Facility - August 2001 | $ | 5,140.88 |
| Duplicating | $ | 84.98 |
| Express Delivery | $ | 73.26 |
| Facility Copying Expense | $ | 62.72 |
| Postage | $ | 1.02 |
| Telephone | $ | 21.86 |
| Travel and Miscellaneous Expense | $ | 225.47 |

ENGAGEMENT COSTS                                                                           5,610.19

1

781416A01091901

CLIENT: 082910 W. R. GRACE & CO.
Matter    70965 Gahrs, Inc., *et al.*

Engagement Costs

| | | |
|---|---|---:|
| Computer Assisted Research | $ | 385.33 |
| Duplicating | $ | 969.76 |
| Express Delivery | $ | 256.08 |
| Postage | $ | 71.50 |
| Telephone | $ | 56.74 |
| Travel and Miscellaneous Expense | $ | 690.69 |
| Vendor: Paid Doerner & Goldberg for services | $ | 2,239.25 |

ENGAGEMENT COSTS                         4,669.35

2

781416A01091901

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## JULY 1, 2001 THROUGH JULY 31, 2001

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | 387.83 |
| Document-Access Facility | 5,856.88 |
| Duplicating | 1,093.94 |
| Express Delivery | 347.78 |
| Telephone | 98.10 |
| Facility Copying Expense | 62.72 |
| Postage | 72.52 |
| Travel and Miscellaneous Expense | 916.16 |
| Vendor: Paid Doerner & Goldberg for services | 2,239.25 |
| **Grand Total Expenses for the Fee Period July 1, 2001 through July 31, 2001** | **11,075.18** |

3

781416A01091901