IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFIED APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS, FOR THE SECOND MONTHLY INTERIM PERIOD FROM AUGUST 1, 2001 THROUGH AUGUST 31, 2001

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Reed Smith LLP ("Applicant" or "Reed Smith"), Special Asbestos Products Liability Defense Counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in their Chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $90,113.00 for the reasonable and

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

necessary legal services Reed Smith has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that Reed Smith incurred in the amount of $4,048.11 (the "Application"), for the period from August 1, 2001, through August 31, 2001 (the "Fee Period"). In support of this Application, Reed Smith respectfully states as follows:

### Retention of and Continuing Disinterestedness of Reed Smith

1.      On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On July 19, 2001, the Debtors were authorized by the Court to retain Reed Smith as Special Asbestos Products Liability Defense Counsel, effective as of the Petition Date ("Retention Order").  This Retention Order authorizes the Debtors to compensate Reed Smith at Reed Smith's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court.  On May 3, 2001 this Court entered the Interim Compensation Order, pursuant to which this Fee Application is being filed.

3.      As disclosed in the Affidavit of James J. Restivo, Jr. in Support of the Application of the Debtors to employ Reed Smith LLP as Special Defense Counsel for the Debtors in Asbestos Product Liability Actions, (the "Restivo Affidavit"), filed July 2, 2001, Reed Smith does not hold or represent any interest adverse to the estates, and is a disinterested person as that term is

-2-

defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

4.    Reed Smith may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases. Reed Smith disclosed in the Restivo Affidavit its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. Reed Smith will update the Restivo Affidavit when necessary and when Reed Smith becomes aware of any material new information.

5.    This is the second application for monthly interim compensation for services rendered that Reed Smith has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

### Reasonable and Necessary Services Rendered by Reed Smith

6.    The Reed Smith attorneys who rendered professional services in the Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 30 Years | Litigation | $380.00 | 54.70 | $21,333.00 |
| Lawrence E. Flatley | Partner | 26 Years | Litigation | $340.00 | 31.40 | $10,676.00 |
| Douglas E. Cameron | Partner | 17 Years | Litigation | $325.00 | 115.90 | $37,667.50 |
| Andrew J. Trevelise | Partner | 22 Years | Litigation | $325.00 | 18.80 | $6,110.00 |
| James W. Bentz | Partner | 13 Years | Litigation | $260.00 | 28.00 | $7,280.00 |
| Stephen J. DelSole | Associate | 7 Years | Litigation | $250.00 | 4.80 | $1,200.00 |
| Traci Sands Rea | Associate | 6 years | Litigation | $240.00 | .60 | $144.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $135.00 | 40.50 | $5,467.50 |
| Maureen C. Atkinson | Paralegal | 25 Years | Litigation | $110.00 | .60 | $66.00 |
| Keith D. Warren | Paralegal | 8 Years | Litigation | $130.00 | 1.30 | $169.00 |

Total Fees:  $90,113.00

7.    Each of the persons who has performed service herein has kept daily time records setting forth the services and time expended in connection herewith.

8.    The rates described above are Reed Smith's hourly rates for services of this type. Attached as Exhibit A is a detailed itemization and description of the services that Reed Smith rendered during the Fee Period. Based on these rates and the services performed by each individual, the reasonable value of such services is $90,113.00 [80% = $72,090.40]. The Reed Smith attorneys and paraprofessionals expended a total of 296.60 hours for these cases during the Fee Period. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

9.    Further, Exhibit A (a) identifies the individuals that rendered the services, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.

-4-

## Actual and Necessary Expenses

10.　　It is Reed Smith's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is Reed Smith's policy to charge its clients only the amount actually incurred by Reed Smith in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals, and lodging. With respect to airfare expenses, all travel, by all individuals, is billed at the coach class rate with allowances for class upgrades.

11.　　Reed Smith charges $0.15 per page for duplication. Reed Smith does not charge clients for outgoing telecopier transmissions (other than related toll charges) or for incoming telecopier transmissions.

12.　　A summary of expenses by type, as well as a detailed itemization and description of the disbursements made by Reed Smith on the Debtors' behalf during the Fee Period is attached hereto as Exhibit B. All of these disbursements comprise the requested sum for Reed Smith's out-of-pocket expenses, totaling $4,048.11.

## Representations

13.　　Reed Smith believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

14.    Reed Smith performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

15.    Reed Smith has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

16.    Pursuant to Fed. R. Bank. P. 2016(b), Reed Smith has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of Reed Smith, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

17.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays.  Reed Smith reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, for the reasons set forth above, Applicant respectfully requests this Court to enter an order allowing, authorizing and directing payment of interim compensation in the amount of $90,113.00 [80% = $72,090.40] for legal services rendered on behalf of Debtors during the

period:  August 1, 2001 through August 31, 2001, and reimbursement of expenses incurred during

the same period in the amount of $4,048.11.

Dated:  September 27, 2001                    REED SMITH LLP


                                              _____/s/ Kurt F. Gwynne_____
                                              Kurt F. Gwynne, Esquire (No. 3951)
                                              1201 Market Street, Suite 1500
                                              Wilmington, DE  19801
                                              Telephone:  (302) 778-7500
                                              Facsimile:  (302) 778-7575
                                              kgwynne@reedsmith.com
                                                        and
                                              James J. Restivo, Jr.
                                              Lawrence E. Flatley
                                              Douglas E. Cameron
                                              435 Sixth Avenue
                                              Pittsburgh, PA  15219
                                              Telephone:  412.288.3131
                                              Facsimile:  412-288-3063

                                              Special Asbestos Products Liability Defense
                                              Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    893049 |
| One Town Center Road | Invoice Date   09/25/01 |
| Boca Raton, FL   33486 | Client Number     172573 |

======================================================================

Re: W. R. Grace & Co.


