**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant
One Dag Hammarskjold Plaza- 42nd Floor
New York, New York 10017
Telephone: 212-605-3193
Facsimile: 212-605-3128

September 20, 2001

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

Invoice No. 28

# RE: WR Grace

For services rendered in connection with the above-captioned matter during the period August 1, 2001 - August 31, 2001 as per the attached analysis.

| | Hours | Amount |
|---|---|---|
| Professional Fees (see Schedule A) | | |
| Loreto T. Tersigni | 2.00 | $790.00 |
| Expenses | | |
| Professional Per-Diem Costs (see Schedule B) | 138.90 | $34,119.50 |
| Report reproduction, binding, binders, xerox, technology, telephone, etc. (see Schedule C) | | $2,551.74 |
| **TOTAL** | | $37,461.24 |

L TERSIGNI CONSULTING P.C.
Certified Public Accountant
One Dag Hammarskjold Plaza- 42nd Floor
New York, New York 10017
Telephone: 212-605-3193
Facsimile: 212-605-3128

September 20, 2001

Invoice No. 28

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

## RE:  WR Grace

Summary of Professional Services Rendered:  August 1, 2001 - August 31, 2001

| Name | Schedule | Rate (2001) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni (L.Tersigni) | Schedule A | $395 | 2.00 | $790.00 |
| **Sub-Total Schedule A:** | | | 2.00 | $790.00 |
| Brian Eccleston (B.Eccleston) | Schedule B | $395 | 44.60 | $17,617.00 |
| Emily Ng (E.Ng) | Schedule B | $175 | 9.55 | $1,671.25 |
| Eve Varelas (E.Varelas) | Schedule B | $175 | 22.50 | $3,937.50 |
| Eric Wysocki (E.Wysocki) | Schedule B | $175 | 23.00 | $4,025.00 |
| Aesook Kim (A.Kim) | Schedule B | $175 | 21.50 | $3,762.50 |
| G. Levine (G.Levine) | Schedule B | $175 | 2.25 | $393.75 |
| Monica Cortes (M.Cortes) | Schedule B | $175 | 15.50 | $2,712.50 |
| **Sub-Total Schedule B:** | | | 138.90 | $34,119.50 |
| **Total Professional Services- Schedule A+B:** | | | 140.90 | $34,909.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $2,551.74 |
| **TOTAL DUE THIS INVOICE** | | | | $37,461.24 |

1

9/28/2001

# WR Grace

## Schedule A

**Loreto T. Tersigni**

Services Rendered during the Peroid: August 1 - 31, 2001.

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/3/2001 | Preparation /review of due diligence work produced for Asbestos Creditor Committee | 2.00 | $395.00 | $790.00 |
| | Sub-Total | 2.00 | | $790.00 |
| | TOTAL Schedule A | 2.00 | | $790.00 |

# WR Grace

# Schedule B

Professional Per Diem Cost for Service rendered from August 1 through August 31, 2001.

| Date | Staff | Comment | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2001 | B.Eccleston | Initial review and analysis of 10K. | 3.50 | $395.00 | $1,382.50 |
| 08/02/2001 | B.Eccleston | Commence organization of asbestos creditor committee report including review of documents and drafting fact sheet. | 4.00 | $395.00 | $1,580.00 |
| 08/03/2001 | B.Eccleston | Drafting and review of asbestos creditor committee report. | 3.70 | $395.00 | $1,461.50 |
| 08/09/2001 | B.Eccleston | Modifications to asbestos creditor committee report. | 1.50 | $395.00 | $592.50 |
| 08/10/2001 | B.Eccleston | Review and investigation of 2001 interim results. | 2.00 | $395.00 | $790.00 |
| 08/13/2001 | B.Eccleston | Reviewing financials and other new schedules for asbestos creditor committee report. | 2.20 | $395.00 | $869.00 |
| 08/14/2001 | B.Eccleston | Report preparation and review of assets and liability analysis. | 4.20 | $395.00 | $1,659.00 |
| 08/15/2001 | B.Eccleston | Reviewing various documents in search of missing information. | 1.20 | $395.00 | $474.00 |
| 08/16/2001 | B.Eccleston | Preparing, reviewing and compiling final draft asbestos creditor committee report. | 8.60 | $395.00 | $3,397.00 |
| 08/17/2001 | B.Eccleston | Incorporate L. Tersigni comments and analysis into asbestos creditor committee report. | 1.30 | $395.00 | $513.50 |
| 08/18/2001 | B.Eccleston | Modify report to ACC. | 4.70 | $395.00 | $1,856.50 |
| 08/19/2001 | B.Eccleston | Finalize report and prepare footnote and narratives for insertion in asbestos creditor committee report | 7.70 | $395.00 | $3,041.50 |
| | | Sub-Total | 44.60 | | $17,617.00 |
| 08/07/2001 | E.Ng | Research for WR grace SIC code and discuss criteria of research needed for analysis with E Wysocki. Reesearch for WR Grace financials and review WR. Grace historical financials performance. | 5.05 | $175.00 | $883.75 |
| 8/19/2001 | E.Ng | Prepare historical financials spread, vertical common size. | 4.50 | $175.00 | $787.50 |
| | | Sub-Total | 9.55 | | $1,671.25 |
| 08/03/2001 | E.Varelas | Analyze insurance claims and prepare summary. | 4.00 | $175.00 | $700.00 |
| 08/06/2001 | E.Varelas | Modify insurance claims summary; append; download SEC documents. | 6.50 | $175.00 | $1,137.50 |
| 08/07/2001 | E.Varelas | Analyze debt structure and prepare summary | 2.00 | $175.00 | $350.00 |
| 08/08/2001 | E.Varelas | Expand Insurance claims analysis to include new available information. | 9.00 | $175.00 | $1,575.00 |
| 08/10/2001 | E.Varelas | Review research materials and file | 0.75 | $175.00 | $131.25 |
| 08/16/2001 | E.Varelas | Revisions to schedules in ACC report. | 0.25 | $175.00 | $43.75 |
| | | Sub-Total | 22.50 | | $3,937.50 |
| 08/02/2001 | E.Wysocki | Organization of files, inserts backups and financial data. | 2.00 | $175.00 | $350.00 |
| 08/03/2001 | E.Wysocki | Analysis of 10K's and 10Q's to prepare liabilities and assets schedules. Review and check financials analysis accuracy. | 4.50 | $175.00 | $787.50 |
| 08/07/2001 | E.Wysocki | Research of the edgarscan to find interim financial information | 1.25 | $175.00 | $218.75 |

