## EXHIBIT A

### Case Administration (20.60 Hours; $ 7,188.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.40 | $630 | 882.00 |
| Peter V. Lockwood | 5.10 | $500 | 2,550.00 |
| Julie W. Davis | 8.20 | $365 | 2,993.00 |
| Rita C. Tobin | .10 | $265 | 26.50 |
| Kimberly N. Brown | .20 | $265 | 53.00 |
| Elyssa J. Strug | 4.00 | $125 | 500.00 |
| Stacie M. Evans | 1.60 | $115 | 184.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/01 | PVL | 500.00 | .70 | Telephone conferences with EI re: status (.1), telephone conference with Zaleski re: 8/2 hearing (.1), review misc. correspondence (.1), review Intercat memo (.1), telephone conferences with Zaleski re: misc. sales order (.3) |
| 08/01/01 | RCT | 265.00 | .10 | Conference ES re: electronic service. |
| 08/01/01 | EJS | 125.00 | .50 | Updated EI files. |
| 08/01/01 | EI | 630.00 | .20 | Memo to Committee re: orders. |
| 08/02/01 | EJS | 125.00 | .50 | Created August Fee App Schedule. |
| 08/02/01 | EI | 630.00 | .20 | T/C PVNL re: fraudulent conveyance case proposal. |
| 08/03/01 | PVL | 500.00 | .50 | Review misc. filings (.1), review misc. correspondence (.2), telephone conference with Budd's secretary (.1), review draft calendar (.1) |
| 08/03/01 | EJS | 125.00 | 1.00 | Searched, retrieved, duplicated and sent various financial materials to L.Tersigni. |

- 2 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/03/01 | EI | 630.00 | .30 | T/C PVNL re: fraudulent conveyance case fee proposal and his contact with Baena re: same. |
| 08/06/01 | JWD | 365.00 | 1.80 | Review pleadings in case |
| 08/07/01 | EI | 630.00 | .20 | T/C PVNL re: handling of fee proposal on fraudulent conveyance case. |
| 08/08/01 | PVL | 500.00 | .10 | Telephone conference with EI (.1) |
| 08/10/01 | PVL | 500.00 | .50 | Review misc. filings (.1), telephone conference with Baena (.4) |
| 08/10/01 | JWD | 365.00 | 1.30 | Review pleadings; draft status report for PVNL re same |
| 08/15/01 | PVL | 500.00 | .40 | Telephone conference with Zaleski re: excl. motion (.1), telephone conference with Baena re: pending matters (.3) |
| 08/15/01 | JWD | 365.00 | 1.30 | Review filings for purposes of drafting status report |
| 08/17/01 | SME | 115.00 | 1.60 | Analyze and index various materials including pleadings, correspondence and fee applications. |
| 08/20/01 | PVL | 500.00 | .20 | Telephone conference with EI re: status (.1), revise misc. correspondence (.1) |
| 08/20/01 | JWD | 365.00 | 1.30 | Draft status reports |
| 08/20/01 | EI | 630.00 | .50 | Correspondence to insurance company re: lien. |
| 08/21/01 | PVL | 500.00 | .10 | Review misc. filings (.1) |
| 08/21/01 | EJS | 125.00 | .50 | Reviewed, duplicated and distributed recently received court documents. |
| 08/21/01 | JWD | 365.00 | 1.10 | Review filings for purposes of drafting status reports |

- 3 -

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 08/22/01 | PVL | 500.00 | .30 | Telephone conference with Zaleski re: status (.2), conference with EI re: status (.1) |
| 08/24/01 | PVL | 500.00 | 1.10 | Telephone conference with Baena re: case administration (.7), telephone conference with EI re: status (.1), review draft calendar and memo (.1), review misc. filings (.2) |
| 08/24/01 | EJS | 125.00 | 1.50 | Organized and sent materials prepared by L.Tersigni to committee members. |
| 08/27/01 | PVL | 500.00 | .30 | Conference with JWD re: status (.1), telephone conference with Zaleski re: status (.2) |
| 08/27/01 | JWD | 365.00 | 1.40 | Review filings for purposes of drafting plan documents, status reports |
| 08/28/01 | KNB | 265.00 | .20 | Conference with paralegal re: expert reports |
| 08/29/01 | PVL | 500.00 | .60 | Telephone conference with Baena re: pending matters (.6) |
| 08/30/01 | PVL | 500.00 | .20 | Review misc. filings (.1), review website (.1) |
| 08/31/01 | PVL | 500.00 | .10 | Review misc. filings (.1) |

**Total Task Code .04        20.60**

**Claims Administration & Objections (4.90 Hours; $ 2,408.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 4.60 | $500 | 2,300.00 |
| Trevor W. Swett | .30 | $360 | 108.00 |

- 4 -

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/01 | PVL | 500.00 | .70 | Telephone conference with Heberling re: claims (.7) |
| 08/12/01 | PVL | 500.00 | 1.30 | Review draft bar date opposition |
| 08/14/01 | PVL | 500.00 | 2.60 | Work on bar date oppo. (.2), conference with KNB re: same (2.4) |
| 08/22/01 | TWS | 360.00 | .30 | TC Zaleski re bar date issues and correspondence to A.Rich re same |

