**EXHIBIT B**

### Case Administration (20.6 Hours; $ 7,188.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**         20.6

### Claims Administration & Objections (4.9 Hours; $ 2,408.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**         4.9

### Fee/Employment Applications (4.9 Hours; $ 925.50)

Services rendered in this category pertain to the preparation and review of the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .07**         4.9

### Litigation (67.6 Hours: $ 16,407.00)

Services rendered in this category pertain to the litigation of adversary actions against Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .10**         67.6

### Relief from Stay Proceedings (0.2 Hours; $ 100.00)

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .12**         0.2

- 2 -

**Committee Meetings/Conferences (0.8 Hours; $ 504.00)**

      Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .15**       0.8

**Docket Review & Control (38.0 Hours; $ 4,626.00)**

      Services rendered in this category pertain to organization and maintenance of the filing system, maintenance of the calendar for professionals in the case and for Asbestos Committee members; and docket review for main case and pending adversary proceedings.

**Total Task Code .17**       38.0