## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 419.08 |
| Long Distance Telephone - Equitrac In-House | 9.18 |
| NYO Long Distance Telephone | 71.77 |
| Telecopier | 61.50 |
| Postage | 7.36 |
| Air Freight & Express Mail | 170.43 |
| Database Research | 1,617.03 |
| Local Transportation – NY | 71.21 |
| Duplicating | 558.45 |
| Total: | $ 2,986.01 |

```
09/08/2001                                    Prebill Control Report                                              Page 1
13:40:52

Prebill 000001   Subpage  1
Bill Attn To     Attn:

Client 4642                Grace Asbestos Personal Injury Claimants     Old Ref:              Client: 4642      Matter: 000
Primary Contact                                                                               Opened: 04/16/01

Matter 000                                                              Old Ref:                                Opened: 04/16/01
Disbursements

Bill Cycle: 01  Style: it ii    Start: 04/16/01   Last Billed: 08/15/01   Trans Date Range: 01/01/50 to 08/31/01
Client Retainer Available:   .00   Committed to invoices:     .00   Remaining:     .00
Client Credits  Available:   .00   Committed to invoices:     .00   Remaining:     .00
Matter Retainer Available:   .00   Committed to invoices:     .00   Remaining:     .00
Matter Credits  Available:   .00   Committed to invoices:     .00   Remaining:     .00
Budget Fees                 .00                   Billed Fees          .00   Resp Empl: Elihu Inselbuch
Budget Exp                  .00                   Billed Exp     15,667.41   Bill Empl: Elihu Inselbuch
Budget Tot                  .00                   Total          15,667.41   Alt  Empl: Elihu Inselbuch

SUMMARY BY EMPLOYEE
                                              ----------A C T U A L----------      ----------B I L L I N G----------   Value At
Empl Init  Name                      T/E  Avg Rate   Hours       Amount       Avg Rate   Hours       Amount           Calc Rate
0020 PVL   Peter Van N. Lockwood      E                            419.08                                   419.08
0120 EI    Elihu Inselbuch            E                            170.43                                   170.43
0999 C&D   Caplin & Drysdale          E                          2,396.50                                 2,396.50
                       Total Fees:              .00                  .00                      .00              .00        .00
                       Total Expenses:                           2,986.01                                 2,986.01        .00
                       Total Fee+Exp:           .00              2,986.01                      .00       2,986.01        .00


DETAIL BY TIME/EXPENSE, EMPLOYEE
                                          W/E Trans.    Work                -----A C T U A L-----      -----B I L L I N G-----
Trans Transaction Description             Code Date     Empl            T/E Rate Hours  Amount    Rate  Hours  Amount  Cumulative

1211,982 ADA Travel PVNL coach fare (     E 15 07/20/01 0020 PVL                        183.08                183.08     183.08
         return leg only);from NYC
         on 7/19 from ADA Travel,
         Inc. 000534 AUDIT *
         AP-0066.366:0018 Date:
         07/20/01

1207,126 Long Distance-Equitrac           E 64 08/01/01 0999 C&D                          5.43                  5.43      188.51
         In-House
1207,353 Xeroxing                         E 54 08/01/01 0999 C&D                         29.55                 29.55      218.06
1207,354 Xeroxing                         E 54 08/01/01 0999 C&D                          4.65                  4.65      222.71
1207,355 Equitrac - Photocopy             E 54 08/01/01 0999 C&D                          1.80                  1.80      224.51
         charges
1207,360 Telecopier/Equitrac              E 62 08/01/01 0999 C&D                         14.10                 14.10      238.61
1207,361 Telecopier/Equitrac              E 62 08/01/01 0999 C&D                          6.90                  6.90      245.51
```

```
09/08/2001                              Prebill Control Report                                              Page 2
13:40:51

Prebill 000001   Subpage    2                                      Client: 4642       Matter: 000
                                                    ---------A C T U A L---------    -----B I L L I N G-----
  Trans   Transaction Description     W/E  Trans.     Work
                                      Code  Date      Empl     Rate    Hours   Amount    Rate   Hours  Amount   Cumulative
1207,362  Equitrac - Fax charges      E 62  08/01/01  0999 C&D                    .75                     .75     246.26
1207,127  Long Distance-Equitrac      E 64  08/02/01  0999 C&D                    .44                     .44     246.70
          In-House
1207,356  Xeroxing                    E 54  08/02/01  0999 C&D                   9.75                    9.75     256.45
1207,363  Telecopier/Equitrac         E 62  08/02/01  0999 C&D                   1.65                    1.65     258.10
1207,364  Telecopier/Equitrac         E 62  08/02/01  0999 C&D                    .30                     .30     258.40
1207,128  Long Distance-Equitrac      E 64  08/03/01  0999 C&D                   1.73                    1.73     260.13
          In-House
1207,357  Xeroxing                    E 54  08/03/01  0999 C&D                  79.95                   79.95     340.08
1207,358  Equitrac - Photocopy        E 54  08/03/01  0999 C&D                   1.65                    1.65     341.73
          charges
1207,359  Xeroxing                    E 54  08/03/01  0999 C&D                  52.05                   52.05     393.78
1208,476  Xeroxing                    E 54  08/06/01  0999 C&D                   3.15                    3.15     396.93
1208,477  Xeroxing                    E 54  08/06/01  0999 C&D                    .75                     .75     397.68
1208,478  Equitrac - Photocopy        E 54  08/06/01  0999 C&D                  18.90                   18.90     416.58
          charges
1208,479  Telecopier/Equitrac         E 62  08/06/01  0999 C&D                    .30                     .30     416.88
1208,063  Equitrac - Fax charges      E 62  08/07/01  0999 C&D                    .45                     .45     417.33
1208,665  ADA Travel PVNL train fare  E 15  08/08/01  0020 PVL                 236.00                  236.00     653.33
          to Wilminton and New York
          on 7/19
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0066,596:0014   Date:
          08/08/01
1208,640  Charge & Ride for Emily     E 38  08/08/01  0999 C&D                  20.21                   20.21     673.54
          Eliet from 399 Park Avenue
          to Lynbrook (LI) on 7/16
          From Charge & Ride Inc.
