### EXHIBIT D

### CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
### CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO
### THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF
### W. R. GRACE & CO., ET AL.
### FOR THE PERIOD AUGUST 1, 2001 THROUGH AUGUST 31, 2001

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid ( | Amount of Expenses Paid | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| July, 2001 | $100,755.00 | $ 8,195.21 | | $ | $ | $ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | | | |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours For The Period 8/1/01 –8/31/01 | Total Hours From The Petition Date | Total Fees For The Period 8/1/01 – 8/31/01 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | 0.0 | 0.0 | $ .00 | $ .00 |
| Asset Dispostion | 0.0 | 0.0 | $ .00 | $ .00 |
| Business Operations | 0.0 | 0.0 | $ .00 | $ .00 |
| Case Administration | 20.6 | 165.4 | $ 7,188.50 | $ 57,998.00 |
| Claims Administration & Objections | 4.9 | 10.9 | $ 2,408.00 | $ 4,848.00 |
| Employee Benefits/Pensions | 0.0 | 4.8 | $ .00 | $ 2,400.00 |
| Fee/Employment Applications | 4.9 | 31.5 | $ 925.50 | $ 8,095.50 |
| Fee/Employment Objections | 0.0 | 0.0 | $ .00 | $ .00 |
| Financing | 0.0 | 0.0 | $ .00 | $ .00 |
| Litigation | 67.6 | 289.2 | $ 16,407.00 | $ 96,920.50 |
| Plan and Disclosure Statement | 0.0 | 0.0 | $ .00 | $ .00 |
| Relief from Stay Proceedings | 0.2 | 0.5 | $ 100.00 | $ 250.00 |
| Tax Issues | 0.0 | 4.3 | $ .00 | $ 1,569.50 |
| Valuation | 0.0 | 0.0 | $ .00 | $ .00 |
| Committee Meetings/ Conferences | 0.8 | 38.6 | $ 504.00 | $ 20,736.50 |
| Travel | 0.0 | 16.8 | $ .00 | $ 4,060.00 |
| Docket Review & Control | 38.0 | 163.4 | $ 4,626.00 | $ 19,817.00 |
| TOTAL | 137.0 | 725.4 | $ 32,159.00 | $ 216,695.00 |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 8/1/01 – 8/31/01 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 1,617.03 | $ 7,128.43 |
| Air Freight & Express Mail | $ 170.43 | $ 792.78 |
| Outside Local Deliveries | $ .00 | $ 8.01 |
| Filing Fees | $ .00 | $ .00 |
| Outside Fax Service | $ .00 | $ .00 |
| Conference Meals | $ .00 | $ 241.44 |
| Outside Photocopy Service | $ .00 | $ 31.09 |
| Miscellaneous Client Advances | $ .00 | $ 445.57 |
| Air & Train Transportation | $ 419.08 | $ 4,416.83 |
| Meals Related to Travel | $ .00 | $ 55.49 |
| Travel Expenses – Hotel Charges | $ .00 | $ 160.92 |
| Travel Expenses – Ground Transportation | $ .00 | $ 159.00 |
| Travel Expenses – Miscellaneous | $ .00 | $ .00 |
| Travel Expenses – LD Calls on Hotel Bill | $ .00 | $ .00 |
| Local Transportation – DC | $ .00 | $ .00 |
| Local Transportation – NY | $ 71.21 | $ 144.14 |
| Xeroxing | $ 558.45 | $ 3,830.10 |
| Postage | $ 7.36 | $ 63.46 |
| Overtime Expenses | $ .00 | $ .00 |
| Overtime Meals | $ .00 | $ .00 |
| Telecopier | $ 61.50 | $ 306.15 |
| Use of Personal Cell/Home Phone | $ .00 | $ 24.13 |
| Long Distance – Credit Card | $ .00 | $ 237.61 |
| Long Distance Telephone – DC | $ 9.18 | $ 523.48 |
| NYO Long Distance Telephone | $ 71.77 | $ 84.79 |
| **TOTAL** | **$ 2,986.01** | **$ 18,653.42** |