IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Elizabeth A. Fegan, Esquire, of Hagens Berman Sobol Shapiro LLP to represent Louisette Geiss, Katherine Kendall, Zoe Brock, Sarah Ann Thomas, Melissa Sagemiller, and Nannette Klatt, on behalf of themselves and the nationwide class in *Geiss, et al. v. The Weinstein Company Holdings, LLC, et. al.*, No. 17 CV 09554 (S.D.N.Y.).

Dated: June 5, 2018　　　　　　　　　　**MORRIS JAMES LLP**

　　　　　　　　　　　　　　　　　　　/s/ Jeffrey R. Waxman
　　　　　　　　　　　　　　　　　　　Jeffrey R. Waxman (DE Bar No. 4159)
　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　　P.O. Box 2306
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-2306

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the United States District Court for the Northern, Central and Southern District of Illinois, and the District of Colorado, and the United States Courts of Appeals for the Second, Third, Seventh, Eighth and Ninth Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: June 5, 2018　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Elizabeth A. Fegan, Esq.
　　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　　455 N. Cityfront Plaza Dr., Suite 2410
　　　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　　　Telephone: (708) 628-4949
　　　　　　　　　　　　　　　　　　　E-mail: beth@hbsslaw.com

10260496/1