# EXHIBIT A

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 19, 2001 THROUGH AUGUST 31, 2001

**CASE ADMINISTRATION**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 3.00 | 525.00 | 1,575.00 |
| BENTLEY, PHILIP | CR | 2.10 | 425.00 | 892.50 |
| SCHMIDT, ROBERT T. | CR | 38.80 | 425.00 | 16,490.00 |
| BECKER, GARY M. | CR | 6.60 | 340.00 | 2,244.00 |
| FINNERTY, CATHERINE E | CR | 11.00 | 325.00 | 3,575.00 |
| CATON, AMY | CR | 16.10 | 280.00 | 4,508.00 |
| PARALEGAL | | | | |
| CIPOLLA, SANTO A. | CR | 2.90 | 150.00 | 435.00 |
| MANGUAL, KATHLEEN | CR | 37.50 | 150.00 | 5,625.00 |
| TEMP, CR CLK | OTHER | 9.00 | 60.00 | 540.00 |
| Subtotal | | 127.00 | $ | 35,884.50 |

**COMMITTEE & CREDITOR CORRESPONDENCE**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 5.20 | 425.00 | 2,210.00 |
| GARY BECKER | CR | 1.50 | 340.00 | 510.00 |
| CATON, AMY | CR | 6.70 | 280.00 | 1,876.00 |
| PARALEGAL | | | | |
| CIPOLLA, SANTO A. | CR | 3.90 | 150.00 | 585.00 |
| MANGUAL, KATHLEEN | CR | 0.30 | 150.00 | 45.00 |
| Subtotal | | 17.60 | $ | 5,226.00 |

**FEE APPLICATIONS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| FINNERTY, CATHERINE E | CR | 1.10 | 325.00 | 357.50 |
| Subtotal | | 1.10 | $ | 357.50 |

KL4:2036727.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 19, 2001 THROUGH AUGUST 31, 2001

### RETENTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.60 | 425.00 | 255.00 |
| SCHMIDT, ROBERT T. | CR | 0.30 | 425.00 | 127.50 |
| MAYER, THOMAS MOERS | CR | 1.30 | 525.00 | 682.50 |
| FINNERTY, CATHERINE E | CR | 10.90 | 325.00 | 3,542.50 |
| **PARALEGAL** | | | | |
| MANGUAL, KATHLEEN | CR | 5.00 | 150.00 | 750.00 |
| | Subtotal | 18.10 | $ | 5,357.50 |

### ASBESTOS CLAIM ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 6.50 | 525.00 | 3,412.50 |
| BENTLEY, PHILIP | CR | 24.50 | 425.00 | 10,412.50 |
| SCHMIDT, ROBERT T. | CR | 0.50 | 425.00 | 212.50 |
| **PARALEGAL** | | | | |
| CATON, AMY | CR | 6.60 | 280.00 | 1,848.00 |
| MANGUAL, KATHLEEN | CR | 4.00 | 150.00 | 600.00 |
| | Subtotal | 42.10 | $ | 16,485.50 |

### FRAUDULENT CONVEYANCE ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| SCHMIDT, ROBERT T. | CR | 1.00 | 425.00 | 425.00 |
| FINNERTY, CATHERINE E | CR | 5.50 | 325.00 | 1,787.50 |
| | Subtotal | 6.50 | $ | 2,212.50 |
| | Total | 212.40 | $ | 65,523.50 |

KL4:2036727.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 19, 2001 THROUGH AUGUST 31, 2001

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 10.80 | 525.00 | 5,670.00 |
| BENTLEY, PHILIP | CR | 32.40 | 425.00 | 13,770.00 |
| SCHMIDT, ROBERT T. | CR | 40.60 | 425.00 | 17,255.00 |
| BECKER, GARY M. | CR | 8.10 | 340.00 | 2,754.00 |
| FINNERTY, CATHERINE E | CR | 28.50 | 325.00 | 9,262.50 |
| CATON, AMY | CR | 29.40 | 280.00 | 8,232.00 |
| **PARALEGAL** | | | | |
| CIPOLLA, SANTO A. | CR | 6.80 | 150.00 | 1,020.00 |
| MANGUAL, KATHLEEN | CR | 46.80 | 150.00 | 7,020.00 |
| TEMP, CR CLK | OTHER | 9.00 | 60.00 | 540.00 |
| Total | | 212.40 | | $65,523.50 |

KL4:2036727.1