# EXHIBIT B

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD JULY 19, 2001 THROUGH AUGUST 31, 2001

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $13.00 |
| PHOTOCOPYING | 1,974.75 |
| MESSENGER SERVICE | 88.86 |
| MANUSCRIPT SERVICE | 63.00 |
| RESEARCH SERVICES | 112.00 |
| DOCUMENT PREP. | 240.00 |
| POSTAGE | 104.02 |
| LONG-DISTANCE TEL. | 33.95 |
| WESTLAW ON - LINE RESEARCH | 27.33 |
| LEXIS / NEXIS ON -LINE RESEARCH | 3.13 |
| LEGAL SEARCH FEES | 928.59 |
| CAB FARES | 1,494.44 |
| MEALS | 170.32 |
| CORP. SVC./FILING | 115.39 |
| DOCUMENT RETRIEVAL FEES | 162.05 |
| Subtotal | $5,530.83 |

KL4:2036727.1