# EXHIBIT C

SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## SCHEDULE OF DISBURSEMENTS
### FOR THE PERIOD JULY 19, 2001 THROUGH AUGUST 31, 2001

| DISBURSEMENTS | AMOUNT |
|---|---:|
| TELECOPIER | 6.50 |
| VELOBINDINGS | 67.50 |
| TABS | 117.00 |
| PHOTOCOPYING | 1,053.20 |
| Subtotal | $1,244.20 |

KL4:2036727.1