# EXHIBIT D

```
alp_132c: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   1
Run Date & Time: 09/28/2001 13:29:35                           *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:

------------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT

                                                    FEES                                                COSTS
                                                    ----                                                -----
            UNBILLED TIME FROM:    01/01/1901                    TO:   08/31/2001
            UNBILLED DISB FROM:    01/01/1901                    TO:   08/31/2001

           GROSS BILLABLE AMOUNT:          65,523.50                                                    5,530.83
           AMOUNT WRITTEN DOWN:
                         PREMIUM:
                ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:          08/31/2001                                                   08/31/2001
       CLOSE MATTER/FINAL BILLING?  YES   OR   NO
      EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL:

           BILLING COMMENTS:                                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

------------------------------------------------------------------------------------------------------------------------------------
                                              ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

              FEES:              65,523.50
     DISBURSEMENTS:               5,530.83                            UNIDENTIFIED RECEIPTS:            0.00
      FEE RETAINER:                   0.00                            PAID FEE RETAINER:                0.00
     DISB RETAINER:                   0.00                            PAID DISB RETAINER:               0.00
  TOTAL OUTSTANDING:              71,054.33                           TOTAL AVAILABLE FUNDS:            0.00
                                                                      TRUST BALANCE:
                                                      BILLING HISTORY
                                                      ---------------
    DATE OF LAST BILL:         09/28/01           LAST PAYMENT DATE:
     LAST BILL NUMBER:         339400             FEES BILLED TO DATE:            65,523.50
 LAST BILL THRU DATE:          08/31/01       FEES WRITTEN OFF TO DATE:               0.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee              (6) Summer Associate
         (2) Late Time & Costs Posted        (7) Fixed Fee
         (3) Pre-arranged Discount           (8) Premium
         (4) Excessive Legal Time            (9) Rounding
         (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132c: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    2
Run Date & Time: 09/28/2001 13:29:46                          *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L E D   T I M E   S U M M A R Y                                ------------------ Total Billed ------------------
Emp Id  Employee Name                   Group                Oldest        Latest         Total        Billed
                                                             Entry         Entry          Hours        Amount

02495   BENTLEY, PHILIP                  PARTNER              07/19/01      08/27/01        32.40       13,770.00
03699   SCHMIDT, ROBERT T.               PARTNER              07/19/01      08/29/01        40.60       17,255.00
03976   MAYER, THOMAS MOERS              PARTNER              07/31/01      08/21/01        10.80        5,670.00
04418   CATON, AMY                       ASSOCIATE            07/19/01      08/10/01        29.40        8,232.00
05132   FINNERTY, CATHERINE E            ASSOCIATE            07/25/01      08/31/01        28.50        9,262.50
05292   BECKER, GARY M.                  ASSOCIATE            08/03/01      08/31/01         8.10        2,754.00
03871   CIPOLLA, SANTO A.                PARALEGAL            07/27/01      08/07/01         6.80        1,020.00
05182   TEMP, PARALEGAL CLK              PARALEGAL            08/01/01      08/02/01         9.00          540.00
05208   MANGUAL, KATHLEEN                PARALEGAL            07/19/01      08/31/01        46.80        7,020.00

                        Total:                                                              212.40      65,523.50


B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Billed -----------------
Code    Description                                          Oldest        Latest         Total
                                                             Entry         Entry          Amount

0815    TELECOPIER                                           08/24/01      08/30/01          13.00
0816    VELOBINDINGS                                         07/30/01      08/09/01           0.00
0817    TABS                                                 07/30/01      08/09/01           0.00
0820    PHOTOCOPYING                                         07/20/01      08/29/01       1,974.75
0835    INSIDE MESSENGER                                     07/20/01      07/20/01          12.00
0840    MANUSCRIPT SERVICE                                   08/01/01      08/09/01          63.00
0841    RESEARCH SERVICES                                    07/20/01      08/07/01         112.00
0842    DOCUMENT PREP.                                       07/27/01      08/13/01         240.00
0880    POSTAGE                                              07/30/01      07/30/01         104.02
0885    LONG-DISTANCE TEL.                                   08/01/01      08/30/01          33.95
