```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    7
Run Date & Time: 09/28/2001 13:29:31                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : MAYER THOMAS MOERS - 03976       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status    : ACTIVE

B I L L E D    T I M E    D E T A I L
Employee Name              Work Date    Description                                                               Hours       Amount     Index#     Batch Date
-------------              ---------    -----------                                                               -----       ------     ------     ----------

CATON, AMY                 07/19/01     drafting bylaws, tc w/ B Schmidt re: same                                  4.50     1,260.00     3765048    08/02/01
                                        (3.5); research re: general asbestos knowledge
                                        (1)
CATON, AMY                 07/20/01     editing bylaws per B Schmidt comments (1.5);                               3.60     1,008.00     3765014    08/02/01
                                        drafting memo, fax to Cmte w/ same (.6);
                                        gathering names for conflict check -- email to
                                        firm re: same (1.5)
CATON, AMY                 07/23/01     call to T Currier re: Klett Rooney as local                                0.90       252.00     3765020    08/02/01
                                        counsel, v/m to B Schmidt re: same (.4);
                                        reviewing conflict check results, t/c w/ C
                                        Finnerty re: continuation of same (.5)
CATON, AMY                 07/24/01     call to T Currier re: Klett Rooney as local                                0.50       140.00     3765026    08/02/01
                                        counsel (.1); research re: general asbestos
                                        (.4)
CATON, AMY                 07/26/01     organizational tc w/ C Finnerty re: outstanding                            0.40       112.00     3765032    08/02/01
                                        issues on Grace, conflict check, doc dump f/
                                        Kirkland
CATON, AMY                 07/27/01     call to J Kapp. R Higgins re: bankruptcy issues                            2.00       560.00     3765043    08/02/01
                                        in case, need for info (.3); email re: service
                                        list, same to S Cipolla for notice of
                                        appearance, reviewing notice (.4); instructions
                                        to C Larsen re: contact list, reviewing info
                                        for same (.7); reviewing docket (.4); call to T
                                        Currier re: local counsel (.2)
CATON, AMY                 07/31/01     reviewing/editing contact list (.5); email to B                            1.10       308.00     3763526    08/02/01
                                        Schmidt re bylaws (.2); info to C Finnerty re:
                                        retention application (.4)
CATON, AMY                 08/01/01     team mtg w/ P Bentley, C Finnerty, K Mangual                               3.00       840.00     3772375    08/10/01
                                        re: getting docs for K&E mtg, keeping files
                                        (1.2); efforts w/ K Mangual to organize docs
                                        for P Bentley for K&E mtg, reviewing docket for
                                        same (1.8)
CATON, AMY                 08/10/01     email to T Weschler cmte member expense                                    0.10        28.00     3795822    08/24/01
                                        reimbursement form
                                                                                                                 ------    ---------
        Total For CATON A - 04418                                                                                16.10     4,508.00

FINNERTY, CATHERINE E      07/29/01     Begin review docket for recent pleadings and to                            2.00       650.00     3761613    08/02/01
                                        understand issues in the adversary proceeding
FINNERTY, CATHERINE E      07/29/01     Review draft of by-laws                                                    0.30        97.50     3761614    08/02/01
FINNERTY, CATHERINE E      08/01/01     Meeting w/ P. Bentley and A. Caton re:                                     0.40       130.00     3767361    08/06/01
                                        organization and preparation for meeting on
                                        Friday with Debtors
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    8
Run Date & Time: 09/28/2001 13:29:31                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                               Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:   1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                       Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                                     Hours     Amount       Index#  Batch Date
------------               ---------   -----------                                                     -----     ------       ------  ----------

FINNERTY, CATHERINE E      08/02/01    Disc. w/ P. Bentley and A. Caton re: reivew of                   1.00     325.00    3767358 08/06/01
                                       files for trusts and method of funding; conduct
                                       rview and prepare e-mail re: same
FINNERTY, CATHERINE E      08/07/01    Participate in Committee conf. call (1.4);                       2.60     845.00    3711252 08/10/01
                                       related follow up meeting w/ P. Bentley, R.
                                       Schmidt, and A. Caton to discuss open issues
                                       and case management; review timetable and memo
                                       of law on case management motion (1.2)
FINNERTY, CATHERINE E      08/28/01    T/c w/ S. Schwartz re: obtaining form                            0.20      65.00    3817480 09/13/01
                                       confidentiality agreement
FINNERTY, CATHERINE E      08/30/01    Review Babcock & Wilcox plan; review other                       2.40     780.00    3817470 09/13/01
                                       motions as per G. Becker
FINNERTY, CATHERINE E      08/31/01    Review various motions and other internal                        2.10     682.50    3817468 09/13/01
                                       summary memos

Total For FINNERTY C - 05132                                                                           11.00   3,575.00

CIPOLLA, SANTO A.          07/31/01    conference with Amy Caton regarding contact                      1.70     255.00    3756017 08/01/01
                                       list (20); reviewed and revised same per Amy's
                                       instructions (1.50).
CIPOLLA, SANTO A.          08/03/01    conference with managing attorneys office                        0.80     120.00    3777992 08/14/01
                                       regarding obtaining copies of Babcock & Wilcox
                                       pleadings (.40); follow-up conference with
                                       Catherine Finnerty regarding same (.40).
CIPOLLA, SANTO A.          08/07/01    conference with managing attorneys office                        0.40      60.00    3778750 08/14/01
                                       regarding copies of pleadings filed in Babcock
                                       & Wilcox case which mirrors W.R. Grace matter
                                       (.40).

Total For CIPOLLA S - 03871                                                                             2.90     435.00

MANGUAL, KATHLEEN          07/20/01    Doc request from A. Caton (1.0)                                  1.00     150.00    3744770 07/24/01
MANGUAL, KATHLEEN          07/27/01    Retrieval and Dup of Adversary Proceedings                       1.00     150.00    3751228 07/30/01
                                       pleadings per C. Finnerty (1.0)
MANGUAL, KATHLEEN          07/31/01    Organization of files (1.5) Conference w/ A.                     2.00     300.00    3761680 08/02/01
                                       Caton re: doc we have on case. (.2) Formulated
                                       list of documents per A. Caton (.30)
```

