```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   16
Run Date & Time: 09/28/2001 13:29:32
                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                        Orig Prtnr  : CRED. RGTS    - 06975             Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr  : MAYER THOMAS MOERS - 03976        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status          : ACTIVE
```

```
     B I L L E D    C O S T S    D E T A I L
Description/Code                                                     Employee              Date          Amount     Index#    Batch No  Batch Date
-------------------                                                  ---------             ----          ------     ------    --------  ----------

MARIANNE FERGUSON, CASHI                                             BENTLEY, P          08/14/01         10.00     5135896    61391    08/14/01
CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
08/01/01
MARIANNE FERGUSON, CASHI                                             BENTLEY, P          08/14/01         46.00     5135898    61391    08/14/01
CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
08/03/01
AYK ENTERPRISES, INC.                                                SCHMIDT, R T        08/21/01        119.34     5155380    61714    08/21/01
CAB FARES - VENDOR-AYK ENTERPRISES, INC.
7/18/01
AYK ENTERPRISES, INC.                                                SCHMIDT, R T        08/21/01        148.41     5155414    61714    08/21/01
CAB FARES - VENDOR-AYK ENTERPRISES, INC.
8/3/01
AYK ENTERPRISES, INC.                                                SCHMIDT, R T        08/28/01        122.91     5163799    62105    08/28/01
CAB FARES - VENDOR-AYK ENTERPRISES, INC.
8/3/01
THE COMPANY CAR                                                      FINNERTY, C E       08/28/01        117.30     5163837    62105    08/28/01
CAB FARES - VENDOR-THE COMPANY CAR 7/10/01
DIAL CAR INC.                                                        MANGUAL, K M        08/29/01         29.58     5166439    62251    08/29/01
CAB FARES - VENDOR-DIAL CAR INC. 7/11/01
THE COMPANY CAR                                                      FINNERTY, C E       08/31/01        104.55     5170558    62370    09/04/01
CAB FARES - VENDOR-THE COMPANY CAR 7/27/01

                                                    0940 CAB FARES Total :             1,030.34

MEALS/IN-HOUSE           0942
MARIANNE FERGUSON, CASHI                                             BENTLEY, P          07/31/01         14.00     5111529    60435    07/31/01
MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
CASHIER 07/18/01
MARIANNE FERGUSON, CASHI                                             BENTLEY, P          08/14/01         14.00     5135899    61391    08/14/01
MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
CASHIER 08/06/01
MARIANNE FERGUSON, CASHI                                             BENTLEY, P          08/14/01         10.00     5135901    61391    08/14/01
MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
CASHIER 08/07/01
MARIANNE FERGUSON, CASHI                                             BENTLEY, P          08/14/01          3.00     5135895    61391    08/14/01
MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
CASHIER 08/01/01
MARIANNE FERGUSON, CASHI                                             BENTLEY, P          08/14/01          5.00     5135897    61391    08/14/01
MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
CASHIER 08/03/01
SOMETHING ELSE RESTAURAN                                             SAROOP, K S         08/30/01         12.15     5168866    62318    08/30/01
MEALS/IN-HOUSE - VENDOR-SOMETHING ELSE
RESTAURANT 6/24/01

                                                    0942 MEALS/IN-HOUSE Total :            58.15
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 09/28/2001 13:29:32
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

```
Matter No: 056772-00001                                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : MAYER THOMAS MORRS - 03976 Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                             Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                            Status : ACTIVE
```

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| IN-HOUSE/MEALS     0943 | | | | | | |
| IN-HOUSE/MEALS | FINNERTY, C E | 08/07/01 | 21.91 | 5120752 | 61110 | 08/08/01 |
| 0943 IN-HOUSE/MEALS Total : | | | 21.91 | | | |
| CORP. SVC./FILING   0970 | | | | | | |
| U.S. DOCUMENT RETRIEVAL | MAYER, T M | 07/24/01 | 115.39 | 5100013 | 59956 | 07/24/01 |
| CORP. SVC./FILING - VENDOR-U.S. DOCUMENT RETRIEVAL SERVICE | | | | | | |
| 0970 CORP. SVC./FILING Total : | | | 115.39 | | | |
| Document Retrieval F   0972 | | | | | | |
| U.S. DOCUMENT RETRIEVAL | PIZZARELLO, C | 08/28/01 | 89.31 | 5164215 | 62105 | 08/28/01 |
| VENDOR-U.S. DOCUMENT RETRIEVAL SERVICE | | | | | | |
| 0972 Document Retrieval F Total : | | | 89.31 | | | |

Costs Total :    4,154.07

