```
alp_132r: Billed Charges Analysis                                                                                      PAGE    25
Run Date & Time: 09/28/2001 13:29:32

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:  1404712
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status : ACTIVE

           B I L L E D    T I M E    S U M M A R Y
Employee Name                     Hours       Amount            Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
-----------------------------     -----       ------            ----        ---------       -----------    --------    -------------
BENTLEY, PHILIP                    5.20      2,210.00
CATON, AMY                         6.70      1,876.00
BECKER, GARY M.                    1.50        510.00
CIPOLLA, SANTO A.                  3.90        585.00
MANGUAL, KATHLEEN                  0.30         45.00

                  Total:          17.60      5,226.00


           B I L L E D    C O S T S    S U M M A R Y
Code Description                            Amount              Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
-------------------                         ------              ----        ---------       -----------    --------    -------------
0820 PHOTOCOPYING                           132.90
0842 DOCUMENT PREP.                         116.00
0880 POSTAGE                                104.02
0885 LONG-DISTANCE TEL.                       1.18
0930 MESSENGER/COURIER                       32.18
0935 LEGAL SEARCH FEES                      133.96
0940 CAB FARES                              359.55
0942 MEALS/IN-HOUSE                          22.80
0943 IN-HOUSE/MEALS                          22.01
0972 Document Retrieval Fees                 72.74

              Costs Total :                 997.34
```

```
alp_132r: Billed Charges Analysis                                                                                                PAGE   26
Run Date & Time: 09/28/2001 13:29:33

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:   1415267
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FEE APPS                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:   08/29/2001              TO:      08/29/2001
          UNBILLED DISB FROM:                           TO:

                                   FEES                           COSTS
                                   ----                           -----
     GROSS BILLABLE AMOUNT:      357.50                            0.00
     AMOUNT WRITTEN DOWN:
                    PREMIUM:
         ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:                      08/29/2001
 CLOSE MATTER/FINAL BILLING?   YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:
                               MAYER THOMAS MOERS - 03976         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                                              ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

           FEES:                  357.50            UNIDENTIFIED RECEIPTS:    0.00
   DISBURSEMENTS:                   0.00            PAID FEE RETAINER:        0.00
   FEE RETAINER:                    0.00            PAID DISB RETAINER:       0.00
   DISB RETAINER:                   0.00            TOTAL AVAILABLE FUNDS:    0.00
   TOTAL OUTSTANDING:             357.50            TRUST BALANCE:
                                                    BILLING HISTORY

   DATE OF LAST BILL:       09/28/01              LAST PAYMENT DATE:
   LAST BILL NUMBER:          339400              FEES BILLED TO DATE:      357.50
   LAST BILL THRU DATE:     08/31/01              FEES WRITTEN OFF TO DATE:   0.00

 FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

 BILL NUMBER:_____  DATE OF BILL:_____ Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                      PAGE   27
Run Date & Time: 09/28/2001 13:29:33

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS    - 06975       Proforma Number:  1415267
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : FEE APPS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y    ---------------- Total Billed ----------------
Emp Id Employee Name                          Group         Oldest      Latest       Hours          Amount
-----  -------------                          -----         ------      ------       -----          ------
05132  FINNERTY, CATHERINE E                  ASSOCIATE     08/29/01    08/29/01      1.10          357.50

                              Total:                                                  1.10          357.50


Sub-Total Hours :   0.00 Partners      0.00 Counsels      1.10 Associates     0.00 Legal Assts   0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/28/01 13:29:33)
                                   ------- Billed --------       ------ Applied ------     ---- Collections ----
Bill Date Thru Date Bill#          Fee & OA    Disbursement        From OA     Total             Total     Date                Balance
                                                                                                                                 Due
09/28/01 08/31/01 339400            357.50           .00              .00                                                      357.50

             Total:                 357.50           .00              .00                                                      357.50
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    28
Run Date & Time: 09/28/2001 13:29:33

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS - 06975      Proforma Number: 1415267
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FEE APPS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name           Work Date     Description                                      Hours     Amount      Index#   Batch Date

FINNERTY, CATHERINE E   08/29/01 Review monthly statements in preparation for           1.10     357.50     3817465 09/13/01
                                 fee app

                    Total For FINNERTY C - 05132                                        1.10     357.50

                                                               Fee Total                1.10     357.50
```

```
alp_132r: Billed Charges Analysis                                                                                             PAGE  29
Run Date & Time: 09/28/2001 13:29:33

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1415267
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : FEE APPS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status     : ACTIVE

          B I L L E D   T I M E   S U M M A R Y                      ----------- Bill ----------   W/o / W/u   ----------- Transfer To -----------
Employee Name                  Hours        Amount                                                              Clnt/Mtr   Carry Forward

FINNERTY, CATHERINE             1.10        357.50

            Total:              1.10        357.50
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE  30
Run Date & Time: 09/28/2001 13:29:33

