```
alp_132r: Billed Charges Analysis                                                                                              PAGE   35
Run Date & Time: 09/28/2001 13:29:33

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                    Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:   1404713
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : MAYER THOMAS MOERS - 03976     Bill Frequency: M
Matter Name : RETENTIONS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status      : ACTIVE

   B I L L E D   T I M E   S U M M A R Y                         ------ Bill      W/o / W/u            Transfer To    Clnt/Mtr Carry Forward
Employee Name                    Hours        Amount

BENTLEY, PHILIP                   0.60        255.00
SCHMIDT, ROBERT T.                0.30        127.50
MAYER, THOMAS MOERS               1.30        682.50
FINNERTY, CATHERINE              10.90      3,542.50
MANGUAL, KATHLEEN                 5.00        750.00
          Total:                 18.10      5,357.50

   B I L L E D   C O S T S   S U M M A R Y

Code Description                          Amount                 ------ Bill      W/o / W/u            Transfer To    Clnt/Mtr Carry Forward

0816 VELOBINDINGS                           0.00
0820 PHOTOCOPYING                          90.60
0885 LONG-DISTANCE TEL.                     0.60

          Costs Total :                    91.20
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    36
Run Date & Time: 09/28/2001 13:29:33                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:   1404714
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : MAYER THOMAS MOERS - 03976        Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status   : ACTIVE

Special Billing Instructions:

------------------------------------------------------ PRE-BILLING SUMMARY REPORT ------------------------------------------------------

                                       FEES                                                        COSTS
                                       ----                                                        -----
            UNBILLED TIME FROM: 07/19/2001                                       TO: 08/27/2001
            UNBILLED DISB FROM: 08/02/2001                                       TO: 08/03/2001

  GROSS BILLABLE AMOUNT:       16,485.50                                                              46.22
  AMOUNT WRITTEN DOWN:
               PREMIUM:
DEDUCTED FROM PAID RETAINER:
       ON ACCOUNT BILLED:
            AMOUNT BILLED:
             THRU DATE:         08/27/2001                                                         08/03/2001
CLOSE MATTER/FINAL BILLING?   YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                             MAYER THOMAS MOERS - 03976                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




------------------------------------------------------- ACCOUNTS RECEIVABLE TOTALS ---------------------------- UNAPPLIED CASH ---------

           FEES:              16,485.50        UNIDENTIFIED RECEIPTS:       0.00
   DISBURSEMENTS:                  46.22           PAID FEE RETAINER:       0.00
    FEE RETAINER:                   0.00          PAID DISB RETAINER:       0.00
   DISB RETAINER:                   0.00         TOTAL AVAILABLE FUNDS:     0.00
 TOTAL OUTSTANDING:           16,531.72                 TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ---------------
   DATE OF LAST BILL:         09/28/01             LAST PAYMENT DATE:
      LAST BILL NUMBER:         339400           FEES BILLED TO DATE:    16,485.50
  LAST BILL THRU DATE:         08/31/01       FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee           (6) Summer Associate
       (2) Late Time & Costs Posted     (7) Fixed Fee
       (3) Pre-arranged Discount        (8) Premium
       (4) Excessive Legal Time         (9) Rounding
       (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   37
Run Date & Time: 09/28/2001 13:29:33
                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                        Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:   1404714
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ----------------- Total Billed -------------------
Emp Id Employee Name                Group             Oldest      Latest        Hours        Amount
                                                      --------    --------    --------    ----------
02495  BENTLEY, PHILIP              PARTNER           07/19/01    08/27/01       24.50     10,412.50
03699  SCHMIDT, ROBERT T.           PARTNER           08/22/01    08/22/01        0.50        212.50
03976  MAYER, THOMAS MOERS          PARTNER           08/03/01    08/03/01        6.50      3,412.50
04418  CATON, AMY                   ASSOCIATE         07/27/01    08/09/01        6.60      1,848.00
05208  MANGUAL, KATHLEEN            PARALEGAL         08/08/01    08/09/01        4.00        600.00

                           Total:                                                42.10     16,485.50

