```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    44
Run Date & Time: 09/28/2001 13:29:33

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                             Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:  1404715
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status     : ACTIVE
```

| B I L L E D   T I M E   D E T A I L | | | | | |
|---|---|---|---|---|---|
| Employee Name | Work Date | Description | Hours | Amount | Index#   Batch No   Batch Date |
| SCHMIDT, ROBERT T. | 08/09/01 | attention to issues and review materials re fraudulent conveyance litigation | 1.00 | 425.00 | 3808373  09/05/01 |
| Total For SCHMIDT R - 03699 | | | 1.00 | 425.00 | |
| FINNERTY, CATHERINE E | 08/10/01 | Review form of distribution agreement for Sealed Air transaction and begin draft summary memo | 1.80 | 585.00 | 3775438  08/13/01 |
| FINNERTY, CATHERINE E | 08/11/01 | Review forms of credit agreement and amendments relating to Sealed Air transaction. | 0.30 | 97.50 | 3775724  08/13/01 |
| FINNERTY, CATHERINE E | 08/11/01 | Review proxy statement issued in connection with Sealed Air transaction for explanation of indemnification provisions | 0.40 | 130.00 | 3775728  08/13/01 |
| FINNERTY, CATHERINE E | 08/11/01 | Draft summary memo of distribution agreement re: sealed air transactions | 2.50 | 812.50 | 3775732  08/13/01 |
| FINNERTY, CATHERINE E | 08/20/01 | Review and revised internal memo re: summary of Sealed Air distribution agreement and indemnification provisions. | 0.50 | 162.50 | 3802851  08/30/01 |
| Total For FINNERTY C - 05132 | | | 5.50 | 1,787.50 | |
| | | Fee Total | 6.50 | 2,212.50 | |

| B I L L E D   C O S T S   D E T A I L | | | | |
|---|---|---|---|---|
| Description/Code | Employee | Date | Amount | Index#   Batch No   Batch Date |
| DOCUMENT PREP.  0842 | | | | |
| DOCUMENT PREP. 08/11/2001 | DELPESCHIO, J | 08/11/01 | 40.00 | 5131421  61294  08/13/01 |
| DOCUMENT PREP. 08/13/2001 | DELPESCHIO, J | 08/13/01 | 40.00 | 5144201  61547  08/17/01 |
| DOCUMENT PREP. 08/13/2001 | FRANKLIN, D | 08/13/01 | 12.00 | 5144529  61557  08/17/01 |
| 0842 DOCUMENT PREP. Total : | | | 92.00 | |
| CAB FARES  0940 | | | | |
| THE COMPANY CAR CAB FARES - VENDOR-THE COMPANY CAR 8/10/01 | FINNERTY, C E | 08/31/01 | 104.55 | 5170820  62377  08/31/01 |
| 0940 CAB FARES Total : | | | 104.55 | |
| IN-HOUSE/MEALS  0943 | | | | |
| IN-HOUSE/MEALS | FINNERTY, C E | 08/21/01 | 27.67 | 5158001  61898  08/23/01 |

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   45
Run Date & Time: 09/28/2001 13:29:33

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                       Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1404715
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status    : ACTIVE

  B I L L E D    C O S T S    D E T A I L
----------------------------------------------------------------------------------------------------------------
Description/Code
         Employee                              Date         Amount      Index#   Batch No  Batch Date
         --------                              ----         ------      ------   --------  ----------

IN-HOUSE/MEALS
         FINNERTY, C E                         08/21/01      17.78      5158002    61898    08/23/01
         0943 IN-HOUSE/MEALS Total :                         45.45


                       Costs Total :                        243.00
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE    46
Run Date & Time: 09/28/2001 13:29:33

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 1404715
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : MAYER THOMAS MORRS - 03976   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                           Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                     Status      : ACTIVE

     BILLED  TIME  SUMMARY
Employee Name                Hours       Amount         Bill         W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

SCHMIDT, ROBERT T.           1.00        425.00
FINNERTY, CATHERINE          5.50      1,787.50
       Total:                6.50      2,212.50

     BILLED  COSTS  SUMMARY
Code Description                         Amount         Bill         W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

0842 DOCUMENT PREP.                       92.00
0940 CAB FARES                           104.55
0943 IN-HOUSE/MEALS                       45.45

              Costs Total :              242.00
```

alp_l32rc: Client Analysis Sheet
Run Date & Time: 09/28/01 13:29:47
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 08/31/01

PAGE 1

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 127.00 | 35,884.50 | 4,154.07 | 40,038.57 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00002 | COMMITTEE & CREDITOR COR | 17.60 | 5,226.00 | 997.34 | 6,223.34 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00008 | FEE APPS | 1.10 | 357.50 | 0.00 | 357.50 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00009 | RETENTIONS | 18.10 | 5,357.50 | 91.20 | 5,448.70 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00012 | ASBESTOS CLAIM ISSUES | 42.10 | 16,485.50 | 46.22 | 16,531.72 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00013 | FRAUDULENT CONVEYANCE IS | 6.50 | 2,212.50 | 242.00 | 2,454.50 | MAYER THOMAS MOERS | - 03976 | M | B |
| | Client Total | 212.40 | 65,523.50 | 5,530.83 | 71,054.33 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE