IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**FIRST SUPPLEMENTAL AFFIDAVIT OF
MATTHEW G. ZALESKI, III UNDER 11 U.S.C. §327(a)
AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**

STATE OF DELAWARE      :
                       : SS.
COUNTY OF NEW CASTLE   :

Matthew G. Zaleski, III, being duly sworn, deposes and says:

1. I am a member of Campbell & Levine, LLC ("Campbell & Levine"), which maintains offices at 1201 N. Market Street, 15th Floor, Wilmington, Delaware 19801 and 1700 Grant Building, Pittsburgh, Pennsylvania, 15219, and have been duly admitted to practice in, and am a member in good standing of the Bars of the State of Delaware and the United States District Court for the District of Delaware. I am duly authorized to make this Supplemental Affidavit on behalf of Campbell & Levine.

2. On June 29, 2001, the Asbestos Personal Injury Claimants Committee ("P.I. Committee") filed and served its Application of the Official Committee of Asbestos Personal Injury Claimants to Retain and Employ Campbell & Levine, LLC, as Delaware and Associated Counsel (the "Retention Application"). Through the Retention Application, the P.I. Committee sought authorization to employ Campbell & Levine as Delaware and associated counsel, effective as of June 16, 2001. On July 18, 2001, the

{D0000590.1}

Court entered the Order Authorizing the Retention and Employment of Campbell & Levine, LLC, as Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants, *nunc pro tunc* to June 16, 2001.

3. This Supplemental Affidavit supplements the information contained in my Affidavit in Support of the Retention Application (the "Original Affidavit"). This Supplemental Affidavit incorporates by reference all statements made in the Original Affidavit.

4. Following the filing of the Original Affidavit, Campbell & Levine was engaged as counsel to represent General Electric Capital Corporation, The CIT Group/Business Credit, Inc., Bank America Business Credit, Inc., Heller Financial, Inc., La Salle Business Credit, Inc., Sanwa Business Credit Corp., The Bank of New York Commercial Corp., Corestates Bank, N.A., FSB Business Finance Corp., First National Bank of Boston, Nationsbank of Texas, N.A., BTM Capital Corp., Gibralter Corp. of America and National City Commercial Finance, Inc. (the "Defendants") in the defense of an adversary proceeding captioned, *Bart A. Brown, Jr., as Chapter 7 Trustee v. General Electric Capital Corporation, et al.,* Case No. A-97-34 (MBM) (the "Adversary Proceeding") related to a pending bankruptcy case captioned, *In re: Foxmeyer Corporation, et al.,* Case No. 96-1329 (MBM) (the "Foxmeyer"). These parties and/or certain affiliates thereof maybe creditors in the instant cases. Both the Adversary Proceeding and Foxmeyer are before the Honorable Bruce McCullough, sitting as the Delaware Court in Pittsburgh, Pennsylvania. The Adversary Proceeding is brought under sections 548(a)(1)(A) and (a)(1)(B) of the Bankruptcy Code, as well as parallel state

{D00000590:1}

statutes regarding loans the Defendants made to Foxmeyer Corporation in June of 1996. The representation is wholly unrelated to the instant Bankruptcy proceedings.

5. This Supplemental Affidavit discloses additional representations by Campbell & Levine that have come to my attention since the Original Affidavit was filed. Based upon the preceding information, the Original Affidavit and this Supplemental Affidavit, I believe Campbell & Levine remains disinterested within the meaning of 11 U.S.C. §104(14), as modified by 11 U.S.C. §1107(b), and neither holds or represents interests adverse to the Debtors' estates in the matters upon which Campbell & Levine is employed.

6. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct.

_____
Matthew G. Zaleski, III (I.D. #3557)
Delaware and Associated Counsel to the
Official Committee of Asbestos Personal
Injury Claimants

Dated: October 2, 2001

SWORN AND SUBSCRIBED this 2nd day of October, 2001

_____
Notary Public

STEPHANIE L. PETERSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 12, 2003

{D0000590:1}