EXHIBIT B

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

W R Grace & Co

September 26, 2001

**FOR PROFESSIONAL SERVICES RENDERED** and
disbursements incurred for the period through August 31, 2001 in
connection with the following matters:

| Matter Code | | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 13.9 | 5,355.50 |
| 0003 | Fee Application/Monthly Billing Reports | 38.8 | 9,870.50 |
| 0004 | Review of Other Professionals Fee Application | 9.3 | 3,239.00 |
| 0005 | Asbestos Litigations | 37.5 | 16,295.50 |
| 0006 | Retention of Professionals | 4.8 | 1,776.50 |
| 0007 | Creditors Committee Issues/Conferences | 30.4 | 12,855.50 |
| 0008 | Court Hearings | 4.4 | 2,307.50 |
| 0011 | Executory Contracts/License Agreements | 0.6 | 255.00 |
| 0015 | Claims Analysis/Claims Objection Process | 2.4 | 470.00 |
| 0020 | Sale of Assets | 2.6 | 1,130.00 |
| 0022 | Exclusivity | 1.3 | 318.50 |
| | **Total** | **146.0** | **53,873.50** |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

September 26, 2001
Invoice: 243548

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

**FOR PROFESSIONAL SERVICES RENDERED** in the captioned matter for
the period through August 31, 2001, including:

RE:    **General Case Administration**
       699842. 0002

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/01/2001 | Office conference LK re: Debtors' motion to extend exclusivity (0.1). | Krieger, A. | 0.1 |
| 08/01/2001 | T/c A. Krieger re misc. issues. | Raskin, R. | 0.2 |
| 08/03/2001 | Review correspondence re intercat (.3). | Raskin, R. | 0.3 |
| 08/03/2001 | Review email and follow-up re reclamation issues (.2). | Raskin, R. | 0.2 |
| 08/03/2001 | Review various filings in case. | Sasson, M. | 0.5 |
| 08/06/2001 | Update Cricitical Date Calendar (.5); review of filed pleadings (.2). | Serrette, R. | 0.7 |
| 08/06/2001 | Review correspondence re:  Intercat claim. | Taruschio, A. | 0.2 |
| 08/07/2001 | T/c S. Schwartz, conf. call with FTI (.2), t/c Schwartz and Kapp re same (.2). | Raskin, R. | 0.4 |
| 08/07/2001 | Edit contact list; prepare expense reimbursement form and summary (.4); e-mails to Wells Fargo (.2); review proposed order establishing case management procedures (.3). | Serrette, R. | 0.9 |
| 08/08/2001 | Office conference RR re upcoming hearing before the court (.1); prepare memorandum re reclamation claim motion and schedule of claims to be paid, those invalidated.(1.0) | Krieger, A. | 1.1 |
| 08/08/2001 | T/c J. Kapp re misc. issues (.2). | Raskin, R. | 0.2 |
| 08/09/2001 | Telephone call R. Higgins re reclamation claim motion (.3); complete draft memo and schedules re reclamation motion (1.0); reveiw corrsespondence | Krieger, A. | 4.8 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN.
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

from J. Baer re memo and documentation of Grace's
large claim in the Intercat bankruptcy case and
prepare memorandum re same (3.4); memo LK, RAR
re Intercat claim (.1).

