EXHIBIT C

| W R GRACE & CO. SUMMARY OF FEES THROUGH AUGUST 31, 2001 | | | |
|---|---|---|---|
| Summary of Hours | Hours | Rate | Amount |
| **Partners** | | | |
| Kruger, Lewis | 0.6 | 650 | 390.00 |
| Pasquale, Kenneth | 4.7 | 475 | 2,232.50 |
| Raskin, Robert | 11.2 | 550 | 6,160.00 |
| **Associates** | | | |
| Krieger, Arlene | 0.1 | 438 | 52.50 |
| Krieger, Arlene | 88.8 | 425 | 37,740.00 |
| Krieger, Arlene | 0.6 | 422 | 245.00 |
| Sasson, Moshe | 1.3 | 360 | 468.00 |
| Taruschio Anna | 11.9 | 245 | 2,915.50 |
| **Paraprofessionals** | | | |
| Defreitas, Vaughn | 7.0 | 100 | 700.00 |
| Serrette, Rosemarie | 19.8 | 150 | 2,970.00 |
| **Total** | 146.0 | | $ 53,873.50 |