EXHIBIT D

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

September 26, 2001
Invoice: 243548

## Disbursement Register

| Date | Description | Amount |
|---|---|---:|
| **Overtime** | | |
| 08/31/2001 | 8/7 | 240.00 |
| **Overtime Total** | | **240.00** |
| **Meals** | | |
| 08/31/2001 | VENDOR: Harry's Outgoing, Inc.; INVOICE#: 073101; DATE: 7/31/01<br>R Serrette 7/26 | 32.95 |
| **Meals Total** | | **32.95** |
| **Local Transportation** | | |
| 08/17/2001 | NYC Two Ways Inc. KRIEGER 07/24/01 20:21 M from 180 MAIDEN LA to 80 EAST END A | 24.60 |
| 08/17/2001 | NYC Two Ways Inc. DEFREITAS 07/27/01 21:16 M from 180 MAIDEN LA to SOUTH JAMAICA | 48.10 |
| 08/17/2001 | NYC Two Ways Inc. SERRETTE 07/26/01 22:34 M from 180 MAIDEN LA to SOUTH RICHMON | 38.31 |
| 08/17/2001 | NYC Two Ways Inc. HENNELLY 07/27/01 20:44 M from 180 MAIDEN LA to JAMAICA QU | 42.23 |
| 08/22/2001 | NYC Two Ways Inc. DEFREITAS 07/25/01 20:25 M from 180 MAIDEN LA to JEROME BX | 42.23 |
| 08/22/2001 | VENDOR: Petty Cash; INVOICE#: 08/14/01; DATE: 8/22/01<br>08/01/01  NY PETTY CASH  R.RASKIN | 17.00 |
| **Local Transportation Total** | | **212.47** |
| **Long Distance Telephone** | | |
| 08/01/2001 | VENDOR: Petty Cash; INVOICE#: 07/25/01; DATE: 8/1/01<br>06/16/01  NY PETTY CASH  L.KRUGER | 17.12 |
| 08/01/2001 | EXTN.5544, TEL.312-861-3103, S.T.10:43, DUR.08:30 | 2.92 |

