**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | * | |
| **W.R. GRACE & CO., INC., et al.,** | * | Case No. 01-1139-JJF |
| | | (Chapter 11) |
| **Debtors.** | * | (Jointly Administered) |
| | | Hearing Date: None |

\* \* \* \* \* \* \* \* \* \* \* \*

**WITHDRAWAL OF OPPOSITION OF NIRO, INC. TO
MOTION OF THE DEBTORS FOR ENTRY OF AN
ORDER PURSUANT TO SECTIONS 503(b) AND 546 (c)(2) OF THE
BANKRUPTCY CODE GRANTING ADMINISTRATIVE PRIORITY STATUS
FOR RECLAMATION CLAIMS DEEMED VALID (PAPER NO. 753)**

Niro, Inc. ("Niro"), by it undersigned counsel, withdraws its opposition to the Motion of the Debtor for Entry of an Order Pursuant to Sections 503(b) and 546(c)(2) of the Bankruptcy Code Granting Administrative Priority Status for Reclamation Claims Deemed Valid in reliance upon the agreement between Niro and the Debtor that the Debtor will submit to this Court a proposed Order that has been approved and consented to by Niro.

DATED this 4th day of October, 2001.

/s/
Joel L. Perrell Jr. [1]
Federal Bar No. 25550 (Dist. of MD)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 385-3762

Attorneys for Niro, Inc.

---

[1] Counsel to Niro, Inc. is not a member of the bar of this Court. Shortly after filing the opposition, counsel of the Debtor contacted undersigned counsel in an effort to negotiate a settlement. A settlement has been reached without the need of incurring additional expense for Niro in obtaining local counsel.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of October, 2001, that a true and correct copy of the foregoing Withdrawal of Opposition of Niro, Inc. to Motion of the Debtor for Entry of an Order Pursuant to Sections 503(b) and 546(c)(2) of the Bankruptcy Code Granting Administrative Priority Status for Reclamation Claims Deemed Valid was sent by first class mail, postage prepaid, to the following:

> James H.M. Sprayregen, Esquire
> Kirkland & Ellis
> 200 East Randolph Drive
> Chicago, IL  60601
>
> Laura Davis Jones, Esquire
> Pachulski, Stang, Ziehl, Young & Jones, P.C.
> 919 North Market Street, 16th Floor
> P.O. Box 8705
> Wilmington, DE  19899
>
> Frank J. Perch, Esquire
> Office of the U.S. Trustee
> 844 King Street
> Wilmington, DE  19801
>
> Scott L. Baena, Esquire
> Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
> First Union Financial Center
> 200 South Biscayne Blvd., Suite 2500
> Miami, FL  33131
>
> Michael B. Joseph, Esquire
> Ferry & Joseph, P.A.
> 824 Market Street, Suite 904
> P.O. Box 1351
> Wilmington, DE  19899
>
> Elihu Insulbuch, Esquire
> Caplin & Drysdale
> 399 Park Ave., 36th Floor
> New York, NY  10022

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
201 Market Street, Suite 1500
Wilmington, DE  19801

Lewis Kruger, Esquire
Strook & Strook & Lavan
180 Maiden Lane
New York, NY  10038

Michael R. Lastowski, Esquire
Duane, Morris & Hecksher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801


/s/
Joel L. Perrell Jr.