IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| MRA Staffing Systems, Inc. | : | |
| | : | CASE No. 01-01193 |
| | : | Jointly Administered |
| | : | Case No. 01-01139 |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance on behalf of The Delaware Division of Revenue, pursuant to §342 (a) and §1109 (b) of the Bankruptcy Code and Bankruptcy Rule 9010 (b), and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002 (a), (b) and (f) and 3017 (a). All such notices should be addressed as follows:

> Allison E. Reardon
> Deputy Attorney General
> Delaware Division of Revenue
> 820 N. French Street
> 8th Floor
> Wilmington, DE  19801

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of

any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to the referenced case and the proceedings.

By: _____
Allison E. Reardon (I.D.#2470)
Deputy Attorney General
Delaware Division of Revenue
Carvel State Office Building
820 N. French Street, 8th Flr.
Wilmington, DE  19801
(302) 577-8660

CERTIFICATE OF SERVICE

I, Mae McCormick, do hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request For Notices of Documents were served this _____ day of October, 2001, on the individuals listed below, by U.S. Mail, postage prepaid, as follows:

Laura Davis Jones
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705

Kirkland & Ellis
James H. M. Sprayregen
James W. Kapp, III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601

Barry D. Kleban
1900 Two Penn Center Plaza
Philadelphia, PA 19103

Francis J. Murphy
Murphy, Spadaro & Landon
824 N. Market St., Ste. 700
Wilmington, DE 19899

Teresa K.D. Currier
Klett Rooney Leber & Schorling
1000 West St., Ste. 1410
Wilmington, DE 19801

Thomas Moers Mayer
919 Third Avenue
New York, NY 10022

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene
& MacRae, LLP
1000 Kearns Building
Salt Lake City, UT   84101

_____
Mae McCormick