IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| W.R. GRACE & CO., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AFFIDAVIT OF VIRGINIA L. AKIN, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

    I, Virginia L. Akin, certify that I am, and at all times during the service, have been, an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 8, 2001 I caused to be served:

**Notice of Appearance and Request for Special Notice**

Service was completed upon the parties on the attached list by first class mail.

Date: October 8, 2001

                                              /s/Virginia L. Akin
                                              Virginia L. Akin

    SWORN AND SUBSCRIBED before me this 8th day of October, 2001.

                                              /s/ Ellen J. Zickefoose
                                              NOTARY
                                              My commission expires:

**VIA FIRST CLASS MAIL**
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Local Counsel to Debtor)

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601
(Lead Counsel to Debtor)

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, Delaware 19899
(Counsel to Creditors' Committee)

Lewis Kruger, Esquire
Strook Strook & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

VLA/100712-0014/746409/1