IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE | : |
| | : Chapter 11 |
| W.R. GRACE & CO., et al., | : |
| | : Case No. 01-1139-JJF |
| Debtors. | : |

**O R D E R**

WHEREAS, in order to facilitate the administration of the above-referenced case;

NOW THEREFORE, IT IS HEREBY ORDERED that two (2) omnibus hearings in the above-captioned case are scheduled as follows in Courtroom No. 2A on the 2nd Floor, Boggs Federal Building, Wilmington:

**Monday, November 5, 2001 at 2:00 p.m.**

**Thursday, January 3, 2002 at 9:30 a.m.**

October 5, 2001
DATE

[signature]
UNITED STATES DISTRICT JUDGE