IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JJF) through |
| | ) | Case No. 01-1200 (JJF) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Kevin J. Mangan, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admissions pro hac vice of Bruce Buechler, Esquire, of the law firm Lowenstein Sandler, P.C., 165 Livingston Avenue, Roseland, New Jersey 07068. The Admittee is admitted, practicing, and in good standing in the State of New Jersey, the U.S. District Court in and for the Southern District and Eastern Districts of New York and the U.S. District Court of New Jersey.

_/s/ Kevin J. Mangan_
Kevin J. Mangan #3840
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_/s/ Bruce Buechler_
Bruce Buechler, Esquire
Lowenstein Sander, PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Motion Granted.

BY THE COURT:

Dated: 10-10-01

_/s/ Joseph J. Farnan_
United States District Court Judge

Document #: 4230