IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William H. Sudell, Jr. ("Movant"), a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Marsha A. Penn, P.O. Box 3725, Houston, Texas 77253-3725, to represent Chevron U.S.A. Inc. in this action. The Admittee is admitted, practicing, and in good standing in the State of Texas.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ William H. Sudell, Jr.
William H. Sudell, Jr.
(Del. Bar # 463)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

The Admittee certifies that she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the State of Texas, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of

the Local Rules of this Court and is generally familiar with such Rules.

/s/ Marsha A. Penn
Marsha A. Penn
P.O. Box 3725
Houston, TX  77253-3725

Motion granted.

BY THE COURT

Date: 10-10-01

_____
United States ~~Bankruptcy~~ Judge
District Court

246648