# Exhibit A

STATE OF WASHINGTON
THURSTON COUNTY SUPERIOR COURT

| | |
|---|---|
| W.R. GRACE & CO.—CONN., | NO. 94-2-0079-6 |
| Plaintiff, | |
| v. | STIPULATION AND FINAL ORDER ON REMAND |
| STATE OF WASHINGTON DEPARTMENT OF REVENUE, | |
| Defendant. | |

## I. INTRODUCTION

This matter comes before the Court on remand from the Washington Supreme Court. W.R. Grace & Co. – Conn. ("W.R. Grace") filed this action in January 1994, seeking to enjoin collection of three tax assessments against W.R. Grace, covering tax periods from January 1980 through December 1990. The Department of Revenue's answer to the complaint asserted, among other matters, affirmative defenses of issue preclusion based on W.R. Grace's previous litigation against the Department of Revenue. The answer also asserted a counterclaim for the unpaid taxes, penalties, and interest.

An Order Denying Motions for Reconsideration and Fixing Amount of Final Judgment was entered by this court on June 20, 1997. The Department of Revenue was awarded a judgment against W.R. Grace totaling $1,311,535.00, consisting of taxes of

STIPULATION AND FINAL ORDER ON
REMAND - 1

[/#31837 v1 - WR Grace - Stip re Tax Dispute with Washington State]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

$654,267 "plus [prejudgment] interest pursuant to Chapter RCW 82.32" of $657,268.00. Order at 1, 7.

W.R. Grace and the Department of Revenue appealed to the Washington Supreme Court from orders this Court entered in this action on June 28, 1996, December 18, 1996, and June 20, 1997. The Washington Supreme Court issued an opinion on April 1, 1999, addressing the issues raised in those appeals. The Washington Supreme Court stated that it "[did] not reach the Department of Revenue's standing or issue/claim preclusion issues, preserving those questions for trial court resolution on remand, as may be necessary." 137 Wn.2d at 584. After deciding the *Tyler Pipe* retroactivity issue in favor of W.R. Grace and rejecting all the taxpayers' claims for constitutional relief, the Supreme Court "affirm[ed] the trial court judgments on these key points and remand[ed] the cases to the trail court for further action consistent with this opinion." *Id.* at 604. On April 23, 1999, the Supreme Court issued its mandate to this Court "for further proceedings in accordance with" the Supreme Court's opinion.

W.R. Grace filed a petition for writ of certiorari in the United States Supreme Court on June 30, 1999, seeking review of the Washington Supreme Court's judgment. The Department of Revenue filed a conditional cross-petition for writ of certiorari on July 30, 1999. The United States Supreme Court denied both parties' petitions on October 18, 1999. 528 U.S. 950.

On June 27, 2000, W.R. Grace paid into the registry of the Court the sum of $1,470,414.20, which W.R. Grace contended was sufficient to satisfy the judgment entered against it in this action on June 20, 1997 plus post-judgment interest. The Department of Revenue contended that additional post-judgment interest was owed. The money remains in the registry of the Court.

STIPULATION AND FINAL ORDER ON
REMAND - 2

[/#31837 v1 - WR Grace - Stip re Tax Dispute with Washington State]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

On April 2, 2001, W.R. Grace filed a bankruptcy petition in the United States Bankruptcy Court for the District of Delaware, Case No. 01-01140.

On _____, the United States Bankruptcy Court for the District of Delaware entered an order authorizing this court to enter its Final Order on Remand and to disburse funds to the Department of Revenue.

## II.    STIPULATION

W.R. Grace and the Department of Revenue, through their attorneys, stipulate and agree as follows:

1.    The Department of Revenue agrees to waive its issue preclusion defenses in this action based on *National Can Corp. v. Washington Department of Revenue*, 483 U.S. 232 (1987), and *American National Can Corp. v. Department of Revenue*, 114 Wn.2d 236, 787 P.2d 545, *cert. Denied*, 498 U.S. 880 (1990).

