# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2001

Invoice Number **48485**    **91100**    **00001**    **HRR**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---|
| Balance forward as of last invoice, dated:   June 30, 2001 | $126,053.14 |
| Net balance forward | $126,053.14 |

Re:  W.R. Grace and Co.

| Statement of Professional Services Rendered Through | | **07/31/2001** | | |
|---|---|---|---|---|
| | | **Hours** | **Rate** | **Amount** |
| **ASSET DISPOSITION [B130]** | | | | |
| 07/10/01 | DWC | Review Property Damage Committee's Response to Debtors' Motion for De Minimis Sale Procedures. | 0.20 | 245.00 | $49.00 |
| 07/25/01 | LDJ | Telephone conference with Sam Schwartz, Esq. re: sales procedure motion | 0.20 | 455.00 | $91.00 |
| 07/26/01 | DWC | Research DE cases where Courts have entered order establishing de minimis sale procedures. | 0.40 | 245.00 | $98.00 |
| 07/26/01 | LDJ | Conference with David Carickhoff, Esq. re: de minimus sale procedures | 0.20 | 455.00 | $91.00 |
| **Task Code Total** | | **1.00** | | **$329.00** |
| **BANKRUPTCY LITIGATION [L430]** | | | | |
| 07/09/01 | LDJ | Conference with David Carickhoff, Esq. re: amended adversary complaint | 0.20 | 455.00 | $91.00 |
| 07/10/01 | DWC | Address filing and service of Amended Adversary Complaint and Summons and Notice in Connection therewith. | 0.40 | 245.00 | $98.00 |
| 07/11/01 | PEC | File and serve Debtors' Opposition to the Joint Motion by the Asbestos Property Damage and Personal Injury Committee for Authority to Prosecute Fraudulent Transfer Claims (.3); draft affidavit of service (.2). | 0.50 | 105.00 | $52.50 |
| 07/11/01 | DWC | Review and revise Debtors' Opposition Brief to Asbestos Committees' Motion for Authority to Pursue Fraudulent Transfers. | 1.20 | 245.00 | $294.00 |
| 07/12/01 | DWC | Review and revise Debtors' Response to Committee's Motion to Centralize Documents (.6); address filing and service thereof (2). | 0.80 | 245.00 | $196.00 |
| 07/13/01 | DWC | Review and revise response to Former Executives' Motion for Reimbursement of Expenses as per Indemnification | 0.60 | 245.00 | $147.00 |

**Invoice number  48485**    91100   00001                                          **Page   2**

|         |     | Provisions (.4); address filing and service thereof (.2). |      |        |          |
|---------|-----|------------------------------------------------------------|------|--------|----------|
| 07/20/01 | DWC | Review paperflow items including objections and responses to Committees' Motion for Authority to Pursue Fraudulent Conveyance Actions and Debtors' Case Management Motion. | 0.50 | 245.00 | $122.50 |

|  |  | **Task Code Total** | **4.20** |  | **$1,001.00** |
|--|--|---------------------|----------|--|---------------|

### CASE ADMINISTRATION [B110]

| 05/25/01 | LDJ | Telephone conference with Jay Capp, Esq. re: omnibus hearing dates; scheduling issues | 0.20 | 455.00 | $91.00 |
|----------|-----|---------------------------------------------------------------------------------------|------|--------|---------|
| 05/29/01 | LDJ | Telephone conference with Jay Kapp, Esq. re: omnibus hearing dates | 0.20 | 455.00 | $91.00 |
| 05/29/01 | LDJ | Telephone conference with scheduling clerk re: omnibus hearing dates | 0.20 | 455.00 | $91.00 |
| 05/30/01 | LDJ | Conference with David Carickhoff, Esq. re: scheduling issues | 0.20 | 455.00 | $91.00 |
| 07/02/01 | DWC | Telephone conference with Jay Kapp re: August 2, 2001 hearing date and scheduling issues. | 0.20 | 245.00 | $49.00 |
| 07/02/01 | KKY | Review docket | 0.20 | 115.00 | $23.00 |
| 07/02/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 07/03/01 | DWC | Telephone conference with Jay Kapp re: scheduling issues. | 0.20 | 245.00 | $49.00 |
| 07/03/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.50 | 115.00 | $57.50 |
| 07/04/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 07/05/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 07/06/01 | ALE | Review Daily Correspondence & Pleadings and Circlulate to the Appropriate Individuals. | 0.60 | 105.00 | $63.00 |
| 07/06/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.20 | 115.00 | $23.00 |
| 07/09/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 1.10 | 105.00 | $115.50 |
| 07/09/01 | ALG | Match pleadings with Court docket. | 4.00 | 30.00 | $120.00 |
| 07/09/01 | DWC | Address request for form motion to shorten notice period. | 0.20 | 245.00 | $49.00 |
| 07/09/01 | DWC | Telephone conference with Jay Kapp re: scheduling issues (.1); Telephone conference with Joyce Winter re: same (.1); draft e-mail to Jay Kapp re: August 2 hearing time (.1). | 0.10 | 245.00 | $24.50 |
| 07/09/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: 8/2 omnibus hearing | 0.20 | 455.00 | $91.00 |
| 07/10/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.70 | 105.00 | $73.50 |
| 07/10/01 | PEC | File Summons and Notice re: Margaret Chakarian, et al. | 0.40 | 105.00 | $42.00 |
| 07/10/01 | PEC | Review docket for updates and update critical dates memo. | 0.70 | 105.00 | $73.50 |
| 07/10/01 | DWC | Review NY Times article re: Debtors' fireproofing materials and risks thereof (.3); review Debtors' response thereto (.2). | 0.50 | 245.00 | $122.50 |
| 07/11/01 | PEC | Return calls to various potential creditors. | 0.60 | 105.00 | $63.00 |
| 07/11/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/11/01 | ALG | Match pleadings with Court docket. | 3.00 | 30.00 | $90.00 |
| 07/12/01 | KFF | Prepare Debtors' Response to Committee re: Central Depository for filing and service, including Affidavit of Service | 0.90 | 120.00 | $108.00 |
| 07/12/01 | HRR | Telephone call from and to D. Kreutzer regarding status of the case. | 0.10 | 295.00 | $29.50 |

