## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | :     Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | :     Case No. 01-01139 (JJF) |
| | : |
| Debtors. | :     (Jointly Administered) |
| | : |
| | : |

### THIRD APPLICATION OF THE BLACKSTONE GROUP L.P. AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION FOR ACTUAL AND NECESSARY SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED (FOR THE PERIOD AUGUST 1, 2001 THROUGH AUGUST 31, 2001)

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | THE BLACKSTONE GROUP L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which Compensation and reimbursement is sought: | August 1, 2001 – August 31, 2001 |

| | Total | Less Holdback (@20%) |
|---|---|---|
| Amount of compensation sought as actual, reasonable and necessary: | $175,000.00 | $35,000.00 |

| | |
|---|---|
| Amount of reimbursement of expenses sought as actual, reasonable and necessary: | $16,124.84 |

This is a __x__ monthly ___ interim ___ final application

Summary Table:

| Fee Application, Filing Date | Total Fees Requested | Amount of Holdback (20%) | Net Fees Requested | Total Expenses Requested | Objection Received/Deadline |
|---|---|---|---|---|---|
| First 4/2/2001 - 4/30/2001, 7/30/2001 | $169,166.67 | $33,833.33 | $135,333.33 | $0 | None |
| First 5/1/2001 - 5/31/2001, 7/30/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $984.00 | None |
| First 6/1/2001 – 6/30/2001, 7/30/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $6,679.95 | None |
| Second 7/1/2001 – 7/31/2001, 8/27/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $3,504.53 | None |
| Third 8/1/2001 – 08/31/2001, 10/15/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $16,124.84 | |
| **TOTAL** | $869,166.67 | $173,833.33 | $695,333.34 | $27,293.32 | |