EXHIBIT A

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR W.R. GRACE AND CO.
### AUGUST 1, 2001 - AUGUST 31, 2001

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 78.5 |
| Richard Shinder | Vice President | 63.5 |
| David Blechman | Associate | 113.0 |
| Michael Alexander | Analyst | 75.0 |
| | | 330.0 |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
AUGUST 1, 2001 - AUGUST 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 08/01/01 | 1.0 | Discussion with R. Shinder re: options |
| Pamela Zilly | 08/01/01 | 2.0 | Call with management re: compensation options |
| Pamela Zilly | 08/03/01 | 3.0 | Outline of analyses of comparable cases claims, financials, funding alternatives |
| Pamela Zilly | 08/03/01 | 1.0 | Call with P. Norris re: cases status |
| Pamela Zilly | 08/04/01 | 1.5 | Read business plan |
| Pamela Zilly | 08/06/01 | 2.0 | Read business plan |
| Pamela Zilly | 08/06/01 | 0.5 | Read reclamation motion |
| Pamela Zilly | 08/07/01 | 2.0 | Update call with Grace management, J. Kapp |
| Pamela Zilly | 08/07/01 | 0.5 | Call with S. Cunningham re: financial advisors issues |
| Pamela Zilly | 08/07/01 | 1.0 | Call with S. Shwartz and J. McFarland re: confidentiality issues |
| Pamela Zilly | 08/07/01 | 1.0 | Reviewed quarterly operating report and June operating report re: comparative analysis |
| Pamela Zilly | 08/07/01 | 0.5 | Call with F. Gilbert re: distributions to financial advisors |
| Pamela Zilly | 08/07/01 | 2.0 | Reviewed compensation material |
| Pamela Zilly | 08/07/01 | 1.0 | Discussion with D. Blechman, M. Alexander re: compensation analysis, business plan status |
| Pamela Zilly | 08/08/01 | 1.0 | Reviewed compensation analysis |
| Pamela Zilly | 08/08/01 | 1.0 | Meeting with R. Shinder, D. Blechman, M. Alexander re: update to compensation analysis |
| Pamela Zilly | 08/08/01 | 0.5 | Call with F. Gilbert re: monthy reporting package |
| Pamela Zilly | 08/08/01 | 0.5 | Reviewed confidentiality agreement drafts |
| Pamela Zilly | 08/08/01 | 2.0 | Research comparable company case and financial data |
| Pamela Zilly | 08/09/01 | 1.5 | Comparative analysis re: quarterly operating report for P&M call |
| Pamela Zilly | 08/09/01 | 1.0 | Meeting with R. Shinder, D. Blechmman, M. Alexander re: revised analysis |
| Pamela Zilly | 08/09/01 | 1.0 | Call with S. Cunningham, P&M, B. Taroa, F. Gilbert and S. Farnsworth re: June operating report |
| Pamela Zilly | 08/09/01 | 0.5 | Call with S. Cunningham re: requests for additional information |
| Pamela Zilly | 08/09/01 | 0.5 | Call with F. Gilbert re: follow-up call |
| Pamela Zilly | 08/10/01 | 1.5 | Read draft business plan |
| Pamela Zilly | 08/13/01 | 0.5 | Meeting with D. Blechman, M. Alexander re: compensation analysis |
| Pamela Zilly | 08/13/01 | 1.0 | Reviewed compensation programs analysis |
| Pamela Zilly | 08/13/01 | 2.0 | Meeting with R. Shinder re: outline of payment analyses |
| Pamela Zilly | 08/14/01 | 1.0 | Call with M. Piergrossi re: analysis |
| Pamela Zilly | 08/14/01 | 1.0 | Meeting with R. Shinder, D. Blechman, M. Alexander re: compensation analysis, and TBG views of same |
| Pamela Zilly | 08/14/01 | 3.0 | Read business plan |
| Pamela Zilly | 08/14/01 | 2.0 | Read Betty information |
| Pamela Zilly | 08/15/01 | 1.0 | Discussions with M. Shelnitz and B. Tarola re: Equity Committee |
| Pamela Zilly | 08/15/01 | 1.5 | Discussion with R. Shinder, M. Alexander re: Comparable company analyses |

