**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | : CHAPTER 11 |
| | : |
| W.R. GRACE & CO. | : CASE NO. 01-01139 (JJF) |
| | : |
| | : Objections Due By: October 30, 2001 |
| Debtor, | : Hearing Date: November 5, 2001 |

**ORDER VACATING THE STAY PURSUANT TO 11 U.S.C. SECTION 362 AS TO THE TOYOTA FORKLIFT MODEL 42-6FGU25, SERIAL NUMBERS 66976, 67014, TWO HYSTERS MODEL S50XL, SERIAL NOS. C187V05592P, C187V05607P, TOYOTA FORKLIFT GCU25, SERIAL NO. 64972, DATSUN MODEL CPF02A25V, SERIAL NO. CPF02001855, TOYOTA FORKLIFT MODEL 42-6FGCU030, SERIAL No. 60938, HYSTER MODEL S60XL, SERIAL NO. A187V0427776, FORKLIFT MODEL 42-6FGCU30, SERIAL NO. 60243, TWO FORKLIFTS MODEL 7FDU25, SERIAL NOS. 60347, 60351 AT WILMINGTON, DELAWARE IN SAID DISTRICT THIS         DAY OF              , 2001**

THIS MATTER, having come before the Court by Robert T. Aulgur, Jr. Esquire, attorney for Toyota Motor Credit Corporation, on its Motion for an Order Fixing Time by Which Debtor Must Assume or Reject Unexpired Leases or, in the Alternative, for an Order Vacating the Automatic Stay provisions of Section 362 of the Bankruptcy Code; and

IT APPEARING that Toyota is the owner of two used Toyota Forklifts Model 42-6FGU25, Serial Nos. 66976 and 67014, two Hyster Model S50XL, Serial Nos. C187V05592P, C187V05607P, used Toyota Forklift Model 42-6FGCU25, Serial No. 64972, Datsun Model CPF02A25V, Serial No. CPF02001855, Toyota Forklift Model 42-

6FGCU030, Serial No. 60938, Hyster Model S60XL, Serial No. A187V0427776, Forklift Model 42-6FGCU30, Serial No. 60243, andtwo Forklifts Model 7FDU25, Serial Nos. 60347; and,

IT FURTHER APPEARING that there has been service of the Motion and of the pleadings on the Debtor and attorney for Debtor; and,

IT FURTHER APPEARING that no responsive pleadings have been filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, nor served upon the attorneys for Toyota, and good and sufficient cause appearing for the entry of this Order;

IT IS HEREBY ORDERED, ADJOURNED AND DECREED, that the stay pursuant to Section 362 of the Bankruptcy Code, with respect to Toyota Motor Credit Corporation's enforcement of the Lease Agreements is hereby vacated.

IT IS FURTHER ORDERED, that Rule 4001(a)(3) is deemed not applicable and that Toyota Motor Credit Corporation may immediately enforce and implement this Order granting relief from the automatic stay.

_____
UNITED STATES BANKRUPTCY COURT