**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| W.R. Grace & Co. | ) Case No. 00-01139-JJF |
| | ) Chapter 11 |
| | ) Objections Due: October 30, 2001 |
| Debtor, | ) Hearing Date: November 5, 2001 |

**CERTIFICATE OF SERVICE**

I, KRISTI J. DOUGHTY hereby certify this 16th day of October, A.D. 2001 that one true copy of Motion of Toyota Motor Credit Corporation for Order Fixing Time by Which Debtor Must Assume or Reject Unexpired Leases, or, In The Alternative, For Relief From the §362 Automatic Stay, Proposed Order and Notice of Hearing was delivered via first class mail to the debtors counsel, unsecured creditors committee, and trustee on October 16, 2001 and all other persons on the attached service list on October 17, 2001:

/s/Kristi J. Doughty
Kristi J. Doughty, Esq.
P.O. Box 617
Odessa, DE 19730
Attorney for Toyota Motor Credit Corporation