**<u>NO ORDER REQUIRED</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: October 15, 2001 at 4:00 pm** |
| | ) | **Hearing Date: Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 960**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Third Interim Application for Compensation for Services Rendered and Reimbursement of Expenses of Bilzin Sumberg Dunn Baena Price & Axelrod LLP (the "Applicant") as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2001 through August 31, 2001 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 15, 2001

Pursuant to the Administrative Order Under 11 USC §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated May 3, 2001, the Debtors are authorized to pay the Applicant $198,384.00 which represents 80% of the fees ($247,980.00) and $176,063.29, which represents 100% of the expenses requested in the Application for the period July 1, 2001 through August 31, 2001, upon the filing of this certification and without the need for entry of a Court order approving the Application.

FERRY & JOSEPH, P.A.

*[signature]*

Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

-and-

Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Scott L. Baena, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336

Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: October 17, 2001