# EXHIBIT   A



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    October 9, 2001
ATTN: Lydia Duff, Esq.                               Invoice 469520                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06000                         For Services Through 07/31/01
Name of Matter:         General

---

| 07/19/01 | Review documents forwarded from Charleston concerning description of Grace property there; follow-up to attempt to confirm that the property is correct site; forward to Ms. Gardner; review old file information regarding potential dispute concerning northern property boundary; discussion of same with Mr Bucens. | | | |
| --- | --- | --- | --- | --- |
| | B.F. HAWKINS | 1.20 hrs. | 220.00/hr | $264.00 |
| 07/19/01 | Review Attorney Cleary's summary to client regarding applicability of asbestos NESHAP for inactive waste disposal for asbestos mills. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 200.00/hr | $20.00 |
| 07/19/01 | Review files for information  needed to prepare conflict check requests. | | | |
| | K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469520

Page 2

| | | | | |
|---|---|---|---|---|
| 07/19/01 | Research and review files for information on various expansion plants; telephone conference with Ms. Antar about the location of the Memphis deed which she needs per Mr. MacFarland's request; two telephone conferences with Mr. Marriam for clarification on expansion sites (Prince George County and Cambridge). | | | |
| | K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 07/19/01 | Prepare, edit and e-mail correspondence to administrative assistants, paralegal, and Attorneys Cleary and Hawkins requesting conflict checks on additional expansion plants. | | | |
| | K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 07/19/01 | Review previous file documents for property description and other pertinent information; compile information regarding property line dispute and prepare documents of same for scanning purposes. | | | |
| | M. WADDELL | 2.60 hrs. | 55.00/hr | $143.00 |
| 07/20/01 | Edit site home diagram and e-mail same to Attorney Cleary for review and comments; review and organize files; discuss with Administrative Assistant the structural modifications to the extranet. | | | |
| | K. BROWN | 5.90 hrs. | 125.00/hr | $737.50 |
| 07/23/01 | Discussion with Mr. Obradovic regarding upcoming conference call about legacy liabilities. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 07/23/01 | Review and organize files. | | | |
| | K. BROWN | 5.10 hrs. | 125.00/hr | $637.50 |
| 07/24/01 | Review comprehensive Site and matter  listings for inclusion on extranet. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 07/24/01 | Review and edit the site home diagram; prepare correspondence containing the diagram for implementation on the extranet to  Information Technology Director and Attorneys Cleary and Hawkins;  telephone conference with LAN/WAN Systems Administrator regarding implementation of same; discuss with Attorney Cleary the status of the modifications; prepare and e-mail correspondence to administrative assistants, paralegal, Attorneys Cleary and Hawkins requesting conflict checks and new matter numbers for Glendale, Arizona and Savannah, Georgia. | | | |
| | K. BROWN | 6.10 hrs. | 125.00/hr | $762.50 |
| 07/25/01 | Review boxes of document to prepare correspondence regarding documents that are not assigned to the firm to handle; draft correspondence regarding same. | | | |
| | K. BROWN | 4.20 hrs. | 125.00/hr | $525.00 |
| 07/25/01 | Continue to review and profile documents for document management project. | | | |
| | L.K. THOMAS | 5.60 hrs. | 85.00/hr | $476.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469520

Page 3

| 07/26/01 | Review and profile documents; prepare draft correspondence for Attorney Cleary regarding unassigned and assigned matters; e-mail same to Attorney Cleary. | | | |
|---|---|---|---|---|
| | K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |
| 07/26/01 | Continue to review and profile documents for document management project; discuss same with Project Assistant Waddell. | | | |
| | L.K. THOMAS | 7.40 hrs. | 85.00/hr | $629.00 |
| 07/26/01 | Sort and organize file documents; prepared file folders for the various Grace matter numbers to assist Paralegal Thomas. | | | |
| | M. WADDELL | 1.90 hrs. | 55.00/hr | $104.50 |
| 07/27/01 | Read Remedium Weekly report, send question regarding Corinth cleanup to Mr. Tucker. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 07/27/01 | Review and organize files. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 07/30/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.30 hrs. | 55.00/hr | $16.50 |
| 07/31/01 | Obtain Federal Register document for Atty. Hawkins. | | | |
| | M. SWABY | 0.30 hrs. | 95.00/hr | $28.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.20 | 220.00 | 264.00 |
| D.M. CLEARY | 0.80 | 285.00 | 228.00 |
| R.T. CARLISLE | 0.10 | 200.00 | 20.00 |
| L.K. THOMAS | 13.00 | 85.00 | 1,105.00 |
| K. BROWN | 34.30 | 125.00 | 4,287.50 |
| M. WADDELL | 4.80 | 55.00 | 264.00 |
| M. SWABY | 0.30 | 95.00 | 28.50 |
| **TOTAL** | **54.50** | **113.71** | 6,197.00 |

**Fees for Legal Services**          **$6,197.00**

W. R. Grace & Co.

October 9, 2001
Invoice 469520

Page 4

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/19/2001 | Photocopies 40 Page(s) | 2.00 |
| 07/19/2001 | 1-843-720-4345 | 0.45 |
| 07/19/2001 | 1-617-498-2667 | 0.60 |
| 07/19/2001 | 1-617-498-2667 | 1.89 |
| 07/19/2001 | 1-901-820-2023 | 0.34 |
| 07/19/2001 | 1-901-820-2023 | 0.10 |
| 07/26/2001 | Photocopies 50 Page(s) | 2.50 |
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/27/2001 | 1-617-498-4968 | 0.26 |
| 07/31/2001 | Lexis | 2.70 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$10.89**

## DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 4.55 |
| Lexis | 2.70 |
| Telephone | 3.64 |
| **TOTAL** | **10.89** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$6,207.89**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| --- | --- | --- | --- |
| 440677 | 04/09/2001 | 1,051.06 | 1,051.06 |
| 446321 | 06/10/2001 | 83.88 | 83.88 |
| 450536 | 06/29/2001 | 14,544.57 | 14,544.57 |
| 455435 | 07/25/2001 | 10,864.58 | 10,864.58 |
| 464910 | 09/13/2001 | 11,387.92 | 11,387.92 |
| 467882 | 09/27/2001 | 2,489.37 | 2,489.37 |
| 469516 | 10/09/2001 | 854.41 | 854.41 |
| | **TOTAL A/R BALANCE** | | **$41,275.79** |

W. R. Grace & Co.

October 9, 2001
Invoice 469520

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06000
General

| | | |
|---|---|---|
| Fees for Professional Services | 6,197.00 | |
| Charges for Other Services Provided/Expenses Incurred | 10.89 | |
| **NET CURRENT BILLING FOR THIS INVOICE**..................................................... | | **$6,207.89** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                          September 13, 2001
ATTN: Lydia Duff, Esq.                     Invoice 464915              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06003                    For Services Through 07/31/01
Name of Matter:       Beaco Road Site

---

| 07/19/01 | Conference call with PRP Group regarding potential responses to DHEC on feasibility study and requirement that no groundwater leave site above Maximum Contaminant Levels; review information forwarded to DHEC regarding reasons why DHEC should grant mixing zone for potential groundwater transport to Princess Creek; discussion basis for arguments on mixing zone with Attorney Carlisle. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 2.20 hrs. | 220.00/hr | $484.00 |
| 07/20/01 | Review additional incoming information regarding DHEC response on issue of why remedy for site does not need to include active measures to prevent contaminants from moving from groundwater to surface water. | | | |
| | B.F. HAWKINS | 0.60 hrs. | 220.00/hr | $132.00 |

W. R. Grace & Co.

September 13, 2001
Invoice 464915                    Page 2

| | | | |
|---|---|---|---|
| 07/30/01 | Review response to DHEC on mixing zone issue and regarding FOIA request; conference call to discuss the draft letter/statement of disagreement concerning DHEC's intent to require groundwater extraction wells; discuss the draft FOIA request to DHEC requesting all surface water mixing zone permits granted by DHEC and all documents wherein DHEC permitted or authorized water with one or more contaminants in excess of Safe Drinking Water Act maximum contaminant levels to migrate into a stream or other surface water. | | |
| | B.F. HAWKINS | 2.20 hrs.   220.00/hr | $484.00 |

## BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| B.F. HAWKINS | 5.00 | 220.00 | 1,100.00 |
| **TOTAL** | **5.00** | **220.00** | 1,100.00 |

**Fees for Legal Services**          **$1,100.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/20/2001 | Photocopies 11 Page(s) | 0.55 |
| 07/25/2001 | Photocopies 6 Page(s) | 0.30 |
| 07/31/2001 | Photocopies 12 Page(s) | 0.60 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$1.45**

## DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|---|---|
| Photocopies | 1.45 |
| **TOTAL** | **1.45** |

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$1,101.45**

W. R. Grace & Co.

September 13, 2001
Invoice 464915

Page 3

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464158 | 09/11/2001 | 2,620.40 | 2,620.40 |
| 464163 | 09/11/2001 | 88.00 | 88.00 |
| 464911 | 09/13/2001 | 143.00 | 143.00 |
| | | **TOTAL A/R BALANCE** | **$2,851.40** |

W. R. Grace & Co.

September 13, 2001
Invoice 464915                    Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | 1,100.00 |
| Charges for Other Services Provided/Expenses Incurred | 1.45 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$1,101.45** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 13, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 464916            Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06011                    For Services Through 07/31/01
Name of Matter:       Enoree Site Management

---

| 07/19/01 | Confer with Mr. O'Connell regarding apparent failure of WET test following attempted removal of solids from holding tank and related issues; review letter to be sent to DHEC confirming in writing apparent failure of WET test. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE / Of Counsel | 0.40 hrs. | 200.00/hr | $80.00 |
| 07/20/01 | Review final version of letter to be sent to DHEC  to follow up telephonic notice of WET test apparent failure; suggest inclusion in letter of information on use of city water to wash out holding tank and suggest additional word changes be made to conform to positions taken in earlier communications with DHEC relative to WET testing issues at the facility. | | | |
| | R.T. CARLISLE / Of Counsel | 0.40 hrs. | 200.00/hr | $80.00 |
| 07/24/01 | Review information from Attorney Carlisle regarding WET Testing issues and averaging periods that should be included in permit. | | | |
| | B.F. HAWKINS / Partner | 0.40 hrs. | 220.00/hr | $88.00 |

W. R. Grace & Co.

September 13, 2001
Invoice 464916                    Page 2

| | | | | |
|---|---|---|---|---|
| 07/24/01 | Review memoranda from Mr. O'Connell regarding decision to apply early for reissuance of NPDES permit to obtain more favorable terms for whole effluent toxicity testing; reply memorandum to Mr. O'Connell recommending that quarterly averaging of WET test results be pursued, as well as use of actual in-stream concentration based on CORMIX model. | | | |
| | R.T. CARLISLE / Of Counsel | 0.30 hrs. | 200.00/hr | $60.00 |
| 07/25/01 | Review incoming correspondence regarding changes in WET testing. | | | |
| | L.K. THOMAS / Paralegal | 0.20 hrs. | 85.00/hr | $17.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.40 | 220.00 | 88.00 |
| R.T. CARLISLE | 1.10 | 200.00 | 220.00 |
| L.K. THOMAS | 0.20 | 85.00 | 17.00 |
| **TOTAL** | **1.70** | **191.18** | 325.00 |

**Fees for Legal Services**     **$325.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/19/2001 | 1-617-498-4594 | 1.03 |
| 07/31/2001 | Photocopies 14 Page(s) | 0.70 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$1.73**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.70 |
| Telephone | 1.03 |
| **TOTAL** | **1.73** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................     **$326.73**

