IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  November 6, 2001 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to the Official Committee of Equity Holders.

Nelson Mullins Riley & Scarborough, L.L.P. ("NMRS"), special counsel to the

above-captioned debtors and debtors in possession in the above-captioned chapter 11 cases, filed

and served the Verified Application of Nelson Mullins Riley & Scarborough, LLP for

Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to W. R.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Grace & Co., et al., for the Interim Period from August 1, 2001 Through August 31, 2001 and the

Summary in connection therewith, seeking compensation in the amount of $55,295.60 and

reimbursement for actual and necessary expenses in the amount of $1,196.84 (the "Fee

Application").

  The Fee Application is submitted pursuant to the Administrative Order Under 11

U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of

Professionals and Official Committee Members, entered by this Court on May 3, 2001 (the "Fee

Order")

  Objections or responses to the Fee Application, if any, must be made in writing and

filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza,

824 Market Street, Wilmington, Delaware 19801, on or before **November 6, 2001 at 4:00 p.m.**

  At the same time, you must also serve a copy of the objections or responses, if any,

upon the following:  (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland &

Ellis, 200 East Randolph Drive, Chicago, Illinois  60601 (fax number 312-861-2200), and Laura

Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite

1600, P.O. Box 8705, Wilmington, DE  19899-8705 (Courier 19801) (fax number 302-652-4400);

(ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock &

Stroock & Lavan, 180 Maiden Lane, New York, New York  10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware  19801-1246 (fax number 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida  33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware  19899 (fax number 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York  10022 (fax number 212-644-6755), and Matthew G. Zaleski, III, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware  19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois  60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware  19899 (fax number 302-658-6395); (vi) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware  19801 (fax number 302-573-6497); and (vii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York  10022 (fax number 212-715-8000).

IF NO OBJECTION IS FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED

91100-001\DOCS_DE:32486.2
10/16/01 5:16 PM

MAY BE PAID PURSUANT TO THE FEE ORDER WITHOUT FURTHER ORDER OF THE

COURT OR HEARING.

      IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL

BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE FEE ORDER.

      A HEARING ON THE FEE APPLICATION WILL BE HELD AT THE COURT'S

CONVENIENCE ONLY IF OBJECTIONS OR RESPONSES ARE FILED.

Dated: October 16 , 2001      KIRKLAND & ELLIS
                       James H.M. Sprayregen
                       James W. Kapp III
                       Samuel A. Schwartz
                       Roger J. Higgins
                       200 East Randolph Drive
                       Chicago, Illinois 60601
                       (312) 861-2000

                          and

                       PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

                       Laura Davis Jones (Bar No. 2436)
                       Hamid R. Rafatjoo (California Bar No. 181564)
                       David W. Carickhoff Jr. (Bar No. 3715)
                       919 North Market Street, 16th Floor
                       P.O. Box 8705
                       Wilmington, DE 19899-8705 (Courier 19801)
                       Telephone:  (302) 652-4100
                       Facsimile:  (302) 652-4400

                       Co-counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Hearing date: To be scheduled, only if objections are timely filed and served.

## SUMMARY OF THE INTERIM VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM AUGUST 1, 2001 THROUGH AUGUST 31, 2001

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **August 1, 2001 through August 31, 2001**

Amount of Compensation sought as actual, reasonable, and necessary: **$55,295.60 (80% of $69,119.50)**

Amount of expense reimbursement sought as

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

actual, reasonable, and necessary:          **$1,196.84 for the period**

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __7.0__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $__1,190.00__ .

Prior fee applications:

|  |  | **Requested** |  | **Approved** |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 11, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Edward D. Barnhill | Partner | 28 years | Real Estate | $250.00 | 1.90 | $475.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 2.80 | $700.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 82.70 | $23,569.50 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 33.70 | $7,414.00 |
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $200.00 | 9.60 | $1,920.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $170.00 | 2.60 | $442.00 |
| John C. McElwaine | Associate | 6 years | Environmental | $195.00 | 14.40 | $2,808.00 |

Grand Total for Fees:  $37,328.50
Blended Rate:          $147.70

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 28 years | Environmental | $125.00 | 165.30 | $20,662.50 |
|---|---|---|---|---|---|---|
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 85.00 | 87.10 | $7,403.50 |
| Martha Waddell | Paralegal | 1 month | Environmental | $ 85.00 | 6.10 | $518.50 |

| Martha Waddell | Project Assistant | 6 months | Environmental | $ 55.00 | 58.20 | $3,201.00 |
| Stephanie Weissenstein | Project Assistant | 1 year | Environmental | $ 55.00 | .10 | $5.50 |

Grand Total for Fees: $31,791.00
Blended Rate:          $100.35

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 19.20 | $    2,448.00 |
| 02399/06003 | Beaco Road Site | 16.60 | 3,669.50 |
| 02399/06009 | Refuse Hideaway Landfill | 0.10 | 5.50 |
| 02399/06011 | Enoree Site Management | 1.80 | 328.00 |
| 02399/06012 | Owensboro Site Management | 1.00 | 187.00 |
| 02399/06013 | Owensboro Site Mgt Remediation | 0.10 | 5.50 |
| 02399/06017 | Sierra Facility | 6.80 | 1,574.00 |
| 02399/06018 | Western Minerals Products Site | 65.00 | 6,233.00 |
| 02399/0619 | Acton/Concord, MA | 0.30 | 16.50 |
| 02399/06021 | Coachmen | 0.10 | 5.50 |
| 02399/06023 | Libby, MT General Environment | 244.50 | 31,594.50 |
| 02399/06025 | Motor Wheel, MI Environmental Matters | 1.70 | 484.50 |
| 02399/06027 | Project Allen | 13.70 | 2,551.50 |
| 02399/06030 | Aiken-Title V Permit App. Iss. | 1.00 | 55.00 |
| 02399/06031 | Li Tungsten | 54.40 | 10,977.00 |
| 02399/06032 | Charleston | 5.40 | 1,047.00 |
| 02399/06034 | Expanding Plant - Trenton, NJ | 0.10 | 5.50 |
| 02399/06035 | Easthampton, MA Expanding Plant | 1.10 | 130.50 |
| 02399/06036 | Libby EPA Cost Recovery | 2.90 | 826.50 |
| 02399/06042 | Libby Expansion Plants – Newark, CA | 3.10 | 451.50 |
| 02399/06045 | Libby Expansion Plants/Santa Ana | 0.10 | 5.50 |
| 02399/06046 | Libby  Expansion Plants/Dallas | 1.40 | 317.50 |
| 02399/06047 | Libby Expansion Plants/Phoenix | 20.90 | 5,933.50 |
| 02399/06050 | Libby Expansion Plants - Cambridge, MA | 1.40 | 168.00 |
| 02399/06051 | Libby Expansion Plants – Albany, NY | 0.20 | 11.00 |
| 02399/06052 | Libby Expansion Plants – Utica, NY | 0.10 | 5.50 |
| 02399/06053 | Libby Expansion Plants – Rio Piedras, PR | 0.20 | 11.00 |
| 02399/06054 | Libby Expansion Plants – Washington, D.C. | 0.10 | 5.50 |
| 02399/06055 | Libby Expansion Plants – Beltville, MD (Muirkirk) | 0.10 | 5.50 |
| 02399/06056 | Libby Expansion Plants – Ellwood City, PA | 0.10 | 5.50 |

3

| 02399/06057 | Libby Expansion Plants – Sharpsburg, PA | 0.20 | 11.00 |
|---|---|---|---|
| 02399/06058 | Libby Expansion Plants – Irondale, AL | 0.10 | 5.50 |
| 02399/06059 | Libby Expansion Plants – Jacksonville, FL | 0.10 | 5.50 |
| 02399/06060 | Libby Expansion Plants – Pompano Beach, FL | 0.10 | 5.50 |
| 02399/06061 | Libby Expansion Plants – Tampa, FL | 0.10 | 5.50 |
| 02399/06062 | Libby Expansion Plants – Atlanta, GA | 0.10 | 5.50 |
| 02399/06063 | Libby Expansion Plants – Hialeah, FL | 0.10 | 5.50 |
| 02399/06064 | Libby Expansion Plants – High Point, NC | 0.10 | 5.50 |
| 02399/06086 | Libby Expansion Plants – Wilder, KY | 0.10 | 5.50 |
| TOTAL | | 464.50 | $69,119.50 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $128.88 |
| Standard Copies | $89.00 |
| On-line Research | $922.84 |
| Outside Delivery Service | $13.10 |
| Title Abstraction | $25.00 |
| Outside Copy Services | $18.02 |
| Total | $1,196.84 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Hearing date: To be scheduled, only if objections
are timely filed and served.

**VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE
INTERIM PERIOD FROM AUGUST 1, 2001 THROUGH AUGUST 31, 2001**

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as

amended, the "Bankruptcy Code"), Fed. R. Bankr. P.2016, the Retention Order (as defined

below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures

for Interim Compensation and Reimbursement of Professionals and Official Committee

Members (the "Interim Compensation Order") and Del.Bankr.LR2016-2, the law firm of

Nelson Mullins Riley & Scarborough, LLP ("NMRS") as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel for the above-captioned debtors and debtors in possession (collectively, "Debtors") in connection with their Chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $69,119.50 for the reasonable and necessary legal services NMRS has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that NMRS incurred in the amount of $1,196.84 (the "Application"), in each case for the period from August 1, 2001 through August 31, 2001 (the "Fee Period"). In support of this Application, NMRS respectfully states as follows:

### Retention of NMRS

1.      On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee"). On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders (the "Equity Security Holders' Committee", collectively with the Creditors' Committee, the Asbestos Personal Injury Committee and the Asbestos Property Damage Committee, the "Committees").

2.      By this Court's Order dated July 19, 2001, the Debtors were authorized to retain NMRS as their special counsel with regard to environmental and litigation matters

(the "Retention Order").  The Retention Order authorizes the Debtors to compensate NMRS at hourly rates charged by NMRS for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

3.    As disclosed in the Affidavit Under 11 U.S.C. 327(e) by George B. Cauthen, filed June 8, 2001, NMRS does not represent any interest adverse to the Debtors or their estates.

4.    NMRS performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

5.    NMRS has received no payment for the services performed and presented in this application and no promises for payment from any source for these services rendered or to be rendered in any capacity whatsoever in connection with these.

6.    Pursuant to Fed. R. Bank P. 2016(b), NMRS has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, associates, paralegals, and employees of NMRS, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

7.    This is the second application for interim compensation for services rendered that NMRS has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

### Reasonable and Necessary Services Rendered by NMRS - Generally

8.    The NMRS attorneys who rendered professional services during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Edward D. Barnhill | Partner | 28 years | Real Estate | $250.00 | 1.90 | $475.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 2.80 | $700.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 82.70 | $23,569.50 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 33.70 | $7,414.00 |
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $200.00 | 9.60 | $1,920.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $170.00 | 2.60 | $442.00 |
| John C. McElwaine | Associate | 6 years | Environmental | $195.00 | 14.40 | $2,808.00 |

9.    The paraprofessionals of NMRS who have rendered professional services in these cases during this Fee Period are:

| Karen Brown | Paralegal | 28 years | Environmental | $125.00 | 165.30 | $20,662.50 |
|---|---|---|---|---|---|---|
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 85.00 | 87.10 | $7,403.50 |
| Martha Waddell | Paralegal | 1 month | Environmental | $ 85.00 | 6.10 | $518.50 |
| Martha Waddell | Project Assistant | 6 months | Environmental | $ 55.00 | 58.20 | $3,201.00 |
| Stephanie Weissenstein | Project Assistant | 1 year | Environmental | $ 55.00 | .10 | $5.50 |

10.    NMRS has advised and represented the Debtors in connection with certain litigation and environmental matters.  These matters include: General W.R. Grace Environmental Matters;  Beaco Road Site;  Refuse Hideaway Landfill;  Enoree Site

Management; Owensboro Site Management; Owensboro Site Management Remediation; Sierra

Facility; Western Minerals Products Site; Acton/Concord, MA; Coachmen; Libby, MT

General Environment; Motor Wheel, MI General Environmental Matters; Project Allen;

Aiken-Title V Permit Application Issues; Li Tungsten; Charleston; Expanding Plant-Trenton,

NJ; Easthampton, MA Expanding Plant; Libby EPA Cost Recovery; and Libby Expansion

Plants in Newark, CA, Santa Ana, Dallas, Phoenix, Cambridge, MA, Albany, NY, Utica, N

Y, Rio Piedras, PR, Washington, D.C., Beltville, MD, Ellwood City, PA, Sharpsburg, PA,

Irondale, AL, Jacksonville, FL, Pompano Beach, FL, Tampa, FL, Atlanta, GA, Hialeah, FL,

High Point, NC, and Wilder, KY.

       11.    The rates described in the above list of attorneys and paraprofessionals

are NMRS's hourly rates for services of this type.  Attached as **Exhibit A**, and arranged by

Subject Matter, is a detailed itemization and description of the services that NMRS rendered

during this Fee Period.  Based on these rates and the services performed by each individual,

the reasonable value of such services is $69,119.50.   The NMRS attorneys and

paraprofessionals expended a total of 464.50 hours for these cases during the Fee Period.  In

accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of

fees requested is fair and reasonable given:  (a) the complexity of these cases, (b) the time

expended, (c) the nature and extent of the services rendered, (d) the value of such services, and

(e) the costs of comparable services other than in a case under the Bankruptcy Code.

       12.    Further, **Exhibit A** (a) identifies the individuals that rendered services in

each Subject Matter, as defined and described below, (b) describes each activity or service that

each individual performed and (c) states the number of hours (in increments of one-tenth of an

hour) spent by each individual providing the services.  The Subject Matters addressed in this

Fee Application are merely those for which services were rendered during this Fee Period. NMRS is currently rendering services for additional Subject Matters that NMRS may bill time for in the future.

### Reasonable and Necessary Services Rendered by NMRS Categorized by Matter

13.    The professional services that NMRS rendered during the Fee Period are grouped into the numbered and titled categories of subject matters described in Paragraph 10 herein (the "Subject Matters").

14.    It is NMRS's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is NMRS's policy to charge its clients only the amount actually incurred by NMRS in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals and lodging.

15.    NMRS charges (a) $.05 per page for duplication as Special Counsel in this case.  NMRS does not charge its clients for incoming telecopier transmissions.  Martha Waddell, a paraprofessional rendering services in these Subject Matters, became a paralegal with NMRS on August 27, 2001.    The hourly rate for services performed by this paraprofessional were adjusted accordingly as indicated in paragraph 9.

16.    A summary of expenses by type is attached to the corresponding Subject Matters hereto as **Exhibit A**.    All of these disbursements comprise the requested sum for NMRS's out-of-pocket expenses, totaling $1,196.84.

### Representations

17.    NMRS believes that the Application is in compliance with the requirements of Del. Bankr. LR 2016-2.

18.    The fees and expenses addressed in this Application have been presented to and reviewed by the Debtors prior to the filing of this Application.

19.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays.  NMRS reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

20.    In summary, by the application, NMRS requests compensation for fees and expenses in the total amount of $70,316.34, consisting of (a) $69,119.50 for reasonable and necessary professional services rendered and (b) $1,196.84 for actual and necessary costs and expenses.

WHEREFORE, NMRS respectfully requests (a) that an allowance be made to it, as fully described above for 80% of the reasonable and necessary professional services NMRS has rendered to Debtors during the Fee Period and 100% of the reimbursement of actual and necessary costs and expenses incurred by NMRS during the Fee Period; that both fees and expenses are payable as administrative expenses of the Debtors' estates; and that this Court grant such further relief as is equitable and just.


Respectfully submitted,


PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)

David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19889-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (301) 652-4400

Co-counsel for Debtors and Debtors-in-Possession

and

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: _____
Bernard F. Hawkins, Jr. (SC Fed. Bar No. 5310)
George B. Cauthen (SC Fed. Bar No. 81)
Post Office Box 11070
Columbia, South Carolina 29211
Telephone: (803) 799-2000
Facsimile: (803) 256-7500

Special Counsel for Debtors

Dated: 10/15/01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Bernard F. Hawkins, Jr., first being duly sworn, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this _15th_ day of _October_ , 2001

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 4-28-03

# EXHIBIT   A



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                   September 27, 2001
ATTN: Lydia Duff, Esq.                              Invoice 467882                          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #         02399/06000                    For Services Through 08/31/01
Name of Matter:      General

| | | | | |
|---|---|---|---|---|
| 08/02/01 | Telephone conference with Mr. Obradovic regarding location of legal files. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 08/06/01 | Telephone conference with Paralegal Thomas regarding status of the scanning and filing of documents from the Memphis office and the modification to the extranet. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 08/07/01 | Review Director of Information Technology changes to the site home link on the extranet (1.0); edit same (2.9). | | | |
| | K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 08/08/01 | Review documents with Paralegal Brown for extranet placement (0.1); review and rewrite letter to Ms. Duff concerning disposition of documents relating to unassigned matters (0.2). | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 467882

Page 2

| 08/08/01 | Review and organize files and arrange folders for workstation using site home diagram as the structural guideline. | | | |
| | K. BROWN | 2.50 hrs. | 125.00/hr | $312.50 |
| 08/09/01 | Forward correspondence to Attorneys Cleary and Hawkins regarding site home link modifications on the extranet (0.4); review and discuss with Administrative Assistant the differences with the Docs Open profile sheet document types and the extranet document types (0.7); discuss with Attorney Cleary the status of the extranet modifications (0.4). | | | |
| | K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |
| 08/09/01 | Review site matters listing and site home link (0.4); telephone conference with Mr. Marriam regarding missing page to URS' Asbestos Abatement Report (0.4). | | | |
| | K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 08/10/01 | Continue to work on document management (review, profile and organize files). | | | |
| | K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 08/13/01 | Discuss with Attorney Cleary the status of the files and procedures of the document management. | | | |
| | K. BROWN | 1.60 hrs. | 125.00/hr | $200.00 |
| 08/15/01 | Telephone conference with Paralegal Thomas regarding status of extranet modifications. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 08/16/01 | Search files for the Consent Decree for Woburn (0.3); telephone conference with Ms. Antar regarding same (0.4); discuss with Attorney Cleary the recent extranet modifications (2.4); e-mail in multiple parts the Consent Decree (0.4); review, profile and organize files (0.3). | | | |
| | K. BROWN | 3.80 hrs. | 125.00/hr | $475.00 |
| 08/24/01 | Telephone conference with Attorney Cleary regarding locating Lason's invoices (0.7); telephone conference with Mrs. Coggan requesting copies of all Lason's invoices (0.8). | | | |
| | K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
| --- | --- | --- | --- |
| D.M. CLEARY | 0.30 | 285.00 | 85.50 |
| K. BROWN | 18.90 | 125.00 | 2,362.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 467882

Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| TOTAL | 19.20 | 127.50 | 2,448.00 |

| | | Fees for Legal Services | $2,448.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/01/2001 | Photocopies 75 Page(s) | 3.75 |
| 08/02/2001 | Photocopies 40 Page(s) | 2.00 |
| 08/03/2001 | Photocopies 40 Page(s) | 2.00 |
| 08/06/2001 | Photocopies 75 Page(s) | 3.75 |
| 08/07/2001 | Photocopies 25 Page(s) | 1.25 |
| 08/08/2001 | Photocopies 50 Page(s) | 2.50 |
| 08/08/2001 | 1-410-531-4210 | 0.18 |
| 08/09/2001 | Photocopies 50 Page(s) | 2.50 |
| 08/09/2001 | 1-901-820-2023 | 0.13 |
| 08/15/2001 | Photocopies 75 Page(s) | 3.75 |
| 08/16/2001 | Photocopies 50 Page(s) | 2.50 |
| 08/16/2001 | Photocopies 31 Page(s) | 1.55 |
| 08/16/2001 | Photocopies 75 Page(s) | 3.75 |
| 08/16/2001 | Photocopies 30 Page(s) | 1.50 |
| 08/17/2001 | Photocopies 75 Page(s) | 3.75 |
| 08/17/2001 | 1-410-531-4000 | 0.15 |
| 08/23/2001 | Photocopies 40 Page(s) | 2.00 |
| 08/24/2001 | 1-303-866-0408 | 1.52 |
| 08/28/2001 | Photocopies 50 Page(s) | 2.50 |
| 08/30/2001 | 1-617-876-1400 | 0.34 |

| | Total Charges for Other Services Provided/Expenses Incurred | $41.37 |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 39.05 |
| Telephone | 2.32 |
| TOTAL | 41.37 |

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$2,489.37**

W. R. Grace & Co.

September 27, 2001
Invoice 467882

Page 4

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440677 | 04/09/2001 | 1,051.06 | 1,051.06 |
| 446321 | 06/10/2001 | 83.88 | 83.88 |
| 450536 | 06/29/2001 | 14,544.57 | 14,544.57 |
| 455435 | 07/25/2001 | 10,864.58 | 10,864.58 |
| 464910 | 09/13/2001 | 11,387.92 | 11,387.92 |
| 464914 | 09/13/2001 | 7,062.30 | 7,062.30 |
| | | **TOTAL A/R BALANCE** | **$44,994.31** |

W. R. Grace & Co.

September 27, 2001
Invoice 467882

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06000
General

---

Fees for Professional Services                                        2,448.00
Charges for Other Services Provided/Expenses Incurred                   41.37
     **NET CURRENT BILLING FOR THIS INVOICE** ......................................................    **$2,489.37**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Lydia Duff, Esq.                              Invoice 466678                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06003                          For Services Through 08/31/01
Name of Matter:       Beaco Road Site

---

| 08/01/01 | Receive and review correspondence regarding DHEC's opinion about groundwater extraction wells needed at site. | | | |
|---|---|---|---|---|
| | L.K. THOMAS | 0.20 hrs. | 85.00/hr | $17.00 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.30 hrs. | 55.00/hr | $16.50 |

W. R. Grace & Co.

September 21, 2001
Invoice 466678

Page 2

| 08/16/01 | Discussion with Beaco Road Steering Committee concerning site activities, status of issues with DHEC and potential suit against Bill Groce and his insurance carriers (0.9); follow-up with Attorney Cleary regarding response to request for permission to participate in suit with PRP Group, against Mr. Groce and insurance carriers to protect interests and concerning attendance at meeting on August 24 with representatives of Owens Corning that are planning to outline their approach to bankruptcy at that time (0.6); notify Attorney Cleary that we may need quick response on whether Grace will authorize its name to be included in action against Mr. Groce and insurance carriers to protect potential PRP indemnity interest prior to running of statute of limitations (0.2). | | | |
| --- | --- | --- | --- | --- |
| | B.F. HAWKINS | 1.70 hrs. | 220.00/hr | $374.00 |
| 08/20/01 | Review meeting announcement letter and transmit to Ms. Duff (0.2); discuss with Ms. Duff (0.3); transmit action items and discuss with Attorney Hawkins (0.3) | | | |
| | D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 08/20/01 | Review and forward information concerning proposed lawsuit against Mr. Gross to Attorney Cleary to review with bankruptcy and in-house attorneys for determination of Grace position (0.3); discussion with Attorney Cleary concerning obtaining position regarding same (0.2); discussion with Mr. English's office concerning attendance of meeting in Greenville concerning Owens Corning position on bankruptcy issue (0.2); review e-mail from Attorney Duff regarding position for Beaco Road potential suit against Mr. Gross (0.2). | | | |
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/21/01 | Review information regarding statute of limitations defense of Mr. Gross and what impact that could have on Grace's claim if they do not participate in lawsuit filed by PRP Group. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 08/22/01 | Review status of Beaco Road issues concerning possible suit against Mr. Gross with Attorney Duff (0.2); review communication from PRP Group with reference to options for filing suit against Mr. Gross and his insurance carriers (0.3). | | | |
| | B.F. HAWKINS | 0.50 hrs. | 220.00/hr | $110.00 |

W. R. Grace & Co.                                    September 21, 2001
                                                    Invoice 466678          Page 3

| | | | | |
|---|---|---|---|---|
| 08/23/01 | Discussion with Attorney Duff regarding proposed agreement forwarded from Beaco Road PRP Group and issues raised concerning claims and assignment of claims with reference to suit against Mr. Gross (0.4); work on possible language to reserve Grace's rights to recovery of Group if claims are assigned (0.6); discuss potential approaches to preserving recovery with Attorney Cleary (0.4); work on possible language (0.3); discussion with Attorney English of PRP Group concerning attendance at meeting tomorrow with Owens Corning and concerning issue of how to preserve Grace's rights to recovery if Grace would consider assignment of claims (0.5). | | | |
| | B.F. HAWKINS | 2.20 hrs. | 220.00/hr | $484.00 |
| 08/23/01 | Review possible options to preserve recovery for Grace if claims are assigned to PRP Group. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/24/01 | Telephone conference with Attorney Hawkins regarding PRP meeting held today, and approach of bankrupt Owens-Corning to PRP groups. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 08/24/01 | Travel to Greenville, attend meeting with PRP group to discuss the Group's filing a lawsuit against Mr. Groce, Groce Labs, et al. and to discuss Owens Corning approach to bankruptcy and return to Columbia (7.7); update Attorney Cleary (0.5). | | | |
| | B.F. HAWKINS | 8.20 hrs. | 220.00/hr | $1,804.00 |
| 08/29/01 | Review information on request for ballot vote on suing Bill Groce and insurance carriers. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 14.30 | 220.00 | 3,146.00 |
| D.M. CLEARY | 1.70 | 285.00 | 484.50 |
| L.K. THOMAS | 0.20 | 85.00 | 17.00 |
| M. WADDELL | 0.40 | 55.00 | 22.00 |
| **TOTAL** | **16.60** | **221.05** | **3,669.50** |

**Fees for Legal Services**      **$3,669.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466678

Page 4

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/16/2001 | Photocopies 1 Page(s) | 0.05 |
| 08/28/2001 | Photocopies 3 Page(s) | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$0.20**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Photocopies | 0.20 |
| **TOTAL** | **0.20** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$3,669.70**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|--------------------------|--------------|-------------|-------------|
| 464158 | 09/11/2001 | 2,620.40 | 2,620.40 |
| 464163 | 09/11/2001 | 88.00 | 88.00 |
| 464911 | 09/13/2001 | 143.00 | 143.00 |
| 464915 | 09/13/2001 | 1,101.45 | 1,101.45 |
| | **TOTAL A/R BALANCE** | | **$3,952.85** |

W. R. Grace & Co.

September 21, 2001
Invoice 466678

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06003
Beaco Road Site

---

Fees for Professional Services                                3,669.50
Charges for Other Services Provided/Expenses Incurred          0.20
      **NET CURRENT BILLING FOR THIS INVOICE** ....................................................    **$3,669.70**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466679                     Page 1

Our Matter #          02399/06009                         For Services Through 08/31/01
Name of Matter:       Refuse Hideaway Landfill

| | | | | | |
|---|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | | |
| | M. WADDELL / Project Asst | 0.10 hrs. | 55.00/hr | | $5.50 |

### BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**                  **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466679

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$5.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 446145 | 06/08/2001 | 575.83 | 575.83 |
| 450531 | 06/29/2001 | 2,441.96 | 2,441.96 |
| 455236 | 07/24/2001 | 1,563.67 | 1,563.67 |
| 464138 | 09/11/2001 | 132.00 | 132.00 |
| 464139 | 09/11/2001 | 127.55 | 127.55 |
| | **TOTAL A/R BALANCE** | | **$4,841.01** |

W. R. Grace & Co.

September 21, 2001
Invoice 466679

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06009
Refuse Hideaway Landfill

---

Fees for Professional Services                                          5.50
Charges for Other Services Provided/Expenses Incurred                   0.00
**NET CURRENT BILLING FOR THIS INVOICE** ....................................................    **$5.50**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      September 21, 2001
ATTN: Robert A. Emmett, Esq.                 Invoice 466680                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06011                    For Services Through 08/31/01
Name of Matter:       Enoree Site Management

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/02/01 | Review issues with Mr. O'Connell concerning sampling plan at Enoree facility (0.4); review plans with Attorney Carlisle (0.4); leave message on review with Mr. O'Connell (0.2).<br>B.F. HAWKINS / Partner | 1.00 hrs. | 220.00/hr | $220.00 |
| 08/02/01 | Review plans for sampling at Enoree site with Attorney Hawkins.<br>R.T. CARLISLE / Of Counsel | 0.40 hrs. | 200.00/hr | $80.00 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL / Project Asst | 0.20 hrs. | 55.00/hr | $11.00 |
| 08/29/01 | Review and organize file materials (0.1); update current index (0.1).<br>M.V. WADDELL / Other | 0.20 hrs. | 85.00/hr | $17.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466680

Page 2

## BILLING SUMMARY

|  | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| B.F. HAWKINS | 1.00 | 220.00 | 220.00 |
| R.T. CARLISLE | 0.40 | 200.00 | 80.00 |
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| M.V. WADDELL | 0.20 | 85.00 | 17.00 |
| **TOTAL** | **1.80** | **182.22** | 328.00 |

**Fees for Legal Services**　　　　**$328.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/29/2001 | Photocopies 8 Page(s) | 0.40 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred**　　　**$0.40**

## DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|---|---|
| Photocopies | 0.40 |
| **TOTAL** | **0.40** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$328.40**

### ACCOUNTS RECEIVABLE RECAP

| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
|---|---|---|---|
| 440679 | 04/09/2001 | 60.70 | 60.70 |
| 446111 | 06/11/2001 | 4,179.55 | 4,179.55 |
| 451120 | 07/09/2001 | 4,600.30 | 4,600.30 |
| 455237 | 07/24/2001 | 1,561.24 | 1,561.24 |
| 464913 | 09/13/2001 | 26.10 | 26.10 |
| 464916 | 09/13/2001 | 326.73 | 326.73 |
| | **TOTAL A/R BALANCE** | | **$10,754.62** |

W. R. Grace & Co.

September 21, 2001
Invoice 466680

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06011
Enoree Site Management

| | | |
|---|---|---|
| Fees for Professional Services | 328.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.40 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$328.40** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                       September 21, 2001
ATTN: Lydia Duff, Esq.                                 Invoice 466681                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06012                          For Services Through 08/31/01
Name of Matter:         Owensboro Site Management

| | | | | | |
|---|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL / Project Asst | | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/16/01 | Look for update information on status of NESHAP regulation under Part 63, Subpart FFFF (0.4); forward e-mail to Ms. Duff,  Mr. O'Connell and Mr. Simeonidis concerning update (0.4)<br>B.F. HAWKINS / Partner | | 0.80 hrs. | 220.00/hr | $176.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL / Project Asst | | 0.10 hrs. | 55.00/hr | $5.50 |

W. R. Grace & Co.

September 21, 2001
Invoice 466681

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.80 | 220.00 | 176.00 |
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **1.00** | **187.00** | 187.00 |

**Fees for Legal Services**    $187.00

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ $187.00

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 446104 | 06/08/2001 | 702.65 | 702.65 |
| 450909 | 07/02/2001 | 941.20 | 941.20 |
| 455238 | 07/24/2001 | 5,091.37 | 5,091.37 |
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 84.20 |
| | **TOTAL A/R BALANCE** | | **$6,819.52** |

W. R. Grace & Co.

September 21, 2001
Invoice 466681

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---:|
| Fees for Professional Services | 187.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$187.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                  September 21, 2001
ATTN: Lydia Duff, Esq.                             Invoice 466645                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06013                          For Services Through 08/31/01
Name of Matter:       Owensboro Site Mgt Remediation

---

08/13/01      Sort and organize file documents for Paralegal Thomas.
              M. WADDELL                    0.10 hrs.        55.00/hr              $5.50

---

### BILLING SUMMARY

|              | **Hours** | **Rate/Hr** | **Dollars** |
|--------------|-----------|-------------|-------------|
| M. WADDELL   | 0.10      | 55.00       | 5.50        |
| **TOTAL**    | **0.10**  | **55.00**   | 5.50        |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE**...................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466645

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06013
Owensboro Site Mgt Remediation

---

| | | |
|---|---|---|
| Fees for Professional Services | 5.50 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Lydia Duff, Esq.                               Invoice 466682                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06017                          For Services Through 08/31/01
Name of Matter:       Sierra Facility

---

| | | | | |
|---|---|---|---|---|
| 08/01/01 | Conference call with Attorneys Hawkins, Cleary and Ms. Kalin to review issues on how to respond to Fuman's request concerning relocation of road on Grace's property. | | | |
| | E.D. BARNHILL | 0.90 hrs. | 250.00/hr | $225.00 |
| 08/01/01 | Read e-mail from Grace, discuss Grace position regarding land and coordinate availability of conference call times with Attorney Hawkins. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/01/01 | Review information on strategy for dealing with Furman University request from Ms. Kalin (0.4); arrange for conference call with Attorneys Barnhill, Cleary and Ms. Kalin (0.4). | | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 08/02/01 | Attend conference call with Grace team regarding property donation to Furman University. | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466682

Page 2

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/02/01 | Review materials in preparation for conference call on possible easement for Furman University (0.4); conference call with Attorneys Barnhill, Cleary and Ms. Kalin to review issues on how to respond to Furman's request concerning relocation of road on Grace property (0.9). B.F. HAWKINS | 1.30 hrs. | 220.00/hr | $286.00 |
| 08/02/01 | Conference call with Attorneys Hawkins, Barnhill and Ms. Kalin to review issues concerning response to use parts of Grace property. D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.60 hrs. | 55.00/hr | $33.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/23/01 | Review emails and respond. E.D. BARNHILL | 0.50 hrs. | 250.00/hr | $125.00 |
| 08/30/01 | Dictation to Ms. Kalin regarding Furman property use request. E.D. BARNHILL | 0.50 hrs. | 250.00/hr | $125.00 |

## BILLING SUMMARY

|  | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| B.F. HAWKINS | 2.10 | 220.00 | 462.00 |
| D.M. CLEARY | 2.10 | 285.00 | 598.50 |
| E.D. BARNHILL | 1.90 | 250.00 | 475.00 |
| M. WADDELL | 0.70 | 55.00 | 38.50 |
| **TOTAL** | **6.80** | **231.47** | 1,574.00 |

**Fees for Legal Services**    **$1,574.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 08/02/2001 | 1-617-498-4594 | 0.17 |
| 08/17/2001 | Photocopies 6 Page(s) | 0.30 |
| 08/17/2001 | Photocopies 1 Page(s) | 0.05 |
| 08/17/2001 | Photocopies 4 Page(s) | 0.20 |
| 08/17/2001 | Photocopies 3 Page(s) | 0.15 |

W. R. Grace & Co.

September 21, 2001
Invoice 466682

**Total Charges for Other Services Provided/Expenses Incurred**  $0.87

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.70 |
| Telephone | 0.17 |
| **TOTAL** | **0.87** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... $1,574.87

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 464598 | 09/12/2001 | 1,758.28 | 1,758.28 |
| | | **TOTAL A/R BALANCE** | **$1,758.28** |

W. R. Grace & Co.

September 21, 2001
Invoice 466682

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06017
Sierra Facility

| | | |
|---|---|---|
| Fees for Professional Services | 1,574.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.87 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$1,574.87** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 27, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 466683          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06018                    For Services Through 08/31/01
Name of Matter:       Western Mineral Products Site

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/01/01 | Review, profile and organize files for document management project. | | | |
| | K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 08/03/01 | Review and profile documents for document management project. | | | |
| | L.K. THOMAS | 4.30 hrs. | 85.00/hr | $365.50 |
| 08/03/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 3.10 hrs. | 55.00/hr | $170.50 |
| 08/06/01 | Make several attempts to contact EPA personnel to inform them about incorrect 104(e) request. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/06/01 | Review and transmit EPA Notice of Responsibility to Grace team. | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 08/06/01 | Review and send EPA 104(e) request to Mr. Marriam. | | | |

W. R. Grace & Co.

September 27, 2001
Invoice 466683

Page 3

| | | | | |
|---|---|---|---|---|
| 08/15/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 3.40 hrs. | 55.00/hr | $187.00 |
| 08/16/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 5.60 hrs. | 85.00/hr | $476.00 |
| 08/16/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 5.30 hrs. | 55.00/hr | $291.50 |
| 08/20/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 0.50 hrs. | 55.00/hr | $27.50 |
| 08/22/01 | Review and organize files. | | | |
| | K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |
| 08/22/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning purposes of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 0.40 hrs. | 55.00/hr | $22.00 |
| 08/23/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 3.80 hrs. | 55.00/hr | $209.00 |
| 08/28/01 | Review file documents from Paralegal Brown in Charleston and prepare profile sheet of same. | | | |
| | M.V. WADDELL | 2.90 hrs. | 85.00/hr | $246.50 |
| 08/29/01 | Review and profile materials for document management project. | | | |
| | L.K. THOMAS | 1.60 hrs. | 85.00/hr | $136.00 |

## BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| D.M. CLEARY | 5.10 | 285.00 | 1,453.50 |
| L.K. THOMAS | 22.80 | 85.00 | 1,938.00 |
| K. BROWN | 10.20 | 125.00 | 1,275.00 |
| M. WADDELL | 24.00 | 55.00 | 1,320.00 |
| M.V. WADDELL | 2.90 | 85.00 | 246.50 |
| **TOTAL** | **65.00** | **95.89** | 6,233.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 466683

Page 4

**Fees for Legal Services**          **$6,233.00**

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/06/2001 | 1-901-820-2023 | 0.64 |
| 08/06/2001 | 1-312-353-7647 | 0.34 |
| 08/06/2001 | 1-312-353-1057 | 0.27 |
| 08/06/2001 | 1-312-886-9749 | 0.49 |
| 08/07/2001 | 1-901-820-2023 | 0.13 |
| 08/07/2001 | 1-410-531-4000 | 2.10 |
| 08/08/2001 | Photocopies 1 Page(s) | 0.05 |
| 08/15/2001 | 1-312-353-9176 | 0.18 |
| 08/22/2001 | Photocopies 34 Page(s) | 1.70 |
| 08/23/2001 | 1-202-260-1015 | 0.12 |
| 08/23/2001 | 1-202-260-1015 | 6.87 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$12.89**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.75 |
| Telephone | 11.14 |
| **TOTAL** | **12.89** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................          **$6,245.89**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440680 | 04/09/2001 | 8,101.19 | 8,101.19 |
| 446217 | 06/09/2001 | 2,885.77 | 2,885.77 |
| 455332 | 07/25/2001 | 5,865.33 | 5,865.33 |
| 464169 | 09/11/2001 | 997.50 | 997.50 |
| 464171 | 09/11/2001 | 82.11 | 82.11 |
| | **TOTAL A/R BALANCE** | | **$17,931.90** |

W. R. Grace & Co.

September 27, 2001
Invoice 466683

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06018
Western Mineral Products Site

| | |
|---|---|
| Fees for Professional Services | 6,233.00 |
| Charges for Other Services Provided/Expenses Incurred | 12.89 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$6,245.89** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                           September 21, 2001
ATTN: Lydia Duff, Esq.                                      Invoice 466684                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06019                            For Services Through 08/31/01
Name of Matter:     Acton/Concord, MA

| | | | | |
|---|---|---|---|---|
| 08/01/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

W. R. Grace & Co.

September 21, 2001
Invoice 466684

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.30 | 55.00 | 16.50 |
| TOTAL | 0.30 | 55.00 | 16.50 |

Fees for Legal Services     $16.50

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
|---|---|---|
| 07/30/2001 | Photocopies 5 Page(s) | 0.25 |

Total Charges for Other Services Provided/Expenses Incurred    $0.30

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.30 |
| TOTAL | 0.30 |

NET CURRENT BILLING FOR THIS INVOICE ....................................................... $16.80

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440681 | 04/09/2001 | 442.20 | 442.20 |
| 446102 | 06/08/2001 | 25.55 | 25.55 |
| 464125 | 09/11/2001 | 18.40 | 18.40 |
| 464126 | 09/11/2001 | 114.27 | 114.27 |
| TOTAL A/R BALANCE | | | $600.42 |

W. R. Grace & Co.

September 21, 2001
Invoice 466684

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06019
Acton/Concord, MA

| | |
|---|---|
| Fees for Professional Services | 16.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.30 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$16.80** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      September 21, 2001
ATTN: Lydia Duff, Esq.                                Invoice 466677                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06021                       For Services Through 08/31/01
Name of Matter:       Coachmen

| 08/01/01 | Organize and update incoming file materials. | | | |
|---|---|---|---|---|
| | S. WEISSENSTEIN | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

|  | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| S. WEISSENSTEIN | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466677                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................     **$5.50**



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 27, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466685          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06023                    For Services Through 08/31/01
Name of Matter:       Libby, MT -General Environmen

---

| 08/01/01 | Discussions with Mr. Stout and Mr. Stringer concerning EPA work (0.8); draft response letter to EPA (2.5). | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 3.30 hrs. | 285.00/hr | $940.50 |
| 08/01/01 | Review action items for work to be performed with Mr. Stringer. | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 08/01/01 | Discussion with Mr. Marriam concerning spreadsheet compilation, additional data needed from EPA and EPA reaction to Senate hearings held yesterday regarding expanding plants. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/01/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 2.90 hrs. | 85.00/hr | $246.50 |
| 08/01/01 | Review, profile and organize files for document management project. | | | |
| | K. BROWN | 2.40 hrs. | 125.00/hr | $300.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 2

| 08/01/01 | Review and fill out scanning profile sheet on documents brought by Paralegal Brown to assist Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 2.20 hrs. | 55.00/hr | $121.00 |
| 08/02/01 | Complete draft of response letter to EPA and transmit to Grace team. | | | |
| | D.M. CLEARY | 2.20 hrs. | 285.00/hr | $627.00 |
| 08/02/01 | Discussion with Remedium regarding URS availability for completion of Grace work in Libby. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/02/01 | Provide Paralegal Brown with instructions on completion of the methodology data spreadsheet. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/02/01 | Review correspondence from Attorney Cleary regarding methodology worksheet (0.3); discuss with Attorney Cleary the assignment of inputing additional information on the worksheet (0.5); edit the same (2.7); telephone conference with Mr. Marriam regarding laboratory used for testing bulk sampling at Wilder (0.4). | | | |
| | K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 08/02/01 | Continue to revise methodology worksheet. | | | |
| | K. BROWN | 1.20 hrs. | 125.00/hr | $150.00 |
| 08/02/01 | Review and profile documents for document management project. | | | |
| | L.K. THOMAS | 6.40 hrs. | 85.00/hr | $544.00 |
| 08/02/01 | Review and organize files. | | | |
| | K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 08/02/01 | Review Grace documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 7.10 hrs. | 55.00/hr | $390.50 |
| 08/03/01 | Continue to revise methodology worksheet. | | | |
| | K. BROWN | 7.80 hrs. | 125.00/hr | $975.00 |
| 08/03/01 | Continue to revise methodology worksheet. | | | |
| | K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 08/03/01 | Review incoming articles regarding Libby plant. | | | |
| | L.K. THOMAS | 1.10 hrs. | 85.00/hr | $93.50 |
| 08/04/01 | Continue to revise methodology worksheet. | | | |
| | K. BROWN | 2.90 hrs. | 125.00/hr | $362.50 |
| 08/06/01 | Discuss status of methodologies spreadsheet with Paralegal Brown. | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 3

| | | | | |
|---|---|---|---|---|
| 08/06/01 | Obtain and review several Libby articles sent via e-mail by Grace.<br>D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |
| 08/06/01 | Contact Mr. Marriam regarding 104(e) request.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/06/01 | Complete response letter to EPA, make corrections, and transmit to EPA and Grace team.<br>D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 08/06/01 | Continue to revise methodology worksheet (2.7); prepare and sent e-mail to Messrs. Marriam, Medler, Emmett, and Obradovic, Ms. Duff, and Attorney Cleary requesting copies of methodology manuals highlighted on worksheet (0.3).<br>K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |
| 08/06/01 | Continue to hyperlink files to worksheet.<br>K. BROWN | 7.00 hrs. | 125.00/hr | $875.00 |
| 08/06/01 | Review and profile archived documents for document management project.<br>L.K. THOMAS | 4.30 hrs. | 85.00/hr | $365.50 |
| 08/06/01 | Review documents from Paralegal Brown in Charelston and fill out profile sheet for scanning of same to assist Paralegal Thomas.<br>M. WADDELL | 5.10 hrs. | 55.00/hr | $280.50 |
| 08/07/01 | Discuss methodology spreadsheet changes with Paralegal Brown.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/07/01 | Receive request from Remedium to complie offsite disposal data (0.2); assign project to Paralegal Brown (0.2).<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/07/01 | Telephone conference with Attorney Cleary regarding the U.S. GAO response to FOIA request for Representative Rehberg's letter dated July 24, 2001 requesting the U.S. General Accounting Office to conduct a thorough audit of EPA actions at Libby (1.0); telephone Representative Rehberg's Helena office requesting a fax copy of the letter (0.7); telephone conference with Mr. Iverson (Representative Rehberg Washington Assistant) regarding same (0.7).<br>K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 08/08/01 | Discussion with Mr. Stringer and Mr. Stout regarding meeting with Gov. Martz in Libby.<br>D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 08/08/01 | Commence review of EPA response to Grace comments on the Libby record.<br>D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 4

| | | | | |
|---|---|---|---|---|
| 08/08/01 | Discuss with Attorney Cleary the waste disposal assignment (0.9); telephone conference with Mr. Smith regarding obtaining copies of all waste disposal records by URS (0.3); telephone conference with Mr. Stout regarding obtaining copies of all waste disposed by EPA at the site (0.4); review Draft Final Report Removal Activities at Export Plant for information regarding waste manifests (2.3). | | | |
| | K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 08/08/01 | Review, organize and profile documents (0.7); discuss with Administrative Assistant the scanning and filing process for same (0.5). | | | |
| | K. BROWN | 1.20 hrs. | 125.00/hr | $150.00 |
| 08/08/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 2.60 hrs. | 85.00/hr | $221.00 |
| 08/09/01 | Review Libby articles regarding Superfund designation and Gov. Martz town meeting (0.4); review EPA documents in preparation for conference call (1.4). | | | |
| | D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |
| 08/09/01 | Review outstanding work plan issues with Mr. Stout and Mr. Stringer in preparation for meeting with EPA | | | |
| | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |
| 08/09/01 | Review special section articles from The Missoulian concerning Libby. | | | |
| | D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |
| 08/09/01 | Attend conference call regarding response to EPA. | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 08/09/01 | Several telephone conferences with Mr. Marriam regarding copies of various methodologies and Appendix K of the Final Report Removal Activities at the Export Plant which contains all the waste manifests for the export plant, request copies of same (0.4); review the Report (1.1); telephone conference with Mr. Smith's Assistant regarding distribution of Final Report (0.3). | | | |
| | K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 08/09/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 4.60 hrs. | 85.00/hr | $391.00 |
| 08/09/01 | Review and organize files. | | | |
| | K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |
| 08/10/01 | Review, profile and organize documents (3.9); telephone conference with Mr. Marriam regarding the Final Report Removal Activities and the copies of EPA's methodologies (0.3). | | | |
| | K. BROWN | 4.20 hrs. | 125.00/hr | $525.00 |
| 08/10/01 | Review and profile archived documents for document management project. | | | |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 5

| | | | | |
|---|---|---|---|---|
| | L.K. THOMAS | 3.40 hrs. | 85.00/hr | $289.00 |
| 08/10/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 2.50 hrs. | 55.00/hr | $137.50 |
| 08/11/01 | Review, organize, and profile files. | | | |
| | K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 08/13/01 | Review the day's articles regarding Libby. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 08/13/01 | Discussion with Mr. Stout regarding the National Historic Preservation Act issues. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/13/01 | Review request for EPA to mitigate under National Historic Preservation Act. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/13/01 | Review additional methodology manuals and appendices E-J of Removal Activities Report (0.5); profile and organize documents (1.7). | | | |
| | K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |
| 08/13/01 | Review and profile documents for document management project. | | | |
| | L.K. THOMAS | 4.40 hrs. | 85.00/hr | $374.00 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.80 hrs. | 55.00/hr | $44.00 |
| 08/13/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 1.10 hrs. | 55.00/hr | $60.50 |
| 08/14/01 | Discussion with Mr. Stout concerning availability of a witness to discuss excavation of naturally-occurring material. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/14/01 | Discussion with Mr. Stringer about status of work plan addenda, scope of work to be performed, and planer moving issues. | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 08/14/01 | Review new Libby articles and letter to IG from EPA. | | | |
| | D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |
| 08/14/01 | Attend conference call to discuss moving forward with EPA work in Phoenix. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 6

| 08/14/01 | Review, profile and organize methodology manuals (2.2); edit methodologies worksheet (1.7); e-mail Messrs. Marriam, Medler, Emmett, Obradovic, Ms. Duff, and Attorney Cleary requesting copies of four additional methodologies (EPA 600/R-93/116; EPA Protocol for Screening Soil and Sediment Samples dated May 24, 2001 and January 28, 1994 and SOP-1988-02 Revision 3) (0.4). | | | |
| --- | --- | --- | --- | --- |
| | K. BROWN | 4.30 hrs. | 125.00/hr | $537.50 |
| 08/15/01 | Review changes to the Export Plant work plan due to new EPA order regarding demolition (0.4); report and discuss changes with Mr. Stringer (0.1). | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 08/15/01 | Review DOJ reply brief to motion to transfer venue (0.9); write e-mail to other counsel regarding Grace's 3rd circuit arbitrary and capricious finding and applicability to cost recovery case (0.3). | | | |
| | D.M. CLEARY | 1.20 hrs. | 285.00/hr | $342.00 |
| 08/15/01 | Review new Libby articles | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/15/01 | Discussion with Mr. Stout regarding use of the KDC property (Bluffs) well by EPA. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/15/01 | Review URS proposal for oversight of demolition work. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/15/01 | Continue to edit methodologies worksheet (0.3); review, profile and organize files (1.1). | | | |
| | K. BROWN | 1.40 hrs. | 125.00/hr | $175.00 |
| 08/15/01 | Continue to revise methodology worksheet and review, profile and organize files. | | | |
| | K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |
| 08/15/01 | Review, profile and organize files. | | | |
| | K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 08/16/01 | Telephone conferences with Mr. Stout concerning Libby work and communications with EPA. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/16/01 | Read e-mail from Grace confirming signature authority regarding URS contract. | | | |
| | D.M. CLEARY | 0.10 hrs. | 285.00/hr | $28.50 |
| 08/16/01 | Read Libby editorial regarding Superfund designation and Gov. Martz. | | | |
| | D.M. CLEARY | 0.10 hrs. | 285.00/hr | $28.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 7

| | | | | |
|---|---|---|---|---|
| 08/16/01 | Review, profile and organize files (1.8); telephone conference with Messrs. Stringer and Stout regarding the waste manifests for the Export Plant (0.3); discuss with Attorney Cleary the waste disposal assignment (0.5); review waste shipment records (1.4). | | | |
| | K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 08/17/01 | Research request for guidance regarding contractor indemnification question from Mr. Stringer (0.3); draft and send e-mail response to Mr. Stringer (0.3). | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 08/17/01 | Telephone conference with Mr. McCarthy regarding facts in Libby access case. | | | |
| | D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 08/17/01 | Discuss with Attorney Cleary the waste disposal information and assignment (0.5); work on waste disposal worksheet (0.3); review, profile and organize files (3.4). | | | |
| | K. BROWN | 6.90 hrs. | 125.00/hr | $862.50 |
| 08/17/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 6.50 hrs. | 85.00/hr | $552.50 |
| 08/17/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 5.10 hrs. | 55.00/hr | $280.50 |
| 08/19/01 | Review daily field report for waste disposal information (1.2); prepare worksheet regarding same (1.8). | | | |
| | K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |
| 08/20/01 | Research issues identified by Mr. Grummer regarding venue transfer motions (1.0); respond by e-mail (0.8). | | | |
| | D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |
| 08/21/01 | Continue to revise methodology worksheet (0.8); review, profile and organize files (1.3). | | | |
| | K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 08/21/01 | Continue to revise methodology worksheet (0.8); review files (1.1). | | | |
| | K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |
| 08/21/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 5.30 hrs. | 85.00/hr | $450.50 |
| 08/21/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 0.70 hrs. | 55.00/hr | $38.50 |

W. R. Grace & Co.

| 08/22/01 | Continue to work on analytical methodologies worksheet. | | | |
| | K. BROWN | 3.10 hrs. | 125.00/hr | $387.50 |
| 08/22/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 5.30 hrs. | 85.00/hr | $450.50 |
| 08/22/01 | Review and organize files. | | | |
| | K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 08/23/01 | Telephone conference with Mr. Stringer concerning Sen. Crismore questions (0.8); review questions drafted by Mr. Stringer (0.2). | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 08/23/01 | Review and record McNeil Lehrer Hour interview regarding Libby. | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 08/23/01 | Continue to review waste manifests (Nos. 1-150) for information needed for waste disposal spreadsheet. | | | |
| | K. BROWN | 3.10 hrs. | 125.00/hr | $387.50 |
| 08/24/01 | Review the day's articles regarding Libby. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/24/01 | Redraft questions for Sen. Crismore for Mr. Stringer and send via e-mail. | | | |
| | D.M. CLEARY | 1.50 hrs. | 285.00/hr | $427.50 |
| 08/24/01 | Telephone conference with Mr. Corcoran regarding EPA access case settlement. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/24/01 | Continue to revise methodology worksheet and review files. | | | |
| | K. BROWN | 6.30 hrs. | 125.00/hr | $787.50 |
| 08/24/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 1.80 hrs. | 55.00/hr | $99.00 |
| 08/25/01 | Review waste manifests for information needed on spreadsheet (2.9); e-mail Ms. Coggon and Attorney Cleary requesting copies of all Lason's invoices (0.3). | | | |
| | K. BROWN | 3.20 hrs. | 125.00/hr | $400.00 |
| 08/27/01 | Review story from California relating to Libby. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/27/01 | Review analytical methods spreadsheet and send corrected document to Paralegal Brown. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

W. R. Grace & Co.

| 08/27/01 | Discussion with Ms. Brown regarding status of Lason bills, and report stratus to Mr. Finke. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

| 08/27/01 | Continue work analytical methodologies worksheet by editing hyperlinks, copying and transferring files to server (2.8); telephone conference with Attorney Cleary regarding additional data regarding same (0.3); telephone conference with Paralegal Thomas regarding document management (0.5); review waste manifests for information needed for waste summary worksheet (2.7); telephone conference with Mrs. Coggon regarding status of the Lason invoice request (0.3). | | | |
| | K. BROWN | 6.60 hrs. | 125.00/hr | $825.00 |

| 08/27/01 | Review and profile documents for document management project. | | | |
| | L.K. THOMAS | 4.60 hrs. | 85.00/hr | $391.00 |

| 08/28/01 | Continue review of waste manifests (2.7); continue work on waste summary worksheet (1.0). | | | |
| | K. BROWN | 3.70 hrs. | 125.00/hr | $462.50 |

| 08/28/01 | Final review and edit of analytical methodologies worksheet (methodologies hyperlink, contact information) (3.2); research using Lexis and internet to retrieve and review 40 CFR 763 for Appendix E to Subpart E revised July 1, 1997 - Interim Method of the Determination of Asbestos in Bulk Insulation Samples (0.5); instruct Word Processing Specialist to prepare CD for Attorney Cleary review (0.4). | | | |
| | K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |

| 08/28/01 | Review and profile documents for document management project. | | | |
| | L.K. THOMAS | 6.70 hrs. | 85.00/hr | $569.50 |

| 08/29/01 | Review Libby articles received today. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

| 08/29/01 | Review and edit waste disposal summary spreadsheet (3.9); sent the final CD containing the analytical methodologies worksheet to Attorney Cleary for his review and approval (0.2); instruct Word Processing Specialists to create two CDs containing the analytical methodologies worksheet (0.2); continue to review and edit waste disposal summary spreadsheet (2.4); telephone and e-mail Mr. Smith of URS regarding obtaining copies of waste shipment record numbers 1949 (copy is incomplete) and 2045 (missing from set) of Appendix K-2 - Waste Manifest Logs (Nos. 1085-2127) to the Final Report Removal Activities at the Export Plant dated 3-16-01 (0.3); e-mail to Attorney Cleary, Messrs. Obradovic and Marriam same (0.2); telephone conference with Mr. Smith of URS regarding e-mail request (0.2); review records numbers 1949 and 2045 and edit waste disposal summary (0.5); e-mail final waste disposal summary to Attorney Cleary for review and approval (0.4). | | | |
| | K. BROWN | 7.90 hrs. | 125.00/hr | $987.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 10

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/29/01 | Review file documents from Paralegal Brown in Charleston and prepare scanning sheet of same.<br>M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |
| 08/30/01 | Review NHPA e-mail and letter from Mr. Stringer.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/30/01 | Review waste disposal generation summary from Paralegal Brown.  Make corrections and draft final summary sheet.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/30/01 | Review correspondence from Attorney Cleary regarding additions to the waste disposal summary (0.2); discuss with Attorney Cleary the requested changes to the waste disposal summary and edit waste disposal summary (1.7).<br>K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |
| 08/30/01 | Prepare correspondence  regarding Libby Waste Disposal Summary and e-mail to Messrs. Marriam, Medler, Obradovic, and Attorney Cleary (1.3); prepare correspondence regarding the Analytical Methodologies by Region spreadsheet (burned on a CD) & federal express same to Mr. Marriam (2.8); e-mail transmittal letter to Mr. Marriam regarding same (0.3).<br>K. BROWN | 4.40 hrs. | 125.00/hr | $550.00 |
| 08/30/01 | Review file documents from Paralegal Brown in Charleston and prepare profile sheet for scanning of same.<br>M.V. WADDELL | 0.80 hrs. | 85.00/hr | $68.00 |
| 08/31/01 | Review and discuss with Mr. Stringer his letter regarding National Historic Preservation Act work items.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/31/01 | Review, profile, and organize files.<br>K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 32.80 | 285.00 | 9,348.00 |
| L.K. THOMAS | 58.10 | 85.00 | 4,938.50 |
| K. BROWN | 126.10 | 125.00 | 15,762.50 |
| M. WADDELL | 26.40 | 55.00 | 1,452.00 |
| M.V. WADDELL | 1.10 | 85.00 | 93.50 |
| **TOTAL** | **244.50** | **129.22** | 31,594.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 11

**Fees for Legal Services**     **$31,594.50**

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|------|-------------|-------:|
| 08/01/2001 | 1-901-820-2023 | 6.10 |
| 08/02/2001 | 1-856-858-4800 | 0.21 |
| 08/02/2001 | 1-406-293-3964 | 0.32 |
| 08/02/2001 | 1-901-820-2023 | 0.86 |
| 08/02/2001 | 1-612-941-5600 | 0.56 |
| 08/06/2001 | Lexis | 1.53 |
| 08/06/2001 | 1-303-312-6953 | 0.28 |
| 08/06/2001 | 1-303-312-6953 | 0.31 |
| 08/06/2001 | 1-901-820-2023 | 0.31 |
| 08/07/2001 | 1-406-443-7878 | 0.50 |
| 08/07/2001 | 1-202-225-3211 | 1.95 |
| 08/08/2001 | 1-303-292-0800 | 0.42 |
| 08/08/2001 | 1-303-292-0800 | 0.13 |
| 08/08/2001 | 1-303-279-6942 | 0.11 |
| 08/08/2001 | 1-303-882-5271 | 0.17 |
| 08/09/2001 | 1-410-531-4000 | 0.23 |
| 08/09/2001 | 1-901-820-2023 | 1.47 |
| 08/09/2001 | 1-303-675-2640 | 0.08 |
| 08/09/2001 | 1-303-292-0800 | 0.62 |
| 08/09/2001 | 1-303-740-2696 | 0.19 |
| 08/09/2001 | 1-303-740-2696 | 1.04 |
| 08/09/2001 | 1-406-293-3964 | 20.61 |
| 08/10/2001 | 1-901-820-2023 | 0.07 |
| 08/10/2001 | 1-303-866-0409 | 0.19 |
| 08/13/2001 | 1-410-531-4203 | 0.13 |
| 08/13/2001 | 1-901-820-2023 | 0.47 |
| 08/15/2001 | 1-901-820-2023 | 0.15 |
| 08/15/2001 | 1-406-293-3964 | 2.19 |
| 08/16/2001 | 1-406-293-3964 | 2.19 |
| 08/16/2001 | 1-406-293-3964 | 0.08 |
| 08/17/2001 | -3036 | 0.00 |
| 08/17/2001 | 1-303-292-0800 | 0.28 |
| 08/17/2001 | 1-303-796-4727 | 0.22 |
| 08/20/2001 | 1-901-820-2023 | 0.31 |
| 08/21/2001 | 1-901-820-2023 | 0.49 |
| 08/21/2001 | 1-901-820-2023 | 0.16 |
| 08/27/2001 | 1-415-744-1351 | 4.93 |
| 08/27/2001 | 1-303-866-0408 | 2.42 |
| 08/28/2001 | Lexis | 13.45 |
| 08/28/2001 | 1-901-820-2023 | 11.28 |
| 08/29/2001 | 1-303-675-2640 | 0.05 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 12

| 08/29/2001 | 1-303-796-4727 | 0.83 |
| 08/30/2001 | 1-303-796-4727 | 0.16 |
| 08/30/2001 | 1-410-531-4000 | 0.28 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$78.33**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 14.98 |
| Telephone | 63.35 |
| **TOTAL** | **78.33** |

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$31,672.83**

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440682 | 04/09/2001 | 7,951.50 | 7,951.50 |
| 447742 | 06/15/2001 | 7,191.82 | 7,191.82 |
| 455474 | 07/25/2001 | 10,157.43 | 10,157.43 |
| 464583 | 09/12/2001 | 3,268.37 | 3,268.37 |
| 464599 | 09/12/2001 | 13,070.10 | 13,070.10 |
| | | **TOTAL A/R BALANCE** | **$41,639.22** |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 13

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06023
Libby, MT -General Environmen

| | | |
|---|---:|---:|
| Fees for Professional Services | 31,594.50 | |
| Charges for Other Services Provided/Expenses Incurred | 78.33 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$31,672.83** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                          September 21, 2001
ATTN: Robert A. Emmett, Esq.              Invoice 466686              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06025                    For Services Through 08/31/01
Name of Matter:     Motor Wheel, MI Env. Matters

| | | | | |
|---|---|---|---|---|
| 08/10/01 | Review Motor Wheel decision and analyze for application in Libby. | | | |
| | D.M. CLEARY | 1.50 hrs. | 285.00/hr | $427.50 |
| 08/27/01 | Review Lansing article regarding 3rd circuit decision and progress of cleanup. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466686

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 1.70 | 285.00 | 484.50 |
| **TOTAL** | **1.70** | **285.00** | 484.50 |

**Fees for Legal Services**     **$484.50**

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$484.50**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440683 | 04/09/2001 | 228.00 | 228.00 |
| 464584 | 09/12/2001 | 142.50 | 142.50 |
| 464600 | 09/12/2001 | 57.00 | 57.00 |
| 464612 | 09/12/2001 | 709.40 | 709.40 |
| | **TOTAL A/R BALANCE** | | **$1,136.90** |

W. R. Grace & Co.

September 21, 2001
Invoice 466686

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06025
Motor Wheel, MI Env. Matters

| | |
|---|---|
| Fees for Professional Services | 484.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$484.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
###### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 27, 2001
ATTN: Lydia Duff, Esq.                               Invoice 467972              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06027                    For Services Through 08/31/01
Name of Matter:       Project Allen

---

| Date | Description | | | |
|---|---|---|---|---|
| 08/06/01 | Advised Remedium about action items due in Cape Cod Pipeline and necessity for notice in advance of written notice to Samson and Hatco. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/08/01 | Provide historical information regarding Charleston and Fort Pierce to Mr. McFarland. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/08/01 | Read request for information from Mr. Grummer concerning missing EPA data (0.2); respond to Mr. Grummer requesting documentation (0.1). | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.40 hrs. | 55.00/hr | $22.00 |
| 08/15/01 | Check docket (0.1); memo on bills and U.S. Trustee guidelines (0.2). | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 467972

Page 2

| 08/15/01 | Assist on billing procedures (0.4); research on U.S. Trustee billing guidelines (0.4). | | | |
| | G.B. CAUTHEN | 0.80 hrs. | 250.00/hr | $200.00 |
| 08/15/01 | Respond to inquiries from Remedium for information relating to Libby and Phoenix. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/21/01 | Research complaint by DOJ of misstatements in case management order (0.9); respond to Mr. Grummer by e-mail with EPA statement and history of sampling activity and failure to obtain results (0.4). | | | |
| | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |
| 08/21/01 | Several telephone conferences with Mrs. Antar regarding location of documents in response to bankruptcy (SOFA) question 17 (0.7); review e-mails regarding same (0.4); review files for relevant documents (2.8). | | | |
| | K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 08/22/01 | Review docket (0.1); memo to Attorney Heiser on setting up billing procedure (0.2). | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 08/26/01 | Research regarding proper procedure for drafting and filing fee applications for special counsel. | | | |
| | K.J. HEISER | 0.80 hrs. | 170.00/hr | $136.00 |
| 08/28/01 | Data retrieval (0.1); memo to co-counsel (0.1). | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 08/29/01 | Research on USA v. Hanson case (0.3); memo to Attorneys Cleary and Hawkins on same (0.2). | | | |
| | G.B. CAUTHEN | 0.50 hrs. | 250.00/hr | $125.00 |
| 08/29/01 | Review docket; follow up on compensation guidelines. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 08/29/01 | Review and organize file materials (0.3); update current index (0.1). | | | |
| | M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 08/30/01 | Research regarding proper procedure for drafting and filing of fee applications with bankruptcy court (1.2); draft memo regarding fee application procedure (0.6). | | | |
| | K.J. HEISER | 1.80 hrs. | 170.00/hr | $306.00 |
| 08/31/01 | Work on billing guidelines. | | | |
| | G.B. CAUTHEN | 0.40 hrs. | 250.00/hr | $100.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 467972

Page 3

| | | | | |
|---|---|---|---|---|
| 08/31/01 | Prepare and edit transmittal letter to Ms. Antar regarding documents showing liability at various sites (0.3); review CDs (0.1); send transmittal letter and two CDs of same to Ms. Antar (0.1). | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 08/31/01 | Phone Ms. Antar regarding the status of the CDs containing documents that show liability at various site. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

## BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| D.M. CLEARY | 2.60 | 285.00 | 741.00 |
| G.B. CAUTHEN | 2.80 | 250.00 | 700.00 |
| K.J. HEISER | 2.60 | 170.00 | 442.00 |
| K. BROWN | 4.90 | 125.00 | 612.50 |
| M. WADDELL | 0.40 | 55.00 | 22.00 |
| M.V. WADDELL | 0.40 | 85.00 | 34.00 |
| **TOTAL** | **13.70** | **186.24** | 2,551.50 |

**Fees for Legal Services**     **$2,551.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/01/2001 | 1-302-658-9911 | 0.29 |
| 08/02/2001 | 1-215-814-3164 | 0.65 |
| 08/15/2001 | Photocopies | 0.95 |
| 08/15/2001 | 1-302-658-9911 | 0.17 |
| 08/16/2001 | 1-617-498-4968 | 0.73 |
| 08/17/2001 | 1-617-498-4968 | 0.07 |
| 08/21/2001 | 1-617-498-4968 | 0.21 |
| 08/22/2001 | Photocopies | 0.30 |
| 08/23/2001 | Photocopies | 0.20 |
| 08/30/2001 | 1-302-652-4100 | 0.16 |
| 08/31/2001 | Fed Ex | 13.10 |
| 08/31/2001 | Photocopies | 0.30 |
| 08/31/2001 | 1-781-324-1236 | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$17.28**

W. R. Grace & Co.

September 27, 2001
Invoice 467972          Page 4

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.75 |
| Fed Ex | 13.10 |
| Telephone | 2.43 |
| **TOTAL** | **17.28** |

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$2,568.78**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 451147 | 07/09/2001 | 16,936.81 | 16,936.81 |
| 455362 | 07/25/2001 | 5,601.33 | 5,601.33 |
| 464090 | 09/10/2001 | 747.84 | 747.84 |
| 464091 | 09/10/2001 | 16,351.71 | 16,351.71 |
| 464585 | 09/12/2001 | 5,444.39 | 5,444.39 |
| 464601 | 09/12/2001 | 3,294.03 | 3,294.03 |
| **TOTAL A/R BALANCE** | | | **$48,376.11** |

W. R. Grace & Co.

September 27, 2001
Invoice 467972

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | 2,551.50 |
| Charges for Other Services Provided/Expenses Incurred | 17.28 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$2,568.78** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 21, 2001
Invoice 466688

Page 1

Our Matter #        02399/06030
Name of Matter:     Aiken-Title V Permit App. Iss

For Services Through 08/31/01

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 1.00 hrs. | 55.00/hr | $55.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 1.00 | 55.00 | 55.00 |
| **TOTAL** | **1.00** | **55.00** | 55.00 |

**Fees for Legal Services**        **$55.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466688

Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/29/2001 | Photocopies 6 Page(s) | 0.30 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.30** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.30 |
| **TOTAL** | **0.30** |

**NET CURRENT BILLING FOR THIS INVOICE** .......................................................  **$55.30**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 455450 | 07/25/2001 | 5,714.35 | 5,714.35 |
| 464611 | 09/12/2001 | 2,621.98 | 2,621.98 |
| 464912 | 09/13/2001 | 3,298.40 | 3,298.40 |
| 464929 | 09/13/2001 | 0.65 | 0.65 |
| | **TOTAL A/R BALANCE** | | **$11,635.38** |

W. R. Grace & Co.

September 21, 2001
Invoice 466688          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | 55.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.30 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$55.30** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                          September 27, 2001
ATTN: Lydia Duff, Esq.                     Invoice 467973                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06031                    For Services Through 08/31/01
Name of Matter:       Li Tungsten

| | | | | |
|---|---|---|---|---|
| 08/06/01 | Review and organize files.<br>K. BROWN / Paralegal | 0.20 hrs. | 125.00/hr | $25.00 |
| 08/09/01 | Review EPA's letter regarding the Action Memorandum for a removal action restart related to certain dredge spoils from Glen Cove Creek.<br>B.F. HAWKINS / Partner | 0.90 hrs. | 220.00/hr | $198.00 |
| 08/13/01 | Organize and update file materials (1.0); create subfiles and purge duplicates (2.4).<br>L.K. THOMAS / Paralegal | 3.40 hrs. | 85.00/hr | $289.00 |
| 08/14/01 | Review information with Attorney Carlisle regarding activity in case and need to complete Affidavit for Herman Beckerfluegal.<br>B.F. HAWKINS / Partner | 0.40 hrs. | 220.00/hr | $88.00 |
| 08/14/01 | Review information in case with Attorney Hawkins regarding activity in case with reference to issuance of UAO and need for affidavit from Herman Beckerfluegal. | | | |

W. R. Grace & Co.                                September 27, 2001
                                                 Invoice 467973
                                                                    Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | R.T. CARLISLE / Of Counsel | 0.40 hrs. | 200.00/hr | $80.00 |

08/14/01    Sort and organize file documents for Paralegal Thomas.
            M. WADDELL / Project Asst        1.00 hrs.    55.00/hr        $55.00

08/15/01    Telephone conference with Mr. Grummer concerning information needs
            regarding new UAO
            D.M. CLEARY / Partner            0.10 hrs.    285.00/hr        $28.50

08/15/01    Briefly review UAO from USEPA and send explanatory e-mail to Grace team
            for review and discussion.
            D.M. CLEARY / Partner            0.50 hrs.    285.00/hr        $142.50

08/15/01    Attend Li Tungsten conference call concerning remedial design agreement
            and new UAO (0.8); telephone conference with client regarding new UAO -
            left voice message describing the UAO (0.2).
            D.M. CLEARY / Partner            1.00 hrs.    285.00/hr        $285.00

08/15/01    Review Li Tungsten developments with Attorney Carlisle with reference to
            revised UAO.
            B.F. HAWKINS / Partner           0.40 hrs.    220.00/hr        $88.00

08/15/01    Participate in conference call regarding draft agreement with federal agencies
            for funding of RD work that is consistent with the terms of the Remedial
            Design Group Agreement (0.4); confer with Attorney Cleary regarding same
            and regarding Unilateral Administrative Order issued yesterday (0.3); review
            Li Tungsten issues associated with issuance of UAO with Attorney Hawkins
            (0.4).
            R.T. CARLISLE / Of Counsel       1.10 hrs.    200.00/hr        $220.00

08/16/01    Read UAO received from EPA Region 2 (2.0);  discussion regarding Grace
            response with Attorney Hawkins (0.2); e-mail Attorney Carlisle requesting
            research on "sufficient cause" defenses under CERCLA 106 and 107 (0.2);
            review UAO for reportables due dates and upcoming action items required for
            Grace (0.4).
            D.M. CLEARY / Partner            2.80 hrs.    285.00/hr        $798.00

08/16/01    Review UAO issued for additional activity at site (0.6); discussion of
            potential response with Attorney Cleary (0.2).
            B.F. HAWKINS / Partner           0.80 hrs.    220.00/hr        $176.00

08/20/01    Review outstanding matters in UAO (0.6); discuss with Ms. Duff (0.5);
            transmit action items to Li Tungsten team (0.3).
            D.M. CLEARY / Partner            1.40 hrs.    285.00/hr        $399.00

08/20/01    Review revised version of the Draft Remedial Design Agreement between the
            Federal PRPs and the Li Tungsten Remedial Design Group received today
            from Mr. Englert (0.4 ); forward information to Attorney Cleary (0.3).
            B.F. HAWKINS / Partner           0.70 hrs.    220.00/hr        $154.00

W. R. Grace & Co.

September 27, 2001
Invoice 467973

Page 3

| 08/20/01 | Review recent correspondence for pertinent information to transmit to Attorney Cleary. | | | |
|---|---|---|---|---|
| | M. WADDELL / Project Asst | 0.40 hrs. | 55.00/hr | $22.00 |

| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL / Project Asst | 0.20 hrs. | 55.00/hr | $11.00 |

| 08/21/01 | Review incoming correspondence from EPA regarding Unilateral Administrative Order (UAO) and forward (0.4); assignment concerning information on "sufficient cause defense" to Section 106 UAO (0.5). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS / Partner | 0.90 hrs. | 220.00/hr | $198.00 |

| 08/21/01 | Confer with Attorneys Cleary and Hawkins regarding response to Section 106 Unilateral Administrative Order (0.2); confer with Legal Assistant Thomas regarding research file relating to same (0.1). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE / Of Counsel | 0.30 hrs. | 200.00/hr | $60.00 |

| 08/21/01 | Locate research materials addressing sufficient cause defense. | | | |
|---|---|---|---|---|
| | L.K. THOMAS / Paralegal | 2.20 hrs. | 85.00/hr | $187.00 |

| 08/22/01 | Discussion with Attorney Duff concerning various evaluations of potential costs for remedial actions at Li Tungsten site. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS / Partner | 0.30 hrs. | 220.00/hr | $66.00 |

| 08/22/01 | Research and update case law interpreting the term "sufficient cause"as contained within CERCLA Section 106(b)(1) (3.3); review and analyze said cases, law review articles and treatises (3.0). | | | |
|---|---|---|---|---|
| | J.C. MCELWAINE / Associate | 6.30 hrs. | 195.00/hr | $1,228.50 |

| 08/23/01 | Review status of discussions with EPA and cases relating to sufficient cause defense with the Li Tungsten team (2.7) and leave a voice mail for Ms. Duff informing her of our concerns about the Mattiace case (.1). | | | |
|---|---|---|---|---|
| | D.M. CLEARY / Partner | 2.80 hrs. | 285.00/hr | $798.00 |

| 08/23/01 | Preparation for conference call on 106 UAO issued by EPA to PRPs, including Grace (1.1); review site history issues with Attorney Duff (0.4); conference call with with PRP members and the EPA regarding 106 Order (2.1) follow-up discussion with Attorney Duff (0.5); review legal research on "sufficient cause defense" in light of bankruptcy filing (0.4). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS / Partner | 4.50 hrs. | 220.00/hr | $990.00 |

| 08/23/01 | Participate in conference call regarding Li Tungsten Site and August 14th UAO; follow-up conference with Ms. Duff; review stop letter and begin outlining response setting forth sufficient cause defenses; review research from Attorney McElwaine regarding sufficient cause defense; confer with Attorney Cleary regarding same.. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE / Of Counsel | 1.90 hrs. | 200.00/hr | $380.00 |

W. R. Grace & Co.                                            September 27, 2001
                                                            Invoice 467973
                                                                              Page 4

| 08/23/01 | Draft memorandum analyzing the "sufficient cause" defense (1.2); meeting with Attorney Cleary to discuss research memorandum and Mattiace case which discusses applicability of automatic stay (0.2); research via electronic databases cases and other materials discussing the applicability of the automatic stay with regard to enforcement of CERCLA 106 Unilateral Administrative Order (3.4); review and analyze said research (2.2). |  |  |  |
|---|---|---|---|---|
|  | J.C. MCELWAINE / Associate | 7.00 hrs. | 195.00/hr | $1,365.00 |

| 08/24/01 | Discussion with Attorney McElwaine regarding Shephard's research on the Mattiace case and other cases relating to the issue of bankruptcy and 106 orders. |  |  |  |
|---|---|---|---|---|
|  | D.M. CLEARY / Partner | 0.20 hrs. | 285.00/hr | $57.00 |

| 08/24/01 | Review additional cases relating to Mattiace (0.4); discuss status of case with Ms. Duff and e-mail Exxon excerpt and 3 Mattiace cases (0.5). |  |  |  |
|---|---|---|---|---|
|  | D.M. CLEARY / Partner | 0.90 hrs. | 285.00/hr | $256.50 |

| 08/24/01 | Continue researching bankruptcy automatic stay's affect on 106 Unilateral Administrative Order concentrating on New York federal case law (0.6); review and analyze said research (0.3); discuss results of research with Attorney Cleary (0.2). |  |  |  |
|---|---|---|---|---|
|  | J.C. MCELWAINE / Associate | 1.10 hrs. | 195.00/hr | $214.50 |

| 08/24/01 | Locate file materials per Attorney Cleary for use in responding to UAO issues. |  |  |  |
|---|---|---|---|---|
|  | L.K. THOMAS / Paralegal | 0.40 hrs. | 85.00/hr | $34.00 |

| 08/27/01 | Instruction on preparing response to UAO. |  |  |  |
|---|---|---|---|---|
|  | B.F. HAWKINS / Partner | 0.90 hrs. | 220.00/hr | $198.00 |

| 08/29/01 | Review and revise letter responding to 106 Order (2.0); finalize letter and forward to EPA (0.4). |  |  |  |
|---|---|---|---|---|
|  | B.F. HAWKINS / Partner | 2.40 hrs. | 220.00/hr | $528.00 |

| 08/29/01 | Review and research draft response letter to EPA.(.8). Draft comments (.3). Discussion regarding comments with Attorney Carlisle (.4) and Attorney Hawkins (.2). Transmit additional comments to Attorney Carlisle (.2). |  |  |  |
|---|---|---|---|---|
|  | D.M. CLEARY / Partner | 1.90 hrs. | 285.00/hr | $541.50 |

| 08/29/01 | Final review and discussion of response to 106 order with Attorney Carlisle. |  |  |  |
|---|---|---|---|---|
|  | D.M. CLEARY / Partner | 0.30 hrs. | 285.00/hr | $85.50 |

08/29/01    Review UAO and other information concerning removal of dredged material (0.3); draft letter to Mr. Doyle setting forth good faith defense to recent Unilateral Administrative Order under CERCLA Section 106 (1.1); conferences with Attorneys Hawkins and Cleary regarding their suggested revisions to draft letter (0.3); review cases to ensure that no cases affecting their rulings have been handed down since February (0.8); revisions to draft letter (0.2); review of final letter (0.2).

W. R. Grace & Co.

September 27, 2001
Invoice 467973

Page 5

|  |  |  |  |  |
|---|---|---|---|---|
| | R.T. CARLISLE / Of Counsel | 2.90 hrs. | 200.00/hr | $580.00 |

08/29/01    Review, organize file materialsand update current index.

| | M.V. WADDELL / Other | 1.30 hrs. | 85.00/hr | $110.50 |
|---|---|---|---|---|

08/30/01    Conference with Ms. Duff regarding contents of response to EPA's August 14, 2001 UAO.

| | R.T. CARLISLE / Of Counsel | 0.20 hrs. | 200.00/hr | $40.00 |
|---|---|---|---|---|

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 12.20 | 220.00 | 2,684.00 |
| D.M. CLEARY | 11.90 | 285.00 | 3,391.50 |
| R.T. CARLISLE | 6.80 | 200.00 | 1,360.00 |
| J.C. MCELWAINE | 14.40 | 195.00 | 2,808.00 |
| L.K. THOMAS | 6.00 | 85.00 | 510.00 |
| K. BROWN | 0.20 | 125.00 | 25.00 |
| M. WADDELL | 1.60 | 55.00 | 88.00 |
| M.V. WADDELL | 1.30 | 85.00 | 110.50 |
| **TOTAL** | **54.40** | **201.78** | 10,977.00 |

**Fees for Legal Services**    **$10,977.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/06/2001 | PAYEE: Mike's Books; REQUEST#: 11464; DATE: 08/06/2001 - Research book:  Billing and Processing Tungsten | 15.50 |
| 08/06/2001 | Photocopies 1 Page(s) | 0.05 |
| 08/07/2001 | Photocopies 52 Page(s) | 2.60 |
| 08/15/2001 | Photocopies 68 Page(s) | 3.40 |
| 08/15/2001 | 1-410-531-4210 | 0.44 |
| 08/16/2001 | Photocopies 5 Page(s) | 0.25 |
| 08/17/2001 | Photocopies 20 Page(s) | 1.00 |
| 08/20/2001 | Photocopies 36 Page(s) | 1.80 |
| 08/20/2001 | 1-410-531-4210 | 0.07 |
| 08/20/2001 | 1-410-531-4210 | 10.20 |
| 08/21/2001 | Photocopies 8 Page(s) | 0.40 |
| 08/22/2001 | Westlaw | 641.00 |
| 08/23/2001 | Lexis | 9.84 |
| 08/23/2001 | Photocopies 43 Page(s) | 2.15 |

W. R. Grace & Co.                          September 27, 2001
                                           Invoice 467973
                                                                    Page 6

| 08/23/2001 | 1-410-531-4000 | 0.43 |
| 08/23/2001 | 1-410-531-4210 | 0.60 |
| 08/23/2001 | Westlaw | 205.04 |
| 08/29/2001 | Photocopies 4 Page(s) | 0.20 |
| 08/29/2001 | Photocopies 4 Page(s) | 0.20 |
| 08/29/2001 | Photocopies 1 Page(s) | 0.05 |
| 08/29/2001 | Photocopies 34 Page(s) | 1.70 |
| 08/29/2001 | Photocopies 40 Page(s) | 2.00 |
| 08/29/2001 | Photocopies 12 Page(s) | 0.60 |
| 08/29/2001 | Photocopies 14 Page(s) | 0.70 |
| 08/29/2001 | 1-410-531-4129 | 0.12 |
| 08/29/2001 | 1-410-531-4210 | 0.10 |
| 08/29/2001 | 1-410-531-4129 | 0.10 |
| 08/29/2001 | 1-516-609-2612 | 0.31 |
| 08/29/2001 | 1-516-609-2630 | 0.12 |
| 08/29/2001 | 1-516-609-2612 | 0.30 |
| 08/29/2001 | 1-415-531-4210 | 0.08 |
| 08/29/2001 | 1-410-531-4210 | 0.23 |
| 08/29/2001 | Westlaw | 51.98 |
| 08/30/2001 | 1-516-609-2612 | 0.28 |
| 08/30/2001 | 1-212-637-3165 | 0.17 |
| 08/30/2001 | 1-212-637-3104 | 0.19 |

**Total Charges for Other Services Provided/Expenses Incurred**      **$954.20**

### DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
| --- | --- |
| Photocopies | 17.10 |
| Lexis | 9.84 |
| Outside Services | 15.50 |
| Telephone | 13.74 |
| Westlaw | 898.02 |
| **TOTAL** | **954.20** |

**NET CURRENT BILLING FOR THIS INVOICE** .......................................................      **$11,931.20**

### ACCOUNTS RECEIVABLE RECAP

| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| --- | --- | --- | --- |
| 440686 | 04/09/2001 | 1,120.00 | 1,120.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 467973          Page 7

| | | | |
|---|---|---|---|
| 446279 | 06/11/2001 | 1,517.42 | 1,517.42 |
| 450938 | 07/03/2001 | 599.59 | 599.59 |
| 455240 | 07/24/2001 | 308.25 | 308.25 |
| 464581 | 09/12/2001 | 337.09 | 337.09 |
| 464596 | 09/12/2001 | 229.55 | 229.55 |
| | **TOTAL A/R BALANCE** | | **$4,111.90** |

W. R. Grace & Co.

September 27, 2001
Invoice 467973

Page 8

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | 10,977.00 | |
| Charges for Other Services Provided/Expenses Incurred | 954.20 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$11,931.20** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                              September 21, 2001
ATTN: Lydia Duff, Esq.                         Invoice 466690              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #         02399/06032               For Services Through 08/31/01
Name of Matter:      Charleston

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/06/01 | Conference call with Messrs. Bucens, Obradovic and Miesfeldt regarding draft letter to DHEC responding to the Target Area Investigation letter report and discussion of possible strategies for moving forward with response at site.<br>B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |
| 08/06/01 | Research regarding application of tap water standards to groundwater (1.0); research regarding groundwater mixing zones and reclassification of groundwater (0.5); confer with Attorney Hawkins regarding results of research; participate in telephone conference call with Messrs. Balcer, Miesfeldt, and Obradovic and Attorney Hawkins regarding options for dealing with water ARARs related to site (0.9).<br>R.T. CARLISLE | 2.40 hrs. | 200.00/hr | $480.00 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466690

Page 2

| | | | | |
|---|---|---|---|---|
| 08/28/01 | Review packet of materials sent from Mr. Bucens regarding the Chevron Groundwater Reclassification obtained through FOIA requests (0.7 ); telephone discussion with Mr. Bucens regarding same and regarding assignments for upcoming meeting in Charleston on site strategy (0.4). | | | |
| | B.F. HAWKINS | 1.10 hrs. | 220.00/hr | $242.00 |
| 08/29/01 | Review, organize file materials and update current index. | | | |
| | M.V. WADDELL | 0.20 hrs. | 85.00/hr | $17.00 |
| 08/30/01 | Review letter from Ms. Canova enclosing Mr. Yeager's results of review of the Remedium Group document outlining questions and comments relevant to Feasibility Study. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 2.40 | 220.00 | 528.00 |
| R.T. CARLISLE | 2.40 | 200.00 | 480.00 |
| M. WADDELL | 0.40 | 55.00 | 22.00 |
| M.V. WADDELL | 0.20 | 85.00 | 17.00 |
| **TOTAL** | **5.40** | **193.89** | 1,047.00 |

**Fees for Legal Services**    **$1,047.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/06/2001 | 1-334-262-0740 | 0.11 |
| 08/06/2001 | 1-334-262-0740 | 3.33 |
| 08/09/2001 | Photocopies 376 Page(s) | 18.80 |
| 08/16/2001 | VENDOR: First Title & Abstract Co.,; INVOICE#: 147461; DATE: 08/16/2001  -  Copy of Deed and faxing fee | 25.00 |
| 08/20/2001 | Photocopies 2 Page(s) | 0.10 |
| 08/28/2001 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 7/5/01-1; DATE: 08/28/2001  -  Copy expense | 2.52 |
| 08/28/2001 | Photocopies 117 Page(s) | 5.85 |
| 08/28/2001 | Photocopies 8 Page(s) | 0.40 |
| 08/30/2001 | Photocopies 6 Page(s) | 0.30 |
| 08/30/2001 | Photocopies 2 Page(s) | 0.10 |

W. R. Grace & Co.

September 21, 2001
Invoice 466690

Page 3

**Total Charges for Other Services Provided/Expenses Incurred**        **$56.51**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 2.52 |
| Photocopies | 25.55 |
| Outside Services | 25.00 |
| Telephone | 3.44 |
| **TOTAL** | **56.51** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................        **$1,103.51**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 446285 | 06/11/2001 | 1,293.80 | 1,293.80 |
| 451126 | 07/09/2001 | 1,188.54 | 1,188.54 |
| 455241 | 07/24/2001 | 308.25 | 308.25 |
| 464586 | 09/12/2001 | 67.41 | 67.41 |
| 464602 | 09/12/2001 | 1,195.26 | 1,195.26 |
| | **TOTAL A/R BALANCE** | | **$4,053.26** |

W. R. Grace & Co.
September 21, 2001
Invoice 466690
Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | 1,047.00 | |
| Charges for Other Services Provided/Expenses Incurred | 56.51 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$1,103.51** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466652

Page 1

Our Matter #          02399/06056                    For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants- Ellwood City, PA

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

|             | Hours | Rate/Hr | Dollars |
|-------------|-------|---------|---------|
| M. WADDELL  | 0.10  | 55.00   | 5.50    |
| **TOTAL**   | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466652                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466652                      Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06056
Libby Expansion Plants- Ellwood City, PA

Fees for Professional Services                                    5.50
Charges for Other Services Provided/Expenses Incurred             0.00
**NET CURRENT BILLING FOR THIS INVOICE** ....................................................        **$5.50**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                         September 21, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 466653                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06057                         For Services Through 08/31/01
Name of Matter:    Libby Expansion Plants - Sharpsburg, PA

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |
|----------|------|------|------|------|

## BILLING SUMMARY

|            | Hours | Rate/Hr | Dollars |
|------------|-------|---------|---------|
| M. WADDELL | 0.20  | 55.00   | 11.00   |
| **TOTAL**  | **0.20** | **55.00** | 11.00 |

**Fees for Legal Services**          **$11.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466653

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................... **$11.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466653                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06057
Libby Expansion Plants - Sharpsburg, PA

| | |
|---|---:|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$11.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466654                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06058                      For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants - Irondale, AL

| Date | Description | Hours | Rate | Dollars |
|------|-------------|-------|------|---------|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

|            | Hours | Rate/Hr | Dollars |
|------------|-------|---------|---------|
| M. WADDELL | 0.10  | 55.00   | 5.50    |
| **TOTAL**  | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**        **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466654

Page 2

**NET CURRENT BILLING FOR THIS INVOICE**......................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466654

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06058
Libby Expansion Plants - Irondale, AL

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466655                     Page 1

| Our Matter # | 02399/06059 | For Services Through 08/31/01 |
| Name of Matter: | Libby Expansion Plants - Jacksonville, FL | |

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**            **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466655                          Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466655                Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06059
Libby Expansion Plants - Jacksonville, FL

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 21, 2001
Invoice 466656                     Page 1

Our Matter #          02399/06060                 For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Pompano Beach, FL.

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE**......................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466656

Page 3

## <u>REMITTANCE COPY</u>

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06060
Libby Expansion Plants - Pompano Beach, FL.

| | |
|---|---:|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466657

Page 1

Our Matter #          02399/06061                         For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants - Tampa, FL

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
|----------|----------|----------|----------|----------|

## BILLING SUMMARY

|  | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE**......................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466657

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06061
Libby Expansion Plants - Tampa, FL

| | | |
|---|---|---|
| Fees for Professional Services | 5.50 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466658

Page 1

Our Matter #          02399/06062                              For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Atlanta, GA

| Date | Description | Hours | Rate | Dollars |
|------|-------------|-------|------|---------|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

|            | Hours | Rate/Hr | Dollars |
|------------|-------|---------|---------|
| M. WADDELL | 0.10  | 55.00   | 5.50    |
| **TOTAL**  | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466658                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466658                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06062
Libby Expansion Plants - Atlanta, GA

---

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 21, 2001
Invoice 466659                                    Page 1

Our Matter #          02399/06063                         For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Hialeah, FL.

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466659

Page 2

**NET CURRENT BILLING FOR THIS INVOICE**........................................................ **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466659

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06063
Libby Expansion Plants - Hialeah, FL.

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 21, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 466660                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06064                  For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants - High Point, NC

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**        **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466660

Page 2

**NET CURRENT BILLING FOR THIS INVOICE**...................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466660                                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06064
Libby Expansion Plants - High Point, NC

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466661                    Page 1

Our Matter #           02399/06086                     For Services Through 08/31/01
Name of Matter:        Libby Expansion Plants - Wilder, KY

| 08/20/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
|---|---|---|---|---|

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| TOTAL | 0.10 | 55.00 | 5.50 |

**Fees for Legal Services**                    **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466661          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06086
Libby Expansion Plants - Wilder, KY

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466691

Page 1

| Our Matter # | 02399/06034 | For Services Through 08/31/01 |
| Name of Matter: | Expanding Plant-Trenton, NJ | |

| 08/20/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**     **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466691                          Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$5.50**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 450540 | 06/29/2001 | 151.00 | 151.00 |
| 455243 | 07/24/2001 | 171.00 | 171.00 |
| 464588 | 09/12/2001 | 25.50 | 25.50 |
| 464604 | 09/12/2001 | 114.05 | 114.05 |
| | | **TOTAL A/R BALANCE** | **$461.55** |

W. R. Grace & Co.

September 21, 2001
Invoice 466691                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06034
Expanding Plant-Trenton, NJ

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:**  04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

<small>Nelson Mullins Riley & Scarborough, L.L.P.</small>

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 27, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 467974                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06035                    For Services Through 08/31/01
Name of Matter:       Easthampton, MA Expanding Plant

| | | | | |
|---|---|---|---|---|
| 08/01/01 | Review, profile and organize files for document management project. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 1.00 | 125.00 | 125.00 |
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **1.10** | **118.64** | 130.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 467974                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$130.50**

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464092 | 09/10/2001 | 28.50 | 28.50 |
| 464131 | 09/11/2001 | 4,535.00 | 4,535.00 |
| 464132 | 09/11/2001 | 4,456.50 | 4,456.50 |
| 464589 | 09/12/2001 | 85.60 | 85.60 |
| 464605 | 09/12/2001 | 156.99 | 156.99 |
| | | **TOTAL A/R BALANCE** | **$9,262.59** |

W. R. Grace & Co.

September 27, 2001
Invoice 467974

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06035
Easthampton, MA Expanding Plant

---

Fees for Professional Services                                          130.50
Charges for Other Services Provided/Expenses Incurred           0.00
    **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$130.50**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                         September 21, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 466692                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06036                    For Services Through 08/31/01
Name of Matter:      Libby EPA Cost Recovery

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/06/01 | Transmit EPA OSWER policies regarding property rights to Mr. McCarthy.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/13/01 | Review documents and e-mails in preparation for conference call (0.4); attend conference call relating to venue transfer motion (0.7).<br>D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |
| 08/21/01 | Review e-mail exchanges from bankruptcy attorneys regarding strategy/legal arguments in response to issues.<br>D.M. CLEARY | 1.40 hrs. | 285.00/hr | $399.00 |

---

W. R. Grace & Co.

September 21, 2001
Invoice 466692

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 2.90 | 285.00 | 826.50 |
| **TOTAL** | **2.90** | **285.00** | 826.50 |

Fees for Legal Services          **$826.50**

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................          **$826.50**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 451204 | 07/09/2001 | 5,519.89 | 5,519.89 |
| 455261 | 07/24/2001 | 3,157.50 | 3,157.50 |
| 464590 | 09/12/2001 | 1,980.00 | 1,980.00 |
| 464606 | 09/12/2001 | 22.05 | 22.05 |
| | | **TOTAL A/R BALANCE** | **$10,679.44** |

W. R. Grace & Co.

September 21, 2001
Invoice 466692

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06036
Libby EPA Cost Recovery

| | |
|---|---|
| Fees for Professional Services | 826.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE**......................................................... | **$826.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 27, 2001
Invoice 467975                        Page 1

| Our Matter # | 02399/06042 | For Services Through 08/31/01 |
| Name of Matter: | Libby Expansion Plants - Newark, CA | |

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Discussion with Mr. Miller and Mr. Marriam concerning consistency of approach with EPA in Region 9. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/13/01 | Review demand letter from Steeler Inc. regarding cleanup. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/31/01 | Review, profile, and organize files. | | | |
| | K. BROWN | 2.70 hrs. | 125.00/hr | $337.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|

W. R. Grace & Co.

September 27, 2001
Invoice 467975          Page 2

## BILLING SUMMARY

|  |  | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| D.M. CLEARY / Partner |  | 0.40 | 285.00 | 114.00 |
| K. BROWN / Paralegal |  | 2.70 | 125.00 | 337.50 |
|  | TOTAL | 3.10 | 145.65 | 451.50 |

Fees for Legal Services          $451.50

NET CURRENT BILLING FOR THIS INVOICE .......................................................          $451.50

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464591 | 09/12/2001 | 1,960.94 | 1,960.94 |
|  | TOTAL A/R BALANCE | | $1,960.94 |

W. R. Grace & Co.

September 27, 2001
Invoice 467975

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06042
Libby Expansion Plants - Newark, CA

| | |
|---|---|
| Fees for Professional Services | 451.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$451.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466646

Page 1

| | |
|---|---|
| Our Matter # | 02399/06045 |
| Name of Matter: | Libby Expansion Plants/Santa Ana |

For Services Through 08/31/01

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL / Project Asst | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466646                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06045
Libby Expansion Plants/Santa Ana

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
#### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                        September 21, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 466695                     Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06046                    For Services Through 08/31/01
Name of Matter:      Libby Expansion Plants/Dallas

---

| 08/01/01 | Review email regarding additional information needed by Mr. Marriam concerning historic methodology for identification of asbestos-containing material (0.4 ); telephone discussion with Attorney Cleary regarding needed information (0.2 ); forward information to Mr. Marriam and Attorney Cleary (0.3). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |
| 08/01/01 | Discussion with Attorney Hawkins regarding information needed on asbestos methodologies. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/02/01 | Discussion with Mr. Marriam regarding asbestos measurement methodology used for demolition. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

W. R. Grace & Co.

September 21, 2001
Invoice 466695

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY / Partner | 0.40 | 285.00 | 114.00 |
| B.F. HAWKINS / Partner | 0.90 | 220.00 | 198.00 |
| M. WADDELL / Project Asst | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **1.40** | **226.79** | 317.50 |

**Fees for Legal Services**      $317.50

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/01/2001 | Photocopies 26 Page(s) | 1.30 |
|---|---|---|
| 08/01/2001 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred**      **$1.35**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.35 |
| **TOTAL** | **1.35** |

NET CURRENT BILLING FOR THIS INVOICE ......................................................      $318.85

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464593 | 09/12/2001 | 3,463.44 | 3,463.44 |
| 464607 | 09/12/2001 | 2,515.50 | 2,515.50 |
| | **TOTAL A/R BALANCE** | | **$5,978.94** |

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06046
Libby Expansion Plants/Dallas

| | | |
|---|---|---|
| Fees for Professional Services | 317.50 | |
| Charges for Other Services Provided/Expenses Incurred | 1.35 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | | **$318.85** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                        September 21, 2001
ATTN: Robert A. Emmett, Esq.                  Invoice 466647                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06047                        For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants/Phoenix

| 08/07/01 | Discussion with Mr. Marriam regarding EPA sampling results. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/10/01 | Discussion with Mr. Marriam concerning request for Grace response to sampling findings in Phoenix. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 08/13/01 | Discussion with EPA On-Scene Coordinator regarding the scope of work EPA intends to require (.8); composed e-mail briefing to the Grace team describing the discussions (.7). | | | |
| | D.M. CLEARY | 1.50 hrs. | 285.00/hr | $427.50 |
| 08/13/01 | Review notice letter and related documents (1.8); attend conference call with Mr. Emmett and Mr. Marriam regarding Grace response to EPA's demand (0.5); e-mail EPA's attorney regarding Grace's response (0.3). | | | |
| | D.M. CLEARY | 2.60 hrs. | 285.00/hr | $741.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466647                                                                                    Page 2

| 08/13/01 | Discussion with EPA attorney regarding Grace reservations in responding to EPA (0.2); report results of conversation to Mr. Marriam (0.2). | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

| 08/14/01 | Review sampling issues and EPA plans with Mr. Marriam in preparation for drafting the letter to EPA. | | | |
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |

| 08/14/01 | Discussion with Mr. Stout regarding method used to clean railroad track areas in Libby. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |

| 08/14/01 | Discussion with EPA regarding status of Grace response to EPA notice (0.4); make changes to draft response letter (0.4); discuss additional changes with Mr. Emmett and send to EPA (0.2). | | | |
| | D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |

| 08/14/01 | Search records for work plans to support excavation around railroad. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

| 08/14/01 | Draft response to EPA regarding Notice Letter. | | | |
| | D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |

| 08/20/01 | Calls to EPA OSC and assistant regional counsel regarding additional work items (0.3); discussion with Ms. Cox regarding status of draft AOC and work items (0.3); discussion with Mr. Marriam regarding new work items, contractors, schedules and analytical methods to be used regarding additional sampling (1.1). Transmit draft AOC to Mr. Marriam (0.1) | | | |
| | D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |

| 08/20/01 | Discuss status of items being obtained by Mr. Stout regarding railroad spur remedial work in Libby to use in Phoenix. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

| 08/21/01 | Discussion regarding ASTM D 5755 and action levels with Mr. Finke (0.4); follow up with Mr. Marriam (0.5); research on ASTM D 5756 (0.2); request Ms. Brown correct existing methodology spreadsheet at three sites (0.2). | | | |
| | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |

| 08/22/01 | Review EPA draft AOC and draft comments. | | | |
| | D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |

| 08/23/01 | Continue drafting comments to EPA draft AOC (0.6); send to and discuss comments with Mr. Marriam, and send to the Grace team (0.6). | | | |
| | D.M. CLEARY | 1.20 hrs. | 285.00/hr | $342.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466647                                          Page 3

| 08/24/01 | Telephone conference with Mr. Marriam regarding comments to EPA draft AOC. | | | |
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 08/27/01 | Discussion of Grace issues with Mr. Marriam and Ms. Cox of EPA. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/27/01 | Read and compare Mr. Finke's comments with EPA draft. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/27/01 | Write redline draft comments to EPA draft AOC and transmit to Mr. Marriam and Mr. Finke for any additional comment. | | | |
| | D.M. CLEARY | 4.50 hrs. | 285.00/hr | $1,282.50 |
| 08/27/01 | Discussion with Mr. Moxley, OSC, regarding Grace technical objections/issues with EPA draft AOC. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |

## BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| D.M. CLEARY | 20.80 | 285.00 | 5,928.00 |
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **20.90** | **283.90** | 5,933.50 |

**Fees for Legal Services**        **$5,933.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/13/2001 | 1-901-820-2023 | 0.39 |
| 08/13/2001 | 1-901-820-2023 | 2.39 |
| 08/13/2001 | 1-410-531-4751 | 0.10 |
| 08/13/2001 | 1-901-820-2023 | 0.78 |
| 08/13/2001 | 1-901-820-2023 | 0.18 |
| 08/13/2001 | 1-415-744-1351 | 0.17 |
| 08/13/2001 | 1-901-820-2023 | 0.94 |
| 08/13/2001 | 1-901-820-2023 | 0.86 |
| 08/13/2001 | 1-406-293-3964 | 0.06 |
| 08/14/2001 | 1-334-269-2157 | 6.73 |
| 08/14/2001 | 1-415-744-1351 | 0.50 |
| 08/14/2001 | 1-415-744-1041 | 0.14 |

W. R. Grace & Co.

September 21, 2001
Invoice 466647                   Page 4

| 08/15/2001 | Photocopies 10 Page(s) | 0.50 |
| 08/16/2001 | 1-415-744-1148 | 0.06 |
| 08/17/2001 | 1-415-744-1148 | 0.14 |
| 08/17/2001 | 1-901-820-2023 | 0.23 |
| 08/20/2001 | 1-415-744-1148 | 0.08 |
| 08/20/2001 | 1-901-820-2023 | 0.31 |
| 08/20/2001 | 1-415-744-1351 | 0.14 |
| 08/20/2001 | 1-901-820-2023 | 8.16 |
| 08/21/2001 | 1-901-820-2023 | 5.05 |
| 08/23/2001 | 1-901-820-2023 | 0.84 |
| 08/23/2001 | 1-901-820-2061 | 2.47 |
| 08/24/2001 | 1-901-820-2023 | 1.13 |
| 08/24/2001 | 1-415-744-1351 | 0.08 |
| 08/24/2001 | 1-901-820-2023 | 0.07 |
| 08/24/2001 | 1-415-744-1148 | 0.29 |

**Total Charges for Other Services Provided/Expenses Incurred**      **$32.79**

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 0.50 |
| Telephone | 32.29 |
| **TOTAL** | **32.79** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... $5,966.29

W. R. Grace & Co.

September 21, 2001
Invoice 466647                    Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

---

| | | |
|---|---|---|
| Fees for Professional Services | 5,933.50 | |
| Charges for Other Services Provided/Expenses Incurred | 32.79 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | | **$5,966.29** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466696

Page 1

Our Matter #          02399/06050                         For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Cambridge, MA

| | | | | |
|---|---|---|---|---|
| 08/01/01 | Review,  profile and organize documents.<br>K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| K. BROWN | 1.30 | 125.00 | 162.50 |
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **1.40** | **120.00** | 168.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466696          Page 2

**Fees for Legal Services**          **$168.00**

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................   $168.00

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 464608 | 09/12/2001 | 1,200.00 | 1,200.00 |
| | **TOTAL A/R BALANCE** | | **$1,200.00** |

W. R. Grace & Co.

September 21, 2001
Invoice 466696          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06050
Libby Expansion Plants - Cambridge, MA

---

Fees for Professional Services                                    168.00
Charges for Other Services Provided/Expenses Incurred                0.00
   **NET CURRENT BILLING FOR THIS INVOICE** .......................................................  **$168.00**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 21, 2001
ATTN: Robert A. Emmett, Esq.                    Invoice 466648                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06051                     For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants- Albany, NY

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **0.20** | **55.00** | 11.00 |

**Fees for Legal Services**              **$11.00**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$11.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466648                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06051
Libby Expansion Plants- Albany, NY

| | |
|---|---|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$11.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466649                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06052                      For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants - Utica, NY

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
|----------|----------|----------|----------|----------|

## BILLING SUMMARY

|            | **Hours** | **Rate/Hr** | **Dollars** |
|------------|-----------|-------------|-------------|
| M. WADDELL | 0.10      | 55.00       | 5.50        |
| **TOTAL**  | **0.10**  | **55.00**   | 5.50        |

**Fees for Legal Services**        **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466649                           Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466649

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06052
Libby Expansion Plants - Utica, NY

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                               September 21, 2001
ATTN: Robert A. Emmett, Esq.                    Invoice 466650                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06053                 For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants - Rio Piedras, PR

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **0.20** | **55.00** | 11.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466650                    Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/07/2001 | Photocopies 1 Page(s) | 0.05 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred**     **$0.05**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| **TOTAL** | **0.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$11.05**

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06053
Libby Expansion Plants - Rio Piedras, PR

| | |
|---|---:|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$11.05** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466651                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06054                         For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Washington, DC

---

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

---

## BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466651                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE**...................................................... **$5.50**

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06054
Libby Expansion Plants - Washington, DC

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466662

Page 1

| Our Matter # | 02399/06055 | For Services Through 08/31/01 |
| Name of Matter: | Libby Expansion Plants - Beltville, MD (Muirkirk) | |

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**       **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466662                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$5.50**

W R. Grace & Co.

September 21, 2001
Invoice 466662                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06055
Libby Expansion Plants - Beltville, MD (Muirkirk)

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC