IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Hearing date: To be scheduled, only if objections are timely filed and served.

## SUMMARY OF THE INTERIM VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM AUGUST 1, 2001 THROUGH AUGUST 31, 2001

Name of Applicant:  **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to:  **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention:  **July 19, 2001**

Period for which compensation and reimbursement is sought:  **August 1, 2001 through August 31, 2001**

Amount of Compensation sought as actual, reasonable, and necessary:  **$55,295.60 (80% of $69,119.50)**

Amount of expense reimbursement sought as

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

actual, reasonable, and necessary: **$1,196.84 for the period**

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __7.0__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $__1,190.00__ .

Prior fee applications:

|  |  | **Requested** |  | **Approved** |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 11, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Edward D. Barnhill | Partner | 28 years | Real Estate | $250.00 | 1.90 | $475.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 2.80 | $700.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 82.70 | $23,569.50 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 33.70 | $7,414.00 |
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $200.00 | 9.60 | $1,920.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $170.00 | 2.60 | $442.00 |
| John C. McElwaine | Associate | 6 years | Environmental | $195.00 | 14.40 | $2,808.00 |

Grand Total for Fees:  $37,328.50
Blended Rate:  $147.70

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 28 years | Environmental | $125.00 | 165.30 | $20,662.50 |
|---|---|---|---|---|---|---|
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 85.00 | 87.10 | $7,403.50 |
| Martha Waddell | Paralegal | 1 month | Environmental | $ 85.00 | 6.10 | $518.50 |

| Martha Waddell | Project Assistant | 6 months | Environmental | $ 55.00 | 58.20 | $3,201.00 |
| Stephanie Weissenstein | Project Assistant | 1 year | Environmental | $ 55.00 | .10 | $5.50 |

Grand Total for Fees: $31,791.00
Blended Rate:      $100.35

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 19.20 | $ 2,448.00 |
| 02399/06003 | Beaco Road Site | 16.60 | 3,669.50 |
| 02399/06009 | Refuse Hideaway Landfill | 0.10 | 5.50 |
| 02399/06011 | Enoree Site Management | 1.80 | 328.00 |
| 02399/06012 | Owensboro Site Management | 1.00 | 187.00 |
| 02399/06013 | Owensboro Site Mgt Remediation | 0.10 | 5.50 |
| 02399/06017 | Sierra Facility | 6.80 | 1,574.00 |
| 02399/06018 | Western Minerals Products Site | 65.00 | 6,233.00 |
| 02399/0619 | Acton/Concord, MA | 0.30 | 16.50 |
| 02399/06021 | Coachmen | 0.10 | 5.50 |
| 02399/06023 | Libby, MT General Environment | 244.50 | 31,594.50 |
| 02399/06025 | Motor Wheel, MI Environmental Matters | 1.70 | 484.50 |
| 02399/06027 | Project Allen | 13.70 | 2,551.50 |
| 02399/06030 | Aiken-Title V Permit App. Iss. | 1.00 | 55.00 |
| 02399/06031 | Li Tungsten | 54.40 | 10,977.00 |
| 02399/06032 | Charleston | 5.40 | 1,047.00 |
| 02399/06034 | Expanding Plant - Trenton, NJ | 0.10 | 5.50 |
| 02399/06035 | Easthampton, MA Expanding Plant | 1.10 | 130.50 |
| 02399/06036 | Libby EPA Cost Recovery | 2.90 | 826.50 |
| 02399/06042 | Libby Expansion Plants – Newark, CA | 3.10 | 451.50 |
| 02399/06045 | Libby Expansion Plants/Santa Ana | 0.10 | 5.50 |
| 02399/06046 | Libby Expansion Plants/Dallas | 1.40 | 317.50 |
| 02399/06047 | Libby Expansion Plants/Phoenix | 20.90 | 5,933.50 |
| 02399/06050 | Libby Expansion Plants - Cambridge, MA | 1.40 | 168.00 |
| 02399/06051 | Libby Expansion Plants – Albany, NY | 0.20 | 11.00 |
| 02399/06052 | Libby Expansion Plants – Utica, NY | 0.10 | 5.50 |
| 02399/06053 | Libby Expansion Plants – Rio Piedras, PR | 0.20 | 11.00 |
| 02399/06054 | Libby Expansion Plants – Washington, D.C. | 0.10 | 5.50 |
| 02399/06055 | Libby Expansion Plants – Beltville, MD (Muirkirk) | 0.10 | 5.50 |
| 02399/06056 | Libby Expansion Plants – Ellwood City, PA | 0.10 | 5.50 |

| 02399/06057 | Libby Expansion Plants – Sharpsburg, PA | 0.20 | 11.00 |
| 02399/06058 | Libby Expansion Plants – Irondale, AL | 0.10 | 5.50 |
| 02399/06059 | Libby Expansion Plants – Jacksonville, FL | 0.10 | 5.50 |
| 02399/06060 | Libby Expansion Plants – Pompano Beach, FL | 0.10 | 5.50 |
| 02399/06061 | Libby Expansion Plants – Tampa, FL | 0.10 | 5.50 |
| 02399/06062 | Libby Expansion Plants – Atlanta, GA | 0.10 | 5.50 |
| 02399/06063 | Libby Expansion Plants – Hialeah, FL | 0.10 | 5.50 |
| 02399/06064 | Libby Expansion Plants – High Point, NC | 0.10 | 5.50 |
| 02399/06086 | Libby Expansion Plants – Wilder, KY | 0.10 | 5.50 |
| TOTAL | | 464.50 | $69,119.50 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $128.88 |
| Standard Copies | $89.00 |
| On-line Research | $922.84 |
| Outside Delivery Service | $13.10 |
| Title Abstraction | $25.00 |
| Outside Copy Services | $18.02 |
| Total | $1,196.84 |

4