W. R. Grace & Co.

September 21, 2001
Invoice 466690

Page 2

| 08/28/01 | Review packet of materials sent from Mr. Bucens regarding the Chevron Groundwater Reclassification obtained through FOIA requests (0.7 ); telephone discussion with Mr. Bucens regarding same and regarding assignments for upcoming meeting in Charleston on site strategy (0.4). | | | |
| --- | --- | --- | --- | --- |
| | B.F. HAWKINS | 1.10 hrs. | 220.00/hr | $242.00 |
| 08/29/01 | Review, organize file materials and update current index. | | | |
| | M.V. WADDELL | 0.20 hrs. | 85.00/hr | $17.00 |
| 08/30/01 | Review letter from Ms. Canova enclosing Mr. Yeager's results of review of the Remedium Group document outlining questions and comments relevant to Feasibility Study. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
| --- | --- | --- | --- |
| B.F. HAWKINS | 2.40 | 220.00 | 528.00 |
| R.T. CARLISLE | 2.40 | 200.00 | 480.00 |
| M. WADDELL | 0.40 | 55.00 | 22.00 |
| M.V. WADDELL | 0.20 | 85.00 | 17.00 |
| **TOTAL** | **5.40** | **193.89** | 1,047.00 |

**Fees for Legal Services**      **$1,047.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/06/2001 | 1-334-262-0740 | 0.11 |
| --- | --- | --- |
| 08/06/2001 | 1-334-262-0740 | 3.33 |
| 08/09/2001 | Photocopies 376 Page(s) | 18.80 |
| 08/16/2001 | VENDOR: First Title & Abstract Co.,; INVOICE#: 147461; DATE: 08/16/2001  -  Copy of Deed and faxing fee | 25.00 |
| 08/20/2001 | Photocopies 2 Page(s) | 0.10 |
| 08/28/2001 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 7/5/01-1; DATE: 08/28/2001  -  Copy expense | 2.52 |
| 08/28/2001 | Photocopies 117 Page(s) | 5.85 |
| 08/28/2001 | Photocopies 8 Page(s) | 0.40 |
| 08/30/2001 | Photocopies 6 Page(s) | 0.30 |
| 08/30/2001 | Photocopies 2 Page(s) | 0.10 |

W. R. Grace & Co.

September 21, 2001
Invoice 466690

Page 3

**Total Charges for Other Services Provided/Expenses Incurred**     **$56.51**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 2.52 |
| Photocopies | 25.55 |
| Outside Services | 25.00 |
| Telephone | 3.44 |
| **TOTAL** | **56.51** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$1,103.51**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 446285 | 06/11/2001 | 1,293.80 | 1,293.80 |
| 451126 | 07/09/2001 | 1,188.54 | 1,188.54 |
| 455241 | 07/24/2001 | 308.25 | 308.25 |
| 464586 | 09/12/2001 | 67.41 | 67.41 |
| 464602 | 09/12/2001 | 1,195.26 | 1,195.26 |
| | **TOTAL A/R BALANCE** | | **$4,053.26** |

W. R. Grace & Co.

September 21, 2001
Invoice 466690

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | 1,047.00 | |
| Charges for Other Services Provided/Expenses Incurred | 56.51 | |
| **NET CURRENT BILLING FOR THIS INVOICE** .................................................... | | **$1,103.51** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                              September 21, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 466652                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06056                    For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants- Ellwood City, PA

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466652                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466652                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06056
Libby Expansion Plants- Ellwood City, PA

| | |
|---|---:|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 21, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 466653              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06057                For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Sharpsburg, PA

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **0.20** | **55.00** | 11.00 |

**Fees for Legal Services**          **$11.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466653

Page 2

**NET CURRENT BILLING FOR THIS INVOICE**......................................................... **$11.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466653                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06057
Libby Expansion Plants - Sharpsburg, PA

| | |
|---|---|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$11.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466654

Page 1

| Our Matter # | 02399/06058 | For Services Through 08/31/01 |
| Name of Matter: | Libby Expansion Plants - Irondale, AL | |

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466654                           Page 2

**NET CURRENT BILLING FOR THIS INVOICE**...................................................... **$5.50**

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06058
Libby Expansion Plants - Irondale, AL

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                  September 21, 2001
ATTN: Robert A. Emmett, Esq.                       Invoice 466655                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06059                      For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Jacksonville, FL

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|----------|--------------------------------------------------------|------------|-----------|--------|
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---------------|-----------|-------------|-------------|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466655                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................... **$5.50**

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06059
Libby Expansion Plants - Jacksonville, FL

---

| | |
|---|---:|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                          September 21, 2001
ATTN: Robert A. Emmett, Esq.                 Invoice 466656                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06060                        For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants - Pompano Beach, FL.

| Date | Description | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**              **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466656                Page 2

**NET CURRENT BILLING FOR THIS INVOICE**......................................................... **$5.50**

W. R. Grace & Co.
September 21, 2001
Invoice 466656                  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06060
Libby Expansion Plants - Pompano Beach, FL.

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ........................................................ | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 21, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 466657                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06061                      For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Tampa, FL

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466657

Page 2

**NET CURRENT BILLING FOR THIS INVOICE**......................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466657

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06061
Libby Expansion Plants - Tampa, FL

| | |
|---|---:|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ........................................................ | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                              September 21, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 466658              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #         02399/06062                      For Services Through 08/31/01
Name of Matter:      Libby Expansion Plants - Atlanta, GA

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**        **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466658

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466658          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06062
Libby Expansion Plants - Atlanta, GA

---

Fees for Professional Services                              5.50
Charges for Other Services Provided/Expenses Incurred       0.00
**NET CURRENT BILLING FOR THIS INVOICE** .......................................................  **$5.50**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466659                              Page 1

Our Matter #          02399/06063                       For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Hialeah, FL.

| Date | Description | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466659

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466659

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06063
Libby Expansion Plants - Hialeah, FL.

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                              September 21, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 466660              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06064                    For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - High Point, NC

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466660

Page 2

**NET CURRENT BILLING FOR THIS INVOICE**...................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466660

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06064
Libby Expansion Plants - High Point, NC

| | |
|---|---:|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                   September 21, 2001
ATTN: Robert A. Emmett, Esq.                        Invoice 466661                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06086                      For Services Through 08/31/01
Name of Matter:         Libby Expansion Plants - Wilder, KY

| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**        **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466661                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06086
Libby Expansion Plants - Wilder, KY

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466691

Page 1

Our Matter #
Name of Matter:

02399/06034
Expanding Plant-Trenton, NJ

For Services Through 08/31/01

| 08/20/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
|----------|----------|----------|----------|----------|

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466691          Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$5.50**

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 450540 | 06/29/2001 | 151.00 | 151.00 |
| 455243 | 07/24/2001 | 171.00 | 171.00 |
| 464588 | 09/12/2001 | 25.50 | 25.50 |
| 464604 | 09/12/2001 | 114.05 | 114.05 |
| | | **TOTAL A/R BALANCE** | **$461.55** |

W. R. Grace & Co.

September 21, 2001
Invoice 466691                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06034
Expanding Plant-Trenton, NJ

---

Fees for Professional Services                                          5.50
Charges for Other Services Provided/Expenses Incurred                   0.00
   **NET CURRENT BILLING FOR THIS INVOICE** ....................................................   **$5.50**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

<u>Nelson Mullins Riley & Scarborough, L.L.P.</u>

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                          September 27, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 467974                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06035                   For Services Through 08/31/01
Name of Matter:      Easthampton, MA Expanding Plant

| 08/01/01 | Review, profile and organize files for document management project. | | | |
|---|---|---|---|---|
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| K. BROWN | 1.00 | 125.00 | 125.00 |
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **1.10** | **118.64** | 130.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 467974

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$130.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 464092 | 09/10/2001 | 28.50 | 28.50 |
| 464131 | 09/11/2001 | 4,535.00 | 4,535.00 |
| 464132 | 09/11/2001 | 4,456.50 | 4,456.50 |
| 464589 | 09/12/2001 | 85.60 | 85.60 |
| 464605 | 09/12/2001 | 156.99 | 156.99 |
| | **TOTAL A/R BALANCE** | | **$9,262.59** |

W. R. Grace & Co.

September 27, 2001
Invoice 467974          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06035
Easthampton, MA Expanding Plant

Fees for Professional Services                                          130.50
Charges for Other Services Provided/Expenses Incurred                     0.00
    **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$130.50**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466692                       Page 1

| Our Matter # | 02399/06036 | For Services Through 08/31/01 |
| Name of Matter: | Libby EPA Cost Recovery | |

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/06/01 | Transmit EPA OSWER policies regarding property rights to Mr. McCarthy. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/13/01 | Review documents and e-mails in preparation for conference call (0.4); attend conference call relating to venue transfer motion (0.7). | | | |
| | D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |
| 08/21/01 | Review e-mail exchanges from bankruptcy attorneys regarding strategy/legal arguments in response to issues. | | | |
| | D.M. CLEARY | 1.40 hrs. | 285.00/hr | $399.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466692

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 2.90 | 285.00 | 826.50 |
| **TOTAL** | **2.90** | **285.00** | 826.50 |

Fees for Legal Services        $826.50

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................    $826.50

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 451204 | 07/09/2001 | 5,519.89 | 5,519.89 |
| 455261 | 07/24/2001 | 3,157.50 | 3,157.50 |
| 464590 | 09/12/2001 | 1,980.00 | 1,980.00 |
| 464606 | 09/12/2001 | 22.05 | 22.05 |
| | TOTAL A/R BALANCE | | $10,679.44 |

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06036
Libby EPA Cost Recovery

| | |
|---|---|
| Fees for Professional Services | 826.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** .................................................... | **$826.50** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                 September 27, 2001
ATTN: Robert A. Emmett, Esq.                      Invoice 467975                      Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06042                 For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Newark, CA

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/13/01 | Discussion with Mr. Miller and Mr. Marriam concerning consistency of approach with EPA in Region 9. D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/13/01 | Review demand letter from Steeler Inc. regarding cleanup. D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/31/01 | Review, profile, and organize files. K. BROWN | 2.70 hrs. | 125.00/hr | $337.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|

W. R. Grace & Co.

September 27, 2001
Invoice 467975

Page 2

## BILLING SUMMARY

|  |  | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| D.M. CLEARY / Partner |  | 0.40 | 285.00 | 114.00 |
| K. BROWN / Paralegal |  | 2.70 | 125.00 | 337.50 |
|  | TOTAL | 3.10 | 145.65 | 451.50 |

Fees for Legal Services        $451.50

NET CURRENT BILLING FOR THIS INVOICE ........................................................ $451.50

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464591 | 09/12/2001 | 1,960.94 | 1,960.94 |
|  | TOTAL A/R BALANCE | | $1,960.94 |

W. R. Grace & Co.

September 27, 2001
Invoice 467975

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06042
Libby Expansion Plants - Newark, CA

| | |
|---|---:|
| Fees for Professional Services | 451.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$451.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      September 21, 2001
ATTN: Robert A. Emmett, Esq.                    Invoice 466646                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06045                        For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants/Santa Ana

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL / Project Asst | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**            **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466646                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06045
Libby Expansion Plants/Santa Ana

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      September 21, 2001
ATTN: Robert A. Emmett, Esq.                  Invoice 466695                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06046                    For Services Through 08/31/01
Name of Matter:      Libby Expansion Plants/Dallas

| 08/01/01 | Review email regarding additional information needed by Mr. Marriam concerning historic methodology for identification of asbestos-containing material (0.4 ); telephone discussion with Attorney Cleary regarding needed information (0.2 ); forward information to Mr. Marriam and Attorney Cleary (0.3). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |
| 08/01/01 | Discussion with Attorney Hawkins regarding information needed on asbestos methodologies. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/02/01 | Discussion with Mr. Marriam regarding asbestos measurement methodology used for demolition. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

W. R. Grace & Co.

September 21, 2001
Invoice 466695

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY / Partner | 0.40 | 285.00 | 114.00 |
| B.F. HAWKINS / Partner | 0.90 | 220.00 | 198.00 |
| M. WADDELL / Project Asst | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **1.40** | **226.79** | 317.50 |

**Fees for Legal Services** $317.50

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/01/2001 | Photocopies 26 Page(s) | 1.30 |
|---|---|---|
| 08/01/2001 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** **$1.35**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.35 |
| **TOTAL** | **1.35** |

NET CURRENT BILLING FOR THIS INVOICE ....................................................... $318.85

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464593 | 09/12/2001 | 3,463.44 | 3,463.44 |
| 464607 | 09/12/2001 | 2,515.50 | 2,515.50 |
| | **TOTAL A/R BALANCE** | | **$5,978.94** |

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06046
Libby Expansion Plants/Dallas

| | | |
|---|---|---|
| Fees for Professional Services | 317.50 | |
| Charges for Other Services Provided/Expenses Incurred | 1.35 | |
| **NET CURRENT BILLING FOR THIS INVOICE**........................................................ | | **$318.85** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466647                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #           02399/06047                   For Services Through 08/31/01
Name of Matter:        Libby Expansion Plants/Phoenix

| | | | |
|---|---|---|---|
| 08/07/01 | Discussion with Mr. Marriam regarding EPA sampling results.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/10/01 | Discussion with Mr. Marriam concerning request for Grace response to sampling findings in Phoenix.<br>D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 08/13/01 | Discussion with EPA On-Scene Coordinator regarding the scope of work EPA intends to require (.8); composed e-mail briefing to the Grace team describing the discussions (.7).<br>D.M. CLEARY | 1.50 hrs. | 285.00/hr | $427.50 |
| 08/13/01 | Review notice letter and related documents (1.8); attend conference call with Mr. Emmett and Mr. Marriam regarding Grace response to EPA's demand (0.5); e-mail EPA's attorney regarding Grace's response (0.3).<br>D.M. CLEARY | 2.60 hrs. | 285.00/hr | $741.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466647                      Page 2

| 08/13/01 | Discussion with EPA attorney regarding Grace reservations in responding to EPA (0.2); report results of conversation to Mr. Marriam (0.2). | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

| 08/14/01 | Review sampling issues and EPA plans with Mr. Marriam in preparation for drafting the letter to EPA. | | | |
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |

| 08/14/01 | Discussion with Mr. Stout regarding method used to clean railroad track areas in Libby. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |

| 08/14/01 | Discussion with EPA regarding status of Grace response to EPA notice (0.4); make changes to draft response letter (0.4); discuss additional changes with Mr. Emmett and send to EPA (0.2). | | | |
| | D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |

| 08/14/01 | Search records for work plans to support excavation around railroad. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

| 08/14/01 | Draft response to EPA regarding Notice Letter. | | | |
| | D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |

| 08/20/01 | Calls to EPA OSC and assistant regional counsel regarding additional work items (0.3); discussion with Ms. Cox regarding status of draft AOC and work items (0.3); discussion with Mr. Marriam regarding new work items, contractors, schedules and analytical methods to be used regarding additional sampling (1.1). Transmit draft AOC to Mr. Marriam (0.1) | | | |
| | D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |

| 08/20/01 | Discuss status of items being obtained by Mr. Stout regarding railroad spur remedial work in Libby to use in Phoenix. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

| 08/21/01 | Discussion regarding ASTM D 5755 and action levels with Mr. Finke (0.4); follow up with Mr. Marriam (0.5); research on ASTM D 5756 (0.2); request Ms. Brown correct existing methodology spreadsheet at three sites (0.2). | | | |
| | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |

| 08/22/01 | Review EPA draft AOC and draft comments. | | | |
| | D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |

| 08/23/01 | Continue drafting comments to EPA draft AOC (0.6); send to and discuss comments with Mr. Marriam, and send to the Grace team (0.6). | | | |
| | D.M. CLEARY | 1.20 hrs. | 285.00/hr | $342.00 |

W. R. Grace & Co.

| 08/24/01 | Telephone conference with Mr. Marriam regarding comments to EPA draft AOC. | | | |
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 08/27/01 | Discussion of Grace issues with Mr. Marriam and Ms. Cox of EPA. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/27/01 | Read and compare Mr. Finke's comments with EPA draft. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/27/01 | Write redline draft comments to EPA draft AOC and transmit to Mr. Marriam and Mr. Finke for any additional comment. | | | |
| | D.M. CLEARY | 4.50 hrs. | 285.00/hr | $1,282.50 |
| 08/27/01 | Discussion with Mr. Moxley, OSC, regarding Grace technical objections/issues with EPA draft AOC. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |

## BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| D.M. CLEARY | 20.80 | 285.00 | 5,928.00 |
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **20.90** | **283.90** | 5,933.50 |

**Fees for Legal Services**    **$5,933.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/13/2001 | 1-901-820-2023 | 0.39 |
| 08/13/2001 | 1-901-820-2023 | 2.39 |
| 08/13/2001 | 1-410-531-4751 | 0.10 |
| 08/13/2001 | 1-901-820-2023 | 0.78 |
| 08/13/2001 | 1-901-820-2023 | 0.18 |
| 08/13/2001 | 1-415-744-1351 | 0.17 |
| 08/13/2001 | 1-901-820-2023 | 0.94 |
| 08/13/2001 | 1-901-820-2023 | 0.86 |
| 08/13/2001 | 1-406-293-3964 | 0.06 |
| 08/14/2001 | 1-334-269-2157 | 6.73 |
| 08/14/2001 | 1-415-744-1351 | 0.50 |
| 08/14/2001 | 1-415-744-1041 | 0.14 |

W. R. Grace & Co.

September 21, 2001
Invoice 466647                      Page 4

| 08/15/2001 | Photocopies 10 Page(s) | 0.50 |
| 08/16/2001 | 1-415-744-1148 | 0.06 |
| 08/17/2001 | 1-415-744-1148 | 0.14 |
| 08/17/2001 | 1-901-820-2023 | 0.23 |
| 08/20/2001 | 1-415-744-1148 | 0.08 |
| 08/20/2001 | 1-901-820-2023 | 0.31 |
| 08/20/2001 | 1-415-744-1351 | 0.14 |
| 08/20/2001 | 1-901-820-2023 | 8.16 |
| 08/21/2001 | 1-901-820-2023 | 5.05 |
| 08/23/2001 | 1-901-820-2023 | 0.84 |
| 08/23/2001 | 1-901-820-2061 | 2.47 |
| 08/24/2001 | 1-901-820-2023 | 1.13 |
| 08/24/2001 | 1-415-744-1351 | 0.08 |
| 08/24/2001 | 1-901-820-2023 | 0.07 |
| 08/24/2001 | 1-415-744-1148 | 0.29 |

**Total Charges for Other Services Provided/Expenses Incurred**      **$32.79**

## DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
| --- | --- |
| Photocopies | 0.50 |
| Telephone | 32.29 |
| **TOTAL** | **32.79** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$5,966.29**

W. R. Grace & Co.

September 21, 2001
Invoice 466647

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

| | | |
|---|---|---|
| Fees for Professional Services | 5,933.50 | |
| Charges for Other Services Provided/Expenses Incurred | 32.79 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$5,966.29** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      September 21, 2001
ATTN: Robert A. Emmett, Esq.                          Invoice 466696                  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06050                    For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Cambridge, MA

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/01/01 | Review, profile and organize documents.<br>K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 1.30 | 125.00 | 162.50 |
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **1.40** | **120.00** | 168.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466696                    Page 2

**Fees for Legal Services**          **$168.00**

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... $168.00

<br>

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 464608 | 09/12/2001 | 1,200.00 | 1,200.00 |
| | | **TOTAL A/R BALANCE** | **$1,200.00** |

W. R. Grace & Co.

September 21, 2001
Invoice 466696          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06050
Libby Expansion Plants - Cambridge, MA

| | |
|---|---:|
| Fees for Professional Services | 168.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$168.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466648                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06051                   For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants- Albany, NY

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **0.20** | **55.00** | 11.00 |

**Fees for Legal Services**    **$11.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466648                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$11.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466648                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06051
Libby Expansion Plants- Albany, NY

| | |
|---|---|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$11.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.              Invoice 466649                     Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06052                 For Services Through 08/31/01
Name of Matter:      Libby Expansion Plants - Utica, NY

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
|---|---|---|---|---|

### BILLING SUMMARY

|  | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**            **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466649                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466649                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06052
Libby Expansion Plants - Utica, NY

| | |
|---|---:|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      September 21, 2001
ATTN: Robert A. Emmett, Esq.                           Invoice 466650                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06053                      For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Rio Piedras, PR

| Date | Description | Hours | Rate | Dollars |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **0.20** | **55.00** | 11.00 |

W. R. Grace & Co.                                  September 21, 2001
                                                   Invoice 466650                  Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/07/2001 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$0.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 0.05 |
| **TOTAL** | **0.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................  **$11.05**

W. R. Grace & Co.

September 21, 2001
Invoice 466650                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06053
Libby Expansion Plants - Rio Piedras, PR

---

| | |
|---|---|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$11.05** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466651                    Page 1

Our Matter #          02399/06054                         For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Washington, DC

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466651                                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE**...................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466651                        Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06054
Libby Expansion Plants - Washington, DC

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                Invoice 466662                       Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06055                          For Services Through 08/31/01
Name of Matter:      Libby Expansion Plants - Beltville, MD (Muirkirk)

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466662                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$5.50**

W  R. Grace & Co.

September 21, 2001
Invoice 466662                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06055
Libby Expansion Plants - Beltville, MD (Muirkirk)

| | |
|---|---:|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC