*Contract Number 37935-000*
*(1) GC15-LP Lift Truck, S/N 2EM02731*

| *Description* | *Date Due* | *Date Paid* | *Amount Paid* | *Amount Due* |
|---|---|---|---|---|
| Rental Payment | 4/16/2001 | N/A | $0.00 | $243.00 |
| Rental Payment | 5/16/2001 | N/A | $0.00 | $243.00 |
| Rental Payment | 6/16/2001 | N/A | $0.00 | $243.00 |
| Rental Payment | 7/16/2001 | N/A | $0.00 | $243.00 |
| Rental Payment | 8/16/2001 | N/A | $0.00 | $243.00 |
| Rental Payment | 9/16/2001 | N/A | $0.00 | $243.00 |
| Rental Payment | 10/16/2001 | N/A | $0.00 | $243.00 |
| Rental Payment | 11/16/2001 | N/A | $0.00 | $243.00 |

*Total* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$1,944.00*

*Contract Number 98373-000*
*(1) CAT 924 Wheel Loader, S/N 5NN01158*

| *Description* | *Date Due* | *Date Paid* | *Amount Paid* | *Amount Due* |
|---|---|---|---|---|
| Rental Payment | 4/30/01 | 5/5/01 | $1,598.90 | $0.00 |
| Rental Payment | 5/30/01 | 8/20/01 | $1,598.90 | $0.00 |
| Late Charge | 6/14/2001 | N/A | $0.00 | $79.95 |
| Rental Payment | 6/30/01 | 8/20/01 | $1,598.90 | $0.00 |
| Late Charge | 7/14/2001 | N/A | $0.00 | $79.95 |
| Rental Payment | 7/30/01 | 8/20/01 | $1,598.90 | $0.00 |
| Late Charge | 8/14/2001 | N/A | $0.00 | $79.95 |
| Rental Payment | 8/31/2001 | 10/15/01 | $1,598.90 | $0.00 |
| Late Charge | 9/14/2001 | N/A | $0.00 | $79.95 |
| Rental Payment | 9/30/2001 | N/A | $0.00 | $1,598.90 |
| Late Charge | 10/14/2001 | N/A | $0.00 | $79.95 |
| Rental Payment | 10/31/2001 | N/A | $0.00 | $1,598.90 |
| Rental Payment | 11/31/2001 | N/A | $0.00 | $1,598.90 |

*Total* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$5,196.45*

*Contract Number 116042-000*
*Gene Lift Boom Lift 3422, S/N 1527*

| *Description* | *Date Due* | *Date Paid* | *Amount Paid* | *Amount Due* |
|---|---|---|---|---|
| Rental Payment | 4/18/2001 | N/A | $0.00 | $602.62 |
| State Tax | 4/18/2001 | N/A | $0.00 | $36.16 |
| Late Charge | 5/2/2001 | N/A | $0.00 | $30.13 |
| Rental Payment | 5/18/2001 | N/A | $0.00 | $602.62 |
| State Tax | 5/18/2001 | N/A | $0.00 | $36.16 |
| Late Charge | 6/1/2001 | N/A | $0.00 | $30.13 |
| Rental Payment | 6/18/2001 | N/A | $0.00 | $602.62 |
| State Tax | 6/18/2001 | N/A | $0.00 | $36.16 |
| Late Charge | 7/2/2001 | N/A | $0.00 | $30.13 |
| Rental Payment | 7/18/2001 | N/A | $0.00 | $602.62 |
| State Tax | 7/18/2001 | N/A | $0.00 | $36.16 |
| Late Charge | 8/1/2001 | N/A | $0.00 | $30.13 |
| Rental Payment | 8/18/2001 | N/A | $0.00 | $602.62 |
| State Tax | 8/18/2001 | N/A | $0.00 | $36.16 |
| Late Charge | 9/1/2001 | N/A | $0.00 | $30.13 |
| Rental Payment | 9/18/2001 | N/A | $0.00 | $602.62 |
| State Tax | 9/18/2001 | N/A | $0.00 | $36.16 |
| Late Charge | 10/1/2001 | N/A | $0.00 | $30.13 |
| Rental Payment | 10/18/2001 | N/A | $0.00 | $602.62 |
| State Tax | 10/18/2001 | N/A | $0.00 | $36.16 |
| Late Charge | 11/1/2001 | N/A | $0.00 | $30.13 |
| Rental Payment | 11/18/2001 | N/A | $0.00 | $602.62 |
| State Tax | 11/18/2001 | N/A | $0.00 | $36.16 |

*Total* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$6,895.79*

*Contract Number 123062-000*
*DP25-D Lift Truck, S/N 5BM01685*

| *Description* | *Date Due* | *Date Paid* | *Amount Paid* | *Amount Due* |
|---|---|---|---|---|
| Rental Payment | 4/1/2001 | N/A | $0.00 | $372.00 |
| Late Charge | 4/15/01 | N/A | $0.00 | $18.60 |
| Rental Payment | 5/1/01 | 5/29/01 | $372.00 | $0.00 |
| Late Charge | 5/15/2001 | N/A | $0.00 | $18.60 |
| Rental Payment | 6/1/2001 | N/A | $0.00 | $372.00 |
| Late Charge | 6/15/2001 | N/A | $0.00 | $18.60 |
| Rental Payment | 7/1/2001 | N/A | $0.00 | $372.00 |
| Late Charge | 7/15/2001 | N/A | $0.00 | $18.60 |
| Rental Payment | 8/1/2001 | N/A | $0.00 | $372.00 |
| Late Charge | 8/15/2001 | N/A | $0.00 | $18.60 |
| Rental Payment | 9/1/2001 | N/A | $0.00 | $372.00 |
| Late Charge | 9/15/2001 | N/A | $0.00 | $18.60 |
| Rental Payment | 10/1/2001 | N/A | $0.00 | $372.00 |
| Late Charge | 10/15/2001 | N/A | $0.00 | $18.60 |
| Rental Payment | 11/1/2001 | N/A | $0.00 | $372.00 |

*Total* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$2,734.20*

*Contract Number 133046-000*
*D8R-7XM04639*

| Description | Date Due | Date Paid | Amount Paid | Amount Due |
|---|---|---|---|---|
| Rental Payment | 4/14/2001 | 4/16/01 | $4,211.00 | $0.00 |
| Late Charge | 4/28/01 | N/A | $0.00 | $210.55 |
| Rental Payment | 5/14/2001 | 5/15/01 | $4,211.00 | $0.00 |
| Rental Payment | 6/14/2001 | 7/02/01 | $4,211.00 | $0.00 |
| Late Charge | 6/28/2001 | N/A | $0.00 | $210.55 |
| Rental Payment | 7/14/2001 | 7/16/01 | $4,211.00 | $0.00 |
| Rental Payment | 8/14/2001 | 8/13/01 | $4,211.00 | $0.00 |
| Rental Payment | 9/14/2001 | 9/10/01 | $4,211.00 | $0.00 |
| Rental Payment | 10/14/2001 | 10/9/01 | $4,211.00 | $0.00 |
| Rental Payment | 11/14/2001 | N/A | $0.00 | $4,211.00 |

*Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,632.10*

*Contract Number 123062-001*
*DP25-D Lift Truck S/N 5BM01688*

| *Description* | *Date Due* | *Date Paid* | *Amount Paid* | *Amount Due* |
|---|---|---|---|---|
| Late Charge | 4/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 5/1/2001 | N/A | $0.00 | $335.00 |
| State Tax | 5/1/2001 | N/A | $0.00 | $20.10 |
| Late Charge | 5/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 6/1/2001 | N/A | $0.00 | $335.00 |
| State Tax | 6/1/2001 | N/A | $0.00 | $20.10 |
| Late Charge | 6/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 7/1/2001 | N/A | $0.00 | $335.00 |
| State Tax | 7/1/2001 | N/A | $0.00 | $20.10 |
| Late Charge | 7/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 8/1/2001 | N/A | $0.00 | $335.00 |
| State Tax | 8/1/2001 | N/A | $0.00 | $20.10 |
| Late Charge | 8/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 9/1/2001 | N/A | $0.00 | $335.00 |
| State Tax | 9/1/2001 | N/A | $0.00 | $20.10 |
| Late Charge | 9/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 10/1/2001 | N/A | $0.00 | $335.00 |
| State Tax | 10/1/2001 | N/A | $0.00 | $20.10 |
| Late Charge | 10/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 11/1/2001 | N/A | $0.00 | $335.00 |
| State Tax | 11/1/2001 | N/A | $0.00 | $20.10 |

*Total* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$2,602.95*

*Contract Number 123062-0002*
*DP25-D Lift Truck 5BM01686*

| Description | Date Due | Date Paid | Amount Paid | Amount Due |
|---|---|---|---|---|
| Rental Payment | 4/1/01 | N/A | $0.00 | $335.00 |
| Late Charge | 4/15/01 | N/A | $0.00 | $16.75 |
| Rental Payment | 5/1/2001 | 5/29/01 | $335.00 | $0.00 |
| Late Charge | 5/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 6/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 6/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 7/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 7/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 8/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 8/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 9/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 9/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 10/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 10/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 11/1/2001 | N/A | $0.00 | $335.00 |

*Total:* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$2,462.25*

*Contract Number 123062-0003*
*DP25-D Lift Truck, S/N 5BM01687*

| *Description* | *Date Due* | *Date Paid* | *Amount Paid* | *Amount Due* |
|---|---|---|---|---|
| Rental Payment | 4/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 4/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 5/1/2001 | 5/29/01 | $335.00 | $0.00 |
| Late Charge | 5/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 6/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 6/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 7/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 7/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 8/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 8/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 9/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 9/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 10/1/2001 | N/A | $0.00 | $335.00 |
| Late Charge | 10/15/2001 | N/A | $0.00 | $16.75 |
| Rental Payment | 11/1/2001 | N/A | $0.00 | $335.00 |

*Total:* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$2,462.25*

*Contract Number 150335-000*
*DP30-D Lift Truck, S/N AT14C35104*

| *Description* | *Date Due* | *Date Paid* | *Amount Paid* | *Amount Due* |
|---|---|---|---|---|
| Rental Payment | 4/9/2001 | 4/19/01 | $398.00 | $0.00 |
| State Tax | 4/9/2001 | 4/19/01 | $23.88 | $0.00 |
| Rental Payment | 5/9/2001 | 4/19/01 | $398.00 | $0.00 |
| State Tax | 5/9/2001 | 4/19/01 | $23.88 | $0.00 |
| Rental Payment | 6/9/2001 | 4/19/01 | $398.00 | $0.00 |
| State Tax | 6/9/2001 | 4/19/01 | $23.88 | $0.00 |
| Rental Payment | 7/9/01 | 4/19/01 | $398.00 | $0.00 |
| State Tax | 7/9/01 | N/A | $0.00 | $23.88 |
| Rental Payment | 8/9/2001 | N/A | $0.00 | $398.00 |
| State Tax | 8/9/2001 | N/A | $0.00 | $23.88 |
| Rental Payment | 9/9/2001 | N/A | $0.00 | $398.00 |
| State Tax | 9/9/2001 | N/A | $0.00 | $23.88 |
| Late Charge | 9/23/2001 | N/A | $0.00 | $19.90 |
| Rental Payment | 10/9/2001 | N/A | $0.00 | $398.00 |
| State Tax | 10/9/2001 | N/A | $0.00 | $23.88 |
| Late Charge | 10/23/2001 | N/A | $0.00 | $19.90 |
| Rental Payment | 11/9/2001 | N/A | $0.00 | $398.00 |
| State Tax | 11/9/2001 | N/A | $0.00 | $23.88 |

*Total:* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$1,751.20*

*Contract Number 150335-001*
*GP25-LP Lift Truck, S/N 5AM0098*

| *Description* | *Date Due* | *Date Paid* | *Amount Paid* | *Amount Due* |
|---|---|---|---|---|
| Rental Payment | 4/9/01 | 4/19/01 | $333.00 | $0.00 |
| State Tax | 4/9/01 | 4/19/01 | $19.98 | $0.00 |
| Late Charge | 4/23/2001 | N/A | $0.00 | $16.65 |
| Rental Payment | 5/9/01 | 4/19/01 | $333.00 | $0.00 |
| State Tax | 5/9/01 | 4/19/01 | $19.98 | $0.00 |
| Rental Payment | 6/9/01 | 4/19/01 | $164.74 | $168.26 |
| State Tax | 6/9/01 | N/A | $0.00 | $19.98 |
| Rental Payment | 7/9/2001 | N/A | $0.00 | $333.00 |
| State Tax | 7/9/2001 | N/A | $0.00 | $19.98 |
| Late Charge | 7/23/2001 | N/A | $0.00 | $16.65 |
| Rental Payment | 8/9/2001 | N/A | $0.00 | $333.00 |
| State Tax | 8/9/2001 | N/A | $0.00 | $19.98 |
| Late Charge | 8/23/2001 | N/A | $0.00 | $16.65 |
| Rental Payment | 9/9/2001 | N/A | $0.00 | $333.00 |
| State Tax | 9/9/2001 | N/A | $0.00 | $19.98 |
| Late Charge | 9/23/2001 | N/A | $0.00 | $16.65 |
| Rental Payment | 10/9/2001 | N/A | $0.00 | $333.00 |
| State Tax | 10/9/2001 | N/A | $0.00 | $19.98 |
| Late Charge | 10/23/2001 | N/A | $0.00 | $16.65 |
| Rental Payment | 11/9/2001 | N/A | $0.00 | $333.00 |
| State Tax | 11/9/2001 | N/A | $0.00 | $19.98 |

*Total:* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$2,036.39*

*Contract Number 123062-004*
*DP25-D Lift Truck, S/N 5BM01696*

| *Description* | *Date Due* | *Date Paid* | *Amount Paid* | *Amount Due* |
|---|---|---|---|---|
| Rental Payment | 4/1/01 | N/A | $0.00 | $351.00 |
| Late Charge | 4/15/2001 | N/A | $0.00 | $17.55 |
| Rental Payment | 5/1/2001 | 5/29/01 | $351.00 | $0.00 |
| Late Charge | 5/15/2001 | N/A | $0.00 | $17.55 |
| Rental Payment | 6/1/2001 | N/A | $0.00 | $351.00 |
| Late Charge | 6/15/2001 | N/A | $0.00 | $17.55 |
| Rental Payment | 7/1/2001 | N/A | $0.00 | $351.00 |
| Late Charge | 7/15/2001 | N/A | $0.00 | $17.55 |
| Rental Payment | 8/1/2001 | N/A | $0.00 | $351.00 |
| Late Charge | 8/15/2001 | N/A | $0.00 | $17.55 |
| Rental Payment | 9/1/2001 | N/A | $0.00 | $351.00 |
| Late Charge | 9/15/2001 | N/A | $0.00 | $17.55 |
| Rental Payment | 10/1/2001 | N/A | $0.00 | $351.00 |
| Late Charge | 10/15/2001 | N/A | $0.00 | $17.55 |
| Rental Payment | 11/1/2001 | N/A | $0.00 | $351.00 |

*Total:* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$2,579.85*

*Contract Number123965-000*
*924F Wheel Loader, S/N 5NN01587*

| Description | Date Due | Date Paid | Amount Paid | Amount Due |
|---|---|---|---|---|
| Rental Payment | 4/1/01 | 4/19/01 | $1,598.84 | $0.00 |
| Late Charge | 4/23/2001 | N/A | $0.00 | $79.94 |
| Rental Payment | 5/1/01 | 8/20/01 | $1,598.84 | $0.00 |
| Late Charge | 5/23/01 | N/A | $0.00 | $79.24 |
| Rental Payment | 6/1/01 | 8/20/01 | $1,598.84 | $0.00 |
| Late Charge | 6/23/01 | N/A | $0.00 | $79.24 |
| Rental Payment | 7/1/01 | 8/20/01 | $1,598.84 | $0.00 |
| Late Charge | 7/23/2001 | N/A | $0.00 | $79.94 |
| Rental Payment | 8/1/01 | 8/20/01 | $1,598.84 | $0.00 |
| Rental Payment | 9/9/2001 | N/A | $0.00 | $1,598.84 |
| Late Charge | 9/23/2001 | N/A | $0.00 | $79.94 |
| Rental Payment | 10/9/2001 | N/A | $0.00 | $1,598.84 |
| Late Charge | 10/23/2001 | N/A | $0.00 | $79.94 |
| Rental Payment | 11/9/2001 | N/A | $0.00 | $1,598.84 |

*Total:* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$5,275.56*

*GRAND TOTAL FOR ALL LEASES* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *$40,572.99*

CMM/100712-0014/748696/1