**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| W.R. Grace & Co. | ) Case No. 01-01139-JJF |
| | ) Chapter 11 |
| | ) Objections Due: October 30, 2001 |
| Debtor, | ) Hearing Date: November 5, 2001 |

**<u>AMENDED CERTIFICATE OF SERVICE</u>**

I, KRISTI J. DOUGHTY, hereby certify this 19th day of October, A.D. 2001 that one true copy of this notice of motion and a copy of the motion was delivered via first class mail upon the parties listed on the Attached Service List and that one true copy of this Amended Certificate of Service was delivered via electronic service and first class mail upon the Debtor's counsel as follows:

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705


Dated:  October 19, 2001       /s/ Kristi J. Doughty
                               Robert T. Aulgur, Jr. (No. 165)
                               Kristi J. Doughty (No. 3826)
                               P.O. Box 617
                               Odessa, DE 19730-0617
                               Attorney for Toyota Motor Credit