IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: November 5, 2001 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are Filed** |

## NOTICE OF SUPPLEMENTAL APPLICATION

TO:   Parties on the Attached Service List

PLEASE TAKE NOTICE, that on October 23, 2001, the Official Committee of Asbestos Personal Injury Claimants filed the attached **Supplemental Application Pursuant to Federal Rule of Bankruptcy Procedure 2014(a) for Entry of an Order *Nunc Pro Tunc* as of August 1, 2001, Under Sections 327(a) and 1103 of the Bankruptcy Code Authorizing Employment of Professor Elizabeth Warren as Special Bankruptcy Consultant to Caplin & Drysdale, Chartered, National Counsel for the Official Committee of Asbestos Personal Injury Claimants** (the "Supplemental Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any response to the Supplemental Application must be filed on or before **November 5, 2001 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response upon the counsel, at the addresses listed below, so that it is received on or before **November 5, 2001 at 4:00 p.m.**:

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street, 15th Floor
Wilmington, DE 19801

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C. 20005

A HEARING ON THE APPLICATION WILL BE HELD ONLY IF OBJECTIONS TO THE APPLICATION ARE FILED.

{D0000727:1 }

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OF HEARING.

                CAMPBELL & LEVINE, LLC

                /s/Matthew G. Zaleski, III
                Matthew G. Zaleski, III (I.D. #3557)
                1201 N. Market Street
                15th Floor
                Wilmington, DE 19899
                (302) 426-1900

                -and-

                CAPLIN & DRYSDALE, CHARTERED
                Elihu Inselbuch
                399 Park Avenue
                New York, NY 10022-4614
                (212) 319-7125

                -and-

                CAPLIN & DRYSDALE, CHARTERED
                Peter Van N. Lockwood
                One Thomas Circle, N.W.
                Washington, D.C. 20005
                (202) 862-5000

                Counsel to the Official Committee of Asbestos
                Personal Injury Claimants

Dated:  October 23, 2001