# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**VERIFIED STATEMENT OF PROFESSOR ELIZABETH WARREN IN
ACCORDANCE WITH SECTION 1103 OF THE BANKRUPTCY CODE
AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Elizabeth Warren, being duly sworn, deposes and says:

1. I am a member of the bar of the States of Texas and New Jersey and I am the Leo Gottlieb Professor of Law at the Harvard Law School. I maintain my office at Hauser 200, Harvard Law School, Cambridge, MA 02138.

2. I make this Statement pursuant to Bankruptcy Rule 2014 in support of the Supplemental Application Pursuant to Federal Rule of Bankruptcy Procedure 2014(a) for Entry of an Order *Nunc Pro Tunc* as of August 1, 2001, Under Sections 327(a) and 1103 of the Bankruptcy Code Authorizing the Employment of Professor Elizabeth Warren as Special Bankruptcy Consultant to Caplin & Drysdale, Chartered, National Counsel for the Official Committee of Asbestos Personal Injury Claimants Committee of W. R. Grace & Co., *et al.* (the "Debtors"). The facts set forth in this Statement are personally known to me and, if called as a witness, I would testify thereto.

3. As set forth in my attached *curriculum vitae*, I have held academic teaching appointments since 1978 and have published numerous articles and books in the field of Bankruptcy Law.

{D0000690:1}

4. As far as I have been able to ascertain, I have no connection with the Debtors, their creditors, the United States Trustee or any other party, or their respective attorneys or accountants.

5. It is anticipated that I will provide very limited services in this Bankruptcy Case. In general, my billable hours will not exceed ten hours per month and usually will be significantly less. I will work with Caplin & Drysdale as a consultant in this bankruptcy case providing advice and guidance to the Official Committee of Asbestos Personal Injury Claimants through the Caplin & Drysdale firm, as well as to the other asbestos-related bankruptcy cases in which Caplin & Drysdale is counsel to the Committees representing asbestos personal injury claimants. Generally, I will focus my efforts in assisting Caplin & Drysdale with respect to the Plan of Reorganization process. I may, however, be consulted by Caplin & Drysdale on other technical issues that may arise in the course of the case. I will not be involved in the day-to-day administration of the case.

6. To avoid conflicts with Caplin & Drysdale's numerous non-bankruptcy clients, I will not be a member of the firm, an associate of the firm or maintain an of counsel relationship with the firm.

7. Subject to the Court's approval, I will charge for legal services on an hourly basis at the rate of $675.00. I will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described above by category and nature of the services rendered.

8. To facilitate the administrative process and to minimize the my administrative time, in light of my limited role, Caplin & Drysdale will incorporate my time entries in its billing

statement and will bill for my services as part of the Caplin & Drysdale's monthly and quarterly fee applications.

9. In accordance with section 504 of the Bankruptcy Code and rule 2016(b) of the Bankruptcy Rules, no division of compensation has been or will be made by Caplin & Drysdale and me.

10. I have not entered into any agreements, express or implied, with any other party in interest, including the Debtors, attorneys for the Debtors, any creditor, or any attorney for such party in interest for compensation to be paid from the assets of the estate rendered in connection with this case in excess of the compensation allowed by law.

WHEREFORE, I respectfully request that this Court enter the order filed concurrently herewith authorizing the employment *nunc pro tunc* effective as of August 1, 2001, of Elizabeth Warren as Special Bankruptcy Consultant to Caplin & Drysdale, Chartered, National Counsel for the Asbestos Personal Injury Claimants Committee of W. R. Grace & Co., *et al.*.

_____
Elizabeth Warren

SWORN to and subscribed before me

this 22 day of October, 2001.

_____
Notary Public

{D0000690.1}

3

August 2001

# ELIZABETH WARREN
Leo Gottlieb Professor of Law
Harvard Law School

## Academic Appointments

Harvard Law School. 1995-present: Leo Gottlieb Professor of Law; 1992-93: Robert Braucher Visiting Professor of Commercial Law.

The University of Pennsylvania Law School. 1990-1995: William A Schnader Professor of Commercial Law; 1987-1990: Professor of Law.

The University of Texas School of Law. 1986-87: Jay H. Brown Centennial Fellow in Law; 1983-1987: Professor of Law. 1985-86: Conoco Faculty Fellow in Law; 1981-82: Visiting Associate Professor of Law.

The University of Texas at Austin. 1983-87: Research Associate, Population Research Center.

The University of Houston Law Center. 1981-83: Associate Professor of Law; 1978-80: Assistant Professor of Law; 1980-81: Associate Dean for Academic Affairs.

The University of Michigan. 1985: Visiting Professor of Law.

Rutgers School of Law (Newark). 1977-78: Lecturer in Law.

## Teaching Fields

Contracts, Secured Lending, Bankruptcy, Payment Systems, Commercial Paper, Regulated Industries, Corporations, Partnerships, Banking Regulation.

## Education

J.D. Rutgers–Newark, 1976
B.S. University of Houston, 1970

Publications

Books

BANKRUPTCY AND REVISED ARTICLE 9 (Aspen Law & Business 2001).

(With Sullivan and Westbrook) THE FRAGILE MIDDLE CLASS: AMERICANS IN DEBT (Yale University Press 2000).

(With Westbrook) THE LAW OF DEBTORS AND CREDITORS (Little, Brown & Co. 1986). SUPPLEMENT TO THE LAW OF DEBTORS AND CREDITORS (1990). THE LAW OF DEBTORS AND CREDITORS (Little, Brown & Co. 2d ed. 1991, 2nd ed. 1991, Aspen 3rd ed. 1996, 4th ed. 2001).

(With Westbrook) TEACHERS MANUAL, THE LAW OF DEBTORS AND CREDITORS (Little, Brown & Co. 1986, 2nd ed. 1991, Aspen 3rd ed. 1996, 4th ed. 2001).

(With LoPucki) SECURED TRANSACTIONS: A SYSTEMS APPROACH (Little, Brown & Co. 1995, Aspen 2d. Ed. 1998, 3d ed. 2000).

(With LoPucki) TEACHERS MANUAL, SECURED TRANSACTIONS: A SYSTEMS APPROACH (Little, Brown & Co. 1995, Aspen 2d. ed. 1998, 3d. ed. 1998, 3d. ed. 2000).

(With LoPucki, Keating, Mann) COMMERCIAL LAW: A SYSTEMS APPROACH (Little, Brown & Co. 1998).

(With LoPucki, Keating, Mann) TEACHERS MANUAL, COMMERCIAL LAW: A SYSTEMS APPROACH (Little Brown & Co. 1998).

REPORT OF THE NATIONAL BANKRUPTCY REVIEW COMMISSION (Reporter) (October 20, 1997).

BUSINESS BANKRUPTCY (Federal Judicial Center 1993).

(With Sullivan and Westbrook) AS WE FORGIVE OUR DEBTORS: CONSUMER CREDIT AND BANKRUPTCY IN AMERICA (Oxford University Press 1989).

Book Chapters

*Evaluate the Present and Shape the Future*, in THE DEVELOPMENT OF BANKRUPTCY & REORGANIZATION LAW IN THE COURTS OF THE SECOND CIRCUIT OF THE UNITED STATES (Matthew Bender 1995).

(With Sullivan and Westbrook) *Bankruptcy and the Family*, in FAMILIES AND LAW (L. MacIntyre, M. Sussman eds. Haworth Press 1995).

2

Reports
-------

(With Sullivan and Westbrook) FINANCIAL DIFFICULTIES OF SMALL BUSINESSES AND REASONS FOR THEIR FAILURES (Small Business Administration) (September 1998).

Academic Journals
-----------------

(With Sullivan and Westbrook) "Une Prospérité PrécaireSur les situations financieres critiques dans la classe moyenne," 138 Actes de la Recherché en Sciences Sociales 19-33 (Juin 2001) (abstracts in French, English, German, and Spanish).

(With Jacoby and Sullivan) *Rethinking the Debates over Health Care Financing: Evidence from the Bankruptcy Courts*, 76 NEW YORK UNIVERSITY LAW REVIEW 375 (2001).

(With Jacoby and Sullivan) *Medical Problems and Bankruptcy Filings*, NORTON BANKRUPTCY LAW ADVISOR 1 (May 2000).

(With Westbrook) *Financial Characteristics of Businesses in Bankruptcy*, 73 AMERICAN BANKRUPTCY LAW JOURNAL 499 (1999).

*The Changing Politics of American Bankruptcy Reform*, 37 OSGOODE HALL LAW JOURNAL 189 (Symposium Spring/Summer 1999).

(With Sullivan) *The Changing Demographics of Bankruptcy*, NORTON BANKRUPTCY LAW ADVISOR 1 (October 1999).

(With Sullivan) *More Women in Bankruptcy*, American Bankruptcy Institute Journal (July 30, 1999).

(With Sullivan) *Women in Bankruptcy*, American Bankruptcy Institute Journal (July 13, 1999).

(With Westbrook) *The Business Bankruptcy Project: The Work in Progress*, 72 NATIONAL CONFERENCE OF BANKRUPTCY JUDGES 2.3 (1998).

*The Bankruptcy Crisis*, 73 INDIANA LAW JOURNAL 1079 (Harris Lecture) (1998).

(With Sullivan and Westbrook) *From Golden Years to Bankrupt Years*, NORTON BANKRUPTCY LAW ADVISOR 1(July 1998).

*Making Policy with Imperfect Information: The Article 9 Full Priority Debates*, 82 CORNELL LAW REVIEW 101(1998).

*A Principled Approach to Consumer Bankruptcy*, 71 AMERICAN BANKRUPTCY LAW JOURNAL 483 (1997).

Academic Journals, cont.

(With Sullivan and Westbrook) *America's Consumer Bankruptcy Dichotomy: A Study of Alleged Abuse and Local Legal Culture*, 20 JOURNAL OF CONSUMER POLICY 223 (Ian Ramsey, ed., Great Britain).

*A Basic Bankruptcy Concept for Consumer Bankruptcy*, 51 CONSUMER FINANCE LAW QUARTERLY REPORT 3 (Winter 1997).

*An Article 9 Set Aside for Unsecured Creditors*, 51 CONSUMER FINANCE LAW QUARTERLY REPORT 323 (Fall 1997).

*Article 9 Set Aside for Unsecured Creditors*, UCC BULLETIN (1 October 1996).

(With Sullivan and Westbrook) *Bankruptcy and the Family*, 21 MARRIAGE & FAMILY REVIEW 193 (1995).

(With Westbrook) *Searching for Reorganization Realities*, 72 WASHINGTON UNIVERSITY LAW QUARTERLY 3001 (1994) (symposium issue).

(With Sullivan and Westbrook) *The Persistence of Local Legal Culture: Twenty Years of Evidence from the Bankruptcy Courts*, 17 HARVARD JOURNAL OF LAW & PUBLIC POLICY 801 (1994).

(With Sullivan and Westbrook) *Consumer Debtors Ten Years Later: A Financial Comparison of Consumer Bankrupts 1981-91*, 68 AMERICAN BANKRUPTCY LAW JOURNAL 121 (1994).

*Further Reconsideration: A Comment on Baird's* Article 9 Reconsidered, 80 VIRGINIA LAW REVIEW 2301 (1994) (symposium issue).

*Bankruptcy Policymaking in an Imperfect World*, 92 MICHIGAN LAW REVIEW 336 (1992).

(With Sullivan and Westbrook) *Baby Boomers and the Bankruptcy Boom*, NORTON BANKRUPTCY LAW ADVISOR 1(April 1993).

*The Untenable Case For Repeal of Chapter 11*, 102 YALE LAW JOURNAL 437 (1992).

*Why Have a Federal Bankruptcy System?*, 77 CORNELL LAW REVIEW 2401 (1992).

*A Theory of Absolute Priority*, 1991 NEW YORK UNIVERSITY ANNUAL SURVEY OF AMERICAN LAW 9.

Academic Journals, cont.

*Absolute Priority, New Value, and Theories of Bankruptcy*, 1990 N.C.B.J. 1125 (1990).

(With Sullivan and Westbrook) *Laws, Models, and Real People*, 13 LAW AND SOCIAL INQUIRY 661 (1988).

*Legal Realism: Commentary*, 1988 NEW YORK UNIVERSITY ANNUAL SURVEY OF AMERICAN LAW 49 (1988).

*Bankruptcy Policy*, 54 UNIVERSITY OF CHICAGO LAW REVIEW 775 (1987); reprinted in CORPORATE BANKRUPTCY: ECONOMIC AND LEGAL PERSPECTIVES (Bhandari & Weiss, eds. Cambridge University Press (1994) and reprinted in *Company Law* (S. Wheeler, ed. Dartmouth Publishing United Kingdom 1993).

(With Sullivan and Westbrook) *The Role of Empirical Data in Formulating a National Bankruptcy Policy*, 50 LAW AND CONTEMPORARY PROBLEMS 195 (1987).

(With Sullivan and Westbrook) *Folklore and Facts: A Preliminary Report from The Consumer Bankruptcy Project*, 60 AMERICAN BANKRUPTCY LAW JOURNAL 293 (1986).

(With Sullivan and Westbrook) *Rejoinder: Limiting Access to Bankruptcy Discharge*, 1984 WISCONSIN LAW REVIEW 1087.

*Reducing Bankruptcy Protection for Consumers: A Response*, 72 GEORGETOWN LAW JOURNAL 1333 (1984).

(With Sullivan and Westbrook) *Limiting Access to Bankruptcy Discharge: An Analysis of the Creditors' Data*, 1983 WISCONSIN LAW REVIEW 1091.

*Formal and Operative Rules Under Common Law and Code*, 32 UCLA LAW REVIEW 898 (1983).

*Trade Usage and Parties in the Trade: An Economic Rationale for an Inflexible Rule*, 42 PITTSBURGH LAW REVIEW 515 (1982).

*Regulated Industries' Automatic Cost of Service Adjustment Clauses: Do They Increase or Decrease Cost to the Consumer?*, 55 NOTRE DAME LAWYER 333 (1980).

*Tax Accounting in Regulated Industries: Limitations on Rate Base Exclusions*, 31 RUTGERS LAW REVIEW 187 (1978).

Academic Journals, cont.

*Busing–Supreme Court Restricts Equity Powers of District Courts to Order Interschool Busing*, 28 RUTGERS LAW REVIEW 1225 (1975)(STUDENT WORK).

Other Publications

*Anti-Women Bankruptcy Bill May Be Veto-Proof*, Women's Enews (December 14, 2000)

*Commentary: Don't Link Bankruptcy, Domestic Violence Bills*, Women's Enews (October 4, 2000)

"Homeowners in Bankruptcy: The Hidden Costs of Predatory Lending," testimony before the Predatory Lending Joint Task Force of the Department of Housing and Urban Development, May 25, 2000.

*Bankruptcy Reform Targets the Little Guy*, Star Ledger, Perspectives (February 2, 2000).

*The New Women's Issue: Bankruptcy Law*, Christian Science Monitor (September 10, 1999).

*Bankrupt? Pay Your Child Support First*, New York Times A19 (April 27, 1998).

"Bankruptcy Reform," testimony before the Joint Hearing of the Subcommittee on Administrative Oversight and the courts and the Subcommittee of the Commercial and Administrative Law, March 11, 1999.

*In Serious Jeopardy: Lies v. Unadulterated Statistics Muddle Bankruptcy Reform*, Chicago Tribune 21 (March 19, 1998).

*How I Write*, 4 SCRIBES JOURNAL OF LEGAL WRITING 71 (Symposium Issue) (1994).

*Chapter 11 Report*, NATIONAL BANKRUPTCY CONFERENCES' CODE REVIEW PROJECT, REFORMING THE BANKRUPTCY CODE 265 (Reporter 1994).

"Consumer Credit Industry," testimony before the House of Representatives Committee on Banking and Coinage, Subcommittee on Consumer Affairs, Hearings published in Congressional Record and Committee Hearings Report, September 10, 1992.

*Small Business and Big Trouble*, 2 TURNAROUNDS AND WORKOUTS 3 (Survey of Consumer Bankruptcies Issue) (July 15, 1992).

Other Publications, cont.

*Bankruptcy is a Better Alternative*, (opinion piece) NATIONAL LAW JOURNAL (April 20, 1992).

(With Sullivan and Westbrook) *What We Really Said About Chapter 13*, 5 NATIONAL ASSOCIATION OF CHAPTER 13 TRUSTEES QUARTERLY 18 (April, 1992).

"The Bankruptcy Code and Individual Debtors," testimony before the Senate Judiciary Committee, Subcommittee on Courts and Administrative Practices, Hearings published in *Congressional Record and Committee Hearings Report*, July, 1991.

Book Review, *The Law of Letters of Credit: Commercial and Standby Credits*, 48 TEXAS BAR JOURNAL 216 (1985).

LENDING OFFICERS MANUAL (Revision) (for Texas Bankers Association 1984).

(With Sullivan and Westbrook) *Bankruptcy Judges and Bankruptcy Lawyers*, 79TH ANNUAL REPORT OF THE AMERICAN SOCIOLOGICAL ASSOCIATION (1984).

(With Sullivan and Westbrook) "Consumer Choices in Bankruptcy: Statutory Intentions and Statutory Consequences," listed as Funded Proposal #8310193, National Science Foundation Archives (1983) (published grant application).

(With Sullivan and Westbrook) *American Consumer Bankruptcy Law: Who is Served?*, 78th Annual Meeting of the American Sociological Association (1983).

Regulatory Lag Fallacy, 106 PUBLIC UTILITIES FORTNIGHTLY 15 (August 14, 1980).

Honors and Awards

*Champion of Consumer Rights Award*, National Association of Consumer Bankruptcy Attorneys, April 27, 2000

*Scholarship Award*, American College of Consumer Financial Services Lawyers (for THE FRAGILE MIDDLE CLASS), March 24, 2000

*Outstanding Bankruptcy Academics*, Turnarounds & Workouts (July 1999, July 2000)

*Brown Award for Judicial Scholarship and Education*, Federal Judicial Center (1998)

*Commendation for Service*, American Bankruptcy Board of Certification (1998)

Honors and Awards, cont.

*Fifty Most Influential Women Attorneys*, National Law Journal (March 30, 1998)

*Commendation for Outstanding Public Service*, American College of Bankruptcy (March 14, 1998)

*The Albert A. Sacks-Paul A. Freund Award for Teaching Excellence*, Harvard Law School, June 1997

*Top Bankruptcy Lawyers, Inaugural List*, Turnarounds & Workouts, 1997

*The Lindback Award for Distinguished Teaching*, University of Pennsylvania, May, 1994

Fellow, American College of Bankruptcy, elected 1993

Finalist, *Distinguished Scholarly Publication Award* of the American Sociological Association, 1989-1992, for *As We Forgive Our Debtors*

*Silver Gavel Award* (for THE FRAGILE MIDDLE CLASS), American Bar Association, 1990.

*Harvey Levin Award for Excellence in Teaching*, University of Pennsylvania School of Law, 1989, 1992

*L. Hart Wright Teaching Excellence Award*, University of Michigan School of Law, 1986

*Frankel Publication Award for Outstanding Writing*, 1982

*Outstanding Teacher Award*, University of Houston Law Center, 1981

### Competitive Grants

2001  Robert Wood Johnson Foundation, Research Grant for Empirical Study entitled "Medical Bankruptcy: A Study of Financially Catastrophic Illness."

2001  Ford Foundation, Research Grant for Empirical Study entitled "Homeownership and Financial Distress: The Interplay of Tax, Real Estate and Bankruptcy Laws."

1994-1998  National Bankruptcy Conference, Research Grant for Empirical Study of Business Bankruptcy.

8

**Competitive Grants, cont.**

1993-1998  National Conference of Bankruptcy Judges, Empirical Study of Business Bankruptcy.

1995  Scholar in Residence, Rockefeller Foundation, Bellagio, Italy.

1995-1998  Small Business Administration, Research Grant for Empirical Study on Small Business Failure.

1993  Moller Research Chair in Bankruptcy Law and Policy.

1992  Research Foundation, University of Pennsylvania.

1991  National Conference of Bankruptcy Judges, Empirical Study of Consumer Debtors.

1988  Public Policy Research Initiative, University of Pennsylvania.

1987  John M. Olin Foundation, Institute for Law and Economics, University of Pennsylvania.

1987  Policy Research Institute, Economic and Political Institutions Grant.

1986  American Bar Foundation, Meyer Research Grant.

1986  National Institute of Child Health and Human Development, HD #06160-15.

1984-1986  National Science Foundation, Grant No. SES 8310173. "Consumer Choices in Bankruptcy: Statutory Intentions and Statutory Consequences."

1985-1986  Texas Bar Foundation, Grant for Research on Bankruptcy Demographics Grant.

1985  Policy Research Institute, Grant No. 30-3239-4850.

1980  M.D. Anderson Research Fellow.

1979  Research Initiation Grant, University of Houston.

Selected Professional Activities

    Second Vice-President, Council of the American Law Institute; Executive Committee of Council, 1994-1995, 1998-present, Nominating Committee, 1995-present.

    United States Adviser, Transnational Insolvency Project, American Law Institute, 1995-present.

    Reporter/Adviser to the National Bankruptcy Review Commission, 1995-1997.

    Federal Judicial Center Committee on Judicial Education, three terms by the appointment of Chief Justice Rehnquist, 1990-1999.

    National Bankruptcy Conference, Executive Committee, 1993-1995.

    Editorial Advisory Board, Little, Brown and Company, Law School Division, 1990-present.

    Board of Trustees, American Bankruptcy Board of Certification, 1992-1996.

    Board of Editors, American Bankruptcy Law Journal, 1989-92.

    Chair, Legislation Committee, Debtor-Creditor Section, Association of American Law Schools, 1990-1993, Chair, Debtor-Creditor Section, 1989-90.

    Adviser, German Government Task Force on Bankruptcy Reform, 1993.

    Eastern District of Pennsylvania Bankruptcy Conference, Secretary and Steering Committee, 1990-1992.

    Texas State Bar Advisory Commission on Legal Specialization, Charter Member, Board of Directors, 1986-87.

    Proposal Reviewer, National Science Foundation, 1985-present.

    Professional Development Committee, American Association of Law Schools, 1988-91.

    Planning Committee, Association of American Law Schools Conference on Teaching Contract Law, 1989.

    Chair, Association of American Law School Commercial Law Workshop, May-June 1984.

    Chair, Commercial and Related Consumer Law Section, Association of American Law Schools, 1983-84.

**Bar Memberships**

New Jersey, Texas.