IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## **ORDER**

Upon consideration of the Supplemental Application Pursuant to Federal Rule of Bankruptcy Procedure 2014(a) for Entry of an Order *Nunc Pro* Tunc as of August 1, 2001 Under Sections 327(a) and 1103 of the Bankruptcy Code Authorizing the Employment of Professor Elizabeth Warren as Special Bankruptcy Consultant to Caplin & Drysdale, Chartered, National Counsel for the Official Committee of Asbestos Personal Injury Claimants of W. R. Grace & Co., *et al.* (the "Application") and the Verified Statement of Professor Elizabeth Warren in Accordance with Section 1103 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates; and due and adequate notice of the Application having been given and no other or further notice being necessary under the circumstances; and good and sufficient cause existing to grant the Application;

**IT IS HEREBY:**

ORDERED, that the Application is granted; and it is further

{D0000726:1 }

ORDERED, that the employment of Professor Elizabeth Warren as Special Bankruptcy Consultant to Caplin & Drysdale, counsel to the Official Committee of Asbestos Personal Injury Claimants, is authorized and approved *nunc pro tunc* to August 1, 2001.

 

Joseph J. Farnan, Jr.
United States District Judge