IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AFFIDAVIT OF MARYANN M. ZICKGRAF**

STATE OF DELAWARE:
                       SS:
NEW CASTLE COUNTY:

     I, Maryann M. Zickgraf, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

**<u>NO ORDER REQUIRED</u> CERTIFICATION OF NO OBJECTION TO COMBINED MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP COUNSEL TO OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 18, 2001 THROUGH AUGUST 31, 2001 RE: DOCKET NO. 980**

was made on the following parties on the attached list by Hand Delivery (City of Wilmington addresses only) and First Class Mail.

                                                                                                 Maryann M. Zickgraf

SWORN AND SUBSCRIBED before me this 23rd day of October, 2001.

                                                                                                 NOTARY

**W.R. GRACE FEE APP.**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
 **(Counsel to Post-Petition Lender)**

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
 **(Debtor's counsel)**

W.R. Grace
Attn: David B. Siegel
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
 **(Debtor)**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
 **(Official Committee of Asbestos Property Damage Claimants)**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
 **(Official Committee of Asbestos Claimants)**

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
 **(Official Committee of Unsecured Creditors)**

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
 **(Official Committee of Asbestos Claimants)**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St. - 16th Floor
Wilmington, DE 19899-8705
 **(Debtor's counsel)**

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market St.
Wilmington, DE 19899
 **(Official Committee of Asbestos Property Damage Claimants)**

Matthew G. Zaleski, III, Esquire
Campbell & Levine
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
 **(Official Committee of Asbestos Claimants)**

Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
 **(U.S. Trustee)**

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market St. - Suite 1200
P.O. Box 195
Wilmington, DE 19801
 **(Official Committee of Unsecured Creditors)**

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**(Counsel to Post-Petition Lender)**