# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfares | $12,392.38 |
| Outside Messenger | $49.91 |
| Auto Rental | $2,488.48 |
| Copies- Internal and Outside | $7,563.18 |
| Hotels | $14,164.68 |
| Facsimile | $291.00 |
| Lexis | $4,362.00 |
| Meals during Travel | $1,621.38 |
| Telephone | $780.22 |
| FedEx | $1,100.00 |
| Parking | $517.00 |
| Taxis/Miscellaneous Travel Expenses | $692.53 |
| Westlaw | $5,015.45 |
| Overtime Meals | $153.00 |
| Overtime Meals - Attorneys/Paralegals | $109.87 |
| Overtime Transportation | $590.63 |
| Secretarial Overtime | $540.12 |
| Postage | $31.21 |
| Deposition Costs | $3,780.00 |
| Amtrak | $144.00 |
| | |
| Total | $56,387.04 |

**Wallace King Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 18, 2001

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12381

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Disbursements:

|  | Amount |
|---|---:|
| Air Fare NY, NJ, VT for Summary Judgment Briefs - 7/4-6/01 | 943.00 |
| Air Fare for Mr. Belsito to Newark, NJ on 6/5/01 | 1,150.50 |
| Air Fare for Trip to Newark and New York on 7/13 | 705.75 |
| Air Fare for Walsh Deposition on 7/26/01 | 528.00 |
| Air Fare from New Hampshire to NJ re Ross Deposition-6/20/01 | 306.75 |
| Air Fare on 6/14 Trip to New York and Newark | 427.00 |
| Air Fare on Trip to New York and Newark - 7/5-7/6 | 705.75 |
| Air Fare on Trip to Newark and New York on 7/10 | 427.00 |
| Air Fare on trip to New York on 6/29 | 202.75 |
| Air Fare on trip to Newark on 6/11 | 260.75 |
| Air Fare on trip to Phoenix, AZ on 5/25/01 | 1,277.88 |
| Air Fare to Boston and Newark on 7/11-7/12 | 685.25 |
| Air Fare to NYC with H. McGuire - 6/8/01 | 184.75 |
| Air Fare to New Hampshire for Benjamin Ross Deposition- 6/18 | 306.75 |
| Air Fare to New Jersey - 7/23-7/27/01 | 483.00 |
| Air Fare to New Jersey for Kirk Brown Deposition - 6/18/01 | 483.00 |
| Air Fare to New York on 6/25/01 | 225.75 |
| Air Fare to Newark - 6/21-6/22/01 | 503.00 |
| Air Fare to Newark for Anderson Deposition - 6/20/01 | 503.00 |

W. R. Grace & Co.                                                                  Page     2

|  | Amount |
|---|---:|
| Air Fare to Newark on 6/24-26/01 for Chapman Deposition | 503.00 |
| Air Fare to/from Newark on 5/18/01 | 262.25 |
| Air Fares on trips to Newark and NYC - 6/4-6/6/01 | 1,317.50 |
| Amtrak to New Jersey for Peter Chapman Deposition - 6/26/01 | 144.00 |
| Auto Rental for Walsh Deposition on 7/26/01 | 112.99 |
| Auto Rental in NJ for J. Schmiermund Deposition - 6/22 | 79.02 |
| Auto Rental in New Jersey for Brown Deposition - 6/18/01 | 236.81 |
| Auto Rental in New Jersey re Andy Davis Deposition - 6/26/01 | 294.57 |
| Auto Rental in Newark on 6/24-26/01 for Chapman Deposition | 243.04 |
| Auto Rental on 6/8/01 trip to New York | 237.07 |
| Auto Rental on Trip to New York and Newark - 7/5-6 | 82.57 |
| Auto Rental on Trip to New York on 6/25 | 82.57 |
| Auto Rental on Trip to Newark - 6/21-22/01 | 235.28 |
| Auto Rental on Trip to Newark and New York on 7/13 | 159.64 |
| Auto Rental on trip to Boston for Meeting | 126.33 |
| Auto Rental on trip to Newark on 5/18/01 | 256.15 |
| Auto Rental on trips to Newark and NYC on 6/4-6/601 | 92.96 |
| Copy Costs - Internal | 5,416.95 |
| Delivery Service | 49.91 |
| Facsimile Costs | 148.50 |
| FedEx Costs | 1,059.70 |
| Hotel in NJ for B. James and P. Deming Depositions - 7/14 | 809.10 |
| Hotel in NJ for Bruce James Deposition - 7/12 | 117.53 |
| Hotel in NJ for Gary Walter Deposition - 7/11/01 | 384.36 |
| Hotel in NJ for Gary Walter Deposition - 7/8/01 | 164.75 |
| Hotel in NJ for Work on Summary Judgment Briefs-7/1/01 | 429.04 |
| Hotel in NJ re Kirk Brown and Julio Valera Depositions- 6/21 | 1,049.49 |
| Hotel in NY for B. James and M. Costa Depositions - 7/15 | 427.27 |
| Hotel in New Jersey re Davis Deposition - 6/29/01 | 508.96 |
| Hotel in New York for Chapman Deposition - 6/23/01 | 377.02 |
| Hotel in New York for Davis Deposition - 6/28/01 | 399.93 |
| Hotel in New York on 6/25/01 | 263.65 |
| Hotel in New York on 6/29 | 363.29 |
| Hotel in New York on 6/8/01 | 150.60 |
| Hotel in New York re ICO Deposition - 6/16/01 | 532.86 |
| Hotel in Newark and New York on 7/13 Trip | 1,165.88 |
| Hotel in Newark on 5/18/01 Trip | 564.92 |
| Hotel in Newark on 6/11 Trip | 318.07 |
| Hotel in Newark on 6/24-26/01 for Chapman Deposition | 628.15 |

W. R. Grace & Co.                                                                                  Page 3

| | **Amount** |
|---|---|
| Hotel in Phoenix, AZ on 5/25/01 | 798.98 |
| Hotel on trip to Boston and Newark on 7/11 - 7/12/01 | 254.07 |
| Hotels in Newark and New York 6/13-6/14 | 2,107.02 |
| Hotels on trip to New York and Newark on 6/4 - 6/6/01 | 1,755.42 |
| Lexis Costs | 4,362.00 |
| Lodging for Walsh Deposition on 7/26/01 | 594.32 |
| Long Distance Charges | 558.43 |
| Meals on trips | 1,621.38 |
| Miscellaneous Travel Expenses | 111.58 |
| Outside Copies | 2,127.33 |
| Overtime Meals | 153.00 |
| Overtime Meals - Attorney/Paralegals | 109.87 |
| Overtime Transportation | 590.63 |
| Parking on trips | 517.00 |
| Postage | 17.00 |
| Rental Car on trip to Newark on 6/14 | 249.48 |
| Secretarial Overtime for Preparation of Briefs | 540.12 |
| Taxis on trips | 580.95 |
| Westlaw | 5,015.45 |
| Total Disbursements | $52,169.34 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 18, 2001

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12382

For Professional Services Rendered in Connection with Libby, Montana - Matter 9

Disbursements:

|  | **Amount** |
|---|---:|
| Copy Costs - Internal | 3.60 |
| Facsimile Costs | 90.00 |
| Long Distance Charges | 215.97 |
| Walter Myskiew - Deposition Charges | 3,780.00 |
| Total Disbursements | $4,089.57 |

**Wallace
King
&
Marraro
Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 18, 2001

W. R. Grace & Co.
Attention: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12383

For Professional Services Rendered in Connection with the Motor Wheel Site - Matter 5

Disbursements:

|  | **Amount** |
|---|---|
| Copy Costs - Internal | 15.30 |
| Facsimile Costs | 52.50 |
| FedEx Costs | 40.30 |
| Long Distance Charges | 5.82 |
| Postage | 14.21 |
| Total Disbursements | $128.13 |