# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & Co., et al.,** | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

## NOTICE OF WITHDRAWAL OF LOCAL COUNSEL

PLEASE TAKE NOTICE that Mark Minuti and the firm of Saul Ewing LLP hereby withdraw their appearance in the above-captioned case on behalf of CMGI, Inc. ("CMGI"). CMGI shall continue to be represented by Paul P. Daley, Esq. and George W. Shuster, Jr., Esq. and the firm of Hale and Dorr LLP. All notices given or required to be given in this case, and all papers served or required to be served in this case should continue to be given to and served upon counsel for CMGI as follows:

> Paul P. Daley, Esq.
> George W. Shuster, Jr., Esq.
> **HALE AND DORR LLP**
> 60 State Street
> Boston, MA  02109
> (617) 526-6000
> (617) 526-5000 (fax)

> /s/ Mark Minuti
> Mark Minuti (No. 2659)
> **SAUL EWING LLP**
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE  19899
> (302) 421-6840
> (302) 421-5873 (Fax)

Dated:  October 24, 2001

442284.1 10/24/01