IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF SCHEDULING CONFERENCE ON MOTION OF JEAN-PAUL BOLDUC, BRIAN J. SMITH, RICHARD N. SUKENIK AND PHILIP J. RYAN, III, FORMER EMPLOYEES OF DEBTOR W.R. GRACE & CO., FOR ENTRY OF AN ORDER AUTHORIZING AND REQUIRING THE DEBTORS TO PAY CERTAIN BENEFITS INCURRED BY OR ON BEHALF OF THE FORMER EMPLOYEES [Docket No 534]**

TO:    Parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

On June 19, 2001, certain former employees filed the **Motion of Jean-Paul**

**Bolduc, Brian J. Smith, Richard N. Sukenik and Philip J. Ryan, III, Former Employees of**

**Debtor W.R. Grace & Co., For Entry of an Order Authorizing and Requiring the Debtors**

**To Pay Certain Benefits Incurred By or on Behalf of the Former Employees** (the "Motion")

(Docket No. 534) with the United States Bankruptcy Court for the District of Delaware, 824

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Market Street, Wilmington, Delaware  19801 (the "Bankruptcy Court").  The judge assigned to the above-captioned chapter 11 cases, the Honorable Joseph J. Farnan, Jr., has recused himself from hearing the Motion.

A TELEPHONIC SCHEDULING CONFERENCE ON THE MOTION WILL BE HELD BEFORE THE HONORABLE RODERICK R. McKELVIE ON OCTOBER 29, 2001 AT 3:00 P.M.

91100-001\DOCS_DE:32831.1

Debtors' counsel has arranged the teleconference. The "call-in" information is as follows: (a) dial-in number 1-800-966-6502; (b) moderator – David Carickhoff; and (c) conference ID number – 10160399. Please note that the call was arranged for only twenty (20) participants (including the Judge), as it is merely a Scheduling Conference and NOT a hearing on the Motion. Accordingly, the Debtors request that not more than one representative of an interested party be on the call (i.e., one person per each committee), with the exception of the movants' counsel and Debtors' counsel.

Dated: October 23, 2001

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (CA Bar No. 181564)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and
Debtors in Possession

91100-001\DOCS_DE:32831.1