**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| W.R. Grace & Co. | ) Case No. 01-01139-JJF |
| | ) Chapter 11 |
| | ) Objections Due: October 30, 2001 |
| Debtor, | ) Hearing Date: November 5, 2001 |

**SECOND AMENDED CERTIFICATE OF SERVICE**

I, KRISTI J. DOUGHTY, hereby certify this 24th day of October, A.D. 2001 that one true copy of the notice of motion and a copy of the motion was delivered via first class mail upon the parties listed on the Attached Service List on October, 22nd A.D. 2001 and that one true copy of this Second Amended Certificate of Service was delivered via electronically and/or first class mail on October 24th, 2001 upon the Debtor's counsel as follows:

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705


Dated:  October 24, 2001        /s/ Kristi J. Doughty
                                Robert T. Aulgur, Jr. (No. 165)
                                Kristi J. Doughty (No. 3826)
                                P.O. Box 617
                                Odessa, DE 19730-0617
                                Attorney for Toyota Motor Credit