IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline:  June 29, 2001** |
| | ) | **Extended to July 11, 2001 for Certain Parties** |
| | ) | **Hearing Date:  November 5, 2001, at 2:00 p.m.** |

## NOTICE OF HEARING ON MOTION

TO:    Parties on the Attached Service List

PLEASE TAKE NOTICE, that on June 14, 2001, the Official Committee of Asbestos Personal Injury Claimants (the "P.I. Committee") and the Official Committee of Property Damage Claimants (the "P.D. Committee," and collectively with the P.I. Committee, the "Committees") filed the **Joint Motion by the Official Committees of Asbestos Property Damage and Asbestos Personal Injury Claimants for Authority to Prosecute Fraudulent Transfer Claims**, Docket No. 477, (the "Joint Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801. A copy of the Joint Application was previously served upon you.

PLEASE TAKE FURTHER NOTICE that a Hearing to consider the Joint Application will be held on **November 5, 2001 at 2:00 p.m.** before the Honorable Joseph J. Farnan, Jr., United States District Court, 844 King Street, Wilmington, Delaware 19801, the next scheduled omnibus hearing in the above-captioned cases.

| | |
|---|---|
| CAMPBELL & LEVINE, LLC | FERRY & JOSEPH, P.A. |
| | |
| /s/ Matthew G. Zaleski, III | /s/ Theodore J. Tacconelli |
| Matthew G. Zaleski, III (No. 3557) | Theodore J. Tacconelli (No. 2678) |
| Chase Manhattan Centre, 15th Floor | 824 Market Street, Suite 904 |
| 1201 N. Market Street | P.O. Box 1351 |
| Wilmington, Delaware  19801 | Wilmington, Delaware  19899 |
| (302) 426-1900 | (302) 575-1555 |
| | |
| - and - | - and – |

{D0000750:1 }

| | |
|---|---|
| CAPLIN & DRYSDALE, CHARTERED<br>Elihu Inselbuch<br>399 Park Avenue, 27th Floor<br>New York, New York  10022<br>(212) 319-7125<br><br>      - and -<br><br>CAPLIN & DRYSDALE, CHARTERED<br>Peter Van. N. Lockwood<br>One Thomas Circle, N.W.<br>Washington, D.C.  20005<br>(202) 862-5000<br><br>Counsel for the Official Committee of<br>   Asbestos Personal Injury Claimants | BILZIN, SUMBERG, DUNN, BAENA<br> PRICE & AXELROD, LLP<br>Scott L. Baena<br>2500 First Union Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131-2336<br>(305) 374-7580<br><br>Counsel for the Official Committee of<br>   Asbestos Property Damage Claimants |

Dated:    October 25, 2001