# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### <u>CERTIFICATE OF SERVICE</u>

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify

that on October 25, 2001, I caused a copy of the foregoing to be served upon the parties

on the attached list by First Class United States Mail, unless otherwise indicated.


<u>/s/ Matthew G. Zaleski, III</u>
Matthew G. Zaleski, III

Dated: October 25, 2001
      Wilmington, Delaware