IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JJF) |
| | | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Motion No.: A-01-_____ |
| | | |
| W.R GRACE & CO., et al., | | |
| | | |
| Respondent. | ) | |

## NOTICE OF HEARING

TO: Kirkland & Ellis
James H.M. Sprayregen, Esquire
James A. Stempel, Esquire
Matthew N. Kleiman, Esquire
Geoffrey A. Richards, Esquire
Samuel A. Schwartz, Esquire
200 East Randolph Drive
Chicago, IL 60601

Pachulski, Stang, Ziehl, Young & Jones PC
Laura Davis Jones, Esquire
919 North Market Street, 16th Floor
Wilmington, DE 19801

William Kevin Harrington, Esquire
Michael Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

The Office of the United States Trustee
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

On October 26, 2001, Movant, Timothy Kane ("Movant") filed the attached Motion for Relief from the Automatic Stay. This

matter is scheduled for a hearing on January 3, 2002 at 9:30 a.m.

You are required to file with this Court, and serve upon Neal J. Levitsky, Esquire, 824 N. Market Street, Suite 810, P.O. Box 2323, Wilmington, Delaware 19899-2323, an answer to the attached Motion for Relief from the Automatic Stay within twenty (20) days of the date of this notice.

If you fail to respond in accordance with this notice, the relief demanded by the motion may be granted.

                        AGOSTINI LEVITSKY ISAACS & KULESZA

**NEAL J. LEVITSKY, ESQUIRE (#2092)**
824 N. Market Street, Suite 810
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

Attorneys for Movant
Timothy Kane

**DATED:**   October 26, 2001