## CERTIFICATE OF SERVICE

I, NEAL J. LEVITSKY, ESQUIRE, certify:

That I am, and at all times hereinafter mentioned, more than 18 years of age. That on October 26, 2001, I served a copy of the within notice, together with the motion, in this proceeding on

Kirkland & Ellis
James H.M. Sprayregen, Esquire
James A. Stempel, Esquire
Matthew N. Kleiman, Esquire
Geoffrey A. Richards, Esquire
Samuel A. Schwartz, Esquire
200 East Randolph Drive
Chicago, IL 60601

Pachulski, Stang, Ziehl, Young & Jones PC
Laura Davis Jones, Esquire
919 North Market Street, 16th Floor
Wilmington, DE 19801

William Kevin Harrington, Esquire
Michael Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

The Office of the United States Trustee
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801-3519


I certify under penalty of perjury that the foregoing is true and correct.


_____          _____
Date                                     NEAL J. LEVITSKY, ESQUIRE