IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFIED APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS, FOR THE THIRD MONTHLY INTERIM PERIOD FROM SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Reed Smith LLP ("Applicant" or "Reed Smith"), Special Asbestos Products Liability Defense Counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in their Chapter 11 cases, hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

applies for an order allowing it (i) compensation in the amount of $155,804.00 for the reasonable and necessary legal services Reed Smith has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that Reed Smith incurred in the amount of $6,971.66 (the "Application"), for the period from September 1, 2001, through September 30, 2001 (the "Fee Period"). In support of this Application, Reed Smith respectfully states as follows:

### Retention of and Continuing Disinterestedness of Reed Smith

1.        On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.        On July 19, 2001, the Debtors were authorized by the Court to retain Reed Smith as Special Asbestos Products Liability Defense Counsel, effective as of the Petition Date ("Retention Order").  This Retention Order authorizes the Debtors to compensate Reed Smith at Reed Smith's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court.  On May 3, 2001 this Court entered the Interim Compensation Order, pursuant to which this Fee Application is being filed.

3.        As disclosed in the Affidavit of James J. Restivo, Jr. in Support of the Application of the Debtors to employ Reed Smith LLP as Special Defense Counsel for the Debtors

in Asbestos Product Liability Actions, (the "Restivo Affidavit"), filed July 2, 2001, Reed Smith does not hold or represent any interest adverse to the estates, and is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

      4.      Reed Smith may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases. Reed Smith disclosed in the Restivo Affidavit its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. Reed Smith will update the Restivo Affidavit when necessary and when Reed Smith becomes aware of any material new information.

      5.      This is the second application for monthly interim compensation for services rendered that Reed Smith has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

## Reasonable and Necessary Services Rendered by Reed Smith

      6.      The Reed Smith attorneys who rendered professional services in the Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 30 Years | Litigation | $380.00 | 27.60 | $10,488.00 |
| Lawrence E. Flatley | Partner | 26 Years | Litigation | $340.00 | 27.20 | $9,248.00 |
| Douglas E. Cameron | Partner | 17 Years | Litigation | $325.00 | 74.30 | $24,147.50 |
| Andrew J. Trevelise | Partner | 22 Years | Litigation | $325.00 | 5.00 | $1,625.00 |
| James W. Bentz | Partner | 13 Years | Litigation | $260.00 | 32.45 | $8,437.00 |
| Stephen J. DelSole | Associate | 7 Years | Litigation | $250.00 | 39.40 | $9,850.00 |

-3-

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Traci Sands Rea | Associate | 6 years | Litigation | $240.00 | 7.50 | $1,800.00 |
| Jayme L. Butcher | Associate | 1 year | New Assoc. | $180.00 | 71.90 | $12,942.00 |
| Scott M. Cindrich | Associate | 1 year | New Assoc. | $180.00 | 84.40 | $15,192.00 |
| Bryan C. Devine | Associate | 1 year | New Assoc. | $180.00 | 90.70 | $16,326.00 |
| Jeffrey A. McDaniel | Associate | 1 year | New Assoc. | $180.00 | 17.50 | $3,150.00 |
| Andrew J. Muha | Associate | 1 year | New Assoc. | $180.00 | 95.40 | $17,172.00 |
| Lisa D. DeMarchi | Associate | 1 year | New Assoc. | $180.00 | 74.40 | $13,392.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $135.00 | 46.70 | $6,304.50 |
| Maureen C. Atkinson | Paralegal | 25 Years | Litigation | $110.00 | 50.20 | $5,522.00 |
| Keith D. Warren | Paralegal | 8 Years | Litigation | $130.00 | 1.60 | $208.00 |

Total Fees:  $155,804.00

      7.     Each of the persons who has performed service herein has kept daily time records setting forth the services and time expended in connection herewith.

      8.     The rates described above are Reed Smith's hourly rates for services of this type. Attached as <u>Exhibit A</u> is a detailed itemization and description of the services that Reed Smith rendered during the Fee Period.  Based on these rates and the services performed by each individual, the reasonable value of such services is $155,804.00 [80% = $124,643.20].  The Reed Smith attorneys and paraprofessionals expended a total of 746.25 hours for these cases during the Fee

Period. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

9.      Further, Exhibit A (a) identifies the individuals that rendered the services, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.

### Actual and Necessary Expenses

10.      It is Reed Smith's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is Reed Smith's policy to charge its clients only the amount actually incurred by Reed Smith in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals, and lodging. With respect to airfare expenses, all travel, by all individuals, is billed at the coach class rate with allowances for class upgrades.

11.      Reed Smith charges $0.15 per page for duplication. Reed Smith does not charge clients for outgoing telecopier transmissions (other than related toll charges) or for incoming telecopier transmissions.

12.      A summary of expenses by type, as well as a detailed itemization and description of the disbursements made by Reed Smith on the Debtors' behalf during the Fee Period is attached hereto as Exhibit B. All of these disbursements comprise the requested sum for Reed Smith's out-of-pocket expenses, totaling $6,971.66.

### Representations

13.    Reed Smith believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

14.    Reed Smith performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

15.    Reed Smith has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

16.    Pursuant to Fed. R. Bank. P. 2016(b), Reed Smith has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of Reed Smith, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

17.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. Reed Smith reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, for the reasons set forth above, Applicant respectfully requests this Court to enter an order allowing, authorizing and directing payment of interim compensation in the amount of $155,804.00 [80% = $124,643.20] for legal services rendered on behalf of Debtors during the

-6-

period:  September 1, 2001 through September 30, 2001, and reimbursement of expenses incurred during the same period in the amount of $6,971.66.

Dated:  October 26, 2001                            REED SMITH LLP


                                                   _____/s/ Kurt F. Gwynne_____
                                                   Kurt F. Gwynne, Esquire (No. 3951)
                                                   1201 Market Street, Suite 1500
                                                   Wilmington, DE  19801
                                                   Telephone:  (302) 778-7500
                                                   Facsimile:  (302) 778-7575
                                                   kgwynne@reedsmith.com
                                                            and
                                                   James J. Restivo, Jr.
                                                   Lawrence E. Flatley
                                                   Douglas E. Cameron
                                                   435 Sixth Avenue
                                                   Pittsburgh, PA  15219
                                                   Telephone:  412.288.3131
                                                   Facsimile:  412-288-3063

                                                   Special Asbestos Products Liability Defense
                                                   Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      899518
One Town Center Road                     Invoice Date      10/16/01
Boca Raton, FL   33486                   Client Number       172573


===========================================================================

Re: W. R. Grace & Co.


(60026)  Special Abestos Counsel

     Fees                            155,804.00


               TOTAL BALANCE DUE UPON RECEIPT      $ 155,804.00
                                                   ==============


Exhibit A

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      899518
One Town Center Road                     Invoice Date      10/16/01
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026


=================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2001

| Date | Name | | Hours |
|------|------|--|-------|
| 09/04/01 | Bentz | Review of materials regarding Grace historical case defense. | .50 |
| 09/04/01 | Cameron | Prepare and revise summary memorandum regarding meetings and planning issues (2.7); Telephone call with R. Finke regarding same (.4); Review recent governmental reports and data (1.8); Prepare for and meet with L. Flatley regarding document review issues and claims forms issues (.8); Review expert publications (1.4); Meet with J. Restivo regarding various strategy issues (.3). | 7.40 |
| 09/04/01 | DelSole | Review of web sites and publications regarding Libby. | 4.50 |
| 09/04/01 | Flatley | Review media articles (.40); call with B. Culver and follow up on call (.70); with D. Cameron re: documents issues (1.0); follow up re documents issues (1.00). | 3.10 |
| 09/04/01 | Haines | Multi memos re: scanning proposals(.5); review proposals(1.5); conference with Peter Green (On-Site Sources) re: proposal(.5). | 2.50 |
| 09/04/01 | Rea | Reviewed material on testing | .20 |

172573 W. R. Grace & Co.                              Invoice Number  899518
60026  Special Abestos Counsel                        Page   2
       October 16, 2001

| Date | Name | | Hours |
|------|------|------|------|
| 09/04/01 | Restivo | Review received material(.5); dictate notes and instructions and meet with D. Cameron(1.0). | 1.50 |
| 09/04/01 | Trevelise | Review correspondence re: document scanning proposal. | .10 |
| 09/05/01 | Atkinson | Review Summation database for categories and printing sample documents (.6); reviewing memoranda provided by L. Flatley re: continuation of document review (.5). | 1.10 |
| 09/05/01 | Butcher | Attend document review project meeting | 1.50 |
| 09/05/01 | Cameron | Prepare for and meet with several new associates regarding document review assignments (1.9); Meet with J. Restivo regarding same (.4); Prepare and revise comments regarding claims forms (.9); Prepare for and meet with second group of new associates regarding document review assignment (1.6); Prepare for and participate in conference call with R. Finke and A. Running (.8); Prepare summary of projects and discuss with R. Finke (.9); Prepare for 9/6 meeting in Baltimore with R. Finke and J. Restivo (1.3); Review materials from T. Hardy and e-mail regarding same (.7); Meet with T. Rea regarding same (.4). | 8.90 |
| 09/05/01 | Cindrich | Meeting with D. Cameron and J. Restivo re document review project. | 1.50 |
| 09/05/01 | DeMarchi Sleigh | W. R. Grace & Co. meeting re document review project. | 1.50 |
| 09/05/01 | DelSole | Review of class notification issues in light of bankruptcy proceedings(.2); compilation of cases regarding epidemiologic evidence(.2). | .40 |

172573 W. R. Grace & Co.                          Invoice Number  899518
60026  Special Abestos Counsel                    Page    3
       October 16, 2001

| Date | Name | | Hours |
|------|------|--|-------|

09/05/01 Devine       Attend document review assignment      1.50
                      strategy meeting.

09/05/01 Flatley      Review ATSDR report and memorandum     5.50
                      and e-mail (2.40); call with D.
                      Cameron re: documents issues
                      (.30); call with W. Sparks re:
                      witness issues (1.10); review
                      documents issues and media reports
                      (1.30); with M. Atkinson re:
                      document review (.40).

09/05/01 Haines       Review proposals(2.9); memos re:       3.90
                      same(1.0).

09/05/01 McDaniel     Attended meeting re: document          1.50
                      review assignment (Briefs by D.
                      Cameron and J. Restivo)

09/05/01 Muha         Meeting with D. Cameron and J.         2.50
                      Restivo re: W.R. Grace projec
                      (1.5); read Grace memo and
                      reviewed ZAI memo and notes (1.0).

09/05/01 Rea          Reviewed testing documents to send     3.80
                      to expert and revised memo re: same

09/05/01 Restivo      Meetings re: document review           3.60

09/05/01 Trevelise    Telephone call with D. Cameron re:      .30
                      protocols for attorney document
                      review.

09/06/01 Atkinson     Searches on Summation for sample       3.60
                      categories of documents to show to
                      L. Flatley (.9); meeting with L.
                      Flatley re: review of documents in
                      Boston and re: attorney review of
                      documents already on database
                      (1.1); telephone call with S.
                      Haines re: review and further
                      searches on Summation (.6).

09/06/01 Cameron      Prepare for and meet with J.           3.20
                      Restivo, R. Finke and witness.

09/06/01 Cindrich     Read case file for Grace assignment     .50

09/06/01 Devine       Review case file.                       .80

172573  W. R. Grace & Co.                          Invoice Number  899518
60026   Special Abestos Counsel                    Page    4
        October 16, 2001

| Date | Name | | Hours |
|------|------|---|-------|
| 09/06/01 | Flatley | With M. Atkinson re: documents review (1.40); follow up on Atkinson meeting with e-mails, etc. (.20). | 1.60 |
| 09/06/01 | Haines | Memos(.3); telephone calls re: scanning proposals(.3); telephone calls re: attorney review(.5) prepare list of questions re: proposals(4.5). | 5.60 |
| 09/06/01 | Muha | Read Grace materials. | 1.20 |
| 09/06/01 | Restivo | Meet with Dr. Corn | 3.00 |
| 09/07/01 | Flatley | Review correspondence (.20); call with A. Trevelise (.10). | .30 |
| 09/07/01 | Haines | Memos, telephone calls re: scanning proposals. | .70 |
| 09/07/01 | Trevelise | Review correspondence and telephone call with Larry Flatley re: attorney document review. | .20 |
| 09/08/01 | Cameron | Review materials and prepare memos regarding meetings (1.4); Review document review materials (.9). | 2.30 |
| 09/09/01 | Cameron | Organize materials for conference call and review action item memos. | .80 |
| 09/10/01 | Atkinson | Teleconference with L. Flatley, D. Cameron, A. Trevelise re: review of database documents(1.5); meeting with Karen Goldbach re: database searches(1.0); e-mails and telephone calls with Susan Haines re: database(.6). | 3.10 |
| 09/10/01 | Bentz | Review of publications and materials regarding Libby and attic fill. | .90 |
| 09/10/01 | Butcher | Review background information re: matter to prepare for document review(2.0); meeting re document review(2.1). | 4.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  899518
60026  Special Abestos Counsel                  Page    5
       October 16, 2001
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 09/10/01 | Cameron | Prepare for and participate in telephone call regarding document review issues (.8); Prepare and revise memo regarding same (.7); Memo regarding meeting with witnesses (1.3); Prepare for and participate in conference call with R. Finke and A. Running regarding witnesses (.5); Review outline regarding same (.6); Review documents relating to Grace testing (2.4); Meet with L. Flatley and M. Atkinson regarding document review (.5). | 6.80 |
| 09/10/01 | Cindrich | Reviewed Grace file(2.0); associates meeting regarding Grace(2.1). | 2.20 |
| 09/10/01 | DeMarchi Sleigh | Document review. | 4.00 |
| 09/10/01 | DelSole | Research of web sites regarding articles and reports on Libby/vermiculite and insulation(.5); memorandum to Attorney Cameron regarding same(0.5). | 1.00 |
| 09/10/01 | DelSole | Research of proof of causation in asbestos context(3.5); preparation of legal memoranda in regards to same(1.5). | 5.00 |
| 09/10/01 | Devine | Review background information in preparation for document review and review documents. | 3.30 |
| 09/10/01 | Flatley | Review e-mails and correspondence (1.20); with J. Restivo and D. Cameron (.20); call with M. Murphy re: documents (.40); reviewing documents issues (.40); conference call with D. Cameron, A. Trevelise and M. Atkinson re: document issues (.70); follow up on conference call (.20). | 3.10 |

172573 W. R. Grace & Co.                        Invoice Number  899518
60026  Special Abestos Counsel                  Page   6
       October 16, 2001


    Date    Name                                                    Hours
    -------- -----------                                            -----

  09/10/01 Haines        Telephone call with Atkinson re:    4.20
                         attorney review(.3); review
                         Uniscribe and DTI proposals(.9);
                         revise proposal question
                         chart(1.5); multi telephone calls,
                         memos re: attorney review
                         parameters(1.5).

  09/10/01 McDaniel      Attended document review planning     .30
                         meeting

  09/10/01 Muha          Read Grace memos(3.0); meeting      5.10
                         with new associate on Grace
                         document review project(1.0);
                         review key word list(1.1).

  09/10/01 Rea           Reviewed and compiled documents to  3.50
                         send to consultant

  09/10/01 Restivo       Review of new materials, reports,   1.50
                         etc.(1.0); discussions re document
                         review(.50).

  09/10/01 Trevelise     Review memorandum re: attorney        .80
                         document review protocol(0.2);
                         conference call with Cameron,
                         Atkinson and Flatley re: same(.5);
                         review correspondence re: initial
                         screening process and scanning
                         proposals(0.1).

  09/11/01 Atkinson      Meeting with Litigation Support     3.80
                         re: Grace database(2.0); printing
                         sample documents for associates
                         review of summation(1.8).

  09/11/01 Bentz         Review of protocol for review of    3.00
                         documents(.3); review of
                         documents(1.0); meeting with J.
                         Restivo, L. Flatley and D. Cameron
                         regarding document review and
                         organization of attic fill
                         defense(1.7).

  09/11/01 Butcher       Review documents(.5); prepare for     .60
                         document review(1.0).

172573 W. R. Grace & Co.                        Invoice Number  899518
60026  Special Abestos Counsel                  Page    7
       October 16, 2001


   Date   Name                                              Hours
 -------- -----------                                       -----

 09/11/01 Cameron          Review materials for fee              3.80
                           application (.9); Telephone call
                           and meetings regarding document
                           review and coding process (1.7);
                           Review and revise coding sheet
                           (.8); Review expert witness
                           material (.4).

 09/11/01 Flatley          With M. Atkinson re: document         3.80
                           review, including call with D.
                           Cameron (.20); review document
                           issues (1.00); with J. Bentz to
                           discuss document issues (.80);
                           with J. Restivo, D. Cameron and J.
                           Bentz to discuss documents issues
                           (1.50); follow up on meeting (.30).

 09/11/01 Haines           Memos re: attorney review(.4);         .80
                           telephone calls re: scanning
                           proposals(0.4).

 09/11/01 Restivo          Telephone call with A. Trevelise      1.40
                           re document review (0.4); meeting
                           re document review project (1.0)

 09/12/01 Atkinson         Summation training for associates    2.00
                           to review documents from summation.

 09/12/01 Atkinson         Meeting with Litigation Support       1.50
                           re: database(.5); printing
                           documents from database(1.0).

 09/12/01 Bentz            Review of materials regarding         1.10
                           document review and actions at
                           Libby.

 09/12/01 Butcher          Summation database training re:       1.80
                           document review

 09/12/01 Cameron          Prepare for and meet with New         3.40
                           Associates regarding document
                           review process and e-mails
                           regarding same (1.4); Review
                           e-mail regarding current
                           developments and witnesses (.9);
                           Organize governmental analysis and
                           review (1.1).

```
172573 W. R. Grace & Co.                    Invoice Number  899518
60026  Special Abestos Counsel              Page    8
       October 16, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| -------- | ----------- | | ----- |
| 09/12/01 | Cindrich | Review internet article regarding Libby, Montana for Grace assignment(.50); summation database training relating to Grace assignment(1.0). | 1.50 |
| 09/12/01 | DeMarchi Sleigh | Document review. | .90 |
| 09/12/01 | Devine | Document review. | .80 |
| 09/12/01 | Flatley | Review correspondence (.30); go over documents criteria and respond (.30); with M. Atkinson (.10); call with D. Cameron and others (.20). | .90 |
| 09/12/01 | Haines | Memorandum re: attorney review(.3); telephone calls re: same(.4), conference with Trevelise re: same(.2); memos, telephone calls, scanning re: proposal(.7); conference with Trevelise re: scanning proposals(.2) | 1.80 |
| 09/12/01 | McDaniel | Commenced document review(.5); Attended Summation database training(1.0). | 1.50 |
| 09/12/01 | Muha | Summation database training for Grace project. | 1.50 |
| 09/12/01 | Restivo | Review newly received material | 1.00 |
| 09/12/01 | Trevelise | Review correspondence re: motion to create document repository and resumption of document review(.1); preparation of correspondence re: same and telephone call with K. Cogan re: same(.1); correspondence to R. Finke and telephone call with C. Sullivan re: status of bankruptcy motions and meeting with scanning vendors(.3). | .50 |
| 09/13/01 | Atkinson | Meeting with associates re: review of documents from databases(1.4); printing and organizing documents for review by associates(2.2). | 3.60 |

172573  W. R. Grace & Co.                          Invoice Number  899518
60026   Special Abestos Counsel                    Page    9
        October 16, 2001

| Date | Name | | Hours |
|------|------|------|-------|
| 09/13/01 | Bentz | Conference with J. Restivo(.2); review of legal research regarding validity of evidence of causation(1.0); review of materials regarding Libby(1.0). | 2.20 |
| 09/13/01 | Butcher | Document Review | 5.80 |
| 09/13/01 | Cameron | Prepare for and meet with new associates re: document review (.40); participate in document review and meet with J. Restivo and new associates re: same (1.90); review materials from R. Finke and Kirkland & Ellis re: strategy (1.40). | 3.70 |
| 09/13/01 | Cindrich | Grace document review(4.0); meeting with J. Restivo and D. Cameron(.5); additional review of documents(2.3). | 6.80 |
| 09/13/01 | DeMarchi Sleigh | Document review. | 4.60 |
| 09/13/01 | Devine | Document review. | 6.30 |
| 09/13/01 | Haines | Multi memos re: attorney review. | .60 |
| 09/13/01 | McDaniel | Continued document review | 4.80 |
| 09/13/01 | Muha | Document review(6.1); meet with Jim Restivo and Doug Cameron re: Grace document review(.5). | 6.60 |
| 09/13/01 | Restivo | Review sample documents from document review process (1.5); dictate ground rules for documents (0.5); meet with reviewers (1.0); telephone call with R. Finke (0.3) | 3.30 |
| 09/13/01 | Trevelise | Review correspondence re: attorney review and initial document(.1); review issues and correspondence re: same(.2). | .30 |
| 09/14/01 | Atkinson | Printing out database documents for associates to review(.3); tele-mail to Ditto re: printing of documents(.2). | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  899518
60026  Special Abestos Counsel              Page   10
       October 16, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/14/01 | Bentz | Review of document review process and protocols(.5); review of articles on Libby mine(1.0); review Grace documents(.5). | 2.00 |
| 09/14/01 | Butcher | Document Review | 4.00 |
| 09/14/01 | Cindrich | Document review. | 8.00 |
| 09/14/01 | DeMarchi Sleigh | Document review. | 4.60 |
| 09/14/01 | Devine | Document review. | 5.60 |
| 09/14/01 | Flatley | Review correspondence (.80); call with D. Cameron (.20). | 1.00 |
| 09/14/01 | Haines | Memos re: scanning proposals(.6); telephone calls re: scanning proposals(.7). | 1.30 |
| 09/14/01 | Muha | Document review. | 7.00 |
| 09/15/01 | Atkinson | Printing documents from Summation database for associates to review. | 1.30 |
| 09/16/01 | Cameron | Prepare memo re: meeting with Restivo, Finke, et al (.90); review document review issues (.60); organize outline for conference call re: witnesses (.60). | 2.10 |
| 09/17/01 | Atkinson | Printing and organizing documents from Summation for associates to review and summarize. | 1.70 |
| 09/17/01 | Bentz | Reviewing and summarizing information and articles on Libby(1.75); review of Grace documents(2.0). | 3.75 |
| 09/17/01 | Butcher | Document review | 5.10 |
| 09/17/01 | Cindrich | Document review. | 8.30 |
| 09/17/01 | DeMarchi Sleigh | Document review | 3.10 |
| 09/17/01 | Devine | Work on document review. | 3.80 |
| 09/17/01 | Flatley | Conference re: documents. | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  899518
60026  Special Abestos Counsel              Page  11
       October 16, 2001
```

| Date | Name | | Hours |
|------|------|---|------|

| Date | Name | | Hours |
|------|------|---|-------|
| 09/17/01 | Haines | Review responses to questions re: proposals from multiple vendors(.5); revise bid summary sheets(1.2); memos re: attorney review(.2). | 1.90 |
| 09/17/01 | Muha | Document review. | 4.30 |
| 09/17/01 | Trevelise | Review correspondence re: status of attorney review. | .20 |
| 09/18/01 | Atkinson | Printing documents from Summation database for associates to review(1.5); e-mail to associates re: questions(.3). | 1.80 |
| 09/18/01 | Bentz | Reviewing and summarizing materials and news articles regarding Libby. | 2.50 |
| 09/18/01 | Butcher | Document review | .80 |
| 09/18/01 | Cameron | Review materials relating to test data (1.1); Review materials regarding document review issues (.7); Prepare for and participate in conference call regarding expert issues (.9); Review correspondence and news reports (.8); Telephone call with R. Finke regarding same (.6). | 4.10 |
| 09/18/01 | Cindrich | Document review. | 8.00 |
| 09/18/01 | DeMarchi Sleigh | Document review. | 6.60 |
| 09/18/01 | Devine | Work on document review. | 8.10 |
| 09/18/01 | Flatley | Correspondence and e-mail (.90); messages from/to A. Trevelise (.10); call with R. Finke (.50); call with D. Cameron (.20). | 1.70 |
| 09/18/01 | Haines | Multi conferences with Trevelise(.3); correspondence re: attorney review(.5); research re: attorney review(1.1); review correspondence re: scanning proposals(.7). | 2.60 |

172573 W. R. Grace & Co.                          Invoice Number  899518
60026  Special Asbestos Counsel                   Page  12
       October 16, 2001


   Date    Name                                                      Hours
   ------- -----------                                               -----

09/18/01 Muha             Document review.                           7.20

09/18/01 Restivo          Organization of pertinent                  2.00
                          information and review of new
                          material and things to do memo

09/18/01 Trevelise        Review correspondence re: attorney          .40
                          review and telephone calls with M.
                          Atkinson re: same.

09/19/01 Atkinson         Conference call with A. Trevelise          2.40
                          re: options to outsourcing
                          printing of Summation images(.2);
                          meeting with K. Hindman, L.
                          Johnson, K. Dollens and drafting
                          memo to A. Trevelise(1.8);
                          printing images from Summation(.4).

09/19/01 Bentz            Reviewing and summarizing articles         3.00
                          regarding Libby and statements by
                          government officials regarding
                          asbestos exposure(2.0); review of
                          Grace documents(1.0).

09/19/01 Butcher          Document review                            4.80

09/19/01 Cameron          Telephone call with counsel               1.70
                          regarding document revisions (.5);
                          Review J. Restivo's Summary
                          regarding open tasks and follow up
                          with same (1.2).

09/19/01 Cindrich         Document review.                           4.80

09/19/01 DeMarchi Sleigh  Document review                            6.20

09/19/01 Devine           Work on document review.                   8.10

09/19/01 Flatley          Reviewing news articles (.50);            1.30
                          message for A. Trevelise (.10);
                          call with A. Trevelise and follow
                          up (.70).

09/19/01 Haines           Review research scanning proposals        3.50
                          and responses to requests for
                          additional information; prepare
                          summary of same.

09/19/01 Muha             Document review.                           1.80

```
172573 W. R. Grace & Co.                      Invoice Number  899518
 60026  Special Abestos Counsel               Page  13
        October 16, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/19/01 | Restivo | Continuing review of newly received material (1.5); dictate things to do list(.5). | 1.00 |
| 09/19/01 | Trevelise | Review correspondence re: status of attorney review and protocols for same. | .20 |
| 09/20/01 | Atkinson | Reviewing, revising memorandum to A. Trevelise re: review of documents printed from Summation(1.1); organizing, printing documents from Summation(2.7). | 3.80 |
| 09/20/01 | Bentz | Review of witness materials and preparation of historical case defense. | 1.20 |
| 09/20/01 | Butcher | Document review | 6.30 |
| 09/20/01 | Cameron | Telephone call with R. Finke regarding EPA results and review information regarding same (.8); Review survey issues from Barbanti and telephone call with J. Baer regarding same (.8); Review and revise fee application materials (1.6). | 3.20 |
| 09/20/01 | Cindrich | Document review. | 7.70 |
| 09/20/01 | DeMarchi Sleigh | Document review | 6.40 |
| 09/20/01 | DelSole | Review of asbestos cases for triggering insurance coverage(1.0); memorandum in relation to same(6.5). | 1.50 |
| 09/20/01 | Devine | Work on document review. | 8.50 |
| 09/20/01 | Flatley | Call with D. Cameron (.10); correspondence (.10). | .20 |
| 09/20/01 | Haines | Conference call re: scanning proposals(.5); review and compare proposals(1.2). | 1.70 |
| 09/20/01 | Muha | Document review. | 6.30 |

172573 W. R. Grace & Co.                          Invoice Number  899518
60026  Special Abestos Counsel                    Page  14
       October 16, 2001

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 09/21/01 | Atkinson | Reviewing Summation database and printing summaries and images for attorney review(2.2); e-mail to new associates(.2). | 2.40 |
| 09/21/01 | Bentz | Review of documents and witness materials in preparation of defense. | 1.75 |
| 09/21/01 | Butcher | Document Review | 7.50 |
| 09/21/01 | Cameron | Prepare for and participate in telephone call with consultants (1.3); Prepare for and participate in telephone call with A. Running, R. Finke, et al. (.7); Review notes of calls and e-mails regarding same (.8); Review materials relating to personal injury claims (.9). | 3.70 |
| 09/21/01 | Cindrich | Document review. | 8.50 |
| 09/21/01 | DeMarchi Sleigh | Document review | 6.50 |
| 09/21/01 | DelSole | Research of case law regarding applicability of certain liability doctrine to preclude liability for Zonolite acquisition issues. | 5.00 |
| 09/21/01 | Devine | Work on document review. | 8.20 |
| 09/21/01 | Haines | Memorandum re: attorney review recommendations(.3); review comparison of scanning proposals(2.0); prepare short list of proposals(3.0); telephone calls re: same(.3). | 5.60 |
| 09/21/01 | Muha | Document review. | 7.30 |
| 09/21/01 | Trevelise | Review correspondence re: status of attorney review of documents. | .30 |
| 09/22/01 | Atkinson | Reviewing Summation database and printing summaries and images for attorney review. | 2.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  899518
60026  Special Abestos Counsel                  Page   15
       October 16, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/23/01 | Atkinson | Review Summation database and print summaries and images for attorney review. | .80 |
| 09/23/01 | Cameron | Review materials regarding potential experts. | .80 |
| 09/24/01 | Atkinson | Sample Summary sheets to J. Restivo to review(.3); reviewing Summation database and printing images for attorney review(2.3). | 2.60 |
| 09/24/01 | Butcher | Document Review | 7.40 |
| 09/24/01 | Cameron | Prepare for and meet with J. Restivo regarding status of issues and things to do (.6); Review correspondence and e-mail regarding outstanding Grace issues (.8); Review notice plan and proposed CMO (.9); Prepare memo regarding Friday calls with various counsel (.8); Review and revise materials for fee application (1.0). | 4.10 |
| 09/24/01 | Cindrich | Document review. | 9.10 |
| 09/24/01 | DeMarchi Sleigh | Document review | 5.40 |
| 09/24/01 | DelSole | Research of law of certain liability issues(4.5); review of prior judicial determinations(2.0); review for purposes of research memorandum(1.5). | 8.00 |
| 09/24/01 | Devine | Work on document review. | 8.30 |
| 09/24/01 | Flatley | Reviewing and discussing documents being reviewed (.60); review and reply to JJR e-mail on documents (.10). | .70 |
| 09/24/01 | Haines | Prepare discussion points for tomorrow's conference call re: scanning vendors(3.2); memos re: scanning proposals(.5), telephone calls re: additional questions for vendors(.5); work to be done at Winthrop Square(.4). | 4.60 |

```
172573 W. R. Grace & Co.                          Invoice Number  899518
60026  Special Abestos Counsel                    Page  16
       October 16, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/24/01 | McDaniel | Conducted document review | .10 |
| 09/24/01 | Muha | Document review. | 9.00 |
| 09/24/01 | Restivo | Meeting with D. Cameron(.5); meeting re document review(.5); review sample hot document summary sheets from attorney document review(1.2). | 2.20 |
| 09/25/01 | Atkinson | Meeting with J. Restivo and copy of Summary Sheets from document review to J. Restivo for review(.4); telephone call to A. Trevelise re: Summation coding and printing(.3); reviewing summation database and printing Summation documents for associate review(3.0). | 3.70 |
| 09/25/01 | Butcher | Document Review | 6.00 |
| 09/25/01 | Cameron | Prepare for and participate in conference call with T. Hardy and consultant (.4); Telephone call with R. Finke and e-mails regarding various matters (.5); Review and revise memo regarding open issues (.9); Prepare and revise memo regarding experts (1.1). | 2.90 |
| 09/25/01 | Cindrich | Document review. | 1.30 |
| 09/25/01 | DeMarchi Sleigh | Document review | 7.80 |
| 09/25/01 | DelSole | Continued research of liability issues(5.7); initial preparation of legal memorandum regarding same(2.3). | 8.00 |
| 09/25/01 | Devine | Work on document review. | 4.50 |
| 09/25/01 | Flatley | E-mails re: document review and responses to them. | .30 |

172573  W. R. Grace & Co.                          Invoice Number  899518
60026   Special Abestos Counsel                    Page  17
        October 16, 2001

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 09/25/01 | Haines | Memorandum re: organization of Winthrop Square(1.0); memos re: Lason return of boxes(.9); conference call re: scanning vendor schedule(.7); conference with Trevelise re: same and re: attorney review(.9). | 3.50 |
| 09/25/01 | McDaniel | Conducted document review | 2.20 |
| 09/25/01 | Muha | Document review. | 9.10 |
| 09/25/01 | Restivo | Review "hot documents" reports(1.5); conference call with A. Trevelise(.5); dictate memos(.5). | 2.50 |
| 09/25/01 | Trevelise | Review proposals and summary and analysis of scanning proposals for document review(.8); conference with S. Haines re: same(.2); conference with K. Cogan, C. Latuda, M. Murphy and S. Haines re: scanning proposals and meeting with scanning companies(.2); telephone call with M. Atkinson and J. Restivo re: status of attorney review(.2). | 1.40 |
| 09/26/01 | Atkinson | Arrangements for training to input, print Summation documents(.3); e-mails to/from associates re: document review(.3); reviewing, printing summation imaged documents to review(2.0). | 2.60 |
| 09/26/01 | Bentz | Review of materials regarding testing(.5); review of Grace documents(.6); review of various expert work(.4). | 1.50 |
| 09/26/01 | Butcher | Document Review | 5.10 |
| 09/26/01 | Cameron | Telephone call and e-mails with R. Finke, et al. regarding meetings and EPA data (.6); Prepare and revise strategy memo regarding open issues (1.2); Organize materials for meeting with Grace counsel (.9). | 2.70 |

172573  W. R. Grace & Co.                          Invoice Number  899518
60026   Special Abestos Counsel                    Page   18
        October 16, 2001


    Date    Name                                                   Hours
    --------  -----------                                          -----


  09/26/01  Cindrich          Document review.                      8.00

  09/26/01  DeMarchi Sleigh   Document review                       3.40

  09/26/01  Devine            Work on document review.              8.50

  09/26/01  Haines            Memos re: Boston meeting re:           .60
                              scanner selection and attorney
                              review.

  09/26/01  McDaniel          Conducted document review            1.50

  09/26/01  Muha              Document review.                      9.20

  09/27/01  Atkinson          Meeting with L. Flatley, S.           2.70
                              Cindrich re: individuals' medical
                              records and e-mail re: same(.5);
                              copies of Summary Sheets collected
                              for J. Restivo to review(.4);
                              printing, reviewing Summary Sheets
                              printed from Summation(1.8).

  09/27/01  Bentz             Preparation of historical case        3.75
                              defense.

  09/27/01  Butcher           Document Review                       6.70

  09/27/01  Cameron           Review materials from experts and     2.40
                              telephone call with A. Running and
                              R. Finke regarding same (1.8);
                              E-mails to Grace counsel regarding
                              meetings and open issues (.6).

  09/27/01  Cindrich          Document review.                      1.50

  09/27/01  DeMarchi Sleigh   Document review                       7.60

  09/27/01  DelSole           Continued preparation of              6.00
                              memorandum regarding certain
                              liability issues.

  09/27/01  Devine            Work on document review.              7.20

  09/27/01  Flatley           Call with M. Atkinson (0.1); with     1.00
                              M. Atkinson, et al., re document
                              review issues, including e-mails
                              (0.6); with J. Bentz about witness
                              issues and follow-up (0.3)

172573  W. R. Grace & Co.                          Invoice Number  899518
60026   Special Abestos Counsel                    Page   19
        October 16, 2001

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 09/27/01 | Haines | Memos, telephone calls re: Boston scanner meeting. | 1.30 |
| 09/27/01 | McDaniel | Conducted document review | 3.10 |
| 09/27/01 | Muha | Document review. | 9.30 |
| 09/27/01 | Trevelise | Review correspondence and telephone call with S. Haines re: document review project. | .30 |
| 09/27/01 | Warren | Review, copy, file fee application; attention to service and mailing procedures | 1.40 |
| 09/28/01 | Atkinson | J. Restivo meeting with associates to discuss documents review progress/issues(1.1); printing additional documents for associate review(.7). | 1.80 |
| 09/28/01 | Bentz | Meeting with L. Flatley regarding historical case defense(.5); preparation of outline regarding witnesses, documents and defenses(3.8); meeting with J. Restivo, L. Flatley, D. Cameron and document review team re: strategy meeting(1.0). | 5.30 |
| 09/28/01 | Butcher | Document review (3.2 hours); meeting re: document review with J. Restivo, D. Cameron and document team (1.2 hours) | 4.40 |
| 09/28/01 | Cameron | Prepare for and attend meeting with W. R. Grace team regarding document review issues (1.3); E-mails and telephone calls with counsel and witnesses regarding meetings with expert (.8); Review materials received from counsel relating to testing data and government work (1.8). | 3.90 |
| 09/28/01 | Cindrich | Document review(5.2); strategy meeting with J. Restivo, D. Cameron, et al(1.5). | 6.70 |
| 09/28/01 | DeMarchi Sleigh | Document review | 5.80 |

172573 W. R. Grace & Co.                          Invoice Number  899518
60026  Special Abestos Counsel                    Page  20
       October 16, 2001

| Date | Name | | Hours |
|------|------|--|-------|
| 09/28/01 | Devine | Work on document review and attend meeting. | 5.70 |
| 09/28/01 | Devine | Attend strategy meeting re: document review. | 1.50 |
| 09/28/01 | Flatley | E-mails from/to R. Senftleben re: scheduling call for Wednesday (.20); with J. Bentz re: a memo outlining our witness plans (.70); e-mails from/to M. Atkinson on documents (.10); meeting with J. Restivo, D. Cameron, J. Bentz and documents team and follow up on meeting (1.40). | 2.40 |
| 09/28/01 | McDaniel | Attended W.R. Grace team meeting and continue document review | 2.50 |
| 09/28/01 | Muha | Attend Grace team meeting re: document review project(1.5); continue document review(6.5). | 8.00 |
| 09/28/01 | Restivo | Review collected material(2.0); meet with attorney review team(1.5); dictate new rules for document review(.6); telephone call with J. Kapp re committee's retention of consultant(.5). | 4.60 |
| 09/28/01 | Warren | Review filed application. | .20 |
| 09/29/01 | Atkinson | Printing Summation documents for associate attorneys to review(.8); locating missing documents for associates to review(.4). | 1.20 |
| 09/29/01 | Cameron | Summarize document review issues and questions (.6); Organize witness materials and planning meeting preparation (1.8). | 2.40 |

                                                    ------
                                        TOTAL HOURS   746.25


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Andrew J. Trevelise | 5.00 | at | $ 325.00 | = | 1,625.00 |
| James J. Restivo Jr. | 27.60 | at | $ 380.00 | = | 10,488.00 |
| Lawrence E. Flatley | 27.20 | at | $ 340.00 | = | 9,248.00 |

172573 W. R. Grace & Co.  
60026  Special Abestos Counsel  
     October 16, 2001

Invoice Number  899518  
Page  21

| | | | | | |
|---|---|---|---|---|---|
| Douglas E. Cameron | 74.30 | at | $ | 325.00 | ≈ | 24,147.50 |
| James W Bentz | 32.45 | at | $ | 260.00 | ≈ | 8,437.00 |
| Traci Sands Rea | 7.50 | at | $ | 240.00 | ≈ | 1,800.00 |
| Stephen J. DelSole | 39.40 | at | $ | 250.00 | ≈ | 9,850.00 |
| Scott M. Cindrich | 84.40 | at | $ | 180.00 | ≈ | 15,192.00 |
| Lisa D. DeMarchi Sleigh | 74.40 | at | $ | 180.00 | ≈ | 13,392.00 |
| Bryan C. Devine | 90.70 | at | $ | 180.00 | ≈ | 16,326.00 |
| Jayme L. Butcher | 71.90 | at | $ | 180.00 | ≈ | 12,942.00 |
| Jeffrey A. McDaniel | 17.50 | at | $ | 180.00 | ≈ | 3,150.00 |
| Andrew J. Muha | 95.40 | at | $ | 180.00 | ≈ | 17,172.00 |
| M. Susan Haines | 46.70 | at | $ | 135.00 | ≈ | 6,304.50 |
| Maureen L. Atkinson | 50.20 | at | $ | 110.00 | ≈ | 5,522.00 |
| Keith D. Warren | 1.60 | at | $ | 130.00 | ≈ | 208.00 |

CURRENT FEES                155,804.00

                                                  - - - - - - - - - - - -  
TOTAL BALANCE DUE UPON RECEIPT    $ 155,804.00  
                                                  ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number      899518
One Town Center Road                         Invoice Date      10/16/01
Boca Raton, FL   33486                       Client Number       172573


========================================================================

Re: W. R. Grace & Co.


(60026)   Special Abestos Counsel


    Expenses                        6,971.66

                    TOTAL BALANCE DUE UPON RECEIPT        $ 6,971.66
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number       899518
One Town Center Road                   Invoice Date       10/16/01
Boca Raton, FL   33486                 Client Number        172573
                                       Matter Number         60026

=======================================================================

Re: (60026)  Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/31/01 | Document Production TAPES/REVISIONS | 165.00 |
| 08/20/01 | ROSSI/M SUSAN 23AUG PHL BOS PHL - Air tra expense | 754.50 |
| 08/20/01 | RESTIVO/JAMES J 23AUG PIT DCA PIT - Air t expense | 721.00 |
| 08/22/01 | Courier Service UPS | 21.06 |
| 08/22/01 | Courier Service UPS | 19.64 |
| 08/23/01 | TREVELISE/ANDREW 23AUG PHL BOS PHL - Air expense | 754.50 |
| 08/26/01 | Documentation Charge - INV 15499- VENDOR: PARCELS, INC.-D D R | 24.00 |
| 08/27/01 | 215-851-8232/PHILA, PA/14 | 1.08 |
| 08/28/01 | 302-778-7577/WILMINGTON, DE/1 | .10 |
| 08/28/01 | 302-778-7577/WILMINGTON, DE/4 | .57 |
| 08/28/01 | ATTY # 3619: 2 COPIES | .30 |
| 08/28/01 | ATTY # 3619: 8 COPIES | 1.20 |
| 08/29/01 | 561-362-1533/BOCA RATON, FL/7 | 1.05 |
| 08/29/01 | 410-752-9733/BALTIMORE, MD/1 | .12 |
| 08/30/01 | 561-362-1551/BOCA RATON, FL/6 | .90 |

172573 W. R. Grace & Co.                        Invoice Number  899518
60026  Special Abestos Counsel                  Page   2
       October 16, 2001


08/30/01   561-362-1583/BOCA RATON, FL/1                    .16
08/30/01   215-851-8100/PHILA, PA/1                         .11
08/30/01   202-879-5200/WASHINGTON, DC/1                    .21
08/30/01   410-531-4367/COLUMBIA, MD/2                      .36
08/30/01   561-362-1583/BOCA RATON, FL/1                    .16
08/31/01   ATTY # 0178: 1 COPIES                            .15

08/31/01   304-233-3511/WHEELING, WV/4                      .40
08/31/01   617-227-0800/BOSTON, MA/1                        .09
08/31/01   215-851-8250/PHILA, PA/47                       3.74
09/01/01   ATTY # 0349: 1 COPIES                            .15
09/01/01   ATTY # 0559: 14 COPIES                          2.10
09/01/01   ATTY # 0349: 2 COPIES                            .30
09/04/01   ATTY # 0349; 18 COPIES                          2.70
09/04/01   ATTY # 0349; 3 COPIES                            .45
09/04/01   ATTY # 0349; 12 COPIES                          1.80
09/04/01   ATTY # 0559; 2 COPIES                            .30
09/04/01   ATTY # 0559; 638 COPIES                        63.80
09/04/01   ATTY # 0396; 2 COPIES                            .30
09/04/01   ATTY # 0349: 2 COPIES                            .30
09/04/01   ATTY # 0349: 1 COPIES                            .15
09/04/01   ATTY # 0349: 2 COPIES                            .30
09/04/01   ATTY # 0349: 2 COPIES                            .30
09/04/01   ATTY # 0349: 2 COPIES                            .30
09/04/01   ATTY # 0349: 1 COPIES                            .15
09/04/01   ATTY # 0559; 638 COPIES                        63.80
09/04/01   ATTY # 0349: 1 COPIES                            .15

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
        October 16, 2001

Invoice Number  899518
Page   3

| 09/04/01 | 724-325-1776/EXPORT, PA/2 | .11 |
| 09/04/01 | 410-752-9733/BALTIMORE, MD/1 | .09 |
| 09/04/01 | 215-851-8250/PHILA, PA/1 | .08 |
| 09/05/01 | ATTY # 0349: 1 COPIES | .15 |
| 09/05/01 | ATTY # 0396: 2 COPIES | .30 |
| 09/05/01 | ATTY # 0559: 1 COPIES | .15 |
| 09/05/01 | ATTY # 0559: 42 COPIES | 6.30 |
| 09/05/01 | ATTY # 0349: 1 COPIES | .15 |
| 09/05/01 | ATTY # 0559: 42 COPIES | 6.30 |
| 09/05/01 | ATTY # 0559: 42 COPIES | 6.30 |
| 09/05/01 | ATTY # 1398: 1 COPIES | .15 |
| 09/05/01 | ATTY # 0396: 2 COPIES | .30 |
| 09/05/01 | ATTY # 0349: 1 COPIES | .15 |
| 09/05/01 | ATTY # 1398: 1 COPIES | .15 |
| 09/05/01 | ATTY # 0235: 1 COPIES | .15 |
| 09/05/01 | UPS - courier service | 41.00 |
| 09/05/01 | ATTY # 0349; 216 COPIES | 32.40 |
| 09/05/01 | ATTY # 0559; 72 COPIES | 7.20 |
| 09/05/01 | ATTY # 1398; 258 COPIES | 38.70 |
| 09/05/01 | ATTY # 0559; 1001 COPIES | 100.10 |
| 09/05/01 | ATTY # 0235; 17 COPIES | 2.55 |
| 09/05/01 | ATTY # 0559; 72 COPIES | 7.20 |
| 09/05/01 | ATTY # 0559; 1001 COPIES | 100.10 |
| 09/05/01 | ATTY # 1398; 258 COPIES | 38.70 |
| 09/05/01 | ATTY # 0349; 216 COPIES | 32.40 |
| 09/05/01 | ATTY # 0235; 17 COPIES | 2.55 |

172573  W. R. Grace & Co.                          Invoice Number  899518
60026   Special Abestos Counsel                    Page   4
        October 16, 2001

| | | |
|---|---|---:|
| 09/05/01 | 561-362-1535/BOCA RATON, FL/27 | 3.99 |
| 09/05/01 | 215-851-8120/PHILA, PA/4 | .28 |
| 09/05/01 | 561-362-1533/BOCA RATON, FL/6 | .87 |
| 09/06/01 | General Expense - - MEALEY PUBLICATIONS, BANKRUPTCY REPORT | 210.00 |
| 09/06/01 | ATTY # 0235: 1 COPIES | .15 |
| 09/06/01 | ATTY # 0235: 4 COPIES | .60 |
| 09/06/01 | ATTY # 0235: 1 COPIES | .15 |
| 09/06/01 | 412-288-4148/PITTSBURGH, PA/18 | 1.46 |
| 09/06/01 | 215-851-8100/PHILA, PA/2 | .18 |
| 09/10/01 | J. Restivo - -PARKING D.C. 8/23/01 | 16.00 |
| 09/10/01 | 613-226-4651/OTTAWAHULL, ON/3 | .93 |
| 09/10/01 | 613-226-4651/OTTAWAHULL, ON/1 | .15 |
| 09/10/01 | 613-226-4651/OTTAWAHULL, ON/3 | .93 |
| 09/10/01 | ATTY # 0349; 21 COPIES | 2.10 |
| 09/10/01 | ATTY # 0559; 86 COPIES | 12.90 |
| 09/10/01 | ATTY # 0559; 270 COPIES | 40.50 |
| 09/10/01 | ATTY # 0349; 21 COPIES | 2.10 |
| 09/10/01 | ATTY # 0559; 86 COPIES | 12.90 |
| 09/10/01 | ATTY # 0559; 270 COPIES | 40.50 |
| 09/10/01 | ATTY # 0349: 2 COPIES | .30 |
| 09/10/01 | ATTY # 1398: 1 COPIES | .15 |
| 09/10/01 | ATTY # 0349: 2 COPIES | .30 |
| 09/10/01 | ATTY # 0559: 2 COPIES | .30 |
| 09/10/01 | ATTY # 0559: 2 COPIES | .30 |
| 09/10/01 | ATTY # 0235: 4 COPIES | .60 |
| 09/10/01 | ATTY # 0235: 4 COPIES | .60 |

172573 W. R. Grace & Co.
60026  Special Asbestos Counsel
       October 16, 2001

Invoice Number  899518
Page   5

| Date | Description | Amount |
|---|---|---|
| 09/10/01 | 724-325-1776/EXPORT, PA/1 | .08 |
| 09/10/01 | 561-362-1533/BOCA RATON, FL/4 | .30 |
| 09/10/01 | 561-362-1533/BOCA RATON, FL/5 | .72 |
| 09/10/01 | 617-426-5900/BOSTON, MA/14 | 2.15 |
| 09/10/01 | ATTY # 1847: 3 COPIES | .45 |
| 09/10/01 | Courier Service UPS | 8.17 |
| 09/10/01 | 617-426-5900/BOSTON, MA/7 | 1.02 |
| 09/11/01 | ATTY # 0178; 2 COPIES | .30 |
| 09/11/01 | ATTY # 0856; 318 COPIES | 31.80 |
| 09/11/01 | ATTY # 0349; 46 COPIES | 6.90 |
| 09/11/01 | ATTY # 0856; 318 COPIES | 31.80 |
| 09/11/01 | ATTY # 0178; 2 COPIES | .30 |
| 09/11/01 | ATTY # 0349; 46 COPIES | 6.95 |
| 09/11/01 | 561-362-1533/BOCA RATON, FL/7 | .98 |
| 09/11/01 | 215-851-8250/PHILA, PA/9 | .69 |
| 09/11/01 | Postage Expense | .34 |
| 09/12/01 | LODGING RE: MEETING IN BOSTON, MA. 8/23/0 SUSAN HAINES | 249.07 |
| 09/12/01 | ATTY # 0349; 36 COPIES | 5.40 |
| 09/12/01 | ATTY # 0856; 531 COPIES | 53.10 |
| 09/12/01 | ATTY # 0235; 2 COPIES | .30 |
| 09/12/01 | ATTY # 0349; 36 COPIES | 5.40 |
| 09/12/01 | ATTY # 0856; 531 COPIES | 53.10 |
| 09/12/01 | ATTY # 0235; 2 COPIES | .30 |
| 09/12/01 | ATTY # 0349: 4 COPIES | .60 |
| 09/12/01 | ATTY # 0349: 4 COPIES | .60 |
| 09/12/01 | 706-583-8665/ATHENS, GA/1 | .21 |

172573 W. R. Grace & Co.                          Invoice Number  899518
60026  Special Abestos Counsel                    Page   6
       October 16, 2001

| 09/12/01 | 770-429-2989/MARIETTA, GA/1 | .21 |
| 09/12/01 | 215-851-8250/PHILA, PA/9 | .69 |
| 09/12/01 | ATTY # 1847: 30 COPIES | 4.50 |
| 09/12/01 | ATTY # 1847: 5 COPIES | .75 |
| 09/13/01 | ATTY # 0349: 2 COPIES | .30 |
| 09/13/01 | ATTY # 0349: 2 COPIES | .30 |
| 09/13/01 | 561-362-1533/BOCA RATON, FL/3 | .45 |
| 09/14/01 | Meal Expense - - 9/06/01 BREAKFAST IN BALTIMORE, MD | 6.00 |
| 09/14/01 | Mileage Expense - -  9/6/01 BALTIMORE, MD | 148.80 |
| 09/14/01 | ATTY # 0396: 1 COPIES | .15 |
| 09/14/01 | ATTY # 0396: 1 COPIES | .15 |
| 09/16/01 | ATTY # 0559: 2 COPIES | .30 |
| 09/16/01 | ATTY # 0559: 4 COPIES | .60 |
| 09/16/01 | ATTY # 0559: 2 COPIES | .30 |
| 09/17/01 | ATTY # 0885: 12 COPIES | 1.80 |
| 09/17/01 | ATTY # 0396: 1 COPIES | .15 |
| 09/18/01 | General Expense - - VENDOR: DEFENSE RESEA FEE/RESTIVO | 695.00 |
| 09/18/01 | General Expense - - VENDOR: DEFENSE RESEA FEE/FLATLEY | 745.00 |
| 09/18/01 | ATTY # 0885: 9 COPIES | 1.35 |
| 09/18/01 | ATTY # 0885: 7 COPIES | 1.05 |
| 09/18/01 | 561-362-1533/BOCA RATON, FL/5 | .77 |
| 09/18/01 | 215-496-7016/PHILA, PA/2 | .17 |
| 09/18/01 | 561-362-1533/BOCA RATON, FL/11 | 1.70 |
| 09/19/01 | ATTY # 0885; 84 COPIES | 12.60 |
| 09/19/01 | ATTY # 0235: 12 COPIES | 1.80 |

172573 W. R. Grace & Co.                       Invoice Number  899518
60026  Special Abestos Counsel                 Page   7
       October 16, 2001


09/19/01   ATTY # 0885: 3 COPIES                         .45

09/19/01   ATTY # 0885: 7 COPIES                        1.05

09/19/01   ATTY # 0885: 3 COPIES                         .45

09/19/01   ATTY # 0559: 3 COPIES                         .45

09/19/01   ATTY # 0349: 3 COPIES                         .45

09/19/01   ATTY # 0885: 1 COPIES                         .15

09/19/01   ATTY # 0856: 1 COPIES                         .15

09/19/01   ATTY # 0559: 6 COPIES                         .90

09/19/01   ATTY # 0856: 2 COPIES                         .30

09/19/01   ATTY # 0856: 4 COPIES                         .60

09/19/01   ATTY # 0349: 1 COPIES                         .15

09/19/01   ATTY # 0885: 3 COPIES                         .45

09/19/01   ATTY # 0885: 7 COPIES                        1.05

09/19/01   302-652-4100/WILMINGTON, DE/1                 .12

09/19/01   410-827-3205/QUEENSTOWN, MD/2                 .30

09/19/01   215-851-8250/PHILA, PA/18                    1.44

09/20/01   312-795-1101/CHICAGO, IL/1                    .16

09/20/01   ATTY # 0697; 1 COPIES                         .15

09/20/01   ATTY # 0559; 622 COPIES                      62.20

09/20/01   ATTY # 0885; 36 COPIES                       5.40

09/20/01   ATTY # 0856: 2 COPIES                         .30

09/20/01   ATTY # 0349: 6 COPIES                         .90

09/20/01   ATTY # 0885: 3 COPIES                         .45

09/20/01   ATTY # 0559: 4 COPIES                         .60

09/20/01   ATTY # 0349: 6 COPIES                         .90

09/20/01   ATTY # 0559: 4 COPIES                         .60

172573 W. R. Grace & Co.                          Invoice Number  899518
60026  Special Abestos Counsel                    Page    8
       October 16, 2001

| | | |
|---|---|---|
| 09/20/01 | ATTY # 0559: 3 COPIES | .45 |
| 09/20/01 | ATTY # 1274: 3 COPIES | .45 |
| 09/20/01 | ATTY # 0856: 12 COPIES | 1.80 |
| 09/20/01 | ATTY # 0559: 4 COPIES | .60 |
| 09/20/01 | ATTY # 0559: 1 COPIES | .15 |
| 09/20/01 | 215-851-8250/PHILA, PA/7 | .52 |
| 09/20/01 | 312-861-2162/CHICAGO, IL/10 | 1.43 |
| 09/21/01 | 412-288-4291/PITTSBURGH, PA/1 | .40 |
| 09/21/01 | ATTY # 0856; 17 COPIES | 3.50 |
| 09/21/01 | ATTY # 0235: 2 COPIES | .30 |
| 09/21/01 | ATTY # 0235: 2 COPIES | .30 |
| 09/21/01 | ATTY # 1847: 3 COPIES | .45 |
| 09/21/01 | ATTY # 0559: 4 COPIES | .60 |
| 09/21/01 | ATTY # 1847: 3 COPIES | .45 |
| 09/21/01 | 519-884-6764/KITCHWTRLO, ON/1 | .15 |
| 09/21/01 | 302-778-7575/WILMINGTON, DE/10 | 1.49 |
| 09/21/01 | 302-778-7575/WILMINGTON, DE/10 | 1.47 |
| 09/24/01 | ATTY # 1847; 15 COPIES | 2.25 |
| 09/24/01 | ATTY # 0689; 16 COPIES | 2.40 |
| 09/24/01 | 561-362-1551/BOCA RATON, FL/4 | .53 |
| 09/24/01 | ATTY # 0349: 3 COPIES | .45 |
| 09/24/01 | ATTY # 1847: 3 COPIES | .45 |
| 09/24/01 | ATTY # 0235: 12 COPIES | 1.80 |
| 09/24/01 | ATTY # 0235: 2 COPIES | .30 |
| 09/24/01 | ATTY # 0235: 3 COPIES | .45 |
| 09/24/01 | Westlaw | 25.00 |

172573  W. R. Grace & Co.                          Invoice Number  899518
60026   Special Abestos Counsel                    Page   9
        October 16, 2001

| Date | Description | Amount |
|------|-------------|-------:|
| 09/25/01 | Meal Expense - - W.R. Grace meeting, 8/23 luncheon from Au Bon Pain | 77.57 |
| 09/25/01 | ATTY # 0559; 2 COPIES | .30 |
| 09/25/01 | ATTY # 0559; 3 COPIES | .45 |
| 09/25/01 | ATTY # 0856; 12 COPIES | 1.80 |
| 09/25/01 | ATTY # 0709; 4 COPIES | .60 |
| 09/25/01 | ATTY # 0559; 6 COPIES | .90 |
| 09/25/01 | ATTY # 0235; 67 COPIES | 10.05 |
| 09/25/01 | ATTY # 0559: 4 COPIES | .60 |
| 09/25/01 | ATTY # 1847: 9 COPIES | 1.35 |
| 09/25/01 | ATTY # 1847: 7 COPIES | 1.05 |
| 09/25/01 | ATTY # 0559: 4 COPIES | .60 |
| 09/25/01 | ATTY # 0559: 4 COPIES | .60 |
| 09/25/01 | ATTY # 0235: 4 COPIES | .60 |
| 09/25/01 | ATTY # 0856; 285 COPIES | 28.50 |
| 09/25/01 | Duplicating/Printing | .80 |
| 09/26/01 | Meal Expense - - DOUGLAS E. CAMERON LUNCH GRACE COUNSEL AND POTENTIAL WITNESS (2) | 60.00 |
| 09/26/01 | ATTY # 0885; 26 COPIES | 3.90 |
| 09/26/01 | ATTY # 0559; 96 COPIES | 14.40 |
| 09/26/01 | ATTY # 0559: 4 COPIES | .60 |
| 09/26/01 | ATTY # 1847: 16 COPIES | 2.40 |
| 09/26/01 | ATTY # 0349: 3 COPIES | .45 |
| 09/26/01 | ATTY # 0559: 4 COPIES | .60 |
| 09/26/01 | ATTY # 1847: 9 COPIES | 1.35 |
| 09/26/01 | ATTY # 0559: 3 COPIES | .45 |
| 09/27/01 | ATTY # 0235: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  899518
60026  Special Abestos Counsel                    Page  10
       October 16, 2001


09/27/01    ATTY # 0831: 1 COPIES                        .15

09/27/01    312-861-2412/CHICAGO, IL/8                  1.19

09/28/01    Air Travel Expense - - DOUGLAS E. CAMERON   1126.25
            8/20-23/01

09/28/01    Air Travel Expense - -  DOUGLAS E. CAMERO    15.00
            TICKET CHARGE TRAVEL AGENT

09/28/01    ATTY # 0349; 19 COPIES                       2.85

09/28/01    ATTY # 0349; 87 COPIES                      13.05

09/28/01    ATTY # 0349; 13 COPIES                       1.95

09/28/01    ATTY # 0349: 2 COPIES                         .30

09/28/01    ATTY # 1847: 11 COPIES                        1.65

09/28/01    ATTY # 0349: 2 COPIES                         .30

09/28/01    ATTY # 1847: 11 COPIES                        1.65

09/28/01    ATTY # 0559: 4 COPIES                         .60

09/28/01    ATTY # 0235: 1 COPIES                         .15

09/28/01    561-362-1533/BOCA RATON, FL/1                 .19

09/28/01    312-861-2124/CHICAGO, IL/9                   1.29

09/28/01    312-861-2162/CHICAGO, IL/1                    .12

                         CURRENT EXPENSES                      6,971.66
                                                        -------------
                 TOTAL BALANCE DUE UPON RECEIPT          $ 6,971.66
                                                        =============