IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: November 15, 2001 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

## NOTICE OF APPLICATION

TO:    PARTIES ON ATTACHED SERVICE LIST

Conway, Del Genio, Gries & Co., LLC has filed its First Interim Application for Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Financial Advisor for the Official Committee of Asbestos Property Damage Claimants for the Period From April 27, 2001 through September 30, 2001.

Objections or responses, if any, to the attached application must be filed on or before November 15, 2001 at 4:00 p.m., with the United States Bankruptcy Court for the District of Delaware.

At the same time, any objection or response must be served upon the undersigned counsel and Conway, Del Genio, Gries & Co., LLC, Attn: Michael F. Gries, Olympic Tower, 645 Fifth Avenue, New York, NY 10022 and the persons listed on the attached service list.

HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

FERRY & JOSEPH, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (No.392)
Theodore J. Tacconelli (No.2678)
Rick S. Miller (No.3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

Local Counsel to the Official Committee of Asbestos
Property Damage Claimants

-and-

Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Scott L. Baena, Esq. (Admitted <u>Pro</u> <u>Hac</u> <u>Vice</u>)
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: October 26, 2001

F:\Meredith\TJT\WRGraceCommittee\notice.1st.cdg.fee.app.wpd