**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 27, 2001 through September 30, 2001**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| M. Gries | 107.30 | 632.92 | 293.80 | 2,659.00 | 49.83 | 0.00 | 3,742.85 |
| G. Boyer | 80.86 | 707.94 | 1,380.02 | 4,045.50 | 182.01 | 0.00 | 6,396.33 |
| B. Fox | 0.00 | 0.00 | 170.00 | 1,385.00 | 0.00 | 0.00 | 1,555.00 |
| M. Meenan | 0.00 | 163.90 | 211.00 | 0.00 | 6.54 | 0.00 | 381.44 |
| D. Katz | 314.86 | 196.90 | 536.06 | 0.00 | 0.00 | 0.00 | 1,047.82 |
| S. Perkins | 15.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.87 |
| D. Dalia | 83.15 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 89.15 |
| S. Sturdivant | 70.09 | 0.00 | 70.35 | 0.00 | 0.00 | 0.00 | 140.44 |
| J. Yanover | 0.00 | 0.00 | 19.38 | 0.00 | 0.00 | 0.00 | 19.38 |
| O. Haynes | 0.00 | 0.00 | 74.15 | 0.00 | 0.00 | 0.00 | 74.15 |
| Total Individual | 672.13 | 1,701.66 | 2,760.76 | 8,089.50 | 238.38 | 0.00 | 13,462.43 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 252.36 | 252.36 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 661.42 | 661.42 |
| **Total** | **672.13** | **1,701.66** | **2,760.76** | **8,089.50** | **238.38** | **913.78** | **14,376.21** |