**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Shelley A. Hollinghead, certify that I am not less than 18 years of age, and that service of a copy of the attached **Opposition of the Official Committee of Unsecured Creditors to the Joint Motion of the Official Committee of Asbestos Property Damage Claimants and Asbestos Personal Injury Claimants for Approval of Employment of Cozen O'Connor and McKool Smith as Co-Special Counsel to the Asbestos Committees (Docket No. 1009),** was made October 29, 2001, upon those parties identified in the Notice of Joint Application as follows:

> Michael B. Joseph, Esquire
> Theodore J. Tacconnelli, Esquire
> Ferry & Joseph, P.A.
> 824 Market Street, Suite 904
> Wilmington, DE 19801
> (302) 575-1555
>
> Scott L. Baena, Esquire
> Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP
> 2500 First Union Financial Center
> 200 South Biscayne Blvd
> Miami, FL 33131-2446
> (305) 374-7580
>
> Elihu Inselbuch, Esquire
> Caplin & Drysdale, Chartered
> 399 Park Avenue, 36th Floor
> New York, NY 10022
> (212) 319-7125

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 426-1900

Peter Van Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

Stroock & Stroock & Lavan LLP
Attn: Arlene Kriger, Esquire
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: October 29, 2001        /s/ Shelley A. Hollinghead
                                          Shelley A. Hollinghead, Paralegal
                                          DUANE, MORRIS & HECKSCHER LLP
                                          1100 N. Market Street, Suite 1200
                                          Wilmington, DE 19801-1246
                                          Telephone:   (302) 657-4900
                                          Facsimile:    (302) 657-4901
                                          Email:         sahollinghead@duanemorris.com

WLM\151379.1