## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: November 19, 2001 at 4:00 p.m. |
| | ) | Hearing Date: Only if Objections are timely filed |

### <u>NOTICE OF APPLICATION</u>

TO:    PARTIES ON ATTACHED SERVICE LIST

Ferry & Joseph, P.A. has filed its Sixth Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of September 1, 2001 through September 30, 2001.

Objections or responses, if any, to the attached application must be filed on or before November 19, 2001 at 4:00 p.m., with the United States Bankruptcy Court for the District of Delaware.

At the same time, any objection or response must be served upon the undersigned counsel and the persons listed on the attached service list.

HEARING ON THE MOTION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

FERRY & JOSEPH, P.A.

Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Counsel to the Official Committee of Asbestos Property Damage Claimants

Dated: October 30, 2001

F:\Meredith\TJT\WRGraceCommittee\6th.fee.app.wpd

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**SIXTH APPLICATION OF FERRY & JOSEPH, P.A. FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS FOR THE
PERIOD OF SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001**

| | |
|---|---|
| Name of Applicant: | Ferry & Joseph, P.A. |
| Authorized to provide professional services to: | Official Committee of Asbestos Property Damage Claimants |
| Date of retention: | April 18, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2001 through September 30, 2001 |
| Amount of compensation sought as actual reasonable and necessary: | $6,048.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $2,258.87 |

This is an:  X interim ___ final application

The total time expended for fee application preparation is approximately 7.40 hours and the corresponding compensation requested is approximately $ 712.00.

Prior Applications:

| Date Filed | Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 7/10/01 | 4/18/01-4/30/01 | $1,476.00 | $26.00 | Pending | Pending |
| 7/10/01 | 5/1/01-5/31/01 | $6,276.50 | $2,708.31 | Pending | Pending |
| 7/30/01 | 6/1/01-6/30/01 | $11,251.00 | $1,643.75 | Pending | Pending |
| 09/05/01 | 7/1/01 - 07/31/01 | $11,833.00 | $2,538.98 | Pending | Pending |
| 10/01/01 | 08/01/01 - 08/31/01 | $6,068.00 | $1,391.31 | Pending | Pending |

ATTACHMENT B

| Name of professional person | Position of the Applicant, Number of Years in Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael B. Joseph | Partner, 25, Various, 1976, Bankruptcy | $300.00 | 1.00 | $300.00 |
| Theodore J. Tacconelli | Associate, 13, Various, 1988, Bankruptcy, Commercial Litigation | $200.00 | 19.70 | $3,940.00 |
| Rick S. Miller | Associate, 5, 1995, Various, Bankruptcy, General Litigation | $160.00 | 5.90 | $944.00 |
| Lisa L. Coggins | Legal Assistant, <1 year | $80.00 | 10.80 | $864.00 |
| Grant Total: | | | 37.40 | $6,048.00 |
| Blended Rate: | | | | $161.71 |

COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration/General | 15.80 | $2,584.00 |
| Fee Applications | 7.40 | $712.00 |
| Litigation | 9.10 | $1,820.00 |
| Retention of Professionals | 0.00 | $0.00 |
| Committee Mtgs. and Teleconferences | 5.10 | $932.00 |
| Court Hearings | 0.00 | $0.00 |
| Travel Time | 0.00 | $0.00 |
| Other (Explain) | 0.00 | $0.00 |

EXPENSE SUMMARY

| EXPENSE CATEGORY | PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Computer Legal Research | Lexis | $0.00 |
| Facsimile ($1.00 per page) | Ferry & Joseph, P.A. | $188.00 |
| In-House Reproduction | Ferry & Joseph, P.A. | $733.95 |
| Outside Reproduction | Reliable Copy / Parcels | $1,015.50 |
| Document Service and Retrieval | Parcels | $12.72 |
| Filing/Court Fees | | $0.00 |
| Out-of-Town Travel | Hotel and Airfare | $0.00 |
| Courier & Express Carriers | Federal Express; Tri-State | $245.67 |
| Postage | | $51.03 |
| Other (Explain) | Hearing Transcript | $12.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: November 19, 2001 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

## SIXTH APPLICATION OF FERRY & JOSEPH, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF AUGUST 1, 2001 THROUGH AUGUST 31, 2001

Ferry & Joseph, P.A. ("applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants ("the PD Committee") of W.R. Grace & Co. ("Grace") and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-possession (the "Debtors') in this Court, for its application pursuant to 11 U.S.C. §§ 330 and 331 and in accordance with the Administrative Fee Order (defined below) for a sixth interim allowance of compensation for services rendered and for reimbursement of expenses incurred in connection therewith, respectfully represents as follows:

### I. Introduction

1. Applicant, as counsel to the PD Committee, seeks (i) an interim allowance of compensation for the professional services rendered by applicant as counsel for the PD Committee from September 1, 2001 through September 30, 2001 ("the Sixth Monthly Period") in the aggregate amount of $6,048.00 representing 37.40 hours of professional services and (ii) reimbursement of actual and necessary expenses incurred by the applicant during the Sixth Monthly Period in connection with the rendition of such professional services in the aggregate amount of $2,258.87.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

## II. Background

3. On April 2, 2001, each of the debtors filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code. The debtors continue to operate its business and manage their properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The debtors' Chapter 11 cases have been procedurally consolidated and are being jointly administered. No trustee or examiner has been appointed in this case.

4. On April 12, 2001, the United States Trustee formed the PD Committee. Thereafter, the PD Committee approved the retention of applicant as its local Delaware counsel.

5. By application dated June 22, 2001, applicant sought Court approval for its retention as counsel to the PD Committee *nunc pro tunc* to April 18, 2001. The Court signed the Order approving the retention on June 22, 2001.

6. This is the sixth application applicant has filed with the Court for an allowance of compensation and reimbursement of expenses for services rendered to the PD Committee. This application is submitted pursuant to the terms of the Administrative Order Under §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members approved by the Court on May 3, 2001 ("the Administrative Fee Order").

9. Applicant has received no payment and no promise for payment from any source for services rendered in connection with these cases. There is no agreement or understanding between applicant and any other person for the sharing of compensation to be received hereunder.

10. As stated in the Affidavit of Rick S. Miller, Esquire, attached hereto as Exhibit "A," all of the services for which compensation is sought herein were rendered for and on behalf of the PD Committee solely in connection with these cases.

### III. Summary of Services Rendered

11. In accordance with Local Rule 2016-2 dated December 12, 1996 and the Administrative Fee Order, and to assist the Court, the debtors, the Trustee and other parties in interest in evaluating this application for compensation, the primary services performed by applicant during the Sixth Monthly Period are summarized in the Summary attached hereto as Exhibit "B." The summary reflects certain services of major importance which required the special attention, efforts and skill of applicant. Applicant's services throughout the Sixth Monthly Period have been valuable to the PD Committee in providing advice and counsel as well as the preparation, service and filing of various administrative and substantive litigation pleadings and papers in conformity with Delaware bankruptcy practice and the Rules of this Court.

12. In accordance with the Administrative Fee Order and the Local Rules, a summary sheet of the attorneys and paraprofessionals and their corresponding names, year of admission, hourly rates and the number of hours incurred by each is set forth on Attachment B. The hourly rates reflect what applicant generally charges its other clients for similar services. An itemization including identification of services performed by the attorneys sorted by date and time keeper is attached hereto as Exhibit "C," which also contains a statement of applicant's disbursements, necessarily incurred in the performance of applicant's duties as counsel to the PD Committee.

13. Applicant has worked closely with the PD Committee's primary counsel, Bilzin Sumberg Dunn Baena Price & Axelrod, LLP  to avoid unnecessary duplication of services.

### IV. Conclusion

14. Applicant has necessarily and properly expended 37.40 hours of services in the performance of its duties as counsel to the PD Committee during the Sixth Monthly Period. Such services have a fair market value of $6,048.00. The work involved and thus the time expended, was carefully assigned in light of the expertise required for each particular task.

15. In addition, applicant incurred actual out-of-pocket expenses in connection with the rendition of services to the PD Committee in the sum of $2,258.87 for which it respectfully requests reimbursement in full.

16. Applicant charges $.15 per page for in-house photocopying services. Applicant charges the actual cost from the vendor for out-sourced photocopying and document retrieval, and computerized legal research. Applicant charges $1.00 per page for out-going facsimile transmissions, and does not charge for in-coming facsimiles.

17. Applicant has reviewed the requirements set forth in Local Rule 2016-2 and believes that this application for interim compensation complies therewith.

18. Applicant has made no prior application in this or any other Court for the relief sought herein.

WHEREFORE applicant respectfully requests pursuant to the Administrative Fee Order:

a) the allowance of compensation for professional services rendered to the PD Committee during the period of September 1, 2001 through September 30, 2001 in the amount of $6,048.00.

b) the reimbursement of applicant's out-of-pocket expenses incurred in connection with the rendition of such services during the period of September 1, 2001 through September 30, 2001 in the amount of $2,258.87, and.

c) payment by the debtor as interim compensation to applicant 80% of the amount of the professional services allowed and 100% of the expenses allowed herein, subject to final payment

of the full amount.

FERRY & JOSEPH, P.A.

_____

Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: October 30, 2001

**EXHIBIT "A"**
### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### <u>AFFIDAVIT OF RICK S. MILLER, ESQUIRE</u>

STATE OF DELAWARE    :

                       :    ss.

NEW CASTLE COUNTY    :

RICK S. MILLER, ESQUIRE, being duly sworn, deposes and says:

1. I am an associate of the firm of Ferry & Joseph, P.A. ("applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants ("the PD Committee").

2. I have read the foregoing application and know the contents thereof. The contents are true and correct to the best of my knowledge. I have personally performed many of the legal services rendered by applicant and am thoroughly familiar with all other work performed on behalf of the debtor by the attorneys and paraprofessionals in my firm. All of the services for which compensation is sought herein were rendered for an on behalf of the PD Committee solely in connection with these cases.

3. In accordance with Bankruptcy Rule 2016(a) and Section 504 of the Bankruptcy Code, no agreement or understanding exists between applicant and any other person for the sharing of compensation to be received in connection with this case.

_Rick S. Miller, Esquire_

SWORN TO AND SUBSCRIBED before me this 30th day of October, 2001.

_Notary Public_    DIANE R. SACCONEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 23, 2002

**EXHIBIT "B"**

SUMMARY OF PRINCIPAL SERVICES PERFORMED FOR THE PERIOD
September 1, 2001 THROUGH September 30,2001

Category 1 - Case Administration/General - 15.80 Hours ($2,584.00 )

This category includes time expended in reviewing each of the motions, pleadings and other papers filed by the debtors and other parties-in-interest, analyzing the legal issues, and when asked, providing recommendations on the matters to the Committee.   Also includes reviewing Committee filings for conformity with Delaware practice and counseling the Committee on such matters.

Category 2 - Fee Application - 7.40 Hours ($712.00)

This category includes time expended in preparing monthly fee applications including a narrative section summarizing the services rendered by applicant and compiling expense schedules.

Category 3 - Asbestos/Fraudulent Transfer Litigation - 9.10 Hours ($1,820.00 )

This category includes time expended in thoroughly reviewing the various pleadings and papers filed by and against the debtors including those which may have an impact on the conduct of related asbestos actions against the non-debtor third parties; as well as reviewing and preparing for other related issues and evaluating the numerous issues surrounding the validity and quantification of asbestos liability claims.

Category 4 - Retention of Professionals - 0.00 Hours ($0.00 )

This category includes time expended in preparing Applicant's own retention application and assisting in the preparation and filing of retention applications for other Committee professionals including its primary counsel.

Category 5 - Committee Meetings and Conferences - 5.10 Hours ($932.00)

This category includes time expended in attending Committee tele-conferences and meetings.  Preparations including review of pending matters and underlying documentation in connection therewith.

Category 6 - Court Hearings -   0.00   Hours ($0.00 )

This category includes time expended in attending Court hearings.

Category 7 - Travel Time -  0.00   Hours ($0.00 )

This category includes time expended in traveling to and from Committee meetings.

## Exhibit "C"

Time expended by Ferry & Joseph, P.A.:

|          |     |                                                                                      | Hours |        |
|----------|-----|--------------------------------------------------------------------------------------|-------|--------|
|          |     | 02-M. Joseph                                                                         |       |        |
| 09/05/01 | MBJ | Review CMO response brief<br>Case Administration/General                             | 0.50  |        |
| 09/07/01 | MBJ | Review draft response to Case Management Order<br>Case Administration/General        | 0.50  |        |
|          |     |                                                                                      | ———   | Amount |
|          |     | Subtotal:                                                                            | 1.00  | 300.00 |
|          |     | 03-T Tacconelli                                                                      |       |        |
| 09/02/01 | TJT | Review pleading re: PPG's Objection to Reclamation Claim<br>Motion<br>Case Administration/General | 0.10  |        |
|          | TJT | Review pleading re: Ashby & Geddes First and Final Application<br>Case Administration/General | 0.10  |        |
|          | TJT | Review pleading re: First Monthly Fee Application of Caplin,<br>Drysdale<br>Case Administration/General | 0.10  |        |
|          | TJT | Review e-mail from D. Speights re: Response to Case<br>Management Motion<br>Litigation | 0.10  |        |
|          | TJT | Review pleading re: Debtors' Motion to Lift Stay re: Honeywell<br>Case Administration/General | 0.10  |        |
|          | TJT | Review pleading re: Second Monthly Fee Application of<br>Blackstone Group<br>Case Administration/General | 0.10  |        |
|          | TJT | Review pleading re: Smolker's Motion to Lift Stay<br>Case Administration/General     | 0.10  |        |
|          | TJT | Review pleading re: Smolker's Answer to Preliminary Injunction<br>Complaint<br>Case Administration/General | 0.10  |        |

|            |     |                                                                                                          | Hours |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|
| 09/04/01   | TJT | Review draft of response to Case Management Motion<br>Litigation                                          | 0.50  |
|            | TJT | Prepare e-mail to J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation                    | 0.10  |
|            | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: 9/7/01 hearing<br>Litigation                    | 0.10  |
|            | TJT | Tele-confereneces with Judge Farnan's Courtroom Deputy re: 9/7/01 hearing<br>Litigation                   | 0.10  |
|            | TJT | Tele-conference with J. Sakalo, Esq. re: 9/7/01 hearing<br>Litigation                                     | 0.10  |
|            | TJT | Prepare e-mail to J. Sakalo, Esq. re: 9/7/01 hearing<br>Litigation                                        | 0.10  |
|            | TJT | Review correspondence re: e-mail from M. Dies re: Response to Case Management Motion<br>Litigation        | 0.10  |
| 09/05/01   | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation | 0.10  |
|            | TJT | Review Agenda for 9/7/01 hearing<br>Litigation                                                            | 0.10  |
|            | TJT | Tele-conference with J. Sakalo re: Response to Case Management Motion<br>Litigation                       | 0.10  |
|            | TJT | Tele-conference with T. Hilsee re: Affidavit<br>Litigation                                                | 0.10  |
|            | TJT | Review miscellaneous Notice of Transfer of Claims<br>Case Administration/General                          | 0.30  |
| 09/06/01   | TJT | Review e-mail from J. Sakalo re: 4th Stroock & Stroock fee application<br>Case Administration/General     | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 09/06/01 | TJT | Review correspondence re: e-mail from J. Sakalo re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: exhibits to Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: exhibits to Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.70 |
|  | TJT | Tele-conference with W. Sudell, Esq. re: 9/7/01 hearing<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review amended Agenda for 9/7/01 hearing<br>Case Administration/General | 0.10 |
| 09/07/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Prepare exhibits to Response to Case Management Motion<br>Litigation | 1.00 |
|  | TJT | Prepare Certificate of Service re: Response to Case Management Motion<br>Litigation | 0.20 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo, Esq., re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.40 |

|  |  |  | Hours |
|---|---|---|---|
| 09/07/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Prepare and file Response to Case Management Motion<br>Litigation | 1.50 |
|  | TJT | Tele-conference with J. Sakalo, re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: letter from S. Baena to D. Bernick<br>Litigation | 0.10 |
| 09/08/01 | TJT | Retrieve voice mail from D. Carickoff re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Telephone call to D. Carickoff re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to D. Carickoff re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Review e-mail from D. Carickoff re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to J. Sakalo re: Response to Case Management Motion<br>Litigation | 0.10 |
| 09/09/01 | TJT | Review correspondence re: e-mail from J. Sakalo re: Response to Case Management Motion<br>Litigation | 0.10 |
| 09/10/01 | TJT | Prepare letter to Judge Farnan re: Response to Case Management Motion<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 09/10/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Article re: Libby Montana<br>Litigation | 0.10 |
| 09/27/01 | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 1.00 |
| 09/12/01 | TJT | Review pleading re: Response of Commercial Committee to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Review pleading re: Response of P.I. Committee to Case Management Motion<br>Litigation | 0.30 |
|  | TJT | Review pleading re: Affidavit of Mark Peterson<br>Litigation | 0.20 |
|  | TJT | Review pleading re: Reed Smith Fee Application for 4/2/01 to 7/31/01<br>Litigation | 0.10 |
| 09/13/01 | TJT | Tele-conferences with Judge Farnan's Chambers re: 9/20/01 hearing<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to J. Sakalo, Esq. re: 9/20/01<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.40 |
| 09/14/01 | TJT | Review e-mail from S. Baena, Esq. re: Reinstatement of Reference<br>Case Administration/General | 0.10 |
| 09/16/01 | TJT | Review pleading re: Notice of Amendment of Schedules<br>Case Administration/General | 0.20 |
|  | TJT | Prepare e-mail to J. Sakalo, Esq. re: Notice of Amendment of Schedules<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: K & E Monthly Fee Application (7/1/01 to 7/31/01)<br>Case Administration/General | 0.30 |

|          |     |                                                                                                                    | Hours |
|----------|-----|--------------------------------------------------------------------------------------------------------------------|-------|
| 09/16/01 | TJT | Review pleading re: 4th Interim Application of FTI Policano<br>Case Administration/General                          | 0.10  |
|          | TJT | Review pleading re: Honeywell Motion for Relief form Stay<br>Case Administration/General                            | 0.10  |
|          | TJT | Review pleading re: First Interim Application of Duane Morris<br>Case Administration/General                        | 0.10  |
|          | TJT | Review pleading re: Monthly Fee Application for Duane Morris<br>(7/1/01 to 7/31/01)<br>Case Administration/General  | 0.10  |
| 09/17/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re:<br>Amendment to Schedules<br>Case Administration/General  | 0.10  |
|          | TJT | Prepare e-mail to J. Sakalo, Esq. re: Amendment to Schedules<br>Case Administration/General                         | 0.10  |
|          | TJT | Tele-conference with J. Sakalo, Esq. re: Committee Expense<br>Reimbursement<br>Case Administration/General          | 0.10  |
|          | TJT | Tele-conference with J. Sakalo, Esq. re: Objection to Bilzin Fee<br>Application<br>Case Administration/General      | 0.10  |
| 09/18/01 | TJT | Prepare letter to J. Sakalo re: Miscellaneous Notices of<br>Transfer of Claim<br>Case Administration/General        | 0.10  |
|          | TJT | Review pleading re: Debtors' Motion for Order to Modify<br>Automatic Stay<br>Case Administration/General            | 0.10  |
|          | TJT | Review pleading re: 4th Montly Fee Application for Walace<br>King<br>Case Administration/General                    | 0.10  |
|          | TJT | Review pleading re: Second Application of Commercial<br>Committee for Reimbursement of Expenses<br>Case Administration/General | 0.10  |
|          | TJT | Review pleading re: 4th Fee Application of Stroock, Stroock<br>Case Administration/General                          | 0.20  |

|  |  |  | Hours |
|---|---|---|---|
| 09/18/01 | TJT | Review pleading re: 1st Monthly Fee Application of Campbell & Levine<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Honeywell's Limited Objection to Debtors' Motion to Lift Stay<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Certification of Counsel re: Docket No. 721<br>Case Administration/General | 0.10 |
|  | TJT | Certification of Counsel re: Docket No. 709<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Certification of Counsel re: Docket No. 792<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: 4th Supplemental Affidavit of J. Sprayregan, Esq.<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Supplemental Affidavit of E. Inselbuch, Esq.<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Notice of Stipulation Between Debtors and AON Consulting<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Agenda for 9/20/01 hearing<br>Case Administration/General | 0.10 |
| 09/19/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | File Certificate of No Objection re: Docket No. 884<br>Case Administration/General | 0.50 |
|  | TJT | Review letter from J. Winter, Esq. to Clerk re: PPG Industries' Objection to Reclamation Motion<br>Case Administration/General | 0.10 |
| 09/20/01 | TJT | Tele-conference with J. Sakalo re: expert<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.30 |

|          |     |                                                                                                                | Hours |
|----------|-----|----------------------------------------------------------------------------------------------------------------|-------|
| 09/23/01 | TJT | Review pleadings re: Miscellaneous Certificates of No Objection<br>Case Administration/General                  | 0.10  |
|          | TJT | Review pleadings re: Exxon Mobil Memorandum in Support of<br>Motion for Summary Judgment<br>Case Administration/General | 0.10  |
|          | TJT | Review pleading re: Affidavit of S. Adams in Support of Exxon<br>Mobil's Motion for Summary Judgment<br>Case Administration/General | 0.10  |
|          | TJT | Prepare documents to send to expert<br>Litigation                                                              | 1.80  |
|          | TJT | Prepare letter to expert re: responses to Case Management<br>Motion<br>Litigation                              | 0.10  |
| 09/24/01 | TJT | Tele-conference with Docket Clerk re: new hearing dates<br>Case Administration/General                         | 0.10  |
| 09/25/01 | TJT | Review e-mail from J. Sakalo re: Bilzin Fee Application<br>Case Administration/General                         | 0.10  |
|          | TJT | Tele-conference with J. Sakalo re: Bilzin Third Fee Application<br>Case Administration/General                 | 0.10  |
|          | TJT | File Certificate of No Objection re: Committee's First<br>Reimbursement Application<br>Case Administration/General | 0.30  |
|          | TJT | File Bilzin Third Fee Application<br>Case Administration/General                                                | 1.00  |
|          | TJT | File Committee's Third Interim Application for Reimbursement<br>Case Administration/General                     | 0.50  |
|          | TJT | Prepare letter to J. Sakalo, Esq. re: Bilzin Third Interim Fee<br>Application and Committee's Third Interim Applicaton for<br>Reimbursement<br>Case Administration/General | 0.10  |
| 09/26/01 | TJT | Prepare e-mail to J. Sakalo, Esq. re: Weekly Committee<br>Tele-conference<br>Committee Meetings and Conferences | 0.10  |

|  |  |  | Hours | |
|---|---|---|---|---|
| 09/28/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Certification of Counsel re: Bilzin Fee Applications<br>Case Administration/General | 0.10 | |
| | TJT | Tele-conference with J. Sakalo, Esq. re: Certification of Counsel re: Bilzin Fee Applications<br>Case Administration/General | 0.10 | |
| | | | ———— | Amount |
| | Subtotal: | | 19.70 | 3,940.00 |
| | 05-R. Miller | | | |
| 09/05/01 | RSM | Review 4th Monthly Fee Application<br>Fee Application | 0.50 | |
| | RSM | File 4th Monthly Fee Application<br>Fee Application | 0.70 | |
| 09/06/01 | RSM | Confer with Mr. Tacconelli re: filing issues<br>Case Administration/General | 0.40 | |
| | RSM | Attend Committee tele-conference<br>Committee Meetings and Conferences | 0.70 | |
| 09/07/01 | RSM | Review Objection to CMO<br>Case Administration/General | 0.30 | |
| | RSM | Assist with filing of Objection to CMO & Exhibits thereto<br>Case Administration/General | 1.00 | |
| 09/10/01 | RSM | Review PI Committee Brief re: CMO<br>Case Administration/General | 0.50 | |
| 09/13/01 | RSM | Attend Committee Tele-conference<br>Committee Meetings and Conferences | 0.40 | |
| 09/20/01 | RSM | Atten Committee Tele-conference<br>Committee Meetings and Conferences | 0.30 | |
| 09/27/01 | RSM | Review and file CNO re: 4th Fee Application<br>Fee Application | 0.30 | |
| | RSM | Attend Committee tele-conference<br>Committee Meetings and Conferences | 0.80 | |

|  |  | Hours | Amount |
|---|---|---|---|
| Subtotal: | | 5.90 | 944.00 |

14-L. Coggins

| | | | Hours |
|---|---|---|---|
| 09/04/01 LLC | Prepare exhibit to 4th fee application<br>Fee Application | | 0.60 |
| LLC | Prepare 4th fee application<br>Fee Application | | 0.50 |
| 09/05/01 LLC | Prepare 4th fee application<br>Fee Application | | 1.20 |
| LLC | Review docket re: 1st and 2nd Committee fee applications<br>Case Administration/General | | 0.40 |
| LLC | Prepare Service of 4th fee application<br>Fee Application | | 0.60 |
| LLC | (2) Phone calls to Co-Counsel re: 1st and 2nd Committee<br>Applications<br>Case Administration/General | | 0.30 |
| 09/06/01 LLC | Prepare Certificate of No Objection re: docket no. 884<br>Case Administration/General | | 0.20 |
| LLC | Review docket re: Objections to docket no. 884<br>Case Administration/General | | 0.10 |
| LLC | Call to Co-Counsel re: Committee fee applications<br>Case Administration/General | | 0.10 |
| LLC | E-mail D. Colmyer at Bankruptcy Court re: 1st Committee fee<br>application<br>Case Administration/General | | 0.20 |
| 09/10/01 LLC | Review docket for Committee fee application<br>Case Administration/General | | 0.20 |
| LLC | Send copy of Committee fee application to clerks office<br>Case Administration/General | | 0.10 |
| 09/11/01 LLC | Review docket for Committee fee application<br>Case Administration/General | | 0.10 |

|            |     |                                                                                              | Hours |
|------------|-----|----------------------------------------------------------------------------------------------|-------|
| 09/12/01   | LLC | Review docket re: Committee fee application<br>Case Administration/General                    | 0.10  |
|            | LLC | E-mail to clerks office re: Committee fee application<br>Case Administration/General          | 0.20  |
| 09/17/01   | LLC | Review docket re: PD Committee 1st fee application<br>Case Administration/General             | 0.10  |
|            | LLC | E-mail to M. Thompson at clerks office<br>Case Administration/General                         | 0.30  |
| 09/18/01   | LLC | Review docket re: 1st Committee fee application<br>Case Administration/General                | 0.10  |
|            | LLC | Phone call to M. Thomas at clerks office re: Committee fee application<br>Case Administration/General | 0.10  |
| 09/19/01   | LLC | Revise and prepare Certificate of No Objection re: Docket No. 884<br>Case Administration/General | 0.40  |
| 09/20/01   | LLC | Review docket re: 1st Committee fee application<br>Case Administration/General                | 0.10  |
| 09/21/01   | LLC | Review docket re: 1st Committee fee application<br>Case Administration/General                | 0.10  |
|            | LLC | Draft Certificate of No Objection re: 1st Committee fee application<br>Case Administration/General | 0.30  |
| 09/24/01   | LLC | Review docket re: 1st Committee fee application<br>Case Administration/General                | 0.10  |
| 09/25/01   | LLC | Review 3rd Committee fee application and prepare for filing<br>Case Administration/General    | 0.40  |
|            | LLC | Review Co-Counsel 3rd fee application and prepare for filing<br>Case Administration/General   | 0.60  |
|            | LLC | Draft Certificate of Service re: 3rd Committee fee application<br>Case Administration/General | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 09/25/01 | LLC | Draft Certificate of Service re: 3rd Committee fee application<br>Case Administration/General | 0.10 |
|  | LLC | Review docket re: 1st Committtee fee application<br>Case Administration/General | 0.10 |
| 09/27/01 | LLC | Review docket re: Objections to 4th fee application<br>Fee Application | 0.10 |
|  | LLC | Draft Certificate of No Objection re: docket no. 879<br>Fee Application | 0.20 |
|  | LLC | Serve Certificate of No Objection re: docket no. 879<br>Fee Application | 0.50 |
|  | LLC | Draft 5th fee application<br>Fee Application | 0.40 |
| 09/28/01 | LLC | Prepare exhibits to 5th Interim fee application<br>Fee Application | 1.80 |

|  |  | Amount |
|---|---|---|
| Subtotal: | 10.80 | 864.00 |
| Total Time Expended: | 37.40 | $6,048.00 |

Costs Advanced:

| 09/04/01 | Transcript Cost (8/2/01) | 12.00 |
|---|---|---|
| 09/05/01 | Cost Advance (Parcels Photocopy Charge) | 916.30 |
| 09/17/01 | Express Mail (8/24/01) | 97.48 |
|  | Cost Advance (Reliable Copy Service) | 97.20 |
|  | Cost Advance (Reliable Copy Service) | 2.00 |
| 09/21/01 | Express Mail (8/28/01) | 85.22 |
| 09/19/01 | Cost Advance (Parcels 8/29/01) | 12.72 |
| 09/05/01 | Copying cost | 81.00 |

|          |                              | Amount   |
|----------|------------------------------|----------|
| 09/05/01 | Postage                      | 15.48    |
| 09/25/01 | Copying cost                 | 349.35   |
|          | Postage                      | 35.55    |
| 09/09/01 | Copying cost                 | 27.60    |
| 09/07/01 | Copying cost                 | 276.00   |
|          | Fax to Elena Marquez         | 25.00    |
|          | Fax to Lewis Kruger, Esq.    | 52.00    |
|          | Fax to Elihu Inselbuch, Esq. | 52.00    |
|          | Fax to James H. Sprayregen, Esq. | 52.00 |
| 09/17/01 | Fax to Jay Sakalo, Esq.      | 3.00     |
| 09/24/01 | Fax to Jay Sakalo, Esq.      | 2.00     |
|          | Fax to Jay Sakalo, Esq.      | 2.00     |
| 09/28/01 | Express Mail (9/7/01)        | 62.97    |

| Subtotal:           | 2,258.87   |
|---------------------|------------|
| Total costs         | $2,258.87  |
| Total fees and costs | $8,306.87 |
| Balance due         | $8,306.87  |

## <u>CERTIFICATE OF SERVICE</u>

I, Rick S. Miller, Esquire, hereby certify that on this ___ day of October, 2001, I caused one copy of the Sixth Application of Ferry & Joseph, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of September 1, 2001 through September 30, 2001 to be served to the following persons in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

Rick S. Miller, Esquire (#3418)

## SERVICE LIST

**By hand:**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhatten Centre, 15th Flr.
1201 N. Market Street
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**By First Class Mail:**

Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd.
Los Angeles CA 90067-4100

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

William S. Katchen, Esquire
Duane Morris & Heckscher
1 Riverfront Plaza, 2d Floor
Newark NJ 07102

Thomas Moers Mayer, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044