**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant
One Dag Hammarskjold Plaza- 42nd Floor
New York, New York 10017
Telephone: 212-605-3193
Facsimile: 212-605-3128

October 17, 2001

Matthew G. Zaleski, III
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

Invoice No. 042

# RE: WR Grace

For services rendered in connection with the above-captioned matter during the period September 1, 2001 - September 30, 2001 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni, Managing Director | 2.00 | $790.00 |
| Dottie-Jo Collins, Manager | 0.75 | $168.75 |

| Expenses | | |
|---|---|---|
| Report reproduction, binding, binders, xerox, telephone, etc. (see Schedule B) | | $43.80 |
| **TOTAL** | | **$1,002.55** |

**L TERSIGNI CONSULTING** P.C.
Certified Public Accountant
One Dag Hammarskjold Plaza- 42nd Floor
New York, New York 10017
Telephone: 212-605-3193
Facsimile: 212-605-3128

October 17, 2001

Invoice No. 042

Matthew G. Zaleski, III
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

## RE: WR Grace

Summary of Professional Services Rendered: Sept. 1, 2001 - Sept. 30, 2001

| Name | Schedule | Rate (2001) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $395 | 2.00 | $790.00 |
| Dottie-Jo Collins | Schedule A | $225 | 0.75 | $168.75 |
| **Total Professional Services- Schedule A:** | | | **2.75** | **$958.75** |
| **Total Out of Pocket Expenses- Schedule B:** | | | | **$43.80** |
| **TOTAL DUE THIS INVOICE** | | | | **$1,002.55** |

1

10/23/2001

# WR Grace

# Schedule A

## Loreto T. Tersigni

**Services Rendered during the Period: September 1 - 30, 2001.**

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/14/2001 | Review of monthly operating reports | 2.00 | $395.00 | $790.00 |
| | **Sub-Total** | **2.00** | | **$790.00** |

## Dottie-Jo Collins

**Services Rendered during the Period: September 1 - 30, 2001.**

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/20/2001 | Compilation and consolidation of monthly services rendered | 0.75 | $225.00 | $168.75 |
| | **Sub-Total** | **0.75** | | **$168.75** |
| | **TOTAL Schedule A** | **2.75** | | **$958.75** |

1

10/23/2001

Schedule B

# WR Grace

Summary of Expenses Incurred by L Tersigni Consulting P.C.
Accountant and Financial Advisor

| Descriptions | Amount |
|---|---|
| Telephone - September 2001 | $41.92 |
| Xerox ( $0.10 per page ) | $1.20 |
| Postage ( $0.34 per envelope ) | $0.68 |
| Fax ( $0.50 per page outbound ) | $0.00 |
| Total Expenses incurred from Sept. 1, 2001 to Sept. 30, 2001 | $43.80 |