# EXHIBIT A

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 1.50 | 525.00 | 787.50 |
| SCHMIDT, ROBERT T. | CR | 4.80 | 425.00 | 2,040.00 |
| BECKER, GARY M. | CR | 16.40 | 370.00 | 6,068.00 |
| FINNERTY, CATHERINE E | CR | 3.60 | 340.00 | 1,224.00 |
| CATON, AMY | CR | 8.60 | 300.00 | 2,580.00 |
| MORRISSEY, RACHEL A. | CR | 2.00 | 160.00 | 320.00 |
| MANGUAL, KATHLEEN | CR | 14.30 | 150.00 | 2,145.00 |
| TEMP, CR CLK | CR | 12.60 | 60.00 | 756.00 |
| Subtotal | | 63.80 | $ | 15,920.50 |

### COMMITTEE & CREDITOR CORRESPONDENCE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 2.00 | 425.00 | 850.00 |
| CATON, AMY | CR | 1.50 | 300.00 | 450.00 |
| Subtotal | | 3.50 | $ | 1,300.00 |

### BANKRUPTCY MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CR | 8.30 | 370.00 | 3,071.00 |
| FINNERTY, CATHERINE E | CR | 0.70 | 340.00 | 238.00 |
| CATON, AMY | CR | 3.00 | 300.00 | 900.00 |
| Subtotal | | 12.00 | $ | 4,209.00 |

### FEE APPS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.80 | 425.00 | 340.00 |
| BECKER, GARY M. | CR | 2.90 | 370.00 | 1,073.00 |
| FINNERTY, CATHERINE E | CR | 2.40 | 340.00 | 816.00 |
| MORRISSEY, RACHEL A. | CR | 1.00 | 160.00 | 160.00 |
| MANGUAL, KATHLEEN | CR | 10.20 | 150.00 | 1,530.00 |
| Subtotal | | 17.30 | $ | 3,919.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

**RETENTIONS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANGUAL, KATHLEEN | CR | 0.50 | 150.00 | 75.00 |
| | Subtotal | 0.50 | | $ 75.00 |

**ASBESTOS CLAIM ISSUES**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 4.00 | 525.00 | 2,100.00 |
| BENTLEY, PHILIP | CR | 12.60 | 425.00 | 5,355.00 |
| SCHMIDT, ROBERT T. | CR | 0.80 | 425.00 | 340.00 |
| | Subtotal | 17.40 | | $ 7,795.00 |
| | Total | 114.50 | | $ 33,218.50 |