# EXHIBIT B

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 5.50 | 525.00 | 2,887.50 |
| BENTLEY, PHILIP | CR | 15.40 | 425.00 | 6,545.00 |
| SCHMIDT, ROBERT T. | CR | 5.60 | 425.00 | 2,380.00 |
| BECKER, GARY M. | CR | 27.60 | 370.00 | 10,212.00 |
| FINNERTY, CATHERINE E | CR | 6.70 | 340.00 | 2,278.00 |
| CATON, AMY | CR | 13.10 | 300.00 | 3,930.00 |
| MORRISSEY, RACHEL A. | CR | 3.00 | 160.00 | 480.00 |
| MANGUAL, KATHLEEN | CR | 25.00 | 150.00 | 3,750.00 |
| TEMP, CR CLK | CR | 12.60 | 60.00 | 756.00 |
| | Total | 114.50 | | $33,218.50 |

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | $885.90 |
| INSIDE MESSENGER | 12.00 |
| MANUSCRIPT SERVICE | 132.00 |
| RESEARCH SERVICES | 49.00 |
| LONG-DISTANCE TEL. | 2.99 |
| MESSENGER/COURIER | 132.00 |
| CAB FARES | 427.89 |
| IN-HOUSE/MEALS | 16.26 |
| OUT-OF-TOWN TRAVEL | 4,230.00 |
| DOCUMENT RETRIEVAL FEES | 87.03 |
| Subtotal | $5,975.07 |