# EXHIBIT C

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

| DISBURSEMENTS | AMOUNT |
|---|---|
| VELOBINDINGS | $90.00 |
| TABS | 60.00 |
| PHOTOCOPYING | 472.48 |
| Subtotal | $622.48 |