# EXHIBIT D

alp_132c: Billed Charges Analysis
Run Date & Time: 10/29/2001 12:05:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:
------------------------------

PRE-BILLING SUMMARY REPORT

| | | |
|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: 09/30/2001 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: 09/30/2001 |

| FEES | COSTS |
|---|---|
| GROSS BILLABLE AMOUNT: 33,218.50 | 5,975.07 |

AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                          09/30/2001                    09/30/2001
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL: _____ WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
_____
_____

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

| FEES: | | |
|---|---|---|
| DISBURSEMENTS: | 98,742.00 | UNIDENTIFIED RECEIPTS: 0.00 |
| FEE RETAINER: | 11,505.90 | PAID FEE RETAINER: 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: 0.00 |
| TOTAL OUTSTANDING: | 110,247.90 | TOTAL AVAILABLE FUNDS: 0.00 |
| | | TRUST BALANCE: |
| | | BILLING HISTORY |

| DATE OF LAST BILL: | 10/29/01 | LAST PAYMENT DATE: |
|---|---|---|
| LAST BILL NUMBER: | 341359 | FEES BILLED TO DATE: 98,742.00 |
| LAST BILL THRU DATE: | 09/30/01 | FEES WRITTEN OFF TO DATE: 0.00 |

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
                           ----------------------------
  (1) Exceeded Fixed Fee           (6) Summer Associate
  (2) Late Time & Costs Posted     (7) Fixed Fee
  (3) Pre-arranged Discount        (8) Premium
  (4) Excessive Legal Time         (9) Rounding
  (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____

```
alp_132c: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
Run Date & Time: 10/29/2001 12:05:40                                    *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

    B I L L E D   T I M E   S U M M A R Y           -------- Total --------
                                                                           Billed
Emp Id Employee Name                   Group          Oldest       Latest       Hours       Amount
-------------------------------------------------------------------------------------------------------
02495   BENTLEY, PHILIP                PARTNER        09/04/01     09/28/01      15.40      6,545.00
03699   SCHMIDT, ROBERT T.             PARTNER        09/03/01     09/26/01       5.60      2,380.00
03976   MAYER, THOMAS MOERS            PARTNER        09/05/01     09/26/01       5.50      2,887.50
04418   CATON, AMY                     ASSOCIATE      09/04/01     09/26/01      13.10      3,930.00
05132   FINNERTY, CATHERINE E          ASSOCIATE      09/07/01     09/14/01       6.70      2,278.00
05292   BECKER, GARY M.                ASSOCIATE      09/04/01     09/28/01      27.60     10,212.00
05157   MORRISSEY, RACHEL A.           PARALEGAL      09/06/01     09/28/01       3.00        480.00
05182   TEMP, PARALEGAL CLK            PARALEGAL      09/04/01     09/14/01      12.60        756.00
05208   MANGUAL, KATHLEEN              PARALEGAL      09/05/01     09/28/01      25.00      3,750.00
                                                                              --------   -----------
                              Total:                                            114.50     33,218.50


    B I L L E D   C O S T S   S U M M A R Y  -------- Total Billed --------
                                             Oldest      Latest       Total
Code   Description                            Entry       Entry       Amount
-------------------------------------------------------------------------------
0816   VELOBINDINGS                          09/13/01    09/13/01        0.00
0817   TABS                                  09/13/01    09/13/01        0.00
0820   PHOTOCOPYING                          09/04/01    09/28/01      885.90
0835   INSIDE MESSENGER                      09/04/01    09/21/01       12.00
0840   MANUSCRIPT SERVICE                    09/04/01    09/26/01      132.00
0841   RESEARCH SERVICES                     08/02/01    09/28/01       49.00
0885   LONG-DISTANCE TEL.                    09/04/01    09/26/01        2.99
0930   MESSENGER/COURIER                     09/07/01    09/20/01      132.00
0940   CAB FARES                             09/20/01    09/25/01      427.89
0943   IN-HOUSE/MEALS                        09/20/01    09/25/01       16.26
0950   OUT-OF-TOWN TRAVEL                    09/20/01    09/20/01    4,230.00
0972   Document Retrieval Fees               09/17/01    09/17/01       87.03
                                                                   -----------
                              Total                                  5,975.07

                                                                   ===========
                              Grand Total                           39,193.57
                                                                   ===========

    B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 10/29/01 12:05:40)
                                   --------- Billed ---------   Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#           Fee & OA     Disbursement   From OA    Total        Date         Due
---------------------------------------------------------------------------------------------------------------
09/28/01  08/31/01  339400          65,523.50       5,530.83       .00                              71,054.33
10/29/01  09/30/01  341359          33,218.50       5,975.07       .00                              39,193.57
                                   ----------      ---------    ------                            -----------
                   Total:           98,742.00      11,505.90       .00                             110,247.90
```

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 10/29/01 12:05:40
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
Work Thru : 09/30/01

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 63.80 | 15,920.50 | 1,491.63 | 17,412.13 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00002 | COMMITTEE & CREDITOR COR | 3.50 | 1,300.00 | 0.00 | 1,300.00 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00005 | BANKR. MOTIONS | 12.00 | 4,209.00 | 0.00 | 4,209.00 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00008 | FEE APPS | 17.30 | 3,919.00 | 76.11 | 3,995.11 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00009 | RETENTIONS | 0.50 | 75.00 | 29.58 | 104.58 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00012 | ASBESTOS CLAIM ISSUES | 17.40 | 7,795.00 | 4,230.00 | 12,025.00 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00013 | FRAUDULENT CONVEYANCE IS | 0.00 | 0.00 | 147.75 | 147.75 | MAYER THOMAS MOERS | - 03976 | M | B |
| | Client Total | 114.50 | 33,218.50 | 5,975.07 | 39,193.57 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

```
alp_132r: Billed Charges Analysis                                                                                         PAGE    1

Run Date & Time: 10/29/2001 12:05:34

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:  09/04/2001    TO:  09/28/2001
        UNBILLED DISB FROM:  08/02/2001    TO:  09/28/2001

                                  FEES                              COSTS
                                -------                            -------
GROSS BILLABLE AMOUNT:          15,920.50                          1,491.63
AMOUNT WRITTEN DOWN:
          PREMIUM:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
         THRU DATE:            09/28/2001                          09/28/2001
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      MAYER THOMAS MOERS  - 03976     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                             ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

          FEES:                 51,805.00      UNIDENTIFIED RECEIPTS:      0.00
          DISBURSEMENTS:         5,645.70      PAID FEE RETAINER:          0.00
          FEE RETAINER:              0.00      PAID DISB RETAINER:         0.00
          DISB RETAINER:             0.00      TOTAL AVAILABLE FUNDS:      0.00
          TOTAL OUTSTANDING:    57,450.70      TRUST BALANCE:
                                               BILLING HISTORY

          DATE OF LAST BILL:        10/29/01          LAST PAYMENT DATE:
          LAST BILL NUMBER:          341359           FEES BILLED TO DATE:           51,805.00
          LAST BILL THRU DATE:      09/30/01   FEES WRITTEN OFF TO DATE:                 0.00

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (6) Summer Associate
    (2) Late Time & Costs Posted  (7) Fixed Fee
    (3) Pre-arranged Discount     (8) Premium
    (4) Excessive Legal Time      (9) Rounding
    (5) Business Development     (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE     2
Run Date & Time: 10/29/2001 12:05:34                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                                               Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                       Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                      Status   : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ------------------ Total Billed ------------------
Emp Id Employee Name                Group            Oldest       Latest       Latest      Hours          Amount
                                                     ------       ------       ------      ------         ------
03699 SCHMIDT, ROBERT T.             PARTNER        09/05/01     09/05/01     09/26/01       4.80        2,040.00
03976 MAYER, THOMAS MOERS            PARTNER        09/05/01     09/06/01     09/26/01       1.50          787.50
04418 CATON, AMY                     ASSOCIATE      09/04/01     09/04/01     09/26/01       8.60        2,580.00
05132 FINNERTY, CATHERINE E          ASSOCIATE      09/07/01     09/07/01     09/14/01       3.60        1,224.00
05292 BECKER, GARY M.                ASSOCIATE      09/05/01     09/05/01     09/28/01      16.40        6,068.00
05157 MORRISSEY, RACHEL A.           PARALEGAL      09/06/01     09/06/01     09/06/01       2.00          320.00
05182 TEMP, PARALEGAL CLK            PARALEGAL      09/04/01     09/04/01     09/14/01      12.60          756.00
05208 MANGUAL, KATHLEEN              PARALEGAL      09/05/01     09/05/01     09/26/01      14.30        2,145.00
                                                                                           ------       ---------
                                              Total:                                        63.80       15,920.50

Sub-Total Hours :      6.30 Partners      0.00 Counsels     28.60 Associates    28.90 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y ------------ Total Billed ------------
Code Description                                     Oldest       Latest          Total
                                                     Entry        Entry          Amount
                                                     ------       ------         ------
0816 VELOBINDINGS                                   09/13/01     09/13/01            0.00
0817 TABS                                           09/13/01     09/13/01            0.00
0820 PHOTOCOPYING                                   09/04/01     09/28/01          800.70
0835 INSIDE MESSENGER                               09/21/01     09/21/01           12.00
0840 MANUSCRIPT SERVICE                             09/04/01     09/26/01          132.00
0841 RESEARCH SERVICES                              08/02/01     09/28/01           49.00
0885 LONG-DISTANCE TEL.                             09/04/01     09/26/01            2.99
0930 MESSENGER/COURIER                              09/07/01     09/20/01          132.00
0940 CAB FARES                                      09/20/01     09/25/01          275.91
0972 Document Retrieval Fees                        09/17/01     09/17/01           87.03
                                                                                ---------
                                              Total:                             1,491.63


B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/29/01 12:05:34)
                                ------- Billed -------        Applied      ---- Collections ----
Bill Date  Thru Date  Bill#     Fee & OA   Disbursement       From OA       Total       Date         Balance Due
---------  ---------  -----     --------   ------------       -------       -----       ----         -----------
09/28/01   08/31/01   339400    35,884.50     4,154.07            .00         .00                    40,038.57
10/29/01   09/30/01   341359    15,920.50     1,491.63            .00         .00                    17,412.13
                                ---------    ---------       -------       -----                    ---------
                      Total:    51,805.00     5,645.70            .00         .00                    57,450.70

                                        Grand Total                      17,412.13
                                                                      ===========
                                                                         1,491.63
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    3
Run Date & Time: 10/29/2001 12:05:34                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : MAYER THOMAS MOERS - 03976     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name       Work Date    Description                                              Hours     Amount        Index#      Batch Date
------------------  -----------  ---------------------------------------------------     -------   --------      -------    -----------

MAYER, THOMAS MOERS 09/05/01     Conference R. Schmidt, P. Bentley re meeting              1.00      525.00      3827989    09/19/01
                                 with Creditors' Committee, execution of
                                 confidentiality agreement, retention of local
                                 counsel (.5); review pleadings filed whilst on
                                 vacation (.5).
MAYER, THOMAS MOERS 09/06/01     call T. Currier re retention as local counsel             0.50      262.50      3827978    09/19/01
                                 and preparation for Friday hearing (.1), call
                                 from debtor's local counsel re Judge Farnan's
                                 adjournment of hearing (.1), calls D. Bernick
                                 (Kirkland & Ellis) (.1), T. Currier (.1), P.
                                 Bentley (.1) re same.
                                                                                         -------   --------
Total For MAYER T - 03976                                                                  1.50      787.50

SCHMIDT, ROBERT T.  09/05/01     review creditor cmtee memo; review schedule of            0.40      170.00      3841635    10/01/01
                                 hearing dates; v/m Bentley
SCHMIDT, ROBERT T.  09/06/01     review memo to cmtee; o/c Bentley                         0.20       85.00      3841679    10/01/01
SCHMIDT, ROBERT T.  09/10/01     begin review of case mgmt order papers                    0.80      340.00      3841665    10/01/01
SCHMIDT, ROBERT T.  09/13/01     review of case management order doc (.7)                  0.70      297.50      3841650    10/01/01
SCHMIDT, ROBERT T.  09/14/01     continue review of CMO papers (.5)                        0.50      212.50      3841645    10/01/01
SCHMIDT, ROBERT T.  09/17/01     review CMO objections                                     0.50      212.50      3842368    10/01/01
SCHMIDT, ROBERT T.  09/19/01     review pleadings and other materials for Sept             0.50      212.50      3842385    10/01/01
                                 20 hearings; v/m Bentley re same; review Rand
                                 report
SCHMIDT, ROBERT T.  09/21/01     further review of CMO papers and objections;              0.50      212.50      3842393    10/01/01
                                 o/c Bentley re scheduling of upcoming cmtee
                                 call
SCHMIDT, ROBERT T.  09/26/01     o/c Phil Bentley re cmtee mtg; review agenda re           0.70      297.50      3844516    10/02/01
                                 same; review memo to cmtee re CMO
                                                                                         -------   --------
Total For SCHMIDT R - 03699                                                                4.80     2,040.00

BECKER, GARY M.     09/05/01     Attention to confidentiality agreement and                0.90      333.00      3822827    09/13/01
                                 conf. with Debtors counsel re same (0.9)
BECKER, GARY M.     09/06/01     Review and revise confidentiality agreement and           1.80      666.00      3822823    09/13/01
                                 advisor supplement and send changes to debtor
                                 (1.5); review memo re stay relief motions
                                 (0.2); review fax re hearing adjournment (0.1)
BECKER, GARY M.     09/06/01     conf. with Committee chair re confidentiality             0.20       74.00      3889145    10/09/01
                                 issue (0.2); review memo re stay relief motions
                                 (0.2)
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   4
Run Date & Time: 10/29/2001 12:05:34                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                                         Hours      Amount    Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/07/01 | Conf. with T. Wechsler re confidentiality agreement (0.1); call to debtor's counsel S. Schwartz re same (0.1); conf. with C. Finnerty re same and re motions to assign leases (0.2) | 0.40 | 148.00 | 3822816 | 09/13/01 |
| BECKER, GARY M. | 09/10/01 | Conf. with and email exchange with T. Wechsler re confidentiality order (0.3); conf. with and email exchange with Debtors' counsel S. Schwartz re confidentiality agreement (0.5); revisions to confidentiality agreement (0.5); review and revise status memo to committee re lease assumption and assignment (0.3) | 1.60 | 592.00 | 3822813 | 09/13/01 |
| BECKER, GARY M. | 09/12/01 | Conf. with T. Wechsler re confidentiality agreement (0.3); revise and fax confidentiality agreement to equity committee for signature (0.6); conf. with debtors' counsel S. Schwartz re confidentiality agreement and re debtors' motion to assume and assign real property lease (0.3) | 1.20 | 444.00 | 3823988 | 09/14/01 |
| BECKER, GARY M. | 09/17/01 | Research and begin preparing memo re debtors' motion to establish case management order and objection thereto (2.5); fax confidentiality agreement to debtors counsel. (0.2). | 2.70 | 999.00 | 3829509 | 09/24/01 |
| BECKER, GARY M. | 09/19/01 | Review responsive pleadings on motions for relief from stay (0.8); research and prepare memo re debtors motion for case management order and objections thereto (3.5); email and fax to equity committee members re confidentiality agreement (0.4). | 4.70 | 1,739.00 | 3830020 | 09/21/01 |
| BECKER, GARY M. | 09/20/01 | Conf. with P. Bentley re debtors' motion for case management order and responsive pleadings (0.5); review new pleadings (0.5); email and fax re confidentiality agreement (0.4); call T. Weschler re same (0.1). | 1.50 | 555.00 | 3830842 | 09/21/01 |
| BECKER, GARY M. | 09/24/01 | Attention to confidentiality execution by members of equity committee and fax signature pages to debtors counsel (0.4); conf. with debtors' counsel re motion for case management order (0.2); conf. with P. Bentley re memo to equity committee (0.2) | 0.80 | 296.00 | 3835169 | 09/25/01 |
| BECKER, GARY M. | 09/26/01 | Conf. with T. Weschler re confidentiality agreement | 0.10 | 37.00 | 3840073 | 09/28/01 |
| BECKER, GARY M. | 09/28/01 | Review new pleadings field by debtor (0.5) | 0.50 | 185.00 | 3843065 | 10/01/01 |

Total For BECKER G - 05292                                                                              16.40    6,068.00

```
alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5
Run Date & Time: 10/29/2001 12:05:34                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00001                                                    Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status : ACTIVE

  B I L L E D     T I M E     D E T A I L
Employee Name          Work Date   Description                                                       Hours      Amount        Index#   Batch Date
-------------------------------------------------------------------------------------------------------------------------------------------------
CATON, AMY             09/04/01   review recently filed docs (1); tc w/ T Mayer,                     1.80       540.00    3850338 10/02/01
                                  accounting re: fee app, hours (.3); review
                                  confidentiality agreement (.5)
CATON, AMY             09/05/01   tc w/ T Mayer, S Schwartz re: need for confi                       1.60       480.00    3850326 10/02/01
                                  agreements f/ prop damage Cmte (.4); review of
                                  same (.6); review incoming docs for
                                  distribution (.2); reviewing case docket for
                                  hearings, etc. (.4)
CATON, AMY             09/06/01   reviewing and editing confidentiality agreement                    1.30       390.00    3850331 10/02/01
                                  (.7); tcs w/ G Becker, S Schwartz, P Bentley
                                  re: same (.6)
CATON, AMY             09/07/01   reviewing incoming docs for distribution (.3);                     1.20       360.00    3850333 10/02/01
                                  tc w/ P Bentley re: hearing continued (.2); fax
                                  to Cmte re: same (.3); calls w/ G Becker to S
                                  Schwartz re: confidentiality agreement (.4)
CATON, AMY             09/14/01   reviewing incoming docs for distribution/case                      1.00       300.00    3850356 10/02/01
                                  management motion and objection
CATON, AMY             09/21/01   reviewing incoming docs (.4); reviewing hearing                    1.10       330.00    3850378 10/02/01
                                  agendas, instructions to K Mangual for call to
                                  ct clerk re: cancellation/rescheduling of
                                  hearings (.4); tc w/ email to T Weschler re:
                                  same (.3)
CATON, AMY             09/25/01   reviewing recently filed docs for distribution                     0.30        90.00    3850392 10/02/01
CATON, AMY             09/26/01   tc w/ P Bentley, G Becker re: filing of fee                        0.30        90.00    3850393 10/02/01
                                  application, status; reviewing case management
                                  order

 Total For CATON A - 04418                                                                           8.60     2,580.00

FINNERTY, CATHERINE E  09/07/01   Review various pleadings and fee applications                      1.50       510.00    3822659 09/13/01
                                  that have been filed in matter
FINNERTY, CATHERINE E  09/11/01   Review pleadings filed re: case management and                     1.10       374.00    3822655 09/13/01
                                  disc. calendar w. K. Mangual
FINNERTY, CATHERINE E  09/13/01   Review RAND report on asbestos litigation and                      0.80       272.00    3823592 09/14/01
                                  trust issues
FINNERTY, CATHERINE E  09/14/01   Review Grace calendar                                              0.20        68.00    3828176 09/19/01

 Total For FINNERTY C - 05132                                                                        3.60     1,224.00

MANGUAL, KATHLEEN      09/05/01   Update Pleadings Index and Correspondence files                    2.10       315.00    3824750 09/17/01
                                  (2.1)
```