alp_132r: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:34

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   6

| | | |
|---|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : MAYER THOMAS MOERS - 03976 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 09/06/01 | C/W A. Caton re: hearing binder and pertinent documents (.20); C/W R. Morrissey with instruction on same.0) | 0.30 | 45.00 | 3824751 | 09/17/01 |
| MANGUAL, KATHLEEN | 09/07/01 | Hearing canceled, revision of hearing binder per A. Caton (1.0); L/vm to P. Cunniff re: Grace Contact List (.10) | 1.10 | 165.00 | 3824752 | 09/17/01 |
| MANGUAL, KATHLEEN | 09/10/01 | Review of amended notice of agenda to accommodate required documents into hearing binder (.30); pleadings needed (.20); Conference w/ P. Cuniff re: Grace Contact List (.20); Document Request per C. Finnerty (.50) | 1.20 | 180.00 | 3828202 | 09/19/01 |
| MANGUAL, KATHLEEN | 09/13/01 | Review docket for pleadings w/ Objection deadlines (1.0); Create and update Grace Calendar (1.5) | 2.50 | 375.00 | 3828206 | 09/19/01 |
| MANGUAL, KATHLEEN | 09/17/01 | Document Retrieval per G. Becker (.50); Review docket for new hearing date (.30); Review objection dates (.70) | 1.50 | 225.00 | 3829158 | 09/20/01 |
| MANGUAL, KATHLEEN | 09/20/01 | Conference w/ clerk re: rescheduling of hearings (.30) Update Pleadings Index and Correspondence (2.0) | 2.30 | 345.00 | 3832205 | 09/24/01 |
| MANGUAL, KATHLEEN | 09/21/01 | Doc Retrieval per G. Becker (.50); Review Docket (.30); Conference w/ A.Caton re: hearing dates (.20) | 1.00 | 150.00 | 3832199 | 09/24/01 |
| MANGUAL, KATHLEEN | 09/25/01 | Distribution of Grace Calendar (.30); Review of Docket and files for retrieval of pleadings per A. Caton (.50) | 0.80 | 120.00 | 3849290 | 10/02/01 |
| MANGUAL, KATHLEEN | 09/26/01 | Update pleadings index and correspondence (1.5) | 1.50 | 225.00 | 3849294 | 10/02/01 |
| Total For MANGUAL K - 05208 | | | 14.30 | 2,145.00 | | |
| MORRISSEY, RACHEL A. | 09/06/01 | Preparation of Hearing binders for 9/6/01 Hearing and other materials re: same. (2.0). | 2.00 | 320.00 | 3822678 | 09/13/01 |
| Total For MORRISSEY R - 05157 | | | 2.00 | 320.00 | | |
| TEMP, PARALEGAL CLK | 09/04/01 | Conferred with K.Mangual RE: Updating of pleading index and organization files(.2); attend to indexing of pleadings and organization of files re same (5.6) ( (T(Gordon). | 5.80 | 348.00 | 3832774 | 09/25/01 |

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                              PAGE    7
Run Date & Time: 10/29/2001 12:05:34                                    *PRIVILEGED AND CONFIDENTIAL*
```

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| TEMP, PARALEGAL CLK | 09/13/01 | conferred with K. Mangual Re: Researching docket No. on the docket located online at www.deb.uscourt.gov, (.5) reviewed docket sheet regarding same (2.5) update pleading index (2.0) (T.Gordon) | 5.00 | 300.00 | 3835147 | 09/25/01 |
| TEMP, PARALEGAL CLK | 09/14/01 | Conferred with K.Mangual (.3) Re-updated the Grace calender to add Objections deadlines(1.5) (T.Gordon) | 1.80 | 108.00 | 3835151 | 09/25/01 |
| Total For TEMP P - 05182 | | | 12.60 | 756.00 | | |
| Fee Total | | | 63.80 | 15,920.50 | | |

### BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| VELOBINDINGS  Kenny Saroop  0816 | BENTLEY, P | 09/13/01 | 0.00 | 5186385 | 63201 | 09/17/01 |
| 0816 VELOBINDINGS Total : | | | 0.00 | | | |
| TABS  Kenny Saroop  0817 | BENTLEY, P | 09/13/01 | 0.00 | 5186361 | 63200 | 09/17/01 |
| 0817 TABS Total : | | | 0.00 | | | |
| PHOTOCOPYING  0820 | BUTLER, S B | 09/04/01 | 2.70 | 5175740 | 62860 | 09/07/01 |
| PHOTOCOPYING  ER TH - MAYER TH | MAYER, T M | 09/04/01 | 46.05 | 5175741 | 62860 | 09/07/01 |
| PHOTOCOPYING  TLEY - BENTLEY | BENTLEY, P | 09/05/01 | 1.80 | 5176252 | 62861 | 09/07/01 |
| PHOTOCOPYING  GUAL - MANGUAL | MANGUAL, K M | 09/05/01 | 0.60 | 5176253 | 62861 | 09/07/01 |
| PHOTOCOPYING  GUAL - MANGUAL | MANGUAL, K M | 09/05/01 | 1.95 | 5176254 | 62861 | 09/07/01 |
| PHOTOCOPYING  TLEY - BENTLEY | BENTLEY, P | 09/05/01 | 3.60 | 5176255 | 62861 | 09/07/01 |
| PHOTOCOPYING  RISSE - MORRISSEY | MORRISSEY, R A | 09/06/01 | 7.50 | 5176256 | 62861 | 09/07/01 |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:34

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   8

Matter No: 056772-00001                                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status : ACTIVE

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING RISSE - MORRISSEY | MORRISSEY, R A | 09/06/01 | 15.90 | 5195843 | 63534 | 09/25/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/07/01 | 3.90 | 5178608 | 62926 | 09/10/01 |
| PHOTOCOPYING LER S - BUTLER S | BUTLER, S B | 09/07/01 | 7.50 | 5195844 | 63534 | 09/25/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 09/10/01 | 5.40 | 5180298 | 63003 | 09/11/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/10/01 | 1.05 | 5180299 | 63003 | 09/11/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 09/10/01 | 63.15 | 5195845 | 63534 | 09/25/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 09/13/01 | 310.20 | 5183659 | 63079 | 09/14/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/13/01 | 8.40 | 5185302 | 63155 | 09/17/01 |
| PHOTOCOPYING ER TH - MAYER TH | MAYER, T M | 09/13/01 | 36.30 | 5195846 | 63534 | 09/25/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/14/01 | 2.10 | 5183779 | 63230 | 09/19/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/14/01 | 2.25 | 5183380 | 63230 | 09/19/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/14/01 | 1.80 | 5183381 | 63230 | 09/19/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/17/01 | 5.10 | 5183882 | 63230 | 09/19/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/17/01 | 0.30 | 5183383 | 63230 | 09/19/01 |
| PHOTOCOPYING ER TH - MAYER TH | MAYER, T M | 09/18/01 | 78.45 | 5190417 | 63381 | 09/20/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/19/01 | 3.60 | 5190418 | 63381 | 09/20/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/25/01 | 13.65 | 5201877 | 63592 | 09/26/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 09/25/01 | 90.15 | 5208197 | 63903 | 10/02/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 09/26/01 | 83.70 | 5203785 | 63712 | 09/28/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 09/28/01 | 3.60 | 5205710 | 63801 | 10/01/01 |

0820 PHOTOCOPYING Total :   800.70

| Description/Code | Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| INSIDE MESSENGER Snagga Sheldon | 0835 | SNAGGS, S | 09/21/01 | 12.00 | 5194838 | 63515 | 09/24/01 |

0835 INSIDE MESSENGER Total :   12.00

alp_132r: Billed Charges Analysis
Run Date & Time: 10/29/2001 12:05:35

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   9

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MANUSCRIPT SERVICE            0840 | | | | | | |
| MANUSCRIPT SERVICE 09/04/2001 | BUTLER, S B | 09/04/01 | 30.00 | 5205122 | 63782 | 10/01/01 |
| MANUSCRIPT SERVICE 09/10/2001 | SEAWRIGHT, J | 09/10/01 | 66.00 | 5185019 | 63150 | 09/17/01 |
| MANUSCRIPT SERVICE 09/13/2001 | SEAWRIGHT, J | 09/13/01 | 18.00 | 5185020 | 63150 | 09/17/01 |
| MANUSCRIPT SERVICE 09/26/2001 | SEAWRIGHT, J | 09/26/01 | 18.00 | 5204560 | 63752 | 09/28/01 |
| 0840 MANUSCRIPT SERVICE Total : | | | 132.00 | | | |
| RESEARCH SERVICES             0841 | | | | | | |
| RESEARCH SERVICES 09/02/2001 | SNAGGS, S | 08/02/01 | 28.00 | 5181760 | 63019 | 10/01/01 |
| RESEARCH SERVICES 09/28/2001 | SNAGGS, S | 09/28/01 | 21.00 | 5207285 | 63834 | 10/01/01 |
| 0841 RESEARCH SERVICES Total : | | | 49.00 | | | |
| LONG-DISTANCE TEL.            0885 | | | | | | |
| LONG-DISTANCE TEL. 804297081 | BENTLEY, P | 09/04/01 | 0.30 | 5176852 | 62862 | 09/07/01 |
| LONG-DISTANCE TEL. 804297081 | BENTLEY, P | 09/05/01 | 0.30 | 5177004 | 62863 | 09/07/01 |
| LONG-DISTANCE TEL. 102552422 | MANGUAL, K M | 09/05/01 | 0.60 | 5189607 | 63318 | 09/20/01 |
| 4l1 | BENTLEY, P | 09/06/01 | 0.30 | 5177005 | 62863 | 09/07/01 |
| LONG-DISTANCE TEL. 102552422 | MAYER, T M | 09/06/01 | 0.59 | 5177006 | 62863 | 09/07/01 |
| LONG-DISTANCE TEL. 312661224 8 | MANGUAL, K M | 09/06/01 | 0.30 | 5189608 | 63318 | 09/20/01 |
| LONG-DISTANCE TEL. 312661341 2 | BENTLEY, P | 09/26/01 | 0.30 | 5209399 | 63964 | 10/02/01 |
| LONG-DISTANCE TEL. 102552422 804297081 | SEAWRIGHT, J | 09/26/01 | 0.30 | 5209398 | 63964 | 10/02/01 |
| 0885 LONG-DISTANCE TEL. Total : | | | 2.99 | | | |
| MESSENGER/COURIER             0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION 08/06/01 | MANGUAL, K M | 09/07/01 | 11.09 | 5178028 | 62884 | 09/13/01 |
| FEDERAL EXPRESS CORPORAT MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION 08/08/01 | MANGUAL, K M | 09/10/01 | 62.22 | 5179812 | 62884 | 09/13/01 |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:35

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| FEDERAL EXPRESS CORPORAT | | | | | | |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | | | | | | |
| CORPORATION | | | | | | |
| FEDERAL EXPRESS CORPORAT | PELLETIER, D | 09/20/01 | 11.27 | 5190820 | 63393 | 09/20/01 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | | | | | | |
| CORPORATION | | | | | | |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/20/01 | 47.42 | 5190960 | 63393 | 09/20/01 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | | | | | | |
| CORPORATION | | | | | | |
| **0930 MESSENGER/COURIER Total :** | | | **132.00** | | | |
| CAB  FARES          0940 | | | | | | |
| CAB FARES - VENDOR-THE COMPANY CAR 8/30/01 | FINNERTY, C E | 09/20/01 | 119.85 | 5189231 | 63307 | 09/20/01 |
| THE COMPANY CAR | | | | | | |
| DIAL CAR INC. | | | | | | |
| CAB FARES - VENDOR-DIAL CAR INC. 8/8/01 | MANGUAL, K M | 09/25/01 | 29.58 | 5201356 | 63560 | 09/26/01 |
| DIAL CAR INC. | | | | | | |
| CAB FARES - VENDOR-DIAL CAR INC. 8/1/01 | MANGUAL, K M | 09/25/01 | 29.58 | 5201378 | 63560 | 09/26/01 |
| DIAL CAR INC. | | | | | | |
| CAB FARES - VENDOR-DIAL CAR INC. 8/23/01 | MANGUAL, K M | 09/25/01 | 29.58 | 5201390 | 63560 | 09/26/01 |
| DIAL CAR INC. | | | | | | |
| CAB FARES - VENDOR-DIAL CAR INC. 7/17/01 | CIPOLLA, S A | 09/25/01 | 67.32 | 5201476 | 63560 | 09/26/01 |
| **0940 CAB FARES Total :** | | | **275.91** | | | |
| Document Retrieval F          0972 | | | | | | |
| U.S. DOCUMENT RETRIEVAL | | | | | | |
| Document Retrieval Fees - VENDOR-U.S. DOCUMENT | PIZZARELLO, C | 09/17/01 | 87.03 | 5185505 | 63152 | 09/24/01 |
| RETRIEVAL SER | | | | | | |
| **0972 Document Retrieval F Total :** | | | **87.03** | | | |

Costs Total :                                                                 1,491.63

alp.132z: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:35

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Matter No.: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME SUMMARY**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| SCHMIDT, ROBERT T. | 4.80 | 2,040.00 | | | | |
| MAYER, THOMAS MOERS | 1.50 | 787.50 | | | | |
| CATON, AMY | 8.60 | 2,580.00 | | | | |
| FINNERTY, CATHERINE | 3.60 | 1,224.00 | | | | |
| BECKER, GARY M. | 16.40 | 6,068.00 | | | | |
| MORRISSEY, RACHEL A. | 2.00 | 320.00 | | | | |
| TEMP, PARALEGAL CLK | 12.60 | 756.00 | | | | |
| MANGUAL, KATHLEEN | 14.30 | 2,145.00 | | | | |
| Total: | 63.80 | 15,920.50 | | | | |

**BILLED COSTS SUMMARY**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|
| 0816 VELOBINDINGS | 0.00 | | | | |
| 0817 TABS | 0.00 | | | | |
| 0820 PHOTOCOPYING | 800.70 | | | | |
| 0835 INSIDE MESSENGER | 12.00 | | | | |
| 0840 MANUSCRIPT SERVICE | 132.00 | | | | |
| 0841 RESEARCH SERVICES | 49.00 | | | | |
| 0885 LONG-DISTANCE TEL. | 2.99 | | | | |
| 0910 MESSENGER/COURIER | | | | | |
| 0930 MESSENGER/COURIER | 132.00 | | | | |
| 0940 CAB FARES | 275.91 | | | | |
| 0972 Document Retrieval Fees | 87.03 | | | | |

alp_132z: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    12

Run Date & Time: 10/29/2001 12:05:35

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y
Code Description                 Amount          Bill          W/o / W/u        Transfer To      Clnt/Mtr      Carry Forward
----------------------------------------------------  ------------  ---------------  ---------------  -------------  ---------------

            Costs Total :        1,491.63          _____          _____           _____          _____         _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Run Date & Time: 10/29/2001 12:05:35

Matter No: 056772-00002          Orig Prtnr : CRED. RGTS - 06975     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : MAYER THOMAS MOERS - 03976     Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                          Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   09/04/2001     TO:   09/26/2001
UNBILLED DISB FROM:                  TO:   09/26/2001

                          FEES                      COSTS

GROSS BILLABLE AMOUNT:           1,300.00              0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?      YES     OR     NO
EXPECTED DATE OF COLLECTION?             09/26/2001

BILLING PARTNER APPROVAL:

     MAYER THOMAS MOERS - 03976          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH

DISBURSEMENTS:                     FEES:           6,526.00     UNIDENTIFIED RECEIPTS:        0.00
                          FEE RETAINER:             997.34     PAID FEE RETAINER:            0.00
                         DISB RETAINER:               0.00     PAID DISB RETAINER:           0.00
                      TOTAL OUTSTANDING:         7,523.34     TOTAL AVAILABLE FUNDS:        0.00
                                                               TRUST BALANCE:
                                                               BILLING HISTORY

                    DATE OF LAST BILL:   10/29/01       LAST PAYMENT DATE:
                    LAST BILL NUMBER:     141359        FEES BILLED TO DATE:       6,526.00
                    LAST BILL THRU DATE:  09/30/01      FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (6) Summer Associate
     (2) Late Time & Costs Posted    (7) Fixed Fee
     (3) Pre-arranged Discount       (8) Premium
     (4) Excessive Legal Time        (9) Rounding
     (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____   Processed by: _____   FRC: _____    CRC: _____