alp_132r: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:35

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                                 ------------ Total -------- Billed --------------

| Emp Id Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|
| 02495 BENTLEY, PHILIP | PARTNER | 09/04/01 | 09/26/01 | 2.00 | 850.00 |
| 04418 CATON, AMY | ASSOCIATE | 09/05/01 | 09/05/01 | 1.50 | 450.00 |
| Total: | | | | 3.50 | 1,300.00 |

Sub-Total Hours :      2.00 Partners      0.00 Counsels      1.50 Associates      0.00 Legal Assts      0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/29/01 12:05:35)

| Bill Date Thru Date Bill# | ------- Fee & OA ------- | | | ---- Collections ---- | |
|---|---|---|---|---|---|
| | Billed | Applied From OA | Total | Date | |
| | Disbursement | | | | Balance Due |
| 09/28/01 08/31/01 339400 | 5,226.00 | 997.34 | .00 | | 6,223.34 |
| 10/29/01 09/30/01 341359 | 1,300.00 | .00 | .00 | | 1,300.00 |
| Total: | 6,526.00 | 997.34 | .00 | | 7,523.34 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/29/2001 12:05:35

PAGE 15

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : COMMITTEE & CREDITOR CORRESP.
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/04/01 | Discs. T. Weschler and AC re pending issues and prepare a short memo to Committee re scheduling of next Committee call. | 0.60 | 255.00 | 3837631 | 09/27/01 |
| BENTLEY, PHILIP | 09/06/01 | Review and edit memo to Committee re pending motions; discs. AC, TM and voicemail re same and other pending issues. | 0.40 | 170.00 | 3837642 | 09/27/01 |
| BENTLEY, PHILIP | 09/10/01 | TC T. Weschler. | 0.10 | 42.50 | 3837650 | 09/27/01 |
| BENTLEY, PHILIP | 09/26/01 | Discs. T. Weschler, TM, RS and voicemail re upcoming Committee call. | 0.90 | 382.50 | 3846839 | 10/02/01 |
| Total For BENTLEY P - 02495 | | | 2.00 | 850.00 | | |
| CATON, AMY | 09/05/01 | drafting update memo to Cmte re: exclusive period, relief from stay, hearing, etc. | 1.50 | 450.00 | 3850325 | 10/02/01 |
| Total For CATON A - 04418 | | | 1.50 | 450.00 | | |
| | | Fee Total | 3.50 | 1,300.00 | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

PAGE    16

Run Date & Time: 10/29/2001 12:05:35

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : COMMITTEE & CREDITOR CORRESP.
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 2.00 | 850.00 | | | | | |
| CATON, AMY | 1.50 | 450.00 | | | | | |
| Total: | 3.50 | 1,300.00 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:35

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   17

Matter No: 056772-00005                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : BANKR.  MOTIONS                                    Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     09/04/2001                    TO:        09/25/2001
UNBILLED DISB FROM:                                   TO:

                                            FEES                          COSTS

GROSS BILLABLE AMOUNT:          4,209.00                                   0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:            09/25/2001

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                MAYER THOMAS MOERS - 03976        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                            ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

        FEES:                            4,209.00         UNIDENTIFIED RECEIPTS:      0.00
DISBURSEMENTS:                               0.00         PAID FEE RETAINER:          0.00
FEE RETAINER:                                0.00         PAID DISB RETAINER:         0.00
DISB RETAINER:                               0.00         TOTAL AVAILABLE FUNDS:      0.00
TOTAL OUTSTANDING:                       4,209.00         TRUST BALANCE:              0.00

                                            BILLING HISTORY

DATE OF LAST BILL:          10/29/01           LAST PAYMENT DATE:         4,209.00
LAST BILL NUMBER:            341359            FEES BILLED TO DATE:       4,209.00
LAST BILL THRU DATE:        09/30/01           FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee          (6) Summer Associate
        (2) Late Time & Costs Posted    (7) Fixed Fee
        (3) Pre-arranged Discount       (8) Premium
        (4) Excessive Legal Time        (9) Rounding
        (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____       DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:35

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

| | |
|---|---|
| Matter No: 056772-00005 | Orig Prtnr : CRED. RGTS - 06975     Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : MAYER THOMAS MOERS - 03976     Bill Frequency: M |
| Matter Name : BANKR. MOTIONS | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | Status : ACTIVE |

**B I L L E D  T I M E  S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 04418 | CAYTON, AMY | ASSOCIATE | 09/05/01 | 09/05/01 | 3.00 | 900.00 |
| 05132 | FINNERTY, CATHERINE E | ASSOCIATE | 09/07/01 | 09/13/01 | 0.70 | 238.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 09/04/01 | 09/25/01 | 8.30 | 3,071.00 |
| | Total: | | | | 12.00 | 4,209.00 |

Sub-Total Hours :     0.00 Partners     0.00 Counsels     12.00 Associates     0.00 Legal Assts     0.00 Others

**B I L L I N G  &  P A Y M E N T  H I S T O R Y** (Reflects Payments As of 10/29/01 12:05:35)

| Bill Date Thru Date Bill# | Fee & OA Billed | Disbursement Billed | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|
| 10/29/01 09/30/01 341359 | 4,209.00 | .00 | | .00 | .00 | 4,209.00 |
| Total: | 4,209.00 | .00 | | .00 | | 4,209.00 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   19

Run Date & Time: 10/29/2001 12:05:35

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

| | | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| | | Bill Prtnr : MAYER THOMAS MOERS - 03976 | Bill Frequency: M |
| | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |

Status : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/04/01 | Review Honeywell motion to lift stay and discussion with A. Caton re response thereto | 1.00 | 370.00 | 3822833 | 09/13/01 |
| BECKER, GARY M. | 09/13/01 | Review creditors committee pleading in response to motion to establish bar date (0.5); review asbestos claimants committee response to motion to establish bar date) (1.5); attention to fax from T. Weschler (0.1). | 2.10 | 777.00 | 3823983 | 09/14/01 |
| BECKER, GARY M. | 09/14/01 | Review and research Asbestos Committee objection to Motion for Case Management Order and discussion with P. Bentley re equity committee confidentiality order (0.5); | 2.40 | 888.00 | 3825905 | 09/17/01 |
| BECKER, GARY M. | 09/25/01 | review objection to motion for case management order filed by PD Committee (1.5); revise memo to equity committee re case management pleadings (1.0); conf. with P. Bentley re response to case management pleadings (0.3) | 2.80 | 1,036.00 | 3840071 | 09/28/01 |

Committee response (1.9); call equity committee members re confidentiality order (0.5);

**Total For BECKER G - 05292**   8.30   3,071.00

| CATON, AMY | 09/05/01 | reviewing motions relating to Honeywell, lifting of stay, and exclusivity and to c/ w/ PB re: same | 3.00 | 900.00 | 3850323 | 10/02/01 |

**Total For CATON A - 04418**   3.00   900.00

| FINNERTY, CATHERINE E | 09/07/01 | Review two motions for assumption and assignment of leases and draft summary memo for Committee. | 0.50 | 170.00 | 3822660 | 09/13/01 |
| FINNERTY, CATHERINE E | 09/13/01 | Review response of creditors committee to case management order | 0.20 | 68.00 | 3823583 | 09/14/01 |

**Total For FINNERTY C - 05132**   0.70   238.00

Fee Total   12.00   4,209.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Run Date & Time: 10/29/2001 12:05:35

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| CATON, AMY | 3.00 | 900.00 | | | | | | |
| FINNERTY, CATHERINE | 0.70 | 238.00 | | | | | | |
| BECKER, GARY M. | 8.30 | 3,071.00 | | | | | | |
| Total: | 12.00 | 4,209.00 | | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:35

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE 21

| | | |
|---|---|---|
| Matter No: 056772-00008 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : MAYER THOMAS MOERS - 03976 | Bill Frequency: M |
| Matter Name : FEE APPS | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | FEES | COSTS |
|---|---|---|---|
| UNBILLED TIME FROM: | 09/07/2001 | TO: | 09/28/2001 |
| UNBILLED DISB FROM: | 09/10/2001 | TO: | 09/28/2001 |

| | FEES | | |
|---|---|---|---|
| GROSS BILLABLE AMOUNT: | 3,919.00 | | 76.11 |
| AMOUNT WRITTEN DOWN: | | | |
| PREMIUM: | | | |
| ON ACCOUNT BILLED: | | | |
| DEDUCTED FROM PAID RETAINER: | | | |
| AMOUNT BILLED: | | | |
| THRU DATE: | | | 09/28/2001 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | | |
| EXPECTED DATE OF COLLECTION: | | | |

BILLING PARTNER APPROVAL:

| | | | |
|---|---|---|---|
| MAYER THOMAS MOERS - 03976 | | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) | |

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS

| | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 4,276.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 76.11 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 4,352.61 | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 10/29/01 | LAST PAYMENT DATE: | |
| LAST BILL NUMBER: | 34159 | FEES BILLED TO DATE: | 4,276.50 |
| LAST BILL THRU DATE: | 09/30/01 | FEES WRITTEN OFF TO DATE: | 0.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

| | |
|---|---|
| (1) Exceeded Fixed Fee | (6) Summer Associate |
| (2) Late Time & Costs Posted | (7) Fixed Fee |
| (3) Pre-arranged Discount | (8) Premium |
| (4) Excessive Legal Time | (9) Rounding |
| (5) Business Development | (10) Client Arrangement |

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____