```
alp_132r: Billed Charges Analysis                                                                                              PAGE   22
Run Date & Time: 10/29/2001 12:05:35

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : FEE APPS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001
                                                                                                        Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y  -------------------- Total Billed ----------------
Emp Id Employee Name                     Group                Oldest      Latest       Hours       Amount

02495 BENTLEY, PHILIP                    PARTNER              09/26/01    09/26/01      0.80       340.00
05132 FINNERTY, CATHERINE E              ASSOCIATE            09/07/01    09/07/01      2.40       816.00
05292 BECKER, GARY M.                    ASSOCIATE            09/21/01    09/28/01      2.90     1,073.00
05157 MORRISSEY, RACHEL A.               PARALEGAL            09/28/01    09/28/01      1.00       160.00
05208 MANGUAL, KATHLEEN                  PARALEGAL            09/21/01    09/28/01     10.20     1,530.00

                        Total:                                                         17.30     3,919.00

Sub-Total Hours :    0.80 Partners     0.00 Counsels     5.30 Associates    11.20 Legal Assts    0.00 Others


B I L L E D   C O S T S   S U M M A R Y  ---------- Total Billed ----------
Code Description                                   Oldest      Latest       Total
                                                   Entry       Entry       Amount

0820 PHOTOCOPYING                                  09/10/01    09/28/01     59.85
0943 IN-HOUSE/MEALS                                09/25/01    09/25/01     16.26

          Total                                                             76.11

          Grand Total                                                    3,995.11
                                                                        ==========


B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/29/01 12:05:35)
                       ------- Billed --------     ----- Applied -----  ---- Collections ----
Bill Date Thru Date Bill#    Fee & OA   Disbursement    From OA   Total      Date           Balance
                                                                                             Due
09/28/01 08/31/01  339400    357.50       .00                                              357.50
10/29/01 09/30/01  341359  3,919.00      76.11          .00       .00                    3,995.11

          Total:           4,276.50     76.11           .00                              4,352.61
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   23
Run Date & Time: 10/29/2001 12:05:35                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                  Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : FEE APPS                                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status   : ACTIVE
```

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/26/01 | Discs. TM, GB, AC, T. Currier, K. Mangual and voicemail re fee application. | 0.80 | 340.00 | 3846838 | 10/02/01 |
| **Total For BENTLEY P - 02495** | | | **0.80** | **340.00** | | |
| BECKER, GARY M. | 09/21/01 | Work on monthly fee application (0.2). | 0.20 | 74.00 | 3832917 | 09/25/01 |
| BECKER, GARY M. | 09/25/01 | Review and revise interim fee application (1.2) | 1.20 | 444.00 | 3840072 | 09/28/01 |
| BECKER, GARY M. | 09/26/01 | Conf. with P. Bentley re fee application issues | 0.30 | 111.00 | 3840076 | 09/28/01 |
| BECKER, GARY M. | 09/28/01 | Further revision to fee application and filing thereof (1.0); conf. with P. Bentley re same (0.2) | 1.20 | 444.00 | 3843066 | 10/01/01 |
| **Total For BECKER G - 05292** | | | **2.90** | **1,073.00** | | |
| FINNERTY, CATHERINE E | 09/07/01 | Review billing statement for months of July, August; review interim fee application. procedures order and discuss deadlines with K. Mangual | 2.40 | 816.00 | 3822658 | 09/13/01 |
| **Total For FINNERTY C - 05132** | | | **2.40** | **816.00** | | |
| MANGUAL, KATHLEEN | 09/21/01 | Draft First Interim Fee App (1.0).; Review time entries (.50) | 1.50 | 225.00 | 3832198 | 09/24/01 |
| MANGUAL, KATHLEEN | 09/25/01 | Review DE Local Rules and Procedures for Interim Compensation (1.0) Review and Revise Fee Application (1.0); Conference w/ T Currier re: KL Retention Order (.20) | 2.20 | 330.00 | 3849291 | 10/02/01 |
| MANGUAL, KATHLEEN | 09/26/01 | C/w P. Bentley re: Fee Application and Order retaining Kramer Levin (.30); C/w T. Currier (Kleet/Rooney) and G.Becker re: same (.40); Revision on Fee Application and Draft of Order (1.0); Coordination w/ acct re: time entries and charts (.50) | 2.20 | 330.00 | 3849296 | 10/02/01 |
| MANGUAL, KATHLEEN | 09/27/01 | Conference w/ M Gjeloshi (Acct), P. Bentley and C. Finnerty re: Time Entry and changes to the fee app (.50) | 0.50 | 75.00 | 3849297 | 10/02/01 |
| MANGUAL, KATHLEEN | 09/28/01 | Drafting combined fee app and first interim (3.0); Conference w/ G. Becker and P. Bentley re: same (.50); Coordination with local counsel (Kleet Rooney) regarding filing procedures (.30) | 3.80 | 570.00 | 3849300 | 10/02/01 |
| **Total For MANGUAL K - 05208** | | | **10.20** | **1,530.00** | | |

```
alp_132r: Billed Charges Analysis                                                                                                           PAGE   24
Run Date & Time: 10/29/2001 12:05:35
                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                    Orig Prtnr  : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr  : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : FEE APPS                                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                             Status   : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name             Work Date    Description                                                  Hours         Amount       Index#  Batch No  Batch Date

MORRISSEY, RACHEL A.      09/28/01     Review of interim comp order, combined monthly                1.00         160.00      3841446  10/01/01
                                       and interim fee apps. (1.0).

Total For MORRISSEY R - 05157                                                                        1.00         160.00

                                                                      Fee Total                     17.30       3,919.00

B I L L E D   C O S T S   D E T A I L
Description/Code           Employee                  Date                                                         Amount       Index#   Batch No  Batch Date

PHOTOCOPYING
 PHOTOCOPYING              0820
  PHOTOCOPYING             BUTLER, S B               09/10/01                                                       5.40      5180300   63003    09/11/01
  LER S - BUTLER S
  PHOTOCOPYING             MANGUAL, K M              09/28/01                                                      54.45      5205711   63801    10/01/01
  GUAL - MANGUAL
                                            0820 PHOTOCOPYING Total :                                              59.85

IN-HOUSE/MEALS
 IN-HOUSE/MEALS            0943
                           FINNERTY, C E             09/25/01                                                      16.26      5204366   63737    09/28/01
                                            0943 IN-HOUSE/MEALS Total :                                           16.26

                                                                      Costs Total :                                76.11
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE  25
Run Date & Time: 10/29/2001 12:05:35                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                    Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : FEE APPS                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status     : ACTIVE

   B I L L E D    T I M E    S U M M A R Y
Employee Name               Hours     Amount          Bill         W/o / W/u          Transfer To     Clnt/Mtr   Carry Forward
----------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP              0.80      340.00
FINNERTY, CATHERINE          2.40      816.00
BECKER, GARY M.              2.90    1,073.00
MORRISSEY, RACHEL A.         1.00      160.00
MANGUAL, KATHLEEN           10.20    1,530.00
                          -------  ----------
               Total:       17.30    3,919.00

   B I L L E D    C O S T S    S U M M A R Y
Code Description                     Amount           Bill         W/o / W/u          Transfer To     Clnt/Mtr   Carry Forward
----------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                     59.85
0943 IN-HOUSE/MEALS                   16.26
                                   ---------
              Costs Total :           76.11
```

```
alp_132r: Billed Charges Analysis                                                                                                PAGE    26
Run Date & Time: 10/29/2001 12:05:35

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                                Orig Prtnr : CRED. RGTS      - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : MAYER THOMAS MOERS - 03976      Bill Frequency: M
Matter Name : RETENTIONS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status    : ACTIVE

Special Billing Instructions:

                                                       PRE-BILLING SUMMARY REPORT

                                          FEES                                                       COSTS
         UNBILLED TIME FROM:   09/18/2001                      TO:  09/18/2001
         UNBILLED DISB FROM:   09/25/2001                      TO:  09/25/2001

               GROSS BILLABLE AMOUNT:                            75.00                                   29.58
               AMOUNT WRITTEN DOWN:
                            PREMIUM:
                ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                      AMOUNT BILLED:
                         THRU DATE:                        09/18/2001                                09/25/2001
        CLOSE MATTER/FINAL BILLING?   YES  OR  NO
        EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                   MAYER THOMAS MOERS - 03976                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:

                                                 ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

                        FEES:          5,432.50     UNIDENTIFIED RECEIPTS:         0.00
               DISBURSEMENTS:            120.78     PAID FEE RETAINER:             0.00
                FEE RETAINER:              0.00     PAID DISB RETAINER:            0.00
               DISB RETAINER:              0.00     TOTAL AVAILABLE FUNDS:         0.00
           TOTAL OUTSTANDING:          5,553.28     TRUST BALANCE:
                                                    BILLING HISTORY
         DATE OF LAST BILL:         10/29/01              LAST PAYMENT DATE:
         LAST BILL NUMBER:            341359              FEES BILLED TO DATE:       5,432.50
         LAST BILL THRU DATE:       09/30/01       FEES WRITTEN OFF TO DATE:            0.00

        FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

              (1) Exceeded Fixed Fee             (6) Summer Associate
              (2) Late Time & Costs Posted       (7) Fixed Fee
              (3) Pre-arranged Discount          (8) Premium
              (4) Excessive Legal Time           (9) Rounding
              (5) Business Development          (10) Client Arrangement

        BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE  27
Run Date & Time: 10/29/2001 12:05:35                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                                     Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : RETENTIONS                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                             Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y ---------------------------------- Total ----------------------------------
Emp Id Employee Name                    Group                 Oldest       Latest        Billed         Billed
                                                              -------      -------       Hours          Amount

05208 MANGUAL, KATHLEEN                 PARALEGAL             09/18/01     09/18/01       0.50           75.00

           Total:                                                                         0.50           75.00

Sub-Total Hours :    0.00 Partners    0.00 Counsels    0.00 Associates     0.50 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y ---------------- Total Billed ----------------
Code Description                                Oldest        Latest         Total
                                                Entry         Entry          Amount
                                                -------       -------        -------

0940 CAB FARES                                  09/25/01      09/25/01       29.58

            Total                                                            29.58


                     Grand Total                                             104.58
                                                                             ======

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/29/01 12:05:35)
                                      -------------- Billed --------------     ---- Applied ----    ----  Collections  ----          Balance
Bill Date Thru Date Bill#            Fee & OA   Disbursement    From OA         Total      Date                                       Due

09/28/01  08/31/01  339400           5,357.50         91.20                      .00                                                5,448.70
10/29/01  09/30/01  341359              75.00         29.58                      .00                                                  104.58
                                     ---------     ---------                  ------                                               ---------
         Total:                      5,432.50        120.78                      .00                                                5,553.28
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   28
Run Date & Time: 10/29/2001 12:05:35

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                  Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : RETENTIONS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date     Description                                            Hours    Amount    Index#    Batch Date

MANGUAL, KATHLEEN        09/18/01  Draft of application/order to appear Pro Hac                0.50     75.00   3829159   09/20/01
                                   Vice (.50)

Total For MANGUAL K - 05208                                                                    0.50     75.00

                                                 Fee Total                                     0.50     75.00


B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee          Date         Amount      Index#   Batch No   Batch Date

CAB FARES            0940
  DIAL CAR INC.                         MANGUAL, K.M.     09/25/01        29.58    5201353     63560     09/26/01
  CAB FARES  - VENDOR-DIAL CAR INC.  8/6/01

                                        0940 CAB FARES Total :            29.58


                                        Costs Total :                     29.58
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE  29
Run Date & Time: 10/29/2001 12:05:35

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                          Orig Prtnr : CRED. RGTS     - 06975     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : RETENTIONS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

  B I L L E D   T I M E   S U M M A R Y   -------------------------------------------------
Employee Name                   Hours     Amount       Bill     W/o / W/u     Transfer To   Clnt/Mtr     Carry Forward
-------------------------------------------------------------------------------------------------------------------------
MANGUAL, KATHLEEN                0.50      75.00

   Total:                        0.50      75.00


  B I L L E D   C O S T S   S U M M A R Y
Code Description                          Amount       Bill     W/o / W/u     Transfer To   Clnt/Mtr     Carry Forward
-------------------------------------------------------------------------------------------------------------------------
0940 CAB FARES                             29.58

                         Costs Total :     29.58
```