```
alp_131z: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   30
Run Date & Time: 10/29/2001 12:05:35                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status      : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------------------------------
                                                            PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------------
       UNBILLED TIME FROM:    09/03/2001                TO:   09/28/2001
       UNBILLED DISB FROM:    09/20/2001                TO:   09/20/2001

                                         FEES                                COSTS
                                         ----                                -----
       GROSS BILLABLE AMOUNT:            7,795.00                            4,230.00
       AMOUNT WRITTEN DOWN:
                  PREMIUM:
       ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:
       CLOSE MATTER/FINAL BILLING?    YES    OR    NO
       EXPECTED DATE OF COLLECTION:                                          09/20/2001

       BILLING PARTNER APPROVAL:       MAYER THOMAS MOERS - 03976            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------------------------------------
                        ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH
                        -------------------------                            --------------
       FEES:                    24,280.50       UNIDENTIFIED RECEIPTS:          0.00
       DISBURSEMENTS:            4,276.22       PAID FEE RETAINER:              0.00
       FEE RETAINER:                 0.00       PAID DISB RETAINER:            0.00
       DISB RETAINER:                0.00       TOTAL AVAILABLE FUNDS:         0.00
       TOTAL OUTSTANDING:       28,556.72       TRUST BALANCE:
                                                BILLING HISTORY
                                        -----------------------
                        DATE OF LAST BILL:    10/29/01        LAST PAYMENT DATE:             09/20/2001
                        LAST BILL NUMBER:       341159        FEES BILLED TO DATE:          24,280.50
                        LAST BILL THRU DATE:  09/30/01        FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee            (6) Summer Associate
       (2) Late Time & Costs Posted      (7) Fixed Fee
       (3) Pre-arranged Discount         (8) Premium
       (4) Excessive Legal Time          (9) Rounding
       (5) Business Development          (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```

alp_132z: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:35

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    31

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASBESTOS CLAIM ISSUES
Matter Opened : 07/27/2001

| | | |
|---|---|---|
| Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: | |
| Bill Prtnr : MAYER THOMAS MOERS - 03976 | Bill Frequency: M | |
| Supv Prtnr : MAYER THOMAS MOERS - 03976 | | |

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**                                                      ------- Total -------

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 09/05/01 | 09/28/01 | 12.60 | 5,355.00 |
| 03699 | SCHMIDT, ROBERT T. | PARTNER | 09/03/01 | 09/04/01 | 0.80 | 340.00 |
| 03976 | MAYER, THOMAS MOERS | PARTNER | 09/10/01 | 09/26/01 | 4.00 | 2,100.00 |
| | Total: | | | | 17.40 | 7,795.00 |

**Sub-Total Hours :**    17.40 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**B I L L E D   C O S T S   S U M M A R Y** ------------------- Total Billed -------------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 09/20/01 | 09/20/01 | 4,230.00 |
| | | --- | --- | --- |
| | Total | | | 4,230.00 |
| | Grand Total | | | 12,025.00 |
| | | | | ============= |

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 10/29/01 12:05:35)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/28/01 | 08/31/01 | 339400 | 16,485.50 | 46.22 | | .00 | | 16,531.72 |
| 10/29/01 | 09/30/01 | 341359 | 7,795.00 | 4,230.00 | | .00 | | 12,025.00 |
| | Total: | | 24,280.50 | 4,276.22 | | .00 | | 28,556.72 |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:35

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
***PRIVILEGED AND CONFIDENTIAL***

PAGE 32

| | |
|---|---|
| Matter No: 056772-00012 | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | |
| Matter Name : ASBESTOS CLAIM ISSUES | |
| Matter Opened : 07/27/2001 | |

Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Bill Prtnr : MAYER THOMAS MOERS - 03976      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

## BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/05/01 | Review recent pleadings, and discs. TM, AC, RM and voicemail re tort claim issues. | 1.10 | 467.50 | 3837635 | 09/27/01 |
| BENTLEY, PHILIP | 09/14/01 | Discs. GB. | 0.10 | 42.50 | 3837659 | 09/27/01 |
| BENTLEY, PHILIP | 09/19/01 | Review recent pleadings and related documents. | 1.10 | 467.50 | 3837673 | 09/27/01 |
| BENTLEY, PHILIP | 09/20/01 | Review Pf Committee's response to Debtor's CMO motion, and discs. GB re same. | 0.80 | 340.00 | 3837680 | 09/27/01 |
| BENTLEY, PHILIP | 09/24/01 | Discs. GB. | 0.10 | 42.50 | 3837692 | 09/27/01 |
| BENTLEY, PHILIP | 09/25/01 | Discs. GB. | 0.10 | 42.50 | 3837694 | 09/27/01 |
| BENTLEY, PHILIP | 09/27/01 | Review and analyze responses to debtors' CMO motion. | 3.50 | 1,487.50 | 3846828 | 10/02/01 |
| BENTLEY, PHILIP | 09/28/01 | Review responses to debtors' CMO motion and analyze issues raised. | 5.80 | 2,465.00 | 3846834 | 10/02/01 |
| **Total For BENTLEY P - 02495** | | | **12.60** | **5,355.00** | | |
| MAYER, THOMAS MOERS | 09/10/01 | Review case management order papers, RAND study on asbestos claims, current issue of Mealy's Asbestos Reporter. | 1.00 | 525.00 | 3837718 | 09/27/01 |
| MAYER, THOMAS MOERS | 09/17/01 | Review latest papers filed by Debtor, Committee, Asbestos Committees re case management order, bar date. | 1.00 | 525.00 | 3832495 | 09/24/01 |
| MAYER, THOMAS MOERS | 09/18/01 | Continue review of papers filed by Debtor, Committees on case management order, bar date; review Mealy's Asbestos reporter for developments in other cases | 1.00 | 525.00 | 3832501 | 09/24/01 |
| MAYER, THOMAS MOERS | 09/19/01 | Review S&P Report on exaggerated amount of asbestos liabilities, review E. Warren affidavit as expert witness retained by Personal Injury Committee | 0.50 | 262.50 | 3832507 | 09/24/01 |
| MAYER, THOMAS MOERS | 09/26/01 | Review latest pleadings on case management order, conference P. Bentley re memo summarizing papers and Committee meeting. | 0.50 | 262.50 | 3847698 | 10/02/01 |
| **Total For MAYER T - 03976** | | | **4.00** | **2,100.00** | | |
| SCHMIDT, ROBERT T. | 09/03/01 | rev papers for upcoming hearings | 0.40 | 170.00 | 3821240 | 09/13/01 |
| SCHMIDT, ROBERT T. | 09/04/01 | rev stay motions and misc. pleadings, oc PB re committee conf call | 0.40 | 170.00 | 3821226 | 09/13/01 |
| **Total For SCHMIDT R - 03699** | | | **0.80** | **340.00** | | |
| **Fee Total** | | | **17.40** | **7,795.00** | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/29/2001 12:05:35

Matter No: 056772-00012                           Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status   : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
| --- | --- | --- | --- | --- | --- | --- |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
| --- | --- | --- | --- | --- | --- | --- |
| OUT-OF-TOWN TRAVEL | | | | | | |
| CITICORP DINERS CLUB 0950 | | | | | | |
| OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS | BENTLEY, P | 09/20/01 | 1,410.00 | 5189829 | 63307 | 09/20/01 |
| CLUB 8/3/01 Chicago | | | | | | |
| CITICORP DINERS CLUB | | | | | | |
| OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS | SCHMIDT, R T | 09/20/01 | 1,410.00 | 5189830 | 63307 | 09/20/01 |
| CLUB 8/3/01 Chicago | | | | | | |
| CITICORP DINERS CLUB | | | | | | |
| OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS | MAYER, T M | 09/20/01 | 1,410.00 | 5189831 | 63307 | 09/20/01 |
| CLUB 8/3/01 Chicago | | | | | | |

0950 OUT-OF-TOWN TRAVEL Total :                   4,230.00

Costs Total :                                     4,230.00

alp_132r: Billed Charges Analysis

Run Date & Time: 10/29/2001 12:05:35

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  34

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASBESTOS CLAIM ISSUES
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 12.60 | 5,355.00 | | | | | |
| SCHMIDT, ROBERT T. | 0.80 | 340.00 | | | | | |
| MAYER, THOMAS MOERS | 4.00 | 2,100.00 | | | | | |
| Total: | 17.40 | 7,795.00 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 4,230.00 | | | | | |
| | Costs Total : | 4,230.00 | | | | | |