IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

AFFIDAVIT OF MARYANN M. ZICKGRAF

STATE OF DELAWARE:
                         SS:
NEW CASTLE COUNTY:

I, Maryann M. Zickgraf, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

**FIRST INTERIM APPLICATION OF KRAMER LEVING NAFTALIS
& FRANKEL LLP, PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF
EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF
DISBURSEMENTS FOR THE PERIOD FROM
JULY 18, 2001 THROUGH SEPTEMBER 30, 2001**

was made on the following parties on the attached list by Hand Delivery (City of Wilmington addresses only) and First Class Mail.

_____
Maryann M. Zickgraf

SWORN AND SUBSCRIBED before me this 30th day of October, 2001.

_____
NOTARY

**W. R. GRACE 2002 List**

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Delta Chemicals
c/o John Besson
P.O. Box 73054
Baltimore, MD 21273-0054

Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800

Derrick Tay, Esquire
Meighen Demers
Ste. 1100, Box 11, Merrill Lynch Canada Tower, Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501

BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC 28275

Ingersoll-Rand Fluid Products
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC 28275-1229

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Valeron Strength Films
c/o Ron Luce
75 Remittance Dr, Suite 3068
Chicago, IL 60675

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Union Carbide Corp
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001

| | |
|---|---|
| Dupont Dow Elastomers<br>c/o Rick Thomas<br>21088 Network Place<br>Chicago, IL 60673-1210 | James D. Freeman, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street<br>Suite 945-North Tower<br>Denver, CO 80202 |
| Stone Packaging System<br>c/o Jim Wagner<br>21514 Network Place<br>Chicago, IL 60673-1215 | Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 |
| PCS Nitrogen Fertilizer, L.P.<br>c/o John Hill<br>P.O. Box 71029<br>Chicago, IL 60694-1029 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 |
| David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | Risk Co.<br>c/o Lisa Clegg-Konen<br>P.O. Box 7061<br>Downers Grove, IL 60515 |
| David B. Seigel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | David W. Baddley, Esquire<br>Greenberg & Traurig PA<br>515 East Las Olas Blvd, Suite 1500<br>Fort Lauderdale, FL 33301<br>**Mars Music (Landlord)** |
| Radian International<br>c/o Mary Harris<br>P.O. Box 844130<br>Dallas, TX 75284-4130 | Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 |
| Elizabeth Weller<br>Linebarger Heard Goggan Blair Graham<br>Pena & Sampson, LLP<br>2323 Bryan Street, Suite 1720<br>Dallas, TX 75201-2691<br>**(County of Dallas)** | Credit Department<br>Huntsman Corporation<br>P.O. Box 22707<br>Houston, TX 77227-7707 |

Marsha A. Penn (TX Bar No. 15752450)
P. O. Box 3725
Houston, TX 77253-3725
   **(Counsel for Chevron)**

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002
   **(Huntsman Corporation)**

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

William C. Baker, et al.
c/o Richard B. Specter, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086
   **(William C. Baker, et al.)**

Richard B. Specter, Esq.
Corbett & Steelman
18200 Von Karman Ave., Suite 200
Irvine, CA 92512-1086
   **William C. Baker, Eber E. Jaques,**
   **Bradford H. Miller, Montgomery**
   **R. Fisher, Sharon R. Ormsbee,**
   **Marilyn Rea and the Fisher Trust**

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

Allan H, Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071
   **Hearthside Residential Corp.**

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, CA 90067

Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Scott Baldwin, Jr.
Baldwin & Baldwin, L.L.P.
400 W. Houston Street
Marshall, TX 75670

Nancy Woth Davis, Esquire
Ness, Motley, Loadhold, Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Lewis Kruger, Esquire
Robert Raskin, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
   **(Official Committee of Unsecured**
   **Creditors)**

The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274


The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017


D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036


Thomas Moers Mayer, Esquire
Robert T. Schmidt, Esquire
Amy Caton, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
    **Proposed Counsel to Official Committee of Equity Security Holders**

Attention: Bryan Shapiro
Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY 10167
    **(Bear, Stearns & Co. Inc.)**

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176


Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Lynn K. Neuner, Esquire
425 Lexington Avenue
New York, NY 10017-3954
    **(Travelers Casualty and Surety Co.)**

Andrew E. Shirley
Avenue Capital Management, LLC
535 Madison Avenue
New York, NY 10022
    **Avenue Capital Management, LLC**

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042


Thomas J. Matz, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
    **Snack, Inc.**

Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
    **(Proposed Asbestos Bodily Injury Claimants Committee)**

William S. Katchen, Esquire
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102
    **(Official Committee of Unsecured Creditors)**

Myron K. Cunningham, Esq.
Attorney in Charge for Kerr-McGee Corp.
Kerr-McGee Center
Oklahoma City, OK 73125
    **(Kerr-McGee Corp.)**

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Mark Kenney, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101

Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101
 **(Certain Underwriters at Lloyd's**
 **of London)**

Rachel J. Lehr, Esquire
New Jersey Attorney General's Office
Dept of Environmental Protection
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
 **State of New Jersey, Dept of**
 **Environmental Protection**

Margaret A. Holland, Dept. Attorney
General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625
 **(New Jersey Director, Division of**
 **Taxation)**

Philip J. Ward, Esquire
Victoria Radd Rollins, Esquire
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
 **(Certain Underwriters at Lloyd's**
 **of London)**

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W..
Washington, DC 20020

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, DC 20005-4026

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

William H. Sudell, Jr. (#463)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
    **(Counsel for Chevron)**

Thomas G. Whalen, Esq.
Stevens & Lee P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 29801
    **(Mark Hankin , HanMar Associates, M.L.P.)**

Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Murphy Spadaro & Landon
824 N. Market Street
Wilmington, DE 19899-8989
    **(Certain Underwriters at Lloyd's of London)**

William P. Bowden, Esquire
Christopher S. Sontchi, Esquire
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899
    **(Official Committee)**

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19081
    **(Official Committee of Unsecured Creditors)**

Robert J. Dehney
Michael G. Busenkell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
    **(Travelers Casualty and Surety Co.)**

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367
    **(Snack, Inc.)**