# EXHIBIT A

# EXHIBIT A

## TIME REPORTS FOR THE FEE PERIOD
## AUGUST 1, 2001 THROUGH AUGUST 31, 2001
## BROKEN DOWN BY MATTERS

| | |
|---|---|
| TOTAL HOURS FOR ALL MATTERS: | 261.6 |
| TOTAL DOLLARS FOR ALL MATTERS: | $60,105.00 |
| TOTAL TIME BILLED FOR ALL MATTERS: | $60,105.00 |

1

786495A01101801

**CLIENT: 082910 W.R. GRACE & CO.**
**Matter:    082757 Intercat, Inc. *et al.***

| Date | Narrative Timekeeper | Hours |
|---|---|---|
| 08/01/01 | Update pleading boards and orders binder.<br>D. Florence | 2.30 hrs. |
| 08/01/01 | Conference with client re plan issues and follow up with S. Zuber re same.<br>A. Marchetta | 0.90 hrs. |
| 08/01/01 | Further review of Debtor's plan, and formulate negotiating position.<br>S. Zuber | 1.40 hrs. |
| 08/02/01 | Update correpondence, pleadings and discovery files.<br>D. Florence | 1.50 hrs. |
| 08/02/01 | Work with S. Zuber re plan, negotiation issues; forward to client; telephone call with client re same and with S. Zuber as to the negotiations.<br>A. Marchetta | 1.30 hrs. |
| 08/02/01 | Continued attention to Debtor's proposed plan and Grace's position regarding plan, including meeting with A. Marchetta and revision of correspondence to N. Alt.<br>S. Zuber | 0.80 hrs. |
| 08/02/01 | Prepare for, and participate in, conference call with A. Marchetta and N. Alt to discuss Grace's position respecting Debtor's proposed plan of reorganization.<br>S. Zuber | 0.50 hrs. |
| 08/03/01 | Conference with S. Zuber re plan discussions; follow up re same with client.<br>A. Marchetta | 0.50 hrs. |
| 08/03/01 | Telephone conversation with I. Greene regarding Debtor's proposed plan of reorganization.<br>S. Zuber | 0.80 hrs. |
| 08/07/01 | Update the case file.<br>D. Florence | 1.00 hrs. |
| 08/08/01 | Telephone call to local DE counsel to make arrangements for filing and service of fee application; commence preparation of numerous documents for electronic transmission to DE.<br>D. Jenkins | 4.50 hrs. |
| 08/09/01 | Preparation of numerous Applications and Exhibits in pdf. format for electronic transmission, as well as preparation of hard copies of same for transmittal to | |

2

**CLIENT: 082910 W.R. GRACE & CO.**
**Matter:   082757 Intercat, Inc. *et al.***

|  |  |  |
|---|---|---|
|  | DE local counsel for filing and service. | |
|  | D. Jenkins | 4.70 hrs. |
| 08/14/01 | Receipt and review of motions and orders filed in Intercat, Inc. and Intercat Savannah, Inc. cases regarding retention of valuation consultants. | |
|  | S. Zuber | 0.20 hrs. |
| 08/15/01 | Attendance at motion and hearing; conferences with attorney's and court re various case issues and plans. | |
|  | A. Marchetta | 8.00 hrs. |
| 08/15/01 | Receipt and review of Trustee's amended motion for approval of bidding procedures in connection with potential sale of Debtors' assets. | |
|  | S. Zuber | 0.50 hrs. |
| 08/21/01 | Receipt and review of amended bidding procedures motion. | |
|  | S. Zuber | 0.50 hrs. |
| 08/21/01 | Receipt and preliminary review of proposed Asset Purchase Agreement by and between Intercat, Inc. et al. and Engelhard. | |
|  | S. Zuber | 1.50 hrs. |
| 08/21/01 | Prepare correspondence to N. Alt regarding modified bidding procedures motion and proposed asset purchase agreement. | |
|  | S. Zuber | 0.30 hrs. |
| 08/21/01 | Telephone conversation with I. Greene regarding plan issues. | |
|  | S. Zuber | 0.20 hrs. |
| 08/22/01 | Follow up with S. Zuber re court hearing. | |
|  | A. Marchetta | 0.30 hrs. |
| 08/22/01 | Telephone conversation with I. Greene regarding asset purchase agreement, sale, and plan issues. | |
|  | S. Zuber | 0.30 hrs. |
| 08/22/01 | Prepare status memorandum. | |
|  | S. Zuber | 0.30 hrs. |
| 08/23/01 | Update case file. | |
|  | D. Florence | 2.00 hrs. |
| 08/23/01 | Telephone conversation with D. Adams regarding bidding procedures hearing and asset purchase agreement. | |
|  | S. Zuber | 0.20 hrs. |
| 08/27/01 | Review with S. Zuber proposals of Debtor and Trustee and discuss options to | |

3

CLIENT: 082910 W.R. GRACE & CO.
Matter:    082757 Intercat, Inc. *et al.*

|  |  |
|---|---|
|  | obtain highest bid from Trustee's proposal.<br>P. Forgosh                                                       0.70 hrs. |
| 08/27/01 | Review of memo regarding position to take at hearing on dual Plans.<br>P. Forgosh                                                       0.40 hrs. |
| 08/27/01 | Lengthy telephone call with S. Zuber and follow up re strategy re proposed asset sale versus debtor's plan and ability of creditors to choose;<br>work on strategy re negotiating Grace objections in context of same.<br>A. Marchetta                                                       1.30 hrs. |
| 08/27/01 | Numerous telephone conversations with J. Drake regarding asset purchase agreement, bidding procedures motion, and Trustee's plan of liquidation.<br>S. Zuber                                                       1.00 hrs. |
| 08/27/01 | Continued review and analysis of Trustee's amended bidding procedures motion, including formulation of competing bid process and review of caselaw involving competing plans.<br>S. Zuber                                                       5.30 hrs. |
| 08/27/01 | Discuss competing plan process with A. Marchetta.<br>S. Zuber                                                       0.30 hrs. |
| 08/27/01 | Continued review and analysis of proposed asset purchase agreement.<br>S. Zuber                                                       2.20 hrs. |
| 08/27/01 | Further review and analysis of Debtor's proposed plan of reorganization.<br>S. Zuber                                                       0.80 hrs. |
| 08/27/01 | Telephone conversation with K. Horne regarding plan and sale issues.<br>S. Zuber                                                       0.30 hrs. |
| 08/27/01 | Telephone conversation with I. Greene regarding Debtors' plan vs. sale issues.<br>S. Zuber                                                       0.70 hrs. |
| 08/28/01 | Work on issues relating to control of voting on proposed Plans with S. Zuber.<br>P. Forgosh                                                       0.40 hrs. |
| 08/28/01 | Work with S. Zuber re plan problems and hearing preparation;<br>review outline for meeting;<br>work with S. Zuber re strategy for meeting with debtor and Trustee concerning competing plans and Grace position re same.<br>A. Marchetta                                                       2.30 hrs. |
| 08/28/01 | Several telephone conversations with J. Drake regarding bidding procedures and competing plan issues.<br>S. Zuber                                                       0.50 hrs. |

4

**CLIENT: 082910 W.R. GRACE & CO.**
**Matter:   082757 Intercat, Inc. *et al.***

| | | |
|---|---|---|
| 08/28/01 | Telephone conversation with D. Adams regarding hearings tomorrow.<br>S. Zuber | 0.20 hrs. |
| 08/28/01 | Numerous telephone conversations with I. Greene regarding competing plans and bidding process.<br>S. Zuber | 0.90 hrs. |
| 08/28/01 | Continued preparation for hearing tomorrow, including revisions to proposed, modified bidding procedures,<br>further review and analysis of asset purchase agreement and amended bidding procedures motion,<br>further review and analysis of Debtors' proposed plan, and prepare oral argument on motion.<br>S. Zuber | 6.20 hrs. |
| 08/28/01 | Meeting with A. Marchetta regarding bidding procedures and meetings and hearings tomorrow.<br>S. Zuber | 0.50 hrs. |
| 08/28/01 | Meeting with I. Greene and J. Sylvester regarding Chapter 11 issues, including Debtor's plan and Trustee's proposed sale.<br>S. Zuber | 2.80 hrs. |
| 08/28/01 | Several discussions with A. Marchetta regarding strategy relative to Trustee's bidding procedures motion.<br>S. Zuber | 0.40 hrs. |
| 08/29/01 | Meeting with I. Greene, J. Drake, B. Roach, J. Sylvester, D. Adams and K. Horne to discuss Chapter 11 case going forward and Trustee's bidding procedures motion (3.5);<br>attend hearings on bidding procedures motion (3.8);<br>and attend numerous meetings after hearings (3.6).<br>S. Zuber | 10.90 hrs. |
| 08/30/01 | Memos re meeting with client and follow up re plan issues with S. Zuber (1.2);<br>review form of order (.2);<br>telephone call with S. Zuber re same (.2);<br>follow up re client meeting (.2);<br>work with S. Zuber and A. Chan re plan issues and follow up with e-mail to client re same and meeting (.6).<br>A. Marchetta | 2.40 hrs. |
| 08/30/01 | Meeting with A. Marchetta regarding status and strategy going forward.<br>S. Zuber | 0.70 hrs. |

5

**CLIENT: 082910 W.R. GRACE & CO.**
**Matter:    082757 Intercat, Inc. *et al.***

| Date | Description | Hours |
|---|---|---|
| 08/30/01 | Follow-up on meetings and hearings in Savannah.<br>S. Zuber | 0.50 hrs. |
| 08/30/01 | Preliminary review and revision of draft bidding procedures order.<br>S. Zuber | 1.30 hrs. |
| 08/31/01 | Updated correspondence file and pleading board; Updated orders binder.<br>D. Florence | 0.50 hrs. |
| 08/31/01 | Work with S. Zuber re plan issues; follow up re same.<br>A. Marchetta | 1.70 hrs. |
| 08/31/01 | Meeting with A. Marchetta regarding competing plans and Grace's position.<br>S. Zuber | 0.50 hrs. |
| 08/31/01 | Continued, proposed revisions to bidding procedures order, including revising initial draft and subsequent drafts, as well as review and analysis of Debtor's comments.<br>S. Zuber | 2.40 hrs. |
| 08/31/01 | Numerous telephone discussions with J. Drake regarding bidding procedures order.<br>S. Zuber | 0.70 hrs. |

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| P. Forgosh | 1.5 | 345.00 | 517.50 |
| A. Marchetta | 18.7 | 395.00 | 7,386.50 |
| S. Zuber | 46.6 | 265.00 | 12,349.00 |
| D. Florence | 7.3 | 80.00 | 584.00 |
| D. Jenkins | 9.2 | 80.00 | 736.00 |
| TOTAL W. R. GRACE & CO./ Intercat, *et al.* | 83.3 | | 21,573.00 |

6

786495A01101801

## CLIENT: 082913 W. R. GRACE & CO.\INSURANCE COVERAGE
## Matter:    000009 NY Superfund Action

| | | |
|---|---|---|
| 08/01/01 | Continued reviewing background materials in file; reviewed rules re: pre-appeal motion.<br>J. Clark | 1.20 hrs. |
| 08/01/01 | Review prior briefing on self-insurance and 1990 settlement agreement issues; e-mail to S. Parker regarding affidavit exhibits.<br>K. Helmer | 2.70 hrs. |
| 08/01/01 | Continued attention to preparation of record on appeal; preparation of memo outlining remaining tasks.<br>B. Moffitt | 1.30 hrs. |
| 08/01/01 | Identified and retrieved documents requested by K. Helmer re: preparation of appeal brief.<br>S. Parker | 0.70 hrs. |
| 08/01/01 | Review memorandum from K. Helmer regarding case re: interpretation of pollution exclusion under various states laws; Reviewing Glidden case re same.<br>M. Waller | 0.70 hrs. |
| 08/02/01 | Continued drafting motion.<br>J. Clark | 2.40 hrs. |
| 08/02/01 | Update correspondence and pleadings files; Create new orders binder for Appellate pleadings.<br>D. Florence | 0.80 hrs. |
| 08/02/01 | Review deCristofaro affidavits and exhibits.<br>K. Helmer | 1.60 hrs. |
| 08/02/01 | Follow up with M. Waller re: items re appeal.<br>A. Marchetta | 0.30 hrs. |
| 08/03/01 | Update case file; Create an index to all orders in the litigation.<br>D. Florence | 2.30 hrs. |
| 08/03/01 | Continued review of prior briefing and documents in connection with appeal of rulings as to self-insurance and enforcement of 1990 settlement agreement.<br>K. Helmer | 3.00 hrs. |
| 08/03/01 | Follow up re information on CNA and briefing; work with M. Waller re same.<br>A. Marchetta | 0.50 hrs. |
| 08/03/01 | Compiled and organized documents needed to prepare appeal brief.<br>S. Parker | 1.60 hrs. |

7

| | | |
|---|---|---|
| 08/03/01 | Review news article regarding CNA's payment of asbestos and "old" pollution claims (.2);<br>Confer with A. Marchetta re: status of appeal filing (.3);<br>Draft memorandum to drafting team regarding meeting on 8/6 re: briefing;<br>Confer with K. Helmer regarding same (.1).<br>M. Waller | 0.60 hrs. |
| 08/06/01 | Continued drafting motion to enlarge record; reviewed file to determine dates on which materials were received; began drafting brief and certification of M. Waller.<br>J. Clark | 5.70 hrs. |
| 08/06/01 | Update case file; Review pleadings files for memo endorsed orders to add to orders binder; Update and revise orders binder.<br>D. Florence | 2.00 hrs. |
| 08/06/01 | Follow up with all previous counsel of record re: maintaining documents filed under seal (.2);<br>Follow up with B. Moffitt regarding same; Follow up with K. Helmer, B. Moffitt and H. Nau regarding appeal issues and draft brief (.5).<br>M. Waller | 0.70 hrs. |
| 08/07/01 | Conference with M. Waller and B. Moffitt concerning stipulation in case.<br>J. Clark | 0.50 hrs. |
| 08/07/01 | Follow up re: briefing.<br>A. Marchetta | 0.20 hrs. |
| 08/07/01 | Attention to finalization of record on appeal.<br>B. Moffitt | 0.30 hrs. |
| 08/07/01 | Receive letter from CNA counsel rejecting stipulation re: supplementing the record (.1);<br>Confer with B. Moffitt regarding same (.3);<br>Draft memorandum to A. Marchetta regarding same and preparation of pre-appeal motion (.1).<br>M. Waller | 0.50 hrs. |
| 08/08/01 | Follow up with M. Waller re: issues with opposing counsel; review re same.<br>A. Marchetta | 0.40 hrs. |
| 08/08/01 | Work with M. Waller re obtaining Respondents' counsel cooperation re finalizing record on appeal.<br>B. Moffitt | 0.40 hrs. |
| 08/08/01 | Confer with B. Moffitt regarding failure of CNA to respond to stipulations re: missing documents and supplementing the record (.2);<br>Conference calls with E. DeCristofaro regarding same with B. Moffitt (.2);<br>Draft memorandum to A. Marchetta regarding same and procedure to finalize |  |

8

|  |  |
|---|---|
|  | record for appeal (.3);<br>Telephone conference with A. Marchetta regarding status (.2);<br>Follow up telephone call with E. DeCristofaro regarding signed stipulation re: "missing" documents and remainder of stipulation re" documents to add to record (.3);<br>Follow up with B. Moffitt regarding same (.2); and<br>follow up with Second Circuit staff counsel re: same (.3).<br>M. Waller                                                                         1.70 hrs. |
| 08/09/01 | Reviewed case law governing supplementation of record; work with M. Waller re: continued drafting brief.<br>J. Clark                                                                                             2.20 hrs. |
| 08/09/01 | Follow up re issues for response to Court.<br>A. Marchetta                                                                                    0.40 hrs. |
| 08/09/01 | Work with M. Waller re preparation of record on appeal (1.0);<br>telephone call with District Court appeals coordinator re same (.2);<br>telephone call with Second Circuit re same (.2);<br>work with M. Waller re preparation of letter to Staff Counsel's office re extension of deadline to complete index of record on appeal and re revisions to stipulations (.7);<br>preparation of correspondence to Respondents' counsel re same (.3).<br>B. Moffitt                                                                                          2.40 hrs. |
| 08/09/01 | Telephone conference with E. DeCristofaro regarding signed stipulations and revisions to stipulation re: documents to add to the record (.3);<br>Work with B. Moffitt re: letter to Second Circuit staff counsel re: same and schedule to complete preparation of record and preparing revised stipulation to supplement the record (1.7);<br>Draft letter to CNA counsel regarding same (.3);<br>Follow up conference with CNA counsel re: letter requesting time to finalize record on appeal; Finalize same and serve (.4);<br>Draft memorandum re: preparation of factual statement (.8).<br>M. Waller                                                                                          2.50 hrs. |
| 08/14/01 | Confer with B. Moffit regarding failure by CNA counsel to return stipulations and motion to supplement record (.1);<br>Reviewing form for issues presented by appeal and brief outline (.6).<br>M. Waller                                                                                          0.70 hrs. |
| 08/15/01 | Conference with M. Waller regarding additions to motion to settle record; continued drafting motion.<br>J. Clark                                                                                             1.40 hrs. |
| 08/15/01 | Work with M. Waller re: stipulations to complete record and preparation of letter |

9

786495A01101801

| | | |
|---|---|---|
| | to adversary re same.<br>B. Moffitt | 0.40 hrs. |
| 08/15/01 | Work with B. Moffitt regarding CNA counsel's failure to respond to request re: stipulations to finalize record on appeal and motion to supplement the records (FRAP 10) (.4);<br>Draft letter to CNA counsel requesting execution of remaining stipulation to finalize record on appeal (.4);<br>Receive telephone call from CNA counsel regarding same (.3).<br>M. Waller | 1.10 hrs. |
| 08/15/01 | Work with J. Clark regarding appeal issues re: Section 46 argument.<br>M. Waller | 0.20 hrs. |
| 08/16/01 | Research regarding duty to defend.<br>K. Helmer | 2.40 hrs. |
| 08/16/01 | Work with M. Waller re: preparation of letter forwarding another copy of stipulation enlarging record to Respondent's counsel.<br>B. Moffitt | 0.40 hrs. |
| 08/17/01 | Continued research on duty to defend claims within deductible<br>K. Helmer | 3.20 hrs. |
| 08/20/01 | Telephone calls with M. Waller re: time extension on submissions; follow up re confidentiality issue re settlement agreements.<br>A. Marchetta | 0.60 hrs. |
| 08/20/01 | Work with M. Bennett re: Section 46 appeal issues (1.3);<br>Continuing to review case law, arguments, and briefs (1.3);<br>Outlining arguments on appeal regarding same (1.1).<br>M. Waller | 3.70 hrs. |
| 08/21/01 | Work with Mike Waller regarding research for appeal.<br>M. Bennett | 1.30 hrs. |
| 08/21/01 | Review pleadings in connection with brief point re: insurance issues.<br>M. Bennett | 3.00 hrs. |
| 08/21/01 | Continued drafting motion, certification of M. Waller, Notice, and Order.<br>J. Clark | 5.80 hrs. |
| 08/21/01 | Review with M. Waller re issues for appeal.<br>A. Marchetta | 0.40 hrs. |
| 08/22/01 | Shepardize and edit motion to supplement the record.<br>M. Bennett | 0.80 hrs. |
| 08/22/01 | Research regarding duty to defend; review claim service agreement.<br>K. Helmer | 3.80 hrs. |

10

| | | |
|---|---|---|
| 08/22/01 | Work with M. Waller re: executed stipulation enlarging the record and re further steps re finalizing record on appeal (1.0); travel to SDNY (1.0) re expedited execution of same by Judge Martin; confer with Judge Martin's chambers re: same; confer with clerk's office and Appeals Coordinator re: expedited filing of stipulation pertaining to documents missing from Court's file (3.0)<br>B. Moffitt | 5.00 hrs. |
| 08/22/01 | Review letter and signed stipulation to supplement the record pursuant to FRAP 10 from CNA counsel (.1); Confer with B. Moffitt re: finalizing record for appeal purposes; Working with B. Moffitt in preparing final stipulations and to certify record (1.0); Meeting with Judge Martin's law clerk at SDNY re: expedited execution of Stipulation and Order to enlarge record; Meeting with SDNY clerk with B. Moffitt re: finalizing record on appeal and index of record once remaining stipulations docketed (4.0); Reviewing and drafting revisions to motion to supplement record per FRAP 10 (.2)<br>M. Waller | 5.30 hrs. |
| 08/23/01 | Reviewed file for appeal; conference with M. Waller concerning motion to supplement.<br>J. Clark | 3.40 hrs. |
| 08/23/01 | Forwarded requested document to M. Waller.<br>D. Florence | 0.70 hrs. |
| 08/23/01 | Research regarding duty to defend.<br>K. Helmer | 4.30 hrs. |
| 08/23/01 | Follow up re: J. Posner telephone call.<br>A. Marchetta | 0.30 hrs. |
| 08/23/01 | Work with M. Waller re: execution by Judge Martin of stipulation enlarging record (.3); work in New York City with Clerk's office to file and docket stipulation; work with S. Parker re: preparation of index of record on appeal and confer with SDNY Appeals Coordinator re: same ( 4.7); appearance at Second Circuit clerk's office re: filing of certified docket entries, clerk's certificate, and index to record on appeal. (.5)<br>B. Moffitt | 5.50 hrs. |
| 08/23/01 | Worked with B. Moffitt and SDNY Clerk's office re: docketing of stipulation enlarging record and preparation of index of record on appeal (5.0); Filed certified docket, clerk's certificate and index to record on appeal with 2nd Circuit (.5). | |

11

| | | |
|---|---|---|
| | S. Parker | 5.50 hrs. |
| 08/23/01 | Work with A. Marchetta regarding finalizing record and motion to supplement the record (.1);<br>Receive telephone call from Judge Martin's chambers re: signed stipulation and order enlarging record (.1);<br>Draft memo to A. Marchetta regarding status (.3);<br>Meeting with J. Clark re: additions and revisions to brief to supplement record (.5);<br>Reviewing past briefs referencing affidavits sought to be included in the record i/c/w same (.9);<br>Working with B. Moffitt re: obtaining signed stipulation and order and finalizing record on appeal and index of same; Confer with S. Parker regarding same (.4);<br>Follow up telephone call to Judge Martin's chambers re: same (.2);<br>Receive telephone call from J. Posner re: status of matter (.3);<br>Draft memorandum regarding same and briefing schedule for J. Posner (.2); confer with M. Bennett re: section 46 appeal issues (.3).<br>M. Waller | 3.30 hrs. |
| 08/24/01 | Appellate Brief: Research case law regarding retroactive application of repealed statutes in the public interest; sudden and accidental; review pleadings; confer with Mike Waller.<br>M. Bennett | 6.50 hrs. |
| 08/24/01 | Review 1990 Settlement Agreement and Posner affidavits regarding caps on deductibles<br>K. Helmer | 2.90 hrs. |
| 08/24/01 | Work with M. Waller re: follow up re index to record on appeal and re briefing.<br>B. Moffitt | 0.30 hrs. |
| 08/25/01 | Drafting appeal brief<br>K. Helmer | 3.50 hrs. |
| 08/27/01 | Research; review pleadings; draft point for appeal.<br>M. Bennett | 6.00 hrs. |
| 08/27/01 | Drafting brief on appeal<br>K. Helmer | 2.30 hrs. |
| 08/27/01 | Preparation of correspondence to Respondents' counsel forwarding filed stipulations and advising re record on appeal; work with M. Waller re same.<br>B. Moffitt | 0.50 hrs. |
| 08/27/01 | Finalize letter with B. Moffitt to CNA counsel regarding status of record and stipulations (.3);<br>Drafting additions and revisions to brief in support of motion to supplement records with Posner affidavits (.9); | |

12

786495A01101801

| | | |
|---|---|---|
| | M. Waller | 1.20 hrs. |
| 08/28/01 | Work with Michael Waller regarding appellate brief.<br>M. Bennett | 0.20 hrs. |
| 08/28/01 | Research and draft appellate brief point re: section 46..<br>M. Bennett | 6.80 hrs. |
| 08/28/01 | Researched issues presented on appeal; reviewed revisions to motion to supplement record.<br>J. Clark | 6.70 hrs. |
| 08/28/01 | Continued work on appellate brief<br>K. Helmer | 4.30 hrs. |
| 08/28/01 | Review prior briefing re arguments for appeal of choice of law issue to Second Circuit; update internal docket entries.<br>B. Moffitt | 1.40 hrs. |
| 08/29/01 | Grace Appeal; research; review pleadings; draft appellate brief point re: section 46.<br>M. Bennett | 5.50 hrs. |
| 08/29/01 | Continued researching issues re: supplementing the record, pre-appeal motions, and section 46 issues.<br>J. Clark | 4.70 hrs. |
| 08/29/01 | Forward documents requested by K. Helmer.<br>D. Florence | 0.30 hrs. |
| 08/29/01 | Calls to S. Parker regarding exhibits to affidavits; continued work on brief points<br>K. Helmer | 6.90 hrs. |
| 08/29/01 | Memos with M. Waller re order; review re issues.<br>A. Marchetta | 0.30 hrs. |
| 08/29/01 | Identified and retrieved additional documents requested by K. Helmer re: preparation of appeal brief.<br>S. Parker | 0.70 hrs. |
| 08/30/01 | Continued appellate research re: pre-appeal motions and effect of repealed statutes.<br>J. Clark | 2.10 hrs. |
| 08/30/01 | Continued work on brief points; call to M. Waller regarding same.<br>K. Helmer | 7.20 hrs. |
| 08/30/01 | Follow up with M. waller re status; review re issues.<br>A. Marchetta | 0.50 hrs. |
| 08/30/01 | Identified and retrieved requested documents re: preparation of appeal brief. | |

|  |  |
|---|---|
| S. Parker | 0.80 hrs. |

08/31/01  Confer with B. Moffitt re: meeting with clients at Second Circuit Court; Gather documents needed for same.
D. Florence                                                                                   0.60 hrs.

08/31/01  Worked with B. Moffitt and D. Florence re: record on appeal; Contacted Second Circuit clerk re: confirmation of record and procedures for retrieving of certified docket entries, index and clerk's certificate.
S. Parker                                                                                     1.20 hrs.

08/31/01  Review notice from the District Court re: certification and filing of record (.1); Follow up with B. Moffitt regearing service of notice and index on CNA and follow up with S. Parker regarding same (.2);
Conferring with M. Bennett regarding Superfund appeal issues and briefing issues (.1);
Reviewing oral argument testimony re: pollution exclusion issues (1.4);
Telephone conference with attorney C. Acree at PCS Nitrogen re: protective order in CU reinsurance matter (.3);
Drafting letter to T. Weaver re: revisions to same (.7);
M. Waller                                                                                    2.80 hrs.

| Time keeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.9 | 395.00 | 1,540.50 |
| M. Waller | 25.0 | 265.00 | 6,625.00 |
| K. Helmer | 48.1 | 250.00 | 12,025.00 |
| M. Bennett | 30.1 | 175.00 | 5,267.50 |
| J. Clark | 36.1 | 210.00 | 7,581.00 |
| B. Moffitt | 17.9 | 230.00 | 4,117.00 |
| D. Florence | 6.7 | 80.00 | 536.00 |
| S. Parker | 10.5 | 80.00 | 840.00 |
| TOTAL W. R. GRACE & CO.\INSURANCE COVERAGE/ NY Superfund Action | 178.3 |  | 38,532.00 |

14

786495A01101801

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## AUGUST 1, 2001 THROUGH AUGUST 31, 2001

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 22.6 | 8,927.00 |
| Peter A. Forgosh | 1968 | 345.00 | 1.5 | 517.50 |
| Michael E. Waller | 1991 | 265.00 | 25.0 | 6,625.00 |
| Scott A. Zuber | 1987 | 265.00 | 46.6 | 12,349.00 |
| **COUNSEL** | | | | |
| Kathy Dutton Helmer | 1981 | 250.00 | 48.1 | 12,025.00 |
| **ASSOCIATES** | | | | |
| Brian E. Moffitt | 1992 | 230.00 | 17.9 | 4,117.00 |
| Joseph A. Clark | 1999 | 210.00 | 36.1 | 7,581.00 |
| Meghan Ann Bennett | 1998 | 175.00 | 30.1 | 5,267.50 |
| **PARAPROFESSIONALS** | | | | |
| Douglas S. Florence | N/A | 80.00 | 14.0 | 1,120.00 |
| Susan Parker | N/A | 80.00 | 10.5 | 840.00 |
| Deborah A. Jenkins | N/A | 80.00 | 9.2 | 736.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period August 1, 2001 through August 31, 2001** | | | **261.6 Hours** <br><br> **TOTAL** | 60,105.00 |

786495A01101801

## COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
## AUGUST 1, 2001 THROUGH AUGUST 31, 2001

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 10.2 | 2,989.00 |
| Correspondence and Pleadings Drafted | 62.8 | 15,174.00 |
| Correspondence and Pleadings Reviewed | 36.1 | 9,126.50 |
| Legal Research | 54.5 | 11,447.50 |
| Court Appearances, including Preparation | 25.6 | 7,824.00 |
| Internal Office Meetings | 18.3 | 6,062.50 |
| Out of Office Meetings, including at SDNY and 2nd Circuit | 21.3 | 4,259.50 |
| File Review | 4.6 | 966.00 |
| Other Services | 28.2 | 2,256.00 |
| **Grand Total Time Reports for the Fee Period August 1, 2001 through August 31, 2001** | **Hours 261.6** <br><br> **TOTAL** | **60,105.000** |

16

786495A01101801