# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## AUGUST 1, 2001 THROUGH AUGUST 31, 2001

CLIENT: 082910 W. R. GRACE & CO.
Matter: 072757 Intercat, Inc., *et al.*
Engagement Costs

| | | |
|---|---|---:|
| Computer Assisted Research | $ | 7.50 |
| Document Access Facility - August 2001 | $ | 716.00 |
| Duplicating | $ | 129.36 |
| Telephone | $ | 14.71 |
| Travel and Miscellaneous Expense | $ | 1,806.38 |

ENGAGEMENT COSTS                                                              2,673.95


CLIENT: 083913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter: 000009 NY Superfund
Engagement Costs

| | | |
|---|---|---:|
| Document Access Facility - August 2001 | $ | 5,140.88 |
| Duplicating | $ | 286.30 |
| Express Delivery | $ | 15.92 |
| Facility Copying Expense | $ | 74.20 |
| Postage | $ | 0.68 |
| Telephone | $ | 8.56 |

ENGAGEMENT COSTS                                                              5,526.54

1

CLIENT: 082910 W. R. GRACE & CO.
Matter: 070965 Gahrs, Inc., *et al.*
<u>Engagement Costs</u>

| | | |
|---|---|---:|
| Computer Assisted Research | $ | 55.18 |
| Duplicating | $ | 60.62 |
| Express Delivery | $ | 299.10 |
| Postage | $ | 7.00 |
| Telephone | $ | 10.75 |
| Travel and Miscellaneous Expense | $ | 37.00 |
| Vendor: Paid Law Pros Legal Placement Service for services rendered | $ | 45.63 |

ENGAGEMENT COSTS     515.28

2

790912A01101501

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## AUGUST, 2001 THROUGH AUGUST 31, 2001

| TYPE OF EXPENSE | |
|---|---|
| Computer-Assisted Research | 62.68 |
| Document-Access Facility | 5,856.88 |
| Duplicating | 476.28 |
| Express Delivery | 315.02 |
| Telephone | 34.02 |
| Facility Copying Expense | 74.20 |
| Postage | 7.68 |
| Travel and Miscellaneous Expense | 1,843.38 |
| Vendor: Paid Law Pros Legal Placement Services for services rendered | 45.63 |
| **Grand Total Expenses for the Fee Period August 1, 2001 through August 31, 2001** | 8,715.77 |

3

790912A01101501