**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington   DE

Page: 1
09/30/01
ACCOUNT NO: 3000-01D
STATEMENT NO:        4

Asset Analysis and Recovery

PREVIOUS BALANCE                                              $5,332.50

09/24/01 Payment - Thank you. (6/30/01)(80%)                 -2,632.00

BALANCE DUE                                                   $2,700.50
=========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington   DE

Page: 1
09/30/01
ACCOUNT NO: 3000-02D
STATEMENT NO:          4

Asset Disposition

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $2,834.50 |

| | | HOURS | |
|---|---|---|---|
| 09/06/01 | | | |
| MGZ Review Motion to Assume Channel Leases | | 0.30 | 82.50 |
| MGZ Review Motion to Assume Chomeric Leases | | 0.30 | 82.50 |
| FOR CURRENT SERVICES RENDERED | | 0.60 | 165.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 0.60 | $275.00 | $165.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 165.00 |

| | |
|---|---|
| 09/24/01 Payment - Thank you. (6/30/01)(80%) | -220.00 |
| BALANCE DUE | $2,779.50 |

Any payments received after the statement date will be
applied to next month's statement. Please note your
account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
09/30/01
ACCOUNT NO: 3000-04D
STATEMENT NO:      4

Case Administration

PREVIOUS BALANCE                                    $15,573.50

|          |                                                                                                         | HOURS |        |
|----------|---------------------------------------------------------------------------------------------------------|-------|--------|
| 09/06/01 |                                                                                                         |       |        |
| SLP      | Review pleadings received                                                                               | 0.20  | 18.00  |
| 09/07/01 |                                                                                                         |       |        |
| SLP      | Review pleadings (.2); preparation and distribution of daily memo (.1); docketing (1.2)                 | 1.50  | 135.00 |
| 09/09/01 |                                                                                                         |       |        |
| DAC      | Review Report of Filings, Dates and Issues                                                              | 0.20  | 60.00  |
| 09/12/01 |                                                                                                         |       |        |
| SLP      | Review pleadings and electronic filing notices (9/7 through 9/11) (.3); preparation and distribution of daily memo (.2) | 0.50  | 45.00  |
| 09/17/01 |                                                                                                         |       |        |
| SLP      | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.3)    | 0.80  | 72.00  |
| PEM      | Review calendar and recommendations of counsel                                                          | 0.20  | 45.00  |
| 09/18/01 |                                                                                                         |       |        |
| MK       | Interoffice filing of misc. documents                                                                   | 0.30  | 27.00  |
| DAC      | Review summary of issues and positions                                                                  | 0.10  | 30.00  |

W.R. Grace

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| 09/19/01 | | | |
| SLP | Review pleadings (.3); update 2002 service list (.2) | 0.50 | 45.00 |
| 09/21/01 | | | |
| SLP | Review pleadings for 9/19 and 9/20 (.3); preparation and distribution of daily memo (.2); update docket (.5) | 1.00 | 90.00 |
| 09/24/01 | | | |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); scan Caplin & Drysdale August 1 though August 31, 2001 fee application and exhibits for electronic filing (.7) | 1.00 | 90.00 |
| 09/25/01 | | | |
| SLP | Review electronic filing notices | 0.20 | 18.00 |
| MGZ | Review correspondence from E. Inselbuch and E. Strug re: claimant inquiry | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Kapp re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Klanan of Klanan & Hubbard re: same | 1.10 | 302.50 |
| MGZ | Draft correspondence to co-counsel re: Klanan claimant inquiry | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Lockwood re: Klaman claimant inquiry | 0.10 | 27.50 |
| MGZ | Telephone Conference with E. Inselbuch re: same | 0.10 | 27.50 |
| 09/26/01 | | | |
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.3); docketing (.3); update 2002 service list (.3) | 1.40 | 126.00 |
| 09/27/01 | | | |
| MGZ | Review of Docket re: case and hearing status | 0.10 | 27.50 |
| DAC | Review 9/24 case status report | 0.20 | 60.00 |

W.R. Grace

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.3) | 0.80 | 72.00 |

09/28/01

|  |  | HOURS |  |
|---|---|---|---|
| PEM | Review calendar and recommendations to Committee | 0.20 | 45.00 |
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.3) | 0.80 | 72.00 |
|  | FOR CURRENT SERVICES RENDERED | 11.70 | 1,545.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.50 | $300.00 | $150.00 |
| Philip E. Milch | 0.40 | 225.00 | 90.00 |
| Matthew G. Zaleski | 1.80 | 275.00 | 495.00 |
| Stephanie L. Peterson | 8.70 | 90.00 | 783.00 |
| Michele Kennedy | 0.30 | 90.00 | 27.00 |

TOTAL CURRENT WORK                                          1,545.00

09/24/01 Payment - Thank you. (6/30/01)(80%)                -1,533.60

BALANCE DUE                                              $15,584.90

Any payments received after the statement date will be
applied to next month's statement. Please note your
account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA   15219
412-261-0310

W.R. Grace
Wilmington   DE

Page: 1
09/30/01
ACCOUNT NO: 3000-05D
STATEMENT NO:        4

Claims Administration and Objections

PREVIOUS BALANCE                                          $4,512.50

|  |  | HOURS |  |
|---|---|---|---|
| 09/05/01 |  |  |  |
| MGZ | Telephone Conference with K. Brown re: Objection to Bar Date Motion | 0.60 | 165.00 |
| MGZ | Office conference with C. Boyer and S. Peterson re: same | 0.20 | 55.00 |
| MGZ | Review correspondence from K. Brown re: same | 0.20 | 55.00 |
| MGZ | Research on Proof of Claim forms re: obj. to Bar Date Motion | 0.80 | 220.00 |
| MGZ | Telephone Conference with J. Davis re: same | 0.20 | 55.00 |
| MGZ | Draft Brief insert to Bar Date Objection | 0.10 | 27.50 |
| MGZ | Telephone Conferences with J. Kapp re: deadline for filing Bar Date Objection | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: Objection to bar Date Motion | 0.20 | 55.00 |
| 09/06/01 |  |  |  |
| MGZ | Review draft Objection to Bar Date Motion | 1.30 | 357.50 |
| MGZ | Review draft Peterson Affidavit re: Bar Date Objection | 0.70 | 192.50 |
| MGZ | Telephone Conference with K. Brown re: Bar Date Objection | 0.20 | 55.00 |
| MGZ | Telephone Conference with J. Davis re: same | 0.40 | 110.00 |
| MGZ | Telephone Conference with P. Lockwood re: |  |  |

Claims Administration and Objections

|  |  | HOURS |  |
|---|---|---|---|
|  | same | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo re: bar date motion | 0.20 | 55.00 |

09/07/01

| MGZ | Telephone Conference with S. Peterson re: status of Objection to Bar Date Motion | 0.30 | 82.50 |
|---|---|---|---|
| MGZ | Telephone Conference with P. Lockwood re: revisions to Bar Date Objection | 0.10 | 27.50 |
| SLP | Receipt of second draft of oppositional brief and affidavit of Mark Peterson by e-mail (.1); revisions to same (.5); edit table and contents and authorities (.3); review docket for proof of claim form (.2); forward copy of same to J. Heberling (.1) | 1.20 | 108.00 |

09/09/01

| DAC | Review Committee's Opposition to Case Management Order Motion and the related affidavit | 2.00 | 600.00 |
|---|---|---|---|

09/10/01

| MGZ | Review and edit Objection to Bar Date Motion | 1.40 | 385.00 |
|---|---|---|---|
| MGZ | Review and edit Peterson Affidavit re: Bar Date Motion | 0.40 | 110.00 |
| MGZ | Review of Exhibits to Objection and finalize same | 0.40 | 110.00 |
| MGZ | Review of exhibits to Peterson Affidavit and finalize same | 0.20 | 55.00 |
| MGZ | Telephone Conferences with J. Davis re: Bar Date Objection | 0.30 | 82.50 |
| MGZ | Telephone Conference with K. Brown re: same | 0.20 | 55.00 |
| MGZ | Review of P.D. Committees Objection to Bar Date Motion | 0.70 | 192.50 |
| MGZ | Research Westlaw searches re: Citations for Objection | 0.30 | 82.50 |
| CJB | Assist in electronic filing of brief in opposition to debtors' motion re: bar date motion and electronically file Peterson affidavit in support of brief |  |  |

W.R. Grace

Claims Administration and Objections

|  | | HOURS | |
|---|---|---|---|
| | (1.2); assist in hard copy service of same (.5) | 1.70 | 204.00 |
| SLP | Revise and finalize brief and affidavit (1.5); prepare exhibits and scan for electronic filing (2.0); electronically file brief and exhibits (.7); electronically file affidavit and exhibits (1.5) | 5.70 | 513.00 |

09/14/01

| MGZ | Telephone Conference with D. Pacheco re: Debtors' Bar Date Motion and proposed Claim Form | 0.50 | 137.50 |
|---|---|---|---|

09/25/01

| MGZ | Review correspondence from D. Clevet at Foster Sears re: status of Bar Date/Claim Form | 0.10 | 27.50 |
|---|---|---|---|
| MGZ | Telephone Conference with D. Clevet re: same | 0.40 | 110.00 |
| MGZ | Review correspondence from D. Clevet re: request for objection to bar date motion | 0.10 | 27.50 |
| | FOR CURRENT SERVICES RENDERED | 21.40 | 4,395.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 2.00 | $300.00 | $600.00 |
| Matthew G. Zaleski | 10.80 | 275.00 | 2,970.00 |
| Cathie J. Boyer | 1.70 | 120.00 | 204.00 |
| Stephanie L. Peterson | 6.90 | 90.00 | 621.00 |

TOTAL CURRENT WORK                                    4,395.00

09/24/01 Payment - Thank you. (6/30/01)(80%)          -2,356.00

BALANCE DUE                                          $6,551.50

W.R. Grace

Page: 4
09/30/01
ACCOUNT NO: 3000-05D
STATEMENT NO:        4

Claims Administration and Objections

Any payments received after the statement date will be
applied to next month's statement. Please note your
account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington   DE

Page: 1
09/30/01
ACCOUNT NO: 3000-06D
STATEMENT NO:          4

Employee Benefits/Pensions

PREVIOUS BALANCE                                                    $3,742.50

09/24/01 Payment - Thank you. (6/30/01)(80%)                       -1,784.00

BALANCE DUE                                                         $1,958.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
09/30/01
ACCOUNT NO: 3000-07D
STATEMENT NO:        4

Fee/Employment Applications


PREVIOUS BALANCE                                        $5,269.00


                                                   HOURS
09/04/01
     CJB Finish preparation of Campbell & Levine's
         first monthly fee application and notice
         (1.8); numerous attempts to
         electronically file same (1.5); telephone
         conference with M. Peterson re: first fee
         application (.1); telephone conference
         with D. Relles re: putting LAS fee
         application exhibits into PDF format and
         review e-mail and PDF file re: same (.1);
         telephone conference with Parcels to
         convert exhibits to Campbell's first
         monthly into PDF format (.1); arrange for
         same (.1)                                    3.60     432.00
     MGZ Telephone Conference with P. Milch re:
         Supplemental Caplin & Drysdale affidavit    0.10      27.50
     MGZ Office conference with C. Boyer re:
         monthly fee applications                    0.10      27.50

09/05/01
     CJB Revisions to Campbell & Levine's first
         monthly application and notice (.2);
         electronically file application, notice
         and exhibits (.8); begin draft of
         Tersigni's first interim fee application
         (.5)                                        1.50     180.00

                                                              Page: 2
          W.R. Grace                                        09/30/01
                                                ACCOUNT NO: 3000-07D
                                             STATEMENT NO:        4

          Fee/Employment Applications

                                                              HOURS

09/06/01
     CJB Prepare for and coordinate hard copy
         service of Campbell & Levine's first
         monthly fee application (.2); update fee
         application calendar and calendar
         objection deadlines and deadlines to file
         certificate of no objection (.2)               0.40     48.00

09/07/01
     CJB Research retention information and review
         docket to verify same (.2); review
         exhibits from L. Tersigni (.1); telephone
         conference with L. tersigni re: time and
         expenses from April 12, 2001 to May 1,
         2001 (.1); begin draft of Tersigni's
         first interim fee application (1.0);
         research retention information for LAS in
         preparation for drafting first interim
         fee application and telephone conference
         with MGZ re: same (.3)                         1.70    204.00
     MK  Draft affidavit for National counsel          0.10      9.00

09/10/01
     PEM Revise affidavits for Warren and send to
         National Counsel for signature               0.20     45.00
     CJB Continue drafting Tersigni's first
         interim fee application (.3); telephone
         conference with L. Tersigni re: April 12
         through May 1 fees for first interim
         request (.1)                                   0.40     48.00

09/12/01
     CJB Office conference with MGZ re: filing and
         service of E. Inselbuch's supplemental
         affidavit (.1); prepare affidavit,
         certificate of service and service lists
         for electronic filing (.5);
         electronically file and serve same (.5);
         electronically re-file same to include
         Warren's curriculum vitae (.3); prepare
         certificate of no objection for caplin &
         Drysdale's first monthly application
         (.2); electronically file same (.3);

W.R. Grace

Fee/Employment Applications

|  | HOURS |  |
|---|---|---|
| coordinate service of hard copies (.2); update fee/expense application calendar (.1) | 2.20 | 264.00 |
| MGZ Review and prepare Supplemental Inselbuch Affidavit for filing | 0.10 | 27.50 |
| MGZ Review Warren CV for exhibit to Inselbuch affidavit | 0.10 | 27.50 |
| MGZ Draft correspondence to P. Lockwood re: same | 0.10 | 27.50 |
| MGZ Telephone Conference with P. Milch re: same | 0.10 | 27.50 |

09/21/01

| CJB Prepare and finalize Tersigni's first interim fee application request (2.0); extensive revisions to same (.5); revise and convert exhibits to same (.2); prepare and revise notice for same (.2); prepare application, exhibits and notice for electronic filing (.3); coordinate hard copy of service of same (.2); prepare and finalize LAS' first interim fee application request (1.5); prepare notice of application (.2); prepare application, notice and exhibit for electronic filing and electronically file same (.5); coordinate hard copy service of same (.2); telephone conference with Dottie Collins of Tersigni Consulting re: fee application materials for August, 2001 (.1); update fee application calendar and calendar objection deadlines and deadlines to file certificates of no objection (.2) | 6.10 | 732.00 |
| MGZ Review and edit prebill for August, 2001 | 0.80 | 220.00 |
| SLP Electronically file First Interim Application of L. Tersigni | 0.70 | 63.00 |

09/24/01

CJB Prepare Caplin & Drysdale's second
monthly fee application for electronic
filing (.4); e-mail to D. Relles of LAS
re: fee application materials for August,

W.R. Grace

Fee/Employment Applications

|  |  | HOURS |  |
|---|---|---|---|
|  | 2001 fees and expenses (.1) | 0.50 | 60.00 |
| MGZ | Review Caplin & Drysdale fee application | 0.10 | 27.50 |

09/25/01

| MGZ | Office conference with C. Boyer re: fee application schedule | 0.10 | 27.50 |
|---|---|---|---|

09/26/01

| CJB | Review docket information to verify no objections filed re: Campbell & Levine's first monthly fee application (.3); prepare certificate of no objection (.2); update fee application calendar (.1); prepare certificate of service and service list for electronic filing (.1); electronically file same (.3); coordinate hard copy service of same (.1) | 1.00 | 120.00 |
|---|---|---|---|

09/27/01

| MGZ | Telephone Conference with J. Kapp re: Supplemental Inselbuch Affidavit | 0.20 | 55.00 |
|---|---|---|---|
| MGZ | Review of Draft Supplemental Caplin & Drysdale Retention Application and edit same | 0.60 | 165.00 |
| CJB | Draft Campbell & Levine's second monthly fee application (1.5) | 1.50 | 180.00 |

09/28/01

| MGZ | Review of Campbell & Levine Fee Application | 0.20 | 55.00 |
|---|---|---|---|
| MGZ | Review of Tersigni Fee Application | 0.10 | 27.50 |
| CJB | Finish draft of Campbell & Levine's second monthly fee application (1.5); prepare notice for same (.2); prepare notice for Caplin & Drysdale's second monthly fee application (.2); prepare certificates of service and service lists for electronic filing (.2); review Tersigni's fee application exhibits in preparation for drafting (.3); prepare Tersigni's first monthly fee application (1.2); prepare notice for same (.2); prepare exhibits for electronic filing | | |

W.R. Grace

Fee/Employment Applications

HOURS

(.4); electronically file and serve fee
applications, notices and exhibits (1.5);
coordinate hard copy service of same
(.3); forward copy of Caplin's fee
application and notice to E. Strug (.1);
update fee application calendar and
calendar objection deadlines and
deadlines to file certificates of no
objection (.3)                                              6.40      768.00

FOR CURRENT SERVICES RENDERED                              29.00    3,895.50

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $225.00 | $45.00 |
| Matthew G. Zaleski | 2.70 | 275.00 | 742.50 |
| Cathie J. Boyer | 25.30 | 120.00 | 3,036.00 |
| Stephanie L. Peterson | 0.70 | 90.00 | 63.00 |
| Michele Kennedy | 0.10 | 90.00 | 9.00 |

TOTAL CURRENT WORK                                                  3,895.50

09/24/01 Payment - Thank you. (6/30/01)(80%)                       -1,522.00

BALANCE DUE                                                        $7,642.50

Any payments received after the statement date will be
applied to next month's statement. Please note your
account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 09/30/01 |
| | ACCOUNT NO: 3000-08D |
| | STATEMENT NO:        3 |

Fee/Employment Objections

PREVIOUS BALANCE                                          $660.00

|  | HOURS |  |
|---|---|---|
| 09/05/01 | | |
| MGZ Review of Duane Morris Fee Applications | 0.20 | 55.00 |
| MGZ Review of Reed Smith Fee Applications | 0.20 | 55.00 |
| MGZ Review of Blackstone Group Fee | | |
| Application | 0.20 | 55.00 |
| 09/06/01 | | |
| MGZ Review of Kirklane Ellis Fee Application | 0.20 | 55.00 |
| MGZ Review of FTI Policano Fee Application | 0.20 | 55.00 |
| 09/24/01 | | |
| MGZ Review Debtors' application to employ | | |
| Rust Consulting | 0.20 | 55.00 |
| 09/26/01 | | |
| MGZ Review of Bilzin Sumberg Fee Application | 0.30 | 82.50 |
| MGZ Review of P.D. Committee Reimbursement | | |
| Expense Applications | 0.10 | 27.50 |
| 09/27/01 | | |
| MGZ Review of Reed Smith Fee Application | 0.40 | 110.00 |
| FOR CURRENT SERVICES RENDERED | 2.00 | 550.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 2.00 | $275.00 | $550.00 |

W.R. Grace

Fee/Employment Objections


TOTAL CURRENT WORK                                      550.00

BALANCE DUE                                          $1,210.00
                                                    ==========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

W.R. Grace
Wilmington   DE

Page: 1
09/30/01
ACCOUNT NO: 3000-10D
STATEMENT NO:          4

Litigation

PREVIOUS BALANCE                                      $5,570.50

|  | | HOURS | |
|---|---|---|---|
| 09/05/01 | | | |
| MGZ | Review of Debtor's Agenda for 9/7 hearing | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.10 | 27.50 |
| 09/06/01 | | | |
| MGZ | Telephone Conference with J. Kapp re: postponement of 9/7 hearing | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Milch re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo re: status of issues for 9/7 hearing | 0.20 | 55.00 |
| 09/12/01 | | | |
| MGZ | Telephone Conference with J. Kapp re; case and hearing status | 0.10 | 27.50 |
| 09/13/01 | | | |
| MGZ | Telephone Conference with J. Kapp re: case and hearing status | 0.30 | 82.50 |
| 09/18/01 | | | |
| MGZ | Review Notice of Agenda for 9/20 hearing | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Kapp re: same | 0.10 | 27.50 |

W.R. Grace

Litigation

Page: 2
09/30/01
ACCOUNT NO: 3000-10D
STATEMENT NO: 4

HOURS

09/24/01

| | | HOURS | |
|---|---|---|---|
| MGZ Review correspondence from J. Heberling re: status of Debtors' P.I. Motion | | 0.10 | 27.50 |
| MGZ Review of docket and May Order re: status of P.I. Motion | | 0.30 | 82.50 |

09/25/01

MGZ Telephone Conference with J. Kapp re:
status of P.I. Motion                          0.10      27.50

FOR CURRENT SERVICES RENDERED              2.00     550.00

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 2.00 | $275.00 | $550.00 |

TOTAL CURRENT WORK                                        550.00

09/24/01 Payment - Thank you. (6/30/01)(80%)            -1,628.00

BALANCE DUE                                            $4,492.50

Any payments received after the statement date will be
applied to next month's statement. Please note your
account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace
Wilmington   DE

Page: 1
09/30/01
ACCOUNT NO: 3000-11D
STATEMENT NO:          2

Plan and Disclosure Statement


PREVIOUS BALANCE                                            $552.50


BALANCE DUE                                                 $552.50
                                                           =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                          09/30/01
Wilmington  DE                              ACCOUNT NO: 3000-12D
                                            STATEMENT NO:          2

Relief From Stay Proceedings


PREVIOUS BALANCE                                                    $192.50


                                                           HOURS
09/06/01
     MGZ Review Debtor Motion to Modify Stay -
         Honeywell litigation                                0.20      55.00
     MGZ Review Honeywell's Motion for Stay Relief           0.20      55.00
     MGZ Telephone Conference with J. Kapp re:
         Honeywell Motions                                   0.10      27.50
     MGZ Review of Debtor's Motion to Modify Stay
         - Patent Litigation                                 0.30      82.50

09/26/01
     MGZ Legal research re: Worker's COmpensation
         Claims and Automatic Stay                           1.30     357.50
                                                            ─────    ───────
         FOR CURRENT SERVICES RENDERED                       2.10     577.50

                          RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE        TOTAL
     Matthew G. Zaleski             2.10    $275.00       $577.50


         TOTAL CURRENT WORK                                        577.50


         BALANCE DUE                                              $770.00
                                                                ═════════

W.R. Grace

Page: 2
09/30/01
ACCOUNT NO: 3000-12D
STATEMENT NO:          2

Relief From Stay Proceedings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
09/30/01
ACCOUNT NO: 3000-14D
STATEMENT NO:        2

Valuation

PREVIOUS BALANCE                                          $157.50

BALANCE DUE                                              $157.50
                                                        =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
09/30/01
ACCOUNT NO: 3000-15D
STATEMENT NO:        4

Committee Administration

PREVIOUS BALANCE                                        $11,119.50

|  |  | HOURS |  |
|---|---|---|---|
| 09/04/01 | | | |
| PEM | Telephone Conference with Sam Schwartz re; confidentiality agreements and document productions | 0.20 | 45.00 |
| 09/05/01 | | | |
| MGZ | Telephone Conference with P. Milch re: Committee conference call and confidentiality agreement | 0.10 | 27.50 |
| MGZ | Participate in Committee Conference Call meeting | 0.80 | 220.00 |
| SLP | Receipt of oppositional brief and affidavit of Mark Peterson by e-mail (.1); draft table and contents and table of authorities (1.0); edit brief (.3) | 1.40 | 126.00 |
| 09/06/01 | | | |
| MGZ | Draft weekly recommendation memo for Committee members | 1.10 | 302.50 |
| PEM | Telephone Conference with Sam Schwartz re: Grace Agreements for Discovery of Documents (.2); revise same (.,3) | 0.50 | 112.50 |
| 09/13/01 | | | |
| MGZ | Telephone Conference with E. Inselbuch re: copies of Committee meeting minutes | 0.10 | 27.50 |
| MGZ | Review correspondence from P. Milch re: confidentiality agreement | 0.10 | 27.50 |

W.R. Grace

Committee Administration

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Review of revised confidentiality agreement | 0.20 | 55.00 |
| MGZ | Draft correspondence to P. Milch re: same | 0.10 | 27.50 |
| MGZ | Begin drafting of Weekly Recommendation Memo for Committee Members | 0.80 | 220.00 |
| PEM | Review confidentiality and e-mail to Matt and Julie re: same | 0.40 | 90.00 |
| **09/14/01** |  |  |  |
| MGZ | Update Committee Meeting minutes | 0.60 | 165.00 |
| MGZ | Draft correspondence to E. Strug re: Committee Meeting minutes | 0.10 | 27.50 |
| MGZ | Review correspondence from E. Strug re: same | 0.10 | 27.50 |
| MGZ | Continue preparation of Weekly Recommendation Memo | 1.00 | 275.00 |
| PEM | Telephone Conference with Schwartz re: Confidentiality Agreements | 0.20 | 45.00 |
| PEM | Review and revise Confidentiality Agreements | 0.30 | 67.50 |
| **09/17/01** |  |  |  |
| MGZ | Draft correspondence to co-counsel re: Weekly Recommendation Memo | 0.10 | 27.50 |
| MGZ | Review correspondence from P. Lockwood re: same | 0.10 | 27.50 |
| **09/20/01** |  |  |  |
| MGZ | Review correspondence from S. Schwartz re: conf. stipulation addendum | 0.10 | 27.50 |
| MGZ | Review correspondence from P. Milch re: same | 0.10 | 27.50 |
| MGZ | Review conf. stipulation addendum | 0.20 | 55.00 |
| PEM | Telephone Conference with Sam Schwartz re: confidentiality agreement and addendum; revise same | 0.40 | 90.00 |
| **09/21/01** |  |  |  |
| CJB | Review docket information for any additional items for the weekly recommendation calendar (.2) | 0.20 | 24.00 |
| MGZ | Review Confidentiality Agreement and Financial Advisor Addendum | 0.10 | 27.50 |

W.R. Grace

Committee Administration

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Telephone Conference with P. Milch re: same | 0.30 | 82.50 |
| MGZ | Review correspondence from P. Milch re: revisions to Confidentiality Stipulation | 0.10 | 27.50 |
| MGZ | Review pending materials and review Weekly Recommendation Memo from 9/14 | 0.40 | 110.00 |
| PEM | Telephone Conference with Matt re: confidentiality issues | 0.20 | 45.00 |
| PEM | Telephone Conference with Julie Davis re: financial advisors and information | 0.20 | 45.00 |
| PEM | Telephone Conference with Sam Schwartz re: confidential information and financial advisor issues | 0.30 | 67.50 |

09/24/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Review correspondence from S. Kazan re: Debtors' settlement with Hawaii | 0.10 | 27.50 |
| MGZ | Review correspondence from E. Inselbuch re: debtors settlement with Hawaii | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Kapp re: same | 0.10 | 27.50 |
| MGZ | Draft correspondence to co-counsel re: same | 0.10 | 27.50 |

09/25/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone Conferences with J. Heberling (2) re: case status and status of P.I. Motion | 1.60 | 440.00 |
| MGZ | Review general case status report from co-counsel | 0.20 | 55.00 |
| MGZ | Draft correspondence to J. Heberling re: accessing Court's docket | 0.10 | 27.50 |

09/26/01

|  |  |  |  |
|---|---|---|---|
| PEM | Review e-mail re: Grace position on confidentiality documents | 0.20 | 45.00 |

09/27/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Review of pending pleadings and draft Weekly Recommendation Memo | 1.20 | 330.00 |
| MGZ | Draft correspondence to co-counsel re: Weekly Recommendation Memo | 0.10 | 27.50 |
| MGZ | Review correspondence from P. Lockwood |  |  |

W.R. Grace

ACCOUNT NO: 3000-15D
STATEMENT NO:        4

Committee Administration

|  | HOURS |  |
|---|---|---|
| re: same | 0.10 | 27.50 |
| MGZ Telephone Conference with R. Budd's | | |
| office re: Weekly Recommendation Memo | 0.10 | 27.50 |
| FOR CURRENT SERVICES RENDERED | 14.90 | 3,662.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 2.90 | $225.00 | $652.50 |
| Matthew G. Zaleski | 10.40 | 275.00 | 2,860.00 |
| Cathie J. Boyer | 0.20 | 120.00 | 24.00 |
| Stephanie L. Peterson | 1.40 | 90.00 | 126.00 |

TOTAL CURRENT WORK                                    3,662.50


09/24/01 Payment - Thank you. (6/30/01)(80%)          -1,920.00


BALANCE DUE                                          $12,862.00


Any payments received after the statement date will be
applied to next month's statement. Please note your
account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/01
ACCOUNT NO:    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 4,825.04 | 0.00 | 3,191.68 | 0.00 | -1,653.14 | $6,363.58 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 5,332.50 | 0.00 | 0.00 | 0.00 | -2,632.00 | $2,700.50 |
| 3000-02 Asset Disposition | | | | | |
| 2,834.50 | 165.00 | 0.00 | 0.00 | -220.00 | $2,779.50 |
| 3000-04 Case Administration | | | | | |
| 15,573.50 | 1,545.00 | 0.00 | 0.00 | -1,533.60 | $15,584.90 |
| 3000-05 Claims Administration and Objections | | | | | |
| 4,512.50 | 4,395.00 | 0.00 | 0.00 | -2,356.00 | $6,551.50 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 3,742.50 | 0.00 | 0.00 | 0.00 | -1,784.00 | $1,958.50 |
| 3000-07 Fee/Employment Applications | | | | | |
| 5,269.00 | 3,895.50 | 0.00 | 0.00 | -1,522.00 | $7,642.50 |
| 3000-08 Fee/Employment Objections | | | | | |
| 660.00 | 550.00 | 0.00 | 0.00 | 0.00 | $1,210.00 |
| 3000-10 Litigation | | | | | |
| 5,570.50 | 550.00 | 0.00 | 0.00 | -1,628.00 | $4,492.50 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 552.50 | 0.00 | 0.00 | 0.00 | 0.00 | $552.50 |

W.R. Grace

Page: 2
09/30/01
ACCOUNT NO:    3000

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Relief From Stay Proceedings | | | | | |
| 192.50 | 577.50 | 0.00 | 0.00 | 0.00 | $770.00 |
| 3000-14 Valuation | | | | | |
| 157.50 | 0.00 | 0.00 | 0.00 | 0.00 | $157.50 |
| 3000-15 Committee Administration | | | | | |
| 11,119.50 | 3,662.50 | 0.00 | 0.00 | -1,920.00 | $12,862.00 |
| 60,342.04 | 15,340.50 | 3,191.68 | 0.00 | -15,248.74 | $63,625.48 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                                    09/30/01
Wilmington  DE                              ACCOUNT NO: 3000-00D
                                            STATEMENT NO:        4


Costs and Expenses



PREVIOUS BALANCE                                          $4,825.04



| Date | Description | Amount |
|---|---|---|
| 09/04/01 | Parcels, Inc. - Delaware Document Retrieval | 20.25 |
| 09/05/01 | FAX to Peter Van N. Lockwood - 5 pages (Agenda) | 2.50 |
| 09/06/01 | FAX to 17 Committee Members - 10 pages | 85.00 |
| 09/06/01 | Photocopying - Two copies of Distribution Memos (70 pages) | 14.00 |
| 09/10/01 | Ikon Office Solutions - Photocopying and Mailing | 175.06 |
| 09/10/01 | Ikon Office Solutions - Photocopying and Mailing | 63.35 |
| 09/11/01 | Ikon Office Solutions - Photocopying and Binding | 947.60 |
| 09/12/01 | Ikon Office Solutions - Photocopying | 98.10 |
| 09/13/01 | Ikon Office Solutions - Photocopying and Mailing | 449.44 |
| 09/14/01 | Federal Express to Larry Tersigni  on 9/5/01 | 11.79 |
| 09/14/01 | Federal Express to Scott Baena on 9/10/01 | 28.78 |
| 09/14/01 | Federal Express to James Sprayregen on 9/10/01 | 28.78 |
| 09/14/01 | Federal Express to J. Douglas Bacon on 9/10/01 | 28.78 |
| 09/14/01 | Federal Express to Richard S. Lewis on 9/10/01 | 18.72 |
| 09/14/01 | Federal Express to Thomas Sobol on 9/10/01 | 30.59 |
| 09/14/01 | Federal Express to David Pastor on 9/10/01 | 20.59 |
| 09/14/01 | Federal Express to Philip Bentley on 9/10/01 | 18.72 |
| 09/14/01 | Federal Express to Edward Westbrook on 9/10/01 | 36.90 |
| 09/14/01 | Federal Express to Elizabeth Cabraser on 9/10/01 | 31.82 |
| 09/14/01 | Federal Express to Darrell Scott on 9/10/01 | 31.82 |
| 09/14/01 | Federal Express to Hamid Rafatjoo on 9/10/01 | 31.82 |
| 09/14/01 | Federal Express to John Stoia on 9/10/01 | 31.82 |
| 09/15/01 | Tristate Courier & Carriage (Hand Deliveries) | 82.50 |
| 09/16/01 | AT&T Long Distance Phone Calls | 25.04 |
| 09/17/01 | FAX to Mark Meyer - 9 pages | 4.50 |
| 09/21/01 | Federal Express to Jon Heberling on 9/10/01 | 31.82 |
| 09/21/01 | Federal Express to Lewis Kruger on 9/10/01 | 18.72 |

W.R. Grace

Page: 2
09/30/01
ACCOUNT NO: 3000-00D
STATEMENT NO:        4

Costs and Expenses

| | | |
|---|---|---|
| 09/21/01 | Federal Express to Deidre Pacheco on 9/18/01 | 17.54 |
| 09/24/01 | Ikon Office Solutions - Document Reproduction | 125.16 |
| 09/24/01 | Ikon Office Solutions - Document Reproduction, Mailing | 297.15 |
| 09/25/01 | FAX to John Heberling - 5 pages (Order) | 2.50 |
| 09/26/01 | Ikon Office Solutions - Document Reproduction | 246.88 |
| 09/27/01 | Ikon Office Solutions - Document Reproduction | 73.64 |
| 09/27/01 | FAX to 15 Committee Members - 8 pages | 60.00 |
| | TOTAL EXPENSES | 3,191.68 |
| | TOTAL CURRENT WORK | 3,191.68 |
| 09/24/01 | Payment - Thank you. (6/30/01) | -1,653.14 |
| | BALANCE DUE | $6,363.58 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.