## EXHIBIT A

### Case Administration (124.50 Hours; $ 40,185.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 5.00 | $630 | 3,150.00 |
| Peter V. Lockwood | 19.80 | $500 | 9,900.00 |
| Julie W. Davis | 51.60 | $365 | 18,834.00 |
| Trevor W. Swett | .50 | $360 | 180.00 |
| Rita C. Tobin | 1.30 | $265 | 344.50 |
| Kimberly N. Brown | 13.30 | $265 | 3,524.50 |
| Bree A. Nicolai | 8.90 | $145 | 1,290.50 |
| Elyssa J. Strug | 19.00 | $125 | 2,375.00 |
| Samira A. Taylor | 3.50 | $115 | 402.50 |
| Stacie M. Evans | 1.60 | $115 | 184.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/01 | JWD | 365.00 | 2.30 | Review filings, correspondence for status reports |
| 07/02/01 | JWD | 365.00 | 2.50 | Prepare weekly status reports; conference with PVNL re same |
| 07/02/01 | EJS | 125.00 | 1.00 | Phone calls and e-mails with TB re fee application matters. |
| 07/02/01 | EJS | 125.00 | .50 | Searched, retrieved and sent Matt Zaleski K&E fee summaries from the B&W case. |
| 07/02/01 | KNB | 265.00 | .50 | Conference with NDF, TWS and PVNL re: Debtors' recent motion |
| 07/02/01 | PVL | 500.00 | .40 | Telephone conference with Budd re: meeting (.2), review misc. filings (.1), review JWD memo (.1) |
| 07/03/01 | EJS | 125.00 | 1.00 | Updated players list with additional information received from PVNL. |
| 07/03/01 | EJS | 125.00 | .50 | Updated players list. |
| 07/03/01 | EJS | 125.00 | .50 | Retrieved and sent L. Tersigni and DC office monthly operating report. |

- 2 -

| 07/03/01 | EJS | 125.00 | .50 | Duplicated and distributed recently received court documents. |
|----------|-----|--------|-----|----------------------------------------------------------------|
| 07/05/01 | EI | 630.00 | .70 | Tele/Speights re fraudulent conveyance issues (.5); tele/PVNL re same (.2). |
| 07/05/01 | PVL | 500.00 | .60 | Telephone conference with Zaleski re: pending matters (.1), review draft calendar and minutes (.2), review misc. filings (.1), telephone conference with Zaleski re: same (.2) |
| 07/05/01 | EJS | 125.00 | .50 | Meeting with EI re minutes and updated minute book. |
| 07/05/01 | EJS | 125.00 | .50 | Updated players list with additional information. |
| 07/05/01 | EJS | 125.00 | .50 | Reviewed M. Zaleski's calendar and phone calls and fax re documents needed to be added. |
| 07/08/01 | PVL | 500.00 | .10 | Review misc. correspondence (.1) |
| 07/09/01 | EI | 630.00 | 1.50 | Tele/Budd, Dies re fraudulent conveyance case (.5); tele/PVNL re same (.2); memo circulating NYTimes article (.3); read article (.5). |
| 07/09/01 | EJS | 125.00 | 1.00 | Duplicated and distributed recently received court documents. |
| 07/09/01 | KNB | 265.00 | 7.00 | Review POC motion; conference with JWD, PVNL re: response |
| 07/09/01 | PVL | 500.00 | .80 | Telephone conference with Milch re: status (.1), conference with JWD re: same (.2), review draft de minimus sales obj. (.1), telephone conference with EI re: status (.1), review misc correspondence (.1), review NY Times article (.2) |
| 07/10/01 | EI | 630.00 | .50 | Tele/Speights (.3); tele/Budd (.2); all re fraudulent conveyance case. |

- 3 -

| 07/10/01 | JWD | 365.00 | 2.30 | Review filings, weekly calendar; conference with PVNL re status |
| 07/10/01 | KNB | 265.00 | 5.60 | Draft opposition to bar date motion |
| 07/10/01 | PVL | 500.00 | .20 | Review misc. filings and correspondence (.2) |
| 07/11/01 | PVL | 500.00 | .30 | Telephone conference with EI (.1), conference with EI (.1), review misc. filing and correspondence (.1) |
| 07/11/01 | JWD | 365.00 | 2.10 | Draft weekly status reports |
| 07/11/01 | BAN | 145.00 | 1.70 | Discussing issues and getting assignment from KNB (.7); analyzing problem and printing cases (1.0). |
| 07/11/01 | EJS | 125.00 | .50 | Duplicated and distributed recently received court documents. |
| 07/12/01 | EJS | 125.00 | 1.00 | Reviewed, duplicated and distributed recently received court documents. |
| 07/12/01 | JWD | 365.00 | .40 | Conference with PVNL re comments on weekly reports |
| 07/16/01 | BAN | 145.00 | 7.20 | Research for brief. |
| 07/16/01 | EJS | 125.00 | 1.00 | Reviewed, duplicated and distributed recently received court documents. |
| 07/16/01 | JWD | 365.00 | 2.20 | Review filings for status reports |
| 07/16/01 | PVL | 500.00 | .50 | Review miscellaneous filings, correspondence and e-mail (.4); conference with JWD regarding status (.1). |
| 07/17/01 | EI | 630.00 | .40 | Tele/Baena re fraudulent conveyance litigation (.2); tele/PVNL re same and hearing (.2). |
| 07/17/01 | PVL | 500.00 | .20 | Review miscellaneous correspondence (.1); telephone conference with EI (.1). |
| 07/18/01 | JWD | 365.00 | 1.10 | Prepare weekly status reports |

- 4 -

| 07/18/01 | PVL | 500.00 | 2.20 | Review miscellaneous filings (.2); review agenda letter (.2); telephone call from Zaleski regarding 7/19 hearing (.2); prepare for 7/19 hearing (1.6). |
| 07/19/01 | EJS | 125.00 | .50 | Updated players list with information from PVNL. |
| 07/19/01 | PVL | 500.00 | .50 | Conference with Zaleski re: pending matters (.5) |
| 07/20/01 | PVL | 500.00 | .40 | Review misc. filings and correspondence (.1), telephone conference with Baena (.3) |
| 07/23/01 | EJS | 125.00 | .50 | Updated EI files. |
| 07/23/01 | JWD | 365.00 | 1.80 | Review filings for previous week |
| 07/23/01 | PVL | 500.00 | .50 | Telephone conference with Zaleski (.4), review misc. filings (.1) |
| 07/24/01 | EJS | 125.00 | .50 | Retrieved, duplicated and sent L. Tersigni various court documents including Orders. |
| 07/24/01 | JWD | 365.00 | 1.80 | Prepare weekly status reports |
| 07/25/01 | PVL | 500.00 | .90 | Review JWD status memo (.2), conferences with JWD re: same (.4), telephone conference with Zaleski re: status (.1), review draft calendar (.1), review report to comm. (.1) |
| 07/26/01 | PVL | 500.00 | .50 | Telephone conference with Pasquale re: pending matters (.5) |
| 07/26/01 | JWD | 365.00 | 2.50 | Draft memo to Committee from EI re status of case; confer with PVNL re same |
| 07/27/01 | RCT | 265.00 | .20 | Review status memo re: upcoming tasks. |

- 5 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/27/01 | PVL | 500.00 | 1.00 | Telephone conference with EI et al re: status (.4), telephone conference with Baena re: status (.3), telephone conference with Davis re: status (.1), email Zaleski (.1), telephone conference with LeClair (.1) |
| 07/27/01 | TWS | 360.00 | .40 | Conf call with EI, PVNL, JWD re status and developments |
| 07/27/01 | JWD | 365.00 | .50 | Conference call with PVNL, TWS, NDF, EI re status of case, assignments |
| 07/30/01 | PVL | 500.00 | .30 | Review misc. filings (.3) |
| 07/31/01 | PVL | 500.00 | .10 | Review Zaleski memo and telephone conference with Zaleski re: memo (.1) |
| 08/01/01 | RCT | 265.00 | .10 | Conference ES re: electronic service. |
| 08/01/01 | EI | 630.00 | .20 | Memo to Committee re: orders. |
| 08/01/01 | EJS | 125.00 | .50 | Updated EI files. |
| 08/01/01 | PVL | 500.00 | .70 | Telephone conferences with EI re: status (.1), telephone conference with Zaleski re: 8/2 hearing (.1), review misc. correspondence (.1), review Intercat memo (.1), telephone conferences with Zaleski re: misc. sales order (.3) |
| 08/02/01 | EI | 630.00 | .20 | T/C PVNL re: fraudulent conveyance case proposal. |
| 08/02/01 | EJS | 125.00 | .50 | Created August Fee App Schedule. |
| 08/03/01 | EI | 630.00 | .30 | T/C PVNL re: fraudulent conveyance case fee proposal and his contact with Baena re: same. |
| 08/03/01 | EJS | 125.00 | 1.00 | Searched, retrieved, duplicated and sent various financial materials to L.Tersigni. |
| 08/03/01 | PVL | 500.00 | .50 | Review misc. filings (.1), review misc. correspondence (.2), telephone |

| | | | | conference with Budd's secretary (.1), review draft calendar (.1) |
|---|---|---|---|---|
| 08/06/01 | JWD | 365.00 | 1.80 | Review pleadings in case |
| 08/07/01 | EI | 630.00 | .20 | T/C PVNL re: handling of fee proposal on fraudulent conveyance case. |
| 08/08/01 | PVL | 500.00 | .10 | Telephone conference with EI (.1) |
| 08/10/01 | PVL | 500.00 | .50 | Review misc. filings (.1), telephone conference with Baena (.4) |
| 08/10/01 | JWD | 365.00 | 1.30 | Review pleadings; draft status report for PVNL re same |
| 08/15/01 | JWD | 365.00 | 1.30 | Review filings for purposes of drafting status report |
| 08/15/01 | PVL | 500.00 | .40 | Telephone conference with Zaleski re: excl. motion (.1), telephone conference with Baena re: pending matters (.3) |
| 08/17/01 | SME | 115.00 | 1.60 | Analyze and index various materials including pleadings, correspondence and fee applications. |
| 08/20/01 | JWD | 365.00 | 1.30 | Draft status reports |
| 08/20/01 | EI | 630.00 | .50 | Correspondence to insurance company re: lien. |
| 08/20/01 | PVL | 500.00 | .20 | Telephone conference with EI re: status (.1), revise misc. correspondence (.1) |
| 08/21/01 | JWD | 365.00 | 1.10 | Review filings for purposes of drafting status reports |
| 08/21/01 | EJS | 125.00 | .50 | Reviewed, duplicated and distributed recently received court documents. |
| 08/21/01 | PVL | 500.00 | .10 | Review misc. filings (.1) |

| 08/22/01 | PVL | 500.00 | .30 | Telephone conference with Zaleski re: status (.2), conference with EI re: status (.1) |
| 08/24/01 | PVL | 500.00 | 1.10 | Telephone conference with Baena re: case administration (.7), telephone conference with EI re: status (.1), review draft calendar and memo (.1), review misc. filings (.2) |
| 08/24/01 | EJS | 125.00 | 1.50 | Organized and sent materials prepared by L.Tersigni to committee members. |
| 08/27/01 | PVL | 500.00 | .30 | Conference with JWD re: status (.1), telephone conference with Zaleski re: status (.2) |
| 08/27/01 | JWD | 365.00 | 1.40 | Review filings for purposes of drafting plan documents, status reports |
| 08/28/01 | KNB | 265.00 | .20 | Conference with paralegal re: expert reports |
| 08/29/01 | PVL | 500.00 | .60 | Telephone conference with Baena re: pending matters (.6) |
| 08/30/01 | PVL | 500.00 | .20 | Review misc. filings (.1), review website (.1) |
| 08/31/01 | PVL | 500.00 | .10 | Review misc. filings (.1) |
| 09/01/01 | JWD | 365.00 | 1.80 | Review filings and calendar for status reports |
| 09/04/01 | EJS | 125.00 | 1.00 | Updated Fee Application Payment Schedule. |
| 09/04/01 | EJS | 125.00 | .50 | Updated EI files. |
| 09/05/01 | JWD | 365.00 | 1.90 | Draft weekly status reports |
| 09/05/01 | PVL | 500.00 | .90 | Review misc. correspondence (.2), telephone conference with Pasquale re: status (.3), telephone conferences with Zaleski re: status (.4) |
| 09/06/01 | EJS | 125.00 | .50 | Updated EI files and minute book. |

- 8 -

| | | | | |
|---|---|---|---|---|
| 09/06/01 | EJS | 125.00 | 1.00 | Updated players list. |
| 09/06/01 | RCT | 265.00 | .50 | Review court papers and correspondence, 8-7 thru 9-6. |
| 09/06/01 | JWD | 365.00 | 1.20 | Revise, edit status reports per discussions with PVNL, P. Milch, M. Zaleski |
| 09/06/01 | JWD | 365.00 | 1.30 | Review confidentiality agreement, discuss with P. Milch, M. Zaleski |
| 09/06/01 | SAT | 115.00 | 3.00 | Filed correspondence and pleadings; updated index. |
| 09/06/01 | TWS | 360.00 | .10 | TC PVNL re adjournment of case management hearing |
| 09/06/01 | PVL | 500.00 | 1.00 | Review draft calendar (.1), telephone conference with Zaleski and KNB re: hearing (.2), telephone conference with LeClair re: hearing (.1), telephone conferences with Baena re: hearing (.2), telephone conference with Budd (.1), telephone conference with Zaleski re: scheduling (.3) |
| 09/07/01 | PVL | 500.00 | 1.10 | Review JWD status report (.1), conference with JWD re: same (.2), telephone conferences with Baena re: status (.5), conference with KNB re: status (.1), review misc. filings (.1), email LeClair et al. (.1) |
| 09/10/01 | JWD | 365.00 | 1.50 | Review filings for status reports |
| 09/10/01 | PVL | 500.00 | .50 | Telephone conference with EI re: status (.1), telephone conference with Baena re: same (.2), review misc. correspondence (.1), telephone conference with Kolton (.1) |
| 09/11/01 | JWD | 365.00 | 1.80 | Draft status report |
| 09/11/01 | PVL | 500.00 | .20 | Telephone conference with Budd (.2) |

- 9 -

| 09/12/01 | PVL | 500.00 | .20 | Telephone conference with Zaleski (.1), review misc. filings (.1) |
| 09/13/01 | EJS | 125.00 | .50 | Meeting with EI & RCT re missing meeting minutes. Phone calls and e-mails with M.Zaleski re same. |
| 09/13/01 | JWD | 365.00 | .90 | Review draft memo re confidentiality agreement |
| 09/17/01 | JWD | 365.00 | 1.90 | Review filings for status reports |
| 09/17/01 | PVL | 500.00 | .20 | Review misc. filings (.1), review draft calendar (.1) |
| 09/18/01 | JWD | 365.00 | 2.10 | Prepare status report for EI, PVNL |
| 09/18/01 | PVL | 500.00 | .30 | Review misc. filings (.3) |
| 09/19/01 | JWD | 365.00 | 2.30 | Review confidentiality agreement, addendum to same (1.1); memo re same (1.2) |
| 09/20/01 | JWD | 365.00 | 2.10 | Telephone conference with P. Milch re status of confidentiality agreement (.4); revise, edit same (1.7) |
| 09/20/01 | JWD | 365.00 | 1.10 | Revise, edit status report |
| 09/20/01 | SAT | 115.00 | .50 | Filed fee applications. |
| 09/20/01 | EJS | 125.00 | .50 | Updated EI files and minute book. |
| 09/21/01 | EI | 630.00 | .50 | Memos to PVNL re: Oregon, etc. |
| 09/21/01 | PVL | 500.00 | .50 | Email Baena (.1), review misc. filings (.2), review misc. correspondence (.1), revise status report (.1) |
| 09/23/01 | PVL | 500.00 | .10 | Prepare for 9/24 meeting (.1) |
| 09/24/01 | EJS | 125.00 | .50 | Updated fee charts and October's fee schedule. |
| 09/24/01 | JWD | 365.00 | 2.10 | Review pleadings for status report |
| 09/25/01 | JWD | 365.00 | 1.90 | Draft status report |

| 09/25/01 | PVL | 500.00 | .20 | Review Exxon oppo. (.2) |
| 09/28/01 | RCT | 265.00 | .50 | Review status reports and calendars. |

**Total Task Code .04**    **124.50**

### Claims Administration & Objections (24.10 Hours; $ 9,384.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.50 | $630 | 945.00 |
| Peter V. Lockwood | 11.20 | $500 | 5,600.00 |
| Trevor W. Swett | .30 | $360 | 108.00 |
| Kimberly N. Brown | 9.70 | $265 | 2,570.50 |
| Stacie M. Evans | 1.40 | $115 | 161.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/01 | PVL | 500.00 | .70 | Telephone conference with Heberling re: claims (.7) |
| 08/12/01 | PVL | 500.00 | 1.30 | Review draft bar date opposition |
| 08/14/01 | PVL | 500.00 | 2.60 | Work on bar date oppo. (.2), conference with KNB re: same (2.4) |
| 08/22/01 | TWS | 360.00 | .30 | TC Zaleski re bar date issues and correspondence to A.Rich re same |
| 09/03/01 | PVL | 500.00 | 1.70 | Work on bar date oppo. (1.7) |
| 09/04/01 | KNB | 265.00 | 1.20 | Draft bar date opposition |
| 09/04/01 | KNB | 265.00 | .50 | Conference with JWD and paralegal re: bar date brief |
| 09/04/01 | PVL | 500.00 | .30 | Revise bar date brief (.2), conference with KNB re: same (.1) |
| 09/05/01 | SME | 115.00 | 1.40 | Assist KNB in filing pleadings by proofreading pleadings and affidavit by |

| | | | | expert witness and making appropriate corrections. |
|---|---|---|---|---|
| 09/05/01 | EI | 630.00 | 1.50 | Reviewed draft brief with KNB re: bar date. |
| 09/05/01 | KNB | 265.00 | 1.50 | Conference with JWD, PVNL, EI, M. Zaleski and M. Peterson re: opposition to bar date motion; (1.5); edit same |
| 09/05/01 | KNB | 265.00 | 5.10 | Edit bar date motion |
| 09/05/01 | PVL | 500.00 | .60 | Conferences with KNB re: bar date oppo. (.6) |
| 09/06/01 | KNB | 265.00 | .30 | Revise opposition to bar date motion |
| 09/06/01 | KNB | 265.00 | .40 | Conference call with PVNL and M. Zaleski re: bar date opposition |
| 09/06/01 | KNB | 265.00 | .30 | Conference with EI re: opposition to bar date motion |
| 09/06/01 | KNB | 265.00 | .10 | Conference call with EI re: brief |
| 09/06/01 | KNB | 265.00 | .10 | Telephone conference with M. Zaleski re: brief |
| 09/07/01 | KNB | 265.00 | .20 | Conference with PVNL re: brief |
| 09/08/01 | PVL | 500.00 | .90 | Review PC Committee bar date oppo. (.9) |
| 09/13/01 | PVL | 500.00 | .40 | Telephone conference with Baena re: bar date issues (.3), review Unsecured Comm. bar date response (.1) |
| 09/24/01 | PVL | 500.00 | 2.70 | Conference with Bernick, Siegal and Baena re: bar date and case management order (2.3), conference with Siegal re: same (.4) |

**Total Task Code .05        24.10**

- 12 -

## Employee Benefits/Pensions (.20 Hours; $ 100.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $500 | 100.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/11/01 | PVL | 500.00 | .20 | Review obj. re: indemnity motion (.1), telephone conference with Zaleski re: same (.1) |

**Total Task Code .06**     **.20**

## Fee/Employment Applications (14.30 Hours; $ 2,856.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $500 | 100.00 |
| Rita C. Tobin | 7.10 | $265 | 1,881.50 |
| Elyssa J. Strug | 7.00 | $125 | 875.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/02/01 | RCT | 265.00 | 1.00 | Set up procedures for fee applications (.7); conference TB re: same (.2); conference ES re: same (.1). |
| 07/10/01 | RCT | 265.00 | .50 | Review time for June. |
| 07/17/01 | RCT | 265.00 | .50 | Review final time allocations for fee application. |
| 07/24/01 | RCT | 265.00 | 1.00 | Review and edit fee application (.8); conference ES re: same(.2) |
| 07/24/01 | EJS | 125.00 | 2.00 | Prepared quarterly fee application (proofing, editing, assembling, duplicating). |

- 13 -

| 07/25/01 | EJS | 125.00 | .50 | Corrected Exhibit C and part of Exhibit A to fee application. |
| 08/01/01 | RCT | 265.00 | .10 | E-mail and conference TB and ES re: August fee applications. |
| 08/02/01 | RCT | 265.00 | .10 | Telecon TB re: August fee applications. |
| 08/07/01 | RCT | 265.00 | .50 | Review July time. |
| 08/13/01 | RCT | 265.00 | 1.00 | Review Grace fee application and exhibits. |
| 08/13/01 | EJS | 125.00 | 2.00 | Worked on monthly fee application (including but not limited to proofing, editing, duplicating, assembling). |
| 08/14/01 | EJS | 125.00 | 1.00 | Worked on fee application. |
| 08/29/01 | PVL | 500.00 | .20 | Review UST objections to Baena fee app (.2) |
| 09/05/01 | RCT | 265.00 | .50 | Review August billing records. |
| 09/10/01 | RCT | 265.00 | .80 | Review exhibits. |
| 09/10/01 | RCT | 265.00 | .20 | Review EI affidavit re: Warren retention application. |
| 09/14/01 | EJS | 125.00 | 1.00 | Worked on and completed monthly fee application (proofed, edited, assembled). |
| 09/14/01 | RCT | 265.00 | .50 | Final review and editing/fee apps. for August and quarter. |
| 09/17/01 | EJS | 125.00 | .50 | Updated fee payment schedule. |
| 09/17/01 | RCT | 265.00 | .40 | Review fee app. & structure re: memo to EI. |

**Total Task Code .07**     **14.30**

- 14 -

## Fee/Employment Objections (.20 Hours; $ 72.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Trevor W. Swett | .20 | $360 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 09/11/01 | TWS | 360.00 | .20 | Read U.S. Trustee's objection to PD Comm. counsel's fee application |

**Total Task Code .08**   **.20**

## Litigation (231.70 Hours; $ 71,585.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter V. Lockwood | 26.10 | $500 | 13,050.00 |
| Julie W. Davis | 82.20 | $365 | 30,003.00 |
| Trevor W. Swett | 7.70 | $360 | 2,772.00 |
| Kimberly N. Brown | 71.00 | $265 | 18,815.00 |
| Kris J. Bess | 30.90 | $160 | 4,944.00 |
| Bree A. Nicolai | 13.80 | $145 | 2,001.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 07/02/01 | TWS | 360.00 | .20 | Attention to motion to modify injunction |
| 07/02/01 | TWS | 360.00 | .20 | Update KNB |
| 07/02/01 | PVL | 500.00 | .20 | Review suppl. response re: section 105 motion (.2) |
| 07/02/01 | PVL | 500.00 | 1.00 | Conference with KNB re: bar date motion (.3), telephone conference with Zaleski re: same (.2), conference with JWD re: same (.3), review PD comm. motion re: doc retention (.2) |

| 07/03/01 | TWS | 360.00 | 1.00 | Conf call with Committee re bar date and proof of claim issues |
| 07/03/01 | JWD | 365.00 | 1.90 | Conference call re Debtors motion re POC form/bar date; selection of counsel for fraudulent conveyance suits |
| 07/03/01 | PVL | 500.00 | .80 | Telephone conferences with Peterson re: POC issues (.6), telephone conference with Zaleski re: same (.2) |
| 07/04/01 | JWD | 365.00 | 4.80 | Review motion papers for bar date, etc. |
| 07/05/01 | JWD | 365.00 | 5.10 | Review B&W materials re bar date, POC; draft letters to law firms re affidavits re POCs; conference with PVNL re same (4.8); conference with TWS re B&W materials (.3) |
| 07/05/01 | PVL | 500.00 | 2.00 | Telephone conference with Baena re: bar date motion etc. (1.0), conference with JWD re: same (.8), telephone conference with EI re: same (.2) |
| 07/06/01 | TWS | 360.00 | 4.30 | Interviews of prospective counsel for fraudulent conveyance suit |
| 07/06/01 | TWS | 360.00 | .30 | Conf EI, PVNL re selection of counsel for fraudulent conveyance litigation |
| 07/06/01 | JWD | 365.00 | 3.20 | Telephone conference with M. Peterson re affidavit re POCs; draft portion of brief re same |
| 07/06/01 | PVL | 500.00 | 5.30 | Conference with EI and TWS re: fr. conv. lit. (.3), conference with Budd and EI re: same (.2), interview with Cozen and O'Conner (1.0), Holland and Knight (1.0), Leif Cabraser (1.0), LeClair (1.0), conference with PD Comm. Budd, Davis, EI and TWS re: counsel (.5), conference with TWS re: same (.3) |
| 07/08/01 | JWD | 365.00 | 5.20 | Research re POC/bar date issues |

- 16 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/08/01 | PVL | 500.00 | .20 | Review draft Blomstrom aff. (.2) |
| 07/09/01 | JWD | 365.00 | 5.50 | Conference with KNB re legal factual issues re bar date, POC (.9); legal research re same (2.5); telephone conference with T. Goldberg, M. Peterson, R. Budd re affidavits (2.1) |
| 07/09/01 | PVL | 500.00 | .80 | Telephone conference with Peterson re: bar date motion (.2), memo to KNB (.1), conference with KNB re: bar date response (.4), conference with TWS re: same (.1) |
| 07/10/01 | TWS | 360.00 | .50 | TC from S.Baena re scheduling; TC to PVNL re scheduling |
| 07/10/01 | TWS | 360.00 | .10 | Note from KNB re bar date issues; TC KNB re same |
| 07/10/01 | JWD | 365.00 | .90 | Conference with KNB re bar date brief; discuss legal issues |
| 07/11/01 | JWD | 365.00 | 2.30 | Conference with KNB re legal factual POC, bar date issues; telephone conference with M. Peterson, M. Zaleski re status of extension |
| 07/11/01 | KNB | 265.00 | 8.40 | Draft opposition to bar date motion; conference with JWD, Bruce summer associate and BN re: same |
| 07/12/01 | BAN | 145.00 | 4.20 | Research for KNB for brief. |
| 07/12/01 | PVL | 500.00 | .50 | Review Sealed Air response (.1), review NMC response (.1), review Grace response (.3) |
| 07/12/01 | PVL | 500.00 | .30 | Review POC affs. (.2), review Peterson memo (.1) |
| 07/12/01 | JWD | 365.00 | 7.20 | Review M. Peterson affidavit, comments on Grace POC brief (1.3); draft section of brief dealing with these issues (2.8); revise, edit rest of brief (2.3); telephone conference with M. Peterson re same (.8) |

| | | | | |
|---|---|---|---|---|
| 07/12/01 | KNB | 265.00 | 6.40 | Draft opposition to bar date motion; conference with BN re: same |
| 07/13/01 | BAN | 145.00 | 3.50 | Research for brief for KNB. |
| 07/13/01 | PVL | 500.00 | 1.20 | Conference with EI regarding case preparation (.2); telephone call from Baena regarding fr. conv. and bar date (.4); telephone call with TWS regarding 7/19 hearing (.2); review miscellaneous filings and correspondence fr. conv. and discovery (.4). |
| 07/13/01 | TWS | 360.00 | .10 | TC M.Zaleski re debtor's motion for omnibus settlement procedure |
| 07/13/01 | TWS | 360.00 | .40 | Read submissions responding to joint motion to prosecute fraudulent conveyance actions |
| 07/14/01 | JWD | 365.00 | 4.50 | Review M. Peterson materials; draft affidavit |
| 07/15/01 | JWD | 365.00 | 5.50 | Revise, edit Peterson affidavit; revise, edit brief re bar date |
| 07/16/01 | PVL | 500.00 | .50 | Telephone call from EI (.1); review Zonolite and medical monitoring class objections to case management motion (.3); telephone call from Zaleski regarding hearing (.1). |
| 07/16/01 | KNB | 265.00 | 9.00 | Draft opposition to POC motion. |
| 07/17/01 | BAN | 145.00 | 4.70 | Research and discussing findings w/KNB. |
| 07/17/01 | PVL | 500.00 | 3.40 | Telephone call from Baena regarding 7/19 hearing matters (1.4); telephone call from Zaleski regarding same (.5); conference with JWD regarding same (.2); review Vincent declarations and exhibits to case management objections of Zonolite and medical monitoring classes (1.3). |

| 07/17/01 | KNB | 265.00 | 8.40 | Draft opposition to POC motion. |
| 07/18/01 | BAN | 145.00 | 1.40 | Research and reviewing brief. |
| 07/18/01 | TWS | 360.00 | .10 | Review recent correspondence and filings |
| 07/18/01 | PVL | 500.00 | .40 | Telephone call from Running regarding POC issues (.3); telephone call from Peterson regarding same (.1). |
| 07/18/01 | KNB | 265.00 | 6.10 | Draft opposition to POC motion; conference with JWD regarding same. |
| 07/19/01 | JWD | 365.00 | 4.90 | Conference with M. Peterson re affidavit; revise, edit same |
| 07/19/01 | PVL | 500.00 | 4.70 | Prepare for hearing re: fr. conv. case (3.2), attend hearing re: same (.9), conferences with Zaleski and Campbell re: hearing (.6) |
| 07/20/01 | JWD | 365.00 | 1.30 | Revise, edit POC brief |
| 07/20/01 | TWS | 360.00 | .20 | Attention to RCT legal memorandum on state law causes of action; TC RCT re same |
| 07/22/01 | JWD | 365.00 | 2.30 | Revise, edit POC brief |
| 07/24/01 | TWS | 360.00 | .30 | Review pending motions |
| 07/25/01 | JWD | 365.00 | 4.30 | Revise, edit POC brief |
| 07/26/01 | JWD | 365.00 | 1.90 | Revise, edit M. Peterson affidavit |
| 07/27/01 | JWD | 365.00 | 4.60 | Revise, edit POC brief |
| 07/30/01 | KNB | 265.00 | 4.40 | Conference with JWD re: opposition to bar date motion |
| 07/30/01 | JWD | 365.00 | 3.30 | Revise, edit M. Peterson affidavit, POC brief; discuss with KNB |
| 07/31/01 | KNB | 265.00 | 2.50 | Draft opposition to bar date brief; conference with JWD re: same |

| 07/31/01 | JWD | 365.00 | 2.30 | Revise, edit brief; conference with KNB re same |
| 08/01/01 | KNB | 265.00 | 1.70 | Draft opposition to bar date motion |
| 08/01/01 | PVL | 500.00 | .40 | Review O'Connor and LeClair letter (.1), telephone conference with EI re: same (.1), memo to comm. re: same (.1), telephone conference with Baena's secretary re: same (.1) |
| 08/02/01 | PVL | 500.00 | .50 | Telephone conference with Baena re: fr. conv. lit. (.3), telephone conference with EI re: same (.2) |
| 08/03/01 | PVL | 500.00 | .50 | Telephone conference with Baena re: fr. conv. counsel (.3), telephone conference with EI re: same (.2) |
| 08/03/01 | JWD | 365.00 | 1.30 | Revise, edit POC brief |
| 08/06/01 | PVL | 500.00 | .80 | Telephone conference with Budd and Weitz re: fr. conv. lit. (.5), telephone conference with Budd re: same (.2), telephone conference with Baena re: same (.1) |
| 08/06/01 | KNB | 265.00 | 1.30 | Draft opposition to bar date motion |
| 08/07/01 | PVL | 500.00 | .30 | Telephone conference with Baena re: fr. conv. lit. (.3) |
| 08/14/01 | KNB | 265.00 | 3.40 | Draft bar date motion (3.0); conference with PVNL re: bar date brief (.4) |
| 08/15/01 | KNB | 265.00 | 3.00 | Draft bar date motion |
| 08/16/01 | PVL | 500.00 | 1.10 | Telephone conference with Committee and Zaleski re: fr. conv. counsel fees (1.1) |
| 08/21/01 | KJB | 160.00 | 4.00 | Research into proof of claim and bar date |
| 08/22/01 | KJB | 160.00 | 6.90 | Research re: bar date and proof of claim brief |

- 20 -

| 08/22/01 | KNB | 265.00 | 5.00 | Conference with KJB re: research (.3); draft opposition to bar date motion (4.7) |
| 08/23/01 | KJB | 160.00 | 7.10 | Research, drafting re: bar date, proof of claim |
| 08/23/01 | PVL | 500.00 | .30 | Telephone conference with Weitz re: fr. conv. counsel (.1), watch PBS report on Libby, MT (.2) |
| 08/23/01 | KNB | 265.00 | 1.90 | Draft oppo. to bar date motion |
| 08/23/01 | KNB | 265.00 | 4.40 | Conference with KJB and JWD (1.0); draft opposition to bar date motion (3.4) |
| 08/24/01 | KJB | 160.00 | 7.10 | Research re: bar date and proof of claim brief |
| 08/27/01 | KNB | 265.00 | 3.60 | Conference with KJB re: brief in opposition to bar date motion (.5); draft same (2.6); conference with JWD and Mark Peterson re: affidavit (.5) |
| 08/27/01 | JWD | 365.00 | .90 | Telephone conference with N. Davis re Debtors history producing asbestos products; telephone conference with M. Peterson, K. Brown re same |
| 08/27/01 | KJB | 160.00 | 4.30 | Meeting with KNB; research and draft re: bar date and proof of claim filing |
| 08/28/01 | JWD | 365.00 | 2.70 | Memo to M. Peterson re additional data requests, changes to affidavit (.9); revise, edit brief (1.8) |
| 08/29/01 | PVL | 500.00 | .10 | Work on bar date brief (.1) |
| 08/29/01 | KNB | 265.00 | 1.10 | Telephone call to R. Turkowicz re: brief (.1); conference with JWD re: same (.5); edit brief in opposition to bar date motion (.5) |
| 08/29/01 | JWD | 365.00 | 1.90 | Revise, edit brief; conference with K. Brown re same |

| 08/30/01 | PVL | 500.00 | .30 | Telephone conference with Budd re: fr. conv. counsel (.3) |
| 08/31/01 | PVL | 500.00 | .20 | Telephone conference with Budd re: fr. conv. counsel (.2) |
| 08/31/01 | KJB | 160.00 | 1.50 | Grace brief - cite check |
| 09/04/01 | JWD | 365.00 | 2.90 | Review POC brief (.5), Peterson affidavit (.8); revise, edit same (1.6) |
| 09/04/01 | PVL | 500.00 | .30 | Telephone conference with Budd re: fr. conv. counsel agreement (.3) |
| 09/10/01 | JWD | 365.00 | 1.50 | Telephone conference with M. Peterson, M. Zaleski, KNB re POC brief (.8); finalize for filing (.7). |
| 09/14/01 | KNB | 265.00 | .40 | Review statement of facts |

**Total Task Code .10**     **231.70**


## Relief from Stay Proceedings (.40 Hours; $ 200.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter V. Lockwood | .40 | $500 | 200.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 08/31/01 | PVL | 500.00 | .20 | Review Smolker lift stay (.2) |
| 09/04/01 | PVL | 500.00 | .20 | Review Honeywell lift stay motion (.2) |

**Total Task Code .12**     **.40**

- 22 -

### Committee Meetings/Conferences (6.60 Hours; $ 3,264.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.80 | $630 | 1,764.00 |
| Peter V. Lockwood | 2.10 | $500 | 1,050.00 |
| Rita C. Tobin | .20 | $265 | 53.00 |
| Kimberly N. Brown | 1.50 | $265 | 397.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/03/01 | EI | 630.00 | 1.00 | Committee conference call re bar date issue. |
| 07/03/01 | PVL | 500.00 | 1.40 | Telephone conference with Committee et al. (1.4) |
| 07/03/01 | KNB | 265.00 | 1.50 | Telephone conference re: motion re: proof of claim form |
| 07/05/01 | EI | 630.00 | .30 | Reviewed draft minutes and tele/Zaleski re same (.3). |
| 07/16/01 | EI | 630.00 | .70 | Memo to committee re futures rep (.5); tele/LeClair (.2). |
| 08/20/01 | EI | 630.00 | .30 | Memo to Committee re: fraudulent conveyance case counsel. |
| 08/24/01 | EI | 630.00 | .50 | Memo to Committee re: exclusivity. |
| 09/05/01 | PVL | 500.00 | .70 | Telephone conference with Committee (.7) |
| 09/13/01 | RCT | 265.00 | .10 | Conference with ES re: expense application. |
| 09/13/01 | RCT | 265.00 | .10 | Review and edit memo to committee re: same. |

**Total Task Code .15**      **6.60**

- 23 -

## Travel (7.10 Hours; $ 1,635.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter V. Lockwood | 5.10 | $250 | 1,275.00 |
| Trevor W. Swett | 2.00 | $180 | 360.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 07/06/01 | TWS | 180.00 | 2.00 | Travel to NY and return travel to DC re Committee Meeting |
| 07/19/01 | PVL | 250.00 | 1.10 | Travel to Wilmington, DE for hearing |
| 09/24/01 | PVL | 250.00 | 4.00 | Travel to Philadelphia for meeting with Bernick et al and return to DC (4.0) |

**Total Task Code .16       7.10**

## Docket Review & Control (112.30 Hours; $ 13,598.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Trevor W. Swett | .60 | $360 | 216.00 |
| Robert C. Spohn | 22.60 | $135 | 3,051.00 |
| Elyssa J. Strug | 8.50 | $125 | 1,062.50 |
| Heather M. Dowie | 52.50 | $115 | 6,037.50 |
| Stacie M. Evans | 25.90 | $115 | 2,978.50 |
| Samira A. Taylor | 2.20 | $115 | 253.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 07/02/01 | SME | 115.00 | 1.50 | Analyze, compile, and index pleadings filed in the Grace matter. |
| 07/02/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 07/02/01 | EJS | 125.00 | .50 | Updated EI agenda. |

| 07/03/01 | RCS | 135.00 | 1.70 | Assemble key document binders for attorneys, review received documents, update indices and file correspondence and pleadings. |
| 07/05/01 | HMD | 115.00 | 6.50 | Updated Court Documents, Files & Indexes. |
| 07/05/01 | TWS | 360.00 | .10 | Review schedule |
| 07/05/01 | SME | 115.00 | 4.70 | Analyze, compile and index various documents including pleadings, adversary proceeding materials, and correspondence. |
| 07/06/01 | HMD | 115.00 | .50 | Updated Current New York Office Bankruptcy Litigation Calendar. |
| 07/06/01 | HMD | 115.00 | 1.00 | Updated Court Documents, Indexes & File. |
| 07/06/01 | RCS | 135.00 | 1.20 | Gather documents required by attorneys, review received document for filing and updating of indices. |
| 07/09/01 | HMD | 115.00 | .50 | Distribution re: Asbestos Personal Injury Claimants Committee New York Times Newspaper Article. |
| 07/09/01 | SME | 115.00 | 1.10 | Analyze, compile, and index various materials relating to legal research, correspondence, pleadings and adversary pleadings. |
| 07/10/01 | HMD | 115.00 | 1.00 | Updated Court Documents, Indexes & Files. |
| 07/10/01 | SME | 115.00 | 5.80 | Assist KNB in the review of materials relating to the memorandum for a case management order by compiling and organizing relevant documents. |
| 07/10/01 | EJS | 125.00 | .50 | Updated EI agenda. |
| 07/11/01 | TWS | 360.00 | .10 | TC from M.Zaleski re scheduling |

- 25 -

| 07/11/01 | TWS | 360.00 | .20 | TC EI re call from S.Baena and scheduling of proceedings |
| 07/13/01 | HMD | 115.00 | .50 | Updated Current New York City Office Bankruptcy Litigation Calendar. |
| 07/13/01 | HMD | 115.00 | 1.00 | Updated Court Documents, Indexes & Files. |
| 07/13/01 | HMD | 115.00 | 1.00 | Updated Court Documents, Indexes & Files. |
| 07/13/01 | TWS | 360.00 | .10 | TC from PVNL re scheduling |
| 07/13/01 | RCS | 135.00 | 2.20 | Gather documents requested by attorneys. Open new files for research materials. Review documents to be filed. |
| 07/16/01 | HMD | 115.00 | 2.50 | Updated Court Documents, Indexes & Files. |
| 07/17/01 | EJS | 125.00 | .50 | Worked on EI hearing files. |
| 07/17/01 | EJS | 125.00 | .50 | Updated EI and PVNL agenda. |
| 07/17/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 07/18/01 | HMD | 115.00 | 1.50 | Updated Court Documents, Indexes & Files. |
| 07/20/01 | RCS | 135.00 | 1.30 | Review and organize documents received, update indices. |
| 07/24/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 07/24/01 | RCS | 135.00 | .40 | Gather documents required by attorney. |
| 07/24/01 | HMD | 115.00 | 3.00 | Updated Current New York City Office Bankruptcy Litigation Calendar. |
| 07/25/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 07/25/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |

| 07/26/01 | RCS | 135.00 | .70 | Review and organize documents for filing. |
| 07/27/01 | HMD | 115.00 | 1.00 | Updated Court Documents, Indexes & Files. |
| 07/30/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 07/31/01 | SME | 115.00 | 3.20 | Analyze, arrange, and index various documents including pleadings, correspondence, and background research. |
| 07/31/01 | HMD | 115.00 | .50 | Updated Current New York City Bankruptcy Litigation Calendar. |
| 07/31/01 | RCS | 135.00 | .60 | Gather background documents used by attorney in preparation for filing of opposition to motion and organize for filing. |
| 07/31/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 08/01/01 | HMD | 115.00 | 1.50 | Updated Court Documents, Indexes and Files. |
| 08/01/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 08/01/01 | EJS | 125.00 | .50 | Created and updated POC file and index. |
| 08/01/01 | RCS | 135.00 | .40 | Arrange documents in chronological order and review documents. |
| 08/02/01 | HMD | 115.00 | 1.00 | Updated Court Documents, Indexes & Files. |
| 08/02/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 08/03/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 08/03/01 | HMD | 115.00 | .50 | Updated Current New York City Office Bankruptcy Litigation Calendar. |

| 08/03/01 | SME | 115.00 | .30 | Analyze and index various materials including fee applications. |
| 08/06/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 08/06/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files of Monthly Filing Report. |
| 08/06/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 08/06/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 08/06/01 | SME | 115.00 | 5.40 | Analyze, organize and index various pleadings filed in the Grace matter. |
| 08/07/01 | RCS | 135.00 | .50 | Review and organize documents received. |
| 08/07/01 | SME | 115.00 | .90 | Analyze, compile, and index pleadings filed in the Grace matter. |
| 08/09/01 | HMD | 115.00 | .50 | Updated Court Documents, Indexes & Files. |
| 08/09/01 | RCS | 135.00 | .60 | Review and organize received documents for filing. |
| 08/15/01 | RCS | 135.00 | .60 | Review received pleadings and organize for filing (.6). |
| 08/16/01 | SAT | 115.00 | .25 | Filing of correspondence and pleadings. |
| 08/17/01 | SAT | 115.00 | .25 | Filing of correspondence and pleadings. |
| 08/17/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 08/21/01 | RCS | 135.00 | 1.10 | Review and organize documents received, update pleading file indices, file correspondence and pleadings (1.1). |
| 08/23/01 | SAT | 115.00 | 1.50 | Filing of documents. |

| 08/23/01 | RCS | 135.00 | 2.70 | Review pleadings and run check of case cites (1.5). Review and organize documents received (.4). Update pleading indices as required and file pleadings and correspondence (.8). |
| 08/23/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 08/24/01 | RCS | 135.00 | 2.40 | Review received documents and organize for filing (.4). Update indices and file pleadings and correspondence as required (.7). Check cite quotes in Bar Date Objections pleading (1.3). |
| 08/27/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 08/27/01 | HMD | 115.00 | .50 | Updated current New York City office bankruptcy litigation calendar. |
| 08/27/01 | RCS | 135.00 | .70 | Review and organize documents for filing (.3). Update binders and file pleadings and correspondence (.4). |
| 08/29/01 | RCS | 135.00 | 1.20 | Review and organize file received documents (.4). Update indices and file pleadings (.8). |
| 08/30/01 | RCS | 135.00 | .60 | Review and order received documents for filing (.6). |
| 08/30/01 | HMD | 115.00 | 7.50 | Updated Court Documents, Indexes & Files. |
| 08/31/01 | SME | 115.00 | .10 | Index and file recent pleadings. |
| 08/31/01 | HMD | 115.00 | 1.50 | Updated Court Documents, Indexes & Files. |
| 09/10/01 | HMD | 115.00 | .50 | Reviewed, Duplicated and Distributed Court Documents. |
| 09/11/01 | TWS | 360.00 | .10 | Read status report |
| 09/12/01 | SME | 115.00 | 1.30 | Examine, arrange, and index various materials including pleadings, correspondence and research. |

- 29 -

| | | | | |
|---|---|---|---|---|
| 09/17/01 | RCS | 135.00 | 1.80 | Review and organize received documents for filing (.6). Update indices and prepare file folders for issue specific documents (.8). File documents and correspondence (.4). |
| 09/17/01 | HMD | 115.00 | .50 | Reviewed, Duplicated and Distributed Court Documents. |
| 09/18/01 | RCS | 135.00 | .80 | Review and organize received documents for filing (.6). |
| 09/18/01 | HMD | 115.00 | .50 | Updated Current NYC Office Bankruptcy Litigation Court Calendar. |
| 09/19/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 09/20/01 | HMD | 115.00 | .50 | Reviewed, Duplicated and Distributed Court Documents. |
| 09/21/01 | RCS | 135.00 | 1.10 | Review and organize received documents for filing (.5). Update indices (.6). |
| 09/21/01 | HMD | 115.00 | .50 | Reviewed, Duplicated and Distributed Court Documents. |
| 09/24/01 | SAT | 115.00 | .20 | Indexed fee applications. |
| 09/24/01 | HMD | 115.00 | .50 | Reviewed, Duplicated & Distributed Court Documents. |
| 09/24/01 | HMD | 115.00 | 1.00 | Updated Court Documents, Indexes & Files. |
| 09/25/01 | HMD | 115.00 | 3.00 | Updated Court Documents, Indexes & Files. |
| 09/25/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 09/26/01 | HMD | 115.00 | 4.00 | Updated Court Documents, Indexes & Files. |
| 09/27/01 | SME | 115.00 | 1.10 | Analyze, organize, and index various materials including pleadings, correspondence, and pleadings filed in adversary proceedings. |

| 09/27/01 | HMD | 115.00 | 4.50 | Updated Court Doc., Indexes & Files. |
| 09/28/01 | SME | 115.00 | .50 | Analyze, organize, and index various materials including pleadings, correspondence, and pleadings filed in adversary proceedings. |

**Total Task Code .17**    **112.30**

Other Charges:

| | |
|---|---|
| Long Distance Telephone - Equitrac In-House | 474.65 |
| Long Distance Telephone Chg – Credit Card | 699.99 |
| NYO Long Distance Telephone | 95.15 |
| Charge of Cell and/or Home Phone Useage | 3.30 |
| Telecopier | 183.30 |
| Air & Train Transportation | 419.08 |
| Travel Expenses – Ground Transportation | 37.00 |
| Meals Related to Travel | 13.01 |
| Conference Meals | 9.55 |
| Postage | 13.24 |
| Air Freight & Express Mail | 587.51 |
| Database Research | 8,404.72 |
| Outside Local Deliveries | 8.01 |
| Local Transportation – NY | 144.14 |
| Duplicating | 2,431.95 |

Total:                              $ 13,524.60