# EXHIBIT B

## Case Administration (124.5 Hours; $ 40,185.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        124.5

## Claims Administration & Objections (24.1 Hours; $ 9,384.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**        24.1

## Employee Benefits/Pensions (.2 Hours; $ 100.00)

Services rendered in this category pertain to the review and analysis of the Debtors' executive compensation and employee benefit plan.

**Total Task Code .06**        .2

## Fee/Employment Applications (14.3 Hours; $ 2,856.50)

Services rendered in this category pertain to the preparation and review of the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .07**        14.3

## Fee/Employment Objections (.2 Hours; $ 72.00)

Services rendered in this category pertain to objections to the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .08**        .2

- 2 -

### Litigation (231.7 Hours: $ 71,585.00)

Services rendered in this category pertain to the litigation of adversary actions against Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .10**        231.7

### Relief from Stay Proceedings (.4 Hours; $ 200.00)

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .12**        .4

### Committee Meetings/Conferences (6.6 Hours; $ 3,264.50)

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .15**        6.6

### Travel (7.1 Hours; $ 1,635.00)

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .16**        7.1

### Docket Review & Control (112.3 Hours; $ 13,598.50)

Services rendered in this category pertain to organization and maintenance of the filing system, maintenance of the calendar for professionals in the case and for Asbestos Committee members; and docket review for main case and pending adversary proceedings.

**Total Task Code .17**        112.3