## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Long Distance Telephone - Equitrac In-House | 474.65 |
| Long Distance Telephone Chg – Credit Card | 699.99 |
| NYO Long Distance Telephone | 95.15 |
| Charge of Cell and/or Home Phone Useage | 3.30 |
| Telecopier | 183.30 |
| Air & Train Transportation | 419.08 |
| Travel Expenses – Ground Transportation | 37.00 |
| Meals Related to Travel | 13.01 |
| Conference Meals | 9.55 |
| Postage | 13.24 |
| Air Freight & Express Mail | 587.51 |
| Database Research | 8,404.72 |
| Outside Local Deliveries | 8.01 |
| Local Transportation – NY | 144.14 |
| Duplicating | 2,431.95 |
| Total: | $ 13,524.60 |

04/13/2001
03/27:57

Prebill Control Report

Page 1

Prebill 000001   Subpage 1
Bill Attn To   Attn:

Client: 4642   Matter: 000

Client 4642   Grace Asbestos Personal Injury Claimants   Old Ref:   Opened: 04/16/01
Primary Contact

Matter 000   Old Ref:   Opened: 04/16/01
Disbursements

Bill Cycle: 01  Style: it 11   Start: 04/16/01   Last Billed: 07/27/01   Trans Date Range: 01/01/50 to 07/31/01
Client Retainer Available:           .00   Committed to invoices:     .00   Remaining:   .00
Client Credits Available:            .00   Committed to invoices:     .00   Remaining:   .00
Matter Retainer Available:           .00   Committed to invoices:     .00   Remaining:   .00
Matter Credits Available:            .00   Committed to invoices:     .00   Remaining:   .00
Budget Fees    .00                   Billed Fees             .00   Resp Empl: Elihu Inselbuch
Budget Exp     .00                   Billed Exp        8,195.21   Bill Empl: Elihu Inselbuch
Budget Tot     .00                   Total             8,195.21   Alt Empl:  Elihu Inselbuch

SUMMARY BY EMPLOYEE

|  |  |  |  | --------- A C T U A L --------- | | | --------- B I L L I N G --------- | | | Value At |
| Empl | Init | Name | T/E | Rate | Hours | Amount | Avg Rate | Hours | Amount | Calc Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N. Lockwood | E |  |  | 48.11 |  |  |  |  |
| 0036 | KNB | Kimberly N. Brown | E |  |  | 9.55 |  |  |  |  |
| 0120 | EI  | Elihu Inselbuch | E |  |  | 48.27 |  |  |  |  |
| 0999 | C&D | Caplin & Drysdale | E |  |  | 7,166.27 |  |  |  |  |
|  |  | Total Fees: |  |  | .00 | .00 |  | .00 | .00 |  |
|  |  | Total Expenses: |  |  |  | 7,472.20 |  |  | 7,472.20 |  |
|  |  | Total Fee+Exp: |  |  | .00 | 7,472.20 |  | .00 | 7,472.20 |  |

DETAIL BY TIME/EXPENSE, EMPLOYEE

| Trans | Transaction Description | W/E Code | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1195,280 | Equitrac - Photocopy charges | E 54 | 07/01/01 | 0999 C&D |  |  | 11.25 |  |  | 11.25 | 11.25 |
| 1196,228 | Long Distance-Equitrac In-House | E 64 | 07/02/01 | 0999 C&D |  |  | 5.94 |  |  | 5.94 | 17.19 |
| 1196,512 | Xeroxing | E 54 | 07/02/01 | 0999 C&D |  |  | 10.90 |  |  | 10.90 | 48.09 |
| 1196,513 | Equitrac - Photocopy charges | E 54 | 07/02/01 | 0999 C&D |  |  | 23.85 |  |  | 23.85 | 71.94 |
| 1196,514 | Equitrac - Photocopy charges | E 54 | 07/02/01 | 0999 C&D |  |  | 95.40 |  |  | 95.40 | 167.34 |
| 1196,515 | Equitrac - Photocopy charges | E 54 | 07/02/01 | 0999 C&D |  |  | 2.25 |  |  | 2.25 | 169.59 |
| 1196,516 | Equitrac - Photocopy charges | E 54 | 07/02/01 | 0999 C&D |  |  | 2.25 |  |  | 2.25 | 171.84 |

Prebill 000001 Subpage 2 Client: 4642 Matter: 000

| Trans | Transaction Description | W/E Code | Trans Date | Work Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1196,517 | Equitrac - Photocopy charges | E 54 | 07/02/01 | 0999 C&D | | | 1.65 | | | 1.65 | 173.49 |
| 1196,525 | Telecopier/Equitrac | E 62 | 07/02/01 | 0999 C&D | | | 1.65 | | | 1.65 | 175.14 |
| 1196,526 | Telecopier/Equitrac | E 62 | 07/02/01 | 0999 C&D | | | 4.50 | | | 4.50 | 179.64 |
| 1196,527 | Telecopier/Equitrac | E 62 | 07/02/01 | 0999 C&D | | | 20.55 | | | 20.55 | 200.19 |
| 1196,528 | Equitrac - Fax charges | E 62 | 07/02/01 | 0999 C&D | | | .45 | | | .45 | 200.64 |
| 1196,021 | Federal Express delivery to M. Kennedy on 6/29 From Federal Express 002001 AUDIT * AP-0066,056-0004 Date: 07/03/01 | E 01 | 07/03/01 | 0999 C&D | | | 5.03 | | | 5.03 | 205.67 |
| 1196,229 | Long Distance-Equitrac In-House | E 64 | 07/03/01 | 0999 C&D | | | 2.77 | | | 2.77 | 208.44 |
| 1196,518 | Xeroxing | E 54 | 07/03/01 | 0999 C&D | | | 44.10 | | | 44.10 | 252.54 |
| 1196,519 | Equitrac - Photocopy charges | E 54 | 07/03/01 | 0999 C&D | | | 4.20 | | | 4.20 | 256.74 |
| 1196,520 | Xeroxing | E 54 | 07/03/01 | 0999 C&D | | | 11.70 | | | 11.70 | 268.44 |
| 1196,521 | Xeroxing | E 54 | 07/03/01 | 0999 C&D | | | 14.10 | | | 14.10 | 282.54 |
| 1196,529 | Equitrac - Fax charges | E 62 | 07/03/01 | 0999 C&D | | | .45 | | | .45 | 282.99 |
| 1196,230 | Long Distance-Equitrac In-House | E 64 | 07/05/01 | 0999 C&D | | | 1.55 | | | 1.55 | 284.54 |
| 1196,522 | Xeroxing | E 54 | 07/05/01 | 0999 C&D | | | 5.85 | | | 5.85 | 290.39 |
| 1196,530 | Telecopier/Equitrac | E 62 | 07/05/01 | 0999 C&D | | | 2.25 | | | 2.25 | 292.64 |
| 1196,523 | Xeroxing | E 54 | 07/06/01 | 0999 C&D | | | 7.80 | | | 7.80 | 300.44 |
| 1196,524 | Equitrac - Photocopy charges | E 54 | 07/06/01 | 0999 C&D | | | 6.60 | | | 6.60 | 307.04 |
| 1197,344 | Equitrac - Long Distance | E 64 | 07/09/01 | 0999 C&D | | | .99 | | | .99 | 308.03 |
| 1197,450 | Equitrac - Photocopy charges | E 54 | 07/09/01 | 0999 C&D | | | .45 | | | .45 | 308.48 |
| 1197,451 | Equitrac - Photocopy charges | E 54 | 07/09/01 | 0999 C&D | | | 10.95 | | | 10.95 | 319.43 |
| 1197,452 | Xeroxing | E 54 | 07/09/01 | 0999 C&D | | | 28.80 | | | 28.80 | 348.23 |
| 1197,453 | Xeroxing | E 54 | 07/09/01 | 0999 C&D | | | 7.65 | | | 7.65 | 355.88 |
| 1197,454 | Equitrac - Photocopy charges | E 54 | 07/09/01 | 0999 C&D | | | 2.85 | | | 2.85 | 358.73 |
| 1197,455 | Equitrac - Photocopy charges | E 54 | 07/09/01 | 0999 C&D | | | 1.35 | | | 1.35 | 360.08 |
| 1197,456 | Telecopier/Equitrac | E 62 | 07/09/01 | 0999 C&D | | | 18.75 | | | 18.75 | 378.83 |
| 1197,742 | Long Distance-Equitrac In-House | E 64 | 07/10/01 | 0999 C&D | | | 2.45 | | | 2.45 | 381.28 |
| 1197,833 | Equitrac - Photocopy charges | E 54 | 07/10/01 | 0999 C&D | | | 7.50 | | | 7.50 | 388.78 |
| 1197,834 | Equitrac - Photocopy charges | E 54 | 07/10/01 | 0999 C&D | | | 1.20 | | | 1.20 | 389.98 |
| 1197,835 | Xeroxing | E 54 | 07/10/01 | 0999 C&D | | | 17.10 | | | 17.10 | 407.08 |
| 1197,836 | Xeroxing | E 54 | 07/10/01 | 0999 C&D | | | 9.30 | | | 9.30 | 416.38 |
| 1197,837 | Xeroxing | E 54 | 07/10/01 | 0999 C&D | | | 2.70 | | | 2.70 | 419.08 |
| 1198,469 | Xeroxing | E 54 | 07/11/01 | 0999 C&D | | | 9.30 | | | 9.30 | 428.38 |

08/13/2001                                     Prebill Control Report                                          Page 3
09:27:58

Prebill 000001  Subpage  3                                          Client: 4642           Matter: 000
                                                        ......A C T U A L......       ......B I L L I N G......
Trans Transaction Description    W/E  Trans    Work
                                 Code Date     Empl     Rate   Hours  Amount    Rate   Hours   Amount   Cumulative

1198.470 Xeroxing                E 54 07/11/01 0999 C&D                40.80                    40.80     469.18
1198.471 Xeroxing                E 54 07/11/01 0999 C&D                 7.20                     7.20     476.38
1198.472 Telecopier/Equitrac     E 62 07/11/01 0999 C&D                 9.00                     9.00     485.38
1198.645 Petty Cash; Cab expense for E 33 07/12/01 0020 PVL            20.00                    20.00     505.38
         PVNL in New York on 7/6
         From Petty Cash
         005317 AUDIT *
         AP-0066.250.0026   Date:
         07/12/01
1198.646 Petty Cash; Breakfast for E 21 07/12/01 0020 PVL               4.01                     4.01     509.39
         PVNL in New York on 7/6
         From Petty Cash
         005317 AUDIT *
         AP-0066.250.0027   Date:
         07/12/01
1198.649 Petty Cash; KNB lunch with E 22 07/12/01 0096 KNB              9.55                     9.55     518.94
         JWD on 7/9
         From Petty Cash
         005317 AUDIT *
         AP-0066.250.0030   Date:
         07/12/01
1198.962 Blue Maggie; Set up WEB E 27 07/12/01 0120 EI                135.00                   135.00     653.94
         site
         From Blue Maggie
         003100 AUDIT *
         AP-0066.242.0003   Date:
         07/12/01
1198.956 Velocity Express to G'town E 03 07/12/01 0999 C&D              8.01                     8.01     661.95
         Law Library on 6/25
         From Velocity Express
         002986 AUDIT *
         AP-0066.205.0005   Date:
         07/12/01
1199.285 Xeroxing                E 54 07/12/01 0999 C&D                11.50                    11.50     693.45
1199.286 Equitrac - Photocopy    E 54 07/12/01 0999 C&D                 2.70                     2.70     696.15
         charges
1199.287 Xeroxing                E 54 07/12/01 0999 C&D                11.50                    11.50     709.65
1199.288 Xeroxing                E 54 07/12/01 0999 C&D                 7.80                     7.80     717.45
1199.711 Blue Maggie; Set up WEB E 27 07/13/01 0120 EI               -135.00                  -135.00     582.45
         site
         From Blue Maggie
         003100 AUDIT *
         AP-0066.242.0002   Date:
         0From Blue Maggie
         003100 AUDIT *
         AP-0066.242.0003   Date: 0
1199.149 Long distance telephone E 64 07/13/01 0999 C&D               416.42                   416.42     998.87
         call conference call on 5/1
         charged on June 1, 2001

08/13/2001  
09:27:58

Prebill Control Report

Page 4

Prebill 000001  Subpage 4                                   Client: 4642        Matter: 000
                                        --------- A C T U A L ---------     ----- B I L L I N G -----
| Trans | Transaction Description | W/E Code | Trans. Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1199.900 | Xeroxing statement | E 54 | 07/13/01 | 0999 C&D | | | 37.50 | | | 37.50 | 1,036.17 |
| 1199.901 | Xeroxing | E 54 | 07/13/01 | 0999 C&D | | | 21.30 | | | 21.30 | 1,057.67 |
| 1200.339 | Long Distance-Equitrac In-House | E 64 | 07/16/01 | 0999 C&D | | | 2.55 | | | 2.55 | 1,060.22 |
| 1200.402 | Xeroxing | E 54 | 07/16/01 | 0999 C&D | | | 42.00 | | | 42.00 | 1,102.22 |
| 1200.403 | Equitrac - Photocopy charges | E 54 | 07/16/01 | 0999 C&D | | | .30 | | | .30 | 1,102.52 |
| 1200.404 | Xeroxing | E 54 | 07/16/01 | 0999 C&D | | | 36.45 | | | 36.45 | 1,138.97 |
| 1200.405 | Equitrac - Photocopy charges | E 54 | 07/16/01 | 0999 C&D | | | .90 | | | .90 | 1,139.87 |
| 1200.406 | Xeroxing | E 54 | 07/16/01 | 0999 C&D | | | 16.20 | | | 16.20 | 1,156.07 |
| 1200.407 | Equitrac - Photocopy charges | E 54 | 07/16/01 | 0999 C&D | | | 1.80 | | | 1.80 | 1,157.87 |
| 1200.408 | Equitrac - Photocopy charges | E 54 | 07/16/01 | 0999 C&D | | | .90 | | | .90 | 1,158.77 |
| 1200.409 | Telecopier/Equitrac | E 62 | 07/16/01 | 0999 C&D | | | 6.60 | | | 6.60 | 1,165.37 |
| 1200.410 | Equitrac - Fax charges | E 62 | 07/16/01 | 0999 C&D | | | .30 | | | .30 | 1,165.67 |
| 1200.622 | Long Distance-Equitrac In-House | E 64 | 07/17/01 | 0999 C&D | | | 12.08 | | | 12.08 | 1,177.75 |
| 1200.689 | Equitrac - Photocopy charges | E 54 | 07/17/01 | 0999 C&D | | | .30 | | | .30 | 1,178.05 |
| 1200.690 | Xeroxing | E 54 | 07/17/01 | 0999 C&D | | | 46.20 | | | 46.20 | 1,224.25 |
| 1200.691 | Equitrac - Photocopy charges | E 54 | 07/17/01 | 0999 C&D | | | 5.25 | | | 5.25 | 1,229.50 |
| 1200.692 | Xeroxing | E 54 | 07/17/01 | 0999 C&D | | | 53.40 | | | 53.40 | 1,282.90 |
| 1200.693 | Equitrac - Fax charges | E 62 | 07/17/01 | 0999 C&D | | | 14.25 | | | 14.25 | 1,297.15 |
| 1200.806 | Federal Express to Frederick Baron, Philip Milch, Joseph Rice, Mark Meyer, Michael Kelley from EI on 6/27 From Federal Express 002001 AUDIT * AP-0066,333 0005 Date: 07/18/01 | E 01 | 07/18/01 | 0120 EI | | | 36.48 | | | 36.48 | 1,333.63 |
| 1200.865 | Equitrac - Long Distance | E 64 | 07/18/01 | 0999 C&D | | | .17 | | | .17 | 1,333.80 |
| 1200.934 | Equitrac - Photocopy charges | E 54 | 07/18/01 | 0999 C&D | | | 7.65 | | | 7.65 | 1,341.45 |
| 1200.935 | Xeroxing | E 54 | 07/18/01 | 0999 C&D | | | 12.60 | | | 12.60 | 1,354.05 |
| 1200.936 | Xeroxing | E 54 | 07/18/01 | 0999 C&D | | | 24.00 | | | 24.00 | 1,378.05 |
| 1201.359 | Xeroxing | E 54 | 07/19/01 | 0999 C&D | | | 6.75 | | | 6.75 | 1,384.80 |
| 1201.360 | Xeroxing | E 54 | 07/19/01 | 0999 C&D | | | 13.65 | | | 13.65 | 1,398.45 |
| 1201.361 | Equitrac - Photocopy charges | E 54 | 07/19/01 | 0999 C&D | | | .90 | | | .90 | 1,399.35 |
| 1201.362 | Equitrac - Fax charges | E 62 | 07/19/01 | 0999 C&D | | | .60 | | | .60 | 1,399.95 |
| 1201.724 | Equitrac - Long Distance | E 64 | 07/20/01 | 0999 C&D | | | .05 | | | .05 | 1,400.00 |
| 1201.826 | Equitrac - Photocopy charges | E 54 | 07/20/01 | 0999 C&D | | | 6.75 | | | 6.75 | 1,406.75 |


08/13/2001
09:27:58

Prebill Control Report

Page 5

Prebill 00001    Subpage 5                              Client 4642              Matter 000
                                        ......A C T U A L......    ......B I L L I N G......
Trans  Transaction Description    W/E Trans.   Work
                                  Code Date    Empl     Rate Hours Amount    Rate Hours Amount    Cumulative

1201.827 Equitrac - Photocopy           E 54 07/20/01 0999 C&D                              2.10        1,408.85
         charges
1201.938 NYO Long Distance Telephone    E 65 07/23/01 0999 C&D                              6.93        1,415.78
         charged on June 1, 2001
         statement
1201.959 NYO Long Distance Telephone    E 65 07/23/01 0999 C&D                              4.57        1,420.35
         charged on June 1, 2001
         statement
1202.144 Long Distance-Equitrac         E 64 07/23/01 0999 C&D                              1.81        1,422.16
         In-House
1202.233 Xeroxing                       E 54 07/23/01 0999 C&D                             12.15        1,434.31
1202.234 Equitrac - Fax charges         E 62 07/23/01 0999 C&D                               .60        1,434.91
1202.359 Database Research - Lexis      E 50 07/24/01 0999 C&D                              3.97        1,438.88
         search on 7/10 by SME
1202.377 Database Research - Westlaw    E 50 07/24/01 0999 C&D                          1,011.18       2,450.06
         search on 7/16 by ENB
1202.378 Database Research - Westlaw    E 50 07/24/01 0999 C&D                          1,986.27       4,436.33
         search on 7/10 by Evans
1202.379 Database Research - Westlaw    E 50 07/24/01 0999 C&D                          2,098.14       6,534.47
         search on 7/12, 7/15 by
         Nicolai
1202.380 Database Research - Westlaw    E 50 07/24/01 0999 C&D                             10.58       6,545.05
         search on 7/10 by SME/EM
1202.449 Charge & Ride for Emily        E 38 07/24/01 0999 C&D                             72.93       6,617.98
         Eller to LI, Lynbrook on
         6/27
         From Charge & Ride Inc
         002821 AUDIT *
         AP-0066.428 0003 Date:
         07/24/01
1203.744 Xeroxing                       E 54 07/24/01 0999 C&D                             48.90       6,666.88
1203.453 Equitrac - Photocopy           E 54 07/25/01 0999 C&D                              5.55       6,672.43
         charges
1203.454 Equitrac - Photocopy           E 54 07/25/01 0999 C&D                              8.85       6,681.28
         charges
1203.577 Federal Express to Matthew     E 01 07/26/01 0120 EI                              11.79       6,693.07
         Zaleski from EI on 7/24
         From Federal Express
         002001 AUDIT *
         AP-0066.530 0005 Date:
         07/26/01
1203.631 Long Distance-Equitrac         E 64 07/26/01 0999 C&D                              3.74       6,696.81
         In-House
1203.712 Xeroxing                       E 54 07/26/01 0999 C&D                             15.90       6,712.71
1204.291 Long Distance-Equitrac         E 64 07/27/01 0999 C&D                              6.06       6,718.77
         In-House
1206.268 Equitrac - Photocopy           E 54 07/27/01 0999 C&D                             17.25       6,736.02
         charges
1206.270 Telecopier/Equitrac            E 62 07/27/01 0999 C&D                             10.65       6,746.67

```
06/13/2003                                    Prebill Control Report                                           Page 6
09:27:58

Prebill 000001  Subpage  6                                       Client: 4642                  Matter: 000
                                                        -------- A C T U A L --------     -------- B I L L I N G --------
            W/E Trans  Work
Trans Transaction Description            Code Date      Empl   Rate   Hours     Amount   Rate   Hours   Amount   Cumulative
1206.271 Telecopier/Equitrac             E 62 07/27/01 0999 C&D                    2.40                   2.40     6,749.07
1204.415 Federal Express to Scott        E 01 07/30/01 0020 PVL                   24.10                  24.10     6,773.17
         Baena from PWL on 7/24
         From Federal Express
         003001 AUDIT -
         AP 0066;361;0005 Date:
         07/30/01
1204.230 Database Research - Lexis       E 50 07/30/01 0999 C&D                  175.55                 175.55     6,948.72
         search on 7/16, 7/17 by
         Nicolai
1204.244 Database Research - Westlaw     E 50 07/30/01 0999 C&D                   15.57                  15.57     6,964.29
         search on 7/17 by KNB
1204.245 Database Research - Westlaw     E 50 07/30/01 0999 C&D                  210.14                 210.14     7,174.43
         search on 7/17, 7/19 by
         Nicolai
1205.006 Equitrac - Long Distance        E 64 07/30/01 0999 C&D                      .28                    .28    7,174.71
1206.269 Xeroxing                        E 54 07/30/01 0999 C&D                   22.50                  22.50     7,197.21
1205.471 Xeroxing                        E 54 07/31/01 0999 C&D                   31.50                  31.50     7,228.71
1206.099 Postage                         E 56 07/31/01 0999 C&D                    5.88                   5.88     7,234.59
1207.005 Long Distance                   E 52 07/31/01 0999 C&D                  229.69                 229.69     7,464.28
         Charges-Credit Cards
         charged on July 1, 2001
         statement. conference call
1207.006 Long Distance                   E 52 07/31/01 0999 C&D                    7.92                   7.92     7,472.20
         Charges-Credit Cards
         charged on July 1, 2001
         statement.

         Total Expense Cards                                                   7,472.20                7,472.20


                                                                        .00                      .00
Matter Total Fee                                                        .00                      .00       .00
Matter Total Exp                                                   7,472.20                 7,472.20
Matter Total                                                       7,472.20                 7,472.20
```

```
09/08/2001                              Prebill Control Report                                           Page 1
13:40:52

Prebill 000001   Subpage  1                                         Client: 4642           Matter: 000
Bill Attn To             Attn:

Client 4642           Grace Asbestos Personal Injury Claimants     Old Ref:         Opened: 04/16/01
Primary Contact

Matter 000                                                          Old Ref:         Opened: 04/16/01
Disbursements

Bill Cycle: 01  Style: it il  Start: 04/16/01  Last Billed: 08/15/01  Trans Date Range: 01/01/50 to 08/31/01
Client Retainer Available:      .00   Committed to Invoices:    .00   Remaining:       .00
Client Credits Available:       .00   Committed to Invoices:    .00   Remaining:       .00
Matter Retainer Available:      .00   Committed to Invoices:    .00   Remaining:       .00
Matter Credits Available:       .00   Committed to Invoices:    .00   Remaining:       .00
Budget Fees     .00                          Billed Fees         .00   Resp Empl: Elihu Inselbuch
Budget Exp      .00                          Billed Exp    15,667.41   Bill Empl: Elihu Inselbuch
Budget Tot      .00                          Total         15,667.41   Alt  Empl: Elihu Inselbuch


SUMMARY BY EMPLOYEE
                                                  --------A C T U A L--------              ----B I L L I N G----    Value At
Empl Init  Name                             T/E   Hours  Avg Rate       Amount   Avg Rate   Hours      Amount      Calc Rate
0020 PVL   Peter Van N. Lockwood             E                          419.08                         419.08         .00
0120 EI    Elihu Inselbuch                   E                          170.43                         170.43         .00
0999 C&D   Caplin & Drysdale                 E                        2,396.50                       2,396.50         .00
                              Total Fees           .00                      .00        .00   .00          .00
                              Total Expenses                          2,986.01                       2,986.01
                              Total Fee+Exp        .00                2,986.01               .00     2,986.01


DETAIL BY TIME/EXPENSE, EMPLOYEE
                                            W/E  Trans-    Work                   --------A C T U A L--------        ----B I L L I N G----
Trans  Transaction Description              Code Date      Empl     Rate   Hours         Amount         Amount   Rate   Hours    Amount   Cumulative
1211.982 ADA Travel PVNL,coach fare         E 15 07/20/01  0020 PVL                      183.08                                  183.08   183.08
         (return leg only)from NYC
         on 7/19 From ADA Travel,
         Inc. 000534 AUDIT *
         AP:0066;366;0018 Date:
         07/20/01
1207.126 Long Distance Equitrac             E 64 08/01/01  0999 C&D                        5.43                                    5.43   188.51
         In House
1207.353 Xeroxing                           E 54 08/01/01  0999 C&D                       29.55                                   29.55   218.06
1207.354 Xeroxing                           E 54 08/01/01  0999 C&D                        4.65                                    4.65   222.71
1207.355 Equitrac - Photocopy               E 54 08/01/01  0999 C&D                        1.80                                    1.80   224.51
         charges
1207.360 Telecopier/Equitrac                E 62 08/01/01  0999 C&D                       14.10                                   14.10   238.61
1207.361 Telecopier/Equitrac                E 62 08/01/01  0999 C&D                        6.90                                    6.90   245.51
```

```
09/08/2001                                      Prebill Control Report                                              Page 2
13:40:53

Prebill 000001  Subpage   2                                          Client 4642      Matter: 000
                                                         ------A C T U A L------   ------B I L L I N G------
                              W/E  Trans     Work
   Trans  Transaction Description    Code Date      Empl        Rate  Hours  Amount    Rate  Hours  Amount   Cumulative

1207.362 Equitrac - Fax charges           E 62 08/01/01 0999 C&D                         .75             .75     246.26
1207.127 Long Distance Equitrac           E 64 08/02/01 0999 C&D                         .44             .44     246.70
         In House
1207.356 Xeroxing                         E 54 08/02/01 0999 C&D                        9.75            9.75     256.45
1207.363 Telecopier/Equitrac              E 62 08/02/01 0999 C&D                        1.65            1.65     258.10
1207.364 Telecopier/Equitrac              E 62 08/02/01 0999 C&D                         .30             .30     258.40
1207.128 Long Distance Equitrac           E 64 08/03/01 0999 C&D                        1.73            1.73     260.13
         In House
1207.357 Xeroxing                         E 54 08/03/01 0999 C&D                       79.95           79.95     340.08
1207.358 Equitrac - Photocopy             E 54 08/03/01 0999 C&D                        1.65            1.65     341.73
         charges
1207.359 Xeroxing                         E 54 08/03/01 0999 C&D                       52.05           52.05     393.78
1208.476 Xeroxing                         E 54 08/06/01 0999 C&D                        3.15            3.15     396.93
1208.477 Xeroxing                         E 54 08/06/01 0999 C&D                         .75             .75     397.68
1208.478 Equitrac - Photocopy             E 54 08/06/01 0999 C&D                       18.90           18.90     416.58
         charges
1208.479 Telecopier/Equitrac              E 62 08/06/01 0999 C&D                         .30             .30     416.88
1208.063 Equitrac - Fax charges           E 62 08/07/01 0999 C&D                         .45             .45     417.33
1208.665 ADA Travel PVNL train fare       E 15 08/08/01 0020 PVL                      236.00          236.00     653.33
         to Wilminton and New York
         on 7/19
         From ADA Travel, Inc.
         000534  AUDIT *
         AP 0066,696:0014   Date:
         08/08/01
1208.640 Charge & Ride for Emily          E 38 08/08/01 0999 C&D                       20.21           20.21     673.54
         Eller from 399 Park Avenue
         to Lynbrook (LI) on 7/16
         From Charge & Ride Inc.
         002821  AUDIT *
         AP 0066,674:0905   Date:
         08/08/01
1208.642 Charge & Ride for M.             E 38 08/08/01 0999 C&D                       51.00           51.00     724.54
         Peterson from 399 Park
         Avenue to 1251 6th Avenue
         on 7/17
         From Charge & Ride Inc.
         002821  AUDIT *
         AP 0066,674:0907   Date:
         08/08/01
1208.791 Equitrac - Photocopy             E 54 08/08/01 0999 C&D                        2.40            2.40     726.94
         charges
1208.929 Federal Express to Matthew       E 01 08/09/01 0120 EI                         3.41            3.41     730.35
         Zaleski from EI ON 7/24
         From Federal Express
         002821  AUDIT *
         AP 0066,710:0064   Date:
         08/09/01
1208.150 Equitrac - Photocopy             E 54 08/09/01 0999 C&D                        1.45            1.45     731.80
```

```
09/08/2001                                  Prebill Control Report                                              Page 3
13:40:53

Prebill 000001   Subpage  3                              Client 4642          Matter 000
                                                 ---------A C T U A L---------  -------B I L L I N G-------
                      W/E  Trans.     Work
Trans Transaction Description          Code Date      Empl    Rate  Hours  Amount    Rate  Hours  Amount  Cumulative

1209.816 Xeroxing                      E 54  08/10/01  0999 C&D                       6.00           739.80
1209.817 Equitrac - Photocopy          E 54  08/10/01  0999 C&D                       2.40           742.20
         charges
1210.762 Xeroxing                      E 54  08/14/01  0999 C&D                      30.15           772.35
1211.192 NYO Long Distance Telephone   E 65  08/15/01  0999 C&D                       3.15           775.50
         charged on July 1, 2001
         statement
1211.193 NYO Long Distance Telephone   E 65  08/15/01  0999 C&D                       2.89           778.39
         charged on July 1, 2001
         statement
1211.194 NYO Long Distance Telephone   E 65  08/15/01  0999 C&D                       5.83           784.22
         charged on July 1, 2001
         statement
1211.195 NYO Long Distance Telephone   E 65  08/15/01  0999 C&D                       4.02           788.24
         charged on the July 1, 2001
         statement
1211.356 NYO Long Distance Telephone   E 65  08/15/01  0999 C&D                      55.88           844.12
         conference call on 6/15
         charged on July 1, 2001
         statement
1213.297 Equitrac - Photocopy          E 54  08/15/01  0999 C&D                      28.95           873.07
         charges
1213.298 Equitrac - Photocopy          E 54  08/15/01  0999 C&D                        .90           873.97
         charges
1211.472 Federal Express to Matthew    E 01  08/16/01  0120 EI                       11.79           885.76
         Zaleski from EI on 8/14
         From Federal Express
         002001 AUDIT *
         AP-0066.866.0003 Date:
         08/16/01
1212.143 Long Distance-Equitrac        E 64  08/16/01  0999 C&D                        .19           885.95
         In-House
1211.648 Federal Express to Matthew    E 01  08/17/01  0120 EI                        5.08           891.03
         Zaleski from EI on 8/15
         From Federal Express
         002001 AUDIT *
         AP-0066.876.0005 Date:
         08/17/01
1213.299 Xeroxing                      E 54  08/17/01  0999 C&D                       1.80           892.83
1213.300 Xeroxing                      E 54  08/17/01  0999 C&D                        .60           893.43
1213.301 Xeroxing                      E 54  08/17/01  0999 C&D                        .30           893.73
1213.307 Telecopier/Equitrac           E 62  08/17/01  0999 C&D                       1.50           895.23
1212.144 Long Distance-Equitrac        E 64  08/20/01  0999 C&D                        .34           895.57
         In-House
1213.302 Xeroxing                      E 54  08/20/01  0999 C&D                      15.30           910.87
1213.303 Equitrac - Photocopy          E 54  08/20/01  0999 C&D                       4.80           915.67
         charges
1213.308 Telecopier/Equitrac           E 62  08/20/01  0999 C&D                      15.30           930.97
```

09/04/2001                                  Prebill Control Report                                                  Page 4
13:40:53

Prebill 000001  Subpage  4                                           Client: 4642        Matter: 000

| Trans | Transaction Description | W/E Code | Trans. Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1213.309 | Telecopier/Equitrac | E 62 | 08/20/01 | 0999 C&D | | | 7.95 | | | 7.95 | 938.92 |
| 1213.304 | Xeroxing | E 54 | 08/21/01 | 0999 C&D | | | 6.15 | | | 6.15 | 945.07 |
| 1213.310 | Equitrac - Fax charges | E 62 | 08/21/01 | 0999 C&D | | | .90 | | | .90 | 945.97 |
| 1213.311 | Equitrac - Fax charges | E 62 | 08/21/01 | 0999 C&D | | | 1.05 | | | 1.05 | 947.02 |
| 1213.305 | Xeroxing | E 54 | 08/23/01 | 0999 C&D | | | 2.70 | | | 2.70 | 949.72 |
| 1213.306 | Xeroxing | E 54 | 08/23/01 | 0999 C&D | | | 1.50 | | | 1.50 | 951.22 |
| 1214.084 | Equitrac - Photocopy charges | E 54 | 08/24/01 | 0999 C&D | | | 4.80 | | | 4.80 | 956.02 |
| 1214.085 | Xeroxing | E 54 | 08/24/01 | 0999 C&D | | | 3.00 | | | 3.00 | 959.02 |
| 1214.086 | Telecopier/Equitrac | E 62 | 08/24/01 | 0999 C&D | | | 10.35 | | | 10.35 | 969.37 |
| 1214.587 | Equitrac - Long Distance | E 64 | 08/27/01 | 0999 C&D | | | .05 | | | .05 | 969.42 |
| 1214.681 | Xeroxing | E 54 | 08/27/01 | 0999 C&D | | | 42.45 | | | 42.45 | 1,011.87 |
| 1215.069 | Long Distance-Equitrac In-House | E 54 | 08/28/01 | 0999 C&D | | | .19 | | | .19 | 1,012.06 |
| 1215.130 | Equitrac - Photocopy charges | E 54 | 08/28/01 | 0999 C&D | | | 1.80 | | | 1.80 | 1,013.86 |
| 1215.131 | Equitrac - Photocopy charges | E 54 | 08/28/01 | 0999 C&D | | | 6.00 | | | 6.00 | 1,019.86 |
| 1214.825 | Federal Express to P.Baron,Jacobs,Kazan,Weitz,R ice, Kelley,Zaleski,Milch,Cooney, from EI on 8/24 from Federal Express 002001 AUDIT * AP:0067,062:0006 Date: 08/29/01 | E 01 | 08/29/01 | 0120 EI | | | 150.15 | | | 150.15 | 1,170.01 |
| 1215.392 | Equitrac - Photocopy charges | E 54 | 08/29/01 | 0999 C&D | | | 73.80 | | | 73.80 | 1,243.81 |
| 1216.717 | Xeroxing | E 54 | 08/30/01 | 0999 C&D | | | 54.90 | | | 54.90 | 1,298.71 |
| 1216.718 | Equitrac - Photocopy charges | E 54 | 08/30/01 | 0999 C&D | | | 3.75 | | | 3.75 | 1,302.46 |
| 1217.031 | Equitrac - Long Distance | E 64 | 08/31/01 | 0999 C&D | | | .81 | | | .81 | 1,303.27 |
| 1217.117 | Equitrac - Photocopy charges | E 54 | 08/31/01 | 0999 C&D | | | 47.55 | | | 47.55 | 1,350.82 |
| 1217.118 | Equitrac - Photocopy charges | E 54 | 08/31/01 | 0999 C&D | | | 9.00 | | | 9.00 | 1,359.82 |
| 1217.119 | Equitrac - Photocopy charges | E 54 | 08/31/01 | 0999 C&D | | | 1.80 | | | 1.80 | 1,361.62 |
| 1217.674 | Database Research through Courtlink in July | E 50 | 08/31/01 | 0999 C&D | | | 8.00 | | | 8.00 | 1,369.62 |
| 1217.695 | Postage | E 56 | 08/31/01 | 0999 C&D | | | 7.36 | | | 7.36 | 1,376.98 |
| 1217.729 | Database Research - Westlaw search on 8/22-8/24 by KJB | E 50 | 08/31/01 | 0999 C&D | | | 1,609.03 | | | 1,609.03 | 2,986.01 |

            Total Expense Cards                                                  2,986.01                         2,986.01

```
09/08/2001                                    Prebill Control Report                                              Page 5
13:40:53

Prebill 000001   Subpage   5

                                         -------A C T U A L-------    Client: 4642       Matter: 000
                                                                                    ------B I L L I N G------
                      W/E   Trans  Work
Trans Transaction Description  Code  Date   Empl   Rate   Hours   Amount   Rate   Hours   Amount   Cumulative
   Matter Total Fee                                 .00     .00      .00           .00      .00
   Matter Total Exp                                 .00     .00  2,986.01          .00  2,986.01
   Matter Total                                     .00     .00  2,986.01          .00  2,986.01
```

```
10/08/2001                              Prebill Control Report                                            Page 1
10:25:21

Prebill Q00001  Subpage    1                                    Client: 4642              Matter: 000
Bill Attn To         Attn:

Client 4642         Grace Asbestos Personal Injury Claimants    Old Ref:        Opened: 04/16/01
Primary Contact

Matter 000                                                      Old Ref:        Opened: 04/16/01
Disbursements

Bill Cycle: 01  Style: it il   Start: 04/16/01  Last Billed: 09/14/01  Trans Date Range: 01/01/50 to 09/30/01
Client Retainer Available:       .00  Committed to invoices:        .00   Remaining:          .00
Client Credits  Available:       .00  Committed to invoices:        .00   Remaining:          .00
Matter Retainer Available:       .00  Committed to invoices:        .00   Remaining:          .00
Matter Credits  Available:       .00  Committed to invoices:        .00   Remaining:          .00
Budget Fees        .00                       Billed Fees            .00   Resp Empl: Elihu Inselbuch
Budget Exp         .00                       Billed Exp       18,653.42   Bill Empl: Elihu Inselbuch
Budget Tot         .00                            Total       18,653.42   Alt Empl:  Elihu Inselbuch

SUMMARY BY EMPLOYEE
                                              ---------A C T U A L---------   -------------B I L L I N G-------------   Value At
Empl Init  Name                     T/E  Avg Rate   Hours       Amount       Avg Rate     Hours      Amount           Calc Rate
0020 PVL   Peter Van N. Lockwood    E                           29.30                                 29.30
0096 KNB   Kimberly N. Brown        E                          304.75                                304.75
0120 EI    Elihu Inselbuch          E                           34.93                                 34.93
0999 C&D   Caplin & Drysdale        E                        2,697.41                              2,697.41
                       Total Fees:                 .00            .00                        .00         .00
                   Total Expenses:                          3,066.39                              3,066.39             .00
                   Total Fee+Exp:                  .00      3,066.39                        .00   3,066.39             .00

DETAIL BY TIME/EXPENSE, EMPLOYEE
                                          W/E  Trans.    Work                ---------A C T U A L---------   -----------B I L L I N G-----------
Trans  Transaction Description      Code  Date     Empl                Rate    Hours     Amount     Rate    Hours    Amount   Cumulative
1218,583 Equitrac - Long Distance   E 64  09/04/01 0999 C&D                                 .14                        .14         .14
1219,777 Equitrac - Photocopy       E 54  09/04/01 0999 C&D                               30.45                      30.45       30.59
         charges
1217,746 Federal Express to Cathie  E 01  09/05/01 0120 EI                                11.79                      11.79       42.38
         Boyer from EI on 7/17
         From Federal Express
         002001 AUDIT *
         AP-0067,152:0001 Date:
         09/05/01
1218,583 Long Distance Equitrac     E 64  09/05/01 0999 C&D                                3.22                       3.22       45.60
         In House
1218,778 Equitrac - Photocopy       E 54  09/05/01 0999 C&D                               43.95                      43.95       89.55
         charges
```

```
10/08/2001                                      Prebill Control Report                                                      Page 2
10:25:22

Prebill 000001  Subpage   2                                        Client: 4642        Master: 000
                                                     ---------A C T U A L---------    ---------B I L L I N G---------
                              W/E  Trans.    Work                                                                 
  Trans  Transaction Description  Code Date      Empl     Rate   Hours   Amount     Rate   Hours   Amount    Cumulative
1218,779 Equitrac - Photocopy     E 54 09/05/01 0999 C&D                              3.30                    3.30        92.85
         charges
1218,780 Equitrac - Photocopy     E 54 09/05/01 0999 C&D                               .30                     .30        93.15
         charges
1218,781 Equitrac - Photocopy     E 54 09/05/01 0999 C&D                              3.00                    3.00        96.15
         charges
1218,782 Xeroxing                 E 54 09/05/01 0999 C&D                            231.45                  231.45       327.60
1218,783 Equitrac - Fax charges   E 62 09/05/01 0899 C&D                              5.10                    5.10       332.70
1217,934 Federal Express to Matthew E 01 09/06/01 0120 EI                            11.79                   11.79       344.49
         Zaleski from EI on 8/30
         From Federal Express
         002001 AUDIT *
         AP-0067,264:0003  Date:
         09/06/01
1217,869 Database Research - Westlaw E 50 09/06/01 0999 C&D                         456.01                  456.01       800.50
         search on 8/27 by KJB
1217,870 Database Research - Westlaw E 50 09/06/01 0999 C&D                         640.40                  640.40     1,440.90
         search on 8/27 by RCS
1217,901 Long Distance            E 52 09/06/01 0999 C&D                            462.38                  462.38     1,903.28
         Charges-Credit Cards -
         conference call on 7/3 by
         PWNL charged on August 1,
         2001 statement.
1219,169 Long Distance-Equitrac   E 64 09/06/01 0999 C&D                              1.42                    1.42     1,904.70
         In-House
1219,449 Equitrac - Photocopy     E 54 09/06/01 0999 C&D                               .30                     .30     1,905.00
         charges
1219,450 Xeroxing                 E 54 09/06/01 0999 C&D                              1.05                    1.05     1,906.05
1219,451 Xeroxing                 E 54 09/06/01 0999 C&D                             42.75                   42.75     1,948.80
1219,170 Long Distance-Equitrac   E 64 09/07/01 0999 C&D                               .60                     .60     1,949.40
         In-House
1219,452 Equitrac - Photocopy     E 54 09/07/01 0999 C&D                             45.75                   45.75     1,995.15
         charges
1219,453 Xeroxing                 E 54 09/07/01 0999 C&D                              7.05                    7.05     2,002.20
1217,981 Federal Express delivery to E 01 09/10/01 0096 KNB                         210.96                  210.96     2,213.16
         various on 9/5
         From Federal Express
         002001 AUDIT *
         AP-0067,243:0009  Date:
         09/10/01
1219,171 Long Distance-Equitrac   E 64 09/10/01 0999 C&D                               .59                     .59     2,213.75
         In-House
1219,454 Xeroxing                 E 54 09/10/01 0999 C&D                               .45                     .45     2,214.20
1219,455 Equitrac - Photocopy     E 54 09/10/01 0999 C&D                             38.25                   38.25     2,252.45
         charges
1219,456 Equitrac - Photocopy     E 54 09/10/01 0999 C&D                            111.00                  111.00     2,363.45
         charges
1219,457 Equitrac - Photocopy     E 54 09/10/01 0999 C&D                              6.60                    6.60     2,370.05
         charges
```

```
10/08/2001                          Prebill Control Report                                           Page 3
10:25:22

Prebill  000001  Subpage    3                              Client: 4642           Matter: 000
                                                   -------- A C T U A L --------   ------- B I L L I N G -------
         Trans. Transaction Description   W/E Trans.    Work
                                          Code Date     Empl   Rate   Hours   Amount       Rate   Hours  Amount    Cumulative
1219,458 Equitrac - Photocopy             E 54 09/10/01 0999 C&D                  .15                       .15     2,370.20
         charges
1220,043 Federal Express to Matthew       E 01 09/12/01 0596 KNB                11.79                     11.79     2,381.99
         Zaleski from KNB on 9/7
         From Federal Express
         002001 AUDIT *
         AP-0067,268:0005 Date:
         09/12/01
1220,070 Database Research - Westlaw      E 50 09/12/01 0999 C&D                179.88                   179.88     2,561.87
         search on 9/4, 9/5 by KNB
1220,893 Equitrac - Long Distance         E 64 09/12/01 0999 C&D                  .50                       .50     2,562.37
1221,916 Equitrac - Photocopy             E 54 09/12/01 0999 C&D                 1.05                      1.05     2,563.42
         charges
1221,107 Long Distance-Equitrac           E 64 09/13/01 0999 C&D                 2.14                      2.14     2,565.56
         In-House
1221,188 Xeroxing                         E 54 09/13/01 0999 C&D                40.50                     40.50     2,606.06
1221,189 Xeroxing                         E 54 09/13/01 0999 C&D                 2.25                      2.25     2,608.31
1221,190 Xeroxing                         E 54 09/13/01 0999 C&D                 4.20                      4.20     2,612.51
1221,191 Telecopier/Equitrac              E 62 09/13/01 0999 C&D                14.25                     14.25     2,626.76
1221,192 Equitrac - Fax charges           E 62 09/13/01 0999 C&D                  .30                       .30     2,627.06
1221,917 Equitrac - Photocopy             E 54 09/13/01 0999 C&D                21.00                     21.00     2,648.06
         charges
1221,918 Equitrac - Photocopy             E 54 09/14/01 0999 C&D                 3.00                      3.00     2,651.06
         charges
1221,919 Equitrac - Fax charges           E 62 09/14/01 0999 C&D                  .45                       .45     2,651.51
1221,920 Telecopier/Equitrac              E 62 09/14/01 0999 C&D                 4.80                      4.80     2,656.31
1221,597 Federal Express to Petty         E 01 09/17/01 0120 EI                  3.33                      3.33     2,659.64
         weitz from EI on 8/24
         From Federal Express
         002001 AUDIT *
         AP-0067,298:0005 Date:
         09/17/01
1221,603 Federal Express to Matthew       E 01 09/17/01 0120 EI                  2.95                      2.95     2,662.59
         Zaleski from EI on 9/10
         From Federal Express
         002001 AUDIT *
         AP-0067,299:0008 Date:
         09/17/01
1222,181 Xeroxing                         E 54 09/17/01 0999 C&D                54.45                     54.45     2,717.04
1222,182 Equitrac - Photocopy             E 54 09/17/01 0999 C&D                 5.70                      5.70     2,722.74
         charges
1222,183 Telecopier/Equitrac              E 62 09/17/01 0999 C&D                  .45                       .45     2,723.19
1222,623 Equitrac - Photocopy             E 54 09/18/01 0999 C&D                 3.75                      3.75     2,726.94
         charges
1222,747 Federal Express to Matthew       E 01 09/19/01 0120 EI                  5.07                      5.07     2,732.01
         Zaleski from EI on 9/14
         From Federal Express
         002001 AUDIT *
         AP-0067,342:0004 Date:
```

```
10/08/2001                              Prebill Control Report                                                    Page 4
10:25:22

Prebill 000001   Subpage   4                                    Client: 4642              Matter: 000
                                                         -------- A C T U A L --------   -------- B I L L I N G --------
  Trans   Transaction Description      W/E  Trans.    Work
                                       Code Date      Empl      Rate   Hours  Amount      Rate  Hours  Amount  Cumulative
          09/19/01
1223,088  Equitrac - Photocopy         E 54 09/19/01 0999 C&D                    3.75                    3.75   2,735.76
          charges
1223,089  Equitrac - Photocopy         E 54 09/19/01 0999 C&D                   10.20                   10.20   2,745.96
          charges
1223,090  Equitrac - Photocopy         E 54 09/19/01 0999 C&D                    2.10                    2.10   2,748.06
          charges
1223,525  Equitrac - Photocopy         E 54 09/20/01 0999 C&D                    1.80                    1.80   2,749.86
          charges
1223,526  Xeroxing                     E 54 09/20/01 0999 C&D                    2.40                    2.40   2,752.26
1223,641  Petty Cash: To reimburse     E 12 09/21/01 0020 PVL                    3.30                    3.30   2,755.56
          PVL for phone calls made
          via cell phone while on
          vacation in August
          From Petty Cash
          005317 AUDIT *
          AP-0067.386:0022 Date:
          09/21/01
1223,881  Equitrac - Photocopy         E 54 09/21/01 0999 C&D                    1.80                    1.80   2,757.36
          charges
1223,882  Equitrac - Photocopy         E 54 09/21/01 0999 C&D                    3.30                    3.30   2,760.66
          charges
1223,883  Telecopier/Equitrac          E 62 09/21/01 0999 C&D                    1.95                    1.95   2,762.61
1224,520  Equitrac - Photocopy         E 54 09/24/01 0999 C&D                    1.80                    1.80   2,764.41
          charges
1224,521  Equitrac - Photocopy         E 54 09/24/01 0999 C&D                   45.60                   45.60   2,810.01
          charges
1224,522  Equitrac - Photocopy         E 54 09/24/01 0999 C&D                     .45                     .45   2,810.46
          charges
1224,523  Xeroxing                     E 54 09/24/01 0999 C&D                  114.90                  114.90   2,925.36
1224,524  Telecopier/Equitrac          E 62 09/24/01 0999 C&D                    1.05                    1.05   2,926.41
1224,027  Federal Express to Baron,    E 01 09/25/01 0096 KNB                   82.00                   82.00   3,008.41
          Cloud, Kelley, Meyer,
          Cooney, Kazan, Jacobs,
          Rice, Weitz, Heberling,
          Campbell, Bowden, and
          Zaleski from KNB on 9/5
          From Federal Express
          002001 AUDIT *
          AP-0067.405:0008 Date:
          09/25/01
1224,956  Equitrac - Photocopy         E 54 09/25/01 0999 C&D                    1.80                    1.80   3,010.21
          charges
1224,957  Equitrac - Fax charges       E 62 09/25/01 0999 C&D                     .45                     .45   3,010.66
1225,484  Equitrac - Photocopy         E 54 09/26/01 0999 C&D                    5.25                    5.25   3,015.91
          charges
1226,363  Equitrac - Photocopy         E 54 09/27/01 0999 C&D                    2.40                    2.40   3,018.31
          charges
1226,364  Xeroxing                     E 54 09/27/01 0999 C&D                     .75                     .75   3,019.06
```

```
10/08/2001                                    Prebill Control Report                                              Page 5
10:25:22

Prebill 050001   Subpage    5                                           Client: 4642            Matter: 000
                                    W/E  Trans.    Work     ----------A C T U A L----------     ----------B I L L I N G----------
Trans  Transaction Description      Code Date      Empl     Rate  Hours    Amount               Rate  Hours    Amount    Cumulative
1226,365 Equitrac - Photocopy       E 54 09/27/01 0999 C&D                  5.25                                5.25      3,024.31
         charges
1226,842 NYO Long Distance Telephone E 65 09/28/01 0999 C&D                 2.05                                2.05      3,026.36
         calls charged on August 1,
         2001 statement
1226,843 NYO Long Distance Telephone E 65 09/28/01 0999 C&D                 8.65                                8.65      3,035.01
         calls charged on August 1,
         2001 statement
1226,844 NYO Long Distance Telephone E 65 09/28/01 0999 C&D                 1.18                                1.18      3,036.19
         calls charged on August 1,
         2001 statement
1227,309 Equitrac - Photocopy       E 54 09/28/01 0999 C&D                   .30                                 .30      3,036.49
         charges
1227,310 Equitrac - Photocopy       E 54 09/28/01 0999 C&D                  3.15                                3.15      3,039.64
         charges
1227,311 Equitrac - Photocopy       E 54 09/28/01 0999 C&D                   .75                                 .75      3,040.39
         charges
1226,863 Petty Cash; PVNL parking   E 33 09/30/01 0020 PVL                 17.00                               17.00      3,057.39
         and cab expenses in
         Philadelphia on 9/24
         From Petty Cash
         005317 AUDIT *
         AP-0067,562-0016  Date:
         09/30/01
1226,864 Petty Cash; Meal for PVNL  E 21 09/30/01 0020 PVL                  9.00                                9.00      3,066.39
         in Philadelphia on 9/24
         From Petty Cash
         005317 AUDIT *
         AP-0067,562-0017  Date:
         09/30/01

Total Expense Cards                                            .00       3,066.39                            3,066.39

Matter Total Fee                                               .00         .00        .00                       .00
Matter Total Exp                                               .00       3,066.39                            3,066.39
Matter Total                                                   .00       3,066.39                            3,066.39
```