## EXHIBIT D

## CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD JULY 1, 2001 THROUGH SEPTEMBER 30, 2001

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| July 2001 | $100,755.00 | $8,195.21 | | $ | $ | $ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | | | |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Sept 2001 Hours | Sept 2001 Value | Cumulative July to Sept., 2001 Hours | Cumulative July to Sept., 2001 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Asset Disposition | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Business Operations | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Case Administration | 38.7 | $12,904.50 | 124.5 | $ 40,185.00 | 204.1 | $ 70,902.50 |
| Claims Administration & Objections | 19.2 | $ 6,976.50 | 24.1 | $ 9,384.50 | 30.1 | $ 11,824.50 |
| Employee Benefits/Pensions | .0 | $ .00 | .2 | $ 100.00 | 4.8 | $ 2,400.00 |
| Fee/Employment Applications | 3.9 | $ 823.50 | 14.3 | $ 2,856.50 | 35.4 | $ 8,919.00 |
| Fee/Employment Objections | .2 | $ 72.00 | .2 | $ 72.00 | .2 | $ 72.00 |
| Financing | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Litigation | 5.1 | $ 1,862.00 | 231.7 | $ 71,585.00 | 294.3 | $ 98,782.50 |
| Plan and Disclosure Statement | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Relief from Stay Proceedings | .2 | $ 100.00 | .4 | $ 200.00 | .7 | $ 350.00 | |
| Tax Issues | .0 | $ .00 | .0 | $ .00 | 4.3 | $ 1,569.50 | |
| Valuation | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 | |
| Committee Meetings/ Conferences | .9 | $ 403.00 | 6.6 | $ 3,264.50 | 39.5 | $ 21,139.50 | |
| Travel | 4.0 | $ 1,000.00 | 7.1 | $ 1,635.00 | 20.8 | $ 5,060.00 | |
| Docket Review & Control | 23.4 | $ 2,799.50 | 112.3 | $ 13,598.50 | 186.8 | $ 22,616.50 | |
| **Totals** | **95.6** | **$26,941.00** | **521.4** | **$142,881.00** | **821.0** | **$ 243,636.00** | |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 7/1/01 – 9/30/01 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 8,404.72 | $ 8,404.72 |
| Air Freight & Express Mail | 587.51 | 1,132.46 |
| Outside Local Deliveries | 8.01 | 8.01 |
| Filing Fees | .00 | .00 |
| Outside Fax Service | .00 | .00 |
| Conference Meals | 9.55 | 241.44 |
| Outside Photocopy Service | .00 | 31.09 |
| Miscellaneous Client Advances | .00 | 445.57 |
| Air & Train Transportation | 419.08 | 4,416.83 |
| Meals Related to Travel | 13.01 | 64.49 |
| Travel Expenses – Hotel Charges | .00 | 160.92 |
| Travel Expenses – Ground Transportation | 37.00 | 176.00 |
| Travel Expenses – Miscellaneous | .00 | .00 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | .00 |
| Local Transportation - DC | .00 | .00 |
| Local Transportation – NY | 144.14 | 144.14 |
| Xeroxing | 2,431.95 | 4,739.55 |
| Postage | 13.24 | 63.46 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | .00 |
| Telecopier | 183.30 | 334.95 |
| Long Distance –Credit Card | 699.99 | 699.99 |
| Long Distance Telephone - DC | 474.65 | 532.09 |
| NYO Long Distance Telephone | 95.15 | 96.67 |
| Use of Cell/Home Phone | 3.30 | 27.43 |
| **TOTAL** | **$ 13,524.60** | **$ 21,719.81** |