# EXHIBIT A

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|------------|
| 9/04/01 | James W Kapp | 1.20 | Review materials and correspondence and address issues re potential acquisition and telephone conference with M. Shelnitz re same. |
| 9/05/01 | James W Kapp | 0.30 | Attend to confidentiality agreements re potential acquisition. |
| 9/05/01 | James W Kapp | 0.40 | Attend to issues re motion to clarify customer program order to include customer coupons. |
| 9/05/01 | Samuel A Schwartz | 1.10 | Revision of the motion to clarify customer practices (.8); conferences with the client re same (.3). |
| 9/05/01 | Janet Baer | 0.30 | Conference with W. Sparks via telephone re status of coupon matter. |
| 9/06/01 | James W Kapp | 2.40 | Review Honeywell's motion for relief from automatic stay and attend to issues re same (1.2); telephone conference with C. Marraro re Honeywell matter (.8); telephone conference with S. Ahern re issues pertaining to potential acquisition and attend to same (.4). |
| 9/06/01 | Samuel A Schwartz | 1.50 | Telephone conferences and correspondence with the client re sellers on credit (.6); meetings re same (.3); review of particular asset matters (.4); conferences with the client re same (.2). |
| 9/12/01 | Samuel A Schwartz | 5.80 | Various telephone conferences with the client (2.6); preparation of correspondence re asset sales and acquisitions (2.8); meetings re same (.4). |
| 9/13/01 | Samuel A Schwartz | 1.70 | Telephone conferences and correspondence with the client re asset sales and intercompany issues. |
| 9/13/01 | Janet Baer | 0.20 | Review additional information re coupon matter. |
| 9/17/01 | James W Kapp | 1.00 | Attend to issues re potential acquisition (.2); address issues re particular creditor refusing to return property of the estate (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/17/01 | Samuel A Schwartz | 1.30 | Review and analysis of correspondence, contract and invoices re particular creditor (.5); drafting of demand letter re particular creditor (.5); telephone conferences with the client re same (.3). |
| 9/17/01 | Samuel A Schwartz | 4.10 | Telephone conferences with the client re intercompany loans (1.6); research and analysis re same and meetings re same (.7); revision of the Hartford Insurance Order (.7); revision of the motion to clarify coupons (.7); meetings re same (.4). |
| 9/18/01 | James W Kapp | 0.30 | Attend to issues re potential action in Wisconsin to recover property of Debtors. |
| 9/19/01 | Samuel A Schwartz | 1.80 | Review, revision and negotiation of the order resolving the Hartford's Request for Direction (.6); meetings re same (.2); research and analysis re letters of credit and intercompany loans (1.0). |
| 9/20/01 | Samuel A Schwartz | 0.70 | Review and revise the Zapata order (.5); meetings re same (.2). |
| 9/20/01 | Samuel A Schwartz | 1.20 | Research and analysis re letters of credit and intercompany loans (1.0); conferences with the client re same (.2). |
| 9/21/01 | Samuel A Schwartz | 1.80 | Research and analysis re letters of credit and intercompany loans (1.4); review of the procedures memorandum and telephone conferences with the client re same (.4). |
| 9/23/01 | Samuel A Schwartz | 2.10 | Review and analysis of the case law surrounding ordinary course of business transactions. |
| 9/24/01 | James W Kapp | 0.20 | Review and revise memorandum summarizing de minimis asset sale and settlement procedures. |
| 9/24/01 | Samuel A Schwartz | 6.30 | Review and analysis of the case law surrounding ordinary course of business transactions (2.8); drafting of the memorandum summarizing the same (3.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/25/01 | Samuel A Schwartz | 7.60 | Research and analyze ordinary course of business and related topics (3.5); revise the memorandum re same (3.7); meetings re same (.4). |
| 9/26/01 | James W Kapp | 0.20 | Attend to issues re retrieval of property. |
| 9/26/01 | Samuel A Schwartz | 1.20 | Review and revision of the Ordinary Course Memorandum. |
| 9/28/01 | Samuel A Schwartz | 1.40 | Review and revision of the ordinary course memorandum (.5); telephone conferences with the client re particular asset sales (.6); meetings re same (.3). |

A-3

**Matter 17 - Automatic Stay Matters/Relief from Stay Proceedings - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | Scott A McMillin | 5.50 | Review Smolkers' motion to lift stay and draft opposition to same. |
| 9/05/01 | James W Kapp | 1.10 | Review motion to modify stay to pursue Honeywell matter filed by the Debtors and attend to issues re same (.8); address issues re motion to amend stay to allow Zapata matter to proceed (.3). |
| 9/05/01 | Scott A McMillin | 1.60 | Draft opposition to Smolkers' motion for relief from the automatic stay. |
| 9/05/01 | Janet Baer | 0.50 | Review and revise draft Smolker opposition to Lift Stay Motion. |
| 9/06/01 | Mark E Grummer | 0.20 | Begin review of Honeywell motion for relief from stay. |
| 9/06/01 | Janet Baer | 1.80 | Review Honeywell's motion to modify automatic stay and attend to issues re same (1.5); conference with C. Marraro re same (.3). |
| 9/07/01 | Scott A McMillin | 1.60 | Draft opposition to Smolkers' motion to lift stay. |
| 9/07/01 | Janet Baer | 0.50 | Conferences with A. Kreiger re Honeywell and ZapatA motions to lift stay. |
| 9/09/01 | Janet Baer | 0.80 | Review transcript re remand for potential use in lift stay pleadings. |
| 9/10/01 | Mark E Grummer | 1.40 | Review and evaluate Honeywell motion to lift stay and telephone conferences re same. |
| 9/10/01 | James W Kapp | 0.30 | Attend to issues re response to Honeywell motion for relief from stay. |

A-4

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/10/01 | Samuel A Schwartz | 0.80 | Review and analysis of the Honeywell matter and motion for relief from stay (.5); meetings re same (.3). |
| 9/10/01 | Janet Baer | 0.80 | Internal conferences re Smolker lift stay. |
| 9/12/01 | Scott A McMillin | 1.20 | Revise opposition to Smolker motion to lift stay. |
| 9/12/01 | Samuel A Schwartz | 3.40 | Draft the Honeywell response (3.2); meetings re same (.2). |
| 9/13/01 | Scott A McMillin | 1.00 | Revise opposition to Smolker motion to lift stay and internal conferences re same. |
| 9/13/01 | Samuel A Schwartz | 3.40 | Review and revise the Honeywell response (3.2); attend to matters re same (.2). |
| 9/13/01 | Janet Baer | 1.50 | Review and revise draft revised Honeywell Response on Lift Stay Motion and conference re same (1.0); review, revise and conference re Smolker stay relief objection (.5). |
| 9/14/01 | James W Kapp | 0.60 | Review response to Honeywell automatic stay motion and attend to same. |
| 9/14/01 | Samuel A Schwartz | 1.40 | Review and revise the Honeywell Response (.8); attend to the filing of the same (.5); meetings re same (.1). |
| 9/14/01 | Janet Baer | 1.30 | Further review and revise response to Honeywell lift stay motion (.8); various conferences re same (.5). |
| 9/18/01 | James W Kapp | 1.20 | Review objection by Honeywell to motion to modify automatic stay and attend to issues re same (1.0); attend to Jackson proceeding re violation of automatic stay (.2). |
| 9/18/01 | Janet Baer | 0.90 | Review Honeywell objection to Debtor's motion to lift stay (.3); internal conferences re same (.3); conference with C. Marraro re Honeywell issues (.3). |
| 9/26/01 | James W Kapp | 0.20 | Review memorandum re proposal to withdraw appeal and address automatic stay issues re same. |
| 9/27/01 | James W Kapp | 0.20 | Review correspondence re implication of automatic stay and response to same. |

A-5

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/03/01 | Shirley A Pope | 2.50 | Prepare projects re D. Bernick presentation, Sept. 4. |
| 9/04/01 | David M Bernick, P.C. | 1.30 | Asbestos team meeting and preparation for same. |
| 9/04/01 | Michelle H Browdy | 1.70 | Prepare for and attend K&E team meeting. |
| 9/04/01 | Mark E Grummer | 0.70 | Participate in asbestos team conference call and review recent materials and prepare emails to team re status of various projects and environmental sites. |
| 9/04/01 | James W Kapp | 3.00 | Review pleadings and correspondence and attend to same (.9); attend status conference re litigation strategy and attend to issues re same (1.9); review motion status chart and attend to issues re same (.2). |
| 9/04/01 | Sarah R Marmor | 1.00 | Prepare for and participate in team conference. |
| 9/04/01 | Scott A McMillin | 1.80 | Prepare for and attend litigation strategy meeting. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | Shirley A Pope | 7.00 | Attend to matters re Board presentation (1.0); prepare for and attend team meeting (1.5); review correspondence (1.2); print E-mails re inclusion in Grace main file (.3); review Concordance pleadings database (.5); attend to matters re document descriptions to be entered on Concordance database (.5); telephone conference with M Dalsin, Rust Consulting re electronic versions of claim forms (.1); prepare correspondence to Rust Consulting re request electronic versions of claim forms prepared for J. Baer (.2); print claim forms forwarded by Rust Consulting (.3); reorganize Grace main file and revise indices to case files (1.0). |
| 9/04/01 | Christopher B Sullivan | 1.60 | Prepare for and attend team strategy meeting. |
| 9/04/01 | Kellye L Fabian | 1.50 | Team meeting. |
| 9/04/01 | Brigitte F Windley | 1.00 | Respond to client request for pleading (.6); review various case documents received from attorneys to assign central file categories in preparation for central file supplementation by project assistant (.4). |
| 9/04/01 | Janet Baer | 1.70 | Prepare for and attend weekly meeting on status of litigation and bankruptcy projects. |
| 9/04/01 | Benjamin J Alke | 8.00 | Prepare Trial Transcript files for entry in the Grace main file (3.0); prepare Attorney Working files for entry in Grace main file (.8); prepare Hearing Transcripts for entry in the Grace main file (2.0); record new pleading re Magnabosco on Concordance and enter into the Grace main file (.6); create Concordance report re cases in the United States Bankruptcy Court for the District of Delaware, case no 01-01139 (.5); Organize Grace main file re new files (1.1). |
| 9/05/01 | James W Kapp | 0.60 | Modify motion status chart (.1); review various pleadings and correspondence and attend to same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/05/01 | Shirley A Pope | 4.50 | Review correspondence (1.0); instruct re pleadings database (.5); prepare documents requested by W.R. Grace (1.0); review correspondence (.3); prepare correspondence for inclusion in Grace main file (.2); organize documents re inclusion in reference files (1.5). |
| 9/05/01 | Brigitte F Windley | 0.70 | Review and revise entries in motion status chart (.4); review of fee applications (.3). |
| 9/05/01 | Benjamin J Alke | 8.80 | Organize documents chronologically (.6); add pleadings to Concordance database (3.7); prepare new Background/Reference files for entry in Grace main file (.8); prepare new Media Articles for entry in Grace main file (.4); add new pleading re the 01-01139 bankruptcy case (.3); add new pleadings re United States of America v. Grace in Missoula Mt. (.8); prepare the briefs re a Motion by the Official Committee of Asbestos Property Damage Claimants to create a repository and Motion for Authority to Pursue Fraudulent Conveyance (1.0); organize Grace main file re Other matters, Depositions, and Transcripts (1.2). |
| 9/06/01 | Aaron P Heeringa | 0.50 | Review client produced MS Access database. |
| 9/06/01 | James W Kapp | 0.80 | Review various pleadings and correspondence and attend to same (.1); telephone conference with L. Jones re various outstanding issues and attend to same (.7). |
| 9/06/01 | Shirley A Pope | 6.00 | Review correspondence (1.2); print correspondence for inclusion in Grace main file (.3); update legal research re precedent files (.5); update research files re Grace main file (.5); prepare documents for review (2.0); attend to matters re update Concordance pleadings database (.5); update hearing transcripts re Grace main file (.5); attend to matters re Access database of claims forwarded by client (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/06/01 | Brigitte F Windley | 1.60 | Review various case documents received from attorneys to assign central file categories in preparation for central file supplementation by project assistant (.9); review and categorize new proofs of claims (.7). |
| 9/06/01 | Sabrina M Mitchell | 2.30 | Review and retrieve fee applications off the court's website. |
| 9/06/01 | Benjamin J Alke | 7.50 | Prepare Expense/Checking/Billing Issues for entry in Grace main file (1.8); add new Attorney Work Product files re D. Bernick presentation to W.R. Grace (.5); create Concordance report of all pleadings filed in database re W.R. Grace (.5); enter new transcript on Concordance database re trial proceedings on 07/21/2001 (.4) prepare new Legal Research files for entry in Grace main file (.6) prepare new Background/Reference document for entry in Grace main file (.3); begin organizing files received by K & E on Sept. 5, 2001, from W.R. Grace (3.4). |
| 9/07/01 | Aaron P Heeringa | 2.50 | Review client database and prepare joint data table (.5); attend to matters re database status (.5); conduct telephone conference with expert re database format (1.5). |
| 9/07/01 | James W Kapp | 0.40 | Review various pleadings and correspondence and attend to same. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/07/01 | Shirley A Pope | 6.00 | Organize correspondence re Grace main file (1.0); conference with official court reporter re transcripts of proceedings before Judge Farnan (.1); review pleadings re transcripts (.2); prepare list of trancripts requested by reporter (.1); telephone conference re request transcripts (.1); update correspondence for inclusion in Grace main file (.5); prepare documents for review (.5); attend to matters re documents forwarded by client (.2); set up documents for review (.3); review docket sheet and compare against pleadings database (1.0); claims analysis re asbestos claims database forwarded by client (1.0); complete set up of boxes received from client (.5); attend to matters re September 7 filing from Pachulski, Stang (.5). |
| 9/07/01 | Brigitte F Windley | 1.90 | Review various case documents received from attorneys to assign central file categories in preparation for central file supplementation by project assistant (1.2); respond to attorney request re corporate documents received from client (.7). |
| 9/07/01 | Benjamin J Alke | 5.50 | Prepare for and review documents received by K&E from client. |
| 9/08/01 | Shirley A Pope | 2.00 | Review pleadings re document collection (1.0); review memoranda re Grace collection of document (.5); update correspondence re Grace main file (.5). |
| 9/10/01 | James W Kapp | 0.30 | Review various pleadings and correspondence and attend to issues re same. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/10/01 | Shirley A Pope | 8.30 | Review correspondence (.5); review invoices re hearing transcripts (.5); prepare boxes of documents received from W.R. Grace (1.0); prepare correspondence to J. Kadish, W.R. Grace re indices to boxes received by K&E (.3); prepare memo re record materials forwarded by W.R. Grace (.2); review correspondence (.3); print correspondence to include in Grace main file (.2); review Access database created by D. Rourke (1.0); review appellate transcripts re identify exhibits received by K&E (1.0); prepare exhibits re inclusion in Grace main file (.5); create document to record W.R. Grace documents forwarded to K&E (.5); revise document production chart (.5); key pleadings index project (1.8). |
| 9/10/01 | Michael J Stephensen | 2.00 | Review and organize common exhibits and other materials related to particular litigation. |
| 9/10/01 | Benjamin J Alke | 7.80 | Prepare documents for review (.5); create directory on Live Note re new hearing transcripts (1.0); update Concordance pleadings re Response and Memorandum of plaintiff filed September 7, 2001 (.8); revise Concordance pleadings database (1.5); create Access report re Data Pattern file (3.0); Prepare Key Pleadings index for the 01-01139 cases (1.0). |
| 9/12/01 | David M Bernick, P.C. | 1.50 | Prepare for and attend asbestos team meeting. |
| 9/12/01 | Michelle H Browdy | 2.20 | Prepare for and attend K&E asbestos team call. |
| 9/12/01 | Mark E Grummer | 0.40 | Participate in asbestos team conference call. |
| 9/12/01 | Timothy S Hardy | 1.30 | Participate in asbestos team conference call (1.0); telephone conference with B. Price re ATSDR report (.3). |
| 9/12/01 | Sarah R Marmor | 0.50 | Prepare for and participate in team conference. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/01 | Scott A McMillin | 2.30 | Prepare for and attend litigation strategy meeting. |
| 9/12/01 | Shirley A Pope | 7.30 | Review correspondence (.5); telephone conference team meeting (2.5); print electronic filing of Asbestos Personal Injury Claimants' brief and exhibits to same (1.5); review PI brief (.5); organize exhibits to M. Peterson's Affidavit (1.0); prepare PI brief and exhibits re Concordance database (.5); include PI filing in Grace main file (.3). |
| 9/12/01 | Andrew R Running | 2.00 | Participate in internal Kirkland meeting to review status of litigation projects. |
| 9/12/01 | Christopher B Sullivan | 2.20 | Prepare for and attend team meeting. |
| 9/12/01 | Kellye L Fabian | 2.30 | Prepare for and attend team meeting. |
| 9/12/01 | P Renee Wicklund | 1.70 | Participate in weekly case status conference call. |
| 9/12/01 | Brigitte F Windley | 0.80 | Review various case documents received from attorneys to assign central file categories in preparation for central file supplementation by project assistant. |
| 9/12/01 | Michael J Stephensen | 7.00 | Review and organize common exhibits and other materials related to particular litigation. |
| 9/12/01 | Benjamin J Alke | 8.00 | Organize boxes received from Grace Sept. 7, 2001 (4.0); create Concordance report re all pleading related to W. R. Grace (1.0); organize the Affidavit of Mark Peterson and exhibits (.5); update Concordance pleadings (2.5). |
| 9/13/01 | James W Kapp | 0.90 | Review various pleadings and correspondence and attend to same (.4); attend to preparation of certification of counsel (.1); review articles pertaining to chapter 11 cases (.4). |

A-12

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/13/01 | Shirley A Pope | 5.80 | Review correspondence (.8); update correspondence re Grace main file (.2); review documents (.5); update reference files re Grace main file (.5); attend to matters re PI claimants Sept. 7 filings and attachments (.5); review website docket sheet re 1139 bankruptcy (.5); review Concordance pleadings database and compare to docket sheet to ensure completeness (1.0); update legal research files re Grace main file (1.3). |
| 9/13/01 | Samuel A Schwartz | 0.30 | Prepare for and attend status meeting re pending matters and hearing dates. |
| 9/13/01 | Brigitte F Windley | 2.50 | Review various case file documents to assign central file categories (1.2); review and cross-reference motion status chart entries with court online docket (1.3). |
| 9/13/01 | Janet Baer | 0.30 | Review correspondence re particular litigation. |
| 9/13/01 | Michael J Stephensen | 7.00 | Review and organize common exhibits and other materials related to particular litigation. |
| 9/13/01 | Benjamin J Alke | 5.00 | Update Concordance database re new pleadings (2.0); update Grace Case file re new Hearing Transcripts (.5); update Grace case file re new Background/Reference files (.7); review 01-01139 docket sheet re  Grace main file (1.8). |
| 9/14/01 | Aaron P Heeringa | 2.00 | Attend to matters re database reporting. |
| 9/14/01 | James W Kapp | 0.30 | Review various pleadings and correspondence and attend to issues re same. |
| 9/14/01 | Shirley A Pope | 6.00 | Attend to matters re organization of information on Access database forwarded by WRG (1.5); prepare documents for review (.5); prepare notice of claims pleadings (.5); organize trial transcripts from underlying matters (1.0); update subject files re Grace main file (1.5); revise legal research files (1.0). |
| 9/14/01 | Michael J Stephensen | 5.00 | Review and organize common exhibits and other materials related to particular litigation. |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/14/01 | Sabrina M Mitchell | 1.00 | Update the proof of claims spreadsheet. |
| 9/14/01 | Benjamin J Alke | 4.00 | Prepare boxes received from Grace 9/07/2001 for review (1.5); prepare copy of the Affidavit of Todd Hilsee for review (1.0); update Grace main file re Legal Research files (1.5). |
| 9/17/01 | Aaron P Heeringa | 3.00 | Draft MS Access reports. |
| 9/17/01 | James W Kapp | 0.70 | Review various pleadings and correspondence and attend to same (.5); review motion status chart and attend to issues re same (.2). |
| 9/17/01 | Sarah R Marmor | 1.00 | Participate in team conference. |
| 9/17/01 | Shirley A Pope | 6.50 | Review correspondence (.5); review documents re EPA (1.5); search for documents for review (.5); set up teleconference call (1.0); prepare documents requested by T. Freedman (1.0); update correspondence re Grace main file (1.0); revise pleadings database (1.0). |
| 9/17/01 | Brigitte F Windley | 1.40 | Review motion status chart and instruct project assistant re supplementation of same (.9); respond to committee attorney request for pleadings (.5). |
| 9/17/01 | Michael J Stephensen | 7.00 | Review and organize case related materials. |
| 9/17/01 | Benjamin J Alke | 2.50 | Update concordance database re 01-01139 files, In re Zonolite matters, and other matters. |
| 9/18/01 | David M Bernick, P.C. | 1.30 | Attend asbestos team meeting (1.0); preparation for same (.3). |
| 9/18/01 | Mark E Grummer | 0.60 | Prepare for and participate in asbestos team conference call. |
| 9/18/01 | Aaron P Heeringa | 4.00 | Draft MS Access database for claimant data. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/18/01 | James W Kapp | 2.20 | Review motion status chart and attend to issues re same (.2); review pleadings and correspondence and attend to issues re same (.2); prepare for and attend strategy meeting (1.8). |
| 9/18/01 | Scott A McMillin | 1.40 | Prepare for and attend litigation strategy meeting. |
| 9/18/01 | Shirley A Pope | 7.00 | Review pleadings (1.0); prepare for and attend teleconference team meeting (2.0); review claims documents forwarded by Grace (2.0); review e-mail (.2); update correspondence re Grace main file (1.3); update legal research (.5). |
| 9/18/01 | Andrew R Running | 1.50 | Participate in internal Kirkland meeting to review status of litigation assignments and projects. |
| 9/18/01 | Brigitte F Windley | 1.70 | Identify and collate various pleadings for review (.8); review various case documents received from attorneys to assign central file categories in preparation for central file supplementation (.9). |
| 9/18/01 | Janet Baer | 1.70 | Prepare for and attend litigation team meetings. |
| 9/18/01 | Michael J Stephensen | 5.00 | Review and organize copy set of litigation exhibits (3.0); review and search for particular exhibits (1.0); review and organize exhibits in particular litigation matters (1.0). |
| 9/18/01 | Benjamin J Alke | 6.00 | Organize 1997 claims (hard copies) entered on W.R. Grace Access database. |
| 9/19/01 | Aaron P Heeringa | 7.00 | Draft MS Access database for claimant data. |
| 9/19/01 | James W Kapp | 0.40 | Revise status summary chart (.2); review documents and correspondence and attend to issues re same (.2). |
| 9/19/01 | Shirley A Pope | 6.50 | Review correspondence (1.5); review pleadings (2.0); search reference/government Grace main file re EPA green book (1.0); update reference files re Grace main file (1.0); update legal research re Grace main file (1.0). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/19/01 | Brigitte F Windley | 2.00 | Research particular case opinion (1.2); review various case documents received from attorneys to assign central file categories in preparation for central file supplementation by project assistant (.8). |
| 9/19/01 | Michael J Stephensen | 2.00 | Index and file case related documents. |
| 9/19/01 | Benjamin J Alke | 7.00 | Continue organization of 1997 claims (hard copies) entered on W.R. Grace Access database files. |
| 9/20/01 | Aaron P Heeringa | 5.00 | Draft MS Access data. |
| 9/20/01 | James W Kapp | 0.60 | Review various pleadings and correspondence and attend to issues re same (.2); review and revise motion status chart (.4). |
| 9/20/01 | Shirley A Pope | 5.50 | Print attachments re Access claims database (.5); update e-mail re Grace main file (.2); review pleadings (1.0); review correspondence (1.3); review media articles (.5); update legal research re Grace main file (1.0); update claims files re Grace main file (1.0). |
| 9/20/01 | Brigitte F Windley | 2.90 | Review central files and prepare response to request for documents (1.1); review and assign central file categories to various case documents received from attorneys in preparation for central file supplementation (1.8). |
| 9/20/01 | Michael J Stephensen | 2.00 | Index and create files re Grace main reference. |
| 9/20/01 | Benjamin J Alke | 9.00 | Complete 1997 claims project re claims (hard copies) from Access database (4.0); organize reports from 1997 claims for review (1.0); organize 2000 claims (hard copies) from Access database (4.0). |
| 9/21/01 | Theodore L Freedman | 2.00 | Prepare brief on claims estimation issues. |
| 9/21/01 | Aaron P Heeringa | 4.00 | Revise MS Access database. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/21/01 | Shirley A Pope | 2.00 | Review correspondence (1.0); review Access database re Manville Trust data forwarded by D. Rourke (1.0). |
| 9/21/01 | Brigitte F Windley | 4.90 | Attend to preparation of materials for review and use at meeting with creditor committee. |
| 9/21/01 | Michael J Stephensen | 3.00 | Review, organize, and create files re W.R. Grace Fresenius Document Collection. |
| 9/21/01 | Benjamin J Alke | 6.50 | Continue organizing year 2000 sample claims (hard copies) forwarded by W. R. Grace (3.0); search for Asbestos Property Damage Claim Form (1.0); update Concordance database re new pleadings (2.5). |
| 9/24/01 | Aaron P Heeringa | 2.00 | Draft MS Access data template. |
| 9/24/01 | James W Kapp | 0.20 | Review Armstrong docket re relevant pleadings. |
| 9/24/01 | Shirley A Pope | 6.00 | Review correspondence (1.2); print attachments to correspondence (.3); update E-mail re Grace main file (.5); prepare documents to be forwarded to G. Becker, Kramer Levin (.5); review ARPC Excel sheet re TLC, DLCO and FVC percentages (.5); review ARPC data re Manville Trust (1.0); prepare documents for review (1.0); update reference files re Grace main file (1.0). |
| 9/24/01 | Sabrina M Mitchell | 0.20 | Respond to requests for central files documents. |
| 9/24/01 | Benjamin J Alke | 6.50 | Complete organization of year 2000 sample claims (hard copies) forwarded by W. R. Grace to A. Running. |
| 9/25/01 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to same. |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/25/01 | Shirley A Pope | 7.00 | Prepare Access database printout (1.0); prepare correspondence to J. Kadish re missing documents forwarded by Grace (.5); review correspondence (.2); print out attachments to correspondence re inclusion in Grace main file. (.3); review correspondence (1.0); update legal research files re Grace main file (1.0); review scientific articles forwarded for Grace main file (.5); update reference files re Grace main file (.5); update document production indices (.5); review expert materials reinoculation in Grace main file (.5); review Access database re exposure history (1.0). |
| 9/25/01 | Janet Baer | 0.50 | Attend to matters re results of meeting with PD and PI Committee counsel. |
| 9/25/01 | Michael J Stephensen | 4.00 | Review and organize Box #30 of document collection materials (2.7); draft and send fax to Jacqueline Kadish re missing pages from documents (1.3). |
| 9/25/01 | Benjamin J Alke | 6.80 | Prepare reports re data files sent from Daniel Rourke (1.6); update Grace Main file re new Deposition files, Background/Reference files, Legal Research files, and Database files (4.0); update Grace main file (1.2). |
| 9/26/01 | James W Kapp | 0.10 | Review pleadings and correspondence and attend to issues re same. |
| 9/26/01 | Shirley A Pope | 2.00 | Review correspondence (1.0); prepare CD-Rolm re Access database to be forwarded to J. Hughes (1.0). |
| 9/26/01 | Samuel A Schwartz | 1.80 | Review and analysis of the docket (.6); review and revision of the motion status chart (.5); telephone conferences with local counsel re pending matters and meetings re same (.7). |
| 9/26/01 | Brigitte F Windley | 2.40 | Research and download precedent case pleadings re expert retention (2.1); respond to attorney request for central file documents (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/26/01 | Benjamin J Alke | 6.50 | Update Concordance database re Key Pleadings index (3.6); prepare copy of 2000 Exposure Report (.5); organize 1997 Claimant files (1.2); prepare 1997 & 2000 Claims Databases to be sent to J. Hughes on a CD (1.2). |
| 9/27/01 | Aaron P Heeringa | 4.00 | Prepare MS Access claims reports. |
| 9/27/01 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to same (.2); review articles pertaining to chapter 11 cases (.1). |
| 9/27/01 | Brigitte F Windley | 3.50 | Research and download case precedent pleadings (2.1); review various case documents received from attorneys to assign central file categories in preparation for central file supplementation by (.6); review online docket for status motion chart update verification (.8). |
| 9/27/01 | Benjamin J Alke | 7.80 | Update Concordance database re Key Pleadings in the 01-01139 case file (1.2); create Concordance report re Key Pleadings (1.2); collaborate with P. Heeringa to create Access reports re 1997 Exposure History (2.0); prepare Access reports (.6); create Access reports re Exposure History by Industry (2.8). |
| 9/28/01 | David M Bernick, P.C. | 1.50 | Prepare for and attend asbestos team meeting. |
| 9/28/01 | Michelle H Browdy | 1.80 | Prepare for and attend weekly K&E asbestos team meeting. |
| 9/28/01 | Mark E Grummer | 1.90 | Telephone conference with R. Emmett re particular site (.1); review EPA memorandum re evaluation of Phase II sampling results (1.0); participate in asbestos team K&E office conference (.4); telephone conference with R. Emmett and J. Baer re Corinth (.2); review and provide email suggestions on draft letter to Mississippi re particular site (.2). |
| 9/28/01 | Timothy S Hardy | 1.30 | Participate in team conference call (1.0); telephone conference with R. Senftleben re particular expert (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/28/01 | Aaron P Heeringa | 2.00 | Set up industry reports. |
| 9/28/01 | Sarah R Marmor | 1.20 | Prepare for and participate in team conference. |
| 9/28/01 | Scott A McMillin | 1.80 | Prepare for and attend litigation strategy meeting. |
| 9/28/01 | Shirley A Pope | 6.00 | Review correspondence (1.0); teleconference meeting with Grace team (2.0); attend to matters re fraudulent conveyance project (.5); review correspondence (.2); print attachments to correspondence re Grace main file (.3); review Grace product history re Access database project (.5); review Access database re exposure (.5); update reference/background materials re Grace main file (1.0). |
| 9/28/01 | Andrew R Running | 1.80 | Participate in internal Kirkland meeting to review status of litigation projects. |
| 9/28/01 | Christopher B Sullivan | 2.00 | Prepare for and attend team strategy/status meeting. |
| 9/28/01 | P Renee Wicklund | 1.50 | Prepare for and participate in W.R. Grace conference call. |
| 9/28/01 | Samuel A Schwartz | 0.60 | Telephone conferences with local counsel re pending matters (.2); drafting of correspondence re same (.4). |
| 9/28/01 | Brigitte F Windley | 2.10 | Research and download pleadings from related litigation (1.2); review various case documents received from attorneys to assign central file category in preparation for central file supplementation by project assistant (.9). |
| 9/28/01 | Janet Baer | 1.80 | Prepare for and attend asbestos team meeting on all matters. |
| 9/28/01 | Sabrina M Mitchell | 0.40 | Update the proof of claims spreadsheet. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/28/01 | Benjamin J Alke | 6.80 | Prepare copies of Claims reports sorted by industry (1.4); prepare copy of Claims report (.8); prepare CD with Exposure History Reports sorted by industry (1.6); update Claims reports and prepare new versions of reports (3.0). |
| 9/30/01 | Shirley A Pope | 4.50 | Organize various binders re fraudulent conveyance issues. |

### Matter 21 - Claim Estimate, Objection and Resolution - Fees

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/10/01 | P Renee Wicklund | 0.80 | Outline CMO brief re procedure on litigating certain claims. |
| 9/04/01 | James W Kapp | 0.90 | Address issues re case management order and telephone conference with D. Carickhoff re same and prepare for anticipated objections re same. |
| 9/04/01 | James W Kapp | 0.50 | Review various proofs of claim filed against the Debtors. |
| 9/04/01 | Sarah R Marmor | 0.70 | Attend to matters re CMO briefing. |
| 9/04/01 | Andrew R Running | 0.40 | Telephone conference with J. Hughes re claims review project. |
| 9/04/01 | Kellye L Fabian | 6.00 | Research for and draft class action outline for CMO reply brief. |
| 9/04/01 | Janet Baer | 4.50 | Review further trial court orders re bar date notices (2.7); conference with K. Kinsella re revising notice plan, publication notice and media campaign re Zonolite (.5); several conferences re coordination of case management objections and reply (.8); begin revisions to claim forms and bar date notice to reflect trade committee comments (.5). |

A-21

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/05/01 | James W Kapp | 0.30 | Telephone conference with D. Carickhoff re issues pertaining to case management motion. |
| 9/05/01 | Reed S Oslan | 2.00 | Study documents re Protein Genetics issues (1.2); work on strategy (.8). |
| 9/05/01 | Andrew R Running | 0.30 | Telephone conference with J. Hughes and D. Rourke re claims review project. |
| 9/05/01 | Kellye L Fabian | 6.00 | Research cases following American Reserve and draft class action argument for CMO reply brief. |
| 9/05/01 | Deanna D Boll | 0.30 | Telephone conference with J. Baer re Grace submission of revisions . |
| 9/05/01 | Janet Baer | 8.20 | Attend to matters re CMO reply brief and related issues (.5); further revise Bar Date Order, definitions and claim forms to reflect trade committee comments (2.0); prepare detailed outline of reply re Bar Date Notice and Plan and revise same (5.7). |
| 9/06/01 | Andrew R Running | 2.70 | Begin drafting outline of CMO reply brief re same. |
| 9/06/01 | Andrew R Running | 5.60 | Telephone conference with J. Hughes and D. Rourke re claims review project (1.0); review asbestos claims histories and projections for Grace and other asbestos defendants (4.6). |
| 9/06/01 | Kellye L Fabian | 4.50 | Research and draft class certification argument for CMO reply brief. |
| 9/06/01 | P Renee Wicklund | 6.20 | Outline attic fill litigation plan for case management order (3.4); research re procedural issues for same (2.8). |
| 9/06/01 | Deanna D Boll | 8.70 | Draft submission of revisions, model certification, notice to attorneys, Hughes affidavit and review precedent re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/06/01 | Janet Baer | 5.90 | Review and further revise bar date notice and related forms to reflect Trade Committee comments (2.0); conference with A. Kreiger re same (.3); internal conferences re Case Management Reply and related matters (.5); review, revise and supplement outline on Bar Date Notice Reply (1.8); review additional case law and trial court orders re notice issues (1.3). |
| 9/07/01 | Andrew R Running | 4.50 | Analyze database of randomly selected claims (3.6); complete first draft of outline of key findings from that review (1.9). |
| 9/07/01 | Deanna D Boll | 3.40 | Edit and revise bar date reply pleadings and exhibits and analyze amended notices and claim forms (3.2); draft correspondence to J. Hughes re affidavit (.2). |
| 9/07/01 | Janet Baer | 7.20 | Review and revise with additional case law bar date outline (3.0); review draft motion and exhibits re actual notice issue on bar date (.7); review further case law and trial court pleadings and orders re same (2.0); review property damage committee's objection to case management motion (1.0); conference with A. Kreiger re comments to claim forms and bar date order (.5). |
| 9/09/01 | Kellye L Fabian | 2.00 | Research and draft class certification argument for CMO reply brief. |
| 9/09/01 | P Renee Wicklund | 5.00 | Outline reply brief in support of debtors' motion for entry of a case management order. |
| 9/09/01 | Janet Baer | 2.20 | Review rest of property damage objection to case management order and exhibits thereto (1.5); review and revise draft affidavit and motion re actual notice (.7). |
| 9/10/01 | Sarah R Marmor | 0.50 | Attend to matters re CMO outline. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/10/01 | Andrew R Running | 5.60 | Telephone conference with D. Rourke re claims data (.4); review Rourke's motion for summary re same (.2); review Property Damage committee's response brief and exhibits in opposition to Grace's CMO (2.7); attend to matters re same (.1); conference with R. Wicklund re legal research on claim form objections (.5); continue review of claims database (1.7). |
| 9/10/01 | Kellye L Fabian | 9.00 | Draft class action argument outline for CMO reply brief. |
| 9/10/01 | P Renee Wicklund | 2.00 | Draft outline of reply brief in support of Grace's proposed CMO. |
| 9/10/01 | Deanna D Boll | 3.70 | Review and analyze property damages and personal injury committee objections to bar date motion and consider issues re same (3.0); edit and revise Hughes affidavit (.7). |
| 9/10/01 | Brigitte F Windley | 1.30 | Review and categorize new proofs of claims received for indexing. |
| 9/10/01 | Janet Baer | 3.50 | Conference with K. Kinsella via telephone re CMO response (.5); review PI Committee and Trade Committee objections to CMO and outline same (3.0). |
| 9/10/01 | Janet Baer | 0.30 | Conference with CNA re claims. |
| 9/11/01 | David M Bernick, P.C. | 1.50 | Review of property damage brief re CMO matter. |
| 9/12/01 | Theodore L Freedman | 4.50 | Draft brief on estimation issues. |
| 9/12/01 | Sarah R Marmor | 0.50 | Review and annotate briefs filed in opposition to CMO. |
| 9/12/01 | Scott A McMillin | 0.50 | Review personal injury committee's opposition to case management plan. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/01 | Andrew R Running | 5.30 | Review Personal Injury Commitee Brief and exhibits in opposition to Grace's CMO motion, including Peterson affidavit and exhibits (2.7); review particular opinion and write e-mail re same (.5); conference with E. Leibenstein re recent claims experience of other major asbestos defendants (.3); conference with D.Bernick re actuarial and claims review issues (.2); telephone conference with D. Rourke re same (.3); telephone conference with J. Hughes re same (.1); continue review of claims database (1.2). |
| 9/12/01 | Christopher B Sullivan | 2.00 | Review opposition briefs in Debtor's motion for case management order. |
| 9/12/01 | Kellye L Fabian | 5.50 | Draft class certification outline for CMO reply brief (3.0); research permissible contact with potential claimants (2.5). |
| 9/12/01 | P Renee Wicklund | 3.30 | Outline reply brief in support of debtors' motion for entry of a case management order. |
| 9/12/01 | Brigitte F Windley | 1.20 | Review and categorize new proofs of claims received for inclusion in spreadsheet. |
| 9/12/01 | Janet Baer | 5.00 | Review Hilsee affidavit for meeting on case and case management (1.0); attend to matters re case management objections and response to same (2.0); conference with K. Kinsella re notice issues (.5); attend to matters re CMO (.5); prepare outline of PD Committee objection to CMO (1.0). |
| 9/13/01 | Theodore L Freedman | 4.50 | Prepare brief on claim estimation issues. |
| 9/13/01 | Timothy S Hardy | 0.80 | Review PI and PD responses to CMO. |
| 9/13/01 | Sarah R Marmor | 1.00 | Continue reviewing CMO opposition documents. |
| 9/13/01 | Sarah R Marmor | 1.70 | Draft reply brief outline. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/13/01 | Scott A McMillin | 2.40 | Review asbestos personal injury committee's opposition to motion for case management order and draft outline of same. |
| 9/13/01 | Andrew R Running | 7.50 | Telephone conference with G. Berra of Grace re configuration of sample claims database (.5); telephone conference with D. Rourke re his analysis of the sample claims (.6); review and outline possible arguments based on sample claims (4.3); continue review and summarization of comparable aspects of other asbestos proof of claims forms (2.1). |
| 9/13/01 | Kellye L Fabian | 6.00 | Review Property Committee's response brief (3.0); draft class certification argument outline (3.0). |
| 9/13/01 | P Renee Wicklund | 3.50 | Outline reply brief in support of proposed case management order. |
| 9/13/01 | Janet Baer | 3.30 | Revise and finalize outline re Property Damage Committee objection to CMO (1.3); review new draft short form and t.v. notices (.5); telephone conference with K. Kinsella re same and Hilsee affidavit points (1.5). |
| 9/14/01 | Theodore L Freedman | 4.50 | Prepare brief on claim estimation issues. |
| 9/14/01 | Timothy S Hardy | 0.20 | Review PD opposition to CMO. |
| 9/14/01 | Andrew R Running | 6.90 | Attend to matters re review available claims data and select data to be included in specific claims reports (1.3); continue review and analysis of claims data in preparation for drafting case management order reply brief (4.6); continue review of comparable claims forms (.7); telephone conversation with J. Hughes re status of inputting of claims data (.3). |
| 9/14/01 | Kellye L Fabian | 6.00 | Draft and revise class action argument for CMO reply brief. |
| 9/14/01 | P Renee Wicklund | 1.00 | Legal research re specificity required in claims forms (1.0); collect cases re same from toxic tort context (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/14/01 | Deanna D Boll | 0.50 | Consider computer technology language for notice to attorneys. |
| 9/14/01 | Janet Baer | 1.70 | Review files re Hilsee program (.5); telephone conference with K. Kinsella re Hilsee Objection to Grace Bar Date program (1.2). |
| 9/15/01 | Theodore L Freedman | 4.50 | Prepare brief on client estimation issues. |
| 9/15/01 | Janet Baer | 5.00 | Prepare chart re Hilsee affidavit/objections to Notice program and responses to same (2.8); review objections re proof of claim forms and prepare chart re same (1.5); revise chart re PD Objections on notice and claim forms (.7). |
| 9/17/01 | Theodore L Freedman | 4.00 | Prepare brief on claim estimation issues. |
| 9/17/01 | Sarah R Marmor | 0.50 | Revise CMO outline. |
| 9/17/01 | Andrew R Running | 4.10 | Draft outline of certain sections of the case management order reply brief (3.6); review sections of the CMO outline (.5). |
| 9/17/01 | P Renee Wicklund | 0.50 | Revise outline for CMO brief response. |
| 9/17/01 | Janet Baer | 5.60 | Various correspondence re objections to CMO (.5); review and revise charts re Hilsee affidavit and Proof of Claim forms (1.5); review notices in light of objections of PD Committee to CMO (.8); review draft outline of CMO Reply (.5); conference with K. Kinsella and W. Sparks via telephone re Zonolite issues (.5); review case law cited in CMO objections (2.0); review outline of Hilsee affidavit in preparation for meeting with W. Sparks (.3). |
| 9/18/01 | Theodore L Freedman | 3.00 | Prepare brief on claims estimation issues. |

A-27

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/18/01 | Timothy S Hardy | 1.60 | Prepare for and participate in team conference call. |
| 9/18/01 | James W Kapp | 0.40 | Review particular proof of claim and attend to issues re same. |
| 9/18/01 | Sarah R Marmor | 0.50 | Attend to matters re CMO brief and possible revisions to outline. |
| 9/18/01 | Andrew R Running | 0.40 | Review draft outline of case management order reply brief. |
| 9/18/01 | P Renee Wicklund | 1.70 | Draft outline re issues for common adjudication to be included in reply in support of CMO entry. |
| 9/18/01 | Deanna D Boll | 4.50 | Analyze CMO reply issues re estimation and manner of notice. |
| 9/18/01 | Janet Baer | 4.40 | Review revised CMO Reply outline in preparation for meeting re same (.3); revise task chart for CMO Reply (.5); conference with K. Kinsella and W. Sparks via telephone re CMO/Zonolite issues (2.0); review news article re asbestos fire proofing (.3); review re-drafts of TV ad and short form notice (.3); review new case law re notice cases (1.0). |
| 9/19/01 | Theodore L Freedman | 3.00 | Prepare brief on claims estimation issues. |
| 9/19/01 | Sarah R Marmor | 1.20 | Revise draft outline re CMO matter and attend to matters re same. |
| 9/19/01 | Kellye L Fabian | 1.30 | Review and revise class action argument for reply brief. |
| 9/19/01 | Deanna D Boll | 1.50 | Telephone conference with notice expert re revisions to notice plan. |
| 9/19/01 | Janet Baer | 4.30 | Further review of case law and revised CMO Reply outline and attend to matters re same (1.3); conference with K. Kinsella and Grace personnel re questions in notice plan and development of same (2.5); attend to matters re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/20/01 | David M Bernick, P.C. | 0.50 | Attend to matters re class outline. |
| 9/20/01 | Theodore L Freedman | 4.00 | Prepare brief on claims estimation issues. |
| 9/20/01 | James W Kapp | 0.30 | Review Creditor Committee response to case management order. |
| 9/20/01 | Reed S Oslan | 2.00 | Work on potential claim. |
| 9/20/01 | Andrew R Running | 4.00 | Telephone conversation with J. Hughes re claims database (.4); telephone conversation with D. Rourke re claims analysis (.5); confer with P. Heeringa re database report preparation (.5); continue review of sample claim database in preparation for drafting case management order reply brief (2.6). |
| 9/20/01 | Kellye L Fabian | 0.30 | Attend to matters re class action argument for reply brief. |
| 9/20/01 | Kellye L Fabian | 2.00 | Draft and revise class action section of brief. |
| 9/20/01 | Deanna D Boll | 3.80 | Review estimation precedent and prepare response to committees and telephone conference with T. Freedman and J. Baer re same. |
| 9/20/01 | Brigitte F Windley | 1.40 | Review and categorize new proofs of claims. |
| 9/20/01 | Janet Baer | 7.10 | Conference with R. Finke re telephone survey issues (.3); conference with K. Kinsella and J. Dahl (Rust) via telephone re 800# and claims process (1.0); attend to matters re same (.5); prepare memo on revisions to CMO exhibits (2.0); conference with D. Cameron re telephone survey (.3); prepare revised outline of reply and notice issues (2.5);attend to matters re estimation process and 524(g) (.5). |

A-29

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/21/01 | Andrew R Running | 3.90 | Telephone conference with D. Rourke re claims analysis (.3); telephone conference with J. Hughes re claims database status (.2); attend to matters re preparations for meeting with Property Damage Committee re POC forms (.2); prepare outline of Peterson's objections to the Personal Injury Claims Form with Grace's responses (3.2). |
| 9/21/01 | Kellye L Fabian | 2.00 | Draft and revise class action section of reply brief. |
| 9/21/01 | Deanna D Boll | 2.70 | Review estimation precedent. |
| 9/21/01 | Janet Baer | 7.30 | Attend to matters re property damage committee's objections on case management plan and notice issues (1.0); review and assemble documents re meeting with property committee on same (3.3); conference with K. Kinsella via telephone re further revisions to notices for plan (.5); review revised notices and tv spot (.5); prepare outline of key objections to case management order for Monday meeting with PD Committee (1.0); prepare notice versions for meeting with PD Committee (.5); review memo on privilege issues for telephone survey (.5). |
| 9/22/01 | Theodore L Freedman | 3.00 | Prepare brief on claims estimation issues. |
| 9/22/01 | Janet Baer | 0.50 | Correspondence re telephone survey and class action notices. |
| 9/23/01 | Janet Baer | 1.00 | Review Proof of Claim forms in preparation for meeting with property damage committee (.5); review objections to Notice Program and Proof of Claim forms (.5). |
| 9/24/01 | Theodore L Freedman | 3.00 | Prepare brief on claims estimation issues. |
| 9/24/01 | Kellye L Fabian | 3.00 | Draft and revise class action section of CMO reply brief. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/25/01 | Theodore L Freedman | 2.50 | Draft brief on claims estimation matters. |
| 9/25/01 | Kellye L Fabian | 7.00 | Draft and revise class action section of CMO reply brief. |
| 9/25/01 | Deanna D Boll | 4.50 | Draft estimation argument for CMO reply and review precedent orders re same. |
| 9/26/01 | Theodore L Freedman | 2.50 | Prepare brief on claims estimation issues. |
| 9/26/01 | Timothy S Hardy | 0.60 | Telephone conferences with D. Cameron (.2); attend to matters re CMO response brief (.4). |
| 9/26/01 | James W Kapp | 0.50 | Telephone conference with D. Siegel re notice issues and attend to same. |
| 9/26/01 | Sarah R Marmor | 1.00 | Revise and circulate CMO draft. |
| 9/26/01 | Andrew R Running | 4.50 | Telephone conferences with J. Hughes re product identification issues noted in claims review (.4); continue analysis of sample claims (3.6); attend to matters re preparation of summary claims reports (.5). |
| 9/26/01 | Andrew R Running | 0.30 | Review revised outline of case management order reply brief. |
| 9/26/01 | Kellye L Fabian | 7.00 | Draft class action section of case management order reply brief. |
| 9/26/01 | Janet Baer | 4.80 | Various correspondence re Kinsella Notice Plan (.5); prepare circulation re revised notices (.2); prepare revised outline on Notice and Claims for reply on CMO and review documents re same (3.3); various conferences re notice issues (.5); review revised CMO Reply outline (.3). |
| 9/26/01 | Business/Ind Research | 0.50 | Business/Industry Research. |
| 9/27/01 | David M Bernick, P.C. | 1.00 | Revisions to class action outline for CMO reply brief. |

A-31

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/27/01 | Theodore L Freedman | 1.20 | Prepare brief on claims estimation issues. |
| 9/27/01 | Andrew R Running | 0.30 | Telephone conversation with D. Rourke re his claims analysis. |
| 9/27/01 | Kellye L Fabian | 7.00 | Draft class action section of case management order reply brief. |
| 9/27/01 | Janet Baer | 2.40 | Participate in conference call re notice and bar date plan (.8); further conferences re same (.5); review notices (.3); several conferences re revising notices and review same (.8). |
| 9/27/01 | Business/Ind Research | 2.00 | Business/Industry Research. |
| 9/28/01 | David M Bernick, P.C. | 0.80 | Attend to matters re notice issues. |
| 9/28/01 | Michelle H Browdy | 7.20 | Work on revised draft of structure for potential CMO hearing (4.0); work on edits of outline of the case (3.2). |
| 9/28/01 | Theodore L Freedman | 1.50 | Prepare brief on claims estimation issues. |
| 9/28/01 | Andrew R Running | 5.30 | Telephone conversation with D. Rourke re claims analysis project (.4); continue analysis of sample claims in preparation for drafting case management order reply brief (2.6); draft portions of case management order reply brief (2.3). |
| 9/28/01 | Brigitte F Windley | 0.50 | Review and categorize new proofs of claims. |
| 9/28/01 | Janet Baer | 5.40 | Conference with D. Seigel re notice issues on Europe, Saudi Arabia and related Pacific Rim areas and issues associated with same (.4); review various materials for Reply Brief (1.0); conference with D. Bernick re revising Bar Date Notices and Reply for CMO (1.0); prepare portions of Reply Brief re Notice Program and Proofs of Claim (3.0). |

A-32

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/28/01 | Business/Ind Research | 5.00 | Business/Industry Research. |
| 9/29/01 | David M Bernick, P.C. | 0.50 | Revisions to notice sections of CMO reply brief. |
| 9/29/01 | Michelle H Browdy | 2.80 | Finish/circulate draft CMO hearing structure (2.0); edit revised outline of case (.8). |
| 9/29/01 | Kellye L Fabian | 1.00 | Edit/revise class action section of CMO reply brief. |
| 9/30/01 | Kellye L Fabian | 1.00 | Revise/edit class action section of CMO reply brief. |

## Matter 22 - Contested Matters/Adversary Proceedings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/20/01 | Legislative Research | 1.50 | Legislative Research History. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/22/01 | Daryl L Joseffer | 0.30 | Attend to matters re causation issues. |
| 8/31/01 | Bibliographic Research | 2.00 | Bibliographic Research List of publications. |
| 8/31/01 | Bibliographic Research | 3.00 | Bibliographic Research Publications by experts. |
| 9/01/01 | Timothy S Hardy | 2.50 | Review ATSDR mortality report and EPA Libby memoranda (1.2); review depositions (1.3). |
| 9/04/01 | Michelle H Browdy | 1.00 | Follow-up on document retention issues (.4); legal issues re fraudulent conveyance claim (.6). |
| 9/04/01 | Timothy S Hardy | 2.80 | Review MRI report re Libby sampling (.3); telephone conference with D. Kuchinsky re expert calls (1.2); review ATSDR report and documents on EPA's Libby CD (1.3). |
| 9/04/01 | Scott A McMillin | 0.50 | Review subpoena re Libby records and telephone conferences with R. Finke. |
| 9/04/01 | Reed S Oslan | 2.00 | Work on litigation issues re certain transactions (1.6); calls from Ahern re same (.4). |
| 9/04/01 | Andrew R Running | 6.10 | Participate in internal Kirkland meeting to review status of litigation projects (1.7); telephone conversation with D. Rourke re actuarial issues (.3); review literature search results re experts (2.6); review claims reports re other asbestos defendants (1.5). |
| 9/04/01 | P Renee Wicklund | 1.50 | Participate in W.R. Grace conference call re contested asbestos claims. |
| 9/04/01 | Janet Baer | 2.20 | Review current preliminary injunction re scope issues on collateral litigation (.3); prepare correspondence re Smolker lift stay and internal conferences re same (.8); review Draft consent Decree re Libby access case (1.1). |
| 9/05/01 | Michelle H Browdy | 0.80 | Follow-up on fraudulent conveyance issues re document review (.3); witness interviews (.3); analysis of legal issues (.2). |

A-34

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/05/01 | Mark E Grummer | 0.50 | Organize and file Libby venue motion materials and other Libby-related materials. |
| 9/05/01 | Timothy S Hardy | 0.80 | Review memoranda re experts. |
| 9/05/01 | Scott A McMillin | 3.00 | Work on response to subpoena re Maryland Casualty (.3); internal conferences re fraudulent transfer claims (.4); work on outlines for defense of fraudulent transfer claims (2.3). |
| 9/05/01 | Andrew R Running | 5.20 | Telephone conference with R. Finke and D. Cameron re experts (.4); prepare outline for initial telephone interviews of potential experts (1.2); continue review of deposition testimony of and articles by experts (3.6). |
| 9/05/01 | Christopher B Sullivan | 3.40 | Update document preservation and collection memorandum (1.2); draft presentation materials in opposition to motion for the establishment of a repository (2.2). |
| 9/05/01 | Janet Baer | 1.20 | Attend to matters re status of various collateral litigation (.5); various communications re Libby access case proposed settlement (.4); revise motion re Magnabosco matter (.3). |
| 9/06/01 | Michelle H Browdy | 2.70 | Introductory discussions with Beber & Price Waterhouse, and preparation for September interviews with same. |
| 9/06/01 | Timothy S Hardy | 1.20 | Telephone conferences with D. Kuchinsky and B. Price re ATSDR. |
| 9/06/01 | Scott A McMillin | 9.50 | Prepare materials for hearing on motion to prosecute fraudulent transfer claims (3.0); review Board of Directors' minutes and update outlines re fraudulent transfer claims (6.5). |
| 9/06/01 | Reed S Oslan | 2.00 | Study litigation issues re redemption of preferred stock. |
| 9/06/01 | Christopher B Sullivan | 0.30 | Review and comment on expert outline. |