| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/06/01 | Janet Baer | 2.10 | Review draft Libby access case consent order (.5); participate in conference call with clients re Libby status hearing, pre-trial and access settlement (.8); further revise consent order in access case (.5); review Libby EPA Pre-trial Statement and discovery Plan (.3). |
| 9/07/01 | Michelle H Browdy | 2.50 | Review 1st 7 boxes of document's from Grace re fraudulent conveyance transactions. |
| 9/07/01 | Sarah R Marmor | 1.00 | Review and annotate draft litigation protocol outline. |
| 9/07/01 | Scott A McMillin | 5.50 | Review Board minutes and update fraudulent transfer outlines (2.0); legal research re shareholder inspection rights (2.5); review fraudulent transfer pleadings and draft memorandum re same (.7); conference with client re document collection efforts (.3). |
| 9/08/01 | Michelle H Browdy | 0.70 | Review boxes 8-12 from Grace re fraudulent conveyance documents transactions at issue. |
| 9/09/01 | Michelle H Browdy | 2.50 | Review boxes 17-20 re fraudulent conveyance documents (2.0); start review/analysis of proxy statement and 10ks in preparation for witness interview (.5). |
| 9/10/01 | Michelle H Browdy | 2.80 | Review/analyze remainder of first 21 boxes on asbestos transactions. |
| 9/10/01 | Scott A McMillin | 6.20 | Review SEC filings and update fraudulent transfer outlines (5.5); internal conferences re fraudulent transfer claims (.3); telephone conferences re Smolker lawsuit (.2); conference with F. Zaremby re document production (.2). |
| 9/10/01 | Andrew R Running | 0.50 | Telephone conference with D. Cameron and R. Finke re experts. |
| 9/10/01 | P Renee Wicklund | 7.00 | Research re defective product (2.4); research re litigation procedures allowed under Chapter 11 (4.6). |
| 9/10/01 | Janet Baer | 0.50 | Various litigation matters and revise correspondence re Wood, King, et al. |

A-36

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/11/01 | Scott A McMillin | 0.30 | Attend to matters re fraudulent transfer claims. |
| 9/12/01 | David M Bernick, P.C. | 3.00 | Review of claimant briefs. |
| 9/12/01 | Scott A McMillin | 0.20 | Attend to matters re fraudulent transfer claims. |
| 9/12/01 | Janet Baer | 0.30 | Confer with K. Lund re comments on access case consent decree. |
| 9/13/01 | Michelle H Browdy | 0.60 | Work on accounting issues re fraudulent transfer allegation. |
| 9/13/01 | Timothy S Hardy | 1.40 | Draft memorandum re Libby ATSDR reports (1.1); telephone conferences with D. Kuchinsky and B. Price re same (.3). |
| 9/13/01 | Scott A McMillin | 3.80 | Prepare for and meet with D. Zott re accounting and fraudulent transfer issues (.8); review SEC filings and update fraudulent transfer outlines (3.0). |
| 9/13/01 | Reed S Oslan | 2.00 | Consider case against officers and directors. |
| 9/13/01 | P Renee Wicklund | 2.00 | Research re precedent in multi-district litigation toxic tort cases. |
| 9/13/01 | Janet Baer | 1.20 | Review newest version of Libby consent decree and prepare correspondence re same (.7); review correspondence on Smolker re discovery andprepare memo re same (.5). |
| 9/14/01 | Michelle H Browdy | 1.40 | Work on accounting issues (1.1); conference call with bankers' counsel (.3). |
| 9/14/01 | Timothy S Hardy | 1.30 | Draft memorandum to A. Running re personal injury claims (1.0); telephone conference with D. Kuchinsky re EPA memorandum (.3). |
| 9/14/01 | Scott A McMillin | 4.30 | Review SEC filings and annual reports and update fraudulent transfer binders (3.3); draft response to subpoena in Maryland action (.7); arrange for service of Smolker pleadings (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/14/01 | Reed S Oslan | 2.00 | Consider claims re failure to redeem preferred stock and consider strategy re same. |
| 9/14/01 | Janet Baer | 0.30 | Review article on status of Asbestos case. |
| 9/15/01 | Michelle H Browdy | 2.10 | Review fraudulent conveyance documents (1.5); outline fraudulent conveyance document issues (.7). |
| 9/16/01 | Michelle H Browdy | 1.70 | Review/analyze expert reports from relevant fraudulent conveyance actions for potential use in Grace (1.0); continue review/analysis of key fraudulent conveyance (.7). |
| 9/16/01 | Scott A McMillin | 0.20 | Attend to matters re fraudulent transfer claims. |
| 9/17/01 | Michelle H Browdy | 1.70 | Work on legal analysis re fraudulent conveyance claims. |
| 9/17/01 | Timothy S Hardy | 1.30 | Edit ATSDR memorandum. |
| 9/17/01 | Scott A McMillin | 5.80 | Review annual reports and committee minutes and update fraudulent transfer outlines (4.5); internal conferences re fraudulent transfer issues (.3); draft response to document subpoena and internal conferences and research re same (1.0). |
| 9/17/01 | Kellye L Fabian | 1.00 | Research permissible contact with potential claimants. |
| 9/17/01 | Janet Baer | 0.80 | Review draft response on document subpoena and internal conferences re same (.3); conference with W. Sparks and G. Olin re personal injury case (.3); conference with Grace defense counsel re same (.2). |
| 9/18/01 | David M Bernick, P.C. | 0.30 | Telephone conference with S.Baena. |
| 9/18/01 | Timothy S Hardy | 0.60 | Edit and recirculate ATSDR memorandum. |
| 9/18/01 | Scott A McMillin | 7.20 | Work on fraudulent transfer factual outlines. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/18/01 | Reed S Oslan | 1.50 | Study fraudulent conveyance documents and consider status. |
| 9/18/01 | Andrew R Running | 0.70 | Telephone conference with D. Cameron and R. Finke re experts. |
| 9/18/01 | Janet Baer | 0.70 | Confer with S. Ahern via telephone re American Breeders issues (.2); internal conferences re same (.2); review correspondence re same (.3). |
| 9/19/01 | Michelle H Browdy | 6.10 | Reviewing/analyzing critical fraudulent conveyance documents and editing outline re same. |
| 9/19/01 | Scott A McMillin | 3.30 | Legal research re fraudulent transfer statutes in various states and conflicts of law issues. |
| 9/19/01 | Andrew R Running | 1.90 | Telephone conversation with D. Rourke re data claims analysis (.3); telephone conference with J. Hughes re claims summarization project (.2); attend to matters re ZAI telephone survey (.2); review literature re criteria to be used in analysis of sample claims (1.2). |
| 9/19/01 | Kellye L Fabian | 1.20 | Draft memorandum re permissible contact with potential claimants. |
| 9/19/01 | Janet Baer | 0.20 | Review correspondence re American Breeders matter. |
| 9/20/01 | David M Bernick, P.C. | 1.00 | Conference with S. Marmor re brief outline and review of outline. |
| 9/20/01 | Michelle H Browdy | 5.30 | Finish editing draft of fraudulent conveyance outline (3.3); preparation for 9/21 witness interview (2.0) |
| 9/20/01 | James W Kapp | 0.20 | Review recent circuit opinion re fraudulent conveyance claims and attend to issues re same. |
| 9/20/01 | Scott A McMillin | 9.30 | Legal research re fraudulent transfer claims under various state laws (4.5); review Grace documents re Sealed Air and Fresenius transactions and draft memorandum re same (3.0); revise fraudulent transfer outlines (1.8). |
| 9/21/01 | David M Bernick, P.C. | 1.00 | Revisions to outline on reply brief. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/21/01 | Michelle H Browdy | 9.10 | Prepare for meeting with B. Beber re fraudulent conveyance action and follow up (5.8); continue review/analysis of critical documents re fraudulent conveyance actions (3.3). |
| 9/21/01 | Scott A McMillin | 10.30 | Prepare for and meet with B. Beber re Sealed Air and Fresenius transactions (5.8); legal research re fraudulent transfer issues (2.0); review expert reports and analyze fraudulent transfer solvency issues (2.5). |
| 9/23/01 | David M Bernick, P.C. | 4.50 | Drafting outline for F. McGovern. |
| 9/24/01 | Scott A McMillin | 6.30 | Review and revise outlines re defense of fraudulent transfer claims. |
| 9/24/01 | Andrew R Running | 3.10 | Analyze sample claims reports in preparation for drafting of case management order reply brief. |
| 9/25/01 | Scott A McMillin | 2.30 | Revise fraudulent transfer defense outlines. |
| 9/26/01 | James W Kapp | 0.20 | Attend to issues re preference demand made by third party. |
| 9/26/01 | Scott A McMillin | 0.80 | Review Exxon motion for summary judgment and analyze responses. |
| 9/26/01 | Andrew R Running | 0.20 | Telephone conference with T. Hardy re expert issues. |
| 9/26/01 | Janet Baer | 0.70 | Review Jackson complaint re Grace (.3); review correspondence re Noble & Whitemarsh subpoena (.1); review Exxon Mobil Motion for Summary Judgment and Memo in Support (.3). |
| 9/26/01 | Roger J Higgins | 0.80 | Attend to matters re fiduciary obligations of a professional. |
| 9/27/01 | David M Bernick, P.C. | 0.50 | Attend to matters re revised notice outline. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/27/01 | Timothy S Hardy | 1.80 | Review Bragg materials (.2); telephone conference with A. Running re G. Bragg (.3); telephone conference with B. Price re meeting (.2); telephone conference with expert re meeting with us (.3); draft memorandum re same (.8). |
| 9/27/01 | James W Kapp | 0.30 | Attend to issues re notice of claim and professional responsibility implications. |
| 9/27/01 | James W Kapp | 0.20 | Telephone with J. Restivo re particular litigation matter. |
| 9/27/01 | Scott A McMillin | 7.50 | Research and draft outline re choice of law issues (6.7); review motion for summary judgment and internal conferences re same (.5); conferences with client re subpoena in Gerard action (.3). |
| 9/27/01 | Andrew R Running | 0.40 | Telephone conference with D. Cameron and R. Finke re fiber drift experts. |
| 9/27/01 | Christopher B Sullivan | 2.00 | Revise document repository memorandum (1.0); draft chronology of Zonolite Corporation (1.0). |
| 9/27/01 | Janet Baer | 1.80 | Confer with N. Alt re Smolker matter (.5); prepare letter re Ecopatral (.5); internal conferences re summary judgment motion, discovery subpoenas and related matters (.8). |
| 9/27/01 | Roger J Higgins | 0.80 | Legal research on fiduciary obligations of a professional. |
| 9/28/01 | Scott A McMillin | 7.00 | Prepare key document binders re fraudulent transfer issues (2.5); revise fraudulent transfer defense outlines (4.5). |
| 9/28/01 | Janet Baer | 0.70 | Revise letter re Ecopetraland and confer with N. Alt re same (.5); attend to matters re discovery issues (.2). |
| 9/29/01 | Michelle H Browdy | 4.00 | Work on fraudulent conveyance legal issues outline. |
| 9/29/01 | Sarah R Marmor | 0.50 | Gather materials for Peterson deposition (.3); attend to matters re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/30/01 | Michelle H Browdy | 8.00 | Edit revised outline of case (3.0); work on key fraudulent conveyance document set (3.0); work on redacted versions of outline (1.0); draft explanatory cover letter (1.0). |
| 9/30/01 | Sarah R Marmor | 0.50 | Attend to matters re materials to gather for Peterson deposition. |
| 9/30/01 | Scott A McMillin | 7.60 | Revise and redact fraudulent transfer outlines (5.6); prepare for fraudulent transfer meeting with Sealed Air and Fresenius (2.0). |
| 9/30/01 | Roger J Higgins | 2.00 | Legal research on fiduciary obligations of professionals. |

## Matter 24 - Creditors Committee - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | Samuel A Schwartz | 7.40 | Drafting of the response to the Trustee's objection (3.2); research re same (2.1); meetings re same (.2); negotiation of the property damage confidentiality agreement (.8) and revision of same (1.1). |
| 9/05/01 | James W Kapp | 1.20 | Telephone conference with M. Zaleski re case management order and attend to issues re same (.9); telephone conference with J. Sakalo re depository motion and fraudulent conveyance motion and attend to same (.3). |
| 9/05/01 | Samuel A Schwartz | 1.70 | Research and analysis re Trustee's objection (1.3); meetings re same (.4). |
| 9/05/01 | Samuel A Schwartz | 2.30 | Negotiation of the confidentiality agreements with the Property Damage Committee (.6); the Commercial Committee (.8); and the Equity Committee (.3); telephone conferences with the client re same (.2); review of the proposed agreement of the Personal Injury Committee (.4). |
| 9/06/01 | James W Kapp | 0.40 | Telephone conference with R. Raskin re depository motion (.2); telephone conference with M. Zaleski re Honeywell motion to lift stay (.2). |
| 9/06/01 | James W Kapp | 1.20 | Telephone conferences with J. Sakalo and D. Carickhoff re depository motion and attend to issues re same (.6); telephone conference with J. Sakalo re case management order and attend to issues re same (.6). |
| 9/06/01 | Samuel A Schwartz | 4.40 | Revision of the response to the Trustee's objection and meetings re same (2.3); conduct research re same (2.1). |
| 9/07/01 | James W Kapp | 0.50 | Telephone conference with J. Sakalo re proposed meeting with property damage committee and attend to issues re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/07/01 | Samuel A Schwartz | 4.90 | Review and revision of the Trustee response (2.6); research and analysis re same (1.3); meetings re same (.3); review and negotiation of the Personal Injury and Equity Committee confidentiality agreements (.7). |
| 9/10/01 | James W Kapp | 0.30 | Telephone conference with J. Sakalo re meeting with property damage committee (.1); telephone conference with R. Raskin re exclusivity, case management motion and meeting of financial advisors (.2). |
| 9/10/01 | Samuel A Schwartz | 4.30 | Review and revision of the Trustee response (2.1); research and analysis re same (1.3); meetings re same (.4); negotiation of the Equity Committee confidentiality agreement (.5). |
| 9/12/01 | Samuel A Schwartz | 1.30 | Negotiation and finalization of the Personal Injury Committee and Equity Committee Confidentiality Agreements. |
| 9/13/01 | James W Kapp | 0.80 | Telephone conference with R. Raskin re case management order and fraudulent conveyance and attend to issues re same and prepare Federal Express package (.5); telephone conference with M. Zaleski re preliminary injunction (.1); address issues re confidentiality agreements (.2). |
| 9/13/01 | Samuel A Schwartz | 2.10 | Revision of the response to the Trustee's motion (1.8); meeting re same (.3). |
| 9/13/01 | Janet Baer | 0.40 | Conference with A. Kreiger re update on CMO, lift stay motions and case status. |
| 9/14/01 | Samuel A Schwartz | 1.90 | Negotiation of the Personal Injury Committee confidentiality agreement (.3); revision of the response to the Trustee's objection (1.3); meetings re same (.3). |
| 9/17/01 | James W Kapp | 0.60 | Telephone conference with J. Sakalo re interim compensation order and review same. |
| 9/17/01 | Samuel A Schwartz | 0.50 | Review and analysis of the Personal Injury Committee's Confidentiality Agreement (.3); drafting of correspondence re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/19/01 | Samuel A Schwartz | 1.30 | Review and revision of the response to the Trustee's objection (.3) and meetings re same (.2); negotiation of the personal injury committee's confidentiality agreement (.2); revision of same (.5); conferences with the client re same (.1). |
| 9/20/01 | David M Bernick, P.C. | 0.50 | Conference call with D. Siegel re committee meeting and F. McGovern. |
| 9/21/01 | James W Kapp | 0.50 | Telephone conference with D. Siegel re document requests by the Creditors Committee (.4); telephone conference with R. Raskin re same (.1). |
| 9/21/01 | Samuel A Schwartz | 1.20 | Telephone conferences with the personal injury committee re confidentiality agreements (.3); drafting of correspondence re same (.3); revision of the Trustee response (.6). |
| 9/23/01 | David M Bernick, P.C. | 2.50 | Prepare for meeting with committee. |
| 9/24/01 | David M Bernick, P.C. | 2.00 | Prepare for meeting with committee (1.0); review pleadings in preparation for meeting with property damage committee (1.0). |
| 9/24/01 | David M Bernick, P.C. | 4.00 | Meeting with S. Baena and J. Lockwood. |
| 9/24/01 | James W Kapp | 1.00 | Telephone conference with R. Raskin re document requests (.2); telephone conference with D. Siegel re Creditors Committee document request (.1); telephone conference with M. Zaleski re Hawaiian settlement (.1); review precedent re authority of committees to pursue claims of debtors (.4); telephone conference with M. Zaleski re status of chapter 11 case (.2). |
| 9/24/01 | Janet Baer | 6.50 | Attend meeting with D. Bernick and D. Seigel in preparation for committee meeting (3.0); attend meeting with PD and PI Committee counsel (3.5). |
| 9/25/01 | James W Kapp | 0.40 | Review status re meeting with P. Lockwood, S. Baena and Company re case management issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/25/01 | Samuel A Schwartz | 0.50 | Review and revision of the Trustee's Response and meetings re same. |
| 9/25/01 | Janet Baer | 0.50 | Confer with K. Kinsella re same (.3); review materials from Committee meeting (.2). |
| 9/26/01 | David M Bernick, P.C. | 0.30 | Conference with D. Siegel re meeting with the committees on Monday. |
| 9/26/01 | David M Bernick, P.C. | 0.30 | Conference call with D. Siegel re committee meeting. |
| 9/26/01 | Samuel A Schwartz | 1.50 | Revision of the response to the Trustee (.3); finalization of the Personal Injury Committee's confidentiality agreements (.6); drafting of correspondence re same (.4); conferences with the client re same (.2). |
| 9/27/01 | James W Kapp | 0.60 | Telephone conference with M. Zaleski re supplemental application of Caplin Drysdale and attend to issues re same. |

## Matter 25 - Creditors/Shareholders Inquiries - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | James W Kapp | 0.60 | Telephone conference with J. Phillips re motion of former employees for indemnification (.1); telephone conference with L. Flores re payment of committee expenses and attend to issues re same (.1); review correspondence from individual creditors re claims and status of cases and attend to same (.4). |
| 9/05/01 | James W Kapp | 0.40 | Telephone conference with creditors re status of September 7, 2001 hearing. |
| 9/06/01 | James W Kapp | 0.40 | Telephone conference with J. Phillips re former employee indemnification motion and attend to issues re same. |
| 9/07/01 | Samuel A Schwartz | 1.20 | Telephone conferences with various professionals re the status of the cases and the bar date. |
| 9/10/01 | Samuel A Schwartz | 0.90 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 9/13/01 | James W Kapp | 0.20 | Review correspondence from the State of Oregon (.1); review correspondence to J. Bain re chapter 11 cases (.1). |
| 9/18/01 | Samuel A Schwartz | 1.40 | Telephone conferences with various attorneys and creditors re the status of the cases. |
| 9/18/01 | Brigitte F Windley | 0.80 | Respond to creditor inquiries re proofs of claims and bar date. |
| 9/19/01 | Brigitte F Windley | 0.40 | Respond to creditor inquiries re case status. |
| 9/20/01 | Samuel A Schwartz | 1.40 | Telephone conferences with various creditors and attorneys re the status of the cases and pending matters. |
| 9/20/01 | Brigitte F Windley | 0.30 | Respond to creditor inquiries re bar date. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/21/01 | James W Kapp | 0.20 | Telephone conference with J. Gallagher re payment of CAM charges pertaining to a particular lease. |
| 9/21/01 | Brigitte F Windley | 0.30 | Respond to creditor inquiry re claims agent. |
| 9/24/01 | James W Kapp | 0.50 | Review correspondence from A. Kelley re revised reclamation report and attend to issues re same (.2); telephone conference with D. Rosenbloom re status of bankruptcy cases and fraudulent conveyance motion (.3). |
| 9/25/01 | James W Kapp | 0.10 | Telephone conference with B. Hatfield re particular litigation matter. |
| 9/25/01 | Roger J Higgins | 0.30 | Attend to matters re various creditor inquiries concerning claims bar date. |
| 9/26/01 | James W Kapp | 0.40 | Telephone conference with K. Burten re Information Statement and attend to same (.3); review correspondence from Ness Motley and attend to same (.1). |
| 9/26/01 | Samuel A Schwartz | 1.10 | Telephone conferences with various attorneys and creditors re the status of the cases, proofs of claim and pending matters. |
| 9/27/01 | Brigitte F Windley | 1.30 | Telephone conference with creditor re scheduled debt and review of docket re SOFA's/Schedules. |
| 9/27/01 | Janet Baer | 0.50 | Review and respond to various inquiries re status of case and various outstanding issues. |
| 9/28/01 | James W Kapp | 0.20 | Telephone conference with J. Restivo re relevant events in Pittsburgh Corning and attend to issues re same. |
| 9/28/01 | Brigitte F Windley | 0.40 | Respond to creditor inquiries re proof of claim filing (.3); prepare and transmit form (.1). |

## Matter 26 - DIP Financing/Cash Collateral - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | James W Kapp | 0.50 | Attend to issues re renewal of letters of credit. |
| 9/06/01 | James W Kapp | 0.30 | Address issues re renewal of letters of credit. |
| 9/14/01 | James W Kapp | 0.60 | Attend to issues re intercompany loans. |
| 9/17/01 | James W Kapp | 1.70 | Review cash management order and DIP order re issues re intercompany loans and attend to issues re same and participate in telephone conference with representatives of Company re same. |
| 9/21/01 | James W Kapp | 0.40 | Prepare correspondence to B. Taroli re intercompany loans. |
| 9/25/01 | James W Kapp | 3.10 | Review and revise intercompany loan memorandum and attend to issues re same. |
| 9/26/01 | James W Kapp | 2.50 | Review and revise memorandum re intercompany loan issues and attend to same. |
| 9/28/01 | James W Kapp | 0.60 | Review and revise intercompany loan memorandum and attend to same. |

## Matter 27 - Employee Matters - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/28/01 | Janet Baer | 0.30 | Conference with W. Sparks re 401 K lawsuit. |

## Matter 28 - Environmental Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | Mark E Grummer | 1.20 | Review Libby and ATSDR materials and K&E office conference re obtaining EPA Libby data (.6); review D. Cleary email re Libby and voice message and telephone conference with J. Baer re same and respond to D. Cleary re same (.6). |
| 9/04/01 | Mark E Grummer | 1.40 | Review recent materials and prepare emails to team re status of various projects and environmental sites (.2); review Libby and ATSDR materials attend to matters re obtaining EPA Libby data (.6); review email re Libby (.3); attend to matters re same and respond to D. Cleary re same (.3). |
| 9/06/01 | Mark E Grummer | 1.30 | Review briefs discussing and citing Libby data and evaluate data. |
| 9/07/01 | Mark E Grummer | 1.40 | Attend to matters re review of compact disc containing Libby site administrative record (.8); exchange emails and voice messages with Grace representatives re same (.6). |
| 9/07/01 | Timothy S Hardy | 0.70 | Draft memorandum re EPA results. |
| 9/10/01 | Mark E Grummer | 1.10 | Telephone conference with K. Lund re EPA data re Libby cleanup (.2); evaluate data issues and review materials re same (.8); attend to matters re Libby data status (.1). |
| 9/12/01 | Mark E Grummer | 3.00 | Review briefs by private environmental creditors for administrative expense treatment of their claims and evaluate legal issues raised (2.1); review Libby studies by ATSDR (.9). |

A-51

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/01 | Janet Baer | 0.30 | Conference with A. Ickowitz re Grace PRP representation. |
| 9/13/01 | Mark E Grummer | 2.70 | Further review of G-I Holdings briefs (.2); review draft consent decree for Libby, prepare markup and edits of same (2.5). |
| 9/14/01 | Mark E Grummer | 0.20 | Review changes to Libby EPA consent decree. |
| 9/17/01 | Mark E Grummer | 0.20 | Receive and arrange for viewing and copying of computer disk containing EPA data for Libby site. |
| 9/18/01 | Mark E Grummer | 1.50 | Review Libby computer disc information and attend to matters re same (.3); review memoranda summarizing ATSDR Libby findings, EPA data on recent administrative record disk, and attend to matters re same (1.2). |
| 9/18/01 | Timothy S Hardy | 1.00 | Edit EPA exposure data memorandum. |
| 9/20/01 | Janet Baer | 1.00 | Conference with state representative re environmental site issues (.3); conference with R. Emmett re additional property site for consideration (.2); review State of Miss order (.5). |
| 9/21/01 | Mark E Grummer | 0.90 | Receive and review correspondence with Mississippi and review file materials re site and re legal analysis of Mississippi's rights at site. |
| 9/21/01 | Janet Baer | 0.50 | Conference with R. Emmett and R. Merrium re Kentucky and Mississippi site issues (.3); attend to matters re same (.2). |
| 9/24/01 | Mark E Grummer | 1.00 | Review file materials and evaluate Mississippi demand to continue site operation and maintenance activities and attend to matters re same. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/25/01 | Mark E Grummer | 2.40 | Continue review of Mississippi demand (.5); review new letter from Hatco objecting to Grace's plans re site (.5); review revised draft consent decree with EPA re Libby site (.6); continue review of Hatco site materials and evaluate response to Hatco demand (.6); attend to matters re Hatco demands (.2). |
| 9/25/01 | Janet Baer | 1.00 | Internal conferences re Hatco and Miss site (.4); review Hatco letter (.3); review Libby draft Consent Decree (.3). |
| 9/26/01 | Mark E Grummer | 1.20 | Evaluate Hatco demands that Grace continue cleanup activities, including case law (1.0); attend to matters re Hatco and possible Grace responses to demands (.2). |
| 9/26/01 | Janet Baer | 1.20 | Review revised Libby consent decree (.5); internal conferences re Libby, Hatco and Miss (.4); prepare correspondence re same (.3). |
| 9/26/01 | Janet Baer | 0.30 | Conference with W. Sparks re new complaint re employee benefits matter. |
| 9/27/01 | Mark E Grummer | 2.20 | Telephone conference with L. Duff re particular sites and commence conference call with Grace re same (1.0); review and prepare several substantive emails from and to various participants re Hatco and Corinth demands and possible responses thereto (1.2). |
| 9/27/01 | Timothy S Hardy | 0.50 | Review EPA Libby database and July 2001 memorandum re testing. |
| 9/27/01 | Janet Baer | 1.00 | Participate in conference call with clients re Mississippi sites (.5); conference with State of Mississippi via telephone re same and further prepare correspondence re same (.5). |
| 9/28/01 | Mark E Grummer | 1.50 | Telephone conference with R. Emmett re particular site (.3); review EPA memorandum re evaluation of Phase II sampling results (1.0); review comment on draft letter to Mississippi (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/28/01 | Janet Baer | 0.90 | Several conferences re MS matters (.5); prepare response and confer re same (.4). |

## Matter 29 - File, Docket, Calendar Maintenance - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | James W Kapp | 0.10 | Review docket. |
| 9/04/01 | Samuel A Schwartz | 0.60 | Telephone conferences with local counsel re pending matters (.3); telephone conference with local counsel re various pending filings (.3). |
| 9/04/01 | Sabrina M Mitchell | 0.90 | Update the case file index with new documents and prepare for inclusion into central files (.4); review docket and update the motion status chart (.5). |
| 9/05/01 | Samuel A Schwartz | 0.30 | Telephone conferences with local counsel re pending filings and hearings. |
| 9/07/01 | Sabrina M Mitchell | 0.50 | Attend to matters re central files (.1); download pleadings off the court's website for inclusion into central files (.4). |
| 9/10/01 | Samuel A Schwartz | 0.50 | Review of the docket re September 20 hearing. |

A-54

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/12/01 | Sabrina M Mitchell | 0.10 | Respond to request for central file documents. |
| 9/13/01 | Sabrina M Mitchell | 2.20 | Review the online docket (.1); respond to requests for central files documents (.5); identify new pleadings using the court's website and update the central docket binders with the same (1.6). |
| 9/14/01 | Sabrina M Mitchell | 2.70 | Review the online docket and update the motion status chart (.6); download pleadings off the Armstrong online docket (.6); respond to requests for central files documents (.6); identify new pleadings using the court's website and include in the central file docket binders (.9). |
| 9/17/01 | James W Kapp | 0.20 | Review docket and attend to issues re same. |
| 9/17/01 | Sabrina M Mitchell | 3.90 | Review the online docket and update the motion status chart (.5); identify new pleadings using the court's website and prepare for inclusion in the central file docket binders (3.4). |
| 9/18/01 | James W Kapp | 0.20 | Review docket and attend to issues re same. |
| 9/18/01 | Sabrina M Mitchell | 2.00 | Review the online docket and update the motion status chart (.5); update the case file index with new documents and prepare for inclusion into central files (.3); identify new pleadings using the court's website and include into the central file docket binders (1.2). |
| 9/19/01 | Samuel A Schwartz | 0.60 | Review and analysis of the docket re pending matters and executed orders (.3); conferences with local counsel re same (.3). |
| 9/19/01 | Sabrina M Mitchell | 3.70 | Update the case file index with new documents and prepare for inclusion into central files (.6); identify new pleading using the court's website and include into the central file docket binders (3.0); respond to request for central file documents (.1). |

A-55

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/20/01 | Sabrina M Mitchell | 2.30 | Review the online docket and update the motion status chart (.5); identify new pleadings using the court's website and include into the central file docket binders (1.8). |
| 9/21/01 | Sabrina M Mitchell | 1.90 | Update the case file index with new documents and prepare for inclusion into central files (.3); identify new pleadings and include into the central file docket binders (1.6). |
| 9/26/01 | Sabrina M Mitchell | 1.50 | Review the online docket and update the motion status chart (.3); identify new pleadings using the court's website and include in the central file docket binders (1.2). |
| 9/28/01 | Sabrina M Mitchell | 3.60 | Update the case file index with new documents and prepare for inclusion into central files (1.1); identify new pleadings using the court's website and include into the central file docket binders (2.5). |

### Matter 30 - Hearings - Fees

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/05/01 | James W Kapp | 0.60 | Revise agenda for September 7, 2001 hearing and attend to issues re same and telephone conference with D. Carickhoff re same (.4); address issues re scheduling of United States motion to amend schedules and telephone conference with D. Carickhoff re same (.2). |
| 9/05/01 | Shirley A Pope | 1.50 | Prepare documents re hearing on September 7. |
| 9/05/01 | Janet Baer | 0.30 | Review agenda for 9/7/01 hearing. |
| 9/06/01 | David M Bernick, P.C. | 0.50 | Telephone conference with D. Siegel re cancellation of hearing. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/06/01 | James W Kapp | 1.10 | Attend to continuation of September 7, 2001 hearing and notify parties in interest re same and telephone conferences with D. Carickhoff, M. Zaleski, J. Sakalo and R. Raskin, and W. Sparks re same. |
| 9/10/01 | James W Kapp | 0.10 | Telephone conference with L. Jones re hearing schedule. |
| 9/10/01 | Samuel A Schwartz | 0.90 | Drafting of the summary memoranda of the September 20 hearing (.6); telephone conferences with the client re same (.2); meetings re same (.1). |
| 9/12/01 | James W Kapp | 0.60 | Telephone conference with L. Jones re future scheduling and attend to issues re same. |
| 9/13/01 | James W Kapp | 0.70 | Telephone conference with M. Zaleski re September 20, 2001 hearing (.2); telephone conference with L. Jones re rescheduling of hearings and attend to same (.1); telephone conference with R. Finke re September 20, 2001 hearing (.1); attend to issues re motions pending for September 20, 2001 hearing (.3). |
| 9/17/01 | James W Kapp | 0.80 | Telephone conference with L. Jones re rescheduling of hearings (.5); telephone conference with D. Carickhoff re scheduling hearings and distribution of documents (.3). |

## Matter 31 - Intellectual Property - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/19/01 | Samuel A Schwartz | 0.60 | Telephone conferences with the client re various pending foreign and domestic intellectual property matters. |

**<u>Matter 32 - K&E Fee Application, Preparation of - Fees</u>**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/07/01 | James W Kapp | 0.30 | Address issues re W. Sparks inquiries concerning July application. |
| 9/07/01 | Sabrina M Mitchell | 0.10 | K&E conference re the July fee application. |
| 9/10/01 | Roger J Higgins | 0.50 | Review and edit August K&E fee application. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/11/01 | Roger J Higgins | 0.50 | Review and edit August K&E application. |
| 9/12/01 | Roger J Higgins | 0.50 | Prepare August K&E fee application. |
| 9/12/01 | Sabrina M Mitchell | 0.30 | Review the August fee application for billing. |
| 9/13/01 | James W Kapp | 0.20 | Attend to issues re supplemental affidavit disclosing Ford retention. |
| 9/13/01 | Roger J Higgins | 2.00 | Prepare August K&E Fee Application. |
| 9/13/01 | Sabrina M Mitchell | 3.20 | Review August fee application information. |
| 9/14/01 | Sabrina M Mitchell | 0.50 | Attend to matters re the August fee application. |
| 9/17/01 | James W Kapp | 0.40 | Attend to issues re preparation of August 2001 fee application. |
| 9/17/01 | Reed S Oslan | 2.00 | Review fee application and attend to matters re same. |
| 9/17/01 | Sabrina M Mitchell | 1.20 | Review the August billing information. |
| 9/18/01 | James W Kapp | 3.90 | Review and revise August fee application and address issues re same. |
| 9/18/01 | Sabrina M Mitchell | 0.80 | Work on the August fee application. |
| 9/19/01 | Reed S Oslan | 2.00 | Work on fee application-related issues. |
| 9/19/01 | Sabrina M Mitchell | 0.50 | Attend to matters re the August fee application. |
| 9/20/01 | Sabrina M Mitchell | 1.00 | Prepare pleadings for August information. |
| 9/21/01 | James W Kapp | 0.70 | Review and revise fee application and attend to issues re same. |

A-59

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/21/01 | Sabrina M Mitchell | 1.00 | Review information for August fee application. |
| 9/24/01 | Sabrina M Mitchell | 5.10 | Create pleadings and exhibits for the August fee application. |
| 9/25/01 | Roger J Higgins | 1.70 | Attend to matters re August monthly interim fee application. |
| 9/25/01 | Sabrina M Mitchell | 1.40 | Work on the August fee application. |
| 9/26/01 | James W Kapp | 0.30 | Attend to issues re filing of August fee application. |
| 9/26/01 | Sabrina M Mitchell | 0.40 | Create the final version of the August fee application. |
| 9/27/01 | Roger J Higgins | 0.30 | Attend to matters re August monthly interim fee application. |
| 9/27/01 | Sabrina M Mitchell | 0.50 | Prepare the fee application for filing with the court. |

## Matter 33 - Lease Rejection Claims - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/13/01 | James W Kapp | 0.10 | Address issues re American Real Estates Holdings L.P. re motion to assume lease. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/14/01 | Samuel A Schwartz | 0.80 | Negotiation with the lessor and the client re the Dragon Court lease (.4); correspondence re same (.4). |
| 9/17/01 | James W Kapp | 1.70 | Review objection to motion to assume lease and attend to same (.5); review and revise joint order re Hartford request for direction pertaining to settlement agreement and attend to issues re same (1.2). |
| 9/19/01 | James W Kapp | 0.20 | Review correspondence from S. Shail re revisions to Hartford stipulation and attend to issues re same. |
| 9/19/01 | Samuel A Schwartz | 1.60 | Review and analysis of the proposed motion to assume executory contract (.6) and conferences with the client re same (.3); review and finalization of the First Union Stipulation (.3); telephone conferences with the client re the Clementon assumption and assignment motion (.4). |
| 9/20/01 | Samuel A Schwartz | 0.40 | Telephone conferences with the client re the Clementon and Dragon Court assumptions. |
| 9/24/01 | Samuel A Schwartz | 0.40 | Telephone conferences with the client re the Clementon and Dragon Court lease assignments. |
| 9/25/01 | Samuel A Schwartz | 1.30 | Telephone conferences with the client and Cummings Property negotiating the Dragon Court assignment (1.1); meetings re same (.2). |
| 9/26/01 | Samuel A Schwartz | 0.50 | Review and revision of the JHK lease (.4); conferences with the client re same (.1). |
| 9/28/01 | James W Kapp | 0.30 | Telephone conference with B. McGowan and V. Finkelstein re lease issues and attend to matter re same. |
| 9/28/01 | Samuel A Schwartz | 0.60 | Telephone conferences with the client (.2); drafting of correspondence re various assumption and rejection matters (.4). |

## Matter 35 - Other Fee Applications - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/05/01 | James W Kapp | 2.50 | Review and revise response to Trustee's objection to fee application of Bilzin Sumberg and attend to issues re same. |
| 9/07/01 | Samuel A Schwartz | 1.20 | Telephone conferences with the client and various professionals re retention and payment issues. |
| 9/13/01 | James W Kapp | 2.10 | Review and revise response to Trustee's objection to fee application. |
| 9/14/01 | James W Kapp | 2.10 | Revise response to U.S. Trustee objection to fee application and attend to issues re same. |
| 9/17/01 | James W Kapp | 0.10 | Telephone conference with D. Siegel re response to Trustee objection. |
| 9/19/01 | James W Kapp | 1.60 | Telephone conference with D. Siegel re response to U.S. Trustee's objection to fee application and attend to issues re same and review and revise same. |
| 9/20/01 | James W Kapp | 0.60 | Address issues re response to Trustee's objection to fee application |
| 9/21/01 | James W Kapp | 0.30 | Review and revise summary re U.S. Trustee's objection to fee application. |
| 9/24/01 | James W Kapp | 0.30 | Review and revise summary of response to Trustee's objection to fee application. |
| 9/24/01 | Samuel A Schwartz | 0.30 | Telephone conferences with the client re the payment of professional's fees and the fee application process. |
| 9/25/01 | Samuel A Schwartz | 0.80 | Telephone conferences with the client and various attorneys re attorneys fees and expenses. |
| 9/26/01 | James W Kapp | 0.80 | Attend to issues re response to certain fee applications. |

## Matter 36 - Reclamation Claims - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | James W Kapp | 0.10 | Attend to issues re Niro objection to reclamation. |
| 9/06/01 | James W Kapp | 0.20 | Attend to resolution of Niro objection to reclamation report. |
| 9/06/01 | Roger J Higgins | 0.50 | Attend to matters re Niro objection (.3); attend to matters re PPG objection (.2). |
| 9/12/01 | Roger J Higgins | 0.80 | Attend to matters re reclamation report. |
| 9/13/01 | James W Kapp | 0.10 | Address issues re resolution of Niro reclamation claim. |
| 9/18/01 | James W Kapp | 0.10 | Attend to resolution of Niro objection to reclamation status motion. |
| 9/19/01 | James W Kapp | 0.20 | Address issues re PPG objection to reclamation status chart. |
| 9/25/01 | Roger J Higgins | 0.50 | Attend to matters re objections to reclamation report. |
| 9/27/01 | Roger J Higgins | 0.30 | Attend to matters re modification of reclamation order. |

**Matter 38 - Retention of Professionals/Fees - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/05/01 | James W Kapp | 1.30 | Review and revise motion to retain Rust Consulting and attend to issues re same |
| 9/05/01 | Samuel A Schwartz | 0.60 | Revision of the AON stipulation and preparation of the same for filing (.4); telephone conferences with the client re same (.2). |
| 9/06/01 | Samuel A Schwartz | 3.90 | Drafting of the Rust Affidavit (1.4); revision of the Rust Retention Pleadings (1.8); meetings re same (.1); telephone conferences with the Committees and the client re the payment of professionals' fees (.6). |
| 9/07/01 | James W Kapp | 2.60 | Review and revise response to U.S. Trustee's objection to fee application and attend to issues re same. |
| 9/07/01 | James W Kapp | 1.30 | Review and revise motion to retain Rust as claims agent and attend to issues re same. |
| 9/10/01 | James W Kapp | 0.10 | Telephone conference with R. Finke re the retention of Casner Edwards. |
| 9/10/01 | Samuel A Schwartz | 2.20 | Telephone conferences with various professionals and the client re retention and payment issues (1.4); drafting of correspondence re same (.8). |
| 9/12/01 | Andrew R Running | 0.20 | Write e-mail to expert re possible retention. |
| 9/13/01 | James W Kapp | 1.00 | Review application to retain Rust Consulting (.8); attend to issues re supplemental affidavit of ordinary course professionals motion (.2). |
| 9/19/01 | Samuel A Schwartz | 2.70 | Finalization of the Rust Consulting retention application (.6); attention to the filing of the same (.7); telephone conferences with PwC re retention pleadings (.3); preparation of the same (.3); attention to various OCP and special counsel retention and payment issues (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/20/01 | James W Kapp | 0.20 | Review supplemental affidavit of Caplin Drysdale and attend to issues re same. |
| 9/20/01 | James W Kapp | 0.20 | Attend to issues re retention of PricewaterhouseCoopers as auditors. |
| 9/21/01 | Andrew R Running | 0.80 | Telephone conference with D. Cameron and R. Finke re potential retention of litigation consultant. |
| 9/21/01 | Samuel A Schwartz | 2.30 | Telephone conferences with the client, various attorneys and the creditors committee re retention issues and orders (1.4); drafting of correspondence re same (.9). |
| 9/24/01 | James W Kapp | 0.80 | Address issues re retention of experts and review pleadings re same. |
| 9/25/01 | Roger J Higgins | 0.80 | Draft Fifth Supplemental Affidavit of James H. M. Sprayregen. |
| 9/26/01 | James W Kapp | 0.40 | Attend to issues re retention of particular expert. |
| 9/26/01 | Samuel A Schwartz | 0.80 | Telephone conferences with various attorneys, the client and local counsel re the payment of professional's fees and expenses. |
| 9/27/01 | Brigitte F Windley | 0.70 | Research and download related case pleadings re retention of E. Warren. |
| 9/29/01 | Samuel A Schwartz | 4.50 | Research and analysis re substantial contribution (2.1); drafting of the PwC retention papers (2.4). |

## Matter 39 - Schedules/Statement of Financial Affairs - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/27/01 | James W Kapp | 0.10 | Address further amendments to Item 17 and statements of financial affairs and review correspondence re same. |
| 9/28/01 | Samuel A Schwartz | 0.90 | Drafting of correspondence to the client re amendments to schedules (.4); meetings re same (.3); telephone conferences with local counsel re same (.2). |

A-66

### Matter 41 - Tax Matters - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | Samuel A Schwartz | 1.40 | Telephone conference with the client re foreign tax matters (.8); review of pleadings re same (.6). |
| 9/13/01 | James W Kapp | 0.30 | Address issues re completion of tax return. |
| 9/13/01 | Samuel A Schwartz | 1.10 | Telephone conferences and correspondence with the client re foreign tax matters. |
| 9/18/01 | Samuel A Schwartz | 0.70 | Preparation for and attendance of conference call re foreign tax matters. |
| 9/19/01 | James W Kapp | 0.20 | Attend to issues re tax litigation with foreign authorities. |
| 9/20/01 | James W Kapp | 0.40 | Telephone conference with E. Silon re waiver of privilege pertaining to certain tax matters. |
| 9/20/01 | James W Kapp | 0.30 | Attend to issues re foreign tax litigation and review correspondence. |
| 9/20/01 | Samuel A Schwartz | 0.40 | Review and revision of correspondence re foreign tax matters (.2); attend to matters re same (.2). |
| 9/21/01 | James W Kapp | 0.20 | Telephone conference with E. Silon re privilege issues concerning tax matters. |
| 9/28/01 | Samuel A Schwartz | 0.60 | Review of the first day tax motion and order (.3); draft correspondence to the client re same (.3). |

**Matter 42 - Travel - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | David M Bernick, P.C. | 1.00 | Travel billed at half time to New York for board meeting. |
| 9/05/01 | David M Bernick, P.C. | 1.50 | Travel billed at half time back to Chicago. |
| 9/21/01 | Michelle H Browdy | 1.50 | Travel billed at half time from North Carolina to Chicago. |
| 9/21/01 | Scott A McMillin | 1.40 | Travel billed at half time to and from North Carolina to meet with B. Beber. |
| 9/24/01 | David M Bernick, P.C. | 2.50 | Travel billed at half time to Philadelphia, for meeting with Baena and Lockwood. |
| 9/24/01 | Janet Baer | 2.50 | Travel to Philadelphia billed at half time for committee meetings on CMO and Notice Plan (1.0); travel from Philadelphia back to Chicago after Committee meeting billed at half time (1.5). |

A-68

### Matter 45 - Utilities - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/01 | James W Kapp | 0.10 | Review and revise adequate assurance letter. |
| 9/04/01 | Samuel A Schwartz | 0.90 | Negotiation of the Entergy letter and revision of same. |
| 9/05/01 | Samuel A Schwartz | 0.70 | Telephone conferences and correspondence with J. Joseph re the Entergy Agreement (.4); revision of same (.3). |
| 9/25/01 | Samuel A Schwartz | 0.60 | Telephone conference with C. Mac Donald re the BGE deposit letter (.2); revision of same (.2); conferences with the client re same (.2). |

**Matter 46 - IRS Tax Litigation - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/04/01 | Rebecca R Landau | 0.50 | Review documents received from previous counsel. |
| 9/04/01 | Catherine B Filippini | 4.00 | Review documents (.4); sort and organize documents and boxes sent from Weil, Gotshal & Manages (.4); organize documents in folders and create labels (.3); file documents and arrange files for file management and organization (2.6); meet with N. Keller re files and review of documents (.3). |
| 9/07/01 | Rebecca R Landau | 1.50 | Review and organize multiple boxes of time sheets sent by previous counsel. |
| 9/07/01 | Catherine B Filippini | 1.50 | Organize files and label boxes (1.2); meet with N. Keller re new boxes sent from Weil, Gotshal (.3). |
| 9/10/01 | Catherine B Filippini | 1.50 | Sort and organize documents (.2); create files and labels (.3); file documents and organize files (1.0). |
| 9/12/01 | Rebecca R Landau | 5.00 | Organize boxes of documents received from previous counsel in preparation for indexing and labeling (2.6); review documents and create appropriate labels (2.4). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 9/12/01 | Catherine B Filippini | 3.50 | Sort and organize documents (.2); create files and labels (.4); file documents (1.2); attend to matters re project status and updates (.4); label and organize boxes of documents according to bates ranges (1.3). |
| 9/13/01 | Rebecca R Landau | 5.00 | Organize all documents received from previous counsel based on Bates Numbers (3.1); prepare labels to organize boxes of documents (1.9). |
| 9/13/01 | Catherine B Filippini | 2.00 | Sort and organize documents (.2); create files and labels (.2); file documents (.6); attend to matters re project status and updates (.2); label and organize boxes of documents according to bates ranges (.8). |
| 9/14/01 | Rebecca R Landau | 6.00 | Create indices to organize boxes of documents received from previous counsel (3.6); arrange all documents based on Bates numbers (2.4). |
| 9/14/01 | Catherine B Filippini | 3.00 | Retrieve boxes of documents (.1); create labels and files for file organization (.3); organize and file documents (1.6); attend to matters re status and updates of project re CCHP, Inc. documents (.3); organize and label boxes of documents (.7). |
| 9/17/01 | Rebecca R Landau | 7.00 | Organize and index multiple boxes of documents received from previous counsel. |
| 9/17/01 | Catherine B Filippini | 0.50 | Create labels (.3); attend to matters re status of CCHP, Inc documents (.2). |
| 9/18/01 | Rebecca R Landau | 2.00 | Review and organize documents from previous counsel. |
| 9/19/01 | Catherine B Filippini | 1.00 | Review CCHP, Inc. documents and files (.1); create labels for files (.2); meet with R. Landau (.1); file documents and organize files for file management (.6). |
| 9/21/01 | Rebecca R Landau | 2.00 | Organize and review boxes of documents received from previous counsel. |
| 9/21/01 | Catherine B Filippini | 2.00 | Review CCHP, Inc. documents and file (.8); create labels for files (.8); attend to matters re status of CCHP, Inc. documents (.4). |

A-71

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/24/01 | Catherine B Filippini | 3.50 | Retrieve boxes of CCHP, Inc. documents (.4); create labels and files for file organization (.6); organize and file documents (1.4); organize and label boxes of documents (1.1). |
| 9/26/01 | Rebecca R Landau | 2.00 | Organize boxes of documents received from previous counsel. |