# EXHIBIT B

## Matter 16 –Asset Analysis and Recovery - Expenses

| Description | Amount |
|---|---|
| Telephone | $1.87 |
| Overtime Meals-Attorney | $25.00 |
| Secretarial Overtime | $65.31 |
| **TOTAL** | $92.18 |

**Matter 16 –Asset Analysis and Recovery - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 9/06/01 | 0.83 | Telephone call to:  Wilmington, DE  302-655-4200 |
| 9/06/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 9/07/01 | 1.04 | Telephone call to:  Columbia, MD  410-531-4191 |
| 9/26/01 | 25.00 | Samuel A. Schwartz - Overtime Meals - Attorney, 9.24.01 |

**Matter 17 - Automatic Stay Matters/Relief from Stay Proceedings - Expenses**

| Description | Amount |
|---|---|
| Telephone | $454.34 |
| Computer Database Research | $44.37 |
| **TOTAL** | $498.71 |

## Matter 17 - Automatic Stay Matters/Relief from Stay Proceedings - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 7/01/01 | 21.15 | West Publishing-TP,Database Usage  7.01 |
| 7/01/01 | 454.34 | AT&T Telephone conference Services - Telephone, Teleconference Svcs, J. Baer, 6.01 |
| 7/02/01 | 4.77 | West Publishing-TP,Database Usage  7.01 |
| 7/06/01 | 12.30 | West Publishing-TP,Database Usage  7.01 |
| 7/07/01 | 6.15 | West Publishing-TP,Database Usage  7.01 |

## Matter 20 – Case Administration - Expenses

| Description | Amount |
|---|---|
| Telephone | $893.06 |
| Facsimile Charges | $249.05 |
| Standard Copies | $2,090.10 |
| Color Copies | $3.00 |
| Color Transparencies | $6.00 |
| Overnight Delivery | $140.39 |
| Binding | $24.50 |
| Tabs/Indexes/Dividers | $51.20 |
| Postage | $5.34 |
| Outside Messenger | $5.50 |
| Calendar/Court Services | $20.00 |
| Computer Database Research | $271.75 |
| Secretarial Overtime | $458.33 |
| **TOTAL** | $4,218.22 |

**Matter 20 – Case Administration - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 7/01/01 | 115.22 | AT&T Telephone conference Service - Telephone, Teleconference Svcs, R. Higgins, 6.01 |
| 7/01/01 | 333.14 | AT&T Telephone conference services - Telephone, Teleconference Svcs, R. Higgins, 6.01 |
| 7/01/01 | 392.75 | AT&T Talephone Conference Service - Telephone, Teleconference Svcs, J. Baer, 6.01 |
| 7/03/01 | 0.83 | West Publishing-TP,Database Usage 7.01 |
| 7/05/01 | 6.53 | West Publishing-TP,Database Usage 7.01 |
| 7/10/01 | 1.48 | West Publishing-TP,Database Usage 7.01 |
| 7/11/01 | 25.79 | West Publishing-TP,Database Usage 7.01 |
| 7/13/01 | 1.88 | West Publishing-TP,Database Usage 7.01 |
| 7/17/01 | 44.53 | West Publishing-TP,Database Usage 7.01 |
| 7/19/01 | 52.46 | West Publishing-TP,Database Usage 7.01 |
| 7/24/01 | 119.50 | West Publishing-TP,Database Usage 7.01 |
| 7/31/01 | 0.40 | Tabs/Indexes/Dividers |
| 7/31/01 | 4.60 | Standard Copies |
| 7/31/01 | 5.30 | Tabs/Indexes/Dividers |
| 7/31/01 | 18.75 | West Publishing-TP,Database Usage 7.01 |
| 7/31/01 | 81.40 | Standard Copies |
| 8/01/01 | 0.70 | Tabs/Indexes/Dividers |

| Date | Amount | Description |
|------|--------|-------------|
| 8/01/01 | 5.90 | Standard Copies |
| 8/01/01 | 60.70 | Standard Copies |
| 8/02/01 | 36.20 | Standard Copies |
| 8/02/01 | 59.20 | Standard Copies |
| 8/02/01 | 106.00 | Standard Copies |
| 8/03/01 | 0.34 | Postage-Tracking ID# 1121461036336 |
| 8/03/01 | 2.80 | Tabs/Indexes/Dividers |
| 8/03/01 | 10.50 | Binding |
| 8/03/01 | 14.80 | Standard Copies |
| 8/06/01 | 52.50 | Standard Copies |
| 8/07/01 | 1.00 | Tabs/Indexes/Dividers |
| 8/07/01 | 1.75 | Binding |
| 8/07/01 | 5.20 | Standard Copies |
| 8/08/01 | 87.60 | Standard Copies |
| 8/09/01 | 12.60 | Tabs/Indexes/Dividers |
| 8/09/01 | 36.60 | Standard Copies |
| 8/09/01 | 111.00 | Standard Copies |
| 8/13/01 | 2.40 | Tabs/Indexes/Dividers |
| 8/13/01 | 8.75 | Binding |
| 8/13/01 | 52.00 | Standard Copies |
| 8/14/01 | 7.20 | Tabs/Indexes/Dividers |
| 8/14/01 | 12.64 | Fed Exp to: ,BOSTON,MA from:MAILROOM |
| 8/14/01 | 12.64 | Fed Exp to: ,BOSTON,MA from:MAILROOM |
| 8/14/01 | 26.60 | Standard Copies |
| 8/14/01 | 39.50 | Standard Copies |

B-7

| Date | Amount | Description |
|------|--------|-------------|
| 8/14/01 | 68.80 | Standard Copies |
| 8/15/01 | 22.70 | Standard Copies |
| 8/16/01 | 11.08 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 8/20/01 | 0.30 | Standard Copies |
| 8/20/01 | 2.80 | Tabs/Indexes/Dividers |
| 8/20/01 | 5.80 | Standard Copies |
| 8/20/01 | 8.00 | Fed Exp to: ,FRANKFORT,MI from:MAILROOM |
| 8/20/01 | 46.70 | Standard Copies |
| 8/23/01 | 26.60 | Standard Copies |
| 8/23/01 | 27.40 | Standard Copies |
| 8/24/01 | 96.40 | Standard Copies |
| 8/24/01 | 96.40 | Standard Copies |
| 8/27/01 | 1.90 | Standard Copies |
| 8/27/01 | 3.60 | Tabs/Indexes/Dividers |
| 8/27/01 | 3.60 | Tabs/Indexes/Dividers |
| 8/27/01 | 9.26 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 8/27/01 | 31.60 | Standard Copies |
| 8/27/01 | 31.60 | Standard Copies |
| 8/27/01 | 106.00 | Standard Copies |
| 8/27/01 | 106.00 | Standard Copies |
| 8/28/01 | 0.80 | Tabs/Indexes/Dividers |
| 8/28/01 | 0.80 | Tabs/Indexes/Dividers |
| 8/28/01 | 3.60 | Tabs/Indexes/Dividers |
| 8/28/01 | 3.60 | Tabs/Indexes/Dividers |
| 8/28/01 | 9.26 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |

B-8

| Date | Amount | Description |
|------|--------|-------------|
| 8/28/01 | 29.80 | Standard Copies |
| 8/28/01 | 29.80 | Standard Copies |
| 8/28/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 8/28/01 | 142.20 | Standard Copies |
| 8/28/01 | 142.20 | Standard Copies |
| 8/29/01 | 1.04 | Telephone call to: Columbia, MD  410-531-4170 |
| 8/29/01 | 65.31 | Crabb,BA. - Secretarial Overtime |
| 8/30/01 | 0.62 | Telephone call to: NEW YORK CITY,NY 212-583-5607 |
| 8/30/01 | 0.62 | Telephone call to: CENTRAL,FL 561-362-1518 |
| 8/30/01 | 6.03 | Telephone call to: CENTRAL,FL 561-362-1518 |
| 8/31/01 | 1.50 | Fax page charge to 918-591-1796 |
| 8/31/01 | 1.75 | Binding |
| 8/31/01 | 1.75 | Binding |
| 8/31/01 | 7.30 | Standard Copies |
| 8/31/01 | 42.20 | Standard Copies |
| 9/03/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 9/04/01 | 1.25 | Telephone call to:  SOUTHERN,MN  507-333-4324 |
| 9/04/01 | 3.00 | Color Copies |
| 9/04/01 | 6.00 | Color Transparencies |
| 9/04/01 | 9.26 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 9/04/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 9/04/01 | 208.80 | Standard Copies |
| 9/05/01 | 0.75 | Fax page charge to 410-531-4466 |
| 9/05/01 | 0.75 | Fax page charge to 410-531-4783 |
| 9/05/01 | 0.79 | Fax phone charge to 202-879-5200 |

B-9

| Date | Amount | Description |
|------|--------|-------------|
| 9/05/01 | 1.77 | Fax phone charge to 202-204-1001 |
| 9/05/01 | 7.80 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 9/05/01 | 9.00 | Fax page charge to 202-879-5200 |
| 9/05/01 | 20.90 | Standard Copies |
| 9/05/01 | 26.25 | Fax page charge to 202-204-1001 |
| 9/06/01 | 0.60 | Standard Copies |
| 9/06/01 | 17.70 | Standard Copies |
| 9/07/01 | 0.83 | Telephone call to:  WILMINGTON,DE  302-573-6195 |
| 9/07/01 | 1.25 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 9/07/01 | 1.66 | Telephone call to:  WILMINGTON,DE  302-655-0477 |
| 9/07/01 | 2.29 | Telephone call to: BEVERLY HILLS,CA 310-551-1015 |
| 9/07/01 | 3.00 | Fax page charge to 561-362-1583 |
| 9/07/01 | 19.57 | Fed Exp from:KEVIN MAURER,WILMINGTON,DE to:SHIRLEY POPE |
| 9/08/01 | 3.00 | Fax page charge to 847-835-3793 |
| 9/08/01 | 7.44 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 9/10/01 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 9/10/01 | 1.04 | Telephone call to: NEW YORK CITY,NY 212-715-9377 |
| 9/10/01 | 2.25 | Fax page charge to 803-256-7500 |
| 9/10/01 | 5.00 | Postage-TRACKING ID# 1125258797971 |
| 9/10/01 | 6.45 | Fed Exp to: ,COSTA MESA,CA from:MAILROOM |
| 9/10/01 | 11.08 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 9/10/01 | 47.81 | Grimm, P. - Secretarial Overtime |
| 9/10/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 9/11/01 | 0.75 | Fax page charge to 410-531-4783 |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 9/12/01 | 0.83 | Telephone call to:  WILMINGTON,DE  302-426-1900 |
| 9/12/01 | 1.18 | Fax phone charge to 518-398-1081 |
| 9/12/01 | 1.18 | Fax phone charge to 518-398-1081 |
| 9/12/01 | 1.77 | Fax phone charge to 518-398-1081 |
| 9/12/01 | 2.25 | Fax page charge to 518-398-1081 |
| 9/12/01 | 6.75 | Fax page charge to 518-398-1081 |
| 9/12/01 | 8.25 | Fax page charge to 518-398-1081 |
| 9/13/01 | 0.79 | Fax phone charge to 518-398-1081 |
| 9/13/01 | 2.16 | Fax phone charge to 518-398-1081 |
| 9/13/01 | 3.12 | Telephone call to:  KETCHUM,ID  208-622-2733 |
| 9/13/01 | 5.25 | Fax page charge to 410-531-4783 |
| 9/13/01 | 8.25 | Fax page charge to 518-398-1081 |
| 9/13/01 | 12.75 | Fax page charge to 518-398-1081 |
| 9/13/01 | 15.91 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 9/14/01 | 2.75 | Fax phone charge to 202-293-6961 |
| 9/14/01 | 5.25 | Fax page charge to 212-421-6234 |
| 9/14/01 | 5.50 | Fax phone charge to 410-531-4783 |
| 9/14/01 | 27.75 | Fax page charge to 202-293-6961 |
| 9/14/01 | 75.00 | Fax page charge to 410-531-4783 |
| 9/17/01 | 5.25 | Fax page charge to 410-531-4783 |
| 9/18/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 9/19/01 | 0.30 | Standard Copies |
| 9/19/01 | 0.75 | Fax page charge to 302-652-4400 |
| 9/19/01 | 1.04 | Telephone call to:  State of Deleware 302-778-6464 |
| 9/19/01 | 1.50 | Fax page charge to 410-531-4195 |

B-11

| Date | Amount | Description |
|------|--------|-------------|
| 9/19/01 | 1.66 | Fax phone charge to 302-652-4400 |
| 9/19/01 | 23.25 | Fax page charge to 302-652-4400 |
| 9/19/01 | 74.64 | CRABB,BA. - Secretarial Overtime |
| 9/21/01 | 0.62 | Telephone call to:  VIENNA,VA  703-406-5133 |
| 9/24/01 | 2.08 | Telephone call to:  COLUMBIA,MD  410-531-4557 |
| 9/24/01 | 4.99 | Telephone call to:  COLUMBIA,MD  410-531-4283 |
| 9/25/01 | 0.62 | Telephone call to: CENTRAL,FL 561-362-1554 |
| 9/25/01 | 0.83 | Telephone call to:  HOUSTON,TX  713-461-9696 |
| 9/25/01 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4601 |
| 9/25/01 | 1.45 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 9/26/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 9/26/01 | 0.62 | Telephone call to: NEW YORK CITY,NY 212-455-2000 |
| 9/26/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 9/26/01 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4191 |
| 9/26/01 | 2.29 | Telephone call to:  NORTH WEST,NJ  973-966-8063 |
| 9/26/01 | 4.16 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 9/27/01 | 2.91 | Telephone call to:  ORANGE,CA  714-385-6662 |
| 9/27/01 | 5.50 | Comet Messenger Services to:  CITADEL |
| 9/28/01 | 0.30 | Standard Copies |
| 9/28/01 | 0.83 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 9/28/01 | 4.78 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 9/28/01 | 20.00 | Calendar/Court Services 9/01 |

## Matter 21 – Claim Estimate/Adversary Proceedings - Expenses

| Description | Amount |
|---|---|
| Telephone | $414.33 |
| Facsimile Charges | $73.26 |
| Standard Copies | $66.65 |
| Tabs/Indexes/Dividers | $3.80 |
| Overnight Delivery | $73.48 |
| Overtime Meals | $9.00 |
| Library Document Procurement | $10.00 |
| Information Broker Doc/Svcs | $3,040.75 |
| Computer Database Research | $163.69 |
| Secretarial Overtime | $418.89 |
| **TOTAL** | $4,273.85 |

**Matter 21 – Claim Estimate/Adversary Proceedings - Itemized Expenses**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 7/01/01 | 135.97 | AT&T Telephone conference Service - Telephone, Teleconference Svcs, D. Boll, 6.01 |
| 7/01/01 | 245.24 | AT&T Telephone conference Service - Telephone, Teleconference Svcs, D. Boll, 6.01 |
| 7/27/01 | 163.69 | West Publishing-TP,Database Usage  7.01 |
| 8/02/01 | 10.00 | Library Document Procurement - (1) 834 F2d 398p; (2) 787 F2d 318; (3) 30 Empl.Prac.Dec. (CCH) Paragraph 33,007; (4) 28 Empl.Prac.Dec. (CCH) Paragraph 32,581. |
| 8/23/01 | 10.50 | Fed Exp from: Kevin,Washington,DC to:Bill Cody |
| 8/24/01 | 10.82 | Fed Exp from:EB,Washington,DC to:Bill Cody |
| 8/24/01 | 180.35 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Agius v. Louisiana/Pacific for J. Baer |
| 8/27/01 | 10.24 | Fed Exp from:Anne Fry,Washington,DC to:Bill Cody |
| 8/27/01 | 166.50 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Cox v. Shell Oil for J. Baer |
| 8/28/01 | 10.82 | Fed Exp from:Jeffrey Garrant,Washington,DC to:Bill Cody |
| 8/28/01 | 14.98 | Fed Exp from:Holli,Washington,DC to:Bill Cody |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 8/28/01 | 176.50 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Hart v. Central Sprinkler for J. Baer |
| 8/28/01 | 216.10 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: US Brass for J. Baer |
| 8/29/01 | 57.50 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Ruff v. Parex for J. Baer |
| 8/29/01 | 60.25 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: St. John Hospital for J. Baer |
| 8/29/01 | 301.50 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: St. John's v. A H Robins for J. Baer |
| 8/30/01 | 0.83 | Telephone call to:  New York City,NY 212-715-9377 |
| 8/30/01 | 0.83 | Telephone call to:  WICHITA,KS  316-683-6083 |
| 8/30/01 | 2.91 | Telephone call to: Central,FL  561-362-1533 |
| 8/30/01 | 3.33 | Telephone call to:  Philadelphia,PA  215-568-3100 |
| 8/30/01 | 3.80 | Tabs/Indexes/Dividers |
| 8/30/01 | 38.90 | Standard Copies |
| 8/30/01 | 136.25 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Hart v. Central Sprinkler for J. Baer |
| 8/30/01 | 174.00 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Nancie Williams v. Weyerhauser for J. Baer |
| 8/30/01 | 610.25 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Williams v. Weyerhaeuser for J. Baer |
| 8/31/01 | 0.62 | Telephone call to: Columbia,MD  410-531-4212 |
| 8/31/01 | 1.25 | Telephone call to: Central,FL  561-362-1533 |
| 8/31/01 | 8.68 | Fed Exp from: Jeremy,Washington,DC to:Bill Cody |
| 8/31/01 | 152.45 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Louisana Paci, et al. for J. Baer |

| Date | Amount | Description |
|------|--------|-------------|
| 8/31/01 | 172.60 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Ruff v. Parex for J. Baer |
| 8/31/01 | 636.50 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Tina Cox v. Shell Oil for J. Baer |
| 9/04/01 | 1.87 | Telephone call to: Wilmington,DE 302-654-1888 |
| 9/05/01 | 0.83 | Telephone call to: Wilmington,DE 302-654-7444 |
| 9/05/01 | 191.25 | Ukinski, J. - Secretarial Overtime |
| 9/06/01 | 0.59 | Telephone call to: COLUMBIA,MD 410-531-4203 |
| 9/06/01 | 0.62 | Telephone call to: New York City,NY 212-806-5544 |
| 9/06/01 | 7.44 | Fed Exp from: Janice,Washington,DC to:Bill Cody |
| 9/06/01 | 9.00 | Overtime Meals Ford, Stacy M. |
| 9/06/01 | 74.64 | Ford, St. - Secretrial Overtime |
| 9/07/01 | 1.66 | Telephone call to: Washington,DC 202-302-0716 |
| 9/07/01 | 1.77 | Telephone call to: Columbia,MD 410-531-4203 |
| 9/07/01 | 4.32 | Fax phone charge to 202-293-6961 |
| 9/07/01 | 12.06 | Telephone call to: New York City,NY 212-806-5544 |
| 9/07/01 | 38.25 | Cooper, K. - Secretrial Overtime |
| 9/07/01 | 38.25 | Fax page charge to 202-293-6961 |
| 9/09/01 | 2.94 | Fax phone charge to 202-293-6961 |
| 9/09/01 | 27.75 | Fax page charge to 202-293-6961 |
| 9/09/01 | 114.75 | Hartfield, J. - Secretarial Overtime |
| 9/18/01 | 27.75 | Standard Copies |
| 9/26/01 | 0.83 | Telephone call to: Washington,DC 202-955-1279 |
| 9/27/01 | 3.12 | Telephone call to: Washington,DC 202-955-1279 |

**Matter 22- Contested Matters/Adversary Proceedings- Expenses**

| Description | Amount |
| --- | --- |
| Telephone | $1,027.07 |
| Facsimile Charges | $59.44 |
| Standard Copies | $1,410.80 |
| Binding | $64.75 |
| Tabs/Indexes/Dividers | $28.40 |
| Postage | $65.25 |
| Overnight Delivery | $89.38 |
| Overtime Transportation | $32.50 |
| Overtime Meals-Attorney | $41.86 |
| Outside Messenger | $99.00 |
| Working Meals | $842.41 |
| Information Broker Doc/Svcs | $240.69 |
| Computer Database Research | $6,951.82 |
| Calendar/Court Services | $25.00 |

| | |
|---|---|
| Court Reporter Fee | $550.00 |
| Secretarial Overtime | $102.63 |
| **TOTAL** | $11,631.00 |

## Matter 22- Contested Matters/Adversary Proceedings- Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 7/01/01 | 43.04 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference Svcs, D. Bernick, 6.01 |
| 7/01/01 | 111.24 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference Svcs, S. Schwartz, 6.01 |
| 7/01/01 | 165.55 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference Svcs, J. Baer, 6.01 |
| 7/01/01 | 194.73 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference Svcs, D. Bernick, 6.01 |
| 7/01/01 | 197.39 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference Svcs, D. Bernick, 6.01 |
| 7/02/01 | 0.85 | West Publishing-TP,Database Usage  7.01 |
| 7/02/01 | 10.78 | West Publishing-TP,Database Usage  7.01 |
| 7/02/01 | 141.15 | West Publishing-TP,Database Usage  7.01 |
| 7/03/01 | 25.45 | West Publishing-TP,Database Usage  7.01 |

| Date | Amount | Description |
| --- | --- | --- |
| 7/03/01 | 49.79 | West Publishing-TP,Database Usage  7.01 |
| 7/03/01 | 456.65 | West Publishing-TP,Database Usage  7.01 |
| 7/05/01 | 28.85 | West Publishing-TP,Database Usage  7.01 |
| 7/05/01 | 99.83 | West Publishing-TP,Database Usage  7.01 |
| 7/05/01 | 230.54 | West Publishing-TP,Database Usage  7.01 |
| 7/06/01 | 5.70 | West Publishing-TP,Database Usage  7.01 |
| 7/06/01 | 48.62 | West Publishing-TP,Database Usage  7.01 |
| 7/06/01 | 408.37 | West Publishing-TP,Database Usage  7.01 |
| 7/09/01 | 5.78 | West Publishing-TP,Database Usage  7.01 |
| 7/09/01 | 13.79 | West Publishing-TP,Database Usage  7.01 |
| 7/09/01 | 22.47 | West Publishing-TP,Database Usage  7.01 |
| 7/09/01 | 62.45 | West Publishing-TP,Database Usage  7.01 |
| 7/09/01 | 256.04 | West Publishing-TP,Database Usage  7.01 |
| 7/10/01 | 0.09 | West Publishing-TP,Database Usage  7.01 |
| 7/10/01 | 7.75 | West Publishing-TP,Database Usage  7.01 |
| 7/10/01 | 70.33 | West Publishing-TP,Database Usage  7.01 |
| 7/10/01 | 305.63 | West Publishing-TP,Database Usage  7.01 |
| 7/11/01 | 215.29 | West Publishing-TP,Database Usage  7.01 |
| 7/12/01 | 53.93 | West Publishing-TP,Database Usage  7.01 |
| 7/12/01 | 67.47 | West Publishing-TP,Database Usage  7.01 |
| 7/13/01 | 285.52 | West Publishing-TP,Database Usage  7.01 |
| 7/15/01 | 6.00 | West Publishing-TP,Database Usage  7.01 |
| 7/15/01 | 30.00 | EUREST - Working Meals/K&E and Others, D Bernick, 8/3/01 (2) |
| 7/15/01 | 96.00 | EUREST - Working Meals/K&E and Others, D Bernick, 8/10/01 (12) |

| Date | Amount | Description |
|------|--------|-------------|
| 7/15/01 | 153.02 | EUREST - Working Meals/K&E and Others, D Bernick, 8/2/01 (10) |
| 7/15/01 | 203.39 | EUREST - Working Meals/K&E and Others, D Bernick, 8/2/01 (9) |
| 7/15/01 | 220.00 | EUREST - Working Meals/K&E and Others, D Bernick, 8/3/01 (10) |
| 7/16/01 | 157.83 | West Publishing-TP,Database Usage  7.01 |
| 7/17/01 | 10.61 | Telephone call to:  MISSOULA,MT  406-523-2500 |
| 7/17/01 | 20.46 | West Publishing-TP,Database Usage  7.01 |
| 7/17/01 | 20.51 | West Publishing-TP,Database Usage  7.01 |
| 7/17/01 | 365.95 | West Publishing-TP,Database Usage  7.01 |
| 7/18/01 | 36.94 | West Publishing-TP,Database Usage  7.01 |
| 7/19/01 | 1.45 | West Publishing-TP,Database Usage  7.01 |
| 7/19/01 | 25.31 | West Publishing-TP,Database Usage  7.01 |
| 7/20/01 | 4.76 | West Publishing-TP,Database Usage  7.01 |
| 7/20/01 | 5.81 | West Publishing-TP,Database Usage  7.01 |
| 7/20/01 | 24.26 | West Publishing-TP,Database Usage  7.01 |
| 7/23/01 | 38.23 | West Publishing-TP,Database Usage  7.01 |
| 7/23/01 | 102.76 | West Publishing-TP,Database Usage  7.01 |
| 7/23/01 | 331.77 | West Publishing-TP,Database Usage  7.01 |
| 7/24/01 | 221.51 | West Publishing-TP,Database Usage  7.01 |
| 7/25/01 | 51.62 | West Publishing-TP,Database Usage  7.01 |
| 7/25/01 | 212.72 | West Publishing-TP,Database Usage  7.01 |
| 7/26/01 | 108.44 | West Publishing-TP,Database Usage  7.01 |
| 7/26/01 | 291.91 | West Publishing-TP,Database Usage  7.01 |
| 7/30/01 | 94.90 | West Publishing-TP,Database Usage  7.01 |
| 7/30/01 | 259.67 | West Publishing-TP,Database Usage  7.01 |
| 7/31/01 | 114.50 | West Publishing-TP,Database Usage  7.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 8/01/01 | 164.90 | Standard Copies- August 1-31, 2001 |
| 8/02/01 | 1.57 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 8/02/01 | 4.32 | Telephone call to:  CHICAGO,IL  312-861-2162 |
| 8/07/01 | 0.59 | Telephone call to:  E CENTRAL,FL  561-362-2244 |
| 8/07/01 | 1.18 | Telephone call to:  LEESBURG,VA  703-729-8543 |
| 8/07/01 | 1.37 | Telephone call to:  BOSTON,MA  617-426-5900 |
| 8/07/01 | 3.00 | Tabs/Indexes/Dividers |
| 8/07/01 | 7.00 | Binding |
| 8/07/01 | 8.75 | Binding |
| 8/07/01 | 8.75 | Binding |
| 8/07/01 | 11.60 | Tabs/Indexes/Dividers |
| 8/07/01 | 29.60 | Standard Copies |
| 8/07/01 | 70.50 | Standard Copies |
| 8/07/01 | 141.60 | Standard Copies |
| 8/10/01 | 1.18 | Telephone call to:  SPRINGFLD,MA  413-782-4210 |
| 8/10/01 | 1.77 | Telephone call to:  BOSTON,MA  617-426-5900 |
| 8/13/01 | 4.30 | Tabs/Indexes/Dividers |
| 8/13/01 | 12.25 | Binding |
| 8/13/01 | 84.70 | Standard Copies |
| 8/14/01 | 17.80 | Fed Exp to: ,BALA-CYNWYD,PA from:MAILROOM |
| 8/15/01 | 1.37 | Telephone call to:  MIDLAND,MI  517-496-1642 |
| 8/15/01 | 19.00 | Postage |
| 8/15/01 | 19.00 | Postage |
| 8/15/01 | 19.00 | Postage |

B-21

| Date | Amount | Description |
|------|--------|-------------|
| 8/15/01 | 140.00 | COWGIRL CATERING - Working Meals/K&E and Others, M. Browdy, (6), 8/15/01 |
| 8/16/01 | 0.59 | Telephone call to:  NEW HAVEN,CT  203-785-1438 |
| 8/16/01 | 26.00 | UNIVERSITY OF WASHINGTON - Information Broker Doc/Svcs 8/16/01 - Photocopy of articles |
| 8/16/01 | 261.40 | Standard Copies |
| 8/17/01 | 91.90 | West Publishing-TP,Database Usage  8.01 |
| 8/19/01 | 40.00 | IN-HOUSE ATTORNEY SERVICE, INC. - Outside Messenger Services - 08/14/01 deliver to: USBC Los Angeles, Ca. |
| 8/20/01 | 5.66 | West Publishing-TP,Database Usage  8.01 |
| 8/20/01 | 22.43 | West Publishing-TP,Database Usage  8.01 |
| 8/21/01 | 3.30 | Standard Copies |
| 8/21/01 | 17.80 | Fed Exp to: ,MERION STATION,PA from:MAILROOM |
| 8/21/01 | 23.17 | West Publishing-TP,Database Usage  8.01 |
| 8/21/01 | 57.76 | West Publishing-TP,Database Usage  8.01 |
| 8/22/01 | 0.30 | Standard Copies |
| 8/22/01 | 0.50 | Standard Copies |
| 8/22/01 | 1.60 | Standard Copies |
| 8/22/01 | 6.80 | Standard Copies |
| 8/22/01 | 29.70 | Standard Copies |
| 8/22/01 | 76.27 | West Publishing-TP,Database Usage  8.01 |
| 8/22/01 | 116.00 | Standard Copies |
| 8/23/01 | 0.10 | Standard Copies |
| 8/23/01 | 1.20 | Tabs/Indexes/Dividers |
| 8/23/01 | 5.25 | Binding |
| 8/23/01 | 6.10 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 8/23/01 | 6.20 | Tabs/Indexes/Dividers |
| 8/23/01 | 8.01 | Fed Exp to: ,LAKE FOREST,IL from:MAILROOM |
| 8/23/01 | 62.60 | Standard Copies |
| 8/23/01 | 100.00 | Standard Copies |
| 8/23/01 | 151.80 | Standard Copies |
| 8/27/01 | 0.40 | Standard Copies |
| 8/27/01 | 0.83 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 8/27/01 | 2.08 | Telephone call to: BOSTON,MA 617-426-5900 |
| 8/27/01 | 5.25 | Binding |
| 8/27/01 | 5.25 | Binding |
| 8/27/01 | 12.10 | Fed Exp from:BENNETT L. SPIEGEL,LOS ANGELES,CA to:JANET S. BAER |
| 8/27/01 | 29.40 | Standard Copies |
| 8/27/01 | 29.40 | Standard Copies |
| 8/28/01 | 1.00 | Standard Copies |
| 8/29/01 | 0.62 | Telephone call to: STATE OF,DE 302-778-6442 |
| 8/29/01 | 0.62 | Telephone call to: ST PAUL,VA 703-762-5191 |
| 8/29/01 | 1.04 | Telephone call to: BOSTON,MA 617-654-8200 |
| 8/29/01 | 1.20 | Tabs/Indexes/Dividers |
| 8/29/01 | 1.20 | Standard Copies |
| 8/29/01 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4476 |
| 8/29/01 | 1.25 | Telephone call to: LOSANGELES,CA 213-892-4992 |
| 8/29/01 | 1.66 | Telephone call to: VAN NUYS,CA 818-995-0215 |
| 8/29/01 | 1.87 | Telephone call to: BEVERLYHLS,CA 310-551-1015 |
| 8/29/01 | 2.29 | Telephone call to: ST PAUL,VA 703-762-5566 |

| Date | Amount | Description |
|------|--------|-------------|
| 8/29/01 | 2.50 | Standard Copies |
| 8/29/01 | 7.00 | Binding |
| 8/29/01 | 12.40 | Standard Copies |
| 8/30/01 | 8.48 | Fed Exp to:DOUGLAS E. CAMERON,PITTSBURGH,PA from:TIMOTHY S. HARDY |
| 8/30/01 | 10.82 | Fed Exp to:RICHARD FINKE, SR. REG COUNSEL,BOCA RATON,FL from:TIMOTHY S. HARDY |
| 8/31/01 | 0.62 | Telephone call to:  LOSANGELES,CA  213-624-2869 |
| 8/31/01 | 1.45 | Telephone call to:  DOWNTN LA,CA  213-248-2313 |
| 8/31/01 | 1.50 | Fax page charge to 410-531-4783 |
| 8/31/01 | 1.50 | Fax page charge to 214-742-1390 |
| 8/31/01 | 8.47 | West Publishing-TP,Database Usage  8.01 |
| 8/31/01 | 38.92 | REED ELSEVIER, INC. - Computer Database Research, Lexis-Nexis database usage August 2001 |
| 9/04/01 | 0.20 | Standard Copies |
| 9/04/01 | 0.30 | Standard Copies |
| 9/04/01 | 0.62 | Telephone call to:  MIAMI,FL  305-375-6156 |
| 9/04/01 | 0.62 | Telephone call to:  MIAMI,FL  305-375-6156 |
| 9/04/01 | 0.62 | Telephone call to:  BEVERLYHLS,CA  310-788-9900 |
| 9/04/01 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 9/04/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 9/04/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 9/04/01 | 1.30 | Standard Copies |
| 9/04/01 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 9/04/01 | 1.66 | Telephone call to:  VAN NUYS,CA  818-995-0215 |
| 9/04/01 | 1.87 | Telephone call to:  WASHINGTON,DC  202-797-1111 |

| Date | Amount | Description |
|------|--------|-------------|
| 9/04/01 | 2.49 | Telephone call to: STATE OF,DE 302-778-6464 |
| 9/04/01 | 2.60 | Standard Copies |
| 9/04/01 | 2.60 | Standard Copies |
| 9/04/01 | 3.12 | Telephone call to: WILMINGTON,DE 302-651-7531 |
| 9/04/01 | 3.33 | Telephone call to: WASHINGTON,DC 202-797-1111 |
| 9/04/01 | 3.33 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 9/04/01 | 6.30 | Standard Copies |
| 9/04/01 | 8.70 | Standard Copies |
| 9/04/01 | 10.90 | Standard Copies |
| 9/04/01 | 14.90 | Standard Copies |
| 9/04/01 | 25.00 | Calendar/Court Services - Deliver check for transcript to court reporter. |
| 9/04/01 | 106.99 | JOHN WILEY & SONS, INC. - Information Broker Doc/Svcs, Aerosol technology: Properties, behavior and measurement of airborne particles |
| 9/04/01 | 525.00 | ECHO REPORTING - Court Reporter Fee/Deposition Transcript of Bankruptcy Court Hearing - Reference |
| 9/05/01 | (7.44) | Overnight Delivery - Refund |
| 9/05/01 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 9/05/01 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 9/05/01 | 0.62 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 9/05/01 | 0.90 | Tabs/Indexes/Dividers |
| 9/05/01 | 1.00 | Standard Copies |
| 9/05/01 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 9/05/01 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 9/05/01 | 1.25 | Telephone call to: DENVER,CO 303-312-7376 |

| Date | Amount | Description |
|------|--------|-------------|
| 9/05/01 | 1.45 | Telephone call to:  HYATTVILLE,MD  301-405-6035 |
| 9/05/01 | 1.45 | Telephone call to:  MIAMI,FL  305-375-6156 |
| 9/05/01 | 1.66 | Telephone call to:  NEWYORKCTY,NY  212-403-1000 |
| 9/05/01 | 1.87 | Telephone call to:  COLUMBIA,MD  410-531-4236 |
| 9/05/01 | 2.49 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 9/05/01 | 3.74 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 9/05/01 | 4.57 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 9/05/01 | 4.57 | Telephone call to:  PITTSBURGH,PA  412-288-4104 |
| 9/05/01 | 5.25 | Binding |
| 9/05/01 | 5.60 | Standard Copies |
| 9/05/01 | 11.70 | Standard Copies |
| 9/05/01 | 17.77 | ANUP SATHY - Overtime Meals - Attorney f/S. Schwartz, 9.4.01 |
| 9/05/01 | 1,256.81 | THE DIALOG CORPORATION - Computer Database Research, Dialog Database usage August 2001 |
| 9/06/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4000 |
| 9/06/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4210 |
| 9/06/01 | 1.00 | Standard Copies |
| 9/06/01 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 9/06/01 | 1.04 | Telephone call to:  CENTRAL,NC  828-898-8565 |
| 9/06/01 | 1.25 | Telephone call to:  LOSANGELES,CA  213-892-4960 |
| 9/06/01 | 1.66 | Telephone call to:  PITTSBURGH,PA  412-261-0310 |
| 9/06/01 | 2.08 | Telephone call to:  EASTERN,MI  810-694-7494 |
| 9/06/01 | 2.70 | Telephone call to:  RICHMOND,VA  804-697-1904 |
| 9/06/01 | 2.91 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 9/06/01 | 7.84 | Fax phone charge to 914-328-0561 |

| Date | Amount | Description |
|------|--------|-------------|
| 9/06/01 | 8.37 | Fed Exp to: ,LOS ANGELES,CA from:MAILROOM |
| 9/06/01 | 12.06 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 9/06/01 | 22.00 | JANET BAER - Overtime Transportation, 9.5, 9.6.01 |
| 9/06/01 | 24.00 | IN-HOUSE ATTORNEY SERVICE, INC. - Outside Messenger Services - 08/30/01 Deliver to: USBC Los Angeles, Ca. |
| 9/06/01 | 25.00 | ECHO REPORTING - Court Reporter Fee/Deposition - 09/06/01 Transcript of proceedings balance due |
| 9/06/01 | 26.25 | Fax page charge to 914-328-0561 |
| 9/06/01 | 35.00 | IN-HOUSE ATTORNEY SERVICE, INC. - Outside Messenger Services - 08/22/01 Deliver USBC Los Angeles, Ca. |
| 9/07/01 | 0.62 | Telephone call to: PHILADELPH,PA 215-979-1521 |
| 9/07/01 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 9/07/01 | 0.83 | Telephone call to: BILLINGS,MT 406-248-7731 |
| 9/07/01 | 0.83 | Fax phone charge to 212-446-4900 |
| 9/07/01 | 1.04 | Telephone call to: OMAHA,NE 402-346-6000 |
| 9/07/01 | 1.25 | Telephone call to: WILMINGTON,DE 302-656-8162 |
| 9/07/01 | 1.25 | Telephone call to: NORTH WEST,CO 970-490-2990 |
| 9/07/01 | 1.49 | Postage-09/04/01 |
| 9/07/01 | 2.29 | Telephone call to: STATE OF,DE 302-778-6464 |
| 9/07/01 | 2.49 | Telephone call to: E CENTRAL,FL 561-362-1300 |
| 9/07/01 | 3.74 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 9/07/01 | 3.90 | Postage-09/04/01 |
| 9/07/01 | 5.25 | Fax page charge to 212-446-4900 |
| 9/10/01 | 13.44 | Fed Exp from:BENNETT L. SPIEGEL,LOS ANGELES,CA to:JANET BAER |
| 9/10/01 | 65.31 | THOMPSON,SU. - Secretarial Overtime |

| Date | Amount | Description |
|------|--------|-------------|
| 9/11/01 | 107.70 | RECEIVER GENERAL FOR CANADA - Information Broker Doc/Svcs 9/11/01 - Research - For the month of August, 2001 |
| 9/12/01 | 0.62 | Telephone call to: DENVER,CO 303-861-7000 |
| 9/12/01 | 0.62 | Telephone call to: PURCELL,OK 405-527-0320 |
| 9/12/01 | 0.83 | Telephone call to: MOUNTKISCO,NY 914-242-7770 |
| 9/12/01 | 1.04 | Telephone call to: WAUSAU,WI 715-845-4336 |
| 9/12/01 | 1.04 | Telephone call to: MERRILL,WI 715-536-4511 |
| 9/12/01 | 1.04 | Telephone call to: MOUNTKISCO,NY 914-242-7700 |
| 9/12/01 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-715-9377 |
| 9/12/01 | 1.25 | Telephone call to: MERRILL,WI 715-536-4511 |
| 9/12/01 | 1.50 | Standard Copies |
| 9/12/01 | 2.30 | Standard Copies |
| 9/12/01 | 2.49 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 9/12/01 | 2.49 | Telephone call to: DENVER,CO 303-866-0409 |
| 9/12/01 | 2.70 | Telephone call to: STATE OF,DE 302-778-6464 |
| 9/12/01 | 3.50 | Standard Copies |
| 9/12/01 | 5.82 | Telephone call to: NEWYORKCTY,NY 212-841-5953 |
| 9/12/01 | 6.46 | Telephone call to: WHITEPLAIN,NY 914-686-7975 |
| 9/13/01 | 0.20 | Standard Copies |
| 9/13/01 | 0.30 | Standard Copies |
| 9/13/01 | 0.50 | Standard Copies |
| 9/13/01 | 0.62 | Telephone call to: BIRMINGHAM,AL 205-868-0309 |
| 9/13/01 | 0.62 | Telephone call to: STATE OF,DE 302-778-6464 |
| 9/13/01 | 0.62 | Telephone call to: E CENTRAL,FL 561-362-1300 |
| 9/13/01 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-826-8853 |

| Date | Amount | Description |
| --- | --- | --- |
| 9/13/01 | 1.40 | Standard Copies |
| 9/13/01 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 9/13/01 | 2.77 | Fax phone charge to 412-288-3063 |
| 9/13/01 | 3.20 | Standard Copies |
| 9/13/01 | 3.74 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 9/13/01 | 4.20 | Standard Copies |
| 9/13/01 | 6.75 | Fax page charge to 412-288-3063 |
| 9/13/01 | 6.75 | Fax page charge to 703-729-8587 |
| 9/13/01 | 6.86 | Telephone call to: WASHINGTON,DC  202-797-1111 |
| 9/13/01 | 8.77 | Telephone call to: WHITEPLAIN,NY  914-686-7975 |
| 9/14/01 | 0.60 | Standard Copies |
| 9/14/01 | 0.62 | Telephone call to: NORTH WEST,NJ  973-994-1700 |
| 9/14/01 | 0.62 | Telephone call to: NEWYORKCTY,NY  212-351-3952 |
| 9/14/01 | 0.62 | Telephone call to: NEWYORKCTY,NY  212-407-4154 |
| 9/14/01 | 0.83 | Telephone call to: COLUMBIA,MD  410-531-4362 |
| 9/14/01 | 0.83 | Telephone call to: STATE OF,DE  302-778-6464 |
| 9/14/01 | 0.83 | Telephone call to: NEWYORKCTY,NY  212-973-0111 |
| 9/14/01 | 0.83 | Telephone call to: MOUNTKISCO,NY  914-242-7700 |
| 9/14/01 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 9/14/01 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 9/14/01 | 1.87 | Telephone call to: NEWYORKCTY,NY  212-826-8853 |
| 9/14/01 | 2.49 | Telephone call to: STATE OF,DE  302-778-6464 |
| 9/14/01 | 3.74 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 9/17/01 | 0.40 | Standard Copies |
| 9/17/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4203 |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 9/17/01 | 0.62 | Telephone call to:  SE CENTRAL,NJ  732-545-4717 |
| 9/17/01 | 2.40 | Standard Copies |
| 9/17/01 | 2.70 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 9/17/01 | 6.86 | Telephone call to:  COLUMBIA,MD  410-531-4552 |
| 9/17/01 | 10.50 | JANET BAER - OT Trans. 9.16.01 |
| 9/18/01 | 0.60 | Standard Copies |
| 9/19/01 | 0.62 | Telephone call to:  EASTERN,NE  402-231-8978 |
| 9/19/01 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-1100 |
| 9/19/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4781 |
| 9/19/01 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 9/19/01 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4552 |
| 9/19/01 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4000 |
| 9/19/01 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 9/19/01 | 2.86 | Postage-09/05/01 |
| 9/20/01 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 9/20/01 | 0.62 | Telephone call to:  DETROIT,MI  313-568-6685 |
| 9/20/01 | 1.25 | Telephone call to:  ANDERSON,SC  803-933-4214 |
| 9/20/01 | 1.66 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 9/20/01 | 1.66 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 9/20/01 | 2.29 | Telephone call to:  VAN NUYS,CA  818-995-0215 |
| 9/20/01 | 3.53 | Telephone call to:  LOSANGELES,CA  213-892-4992 |
| 9/20/01 | 7.07 | Telephone call to:  E CENTRAL,FL  561-362-1661 |
| 9/20/01 | 8.11 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 9/20/01 | 24.09 | RYAN NADICK - Overtime Meals - Attorney, 09.06.2001, (f/S. Schwartz) |

| Date | Amount | Description |
|------|--------|-------------|
| 9/20/01 | 37.32 | THOMPSON,SU. - Secretarial Overtime |
| 9/21/01 | 0.83 | Telephone call to: SOUTHERN,MN  507-333-4321 |
| 9/21/01 | 0.83 | Telephone call to: E CENTRAL,FL  561-362-1532 |
| 9/21/01 | 0.83 | Telephone call to: E CENTRAL,FL  561-362-1532 |
| 9/21/01 | 1.04 | Telephone call to: STATE OF,DE  302-778-6464 |
| 9/21/01 | 2.29 | Telephone call to: WASHINGTON,DC  202-955-1279 |
| 9/21/01 | 2.49 | Telephone call to: COLUMBIA,MD  410-531-4751 |
| 9/21/01 | 3.53 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 9/24/01 | 3.23 | Telephone call to: SYOSSET,NY  516-496-3298 |
| 9/24/01 | 4.16 | Telephone call to: BROOKLYN,NY  718-754-2809 |
| 9/25/01 | 0.62 | Telephone call to: DENVER,CO  303-866-0372 |
| 9/25/01 | 1.20 | Standard Copies |
| 9/25/01 | 1.38 | Telephone call to: MINEOLA,NY  516-877-8215 |
| 9/25/01 | 2.49 | Telephone call to: WASHINGTON,DC  202-955-1279 |
| 9/25/01 | 2.77 | Telephone call to: NRTH OF,NY  914-304-4320 |
| 9/26/01 | 1.25 | Telephone call to: GARDENA,CA  310-719-8894 |
| 9/26/01 | 1.66 | Telephone call to: FREEPORT,NY  516-378-7750 |
| 9/26/01 | 7.50 | Standard Copies |
| 9/27/01 | 1.04 | Telephone call to: E CENTRAL,FL  561-362-1533 |
| 9/27/01 | 1.38 | Telephone call to: MINEOLA,NY  516-877-8215 |
| 9/27/01 | 2.91 | Telephone call to: COLUMBIA,MD  410-531-4781 |
| 9/27/01 | 3.00 | Standard Copies |
| 9/27/01 | 4.15 | Telephone call to: LAS VEGAS,NV  702-671-2339 |
| 9/28/01 | 0.62 | Telephone call to: E CENTRAL,FL  561-362-1533 |
| 9/28/01 | 1.04 | Telephone call to: NEWYORKCTY,NY  212-403-1226 |

| Date | Amount | Description |
|------|--------|-------------|
| 9/28/01 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4781 |
| 9/28/01 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4751 |
| 9/28/01 | 2.08 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 9/28/01 | 2.49 | Telephone call to:  NEWYORKCTY,NY  212-595-8992 |
| 9/28/01 | 3.10 | Standard Copies |
| 9/28/01 | 4.99 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 9/28/01 | 5.20 | Telephone call to:  WASHINGTON,DC  202-721-0926 |
| 9/28/01 | 18.98 | SCOTT MCMILLIN - Cingular, Stmt dated 9.11.2001 |

### Matter 24 – Creditors Committee - Expenses

| Description | Amount |
|-------------|--------|
| Telephone | $12.06 |
| Working Meals | $300.00 |
| **TOTAL** | $312.06 |

**Matter 24 – Creditors Committee - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 7/15/01 | 80.00 | Eurest - Working Meals/K&E and Others, J Sprayregen, 8/3/01 (10) |

| Date | Amount | Description |
|------|--------|-------------|
| 7/15/01 | 220.00 | Eurest - Working Meals/K&E and Others, J Sprayregen, 8/3/01 (10) |
| 9/05/01 | 0.83 | Telephone call to: Wilmington,DE 302-426-1900 |
| 9/06/01 | 0.62 | Telephone call to: Wilmington,DE 302-426-1900 |
| 9/06/01 | 0.62 | Telephone call to: Columbia,MD 410-531-4170 |
| 9/06/01 | 1.45 | Telephone call to: Wilmington,DE 302-426-1900 |
| 9/17/01 | 1.25 | Telephone call to: Miami,FL 305-375-6156 |
| 9/21/01 | 2.29 | Telephone call to: E CENTRAL,FL 561-362-1661 |
| 9/24/01 | 1.04 | Telephone call to: New York City,NY 212-806-5006 |
| 9/24/01 | 1.26 | Telephone call to: St Cathrns,ON 416-935-2510 |
| 9/27/01 | 2.70 | Telephone call to: Wilmington,DE 302-426-1900 |

**Matter 25 – Creditors/Shareholders Inquiries - Expenses**

| Description | Amount |
|-------------|--------|
| Telephone   | $0.83  |
| **TOTAL**   | $0.83  |

## Matter 25 – Creditors/Shareholders Inquiries - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/25/01 | 0.83 | Telephone call to:  HICKSVILLE,NY  516-933-0349 |

## Matter 28 – Environmental Issues - Expenses

| Description | Amount |
|---|---|
| Standard Copies | $29.52 |
| Computer Database Research | $26.12 |
| Standard Copies | $1.50 |
| Overnight Delivery | $11.08 |
| **TOTAL** | $68.22 |

## Matter 28 – Environmental Issues - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 8/03/01 | 26.12 | West Publishing-TP,Database Usage  8.01 |
| 9/04/01 | 5.08 | Telephone call to:  State of SC  843-720-4368 |
| 9/10/01 | 0.92 | Telephone call to:  Denver,CO  303-866-0409 |
| 9/12/01 | 0.92 | Telephone call to:  North West,NJ  973-538-0800 |
| 9/12/01 | 11.08 | Fed Exp to: ,Columbia,MD from:Mailroom |
| 9/25/01 | 0.92 | Telephone call to:  Columbia,MD  410-531-4210 |
| 9/25/01 | 1.38 | Telephone call to:  Columbia,MD  410-531-4210 |
| 9/27/01 | 18.92 | Telephone call to:  Columbia,MD  410-531-4210 |
| 9/28/01 | 1.38 | Telephone call to:  Columbia,MD  410-531-4751 |
| 9/28/01 | 1.50 | Standard Copies |

## Matter 30- Hearings- Expenses

| Description | Amount |
|---|---|
| Telephone | $6.64 |
| Court Reporter Fee | $451.75 |
| **TOTAL** | $458.39 |

## Matter 30- Hearings- Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/05/01 | 0.62 | Telephone call to:  State of Deleware 302-778-6464 |
| 9/05/01 | 1.45 | Telephone call to:  State of Deleware 302-778-6464 |
| 9/06/01 | 0.62 | Telephone call to:  Wilmington,DE  302-652-4100 |
| 9/06/01 | 0.62 | Telephone call to:  Wilmington,DE  302-652-4100 |
| 9/07/01 | 25.50 | KEVIN J. MAURER - Court Reporter Fee/Deposition, Hearing transcript before Judge Farnan, 4.18.01 on ASCII Disc |
| 9/07/01 | 116.25 | VALERIE J. GUNNING - Court Reporter Fee/Deposition, Hearing transcript before Judge Farnan, 5.3.01 and 6.21.01 on ASCII Disks |
| 9/07/01 | 310.00 | WILCOX & FETZER, LTD. - Court Reporter Fee/Deposition, Transcript of Bankruptcy Hearing Taken 4/2/01. |
| 9/13/01 | 0.83 | Telephone call to:  E Central,FL  561-362-1533 |
| 9/13/01 | 1.25 | Telephone call to:  Wilmington,DE  302-426-1900 |
| 9/13/01 | 1.25 | Telephone call to:  Wilmington,DE  302-652-4100 |

## Matter 33- Lease Rejection Claims- Expenses

| Description | Amount |
| --- | --- |
| Standard Copies | $37.00 |
| Overnight Delivery | $9.57 |
| **TOTAL** | $46.57 |

## Matter 33- Lease Rejection Claims- Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 8/27/01 | 9.57 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 9/12/01 | 37.00 | Standard Copies |

## Matter 36- Reclamation Claims - Expenses

| Description | Amount |
|---|---|
| Telephone | $4.36 |
| Computer Database Research | $9.76 |
| **TOTAL** | $14.12 |

## Matter 36- Reclamation Claims - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 7/30/01 | 0.62 | Telephone call to: Phoenix,AZ 602-234-8016 |
| 8/09/01 | 3.12 | Telephone call to: New York,NY 212-806-5544 |
| 8/13/01 | 2.08 | Telephone call to: New York,NY 212-806-5544 |
| 8/14/01 | 0.62 | Telephone call to: Columbia,MD 410-531-4709 |
| 8/14/01 | 2.49 | Telephone call to: Columbia,MD 410-531-4709 |
| 8/16/01 | 0.83 | Telephone call to: Columbia,MD 410-531-4709 |
| 8/16/01 | 1.04 | Telephone call to: Columbia,MD 410-531-4709 |
| 8/16/01 | 1.25 | Telephone call to: Columbia,MD 410-531-4709 |
| 8/16/01 | 1.66 | Telephone call to: Cambridge,MA 617-498-4861 |
| 8/24/01 | 0.62 | Telephone call to: Columbia,MD 410-531-4709 |
| 8/29/01 | 0.62 | Telephone call to: Wilmington,DE 302-652-4100 |
| 8/29/01 | 1.04 | Telephone call to: Wilmington,DE 302-652-4100 |
| 8/29/01 | 1.45 | Telephone call to: Wilmington,DE 302-652-4100 |
| 8/30/01 | 0.62 | Telephone call to: Columbia,MD 410-531-4709 |

## Matter 38- Retention of Professionals/Fees - Expenses

| Description | Amount |
|---|---|
| Telephone | $2.08 |
| Overnight Delivery | $23.40 |
| Secretarial Overtime | $205.26 |
| **TOTAL** | $230.74 |

## Matter 38- Retention of Professionals/Fees - Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 8/16/01 | 7.80 | Fed Exp to: ,Wilmington, DE from:Mailroom. |
| 8/20/01 | 7.80 | Fed Exp to: ,Wilmington,DE from:Mailroom |
| 9/05/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 9/05/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 9/06/01 | 7.80 | Fed Exp to: ,Wilmington,DE from:Mailroom |
| 9/07/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 9/13/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 9/19/01 | 2.08 | Telephone call to:  E Central, FL  561-362-1661 |

## Matter 41- Tax Matters - Expenses

| Description | Amount |
|---|---|
| Telephone | $1.66 |
| **TOTAL** | $1.66 |

## Matter 41-Tax Matters - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/20/01 | 1.66 | Telephone call to: Central, FL  561-362-1302 |

## Matter 42-Travel - Expenses

| Description | Amount |
|---|---|
| Travel Expense | $514.92 |
| Airfare | $4,231.50 |
| Travel Meals | $30.88 |
| Travel to/from Airport | $332.16 |
| **TOTAL** | $5,109.46 |

## Matter 42-Travel - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 8/02/01 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 8/15/01 | 41.29 | Vital Transportation - Transportation to/from airport, David M Bernick, P.C. |
| 8/21/01 | 240.00 | DAVID M BERNICK, P.C. - Airfare Expense, Upgrade charges for trips to New Orleans,LA 7.10.01, Wilmington,DE, 7.18 & New York,NY, 8.17.01 |
| 8/23/01 | 82.40 | Crown Coach - Transportation to/from airport, Samuel A Schwartz |
| 8/29/01 | 67.55 | Crown Coach - Transportation to/from airport, Samuel A Schwartz |
| 8/30/01 | 267.92 | TIMOTHY S HARDY - Travel Expense-08/28/01-Pittsburgh, PA-To meet with R. J. Lee |
| 8/30/01 | 758.00 | TIMOTHY S HARDY - AIRFARE Expense-08/28/01-Pittsburgh, PA-To meet with R. J. Lee |
| 9/20/01 | 82.52 | JAMES W KAPP - Transportation to/from airport, Wilmington, DE, 07.18 - 07.19.2001, (Attend hearing; Suppl to trv exp rpt 7.23.2001) |
| 9/24/01 | 30.88 | SCOTT MCMILLIN - Meals, Charlotte, NC, 09.21.2001, (Witness interview) |
| 9/24/01 | 62.00 | SCOTT MCMILLIN - Travel Expense, Charlotte, NC, 09.21.2001, (Witness interview) |
| 9/24/01 | 95.00 | MICHELLE H BROWDY - Travel Expense, Charlotte,NC, 9.21.01 |
| 9/24/01 | 1,091.00 | MICHELLE H BROWDY -Airfare Expense, Charlotte,NC, 9.21.01 |
| 9/24/01 | 1,091.00 | SCOTT MCMILLIN - Airfare, Charlotte, NC, 09.21.2001, (Witness interview) |
| 9/25/01 | 90.00 | Janet Baer - Travel Expense, Philadephia,PA, 9.24.01, (Mtgs) |
| 9/25/01 | 1,051.50 | Janet Baer - Airfare Expense, Philadephia,PA, 9.24.01, (Mtgs) |

.

## Matter 45 - Utilities - Expenses

| Description | Amount |
|---|---|
| Facsimile Charge | $9.00 |
| **TOTAL** | $9.00 |

## Matter 45 - Utilities - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/07/01 | 3.00 | Fax page charge to 410-531-4445 |
| 9/07/01 | 3.00 | Fax page charge to 504-840-2685 |
| 9/07/01 | 3.00 | Fax page charge to 412-392-2128 |

## Matter 46 - IRS Tax Litigation - Expenses

| Description | Amount |
|---|---|
| Telephone | $3.32 |
| Overnight Delivery | $7.44 |
| Computer Database Research | $121.70 |
| Appearance Fees | $50.00 |
| **TOTAL** | $182.46 |

## Matter 46 - IRS Tax Litigation - Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 7/02/01 | 13.52 | West Publishing-TP,Database Usage  7.01 |
| 7/03/01 | 40.67 | West Publishing-TP,Database Usage  7.01 |
| 7/05/01 | 26.90 | West Publishing-TP,Database Usage  7.01 |
| 7/10/01 | 19.81 | West Publishing-TP,Database Usage  7.01 |
| 7/11/01 | 2.94 | West Publishing-TP,Database Usage  7.01 |
| 7/12/01 | 17.86 | West Publishing-TP,Database Usage  7.01 |
| 8/02/01 | 7.44 | Fed Exp to: ,Washington,DC from:MAILROOM |
| 8/29/01 | 1.66 | Telephone call to:  Washington,DC  202-682-7188 |
| 9/14/01 | 1.66 | Telephone call to: Washington,DC  202-307-6555 |
| 9/28/01 | 50.00 | U.S. Court of Federal Claims - Appearance Fees, Admission fee for N. Keller, 9.28.01 |

## Expenses- Summary (September  2001)

| **Description** | **Amount** |
| --- | --- |
| Telephone | $2,851.14 |
| Facsimile Charges | $390.75 |
| Standard Copies | $3,606.05 |
| Color Copies | $3.00 |
| Color Transparencies | $6.00 |
| Binding | $89.25 |
| Outside Messenger Service | $104.50 |
| Tabs/Indexes/Dividers | $83.40 |
| Postage | $70.59 |
| Travel Meals | $30.88 |
| Overnight Delivery | $354.74 |
| Travel Expense | $514.92 |
| Airfare | $4,231.50 |
| Travel to/from Airport | $332.16 |
| Computer Database Research | $7,589.21 |
| Library Document Procurement | $10.00 |
| Information Broker Services | $3,281.44 |
| Calendar/Court Services | $45.00 |
| Working Meals | $1,142.41 |
| Overtime Meals | $9.00 |
| Overtime Meals- Attorney | $66.86 |
| Overtime Transportation | $32.50 |
| Appearance Fees | $50.00 |
| Court Reporter Fee | $1,001.75 |
| Secretarial Overtime | $1,250.42 |

**Total**                                                                 $27,147.47