**Exhibit B**
August Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline:  October 17, 2001 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## NOTICE OF FILING OF SECOND MONTHLY FEE APPLICATION

To: (1) Office of the United States Trustee; (2) Counsel to the Debtors; (3) Counsel

to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal

Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel

to the Equity Committee; and (7) Counsel to the debtor-in-possession lenders (the "DIP Lenders").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Reed Smith, Special Asbestos Products Liability Defense Counsel to the above-captioned debtors and debtors in possession in the above captioned chapter 11 cases, filed and served the Verified Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Product Liability Defense Counsel to Debtors, for the Second Monthly Interim Period from August 1, 2001 through August 31, 2001 and the Summary in connection therewith, seeking compensation in the amount of $90,113.00 and reimbursement for actual and necessary expenses in the amount of $4,048.11 (the "Fee Application").[2]

You are required to file with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, an objection to the attached Fee Application on or before October 17, 2001 at 4:00 p.m.

At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) Reed Smith, Special Asbestos Products Liability Defense Counsel for the Debtors, James J. Restivo, Jr., Esq., Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219 (fax no. 412.288.3063); (ii) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312.861.2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302.652.4400); (iii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212.806.6006),

---

[2] Pursuant tot he Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, entered on May 3, 2001 (the "Order"), Reed Smith will only be paid $72,090.40, 80% of the compensation represented in this Fee Application, plus 100% of actual and necessary expenses. Reed Smith will seek approval of the remainder of their compensation in a quarterly fee application that will be filed in accordance with the Order.

and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302.657.4901); (iv) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami Florida 33131 (fax number 305.374.7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302.575.1714); (v) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212.644.6755), and Matthew G. Zaleski, III, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (vi) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312.993.9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vii) Counsel to the Equity Committee, Thomas Moers Mayer, Esquire, Krane, Levin, Naftalis & Frankel, LLP, 919 Third Avenue, New York, New York 10022 (fax number 212.715.8000); and (viii) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302.573.6497).

A HEARING ON THE FEE APPLICATION WILL BE HELD ONLY IF OBJECTIONS OR REPONSES ARE FILED.

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUEST IN THE FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 27, 2001

REED SMITH LLP

_____ /s/ Kurt F. Gwynne _____
Kurt F. Gwynne, Esquire (No. 3951)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
kgwynne@reedsmith.com
          and
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: 412.288.3131
Facsimile: 412.288.3063

Special Asbestos Products Liability Defense Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY OF THE VERIFIED APPLICATION OF REED SMITH LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
COUNSEL TO DEBTORS FOR THE SECOND MONTHLY INTERIM PERIOD
FROM AUGUST 1, 2001 THROUGH AUGUST 31, 2001**

Name of Applicant:                                   Reed Smith LLP

Authorized to Provide Professional Services to:      W. R. Grace & Co., et al., Debtors and
                                                     Debtors-in-Possession

Date of Retention:                                   July 19, 2001,
                                                     effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                             August 1, 2001 through August 31, 2001

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $90,113.00

This an: X monthly    __ interim    __ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd , Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|----------------|--------------------|----------------|--------------------|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|--------------------------------|------------|---------------------|--------------------|--------------------|
| James J. Restivo, Jr. | Partner | 30 Years | Litigation | $380.00 | 54.70 | $21,333.00 |
| Lawrence E. Flatley | Partner | 26 Years | Litigation | $340.00 | 31.40 | $10,676.00 |
| Douglas E. Cameron | Partner | 17 Years | Litigation | $325.00 | 115.90 | $37,667.50 |
| Andrew J. Trevelise | Partner | 22 Years | Litigation | $325.00 | 18.80 | $6,110.00 |
| James W. Bentz | Partner | 13 Years | Litigation | $260.00 | 28.00 | $7,280.00 |
| Stephen J. DelSole | Associate | 7 Years | Litigation | $250.00 | 4.80 | $1,200.00 |
| Traci Sands Rea | Associate | 6 years | Litigation | $240.00 | .60 | $144.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Product Liability Defense Counsel to Debtors, for the Second Monthly Interim Period from August 1, 2001 through August 31, 2001.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $135.00 | 40.50 | $5,467.50 |
| Maureen C. Atkinson | Paralegal | 25 Years | Litigation | $110.00 | .60 | $66.00 |
| Keith D. Warren | Paralegal | 8 Years | Litigation | $130.00 | 1.30 | $169.00 |

Total Fees:  $90,113.00

Expense Summary

| Description | Amount |
|---|---|
| Standard Copies | $ 1,060.60 |
| Lexis | 14.00 |
| Westlaw | 12.33 |
| Postage Expense | .34 |
| Courier Service | 130.64 |
| Outside Duplicating | 22.98 |
| Secretarial Overtime | 195.00 |
| Lodging | 226.58 |
| Transportation | 68.00 |
| Air Travel Expense | 2,028.00 |
| Taxi Expense | 162.00 |
| Mileage Expense | 29.76 |
| Telephone | 47.38 |
| Travel Meals | 50.50 |
| Total | $4,048.11 |

Dated: September 27, 2001

REED SMITH LLP

_____/s/ Kurt F. Gwynne_____
Kurt F. Gwynne, Esquire (No. 3951)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
kgwynne@reedsmith.com
              and
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  412.288.3131
Facsimile:  412.288.3063

Special Asbestos Products Liability Defense
Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFIED APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS, FOR THE SECOND MONTHLY INTERIM PERIOD FROM AUGUST 1, 2001 THROUGH AUGUST 31, 2001

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Reed Smith LLP ("Applicant" or "Reed Smith"), Special Asbestos Products Liability Defense Counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in their Chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $90,113.00 for the reasonable and

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental. Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

necessary legal services Reed Smith has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that Reed Smith incurred in the amount of $4,048.11 (the "Application"), for the period from August 1, 2001, through August 31, 2001 (the "Fee Period"). In support of this Application, Reed Smith respectfully states as follows:

## Retention of and Continuing Disinterestedness of Reed Smith

1.     On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.     On July 19, 2001, the Debtors were authorized by the Court to retain Reed Smith as Special Asbestos Products Liability Defense Counsel, effective as of the Petition Date ("Retention Order"). This Retention Order authorizes the Debtors to compensate Reed Smith at Reed Smith's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court. On May 3, 2001 this Court entered the Interim Compensation Order, pursuant to which this Fee Application is being filed.

3.     As disclosed in the Affidavit of James J. Restivo, Jr. in Support of the Application of the Debtors to employ Reed Smith LLP as Special Defense Counsel for the Debtors in Asbestos Product Liability Actions, (the "Restivo Affidavit"), filed July 2, 2001, Reed Smith does not hold or represent any interest adverse to the estates, and is a disinterested person as that term is

-2-

defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

4.       Reed Smith may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.  Reed Smith disclosed in the Restivo Affidavit its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts.  Reed Smith will update the Restivo Affidavit when necessary and when Reed Smith becomes aware of any material new information.

5.       This is the second application for monthly interim compensation for services rendered that Reed Smith has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

<u>**Reasonable and Necessary Services Rendered by Reed Smith**</u>

6.       The Reed Smith attorneys who rendered professional services in the Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 30 Years | Litigation | $380.00 | 54.70 | $21,333.00 |
| Lawrence E. Flatley | Partner | 26 Years | Litigation | $340.00 | 31.40 | $10,676.00 |
| Douglas E. Cameron | Partner | 17 Years | Litigation | $325.00 | 115.90 | $37,667.50 |
| Andrew J. Trevelise | Partner | 22 Years | Litigation | $325.00 | 18.80 | $6,110.00 |
| James W. Bentz | Partner | 13 Years | Litigation | $260.00 | 28.00 | $7,280.00 |
| Stephen J. DelSole | Associate | 7 Years | Litigation | $250.00 | 4.80 | $1,200.00 |
| Traci Sands Rea | Associate | 6 years | Litigation | $240.00 | .60 | $144.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $135.00 | 40.50 | $5,467.50 |
| Maureen C. Atkinson | Paralegal | 25 Years | Litigation | $110.00 | .60 | $66.00 |
| Keith D. Warren | Paralegal | 8 Years | Litigation | $130.00 | 1.30 | $169.00 |

Total Fees:   $90,113.00

7.     Each of the persons who has performed service herein has kept daily time records setting forth the services and time expended in connection herewith.

8.     The rates described above are Reed Smith's hourly rates for services of this type. Attached as Exhibit A is a detailed itemization and description of the services that Reed Smith rendered during the Fee Period. Based on these rates and the services performed by each individual, the reasonable value of such services is $90,113.00 [80% = $72,090.40]. The Reed Smith attorneys and paraprofessionals expended a total of 296.60 hours for these cases during the Fee Period. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

9.     Further, Exhibit A (a) identifies the individuals that rendered the services, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.

-4-

## Actual and Necessary Expenses

10.    It is Reed Smith's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the clients case that would not have been incurred except for representation of that particular client.  It is Reed Smith's policy to charge its clients only the amount actually incurred by Reed Smith in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals, and lodging. With respect to airfare expenses, all travel, by all individuals, is billed at the coach class rate with allowances for class upgrades.

11.    Reed Smith charges $0.15 per page for duplication.  Reed Smith does not charge clients for outgoing telecopier transmissions (other than related toll charges) or for incoming telecopier transmissions.

12.    A summary of expenses by type, as well as a detailed itemization and description of the disbursements made by Reed Smith on the Debtors' behalf during the Fee Period is attached hereto as Exhibit B.  All of these disbursements comprise the requested sum for Reed Smith's out-of-pocket expenses, totaling $4,048.11.

## Representations

13.    Reed Smith believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

-5-

14.     Reed Smith performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

15.     Reed Smith has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

16.     Pursuant to Fed. R. Bank. P. 2016(b), Reed Smith has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of Reed Smith, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

17.     Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. Reed Smith reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, for the reasons set forth above, Applicant respectfully requests this Court to enter an order allowing, authorizing and directing payment of interim compensation in the amount of $90,113.00 [80% = $72,090.40] for legal services rendered on behalf of Debtors during the

-6-

period:  August 1, 2001 through August 31, 2001, and reimbursement of expenses incurred during

the same period in the amount of $4,048.11.

Dated:  September 27, 2001                REED SMITH LLP

                                             /s/ Kurt F. Gwynne
                               Kurt F. Gwynne, Esquire (No. 3951)
                               1201 Market Street, Suite 1500
                               Wilmington, DE  19801
                               Telephone:  (302) 778-7500
                               Facsimile:  (302) 778-7575
                               kgwynne@reedsmith.com
                                      and
                               James J. Restivo, Jr.
                               Lawrence E. Flatley
                               Douglas E. Cameron
                               435 Sixth Avenue
                               Pittsburgh, PA  15219
                               Telephone:  412.288.3131
                               Facsimile:  412-288-3063

                               Special Asbestos Products Liability Defense
                               Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number        893049
One Town Center Road                     Invoice Date        09/25/01
Boca Raton, FL    33486                  Client Number         172573


==============================================================================

Re: W. R. Grace & Co.


(60026)   Special Abestos Counsel

        Fees                          90,113.00


                    TOTAL BALANCE DUE UPON RECEIPT        $ 90,113.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number        893049
One Town Center Road                     Invoice Date        09/25/01
Boca Raton, FL    33486                  Client Number         172573
                                         Matter Number          60026


=================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2001

| Date | Name | | Hours |
|------|------|------|-------|
| 07/31/01 | Atkinson | Telephone call with Jean from Grace re: Barbanti PI hearing exhibits and reviewing files for same. | .40 |
| 08/01/01 | Bentz | Review of debtors' proposed case management order re handling of products liability claims. | .25 |
| 08/01/01 | Cameron | Prepare for and participate in conference call with R. Finke and K&E lawyer regarding attic insulation cases (1.3); continue review of bankruptcy materials and prepare for meeting in Chicago (2.6); prepare for and revise organizational memo (1.1); prepare and revise memo regarding conference call (.90); review proposed meeting outline from D. Bernick (.70). | 6.60 |
| 08/01/01 | DelSole | Continued review and analysis of Daubert opinions concerning admissibility of experts. | 2.50 |
| 08/01/01 | Restivo | Prepare for Chicago meeting, including agenda mark-up and case review | 4.00 |
| 08/02/01 | Bentz | Review of materials re disposition of attic fill, property damage and personal injury cases. | 2.20 |

```
172573 W. R. Grace & Co.                      Invoice Number  893049
60026  Special Abestos Counsel                Page    2
       September 25, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/02/01 | Cameron | Prepare for and meet with J. Restivo in preparation for meeting with bankruptcy counsel in Chicago (1.4); participate in meeting in Chicago with D. Bernick, et al. (7.5); meet with J. Restivo regarding post meeting discussions (.80). | 10.20 |
| 08/02/01 | Restivo | To/from Chicago and meeting with Messrs. Bernick, Siegel, et al., re planning | 10.00 |
| 08/03/01 | Bentz | Review of materials re proposed plan for dealing with attic insulation, property damage and personal injury actions. | 1.60 |
| 08/03/01 | Restivo | Telephone calls with A. Trevelise and take steps per strategy meeting | 1.50 |
| 08/03/01 | Trevelise | Telephone call with J. Restivo re: document review and production issues. | .80 |
| 08/06/01 | Bentz | Review of materials regarding attic fill cases, personal injury cases and property damage cases. | 1.75 |
| 08/06/01 | Flatley | Reviewing accumulated correspondence (1.00); with J. Restivo re: status (.80); call with Ms. Pope re: Spokane documents (.30); follow up re: search for Spokane documents, including call and e-mail to R. Finke (.80). | 2.90 |
| 08/06/01 | Haines | Conference with Trevelise, research, memo re: status of document review and production in class actions; telephone call with Latuda; memos to Systems re: database status. | 3.30 |
| 08/06/01 | Restivo | Telephone calls with D. Siegel and R. Finke; report to L. Flatley; memo re status, goals and deadlines; telephone call with T. Hardy re experts | 2.50 |

```
172573  W. R. Grace & Co.                          Invoice Number  893049
60026   Special Abestos Counsel                     Page    3
        September 25, 2001
```

| Date | Name | | Hours |
|------|------|------|------|
| 08/06/01 | Trevelise | Review file materials and notes and conference with Susan Haines to prepare draft of memo re: status of document production review and plan to complete document review. | 2.00 |
| 08/07/01 | Haines | Review Trevelise memo to Restivo re: scope of project; conference with Trevelise re: same; memos to Goldbach re: production CDs. | .70 |
| 08/07/01 | Restivo | Telephone calls with T. Hardy and R. Finke | .50 |
| 08/07/01 | Trevelise | Review and revise memo re: status of document review. | .40 |
| 08/08/01 | Atkinson | Telephone calls with W. R. Grace, Reed Smith re: exhibits from November Preliminary Injunction. | .20 |
| 08/08/01 | Bentz | Review of memoranda regarding plan for dealing with ZAI cases, personal injury case and property damage cases; review of pleadings filed regarding case management plan and proposed Order. | 2.90 |
| 08/08/01 | Cameron | Prepare for and participate in conference call with T. Hardy and J. Restivo re: regulatory work (.70); prepare for and participate in conference call with T. Hardy (.50); review memo of meeting in Chicago and meet with J. Restivo re: same (1.9); review correspondence and governmental reports from Grace (.90). | 4.00 |
| 08/08/01 | Flatley | Message from R. Finke and call with him (.30); review J. Restivo memorandum on Kirkland & Ellis meeting and attached papers (.70). | 1.00 |
| 08/08/01 | Haines | Multi memoranda re: scanning proposals; telephone call with Trevelise. | .80 |

```
172573 W. R. Grace & Co.                    Invoice Number  893049
60026  Special Abestos Counsel              Page    4
       September 25, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/08/01 | Restivo | Meeting with D. Cameron; call with T. Hardy re non-testifying consultant | 1.00 |
| 08/08/01 | Trevelise | Review correspondence re: current document database; telephone call to J. Restivo re: document review issues. | .10 |
| 08/09/01 | Bentz | Review of materials regarding Libby claims. | .90 |
| 08/09/01 | Cameron | Organize materials received from K&E and Grace and review litigation material relating to ZAI and MK-3 matters (6.2); meet with J. Restivo re: strategy and organization (.3). | 6.50 |
| 08/09/01 | Flatley | Quick review of correspondence (.20); with D. Cameron (.20). | .40 |
| 08/09/01 | Haines | Memos re: resumption of document review. | .30 |
| 08/09/01 | Restivo | Overall review of pleadings, work product, correspondence, to design overall strategy | 4.20 |
| 08/10/01 | Bentz | Review of materials regarding Libby. | .60 |
| 08/10/01 | Cameron | Review outline and summaries from R. Finke (1.7); review materials relating to government's work with attic insulation and additional studies (1.4); review fee application materials (.60). | 3.70 |
| 08/10/01 | Flatley | R. Senftleben e-mail and response (.10); e-mail from/to R. Finke (.10); organizing materials to be reviewed (.70). | .90 |
| 08/10/01 | Restivo | Telephone call with A. Trevelise re document review program | 1.00 |

172573 W. R. Grace & Co.                                  Invoice Number  893049
60026  Special Abestos Counsel                            Page    5
       September 25, 2001

|   Date   |   Name    |                                                         | Hours |
| -------- | --------- | ------------------------------------------------------- | ----- |
| 08/10/01 | Trevelise | Review correspondence re: EPA document review; telephone call with J. Restivo re: status of document review and production. | .40 |
| 08/11/01 | Cameron | Review materials relating to attic insulation cases. | 1.50 |
| 08/13/01 | Bentz | Review of materials in Libby and alleged asbestos exposures. | 1.80 |
| 08/13/01 | Cameron | Review materials from Kirkland & Ellis and organize attic fill materials. | 3.90 |
| 08/13/01 | Trevelise | Review document review memo re: status of document review. | .30 |
| 08/14/01 | Cameron | Prepare and revise materials for fee applications (2.5); review court filings and documents related to attic insulation claims (2.9). | 5.40 |
| 08/14/01 | Flatley | Reviewing materials in preparation for conference call on expert witnesses. | 1.40 |
| 08/14/01 | Restivo | Review of new correspondence, e-mails, etc. | .50 |
| 08/14/01 | Trevelise | Telephone call with C. Latuda re: meeting and review correspondence re: same. | .20 |
| 08/15/01 | Bentz | Review of materials regarding insufficiency of attic fill claims under Daubert. | 1.90 |
| 08/15/01 | Cameron | Prepare for meeting with J. Restivo regarding open tasks and strategy and continue review of attic insulation cases (2.60); review e-mail and outline from R. Finke and prepare for call (1.30). | 3.90 |
| 08/15/01 | Restivo | Continue review of pertinent material re historical tests, government pronouncements, experts, witness files, et al. | 4.80 |

172573  W. R. Grace & Co.                         Invoice Number  893049
60026   Special Abestos Counsel                   Page    6
        September 25, 2001

| Date | Name | | Hours |
|------|------|--|-------|

08/15/01 Trevelise       Telephone call with M. Murphy re:          .10
                         document review meeting.

08/16/01 Cameron         Prepare for and participate in            6.80
                         meeting with J. Restivo and L.
                         Flatley regarding tasks and
                         responsibilities for attic fill
                         and asbestos cases and follow up
                         from meeting with memo (4.80);
                         review materials from R. Finke and
                         telephone conference with R. Finke
                         regarding same and upcoming
                         meetings (.90); review historical
                         documents and charts and transmit
                         to R. Finke and K&E (1.10).

08/16/01 Flatley         With J. Restivo re: meeting (.10);        2.50
                         meeting with D. Cameron and J.
                         Restivo (2.10); organizing follow
                         up after meeting (.30).

08/16/01 Rea             Met with D. Cameron on testing             .30
                         data and e-mail re same

08/16/01 Restivo         Strategy meeting; call to R.              3.80
                         Finke; draft litigation plan work
                         flow; revise Trevelise document;
                         review program.

08/16/01 Trevelise       Telephone call with Jim Restivo           .60
                         re: document review memo and
                         status; review and revise document
                         review memo.

08/17/01 Bentz           Review of Zonolite plaintiffs'            .50
                         objections to various motions.

08/17/01 Cameron         Review and revise chart regarding         4.30
                         areas of responsibility and
                         telephone conference with R. Finke
                         regarding same (.60); meet with L.
                         Flatley regarding same (.20);
                         telephone conference with R. Finke
                         regarding scheduling meeting and
                         strategy discussions regarding
                         same (.60); review materials in
                         preparation for conference calls
                         and meetings week of 8/20
                         regarding attic insulation cases
                         (2.9).

172573  W. R. Grace & Co.
60026   Special Abestos Counsel
        September 25, 2001

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 08/17/01 | Flatley | Review correspondence and organizing (1.1); prepare for 8/21 conference call (4.0); conference with R. Senftleben (0.4); conference with D. Cameron (0.3). | 5.80 |
| 08/17/01 | Haines | Multi telephone calls re: preparation for repository/document review meeting; research, memos to M. Murphy re: number of pages scanned; review revised memo re: document review recommendations. | 1.20 |
| 08/18/01 | Cameron | Review materials in preparation for conference calls on 8/20. | 1.10 |
| 08/19/01 | Flatley | Review K&E memoranda in preparation for 8/21 conference call. | 1.80 |
| 08/20/01 | Bentz | Review of Zonolite plaintiffs' objections to proposed case management order. | 1.00 |
| 08/20/01 | Cameron | Prepare for and participate in conference with R. Finke and K&E regarding strategy for attic insulation cases and memo regarding same (.9); Prepare strategy memo and recommendation (1.9); Telephone call with former trial counsel regarding expert witness issues and memo regarding same (.8); Review material from preliminary injunction hearing and provide to counsel (.9); Telephone call with R. Finke regarding meetings (.4). | 4.90 |
| 08/20/01 | Flatley | E-mail to D. Cameron (0.1); review medical expert information for 8/21 conference call (1.1). | 1.20 |
| 08/21/01 | Cameron | Prepare for and meet with L. Flatley and participate in conference call with Grace in-house lawyers and K&E lawyers regarding attic insulation cases (2.3); Finalize strategy/recommendations memo | 6.30 |

172573 W. R. Grace & Co.
60026 Special Abestos Counsel
  September 25, 2001

Invoice Number  893049
Page   8

| Date | Name | | Hours |
|------|------|--|-------|
| | | regarding attic insulation cases (1.2); Review deposition and trial testimony of witnesses in asbestos cases (2.4); Telephone call with R. Finke regarding memos and upcoming meetings to discuss strategy (.4). | |
| 08/21/01 | Flatley | Preparation for conference call (0.6); conference call with T. Hardy, R. Finke, R. Senftleben, D. Kuchinsky, et al. (1.8); e-mails re: Washington, D.C. meeting (0.2); follow-up with D. Cameron and J. Restivo (0.6). | 3.20 |
| 08/21/01 | Haines | Memorandum re: Boston document review. | .10 |
| 08/21/01 | Restivo | Review new studies, press releases, correspondence; redraft assignment flow chart; telephone calls with R. Finke. | 3.20 |
| 08/22/01 | Cameron | Prepare for and participate in conference call with Grace in-house counsel, K&E regarding witnesses (1.8); Prepare for and meet with J. Restivo and L. Flatley regarding 8/23 strategy meeting (.8); Prepare for 8/23 meeting with counsel regarding attic insulation cases (2.6); Finalize summary/recommendations memo regarding attic insulation cases and cover memo to Grace (.9). | 6.10 |
| 08/22/01 | Flatley | Calls with J. Restivo and later with D. Cameron re: possible Washington meeting (0.2); met with J. Restivo and D. Cameron to prepare for meeting (0.9). | 1.10 |
| 08/22/01 | Haines | Review scanning proposals, status of Lason scanning project; status of attic review and production; corrections to database; memos to Goldbach; memo, telephone call to Trevelise; memo to Atkinson. | 4.70 |

```
172573  W. R. Grace & Co.                     Invoice Number  893049
60026   Special Abestos Counsel               Page    9
        September 25, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/22/01 | Restivo | Conference call with A. Trevelise re document production (0.5); preparation for D.C. strategy meeting (1.0); finalize work flow chart (1.0) | 2.50 |
| 08/23/01 | Cameron | Prepare for and meet with J. Restivo, R. Finke and Grace lawyers in Washington, D.C. regarding attic insulation case strategy and meet with J. Restivo for post-meeting summary. | 8.00 |
| 08/23/01 | Haines | Prepare for meeting at´Casner re: document review project; telephone calls, memos, conference Trevelise re: same. | 7.90 |
| 08/23/01 | Restivo | Travel to/from D.C.; strategy meeting with T. Hardy, R. Finke, et al. | 8.00 |
| 08/23/01 | Trevelise | Review file materials and memoranda in preparation for meeting re: document review; telephone calls with M. Murphy re: same; conference with B. Tracey re: same; meeting with R. Finke and C. Sullivan re: same. | 3.30 |
| 08/24/01 | Bentz | Review of materials regarding Libby studies. | .50 |
| 08/24/01 | Cameron | Organize materials for meeting with consultants and counsel (1.1); revise fee application materials (.90); prepare memos summarizing 8/23 meeting and various conference calls (1.7); review recent news reports from Grace (.40). | 4.10 |
| 08/24/01 | DelSole | Receipt and review of media reports regarding vermiculate and Libby; review of information regarding ATSDR action. | .50 |
| 08/24/01 | Flatley | Call with D. Cameron (.30); review correspondence (.20). | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  893049
60026  Special Abestos Counsel              Page   10
       September 25, 2001
```

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 08/24/01 | Haines | Prepare for and attend meeting with R. Murphy, M. Murphy, Chris Sullivan, Andy Trevelise, HRO personnel at Casner re: document review project. | 8.00 |
| 08/24/01 | Trevelise | Attend meeting at Casner & Edwards with R. Finke, C. Sullivan, B. Murphy, M. Murphy, C. Latuda, B. Tracey and S. Haines re: document review and production project and issues. | 7.30 |
| 08/26/01 | Cameron | Organize and revise feé petition materials (.60); prepare memoranda regarding meeting summaries (.80); review expert witness files (1.90). | 3.30 |
| 08/27/01 | Bentz | Review of materials regarding Libby testing and testing protocols. | 2.50 |
| 08/27/01 | Cameron | Prepare for 8/28 meeting with R. Finke and T. Hardy regarding attic insulation cases (2.7); Finalize fee application for filing (1.8); Telephone call and e-mails with R. Finke regarding various issues in attic insulation cases (.8); Review Restivo summary of meetings and open issues (.8). | 6.10 |
| 08/27/01 | Flatley | With J. Restivo (.10); with J. Bentz (.10). | .20 |
| 08/27/01 | Haines | Draft and revise RFP for scanning project; multiple e-mails, telephone calls re: same; prepare follow-up list for items raised at 8/24/01 Casner meeting; research, telephone calls re: Lason bankruptcy. | 6.10 |
| 08/27/01 | Restivo | Dictate Things To Do memos; read new material | 2.00 |
| 08/27/01 | Trevelise | Telephone call with Jim Restivo re: meeting concerning document review, review memorandum from Restivo; draft memorandum re: Boston document review meeting. | 1.00 |

172573  W. R. Grace & Co.                          Invoice Number   893049
60026   Special Abestos Counsel                    Page   11
        September 25, 2001

| Date | Name | | Hours |
|------|------|------|-------|

| 08/28/01 | Bentz | Review of materials regarding witness interviews and attic insulation strategy. | 1.30 |
| 08/28/01 | Cameron | Prepare for and attend meeting in Pittsburgh with R. Finke and T. Hardy regarding attic insulation cases. | 8.00 |
| 08/28/01 | Haines | Revisions to RFP, telephone calls re: same; review and revise memo summarizing 8/24/01 meeting at Casner. | 4.10 |
| 08/28/01 | Restivo | Review newest correspondence, pleadings, e-mails | 1.20 |
| 08/28/01 | Trevelise | Review correspondence re: Lason contract and forward copy of same to R. Finke; review Request for Proposal for scanning and conference with S. Haines re: same, review and revise memorandum re: Document Review Meeting and Project. | .60 |
| 08/28/01 | Warren | Review, edit and prepare fee application and related documents; telephone calls to and from D. Cameron's office in re: to same; attention service list; telephone calls to Parcel's Inc. in re: to same. | 1.30 |
| 08/29/01 | Bentz | Conference with L. Flatley regarding document review and strategy. | 1.70 |
| 08/29/01 | Cameron | Telephone call with R. Finke and review materials from 8/29 meeting (1.2); Prepare summary of meeting and action plan regarding same (.9); Review Restivo memo and prepare for meeting regarding attic insulation cases (1.3). | 3.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  893049
60026  Special Abestos Counsel              Page  12
       September 25, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 08/29/01 | Flatley | Review correspondence and various media and medical articles (2.90); review claims forms (1.50); e-mails to J. Restivo, D. Cameron, et al. (.40); documents review (1.40); call with W. Sparks (.10); with J. Bentz (.10); with D. Cameron (.20). | 6.60 |
| 08/29/01 | Haines | Telephone calls, e-mails IBM re: scanning proposals. | 1.70 |
| 08/29/01 | Restivo | Meeting with D. Cameron; begin review of Canadian report | 1.50 |
| 08/29/01 | Trevelise | Review correspondence and telephone calls re: assembly of information on costs of documents reviewed. | .20 |
| 08/30/01 | Bentz | Review of historical documents in preparation of defense of attic insulation cases. | 3.80 |
| 08/30/01 | Cameron | Prepare for and participate in telephone conference with A. Running and R. Finke regarding expert issue and strategy and follow-up review of documents (1.2); Review materials for Grace document review (.8); Prepare for and meet with J. Restivo regarding various issues and strategy for attic insulation cases (.9); Review medical literature (1.3). | 4.20 |
| 08/30/01 | DelSole | Review of additional articles and internet sites regarding governmental activity regarding vermiculate and Libby mines; review of ATSDR report; conference with Attorney Cameron regarding same. | .80 |
| 08/30/01 | Flatley | Call with A. Trevelise re: documents (.10); call with R. Senftleben and follow up, including circulating memorandum (.70); call with D. Cameron re: various issues (.30). | 1.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  893049
60026  Special Abestos Counsel              Page   13
       September 25, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/30/01 | Haines | Multi telephone calls to IBM re: scanning project. | .30 |
| 08/30/01 | Rea | Reviewed material and correspondence re attic insulation cases | .30 |
| 08/30/01 | Restivo | Continue review of Canadian publication on health effects | 2.00 |
| 08/30/01 | Trevelise | Review correspondence; telephone call with L. Flatley re: attorney document review; telephone call to D. Cameron re: information in document review project; telephone call to R. Finke and B. Tracey re: document review project and costs. | .50 |
| 08/31/01 | Bentz | Review of historical case defense; review of documents and memoranda. | 2.80 |
| 08/31/01 | Cameron | Prepare and revise summary of meeting and possible project summary (1.9); Review claim form and comment (.8); Prepare for and participate in conference call with A. Trevelise and J. Restivo regarding document review and e-mail regarding same (.9). | 3.60 |
| 08/31/01 | DelSole | Conference with Attorney Restivo regarding case issues; initial review of case authority regarding successor liability. | 1.00 |
| 08/31/01 | Flatley | Review correspondence and organize (.40); call with A. Trevelise re: documents (.20); call with D. Cameron (.20). | .80 |
| 08/31/01 | Haines | Multi memoranda re: staffing of document review project; memo re: scanning proposal. | 1.30 |
| 08/31/01 | Restivo | Conference call with D. Cameron and A. Trevelise re document review | .50 |

```
172573  W. R. Grace & Co.                     Invoice Number  893049
60026   Special Abestos Counsel               Page  14
        September 25, 2001
```

```
    Date  Name                                                 Hours
    ----  ----                                                 -----

08/31/01 Trevelise        Conference call with Restivo and      1.00
                          Cameron re: document screening and
                          review project; conference with
                          Susan Haines re: status of
                          Requests for Production; telephone
                          call with D. Cameron re: cost of
                          document review; review materials
                          re: attorney review and forward to
                          L. Flatley; telephone call with L.
                          Flatley re: same.

                                                               ------
                                         TOTAL HOURS           296.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Trevelise | 18.80 | at $ | 325.00 | = | 6,110.00 |
| James J. Restivo Jr. | 54.70 | at $ | 390.00 | = | 21,333.00 |
| Lawrence E. Flatley | 31.40 | at $ | 340.00 | = | 10,676.00 |
| Douglas E. Cameron | 115.90 | at $ | 325.00 | = | 37,667.50 |
| James W Bentz | 28.00 | at $ | 260.00 | = | 7,280.00 |
| Traci Sands Rea | .60 | at $ | 240.00 | = | 144.00 |
| Stephen J. DelSole | 4.80 | at $ | 250.00 | = | 1,200.00 |
| M. Susan Haines | 40.50 | at $ | 135.00 | = | 5,467.50 |
| Maureen L. Atkinson | .60 | at $ | 110.00 | = | 66.00 |
| Keith D. Warren | 1.30 | at $ | 130.00 | = | 169.00 |

```
                        CURRENT FEES                      90,113.00


                                                       -------------
           TOTAL BALANCE DUE UPON RECEIPT              $ 90,113.00
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 893054 |
| Invoice Date | 09/25/01 |
| Client Number | 172573 |

====================================================================================

Re: W. R. Grace & Co.

(60026)  Special Abestos Counsel

Expenses                         4,048.11

TOTAL BALANCE DUE UPON RECEIPT          $ 4,048.11
==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      893054
One Town Center Road                     Invoice Date      09/25/01
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

================================================================================

Re: (60026)  Special Abestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/14/01 | 617-542-3025/BOSTON, MA/18 | 2.73 |
| 06/18/01 | 561-362-1533/BOCA RATON, FL/18 | 2.71 |
| 06/25/01 | 215-851-8250/PHILA, PA/16 | 1.26 |
| 06/25/01 | 561-362-1533/BOCA RATON, FL/4 | .53 |
| 06/27/01 | 561-362-1533/BOCA RATON, FL/1 | .15 |
| 07/02/01 | Secretarial Overtime | 60.00 |
| 07/15/01 | Telephone Expense | 1.45 |
| 07/23/01 | 215-851-8250/PHILA, PA/10 | .79 |
| 07/24/01 | 214-978-3085/DALLAS, TX/1 | .09 |
| 07/24/01 | 561-362-1533/BOCA RATON, FL/2 | .22 |
| 07/25/01 | 214-978-3085/DALLAS, TX/14 | 2.03 |
| 07/25/01 | 215-851-8250/PHILA, PA/8 | .60 |
| 07/30/01 | 561-362-1533/BOCA RATON, FL/3 | .37 |
| 07/30/01 | Westlaw | 5.00 |
| 07/30/01 | Westlaw | 7.33 |
| 07/30/01 | Air Travel - RESTIVO/JAMES J 02AUG PIT OR | 1014.00 |
| 07/31/01 | 561-362-1932/BOCA RATON, FL/4 | .56 |

172573  W. R. Grace & Co.                          Invoice Number   893054
60026   Special Abestos Counsel                    Page    2
        September 25, 2001

| Date | Description | Amount |
|---|---|---|
| 07/31/01 | 561-362-1932/BOCA RATON, FL/3 | .44 |
| 08/01/01 | ATTY # 1847; 28 COPIES | 4.20 |
| 08/01/01 | ATTY # 0349; 50 COPIES | 7.50 |
| 08/01/01 | ATTY # 0559; 32 COPIES | 4.80 |
| 08/01/01 | 561-362-1533/BOCA RATON, FL/1 | .10 |
| 08/02/01 | ATTY # 0559; 452 COPIES | 45.20 |
| 08/03/01 | ATTY # 0396; 2 COPIES | .30 |
| 08/06/01 | ATTY # 0559; 23 COPIES | 3.45 |
| 08/06/01 | ATTY # 0349; 30 COPIES | 4.50 |
| 08/06/01 | ATTY # 0349; 80 COPIES | 12.00 |
| 08/06/01 | ATTY # 0235; 5 COPIES | .75 |
| 08/06/01 | ATTY # 0235; 1 COPIES | .15 |
| 08/06/01 | 561-362-1661/BOCA RATON, FL/7 | 1.01 |
| 08/06/01 | 561-362-1533/BOCA RATON, FL/5 | .71 |
| 08/06/01 | 561-362-1682/BOCA RATON, FL/12 | 1.78 |
| 08/06/01 | 312-861-6369/CHICAGO, IL/3 | .40 |
| 08/06/01 | 509-624-2212/SPOKANE, WA/1 | .13 |
| 08/06/01 | ATTY # 0349: 6 COPIES | .90 |
| 08/06/01 | ATTY # 0349: 6 COPIES | .90 |
| 08/06/01 | ATTY # 0349: 6 COPIES | .90 |
| 08/06/01 | ATTY # 0178: 24 COPIES | 3.60 |
| 08/06/01 | ATTY # 0235: 12 COPIES | 1.80 |
| 08/07/01 | ATTY # 0235; 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Asbestos Counsel                   Page   3
       September 25, 2001


08/07/01   ATTY # 0559: 1 COPIES                          .15

08/07/01   ATTY # 0559: 1 COPIES                          .15

08/07/01   ATTY # 0178: 8 COPIES                         1.20

08/07/01   ATTY # 0178: 24 COPIES                        3.60

08/08/01   ATTY # 0349; 73 COPIES                       10.95

08/08/01   ATTY # 0349; 76 COPIES                       11.40

08/08/01   ATTY # 0349: 1 COPIES                          .15

08/08/01   509-624-2212/SPOKANE, WA/10                   1.54

08/08/01   561-362-1682/BOCA RATON, FL/1                  .09

08/09/01   Air Travel Expense - - DOUGLAS E. CAMERON   1014.00
           7/30/01 CHICAGO

08/09/01   ATTY # 0559; 99 COPIES                       14.85

08/09/01   ATTY # 0349: 6 COPIES                          .90

08/09/01   ATTY # 0349: 3 COPIES                          .45

08/09/01   ATTY # 0349: 6 COPIES                          .90

08/09/01   561-362-1533/BOCA RATON, FL/4                  .62

08/10/01   ATTY # 0559; 266 COPIES                      39.90

08/10/01   312-861-2124/CHICAGO, IL/1                     .10

08/10/01   617-761-0130/CAMBRIDGE, MA/1                   .10

08/10/01   617-761-0130/CAMBRIDGE, MA/4                   .53

08/13/01   ATTY # 0178: 14 COPIES                        2.10

08/13/01   ATTY # 0178: 7 COPIES                         1.05

172573  W. R. Grace & Co.                           Invoice Number  893054
60026   Special Abestos Counsel                     Page    4
        September 25, 2001

08/14/01    Taxi Expense - - Restivo, CHICAGO 8/2/01          43.00

08/14/01    Transportation - -Restivo, CHICAGO 8/2/01        16.00

08/14/01    Meal Expense - - Restivo, CHICAGO 8/2/01          5.00

08/14/01    Meal Expense - -Cameron, CHICAGO 8/6/01          21.00

08/14/01    Taxi Expense - -CAmeron, CHICAGO 8/6/01          46.00

08/14/01    Mileage Expense - - Cameron, 8/6/01              14.88

08/14/01    Transportation - - Cameron - parking 8/6/       16.00

08/14/01    ATTY # 0559: 13 COPIES                            1.95

08/14/01    561-362-1533/BOCA RATON, FL/6                      .95

08/15/01    ATTY # 0559: 7 COPIES                             1.05

08/15/01    ATTY # 0559: 21 COPIES                            3.15

08/15/01    ATTY # 0559: 6 COPIES                              .90

08/15/01    ATTY # 0559: 3 COPIES                              .45

08/15/01    ATTY # 0559: 7 COPIES                             1.05

08/15/01    ATTY # 0559: 4 COPIES                              .60

08/15/01    ATTY # 0559: 6 COPIES                              .90

08/16/01    ATTY # 0559: 3 COPIES                              .45

08/16/01    ATTY # 0349: 4 COPIES                              .60

08/16/01    ATTY # 0559: 1 COPIES                              .15

08/16/01    ATTY # 0559: 3 COPIES                              .45

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Abestos Counsel                    Page   5
       September 25, 2001


08/16/01   ATTY # 0559: 1 COPIES                        .15

08/16/01   ATTY # 0178: 1 COPIES                        .15

08/16/01   ATTY # 0178: 20 COPIES                      3.00

08/16/01   ATTY # 0178: 1 COPIES                        .15

08/16/01   412-288-3063/PITTSBURGH, PA/2                .18

08/16/01   561-362-1583/BOCA RATON, FL/2               .26

08/16/01   ATTY # 0559; 711 COPIES                    71.10

08/16/01   ATTY # 0349; 20 COPIES                      3.00

08/16/01   ATTY # 0349; 4 COPIES                        .60

08/16/01   ATTY # 0349; 22 COPIES                      3.30

08/16/01   ATTY # 0349; 22 COPIES                      3.30

08/16/01   ATTY # 0349; 72 COPIES                     10.80

08/16/01   ATTY # 0349; 9 COPIES                       1.35

08/16/01   ATTY # 0349; 11 COPIES                      1.65

08/16/01   Courier Service UPS                        14.98

08/16/01   Courier Service UPS                        21.06

08/16/01   215-851-8250/PHILA, PA/31                   2.50

08/16/01   706-546-9625/ATHENS, GA/1                    .13

08/16/01   561-362-1533/BOCA RATON, FL/1                .09

08/16/01   706-540-4307/ATHENS, GA/1                    .18

08/16/01   561-362-1533/BOCA RATON, FL/25              3.70

08/16/01   ATTY # 0559: 42 COPIES                      6.30

08/16/01   ATTY # 0349: 1 COPIES                        .15

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       September 25, 2001

Invoice Number  893054
Page   6

08/17/01   ATTY # 0349: 1 COPIES                          .15

08/17/01   ATTY # 0349: 1 COPIES                          .15

08/17/01   ATTY # 0349: 1 COPIES                          .15

08/17/01   ATTY # 0349: 4 COPIES                          .60

08/17/01   ATTY # 0559: 1 COPIES                          .15

08/17/01   ATTY # 0349: 1 COPIES                          .15

08/17/01   ATTY # 0178: 8 COPIES                         1.20

08/17/01   ATTY # 0349; 414 COPIES                       41.40
08/17/01   ATTY # 0349; 1418 COPIES                     141.80
08/17/01   ATTY # 0396; 121 COPIES                       18.15
08/17/01   ATTY # 0349; 1012 COPIES                     101.20
08/17/01   ATTY # 0349; 334 COPIES                       33.40
08/17/01   ATTY # 0349; 135 COPIES                       13.50
08/17/01   ATTY # 0349; 331 COPIES                       33.10
08/17/01   ATTY # 0349; 270 COPIES                       27.00
08/17/01   ATTY # 0396; 38 COPIES                         5.70
08/17/01   ATTY # 0349; 705 COPIES                       70.50
08/17/01   ATTY # 0349; 168 COPIES                       16.80
08/17/01   561-362-1551/BOCA RATON, FL/29                 4.33
08/18/01   ATTY # 0559: 9 COPIES                          1.35

08/18/01   Secretarial Overtime                         135.00

08/18/01   ATTY # 0349: 1 COPIES                          .15

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Abestos Counsel                    Page    7
       September 25, 2001


08/18/01   ATTY # 0349: 2 COPIES                              .30

08/18/01   ATTY # 0349: 1 COPIES                              .15

08/18/01   ATTY # 0349: 1 COPIES                              .15

08/18/01   ATTY # 0349: 2 COPIES                              .30

08/20/01   561-362-1533/BOCA RATON, FL/9                     1.41

08/20/01   215-563-9400/PHILA, PA/1                           .10

08/20/01   706-583-8665/ATHENS, GA/2                          .22

08/20/01   215-851-8431/PHILA, PA/17                         1.36

08/20/01   ATTY # 0559: 3 COPIES                              .45

08/20/01   Courier Service UPS                              17.62

08/21/01   ATTY # 0559; 5 COPIES                              .75

08/21/01   ATTY # 0559; 704 COPIES                          105.60

08/21/01   ATTY # 0559: 1 COPIES                              .15

08/21/01   ATTY # 0559: 1 COPIES                              .15

08/21/01   ATTY # 0349: 4 COPIES                              .60

08/21/01   ATTY # 0559: 1 COPIES                              .15

08/21/01   ATTY # 0559: 1 COPIES                              .15

08/21/01   ATTY # 0349: 4 COPIES                              .60

08/21/01   ATTY # 0559: 1 COPIES                              .15

08/21/01   ATTY # 0559: 1 COPIES                              .15

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Abestos Counsel                    Page   8
       September 25, 2001


08/21/01   ATTY # 0349: 4 COPIES                        .60

08/21/01   ATTY # 0349: 4 COPIES                        .60

08/21/01   561-362-1533/BOCA RATON, FL/6               .90

08/21/01   561-362-1533/BOCA RATON, FL/14            2.17

08/21/01   561-362-1533/BOCA RATON, FL/7             1.01

08/22/01   ATTY # 0559: 1 COPIES                       .15

08/22/01   ATTY # 0349: 2 COPIES                       .30

08/22/01   ATTY # 0349: 2 COPIES                       .30

08/22/01   ATTY # 0235: 2 COPIES                       .30

08/22/01   561-362-1533/BOCA RATON, FL/12            1.74

08/22/01   202-414-9200/WASHINGTON, DC/1              .19

08/22/01   617-426-5900/BOSTON, MA/2                  .21

08/22/01   617-542-3025/BOSTON, MA/3                  .32

08/23/01   ATTY # 0178: 4 COPIES                       .60

08/23/01   ATTY # 0235: 1 COPIES                       .15

08/23/01   ATTY # 0178: 6 COPIES                       .90

08/23/01   ATTY # 0235: 1 COPIES                       .15

08/23/01   ATTY # 0235; 4 COPIES                       .60

08/23/01   ATTY # 0235; 26 COPIES                    3.90

08/23/01   ATTY # 0235; 132 COPIES                  19.80

08/23/01   ATTY # 0235; 2 COPIES                       .30

172573  W. R. Grace & Co.                           Invoice Number  893054
60026   Special Abestos Counsel                     Page    9
        September 25, 2001


08/23/01    ATTY # 0235; 2 COPIES                           .30

08/24/01    ATTY # 0559: 1 COPIES                           .15

08/24/01    ATTY # 0559: 3 COPIES                           .45

08/24/01    ATTY # 0559: 4 COPIES                           .60

08/24/01    ATTY # 0559: 6 COPIES                           .90

08/24/01    ATTY # 0559: 5 COPIES                           .75

08/24/01    ATTY # 0559: 4 COPIES                           .60

08/24/01    ATTY # 0559: 3 COPIES                           .45

08/24/01    ATTY # 0559: 12 COPIES                         1.80

08/24/01    ATTY # 0559: 4 COPIES                           .60

08/24/01    ATTY # 0559: 2 COPIES                           .30

08/24/01    ATTY # 0559: 4 COPIES                           .60

08/24/01    ATTY # 0559; 2 COPIES                           .30

08/24/01    ATTY # 0235; 1 COPIES                           .15

08/24/01    302-652-4100/WILMINGTON, DE/1                   .16

08/27/01    561-362-1583/BOCA RATON, FL/2                   .31

08/27/01    561-362-1583/BOCA RATON, FL/1                   .12

08/27/01    ATTY # 0559; 11 COPIES                         1.65

08/27/01    ATTY # 0559; 504 COPIES                       75.60

08/27/01    ATTY # 0559; 10 COPIES                         1.50

08/27/01    ATTY # 0559; 17 COPIES                         2.55

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
      September 25, 2001

Invoice Number  893054
Page  10

| | | |
|---|---|---|
| 08/27/01 | ATTY # 0559; 18 COPIES | 2.70 |
| 08/27/01 | ATTY # 0178; 1 COPIES | .10 |
| 08/27/01 | ATTY # 0178; 59 COPIES | 5.90 |
| 08/27/01 | ATTY # 0235; 3 COPIES | .45 |
| 08/27/01 | Lexis | 14.00 |
| 08/27/01 | ATTY # 0559: 3 COPIES | .45 |
| 08/27/01 | ATTY # 0559: 4 COPIES | .60 |
| 08/27/01 | ATTY # 0559: 4 COPIES | .60 |
| 08/27/01 | ATTY # 0559: 6 COPIES | .90 |
| 08/27/01 | ATTY # 0559: 3 COPIES | .45 |
| 08/27/01 | ATTY # 0559: 4 COPIES | .60 |
| 08/27/01 | ATTY # 0559: 3 COPIES | .45 |
| 08/27/01 | ATTY # 0559: 4 COPIES | .60 |
| 08/27/01 | ATTY # 0559: 1 COPIES | .15 |
| 08/27/01 | ATTY # 0559: 4 COPIES | .60 |
| 08/27/01 | ATTY # 0559: 6 COPIES | .90 |
| 08/27/01 | ATTY # 0559: 6 COPIES | .90 |
| 08/27/01 | ATTY # 0559: 6 COPIES | .90 |
| 08/27/01 | ATTY # 0559: 4 COPIES | .60 |

172573  W. R. Grace & Co.
60026   Special Abestos Counsel
        September 25, 2001

Invoice Number  893054
Page  11

| Date | Description | Amount |
|------|-------------|--------|
| 08/27/01 | ATTY # 0559: 1 COPIES | .15 |
| 08/27/01 | ATTY # 0178: 11 COPIES | 1.65 |
| 08/27/01 | ATTY # 0235: 1 COPIES | .15 |
| 08/27/01 | ATTY # 0235: 3 COPIES | .45 |
| 08/27/01 | ATTY # 0178: 4 COPIES | .60 |
| 08/27/01 | ATTY # 0235: 1 COPIES | .15 |
| 08/27/01 | ATTY # 0235: 3 COPIES | .45 |
| 08/27/01 | ATTY # 0235: 6 COPIES | .90 |
| 08/27/01 | 561-362-1533/BOCA RATON, FL/5 | .78 |
| 08/28/01 | Meal Expense - - Cameron D.C. 8/23/01 | 24.50 |
| 08/28/01 | Taxi Expense - - VENDOR: Cameron D.C. 8/2 | 38.00 |
| 08/28/01 | Mileage Expense - - Cameron D.C. 8/23/01 | 14.88 |
| 08/28/01 | Transportation - - Cameron D.C. 8/23/01 | 16.00 |
| 08/28/01 | 412-288-4105/PITTSBURGH, PA/2 | 1.21 |
| 08/28/01 | 412-288-4105/PITTSBURGH, PA/1 | .81 |
| 08/28/01 | ATTY # 0559: 13 COPIES | 1.95 |
| 08/28/01 | ATTY # 0559: 13 COPIES | 1.95 |
| 08/28/01 | ATTY # 0178: 4 COPIES | .60 |
| 08/28/01 | ATTY # 0178: 1 COPIES | .15 |
| 08/28/01 | Courier Service ups | 8.62 |

172573 W. R. Grace & Co.                          Invoice Number  893054
60026  Special Abestos Counsel                    Page  12
       September 25, 2001

| Date | Description | Amount |
|---|---|---|
| 08/28/01 | Courier Service ups | 8.77 |
| 08/28/01 | Courier Service ups | 8.62 |
| 08/28/01 | Courier Service ups | 8.62 |
| 08/28/01 | Courier Service ups | 8.17 |
| 08/28/01 | Courier Service ups | 8.17 |
| 08/28/01 | Courier Service ups | 8.62 |
| 08/28/01 | Courier Service ups | 8.62 |
| 08/29/01 | 412-288-4105/PITTSBURGH, PA/2 | .81 |
| 08/29/01 | Courier Service ups | 8.77 |
| 08/30/01 | LODGING RE: TRAVEL TO BOSTON AND MEET RE: DOCUMENT REVIEW AND PRODUCTION 8/23- 8/25/01- ANDREW TREVELISE | 226.58 |
| 08/30/01 | TAXI'S RE: TRAVEL TO BOSTON AND MEET RE: DOCUMENT REVIEW AND PRODUCTION 8/23- 8/25/01- ANDREW TREVELISE | 35.00 |
| 08/30/01 | PARKING RE: TRAVEL TO BOSTON AND MEET RE: DOCUMENT REVIEW AND PRODUCTION 8/23- 8/25/01- ANDREW TREVELISE | 20.00 |
| 08/30/01 | 410-531-4000/COLUMBIA, MD/1 | .19 |
| 08/30/01 | ATTY # 0396; 4 COPIES | .60 |
| 08/30/01 | ATTY # 0396: 1 COPIES | .15 |
| 08/30/01 | ATTY # 0396: 4 COPIES | .60 |
| 08/31/01 | Outside Duplicating - - VENDOR: IKON OFFI SOLUTIONS, INC. DOC. PROD. | 22.98 |
| 08/31/01 | Postage Expense | .34 |
| 08/31/01 | ATTY # 0559; 14 COPIES | 2.10 |
| 08/31/01 | ATTY # 0349: 2 COPIES | .30 |

                              CURRENT EXPENSES                4,048.11
                                                            ------------

172573  W. R. Grace & Co.
60026   Special Abestos Counsel
        September 25, 2001

Invoice Number  893054
Page  13


                TOTAL BALANCE DUE UPON RECEIPT         $ 4,048.11
                                                       =============

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| STATE OF PENNSYLVANIA | ) | |
| | ) | SS: |
| COUNTY OF ALLEGHENY | ) | |

Douglas E. Cameron, being duly sworn according to law, deposes and says that he is employed by the law firm of Reed Smith LLP, and that on the 27th day of September, 2001, he caused a copy of the following document(s) to be served upon the attached service list in the manner indicated:

1. **Notice of Filing of First Fee Application;**

2. **Summary of the Verified Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Product Liability Defense Counsel to Debtors, for the Second Monthly Interim Period from August 1, 2001 through August 31, 2001; and**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.  **Verified Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to Debtors, for the Second Monthly Interim Period from August 1, 2001 through August 31, 2001.**

Dated: September 27, 2001

_____
Douglas E. Cameron

Sworn and subscribed before me this
27th day of September, 2001

_____
Notary Public

My Commission Expires: ___3/11/02___

```
Notarial Seal
Sandra L. Vogel, Notary Public
Hampton Twp., Allegheny County
My Commission Expires Feb. 11, 2002
```
Member, Pennsylvania Association of Notaries

Grace Fee Applications Service List
Case Number: 01-1139 (JJF)
Document Number: 23451
May 30, 2001
04 - Hand Delivery
08 - Federal Express

(Counsel to Debtors and Debtors
in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors
in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P. O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Center
1201 Market Street, 15th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Federal Express*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*Federal Express*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center
Suite 950 West
Philadelphia, PA  19106

*Federal Express*
(W. R. Grace & Co.)
David B. Siegel
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express*
(Official Committee of Personal
Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

*Federal Express*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Federal Express*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

*Federal Express*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*Federal Express*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*Federal Express*
(Counsel to Equity Committee)
Thomas Moers Mayer
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022