## Exhibit "C"

Time expended by Ferry & Joseph, P.A.:

|          |     |                                                                                             | Hours |        |
|----------|-----|---------------------------------------------------------------------------------------------|-------|--------|
|          |     | 02-M. Joseph                                                                                |       |        |
| 08/23/01 | MBJ | Teleconference with committee<br>Committee Meetings and Conferences                         | 0.50  |        |
|          | MBJ | File review re: 8/2/01 transcript, committee minutes<br>Case Administration/General         | 0.30  |        |
| 08/28/01 | MBJ | Review US Trustee objection to lead PD committee counsel<br>fee application; provide comments<br>Case Administration/General | 1.00 |        |
| 08/30/01 | MBJ | Teleconference with client re: committee meeting<br>Committee Meetings and Conferences      | 0.60  |        |
| 09/05/01 | MBJ | Review CMO response brief<br>Case Administration/General                                    | 0.50  |        |
| 09/07/01 | MBJ | Review draft response to Case Management Order<br>Case Administration/General               | 0.50  |        |
|          |     |                                                                                             | ——— | Amount |
|          |     | Subtotal:                                                                                   | 3.40  | 1,020.00 |
|          |     | 03-T Tacconelli                                                                             |       |        |
| 07/02/01 | TJT | Review docket<br>Case Administration/General                                                | 0.10  |        |
|          | TJT | Review e-mail from S. Baena, Esq., re: Case Management<br>Motion<br>Litigation              | 0.10  |        |
|          | TJT | Tele-conference with J. Sakalo, Esq., re: July 19, 2001 hearing<br>Case Administration/General | 0.10 |        |
|          | TJT | Tele-conference with docket clerk re: August omnibus hearing<br>date<br>Case Administration/General | 0.10 |        |
|          | TJT | Tele-conference with J. Sakalo, Esq., re: August omnibus<br>hearing date<br>Case Administration/General | 0.10 |        |

|            |     |                                                                                    | Hours |
|------------|-----|------------------------------------------------------------------------------------|-------|
| 07/02/01   | TJT | Call to W. Sudell re: Joint Motion<br>Litigation                                   | 0.10  |
|            | TJT | Review correspondence re: meeting in NYC<br>Case Administration/General            | 0.10  |
| 07/03/01   | TJT | Review docket<br>Case Administration/General                                       | 0.10  |
|            | TJT | Review correspondence re: e-mail from S. Baena re: July 19, 2001 hearing<br>Litigation | 0.10  |
|            | TJT | Review correspondence re: e-mail from S. Baena re:7/6/01 meeting in NYC<br>Committee Meetings and Conferences | 0.10  |
|            | TJT | Prepare e-mail to S. Baena re: Juluy 19, 2001 hearing<br>Litigation                | 0.30  |
|            | TJT | Review e-mail from S. Baena re: July 19, 2001 hearing<br>Litigation                | 0.10  |
|            | TJT | Prepare e-mail to S. Baena re: July 19, 2001 hearing<br>Litigation                 | 0.30  |
|            | TJT | Review local rules re: agenda<br>Litigation                                        | 0.20  |
|            | TJT | Tele-conference with J. Katz re: Conway Del Genio Retention Application<br>Case Administration/General | 0.10  |
| 07/04/01   | TJT | Review pleading re: Debtors Monthly Operating Report<br>Case Administration/General | 0.20  |
|            | TJT | Review pleading re: Debtors 2nd Fee Application<br>Case Administration/General      | 0.20  |
|            | TJT | Review Pleading re: Reed Smith Employment Retention Motion<br>Case Administration/General | 0.10  |
|            | TJT | Prepare letter to J. Sakolo re: June 21, 2001 hearing<br>Litigation                | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 07/06/01 | TJT | Review correspondence re: Response to Miscellaneous Asset Sale Motion<br>Litigation | 0.10 |
|  | TJT | tele-conference with K. Neiman re: response to Miscellaneous Asset Sale Motion<br>Litigation | 0.10 |
|  | TJT | review e-mail from S, Baena re: July 19, 2001 hearing<br>Litigation | 0.20 |
|  | TJT | tele-conference with M. Zaleski re: July 19, 2001 hearing<br>Litigation | 0.20 |
|  | TJT | tele-conference with S. Baena re: July 19, 2001 hearing<br>Litigation | 0.10 |
| 07/07/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | prepare e-mail to J. Sakalo re: July meeting<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | File administration<br>Case Administration/General | 0.50 |
| 07/08/01 | TJT | Revise Response & Objection to DeMinimis Asset Sale Motion<br>Litigation | 0.50 |
|  | TJT | review correspondence re: e-mail from J. Sakalo re: July meeting<br>Committee Meetings and Conferences | 0.10 |
| 07/09/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | review e-mail from D. Speights re: Grace company background<br>Litigation | 0.20 |
|  | TJT | Tele-conference with Docket clerk re: 8/2/01 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-conference with M. Zaleski re: 8/2/01 hearing<br>Litigation | 0.10 |

| | | | Hours |
|---|---|---|---|
| 07/09/01 | TJT | Prepare e-mail to J. Sakalo re: case management motion<br>Litigation | 0.10 |
| | TJT | Prepareation of Pleading re: Response & Objection to<br>DeMinimis Asset Sale Motion<br>Litigation | 0.60 |
| | TJT | Review correspondence re: e-mail from S. Baena re: 7/19/01<br>hearing<br>Litigation | 0.10 |
| | TJT | Review PD Reported Case Summary<br>Litigation | 0.20 |
| | TJT | Review correspondence re: e-mail from E. Westbrook re: PD<br>Reported Case Summary<br>Litigation | 0.10 |
| | TJT | Tele-conference with Docket Clerk re: 8/2/01 hearing<br>Litigation | 0.10 |
| | TJT | Prepare e-mail to S. Baena re: 8/2/01 hearing<br>Litigation | 0.10 |
| | TJT | Tele-conference with M. Zaleski re: 8/2/01 hearing<br>Litigation | 0.10 |
| | TJT | Review e-mail from S. Baena re: 8/2/01 hearing<br>Litigation | 0.10 |
| 07/10/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with M. Zaleski re: 8/2/01 hearing<br>Litigation | 0.10 |
| | TJT | Review correspondence re: e-mail from M. Ostaohev re:<br>Committee Teleconference<br>Committee Meetings and Conferences | 0.10 |
| | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 1.30 |
| | TJT | Tele-conference with S. Baena & J. Sakalo re: Case<br>Management Motion<br>Litigation | 0.30 |

|  |  |  | Hours |
|---|---|---|---|
| 07/10/01 | TJT | Discuss with M. Joseph & R. Miller re: Motion for Continuance<br>Litigation | 0.20 |
| 07/11/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Confer with R. Miller re: Motion for Continuance<br>Litigation | 0.50 |
|  | TJT | Tele-conference with F. Perch re: Motion to Amend Interim Comp. Order<br>Litigation | 0.10 |
|  | TJT | Tele-conference with S. Baena re: Motion to Amend Interim Comp. Order<br>Litigation | 0.10 |
|  | TJT | Research re: Compensation of counsel for Committee members<br>Litigation | 0.80 |
|  | TJT | Review correspondence re: e-mail from S. Baena re: Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from S. Baena re: draft of Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review draft of Motion for Continuance<br>Litigation | 0.30 |
|  | TJT | Review pleading re: Response of Sealed Air to Joint Motion<br>Litigation | 0.20 |
|  | TJT | Review pleading re: Limited Objection of Sealed Air to Document Retention Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo re: Limited Objection to Kinsella Retention<br>Litigation | 0.10 |
|  | TJT | Revew and revise Limited Objection to Kinsella Retention<br>Litigation | 0.30 |

|  |  |  | Hours |
|---|---|---|---|
| 07/11/01 | TJT | Review correspondence re: letter from S. Baena to debtors counsel re: Case Management Motion<br>Litigation | 0.10 |
| 07/12/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
|  | TJT | Review e-mail from Scott Baena re: Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review draft of Motion for Continuance<br>Litigation | 0.50 |
|  | TJT | Prepare Motion to Shorten Notice re: Motion for Continuance<br>Litigation | 1.00 |
|  | TJT | Prepare Order re: Motion for Continuance<br>Litigation | 0.80 |
|  | TJT | Review e-mail from Scott Baena re: Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review pleading re: U.S. Trustee's Limited Objection to Motion to Amend Order<br>Litigation | 0.20 |
|  | TJT | Review e-mail from Scott Baena re: Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review pleading re: PI Committee's Objection to Debtors' Motion Compensate Former Employees<br>Litigation | 0.10 |
|  | TJT | Review pleading re: PI Committee's Objection to De Minimis Asset Sale Motion<br>Litigation | 0.10 |
|  | TJT | Prepare pleading re: Motion for Continuance<br>Litigation | 1.80 |
|  | TJT | Review pleading re: Debtors' response to Joint Motion<br>Litigation | 0.30 |
|  | TJT | Prepare e-mail to Scott Baena re: Motion for Continuance<br>Litigation | 0.10 |

|            |     |                                                                                                    | Hours |
|------------|-----|----------------------------------------------------------------------------------------------------|-------|
| 07/12/01   | TJT | Prepare letter to Jay Sakalo re: Motion for Continuance<br>Litigation                              | 0.10  |
| 07/13/01   | TJT | Review Docket<br>Case Administration/General                                                       | 0.10  |
|            | TJT | Case Administration/General; tele-conference with J. Sakolo<br>re: 2002 Service List<br>Case Administration/General | 0.10  |
|            | TJT | Review pleading re: U.S. Response to Debtors' Case<br>Management Motion<br>Litigation              | 0.20  |
|            | TJT | Review pleading re: U.S.T.'s Limited Objection to Motion to<br>Amend Order<br>Litigation           | 0.20  |
|            | TJT | Review pleading re: Commercial Committee's Opposition to<br>Joint Motion<br>Litigation             | 0.20  |
|            | TJT | Reveiw pleading re: miscellaneous affidavits of profesional<br>persons<br>Litigation               | 0.10  |
|            | TJT | Prepare e-mail to J. Sakalo re: Commercial Committee's<br>Opposition to Joint Motion<br>Litigation | 0.10  |
|            | TJT | Committee Meeting/Conference with Committee<br>Case Administration/General                          | 1.50  |
|            | TJT | Review pleading re: Debtors' Response to Document<br>Repository Motion<br>Litigation                | 0.20  |
| 07/14/01   | TJT | File Administration<br>Case Administration/General                                                 | 0.20  |
|            | TJT | Review e-mail from S. Baena re: 2002 Service List<br>Case Administration/General                   | 0.10  |
|            | TJT | Prepare e-mail to S. Baena re: 2002 Service List<br>Case Administration/General                    | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 07/14/01 | TJT | Review pleading re: Debtors' Response to PD Committee's Objection to Omnibus Settlement Motion<br>Litigation | 0.10 |
| 07/15/01 | TJT | Review e-mail from S. Baena re: 2002 Service List<br>Case Administration/General | 0.10 |
|  | TJT | Prepare e-mail to S. Baena re: 2002 Service List<br>Case Administration/General | 0.10 |
| 07/16/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| 07/17/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from S. Baena re: Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to S. Baena re: Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Retrieve voice mail message from J. Sakolo re: limited objection to Kinsella Retention application<br>Litigation | 0.10 |
|  | TJT | Tele-conference with D. Carickoff re: 7/19/01 agenda<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakolo re: 7/19/01 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakolo re: Joint Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: Limited Objection to Kinsella Retention Application<br>Litigation | 0.10 |
|  | TJT | Review e-mail from J. Sakalo re: Limited Objection to Kinsella Retention Application<br>Litigation | 0.10 |
|  | TJT | Committee Meeting/Conference; review e-mail from A. Knowles re: 7/20/01 Committee Tele-conference<br>Committee Meetings and Conferences | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 07/18/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from S. Baena re: Debtors'<br>Response to Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review pleading re: Debtors' Response to Motion for<br>Continuance<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from K. Neiman re:<br>Conway Del Genio Retention Application<br>Case Administration/General | 0.10 |
|  | TJT | Review amended agenda letter for July 19, 2001 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: July 19, 2001 hearing<br>agenda<br>Litigation | 0.10 |
|  | TJT | Review pleading re: Sealed Air's Response to Joint Motion<br>Litigation | 0.10 |
| 07/19/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
|  | TJT | Research re: privileged documents in a bankruptcy case<br>Litigation | 0.50 |
|  | TJT | Research re: review cases cited in opposition to document<br>retention motion<br>Litigation | 0.50 |
|  | TJT | Tele-conference with S. Schwartz re: 7/19/01 hearing<br>Litigation | 0.10 |
|  | TJT | Prepare for 7/19/01 hearing<br>Litigation | 0.50 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: 7/19/01 hearing<br>agenda<br>Litigation | 0.10 |

|          |     |                                                                                                                  | Hours |
|----------|-----|------------------------------------------------------------------------------------------------------------------|-------|
| 07/19/01 | TJT | Tele-conference with Judge Farnan's chambers re: 7/19/01<br>Litigation                                            | 0.10  |
|          | TJT | Tele-conference with J. Sakalo, Esq. re: 7/19/01 hearing<br>agenda<br>Litigation                                  | 0.10  |
|          | TJT | Attend Bankruptcy Court hearing<br>Litigation                                                                     | 1.50  |
|          | TJT | Teleconference with J. Sakalo, Esq. re: Order granting motion<br>to continue case management motion<br>Litigation | 0.10  |
|          | TJT | Prepare order re: Motion for Continuance of Case<br>Management Motion<br>Litigation                               | 0.10  |
| 07/20/01 | TJT | Review Docket<br>Case Administration/General                                                                      | 0.10  |
|          | TJT | Revise Order re: Motion for Continuance<br>Litigation                                                             | 0.10  |
|          | TJT | Prepare e-mail to J. Sakalo re: Order granting Motion for<br>Continuance<br>Litigation                            | 0.10  |
|          | TJT | Teleconference with Judge Farnan's chambers re: October<br>hearing date<br>Litigation                             | 0.10  |
|          | TJT | Retrieve voice mail message from J. Sakalo, Esq. re: Case<br>Managment Motion<br>Litigation                       | 0.10  |
|          | TJT | Teleconference with J. Sakalo re; Case Management Motion<br>Litigation                                            | 0.20  |
|          | TJT | Teleconference with Committee<br>Committee Meetings and Conferences                                               | 1.00  |
|          | TJT | Review correspondence re: e-mail from J. Sakalo re: Motion<br>for Admission Pro Hac Vice of J. Sakalo<br>Case Administration/General | 0.10  |

| | | | Hours |
|---|---|---|---|
| 07/21/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
| 07/12/01 | TJT | Revise Complaint, discussion with Mr. Miller, research conversion, revise<br>Litigation | 2.00 |
| 07/22/01 | TJT | Review correspondence re: e-mail from S. Baena re: Armstrong pleadings<br>Litigation | 0.10 |
| | TJT | Review e-mail from D. Speights, Esq. re: Armstrong pleadings<br>Litigation | 0.10 |
| | TJT | Review correspondence re: e-mail from S. Baena re: Armstrong pleadings<br>Litigation | 0.10 |
| | TJT | Review correspondence re: e-mail from S. Baena re: August meeting<br>Committee Meetings and Conferences | 0.10 |
| | TJT | Committee Meeting/Conference, prepare e-mail to S. Baena re: August meeting<br>Committee Meetings and Conferences | 0.10 |
| 07/23/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re: C.V. Biomedical, Inc.<br>Case Administration/General | 0.10 |
| 07/17/01 | TJT | Prepare letter to J. Sakalo re: Monthly operating report<br>Case Administration/General | 0.10 |
| | TJT | Prepare e-mail to J. Sakalo re: Debtor's Objeciton to Motion for Continuance<br>Litigation | 0.10 |
| | TJT | Tele-conference with J. Sakalo re: Debtor's Objeciton to Motion for Continuance<br>Litigation | 0.10 |
| 07/23/01 | TJT | Review Statement of Financial Affairs and Schedules re: CCHP, Inc.<br>Case Administration/General | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 07/23/01 | TJT | Review Statement of Financial Affairs and Schedules re: COAL Grace, Inc.<br>Case Administration/General | 0.10 |
|  | TJT | Review Statement of Financial Affairs and Schedules re: COAL Grace II, Inc.<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from K. Neiman re: Conway Application<br>Litigation | 0.10 |
|  | TJT | Review docket<br>Case Administration/General | 0.10 |
| 07/24/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: August meeting<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | Review deposition transcript re: expert<br>Litigation | 0.50 |
|  | TJT | Review correspondence re: Motion for Admission Pro Hac Vice of J. Sakalo, Esq.<br>Case Administration/General | 0.10 |
|  | TJT | Prepare Motion for Admission Pro Hac Vice of J. Sakalo, Esq.<br>Case Administration/General | 0.10 |
|  | TJT | Prepare letter to J. Sakalo, Esq. re: Motion for Admission Pro Hac Vice<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with clerk re: October hearing date<br>Litigation | 0.10 |
|  | TJT | Review e-mail from J. Sakalo, Esq. re: Bilzin fee application<br>Case Administration/General | 0.10 |
| 07/25/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: 8/2/01 hearing<br>Litigation | 0.10 |

| | | | Hours |
|---|---|---|---|
| 07/25/01 | TJT | Telephone call to Docket Clerk re: 8/2/01 hearing<br>Litigation | 0.10 |
| | TJT | Review correspondence re: e-mail from S. Baena, Esq. re:<br>Experts<br>Litigation | 0.10 |
| | TJT | Review correspondence re: e-mail from S. Baena, Esq. re:<br>September meeting with debtor<br>Litigation | 0.10 |
| | TJT | Review statement of Financial Affairs and Schedules re:<br>Creative Foods and Fun Company<br>Case Administration/General | 0.10 |
| | TJT | Review statement of Financial Affairs and Schedules re:<br>Darex Puerto Rico Company<br>Case Administration/General | 0.10 |
| | TJT | Review statement of Financial Affairs and Schedules re: Del<br>Taco Restaurant, Inc.<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with F. Perch re: Bilzin Fee Application<br>Case Administration/General | 0.10 |
| | TJT | Telephone call to J. Sakalo, Esq. re: Bilzin Fee Application<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with J. Sakalo, Esq. re: Bilzin Fee Application<br>Case Administration/General | 0.10 |
| 07/26/01 | TJT | Prepare e-mail to S. Baena and J. Sakalo re: U.S. Trustee's<br>concerns regarding Bilzin fee application<br>Case Administration/General | 0.20 |
| | TJT | Review docket<br>Case Administration/General | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re:<br>Dewey & Almy, LLC<br>Case Administration/General | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re:<br>ESCARG, Inc.<br>Case Administration/General | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 07/26/01 | TJT | Review Statement of Financial Affairs and Schedules re: Five Alewife Boston, Ltd.<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Debtors' Motion to Extend Exclusive Periods<br>Case Administration/General | 0.20 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.80 |
|  | TJT | Tele-conference with S. Baena re: Response to U.S. Trustee's concerns about Bilzin Fee Application<br>Case Administration/General | 0.30 |
| 07/27/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review e-mail from J. Sakalo, Esq. re: Drafts of Minutes from Committee Meetings on 7/10, 7/13 and 7/20/01<br>Committee Meetings and Conferences | 0.10 |
| 07/28/01 | TJT | Review third application for reimbursement<br>Fee Application | 0.50 |
|  | TJT | Review first interim fee application<br>Fee Application | 0.50 |
|  | TJT | Review correspondence, letter to Judge Farnan from Smolker<br>Litigation | 0.10 |
|  | TJT | Review Memorandum Opinion re: Smolker action<br>Litigation | 0.20 |
|  | TJT | Review correspondence re: e-mail from T. Sobel re: Strategic Motion<br>Litigation | 0.10 |
| 07/29/01 | TJT | Review miscellaneous 327(e) Affidavits<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: DOJ's Motion to Compel Debtor to Supplement Statements<br>Litigation | 0.20 |

|  |  |  | Hours |
|---|---|---|---|
| 07/29/01 | TJT | Review correspondence re: e-mail from M. Dies re: Strategic Motion<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to S. Baena, Esq. re: DOJ's Motion to Compel Debtors to Supplement Statements<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo re: Debtors' Motion to Extend Exclusive Periods<br>Case Administration/General | 0.10 |
| 07/30/01 | TJT | Review Docket<br>Case Administration/General | 0.10 |
|  | TJT | Review draft of Minutes of 7/10/01 Meeting<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | Review draft of Minutes of 7/13/01 Meeting<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | Review draft of Minutes of 7/20/01 Meeting<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | Review e-mail from S. Baena re: Strategic Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from S. Baena re: DOJ's Motion to Compel Supplementation of Statements<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo re: DOJ's Motion to Compel Debtors to Supplement Statements<br>Litigation | 0.10 |
|  | TJT | Review draft of Strategic Motion<br>Litigation | 0.50 |
|  | TJT | Tele-conference with F. Perch re: Fee Applications<br>Case Administration/General | 0.20 |
|  | TJT | Review pleading re: Debtors' Statement of Amounts Paid to Ordinary Course Professionals<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 07/30/01 | TJT | Review First Interim Fee Application of Campbell & Levine<br>Case Administration/General | 0.10 |
|  | TJT | Review First Interim Fee Application of Caplan Drysdale<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Supplemental Affidavit of FTI Policano<br>Case Administration/General | 0.10 |
|  | TJT | Review Transcript of 7/19/01 Hearing<br>Litigation | 0.20 |
|  | TJT | Prepare letter to S. Baena, Esq. re: Transcript of 7/19/01<br>Hearing<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo re:<br>negotiations with Debtor regarding Omnibus Sale Procedures<br>Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from R. Turkewitz re:<br>Strategic Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from D. Speights re:<br>Strategic Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from M. Dies re: Strategic<br>Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: First Quarterly Fee<br>Application<br>Case Administration/General | 0.10 |
|  | TJT | Review Statement of Financial Affairs and Schedules re: GC<br>Limited Partners I, Inc.<br>Case Administration/General | 0.10 |
| 07/31/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Limited Objection to Conway DelGenio<br>Retention Application<br>Case Administration/General | 0.10 |

| | | | Hours |
|---|---|---|---|
| 07/31/01 | TJT | Prepare e-mail to S. Baena re: Limited Objection to Conway DelGenio Retention Application<br>Case Administration/General | 0.10 |
| | TJT | Review pleading re: Debtors' Motion to Grant Administrative Priority to Reclamation Claim<br>Case Administration/General | 0.10 |
| | TJT | Review Notice of Third Application of Stroock and Stroock<br>Case Administration/General | 0.10 |
| | TJT | Review Notice of Third Application of FTI Policano<br>Case Administration/General | 0.10 |
| | TJT | Review Notice of First Quarterly Fee Application of Stroock and Stroock<br>Case Administration/General | 0.10 |
| | TJT | Review Notice of First Quarterly Fee Application of FTI Policano<br>Case Administration/General | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re: GEC Management Corporation<br>Case Administration/General | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re: GC Management, Inc.<br>Case Administration/General | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re: GN Holdings, Inc.<br>Case Administration/General | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re: GPC Thomasville Corporation<br>Case Administration/General | 0.10 |
| | TJT | Review Statement of Financial Affairs and Schedules re: Gloucester New Communications Company, Inc.<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with J. Sakalo re: 8/2/01 hearing<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 07/31/01 | TJT | Review Agenda for 8/2/01 Hearing<br>Litigation | 0.10 |
| 08/01/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from A. Knowles re: 8/2/01<br>tele-conference<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: 8/2/01 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: 8/2/01<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to S. Baena, Esq. re: 8/2/01 hearing<br>Litigation | 0.10 |
| 08/02/01 | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.50 |
|  | TJT | Review correspondence re: letter from U.S. Trustee re: Bilzin<br>Fee application<br>Case Administration/General | 0.10 |
|  | TJT | Call to F. Perch, Esq. re: Bilzin Fee Application<br>Case Administration/General | 0.10 |
|  | TJT | Prepare e-mail to S. Baena re: letter from U.S. Trustee re:<br>Bilzin Application<br>Case Administration/General | 0.10 |
| 08/03/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review proposed fee agreement with McCool Smith and<br>Cozen O'Connor<br>Litigation | 0.10 |
| 08/04/01 | TJT | Review Stroock & Stroock Third Fee Application<br>Case Administration/General | 0.10 |
|  | TJT | Review Stroock & Stroock First Quarterly Fee Application<br>Case Administration/General | 0.30 |

|  |  |  | Hours |
|---|---|---|---|
| 08/04/01 | TJT | Review correspondence re: letter from T. Sobel, Esq. re: Items for August Committee Meeting<br>Litigation | 0.20 |
| 08/05/01 | TJT | Review remainder of Hillsee Trial Testimony in Washington State action<br>Case Administration/General | 0.50 |
|  | TJT | Review Babcock and Wilcox Notice Plan<br>Litigation | 0.30 |
|  | TJT | Review Babcock & Wilcox Bar Date Order<br>Litigation | 0.10 |
|  | TJT | Review Kinsella Affidavit in B&W Case<br>Litigation | 0.10 |
|  | TJT | Review Hillsey Affidavit filed in B&W Bankruptcy Case<br>Litigation | 0.10 |
| 08/06/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: letter from S. Baena to F. Perch, Esq. re: Bilzin Fee Application<br>Case Administration/General | 0.10 |
| 08/07/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review montly operating report (June 2001)<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Drafts of Committee Minutes for 7/26/01 and 8/2/01 Meetings<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | Review draft of Committee Minutes for 7/26/01 Meeting<br>Committee Meetings and Conferences | 0.10 |
|  | TJT | Review draft of Committee Minutes for 8/2/01 Meeting<br>Committee Meetings and Conferences | 0.10 |
| 08/09/01 | TJT | Review docket<br>Case Administration/General | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 08/09/01 | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.70 |
| 08/10/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| 08/12/01 | TJT | Review pleading re: Debtors' Response to United States<br>Motion to Supplement Statements<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to S. Baena, Esq. re: Debtors' Response to<br>United States Motion to Supplement Statements<br>Litigation | 0.10 |
| 08/13/01 | TJT | Review correspondence re: e-mail S. Baena, Esq. re: Debtors'<br>Response to United States Motion to Compel Debtor to<br>Supplement Statements<br>Litigation | 0.10 |
| 08/14/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| 08/15/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
| 08/16/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review e-mail from J. Sakalo, Esq. re: Expert Fees<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.30 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: Case Management<br>Motion<br>Litigation | 0.10 |
| 08/17/01 | TJT | Review docket<br>Case Administration/General | 0.10 |
|  | TJT | Review e-mail from J. Sakalo, Esq. re: Armstrong pleadings<br>Litigation | 0.10 |
|  | TJT | Review Armstrong Docket<br>Litigation | 0.10 |

|            |     |                                                                                              | Hours |
|------------|-----|----------------------------------------------------------------------------------------------|-------|
| 08/18/01   | TJT | Review Armstrong documents re: case management motion<br>Litigation                           | 0.30  |
|            | TJT | Prepare e-mail to J. Sakalo, Esq. re: Armstrong<br>documents/Case Management Motion<br>Litigation | 0.10  |
|            | TJT | Prepare e-mail to J. Sakalo, Esq. re: Armstrong<br>documents/Case Management Motion<br>Litigation | 0.10  |
|            | TJT | Prepare e-mail to J. Sakalo, Esq. re: Armstrong<br>documents/Case Management Motion<br>Litigation | 0.10  |
|            | TJT | Review e-mail from E. Marquez re: Retention of Experts<br>Litigation                          | 0.10  |
|            | TJT | Review Armstrong docket re: Experts<br>Litigation                                             | 0.50  |
|            | TJT | Review Owens Corning docket re: Experts<br>Litigation                                         | 0.50  |
| 08/19/01   | TJT | Review e-mail from D. Katz re: Report for 8/22/01 meeting<br>Committee Meetings and Conferences | 0.10  |
|            | TJT | Prepare e-mail to E. Marquez re: Owens Corning documents<br>Litigation                        | 0.10  |
|            | TJT | Prepare for 8/22/01 Meeting<br>Committee Meetings and Conferences                             | 0.60  |
| 08/20/01   | TJT | Review docket<br>Case Administration/General                                                  | 0.10  |
|            | TJT | Review First Monthly Fee Application of Pitney, Hardin, et al.<br>Case Administration/General | 0.10  |
|            | TJT | Review Second Monthly Fee Application of Pitney, Hardin, et<br>al.<br>Case Administration/General | 0.10  |
|            | TJT | Review Third Monthly Fee Application of Pitney, Hardin, et al.<br>Case Administration/General | 0.10  |

|  |  |  | Hours |
|---|---|---|---|
| 08/20/01 | TJT | Travel time (to Atlanta, GA)<br>Travel Time | 2.50 |
| 08/21/01 | TJT | Prepare for Committee Meeting<br>Committee Meetings and Conferences | 1.00 |
|  | TJT | Meeting with Committee<br>Committee Meetings and Conferences | 6.50 |
|  | TJT | Travel from Atlanta, GA<br>Travel Time | 2.50 |
| 08/22/01 | TJT | Tele-conference with J. Sakalo, Esq. re: Case Management<br>Motion<br>Litigation | 0.10 |
| 08/23/01 | TJT | Review Armstrong Docket<br>Litigation | 0.20 |
|  | TJT | Review transcript of 8/2/01 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-conference with S. Kortanic re: Armstrong Bankruptcy<br>Case<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.50 |
| 08/24/01 | TJT | Review correspondence re: e-mail from E. Marquez re:<br>Armstrong case<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from E. Cottingham re:<br>Case Management Motion<br>Litigation | 0.10 |
| 08/27/01 | TJT | Prepare memo to law clerk re: Daubert<br>Litigation | 0.10 |
|  | TJT | Review pleading, review U.S. Trustee's Objection to Bilzin's<br>Fee Application<br>Case Administration/General | 0.10 |
| 08/29/01 | TJT | Review pleading re: Motion to Assume Leases (Channel)<br>Case Administration/General | 0.20 |

|            |     |                                                                                                                    | Hours |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|-------|
| 08/29/01   | TJT | Review pleading re: Motion to Assume, Sell and Assign Prime Lease<br>Case Administration/General                   | 0.20  |
|            | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Armstrong Bankruptcy Case<br>Litigation                  | 0.10  |
|            | TJT | Tele-conference with J. Sakalo re: Armstrong Bankruptcy Case<br>Litigation                                         | 0.10  |
| 09/02/01   | TJT | Review pleading re: PPG's Objection to Reclamation Claim Motion<br>Case Administration/General                     | 0.10  |
|            | TJT | Review pleading re: Ashby & Geddes First and Final Application<br>Case Administration/General                      | 0.10  |
|            | TJT | Review pleading re: First Monthly Fee Application of Caplin, Drysdale<br>Case Administration/General               | 0.10  |
|            | TJT | Review e-mail from D. Speights re: Response to Case Management Motion<br>Litigation                               | 0.10  |
|            | TJT | Review pleading re: Debtors' Motion to Lift Stay re: Honeywell<br>Case Administration/General                      | 0.10  |
|            | TJT | Review pleading re: Second Monthly Fee Application of Blackstone Group<br>Case Administration/General              | 0.10  |
|            | TJT | Review pleading re: Smolker's Motion to Lift Stay<br>Case Administration/General                                   | 0.10  |
|            | TJT | Review pleading re: Smolker's Answer to Preliminary Injunction Complaint<br>Case Administration/General           | 0.10  |
| 09/04/01   | TJT | Review draft of response to Case Management Motion<br>Litigation                                                   | 0.50  |

|  |  |  | Hours |
|---|---|---|---|
| 09/04/01 | TJT | Prepare e-mail to J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: 9/7/01 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-confereneces with Judge Farnan's Courtroom Deputy re: 9/7/01 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: 9/7/01 hearing<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to J. Sakalo, Esq. re: 9/7/01 hearing<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from M. Dies re: Response to Case Management Motion<br>Litigation | 0.10 |
| 09/05/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Review Agenda for 9/7/01 hearing<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with T. Hilsee re: Affidavit<br>Litigation | 0.10 |
|  | TJT | Review miscellaneous Notice of Transfer of Claims<br>Case Administration/General | 0.30 |
| 09/06/01 | TJT | Review e-mail from J. Sakalo re: 4th Stroock & Stroock fee application<br>Case Administration/General | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo re: Response to Case Management Motion<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 09/06/01 | TJT | Review correspondence re: exhibits to Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: exhibits to Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.70 |
|  | TJT | Tele-conference with W. Sudell, Esq. re: 9/7/01 hearing<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: Motion for Continuance<br>Litigation | 0.10 |
|  | TJT | Review amended Agenda for 9/7/01 hearing<br>Case Administration/General | 0.10 |
| 09/07/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Prepare exhibits to Response to Case Management Motion<br>Litigation | 1.00 |
|  | TJT | Prepare Certificate of Service re: Response to Case Management Motion<br>Litigation | 0.20 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo, Esq., re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.40 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Response to Case Management Motion<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 09/07/01 | TJT | Prepare and file Response to Case Management Motion<br>Litigation | 1.50 |
|  | TJT | Tele-conference with J. Sakalo, re: Response to Case<br>Management Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: letter from S. Baena to D. Bernick<br>Litigation | 0.10 |
| 09/08/01 | TJT | Retrieve voice mail from D. Carickoff re: Response to Case<br>Management Motion<br>Litigation | 0.10 |
|  | TJT | Telephone call to D. Carickoff re: Response to Case<br>Management Motion<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to D. Carickoff re: Response to Case<br>Management Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re:<br>Response to Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Review e-mail from D. Carickoff re: Response to Case<br>Management Motion<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to J. Sakalo re: Response to Case Management<br>Motion<br>Litigation | 0.10 |
| 09/09/01 | TJT | Review correspondence re: e-mail from J. Sakalo re:<br>Response to Case Management Motion<br>Litigation | 0.10 |
| 09/10/01 | TJT | Prepare letter to Judge Farnan re: Response to Case<br>Management Motion<br>Litigation | 0.10 |
|  | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re:<br>Article re: Libby Montana<br>Litigation | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 09/27/01 | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 1.00 |
| 09/12/01 | TJT | Review pleading re: Response of Commercial Committee to<br>Case Management Motion<br>Litigation | 0.10 |
|  | TJT | Review pleading re: Response of P.I. Committee to Case<br>Management Motion<br>Litigation | 0.30 |
|  | TJT | Review pleading re: Affidavit of Mark Peterson<br>Litigation | 0.20 |
|  | TJT | Review pleading re: Reed Smith Fee Application for 4/2/01 to<br>7/31/01<br>Litigation | 0.10 |
| 09/13/01 | TJT | Tele-conferences with Judge Farnan's Chambers re: 9/20/01<br>hearing<br>Litigation | 0.10 |
|  | TJT | Prepare e-mail to J. Sakalo, Esq. re: 9/20/01<br>Litigation | 0.10 |
|  | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences | 0.40 |
| 09/14/01 | TJT | Review e-mail from S. Baena, Esq. re: Reinstatement of<br>Reference<br>Case Administration/General | 0.10 |
| 09/16/01 | TJT | Review pleading re: Notice of Amendment of Schedules<br>Case Administration/General | 0.20 |
|  | TJT | Prepare e-mail to J. Sakalo, Esq. re: Notice of Amendment of<br>Schedules<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: K & E Monthly Fee Application (7/1/01 to<br>7/31/01)<br>Case Administration/General | 0.30 |
|  | TJT | Review pleading re: 4th Interim Application of FTI Policano<br>Case Administration/General | 0.10 |

| | | | Hours |
|---|---|---|---|
| 09/16/01 | TJT | Review pleading re: Honeywell Motion for Relief form Stay<br>Case Administration/General | 0.10 |
| | TJT | Review pleading re: First Interim Application of Duane Morris<br>Case Administration/General | 0.10 |
| | TJT | Review pleading re: Monthly Fee Application for Duane<br>Morris (7/1/01 to 7/31/01)<br>Case Administration/General | 0.10 |
| 09/17/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re:<br>Amendment to Schedules<br>Case Administration/General | 0.10 |
| | TJT | Prepare e-mail to J. Sakalo, Esq. re: Amendment to Schedules<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with J. Sakalo, Esq. re: Committee Expense<br>Reimbursement<br>Case Administration/General | 0.10 |
| | TJT | Tele-conference with J. Sakalo, Esq. re: Objection to Bilzin<br>Fee Application<br>Case Administration/General | 0.10 |
| 09/18/01 | TJT | Prepare letter to J. Sakalo re: Miscellaneous Notices of<br>Transfer of Claim<br>Case Administration/General | 0.10 |
| | TJT | Review pleading re: Debtors' Motion for Order to Modify<br>Automatic Stay<br>Case Administration/General | 0.10 |
| | TJT | Review pleading re: 4th Montly Fee Application for Walace<br>King<br>Case Administration/General | 0.10 |
| | TJT | Review pleading re: Second Application of Commercial<br>Committee for Reimbursement of Expenses<br>Case Administration/General | 0.10 |
| | TJT | Review pleading re: 4th Fee Application of Stroock, Stroock<br>Case Administration/General | 0.20 |
| | TJT | Review pleading re: 1st Monthly Fee Application of Campbell<br>& Levine<br>Case Administration/General | 0.10 |

|          |     |                                                                                                                          | Hours |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|
| 09/18/01 | TJT | Review pleading re: Honeywell's Limited Objection to Debtors' Motion to Lift Stay<br>Case Administration/General          | 0.10  |
|          | TJT | Review pleading re: Certification of Counsel re: Docket No. 721<br>Case Administration/General                            | 0.10  |
|          | TJT | Certification of Counsel re: Docket No. 709<br>Case Administration/General                                                | 0.10  |
|          | TJT | Review pleading re: Certification of Counsel re: Docket No. 792<br>Case Administration/General                            | 0.10  |
|          | TJT | Review pleading re: 4th Supplemental Affidavit of J. Sprayregan, Esq.<br>Case Administration/General                      | 0.10  |
|          | TJT | Review pleading re: Supplemental Affidavit of E. Inselbuch, Esq.<br>Case Administration/General                          | 0.10  |
|          | TJT | Review pleading re: Notice of Stipulation Between Debtors and AON Consulting<br>Case Administration/General               | 0.10  |
|          | TJT | Review pleading re: Agenda for 9/20/01 hearing<br>Case Administration/General                                            | 0.10  |
| 09/19/01 | TJT | Review docket<br>Case Administration/General                                                                             | 0.10  |
|          | TJT | File Certificate of No Objection re: Docket No. 884<br>Case Administration/General                                        | 0.50  |
|          | TJT | Review letter from J. Winter, Esq. to Clerk re: PPG Industries' Objection to Reclamation Motion<br>Case Administration/General | 0.10  |
| 09/20/01 | TJT | Tele-conference with J. Sakalo re: expert<br>Litigation                                                                   | 0.10  |
|          | TJT | Tele-conference with Committee<br>Committee Meetings and Conferences                                                      | 0.30  |

|  |  |  | Hours |
|---|---|---|---|
| 09/23/01 | TJT | Review pleadings re: Miscellaneous Certificates of No Objection<br>Case Administration/General | 0.10 |
|  | TJT | Review pleadings re: Exxon Mobil Memorandum in Support of Motion for Summary Judgment<br>Case Administration/General | 0.10 |
|  | TJT | Review pleading re: Affidavit of S. Adams in Support of Exxon Mobil's Motion for Summary Judgment<br>Case Administration/General | 0.10 |
|  | TJT | Prepare documents to send to expert<br>Litigation | 1.80 |
|  | TJT | Prepare letter to expert re: responses to Case Management Motion<br>Litigation | 0.10 |
| 09/24/01 | TJT | Tele-conference with Docket Clerk re: new hearing dates<br>Case Administration/General | 0.10 |
| 09/25/01 | TJT | Review e-mail from J. Sakalo re: Bilzin Fee Application<br>Case Administration/General | 0.10 |
|  | TJT | Tele-conference with J. Sakalo re: Bilzin Third Fee Application<br>Case Administration/General | 0.10 |
|  | TJT | File Certificate of No Objection re: Committee's First Reimbursement Application<br>Case Administration/General | 0.30 |
|  | TJT | File Bilzin Third Fee Application<br>Case Administration/General | 1.00 |
|  | TJT | File Committee's Third Interim Application for Reimbursement<br>Case Administration/General | 0.50 |
|  | TJT | Prepare letter to J. Sakalo, Esq. re: Bilzin Third Interim Fee Application and Committee's Third Interim Applicaton for Reimbursement<br>Case Administration/General | 0.10 |
| 09/26/01 | TJT | Prepare e-mail to J. Sakalo, Esq. re: Weekly Committee Tele-conference<br>Committee Meetings and Conferences | 0.10 |

|  |  |  | Hours | |
|---|---|---|---|---|
| 09/28/01 | TJT | Review correspondence re: e-mail from J. Sakalo, Esq. re: Certification of Counsel re: Bilzin Fee Applications<br>Case Administration/General | 0.10 | |
| | TJT | Tele-conference with J. Sakalo, Esq. re: Certification of Counsel re: Bilzin Fee Applications<br>Case Administration/General | 0.10 | |
| | | | ———— | Amount |
| | Subtotal: | | 85.10 | 16,364.00 |
| | 05-R. Miller | | | |
| 07/02/01 | RSM | Conference with Ted Tacconelli re: scheduling<br>Case Administration/General | 0.20 | |
| 07/03/01 | RSM | Prepare First Monthly Fee Application<br>Fee Application | 4.50 | |
| 07/05/01 | RSM | Prepare First Monthly Fee Application<br>Fee Application | 4.00 | |
| 07/06/01 | RSM | Prepare First Monthly Fee Application<br>Fee Application | 0.50 | |
| 07/09/01 | RSM | Review e-mail re: counsel retention<br>Retention of Professionals | 0.20 | |
| | RSM | Prepare Second Monthly Fee Application<br>Fee Application | 2.00 | |
| 07/10/01 | RSM | Review e-mails re: court hearings<br>Case Administration/General | 0.10 | |
| | RSM | Attend tele-conference<br>Committee Meetings and Conferences | 1.30 | |
| | RSM | Teleconference with Mr. Baena<br>Case Administration/General | 0.40 | |
| 07/11/01 | RSM | Conference with Mr. Joseph re: Motion for Continuance<br>Case Administration/General | 0.30 | |
| | RSM | Review e-mails re: Retention of Counsel<br>Retention of Professionals | 0.10 | |

|  |  |  | Hours |
|---|---|---|---|
| 07/11/01 | RSM | Legal research re: Motion for Continuance<br>Case Administration/General | 1.20 |
|  | RSM | Review Motion for Continuance<br>Case Administration/General | 0.30 |
| 07/12/01 | RSM | Review e-mail re: Retention of Expert<br>Retention of Professionals | 0.10 |
|  | RSM | Review Response to Joint Motion to Prosecute<br>Litigation | 0.50 |
| 07/13/01 | RSM | Attend Committee teleconference<br>Case Administration/General | 1.50 |
| 07/18/01 | RSM | Review e-mail re: expert retention<br>Retention of Professionals | 0.10 |
|  | RSM | Review e-mail re: retention of counsel<br>Retention of Professionals | 0.10 |
|  | RSM | Review e-mail re: conference call<br>Case Administration/General | 0.10 |
|  | RSM | Review e-mail re: conference call<br>Case Administration/General | 0.10 |
|  | RSM | Review e-mail re: debtor's response to continuance<br>Case Administration/General | 0.10 |
| 07/19/01 | RSM | Conference with Mr. Tacconelli re: hearing<br>Case Administration/General | 0.30 |
| 07/20/01 | RSM | Attend Committee teleconference<br>Committee Meetings and Conferences | 1.00 |
| 07/23/01 | RSM | Review e-mails re: Armstrong case<br>Case Administration/General | 0.10 |
| 07/25/01 | RSM | Prepare Certificate of No Objection re: 1st and 2nd Monthly<br>Fee Applications<br>Fee Application | 0.50 |
|  | RSM | Prepare 3rd Monthly Fee Application<br>Fee Application | 1.50 |

|            |     |                                                                           | Hours |
|------------|-----|---------------------------------------------------------------------------|-------|
| 07/25/01   | RSM | Prepare Certificate of No Objection for Bilzin Fee Application<br>Fee Application | 0.50  |
|            | RSM | Prepare 1st Interim Fee Application<br>Fee Application                     | 2.00  |
| 07/30/01   | RSM | Review e-mail re: sales procedures<br>Case Administration/General         | 0.10  |
| 07/31/01   | RSM | Review e-mails re: Motions<br>Case Administration/General                 | 0.20  |
| 07/30/01   | RSM | Review e-mails re: Motion<br>Case Administration/General                  | 0.30  |
|            | RSM | Review e-mails re: Motion<br>Case Administration/General                  | 0.20  |
|            | RSM | Revise and prepare 3rd monthly fee application<br>Fee Application         | 0.60  |
|            | RSM | Revise and prepare 1st Interim fee application<br>Fee Application         | 0.70  |
| 07/27/01   | RSM | Review e-mail re: fee application<br>Fee Application                       | 0.10  |
| 08/01/01   | RSM | Review email re: Sales Procedure Order<br>Case Administration/General     | 0.10  |
| 08/02/01   | RSM | Review email re: Sales Procedure Motion<br>Case Administration/General    | 0.10  |
|            | RSM | Attend Court Hearing<br>Court Hearings                                     | 0.80  |
|            | RSM | Email to Mr. Baena re: Court hearing<br>Case Administration/General       | 0.10  |
|            | RSM | Review email re: conference call<br>Case Administration/General           | 0.10  |
|            | RSM | Attend Committee teleconference<br>Committee Meetings and Conferences     | 1.00  |

| Date | | Description | Hours |
|---|---|---|---|
| 08/02/01 | RSM | Conference with Ted Tacconelli re: teleconference<br>Case Administration/General | 0.30 |
| 08/03/01 | RSM | Conference with Ted Tacconelli re: Fee Application<br>Case Administration/General | 0.20 |
| 08/20/01 | RSM | Review e-mails re: expert retention<br>Retention of Professionals | 0.10 |
| | RSM | Confer with paralegal re: Certificates of No Objection<br>Fee Application | 0.20 |
| 08/21/01 | RSM | Confer with paralegal re: Certficates of No Objection<br>Fee Application | 0.20 |
| | RSM | Review and e-file Certificates of No Objection<br>Fee Application | 0.50 |
| | RSM | Tele-conference with Court Reporter<br>Case Administration/General | 0.10 |
| 08/27/01 | RSM | Confer with Ms. Coggins re: 4th Monthly Fee Application<br>Fee Application | 1.00 |
| 09/05/01 | RSM | Review 4th Monthly Fee Application<br>Fee Application | 0.50 |
| | RSM | File 4th Monthly Fee Application<br>Fee Application | 0.70 |
| 09/06/01 | RSM | Confer with Mr. Tacconelli re: filing issues<br>Case Administration/General | 0.40 |
| | RSM | Attend Committee tele-conference<br>Committee Meetings and Conferences | 0.70 |
| 09/07/01 | RSM | Review Objection to CMO<br>Case Administration/General | 0.30 |
| | RSM | Assist with filing of Objection to CMO & Exhibits thereto<br>Case Administration/General | 1.00 |
| 09/10/01 | RSM | Review PI Committee Brief re: CMO<br>Case Administration/General | 0.50 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/13/01 | RSM | Attend Committee Tele-conference<br>Committee Meetings and Conferences | 0.40 | |
| 09/20/01 | RSM | Atten Committee Tele-conference<br>Committee Meetings and Conferences | 0.30 | |
| 09/27/01 | RSM | Review and file CNO re: 4th Fee Application<br>Fee Application | 0.30 | |
| | RSM | Attend Committee tele-conference<br>Committee Meetings and Conferences | 0.80 | |
| | | | —— | Amount |
| | Subtotal: | | 36.50 | 5,840.00 |

14-L. Coggins

| | | | Hours | |
|---|---|---|---|---|
| 08/21/01 | LLC | Prepare Certificate of No Objection re: docket No. 767<br>Fee Application | 0.40 | |
| | LLC | Prepare Certificate of No Objection re: docket No. 768<br>Fee Application | 0.40 | |
| | LLC | Review and research docket re: docket No.'s 767 & 768<br>Fee Application | 0.20 | |
| | LLC | File Certificate of No Objection re: docket 767 with the Court<br>Fee Application | 0.20 | |
| | LLC | File Certificate of No Objection re: docket 768 with the Court<br>Fee Application | 0.20 | |
| 08/27/01 | LLC | Prepare 4th Monthly fee application<br>Fee Application | 1.80 | |
| | LLC | Prepare 4th Monthly fee application<br>Fee Application | 0.70 | |
| 08/30/01 | LLC | Research Judge Farnan's decision re: Daubert Standard<br>Case Administration/General | 0.60 | |
| 09/04/01 | LLC | Prepare exhibit to 4th fee application<br>Fee Application | 0.60 | |

|          |     |                                                                                                   | Hours |
|----------|-----|---------------------------------------------------------------------------------------------------|-------|
| 09/04/01 | LLC | Prepare 4th fee application<br>Fee Application                                                     | 0.50  |
| 09/05/01 | LLC | Prepare 4th fee application<br>Fee Application                                                     | 1.20  |
|          | LLC | Review docket re: 1st and 2nd Committee fee applications<br>Case Administration/General           | 0.40  |
|          | LLC | Prepare Service of 4th fee application<br>Fee Application                                          | 0.60  |
|          | LLC | (2) Phone calls to Co-Counsel re: 1st and 2nd Committee<br>Applications<br>Case Administration/General | 0.30  |
| 09/06/01 | LLC | Prepare Certificate of No Objection re: docket no. 884<br>Case Administration/General             | 0.20  |
|          | LLC | Review docket re: Objections to docket no. 884<br>Case Administration/General                     | 0.10  |
|          | LLC | Call to Co-Counsel re: Committee fee applications<br>Case Administration/General                  | 0.10  |
|          | LLC | E-mail D. Colmyer at Bankruptcy Court re: 1st Committee fee<br>application<br>Case Administration/General | 0.20  |
| 09/10/01 | LLC | Review docket for Committee fee application<br>Case Administration/General                        | 0.20  |
|          | LLC | Send copy of Committee fee application to clerks office<br>Case Administration/General            | 0.10  |
| 09/11/01 | LLC | Review docket for Committee fee application<br>Case Administration/General                        | 0.10  |
| 09/12/01 | LLC | Review docket re: Committee fee application<br>Case Administration/General                        | 0.10  |
|          | LLC | E-mail to clerks office re: Committee fee application<br>Case Administration/General              | 0.20  |
| 09/17/01 | LLC | Review docket re: PD Committee 1st fee application<br>Case Administration/General                 | 0.10  |

|          |     |                                                                                                               | Hours |
|----------|-----|---------------------------------------------------------------------------------------------------------------|-------|
| 09/17/01 | LLC | E-mail to M. Thompson at clerks office<br>Case Administration/General                                         | 0.30  |
| 09/18/01 | LLC | Review docket re: 1st Committee fee application<br>Case Administration/General                                | 0.10  |
|          | LLC | Phone call to M. Thomas at clerks office re: Committee fee application<br>Case Administration/General          | 0.10  |
| 09/19/01 | LLC | Revise and prepare Certificate of No Objection re: Docket No. 884<br>Case Administration/General              | 0.40  |
| 09/20/01 | LLC | Review docket re: 1st Committee fee application<br>Case Administration/General                                | 0.10  |
| 09/21/01 | LLC | Review docket re: 1st Committee fee application<br>Case Administration/General                                | 0.10  |
|          | LLC | Draft Certificate of No Objection re: 1st Committee fee application<br>Case Administration/General            | 0.30  |
| 09/24/01 | LLC | Review docket re: 1st Committee fee application<br>Case Administration/General                                | 0.10  |
| 09/25/01 | LLC | Review 3rd Committee fee application and prepare for filing<br>Case Administration/General                    | 0.40  |
|          | LLC | Review Co-Counsel 3rd fee application and prepare for filing<br>Case Administration/General                   | 0.60  |
|          | LLC | Draft Certificate of Service re: 3rd Committee fee application<br>Case Administration/General                 | 0.10  |
|          | LLC | Draft Certificate of Service re: 3rd Committee fee application<br>Case Administration/General                 | 0.10  |
|          | LLC | Review docket re: 1st Committtee fee application<br>Case Administration/General                               | 0.10  |
| 09/27/01 | LLC | Review docket re: Objections to 4th fee application<br>Fee Application                                        | 0.10  |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/27/01 | LLC | Draft Certificate of No Objection re: docket no. 879<br>Fee Application | 0.20 | |
| | LLC | Serve Certificate of No Objection re: docket no. 879<br>Fee Application | 0.50 | |
| | LLC | Draft 5th fee application<br>Fee Application | 0.40 | |
| 09/28/01 | LLC | Prepare exhibits to 5th Interim fee application<br>Fee Application | 1.80 | |

|  |  | Hours | Amount |
|---|---|---|---|
| Subtotal: | | 15.30 | 1,224.00 |
| Total Time Expended: | | 140.30 | $24,448.00 |

Costs Advanced:

| | | Amount |
|---|---|---|
| 07/02/01 | Copying and Service fee (6/19/01) | 100.00 |
| | Fax to J. Sakalo, Esq. | 8.00 |
| 07/03/01 | Fax to J. Sakalo, Esq. | 3.00 |
| 07/09/01 | Transcript Cost (6/21/01) | 76.87 |
| | Cost Advance (6/25/01 service of pleading) | 554.78 |
| 07/10/01 | Copies | 91.20 |
| 07/23/01 | Parcel's, Inc. - Ck# 17609 | 96.22 |
| 07/25/01 | Express Mail | 41.98 |
| 07/11/01 | Cost Advance (Reliable Copy Service) | 1,029.33 |
| 07/30/01 | Postage | 60.20 |
| 08/02/01 | Reliable Copy Service - Ck# 17687 | 223.65 |
| | Reliable Copy Service - Ck# 17689 | 93.26 |

| | | Amount |
|---|---|---|
| 07/30/01 | Postage for fee applications | 34.40 |
| 08/01/01 | Cost Advance (Reliable Copy Service 7/12/01) | 337.58 |
| 08/07/01 | Transcript Cost (7/19/01) | 96.00 |
| 08/09/01 | Cost Advance TriState Courier 7/25/01 delivery) | 5.00 |
| 08/10/01 | Express Mail (7/17/01) | 27.72 |
| | Express Mail (7/25/01) | 14.56 |
| 08/14/01 | Express Mail (7/30/01) | 23.92 |
| 07/11/01 | Fax to Jay Sakalo, Esq. | 8.00 |
| 07/13/01 | Fax to Jay Sakalo, Esq. | 7.00 |
| | Fax to Jay Sakalo, Esq. | 9.00 |
| 07/14/01 | Fax to Scott Baena, Esq. & Jay Sakalo, Esq. | 9.00 |
| | Fax to Scott Baena, Esq. & Jay Sakalo, Esq. | 7.00 |
| 07/16/01 | Fax to Jay Sakalo, Esq. | 6.00 |
| 07/17/01 | Fax to Jay Sakalo, Esq. | 2.00 |
| | Fax to Samuel Schwartz, Esq. | 5.00 |
| | Fax to Jay Sakalo, Esq. | 11.00 |
| | Fax to Jay Sakalo, Esq. | 15.00 |
| | Fax to Jay Sakalo, Esq. | 8.00 |
| | Fax to James W. Kapp, III, Esq. | 5.00 |
| | Fax to Jay Sakalo, Esq. | 6.00 |
| | Fax to Jay Sakalo, Esq. | 15.00 |
| | Fax to Jay Sakalo, Esq. | 5.00 |
| 07/18/01 | Fax to Jay Sakalo, Esq. | 2.00 |

|  |  | Amount |
|---|---|---|
| 07/18/01 | Fax to Daniel A. Speights, Esq. | 23.00 |
| | Fax Thomas Sobol, Esq. | 23.00 |
| | Fax to Martin Dies, Esq. | 23.00 |
| | Fax to Stephen Parker, Esq. | 23.00 |
| | Fax to Edward Westbrook, Esq. and Edward Cottingham, Esq. | 23.00 |
| | Fax to Joseph Schwartz, Esq. | 23.00 |
| | Fax Darell W. Scott, Esq. | 23.00 |
| | Fax to Robert Turkewitz, Esq. | 23.00 |
| | Fax Elizabeth Cabraser, Esq. | 23.00 |
| | Fax to Thomas J. Brandi, Esq. and Terrence Edwards, Esq. | 23.00 |
| | Fax Ann Knowles, Secretary to Scott L. Baena, Esq. | 27.00 |
| | Fax to Kevin Neiman, Esq. | 27.00 |
| 07/19/01 | Fax to Jay Sakalo, Esq. and Kevin Neiman, Esq. | 3.00 |
| | Fax to Jay Sakalo, Esq. | 3.00 |
| 07/21/01 | Fax to Jay Sakalo, Esq. | 2.00 |
| 07/26/01 | Fax to Scott Baena, Esq. and Jay Sakalo, Esq. | 12.00 |
| 07/27/01 | Fax to Jay Sakalo, Esq. | 2.00 |
| 07/30/01 | Fax to Jay Sakalo, Esq. | 5.00 |
| 07/31/01 | Fax to Scott Baena, Esq. | 12.00 |
| 09/04/01 | Transcript Cost (8/2/01) | 12.00 |
| 09/05/01 | Cost Advance (Parcels Photocopy Charge) | 916.30 |
| 09/17/01 | Express Mail (8/24/01) | 97.48 |
| | Cost Advance (Reliable Copy Service) | 97.20 |

| Date | Description | Amount |
|---|---|---|
| | | Amount |
| 09/17/01 | Cost Advance (Reliable Copy Service) | 2.00 |
| 09/21/01 | Express Mail (8/28/01) | 85.22 |
| 09/19/01 | Cost Advance (Parcels 8/29/01) | 12.72 |
| 08/21/01 | Copying cost | 22.50 |
| 09/05/01 | Copying cost | 81.00 |
| | Postage | 15.48 |
| 09/25/01 | Copying cost | 349.35 |
| | Postage | 35.55 |
| 09/09/01 | Copying cost | 27.60 |
| 09/07/01 | Copying cost | 276.00 |
| 08/02/01 | Fax to Scott L. Baena, Esq. | 3.00 |
| 08/10/01 | Fax to Jay Sakalo, Esq. | 3.00 |
| 08/13/01 | Fax to Jay Sakalo, Esq. | 6.00 |
| | Fax to Jay Sakalo, Esq. | 3.00 |
| 08/14/01 | Fax to Jay Sakalo, Esq. | 3.00 |
| 08/15/01 | Fax to Jay Sakalo, Esq. | 3.00 |
| 08/17/01 | Fax to Jay Sakalo, Esq. | 10.00 |
| 08/18/01 | Fax to Jay Sakalo, Esq. | 2.00 |
| 08/23/01 | Fax to Jay Sakalo, Esq. | 5.00 |
| 08/29/01 | Fax to OBIE (c/o Jay Sakalo, Esq.) | 12.00 |
| 09/07/01 | Fax to Elena Marquez | 25.00 |
| | Fax to Lewis Kruger, Esq. | 52.00 |
| | Fax to Elihu Inselbuch, Esq. | 52.00 |

|  |  | Amount |
|---|---|---|
| 09/07/01 | Fax to James H. Sprayregen, Esq. | 52.00 |
| 09/17/01 | Fax to Jay Sakalo, Esq. | 3.00 |
| 09/24/01 | Fax to Jay Sakalo, Esq. | 2.00 |
|  | Fax to Jay Sakalo, Esq. | 2.00 |
| 08/01/01 | Cost Advance (travel reimbursement to T. Tacconelli, Esq.) | 497.12 |
| 09/28/01 | Express Mail (9/7/01) | 62.97 |
|  | Subtotal: | 6,189.16 |
|  | Total costs | $6,189.16 |
|  | Total fees and costs | $30,637.16 |
|  | Balance due | $30,637.16 |