IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Hearing Date: N/A |
| | | Objection Deadline: November 19, 2001 @ 4:00 p.m. |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that on October 31, 2001, the Official Committee of Equity Holders, filed the attached Application For An Order Pursuant To Section 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention *Nunc Pro Tunc* of Klett Rooney Lieber & Schorling, A Professional Corporation, As Co-Counsel to the Official Committee of Equity Holders (the "Application") with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any that any responses or objections to the Application must be filed with the Bankruptcy Court, and served upon the undersigned counsel, so as to be received by November 19, 2001 at 4:00 p.m. prevailing Eastern Time.

PLEASE TAKE FURTHER NOTICE that if objections or responses to the Application are filed and served in accordance with this Notice, a hearing will be held at the convenience of the Court. If no responses or objections are filed and served in accordance with this Notice, the Application may be granted by the Court without further notice or hearing.

                                 KLETT ROONEY LIEBER & SCHORLING
                                 A Professional Corporation

By:           /s/ Teresa K.D. Currier
                                 Teresa K.D. Currier (#3080)
                                 Kathleen P. Makowski (#3648)
                                 The Brandywine Building
                                 1000 West Street, Suite 1410
                                 Wilmington, DE 19801
                                 (302) 552-4200

                                 Proposed Co-counsel for the Official Committee of
                                 of Equity Holders

Dated: October 31, 2001

2

KRLSWIL:21786.1