## VERIFICATION

STATE OF DELAWARE        :

                         :

COUNTY OF NEW CASTLE     :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a)   I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

b)   I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZY&J.

c)   I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
David W. Carickhoff, Jr.

SWORN AND SUBSCRIBED

before me this 31st day of Oct, 2001.

_____
Mary Ritchie Johnson
Notary Public
My Commission Expires: 9-12-02

91100-001\DOCS_DE:32570.1

-1-