IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

|  |  |  |  |
|---|---|---|---|
| In re: | ) | | |
| W.R. GRACE & CO. | ) | | |
| | ) | | |
| Debtors. | ) | Bk. No.  1:01-01139 | |
| | ) | | |
| | ) | Chapter 11 | |

### <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing Motion to Lift Stay has been made

electronically this 1st day of November, 2001, and that notice of electronic filing has been mailed,

postage prepaid to the following,

| | |
|---|---|
| Laura Davis Jones | James H.M Sprayregen |
| Pachulski Stang Ziehl Young & Jones PC | Natalie Keller |
| 919 N. Market Street | Kirkland & Ellis |
| 16th Floor | 200 East Randolph Drive |
| Wilmington, DE 19899 | Chicago, IL 60601 |
| Counsel for Debtors and | Counsel to Debtor and |
| Debtors in Possession | Debtors in Possession |
| | |
| Frank J. Perch III | Elihu Inselbuch |
| Office of the U.S. Trustee | Rita Tobin |
| 844 King Street | Caplin & Drysdale |
| Suite 2313 | 399 Park Avenue, 27th Floor |
| Wilmington, DE 19801 | New York, NY 10022 |
| | Counsel for Official Committee of |
| Lewis Kruger | Asbestos Personal Injury Claimants |
| Stroock & Stroock & Lavan LLP | |
| 180 Maiden Lane | |
| New York, NY 10038-4982 | |
| Counsel to Official Committee of Unsecured Creditors | |

Michael R. Lastowski
Duane, Morris & Heckscher
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246
Counsel to Offical Committee of
Unsecured Creditors

  /c/ Christopher J. Kayser
Christopher J. Kayser