IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: August 21, 2001 at 4:00 p.m.** |

## CERTIFICATION OF COUNSEL RE: DOCKET NO. 753

1.  On July 30, 2001, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Entry of an Order Pursuant to Sections 503(b) and 546(c)(2) of the Bankruptcy Code Granting Administrative Priority Status for Reclamation Claims Deemed Valid* (the "Motion") (Docket No. 753) with the United States

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:33552.1

Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. Pursuant to the Notice of Motion, objections and responses to the Motion were to be filed on or before August 20, 2001. The Debtors received two formal objections to the Motion as well as informal comments to the Motion from various parties (the "Responding Parties").

2. The Debtors have revised the proposed form of order approving the Motion, including the exhibits attached thereto, to address the concerns of the Responding Parties. The revised order, attached hereto as Exhibit A, has been approved by the Responding Parties.

91100-001\DOCS_DE:33552.1

3. Accordingly, the Debtors respectfully request that the Court enter the revised order attached hereto at the Court's earliest convenience.

Dated: October 31, 2001

                          KIRKLAND & ELLIS
                          James H.M. Sprayregen
                          James W. Kapp III
                          Samuel A. Schwartz
                          Roger J. Higgins
                          200 East Randolph Drive
                          Chicago, Illinois 60601
                          (312) 861-2000

                                     and

                          PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

                          */s/ David W. Carickhoff, Jr.*
                          Laura Davis Jones (Bar No. 2436)
                          Hamid R. Rafatjoo (California Bar No. 181564)
                          David W. Carickhoff, Jr. (Bar No. 3715)
                          919 North Market Street, 16th Floor
                          P.O. Box 8705
                          Wilmington, DE 19899-8705 (Courier 19801)
                          Telephone: (302) 652-4100
                          Facsimile: (302) 652-4400

                          Co-counsel for Debtors and Debtors in Possession