Grace Agenda Notice Service List for
11/5/01 Hearing
Case No. 01-1139
November 1, 2001
Document # 33739
*01 – Hand Delivery*
*42 - Facsimile*

*Hand Delivery*
Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE  19801

*Facsimile 310-201-0760*
Hamid R. Rafatjoo, Esquire
(Counsel to Debtors and Debtors in Possession)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-426-9947*
William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
(Local Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
(Counsel for National Medical Care, Inc.)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
Frederick B. Rosner, Esquire
(Counsel for Ingersoll-Rand Fluid Products)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-658-8111*
Bruce E. Jameson, Esquire
(Counsel for Travis Abner, James Gill, Richard Mesquita and other Asbestos Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 312-861-2200*
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
(Counsel to Debtor)
(Special Request)

*Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-977-5239*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4783*
David B. Siegel
(W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Thomas Moers Mayer, Esquire
(Counsel for Equity Committee)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 302-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 305-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-552-4295*
Adam G. Landis, Esquire
(Counsel for Wachovia Bank, N.A.)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5012*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile 302-656-8864*
Aaron A. Garber, Esquire
(Counsel for Potash Corp.)
(Special Request)

*Facsimile 302-552-4295*
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
(Counsel for Entergy Services, Inc.)
(Special Request)

*Facsimile 302-654-5181*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile 302-428-3180*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation
Plaintiffs and Medical Monitoring
Claimants)
(Special Request)

*Facsimile 302-654-4775*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters at
Lloyd's of London)

*Facsimile 302-656-2769*
Kevin J. Mangan, Esquire
(Counsel for Honeywell International, Inc.)

*Facsimile 973-597-2309*
Bruce Buechler, Esquire
(Counsel for Honeywell International, Inc.)

*Facsimile 302-654-2181*
Joseph Grey, Esquire
(Counsel for American Real Estate
Holdings, Limited Partnership)

*Facsimile 212-536-3901*
Robert N. Michaelson, Esquire
(Counsel for American Real Estate
Holdings, Limited Partnership)

*Facsimile 202-637-5910*
James P. Ruggeri, Esquire
Scott A. Shail, Esquire
(Counsel to Parties-in-Interest Hartford
Accident and Indemnity Company, First
State Insurance Company and Twin City
Fire Insurance Company)

*Facsimile 310-574-9883*
Alice Graham Smolker, Esquire
Gary S. Smolker, Esquire
(Objectors in Propria Persona)

*Facsimile 303-312-7331*
James D. Freemen, Esquire
(Counsel for the U.S. Environment and
Natural Resources Division)

*Facsimile 302-571-1750*
Brett D. Fallon, Esquire
Christina M. Maycen, Esquire
(Counsel for Caterpillar Financial Services
Corporation)

*Facsimile 410-385-3700*
Joel L. Perrell, Jr., Esquire
(Counsel for Niro, Inc.)