## CALENDAR NOTICE

TO:   Clerk, U.S. Bankruptcy Court                        DATE 09/06/01
      Clerk, U.S. District Court

FROM:   Judge Farnan

CASE CAPTION:  In Re W.R. Grace

CASE NUMBER: Bankruptcy No. 01-1139 JJF

1. The following proceeding(s) are scheduled:

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___JURY TRIAL      ___days | ____ | ___/___, 2001 at___ ___m. | |
| ___# of Jurors Requested | | | |
| ___NON-JURY TRIAL    ___days | ____ | ___/___, 2001 at___ ___m. | |
| ___TELE-CONFERENCE | ____ | ___/___, 2001 at___ ___m. | |
| ___PRETRIAL CONFERENCE | ____ | ___/___, 2001 at___ ___m. | |
| _____ CONFERENCE | ____ | ___/___, 2001 at___ ___m. | |
| ___HEARING | ____ | ___/___, 2001 at___ ___m. | |
| ___HEARING | ____ | ___/___, 2001 at___ ___m. | |
| ___HEARING | ____ | ___/___, 2001 at___ ___m. | |
| ___HEARING | ____ | ___/___, 2001 at___ ___m. | |

*COURT REPORTER REQUESTED*___yes___no       ___COURTROOM 2A
*******************************************************************

2. The following proceeding(s) are canceled:

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___JURY TRIAL      ___days | ____ | ___/___, 2001 at___ ___m. | |
| ___NON-JURY TRIAL   ___days | ____ | ___/___, 2001 at___ ___m. | |
| ___TELE-CONFERENCE | ____ | ___/___, 2001 at___ ___m. | |
| ___PRETRIAL CONFERENCE | ____ | ___/___, 2001 at___ ___m. | |
| _____ CONFERENCE | ____ | ___/___, 2001 at___ ___m. | |
| √ HEARING (Argument) | Fri | 9/7, 2001 at 1:00 p.m. | |
| √ HEARING (Omnibus) | Thurs | 9/20, 2001 at 10:00 a.m. | |

*******************************************************************

**(CHAMBERS USE ONLY)**

√ CHAMBERS CALENDAR
*******************************************************************

Prepared by _Susan_