**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Shelley A. Hollinghead, certify that I am not less than 18 years of age, and that service of a copy of the attached **Response Of The Official Committee Of Unsecured Creditors To The Supplemental Application Filed By The Official Committee of Asbestos Personal Injury Claimants For Authorization To Employ Elizabeth Warren As Special Bankruptcy Consultant To Caplin & Drysdale, Chartered, Nunc Pro Tunc To August 1, 2001 (Docket No. 1019)** was made via facsimile on November 5, 2001, upon:

| | |
|---|---|
| Matthew G. Zaleski, III, Esquire<br>Campbell & Levine, LLC<br>1201 N. Market Street, 15th Floor<br>Wilmington, DE 19801 | Elihu Inselbuch, Esquire<br>Rita C. Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY 10022 |
| Peter Van Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005 | |

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 5, 2001

/s/ Shelley A. Hollinghead
Shelley A. Hollinghead, Paralegal
DUANE, MORRIS & HECKSCHER LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
Email:   sahollinghead@duanemorris.com

WLM\151646.1