IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections due by: 9/10/01 @ 4 p.m.** |
| | ) | **Hearing Date: To Be Determined** |

**CERTIFICATE OF NO OBJECTION REGARDING
FIRST AND FINAL FEE APPLICATION OF ASHBY & GEDDES, P.A.,
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., FOR
THE PERIOD APRIL 12, 2001 THROUGH JUNE 15, 2001 (Docket No. 800)**

I, Christopher S. Sontchi, a member of Ashby & Geddes, P.A., hereby certify the following:

(i) The First and Final Application of Ashby & Geddes, P.A., Delaware Counsel to the Official Committee of Asbestos Personal Injury Claimants of W.R. Grace & Co., for Compensation and Reimbursement of Expenses for the Period April 12, 2001 through June 15, 2001 (the "Application") (Docket # 800) was filed August 21, 2001.

(ii) Objections to the Application were to be filed and served on or before September 10, 2001. The Court's docket reflects that no objections to the Application were filed. Moreover, the undersigned has received no objections.

(iii) Accordingly, the undersigned requests that the Order, attached hereto as Exhibit A, Awarding Compensation and Reimbursement of Expenses to Ashby & Geddes, P.A., as

Delaware Counsel to the Official Committee of Asbestos Personal Injury Claimants for W.R. Grace & Co. for the period April 12, 2001 through June 15, 2001 be entered at the Court's earliest convenience.

                                                ASHBY & GEDDES

                                                /s/ Christopher S. Sontchi
                                                Christopher S. Sontchi (I.D. #3159)
                                                222 Delaware Avenue, 17th Floor
                                                P.O. Box 1150
                                                Wilmington, DE 19899
                                                (302) 654-1888

                                                Former Counsel for the Official
                                                Committee of Asbestos Claimants

Dated: November 5, 2001

101722.1

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections due by: 9/10/01 @ 4 p.m.** |
| | ) | **Hearing Date: To Be Determined** |
| | ) | |

### ORDER AWARDING FIRST AND FINAL
### COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Court having considered the First and Final Application of Ashby & Geddes, P.A. For Final Compensation And Reimbursement Of Expenses As Delaware Counsel To The Official Committee Of Asbestos Personal Injury Claimants (the "Application"), which Application requests allowance and payment of compensation and reimbursement of expenses in accordance with §330 and §331 of the Bankruptcy Code, and it appearing that notice of the Application was duly given in accordance with the provisions of the Bankruptcy Rules, and no further notice being necessary, and upon the record being made before this Court, and after due deliberation, and sufficient cause appearing therefore, it is hereby;

ORDERED that the request of Ashby & Geddes for final allowance and payment of compensation in the amount of $27,264.00 ($27,614.00 minus $350.00 as requested by the United States Trustee) and reimbursement of expenses in the amount of $7,145.41 is hereby approved; and it is further

ORDERED that the trustee is directed to pay Ashby & Geddes $27,264.00 ($27,614.00 minus $350.00 as requested by the United States Trustee) for professional services and reimburse Ashby & Geddes $7,145.41 for expenses.

Dated: _____, 2001

                                                                             Joseph J. Farnan
                                                                             United States District Court Judge