**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 5th day of November, 2001, the foregoing Objection of United States Trustee to Supplemental Application of the Official Committee of Asbestos Personal Injury Claimants for an Order *Nunc Pro Tunc* as of August 1, 2001, Authorizing Employment of Professor Elizabeth Warren as Special Bankruptcy Consultant to Caplin & Drysdale, Chartered was caused to be served by facsimile to the following:

James Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Fax: (312) 861-2200

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones
919 Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899
Fax (302) 652-4400

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
Fax: (305) 374-7593

Michael Lastowski, Esquire
Duane Morris & Heckscher
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Fax 302-657-4901

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, Delaware 19801
Fax: (302) 575-1714

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022-4614
Fax: (212) 644-6755

Matthew Zaleski, Esquire
Campbell & Levine
1201 Market Street, Suite 1500
Wilmington, DE 19801
Fax: (302) 426-9947

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Fax 212-806-6006

    /s/ Joseph J. McMahon, Jr.
      Joseph J. McMahon, Jr.