**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JJF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |

**AMENDED NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**TO ALL PARTIES:**

      PLEASE TAKE NOTICE that Gibson, Dunn & Crutcher LLP, counsel for Snack, Inc., a creditor in the above-captioned cases (these "Cases"), hereby files this Amended Notice of Appearance and Request for Service of Papers and requests, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, be given to and served upon the following persons:

    Janet M. Weiss, Esq.                Vahe Melkonian
    ~~Thomas J. Matz, Esq.~~           President
    Gibson, Dunn & Crutcher LLP    Newco Management Company, LLC
    200 Park Avenue                  6320 Canoga Avenue, Suite 1430
    New York, NY 10166             Woodland Hills, CA  91367
    (212)-351-4000                     (818) 716-2020
    (212)-351-4035 (Fax)            (818) 716-2021 (Fax)

      Pursuant to Bankruptcy Rule 2002(g), the above names and addresses should be added to the Court's master mailing matrix.

      PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, pleadings, petitions, requests, complaints, demands, replies, answers,

schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, electronic mail, telegraph, telex, telefax or otherwise filed with regard to this case and any proceedings thereon.

This Amended Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver or consent by Snack, Inc. (1) to trial by jury in any proceedings so triable in these Cases or any case, controversy, or proceeding related to these Cases, or (2) of any other rights, claims, actions, setoffs, or recoupments to which Snack, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Snack, Inc. expressly reserves.

Gibson, Dunn & Crutcher LLP additionally requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared or existing in these Cases.

DATED:   November 6, 2001
         New York, New York

                                        Respectfully submitted,


                                           /s/ Janet M. Weiss
                                        Janet M. Weiss
                                        GIBSON, DUNN & CRUTCHER, LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 351-4000
                                        (212) 351-4035

80195239_1.DOC