IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objections due by: October 18, 2001 @ 4:00 p.m. |
| | ) | Related to Docket No. 972 |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE FIRST MONTHLY APPLICATION OF L TERSIGNI CONSULTING P.C., ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS, FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2001 THROUGH AUGUST 31, 2001 (DOCKET NO. 972)**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), L Tersigni Consulting P.C., submitted on September 28, 2001 a first monthly application ("Application") [Docket No. 972] for services rendered and reimbursement of expenses incurred as accountant and financial advisor to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before October 18, 2001. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application

{D0000826:1}

were filed. In accordance with the Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay L Tersigni Consulting P.C. eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

> CAPLIN & DRYSDALE, CHARTERED
> Elihu Inselbuch
> 399 Park Avenue
> New York, NY  10022
> (212) 319-7125
>
> -and-
>
> CAPLIN & DRYSDALE, CHARTERED
> Peter Van N. Lockwood
> One Thomas Circle, N.W.
> Washington, D.C.  20005
> (202) 862-5000
>
> - and -
>
> CAMPBELL & LEVINE, LLC
>
>    /s/ Matthew G. Zaleski, III
> Matthew G. Zaleski, III (I.D. #3557)
> 1201 N. Market Street
> 15th Floor
> Wilmington, DE  19899
> (302) 426-1900
>
> Counsel for the Official Committee
>    of Asbestos Personal Injury Claimants

Dated: November 6, 2001

{D0000826:1 }