*Chart 2*

**W. R. Grace & Co.**
**Bank Reconciliations**
**June 2001**
**MOR-1**

|  | JP Morgan Chase Pass Through 323581963 |
|---|---|
| Balance per books | $          - |
|  |  |
| Bank Balance |          - |
| (+) Deposits in transit |  |
| (-) Outstanding checks |  |
| Other |  |
| Adjusted bank balance | $          - |

| Deposits in Transit | Date | Amt |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
|  |  |  |

| Other |  |  |
|---|---|---|
| Transfers between bank accounts |  |  |
| Accounting error |  |  |
| Interest not recorded on books |  |  |
| Bank fees not recorded on books |  |  |
| Payroll tax payments not recorded |  |  |
| Unreconciled bank activity |  |  |
| Unreconciled ledger activity |  |  |
| Returned item adjustment |  |  |
| Payroll activity in transit |  |  |
| Petty cash funds |  |  |

*Chart 2*

**Remedium Group, Inc.**
**Bank Reconciliations**
**June 2001**
**MOR-1**

| | JP Morgan Chase Pass Through 323683842 | | JP Morgan Chase Disbursement 601831985 | |
|---|---|---|---|---|
| Balance per books | $ (18,744) | | $ 72,559 | |
| | | | | |
| Bank Balance | - | | | |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | | (109,528) | |
| Other | (18,744) | | 181,088 | |
| Adjusted bank balance | $ (18,744) | | $ 72,560 | |
| **Deposits in Transit** | Date | Amt | Date | Amt |
| | | | | |
| **Outstanding Checks** | Ck. # | Amt | Ck. # | Amt |
| | | | 2514 | (60) |
| | | | 3005 | (415) |
| | | | 3106 | (200) |
| | | | 3010 | (115) |
| | | | 3123 | (190) |
| | | | 3132 | (50) |
| | | | 3137 | (182) |
| | | | 3138 | (6,025) |
| | | | 3139 | (1,278) |
| | | | 3140 | (12,148) |
| | | | 3141 | (162) |
| | | | 3142 | (1,629) |
| | | | 3143 | (874) |
| | | | 3144 | (5,868) |
| | | | 3145 | (202) |
| | | | 3146 | (35) |
| | | | 3147 | (345) |
| | | | 3148 | (60) |
| | | | 3150 | (1,338) |
| | | | 3151 | (190) |
| | | | 3152 | (37) |
| | | | 3153 | (2,845) |
| | | | 3154 | (5,663) |
| | | | 3155 | (137) |
| | | | 3156 | (87) |
| | | | 3157 | (331) |
| | | | 3158 | (93) |
| | | | 3159 | (20) |
| | | | 3160 | (355) |
| | | | 3161 | (1,200) |
| | | | 3162 | (22) |
| | | | 3163 | (347) |
| | | | 3164 | (4,466) |
| | | | 3165 | (5,880) |
| | | | 3166 | (65) |
| | | | 3167 | (367) |
| | | | 3168 | (42,337) |
| | | | 3169 | (1,146) |
| | | | 3170 | (2,410) |
| | | | 3171 | (151) |
| | | | 3172 | (21) |
| | | | 3173 | (1,691) |
| | | | 3174 | (76) |
| | | | 3174 | (7,413) |
| **Other** | | | | |
| Transfers between bank accounts | | | 181,088 | |
| Accounting error | | (22,006) | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | 3,262 | | |
| Unreconciled ledger activity | | | | |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

Chart 2

**CC Partners**
**Bank Reconciliations**
**June 2001**
**MOR-1**

| | First Union Deposit Acct 2199500031802 |
|---|---|
| Balance per books | $    (1,599,153) |
| | |
| Bank Balance | - |
| (+) Deposits in transit | |
| (-) Outstanding checks | |
| Other | (1,599,153) |
| Adjusted bank balance | $    (1,599,153) |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | (1,599,153) |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

Chart 2

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**June 2001**
**MOR-1**

|  | Citibank Operating Acct 3001530111 |
|---|---|
| Balance per books | $ 2,146,630 |
|  |  |
| Bank Balance | 2,056,160 |
| (+) Deposits in transit |  |
| (-) Outstanding checks | (18,119) |
| Other | 108,588 |
| Adjusted bank balance | $ 2,146,629 |

| Deposits in Transit | Date | Amt |
|---|---|---|
|  |  |  |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
|  |  | detail available |

| Other |  |  |
|---|---|---|
| Transfers between bank accounts |  |  |
| Accounting error |  | 112,558 |
| Interest not recorded on books |  | 550 |
| Bank fees not recorded on books |  |  |
| Payroll tax payments not recorded |  |  |
| Unreconciled bank activity |  |  |
| Unreconciled ledger activity |  | (4,520) |
| Returned item adjustment |  |  |
| Payroll activity in transit |  |  |
| Petty cash funds |  |  |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month ended July 31, 2001**

| | W.R. Grace & Co. - Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. |
|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 72,554,814 | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | 13,561,836 | - | - | - | - | - | - |
| Net sales to filing entities | 106,204 | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,524,786 | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (4,919,478) | 3,717,273 | 660,427 | 19,173 | 845,233 | - | 2,602,915 |
| Other income | 2,056,193 | - | - | - | - | - | - |
| | 84,884,355 | 3,717,273 | 660,427 | 19,173 | 845,233 | - | 2,602,915 |
| Cost of goods sold to third parties | 43,579,037 | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | 9,892,229 | - | - | - | - | - | - |
| Cost of goods sold to filing entities | 69,295 | - | - | - | - | - | - |
| Selling, general and administrative expenses | 19,435,105 | - | 6,075 | - | - | 703 | - |
| Research and development expenses | 3,107,021 | - | - | - | - | - | - |
| Depreciation and amortization | 4,557,102 | - | 2,258 | - | - | - | - |
| Interest expense | 4,687,376 | - | - | - | - | - | - |
| | 85,327,165 | - | 8,333 | - | - | 703 | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (442,810) | 3,717,273 | 652,094 | 19,173 | 845,233 | (703) | 2,602,915 |
| Chapter 11 reorganization expenses, net | (2,322,476) | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | (2,438,715) | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - |
| **Net income** | $ (5,204,001) | $ 3,717,273 | $ 652,094 | $ 19,173 | $ 845,233 | $ (703) | $ 2,602,915 |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month ended July 31, 2001**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. |
|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $        - | $    450,282 | $        - | $        - | $        - | $        - | $        - | $        - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,969,611 | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (2,786,336) | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - |
| | (816,725) | 450,282 | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 236,864 | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 36,909 | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 99,439 | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,061 | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - |
| | - | 380,273 | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (816,725) | 70,009 | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | (45,860) | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - |
| **Net income** | $  (862,585) | $   70,009 | $        - | $        - | $        - | $        - | $        - | $        - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month ended July 31, 2001**

| | MRA Staffing Systems, Inc. | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note #2

rtain de minimis expenditures, including state registration fees,
.iness license fees and certain taxes, of affiliated companies
are accounted for in the statement of operations of W. R. Grace &
Co. - Conn.

Chart 3

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month ended July 31, 2001**

| | Grace Europe, Inc. | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | L B Realty, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

*Chart 3*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month ended July 31, 2001**

| | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net income** | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |

**Note #2**
Certain de minimis expenditures, including state registration fees,
    iness license fees and certain taxes, of affiliated companies
    a accounted for in the statement of operations of W. R. Grace &
Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month ended July 31, 2001**

| | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees,
business license fees and certain taxes, of affiliated companies
are accounted for in the statement of operations of W. R. Grace &
Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month ended July 31, 2001**

| | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. | Coalgrace II, Inc. | Gracecoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note #2
    ....rtain de minimis expenditures, including state registration fees,
    ....siness license fees and certain taxes, of affiliated companies
are accounted for in the statement of operations of W. R. Grace &
Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month ended July 31, 2001**

| | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ 73,005,096 |
| Net sales to non-filing entities | - | - | - | - | 13,561,836 |
| Net sales to filing entities | - | - | (106,204) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | 3,494,397 |
| Interest and royalties from filing entities, net | - | - | (139,207) | - | - |
| Other income | - | - | - | - | 2,056,193 |
| | - | - | (245,411) | - | 92,117,522 |
| Cost of goods sold to third parties | - | - | - | - | 43,815,901 |
| Cost of goods sold to non-filing entities | - | - | - | - | 9,892,229 |
| Cost of goods sold to filing entities | - | - | (106,204) | - | - |
| Selling, general and administrative expenses | - | - | - | - | 19,541,322 |
| Research and development expenses | - | - | - | - | 3,107,021 |
| Depreciation and amortization | - | - | - | - | 4,566,421 |
| Interest expense | - | - | - | - | 4,687,376 |
| | - | - | (106,204) | - | 85,610,270 |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | (139,207) | - | 6,507,252 |
| Chapter 11 reorganization expenses, net | - | - | - | - | (2,322,476) |
| (Provision for) benefit from income taxes | - | - | - | - | (2,484,575) |
| Minority interest in income of subsidiary | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | 3,792,866 | 3,792,866 |
| **Net income** | $ - | $ - | $ (139,207) | $ 3,792,866 | $ 5,493,067 |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | W.R. Grace & Co.- Conn | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 43,299,725 | $ - | $ (108,895) | $ - | $ (1,599,153) | $ - |
| Notes and accounts receivable, net | 172,581,314 | - | 81,823 | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 261,187,425 | (388,305,943) | 3,232,892 | 12,985,078 | (27,788,484) | (8,883,001) |
| Inventories | 88,630,513 | - | - | - | - | - |
| Deferred income taxes | 35,044,087 | - | 4,448,988 | | - | - |
| Asbestos-related insurance expected to be realized within one year | 12,925,455 | - | - | | - | - |
| Other current assets | 26,318,482 | - | - | | - | - |
| **Total Current Assets** | 639,987,000 | (388,305,943) | 7,654,808 | 12,985,078 | (29,387,637) | (8,883,001) |
| | | | | | | |
| Properties and equipment, net | 386,479,115 | - | 516,893 | - | - | |
| Goodwill, net | 13,686,332 | - | - | - | - | |
| Cash value of company owned life insurance, net of policy loans | 76,657,660 | - | - | | - | |
| Deferred income taxes | 667,496,119 | - | 45,020,665 | | - | |
| Asbestos-related insurance expected to be realized after one year | 296,803,945 | - | - | | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (958,082,945) | 735,959,846 | 117,073,978 | 4,265,519 | 183,851,599 | |
| Investment in filing and non-filing entities | 773,143,181 | 241,512,111 | - | | - | |
| Other assets | 310,694,687 | - | - | | - | |
| **Total Assets** | $2,206,865,095 | $ 589,166,014 | $ 170,266,344 | $ 17,250,597 | $ 154,463,962 | $ (8,883,001) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ 37,861,982 | $ 139,142 | $ 11,413 | $ - | $ - | $ - |
| Other current liabilities | 56,261,952 | - | 21,403 | - | (0) | 12,990 |
| **Total Current Liabilities** | 94,123,934 | 139,142 | 32,816 | - | (0) | 12,990 |
| | | | | | | |
| Long-term debt - DIP facility | 60,000,000 | - | - | - | - | |
| Other liabilities | 28,961,042 | 0 | 0 | - | - | |
| **Total Liabilities Not Subject to Compromise** | 398,532,303 | 139,142 | 32,816 | - | (0) | 12,990 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 523,274,899 | - | - | - | - | - |
| Accounts payable | 34,641,036 | - | 628,397 | - | - | - |
| Income taxes payable | 190,711,827 | 7,901,095 | 386,438 | (1,519) | - | (106,377) |
| Asbestos-related liability | 999,763,336 | - | - | - | - | - |
| Other liabilities | 382,983,366 | 188,091 | 140,933,816 | - | 30,671,114 | - |
| **Total Liabilities Subject to Compromise** | 2,131,374,465 | 8,089,186 | 141,948,651 | (1,519) | 30,671,114 | (106,377) |
| **Total Liabilities** | 2,529,906,767 | 8,228,328 | 141,981,467 | (1,519) | 30,671,114 | (93,387) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | 84,469,000 | 768,991 | 12,223 | 1,000 | - | 1,000 |
| Paid in capital | 142,339,878 | 429,144,892 | 9,724,449 | 34,052,467 | 56,011,577 | - |
| Accumulated deficit | (479,658,725) | 287,450,404 | 18,548,206 | (16,801,351) | 67,781,272 | (8,790,614) |
| Deferred compensation trust | - | (136,426,701) | - | - | - | - |
| Treasury stock, at cost | - | (136,426,701) | - | - | - | - |
| Accumulated other comprehensive income (loss) | (70,191,823) | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (323,041,671) | 580,937,685 | 28,284,877 | 17,252,116 | 123,792,849 | (8,789,614) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $2,206,865,096 | $ 589,166,013 | $ 170,266,344 | $ 17,250,597 | $ 154,463,963 | $ (8,883,001) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co.- Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | Litigation Management, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston Ltd. | Five Alewife Boston Ltd. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ 2,524,732 | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | 2,578,023 | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (411,926,080) | (55,104,888) | (1,626,998) | (4,848,784) | (2,143,370) | |
| Inventories | - | - | 144,975 | | | |
| Deferred income taxes | - | - | 17,655 | | | |
| Asbestos-related insurance expected to be realized within one year | - | - | - | | | |
| Other current assets | - | - | 2,219 | - | - | |
| **Total Current Assets** | (411,926,080) | (55,104,888) | 3,640,606 | (4,848,784) | (2,143,370) | - |
| | | | | | | |
| Properties and equipment, net | - | - | 843,172 | | | |
| Goodwill, net | - | - | - | | | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | | | |
| Deferred income taxes | - | - | - | | | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | 437,706,439 | (81,175,094) | - | | | |
| Investment in filing and non-filing entities | - | 58,669,464 | - | | | |
| Other assets | - | - | 261,343 | 829,970 | - | |
| **Total Assets** | $ 25,780,359 | $(77,610,518) | $ 4,745,121 | $ (4,018,814) | $ (2,143,370) | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ - | $ 15,141 | $ 158,527 | $ - | $ - | $ - |
| Other current liabilities | - | | 117,311 | | | |
| **Total Current Liabilities** | - | 15,141 | 275,838 | - | - | |
| | | | | | | |
| Long-term debt - DIP facility | - | | - | - | - | |
| Other liabilities | - | - | - | | | |
| **Total Liabilities Not Subject to Compromise** | - | 15,141 | 403,124 | - | - | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | | | |
| Accounts payable | - | - | 317,002 | | | |
| Income taxes payable | 5,466,121 | (1,747,874) | 216,780 | - | - | |
| Asbestos-related liability | - | - | - | | | |
| Other liabilities | - | - | 6,998 | | | |
| **Total Liabilities Subject to Compromise** | 5,466,121 | (1,747,874) | 540,780 | - | - | |
| **Total Liabilities** | 5,466,121 | (1,732,733) | 943,904 | - | - | |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | 1,000 | 1,000 | 1,000 | 200 | - | |
| Paid in capital | (29,267,298) | 27,697,489 | - | 274,606 | - | |
| Accumulated deficit | 49,580,536 | (27,488,179) | 3,800,217 | (4,293,619) | (2,143,370) | |
| Deferred compensation trust | - | - | - | | | |
| Treasury stock, at cost | - | - | - | | | |
| Accumulated other comprehensive income (loss) | - | (76,088,094) | - | | | |
| **Total Shareholders' Equity (Deficit)** | 20,314,238 | (75,877,784) | 3,801,217 | (4,018,813) | (2,143,370) | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 25,780,359 | $(77,610,517) | $ 4,745,121 | $ (4,018,813) | $ (2,143,370) | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. | Kootenai Development Company | CB Biomedical, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ 25,663 | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (57,817,172) | - | - | (130) | - | (26,718,257) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | 5,994 | - |
| **Total Current Assets** | (57,817,172) | - | - | (130) | 31,657 | (26,718,257) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 | - | - |
| Other assets | - | - | - | - | 4,120,388 | - |
| **Total Assets** | $(23,763,705) | $ 54,500,000 | $ 54,500,000 | $ 56,011,447 | $ 4,152,045 | $(26,718,257) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Other current liabilities | - | - | - | - | 1,300,000 | 5,000 |
| **Total Current Liabilities** | - | - | - | - | 1,300,000 | 5,000 |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 1,300,000 | 5,000 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | (130) | - | (104,430) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | - | - | (130) | - | (104,430) |
| **Total Liabilities** | - | - | - | (130) | 1,300,000 | (99,430) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | 931,540 | 1 | 130 | 130 | - | - |
| Paid in capital | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 | 2,852,045 | 859,233 |
| Accumulated deficit | (34,103,706) | - | - | 1,511,577 | - | (27,478,060) |
| Deferred compensation trust | - | - | - | - | - | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive income (loss) | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (23,763,706) | 54,500,000 | 54,500,000 | 56,011,577 | 2,852,045 | (26,618,827) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $(23,763,706) | $ 54,500,000 | $ 54,500,000 | $ 56,011,447 | $ 4,152,045 | $(26,718,257) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 1,000 |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 57,347,191 | (7,288,586) | - | - | 5,824,394 | (102,989) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 57,347,191 | (7,288,586) | - | - | 5,824,394 | (101,989) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | 94,022 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 57,347,191 | $ (7,288,586) | $ - | $ - | $ 5,824,394 | $ (7,967) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Other current liabilities | - | (4,990) | - | - | - | - |
| **Total Current Liabilities** | - | (4,990) | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | (4,990) | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | 10,346,794 | - | - | - | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | 10,346,794 | - | - | - | - | - |
| **Total Liabilities** | 10,346,794 | (4,990) | - | - | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | - | 5,150 | - | - | 1,000 | 2,000 |
| Paid in capital | 3,671,658 | 5,144,850 | - | - | 5,823,446 | - |
| Accumulated deficit | 43,427,950 | (12,433,596) | - | - | (52) | (9,966) |
| Deferred compensation trust | - | - | - | - | - | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive income (loss) | (99,212) | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 47,000,396 | (7,283,596) | - | - | 5,824,394 | (7,966) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 57,347,191 | $ (7,288,586) | $ - | $ - | $ 5,824,394 | $ (7,966) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | Grace Europe, Inc. | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners 1, Inc. | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ (10,906) | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | 72,206 | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 5,660,491 | (1,118,993) | 10,284,534 | 740 | (2,417,464) | (26,312,455) |
| Inventories | | - | - | - | - | - |
| Deferred income taxes | 61,954 | | | | | |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | | | | | |
| **Total Current Assets** | 5,783,746 | (1,118,993) | 10,284,534 | 740 | (2,417,464) | (26,312,455) |
| | | | | | | |
| Properties and equipment, net | . | - | - | - | - | - |
| Goodwill, net | - | | | | | |
| Cash value of company owned life insurance, net of policy loans | - | | | | | |
| Deferred income taxes | 38,161 | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | | | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (3,421,120) | - | - | - | - | - |
| Investment in filing and non-filing entities | - | | | | | |
| Other assets | 54,000 | - | - | - | - | - |
| **Total Assets** | $ 2,454,787 | $ (1,118,993) | $ 10,284,534 | $ 740 | $ (2,417,464) | $ (26,312,455) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ 19,411 | $ - | $ - | $ - | $ - | $ |
| Other current liabilities | 337,761 | - | 3 | | | |
| **Total Current Liabilities** | 357,173 | - | 3 | - | - | |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | | - | |
| Other liabilities | - | - | - | | - | |
| **Total Liabilities Not Subject to Compromise** | 357,173 | - | 3 | - | - | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | (318) | - | - | - | - | |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | (545,458) | - | (150) | (150) | (200) | |
| Asbestos-related liability | - | - | - | | | |
| Other liabilities | 177,012 | - | - | | | |
| **Total Liabilities Subject to Compromise** | (368,764) | - | (150) | (150) | (200) | - |
| **Total Liabilities** | (11,592) | - | (147) | (150) | (200) | . |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | 1,000 | 29,000 | 1,000 | 1,000 | 26,000 | |
| Paid in capital | - | - | 3,136,087 | - | 9,988,414 | |
| Accumulated deficit | (450,344) | (1,147,993) | 7,147,595 | (110) | (12,431,678) | (26,312,455) |
| Deferred compensation trust | - | - | - | | | |
| Treasury stock, at cost | - | - | - | | | |
| Accumulated other comprehensive income (loss) | 2,915,722 | - | - | | | |
| **Total Shareholders' Equity (Deficit)** | 2,466,379 | (1,118,993) | 10,284,682 | 890 | (2,417,264) | (26,312,455) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,454,787 | $ (1,118,993) | $ 10,284,534 | $ 740 | $ (2,417,464) | $ (26,312,455) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | Grace Hotel Services Corporation | Monroe Street, Inc. | L B Realty, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (5,132,274) | (3,350,524) | 140,525,013 | (2,509,639) | 950 | (1,230,598) |
| Inventories | - | - | - | - | | - |
| Deferred income taxes | - | | - | | | |
| Asbestos-related insurance expected to be realized within one year | - | | - | | | |
| Other current assets | - | | - | | | |
| **Total Current Assets** | (5,132,274) | (3,350,524) | 140,525,013 | (2,509,639) | 950 | (1,230,598) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | 1,184,871 |
| Goodwill, net | - | | - | | | |
| Cash value of company owned life insurance, net of policy loans | - | | - | | | |
| Deferred income taxes | - | | - | | | |
| Asbestos-related insurance expected to be realized after one year | - | | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | | | |
| Investment in filing and non-filing entities | - | | - | | | |
| Other assets | - | | - | | | |
| **Total Assets** | $ (5,132,274) | $ (3,350,524) | $ 140,525,013 | $ (2,509,639) | $ 950 | $ (45,727) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Other current liabilities | - | | (5,613) | | | |
| **Total Current Liabilities** | - | | (5,613) | | | |
| | | | | | | |
| Long-term debt - DIP facility | - | | - | | | |
| Other liabilities | - | | - | | | |
| **Total Liabilities Not Subject to Compromise** | - | - | (5,613) | - | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | - |
| Accounts payable | - | | - | | | |
| Income taxes payable | (159) | - | (28,615) | - | | (15) |
| Asbestos-related liability | - | | - | | | |
| Other liabilities | - | | - | | | |
| **Total Liabilities Subject to Compromise** | (159) | - | (28,615) | - | - | (15) |
| **Total Liabilities** | (159) | - | (34,228) | - | - | (15) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | - | 1,000 | - | 1,000 | 1,000 | 50 |
| Paid in capital | - | | 25,358,993 | | | 50 |
| Accumulated deficit | (5,132,115) | (3,351,524) | 115,200,248 | (2,510,639) | (50) | (45,812) |
| Deferred compensation trust | - | | - | | | |
| Treasury stock, at cost | - | | - | | | |
| Accumulated other comprehensive income (loss) | - | | - | | | |
| **Total Shareholders' Equity (Deficit)** | (5,132,115) | (3,350,524) | 140,559,241 | (2,509,639) | 950 | (45,712) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (5,132,274) | $ (3,350,524) | $ 140,525,013 | $ (2,509,639) | $ 950 | $ (45,727) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | 36,709,136 | 25,045 | (72,951) | (12,559,268) | 174,205 | (19,464,242) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 36,709,136 | 25,045 | (72,951) | (12,559,268) | 174,205 | (19,463,742) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 438,445 | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 6,284,806 | - | - | - | - | 4,066 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 42,993,942 | $ 25,045 | $ (72,951) | $(12,559,268) | $ 612,650 | $(19,459,676) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ 4,066 |
| Other current liabilities | - | - | - | - | 199 | - |
| **Total Current Liabilities** | - | - | - | - | 199 | 4,066 |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 199 | 4,066 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | 438,134 | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | (15) | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | - | - | (15) | 438,134 | - |
| **Total Liabilities** | - | - | - | (15) | 438,333 | 4,066 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| Accumulated deficit | 23,411,782 | 25,045 | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Deferred compensation trust | - | - | - | - | - | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive income (loss) | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | 25,045 | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,942 | $ 25,045 | $ (72,951) | $(12,559,268) | $ 612,650 | $(19,459,676) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to) filing and non-filing entities, net | 23,479,978 | 6,345,651 | 810,500 | (59,581,272) | | (86,611) |
| Inventories | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | | - |
| Other current assets | - | - | - | - | | - |
| **Total Current Assets** | 23,479,978 | 6,345,651 | 810,500 | (59,581,272) | - | (86,611) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | - |
| Goodwill, net | - | - | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | | - |
| Investment in filing and non-filing entities | - | - | - | - | | - |
| Other assets | - | - | - | - | | - |
| **Total Assets** | $ 23,479,978 | $ 6,345,651 | $ 810,500 | $(59,581,272) | $ - | $ (86,611) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Other current liabilities | - | - | - | - | | - |
| **Total Current Liabilities** | - | - | - | - | | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | | - |
| Other liabilities | - | - | - | - | | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | - |
| Accounts payable | - | - | - | - | | - |
| Income taxes payable | (170) | (10) | (100) | (40) | | - |
| Asbestos-related liability | - | - | - | - | | - |
| Other liabilities | - | - | - | - | | - |
| **Total Liabilities Subject to Compromise** | (170) | (10) | (100) | (40) | - | - |
| **Total Liabilities** | (170) | (10) | (100) | (40) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | - | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | - | 1,900,000 |
| Accumulated deficit | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | - | (1,986,611) |
| Deferred compensation trust | - | - | - | - | | - |
| Treasury stock, at cost | - | - | - | - | | - |
| Accumulated other comprehensive income (loss) | - | - | - | - | | - |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,479,978 | $ 6,345,651 | $ 810,500 | $(59,581,272) | $ - | $ (86,611) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 352,712,818 | 4,384,412 | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 352,712,818 | 4,384,412 | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (35,903,123) | (14,135,725) | - | - | - | - |
| Investment in filing and non-filing entities | 187,272,210 | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 504,081,905 | $ (9,751,313) | $(15,750,664) | $ 5,297,199 | $ 875,669 | $ (5,054) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Other current liabilities | - | (5,310) | - | - | - | - |
| **Total Current Liabilities** | - | (5,310) | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | (5,310) | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | - | - | - | - | - |
| **Total Liabilities** | - | (5,310) | - | - | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | - | - |
| Accumulated deficit | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Deferred compensation trust | - | - | - | - | - | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive income (loss) | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,905 | $ (9,751,313) | $(15,750,664) | $ 5,297,199 | $ 875,669 | $ (5,054) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 108,440 | 130,478,418 | 145,501,916 | (81,114,638) | 47,407,906 | |
| Inventories | - | - | - | | | |
| Deferred income taxes | - | - | - | | | |
| Asbestos-related insurance expected to be realized within one year | - | - | - | | | |
| Other current assets | - | - | - | | | |
| **Total Current Assets** | 108,440 | 130,478,418 | 145,501,916 | (81,114,638) | 47,407,906 | |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | |
| Goodwill, net | - | - | - | | | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | | | |
| Deferred income taxes | - | - | - | | | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | | | |
| Investment in filing and non-filing entities | - | - | - | | | |
| Other assets | - | - | - | | | |
| **Total Assets** | $ 108,440 | $ 130,478,418 | $ 145,501,916 | $(81,114,638) | $ 47,407,906 | $ |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | |
| Other current liabilities | | | | | | |
| **Total Current Liabilities** | - | - | - | | | |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | | | |
| Other liabilities | - | | - | | | |
| **Total Liabilities Not Subject to Compromise** | - | 29,290,346 | 29,290,346 | - | - | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | - | | |
| Accounts payable | - | | - | | | |
| Income taxes payable | - | | - | (5) | | |
| Asbestos-related liability | - | | - | - | | |
| Other liabilities | - | - | - | | | |
| **Total Liabilities Subject to Compromise** | - | - | - | (5) | - | |
| **Total Liabilities** | - | 29,290,346 | 29,290,346 | (5) | - | |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | |
| Paid in capital | - | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | |
| Accumulated deficit | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | |
| Deferred compensation trust | - | - | - | | | |
| Treasury stock, at cost | - | - | - | | | |
| Accumulated other comprehensive income (loss) | - | - | - | | | |
| **Total Shareholders' Equity (Deficit)** | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,440 | $ 130,478,418 | $ 145,501,916 | $(81,114,638) | $ 47,407,906 | $ |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2001**

| | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | Reporting Reclasses | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 44,132,667 |
| Notes and accounts receivable, net | - | - | - | - | - | 175,313,366 |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | - | - | - | 28,098,672 |
| Inventories | - | - | - | - | - | 88,775,488 |
| Deferred income taxes | - | - | - | - | (13,224,550) | 26,348,134 |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | 12,925,455 |
| Other current assets | - | - | - | - | - | 26,326,695 |
| **Total Current Assets** | - | - | - | - | (13,224,550) | 401,920,477 |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | 389,462,496 |
| Goodwill, net | - | - | - | - | - | 13,686,332 |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | 76,657,660 |
| Deferred income taxes | - | - | - | - | (274,155,304) | 438,399,641 |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | 296,803,945 |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | 386,139,374 |
| Investment in filing and non-filing entities | - | - | (1,298,732,757) | (34,031,797) | - | 133,276,283 |
| Other assets | - | - | (2,852,045) | - | - | 313,112,410 |
| **Total Assets** | $ - | $ - | $ (1,301,584,802) | $(34,031,797) | $(287,379,854) | $ 2,449,458,619 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ 38,209,683 |
| Other current liabilities | - | - | - | - | (13,224,550) | 44,816,156 |
| **Total Current Liabilities** | - | - | - | - | (13,224,550) | 83,025,839 |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | 60,000,000 |
| Other liabilities | - | - | - | - | - | 28,961,043 |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | (287,379,854) | 171,986,882 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | 523,712,715 |
| Accounts payable | - | - | - | - | - | 35,586,435 |
| Income taxes payable | - | - | - | - | - | 212,493,639 |
| Asbestos-related liability | - | - | - | - | - | 999,763,336 |
| Other liabilities | - | - | - | - | - | 554,960,397 |
| **Total Liabilities Subject to Compromise** | - | - | - | - | - | 2,326,516,522 |
| **Total Liabilities** | - | - | - | - | (287,379,854) | 2,498,503,404 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Common Stock | - | - | (86,994,000) | - | - | 771,667 |
| Paid in capital | - | - | (1,176,650,763) | - | - | 432,787,148 |
| Accumulated deficit | - | - | (37,940,039) | (4,627,226) | - | (173,309,018) |
| Deferred compensation trust | - | - | - | - | - | 100 |
| Treasury stock, at cost | - | - | - | - | - | (136,426,701) |
| Accumulated other comprehensive income (loss) | - | - | - | (29,404,571) | - | (172,867,978) |
| **Total Shareholders' Equity (Deficit)** | - | - | (1,301,584,802) | (34,031,797) | - | (49,044,781) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ - | $ - | $ (1,301,584,802) | $(34,031,797) | $(287,379,854) | $ 2,449,458,622 |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

*Chart 5*

| W. R. Grace & Co. - Conn<br>Status of Postpetition Taxes<br>MOR-4<br>July 2001 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ 527,414 | $ 2,727,009 | $ (2,709,423) | $ 545,000 |
| FICA - Employee | (42,887) | 1,208,107 | (1,208,354) | (43,134) |
| FICA and payroll- Employer | (183,385) | 1,209,618 | (1,119,824) | (93,591) |
| Unemployment | - | 12,699 | (12,699) | - |
| Other | | | | |
| **Total Federal Taxes** | $ 301,142 | $ 5,157,433 | $ (5,050,300) | $ 408,275 |
| **State and Local** | | | | |
| Withholding | $ 11,220 | $ 796,451 | $ (795,266) | $ 12,405 |
| Sales & Use | 2,236,992 | 607,605 | (505,323) | 2,339,274 |
| Property Taxes | 3,094,734 | 377,843 | (40,224) | 3,432,353 |
| Other | - | 487,334 | (487,334) | - |
| **Total State and Local** | $ 5,342,946 | $ 2,269,233 | $ (1,828,147) | $ 5,784,032 |
| **Total Taxes** | $ 5,644,088 | $ 7,426,666 | $ (6,878,447) | $ 6,192,307 |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Remedium Group, Inc. Status of Postpetition Taxes MOR-4 July 2001 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ (1,258) | $ 13,957 | $ (13,957) | $ (1,258) |
| FICA - Employee | 4,269 | 5,087 | (5,087) | 4,269 |
| FICA and payroll- Employer | (1,260) | 5,087 | (5,087) | (1,260) |
| Unemployment | - | - | - | - |
| Other | | | | |
| **Total Federal Taxes** | $ 1,751 | $ 24,131 | $ (24,131) | $ 1,751 |
| **State and Local** | | | | |
| Withholding | $ (217) | $ 552 | $ (552) | $ (217) |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | | | | |
| **Total State and Local** | $ (217) | $ 552 | $ (552) | $ (217) |
| **Total Taxes** | $ 1,534 | $ 24,683 | $ (24,683) | $ 1,534 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.