*Chart 5*

| Grace Washington, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>July 2001 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ (2,288) | $ 13,566 | $ (13,566) | $ (2,288) |
| FICA - Employee | 203 | 591 | (591) | 203 |
| FICA and payroll- Employer | (1,250) | 591 | (591) | (1,250) |
| Unemployment | - | - | - | - |
| Other | | | | |
| Total Federal Taxes | $ (3,335) | $ 14,748 | $ (14,748) | $ (3,335) |
| **State and Local** | | | | |
| Withholding | $ 1,425 | $ 2,291 | $ (2,291) | $ 1,425 |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | | | | |
| Total State and Local | $ 1,425 | $ 2,291 | $ (2,291) | $ 1,425 |
| Total Taxes | $ (1,910) | $ 17,039 | $ (17,039) | $ (1,910) |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Darex Puerto Rico, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>July 2001 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $          - | $          - | $          - | $          - |
| FICA - Employee | 138 | 914 | (914) | 138 |
| FICA and payroll- Employer | 4,438 | 914 | (348) | 5,004 |
| Unemployment | - | - | | - |
| Other | | | | |
| **Total Federal Taxes** | $    4,576 | $    1,828 | $   (1,262) | $    5,142 |
| **State and Local** | | | | |
| Withholding | $          - | $    1,634 | $   (1,634) | $          - |
| Sales & Use | - | - | | - |
| Property Taxes | 35,900 | 6,840 | - | 42,740 |
| Other | | | | |
| **Total State and Local** | $   35,900 | $    8,474 | $   (1,634) | $   42,740 |
| **Total Taxes** | $   40,476 | $   10,302 | $   (2,896) | $   47,882 |

---

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| L B Realty, Inc. Status of Postpetition Taxes MOR-4 July 2001 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ (5,964) | $ 937 | $ (937) | $ (5,964) |
| FICA - Employee | (2,542) | 224 | (224) | (2,542) |
| FICA and payroll- Employer | (2,542) | 224 | (224) | (2,542) |
| Unemployment | - | - | - | - |
| Other | | | | |
| **Total Federal Taxes** | $ (11,048) | $ 1,385 | $ (1,385) | $ (11,048) |
| **State and Local** | | | | |
| Withholding | $ - | $ 3,159 | $ (3,159) | $ - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | | | | |
| **Total State and Local** | $ - | $ 3,159 | $ (3,159) | $ - |
| **Total Taxes** | $ (11,048) | $ 4,544 | $ (4,544) | $ (11,048) |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 6*

## W. R. Grace & Co. - Conn
## Accounts Receivable Reconciliation and Aging
## MOR-5
## July 2001

| Trade Accounts Receivable Reconciliation | Amount |
|---|---|
| Trade accounts receivable, beginning of month | $ 157,365,828 |
| Amounts billed during the period | 72,554,814 |
| Amounts collected during the period | (81,619,024) |
| Other | 10,607,412 |
| Trade accounts receivable at the end of month | $ 158,909,030 |

| Trade Accounts Receivable Aging | |
|---|---|
| Current | $ 109,625,711 |
| 1-30 days past due | 29,896,874 |
| 31-60 days past due | 9,906,829 |
| +61 days past due | 9,479,616 |
| Trade accounts receivable, gross | 158,909,030 |
| Allowance for doubtful accounts | (1,374,450) |
| Trade accounts receivable, net | $ 157,534,580 |

| Notes and Accounts Receivable Reconciliation | |
|---|---|
| Trade accounts receivable, net | $ 157,534,580 |
| Customer notes and drafts receivable | 35,060 |
| Pending customer credit notes | 420,557 |
| Advances and deposits | 10,370,849 |
| Nontrade receivables, net | 4,220,268 |
| Total notes and accounts receivable, net | $ 172,581,314 |

*Chart 6*

## Remedium Group, Inc.
## Accounts Receivable Reconciliation and Aging
## MOR-5
## July 2001

| Trade Accounts Receivable Reconciliation | Amount |
|---|---|
| Trade accounts receivable, beginning of month | $ - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month | $ - |
| **Trade Accounts Receivable Aging** | |
| Current | $ - |
| 1-30 days past due | - |
| 31-60 days past due | - |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $ - |

| Notes and Accounts Receivable Reconciliation | |
|---|---|
| Trade accounts receivable, net | $ - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | (512) |
| Nontrade receivables, net | 82,335 |
| Total notes and accounts receivable, net | $ 81,823 |

**Chart 6**

| Darex Puerto Rico, Inc.<br>Accounts Receivable Reconciliation and Aging<br>MOR-5<br>July 2001 | |
|---|---|
| **Trade Accounts Receivable Reconciliation** | **Amount** |
| Trade accounts receivable, beginning of month | $   2,756,761 |
| Amounts billed during the period | 450,282 |
| Amounts collected during the period | (568,632) |
| Other | 1 |
| | - |
| Trade accounts receivable at the end of month | $   2,638,412 |
| **Trade Accounts Receivable Aging** | |
| Current | $   1,379,540 |
| 1-30 days past due | 395,926 |
| 31-60 days past due | 358,889 |
| +61 days past due | 504,057 |
| Trade accounts receivable, gross | 2,638,412 |
| Allowance for doubtful accounts | (50,443) |
| Trade accounts receivable, net | $   2,587,969 |

| Notes and Accounts Receivable Reconciliation | |
|---|---|
| Trade accounts receivable, net | $   2,587,969 |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | (10,455) |
| Advances and deposits | - |
| Nontrade receivables, net | 508 |
| Total notes and accounts receivable, net | $   2,578,022 |

*Chart 6*

| Grace Europe, Inc.<br>Accounts Receivable Reconciliation and Aging<br>MOR-5<br>July 2001 | |
|---|---|
| **Trade Accounts Receivable Reconciliation** | **Amount** |
| Trade accounts receivable, beginning of month | $ - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month | $ - |
| **Trade Accounts Receivable Aging** | |
| Current | |
| 1-30 days past due | |
| 31-60 days past due | |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $ - |

| **Notes and Accounts Receivable Reconciliation** | |
|---|---|
| Trade accounts receivable, net | $ - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | - |
| Nontrade receivables, net | 72,206 |
| Total notes and accounts receivable, net | $ 72,206 |

*Chart 7*

| W.R. Grace & Co., et al<br>Debtor Questionnaire<br>MOR - 5<br>July 2001 | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of<br>business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession<br>account for this reporting period?  If yes, provide an explanation below. | | See Note #5 below |
| 3.  Have all postpetition tax returns been timely filed?<br>If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance<br>coverages in affect?  If no, provide and explanation below. | X | |
| 5.  Are post-petition accounts payable and tax obligations current and paid to date?<br>If no, provide an explanation. | X<br>(unless disputed in<br>normal course of<br>business) | |

**Note #5**
As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included.  The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

# Combined Chapter 11 Filing Entity Statements

Chart 8

| W. R. Grace & Co. - Chapter 11 Filing Entities | | |
|---|---|---|
| Combined Statement of Operations | | |
| Amounts in millions | Month Ended July 31, 2001 | Cumulative Since Filing |
| Net sales to third parties | $  73.0 | $  300.0 |
| Net sales to non-filing entities | 13.6 | 46.5 |
| Interest and royalties from non-filing entities | 3.5 | 14.6 |
| Other income | 2.1 | 6.3 |
| | 92.2 | 367.4 |
| Cost of goods sold to third parties | 43.8 | 180.8 |
| Cost of goods sold to non-filing entities | 9.9 | 32.2 |
| Selling, general and administrative expenses | 19.6 | 72.0 |
| Research and development expenses | 3.1 | 11.9 |
| Depreciation and amortization | 4.6 | 17.6 |
| Interest expense | 4.7 | 16.8 |
| | 85.7 | 331.3 |
| Income before Chapter 11 reorganization expenses, income taxes and equity in net income of non-filing entities | 6.5 | 36.1 |
| Chapter 11 reorganization expenses, net | (2.3) | (6.6) |
| (Provision for) income taxes | (2.5) | (17.0) |
| Equity in net income of non-filing entities | 3.7 | 15.9 |
| Net Income | $  5.4 | $  28.4 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 9

| W. R. Grace & Co. - Chapter 11 Filing Entities | | |
|---|---|---|
| **Combined Functional Basis Statement of Cash Flows** | | |
| Amounts in millions | Month Ended July 31, 2001 | Cumulative Since Filing |
| **Core operations cash flow** | | |
| Pre-tax income from core operations | $    12.1 | $    53.4 |
| Depreciation and amortization | 4.6 | 17.6 |
| | 16.7 | 71.0 |
| Changes in all core assets/liabilities and other | 0.5 | (15.8) |
| Change in accounts receivable sold under securitization program | - | (99.7) |
| Change in subordinated interest of accounts receivable sold | - | 34.9 |
| | 17.2 | (9.6) |
| Capital expenditures | 2.4 | (6.9) |
| **Core Pre-tax Operating Cash Flow** | 19.6 | (16.5) |
| **Charges against core reserves** | | |
| Restructuring costs | - | - |
| Pension liabilities | (0.4) | (1.9) |
| Deferred compensation | (0.1) | (0.7) |
| Self insurance | - | (0.1) |
| Total Spending Against Core Reserves | (0.5) | (2.7) |
| **Core Cash Flow** | 19.1 | (19.2) |
| **Noncore cash flow** | | |
| Proceeds from asset sales | - | 0.7 |
| Benefit proceeds under life insurance policies | 1.0 | 4.7 |
| Other noncore pretax cash flow | (0.4) | (1.0) |
| **Noncore Pre-tax Cash Flow** | 0.6 | 4.4 |
| **Charges against noncore reserves** | | |
| Asbestos | | |
| Asbestos claims processing | (0.8) | (3.0) |
| Less - insurance recovery | 24.8 | 30.7 |
| Net asbestos (payments) receipts | 24.0 | 27.7 |
| Environmental remediation | (2.6) | (10.5) |
| Retained obligations and other | - | 0.4 |
| Postretirement benefits | (2.0) | (6.9) |
| Total Spending Against Noncore Reserves | 19.4 | 10.7 |
| **Noncore Cash Flow** | 20.0 | 15.1 |
| **Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow** | 39.1 | (4.1) |
| Cash paid for taxes, net of refunds | - | (0.4) |
| Cash paid for interest | (0.4) | (1.1) |
| Chapter 11 reorganization expenses paid | (0.6) | (0.7) |
| **Cash Flow before Strategic Investments** | 38.1 | (6.3) |
| **Strategic Investments** | | |
| Cash paid for businesses acquired | - | - |
| Proceeds from option exercises | - | - |
| Repurchase of treasury stock | - | - |
| Cash used for Strategic Investments | - | - |
| **Cash Flow after Strategic Investments** | 38.1 | (6.3) |
| Borrowings (repayments) under DIP facility | (15.0) | 57.2 |
| Net (investing)/financing activities under life insurance policies | (0.2) | (15.4) |
| **Net Cash Flow** | $    22.9 | $    35.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

## W. R. Grace & Co. - Chapter 11 Filing Entities
## Combined Balance Sheet

| Amounts in millions | July 31, 2001 | April 2, 2001 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 44.1 | $ 8.6 |
| Notes and accounts receivable, net | 175.3 | 43.8 |
| Receivables from non-filing entities, net | 28.1 | 51.2 |
| Inventories | 88.8 | 86.4 |
| Deferred income taxes | 26.3 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | 12.9 | 17.0 |
| Other current assets | 26.3 | 21.9 |
| **Total Current Assets** | 401.8 | 309.8 |
| | | |
| Properties and equipment, net | 389.5 | 400.4 |
| Goodwill, net | 13.7 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 76.7 | 64.1 |
| Deferred income taxes | 438.4 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 296.8 | 323.4 |
| Loans receivable from non-filing entities, net | 386.1 | 387.5 |
| Investment in non-filing entities | 133.3 | 115.2 |
| Other assets | 313.1 | 308.5 |
| **Total Assets** | $ 2,449.4 | $ 2,323.5 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | |
| **Liabilities Not Subject to Compromise** | | |
| **Current Liabilities** | | |
| Accounts payable | $ 38.1 | $ - |
| Other current liabilities | 44.8 | - |
| **Total Current Liabilities** | 82.9 | - |
| | | |
| Long-term debt - DIP facility | 60.0 | - |
| Other liabilities | 28.9 | 31.8 |
| **Total Liabilities Not Subject to Compromise** | 171.8 | 31.8 |
| | | |
| **Liabilities Subject to Compromise** | | |
| Debt, pre-petition plus accrued interest | 523.7 | 511.5 |
| Accounts payable | 35.6 | 43.0 |
| Income taxes payable | 212.5 | 210.1 |
| Asbestos-related liability | 999.8 | 1,002.8 |
| Other liabilities | 555.0 | 598.6 |
| **Total Liabilities Subject to Compromise** | 2,326.6 | 2,366.0 |
| **Total Liabilities** | 2,498.4 | 2,397.8 |
| | | |
| **Shareholders' Equity (Deficit)** | | |
| Common stock | 0.8 | 0.8 |
| Paid in capital | 432.8 | 432.6 |
| Accumulated deficit | (173.3) | (201.8) |
| Treasury stock, at cost | (136.4) | (136.4) |
| Accumulated other comprehensive income (loss) | (172.9) | (169.5) |
| **Total Shareholders' Equity (Deficit)** | (49.0) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,449.4 | $ 2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

**W. R. Grace & Co. – Chapter 11 Filing Entities**
**Notes to Combined Financial Statements**
**July 31, 2001**

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is primarily engaged in specialty chemicals and specialty materials businesses on a worldwide basis. These businesses consist of catalysts and silica products (Davison Chemicals) and construction chemicals, building materials and container products (Performance Chemicals). W. R. Grace & Co. is a publicly held company with its shares traded on the New York Stock Exchange.

**Voluntary Bankruptcy Filing**

On April 2, 2001 (the "Filing Date"), W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including its primary U.S. operating subsidiary W. R. Grace & Co. - Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case numbers 01-1139 through 01-1200. Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not a part of the Filing.

**Basis of Presentation**

The interim combined financial statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W. R. Grace & Co.'s 2000 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim consolidated financial statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed.

The Debtors' follow a calendar fiscal year. The results of operations for the periods presented are not necessarily indicative of the results of operations for the year ending December 31, 2001. Combining statements of operations and balance sheets reflecting financial information of each of the filing entities are included as supplementary information.

**Use of Estimates**

The preparation of financial statements in conformity with generally accepted accounting principles requires that management make estimates and assumptions affecting the assets and liabilities (including contingent assets and liabilities) reported at the date of the combined financial statements and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates.

## 2. Liabilities Subject to Compromise

As a result of the Filing, Grace's balance sheet as of July 31, 2001 separately identifies the liabilities that are "subject to compromise" under the Chapter 11 proceedings.  In Grace's case, liabilities "subject to compromise" represent pre-petition amounts as determined under generally accepted accounting principles based on facts and circumstances prior to the Filing.  Changes to the recorded amount of such liabilities will be based on Bankruptcy Court orders and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court.  Changes to pre-petition liabilities during the second quarter are for:  1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt; and 3) accruals for employee-related programs.

Set forth below is a reconciliation of the changes in pre-Filing Date liability balances for the periods presented.

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period .......... | $ 2,343.8 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under bankruptcy court orders: | | |
| Freight and distribution order ..... | (0.1) | (5.5) |
| Trade accounts payable order ..... | (0.1) | (5.8) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs ................................ | (7.0) | (33.4) |
| Income/(expense) items: | | |
| Interest on pre-petition debt ........ | 3.8 | 14.1 |
| Current period employment-related accruals ...................... | 1.7 | 7.0 |
| Balance sheet reclassifications ....... | (0.3) | (0.6) |
| Balance, end of period .................... | $ 2,341.8 | $ 2,341.8 |
| Pre-Filing Date Liabilities Not Subject to Compromise ............... | $ 15.2 | $ 15.2 |
| Pre-Filing Date Liabilities Subject to Compromise.......................... | $ 2,326.6 | $ 2,326.6 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "liabilities not subject to compromise."  Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the allowance of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (Dollars in millions) | July 31, 2001 | Filing Date |
|---|---|---|
| **Notes and accounts receivable, net** | | |
| Trade receivables, less allowance of $1.4; (Filing Date – $0.7) .... | $ 160.6 | $ 32.3 |
| Other receivables, less allowance of $2.1; (Filing Date – $2.1) .... | 14.7 | 11.5 |
| | $ 175.3 | $ 43.8 |
| **Inventories** | | |
| Raw materials ............................. | $ 20.7 | $ 20.3 |
| In process ................................... | 16.7 | 16.2 |
| Finished products ....................... | 71.1 | 69.6 |
| General merchandise .................. | 9.6 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis ........................... | (29.3) | (29.3) |
| | $ 88.8 | $ 86.4 |
| **Other Assets** | | |
| Plan assets in excess of defined benefit pension obligation........ | $ 135.2 | $ 131.3 |
| Unamortized costs of overfunded pension plans ......................... | 97.7 | 96.6 |
| Deferred charges ........................ | 39.0 | 40.4 |
| Long-term receivables................. | 1.7 | 1.9 |
| Long-term investments ............... | 2.1 | 2.1 |
| Patents, licenses and other intangible assets ..................... | 37.4 | 36.2 |
| | $ 313.1 | $ 308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation ............... | $ 13.3 | $ -- |
| Accrued commissions ................. | 5.5 | -- |
| Customer programs .................... | 9.8 | -- |
| Accrued utilities ........................ | 6.0 | -- |
| Accrued freight .......................... | 2.6 | -- |
| Other accrued liabilities ............. | 7.6 | -- |
| | $ 44.8 | $ -- |
| **Other Liabilities** | | |
| Deferred royalty income– nonfiling entities ..................... | $ 28.0 | $ 31.8 |
| Other liabilities ......................... | 0.9 | -- |
| | $ 28.9 | $ 31.8 |
| **Liabilities Subject to Compromise** | | |
| Other postretirement benefits ..... | $ 181.2 | $ 185.4 |
| Environmental remediation ........ | 155.6 | 164.8 |
| Retained obligations of divested businesses ................................ | 76.2 | 75.5 |
| Defined benefit obligation in excess of pension plan assets .. | 94.8 | 95.3 |
| Unamortized costs of underfunded pension plans ..... | (22.0) | (24.5) |
| Deferred compensation ............... | 7.7 | 8.2 |
| Accrued compensation ............... | -- | 13.5 |
| Self insurance reserve ............... | 11.7 | 11.8 |
| Other accrued liabilities ............. | 49.8 | 68.6 |
| | $ 555.0 | $ 598.6 |

## 4. Life Insurance

The Debtors' are the beneficiary of life insurance policies on current and former employees with benefits in force of approximately $2,286.8 million and a net cash surrender value of $76.7 million at July 31, 2001. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at July 31, 2001 and Filing Date:

| Components of Net Cash Value | July 31, 2001 | Filing Date |
|---|---|---|
| Gross cash value........................ | $   464.9 | $   453.7 |
| Principal – policy loans ............... | (378.5) | (390.3) |
| Accrued interest – policy loans.... | (9.7) | 0.7 |
| Net cash value .............................. | $   76.7 | $   64.1 |
| | | |
| Insurance benefits in force............ | $ 2,286.8 | $ 2,286.0 |

Policy loans bore interest at an average annualized rate of 9.7% through July 31, 2001, compared to an average of 9.2% for the year ended December 31, 2000. Policy assets are invested primarily in general accounts of the insurance carriers and earned returns at an average annualized rate of 8.8% through July 31, 2001 (calculated on a trailing four quarters basis), compared to an average of 8.3% for the year ended December 31, 2000.

The Debtors' financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5. Debt

On July 31, 2001, and Filing Date, the Debtors' were obligated for the following:

| Components of Debt (Dollars in millions) | July 31, 2001 | Filing Date |
|---|---|---|
| **Short-Term Debt** | | |
| Other short-term borrowings ...... | $   -- | -- |
| | $   -- | $   -- |
| | | |
| **Long-Term Debt** | | |
| DIP facility.................................. | $   60.0 | $   -- |
| | $   60.0 | $   -- |
| | | |
| **Debt Subject to Compromise** | | |
| Bank borrowings ......................... | $   500.0 | $   500.0 |
| 8.0% Notes Due 2004 ................. | 5.7 | 5.7 |
| 7.75% Notes Due 2002 ............... | -- | 2.0 |
| Other borrowings ......................... | 1.3 | 1.2 |
| Accrued interest .......................... | 16.7 | 2.6 |
| | $   523.7 | $   511.5 |

The Debtors have negotiated a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term of two years, is secured by a priority lien on substantially all assets of the Debtors, and bears interest at either Bank of America's prime rate or a formula based on the London Inter-Bank Offered Rate (LIBOR) plus 2.00 to 2.25 percentage points. The Bankruptcy Court issued a final approval of the DIP facility on May 3, 2001.

On June 11, 2001, the 7.75% Notes were repaid by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of July 31, 2001.

# Bank Statements

The Chase Manhattan Bank



## CHASE

# Statement of Account

| | | | |
|---|---|---|---|
| | Account No: | 910-1-013572 | In US Dollars |
| | Statement Start Date: | 01 JUN 2001 | |
| | Statement End Date: | 29 JUN 2001 | |
| | Statement Code: | 000-USA-21 | |
| | Statement No: | 006 | |
| | | Page 1 of | |

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 5 | 342,497.43 |
| Total Debits (incl. checks) | 21 | 188,874.54 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 JUN 2001) | | Closing (29 JUN 2001) | |
|---|---|---|---|
| Ledger | 101,302.67 | Ledger | 254,925.56 |
| Collected | 101,302.67 | Collected | 254,925.56 |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Credit / Debit | Description | Credit / Debit Amount |
|---|---|---|---|---|---|---|---|
| 06JUN | | 06JUN | | USD YOUR: TEBC OF 01/06/06<br>OUR: 0927700157JB | | BOOK TRANSFER CREDIT<br>B/O W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT | 59,738.52 |
| 14JUN | | 14JUN | | USD YOUR: TEBC OF 01/06/14<br>OUR: 0997000165JB | | BOOK TRANSFER CREDIT<br>B/O W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT | 50,000.00 |
| 22JUN | | 22JUN | | USD YOUR: TEBC OF 01/06/22<br>OUR: 0466900173JB | | BOOK TRANSFER CREDIT<br>B/O W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT | 54,025.26 |
| 29JUN | | 29JUN | | USD YOUR: TEBC OF 01/06/29<br>OUR: 2081000180JB | | BOOK TRANSFER CREDIT<br>B/O W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT | 40,269.65 |
| 29JUN | | 29JUN | | USD YOUR: SWF OF 01/06/29<br>OUR: 2899800180JS | | BOOK TRANSFER CREDIT<br>B/O BANQUE BRUXELLES LAMBERT SA<br>BRUSSELS BTUM<br>ORG MATERNE CONFILUX SA<br>OGB AA<br>OB BANQUE BRUXELLES LAMBERT S.A.<br>LIEGE BR<br>REF: OUR FAX DATED OF 29.06.2001/OC<br>MT/USD18489,/CHGS/USD25,00/ | 138,464.00 |

## LEDGER BALANCES

| Date | Closing Balances Amount |
|---|---|
| 01JUN | 87,967.7 |
| 04JUN | 77,736.5 |
| 05JUN | 65,261.6 |
| 06JUN | 116,842.0 |
| 07JUN | 102,259.0 |
| 08JUN | 93,942.3 |
| 11JUN | 89,852.4 |
| 12JUN | 81,015.2 |
| 13JUN | 69,492.7 |
| 14JUN | 109,729.6 |
| 15JUN | 104,292.1 |
| 18JUN | 100,464.4 |
| 19JUN | 88,630.6 |
| 20JUN | 80,022.6 |
| 21JUN | 70,974.7 |
| 22JUN | 118,566.6 |
| 25JUN | 115,775.6 |
| 26JUN | 105,074.6 |
| 27JUN | 94,308.6 |
| 28JUN | 84,730.6 |
| 29JUN | 254,925.6 |

## COLLECTED BALANCES

| Date | Amount |
|---|---|
| 01JUN | 87,967.5 |
| 04JUN | 77,736.5 |
| 05JUN | 65,261.6 |
| 06JUN | 116,842.0 |
| 07JUN | 102,259.0 |
| 08JUN | 93,942.3 |

FT CODE:

USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

The Chase Manhattan Bank

◆ CHASE

## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 910-1-013572 |
| Statement Start Date: | 01 JUN 2001 |
| Statement End Date: | 29 JUN 2001 |
| Statement Code: | 000-USA-21 |
| Statement No: | 006 |
| | Page 2 of |

┌─ W R GRACE & CO
  C/O CORPORATE ACCOUNTING
  7500 GRACE DRIVE
  COLUMBIA    MD   21044-4098

**Closing Balances**

| Date | Amount |
|---|---|
| 11JUN | 89,852... |
| 12JUN | 81,015... |
| 13JUN | 69,492... |
| 14JUN | 109,729... |
| 15JUN | 104,292... |
| 18JUN | 100,464... |
| 19JUN | 88,630.8 |
| 20JUN | 80,022.0 |
| 21JUN | 70,974... |
| 25JUN | 118,566... |
| 26JUN | 115,775... |
| 27JUN | 105,074.6 |
| 28JUN | 94,308... |
| 29JUN | 84,730... |
| | 254,925... |

### DEBITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 01JUN | 31MAY | 31MAY | USD | OUR: 0115200089WA | 13,335.17 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/31/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 04JUN | 01JUN | 01JUN | USD | OUR: 0115500089WA | 10,231.32 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/01/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 05JUN | 04JUN | 04JUN | USD | OUR: 0115600089WA | 12,474.70 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/04/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 06JUN | 05JUN | 05JUN | USD | OUR: 0115700087WA | 8,157.94 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/05/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 07JUN | 06JUN | 06JUN | USD | OUR: 0115800088WA | 14,582.99 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/06/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 08JUN | 07JUN | 07JUN | USD | OUR: 0115900088WA | 8,316.69 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/07/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 11JUN | 08JUN | 08JUN | USD | OUR: 0116200087WA | 4,089.92 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/08/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |

The Chase Manhattan Bank

**CHASE**

# Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 910-1-013572 |
| Statement Start Date: | 01 JUN 2001 |
| Statement End Date: | 29 JUN 2001 |
| Statement Code: | 000-USA-21 |
| Statement No: | 006 |

Page   3  of

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

**DEBITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 12JUN | 11JUN | 11JUN | | USD OUR: 011630092WA | 8,837.19 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/11/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 13JUN | 12JUN | 12JUN | | USD OUR: 011640084WA | 11,522.54 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/12/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 14JUN | 13JUN | 13JUN | | USD OUR: 011650083WA | 9,762.77 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/13/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 15JUN | 14JUN | 14JUN | | USD OUR: 011660090WA | 5,437.52 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/14/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 18JUN | 15JUN | 15JUN | | USD OUR: 011690085WA | 3,828.00 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/15/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 19JUN | 18JUN | 18JUN | | USD OUR: 011700084WA | 11,834.13 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/18/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 20JUN | 19JUN | 19JUN | | USD OUR: 011710086WA | 8,608.30 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/19/01 W R GRACE & CO ATTN: MARY BOUCHARD 62 WHITTEMORE AVENUE CAMBRIDGE MA 02140 |
| 21JUN | 20JUN | 20JUN | | USD OUR: 011720084WA | 9,047.27 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

The Chase Manhattan Bank

# ◆ CHASE

## Statement of Account

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD  21044-4098

**In US Dollars**

| | |
|---|---|
| Account No: | 910-1-013572 |
| Statement Start Date: | 01 JUN 2001 |
| Statement End Date: | 29 JUN 2001 |
| Statement Code: | 000-USA-21 |
| Statement No: | 006 |

Page  4  of

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22JUN | 21JUN | 21JUN | USD OUR: | 0117300083WA | 6,433.77 | 002-2-416598 FOR WORK OF 06/20/01<br>W R GRACE & CO ATTN: MARY BOUCHARD<br>62 WHITTEMORE AVENUE CAMBRIDGE MA<br>02140<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO. | | |
| 25JUN | 22JUN | 22JUN | USD OUR: | 0117600087WA | 2,791.06 | 002-2-416598 FOR WORK OF 06/21/01<br>W R GRACE & CO ATTN: MARY BOUCHARD<br>62 WHITTEMORE AVENUE CAMBRIDGE MA<br>02140<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO. | | |
| 26JUN | 25JUN | 25JUN | USD OUR: | 0117700086WA | 10,700.50 | 002-2-416598 FOR WORK OF 06/22/01<br>W R GRACE & CO ATTN: MARY BOUCHARD<br>62 WHITTEMORE AVENUE CAMBRIDGE MA<br>02140<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO. | | |
| 27JUN | 26JUN | 26JUN | USD OUR: | 0117800088WA | 10,766.17 | 002-2-416598 FOR WORK OF 06/25/01<br>W R GRACE & CO ATTN: MARY BOUCHARD<br>62 WHITTEMORE AVENUE CAMBRIDGE MA<br>02140<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO. | | |
| 28JUN | 27JUN | 27JUN | USD OUR: | 0117900089WA | 9,578.15 | 002-2-416598 FOR WORK OF 06/26/01<br>W R GRACE & CO ATTN: MARY BOUCHARD<br>62 WHITTEMORE AVENUE CAMBRIDGE MA<br>02140<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO. | | |
| 29JUN | 28JUN | 28JUN | USD OUR: | 0118000089WA | 8,538.44 | 002-2-416598 FOR WORK OF 06/27/01<br>W R GRACE & CO ATTN: MARY BOUCHARD<br>62 WHITTEMORE AVENUE CAMBRIDGE MA<br>02140<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO. | | |
| | | | | | | 002-2-416598 FOR WORK OF 06/28/01<br>W R GRACE & CO ATTN: MARY BOUCHARD<br>62 WHITTEMORE AVENUE CAMBRIDGE MA<br>02140 | | |

### CHECKS

*No Activity*

WACHOVIA

191 Peachtree ST
Atlanta     GA  30303

03     **TAXPAYER ID**     13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

# Checking Statement
### June 16, 2001 - June 30, 2001 ( 15 days)

**No Enclosures**     Page 1 of 2
C     0

| FOR INFORMATION OR ASSISTANCE CONTACT: |
|:---:|
| Your Wachovia Banker |
| Visit our web site at www.wachovia.com |

## Commercial Checking Account Summary

**Account Number 8619-039102**

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $640,597.00 | $.00 | $.00 | $.00 | $.00 | $640,597.00 |
| Average Ledger Balance | $640,597.00 | | | | |

## Daily Activity and Balance

There was no activity for this statement period.

191 Peachtree ST
Atlanta    GA 30303

03    **TAXPAYER ID**    13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

# Checking Statement

No Enclosures
C    0

June 1, 2001 - June 15, 2001 ( 15 days)

Page 1 of 2

| FOR INFORMATION OR ASSISTANCE CONTACT: |
|---|
| Your Wachovia Banker |
| Visit our web site at www.wachovia.com |

## Commercial Checking Account Summary

Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $644,500.00 | $.00 | $558,503.65 | $.00 | $562,406.65 | $640,597.00 |

Average Ledger Balance    $673,837.77

## Daily Activity and Balance

| Date | Deposits & Credits | | Checks & Debits | | Balance |
|---|---|---|---|---|---|
| | Qty | Amount | Qty | Amount | |
| 06-04 | 1 | 165,035.72 | 0 | 0.00 | 809,535.72 |
| 06-05 | 0 | 0.00 | 1 | 180,000.00 | 629,535.72 |
| 06-06 | 1 | 385.00 | 0 | 0.00 | 629,920.72 |
| 06-11 | 3 | 393,082.93 | 0 | 0.00 | 1,023,003.65 |
| 06-12 | 0 | 0.00 | 1 | 382,406.65 | 640,597.00 |

## Other Credits

| Date | Amount | Description |
|---|---|---|
| 06-04 | 165,035.72 | Wholesale Lockbox #0075195 Credits - Charlotte |
| 06-06 | 385.00 | Wholesale Lockbox #0075195 Credits - Charlotte |
| 06-11 | 340.00 | Wholesale Lockbox #0075195 Credits - Charlotte |
| 06-11 | 90,863.92 | Wholesale Lockbox #0075195 Credits - Charlotte |
| 06-11 | 301,879.01 | Wholesale Lockbox #0075195 Credits - Charlotte |

## Checks

There were no checks paid this statement period.

## Other Debits

| Date | Amount | Description |
|---|---|---|
| 06-05 | 180,000.00 | Wire Ref#05608 Seq#05608: Chase NYC |
| 06-12 | 382,406.65 | Wire Ref#03483 Seq#03483: Chase NYC |

# FIRST UNION

## Commercial Checking

| 01 | 2199500021812  036  130 | | 0 | 0 | 59,713 | | |

```
Ialdaallllaulaldaldallaludaldaldald
W R GRACE AND CO-CONN
GENERAL ACCOUNT                              CB
ATTN  CORP ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD  21044-4098
```

---

# Commercial Checking

6/01/2001 thru 6/29/2001

| | |
|---|---|
| Account number: | 2199500021812 |
| Account holder(s): | W R GRACE AND CO-CONN |
| | GENERAL ACCOUNT |

Taxpayer ID Number:     135114230

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $4,555,962.88 |
| Deposits and other credits | 1,515,464.15 + |
| Other withdrawals and service fees | 5,530,041.51 - |
| **Closing balance 6/29** | **$541,385.52** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/07 | 472,125.10 | DEPOSIT |
| 6/13 | 292,830.10 | DEPOSIT |
| 6/21 | 209,123.43 | DEPOSIT |
| 6/27 | 541,385.52 | DEPOSIT |
| **Total** | **$1,515,464.15** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/01 | 4,555,962.88 | FUNDS TRANSFER  (ADVICE 010601012576)<br>SENT TO  CHASE MANHATTAN B/<br>BNF = W R GRACE & CO CONN<br>OBI = INTERNAL TRANSFER GRACE ACCOUNTS<br>RFB = 010601150253     06/01/01  10:46AM |
| 6/11 | 224.60 | COMMERCIAL SERVICE CHARGES FOR MAY 2001 |
| 6/13 | 400,000.00 | FUNDS TRANSFER  (ADVICE 010613010139)<br>SENT TO  CHASE MANHATTAN B/<br>BNF = W R GRACE & CO  CONN<br>OBI = INTERNAL TRANSFER GRACE ACCOUNTS<br>RFB = 010613150272     06/13/01  11:10AM |
| 6/15 | 364,000.00 | FUNDS TRANSFER  (ADVICE 010615018212)<br>SENT TO  CHASE MANHATTAN B/<br>BNF = WR GRACE & CO CONN<br>OBI = INTERNAL TRANSFER GRACE ACCOUNTS<br>RFB = 010615150459     06/15/01  12:24PM |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

02          2199500021812   036   130          0     0          59,714

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 6/26 | 209,854.03 | FUNDS TRANSFER  (ADVICE 010626018174)<br>SENT TO  CHASE MANHATTAN B/<br>BNF = W R GRACE AND CO CONN<br>OBI =<br>RFB =          06/26/01  03:48PM |

| **Total** | **$5,530,041.51** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 6/01 | 0.00 | 6/13 | 364,730.60 | 6/26 | 0.00 |
| 6/07 | 472,125.10 | 6/15 | 730.60 | 6/27 | 541,385.52 |
| 6/11 | 471,900.50 | 6/21 | 209,854.03 | | |

# FIRST UNION

## PARTIAL / RANGE RECONCILEMENT BALANCE SHEET

WR GRACE & CO.-CONN      025                    ACCT NO.:   0001      2079900003615

ATTN: CINDY LEE

7500 GRACE DRIVE

COLUMBIA      MD 21044-4098

---

| RECONCILEMENT OF DEBITS | | CUTOFF DATE: 06/30/2001 |
|---|---|---|

| | | |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 31,114.68 |
| MISCELLANEOUS DEBITS | + | 1,507,135.34 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/− | .00 |
| DEBIT ADJUSTMENTS | − | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 1,538,250.02 |
| | | ======================= |
| TOTAL DEBITS FROM BANK STATEMENT | | 1,538,250.02 |

---

IF YOU HAVE ANY QUESTIONS, PLEASE

CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 025

*ties to G/L*

VESTED-in-Quality