(60026)  Special Abestos Counsel

    Fees                              90,113.00


                TOTAL BALANCE DUE UPON RECEIPT      $ 90,113.00
                                               ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | | Invoice Number | 893049 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 09/25/01 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60026 |

===============================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2001

| Date | Name | | Hours |
|---|---|---|---|
| 07/31/01 | Atkinson | Telephone call with Jean from Grace re: Barbanti PI hearing exhibits and reviewing files for same. | .40 |
| 08/01/01 | Bentz | Review of debtors' proposed case management order re handling of products liability claims. | .25 |
| 08/01/01 | Cameron | Prepare for and participate in conference call with R. Finke and K&E lawyer regarding attic insulation cases (1.3); continue review of bankruptcy materials and prepare for meeting in Chicago (2.6); prepare for and revise organizational memo (1.1); prepare and revise memo regarding conference call (.90); review proposed meeting outline from D. Bernick (.70). | 6.60 |
| 08/01/01 | DelSole | Continued review and analysis of Daubert opinions concerning admissibility of experts. | 2.50 |
| 08/01/01 | Restivo | Prepare for Chicago meeting, including agenda mark-up and case review | 4.00 |
| 08/02/01 | Bentz | Review of materials re disposition of attic fill, property damage and personal injury cases. | 2.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  893049
60026  Special Abestos Counsel                  Page    2
       September 25, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/02/01 | Cameron | Prepare for and meet with J. Restivo in preparation for meeting with bankruptcy counsel in Chicago (1.4); participate in meeting in Chicago with D. Bernick, et al. (7.5); meet with J. Restivo regarding post meeting discussions (.80). | 10.20 |
| 08/02/01 | Restivo | To/from Chicago and meeting with Messrs. Bernick, Siegel, et al., re planning | 10.00 |
| 08/03/01 | Bentz | Review of materials re'proposed plan for dealing with attic insulation, property damage and personal injury actions. | 1.60 |
| 08/03/01 | Restivo | Telephone calls with A. Trevelise and take steps per strategy meeting | 1.50 |
| 08/03/01 | Trevelise | Telephone call with J. Restivo re: document review and production issues. | .80 |
| 08/06/01 | Bentz | Review of materials regarding attic fill cases, personal injury cases and property damage cases. | 1.75 |
| 08/06/01 | Flatley | Reviewing accumulated correspondence (1.00); with J. Restivo re: status (.80); call with Ms. Pope re: Spokane documents (.30); follow up re: search for Spokane documents, including call and e-mail to R. Finke (.80). | 2.90 |
| 08/06/01 | Haines | Conference with Trevelise, research, memo re: status of document review and production in class actions; telephone call with Latuda; memos to Systems re: database status. | 3.30 |
| 08/06/01 | Restivo | Telephone calls with D. Siegel and R. Finke; report to L. Flatley; memo re status, goals and deadlines; telephone call with T. Hardy re experts | 2.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  893049
60026  Special Abestos Counsel              Page    3
       September 25, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/06/01 | Trevelise | Review file materials and notes and conference with Susan Haines to prepare draft of memo re: status of document production review and plan to complete document review. | 2.00 |
| 08/07/01 | Haines | Review Trevelise memo to Restivo re: scope of project; conference with Trevelise re: same; memos to Goldbach re: production CDs. | .70 |
| 08/07/01 | Restivo | Telephone calls with T. Hardy and R. Finke | .50 |
| 08/07/01 | Trevelise | Review and revise memo re: status of document review. | .40 |
| 08/08/01 | Atkinson | Telephone calls with W. R. Grace, Reed Smith re: exhibits from November Preliminary Injunction. | .20 |
| 08/08/01 | Bentz | Review of memoranda regarding plan for dealing with ZAI cases, personal injury case and property damage cases; review of pleadings filed regarding case management plan and proposed Order. | 2.90 |
| 08/08/01 | Cameron | Prepare for and participate in conference call with T. Hardy and J. Restivo re: regulatory work (.70); prepare for and participate in conference call with T. Hardy (.50); review memo of meeting in Chicago and meet with J. Restivo re: same (1.9); review correspondence and governmental reports from Grace (.90). | 4.00 |
| 08/08/01 | Flatley | Message from R. Finke and call with him (.30); review J. Restivo memorandum on Kirkland & Ellis meeting and attached papers (.70). | 1.00 |
| 08/08/01 | Haines | Multi memoranda re: scanning proposals; telephone call with Trevelise. | .80 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       September 25, 2001

Invoice Number  893049
Page   4

| Date | Name | | Hours |
|------|------|---|-------|
| 08/08/01 | Restivo | Meeting with D. Cameron; call with T. Hardy re non-testifying consultant | 1.00 |
| 08/08/01 | Trevelise | Review correspondence re: current document database; telephone call to J. Restivo re: document review issues. | .10 |
| 08/09/01 | Bentz | Review of materials regarding Libby claims. | .90 |
| 08/09/01 | Cameron | Organize materials received from K&E and Grace and review litigation material relating to ZAI and MK-3 matters (6.2); meet with J. Restivo re: strategy and organization (.3). | 6.50 |
| 08/09/01 | Flatley | Quick review of correspondence (.20); with D. Cameron (.20). | .40 |
| 08/09/01 | Haines | Memos re: resumption of document review. | .30 |
| 08/09/01 | Restivo | Overall review of pleadings, work product, correspondence, to design overall strategy | 4.20 |
| 08/10/01 | Bentz | Review of materials regarding Libby. | .60 |
| 08/10/01 | Cameron | Review outline and summaries from R. Finke (1.7); review materials relating to government's work with attic insulation and additional studies (1.4); review fee application materials (.60). | 3.70 |
| 08/10/01 | Flatley | R. Senftleben e-mail and response (.10); e-mail from/to R. Finke (.10); organizing materials to be reviewed (.70). | .90 |
| 08/10/01 | Restivo | Telephone call with A. Trevelise re document review program | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  893049
60026 Special Abestos Counsel                     Page   5
        September 25, 2001

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/10/01 | Trevelise | Review correspondence re: EPA document review; telephone call with J. Restivo re: status of document review and production. | .40 |
| 08/11/01 | Cameron | Review materials relating to attic insulation cases. | 1.50 |
| 08/13/01 | Bentz | Review of materials in Libby and alleged asbestos exposures. | 1.80 |
| 08/13/01 | Cameron | Review materials from Kirkland & Ellis and organize attic fill materials. | 3.90 |
| 08/13/01 | Trevelise | Review document review memo re: status of document review. | .30 |
| 08/14/01 | Cameron | Prepare and revise materials for fee applications (2.5); review court filings and documents related to attic insulation claims (2.9). | 5.40 |
| 08/14/01 | Flatley | Reviewing materials in preparation for conference call on expert witnesses. | 1.40 |
| 08/14/01 | Restivo | Review of new correspondence, e-mails, etc. | .50 |
| 08/14/01 | Trevelise | Telephone call with C. Latuda re: meeting and review correspondence re: same. | .20 |
| 08/15/01 | Bentz | Review of materials regarding insufficiency of attic fill claims under Daubert. | 1.90 |
| 08/15/01 | Cameron | Prepare for meeting with J. Restivo regarding open tasks and strategy and continue review of attic insulation cases (2.60); review e-mail and outline from R. Finke and prepare for call (1.30). | 3.90 |
| 08/15/01 | Restivo | Continue review of pertinent material re historical tests, government pronouncements, experts, witness files, et al. | 4.80 |

172573 W. R. Grace & Co.                          Invoice Number  893049
60026  Special Abestos Counsel                    Page   6
       September 25, 2001


| Date | Name | | Hours |
|------|------|--|-------|

08/15/01 Trevelise        Telephone call with M. Murphy re:        .10
                          document review meeting.

08/16/01 Cameron          Prepare for and participate in          6.80
                          meeting with J. Restivo and L.
                          Flatley regarding tasks and
                          responsibilities for attic fill
                          and asbestos cases and follow up
                          from meeting with memo (4.80);
                          review materials from R. Finke and
                          telephone conference with R. Finke
                          regarding same and upcoming
                          meetings (.90); review historical
                          documents and charts and transmit
                          to R. Finke and K&E (1.10).

08/16/01 Flatley          With J. Restivo re: meeting (.10);      2.50
                          meeting with D. Cameron and J.
                          Restivo (2.10); organizing follow
                          up after meeting (.30).

08/16/01 Rea              Met with D. Cameron on testing           .30
                          data and e-mail re same

08/16/01 Restivo          Strategy meeting; call to R.            3.80
                          Finke; draft litigation plan work
                          flow; revise Trevelise document;
                          review program.

08/16/01 Trevelise        Telephone call with Jim Restivo         .60
                          re: document review memo and
                          status; review and revise document
                          review memo.

08/17/01 Bentz            Review of Zonolite plaintiffs'          .50
                          objections to various motions.

08/17/01 Cameron          Review and revise chart regarding      4.30
                          areas of responsibility and
                          telephone conference with R. Finke
                          regarding same (.60); meet with L.
                          Flatley regarding same (.20);
                          telephone conference with R. Finke
                          regarding scheduling meeting and
                          strategy discussions regarding
                          same (.60); review materials in
                          preparation for conference calls
                          and meetings week of 8/20
                          regarding attic insulation cases
                          (2.9).

172573  W. R. Grace & Co.                          Invoice Number  893049
60026   Special Abestos Counsel                    Page    7
        September 25, 2001

| Date | Name | | Hours |
|------|------|------|-------|
| 08/17/01 | Flatley | Review correspondence and organizing (1.1); prepare for 8/21 conference call (4.0); conference with R. Senftleben (0.4); conference with D. Cameron (0.3). | 5.80 |
| 08/17/01 | Haines | Multi telephone calls re: preparation for repository/document review meeting; research, memos to M. Murphy re: number of pages scanned; review revised memo re: document review recommendations. | 1.20 |
| 08/18/01 | Cameron | Review materials in preparation for conference calls on 8/20. | 1.10 |
| 08/19/01 | Flatley | Review K&E memoranda in preparation for 8/21 conference call. | 1.80 |
| 08/20/01 | Bentz | Review of Zonolite plaintiffs' objections to proposed case management order. | 1.00 |
| 08/20/01 | Cameron | Prepare for and participate in conference with R. Finke and K&E regarding strategy for attic insulation cases and memo regarding same (.9); Prepare strategy memo and recommendation (1.9); Telephone call with former trial counsel regarding expert witness issues and memo regarding same (.8); Review material from preliminary injunction hearing and provide to counsel (.9); Telephone call with R. Finke regarding meetings (.4). | 4.90 |
| 08/20/01 | Flatley | E-mail to D. Cameron (0.1); review medical expert information for 8/21 conference call (1.1). | 1.20 |
| 08/21/01 | Cameron | Prepare for and meet with L. Flatley and participate in conference call with Grace in-house lawyers and K&E lawyers regarding attic insulation cases (2.3); Finalize strategy/recommendations memo | 6.30 |

172573 W. R. Grace & Co.                          Invoice Number  893049
60026  Special Abestos Counsel                    Page    8
       September 25, 2001

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | regarding attic insulation cases (1.2); Review deposition and trial testimony of witnesses in asbestos cases (2.4); Telephone call with R. Finke regarding memos and upcoming meetings to discuss strategy (.4). |  |
| 08/21/01 | Flatley | Preparation for conference call (0.6); conference call with T. Hardy, R. Finke, R. Senftleben, D. Kuchinsky, et al. (1.8); e-mails re: Washington, D.C. meeting (0.2); follow-up with D. Cameron and J. Restivo (0.6). | 3.20 |
| 08/21/01 | Haines | Memorandum re: Boston document review. | .10 |
| 08/21/01 | Restivo | Review new studies, press releases, correspondence; redraft assignment flow chart; telephone calls with R. Finke. | 3.20 |
| 08/22/01 | Cameron | Prepare for and participate in conference call with Grace in-house counsel, K&E regarding witnesses (1.8); Prepare for and meet with J. Restivo and L. Flatley regarding 8/23 strategy meeting (.8); Prepare for 8/23 meeting with counsel regarding attic insulation cases (2.6); Finalize summary/recommendations memo regarding attic insulation cases and cover memo to Grace (.9). | 6.10 |
| 08/22/01 | Flatley | Calls with J. Restivo and later with D. Cameron re: possible Washington meeting (0.2); met with J. Restivo and D. Cameron to prepare for meeting (0.9). | 1.10 |
| 08/22/01 | Haines | Review scanning proposals, status of Lason scanning project; status of attic review and production; corrections to database; memos to Goldbach; memo, telephone call to Trevelise; memo to Atkinson. | 4.70 |

172573 W. R. Grace & Co.                          Invoice Number  893049
60026  Special Abestos Counsel                    Page   9
       September 25, 2001

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 08/22/01 | Restivo | Conference call with A. Trevelise re document production (0.5); preparation for D.C. strategy meeting (1.0); finalize work flow chart (1.0) | 2.50 |
| 08/23/01 | Cameron | Prepare for and meet with J. Restivo, R. Finke and Grace lawyers in Washington, D.C. regarding attic insulation case strategy and meet with J. Restivo for post-meeting summary. | 8.00 |
| 08/23/01 | Haines | Prepare for meeting at Casner re: document review project; telephone calls, memos, conference Trevelise re: same. | 7.90 |
| 08/23/01 | Restivo | Travel to/from D.C.; strategy meeting with T. Hardy, R. Finke, et al. | 8.00 |
| 08/23/01 | Trevelise | Review file materials and memoranda in preparation for meeting re: document review; telephone calls with M. Murphy re: same; conference with B. Tracey re: same; meeting with R. Finke and C. Sullivan re: same. | 3.30 |
| 08/24/01 | Bentz | Review of materials regarding Libby studies. | .50 |
| 08/24/01 | Cameron | Organize materials for meeting with consultants and counsel (1.1); revise fee application materials (.90); prepare memos summarizing 8/23 meeting and various conference calls (1.7); review recent news reports from Grace (.40). | 4.10 |
| 08/24/01 | DelSole | Receipt and review of media reports regarding vermiculate and Libby; review of information regarding ATSDR action. | .50 |
| 08/24/01 | Flatley | Call with D. Cameron (.30); review correspondence (.20). | .50 |

172573 W. R. Grace & Co.                    Invoice Number  893049
60026  Special Abestos Counsel              Page  10
       September 25, 2001

| Date | Name | | Hours |
|------|------|------|-------|

08/24/01 Haines       Prepare for and attend meeting      8.00
                      with R. Murphy, M. Murphy, Chris
                      Sullivan, Andy Trevelise, HRO
                      personnel at Casner re: document
                      review project.

08/24/01 Trevelise    Attend meeting at Casner & Edwards  7.30
                      with R. Finke, C. Sullivan, B.
                      Murphy, M. Murphy, C. Latuda, B.
                      Tracey and S. Haines re: document
                      review and production project and
                      issues.

08/26/01 Cameron      Organize and revise fee petition    3.30
                      materials (.60); prepare memoranda
                      regarding meeting summaries (.80);
                      review expert witness files (1.90).

08/27/01 Bentz        Review of materials regarding       2.50
                      Libby testing and testing
                      protocols.

08/27/01 Cameron      Prepare for 8/28 meeting with R.    6.10
                      Finke and T. Hardy regarding attic
                      insulation cases (2.7); Finalize
                      fee application for filing (1.8);
                      Telephone call and e-mails with R.
                      Finke regarding various issues in
                      attic insulation cases (.8);
                      Review Restivo summary of meetings
                      and open issues (.8).

08/27/01 Flatley      With J. Restivo (.10); with J.       .20
                      Bentz (.10).

08/27/01 Haines       Draft and revise RFP for scanning   6.10
                      project; multiple e-mails,
                      telephone calls re: same; prepare
                      follow-up list for items raised at
                      8/24/01 Casner meeting; research,
                      telephone calls re: Lason
                      bankruptcy.

08/27/01 Restivo      Dictate Things To Do memos; read    2.00
                      new material

08/27/01 Trevelise    Telephone call with Jim Restivo     1.00
                      re: meeting concerning document
                      review, review memorandum from
                      Restivo; draft memorandum re:
                      Boston document review meeting.

```
172573 W. R. Grace & Co.                      Invoice Number  893049
60026  Special Abestos Counsel                Page  11
       September 25, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 08/28/01 | Bentz | Review of materials regarding witness interviews and attic insulation strategy. | 1.30 |
| 08/28/01 | Cameron | Prepare for and attend meeting in Pittsburgh with R. Finke and T. Hardy regarding attic insulation cases. | 8.00 |
| 08/28/01 | Haines | Revisions to RFP, telephone calls re: same; review and revise memo summarizing 8/24/01 meeting at Casner. | 4.10 |
| 08/28/01 | Restivo | Review newest correspondence, pleadings, e-mails | 1.20 |
| 08/28/01 | Trevelise | Review correspondence re: Lason contract and forward copy of same to R. Finke; review Request for Proposal for scanning and conference with S. Haines re: same, review and revise memorandum re: Document Review Meeting and Project. | .60 |
| 08/28/01 | Warren | Review, edit and prepare fee application and related documents; telephone calls to and from D. Cameron's office in re: to same; attention service list; telephone calls to Parcel's Inc. in re: to same. | 1.30 |
| 08/29/01 | Bentz | Conference with L. Flatley regarding document review and strategy. | 1.70 |
| 08/29/01 | Cameron | Telephone call with R. Finke and review materials from 8/29 meeting (1.2); Prepare summary of meeting and action plan regarding same (.9); Review Restivo memo and prepare for meeting regarding attic insulation cases (1.3). | 3.40 |

172573 W. R. Grace & Co.                          Invoice Number  893049
60026  Special Abestos Counsel                    Page   12
       September 25, 2001

| Date | Name | | Hours |
|------|------|------|-------|
| 08/29/01 | Flatley | Review correspondence and various media and medical articles (2.90); review claims forms (1.50); e-mails to J. Restivo, D. Cameron, et al. (.40); documents review (1.40); call with W. Sparks (.10); with J. Bentz (.10); with D. Cameron (.20). | 6.60 |
| 08/29/01 | Haines | Telephone calls, e-mails IBM re: scanning proposals. | 1.70 |
| 08/29/01 | Restivo | Meeting with D. Cameron; begin review of Canadian repórt | 1.50 |
| 08/29/01 | Trevelise | Review correspondence and telephone calls re: assembly of information on costs of documents reviewed. | .20 |
| 08/30/01 | Bentz | Review of historical documents in preparation of defense of attic insulation cases. | 3.80 |
| 08/30/01 | Cameron | Prepare for and participate in telephone conference with A. Running and R. Finke regarding expert issue and strategy and follow-up review of documents (1.2); Review materials for Grace document review (.8); Prepare for and meet with J. Restivo regarding various issues and strategy for attic insulation cases (.9); Review medical literature (1.3). | 4.20 |
| 08/30/01 | DelSole | Review of additional articles and internet sites regarding governmental activity regarding vermiculate and Libby mines; review of ATSDR report; conference with Attorney Cameron regarding same. | .80 |
| 08/30/01 | Flatley | Call with A. Trevelise re: documents (.10); call with R. Senftleben and follow up, including circulating memorandum (.70); call with D. Cameron re: various issues (.30). | 1.10 |

172573 W. R. Grace & Co.                          Invoice Number  893049
60026  Special Abestos Counsel                    Page  13
       September 25, 2001

| Date | Name | | Hours |
|------|------|--|-------|

08/30/01 Haines     Multi telephone calls to IBM re:        .30
                    scanning project.

08/30/01 Rea        Reviewed material and                   .30
                    correspondence re attic insulation
                    cases

08/30/01 Restivo    Continue review of Canadian            2.00
                    publication on health effects

08/30/01 Trevelise  Review correspondence; telephone        .50
                    call with L. Flatley re: attorney
                    document review; telephone call to
                    D. Cameron re: information in
                    document review project; telephone
                    call to R. Finke and B. Tracey re:
                    document review project and costs.

08/31/01 Bentz      Review of historical case defense;     2.80
                    review of documents and memoranda.

08/31/01 Cameron    Prepare and revise summary of          3.60
                    meeting and possible project
                    summary (1.9); Review claim form
                    and comment (.8); Prepare for and
                    participate in conference call
                    with A. Trevelise and J. Restivo
                    regarding document review and
                    e-mail regarding same (.9).

08/31/01 DelSole    Conference with Attorney Restivo       1.00
                    regarding case issues; initial
                    review of case authority regarding
                    successor liability.

08/31/01 Flatley    Review correspondence and organize      .80
                    (.40); call with A. Trevelise re:
                    documents (.20); call with D.
                    Cameron (.20).

08/31/01 Haines     Multi memoranda re: staffing of        1.30
                    document review project; memo re:
                    scanning proposal.

08/31/01 Restivo    Conference call with D. Cameron         .50
                    and A. Trevelise re document review

```
172573  W. R. Grace & Co.                    Invoice Number  893049
60026   Special Abestos Counsel              Page  14
        September 25, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|

08/31/01 Trevelise — Conference call with Restivo and Cameron re: document screening and review project; conference with Susan Haines re: status of Requests for Production; telephone call with D. Cameron re: cost of document review; review materials re: attorney review and forward to L. Flatley; telephone call with L. Flatley re: same.    1.00

                                    TOTAL HOURS    296.60

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Trevelise | 18.80 | at $ | 325.00 | = | 6,110.00 |
| James J. Restivo Jr. | 54.70 | at $ | 390.00 | = | 21,333.00 |
| Lawrence E. Flatley | 31.40 | at $ | 340.00 | = | 10,676.00 |
| Douglas E. Cameron | 115.90 | at $ | 325.00 | = | 37,667.50 |
| James W Bentz | 28.00 | at $ | 260.00 | = | 7,280.00 |
| Traci Sands Rea | .60 | at $ | 240.00 | = | 144.00 |
| Stephen J. DelSole | 4.80 | at $ | 250.00 | = | 1,200.00 |
| M. Susan Haines | 40.50 | at $ | 135.00 | = | 5,467.50 |
| Maureen L. Atkinson | .60 | at $ | 110.00 | = | 66.00 |
| Keith D. Warren | 1.30 | at $ | 130.00 | = | 169.00 |

                    CURRENT FEES                    90,113.00


        TOTAL BALANCE DUE UPON RECEIPT          $ 90,113.00
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      893054
One Town Center Road                     Invoice Date      09/25/01
Boca Raton, FL    33486                  Client Number      172573

===============================================================================

Re: W. R. Grace & Co.

(60026)  Special Abestos Counsel

    Expenses                        4,048.11

                    TOTAL BALANCE DUE UPON RECEIPT        $ 4,048.11
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    893054 |
| One Town Center Road | Invoice Date    09/25/01 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number     60026 |

==============================================================================

Re: (60026)  Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 06/14/01 | 617-542-3025/BOSTON, MA/18 | 2.73 |
| 06/18/01 | 561-362-1533/BOCA RATON, FL/18 | 2.71 |
| 06/25/01 | 215-851-8250/PHILA, PA/16 | 1.26 |
| 06/25/01 | 561-362-1533/BOCA RATON, FL/4 | .53 |
| 06/27/01 | 561-362-1533/BOCA RATON, FL/1 | .15 |
| 07/02/01 | Secretarial Overtime | 60.00 |
| 07/15/01 | Telephone Expense | 1.45 |
| 07/23/01 | 215-851-8250/PHILA, PA/10 | .79 |
| 07/24/01 | 214-978-3085/DALLAS, TX/1 | .09 |
| 07/24/01 | 561-362-1533/BOCA RATON, FL/2 | .22 |
| 07/25/01 | 214-978-3085/DALLAS, TX/14 | 2.03 |
| 07/25/01 | 215-851-8250/PHILA, PA/8 | .60 |
| 07/30/01 | 561-362-1533/BOCA RATON, FL/3 | .37 |
| 07/30/01 | Westlaw | 5.00 |
| 07/30/01 | Westlaw | 7.33 |
| 07/30/01 | Air Travel - RESTIVO/JAMES J 02AUG PIT OR | 1014.00 |
| 07/31/01 | 561-362-1932/BOCA RATON, FL/4 | .56 |

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Abestos Counsel                    Page   2
       September 25, 2001


07/31/01   561-362-1932/BOCA RATON, FL/3                    .44

08/01/01   ATTY # 1847; 28 COPIES                          4.20

08/01/01   ATTY # 0349; 50 COPIES                          7.50

08/01/01   ATTY # 0559; 32 COPIES                          4.80

08/01/01   561-362-1533/BOCA RATON, FL/1                    .10

08/02/01   ATTY # 0559; 452 COPIES                        45.20

08/03/01   ATTY # 0396; 2 COPIES                            .30

08/06/01   ATTY # 0559; 23 COPIES                          3.45

08/06/01   ATTY # 0349; 30 COPIES                          4.50

08/06/01   ATTY # 0349; 80 COPIES                         12.00

08/06/01   ATTY # 0235; 5 COPIES                            .75

08/06/01   ATTY # 0235; 1 COPIES                            .15

08/06/01   561-362-1661/BOCA RATON, FL/7                   1.01

08/06/01   561-362-1533/BOCA RATON, FL/5                    .71

08/06/01   561-362-1682/BOCA RATON, FL/12                  1.78

08/06/01   312-861-6369/CHICAGO, IL/3                       .40

08/06/01   509-624-2212/SPOKANE, WA/1                       .13

08/06/01   ATTY # 0349: 6 COPIES                            .90

08/06/01   ATTY # 0349: 6 COPIES                            .90

08/06/01   ATTY # 0349: 6 COPIES                            .90

08/06/01   ATTY # 0178: 24 COPIES                          3.60

08/06/01   ATTY # 0235: 12 COPIES                          1.80

08/07/01   ATTY # 0235; 1 COPIES                            .15

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Abestos Counsel                    Page   3
       September 25, 2001


08/07/01   ATTY # 0559: 1 COPIES                           .15

08/07/01   ATTY # 0559: 1 COPIES                           .15

08/07/01   ATTY # 0178: 8 COPIES                          1.20

08/07/01   ATTY # 0178: 24 COPIES                         3.60

08/08/01   ATTY # 0349; 73 COPIES                        10.95

08/08/01   ATTY # 0349; 76 COPIES                        11.40

08/08/01   ATTY # 0349: 1 COPIES                           .15

08/08/01   509-624-2212/SPOKANE, WA/10                    1.54

08/08/01   561-362-1682/BOCA RATON, FL/1                   .09

08/09/01   Air Travel Expense - - DOUGLAS E. CAMERON   1014.00
           7/30/01 CHICAGO

08/09/01   ATTY # 0559; 99 COPIES                        14.85

08/09/01   ATTY # 0349: 6 COPIES                           .90

08/09/01   ATTY # 0349: 3 COPIES                           .45

08/09/01   ATTY # 0349: 6 COPIES                           .90

08/09/01   561-362-1533/BOCA RATON, FL/4                   .62

08/10/01   ATTY # 0559; 266 COPIES                       39.90

08/10/01   312-861-2124/CHICAGO, IL/1                      .10

08/10/01   617-761-0130/CAMBRIDGE, MA/1                    .10

08/10/01   617-761-0130/CAMBRIDGE, MA/4                    .53

08/13/01   ATTY # 0178: 14 COPIES                         2.10

08/13/01   ATTY # 0178: 7 COPIES                          1.05

172573 W. R. Grace & Co.                    Invoice Number  893054
  60026  Special Abestos Counsel            Page   4
         September 25, 2001


08/14/01   Taxi Expense - - Restivo, CHICAGO 8/2/01        43.00

08/14/01   Transportation - -Restivo, CHICAGO 8/2/01       16.00

08/14/01   Meal Expense - - Restivo, CHICAGO 8/2/01         5.00

08/14/01   Meal Expense - -Cameron, CHICAGO 8/6/01         21.00

08/14/01   Taxi Expense - -CAmeron, CHICAGO 8/6/01         46.00

08/14/01   Mileage Expense - - Cameron, 8/6/01             14.88

08/14/01   Transportation - - Cameron - parking 8/6/       16.00

08/14/01   ATTY # 0559: 13 COPIES                           1.95

08/14/01   561-362-1533/BOCA RATON, FL/6                     .95

08/15/01   ATTY # 0559: 7 COPIES                            1.05

08/15/01   ATTY # 0559: 21 COPIES                           3.15

08/15/01   ATTY # 0559: 6 COPIES                             .90

08/15/01   ATTY # 0559: 3 COPIES                             .45

08/15/01   ATTY # 0559: 7 COPIES                            1.05

08/15/01   ATTY # 0559: 4 COPIES                             .60

08/15/01   ATTY # 0559: 6 COPIES                             .90

08/16/01   ATTY # 0559: 3 COPIES                             .45

08/16/01   ATTY # 0349: 4 COPIES                             .60

08/16/01   ATTY # 0559: 1 COPIES                             .15

08/16/01   ATTY # 0559: 3 COPIES                             .45

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Abestos Counsel                    Page   5
       September 25, 2001


08/16/01   ATTY # 0559: 1 COPIES                           .15

08/16/01   ATTY # 0178: 1 COPIES                           .15

08/16/01   ATTY # 0178: 20 COPIES                         3.00

08/16/01   ATTY # 0178: 1 COPIES                           .15

08/16/01   412-288-3063/PITTSBURGH, PA/2                   .18

08/16/01   561-362-1583/BOCA RATON, FL/2                   .26

08/16/01   ATTY # 0559; 711 COPIES                       71.10

08/16/01   ATTY # 0349; 20 COPIES                         3.00

08/16/01   ATTY # 0349; 4 COPIES                           .60

08/16/01   ATTY # 0349; 22 COPIES                         3.30

08/16/01   ATTY # 0349; 22 COPIES                         3.30

08/16/01   ATTY # 0349; 72 COPIES                        10.80

08/16/01   ATTY # 0349; 9 COPIES                          1.35

08/16/01   ATTY # 0349; 11 COPIES                         1.65

08/16/01   Courier Service UPS                           14.98

08/16/01   Courier Service UPS                           21.06

08/16/01   215-851-8250/PHILA, PA/31                      2.50

08/16/01   706-546-9625/ATHENS, GA/1                       .13

08/16/01   561-362-1533/BOCA RATON, FL/1                   .09

08/16/01   706-540-4307/ATHENS, GA/1                       .18

08/16/01   561-362-1533/BOCA RATON, FL/25                 3.70

08/16/01   ATTY # 0559: 42 COPIES                         6.30

08/16/01   ATTY # 0349: 1 COPIES                           .15

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       September 25, 2001

Invoice Number  893054
Page   6

| | | |
|---|---|---:|
| 08/17/01 | ATTY # 0349: 1 COPIES | .15 |
| 08/17/01 | ATTY # 0349: 1 COPIES | .15 |
| 08/17/01 | ATTY # 0349: 1 COPIES | .15 |
| 08/17/01 | ATTY # 0349: 4 COPIES | .60 |
| 08/17/01 | ATTY # 0559: 1 COPIES | .15 |
| 08/17/01 | ATTY # 0349: 1 COPIES | .15 |
| 08/17/01 | ATTY # 0178: 8 COPIES | 1.20 |
| 08/17/01 | ATTY # 0349; 414 COPIES | 41.40 |
| 08/17/01 | ATTY # 0349; 1418 COPIES | 141.80 |
| 08/17/01 | ATTY # 0396; 121 COPIES | 18.15 |
| 08/17/01 | ATTY # 0349; 1012 COPIES | 101.20 |
| 08/17/01 | ATTY # 0349; 334 COPIES | 33.40 |
| 08/17/01 | ATTY # 0349; 135 COPIES | 13.50 |
| 08/17/01 | ATTY # 0349; 331 COPIES | 33.10 |
| 08/17/01 | ATTY # 0349; 270 COPIES | 27.00 |
| 08/17/01 | ATTY # 0396; 38 COPIES | 5.70 |
| 08/17/01 | ATTY # 0349; 705 COPIES | 70.50 |
| 08/17/01 | ATTY # 0349; 168 COPIES | 16.80 |
| 08/17/01 | 561-362-1551/BOCA RATON, FL/29 | 4.33 |
| 08/18/01 | ATTY # 0559: 9 COPIES | 1.35 |
| 08/18/01 | Secretarial Overtime | 135.00 |
| 08/18/01 | ATTY # 0349: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Abestos Counsel                    Page   7
       September 25, 2001


08/18/01   ATTY # 0349: 2 COPIES                         .30

08/18/01   ATTY # 0349: 1 COPIES                         .15

08/18/01   ATTY # 0349: 1 COPIES                         .15

08/18/01   ATTY # 0349: 2 COPIES                         .30

08/20/01   561-362-1533/BOCA RATON, FL/9              1.41

08/20/01   215-563-9400/PHILA, PA/1                      .10

08/20/01   706-583-8665/ATHENS, GA/2                     .22

08/20/01   215-851-8431/PHILA, PA/17                   1.36

08/20/01   ATTY # 0559: 3 COPIES                         .45

08/20/01   Courier Service UPS                        17.62

08/21/01   ATTY # 0559; 5 COPIES                         .75

08/21/01   ATTY # 0559; 704 COPIES                    105.60

08/21/01   ATTY # 0559: 1 COPIES                         .15

08/21/01   ATTY # 0559: 1 COPIES                         .15

08/21/01   ATTY # 0349: 4 COPIES                         .60

08/21/01   ATTY # 0559: 1 COPIES                         .15

08/21/01   ATTY # 0559: 1 COPIES                         .15

08/21/01   ATTY # 0349: 4 COPIES                         .60

08/21/01   ATTY # 0559: 1 COPIES                         .15

08/21/01   ATTY # 0559: 1 COPIES                         .15

172573  W. R. Grace & Co.                          Invoice Number  893054
60026   Special Abestos Counsel                    Page   8
        September 25, 2001


08/21/01   ATTY # 0349: 4 COPIES                        .60

08/21/01   ATTY # 0349: 4 COPIES                        .60

08/21/01   561-362-1533/BOCA RATON, FL/6               .90

08/21/01   561-362-1533/BOCA RATON, FL/14             2.17

08/21/01   561-362-1533/BOCA RATON, FL/7              1.01

08/22/01   ATTY # 0559: 1 COPIES                        .15

08/22/01   ATTY # 0349: 2 COPIES                        .30

08/22/01   ATTY # 0349: 2 COPIES                        .30

08/22/01   ATTY # 0235: 2 COPIES                        .30

08/22/01   561-362-1533/BOCA RATON, FL/12             1.74

08/22/01   202-414-9200/WASHINGTON, DC/1               .19

08/22/01   617-426-5900/BOSTON, MA/2                   .21

08/22/01   617-542-3025/BOSTON, MA/3                   .32

08/23/01   ATTY # 0178: 4 COPIES                        .60

08/23/01   ATTY # 0235: 1 COPIES                        .15

08/23/01   ATTY # 0178: 6 COPIES                        .90

08/23/01   ATTY # 0235: 1 COPIES                        .15

08/23/01   ATTY # 0235; 4 COPIES                        .60

08/23/01   ATTY # 0235; 26 COPIES                      3.90

08/23/01   ATTY # 0235; 132 COPIES                    19.80

08/23/01   ATTY # 0235; 2 COPIES                        .30

172573  W. R. Grace & Co.                           Invoice Number  893054
60026  Special Abestos Counsel                      Page   9
        September 25, 2001


08/23/01   ATTY # 0235; 2 COPIES                              .30

08/24/01   ATTY # 0559: 1 COPIES                              .15

08/24/01   ATTY # 0559: 3 COPIES                              .45

08/24/01   ATTY # 0559: 4 COPIES                              .60

08/24/01   ATTY # 0559: 6 COPIES                              .90

08/24/01   ATTY # 0559: 5 COPIES                              .75

08/24/01   ATTY # 0559: 4 COPIES                              .60

08/24/01   ATTY # 0559: 3 COPIES                              .45

08/24/01   ATTY # 0559: 12 COPIES                           1.80

08/24/01   ATTY # 0559: 4 COPIES                              .60

08/24/01   ATTY # 0559: 2 COPIES                              .30

08/24/01   ATTY # 0559: 4 COPIES                              .60

08/24/01   ATTY # 0559; 2 COPIES                              .30

08/24/01   ATTY # 0235; 1 COPIES                              .15

08/24/01   302-652-4100/WILMINGTON, DE/1                      .16

08/27/01   561-362-1583/BOCA RATON, FL/2                      .31

08/27/01   561-362-1583/BOCA RATON, FL/1                      .12

08/27/01   ATTY # 0559; 11 COPIES                           1.65

08/27/01   ATTY # 0559; 504 COPIES                         75.60

08/27/01   ATTY # 0559; 10 COPIES                           1.50

08/27/01   ATTY # 0559; 17 COPIES                           2.55

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Abestos Counsel                    Page   10
       September 25, 2001


08/27/01   ATTY # 0559; 18 COPIES                        2.70

08/27/01   ATTY # 0178; 1 COPIES                          .10

08/27/01   ATTY # 0178; 59 COPIES                        5.90

08/27/01   ATTY # 0235; 3 COPIES                          .45

08/27/01   Lexis                                        14.00

08/27/01   ATTY # 0559: 3 COPIES                          .45

08/27/01   ATTY # 0559: 4 COPIES                          .60

08/27/01   ATTY # 0559: 4 COPIES                          .60

08/27/01   ATTY # 0559: 6 COPIES                          .90

08/27/01   ATTY # 0559: 3 COPIES                          .45

08/27/01   ATTY # 0559: 4 COPIES                          .60

08/27/01   ATTY # 0559: 3 COPIES                          .45

08/27/01   ATTY # 0559: 4 COPIES                          .60

08/27/01   ATTY # 0559: 1 COPIES                          .15

08/27/01   ATTY # 0559: 4 COPIES                          .60

08/27/01   ATTY # 0559: 6 COPIES                          .90

08/27/01   ATTY # 0559: 6 COPIES                          .90

08/27/01   ATTY # 0559: 6 COPIES                          .90

08/27/01   ATTY # 0559: 4 COPIES                          .60

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Abestos Counsel                    Page  11
       September 25, 2001


08/27/01   ATTY # 0559: 1 COPIES                          .15

08/27/01   ATTY # 0178: 11 COPIES                        1.65

08/27/01   ATTY # 0235: 1 COPIES                          .15

08/27/01   ATTY # 0235: 3 COPIES                          .45

08/27/01   ATTY # 0178: 4 COPIES                          .60

08/27/01   ATTY # 0235: 1 COPIES                          .15

08/27/01   ATTY # 0235: 3 COPIES                          .45

08/27/01   ATTY # 0235: 6 COPIES                          .90

08/27/01   561-362-1533/BOCA RATON, FL/5                  .78

08/28/01   Meal Expense - - Cameron D.C. 8/23/01        24.50

08/28/01   Taxi Expense - - VENDOR: Cameron D.C. 8/2    38.00

08/28/01   Mileage Expense - - Cameron D.C. 8/23/01     14.88

08/28/01   Transportation - - Cameron D.C. 8/23/01      16.00

08/28/01   412-288-4105/PITTSBURGH, PA/2                 1.21

08/28/01   412-288-4105/PITTSBURGH, PA/1                  .81

08/28/01   ATTY # 0559: 13 COPIES                        1.95

08/28/01   ATTY # 0559: 13 COPIES                        1.95

08/28/01   ATTY # 0178: 4 COPIES                          .60

08/28/01   ATTY # 0178: 1 COPIES                          .15

08/28/01   Courier Service ups                           8.62

172573  W. R. Grace & Co.     Invoice Number  893054
60026  Special Abestos Counsel    Page  12
   September 25, 2001

| Date | Description | Amount |
|---|---|---|
| 08/28/01 | Courier Service ups | 8.77 |
| 08/28/01 | Courier Service ups | 8.62 |
| 08/28/01 | Courier Service ups | 8.62 |
| 08/28/01 | Courier Service ups | 8.17 |
| 08/28/01 | Courier Service ups | 8.17 |
| 08/28/01 | Courier Service ups | 8.62 |
| 08/28/01 | Courier Service ups | 8.62 |
| 08/29/01 | 412-288-4105/PITTSBURGH, PA/2 | .81 |
| 08/29/01 | Courier Service ups | 8.77 |
| 08/30/01 | LODGING RE: TRAVEL TO BOSTON AND MEET RE: DOCUMENT REVIEW AND PRODUCTION 8/23- 8/25/01- ANDREW TREVELISE | 226.58 |
| 08/30/01 | TAXI'S RE: TRAVEL TO BOSTON AND MEET RE: DOCUMENT REVIEW AND PRODUCTION 8/23- 8/25/01- ANDREW TREVELISE | 35.00 |
| 08/30/01 | PARKING RE: TRAVEL TO BOSTON AND MEET RE: DOCUMENT REVIEW AND PRODUCTION 8/23- 8/25/01- ANDREW TREVELISE | 20.00 |
| 08/30/01 | 410-531-4000/COLUMBIA, MD/1 | .19 |
| 08/30/01 | ATTY # 0396; 4 COPIES | .60 |
| 08/30/01 | ATTY # 0396: 1 COPIES | .15 |
| 08/30/01 | ATTY # 0396: 4 COPIES | .60 |
| 08/31/01 | Outside Duplicating - - VENDOR: IKON OFFI SOLUTIONS, INC. DOC. PROD. | 22.98 |
| 08/31/01 | Postage Expense | .34 |
| 08/31/01 | ATTY # 0559; 14 COPIES | 2.10 |
| 08/31/01 | ATTY # 0349: 2 COPIES | .30 |

       CURRENT EXPENSES     4,048.11
                   -------------

172573  W. R. Grace & Co.
60026   Special Abestos Counsel
        September 25, 2001

Invoice Number  893054
Page  13

                    TOTAL BALANCE DUE UPON RECEIPT       $ 4,048.11
                                                         ==============