# WR Grace

## Schedule B

Professional Per Diem Cost for Service rendered from August 1 through August 31, 2001.

| Date | Staff | Comment | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/2001 | E.Wysocki | Revisions of CC Report to reflect changes in financial schedules | 1.50 | $175.00 | $262.50 |
| 08/08/2001 | E.Wysocki | Revisions of table of contents, background, fact sheet, and financial sections of CC Report | 1.75 | $175.00 | $306.25 |
| 08/08/2001 | E.Wysocki | Analysis of 10Q's and 10K's to identify major receivable, debt, equity transaction for 1995 to 2000 | 1.50 | $175.00 | $262.50 |
| 08/09/2001 | E.Wysocki | Revisions of tables, charts and tables in fin. Analysis section. | 1.00 | $175.00 | $175.00 |
| 08/10/2001 | E.Wysocki | Analysis of 10k's and other documents to identify key personnel, market capitalizations, debtors, creditors | 1.00 | $175.00 | $175.00 |
| 08/10/2001 | E.Wysocki | Preparation of summary of acquisitions and divestures analysis | 1.00 | $175.00 | $175.00 |
| 08/10/2001 | E.Wysocki | Ananlysis of 10K's to identify acquisitions, divestures and related party transactions. | 3.50 | $175.00 | $612.50 |
| 08/15/2001 | E.Wysocki | Internet research to find most recent financial information including 10k's, 10Q's | 0.50 | $175.00 | $87.50 |
| 08/16/2001 | E.Wysocki | Preparation and update of major acquisitions and divestures schedule | 3.50 | $175.00 | $612.50 |
| | | Sub-Total | 23.00 | | $4,025.00 |
| 08/08/2001 | A. Kim | Review and analyze business segment information and prepare segment data and charts by Net Sales and Total Assets by Operations and Geographic Regions for 1994-2000 | 3.25 | $175.00 | $568.75 |
| 08/09/2001 | A. Kim | Discuss, search, prepare missing financial statements for 1993-1995 and segments for 1994-1995. Arrange financial statements. | 0.80 | $175.00 | $140.00 |
| 08/09/2001 | A. Kim | Review, analyze financials and footnotes. Prepare sement datas by net sales, operating income and assets by operating segments and geographic region | 8.15 | $175.00 | $1,426.25 |
| 08/10/2001 | A. Kim | Review and modify and print out segment datas and charts by sales, income and assets by operating segments and geographic regions. | 0.50 | $175.00 | $87.50 |
| 08/16/2001 | A. Kim | Review and analyze segements including discontinued operation subsidaries and other in assets and operating income for 1996-2000. Modify and prepare total assets analysis and charts by segments for 1996-2000. | 2.20 | $175.00 | $385.00 |
| 08/16/2001 | A. Kim | Review 10ks and analyze segment's net sales, net income, total assets and operating inocme and net income, as Ajusted datas and Charts by Segments for 1993-2000 | 4.50 | $175.00 | $787.50 |
| 08/17/2001 | A. Kim | Review and compare segment data, F/S and historical datas for 1993-2000. Modify and prepare adusted datas and Charts for Total assets, Debt vs Equity, Net Sales, Operating Income and Net Income. | 2.10 | $175.00 | $367.50 |

## WR Grace — Schedule B

Professional Per Diem Cost for Service rendered from August 1 through August 31, 2001.

| Date | Staff | Comment | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  |  | Sub-Total | 21.50 |  | $3,762.50 |
| 08/07/2001 | G.Levine | Contact research in NY Library for WR Grace 1982 - 1992 financials performance. | 2.25 | $175.00 | $393.75 |
|  |  | Sub-Total | 2.25 |  | $393.75 |
| 08/01/2001 | M.Cortes | Prepared exhibit in report. | 5.50 | $175.00 | $962.50 |
| 08/09/2001 | M.Cortes | Modify Schedule previously worked on | 3.75 | $175.00 | $656.25 |
| 08/17/2001 | M.Cortes | Review 10Q and prepared quarterly balance sheet and income statement analysis. | 2.50 | $175.00 | $437.50 |
| 08/20/2001 | M.Cortes | Assist B. Eccleston in finalize report. | 3.75 | $175.00 | $656.25 |
|  |  | Sub-Total | 15.50 |  | $2,712.50 |
|  |  | **TOTAL Schedule B** | **138.90** |  | **$34,119.50** |

Schedule C

# WR Grace

Summary of Expenses Incurred by L Tersigni Consulting P.C.
Accountant and Financial Advisor

| Descriptions | Amount |
|---|---|
| Telephone - August 2001 | $104.70 |
| Report reporduction, binding, binders, xerox, tecnology, etc. | $2,447.04 |
| Total Expenses incurred from August 1, 2001 to August 31, 2001 | $2,551.74 |