**Total Task Code .05     4.90**

**Fee/Employment Applications (4.90 Hours; $ 925.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $500 | 100.00 |
| Rita C. Tobin | 1.70 | $265 | 450.50 |
| Elyssa J. Strug | 3.00 | $125 | 375.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/01 | RCT | 265.00 | .10 | E-mail and conference TB and ES re: August fee applications. |
| 08/02/01 | RCT | 265.00 | .10 | Telecon TB re: August fee applications. |
| 08/07/01 | RCT | 265.00 | .50 | Review July time. |
| 08/13/01 | RCT | 265.00 | 1.00 | Review Grace fee application and exhibits. |
| 08/13/01 | EJS | 125.00 | 2.00 | Worked on monthly fee application (including but not limited to proofing, editing, duplicating, assembling). |
| 08/14/01 | EJS | 125.00 | 1.00 | Worked on fee application. |

- 5 -

| 08/29/01 | PVL | 500.00 | .20 | Review UST objections to Baena fee app (.2) |

**Total Task Code .07**     **4.90**

**Litigation (67.60 Hours; $ 16,407.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 4.50 | $500 | 2,250.00 |
| Julie W. Davis | 6.80 | $365 | 2,482.00 |
| Kimberly N. Brown | 25.40 | $265 | 6,731.00 |
| Kris J. Bess | 30.90 | $160 | 4,944.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/01 | PVL | 500.00 | .40 | Review O'Connor and LeClair letter (.1), telephone conference with EI re: same (.1), memo to comm. re: same (.1), telephone conference with Baena's secretary re: same (.1) |
| 08/01/01 | KNB | 265.00 | 1.70 | Draft opposition to bar date motion |
| 08/02/01 | PVL | 500.00 | .50 | Telephone conference with Baena re: fr. conv. lit. (.3), telephone conference with EI re: same (.2) |
| 08/03/01 | PVL | 500.00 | .50 | Telephone conference with Baena re: fr. conv. counsel (.3), telephone conference with EI re: same (.2) |
| 08/03/01 | JWD | 365.00 | 1.30 | Revise, edit POC brief |
| 08/06/01 | PVL | 500.00 | .80 | Telephone conference with Budd and Weitz re: fr. conv. lit. (.5), telephone conference with Budd re: same (.2), telephone conference with Baena re: same (.1) |
| 08/06/01 | KNB | 265.00 | 1.30 | Draft opposition to bar date motion |

- 6 -

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 08/07/01 | PVL | 500.00 | .30 | Telephone conference with Baena re: fr. conv. lit. (.3) |
| 08/14/01 | KNB | 265.00 | 3.40 | Draft bar date motion (3.0); conference with PVNL re: bar date brief (.4) |
| 08/15/01 | KNB | 265.00 | 3.00 | Draft bar date motion |
| 08/16/01 | PVL | 500.00 | 1.10 | Telephone conference with Committee and Zaleski re: fr. conv. counsel fees (1.1) |
| 08/21/01 | KJB | 160.00 | 4.00 | Research into proof of claim and bar date |
| 08/22/01 | KNB | 265.00 | 5.00 | Conference with KJB re: research (.3); draft opposition to bar date motion (4.7) |
| 08/22/01 | KJB | 160.00 | 6.90 | Research re: bar date and proof of claim brief |
| 08/23/01 | PVL | 500.00 | .30 | Telephone conference with Weitz re: fr. conv. counsel (.1), watch PBS report on Libby, MT (.2) |
| 08/23/01 | KNB | 265.00 | 4.40 | Conference with KJB and JWD (1.0); draft opposition to bar date motion (3.4) |
| 08/23/01 | KNB | 265.00 | 1.90 | Draft oppo. to bar date motion |
| 08/23/01 | KJB | 160.00 | 7.10 | Research, drafting re: bar date, proof of claim |
| 08/24/01 | KJB | 160.00 | 7.10 | Research re: bar date and proof of claim brief |
| 08/27/01 | JWD | 365.00 | .90 | Telephone conference with N. Davis re Debtors history producing asbestos products; telephone conference with M. Peterson, K. Brown re same |
| 08/27/01 | KNB | 265.00 | 3.60 | Conference with KJB re: brief in opposition to bar date motion (.5); draft same (2.6); conference with JWD and Mark Peterson re: affidavit (.5) |

- 7 -

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 08/27/01 | KJB | 160.00 | 4.30 | Meeting with KNB; research and draft re: bar date and proof of claim filing |
| 08/28/01 | JWD | 365.00 | 2.70 | Memo to M. Peterson re additional data requests, changes to affidavit (.9); revise, edit brief (1.8) |
| 08/29/01 | PVL | 500.00 | .10 | Work on bar date brief (.1) |
| 08/29/01 | JWD | 365.00 | 1.90 | Revise, edit brief; conference with K. Brown re same |
| 08/29/01 | KNB | 265.00 | 1.10 | Telephone call to R. Turkowicz re: brief (.1); conference with JWD re: same (.5); edit brief in opposition to bar date motion (.5) |
| 08/30/01 | PVL | 500.00 | .30 | Telephone conference with Budd re: fr. conv. counsel (.3) |
| 08/31/01 | PVL | 500.00 | .20 | Telephone conference with Budd re: fr. conv. counsel (.2) |
| 08/31/01 | KJB | 160.00 | 1.50 | Grace brief - cite check |

**Total Task Code .10        67.60**


**Relief from Stay Proceedings (.20 Hours; $ 100.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $500 | 100.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/31/01 | PVL | 500.00 | .20 | Review Smolker lift stay (.2) |

**Total Task Code .12        .20**

**Committee Meetings/Conferences (.80 Hours; $ 504.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $630 | 504.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/20/01 | EI | 630.00 | .30 | Memo to Committee re: fraudulent conveyance case counsel. |
| 08/24/01 | EI | 630.00 | .50 | Memo to Committee re: exclusivity. |

**Total Task Code .15**   .80


**Docket Review & Control (38.00 Hours; $ 4,626.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Robert C. Spohn | 10.80 | $135 | 1,458.00 |
| Elyssa J. Strug | 4.00 | $125 | 500.00 |
| Heather M. Dowie | 14.50 | $115 | 1,667.50 |
| Stacie M. Evans | 6.70 | $115 | 770.50 |
| Samira A. Taylor | 2.00 | $115 | 230.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 08/01/01 | EJS | 125.00 | .50 | Created and updated POC file and index. |
| 08/01/01 | RCS | 135.00 | .40 | Arrange documents in chronological order and review documents. |
| 08/01/01 | HMD | 115.00 | 1.50 | Updated Court Documents, Indexes and Files. |
| 08/02/01 | EJS | 125.00 | .50 | Updated EI hearing files. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/02/01 | HMD | 115.00 | 1.00 | Updated Court Documents, Indexes & Files. |
| 08/03/01 | HMD | 115.00 | .50 | Updated Court Docuemts, Indexes & Files. |
| 08/03/01 | HMD | 115.00 | .50 | Updated Current New York City Office Bankruptcy Litigation Calendar. |
| 08/03/01 | SME | 115.00 | .30 | Analyze and index various materials including fee applications. |
| 08/06/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 08/06/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 08/06/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 08/06/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files of Monthly Filing Report. |
| 08/06/01 | SME | 115.00 | 5.40 | Analyze, organize and index various pleadings filed in the Grace matter. |
| 08/07/01 | RCS | 135.00 | .50 | Review and organize documents received. |
| 08/07/01 | SME | 115.00 | .90 | Analyze, compile, and index pleadings filed in the Grace matter. |
| 08/09/01 | RCS | 135.00 | .60 | Review and organize received documents for filing. |
| 08/09/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 08/15/01 | RCS | 135.00 | .60 | Review received pleadings and organize for filing (.6). |
| 08/16/01 | SAT | 115.00 | .25 | Filing of correspondence and pleadings. |
| 08/17/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 08/17/01 | SAT | 115.00 | .25 | Filing of correspondence and pleadings. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/21/01 | RCS | 135.00 | 1.10 | Review and organize documents received, update pleading file indices, file correspondence and pleadings (1.1). |
| 08/23/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 08/23/01 | RCS | 135.00 | 2.70 | Review pleadings and run check of case cites (1.5). Review and organize documents received (.4). Update pleading indices as required and file pleadings and correspondence (.8). |
| 08/23/01 | SAT | 115.00 | 1.50 | Filing of documents. |
| 08/24/01 | RCS | 135.00 | 2.40 | Review received documents and organize for filing (.4). Update indices and file pleadings and correspondence as required (.7). Check cite quotes in Bar Date Objections pleading (1.3). |
| 08/27/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 08/27/01 | RCS | 135.00 | .70 | Review and organize documents for filing (.3). Update binders and file pleadings and correspondence (.4). |
| 08/27/01 | HMD | 115.00 | .50 | Updated current New York City office bankruptcy litigation calendar. |
| 08/29/01 | RCS | 135.00 | 1.20 | Review and organize file received documents (.4). Update indices and file pleadings (.8). |
| 08/30/01 | RCS | 135.00 | .60 | Review and order received documents for filing (.6). |
| 08/30/01 | HMD | 115.00 | 7.50 | Updated Court Documents, Indexes & Files. |
| 08/31/01 | HMD | 115.00 | 1.50 | Updated Court Documents, Indexes & Files. |
| 08/31/01 | SME | 115.00 | .10 | Index and file recent pleadings. |

**Total Task Code .17      38.00**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 419.08 |
| Long Distance Telephone - Equitrac In-House | 9.18 |
| NYO Long Distance Telephone | 71.77 |
| Telecopier | 61.50 |
| Postage | 7.36 |
| Air Freight & Express Mail | 170.43 |
| Database Research | 1,617.03 |
| Local Transportation – NY | 71.21 |
| Duplicating | 558.45 |
| Total: | $ 2,986.01 |