          002821 AUDIT *
          AP-0066,674:0005   Date:
          08/08/01
1208,642  Charge & Ride for M.        E 38  08/08/01  0999 C&D                  51.00                   51.00     724.54
          Peterson from 399 Park
          Avenue to 1251 6th Avenue
          on 7/17
          From Charge & Ride Inc.
          002821 AUDIT *
          AP-0066,674:0007   Date:
          08/08/01
1208,791  Equitrac - Photocopy        E 54  08/08/01  0999 C&D                   2.40                    2.40     726.94
          charges
1208,929  Federal Express to Matthew  E 01  08/09/01  0120 EI                    3.41                    3.41     730.35
          Zaleski from EI ON 7/24
          From Federal Express
          002001 AUDIT *
          AP-0066,710:0004   Date:
          08/09/01
1209,150  Equitrac - Photocopy        E 54  08/09/01  0999 C&D                   3.45                    3.45     733.80
```

```
09/08/2001                                          Prebill Control Report                                              Page 3
13:40:53

Prebill 000001   Subpage    3                                              Client: 4642            Matter: 000
                                                       -------- A C T U A L --------    -------- B I L L I N G --------
                                      W/E  Trans.    Work
  Trans  Transaction Description      Code Date      Empl    Rate    Hours    Amount    Rate    Hours    Amount   Cumulative

1209,816  Xeroxing                    E 54 08/10/01  0999 C&D                              6.00                      6.00      739.80
1209,817  Equitrac - Photocopy        E 54 08/10/01  0999 C&D                              2.40                      2.40      742.20
          charges
1210,762  Xeroxing                    E 54 08/14/01  0999 C&D                             30.15                     30.15      772.35
1211,392  NYO Long Distance Telephone E 65 08/15/01  0999 C&D                              3.15                      3.15      775.50
          charged on July 1, 2001
          statement
1211,393  NYO Long Distance Telephone E 65 08/15/01  0999 C&D                              2.89                      2.89      778.39
          charged on July 1, 2001
          statement
1211,394  NYO Long Distance Telephone E 65 08/15/01  0999 C&D                              5.83                      5.83      784.22
          charged on July 1, 2001
          statement
1211,395  NYO Long Distance Telephone E 65 08/15/01  0999 C&D                              4.02                      4.02      788.24
          charged on the July 1, 2001
          statement
1211,396  NYO Long Distance Telephone E 65 08/15/01  0999 C&D                             55.88                     55.88      844.12
          conference call on 6/15
          charged on July 1, 2001
          statement
1213,297  Equitrac - Photocopy        E 54 08/15/01  0999 C&D                             28.95                     28.95      873.07
          charges
1213,298  Equitrac - Photocopy        E 54 08/15/01  0999 C&D                               .90                       .90      873.97
          charges
1211,472  Federal Express to Matthew  E 01 08/16/01  0120 EI                              11.79                     11.79      885.76
          Zaleski from EI on 8/14
          From Federal Express
          002001 AUDIT *
          AP-0066,866:0003 Date:
          08/16/01
1212,143  Long Distance-Equitrac      E 64 08/16/01  0999 C&D                               .19                       .19      885.95
          In-House
1211,648  Federal Express to Matthew  E 01 08/17/01  0120 EI                               5.08                      5.08      891.03
          Zaleski from EI on 8/15
          From Federal Express
          002001 AUDIT *
          AP-0066,876:0005 Date:
          08/17/01
1213,299  Xeroxing                    E 54 08/17/01  0999 C&D                              1.80                      1.80      892.83
1213,300  Xeroxing                    E 54 08/17/01  0999 C&D                               .60                       .60      893.43
1213,301  Xeroxing                    E 54 08/17/01  0999 C&D                               .30                       .30      893.73
1213,307  Telecopier/Equitrac         E 62 08/17/01  0999 C&D                              1.50                      1.50      895.23
1212,144  Long Distance-Equitrac      E 64 08/20/01  0999 C&D                               .34                       .34      895.57
          In-House
1213,302  Xeroxing                    E 54 08/20/01  0999 C&D                             15.30                     15.30      910.87
1213,303  Equitrac - Photocopy        E 54 08/20/01  0999 C&D                              4.80                      4.80      915.67
          charges
1213,308  Telecopier/Equitrac         E 62 08/20/01  0999 C&D                             15.30                     15.30      930.97
```

```
09/08/2001                                    Prebill Control Report                                              Page 4
13:40:53

Prebill  000001  Subpage   4                                        Client: 4642              Matter: 000
                                           ----------A C T U A L----------      ----------B I L L I N G----------
Trans    Transaction Description    W/E  Trans.     Work
                                    Code  Date      Empl       Rate   Hours   Amount      Rate   Hours   Amount   Cumulative
1213,309 Telecopier/Equitrac        E 62 08/20/01  0999 C&D                     7.95                      7.95      938.92
1213,304 Xeroxing                   E 54 08/21/01  0999 C&D                     6.15                      6.15      945.07
1213,310 Equitrac - Fax charges     E 62 08/21/01  0999 C&D                      .90                       .90      945.97
1213,311 Equitrac - Fax charges     E 62 08/21/01  0999 C&D                     1.05                      1.05      947.02
1213,305 Xeroxing                   E 54 08/23/01  0999 C&D                     2.70                      2.70      949.72
1213,306 Xeroxing                   E 54 08/23/01  0999 C&D                     1.50                      1.50      951.22
1214,084 Equitrac - Photocopy       E 54 08/24/01  0999 C&D                     4.80                      4.80      956.02
         charges
1214,085 Xeroxing                   E 54 08/24/01  0999 C&D                     3.00                      3.00      959.02
1214,086 Telecopier/Equitrac        E 62 08/24/01  0999 C&D                    10.35                     10.35      969.37
1214,587 Equitrac - Long Distance   E 64 08/27/01  0999 C&D                      .05                       .05      969.42
1214,681 Xeroxing                   E 54 08/27/01  0999 C&D                    42.45                     42.45    1,011.87
1215,069 Long Distance-Equitrac     E 64 08/28/01  0999 C&D                      .19                       .19    1,012.06
         In-House
1215,130 Equitrac - Photocopy       E 54 08/28/01  0999 C&D                     1.80                      1.80    1,013.86
         charges
1215,131 Equitrac - Photocopy       E 54 08/28/01  0999 C&D                     6.00                      6.00    1,019.86
         charges
1214,825 Federal Express to         E 01 08/29/01  0120 EI                    150.15                    150.15    1,170.01
         F.Baron,Jacobs,Kazan,Weitz,R
         ice,
         Kelley,Zaleski,Milch,Cooney,
         from EI on 8/24
         From Federal Express
         002001 AUDIT *
         AP-0067.0642:0006  Date:
         08/29/01
1215,393 Equitrac - Photocopy       E 54 08/29/01  0999 C&D                    73.80                     73.80    1,243.81
         charges
1216,717 Xeroxing                   E 54 08/30/01  0999 C&D                    54.90                     54.90    1,298.71
1216,718 Equitrac - Photocopy       E 54 08/30/01  0999 C&D                     3.75                      3.75    1,302.46
         charges
1217,031 Equitrac - Long Distance   E 64 08/31/01  0999 C&D                      .81                       .81    1,303.27
1217,117 Equitrac - Photocopy       E 54 08/31/01  0999 C&D                    47.55                     47.55    1,350.82
         charges
1217,118 Equitrac - Photocopy       E 54 08/31/01  0999 C&D                     9.00                      9.00    1,359.82
         charges
1217,119 Equitrac - Photocopy       E 54 08/31/01  0999 C&D                     1.80                      1.80    1,361.62
         charges
1217,674 Database Research through  E 50 08/31/01  0999 C&D                     8.00                      8.00    1,369.62
         CourtLink in July
1217,696 Postage                    E 58 08/31/01  0999 C&D                     7.36                      7.36    1,376.98
1217,729 Database Research - Westlaw E 50 08/31/01 0999 C&D                 1,609.03                  1,609.03    2,986.01
         search on 8/22-8/24 by KJB

         Total Expense Cards                                                2,986.01                  2,986.01
```

| 09/08/2001 | | | | Prebill Control Report | | | | | | | Page 5 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 13:40:53 | | | | | | | | | | | |

Prebill 000001  Subpage 5        Client: 4642        Matter: 000

| | W/E | Trans. | Work | | ------A C T U A L------ | | | ------B I L L I N G------ | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trans Transaction Description | Code | Date | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| Matter Total Fee | | | | | .00 | .00 | | .00 | .00 | |
| Matter Total Exp | | | | | .00 | 2,986.01 | | .00 | 2,986.01 | |
| Matter Total | | | | | .00 | 2,986.01 | | .00 | 2,986.01 | |