0917    WESTLAW ON - LINE RESEARCH                           08/02/01      08/07/01          27.33
0921    LEXIS / NEXIS ON -LINE RESEAR                        07/20/01      07/20/01           3.13
0930    MESSENGER/COURIER                                    08/13/01      08/21/01          76.86
0935    LEGAL SEARCH FEES                                    08/15/01      08/16/01         928.59
0940    CAB FARES                                            07/30/01      08/31/01       1,494.44
0942    MEALS/IN-HOUSE                                       07/31/01      08/30/01          80.95
0943    IN-HOUSE/MEALS                                       07/31/01      08/21/01          89.37
0970    CORP. SVC./FILING                                    08/01/01      07/24/01         115.39
0972    Document Retrieval Fees                              08/28/01      08/28/01         162.05

                        Total                                                             5,530.83

                        Grand Total                                                      71,054.33
```

```
alp_132c: Billed Charges Analysis                                                      PAGE    3
Run Date & Time: 09/28/2001 13:29:46

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/28/01 13:29:46)
                                   -------- Billed --------    ---- Collections ----     Balance
Bill Date Thru Date Bill#          Fee & OA      Disbursement   From OA    Total Date     Due

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/28/01 13:29:46)
                                   -------- Billed --------    ---- Collections ----     Balance
Bill Date Thru Date Bill#          Fee & OA      Disbursement   From OA    Total Date     Due

09/28/01 08/31/01 339400           65,523.50       5,530.83                  .00       71,054.33

                        Total:     65,523.50       5,530.83                  .00       71,054.33
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE    1
Run Date & Time: 09/28/2001 13:29:31

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:  07/19/2001          TO:  08/31/2001
          UNBILLED DISB FROM:  07/20/2001          TO:  08/31/2001

                                  FEES                                  COSTS

GROSS BILLABLE AMOUNT:         35,884.50                              4,154.07
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
        THRU DATE:             08/31/2001                             08/31/2001
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      MAYER THOMAS MOERS - 03976     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                             ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

          FEES:                35,884.50    UNIDENTIFIED RECEIPTS:          0.00
          DISBURSEMENTS:        4,154.07    PAID FEE RETAINER:              0.00
          FEE RETAINER:             0.00    PAID DISB RETAINER:             0.00
          DISB RETAINER:            0.00    TOTAL AVAILABLE FUNDS:          0.00
          TOTAL OUTSTANDING:   40,038.57    TRUST BALANCE:
                                            BILLING HISTORY

          DATE OF LAST BILL:    09/28/01    LAST PAYMENT DATE:
          LAST BILL NUMBER:       339400    FEES BILLED TO DATE:       35,884.50
          LAST BILL THRU DATE:  08/31/01    FEES WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee            (6)  Summer Associate
          (2) Late Time & Costs Posted      (7)  Fixed Fee
          (3) Pre-arranged Discount         (8)  Premium
          (4) Excessive Legal Time          (9)  Rounding
          (5) Business Development         (10)  Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    2
Run Date & Time: 09/28/2001 13:29:31                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                                              Orig Prtnr : CRED. RGTS   - 06975               Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                      Bill Prtnr : MAYER THOMAS MOERS - 03976         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                           Status     : ACTIVE

       B I L L E D    T I M E    S U M M A R Y  ----------------------- Total Billed -----------------------
Emp Id  Employee Name                        Group                 Oldest        Latest      Total        Total
                                                                   Entry         Entry       Hours        Amount

02495   BENTLEY, PHILIP                      PARTNER              08/01/01      08/15/01       2.10         892.50
03699   SCHMIDT, ROBERT T.                   PARTNER              07/19/01      08/29/01      38.80      16,490.00
03976   MAYER, THOMAS MOERS                  PARTNER              07/31/01      08/13/01       3.00       1,575.00
04418   CATON, AMY                           ASSOCIATE            07/19/01      08/10/01      16.10       4,508.00
05132   FINNERTY, CATHERINE E                ASSOCIATE            07/29/01      08/31/01      11.00       3,575.00
05292   BECKER, GARY M.                      ASSOCIATE            08/03/01      08/31/01       6.60       2,244.00
03871   CIPOLLA, SANTO A.                    PARALEGAL            07/31/01      07/31/01       2.90         435.00
05182   TEMP, PARALEGAL CLK                  PARALEGAL            08/01/01      08/02/01       9.00         540.00
05208   MANGUAL, KATHLEEN                    PARALEGAL            07/20/01      08/31/01      37.50       5,625.00

                          Total:                                                             127.00      35,884.50

Sub-Total Hours  :     43.90 Partners       0.00 Counsels      33.70 Associates     49.40 Legal Assts    0.00 Others

       B I L L E D    C O S T S    S U M M A R Y  -----------------------
Code    Description                                                 Oldest        Latest      Total
                                                                    Entry         Entry       Amount

0815   TELECOPIER                                                  08/24/01      08/30/01      13.00
0816   VELOBINDINGS                                                07/30/01      08/09/01       0.00
0817   TABS                                                        07/30/01      07/30/01       0.00
0820   PHOTOCOPYING                                                07/20/01      08/29/01   1,751.25
0835   INSIDE MESSENGER                                            07/20/01      07/20/01      12.00
0840   MANUSCRIPT SERVICE                                          08/01/01      08/09/01      63.00
0841   RESEARCH SERVICES                                           07/20/01      08/07/01      84.00
0842   DOCUMENT PREP.                                              08/06/01      08/06/01      32.00
0885   LONG-DISTANCE TEL.                                          08/20/01      08/30/01      32.17
0917   WESTLAW ON - LINE RESEARCH                                  08/07/01      08/07/01       9.11
0921   LEXIS / NEXIS ON -LINE RESEAR                               07/20/01      07/20/01       3.13
0930   MESSENGER/COURIER                                           08/13/01      08/21/01      44.68
0935   LEGAL SEARCH FEES                                           08/15/01      08/16/01     794.63
0940   CAB FARES                                                   07/30/01      08/31/01   1,030.34
0942   MEALS/IN-HOUSE                                              07/31/01      08/30/01      58.15
0943   IN-HOUSE/MEALS                                              08/07/01      08/07/01      21.91
0970   CORP. SVC./FILING                                           07/24/01      07/24/01     115.39
0972   Document Retrieval Fees                                     08/28/01      08/28/01      89.31

                          Total                                                             4,154.07

                          Grand Total                                                      40,038.57
                                                                                           ===========
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE     3
Run Date & Time: 09/28/2001 13:29:31

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE


B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/28/01 13:29:31)
                                     ------- Billed --------    Applied     ---- Collections ----   Balance
Bill Date Thru Date Bill#            Fee & OA    Disbursement   From OA      Total     Date          Due

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/28/01 13:29:31)
                                     ------- Billed --------    Applied     ---- Collections ----   Balance
Bill Date Thru Date Bill#            Fee & OA    Disbursement   From OA      Total     Date          Due

09/28/01 08/31/01 339400             35,884.50    4,154.07        .00                               40,038.57

          Total:                     35,884.50    4,154.07        .00                               40,038.57
```

```
alp_132r: Billed Charges Analysis                                                                                                           PAGE     4
Run Date & Time: 09/28/2001 13:29:31                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:    1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr  : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

    B I L L E D   T I M E   D E T A I L
Employee Name              Work Date     Description                                                  Hours     Amount   Index#   Batch Date
-------------              ---------     -----------                                                  -----     ------   ------   ----------

BENTLEY, PHILIP            08/01/01      Confs. RS, AC, CF and K. Mangual and discs. W.                1.30     552.50   3798082  08/27/01
                                         Sudell and voicemail, re case administration
                                         issues.

BENTLEY, PHILIP            08/13/01      Discs. T. Currier and voicemail, and trade                    0.30     127.50   3799624  08/28/01
                                         emails, re upcoming hearing; review papers re
                                         same.

BENTLEY, PHILIP            08/15/01      Review Babcock and Wilcox plan.                               0.50     212.50   3814014  09/05/01

    Total For BENTLEY P - 02495                                                                        2.10     892.50

MAYER, THOMAS MOERS        07/31/01      Call with T. Weschler re meeting set up for                   1.00     525.00   3760470  08/02/01
                                         Friday in Chicago and potential attendance of
                                         CFO (.2), calls with P. Bentley, R. Schmidt,
                                         meeting with same (.7) re organization of work
                                         on case, assignments relating to corporate due
                                         diligence, operation of shareholder trusts in
                                         other cases, procedures for reimbursement of
                                         individual committee members; call C. Finnerty
                                         re retention application (.1).

MAYER, THOMAS MOERS        08/02/01      Prepare for Friday meeting with K&E team:                     1.00     525.00   3786110  08/17/01
                                         review pleadings filed in case, 10K, CSFB
                                         analyst's report on asbestos liability.

MAYER, THOMAS MOERS        08/13/01      Calls/conferences with R. Schmidt, P. Bentley                 1.00     525.00   3793588  08/22/01
                                         re [a] Equity Committee meeting, [b] retention
                                         of local counsel, [c] schedule of future tasks
                                         (.5); review papers filed while on vacation
                                         (.5).

    Total For MAYER T - 03976                                                                          3.00   1,575.00

SCHMIDT, ROBERT T.         07/19/01      follow-up oc A. Caton re by-laws(.1); rev same                1.10     467.50   3757764  08/01/01
                                         (.1); rev general case background info (.9)

SCHMIDT, ROBERT T.         07/20/01      review articles and papers re injunction action               1.90     807.50   3757772  08/01/01
                                         (1.5); rev and comment on Committee bylaws (.2)
                                         and oc Cato nre same (.1); ocs Bentley re case
                                         issues (.1)

SCHMIDT, ROBERT T.         07/23/01      continued review of first day papers, pleadings              1.20      510.00   3758805  08/01/01
                                         etc. (1.0); rev docket (.1); ocs Finnerty and
                                         Caton re admin issues (.1)

SCHMIDT, ROBERT T.         07/24/01      attention to case admin/organizational tasks                 0.60      255.00   3758789  08/01/01
                                         (.2); ocs Caton/Finnerty re status of conflict
                                         check etc (.1); review misc case pleadings (.3)
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE     5
Run Date & Time: 09/28/2001 13:29:31

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975                 Proforma Number: 1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : MAYER THOMAS MOERS - 03976        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status      : ACTIVE

   BILLED  TIME  DETAIL
Employee Name                Work Date    Description                                                           Hours      Amount    Index#    Batch Date
------------                 ---------    -----------                                                           -----      ------    ------    ----------

SCHMIDT, ROBERT T.           07/25/01     oc Finnerty; begin review of injunction                               1.20       510.00    3761472   08/02/01
                                          pleadings
SCHMIDT, ROBERT T.           07/26/01     tc Sprayregen, Kapp re docs and mtg and ocs TWM                       1.40       595.00    3764881   08/02/01
                                          re same (.4); continued review of b-court
                                          filings (1.0)
SCHMIDT, ROBERT T.           07/27/01     tc Cathy; review injunction pleadings                                 1.00       425.00    3761464   08/02/01
SCHMIDT, ROBERT T.           07/30/01     contd review of bankruptcy court documents                            1.00       425.00    3764871   08/02/01
SCHMIDT, ROBERT T.           07/31/01     office mtg w/ Mayer and Bentley to review all                         2.40     1,020.00    3764865   08/02/01
                                          case issues and prep for session w/ Debtor's
                                          counsel (1.5); continue to review pleadings and
                                          background materials (.9)
SCHMIDT, ROBERT T.           08/01/01     review and revise retention affidavit (.4);                           2.40     1,020.00    3808353   09/05/01
                                          review and comment on memo and issues and cmtee
                                          member expense reimbursement (.9); review
                                          papers re Babcock Wilcox and other asbestos
                                          cases (1.1)
SCHMIDT, ROBERT T.           08/02/01     review papers in prep for next day mtg with                           2.00       850.00    3808343   09/05/01
                                          debtor's counsel; o/cs Bentley, Mayer re same;
                                          review informational brief
SCHMIDT, ROBERT T.           08/03/01     prep for and meet with debtor's counsel in                           12.50     5,312.50    3808333   09/05/01
                                          Chicago re all case issues, confs with Mayer
                                          and Bentley en route; review proposed CMO and
                                          pleadings re Sealed Air and Fresinous (10.5);
                                          non working travel on return trip from Chicago
                                          (2.0)
SCHMIDT, ROBERT T.           08/06/01     office conf PB, A Caton re outcome of Chicago                         1.80       765.00    3808400   09/05/01
                                          mtg with debtor's counsel; case admin issues;
                                          review CMO and other case docs; review
                                          retention papers
SCHMIDT, ROBERT T.           08/07/01     further review of CMO and case docs (.3); prep                        2.10       892.50    3808394   09/05/01
                                          for and participate on Cmtee conf call (1.0);
                                          follow up t/c with Bentley and Ted W re case
                                          issues (.3); continued review of Sealed Air and
                                          Fresinous issue (.5)
SCHMIDT, ROBERT T.           08/08/01     review misc papers, pleadings and corresp; o/cs                       1.90       807.50    3808382   09/05/01
                                          Caton and Finnerty re same; further review of
                                          CMO; o/cs Bentley re Cmtee related issues
SCHMIDT, ROBERT T.           08/09/01     review fee stmts and retention papers for misc                        0.60       255.00    3808372   09/05/01
                                          professionals; o/cs Cathy and Amy re same;
                                          attent to issues re retention of local counsel
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
Run Date & Time: 09/28/2001 13:29:31                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                Orig Prtnr :   CRED. RGTS  - 06975              Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr :   MAYER THOMAS MOERS - 03976       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                      Supv Prtnr :   MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001
                                                                                                       Status     : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name                Work Date    Description                                              Hours      Amount     Index#    Batch Date
-------------                ---------    -----------                                              -----      ------     ------    ----------

SCHMIDT, ROBERT T.           08/13/01     o/c Tom Mayer re update; t/c Sam Schwartz (K&E)           1.20      510.00    3808426   09/05/01
                                          re confidentiality issues; review proposed
                                          joint defense forms; review misc fee apps,
                                          retention papers and other publicly filed
                                          pleadings
SCHMIDT, ROBERT T.           08/14/01     follow up t/c Sam Schwartz; o/c C Finnerty;               0.70      297.50    3808414   09/05/01
                                          review conf agmt precedents; review case
                                          materials
SCHMIDT, ROBERT T.           08/23/01     review accumulation of motions including                  0.50      212.50    3809709   09/05/01
                                          exclusivity, stay, retentions, fee apps, etc.
SCHMIDT, ROBERT T.           08/24/01     review exclusivity papers; v/m Mayer re                   0.40      170.00    3809667   09/05/01
                                          September 7 hearing
SCHMIDT, ROBERT T.           08/26/01     review CMO                                                0.50      212.50    3809672   09/05/01
SCHMIDT, ROBERT T.           08/29/01     review Kirkland & Ellis fee app and misc papers           0.40      170.00    3809692   09/05/01
                                                                                                  ------   ---------
  Total For SCHMIDT R - 03699                                                                      38.80   16,490.00

BECKER, GARY M.              08/03/01     Locate documents from other asbestos Chapter 11           0.40      136.00    3770314   08/09/01
                                          cases re 524g issues (0.2). Conf. with A. Caton
                                          re same (0.2).
BECKER, GARY M.              08/06/01     Review pleadings (0.5); conf. with K. Finnerty            0.80      272.00    3770315   08/09/01
                                          re same (0.2); review memo from P. Bentley
                                          (0.1).
BECKER, GARY M.              08/15/01     Review Debtor's Application to Employ Casner &            0.20       68.00    3785831   08/17/01
                                          Edwards. (0.2).
BECKER, GARY M.              08/24/01     Attention to Debtor's motion to extend                    0.40      136.00    3798384   08/27/01
                                          exclusivity (0.3); Conf. with K. Finnerty re
                                          same (0.1).
BECKER, GARY M.              08/27/01     Review debtors motion to lift stay and                    0.70      238.00    3801948   08/30/01
                                          direction to K. Finnerty re same (0.5); conf.
                                          with K. Finnerty re motion to extend
                                          exclusivity (0.2).
BECKER, GARY M.              08/29/01     Review and revise confidentiality agreement               1.20      408.00    3802872   08/30/01
                                          (0.9); conf. with K. Finnerty re same (0.3).
BECKER, GARY M.              08/30/01     Review debtors motion to lift stay (0.5); conf.           1.80      612.00    3804279   08/31/01
                                          with K. Finnerty re same (0.2); conf. with
                                          debtors counsel re same (0.2); review and
                                          revise confidentiality agreement (0.8); conf.
                                          with K. Finnerty re revisions (0.2).
BECKER, GARY M.              08/31/01     Review debtors two motions to assume and assign           1.10      374.00    3806790   09/04/01
                                          leases (1.0); call from debtors counsel re
                                          motion to lift stay (0.1)
                                                                                                  ------   ---------
  Total For BECKER G - 05292                                                                        6.60    2,244.00
```