alp_132r: Billed Charges Analysis

Run Date & Time: 09/28/2001 13:29:31

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 9

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1404711
Bill Frequency: M

Status : ACTIVE

## BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 08/01/01 | Obtain hourly rates, contact information for committee members per C. Finnerty (1.0); Conference w/ P. Bentley, C. Finnerty and A. Caton re: Grace documents (.50); Preparation for 8/3 meeting, including document retrieval, conversations w/ debtors counsel (5.5); Creating Pleadings Index (2.0) | 9.00 | 1,350.00 | 3767397 | 08/06/01 |
| MANGUAL, KATHLEEN | 08/02/01 | Retrieval of documents via web, updated pleadings index (3.0) | 3.00 | 450.00 | 3767387 | 08/06/01 |
| MANGUAL, KATHLEEN | 08/07/01 | Updated Pleadings Index and Maintenance of files (3.0) | 3.00 | 450.00 | 3771267 | 08/10/01 |
| MANGUAL, KATHLEEN | 08/08/01 | Organization of conflict checks (1.0); Retrieval of pleadings and organization to disperse to committee members (2.0) | 3.00 | 450.00 | 3775451 | 08/13/01 |
| MANGUAL, KATHLEEN | 08/13/01 | Review of docket and update of Index/Correspondence | 1.00 | 150.00 | 3815161 | 09/07/01 |
| MANGUAL, KATHLEEN | 08/14/01 | Case Administration of research and sec filings (2.0) | 2.00 | 300.00 | 3793271 | 08/21/01 |
| MANGUAL, KATHLEEN | 08/15/01 | Update pleadings index, organized correspondence (1.5) | 1.50 | 225.00 | 3793258 | 08/21/01 |
| MANGUAL, KATHLEEN | 08/16/01 | Organized documents into plies for purpose of updating files (1.5) | 1.50 | 225.00 | 3793263 | 08/21/01 |
| MANGUAL, KATHLEEN | 08/21/01 | Update of Index (1.0); research of individual contact info of T. Currier (.2). | 1.20 | 180.00 | 3795613 | 08/24/01 |
| MANGUAL, KATHLEEN | 08/22/01 | Update of pleadings Index and correspondence (2.5) | 2.50 | 375.00 | 3795618 | 08/24/01 |
| MANGUAL, KATHLEEN | 08/23/01 | Update of index to reflect and co-inside with new docket system of DE (2.0); Update of labels to reflect Notice of Appearances filed in the case (1.0) | 3.00 | 450.00 | 3796404 | 08/24/01 |
| MANGUAL, KATHLEEN | 08/29/01 | Conference w/ C. finnerty re: montly opp. (.30) Search for Order establishing procedures for interim compensation (.30); Left vm to para of debtors counsel re: order (.20); | 0.80 | 120.00 | 3805103 | 09/04/01 |
| MANGUAL, KATHLEEN | 08/31/01 | Updated Adversary Pleading Index and correspondence (2.0) | 2.00 | 300.00 | 3806696 | 09/04/01 |
| **Total For MANGUAL K - 05208** | | | **37.50** | **5,625.00** | | |
| TEMP, PARALEGAL CLK | 08/01/01 | Adversary pleading Index as per K. Mangual (T. Gordon) | 6.00 | 360.00 | 3793673 | 08/22/01 |
| TEMP, PARALEGAL CLK | 08/02/01 | Per K. Mangual, Continued Pleading Index and Number Manila Folders(T.Gordon) | 3.00 | 180.00 | 3793695 | 08/22/01 |

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    10
Run Date & Time: 09/28/2001 13:29:31                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

              B I L L E D   T I M E   D E T A I L
Employee Name                 Work Date    Description                                     Hours         Amount       Index#    Batch No  Batch Date

                                           Fee Total                                        9.00        540.00

Total For TEMP P - 05182                                                                                127.00     35,884.50

              B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee          Date            Amount        Index#      Batch No   Batch Date

TELECOPIER             0815
    TELECOPIER                             FINNERTY, C E    08/24/01          5.00        5161741      62060       08/27/01
    #s
    TELECOPIER                             FINNERTY, C E    08/30/01          4.00        5169640      62366       08/31/01
    fax numbers
    TELECOPIER                             FINNERTY, C E    08/30/01          4.00        5169641      62366       08/31/01
    04 2209321 312 3
                                                0815 TELECOPIER Total :                   13.00

VELOBINDINGS           0816
    VELOBINDINGS                           CATON, A         07/30/01          0.00        5111749      60448       07/31/01
    Wayne Levy
    VELOBINDINGS                           BENTLEY, P       08/09/01          0.00        5130001      61272       08/10/01
    Robert Scott
    VELOBINDINGS                           BENTLEY, P       08/09/01          0.00        5130002      61272       08/10/01
    Joy James
                                                0816 VELOBINDINGS Total :                 0.00

TABS                   0817
    TABS                                   CATON, A         07/30/01          0.00        5111736      60447       07/31/01
    Wayne Levy
    TABS                                   MANGUAL, K M     08/08/01          0.00        5129978      61271       08/10/01
    Walter Hahn
    TABS                                   MANGUAL, K M     08/09/01          0.00        5129979      61271       08/10/01
    Robert Scott
    TABS                                   BENTLEY, P       08/09/01          0.00        5129980      61271       08/10/01
    Robert Scott
                                                0817 TABS Total :                         0.00

PHOTOCOPYING           0820
    PHOTOCOPYING                           CATON, A         07/20/01          6.60        5096628      59931       07/23/01
    ON AM - CATON     AM
    PHOTOCOPYING                           CATON, A         07/24/01          9.75        5101567      60075       07/25/01
    ON AM - CATON     AM
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    11
Run Date & Time: 09/28/2001 13:29:31
                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                           Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                   Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status      : ACTIVE

                      B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee             Date        Amount      Index#    Batch No  Batch Date
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 07/25/01 | 14.70 | 5104019 | 60144 | 07/26/01 |
| PHOTOCOPYING NERTY - FINNERTY | FINNERTY, C E | 07/26/01 | 0.15 | 5105453 | 60217 | 07/27/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 07/27/01 | 207.30 | 5106770 | 60282 | 07/31/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 07/29/01 | 181.65 | 5110060 | 60376 | 07/31/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 08/01/01 | 7.35 | 5118897 | 61013 | 08/07/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 08/01/01 | 7.65 | 5118898 | 61013 | 08/07/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 08/01/01 | 8.40 | 5118939 | 61013 | 08/07/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 08/01/01 | 2.40 | 5118940 | 61013 | 08/07/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 08/02/01 | 197.10 | 5118899 | 61013 | 08/07/01 |
| PHOTOCOPYING ER TH - MAYER TH | MAYER, T M | 08/03/01 | 38.10 | 5118941 | 61013 | 08/07/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 08/03/01 | 86.10 | 5136430 | 61410 | 08/15/01 |
| PHOTOCOPYING ON AM - CATON AM | CATON, A | 08/06/01 | 3.60 | 5118942 | 61013 | 08/07/01 |
| PHOTOCOPYING ON AM - CATON AM | CATON, A | 08/06/01 | 5.40 | 5118943 | 61013 | 08/07/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 08/06/01 | 2.55 | 5121381 | 61128 | 08/08/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 08/07/01 | 0.45 | 5158194 | 61905 | 08/23/01 |
| PHOTOCOPYING ON AM - CATON AM | CATON, A | 08/07/01 | 8.70 | 5158195 | 61905 | 08/23/01 |
| PHOTOCOPYING ON AM - CATON AM | CATON, A | 08/07/01 | 21.60 | 5158196 | 61905 | 08/23/01 |
| PHOTOCOPYING ON AM - CATON AM | CATON, A | 08/08/01 | 0.30 | 5122134 | 61144 | 08/09/01 |
| PHOTOCOPYING LER S - BUTLER S | BUTLER, S B | 08/08/01 | 178.05 | 5122135 | 61144 | 08/09/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 08/08/01 | 18.15 | 5122136 | 61144 | 08/09/01 |

```
alp_132r: Billed Charges Analysis                                                                                                                      PAGE    12
Run Date & Time: 09/28/2001 13:29:31

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:    1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : MAYER THOMAS MOERS - 03976        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                        Employee           Date        Amount       Index#    Batch No  Batch Date
------------------------------------------------------------------------------------------------------------------

PHOTOCOPYING
GUAL - MANGUAL                          MANGUAL, K M       08/08/01      14.70     5122137     61144     08/09/01
PHOTOCOPYING
GUAL - MANGUAL                          MANGUAL, K M       08/09/01     151.35     5126763     612227    08/10/01
PHOTOCOPYING
TLEY - BENTLEY                          BENTLEY, P         08/09/01      27.45     5126764     61227     08/10/01
PHOTOCOPYING
TLEY - BENTLEY                          BENTLEY, P         08/09/01      24.30     5126765     612227    08/10/01
PHOTOCOPYING
TLEY - BENTLEY                          BENTLEY, P         08/09/01       1.80     5126766     61227     08/10/01
PHOTOCOPYING
TLEY - BENTLEY                          BENTLEY, P         08/09/01      34.80     5126767     612227    08/10/01
PHOTOCOPYING
GUAL - MANGUAL                          MANGUAL, K M       08/10/01     131.25     5136441     61410     08/15/01
PHOTOCOPYING
ER TH - MAYER TH                        MAYER, T M         08/13/01     109.05     5146897     612619    08/20/01
PHOTOCOPYING
GUAL - MANGUAL                          MANGUAL, K M       08/22/01     146.85     5169999     62369     08/31/01
PHOTOCOPYING
GUAL - MANGUAL                          MANGUAL, K M       08/29/01       2.70     5167995     62313     08/30/01
PHOTOCOPYING
GUAL - MANGUAL                          MANGUAL, K M       08/29/01       1.50     5167996     62313     08/30/01
                                                0820 PHOTOCOPYING Total :         1,751.25

INSIDE MESSENGER
INSIDE MESSENGER
Boyle Brian                             BOYLE, B           07/20/01      12.00     5099646     59995     07/24/01
                                                0835 INSIDE MESSENGER Total :       12.00

MANUSCRIPT SERVICE                0840
MANUSCRIPT SERVICE
08/01/2001                              SEAWRIGHT, J       08/01/01      12.00     5117182     61000     08/07/01
MANUSCRIPT SERVICE
08/06/2001                              ROSENBLUM, A       08/06/01      15.00     5117574     61004     08/07/01
MANUSCRIPT SERVICE
08/09/2001                              SEAWRIGHT, J       08/09/01      36.00     5127824     612247    08/13/01
                                                0840 MANUSCRIPT SERVICE Total :     63.00

RESEARCH SERVICES                 0841
RESEARCH SERVICES
07/20/2001                              BOYLE, B           07/20/01      56.00     5107347     60285     07/30/01
RESEARCH SERVICES
08/06/2001                              BOYLE, B           08/06/01      14.00     5124587     61195     08/09/01
RESEARCH SERVICES
08/07/2001                              BOYLE, B           08/07/01      14.00     5124588     61195     08/09/01
                                                0841 RESEARCH SERVICES Total :      84.00
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE    13
Run Date & Time: 09/28/2001 13:29:32

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                       Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code            Employee            Date         Amount        Index#     Batch No    Batch Date
--------------------        --------            ----         ------        ------     --------    ----------

DOCUMENT PREP.      0842
 DOCUMENT PREP.
  08/06/2001                KOSCAL, T M         08/06/01      32.00        5144200    61547       08/17/01

                                     0842 DOCUMENT PREP. Total :           32.00

LONG-DISTANCE TEL.  0885
 LONG-DISTANCE TEL.
  3128612124                CATON, A            07/20/01       0.30        5097573    59934       07/23/01
  3128612124                CATON, A            07/20/01       0.30        5097574    59934       07/23/01
  3128612124                CATON, A            07/23/01       0.89        5099506    59994       07/24/01
  3025524220                CATON, A            07/24/01       0.30        5102195    60077       07/25/01
  3025524220                CATON, A            07/27/01       0.59        5107201    60284       07/31/01
  3128612160                CATON, A            07/27/01       1.18        5107202    60284       07/31/01
  3128612160                CATON, A            07/27/01       0.30        5107203    60284       07/31/01
  3025524220                CATON, A            07/27/01       1.48        5107204    60284       07/31/01
  3128612124                LARSEN, C           07/31/01       0.30        5113237    60284       08/01/01
  3025522900                LARSEN, C           07/31/01       0.30        5113238    60501       08/01/01
  3025736170                CATON, A            07/31/01       1.00        5113239    60501       08/01/01
  3025551212                CATON, A            07/31/01       1.00        5113240    60501       08/01/01
  3128612124                SCHMIDT, R T        07/31/01       0.30        5113240    60501       08/01/01
  2155551212                BENTLEY, P          08/01/01      11.51        5122913    61146       08/09/01
  8054993572                BENTLEY, P          08/01/01       0.30        5122914    61146       08/09/01
  2027971111                MANGUAL, K M        08/06/01       0.30        5131180    61288       08/13/01
  3022522900                MANGUAL, K M        08/06/01       0.30        5131181    61288       08/13/01
  3022522900                MANGUAL, K M        08/06/01       0.30        5131182    61288       08/13/01
  3022522900                BENTLEY, P          08/06/01       0.30        5174934    62576       09/05/01
  8042970816
```

```
alp_132r: Billed Charges Analysis                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    14
Run Date & Time: 09/28/2001 13:29:32                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS   - 06975                          Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : MAYER THOMAS MOERS - 03976                    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status      :  ACTIVE

B I L L E D   C O S T S   D E T A I L
------------------------------------------------------------------------------------------------------------------------------------------------
Description/Code                 Employee           Date        Amount    Index#    Batch No  Batch Date
---------------                  --------           ----        ------    ------    --------  ----------
LONG-DISTANCE TEL.
252457001
LONG-DISTANCE TEL.               BENTLEY, P         08/06/01     0.30     5174935    62576    09/05/01
312325370
LONG-DISTANCE TEL.               BENTLEY, P         08/06/01     0.30     5174936    62576    09/05/01
202971111
LONG-DISTANCE TEL.               BENTLEY, P         08/06/01     0.30     5174937    62576    09/05/01
252457001
LONG-DISTANCE TEL.               BENTLEY, P         08/07/01     0.59     5122536    61145    08/09/01
252457001
LONG-DISTANCE TEL.               BENTLEY, P         08/07/01     0.59     5122537    61145    08/09/01
312861200
LONG-DISTANCE TEL.               BENTLEY, P         08/07/01     0.30     5122538    61145    08/09/01
602746221
LONG-DISTANCE TEL.               MANGUAL, K M       08/08/01     0.59     5131183    61288    08/13/01
312861200
LONG-DISTANCE TEL.               CATON, A           08/10/01     0.30     5135444    61360    08/14/01
302552420
LONG-DISTANCE TEL.               BENTLEY, P         08/13/01     1.77     5136877    61411    08/15/01
202971111
LONG-DISTANCE TEL.               BENTLEY, P         08/15/01     0.30     5142892    61483    08/16/01
312861224
LONG-DISTANCE TEL.               BENTLEY, P         08/17/01     1.48     5147527    61620    08/20/01
411
LONG-DISTANCE TEL.               MANGUAL, K M       08/21/01     0.60     5157834    61893    08/23/01
302552450
LONG-DISTANCE TEL.               CATON, A           08/23/01     0.23     5159749    61963    08/24/01
312861200
LONG-DISTANCE TEL.               CATON, A           08/24/01     0.30     5159748    61963    08/24/01
312861310
LONG-DISTANCE TEL.               FINNERTY, C E      08/27/01     0.59     5165554    62250    08/29/01
804297081
LONG-DISTANCE TEL.               MANGUAL, K M       08/29/01     0.30     5173516    62508    09/05/01
312861200
LONG-DISTANCE TEL.               FINNERTY, C E      08/30/01     0.30     5169740    62368    08/31/01
302524100
LONG-DISTANCE TEL.
312861103
                                      0885 LONG-DISTANCE TEL. Total :    32.17

WESTLAW ON - LINE RE             BOYLE, B           08/07/01     9.11     5173710    62515    09/05/01
WESTLAW ON - LINE RE  0917
                                      0917 WESTLAW ON - LINE RE Total :   9.11
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE   15
Run Date & Time: 09/28/2001 13:29:32                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                            Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:   1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : MAYER THOMAS MOERS - 03976     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| LEXIS / NEXIS ON-L   0921 | | | | | | |
| LEXIS / NEXIS ON-L | | | | | | |
| LEXIS / NEXIS ON-LINE RESEARCH | MAYER, T M | 07/20/01 | 3.13 | 5115243 | 60623 | 08/02/01 |
| 0921 LEXIS / NEXIS ON-L Total : | | | 3.13 | | | |
| MESSENGER/COURIER   0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | | | | | | |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION 07/02/01 | MANGUAL, K M | 08/13/01 | 11.91 | 5133350 | 61319 | 08/13/01 |
| FEDERAL EXPRESS CORPORAT | | | | | | |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | MANGUAL, K M | 08/21/01 | 32.77 | 5155221 | 61698 | 08/21/01 |
| 0930 MESSENGER/COURIER Total : | | | 44.68 | | | |
| LEGAL SEARCH FEES   0935 | | | | | | |
| GLOBAL SECURITIES INFORM | | | | | | |
| LEGAL SEARCH FEES - VENDOR-GLOBAL SECURITIES INFORMATION, IN | PELLETIER, D | 08/15/01 | 21.65 | 5141979 | 61412 | 08/15/01 |
| DISCLOSURE INCORPORATED | | | | | | |
| LEGAL SEARCH FEES - VENDOR-DISCLOSURE INCORPORATED | PELLETIER, D | 08/16/01 | 772.98 | 5143372 | 61524 | 08/17/01 |
| 0935 LEGAL SEARCH FEES Total : | | | 794.63 | | | |
| CAB FARES   0940 | | | | | | |
| THE COMPANY CAR | | | | | | |
| CAB FARES - VENDOR-THE COMPANY CAR 6/23/01 | FINNERTY, C E | 07/30/01 | 99.45 | 5109258 | 60342 | 07/30/01 |
| THE COMPANY CAR | | | | | | |
| CAB FARES - VENDOR-THE COMPANY CAR 7/3/01 | FINNERTY, C E | 07/30/01 | 117.30 | 5109334 | 60342 | 07/30/01 |
| MARIANNE FERGUSON, CASHI | | | | | | |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 07/18/01 | BENTLEY, P | 07/31/01 | 21.50 | 5111530 | 60435 | 07/31/01 |
| MARIANNE FERGUSON, CASHI | | | | | | |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | BENTLEY, P | 08/14/01 | 10.00 | 5135900 | 61391 | 08/14/01 |
| MARIANNE FERGUSON, CASHI | | | | | | |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 08/06/01 | BENTLEY, P | 08/14/01 | 10.00 | 5135902 | 61391 | 08/14/01 |
| MARIANNE FERGUSON, CASHI | | | | | | |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 08/07/01 | MAYER, T M | 08/14/01 | 60.00 | 5135906 | 61391 | 08/14/01 |
| MARIANNE FERGUSON, CASHI | | | | | | |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 07/31/01 | SCHMIDT, R T | 08/14/01 | 14.00 | 5135917 | 61391 | 08/14/01 |