```
alp_132r: Billed Charges Analysis                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    18
Run Date & Time: 09/28/2001 13:29:32                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                                     Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:   1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                             Bill Prtnr : MAYER THOMAS MOERS - 03976          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                   Status     : ACTIVE

         B I L L E D   T I M E   S U M M A R Y
Employee Name                          Hours        Amount             Bill         W/o / W/u         Transfer To        Clnt/Mtr        Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                         2.10         892.50
SCHMIDT, ROBERT T.                     38.80      16,490.00
MAYER, THOMAS MOERS                     3.00       1,575.00
CATON, AMY                             16.10       4,508.00
FINNERTY, CATHERINE                    11.00       3,575.00
BECKER, GARY M.                         6.60       2,244.00
CIPOLLA, SANTO A.                       2.90         435.00
TEMP, PARALEGAL CLK                     9.00         540.00
MANGUAL, KATHLEEN                      37.50       5,625.00

      Total:                          127.00      35,884.50


         B I L L E D   C O S T S   S U M M A R Y
Code Description                                    Amount             Bill         W/o / W/u         Transfer To        Clnt/Mtr        Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------------------------
0815 TELECOPIER                                      13.00
0816 VELOBINDINGS                                     0.00
0817 TABS                                             0.00
0820 PHOTOCOPYING                                 1,751.25
0835 INSIDE MESSENGER                                12.00
0840 MANUSCRIPT SERVICE                              63.00
0841 RESEARCH SERVICES                               84.00
0842 DOCUMENT PREP.                                  32.00
0885 LONG-DISTANCE TEL.                              32.17
0917 WESTLAW ON - LINE RESEARC                        9.11
```

```
alp_132r: Billed Charges Analysis                                                                                               PAGE    19
Run Date & Time: 09/28/2001 13:29:32

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr  : CRED. RGTS      - 06975       Proforma Number:  1404711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status      : ACTIVE

                B I L L E D   C O S T S   S U M M A R Y
Code Description                    Amount         Bill        W/o / W/u      Transfer To     Clnt/Mtr Carry Forward
---------------------------------------------------------------------------------------------------------------------

0921 LEXIS / NEXIS ON-LINE R            3.13       _____   _____      _____       _____
0930 MESSENGER/COURIER                 44.68       _____   _____      _____       _____
0935 LEGAL SEARCH FEES                794.63       _____   _____      _____       _____
0940 CAB FARES                      1,030.34       _____   _____      _____       _____
0942 MEALS/IN-HOUSE                    58.15       _____   _____      _____       _____
0943 IN-HOUSE/MEALS                    21.91       _____   _____      _____       _____
0970 CORP. SVC./FILING                115.39       _____   _____      _____       _____
0972 Document Retrieval Fees           89.31       _____   _____      _____       _____

        Costs Total :               4,154.07
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE      20
Run Date & Time: 09/28/2001 13:29:32                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                   Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:   1404712
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status       : ACTIVE

Special Billing Instructions:

----------------------------------------------------------------PRE-BILLING SUMMARY REPORT----------------------------------------------------

              UNBILLED TIME FROM:    07/19/2001       TO:  08/09/2001
              UNBILLED DISB FROM:    07/27/2001       TO:  08/31/2001

                                        -------- FEES --------          -------- COSTS --------
GROSS BILLABLE AMOUNT:                       5,226.00                           997.34
AMOUNT WRITTEN DOWN:
                   PREMIUM:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
             ON ACCOUNT BILLED:
                 THRU DATE:           08/09/2001                                08/31/2001
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    MAYER THOMAS MOERS - 03976       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


------------------------------------ ACCOUNTS RECEIVABLE TOTALS --------------------  UNAPPLIED CASH --------

         FEES:                  5,226.00         UNIDENTIFIED RECEIPTS:    0.00
DISBURSEMENTS:                    997.34         PAID FEE RETAINER:        0.00
FEE RETAINER:                       0.00         PAID DISB RETAINER:       0.00
DISB RETAINER:                      0.00         TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING:              6,223.34         TRUST BALANCE:
                                                 BILLING HISTORY
DATE OF LAST BILL:             09/28/01          LAST PAYMENT DATE:
LAST BILL NUMBER:               339400           FEES BILLED TO DATE:    5,226.00
LAST BILL THRU DATE:           08/31/01          FEES WRITTEN OFF TO DATE: 0.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee        (6) Summer Associate
     (2) Late Time & Costs Posted  (7) Fixed Fee
     (3) Pre-arranged Discount     (8) Premium
     (4) Excessive Legal Time      (9) Rounding
     (5) Business Development     (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                        PAGE    21
Run Date & Time: 09/28/2001 13:29:32
                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1404712
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status    :  ACTIVE

                    B I L L E D   T I M E    S U M M A R Y  ---------------- Total Billed ----------------
Emp Id Employee Name                       Group                Oldest        Latest       Hours       Amount

02495  BENTLEY, PHILIP                    PARTNER             08/06/01      08/07/01        5.20     2,210.00
04418  CATON, AMY                         ASSOCIATE           08/01/01      08/09/01        6.70     1,876.00
05292  BECKER, GARY M.                    ASSOCIATE           08/07/01      08/07/01        1.50       510.00
03871  CIPOLLA, SANTO A.                  PARALEGAL           07/27/01      08/02/01        3.90       585.00
05208  MANGUAL, KATHLEEN                  PARALEGAL           07/19/01      07/19/01        0.30        45.00

                                        Total:                                             17.60     5,226.00

Sub-Total Hours :     5.20 Partners     0.00 Counsels     8.20 Associates     4.20 Legal Assts     0.00 Others


                    B I L L E D   C O S T S    S U M M A R Y  ------------- Total Billed -------------
Code  Description                                              Oldest        Latest         Total
                                                               Entry         Entry         Amount

0820  PHOTOCOPYING                                            08/01/01      08/21/01       132.90
0842  DOCUMENT PREP.                                          07/27/01      07/28/01       116.00
0880  POSTAGE                                                 07/30/01      07/30/01       104.02
0885  LONG-DISTANCE TEL.                                      07/27/01      07/27/01         1.18
0930  MESSENGER/COURIER                                       08/14/01      08/21/01        32.18
0935  LEGAL SEARCH FEES                                       08/15/01      08/15/01       133.96
0940  CAB FARES                                               08/28/01      08/31/01       359.55
0942  MEALS/IN-HOUSE                                          08/30/01      08/30/01        22.80
0943  IN-HOUSE/MEALS                                          07/31/01      07/31/01        22.01
0972  Document Retrieval Fees                                 08/28/01      08/28/01        72.74

                                        Total                                              997.34

                                    Grand Total                                          6,223.34
                                                                                        ==========

       B I L L I N G   &   P A Y M E N T    H I S T O R Y (Reflects Payments As of 09/28/01 13:29:32)
                                       ---------- Billed -----------   ------ Applied ---- Collections ----    Balance
       Bill Date Thru Date  Bill#      Fee & OA   Disbursement           From OA    Total         Date          Due

       09/28/01 08/31/01   339400      5,226.00        997.34              .00       .00                      6,223.34

                                Total:  5,226.00        997.34              .00                               6,223.34
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    22
Run Date & Time: 09/28/2001 13:29:32                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                         Orig Prtnr : CRED. RGTS - 06975                            Proforma Number:    1404712
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : MAYER THOMAS MOERS - 03976                    Bill Frequency:    M
Matter Name : COMMITTEE & CREDITOR CORRESP.                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status      : ACTIVE

    B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                                Hours       Amount      Index#    Batch Date
-------------            ---------   -----------                                                -----       ------      ------    ----------

BENTLEY, PHILIP          08/06/01    Discs. T. Wechsler, RS and AC re upcoming                   1.40       595.00    3798060  08/27/01
                                     committee meeting, and memo to committee re
                                     same.
BENTLEY, PHILIP          08/07/01    Telephonic committee meeting, prepare for same,             3.80     1,615.00    3798051  08/27/01
                                     notes for followup and discs. T. Wechsler re
                                     same.

       Total For BENTLEY P - 02495                                                               5.20     2,210.00

BECKER, GARY M.          08/07/01    Prepare for and conference call with Equity                 1.50       510.00    3770316  08/09/01
                                     Committee. (1.5).

       Total For BECKER G - 05292                                                                1.50       510.00

CATON, AMY               08/01/01    creating Cmte expense form (.8); memo to Cmte               1.30       364.00    3772403  08/10/01
                                     re: same (.5)
CATON, AMY               08/03/01    calls to Cmte members re: bylaws                            0.50       140.00    3772400  08/10/01
CATON, AMY               08/06/01    cted calls to Cmte members re: comments to                  1.40       392.00    3772393  08/10/01
                                     bylaws (.2); email to S Atlas re: same (.4);
                                     memo to Cmte members re: Tuesday conference
                                     call (.5); tc w/ P Bentley re: Tuesday call,
                                     docs to go to Cmte members (.3)
CATON, AMY               08/07/01    cvr memo & fax to Cmte w/ bylaws revisions                  3.20       896.00    3772390  08/10/01
                                     (.5); Cmte conference call w/ all members, P
                                     Bentley, R Schmidt, C Finnerty and post-t/c re:
                                     valuation issues, organization of docs, trading
                                     w/ P Bentley, T Weschler, C Finnerty, B Schmidt
                                     (2.7)
CATON, AMY               08/09/01    tc w/ A Mercer re: intro to mtg. expenses                   0.30        84.00    3772382  08/10/01

       Total For CATON A - 04418                                                                 6.70     1,876.00

CIPOLLA, SANTO A.        07/27/01    prepared notice of appearance per Amy Caton's               0.70       105.00    3752854  07/30/01
                                     request (.40); reviewed 2002 list (.30).
CIPOLLA, SANTO A.        07/30/01    attended to filing and service of notice of                 1.00       150.00    3756018  08/01/01
                                     appearance on behalf of Official committee of
                                     equity security holders (1.00).
CIPOLLA, SANTO A.        08/02/01    conference with Cathy Finnerty regarding copies             2.20       330.00    3777985  08/14/01
                                     of mass tort disclosure statements (.40);
                                     reviewed files for copies of same (1.80).

       Total For CIPOLLA S - 03871                                                               3.90       585.00
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                      PAGE   23
Run Date & Time: 09/28/2001 13:29:32                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:   1404712
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : MAYER THOMAS MORRS - 03976   Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                          Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                     Status      : ACTIVE
```

| B I L L E D   T I M E   D E T A I L | | | | | | |
|---|---|---|---|---|---|---|
| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |

| MANGUAL, KATHLEEN | 07/19/01 | Retrieval of by-laws per A. Caton (.3); | 0.30 | 45.00 | 3744769 | 07/24/01 |

Total For MANGUAL K - 05208                                                          0.30      45.00

                                        Fee Total                                   17.60   5,226.00

| B I L L E D   C O S T S   D E T A I L | | | | | |
|---|---|---|---|---|---|
| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |

PHOTOCOPYING                                        0820
  PHOTOCOPYING                  CIPOLLA, S A        08/01/01        60.90    5118900   61013   08/07/01
  OLLA  - CIPOLLA
  PHOTOCOPYING                  BUTLER, S B         08/21/01        48.00    5156260   61803   08/22/01
  LER S - BUTLER S
  PHOTOCOPYING                  BUTLER, S B         08/21/01        24.00    5157488   61892   08/23/01
  LER S - BUTLER S
                                        0820 PHOTOCOPYING Total :            132.90

DOCUMENT PREP.                                      0842
  DOCUMENT PREP.                NORMAN, J           07/27/01        44.00    5107766   60297   07/30/01
  07/27/2001
  DOCUMENT PREP.                GOONAN, P           07/27/01        60.00    5111181   60397   07/31/01
  07/27/2001
  DOCUMENT PREP.                DELPESCHIO, J       07/28/01        12.00    5107767   60297   07/30/01
  07/28/2001
                                        0842 DOCUMENT PREP. Total :          116.00

POSTAGE                                             0880
  POSTAGE                       CIPOLLA, S A        07/30/01        29.64    5112427   60491   08/01/01
  Aida Reyes
  POSTAGE                       CIPOLLA, S A        07/30/01         1.42    5112428   60491   08/01/01
  Aida Reyes
  POSTAGE                       CIPOLLA, S A        07/30/01        72.96    5112429   60491   08/01/01
  Aida Reyes
                                        0880 POSTAGE Total :                 104.02

LONG-DISTANCE TEL.                                  0885
  LONG-DISTANCE TEL.            CIPOLLA, S A        07/27/01         1.18    5107205   60284   07/31/01
  302652410O
                                        0885 LONG-DISTANCE TEL. Total :        1.18

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   24
Run Date & Time: 09/28/2001 13:29:32                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS   - 06975             Proforma Number:  1404712
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : MAYER THOMAS MOERS - 03976       Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                                          Employee           Date       Amount    Index#    Batch No   Batch Date
----------------                                          --------           ----       ------    ------    --------   ----------
MESSENGER/COURIER              0930
  FEDERAL EXPRESS CORPORATI                               CIPOLLA, S A      08/14/01     21.09   5135604     61364     08/14/01
    MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
    CORPORATION 07/13/01
  FEDERAL EXPRESS CORPORAT                                CIPOLLA, S A      08/21/01     11.09   5155295     61698     08/21/01
    MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
    CORPORATION
                                                   0930 MESSENGER/COURIER Total :       32.18

LEGAL SEARCH FEES              0935
  GLOBAL SECURITIES INFORM                                PELLETIER, D      08/15/01    133.96   5141912     61412     08/15/01
    LEGAL SEARCH FEES - VENDOR-GLOBAL SECURITIES
    INFORMATION, IN
                                                   0935 LEGAL SEARCH FEES Total :      133.96

CAB FARES                      0940
  THE COMPANY CAR                                         FINNERTY, C E     08/28/01    119.85   5163870     62105     08/28/01
    CAB FARES - VENDOR-THE COMPANY CAR 7/11/01
  THE COMPANY CAR                                         FINNERTY, C E     08/28/01    119.85   5163890     62105     08/28/01
    CAB FARES - VENDOR-THE COMPANY CAR 7/13/01
  THE COMPANY CAR                                         FINNERTY, C E     08/31/01    119.85   5170542     62370     09/04/01
    CAB FARES - VENDOR-THE COMPANY CAR 7/26/01
                                                   0940 CAB FARES Total :              359.55

MEALS/IN-HOUSE                 0942
  SOMETHING ELSE RESTAURAN                                CIPOLLA, S A      08/30/01     22.80   5168991     62318     08/30/01
    MEALS/IN-HOUSE - VENDOR-SOMETHING ELSE
    RESTAURANT 7/12/01
                                                   0942 MEALS/IN-HOUSE Total :          22.80

IN-HOUSE/MEALS                 0943
                                                          FINNERTY, C E     07/31/01     22.01   5114670     60592     08/01/01
                                                   0943 IN-HOUSE/MEALS Total :          22.01

Document Retrieval F           0972
  U.S. DOCUMENT RETRIEVAL                                 PIZZARELLO, C     08/28/01     72.74   5164222     62105     08/28/01
    VENDOR-U.S. DOCUMENT RETRIEVAL SERVICE
                                                   0972 Document Retrieval F Total :    72.74

                                               Costs Total :                           997.34
```