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1404713
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : RETENTIONS                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                           Status      : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------

                                   PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:   07/23/2001         TO:    08/21/2001
           UNBILLED DISB FROM:   08/07/2001         TO:    08/22/2001

                               FEES               COSTS
                              ------             -------
GROSS BILLABLE AMOUNT:         5,357.50             91.20
AMOUNT WRITTEN DOWN:
                PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:         08/21/2001       08/22/2001
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  MAYER THOMAS MOERS - 03976   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                   ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                                   --------------------------              --------------
     FEES:                              5,357.50     UNIDENTIFIED RECEIPTS:       0.00
     DISBURSEMENTS:                        91.20     PAID FEE RETAINER:           0.00
     FEE RETAINER:                         0.00      PAID DISB RETAINER:          0.00
     DISB RETAINER:                        0.00      TOTAL AVAILABLE FUNDS:       0.00
     TOTAL OUTSTANDING:                5,448.70      TRUST BALANCE:
                                                     BILLING HISTORY
                                                     ---------------
     DATE OF LAST BILL:           09/28/01           LAST PAYMENT DATE:
     LAST BILL NUMBER:              339400           FEES BILLED TO DATE:      5,357.50
     LAST BILL THRU DATE:         08/31/01   FEES WRITTEN OFF TO DATE:          0.00

                       Write Down/Up Reason Codes:
                       ---------------------------
FOR ACCTG USE ONLY:    (1) Exceeded Fixed Fee           (6) Summer Associate
                       (2) Late Time & Costs Posted     (7) Fixed Fee
                       (3) Pre-arranged Discount        (8) Premium
                       (4) Excessive Legal Time         (9) Rounding
                       (5) Business Development        (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    31
Run Date & Time: 09/28/2001 13:29:33                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                                                                      Orig Prtnr  : CRED. RGTS    - 06975             Proforma Number:    1404713
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                              Bill Prtnr  : MAYER THOMAS MOERS - 03976       Bill Frequency: M
Matter Name : RETENTIONS                                                                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                                   Status    : ACTIVE


   B I L L E D   T I M E   S U M M A R Y                     ------------Total-----------
Emp Id Employee Name                         Group          Oldest       Latest     Hours    Amount
------- ------------------------           ----------    ----------   ----------  -------  ---------
02495   BENTLEY, PHILIP                     PARTNER       08/06/01     08/17/01     0.60     255.00
03699   SCHMIDT, ROBERT T.                  PARTNER       07/23/01     07/25/01     0.30     127.50
03976   MAYER, THOMAS MOERS                 PARTNER       08/01/01     08/21/01     1.30     682.50
05132   FINNERTY, CATHERINE E               ASSOCIATE     07/25/01     08/21/01    10.90   3,542.50
05208   MANGUAL, KATHLEEN                   PARALEGAL     08/06/01     08/06/01     5.00     750.00
                                                                                    -----   --------
                     Total:                                                        18.10   5,357.50

Sub-Total Hours :   2.20 Partners     0.00 Counsels    10.90 Associates   5.00 Legal Assts   0.00 Others

   B I L L E D   C O S T S   S U M M A R Y                ------------Total Billed-------------
Code   Description                           Oldest       Latest          Total
                                             Entry        Entry          Amount
-----  -------------                        -------      -------         -------
0816   VELOBINDINGS                         08/07/01     08/07/01            0.00
0820   PHOTOCOPYING                         08/07/01     08/07/01           90.60
0885   LONG-DISTANCE TEL.                   08/21/01     08/22/01            0.60
                                                                          -------
                     Total                                                 91.20
                     Grand Total                                        5,448.70
                                                                        ========

  B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/28/01 13:29:33)
                                           ------ Billed -------       ----Applied---- ----Collections----
Bill Date  Thru Date  Bill#     Fee & OA   Disbursement   Total       From OA    Total     Date        Balance
                                                                                                          Due
---------  ---------  -----     --------   ------------   -----       -------    -----     ----        -------
09/28/01   08/31/01   339400    5,357.50         91.20                                                 5,448.70
                                                                                                       --------
                      Total:    5,357.50         91.20                    .00       .00                5,448.70
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                PAGE    32
Run Date & Time: 09/28/2001 13:29:33                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                                        Orig Prtnr : CRED. RGTS    - 06975             Proforma Number:   1404713
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : MAYER THOMAS MOERS - 03976        Bill Frequency: M
Matter Name : RETENTIONS                                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status     : ACTIVE

   B I L L E D     T I M E    D E T A I L
Employee Name              Work Date   Description                                                                       Hours    Amount      Index#    Batch Date
-------------------------------------------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP            08/06/01    Discs. T. Florence and T. Weschler re retention                                    0.40    170.00      3798061   08/27/01
                                       issues.
BENTLEY, PHILIP            08/17/01    Discs. TM, A. Landis and voicemail re retention                                    0.20     85.00      3814005   09/05/01
                                       issues.

           Total For BENTLEY P - 02495                                                                                    0.60    255.00

MAYER, THOMAS MOERS        08/01/01    Review, revise and approve retention affidavit                                     1.10    577.50      3786102   08/17/01
                                       and application (1.); call M. Collins re local
                                       counsel (.1).
MAYER, THOMAS MOERS        08/21/01    Call from A. Krieger of Stroock (counsel to                                        0.20    105.00      3808490   09/05/01
                                       Creditors' Committee) re retention under
                                       Section 330 vs. Section 328, conferences with
                                       C. Finnerty, R. Schmidt re same.

           Total For MAYER T - 03976                                                                                      1.30    682.50

SCHMIDT, ROBERT T.         07/23/01    review draft retention papers; rev                                                 0.00      0.00      3758806   08/01/01
                                       contact/conflict lists and checks re same
SCHMIDT, ROBERT T.         07/25/01    conflict check; oc Finnerty                                                        0.30    127.50      3761471   08/02/01

           Total For SCHMIDT R - 03699                                                                                    0.30    127.50

FINNERTY, CATHERINE E      07/25/01    Review conflict report to prepare retention                                        1.30    422.50      3761279   08/02/01
                                       motion and 2014 affidavit
FINNERTY, CATHERINE E      07/26/01    Review conflict check to preapre for 2014                                          5.00   1,625.00     3761280   08/02/01
                                       affidavit; begin draft 2014 affidavit; send out
                                       e-mails and other inquiries to follow up
FINNERTY, CATHERINE E      08/01/01    draft application, draft order, review and                                         3.10   1,007.50     3767362   08/06/01
                                       revise 2014 affidavit; short disc. w/ T. Mayer
                                       re: same; review and revise same; short disc w.
                                       B. Schmidt re: same; review and revise same;
FINNERTY, CATHERINE E      08/02/01    Review and revise retention application and                                        0.50    162.50      3767351   08/06/01
                                       affidavit
FINNERTY, CATHERINE E      08/03/01    V/mail T. Currier (Klett) re: filing of                                            0.10     32.50      3767352   08/06/01
                                       retention papers
FINNERTY, CATHERINE E      08/06/01    Review notice of motion preapred by paralegal                                      0.40    130.00      3771253   08/10/01
                                       and disc w/ K. Mangual re: preparation and
                                       service of KL retention
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   33
Run Date & Time: 09/28/2001 13:29:33                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                               Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:  1404713
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : MAYER THOMAS MOERS - 03976            Bill Frequency: M
Matter Name : RETENTIONS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001
                                                                                                                   Status    : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                                    Hours       Amount     Index#   Batch No  Batch Date
-------------            ---------   -----------                                                    -----       ------     ------   --------  ----------
FINNERTY, CATHERINE E    08/21/01    T/c w/ A. Krieger (Stroock) re: revisions to                    0.50       162.50    3802845   08/30/01
                                     retention order; T/c w/ S. Schwartz (Kirkland)
                                     re: revisions to retention order; t/c w/ Kleet
                                     Rooney re: filing of certificate of no
                                     objection and revised KL retention order

Total For FINNERTY C - 05132                                                                        10.90     3,542.50

MANGUAL, KATHLEEN        08/06/01    Drafted Notice of Application to retain Kramer                  5.00       750.00    3769859   08/08/01
                                     Levin (1.7); Revised the Application retaining
                                     Kramer and drafted Order (2.0); Prepare and
                                     Sent Notice, Order and Application to Terry
                                     Currier from Klett Rooney (.30); Retrieval of
                                     form 10-k for purposes of updating binder per
                                     C. Finnerty, updated binder (1.0);

Total For MANGUAL K - 05208                                                                          5.00       750.00

                                                                              Fee Total             18.10     5,357.50


B I L L E D   C O S T S   D E T A I L
Description/Code                                           Employee                Date              Amount    Index#    Batch No  Batch Date
----------------                                           --------                ----              ------    ------    --------  ----------
VELOBINDINGS
VELOBINDINGS                                               MANGUAL, K M            08/07/01           0.00    5121811     61137    08/08/01
Robert Scott

                                                           0816 VELOBINDINGS Total :                  0.00

PHOTOCOPYING
PHOTOCOPYING                                               MANGUAL, K M            08/07/01          90.60    5158197     61905    08/23/01
GUAL - MANGUAL

                                                           0820 PHOTOCOPYING Total :                 90.60

LONG-DISTANCE TEL.                                         FINNERTY, C E           08/21/01           0.30    5156587     61804    08/22/01
312861200
LONG-DISTANCE TEL.                                         FINNERTY, C E           08/22/01           0.30    5157835     61893    08/23/01
302524220

                                                           0885 LONG-DISTANCE TEL. Total :            0.60
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   34
Run Date & Time: 09/28/2001 13:29:33

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                             Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1404713
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : RETENTIONS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

          B I L L E D   C O S T S   D E T A I L
Description/Code                      Employee          Date         Amount      Index#   Batch No   Batch Date
-----------------                     --------          ----         ------      ------   --------   ----------


     Costs Total :                                                    91.20
```