Sub-Total Hours  :  31.50 Partners    0.00 Counsels    6.60 Associates    4.00 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y ----------------- Total Billed -------------------
Code Description                              Oldest      Latest       Total
                                              Entry       Entry        Amount
                                              --------    --------    --------
0841 RESEARCH SERVICES                        08/02/01    08/03/01      28.00
0917 WESTLAW ON - LINE RESEARCH               08/02/01    08/03/01      18.22

                           Total                                        46.22

                           Grand Total                              16,531.72
                                                                    =========

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 09/28/01 13:29:33)
                                      ------- Billed --------      --- Applied ---       --- Collections ---      Balance
Bill Date  Thru Date  Bill#           Fee & OA    Disbursement     From OA     Total         Total    Date         Due
---------  ---------  --------        --------    ------------     -------     -----         -----    ----         ---
09/28/01   08/31/01   339400          16,485.50         46.22                                                   16,531.72

           Total:                     16,485.50         46.22                                   .00             16,531.72
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    38
Run Date & Time: 09/28/2001 13:29:33                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                              Orig Prtnr : CRED. RGTS - 06975               Proforma Number:  1404714
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : MAYER THOMAS MOERS - 03976      Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                         Status  : ACTIVE

     B I L L E D   T I M E   D E T A I L
Employee Name                Work Date    Description                                                           Hours      Amount       Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 07/19/01 | Review pleadings and other documents re asbestos liability issues. | 1.80 | 765.00 | 3760320 | 08/02/01 |
| BENTLEY, PHILIP | 07/20/01 | Discs. GB, RS and AC re asbestos issues. | 0.70 | 297.50 | 3760321 | 08/02/01 |
| BENTLEY, PHILIP | 07/25/01 | Review papers. | 0.20 | 85.00 | 3760322 | 08/02/01 |
| BENTLEY, PHILIP | 07/27/01 | Discs. TM, AC and voicemail. | 0.20 | 85.00 | 3760323 | 08/02/01 |
| BENTLEY, PHILIP | 07/31/01 | Conf. TM and RS re asbestos issues and case strategy, and discs. RS, AC and voicemail re same; review pleadings for background. | 2.20 | 935.00 | 3760324 | 08/02/01 |
| BENTLEY, PHILIP | 08/01/01 | Review pleadings and other papers for background. | 1.60 | 680.00 | 3798083 | 08/27/01 |
| BENTLEY, PHILIP | 08/02/01 | Review pleadings and other papers for background. | 2.60 | 1,105.00 | 3798022 | 08/27/01 |
| BENTLEY, PHILIP | 08/03/01 | Meeting with debtor's counsel in Chicago, notes for followup, review pleadings and other papers re current litigation issues, and discs. TM, RS and voicemail re same (10.3); non-working travel to and from Chicago (1.2). | 11.50 | 4,887.50 | 3798025 | 08/27/01 |
| BENTLEY, PHILIP | 08/06/01 | Discs. T. Wechsler, RS and AC re asbestos issues. | 0.70 | 297.50 | 3798059 | 08/27/01 |
| BENTLEY, PHILIP | 08/07/01 | Discs. T. Wechsler, D. Bernick, CF, RS, AC and voicemail re asbestos litigation issues. | 1.30 | 552.50 | 3798050 | 08/27/01 |
| BENTLEY, PHILIP | 08/09/01 | Review papers. | 0.30 | 127.50 | 3798036 | 08/27/01 |
| BENTLEY, PHILIP | 08/10/01 | Review pleadings re asbestos issues. | 1.10 | 467.50 | 3799631 | 08/28/01 |
| BENTLEY, PHILIP | 08/14/01 | Discs. J. Kapp. | 0.10 | 42.50 | 3798063 | 08/27/01 |
| BENTLEY, PHILIP | 08/27/01 | Discs. TM, CF and GB. | 0.20 | 85.00 | 3813995 | 09/05/01 |
| Total For BENTLEY P - 02495 | | | 24.50 | 10,412.50 | | |
| MAYER, THOMAS MOERS | 08/03/01 | Trvl Chicago rvw, among other things, Information Brief filed by debtor (.5) mtrls on asbestos claims filed against other debtors (1.) & Eagle Picher confirmation trnscpt (1.); confs. R. Schmidt, P. Bentley re mtg to come w/Kirkland & Ellis lawyers (.5) meet w/J. Sprayregen, D. Bernick of K&E to disc background of asbestos claims and litigation strategy against them (3.); return to NY, rvw balance of Eagle Picher trnscpt (1.), post-mort discs w/Schmidt, Bentley (.5). | 6.50 | 3,412.50 | 3808445 | 09/05/01 |
| Total For MAYER T - 03976 | | | 6.50 | 3,412.50 | | |
| SCHMIDT, ROBERT T. | 08/22/01 | review articles, CMO | 0.50 | 212.50 | 3814023 | 09/05/01 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   39
Run Date & Time: 09/28/2001 13:29:33                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:  1404714
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : MAYER THOMAS MOERS - 03976     Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                                  Hours    Amount      Index#    Batch No  Batch Date
```

| Employee | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| CATON, AMY | 07/27/01 | reviewing asbestos-related materials | 1.00 | 280.00 | 3765042 | | 08/02/01 |
| CATON, AMY | 08/01/01 | reviewing CMO motion | 1.00 | 280.00 | 3772376 | | 08/10/01 |
| CATON, AMY | 08/02/01 | researching, gathering docs for P Bentley for K&E meeting (2.); reviewing C Finnerty memo re: litigation trusts, v/m w/ C Finnerty re: same (.4); tc w/ T Mayer, P Bentley re: valuation of claims (.5). | 2.90 | 812.00 | 3795815 | | 08/24/01 |
| CATON, AMY | 08/03/01 | v/m f/ B Schmidt re: K&E mtg (.2); v/m to K Love re: Babcock docs (.2). | 0.40 | 112.00 | 3772399 | | 08/10/01 |
| CATON, AMY | 08/07/01 | v/m and memo to K Love requesting B&W docs (.7); tc w/ C Finnerty re: getting doc set to Cmte on CMO (.3) | 1.00 | 280.00 | 3772391 | | 08/10/01 |
| CATON, AMY | 08/09/01 | reviewing B&W memo, distributing same | 0.30 | 84.00 | 3772383 | | 08/10/01 |

**Total For CATON A - 04418**    6.60    1,848.00

| MANGUAL, KATHLEEN | 08/08/01 | Research of all major newspaper articles to extract comments made by individuals re: Grace (2.0) | 2.00 | 300.00 | 3775452 | | 08/13/01 |
| MANGUAL, KATHLEEN | 08/09/01 | Research of all major newspaper articles to extract comments made by individuals re: Grace (2.0) | 2.00 | 300.00 | 3777920 | | 08/14/01 |

**Total For MANGUAL K - 05208**    4.00    600.00

**Fee Total**    42.10    16,485.50

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| RESEARCH SERVICES        0841 | | | | | | |
| RESEARCH SERVICES 08/02/2001 | BOYLE, B | 08/02/01 | 14.00 | 5117332 | 61001 | 08/07/01 |
| RESEARCH SERVICES 08/03/2001 | BOYLE, B | 08/03/01 | 14.00 | 5117333 | 61001 | 08/07/01 |

**0841 RESEARCH SERVICES Total :**    28.00

| WESTLAW ON - LINE RE        0917 | | | | | | |
| WESTLAW ON - LINE RE | BOYLE, B | 08/02/01 | 9.11 | 5173711 | 62515 | 09/05/01 |

**Total For SCHMIDT R - 03699**    0.50    212.50

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   40
Run Date & Time: 09/28/2001 13:29:33

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:   1404714
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

   B I L L E D   C O S T S   D E T A I L
Description/Code           Employee             Date           Amount      Index#     Batch No   Batch Date
----------------           --------             ----           ------      ------     --------   ----------

WESTLAW ON - LINE RE       BOYLE, B             08/03/01         9.11      5173712    62515      09/05/01
                      0917 WESTLAW ON - LINE RE Total :         18.22

                                                    Costs Total :          46.22
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  41
Run Date & Time: 09/28/2001 13:29:33

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:  1404714
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount          Bill        W/o / W/u      Transfer To    Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP            24.50    10,412.50
SCHMIDT, ROBERT T.          0.50       212.50
MAYER, THOMAS MOERS         6.50     3,412.50
CATON, AMY                  6.60     1,848.00
MANGUAL, KATHLEEN           4.00       600.00
         Total:            42.10    16,485.50

    B I L L E D   C O S T S   S U M M A R Y
Code Description                       Amount          Bill        W/o / W/u      Transfer To    Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------------
0841 RESEARCH SERVICES                   28.00
0917 WESTLAW ON - LINE RESEARC           18.22
         Costs Total :                   46.22
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    42
Run Date & Time: 09/28/2001 13:29:33                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                           Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:  1404715
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM: 08/09/2001                                   TO:  08/20/2001
            UNBILLED DISB FROM: 08/11/2001                                   TO:  08/31/2001

                                  FEES                                            COSTS

    GROSS BILLABLE AMOUNT:      2,212.50                                          242.00
    AMOUNT WRITTEN DOWN:
              PREMIUM:
     ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:                   08/20/2001                                   08/31/2001
  CLOSE MATTER/FINAL BILLING?  YES OR NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:    MAYER THOMAS MOERS - 03976         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                                      ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

                    FEES:                  2,212.50       UNIDENTIFIED RECEIPTS:     0.00
           DISBURSEMENTS:                    242.00       PAID FEE RETAINER:         0.00
            FEE RETAINER:                      0.00       PAID DISB RETAINER:        0.00
           DISB RETAINER:                      0.00       TOTAL AVAILABLE FUNDS:     0.00
       TOTAL OUTSTANDING:                  2,454.50       TRUST BALANCE:

                                                BILLING HISTORY

     DATE OF LAST BILL:      09/28/01         LAST PAYMENT DATE:
     LAST BILL NUMBER:         339400         FEES BILLED TO DATE:        2,212.50
  LAST BILL THRU DATE:      08/31/01          FEES WRITTEN OFF TO DATE:       0.00

  FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee           (6) Summer Associate
     (2) Late Time & Costs Posted     (7) Fixed Fee
     (3) Pre-arranged Discount        (8) Premium
     (4) Excessive Legal Time         (9) Rounding
     (5) Business Development         (10) Client Arrangement

  BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                          PAGE    43
Run Date & Time: 09/28/2001 13:29:33

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                         Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1404715
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                 Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status    : ACTIVE

 B I L L E D   T I M E   S U M M A R Y  ---------------------------- Total Billed ----------------------------
 Emp Id Employee Name                     Group            Oldest         Latest          Hours         Amount
                                                           ------         ------          -----         ------

 03699  SCHMIDT, ROBERT T.                PARTNER          08/09/01       08/09/01         1.00         425.00
 05132  FINNERTY, CATHERINE E.            ASSOCIATE        08/10/01       08/20/01         5.50       1,787.50

                         Total:                                                            6.50       2,212.50

 Sub-Total Hours  :    1.00 Partners         0.00 Counsels       5.50 Associates       0.00 Legal Assts     0.00 Others

 B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Billed ----------------
 Code Description                          Oldest         Latest          Total
                                           Entry          Entry           Amount
                                           ------         ------          ------

 0842  DOCUMENT PREP.                      08/11/01       08/13/01         92.00
 0940  CAB FARES                           08/31/01       08/31/01        104.55
 0943  IN-HOUSE/MEALS                      08/21/01       08/21/01         45.45

                         Total                                            242.00

                    Grand Total                                                         2,454.50
                                                                                        ========

 B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/28/01 13:29:33)
                      ------- Billed --------      Applied        ---- Collections ----              Balance
 Bill Date Thru Date Bill#     Fee & OA    Disbursement    From OA    Total     Date                 Due

 09/28/01 08/31/01  3339400   2,212.50        242.00                                                 2,454.50

                    Total:    2,212.50        242.00                   .00                           2,454.50
```