| Date | Description | Name | Hours |
|---|---|---|---|
| 08/09/2001 | Office conference RAR re US Trustee's comment on Grace compensation application (.1). | Krieger, A. | 0.1 |
| 08/09/2001 | T/c creditor re case status (.2). | Raskin, R. | 0.2 |
| 08/10/2001 | Prepare correspondence to Janet Baer re Intercat claim (.2). | Krieger, A. | 0.2 |
| 08/10/2001 | T/c L. Kruger re misc. issues (.2). | Raskin, R. | 0.2 |
| 08/13/2001 | O/c with A. Krieger re bar date notes. | Taruschio, A. | 0.2 |
| 08/15/2001 | T/c J. Kapp re exclusivity (.2), t/c K. Pasquale re same (.1). | Raskin, R. | 0.3 |
| 08/21/2001 | Researched at AK's request prepetition credit agreement. | Defreitas, V. | 0.2 |
| 08/30/2001 | )Review Niro motion re opposition to Debtors' reclamation motion (.3); review Debtors' motion authorizing assignment and sale of Dragon Court leases and related sublease (1.6). | Krieger, A. | 2.2 |
| 08/30/2001 | Edits to Critical Date calendar. | Serrette, R. | 0.7 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Defreitas, Vaughn | 0.2 | $ 100 | $ 20.00 |
| Krieger, Arlene | 8.5 | 425 | 3,612.50 |
| Raskin, Robert | 2.0 | 550 | 1,100.00 |
| Sasson, Moshe | 0.5 | 360 | 180.00 |
| Serrette, Rosemarie | 2.3 | 150 | 345.00 |
| Taruschio Anna | 0.4 | 245 | 98.00 |

Total For Professional Services Rendered    $ 5,355.50

Total for this Matter    $ 5,355.50

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

**RE:    Fee Application/Monthly Billing Reports**
     **699842. 0003**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/13/2001 | Review of time entries in preparation of fee application (July). | Serrette, R. | 1.0 |
| 08/14/2001 | Drafted request of 2nd committee expense reimbursement application. | Defreitas, V. | 5.3 |
| 08/15/2001 | Office conferences RS re revised form of notices for monthly and quarterly fee applications and scheduling hearing on the quarterly fees, payment of outstanding amounts (.3). | Krieger, A. | 0.3 |
| 08/15/2001 | Prepare cover sheet to fee application. | Serrette, R. | 0.4 |
| 08/16/2001 | O/c(s) RS re preparation of SSL's July fee application, preparation of revised forms of notice for applications, payment of amounts outstanding and fee hearing (0.4). | Krieger, A. | 0.4 |
| 08/16/2001 | Conference with A. Krieger re Notice (.2); edits to form of notice (.5). | Serrette, R. | 0.7 |
| 08/16/2001 | Preparation for filing of Interim Fee Application. | Serrette, R. | 1.7 |
| 08/21/2001 | Office conference AT re preparation of fee application and reviewed time records and began to draft fee application (2.4); memo from and to RS re Duane Morris fee application (.1). | Krieger, A. | 2.5 |
| 08/21/2001 | Prepare fourth fee application (4.2); o/c with A. Krieger regarding same (.4). | Taruschio, A. | 4.6 |
| 08/22/2001 | Emails from and to Rose Serrette re review payment of SSL fee application for July 2001 (.1); continue to review draft, time entries and prepare revised fee application and office conference AT re same (3.1). | Krieger, A. | 3.2 |
| 08/22/2001 | O/c with A. Krieger regarding fee application. | Taruschio, A. | 0.3 |
| 08/27/2001 | Office conference RS re preparation of SSL fee application (.2); continue to review time records and SSL Fourth Fee Application (4.3). | Krieger, A. | 4.5 |
| 08/27/2001 | Conference with A. Krieger re fee application, notice and payments (.2); begin draft of notice (.5). | Serrette, R. | 0.7 |
| 08/28/2001 | Edits to Notices of fee applications (.9); preparation for Fourth Interim Fee Application (July) (1.0). | Serrette, R. | 1.9 |

| 08/29/2001 | Memos to and from S. Schwartz re payment of SSL fees and expenses and those of Committee members (.3); telephone call S. Schwartz re payment of fees (.1); office conference RS re payment of Committee expenses and SSL fees (.1). | Krieger, A. | 0.5 |
| 08/29/2001 | Office conference RS re SSL application and LK's review thereof (.2); prepare revised form of fee application (.5). | Krieger, A. | 0.7 |
| 08/29/2001 | Review of time entries for edit. | Serrette, R. | 0.5 |
| 08/30/2001 | Review revised exhibits to SSL fee application (.4); review revised forms of notice for interim and quarterly fee application and office conference RS re same (.4); review second application of the committee for reimbursement of expenses and office conference RS re same (.2). | Krieger, A. | 1.0 |
| 08/30/2001 | Conference with A. Krieger re Interim fee application (.1); review of same (.3). | Serrette, R. | 0.4 |
| 08/30/2001 | Review of fee schedules and edits to same; edits to Notices and Committee expense application. | Serrette, R. | 0.9 |
| 08/31/2001 | Finalize narrative section of fee application and office conference LK re same (.7); office conference RS re finalization of application and service of same (.2). | Krieger, A. | 0.9 |
| 08/31/2001 | Edits to Committee expense reimbursement (second) (1.9); edits to Notice (.9); final preparation of Stroock Fee Application and Exhibits (4.5); conference with A. Krieger re same (.2). | Serrette, R. | 6.4 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Defreitas, Vaughn | 5.3 | $ 100 | $ 530.00 |
| Krieger, Arlene | 14.0 | 425 | 5,950.00 |
| Serrette, Rosemarie | 14.6 | 150 | 2,190.00 |
| Taruschio Anna | 4.9 | 245 | 1,200.50 |

|  | Total For Professional Services Rendered | $ 9,870.50 |
|---|---|---|
|  | **Total for this Matter** | $ 9,870.50 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

RE:     Review of Other Professionals Fee Application
        699842. 0004

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/01/2001 | Memorandum re: review of Caplin & Drysdale and Campbell and Levine fee applications (0.7). | Krieger, A. | 0.7 |
| 08/02/2001 | Review Blackstone application (.8). | Krieger, A. | 0.8 |
| 08/03/2001 | Memo to RAR, LK re Blackstone interim fee application (1.0). | Krieger, A. | 1.0 |
| 08/03/2001 | Review memo re Blackstone fee application (.2). | Raskin, R. | 0.2 |
| 08/07/2001 | Review of professional fee applications and prepare professional fee summary of same (1.5); conference with  A. Krieger re same (.1). | Serrette, R. | 0.6 |
| 08/08/2001 | Office conference RS re schedule and review of monthly and first interim fee application (.2). | Krieger, A. | 0.2 |
| 08/08/2001 | Conference with A. Krieger re professional fee applications (.2); review of same (.6); conference with Duane Morris re procedures and service of same (.2). | Serrette, R. | 1.0 |
| 08/09/2001 | Review Ferry and Joseph first interim and June monthly fee applications. | Krieger, A. | 0.5 |
| 08/15/2001 | Review Debtors' motion to retain Casner Edwards as special asbestos counsel (.2); review Equity Committee motion to retain Kramer Levin as bankruptcy counsel and prepare memorandum to the Committee re same (1.5); office conferences RAR re retention and telephone call counsel regarding modification of the order (.1). | Krieger, A. | 1.8 |
| 08/16/2001 | Update Professional Fee schedule (.3). | Serrette, R. | 0.3 |
| 08/24/2001 | Review fee apps of other professionals (1.2). | Taruschio, A. | 1.2 |
| 08/28/2001 | Review Ashby & Geddes final fee application and various certificates of no objection (.4). | Krieger, A. | 0.4 |
| 08/29/2001 | Reviewed U.S. Trustee's objection to Bilzn's fee (.5); telephone call RAR re US Trustee's objection (.1). | Krieger, A. | 0.6 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 6.0 | $ 425 | $ 2,550.00 |
| Raskin, Robert | 0.2 | 550 | 110.00 |
| Serrette, Rosemarie | 1.9 | 150 | 285.00 |
| Taruschio Anna | 1.2 | 245 | 294.00 |

Total For Professional Services Rendered     $ 3,239.00

Total for this Matter     $ 3,239.00

RE:     **Asbestos Litigations**
        699842. 0005

| Date | Description | Name | Hours |
|---|---|---|---|
| 08/07/2001 | Review various filings, e-mails re: status. | Sasson, M. | 0.5 |
| 08/08/2001 | Attention to prior testimony, reports of prospective estimation consultant to committee | Pasquale, K. | 2.0 |
| 08/08/2001 | Obtain contact information re: asbestos expert. | Sasson, M. | 0.3 |
| 08/09/2001 | Memo from and to KP re retention of expert. | Krieger, A. | 0.2 |
| 08/09/2001 | Telephone conference with prospective estimation consultant-witness (.3) | Pasquale, K. | 0.3 |
| 08/10/2001 | Conference call re status of other asbestos bankrutpcy cases | Pasquale, K. | 1.0 |
| 08/10/2001 | Conf. call re asbestos issues (.9). | Raskin, R. | 0.9 |
| 08/13/2001 | Review draft response to Debtors' motion establishing bar date procedures, case management order and Debtors' motion and memorandum of law (3.4). | Krieger, A. | 3.4 |
| 08/14/2001 | Extensive review of Debtors' Bar Date forms, notice plan and related documentation (4.3); e-mail from C. MacCullum re asbestos claim memo and office conferences K. Pasquale re same (.3); review revised memo (.6). | Krieger, A. | 5.2 |
| 08/15/2001 | Complete review of revised FTI memorandum re asbestos claims (.8) and office conference K. Pasquale re same (.3); further revisions to memo and telephone call C. MacCullum re same (2.6); prepare memorandum to the Committee re Hawaiian asbestos | Krieger, A. | 4.0 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

property action settlement (.3).

| | | | |
|---|---|---|---|
| 08/15/2001 | Office conference RAR re Hawaiian asbestos settlement (.1). | Krieger, A. | 0.1 |
| 08/15/2001 | Office conference with A. Krieger regarding revisions to Policano report to Committee on asbestos liabilities (.4). | Pasquale, K. | 0.4 |
| 08/17/2001 | Complete review of Debtors' motion, memorandum and exhibits re: case management order and bar date process and prepare comments thereon. | Krieger, A. | 5.9 |
| 08/20/2001 | Prepare memorandum re: bar date pleading revisions (4.5); telephone conference C. MacCullum re: asbestos claims memorandum and discussions regarding the confidentiality agreement (0.2). | Krieger, A. | 4.7 |
| 08/21/2001 | Revise memorandum to RAR, KP, MAS re bar date pleading modifications (.6); office conferences RAR re same (.2); memos to and from T. Maher re modifications of the bar date documentation L. Miller, L. Ryan (Wells Fargo); re proposed revisions to bar date notice, order (.6). | Krieger, A. | 1.9 |
| 08/21/2001 | Attention to information re: possible experts for asbestos/estimation issues. | Pasquale, K. | 1.0 |
| 08/21/2001 | Review comments on bar order (.3), t/c to J. Kapp re misc. (.2). | Raskin, R. | 0.5 |
| 08/22/2001 | Prepare memorandum to Same Schwartz re case management/bar date pleadings and proposed modification thereto (2.3). | Krieger, A. | 2.3 |
| 08/22/2001 | Memos from and to then conference with Lisa Miller and Lynn Ryan re advice regarding Sealed Air's payment of amounts owing under the 8% Note Indenture, discussed impact on bar date notice, order language (.8); telephone call RAR same (.1). | Krieger, A. | 0.9 |
| 08/28/2001 | Memo from T. Maher and K. Pasquale re experts for asbestos litigation (.1). | Krieger, A. | 0.1 |
| 08/29/2001 | Telephone call Janet Baer re revisions to the bar date documentation (.4); memo re discussions with J. Baer (1.0). | Krieger, A. | 1.4 |
| 08/30/2001 | Prepare correspondence to Janet Baer re Bar Date Notice mark-up (.6). | Krieger, A. | 0.5 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 30.6 | $ 425 | $ 13,005.00 |
| Pasquale, Kenneth | 4.7 | 475 | 2,232.50 |
| Raskin, Robert | 1.4 | 550 | 770.00 |
| Sasson, Moshe | 0.8 | 360 | 288.00 |

Total For Professional Services Rendered     $ 16,295.50

Total for this Matter     $ 16,295.50

RE:     Retention of Professionals
        699842. 0006

| Date | Description | Name | Hours |
|---|---|---|---|
| 08/02/2001 | Schedule of ordinary course professionals (.3); review statement of payment to ordinary course professionals (.2). | Krieger, A. | 0.5 |
| 08/08/2001 | Researched at AK's request order of retention (Blackstone) | Defreitas, V. | 0.3 |
| 08/08/2001 | Office conference RAR re substance of conversation with Dan Leventhal re: modification of Conway DelGenio retention provisions (.10); forward correspondence to D. Leventhal re Blackstone Order (.5). | Krieger, A. | 0.6 |
| 08/08/2001 | T/c counsel to Conway, Del Genio re terms of retention (.2). | Raskin, R. | 0.2 |
| 08/15/2001 | Researched at AK's request re: retention order of Campbell & Levine, LLC. | Defreitas, V. | 0.2 |
| 08/16/2001 | T/c messages to and from Tom Mayer re terms of Kramer Levin's retention and Equity Committee's proposed retention of Klett Rooney firm (0.1); memo to RAR re same (0.1). | Krieger, A. | 0.2 |
| 08/17/2001 | Telephone conference Tom Mayer re: retention of Klett Rooney as local counsel and conflicts issue, retention of Kramer Levin under Section 328 and forward form of order to T. Mayer (0.6). | Krieger, A. | 0.6 |
| 08/20/2001 | Telephone conference Tom Mayer re: form of order retaining Kramer Levin and Klett Rooney contact and | Krieger, A. | 0.2 |

forward correspondence to T. Mayer (0.2).

| Date | Description | Name | Hours |
|---|---|---|---|
| 08/20/2001 | Review and submit draft Casner retention summary. | Taruschio, A. | 0.7 |
| 08/21/2001 | Telephone call Tom Mayer re agreement to extend the Committee's time to respond to Equity Committee's retention of Kramer Levin and prepare correspondence confirming same (.5); telephone call Tom Mayer's office's re revised order and memo to RAR re agreement on revised form of order (.3). | Krieger, A. | 0.8 |
| 08/22/2001 | Email from and to S. Schwartz re Kramer Levin order (.1); office conference RAR re retention of Casner firm (.1). | Krieger, A. | 0.2 |
| 08/28/2001 | Memo to Sam Schwartz re form of order approving the retention of Casner & Edwards, LLP and memo to M. Lastowski re same (.2). | Krieger, A. | 0.2 |
| 08/29/2001 | Memo from S. Schwartz re Debtors' agreement to modification to Casner order (.1). | Krieger, A. | 0.1 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Defreitas, Vaughn | 0.5 | $ 100 | $ 50.00 |
| Krieger, Arlene | 3.4 | 425 | 1,445.00 |
| Raskin, Robert | 0.2 | 550 | 110.00 |
| Taruschio Anna | 0.7 | 245 | 171.50 |

Total For Professional Services Rendered  $ 1,776.50

Total for this Matter  $ 1,776.50

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN.
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

RE:    **Creditors Committee Issues/Conferences**
       **699842. 0007**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/01/2001 | Memorandum to the Committee re: modifications to proposed omnibus sale procedures motion (.1). | Krieger, A. | 0.1 |
| 08/02/2001 | Telephone calls Edward Ordway and S. Cunningham re conference call to discuss confidentiality issues (.1) | Krieger, A. | 0.1 |
| 08/02/2001 | T/cs regarding confidentiality and misc. issues (.3). | Raskin, R. | 0.3 |
| 08/03/2001 | Office conference RAR re reclamation and related solvency defense, memo re above (.2).; t/c Ed Ordway re confidentiality issues and conference call to discuss same (.2);memo to RAR , LK re above (.1). | Krieger, A. | 0.5 |
| 08/06/2001 | Telephone calls S. Cunningham re confidentiality issues to be resolved with the Company and reviewed memo from same (5); office conference RAR re Committee memo discussing exclusivity (.1); memo to C. MacCullum re 8/7/01/ conference call on confidentiality issues (.1). | Krieger, A. | 0.7 |
| 08/07/2001 | Conference call with S. Cunningham, LK, RAR re confidentiality issues (.5); and then conference with T. Maher and then with S. Schwartz, J. Kapp re same (.5); review and circulate memo to the Committee re Debtors' exclusivity motion (.2); memos to and from S. Schwartz re exclusivity motion (.1). | Krieger, A. | 1.3 |
| 08/07/2001 | Review Debtors' reclamation motion and prepare schedule of preliminary claim amounts being objected to and other comments (2.5). | Krieger, A. | 2.5 |
| 08/07/2001 | Office conference with R. Raskin, A. Krieger, E. Ordway, S. Cunningham and T. Maher regarding debtor's desire to restrict access to information. | Kruger, L. | 0.6 |
| 08/08/2001 | Review proposed second amendment to FTI confidentiality agreement and memos to RAR re same (.6) | Krieger, A. | 0.6 |
| 08/08/2001 | Review confidentiality revisions (.2). | Raskin, R. | 0.2 |
| 08/10/2001 | Office conference RAR re response to Debtors proposed amendment to FTI Confidentiality Agreement (.1); conference call with Sean Cunningham and Ed ordway re proposed amendment and then telephone call S. Schwartz re same (.5); | Krieger, A. | 2.6 |

revise memo to the Committee re reclamation claim
motion (.5); review and revise K&E Amendment to FTI
Confidentiality Agreement and prepare revised draft
thereof (1.5).

| Date | Description | Name | Hours |
|---|---|---|---|
| 08/10/2001 | Review confidentiality agreement (.2), conf. call FTI re issues raised (.3), t/c S. Schwartz re same (.3). | Raskin, R. | 0.8 |
| 08/13/2001 | Review and revise proposed revised form of second amendment to Confidentiality Agreement with FTI and office conferences with LK and RAR, re same (1.4); draft correspondence to S. Schwartz, J. Kapp re Acknowledgement to By-Laws (.2); telephone calls S. Cunningham re amendment No. 2 to FTI P&M Confidentiality Agreement (.5); memo from and to S. Schwartz re composition of the Committee and Acknowledgements forwarded to him (.2); further revisions to draft Amendment No. 2 (.4); telephone calls R. Higgins re reclamation claims motion and Debtors waiver of insolvency issues for purposes of section 546(c) determinations (.6); office conferences RAR re same and further revisions to Committee memorandum (.8); review first day motion and order in connection with same (.3). | Krieger, A. | 4.4 |
| 08/13/2001 | Review revised confidentiality agreement for financial advisor (.3), o/c A. Krieger re same (.2), review revised agreement (.2). | Raskin, R. | 0.7 |
| 08/14/2001 | Telephone call Ed Ordway and C. MacCullum re revised Amendment No. 2 to the Confidentiality Agreement and further revisions to same (.8); office conference RAR re same (.1); e-mail to S. Schwartz re Amendment (.1); memo to the Committee re Debtors motion for approval of reclamation claims (.5). | Krieger, A. | 1.5 |
| 08/14/2001 | T/c Schwartz re confidentiality agreements and court schedule (.2). | Raskin, R. | 0.2 |
| 08/16/2001 | Review correspondence from Sam Schwartz re Debtors' proposed Amendment No. 2 to the FTI Confidentiality Agreement (0.2); review correspondence from C. MacCullum re FTI's proposed revised asbestos claim memorandum (0.5). | Krieger, A. | 0.7 |
| 08/16/2001 | O/c with A. Krieger re Debtors' application for retention of Casner & Edwards as special counsel (.2); review same (.9). | Taruschio, A. | 1.1 |
| 08/17/2001 | Review memo to the Committee re: retention of Kramer Levin by the Equity Committee (0.6); memo to and from RAR re: Debtors' revised confidentiality agreement (0.1); memo to RAR re: FTI's revised | Krieger, A. | 1.0 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

asbestos claim memorandum (0.1); memo to LK re:
FTI's asbestos claim memo (0.1); telephone
conference Sam Schwartz re: revised Amendment to
the FTI confidentiality agreement (0.1).

| Date | Description | Name | Hours |
|---|---|---|---|
| 08/19/2001 | Review application and draft summary for committee of debtors' application to retain Casner & Edwards as special litigation counsel. | Taruschio, A. | 1.2 |
| 08/20/2001 | Telephone conference S. Schwartz re: confidentiality agreement and status of other matters (0.5); compare drafts of confidentiality agreements and office conference RAR re: same and substance of conversation with S. Schwartz re: above (0.6). | Krieger, A. | 1.1 |
| 08/20/2001 | O/c A. Krieger re confidentiality and misc. issues. | Raskin, R. | 0.3 |
| 08/21/2001 | Review the Casner retention summary memo for the Committee (.6); memo to Ed Ordway, S. Cunningham re Amendment to the Confidentiality Agreement (.4); office conference RAR re Amendment to FTI Confidentiality Agreement and telephone call S. Schwartz re same (.5); telephone call Ed Ordway re outstanding issues on the Confidentiality Agreement Amendment (.4). | Krieger, A. | 1.9 |
| 08/21/2001 | Review revised confidentiality agreement (.2), t/c to S. Schwartz re same (.4), t/c E. Ordway and A. Krieger re confidentiality and case issues (.2). | Raskin, R. | 0.8 |
| 08/21/2001 | Revise Casner retention application summary for A. Krieger. | Taruschio, A. | 0.7 |
| 08/27/2001 | Office conference LK re P&M asbestos memorandum and financial meetings (.2); review revised form of Amendment to the P&M Confidentiality Agreement and prepare memo to S. Schwartz re further modifications thereto (.7); review draft memo to the Committee re June 2001 results of operations and comments thereon and telephone call Sean Cunningham re completion of review and Debtors' confidentiality issues (1.8). | Krieger, A. | 2.7 |
| 08/28/2001 | Telephone call C. MacCullum re Asbestos Report (.1); telephone call S. Cunningham re draft analysis on June 2001 operating results.(0.5). | Krieger, A. | 0.6 |
| 08/29/2001 | Telephone call S. Schwartz re confidentiality agreement (.2); review Debtors' motion to lift stay to permit environmental remediation (.5). | Krieger, A. | 0.1 |
| 08/29/2001 | Telephone call S. Schwartz re confidentiality agreement (.2); review Debtors' motion to lift stay to permit environmental remediation (.5). | Krieger, A. | 0.6 |

| 08/31/2001 | Office conference LK re FTI P&M asbestos claim memorandum, confidentiality agreement (.1). | Krieger, A. | 0.1 |
| 08/31/2001 | Review pending motions (.4) | Taruschio, A. | 0.4 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 0.1 | $ 438 | $ 52.50 |
| Krieger, Arlene | 22.4 | 425 | 9,520.00 |
| Krieger, Arlene | 0.6 | 422 | 245.00 |
| Kruger, Lewis | 0.6 | 650 | 390.00 |
| Raskin, Robert | 3.3 | 550 | 1,815.00 |
| Taruschio Anna | 3.4 | 245 | 833.00 |

Total For Professional Services Rendered    $ 12,855.50

Total for this Matter    $ 12,855.50

RE:    **Court Hearings**
       **699842. 0008**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/01/2001 | Office conference RAR re: 8/2/01 hearings and prepare documentation thereon (0.5). | Krieger, A. | 0.5 |
| 08/02/2001 | Office conference RAR re Hartford Insurance companies request for direction from the court with respect to making payments to Grace under pre-petition asbestos claim settlement agreement, review same and office conference RAR re same (.3); office conference RAR re hearing before Judge Farnan (.1). | Krieger, A. | 0.4 |
| 08/02/2001 | Prepare for and attend hearing in Wilmington. | Raskin, R. | 3.5 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.9 | $ 425 | $ 382.50 |
| Raskin, Robert | 3.5 | 550 | 1,925.00 |

|  |  | Total For Professional Services Rendered | $ 2,307.50 |
|--|--|-------------------------------------------|------------|
|  |  | **Total for this Matter** | $ 2,307.50 |

RE:    **Executory Contracts/License Agreements**
       **699842. 0011**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/01/2001 | Review Stipulation assuming First Union equipment lease, office conference RAR re: same and telephone conference S. Schwartz re: comments to the Stipulation (0.5); review revised form of stipulation (0.1). | Krieger, A. | 0.6 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.6 | $ 425 | $ 255.00 |

|  |  | Total For Professional Services Rendered | $ 255.00 |
|--|--|-------------------------------------------|----------|
|  |  | **Total for this Matter** | $ 255.00 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

RE:    **Claims Analysis/Claims Objection Process**
       **699842. 0012**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/13/2001 | Review reclamation motion summary (.2), t/c A. Krieger re obtaining information re same (.2). | Raskin, R. | 0.4 |
| 08/28/2001 | Researched at RS request claims agent in court docket; researched at request re: schedule claim (Sherwin Alumina) in summary of schedules. | Defreitas, V. | 1.0 |
| 08/29/2001 | Review of schedules and request of creditor Sherwin Alumina (.4); telephone conference with Ms. Salinas re same (.2). | Serrette, R. | 0.6 |
| 08/30/2001 | Telephone conference with creditor Sherwin Alumna re scheduled claims (.1); review of schedules (.3). | Serrette, R. | 0.4 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Defreitas, Vaughn | 1.0 | $ 100 | $ 100.00 |
| Raskin, Robert | 0.4 | 550 | 220.00 |
| Serrette, Rosemarie | 1.0 | 150 | 150.00 |

Total For Professional Services Rendered       $ 470.00

Total for this Matter       $ 470.00

RE:    **Sale of Assets**
       **699842. 0015**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/01/2001 | Review and provide comment to S. Schwartz on proposed form of omnibus sale procedures order (1.2); review further revised form of order (.3). | Krieger, A. | 1.5 |
| 08/02/2001 | Telephone call Sam Schwartz re form of modified order approving omnibus sale procedures (.5); office conferences RAR re terms of order (.1). | Krieger, A. | 0.6 |
| 08/02/2001 | T/cs A. Krieger re sales motion (.2). | Raskin, R. | 0.2 |
| 08/03/2001 | Telephone call C. Hechman re Committee objection to the Debtors' omnibus sale procedures motion (.3). | Krieger, A. | 0.3 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

Case 01-01139-AMC    Doc 983-2    Filed 10/02/01    Page 18 of 18

Page: 16

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 2.4 | $ 425 | $ 1,020.00 |
| Raskin, Robert | 0.2 | 550 | 110.00 |
| | Total For Professional Services Rendered | | $ 1,130.00 |
| | **Total for this Matter** | | $ 1,130.00 |

**RE:    Exclusivity**
       **699842. 0022**

| Date | Description | Name | Hours |
|---|---|---|---|
| 08/24/2001 | Tc debtors' cause and oc R. Raskin re notice of motion to extend exclusivity (1.3). | Taruschio, A. | 1.3 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Taruschio Anna | 1.3 | $ 245 | $ 318.50 |
| | Total For Professional Services Rendered | | $ 318.50 |
| | **Total for this Matter** | | $ 318.50 |
| | Total For Professional Services Rendered | | 53,873.50 |
| | **Total Bill** | | **$ 53,873.50** |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.