Case 01-01139-AMC   Doc 983-4   Filed 10/02/01   Page 3 of 9

Page: 2

| Date | Details | Amount |
|---|---|---|
| 08/02/2001 | EXTN.3544, TEL.312-861-3103, S.T.09:46, DUR.19:36 | 6.48 |
| 08/02/2001 | EXTN.5544, TEL.201-556-4003, S.T.17:06, DUR.02:06 | 0.97 |
| 08/02/2001 | EXTN.5544, TEL.201-556-4040, S.T.17:09, DUR.02:24 | 0.97 |
| 08/03/2001 | EXTN.3544, TEL.201-556-4040, S.T.15:32, DUR.01:24 | 0.65 |
| 08/03/2001 | EXTN.5544, TEL.201-556-4003, S.T.15:28, DUR.01:24 | 0.65 |
| 08/06/2001 | EXTN.3544, TEL.201-556-4040, S.T.15:45, DUR.00:54 | 0.32 |
| 08/06/2001 | EXTN.5422, TEL.312-861-3103, S.T.14:05, DUR.00:18 | 0.32 |
| 08/06/2001 | EXTN.5422, TEL.312-861-2124, S.T.15:11, DUR.00:24 | 0.32 |
| 08/06/2001 | EXTN.5422, TEL.312-861-2000, S.T.16:04, DUR.00:18 | 0.32 |
| 08/07/2001 | EXTN.5422, TEL.312-861-3103, S.T.11:27, DUR.18:00 | 5.83 |
| 08/07/2001 | EXTN.5422, TEL.312-861-2124, S.T.16:08, DUR.00:18 | 0.32 |
| 08/08/2001 | EXTN.3760, TEL.213-830-6427, S.T.11:11, DUR.00:48 | 0.32 |
| 08/08/2001 | EXTN.5422, TEL.312-861-2124, S.T.12:14, DUR.01:12 | 0.65 |
| 08/08/2001 | EXTN.5492, TEL.973-424-2000, S.T.11:04, DUR.12:12 | 4.21 |
| 08/08/2001 | EXTN.5544, TEL.312-861-2160, S.T.16:13, DUR.00:48 | 0.32 |
| 08/08/2001 | EXTN.5760, TEL.213-830-6427, S.T.11:28, DUR.00:18 | 0.32 |
| 08/09/2001 | EXTN.5562, TEL.202-371-9770, S.T.09:31, DUR.01:36 | 0.65 |
| 08/10/2001 | EXTN.5422, TEL.201-556-4040, S.T.10:35, DUR.00:06 | 0.32 |
| 08/10/2001 | EXTN.5422, TEL.201-843-4900, S.T.10:36, DUR.06:12 | 2.27 |
| 08/10/2001 | EXTN.5422, TEL.312-861-3103, S.T.10:43, DUR.10:00 | 3.24 |
| 08/10/2001 | EXTN.5422, TEL.312-269-4050, S.T.11:41, DUR.00:12 | 0.32 |
| 08/10/2001 | EXTN.5544, TEL.201-556-4040, S.T.09:56, DUR.00:42 | 0.32 |
| 08/10/2001 | EXTN.5544, TEL.201-556-4040, S.T.10:09, DUR.00:06 | 0.32 |
| 08/13/2001 | EXTN.3544, TEL.201-556-4040, S.T.13:10, DUR.06:06 | 2.27 |
| 08/13/2001 | EXTN.5492, TEL.973-424-2000, S.T.15:44, DUR.01:12 | 0.65 |
| 08/13/2001 | EXTN.5544, TEL.312-861-2160, S.T.12:55, DUR.13:48 | 4.54 |
| 08/14/2001 | EXTN.3430, TEL.973-424-2000, S.T.16:46, DUR.01:06 | 0.65 |
| 08/14/2001 | EXTN.3544, TEL.201-556-4003, S.T.11:13, DUR.00:30 | 0.32 |

| Date | Detail | Amount |
|---|---|---|
| 08/14/2001 | EXTN.5422, TEL.312-861-2124, S.T.11:44, DUR.03:06 | 1.30 |
| 08/14/2001 | EXTN.5492, TEL.302-657-4900, S.T.16:38, DUR.01:06 | 0.65 |
| 08/15/2001 | EXTN.5422, TEL.312-861-2124, S.T.10:56, DUR.00:12 | 0.32 |
| 08/15/2001 | EXTN.5422, TEL.305-206-2005, S.T.11:27, DUR.00:30 | 0.32 |
| 08/15/2001 | EXTN.5422, TEL.312-269-4050, S.T.12:03, DUR.00:18 | 0.32 |
| 08/15/2001 | EXTN.5544, TEL.201-556-4039, S.T.17:38, DUR.46:18 | 15.23 |
| 08/16/2001 | EXTN.5760, TEL.302-573-6459, S.T.12:47, DUR.00:24 | 0.32 |
| 08/17/2001 | EXTN.5544, TEL.312-861-3103, S.T.11:57, DUR.00:36 | 0.32 |
| 08/21/2001 | EXTN.3544, TEL.312-861-3103, S.T.11:39, DUR.00:24 | 0.32 |
| 08/21/2001 | EXTN.5422, TEL.312-861-2124, S.T.10:30, DUR.01:06 | 0.65 |
| 08/21/2001 | EXTN.5422, TEL.732-441-3666, S.T.12:36, DUR.00:30 | 0.32 |
| 08/21/2001 | EXTN.5544, TEL.312-861-3103, S.T.12:41, DUR.12:30 | 4.21 |
| 08/24/2001 | EXTN.5634, TEL.312-861-3130, S.T.14:27, DUR.01:06 | 0.65 |
| 08/24/2001 | EXTN.5634, TEL.312-861-2124, S.T.14:32, DUR.00:06 | 0.32 |
| 08/27/2001 | EXTN.5492, TEL.361-777-2636, S.T.17:38, DUR.03:18 | 1.30 |
| 08/28/2001 | EXTN.5492, TEL.361-777-2636, S.T.16:23, DUR.01:18 | 0.65 |
| 08/28/2001 | EXTN.5492, TEL.361-777-2636, S.T.16:40, DUR.01:24 | 0.65 |
| 08/29/2001 | EXTN.5544, TEL.312-861-3103, S.T.14:06, DUR.05:18 | 1.94 |
| 08/29/2001 | EXTN.5544, TEL.312-861-2162, S.T.15:16, DUR.19:24 | 6.48 |
| 08/30/2001 | EXTN.5492, TEL.361-777-2636, S.T.13:40, DUR.01:42 | 0.65 |
| 08/31/2001 | EXTN.5492, TEL.973-424-2000, S.T.11:23, DUR.01:18 | 0.65 |
| 08/31/2001 | EXTN.5492, TEL.703-993-8070, S.T.14:24, DUR.04:42 | 1.62 |
| 08/31/2001 | EXTN.5492, TEL.301-390-1390, S.T.15:42, DUR.00:36 | 0.32 |
| | **Long Distance Telephone Total** | **98.39** |

**Duplicating Costs-in House**

| Date | | Amount |
|---|---|---|
| 08/01/2001 | | 2.00 |
| 08/01/2001 | | 6.90 |
| 08/01/2001 | | 0.10 |

| Date | Amount |
|---|---|
| 08/01/2001 | 12.60 |
| 08/01/2001 | 1.40 |
| 08/01/2001 | 19.00 |
| 08/01/2001 | 2.30 |
| 08/01/2001 | 0.80 |
| 08/02/2001 | 0.50 |
| 08/02/2001 | 0.40 |
| 08/02/2001 | 49.20 |
| 08/02/2001 | 13.50 |
| 08/02/2001 | 6.00 |
| 08/02/2001 | 6.70 |
| 08/02/2001 | 2.40 |
| 08/02/2001 | 0.30 |
| 08/06/2001 | 0.20 |
| 08/06/2001 | 8.00 |
| 08/07/2001 | 1.80 |
| 08/07/2001 | 1.40 |
| 08/07/2001 | 3.40 |
| 08/09/2001 | 2.40 |
| 08/13/2001 | 5.60 |
| 08/13/2001 | 1.30 |
| 08/15/2001 | 0.90 |
| 08/15/2001 | 15.70 |
| 08/15/2001 | 2.00 |
| 08/15/2001 | 0.20 |
| 08/16/2001 | 1.20 |
| 08/17/2001 | 0.60 |
| 08/20/2001 | 0.60 |

| Date | Description | Amount |
|---|---|---|
| 08/21/2001 | | 0.80 |
| 08/21/2001 | | 0.40 |
| 08/21/2001 | | 0.20 |
| 08/21/2001 | | 0.60 |
| 08/22/2001 | | 0.30 |
| 08/23/2001 | | 30.00 |
| 08/24/2001 | | 7.40 |
| 08/28/2001 | | 0.10 |
| 08/29/2001 | | 19.10 |
| 08/29/2001 | | 83.20 |
| 08/29/2001 | | 4.40 |
| 08/30/2001 | | 0.10 |
| 08/30/2001 | | 3.20 |
| 08/31/2001 | | 54.80 |
| 08/31/2001 | | 0.10 |
| 08/31/2001 | | 0.60 |
| 08/31/2001 | | 6.10 |
| 08/31/2001 | | 1.60 |
| **Duplicating Costs-in House Total** | | **382.40** |

**Duplicating Costs-Outside**

| Date | Description | Amount |
|---|---|---|
| 08/13/2001 | VENDOR: Parcels/ Virtual Docket; INVOICE#: 3085; DATE: 7/31/01 U.S. bankr.ct / dist of Delaware | 10.00 |
| **Duplicating Costs-Outside Total** | | **10.00** |

**Postage**

| Date | Description | Amount |
|---|---|---|
| 08/22/2001 | Postage Charged by on 08/13/2001 | 0.34 |
| 08/22/2001 | Postage Charged by on 08/13/2001 | 5.15 |
| **Postage Total** | | **5.49** |

**O/S Information Services**

| Date | Description | Amount |
|---|---|---|
| 08/14/2001 | VENDOR: Global Securities Information, Inc; INVOICE#: IN000091682; DATE: 7/31/01 Identified and Extracted W R Grace Reorg | 49.80 |

| Date | Description | Amount |
|---|---|---|
| 08/14/2001 | VENDOR: Global Securities Information, Inc; INVOICE#: IN000092687; DATE: 7/31/01 7/26/01-7/27/01 | 113.65 |
| **O/S Information Services Total** | | **163.45** |

**Lexis/Nexis**

| Date | Amount |
|---|---|
| 08/01/2001 | 138.12 |
| 08/02/2001 | 28.08 |
| 08/03/2001 | 28.09 |
| 08/04/2001 | 28.15 |
| 08/05/2001 | 28.18 |
| 08/06/2001 | 28.07 |
| 08/07/2001 | 88.12 |
| 08/08/2001 | 28.09 |
| 08/09/2001 | 58.15 |
| 08/10/2001 | 28.08 |
| 08/11/2001 | 28.07 |
| 08/12/2001 | 28.08 |
| 08/13/2001 | 28.12 |
| 08/14/2001 | 88.12 |
| 08/15/2001 | 213.17 |
| 08/16/2001 | 28.08 |
| 08/17/2001 | 28.10 |
| 08/18/2001 | 28.07 |
| 08/19/2001 | 108.08 |
| 08/20/2001 | 28.15 |
| 08/21/2001 | 28.64 |
| 08/22/2001 | 58.10 |
| 08/23/2001 | 58.11 |
| 08/24/2001 | 83.08 |

| Date | Description | Amount |
|---|---|---:|
| 08/25/2001 | | 58.08 |
| 08/26/2001 | | 28.14 |
| 08/27/2001 | | 58.08 |
| 08/28/2001 | | 28.10 |
| 08/29/2001 | | 28.07 |
| 08/30/2001 | | 58.08 |
| 08/31/2001 | | 58.08 |
| **Lexis/Nexis Total** | | **1,631.73** |

**Facsimile Charges**

| Date | Description | Amount |
|---|---|---:|
| 08/01/2001 | FAX # 312-660-0313 | 8.00 |
| 08/03/2001 | FAX # 914-234-6843 | 7.00 |
| 08/13/2001 | FAX # 312-660-0313 | 11.00 |
| **Facsimile Charges Total** | | **26.00** |

**Travel Expenses - Transportation**

| Date | Description | Amount |
|---|---|---:|
| 06/20/2001 | VENDOR: American Express; INVOICE#: 062001A; DATE: 6/20/01  amex law trav R Raskin NYP WIL WAS 6/20 | 170.00 |
| 08/30/2001 | VENDOR: American Express; INVOICE#: 18882A; DATE: 6/20/01  lawyers trav fee R Raskin 6/20 | 35.00 |
| **Travel Expenses - Transportation Total** | | **205.00** |

**Westlaw**

| Date | Description | Amount |
|---|---|---:|
| 08/01/2001 | Research on 7/26/01. | 20.00 |
| **Westlaw Total** | | **20.00** |

**Word Processing - Logit**

| Date | Description | Amount |
|---|---|---:|
| 08/14/2001 | | 42.00 |
| **Word Processing - Logit Total** | | **42.00** |

Page: 8

## Bill Disbursement Summary

| | |
|---|---:|
| Overtime | $ 240.00 |
| Meals | 32.95 |
| Local Transportation | 212.47 |
| Long Distance Telephone | 98.39 |
| Duplicating Costs-in House | 382.40 |
| Duplicating Costs-Outside | 10.00 |
| Postage | 5.49 |
| O/S Information Services | 163.45 |
| Lexis/Nexis | 1631.73 |
| Facsimile Charges | 26.00 |
| Travel Expenses - Transportation | 205.00 |
| Westlaw | 20.00 |
| Word Processing - Logit | 42.00 |
| **Total Disbursements** | **3,069.88** |