2.    W.R. Grace and the Department of Revenue agree to the entry of the appended Final Order on Remand in this action, denying W.R. Grace's claims for injunctive or any other relief on the merits.

3.    W.R. Grace and the Department of Revenue agree to waive any possible right that either of them may have to appeal from the appended Final Order on Remand, or to pursue any further proceedings in this action after entry of this Final Order on Remand and the Satisfaction of Judgment.

4.    W.R. Grace agrees that it will not commence or pursue any legal, administrative, or other claim or action of any kind to recover the sum it has paid to satisfy the judgment in this action based on taxes, interest and penalties assessed against it for tax periods from January 1980 through December 1990. The Department of Revenue agrees that it will not commence or pursue any legal, administrative, or other claim or action of any

STIPULATION AND FINAL ORDER ON
REMAND - 3

[/#31837 v1 - WR Grace - Stip re Tax Dispute with Washington State]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

kind to assess or collect any additional taxes, interest or penalties from W.R. Grace for tax periods from January 1980 through December 1990.

5.  The Department of Revenue agrees that payment of the funds in the registry of the court shall be in full satisfaction of the judgment entered against W.R. Grace on June 20, 1997 and of all counterclaims the Department may have against W.R. Grace in this action. Therefore, (a) all liens and claims of the Department against W.R. Grace in connection with this action and the underlying assessments and warrants shall be discharged and released; (b) the bond filed by W.R. Grace in connection with this action shall be exonerated and the surety released from any further obligation; and (c) the Department will file an unqualified full Satisfaction of Judgment in the form attached.

**PERKINS COIE LLP**

_____        _____
D. MICHAEL YOUNG, WSBA #6391        DATE
Attorney for Plaintiff
W.R. Grace & Co. – Conn.

**CHRISTINE O. GREGOIRE**
**Attorney General**

_____        _____
DONALD F. COFER, WSBA #10896        DATE
DANIEL RADIN, WSBA #8543
Assistant Attorneys General
Attorneys for Defendant
Washington State Department of Revenue

STIPULATION AND FINAL ORDER ON
REMAND - 4

[/#31837 v1 - WR Grace - Stip re Tax Dispute with Washington State]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

### III.  FINAL ORDER ON REMAND

Based on the Washington Supreme Court's decision in this action and the above stipulation of the parties, the Court enters the following order:

1. All claims for relief made by plaintiff W.R. Grace in this action are denied.

2. The Clerk of the Court shall pay all funds held in this registry of the court in this matter, less any Clerk's fees, to the Department of Revenue, Attn: Janet Cox, Compliance Division, P.O. Box 12440, Olympia, WA 98508.

3. All liens, claims, warrants, and assessments of the Department against W.R. Grace for taxes, interest or penalties for tax periods from January 1980 through December 1990 shall be discharged and released. The Clerk and the Department shall take all actions necessary without further order of the Court.

4. The bond filed by W.R. Grace in connection with this action is exonerated and the surety is released from any further obligation.

DONE IN OPEN COURT this _____ day of _____, 2001.

_____
Richard D. Hicks, Judge

Presented by:

**CHRISTINE O. GREGOIRE**
**Attorney General**

_____
DONALD F. COFER, WSBA #10896
DANIEL RADIN, WSBA #8543
Assistant Attorneys General
Attorneys for Defendant
Washington State Department of Revenue

STIPULATION AND FINAL ORDER ON
REMAND - 5
[/#31837 v1 - WR Grace - Stip re Tax Dispute with Washington State]

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

APPROVED FOR ENTRY, NOTICE
OF PRESENTATION WAIVED:

**PERKINS COIE, LLP**

_____

D. MICHAEL YOUNG, WSBA #6391
Attorney for Plaintiff
W.R. Grace & Co. – Conn.

STIPULATION AND FINAL ORDER ON
REMAND - 6

[/#31837 v1 - WR Grace - Stip re Tax Dispute with Washington State]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888