**Invoice number  48485**     91100    00001                                    **Page   3**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/01 | HRR | Telephone call from and to K. McDonald regarding status of the case. | 0.10 | 295.00 | $29.50 |
| 07/12/01 | DWC | Review articles on W.R. Grace bankruptcy in Daily Bankruptcy Review 7/10 and 7/12 issues re: NYT Article and response. | 0.30 | 245.00 | $73.50 |
| 07/13/01 | CLH | Correct issues RE:  paperflow. | 0.20 | 115.00 | $23.00 |
| 07/13/01 | CLH | Review and address issues RE:  paperflow. | 0.40 | 115.00 | $46.00 |
| 07/13/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 1.00 | 105.00 | $105.00 |
| 07/13/01 | PEC | Return calls to various potential creditors. | 0.60 | 105.00 | $63.00 |
| 07/14/01 | PEC | Review docket and begin drafting Agenda Notice for 7/19/01 Hearing. | 1.80 | 105.00 | $189.00 |
| 07/16/01 | HRR | Review and revise notice of agenda. | 0.30 | 295.00 | $88.50 |
| 07/16/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/16/01 | PEC | Draft Agenda Notice for 7/19/01 hearing. | 2.50 | 105.00 | $262.50 |
| 07/16/01 | DWC | Address preparation of agenda notice for 7/19 hearing. | 1.20 | 245.00 | $294.00 |
| 07/17/01 | PEC | Revise and review Agenda Notice  (.5). Prepare service list and faxcoversheet (1).  File and serve Agenda Notice and draft Affidavit of Service  (.5). | 2.00 | 105.00 | $210.00 |
| 07/17/01 | PEC | File and serve Debtors' Objection to Continuance of the Hearing on its' Motion for Entry of Case Management Order (.3); Draft Affidavit of Service (.2). | 0.50 | 105.00 | $52.50 |
| 07/17/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/17/01 | PEC | Return calls to various potential creditors. | 0.50 | 105.00 | $52.50 |
| 07/17/01 | DWC | Address preparation of agenda for 7/19 hearing. | 0.80 | 245.00 | $196.00 |
| 07/18/01 | HRR | Review and analyze notice of agenda. | 0.20 | 295.00 | $59.00 |
| 07/18/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 07/18/01 | ALG | Prepare hearing notebook for 7/19/01. | 6.00 | 30.00 | $180.00 |
| 07/18/01 | VEM | Prepare hearing notebook for w.r. grace. | 1.00 | 30.00 | $30.00 |
| 07/18/01 | PEC | File and serve Amended Agenda Notice for the 7/19/01 hearing (.4); draft Affidavit of Service (.2) | 0.60 | 105.00 | $63.00 |
| 07/18/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/18/01 | PEC | Review docket for updates. | 0.40 | 105.00 | $42.00 |
| 07/18/01 | PEC | Return calls to various potential creditors. | 0.80 | 105.00 | $84.00 |
| 07/18/01 | DWC | Prepare for 7/19 hearing. | 0.40 | 245.00 | $98.00 |
| 07/19/01 | HRR | Telephone call to D. Kreutzer regarding notice issues. | 0.10 | 295.00 | $29.50 |
| 07/19/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.30 | 295.00 | $88.50 |
| 07/19/01 | RMO | Maintain document control . | 0.30 | 45.00 | $13.50 |
| 07/19/01 | DWC | Confer with Sam Schwartz re: results of July 19th hearing. | 0.30 | 245.00 | $73.50 |
| 07/19/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/19/01 | PEC | Return calls to various potential creditors. | 1.10 | 105.00 | $115.50 |
| 07/19/01 | PEC | Update critical dates memo. | 0.10 | 105.00 | $10.50 |
| 07/19/01 | DWC | Meet with Debtors and K&E attorneys to prepare for 7/19 hearing. | 2.50 | 245.00 | $612.50 |
| 07/19/01 | DWC | Attend July 19th Omnibus hearing. | 1.50 | 245.00 | $367.50 |
| 07/20/01 | ALG | Match pleadings with Court docket. | 4.00 | 30.00 | $120.00 |
| 07/20/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/20/01 | PEC | Return calls to potential creditors and forward information requested. | 1.10 | 105.00 | $115.50 |
| 07/23/01 | PEC | Return calls to various potential creditors. | 0.40 | 105.00 | $42.00 |
| 07/24/01 | ALG | Match pleadings with Court docket. | 6.00 | 30.00 | $180.00 |
| 07/25/01 | DWC | Telephone conference with Jay Kapp and Sam Schwartz re: scheduling issues (.2); follow up with Court re: same (.1). | 0.30 | 245.00 | $73.50 |
| 07/25/01 | ALG | Match pleadings with Court docket. | 5.00 | 30.00 | $150.00 |
| 07/25/01 | PEC | Review critical dates memo and gather documents needed to draft Agenda Notice (1.0). Draft Agenda Notice for | 2.00 | 105.00 | $210.00 |

**Invoice number  48485**    91100   00001                              **Page   4**

8/2/01 hearing (1.0)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/25/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 07/25/01 | LDJ | Review open issues on cash management order | 0.50 | 455.00 | $227.50 |
| 07/26/01 | PEC | Review docket and revise Agenda Notice for 8/2/01 hearing | 1.30 | 105.00 | $136.50 |
| 07/27/01 | DWC | Address preparation of agenda for August 2, 2001 hearing. | 0.50 | 245.00 | $122.50 |
| 07/27/01 | HDM | Match pleadings with Court docket. | 2.10 | 45.00 | $94.50 |
| 07/27/01 | PEC | Return calls to various potential creditors. | 0.80 | 105.00 | $84.00 |
| 07/30/01 | DWC | Review and revise agenda for August 2, 2001 hearing (.5); Telephone conference with Sam Schwartz re: same (.2). | 0.70 | 245.00 | $171.50 |
| 07/31/01 | HRR | Review and analyze notice of agenda. | 0.10 | 295.00 | $29.50 |
| 07/31/01 | VEM | Prepare hearing notebook for w.r. grace. | 3.20 | 30.00 | $96.00 |

**Task Code Total**                                         **76.80**              **$7,685.50**

**CLAIMS ADMIN/OBJECTIONS [B310]**

| 07/10/01 | DWC | Review Ward Electrical Inc's notice of perfection of mechanic's lien. | 0.20 | 245.00 | $49.00 |
|---|---|---|---|---|---|
| 07/30/01 | DWC | Review and revise Motion granting valid reclamation claims administrative priority status and exhibits thereto (.6); draft notice in connection therewith (.4); address filing and service thereof (.2). | 1.20 | 245.00 | $294.00 |

**Task Code Total**                                          **1.40**               **$343.00**

**COMPENSATION PROF. [B160]**

| 07/02/01 | HRR | Draft, and review response to, email regarding fee applications. | 0.10 | 295.00 | $29.50 |
|---|---|---|---|---|---|
| 07/02/01 | KKY | Draft Certification of No Objection to First Monthly Application for Compensation and Reimbursement of Expenses of Kirkland & Ellis for April 1, 2001 through April 30, 2001 | 0.20 | 115.00 | $23.00 |
| 07/02/01 | LDJ | Telephone conference with Jay Kapp, Esq. re: interim compensation order | 0.20 | 455.00 | $91.00 |
| 07/03/01 | HRR | Review, analyze and address issues regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/03/01 | DWC | Review and execute Cert. of No Obj. re: K&E First Monthly Fee App. | 0.20 | 245.00 | $49.00 |
| 07/03/01 | KKY | File and serve Certification of No Objection to First Montly Application for Compensation and Reimbursement of Expenses of Kirkland & Ellis for April 1, 2001 through April 30, 2001 | 0.30 | 115.00 | $34.50 |
| 07/03/01 | KKY | Draft and file Affidavit of Service for Certification of No Objection to First Montly Application for Compensation and Reimbursement of Expenses of Kirkland & Ellis for April 1, 2001 through April 30, 2001 | 0.20 | 115.00 | $23.00 |
| 07/04/01 | IDK | Telephone conference with Hamid Rafatjoo regarding 4/01 fee application status. | 0.10 | 445.00 | $44.50 |
| 07/04/01 | HRR | Review and revise April fee application. | 0.60 | 295.00 | $177.00 |
| 07/04/01 | HRR | Review and revise May fee application. | 0.60 | 295.00 | $177.00 |
| 07/04/01 | HRR | Draft email to M. Johnson regarding April and May fee applications. | 0.10 | 295.00 | $29.50 |
| 07/04/01 | HRR | Conference with I. Kharasch regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/06/01 | IDK | Emails to Larry Gabriel and Hamid Rafatjoo regarding status of issues of 4/01 and 5/01 applications. | 0.20 | 445.00 | $89.00 |
| 07/06/01 | KKY | Draft Notice to First Monthly Application for | 0.10 | 115.00 | $11.50 |

Invoice number **48485**         91100    00001                                              Page    5

|  |  | Compensation and Reimbursement of Expenses of Wallace King Marraro & Branson for April 1, 2001 through April 30, 2001 |  |  |  |
|---|---|---|---|---|---|
| 07/06/01 | KKY | Fax to Chris Marraro local rules re: compensation of professionals | 0.10 | 115.00 | $11.50 |
| 07/06/01 | KKY | E-mail to Chris Marraro of Wallace King re: summary coversheet for fee apps | 0.10 | 115.00 | $11.50 |
| 07/09/01 | DWC | Review and revise Wallace King's first and second monthly fee application and addressed drafting of notices in connection therewith. | 0.70 | 245.00 | $171.50 |
| 07/10/01 | HRR | Review and revise April bill (.10); and Review and revise April fee application (.20). | 0.30 | 295.00 | $88.50 |
| 07/10/01 | PEC | File and serve Application of Wallace, King, Marraro & Branson's Fee Application for the month of April (.4); draft Affidavit of Service(.2) | 0.50 | 105.00 | $52.50 |
| 07/10/01 | PEC | File and serve Application of Wallace, King, Marraro & Branson's Fee Application for the month of May (.4); draft Affidavit of Service(.2) | 0.50 | 105.00 | $52.50 |
| 07/10/01 | DWC | Reviewed Creditors' Committee Request for Reimbursement of Members' Expenses. | 0.20 | 245.00 | $49.00 |
| 07/10/01 | DWC | Review Second Fee Application of Stroock Stroock & Lavan. | 0.20 | 245.00 | $49.00 |
| 07/10/01 | KKY | Draft Certification of No Objection to Kirkland & Ellis Monthly Application for Compensation and Reimbursement of Expenses for May 2001 | 0.20 | 115.00 | $23.00 |
| 07/10/01 | KKY | File and serve Certification of No Objection to Kirkland & Ellis Monthly Application for Compensation and Reimbursement of Expenses for May 2001 | 0.30 | 115.00 | $34.50 |
| 07/10/01 | KKY | Draft and file Affidavit of Service for Certification of No Objection to Kirkland & Ellis Monthly Application for Compensation and Reimbursement of Expenses for May 2001 | 0.20 | 115.00 | $23.00 |
| 07/10/01 | LDJ | Review and finalize interim fee application (April 2-30, 2001) | 0.30 | 455.00 | $136.50 |
| 07/11/01 | IDK | Emails and telephone conference with MaryRitchie Johnson and Hamid Rafatjoo regarding 5/01 application. | 0.20 | 445.00 | $89.00 |
| 07/11/01 | HRR | Conference with M. Johnson regarding fee applications (.10); and Review and analyze email from I. Kharasch regarding fee application (.10). | 0.20 | 295.00 | $59.00 |
| 07/12/01 | DWC | Review fee application of Property Damage Committee Members for reimbursement of expenses. | 0.20 | 245.00 | $49.00 |
| 07/12/01 | DWC | Review Fee Application of Property Damage Committee Counsel, Bilzin Sumberg. | 0.20 | 245.00 | $49.00 |
| 07/12/01 | DWC | Address revision and re-filing of Wallace King's summary sheet for second fee application. | 0.20 | 245.00 | $49.00 |
| 07/13/01 | IDK | Telephone conference with Hamid Rafatjoo and MaryRitchie Johnson regarding 5/01 fee application. | 0.20 | 445.00 | $89.00 |
| 07/16/01 | IDK | Telephone conference with Hamid Rafatjoo regarding 5/01 fee application status. | 0.10 | 445.00 | $44.50 |
| 07/16/01 | HRR | Telephone conference with I. Kharasch regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/18/01 | MRS | Email to Laura Davis Jones re: call from trustee's office with respect to fee application of Wallace King. | 0.30 | 245.00 | $73.50 |
| 07/18/01 | MRS | Calls from office of the U.S. Trustee re: Wallace King fee applications. | 0.10 | 245.00 | $24.50 |
| 07/19/01 | HRR | Review and revise prebills. | 0.30 | 295.00 | $88.50 |
| 07/20/01 | IDK | Telephone conference with Hamid Rafatjoo regarding 5/01 application issues. | 0.10 | 445.00 | $44.50 |
| 07/20/01 | HRR | Conference with I. Kharasch regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/20/01 | DWC | Review April and May Fee Applications of Ferry & Joseph. | 0.10 | 245.00 | $24.50 |

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/20/01 | DWC | Review Fee Application of Bilzin Sumberg for April through May 30th. | 0.30 | 245.00 | $73.50 |
| 07/21/01 | HRR | Draft email to I. Kharasch regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/21/01 | HRR | Review and revise fee application. | 0.40 | 295.00 | $118.00 |
| 07/23/01 | HRR | Prepare and finalize May fee application. | 0.30 | 295.00 | $88.50 |
| 07/25/01 | DWC | Review and provide comments to draft of Blackstone First Monthly Fee Application (.4); office conference with Laura Jones re: same (.1). | 0.50 | 245.00 | $122.50 |
| 07/25/01 | LDJ | Conference with David Carickhoff, Esq. re; Blackstone interim fee application | 0.20 | 455.00 | $91.00 |
| 07/26/01 | DWC | Review and revise Blackstone's first monthly fee application and address inquiries re: filing of quarterly fee application. | 0.60 | 245.00 | $147.00 |
| 07/27/01 | PEC | File and serve Supplemental List of Ordinary Course Professionals (.5); Draft Affidavit of Service (.3) | 0.80 | 105.00 | $84.00 |
| 07/27/01 | PEC | Draft Affidavit of Service re: Kirkland & Ellis' May Fee Application (.4); Draft Affidavit of Service (.2) | 0.60 | 105.00 | $63.00 |
| 07/27/01 | PEC | File and serve Debtors' Statement of Money Paid to Ordinary Course Professionals from April 2, 2001 through June 30, 2001 (.4); Draft Affidavit of Service (.2) | 0.60 | 105.00 | $63.00 |
| 07/30/01 | HRR | Conference with I. Kharasch regarding fee application issues. | 0.10 | 295.00 | $29.50 |
| 07/30/01 | IDK | Telephone conference and emails with MaryRitchie Johnson and Hamid Rafatjoo regarding fee application status and issues. | 0.20 | 445.00 | $89.00 |
| 07/31/01 | DWC | Review K&E June Monthly Fee Application (.6); draft notice in connection therewith (.4); address filing and service thereof (.2). | 1.20 | 245.00 | $294.00 |
| 07/31/01 | DWC | Review First Quarterly Fee Application of Blackstone (.3); draft notice in connection therewith (.4); address filing and service thereof (.2) | 0.90 | 245.00 | $220.50 |
| 07/31/01 | DWC | Review First Monthly Fee Application of Blackstone (.4); draft notice in connection therewith (.4); address filing and service thereof (.2). | 1.00 | 245.00 | $245.00 |
| 07/31/01 | HRR | Review and analyze fee application of Caplin & Drysdale. | 0.10 | 295.00 | $29.50 |
| 07/31/01 | HRR | Review and analyze fee application issues. | 0.20 | 295.00 | $59.00 |

| | | **Task Code Total** | **17.20** | | **$4,130.00** |

### EMPLOYEE BENEFIT/PENSION- B220

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/18/01 | HRR | Telephone conference with counsel for Jean Paul Bolduc et al. regarding motion to pay certain benefits to former employees (.10); Draft email regarding same (.10); and Telephone conference with S. Schwartz regarding same (.10). | 0.30 | 295.00 | $88.50 |

| | | **Task Code Total** | **0.30** | | **$88.50** |

### FINANCIAL FILINGS [B110]

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/17/01 | LDJ | Correspondence with David Carickhoff, Esq. re: service of schedules | 0.20 | 455.00 | $91.00 |
| 07/02/01 | DWC | Review May Monthly Operating Report (.6); Telephone conference with Francine Gilbert re: same (.1); address filing and service thereof (.2) | 0.90 | 245.00 | $220.50 |
| 07/02/01 | KKY | File and serve Monthly Operating Report for May 2001 | 0.30 | 115.00 | $34.50 |
| 07/02/01 | KKY | Draft and file Affidavit of Service for Monthly Operating Report for May 2001 | 0.20 | 115.00 | $23.00 |

| 07/02/01 | KKY | Update monthly operating report service list | 0.20 | 115.00 | $23.00 |
| 07/06/01 | DWC | Review letter from EPA re: amending Debtors' schedules and statements to include additional environmental information. | 0.40 | 245.00 | $98.00 |
| 07/20/01 | DWC | Review letter from Goodwin Procter re: environmental issues concerning Debtors' schedules and statements and address inquiries raised therein. | 0.30 | 245.00 | $73.50 |

|  | **Task Code Total** |  | **2.50** |  | **$563.50** |

### LITIGATION (NON-BANKRUPTCY]

| 07/05/01 | DWC | Research DE cases for precedent re: settlement procedures. | 0.30 | 245.00 | $73.50 |
| 07/09/01 | DWC | Research DE cases re: precedent for settlement procedures motion. | 0.30 | 245.00 | $73.50 |
| 07/13/01 | DWC | Review and revise Debtors' Response to Objections of Asbestos Committees to Motion for Settlement Procedures. | 0.60 | 245.00 | $147.00 |
| 07/13/01 | PEC | File and serve Debtors' Response to Objection of the Committees to Debtors' Motion Approving Procedures for Litigation (.4); draft Affidavit of Service (.2). | 0.60 | 105.00 | $63.00 |

|  | **Task Code Total** |  | **1.80** |  | **$357.00** |

### MEETING OF CREDITORS[B150]

| 05/17/01 | LDJ | Teleconference with James Sprayregen, Esq. re: Section 341 meeting | 0.30 | 455.00 | $136.50 |
| 05/18/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: Section 341 meeting | 0.20 | 455.00 | $91.00 |

|  | **Task Code Total** |  | **0.50** |  | **$227.50** |

### PLAN & DISCLOSURE STMT. [B320]

| 07/25/01 | DWC | Review and revise motion to extend exclusivity (.6); draft notice in connection therewith (.3); address filing and service thereof (.2). | 1.10 | 245.00 | $269.50 |

|  | **Task Code Total** |  | **1.10** |  | **$269.50** |

### RETENTION OF PROF. [B160]

| 07/02/01 | DWC | Review and revise application to retain Reed Smith as special counsel (.8); draft notice in conection therewith (.4); address filing and service thereof (.2); Telephone conference with Sam Schwartz re: same (.2). | 1.60 | 245.00 | $392.00 |
| 07/02/01 | KKY | Draft Certification of No Objection to Application to Retain and Employ Nelson Mullins Riley & Scarborough as Special Counsel to the Debtors | 0.20 | 115.00 | $23.00 |
| 07/02/01 | KKY | Draft Certification of No Objection to Application to Retain and Employ Holme Roberts & Owen as Special Environmental Counsel to the Debtors | 0.20 | 115.00 | $23.00 |
| 07/03/01 | DWC | Review and execute Cert. of No Obj. re: Nelson Mullins employment. | 0.20 | 245.00 | $49.00 |
| 07/03/01 | DWC | Review and execute Cert. of No Obj. re: Holme Roberts employment. | 0.20 | 245.00 | $49.00 |
| 07/03/01 | KKY | File and serve Certification of No Objection to Application | 0.30 | 115.00 | $34.50 |

**Invoice number  48485**     91100    00001                                          **Page   8**

| | | | | | |
|---|---|---|---|---|---|
| | | to Retain and Employ Nelson Mullins Riley & Scarborough as Special Counsel to the Debtors | | | |
| 07/03/01 | KKY | Draft and file Affidavit of Service for Certification of No Objection to Application to Retain and Employ Nelson Mullins Riley & Scarborough as Special Counsel to the Debtors | 0.20 | 115.00 | $23.00 |
| 07/03/01 | KKY | File and serve Certification of No Objection to Application to Retain and Employ Holme Roberts & Owen as Special Environmental Counsel to the Debtors | 0.30 | 115.00 | $34.50 |
| 07/03/01 | KKY | Draft and file Affidavit of Service for Certification of No Objection to Application to Retain and Employ Holme Roberts & Owen as Special Environmental Counsel to the Debtors | 0.20 | 115.00 | $23.00 |
| 07/06/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: retention of professionals | 0.30 | 455.00 | $136.50 |
| 07/10/01 | DWC | Review and address filing and service of various ordinary course professionals affidavits. | 0.50 | 245.00 | $122.50 |
| 07/11/01 | DWC | Telephone conference with Sam Schwartz re: ordinary course professionals' issues. | 0.20 | 245.00 | $49.00 |
| 07/11/01 | CLH | Office conference w/Patti Cuniff RE: W.R. Grace & Co. - affidavits of service - 10 affidavits of disinterestedness. | 0.20 | 115.00 | $23.00 |
| 07/11/01 | CLH | Prepare affidavits of service RE:  10 affidavits of disinterestedness; notarize and prepare for filing w/court. | 0.80 | 115.00 | $92.00 |
| 07/11/01 | CLH | Prepare 10 Affidavits of Service (RE:  10 Affidavits of Disinterestedness) for filing with Bankruptcy Court. | 0.30 | 115.00 | $34.50 |
| 07/11/01 | CLH | Review 10 Affidavits of Disinterestedness and prepare each for filing w/Bankruptcy Court and service. | 0.70 | 115.00 | $80.50 |
| 07/25/01 | DWC | Address preparation of Supplemental List of Ordinary Course Professionals and filing thereof. | 0.60 | 245.00 | $147.00 |
| 07/25/01 | PEC | File and serve Third Supplemental Affidavit of James H.M. Sprayregan Under 11 U.S.C. §327(a) nad Fed.R.Bankr.P. 2014 (.4); draft Affidavit of Service (.2) | 0.60 | 105.00 | $63.00 |
| 07/26/01 | DWC | Finalize Supplement to Ordinary Course Professional Motion (.3); address filing and service thereof (.2) | 0.50 | 245.00 | $122.50 |
| 07/26/01 | DWC | Review affidavits of disinterestedness of 23 Oridinary Course Professionals and update chart re: same (1.7); and address filing and service thereof (.2). | 1.90 | 245.00 | $465.50 |

| | | | | |
|---|---|---|---|---|
| | **Task Code Total** | | **10.00** | **$1,987.00** |

**STAY LITIGATION [B140]**

| | | | | | |
|---|---|---|---|---|---|
| 07/04/01 | HRR | Review and analyze renoticed Morris stay relief motion. | 0.20 | 295.00 | $59.00 |

| | | | | |
|---|---|---|---|---|
| | **Task Code Total** | | **0.20** | **$59.00** |

| | | | |
|---|---|---|---|
| | **Total professional services:** | 117.00 | **$17,040.50** |

### Costs Advanced:

| | | | |
|---|---|---|---|
| 07/02/2001 | DC | Delivery/ Courier Service--Parcels [E107] | $30.00 |
| 07/02/2001 | FE | Federal Express [E108] | $225.20 |
| 07/02/2001 | FE | Federal Express--DHL [E108] | $73.79 |
| 07/02/2001 | RE | (CORR 692 @0.15 PER PG) | $103.80 |
| 07/02/2001 | RE | (CORR 1392 @0.15 PER PG) | $208.80 |
| 07/02/2001 | RE | (CORR 1938 @0.15 PER PG) | $290.70 |
| 07/02/2001 | RE | (CORR 525 @0.15 PER PG) | $78.75 |
| 07/02/2001 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 07/02/2001 | RE | (CORR 476 @0.15 PER PG) | $71.40 |
| 07/02/2001 | RE | (CORR 3354 @0.15 PER PG) | $503.10 |

**Invoice number** 48485          91100    00001

| | | | |
|---|---|---|---|
| | | | $404.55 |
| 07/02/2001 | RE | (CORR 2697 @0.15 PER PG) | $25.50 |
| 07/02/2001 | RE | (CORR 170 @0.15 PER PG) | $7.50 |
| 07/03/2001 | DC | Delivery/ Courier Service--Parcels [E107] | $66.21 |
| 07/03/2001 | FE | Federal Express--DHL [E108] | $9.00 |
| 07/03/2001 | FX | (CORRA 9 @1.00 PER PG) | $1.50 |
| 07/03/2001 | RE | Reproduction Expense. [E101] | $22.05 |
| 07/03/2001 | RE | (CORR 147 @0.15 PER PG) | $14.70 |
| 07/03/2001 | RE | (DEC 98 @0.15 PER PG) | $18.15 |
| 07/03/2001 | RE | (CORR 121 @0.15 PER PG) | $99.30 |
| 07/03/2001 | RE | (CORR 662 @0.15 PER PG) | $244.20 |
| 07/03/2001 | RE | (CORR 1628 @0.15 PER PG) | $13.80 |
| 07/03/2001 | RE | (CORR 92 @0.15 PER PG) | $13.50 |
| 07/03/2001 | RE | (CORR 90 @0.15 PER PG) | $76.87 |
| 07/03/2001 | TR | Transcript--Valerie J. Gunning [E116] | $48.16 |
| 07/05/2001 | DH | DHL- Worldwide Express | $5.20 |
| 07/05/2001 | PO | Postage [E108] | $21.90 |
| 07/05/2001 | RE | (CORR 146 @0.15 PER PG) | $74.40 |
| 07/05/2001 | RE | (CORR 496 @0.15 PER PG) | $18.50 |
| 07/06/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $7.58 |
| 07/06/2001 | DH | DHL- Worldwide Express | $9.00 |
| 07/06/2001 | FX | (CORR 9 @1.00 PER PG) | $7.00 |
| 07/06/2001 | FX | (CORR 7 @1.00 PER PG) | $8.55 |
| 07/06/2001 | RE | (CORR 57 @0.15 PER PG) | $14.84 |
| 07/07/2001 | DH | DHL- Worldwide Express | $247.50 |
| 07/07/2001 | TSC | Tristate Courier Messenger Service [E107] | $38.00 |
| 07/09/2001 | FX | Fax Transmittal. [E104] | $4.50 |
| 07/09/2001 | RE | Reproduction Expense. [E101] | $12.30 |
| 07/09/2001 | RE | (CORR 82 @0.15 PER PG) | $14.85 |
| 07/09/2001 | RE | (CORR 99 @0.15 PER PG) | $237.75 |
| 07/09/2001 | RE | (CORR 1585 @0.15 PER PG) | $30.00 |
| 07/10/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $193.97 |
| 07/10/2001 | DH | DHL- Worldwide Express | $14.00 |
| 07/10/2001 | FX | (AGR 14 @1.00 PER PG) | $3.00 |
| 07/10/2001 | FX | (CORR 3 @1.00 PER PG) | $0.75 |
| 07/10/2001 | RE | (CORR 5 @0.15 PER PG) | $1.80 |
| 07/10/2001 | RE | (CORR 12 @0.15 PER PG) | $8.85 |
| 07/10/2001 | RE | (CORR 59 @0.15 PER PG) | $109.35 |
| 07/10/2001 | RE | (CORR 729 @0.15 PER PG) | $117.60 |
| 07/10/2001 | RE | (CORR 784 @0.15 PER PG) | $158.10 |
| 07/10/2001 | RE | (CORR 1054 @0.15 PER PG) | $2.10 |
| 07/10/2001 | RE | (CORR 14 @0.15 PER PG) | $242.40 |
| 07/10/2001 | RE | (CORR 1616 @0.15 PER PG) | $150.15 |
| 07/10/2001 | RE | (CORR 1001 @0.15 PER PG) | $32.31 |
| 07/10/2001 | SO | Secretarial Overtime--Vanessa Preston | $260.18 |
| 07/11/2001 | DH | DHL- Worldwide Express | $288.34 |
| 07/11/2001 | DH | DHL- Worldwide Express | $3.00 |
| 07/11/2001 | FX | (AGR 3 @1.00 PER PG) | $14.00 |
| 07/11/2001 | FX | (CORR 14 @1.00 PER PG) | $162.54 |
| 07/11/2001 | PO | Postage Delaware Document Imaging [E108] | $223.60 |
| 07/11/2001 | PO | Postage Delaware Document Imaging [E108] | $0.45 |
| 07/11/2001 | RE | Reproduction Expense. [E101] | $304.92 |
| 07/11/2001 | RE | Reproduction Expense Delaware Document Imaging [E101] | $544.05 |
| 07/11/2001 | RE | Reproduction Expense Delaware Document Imaging [E101] | $19.80 |
| 07/11/2001 | RE | (CORR 132 @0.15 PER PG) | $76.80 |
| 07/11/2001 | RE | (CORR 512 @0.15 PER PG) | $67.20 |
| 07/11/2001 | RE | (CORR 448 @0.15 PER PG) | $41.25 |
| 07/11/2001 | RE | (CORR 275 @0.15 PER PG) | $73.20 |
| 07/11/2001 | RE | (CORR 488 @0.15 PER PG) | $37.50 |
| 07/12/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $98.94 |
| 07/12/2001 | DH | DHL- Worldwide Express | |

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 07/12/2001 | FX | (CORR 9 @1.00 PER PG) | $9.00 |
| 07/12/2001 | FX | (CORR 9 @1.00 PER PG) | $9.00 |
| 07/12/2001 | PO | Postage [E108] | $210.28 |
| 07/12/2001 | RE | (CORR 64 @0.15 PER PG) | $9.60 |
| 07/12/2001 | RE | (CORR 112 @0.15 PER PG) | $16.80 |
| 07/12/2001 | RE | (CORR 1256 @0.15 PER PG) | $188.40 |
| 07/13/2001 | DH | DHL- Worldwide Express | $98.94 |
| 07/13/2001 | RE | (CORR 384 @0.15 PER PG) | $57.60 |
| 07/13/2001 | RE | (CORR 434 @0.15 PER PG) | $65.10 |
| 07/13/2001 | RE | (CORR 36 @0.15 PER PG) | $5.40 |
| 07/13/2001 | RE | (CORR 144 @0.15 PER PG) | $21.60 |
| 07/13/2001 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 07/13/2001 | RE | (CORR 2350 @0.15 PER PG) | $352.50 |
| 07/13/2001 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 07/13/2001 | RE | Reproduction Expense. [E101] | $45.30 |
| 07/14/2001 | DH | DHL- Worldwide Express | $62.79 |
| 07/14/2001 | TSC | Tristate Courier Messenger Service [E107] | $765.00 |
| 07/15/2001 | FE | Federal Express [E108] | $60.48 |
| 07/15/2001 | TSC | Tristate Courier Messenger Service [E107] | $150.00 |
| 07/16/2001 | RE | (CORR 6340 @0.15 PER PG) | $951.00 |
| 07/17/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $4.80 |
| 07/17/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $15.00 |
| 07/17/2001 | FX | (CORR 33 @1.00 PER PG) | $33.00 |
| 07/17/2001 | FX | (CORR 39 @1.00 PER PG) | $39.00 |
| 07/17/2001 | FX | (CORR 70 @1.00 PER PG) | $70.00 |
| 07/17/2001 | FX | (CORR 23 @1.00 PER PG) | $23.00 |
| 07/17/2001 | FX | (CORR 23 @1.00 PER PG) | $23.00 |
| 07/17/2001 | FX | Fax Transmittal. [E104] | $65.00 |
| 07/17/2001 | FX3 | FX-(CORR. 15 @ 1.00 PER PG) [E104] | $15.00 |
| 07/17/2001 | PO | Postage [E108] | $44.40 |
| 07/17/2001 | PO | Reproduction Expense--DDI. [E101] Postage [E108] | $165.06 |
| 07/17/2001 | PO | Postage--DDI [E108] | $165.06 |
| 07/17/2001 | RE | Reproduction Expense.--DDI [E101] | $308.88 |
| 07/17/2001 | RE | Reproduction Expense.--DDI [E101] | $308.88 |
| 07/17/2001 | RE | (CORR 2556 @0.15 PER PG) | $383.40 |
| 07/17/2001 | RE | (CORR 543 @0.15 PER PG) | $81.45 |
| 07/17/2001 | RE | (AGR 15 @0.15 PER PG) | $2.25 |
| 07/18/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $15.00 |
| 07/18/2001 | FE | Federal Express [E108] | $60.48 |
| 07/18/2001 | FE | Federal Express [E108] | $15.60 |
| 07/18/2001 | FX | (CORR 19 @1.00 PER PG) | $19.00 |
| 07/18/2001 | FX | (CORR 4 @1.00 PER PG) | $4.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |

| 07/18/2001 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
|---|---|---|---|
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (AGR 5 @1.00 PER PG) | $5.00 |
| 07/18/2001 | FX | (AGR 6 @1.00 PER PG) | $6.00 |
| 07/18/2001 | FX | (CORR 7 @1.00 PER PG) | $7.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | Fax Transmittal. [E104] | $33.00 |
| 07/18/2001 | FX | (CORR 6 @1.00 PER PG) | $6.00 |
| 07/18/2001 | RE | (AGR 15 @0.15 PER PG) | $2.25 |
| 07/18/2001 | RE | (AGR 23 @0.15 PER PG) | $3.45 |
| 07/18/2001 | RE | (CORR 624 @0.15 PER PG) | $93.60 |
| 07/18/2001 | RE | (CORR 486 @0.15 PER PG) | $72.90 |
| 07/18/2001 | RE | (CORR 206 @0.15 PER PG) | $30.90 |
| 07/18/2001 | RE | (CORR 1288 @0.15 PER PG) | $193.20 |
| 07/18/2001 | RE | (CORR 381 @0.15 PER PG) | $57.15 |
| 07/18/2001 | RE | (CORR 502 @0.15 PER PG) | $75.30 |
| 07/18/2001 | RE | (CORR 1326 @0.15 PER PG) | $198.90 |
| 07/19/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $27.50 |
| 07/19/2001 | FX | (CORR 17 @1.00 PER PG) | $17.00 |
| 07/19/2001 | FX | (CORR 55 @1.00 PER PG) | $55.00 |
| 07/19/2001 | PO | Postage [E108] | $15.45 |
| 07/19/2001 | RE | (CORR 61 @0.15 PER PG) | $9.15 |
| 07/19/2001 | RE | (CORR 101 @0.15 PER PG) | $15.15 |
| 07/19/2001 | SO | Secretarial Overtime--Vanessa Preston | $86.16 |
| 07/20/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $22.50 |
| 07/20/2001 | PO | Postage [E108] | $6.00 |
| 07/20/2001 | RE | (CORR 44 @0.15 PER PG) | $6.60 |
| 07/20/2001 | RE | (CORR 278 @0.15 PER PG) | $41.70 |
| 07/21/2001 | DH | DHL- Worldwide Express | $179.77 |
| 07/21/2001 | DH | DHL- Worldwide Express | $160.08 |
| 07/23/2001 | RE | (CORR 247 @0.15 PER PG) | $37.05 |
| 07/24/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 07/25/2001 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
| 07/25/2001 | FX3 | FX-(CORR. 10 @ 1.00 PER PG) [E104] | $10.00 |
| 07/25/2001 | PO | Postage [E108] | $140.08 |
| 07/25/2001 | RE | (CORR 31 @0.15 PER PG) | $4.65 |
| 07/25/2001 | RE | (CORR 341 @0.15 PER PG) | $51.15 |
| 07/25/2001 | RE | (CORR 126 @0.15 PER PG) | $18.90 |
| 07/25/2001 | RE | (CORR 41 @0.15 PER PG) | $6.15 |
| 07/26/2001 | FX | (CORRA 4 @1.00 PER PG) | $4.00 |

**Invoice number  48485**                91100    00001

|  |  |  |  |
|---|---|---|---|
|  |  |  | $447.72 |
| 07/26/2001 | PO | Postage--DDI [E108] | $447.72 |
| 07/26/2001 | PO | Postage Delaware Document Imaging [E108] | $11.40 |
| 07/26/2001 | RE | (CORR 76 @0.15 PER PG) | $1,093.95 |
| 07/26/2001 | RE | Reproduction Expense.--DDI [E101] | $1,093.95 |
| 07/26/2001 | RE | Reproduction Expense Delaware Document Imaging [E101] | $0.90 |
| 07/26/2001 | RE | (CORR 6 @0.15 PER PG) | $52.80 |
| 07/26/2001 | RE | (CORR 352 @0.15 PER PG) | $131.10 |
| 07/26/2001 | RE | (CORR 874 @0.15 PER PG) | $142.95 |
| 07/26/2001 | RE | (CORR 953 @0.15 PER PG) | $356.85 |
| 07/26/2001 | RE | (CORR 2379 @0.15 PER PG) | $123.20 |
| 07/27/2001 | PO | Postage Delaware Document Imaging [E108] | $123.20 |
| 07/27/2001 | PO | Postage--DDI [E108] | $26.25 |
| 07/27/2001 | RE | (CORR 175 @0.15 PER PG) | $3.60 |
| 07/27/2001 | RE | (CORR 24 @0.15 PER PG) | $2.40 |
| 07/27/2001 | RE | (CORR 16 @0.15 PER PG) | $233.10 |
| 07/27/2001 | RE | Reproduction Expense Delaware Document Imaging [E101] | $233.10 |
| 07/27/2001 | RE | Reproduction Expense.--DDI [E101] | $7.00 |
| 07/30/2001 | FX | (AGR 7 @1.00 PER PG) | $243.18 |
| 07/30/2001 | PO | Postage [E108] | $43.65 |
| 07/30/2001 | RE | (CORR 291 @0.15 PER PG) | $9.90 |
| 07/30/2001 | RE | (CORR 66 @0.15 PER PG) | $354.45 |
| 07/30/2001 | RE | (CORR 2363 @0.15 PER PG) | $110.25 |
| 07/30/2001 | RE | (CORR 735 @0.15 PER PG) | $172.80 |
| 07/30/2001 | RE | (CORR 1152 @0.15 PER PG) | $166.65 |
| 07/30/2001 | RE | (CORR 1111 @0.15 PER PG) | $275.85 |
| 07/30/2001 | RE | (CORR 1839 @0.15 PER PG) | $0.75 |
| 07/30/2001 | RE | (CORR 5 @0.15 PER PG) | $10.00 |
| 07/31/2001 | FE | Federal Express [E108] | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $282.00 |
| 07/31/2001 | FX | Fax Transmittal. [E104] | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $10.00 |
| 07/31/2001 | FX | (CORRA 10 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 07/31/2001 | FX | (AGR 7 @1.00 PER PG) | $74.55 |
| 07/31/2001 | RE | (CORR 497 @0.15 PER PG) | $1.05 |
| 07/31/2001 | RE | (CORR 7 @0.15 PER PG) | $9.90 |
| 07/31/2001 | RE | (CORR 66 @0.15 PER PG) | $1.05 |
| 07/31/2001 | RE | (AGR 7 @0.15 PER PG) |  |

**Total Expenses:**                                          **$20,323.76**


*Summary:*

| | | |
|---|---|---|
| Total professional services | $17,040.50 |
| Total expenses | $20,323.76 |
| | |
| Net current charges | $37,364.26 |
| | |
| Net balance forward | $126,053.14 |
| | |
| **Total balance now due** | $163,417.40 |
| Remaining Trust Account Balance | |

## Billing Summary

| | | | | |
|---|---|---|---|---|
| ALE | Espinosa, Amy L. | 0.60 | $105.00 | $63.00 |
| ALG | Grasty, Ashley L. | 28.00 | $30.00 | $840.00 |
| CLH | Hare, Cherie L. | 2.60 | $115.00 | $299.00 |
| DWC | Carickhoff,  David W | 31.30 | $245.00 | $7,668.50 |
| HDM | Martin, Helen D. | 2.10 | $45.00 | $94.50 |
| HRR | Rafatjoo, Hamid R. | 5.70 | $295.00 | $1,681.50 |
| IDK | Kharasch, Ira D. | 1.10 | $445.00 | $489.50 |
| KFF | Finalyson, Kathe F. | 0.90 | $120.00 | $108.00 |
| KKY | Yee, Karina K. | 5.00 | $115.00 | $575.00 |
| LDJ | Jones, Laura Davis | 3.80 | $455.00 | $1,729.00 |
| MRS | Seidl, Michael R. | 0.40 | $245.00 | $98.00 |
| PEC | Cuniff, Patricia E. | 31.00 | $105.00 | $3,255.00 |
| RMO | Olivere, Rita M. | 0.30 | $45.00 | $13.50 |
| VEM | Mobley, Violet E. | 4.20 | $30.00 | $126.00 |
| | | 117.00 | | $17,040.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | ASSET DISPOSITION [B130] | 1.00 | $329.00 |
| BL | BANKRUPTCY LITIGATION [L430] | 4.20 | $1,001.00 |
| CA | CASE ADMINISTRATION [B110] | 76.80 | $7,685.50 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 1.40 | $343.00 |
| CP | COMPENSATION PROF. [B160] | 17.20 | $4,130.00 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 0.30 | $88.50 |
| FF | FINANCIAL FILINGS [B110] | 2.50 | $563.50 |
| LN | LITIGATION (NON-BANKRUPTCY] | 1.80 | $357.00 |
| MC | MEETING OF CREDITORS[B150] | 0.50 | $227.50 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 1.10 | $269.50 |
| RP | RETENTION OF PROF. [B160] | 10.00 | $1,987.00 |
| SL | STAY LITIGATION [B140] | 0.20 | $59.00 |
| | | 117.00 | $17,040.50 |

## Expense Code Summary

| | |
|---|---:|
| Delivery/Courier Service | $208.30 |
| DHL- Worldwide Express | $1,413.59 |
| Federal Express [E108] | $511.76 |
| Fax Transmittal. [E104] | $1,553.00 |
| FX-(CORR. 1 @ 1.00 PER PG) [E1 | $25.00 |
| Postage [E108] | $2,522.69 |
| Reproduction Expense. [E101] | $12,731.58 |
| Overtime | $118.47 |
| Transcript [E116] | $76.87 |
| Delivery/Courier Service | $1,162.50 |

$20,323.76