Page 1 of 7

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**AUGUST 1, 2001 - AUGUST 31, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 08/16/01 | 1.5 | Discussions with D. Siegel, P. Norris and B. Tarola re: Equity Committee |
| Pamela Zilly | 08/16/01 | 2.0 | Reviewed business plan numbers |
| Pamela Zilly | 08/16/01 | 1.0 | Calls with D. Blechman and S. Farnsworth to discuss business plan numbers |
| Pamela Zilly | 08/17/01 | 1.0 | Call with R. Shinder, B. Tarola and D. Siegel re: Equity Committee |
| Pamela Zilly | 08/17/01 | 1.0 | Discussion with R. Shinder re: structure of analyses, model |
| Pamela Zilly | 08/20/01 | 1.0 | Read revised comp presentation for the Board |
| Pamela Zilly | 08/21/01 | 4.0 | Research re: Grace subsidiary businesses, acquisitions, comparable situations |
| Pamela Zilly | 08/21/01 | 1.5 | Review Grace numbers re: Project Betty |
| Pamela Zilly | 08/21/01 | 0.5 | Call with S. Schwartz re: confidentiality agreements status |
| Pamela Zilly | 08/22/01 | 1.5 | Reviewed material re: project Betty |
| Pamela Zilly | 08/22/01 | 0.5 | Call with P. Norris and B. Tarola re: Equity Committee |
| Pamela Zilly | 08/22/01 | 0.5 | Call with B. Tarola and T. Wexler re: Equity Committee |
| Pamela Zilly | 08/22/01 | 0.5 | Call with M. Hunter re: subsidiary funding alternatives |
| Pamela Zilly | 08/22/01 | 1.5 | Call with M. Hunter, B. Tarola, M. Shelnitz, K. Coghlan and S. Shwartz re: non-filing entities funding |
| Pamela Zilly | 08/22/01 | 1.0 | Call with S. Farnsworth re: business plan |
| Pamela Zilly | 08/22/01 | 0.5 | Call with B. McGowan re: compensation programs |
| Pamela Zilly | 08/22/01 | 2.0 | Read and mark up business plan |
| Pamela Zilly | 08/23/01 | 2.0 | Call with K. Coghlan, B. Bettacchi and S. Farnsworth re: Project Betty |
| Pamela Zilly | 08/23/01 | 1.5 | Revise business plan |
| Pamela Zilly | 08/23/01 | 0.5 | Meetings with D. Blechman, M. Alexander re: comments to business plan |
| Pamela Zilly | 08/23/01 | 2.0 | Outline review of compensation programs proposal |
| Pamela Zilly | 08/23/01 | 0.5 | Call with S. Farnsworth and B. Tarola re: business plan |
| Pamela Zilly | 08/24/01 | 2.0 | Call with P. Norris and B. McGowan re: compensation |
| Pamela Zilly | 08/24/01 | 0.5 | Call with B. McGowan re: Board meeting |
| Pamela Zilly | 08/26/01 | 2.5 | Read and revise business plan |
| Pamela Zilly | 08/27/01 | 1.0 | Calls with R. Shinder, D. Blechman, M. Alexander re: business plan comments |
| Pamela Zilly | 08/27/01 | 0.5 | Calls with S. Schwartz re: confidentiality agreements status |
| Pamela Zilly | 08/31/01 | 1.0 | Call with R. Shinder re: Meetings on 9/4 |

**78.5**

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## AUGUST 1, 2001 - AUGUST 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 08/01/01 | 1.5 | Call with S. Farnsworth, D. Blechman, M. Alexander and K. Coghlan re: business plan |
| Richard Shinder | 08/01/01 | 1.0 | Revisions to option repricing analysis |
| Richard Shinder | 08/01/01 | 1.0 | Discussion with P. Zilly re: options |
| Richard Shinder | 08/01/01 | 2.0 | Call with leadership team re: option plan, incentives (compensation options) |
| Richard Shinder | 08/01/01 | 1.0 | Review of existing Grace compensation programs |
| Richard Shinder | 08/03/01 | 0.5 | Call with B. McGowan re: compensation options |
| Richard Shinder | 08/03/01 | 1.0 | Review filed motions and responses |
| Richard Shinder | 08/05/01 | 3.0 | Review of business plan |
| Richard Shinder | 08/06/01 | 0.5 | Call with S. Schwartz re: P&M confidentiality agreement amendment |
| Richard Shinder | 08/06/01 | 0.5 | Call with S. Cunningham re: Grace follow up information request |
| Richard Shinder | 08/06/01 | 1.0 | Review of material related to P&M information request |
| Richard Shinder | 08/08/01 | 0.5 | Call with P&M re: confidentiality agreement |
| Richard Shinder | 08/08/01 | 1.0 | Meeting with P. Zilly, D. Blechman, M. Alexander re: compensation analysis, business plan status |
| Richard Shinder | 08/08/01 | 1.5 | Review of business plan executive summary |
| Richard Shinder | 08/08/01 | 2.0 | Review business plan, monthly reorts re: 6+6 forecast |
| Richard Shinder | 08/09/01 | 1.0 | Meeting with D. Blechman, M. Alexander, P. Zilly re: incentive plans |
| Richard Shinder | 08/09/01 | 1.0 | Call to discuss P&M followup questions |
| Richard Shinder | 08/09/01 | 1.0 | Review of revised 2002-2004 incentive plan financial analysis |
| Richard Shinder | 08/09/01 | 0.5 | Calls with Boyer, Gilbert re: CDG information request |
| Richard Shinder | 08/13/01 | 2.0 | Review of Project Betty materials |
| Richard Shinder | 08/13/01 | 2.0 | Meeting with P. Zilly re: outline comparable companies payments analyses |
| Richard Shinder | 08/14/01 | 1.0 | Discussion of management incentive plans with D. Blechman, P. Zilly, M. Alexander |
| Richard Shinder | 08/14/01 | 1.5 | Review of business plan |
| Richard Shinder | 08/15/01 | 0.5 | Meeting with D. Blechman re: case issues |
| Richard Shinder | 08/15/01 | 1.5 | Meeting with P. Zilly, M. Alexander re: comparable company analyses |
| Richard Shinder | 08/16/01 | 1.0 | Business plan discussion with S. Farnsworth |
| Richard Shinder | 08/16/01 | 1.0 | Review of Project Chi materials |
| Richard Shinder | 08/16/01 | 1.0 | Call regarding Project Chi with S. Zelac, J. Deady |
| Richard Shinder | 08/16/01 | 2.0 | Review of business plan draft |
| Richard Shinder | 08/17/01 | 1.0 | Call with P. Zilly, B. Tarola and D. Siegel re: Equity Committee |
| Richard Shinder | 08/17/01 | 1.0 | Project Chi - call with S. Zelac, preparation of materials |
| Richard Shinder | 08/17/01 | 1.0 | Call with P. Zilly re: structure of analysis, funding model |
| Richard Shinder | 08/18/01 | 3.5 | Review and comment on business plan (including executive summary) |
| Richard Shinder | 08/27/01 | 1.0 | Review of Project Betty materials |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## AUGUST 1, 2001 - AUGUST 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 08/27/01 | 1.5 | Review of Grace business plan |
| Richard Shinder | 08/27/01 | 1.0 | Calls with P. Zilly and D. Blechman re: business plan comments |
| Richard Shinder | 08/27/01 | 1.0 | Review and markup to asbestos bankruptcy journal |
| Richard Shinder | 08/27/01 | 0.5 | Review of motions |
| Richard Shinder | 08/28/01 | 2.0 | Business plan conference call to review documents/projections |
| Richard Shinder | 08/28/01 | 1.5 | Work on Grace projection assumptions |
| Richard Shinder | 08/28/01 | 1.5 | Review of Grace business plan financial model and forecast projections |
| Richard Shinder | 08/30/01 | 1.0 | Review of Project Chi materials |
| Richard Shinder | 08/30/01 | 0.5 | Call with S. Schwartz/K. Coghlan re: Grace CAs |
| Richard Shinder | 08/30/01 | 0.5 | Call with S. Farnsworth re: Grace 9/6 presentation |
| Richard Shinder | 08/30/01 | 2.0 | Read and mark up business plan |
| Richard Shinder | 08/31/01 | 0.5 | Call with F. Gilbert re: flow/order of 9/6 presentation |
| Richard Shinder | 08/31/01 | 1.0 | Work on logistics for Grace 9/6 presentation |
| Richard Shinder | 08/31/01 | 0.5 | Call with K. Coghlan re: Betty 9/6 presentation |
| Richard Shinder | 08/31/01 | 1.5 | Review of Grace 9/6 presentation |
| Richard Shinder | 08/31/01 | 1.5 | Meeting with D. Blechman, M. Alexander re: business plan status |
| Richard Shinder | 08/31/01 | 1.0 | Call with P. Zilly on Grace meetings week of 9/4 |
| Richard Shinder | 08/31/01 | 1.5 | Meeting with D. Blechman, M. Alexander re: analyses, model workplan |
| Richard Shinder | 08/31/01 | 0.5 | Project Chi presentation work |

**63.5**

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**AUGUST 1, 2001 - AUGUST 31, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 08/01/01 | 10.0 | Worked on business plan |
| David Blechman | 08/01/01 | 1.5 | Call with S. Farnsworth, R. Shinder, M. Alexander and K. Coghlan re: business plan |
| David Blechman | 08/07/01 | 0.5 | Call re: Chapter 11 update |
| David Blechman | 08/07/01 | 0.5 | Call with M. Alexander, Company re: P&M due diligence |
| David Blechman | 08/07/01 | 3.0 | Analyzed compensation programs |
| David Blechman | 08/07/01 | 1.0 | Discussion with P. Zilly, M. Alexander re: compensation analysis, business plan status |
| David Blechman | 08/08/01 | 1.0 | Meeting with P. Zilly, R. Shinder, M. Alexander re: compensation analysis and due diligence requests |
| David Blechman | 08/08/01 | 0.5 | Call with F. Gilbert re: compensation analysis and due diligence requests |
| David Blechman | 08/08/01 | 2.0 | Revised compensation analysis |
| David Blechman | 08/09/01 | 1.0 | Revised compensation analysis |
| David Blechman | 08/09/01 | 0.5 | Meeting with P. Zilly, M. Alexander and R. Shinder re: revised compensation analysis |
| David Blechman | 08/13/01 | 0.5 | Meeting with P. Zilly, M. Alexander re: compensation programs |
| David Blechman | 08/13/01 | 3.0 | Worked on Business Plan presentation |
| David Blechman | 08/14/01 | 2.0 | Prepared analysis of compensation programs |
| David Blechman | 08/14/01 | 1.0 | Meeting with P. Zilly, M. Alexander, and R. Shinder re: compensation analysis |
| David Blechman | 08/14/01 | 0.5 | Call with M. Alexander, M. Piergrossi re: compensation analysis |
| David Blechman | 08/14/01 | 3.5 | Prepared analysis of compensation programs |
| David Blechman | 08/15/01 | 2.5 | Transit to Columbia |
| David Blechman | 08/15/01 | 0.5 | Meeting with R. Shinder re: case issues |
| David Blechman | 08/15/01 | 7.0 | Meetings in Columbia re: business plan |
| David Blechman | 08/15/01 | 2.0 | Worked on business plan |
| David Blechman | 08/16/01 | 8.5 | Meetings in Columbia re: business plan, calls with P. Zilly regarding same |
| David Blechman | 08/16/01 | 2.0 | Reviewed business plan on return trip from Columbia |
| David Blechman | 08/17/01 | 6.0 | Worked on business plan |
| David Blechman | 08/21/01 | 0.5 | Meeting with M. Alexander re: asbestos bankruptcies |
| David Blechman | 08/21/01 | 2.0 | Prepared fee application |
| David Blechman | 08/21/01 | 1.0 | Research comparable company data |
| David Blechman | 08/22/01 | 2.0 | Prepared fee application |
| David Blechman | 08/22/01 | 2.0 | Worked on business plan |
| David Blechman | 08/23/01 | 0.5 | Meeting with P. Zilly, M. Alexander re: business plan |
| David Blechman | 08/23/01 | 6.0 | Revised draft of business plan with M. Alexander |
| David Blechman | 08/24/01 | 6.0 | Worked on drafting business plan |
| David Blechman | 08/24/01 | 0.5 | Call with M. Alexander, P. Norris and B. McGowan re: compensation plans |
| David Blechman | 08/27/01 | 1.0 | Call with M. Alexander, S. Farnsworth re: business plan |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**AUGUST 1, 2001 - AUGUST 31, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 08/27/01 | 1.0 | Calls with R. Shinder, M. Alexander and P. Zilly re: business plan comments |
| David Blechman | 08/27/01 | 1.5 | Reviewed business plan on return trip from Columbia |
| David Blechman | 08/28/01 | 1.0 | Reviewed comments to business plan |
| David Blechman | 08/28/01 | 1.0 | Call with S. Farnsworth, K. Coghlan and R. Shinder re: business plan |
| David Blechman | 08/28/01 | 6.0 | Worked on drafting business plan |
| David Blechman | 08/29/01 | 0.5 | Call with S. Farnsworth et al. re: business plan |
| David Blechman | 08/29/01 | 11.0 | Worked on drafting business plan |
| David Blechman | 08/30/01 | 1.0 | Incorporated appendix to business plan; and prepared package to P&M |
| David Blechman | 08/30/01 | 1.5 | Call with S. Farnsworth re: logistics for Board meeting and 9/6/01 meeting |
| David Blechman | 08/31/01 | 1.5 | Meeting with R. Shinder, M. Alexander re: business plan, presentation status |
| David Blechman | 08/31/01 | 1.5 | Outline of financial model re: business plan and funding alternatives |
| David Blechman | 08/31/01 | 1.5 | Analyzed compensation programs |
| David Blechman | 08/31/01 | 0.5 | Reviewed Company documents re: compensation programs |
| David Blechman | 08/31/01 | 1.5 | Meeting with R. Shinder, M. Alexander re: analyses, model work |

**113.0**

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**AUGUST 1, 2001 - AUGUST 31, 2001**

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| Michael Alexander | 08/01/01 | 1.5 | Call with S. Farnsworth, R. Shinder, D. Blechman and K. Coghlan re: business plan |
| Michael Alexander | 08/01/01 | 6.5 | Worked on business plan |
| Michael Alexander | 08/07/01 | 2.0 | Call re: Chapter 11 update |
| Michael Alexander | 08/07/01 | 0.5 | Call with Company, D. Blechman re: P&M due diligence |
| Michael Alexander | 08/07/01 | 3.0 | Compiled research for compensation programs |
| Michael Alexander | 08/07/01 | 1.0 | Discussion with P. Zilly, D. Blechman re: compensation analysis, business plan status |
| Michael Alexander | 08/08/01 | 1.0 | Meeting with P. Zilly, R. Shinder, D. Blechman re: compensation analysis and due diligence requests |
| Michael Alexander | 08/09/01 | 1.0 | Revised compensation analysis |
| Michael Alexander | 08/09/01 | 0.5 | Meeting with P. Zilly, R. Shinder, D. Blechman re: revised compensation analysis |
| Michael Alexander | 08/13/01 | 0.5 | Meeting with P. Zilly, D. Blechman re: compensation programs |
| Michael Alexander | 08/14/01 | 2.0 | Reviewed and revised analysis of compensation programs |
| Michael Alexander | 08/14/01 | 1.0 | Meeting with P. Zilly, R. Shinder, D. Blechman re: compensation analysis |
| Michael Alexander | 08/14/01 | 0.5 | Call with M. Piergrossi, D. Blechman re: compensation analysis |
| Michael Alexander | 08/14/01 | 3.5 | Compiled additional research on compensation programs |
| Michael Alexander | 08/15/01 | 1.5 | Meeting with R. Shinder, P. Zilly re: comparable company analysis |
| Michael Alexander | 08/17/01 | 7.5 | Worked on business plan |
| Michael Alexander | 08/21/01 | 0.5 | Meeting with D. Blechman re: asbestos bankruptcies |
| Michael Alexander | 08/22/01 | 2.0 | Worked on business plan |
| Michael Alexander | 08/23/01 | 0.5 | Meeting with P. Zilly, D. Blechman re: business plan |
| Michael Alexander | 08/23/01 | 6.0 | Revised draft of business plan with D. Blechman |
| Michael Alexander | 08/24/01 | 5.0 | Worked on drafting business plan |
| Michael Alexander | 08/24/01 | 0.5 | Call with P. Norris, B. McGowan, D. Blechman re: compensation plans |
| Michael Alexander | 08/27/01 | 1.0 | Call with S. Farnsworth, D. Blechman re: business plan |
| Michael Alexander | 08/27/01 | 1.0 | Calls with R. Shinder, P. Zilly, D. Blechman re: business plan comments |
| Michael Alexander | 08/28/01 | 6.5 | Compiled information to update asbestos bankruptcy database |
| Michael Alexander | 08/28/01 | 4.5 | Worked on drafting business plan |
| Michael Alexander | 08/29/01 | 7.0 | Revised and reviewed asbestos bankruptcy database |
| Michael Alexander | 08/31/01 | 1.5 | Meeting with R. Shinder, D. Blechman re: presentation status |
| Michael Alexander | 08/31/01 | 1.5 | Analyzed compensation programs |
| Michael Alexander | 08/31/01 | 1.5 | Meeting with R. Shinder, D. Blechman re: model, other analyses work |
| Michael Alexander | 08/31/01 | 2.0 | Begin structure of financial model, comp company analyses |
| Michael Alexander | 08/31/01 | 0.5 | Reviewed Company documents re: compensation programs |

**75.0**