W. R. Grace & Co.

September 13, 2001
Invoice 464916          Page 3

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440679 | 04/09/2001 | 60.70 | 60.70 |
| 446111 | 06/11/2001 | 4,179.55 | 4,179.55 |
| 451120 | 07/09/2001 | 4,600.30 | 4,600.30 |
| 455237 | 07/24/2001 | 1,561.24 | 1,561.24 |
| 464913 | 09/13/2001 | 26.10 | 26.10 |
| | | **TOTAL A/R BALANCE** | **$10,427.89** |

W. R. Grace & Co.

September 13, 2001
Invoice 464916          Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06011
Enoree Site Management

---

| Fees for Professional Services | 325.00 | |
| Charges for Other Services Provided/Expenses Incurred | 1.73 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$326.73** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 12, 2001
ATTN: Lydia Duff, Esq.                           Invoice 464597                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06012                        For Services Through 07/31/01
Name of Matter:       Owensboro Site Management

---

| 07/27/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL / Project Asst | 1.50 hrs. | 55.00/hr | $82.50 |

---

### BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| M. WADDELL | 1.50 | 55.00 | 82.50 |
| **TOTAL** | **1.50** | **55.00** | 82.50 |

**Fees for Legal Services**          **$82.50**

W. R. Grace & Co.

September 12, 2001
Invoice 464597                  Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/27/2001 | Photocopies 6 Page(s) | 0.30 |
| 07/27/2001 | Photocopies 27 Page(s) | 1.35 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$1.70** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.70 |
| **TOTAL** | **1.70** |

NET CURRENT BILLING FOR THIS INVOICE ....................................................... **$84.20**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 446104 | 06/08/2001 | 702.65 | 702.65 |
| 450909 | 07/02/2001 | 941.20 | 941.20 |
| 455238 | 07/24/2001 | 5,091.37 | 5,091.37 |
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| | **TOTAL A/R BALANCE** | | **$6,735.32** |

W. R. Grace & Co.

September 12, 2001
Invoice 464597          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06012
Owensboro Site Management

---

| | | |
|---|---|---|
| Fees for Professional Services | 82.50 | |
| Charges for Other Services Provided/Expenses Incurred | 1.70 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$84.20** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                            September 12, 2001
ATTN: Lydia Duff, Esq.                                      Invoice 464598                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06017                               For Services Through 07/31/01
Name of Matter:       Sierra Facility

---

| 07/25/01 | Office conference with Attorney Hawkins; review of letter. | | | |
|---|---|---|---|---|
| | E.D. BARNHILL | 0.50 hrs. | 250.00/hr | $125.00 |

| 07/25/01 | Review Ms. Kalin's letter regarding Furman University's proposal to relocate a road to improve access to a portion of their University and Grace's assurance that they will use the property adjacent in a compatible manner; review property issues with Attorney Barnhill. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |

| 07/26/01 | Research road relocation (SC code 5-27-150) and other code provisions. | | | |
|---|---|---|---|---|
| | E.D. BARNHILL | 2.00 hrs. | 250.00/hr | $500.00 |

| 07/26/01 | Review information from Attorney Barnhill regarding initial review of issues concerning Furman University request regarding Traveler's Rest property and relation to tax, property valuation and environmental issues. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.70 hrs. | 220.00/hr | $154.00 |

W. R. Grace & Co.                                    September 12, 2001
                                                    Invoice 464598          Page 2

| 07/30/01 | Discussion with Attorneys Hawkins and Barnhill regarding status of EPA investigation in Travelers Rest, and conveyance of property to Furman University; conference call with Ms. Kalin of Grace regarding strategy of approach and environmental concerns. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 07/30/01 | Review e-mail from Attorney Barnhill regarding property and tax issues for proposed granting of easement to Furman for new road on Grace Traveler's Rest property; review environmental and property development issues with Attorney Cleary; review issues with Attorneys Kalin, Cleary and Barnhill. | | | |
| | B.F. HAWKINS | 1.10 hrs. | 220.00/hr | $242.00 |
| 07/30/01 | Conference call with Attorney Cleary and Ms. Kalin. | | | |
| | E.D. BARNHILL | 1.00 hrs. | 250.00/hr | $250.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 2.70 | 220.00 | 594.00 |
| D.M. CLEARY | 1.00 | 285.00 | 285.00 |
| E.D. BARNHILL | 3.50 | 250.00 | 875.00 |
| **TOTAL** | **7.20** | **243.61** | 1,754.00 |

**Fees for Legal Services**    **$1,754.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/25/2001 | Photocopies 3 Page(s) | 0.15 |
|---|---|---|
| 07/25/2001 | Photocopies 3 Page(s) | 0.15 |
| 07/26/2001 | Photocopies 3 Page(s) | 0.15 |
| 07/30/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/30/2001 | 1-617-498-4972, | 3.78 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$4.28**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.50 |
| Telephone | 3.78 |

W. R. Grace & Co.

September 12, 2001
Invoice 464598

Page 3

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| **TOTAL** | **4.28** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... $1,758.28

W. R. Grace & Co.

September 12, 2001
Invoice 464598                    Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06017
Sierra Facility

| | | |
|---|---|---|
| Fees for Professional Services | 1,754.00 | |
| Charges for Other Services Provided/Expenses Incurred | 4.28 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$1,758.28** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    October 9, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 469521                     Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06018                        For Services Through 07/31/01
Name of Matter:       Western Mineral Products Site

---

| 07/27/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.40 hrs. | 55.00/hr | $22.00 |

---

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.40 | 55.00 | 22.00 |
| **TOTAL** | **0.40** | **55.00** | 22.00 |

**Fees for Legal Services**          **$22.00**

W. R. Grace & Co.

October 9, 2001
Invoice 469521

Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/30/2001 | Photocopies 8 Page(s) | 0.40 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** **$0.40**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.40 |
| **TOTAL** | **0.40** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$22.40**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440680 | 04/09/2001 | 8,101.19 | 8,101.19 |
| 446217 | 06/09/2001 | 2,885.77 | 2,885.77 |
| 455332 | 07/25/2001 | 5,865.33 | 5,865.33 |
| 464169 | 09/11/2001 | 997.50 | 997.50 |
| 466683 | 09/27/2001 | 6,245.89 | 6,245.89 |
| 469517 | 10/09/2001 | 59.71 | 59.71 |
| | **TOTAL A/R BALANCE** | | **$24,155.39** |

W. R. Grace & Co.

October 9, 2001
Invoice 469521

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06018
Western Mineral Products Site

| | | |
|---|---|---|
| Fees for Professional Services | 22.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.40 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$22.40** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                  September 11, 2001
ATTN: Lydia Duff, Esq.                             Invoice 464184                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06020                          For Services Through 07/31/01
Name of Matter:       Guanica, Puerto Rico

07/30/01     Sort and organize file documents for Paralegal Thomas.
             M. WADDELL                  0.20 hrs.        55.00/hr              $11.00

### BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| M. WADDELL     | 0.20  | 55.00   | 11.00   |
| **TOTAL**      | **0.20** | **55.00** | 11.00 |

Fees for Legal Services          **$11.00**

W. R. Grace & Co.

September 11, 2001
Invoice 464184

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$11.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464174 | 09/11/2001 | 85.60 | 85.60 |
| | **TOTAL A/R BALANCE** | | **$85.60** |

W. R. Grace & Co.                                   September 11, 2001
                                                   Invoice 464184        Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06020
Guanica, Puerto Rico

| | |
|---|---:|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$11.00** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                   October 9, 2001
ATTN: Robert A. Emmett, Esq.              Invoice 469522                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06023                    For Services Through 07/31/01
Name of Matter:     Libby, MT -General Environmen

| | | | |
|---|---|---|---|
| 07/19/01 | Continue review and research of articles and documents in preparation for high-level EPA meeting; organize and draft descriptions of articles for e-mail to team. | | |
| | D.M. CLEARY | 6.50 hrs. | 285.00/hr | $1,852.50 |
| 07/19/01 | Discussion with Mr. Corcoran concerning upcoming meeting with EPA, Libby strategies, and upcoming conference call with Mr. Norris. | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 07/20/01 | Read e-mail and respond to Mr. Emmett regarding BNSF meeting in Libby. | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 07/20/01 | E-mail Mr. Stringer requesting missing article regarding Mr. Peronard. | | |
| | D.M. CLEARY | 0.10 hrs. | 285.00/hr | $28.50 |
| 07/24/01 | Discussion with Mr. Marriam regarding Region 4 analytical methodology and results. | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |

W. R. Grace & Co.

October 9, 2001
Invoice 469522

Page 2

| 07/24/01 | Review and prepare report of all the various analytical methodologies used in various EPA regions in the course of the vermiculite expanding plant investigations and in Libby; send to Mr. Marriam for review. | | | |
| | D.M. CLEARY | 6.70 hrs. | 285.00/hr | $1,909.50 |

| 07/24/01 | Review, profile, and organize documents. | | | |
| | K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |

| 07/25/01 | Continue research regarding methodologies employed by EPA in expanding plant investigation. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

| 07/25/01 | Discussion with Mr. Stringer regarding recent Libby events. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |

| 07/25/01 | Several discussions with Mr. Marriam regarding analytical methods used by EPA and status of spreadsheet. | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |

| 07/25/01 | Attend conference call with Grace team regarding environmental legacy matters, including follow-up discussions with Remedium. | | | |
| | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |

| 07/25/01 | Discussions with Mr. Stringer regarding KDC concerns for destruction of property by EPA; research and review additional articles regarding Gov. Martz visit in August; transmit additional article with Benefield comments to Mr. Corcoran. | | | |
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |

| 07/25/01 | Continued research, compilation, and analysis of analytical methodologies employed by all parties at all sites in the course of the Libby/expanding plant investigation. | | | |
| | D.M. CLEARY | 4.30 hrs. | 285.00/hr | $1,225.50 |

| 07/26/01 | Continue research and compilation of vermiculite investigation sampling methodologies with Mr. Marriam. | | | |
| | D.M. CLEARY | 4.00 hrs. | 285.00/hr | $1,140.00 |

| 07/26/01 | Assign Paralegal Brown to obtain Rep. Rehberg's letter demanding an accounting of Libby costs from GAO. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

| 07/26/01 | Prepare meeting notes regarding FOIA assignment; discuss with Attorney Cleary same; telephone U.S. Representative Rehberg's office to request a copy of his July 24, 2001 letter to the U.S. General Accounting Office; draft and e-mail FOIA request to GAO for same. | | | |
| | K. BROWN | 3.30 hrs. | 125.00/hr | $412.50 |

W. R. Grace & Co.

October 9, 2001
Invoice 469522

Page 3

| Date | Description | | | |
|---|---|---|---|---|
| 07/27/01 | Read new asbestos articles received from Grace relating to naturally occurring asbestos. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 07/27/01 | Continue research, correction and compilation of analytical methodology information with Mr. Marriam. | | | |
| | D.M. CLEARY | 4.50 hrs. | 285.00/hr | $1,282.50 |
| 07/27/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.50 hrs. | 55.00/hr | $27.50 |
| 07/30/01 | Review letter from Mr. Peronard ordering Grace to perform work in Libby; discussion with Mr. Stringer regarding EPA response; discussion with Mr. Stout regarding timing of response and logistics; conference call with Mr. Stringer and Mr. Corcoran to determine Grace response to EPA; discussion with K & E attorneys regarding necessity for approval with bankruptcy court prior to proceeding with arrangements with EPA to proceed. | | | |
| | D.M. CLEARY | 2.10 hrs. | 285.00/hr | $598.50 |
| 07/30/01 | Review articles concerning Libby; research Missoulian article from the weekend. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 07/30/01 | Continued research efforts with Mr. Marriam regarding analytical methodologies used by EPA across the nation regarding vermiculite. | | | |
| | D.M. CLEARY | 3.10 hrs. | 285.00/hr | $883.50 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 37.10 | 285.00 | 10,573.50 |
| K. BROWN | 4.60 | 125.00 | 575.00 |
| M. WADDELL | 0.50 | 55.00 | 27.50 |
| **TOTAL** | **42.20** | **264.83** | 11,176.00 |

**Fees for Legal Services**    **$11,176.00**

W. R. Grace & Co.

October 9, 2001
Invoice 469522

Page 4

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/25/2001 | 1-901-820-2023 | 0.86 |
| 07/25/2001 | 1-901-820-2023 | 4.65 |
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/26/2001 | 1-901-820-2023 | 3.89 |
| 07/26/2001 | 1-202-225-3211 | 0.59 |
| 07/27/2001 | Photocopies 5 Page(s) | 0.25 |
| 07/27/2001 | Photocopies 4 Page(s) | 0.20 |
| 07/27/2001 | Photocopies 5 Page(s) | 0.25 |
| 07/27/2001 | 1-901-820-2023 | 3.44 |
| 07/27/2001 | 1-901-820-2023 | 0.10 |
| 07/30/2001 | 1-901-820-2023 | 15.17 |
| 07/30/2001 | 1-406-293-3964 | 0.35 |
| 07/30/2001 | 1-410-531-4203 | 0.07 |
| 07/30/2001 | 1-406-293-3964 | 3.02 |
| 07/30/2001 | 1-312-861-2166 | 0.07 |
| 07/30/2001 | 1-901-820-2023 | 3.02 |
| 07/30/2001 | 1-901-820-2023 | 0.12 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$36.10**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.75 |
| Telephone | 35.35 |
| **TOTAL** | **36.10** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$11,212.10**

W. R. Grace & Co.

October 9, 2001
Invoice 469522

Page 5

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 440682 | 04/09/2001 | 7,951.50 | 7,951.50 |
| 447742 | 06/15/2001 | 7,191.82 | 7,191.82 |
| 455474 | 07/25/2001 | 10,157.43 | 10,157.43 |
| 464583 | 09/12/2001 | 3,268.37 | 3,268.37 |
| 466685 | 09/27/2001 | 31,672.83 | 31,672.83 |
| 469518 | 10/09/2001 | 1,858.00 | 1,858.00 |
| | | **TOTAL A/R BALANCE** | **$62,099.95** |

W. R. Grace & Co.

October 9, 2001
Invoice 469522

Page 6

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---:|
| Fees for Professional Services | 11,176.00 |
| Charges for Other Services Provided/Expenses Incurred | 36.10 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$11,212.10** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 12, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 464600                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06025                    For Services Through 07/31/01
Name of Matter:       Motor Wheel, MI Env. Matters

---

07/20/01    Review e-mail from Mr. Porter regarding proposed settlement.
            D.M. CLEARY                    0.20 hrs.        285.00/hr              $57.00

---

### BILLING SUMMARY

|                  | **Hours** | **Rate/Hr** | **Dollars** |
|------------------|-----------|-------------|-------------|
| D.M. CLEARY      | 0.20      | 285.00      | 57.00       |
| **TOTAL**        | **0.20**  | **285.00**  | 57.00       |

**Fees for Legal Services**          **$57.00**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$57.00**

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440683 | 04/09/2001 | 228.00 | 228.00 |
| 450514 | 06/29/2001 | 709.40 | 709.40 |
| 464584 | 09/12/2001 | 142.50 | 142.50 |
| | | **TOTAL A/R BALANCE** | **$1,079.90** |

W. R. Grace & Co.

September 12, 2001
Invoice 464600                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06025
Motor Wheel, MI Env. Matters

---

| | |
|---|---|
| Fees for Professional Services | 57.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$57.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:**  04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    October 9, 2001
ATTN: Lydia Duff, Esq.                               Invoice 469523                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06027                          For Services Through 07/31/01
Name of Matter:       Project Allen

---

| | | | |
|---|---|---|---|
| 07/19/01 | Telephone conversations with Clerk of Court regarding time entry procedure. | | |
| | J.L. LEWIS | 0.30 hrs. | 90.00/hr | $27.00 |
| 07/20/01 | Review data on Grace; memo to Attorney Hawkins on same. | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 07/23/01 | Review U.S. Trustee billing procedures; review docket for local variations; memo on same to Attorneys Hawkins and Cleary. | | |
| | G.B. CAUTHEN | 0.50 hrs. | 250.00/hr | $125.00 |
| 07/30/01 | Review Ms. Duff's email regarding additional information requested for the Creditors; review assignment with paralegals regarding putting information together to respond to request. | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 07/30/01 | Confer with co-counsel on bankruptcy and environmental issues. | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469523

Page 2

07/30/01   Review correspondence and several telephone conferences with Paralegal
Thomas, Attorneys Cleary and Hawkins regarding environmental creditors
database; prepare update to same and forward for review to Paralegal
Thomas, Attorneys Cleary and Hawkins.
K. BROWN                              7.30 hrs.        125.00/hr              $912.50

07/30/01   Review, update and edit creditor's list to be sent to Grace; discuss same with
Paralegal Brown.
L.K. THOMAS                           2.40 hrs.        85.00/hr               $204.00

07/30/01   Sort and organize file documents for Paralegal Thomas.
M. WADDELL                            0.50 hrs.        55.00/hr               $27.50

07/31/01   Review information with paralegal concerning compiling and forwarding
database previously prepared by Nelson Mullins.
B.F. HAWKINS                          0.80 hrs.        220.00/hr              $176.00

07/31/01   Review dockets; follow up on environmental issues.
G.B. CAUTHEN                          0.40 hrs.        250.00/hr              $100.00

07/31/01   Telephone conference with Paralegal Thomas regarding the environmental
creditors database; sent correspondence containing same.
K. BROWN                              0.70 hrs.        125.00/hr              $87.50

07/31/01   Several telephone conferences with Paralegal Thomas regarding e-mail
containing the environmental creditors database; edit and review same;
discuss with Paralegal Thomas the distribution of database.
K. BROWN                              5.00 hrs.        125.00/hr              $625.00

07/31/01   Review, update and edit creditor's list to be sent to Grace; discuss same with
Paralegal Brown.
L.K. THOMAS                           7.40 hrs.        85.00/hr               $629.00

W. R. Grace & Co.

October 9, 2001
Invoice 469523

Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.60 | 220.00 | 352.00 |
| G.B. CAUTHEN | 1.50 | 250.00 | 375.00 |
| L.K. THOMAS | 9.80 | 85.00 | 833.00 |
| J.L. LEWIS | 0.30 | 90.00 | 27.00 |
| K. BROWN | 13.00 | 125.00 | 1,625.00 |
| M. WADDELL | 0.50 | 55.00 | 27.50 |
| **TOTAL** | **26.70** | **121.33** | 3,239.50 |

**Fees for Legal Services**          **$3,239.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/23/2001 | 1-312-861-3103 | 0.17 |
| 07/23/2001 | 1-312-861-3103 | 0.14 |
| 07/30/2001 | 1-703-846-4771 | 3.29 |
| 07/30/2001 | 1-617-918-1111 | 0.57 |
| 07/30/2001 | 1-215-814-3000 | 0.36 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$4.53**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 4.53 |
| **TOTAL** | **4.53** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$3,244.03**

W. R. Grace & Co.

October 9, 2001
Invoice 469523

Page 4

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 451147 | 07/09/2001 | 16,936.81 | 16,936.81 |
| 455362 | 07/25/2001 | 5,601.33 | 5,601.33 |
| 464090 | 09/10/2001 | 747.84 | 747.84 |
| 464091 | 09/10/2001 | 16,351.71 | 16,351.71 |
| 464585 | 09/12/2001 | 5,444.39 | 5,444.39 |
| 467972 | 09/27/2001 | 2,568.78 | 2,568.78 |
| 469519 | 10/09/2001 | 50.00 | 50.00 |
| | | **TOTAL A/R BALANCE** | **$47,700.86** |

W. R. Grace & Co.

October 9, 2001
Invoice 469523

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | 3,239.50 |
| Charges for Other Services Provided/Expenses Incurred | 4.53 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$3,244.03** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 13, 2001
Invoice 464929                           Page 1

Our Matter #        02399/06030                    For Services Through 07/31/01
Name of Matter:     Aiken-Title V Permit App. Iss

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/27/2001 | Photocopies 13 Page(s) | 0.65 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.65** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.65 |
| **TOTAL** | **0.65** |

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$0.65**

W. R. Grace & Co.

September 13, 2001
Invoice 464929          Page 2

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 455450 | 07/25/2001 | 5,714.35 | 5,714.35 |
| 464611 | 09/12/2001 | 2,621.98 | 2,621.98 |
| 464912 | 09/13/2001 | 3,298.40 | 3,298.40 |
| | | TOTAL A/R BALANCE | $11,634.73 |

W. R. Grace & Co.

September 13, 2001
Invoice 464929          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | 0.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.65 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$0.65** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 12, 2001
ATTN: Lydia Duff, Esq.                               Invoice 464596              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06031                    For Services Through 07/31/01
Name of Matter:       Li Tungsten

---

| 07/30/01 | Organize file materials; create subfiles; review file materials. | | | |
|---|---|---|---|---|
| | L.K. THOMAS / Paralegal | 2.70 hrs. | 85.00/hr | $229.50 |

---

### BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| L.K. THOMAS | 2.70 | 85.00 | 229.50 |
| **TOTAL** | **2.70** | **85.00** | 229.50 |

**Fees for Legal Services**        **$229.50**

W. R. Grace & Co.

September 12, 2001
Invoice 464596          Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.05** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| **TOTAL** | **0.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$229.55**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440686 | 04/09/2001 | 1,120.00 | 1,120.00 |
| 446279 | 06/11/2001 | 1,517.42 | 1,517.42 |
| 450938 | 07/03/2001 | 599.59 | 599.59 |
| 455240 | 07/24/2001 | 308.25 | 308.25 |
| 464581 | 09/12/2001 | 337.09 | 337.09 |
| | **TOTAL A/R BALANCE** | | **$3,882.35** |

W. R. Grace & Co.

September 12, 2001
Invoice 464596

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06031
Li Tungsten

---

| | |
|---|---|
| Fees for Professional Services | 229.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| **NET CURRENT BILLING FOR THIS INVOICE** ........................................................ | **$229.55** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                        September 12, 2001
ATTN: Lydia Duff, Esq.                                  Invoice 464602                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06032                          For Services Through 07/31/01
Name of Matter:     Charleston

---

| 07/19/01 | Discussion with Mr. Bucens regarding status of DHEC's comments on feasibility study and issues concerning  discharge of groundwater to tributary of Shipyard Creek above MCLs and/or ambient water quality standards and potential for challenge to requirement; review issues with Attorney Carlisle concerning mixing zones and argument that DHEC should allow one at Charleston site and the impact of requirements regarding ambient water quality standards and how these requirements impact argument that DHEC should allow mixing zone. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 07/24/01 | Review Advent's Results of the Radiation Survey forwarded from Mr. Bucens. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 07/27/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.70 hrs. | 55.00/hr | $38.50 |

W. R. Grace & Co.

September 12, 2001
Invoice 464602

| 07/30/01 | Review information relating to results of Target Area Supplemental Investigation Data Report in preparation for conference call on issue. |||
|---|---|---|---|
| | B.F. HAWKINS | 1.10 hrs. | 220.00/hr | $242.00 |

| 07/30/01 | Sort and organize file documents for Paralegal Thomas. |||
|---|---|---|---|
| | M. WADDELL | 1.60 hrs. | 55.00/hr | $88.00 |

| 07/31/01 | Conference call with Ms. Duff, Mr, Bucens, Mr. Obradovic and Ms. Saucier discussing RMT's Target Area Supplemental Investigation Data Report; review issues concerning mixing zone, application of ambient water quality criteria and tap water-based drinking standards as clean-up goals. |||
|---|---|---|---|
| | B.F. HAWKINS | 1.50 hrs. | 220.00/hr | $330.00 |

| 07/31/01 | Confer with Attorney Hawkins regarding viability of seeking mixing zone or variance from groundwater quality standards so that ARARs looked to by DHEC in setting remedial goals will be adjusted and regarding strategic issues related to request for mixing zone for surface water point at which groundwater from site enters surface water. |||
|---|---|---|---|
| | R.T. CARLISLE | 0.80 hrs. | 200.00/hr | $160.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 3.80 | 220.00 | 836.00 |
| R.T. CARLISLE | 0.80 | 200.00 | 160.00 |
| M. WADDELL | 2.30 | 55.00 | 126.50 |
| **TOTAL** | **6.90** | **162.68** | 1,122.50 |

**Fees for Legal Services**    **$1,122.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/19/2001 | Fed Ex | 48.36 |
|---|---|---|
| 07/19/2001 | Fed Ex | 11.65 |
| 07/19/2001 | Photocopies 15 Page(s) | 0.75 |
| 07/19/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/19/2001 | Photocopies 2 Page(s) | 0.10 |
| 07/19/2001 | Photocopies 4 Page(s) | 0.20 |
| 07/23/2001 | Photocopies 14 Page(s) | 0.70 |
| 07/24/2001 | Photocopies 76 Page(s) | 3.80 |
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |

W. R. Grace & Co.

September 12, 2001
Invoice 464602

Page 3

| 07/30/2001 | Photocopies 142 Page(s) | 7.10 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred**     **$72.76**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 12.75 |
| Fed Ex | 60.01 |
| **TOTAL** | **72.76** |

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ $1,195.26

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 446285 | 06/11/2001 | 1,293.80 | 1,293.80 |
| 451126 | 07/09/2001 | 1,188.54 | 1,188.54 |
| 455241 | 07/24/2001 | 308.25 | 308.25 |
| 464586 | 09/12/2001 | 67.41 | 67.41 |
| | **TOTAL A/R BALANCE** | | **$2,858.00** |

W. R. Grace & Co.

September 12, 2001
Invoice 464602

Page 4

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06032
Charleston

---

| | | |
|---|---|---|
| Fees for Professional Services | 1,122.50 | |
| Charges for Other Services Provided/Expenses Incurred | 72.76 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$1,195.26** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                  September 12, 2001
ATTN: Robert A. Emmett, Esq.                       Invoice 464603                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06033                          For Services Through 07/31/01
Name of Matter:       Weedsport, NY

---

| 07/20/01 | Discussion with Mr. Marriam regarding sampling at Weedsport, bankruptcy issues. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |

---

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.50 | 285.00 | 142.50 |
| **TOTAL** | **0.50** | **285.00** | 142.50 |

**Fees for Legal Services**    **$142.50**

W. R. Grace & Co.

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
|---|---|---|
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.05** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| **TOTAL** | **0.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$142.55**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 447721 | 06/15/2001 | 570.00 | 570.00 |
| 455242 | 07/24/2001 | 514.10 | 514.10 |
| 464587 | 09/12/2001 | 31.00 | 31.00 |
| | **TOTAL A/R BALANCE** | | **$1,115.10** |

W. R. Grace & Co.

September 12, 2001
Invoice 464603          Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06033
Weedsport, NY

---

| | |
|---|---|
| Fees for Professional Services | 142.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$142.55** |

**WIRING INSTRUCTIONS**

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      September 12, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 464604                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06034                        For Services Through 07/31/01
Name of Matter:       Expanding Plant-Trenton, NJ

| | | | | |
|---|---|---|---|---|
| 07/25/01 | Review memo regarding sampling schedule, and edit sampling methodology spreadsheet accordingly. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.40 | 285.00 | 114.00 |
| **TOTAL** | **0.40** | **285.00** | 114.00 |

**Fees for Legal Services**        **$114.00**

W. R. Grace & Co.

September 12, 2001
Invoice 464604                     Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

07/26/2001    Photocopies 1 Page(s)                                                    0.05

**Total Charges for Other Services Provided/Expenses Incurred          $0.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| **TOTAL** | **0.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$114.05**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 450540 | 06/29/2001 | 151.00 | 151.00 |
| 455243 | 07/24/2001 | 171.00 | 171.00 |
| 464588 | 09/12/2001 | 25.50 | 25.50 |
| | **TOTAL A/R BALANCE** | | **$347.50** |

W. R. Grace & Co.

September 12, 2001
Invoice 464604                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06034
Expanding Plant-Trenton, NJ

---

| Fees for Professional Services | 114.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.05 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$114.05** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                         September 12, 2001
ATTN: Robert A. Emmett, Esq.                              Invoice 464605                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06035                          For Services Through 07/31/01
Name of Matter:     Easthampton, MA Expanding Plant

---

07/20/01    Discussion with Mr. Marriam regarding status of our risk assessment report
            with MADEP.
            D.M. CLEARY                  0.20 hrs.        285.00/hr              $57.00

---

### BILLING SUMMARY

|              | **Hours** | **Rate/Hr** | **Dollars** |
|--------------|-----------|-------------|-------------|
| D.M. CLEARY  | 0.20      | 285.00      | 57.00       |
| **TOTAL**    | **0.20**  | **285.00**  | 57.00       |

W. R. Grace & Co.

September 12, 2001
Invoice 464605

Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/31/2001 | VENDOR: Genesys Conferencing, Inc.; INVOICE#: 894779; DATE: 07/31/2001  -  Conference call re: Easthampton | 99.94 |

**Total Charges for Other Services Provided/Expenses Incurred**  **$99.99**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 0.05 |
| Telephone - Out | 99.94 |
| **TOTAL** | **99.99** |

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$156.99**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 464092 | 09/10/2001 | 28.50 | 28.50 |
| 464131 | 09/11/2001 | 4,535.00 | 4,535.00 |
| 464132 | 09/11/2001 | 4,456.50 | 4,456.50 |
| 464589 | 09/12/2001 | 85.60 | 85.60 |
| | **TOTAL A/R BALANCE** | | **$9,105.60** |

W. R. Grace & Co.

September 12, 2001
Invoice 464605

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06035
Easthampton, MA Expanding Plant

---

| | |
|---|---|
| Fees for Professional Services | 57.00 |
| Charges for Other Services Provided/Expenses Incurred | 99.99 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$156.99** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                        September 12, 2001
ATTN: Robert A. Emmett, Esq.                  Invoice 464606              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06036                    For Services Through 07/31/01
Name of Matter:      Libby EPA Cost Recovery

| | | | | |
|---|---|---|---|---|
| 07/30/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.40 hrs. | 55.00/hr | $22.00 |

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.40 | 55.00 | 22.00 |
| **TOTAL** | **0.40** | **55.00** | 22.00 |

**Fees for Legal Services**          **$22.00**

W. R. Grace & Co.

September 12, 2001
Invoice 464606

Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.05** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| **TOTAL** | **0.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$22.05**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 451204 | 07/09/2001 | 5,519.89 | 5,519.89 |
| 455261 | 07/24/2001 | 3,157.50 | 3,157.50 |
| 464590 | 09/12/2001 | 1,980.00 | 1,980.00 |
| | **TOTAL A/R BALANCE** | | **$10,657.39** |

W. R. Grace & Co.

September 12, 2001
Invoice 464606

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06036
Libby EPA Cost Recovery

---

| | | |
|---|---|---|
| Fees for Professional Services | 22.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.05 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$22.05** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469524

Page 1

Our Matter #          02399/06046                    For Services Through 07/31/01
Name of Matter:       Libby Expansion Plants/Dallas

---

| 07/19/01 | Discussion with Attorney Hawkins regarding research on Inactive Site NESHAP and Reporting NESHAP; made inquiry of status of research into separate notifications forms under 40 CFR 61. 151; review research report from Attorney Carlisle; discussion with Mr. Marriam regarding Grace's history of use of Commercial Asbestos; e-mail conclusions and recommendations to Mr. Marriam and Mr. Emmett. | | | |
| --- | --- | --- | --- | --- |
| | D.M. CLEARY | 2.50 hrs. | 285.00/hr | $712.50 |
| 07/19/01 | Discussion with Attorney Cleary regarding application of various NESHAP requirements relating to waste disposal sites; review e-mail concerning application of NESHAPs. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 07/19/01 | Research internet for EPA's contact number; telephone call to Air Risk Information Support Center regarding NESHAP's notification requirements and procedures. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469524

Page 2

| 07/20/01 | Review and organize documents. | | | |
|---|---|---|---|---|
| | K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |

| 07/31/01 | Discussion with Mr. Marriam concerning locating earlier asbestos test method; locate standard; forward to Mr. Marriam; review subsequent request for information; obtain information and forward to Mr. Marriam. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.20 hrs. | 220.00/hr | $264.00 |

### BILLING SUMMARY

| | | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| D.M. CLEARY / Partner | | 2.50 | 285.00 | 712.50 |
| B.F. HAWKINS / Partner | | 2.00 | 220.00 | 440.00 |
| K. BROWN / Paralegal | | 2.50 | 125.00 | 312.50 |
| | TOTAL | 7.00 | 209.29 | 1,465.00 |

Fees for Legal Services          $1,465.00

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$1,465.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464593 | 09/12/2001 | 3,463.44 | 3,463.44 |
| 466695 | 09/21/2001 | 318.85 | 318.85 |
| 469515 | 10/09/2001 | 1,050.50 | 1,050.50 |
| | TOTAL A/R BALANCE | | $4,832.79 |

W. R. Grace & Co.

October 9, 2001
Invoice 469524

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06046
Libby Expansion Plants/Dallas

| | | |
|---|---|---|
| Fees for Professional Services | 1,465.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$1,465.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 12, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 464608                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06050                      For Services Through 07/31/01
Name of Matter:     Libby Expansion Plants - Cambridge, MA

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 07/27/01 | Review, organize and profile files; review same with Attorney Cleary. K. BROWN | 7.40 hrs. | 125.00/hr | $925.00 |
| 07/30/01 | Review, organize and profile files. K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 07/31/01 | Review, organize and profile files. K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|--|-------|---------|---------|
| K. BROWN | 9.60 | 125.00 | 1,200.00 |

W. R. Grace & Co.

September 12, 2001
Invoice 464608                     Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| TOTAL | 9.60 | 125.00 | 1,200.00 |

**Fees for Legal Services**                **$1,200.00**

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................   **$1,200.00**

W. R. Grace & Co.

September 12, 2001
Invoice 464608          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06050
Libby Expansion Plants - Cambridge, MA

| | |
|---|---:|
| Fees for Professional Services | 1,200.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$1,200.00** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC