# FIRST UNION

## Commercial Checking

| 01 | 2079900003615  005  108 | 16  160 | 16,266 | — | — |

W R GRACE & CO-CONN
ATTN CINDY LEE
7500 GRACE DRIVE
COLUMBIA MD  21044-4098

CB   025

---

## Commercial Checking

6/01/2001 thru 6/29/2001

Account number:       2079900003615
Account holder(s):    W R GRACE & CO-CONN

Taxpayer ID Number:   133461988

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $0.00 |
| Deposits and other credits | 1,538,250.02 + |
| Other withdrawals and service fees | 1,538,250.02 - |
| **Closing balance 6/29** | **$0.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/01 | 1,899.52 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/04 | 2,555.53 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/05 | 840.03 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 2,956.38 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 5,956.59 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/11 | 281,519.71 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 6,292.35 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 484,234.39 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 238.73 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 2,218.06 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 7,747.64 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/15 | 636.18 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 6,813.90 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/19 | 1,562.15 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*

---

**FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI**



## Commercial Checking

02        2079900003615   005   108          16   160          16,267

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|---|---|---|
| 6/20 | ✓ 401.30 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/21 | ✓ 6,400.32 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/25 | ✓ 267,588.04 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/26 | 813.89 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/26 | 450,143.05 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | ✓ 1,514.90 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 1,138.92 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 4,778.44 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$1,538,250.02** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/01 | ✓ 1,899.52 | LIST OF DEBITS POSTED  *ck 14458 ⁺ 14459* |
| 6/04 | ✓ 2,555.53 | LIST OF DEBITS POSTED  *ck 14456* |
| 6/05 | 840.03 | LIST OF DEBITS POSTED  *ck 5583* |
| 6/06 | ✓ 2,956.38 | LIST OF DEBITS POSTED  *ck 14457* |
| 6/07 | ✓ 5,956.59 | AUTOMATED DEBIT  W.R. GRACE  PAYROLL  *E83  068301*<br>CO. ID.       010607 PPD<br>MISC SETTL NCVCDBATL |
| 6/11 | 837.81 | LIST OF DEBITS POSTED  *ck 5578 ⁺ 5587* |
| 6/11 | ✓ 2,312.77 | AUTOMATED DEBIT  BNF CTS       PR TAXES  *E82*<br>CO. ID. 1411902914 010611 CCD<br>MISC C2985-009230491 |
| 6/11 | ✓ 2,973.76 | AUTOMATED DEBIT  BNF CTS       PR TAXES  *E81*<br>CO. ID. 1411902914 010611 CCD<br>MISC C2916-009230489 |
| 6/11 | ✓ 8,981.07 | AUTOMATED DEBIT  BNF CTS       PR TAXES  *E78*<br>CO. ID. 1411902914 010611 CCD<br>MISC C2918-009230490 |
| 6/11 | ✓ 12,787.78 | AUTOMATED DEBIT  BNF CTS       PR TAXES  *E98*<br>CO. ID. 1411902914 010611 CCD<br>MISC C4213-009230519 |
| 6/11 | ✓ 253,626.52 | AUTOMATED DEBIT  BNF CTS       PR TAXES  *E80  taxes per PR register  253627.82*<br>CO. ID. 1411902914 010611 CCD<br>MISC C4025-019230514 |

*Other Withdrawals and Service Fees continued on next page.*

# FIRST UNION
## Commercial Checking

| 03 | 2079900003615  005  108 | 16  160 | 16,268 | _____ | _____ |

---

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description | |
|------|--------|-------------|---|
| 6/12 | ✓ 3,795.61 | AUTOMATED DEBIT  GRACE WASHINGTON PAYROLL<br>CO. ID.       010612 PPD<br>MISC SETTL NCVCDBATL | *E81  06150!* |
| 6/12 | ✓ 4,647.01 | AUTOMATED DEBIT  L.B. REALTY, INC PAYROLL<br>CO. ID.       010612 PPD<br>MISC SETTL NCVCDBATL | *E82  06150!* |
| 6/12 | 6,292.35 | LIST OF DEBITS POSTED  *Ck 5573+ 5584* | |
| 6/12 | ✓ 23,931.38 | AUTOMATED DEBIT  W.R. GRACE       PAYROLL<br>CO. ID.       010612 PPD<br>MISC SETTL NCVCDBATL | *E98 06150!* |
| 6/12 | ✓ 36,124.01 | AUTOMATED DEBIT  GRACE MANAGEMENT PAYROLL<br>CO. ID.       010612 PPD<br>MISC SETTL NCVCDBATL | *E 78  06150!* |
| 6/12 | ✓ 415,736.38 | AUTOMATED DEBIT  W.R. GRACE       PAYROLL<br>CO. ID.       010612 PPD<br>MISC SETTL NCVCDBATL | *E80  06150!* |
| 6/13 | ✓ 238.73 | LIST OF DEBITS POSTED  *Ck 5586* | |
| 6/14 | ✓ 2,218.06 | LIST OF DEBITS POSTED  *Ck 5591 + 5593+5594* | |
| 6/14 | ✓ 7,747.64 | AUTOMATED DEBIT  W.R. GRACE       PAYROLL<br>CO. ID.       010614 PPD<br>MISC SETTL NCVCDBATL | *E83 061001* |
| 6/15 | ✓ 636.18 | LIST OF DEBITS POSTED  *ck 5590* | |
| 6/18 | 6,813.90 | LIST OF DEBITS POSTED  *Ck 5575 + 5589* | |
| 6/19 | ✓ 1,562.15 | LIST OF DEBITS POSTED  *Ck 5585 + 5588+ 5595* | |
| 6/20 | ✓ 401.30 | LIST OF DEBITS POSTED  *ck 5596* | |
| 6/21 | ✓ 6,400.32 | AUTOMATED DEBIT  W.R. GRACE       PAYROLL<br>CO. ID.       010621 PPD<br>MISC SETTL NCVCDBATL | *E83 06170!* |
| 6/25 | ✓ 395.03 | LIST OF DEBITS POSTED  *Ck 5599* | |
| 6/25 | ✓ 2,312.77 | AUTOMATED DEBIT  BNF CTS          PR TAXES<br>CO. ID. 1411902914 010625 CCD<br>MISC C2985-009283211 | *E82* |
| 6/25 | ✓ 3,094.54 | AUTOMATED DEBIT  BNF CTS          PR TAXES<br>CO. ID. 1411902914 010625 CCD<br>MISC C2916-009283208 | *E81* |
| 6/25 | ✓ 13,154.98 | AUTOMATED DEBIT  BNF CTS          PR TAXES<br>CO. ID. 1411902914 010625 CCD<br>MISC C4213-009283244 | *E98* |
| 6/25 | ✓ 248,630.72 | AUTOMATED DEBIT  BNF CTS          PR TAXES<br>CO. ID. 1411902914 010625 CCD<br>MISC C4025-019283237 | *E80 -taxes per PR register*<br>*248632.02* |
| 6/26 | ✓ 813.89 | LIST OF DEBITS POSTED  *Ck 5597* | |
| 6/26 | ✓ 3,674.83 | AUTOMATED DEBIT  GRACE WASHINGTON PAYROLL<br>CO. ID.       010626 PPD<br>MISC SETTL NCVCDBATL | *E81 06300!* |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

04          2079900003615  005  108          16  160          16,269

---

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 6/26 | ✓ 4,647.01 | AUTOMATED DEBIT  L.B. REALTY, INC PAYROLL  *E82 063001*<br>CO. ID.        010626 PPD<br>MISC SETTL NCVCDBATL |
| 6/26 | ✓ 25,042.75 | AUTOMATED DEBIT  W.R. GRACE        PAYROLL  *E98 063001*<br>CO. ID.        010626 PPD<br>MISC SETTL NCVCDBATL |
| 6/26 | ✓ 416,778.46 | AUTOMATED DEBIT  W.R. GRACE        PAYROLL  *E80 063001*<br>CO. ID.        010626 PPD<br>MISC SETTL NCVCDBATL |
| 6/27 | ✓ 1,514.90 | LIST OF DEBITS POSTED  *ck 5600* |
| 6/28 | ✓ 1,138.92 | LIST OF DEBITS POSTED  *ck 5604* |
| 6/28 | ✓ 4,778.44 | AUTOMATED DEBIT  W.R. GRACE        PAYROLL  *E83 062401*<br>CO. ID.        010628 PPD<br>MISC SETTL NCVCDBATL |
| **Total** | **$1,538,250.02** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 6/01 | 0.00 | 6/12 | 0.00 | 6/20 | 0.00 |
| 6/04 | 0.00 | 6/13 | 0.00 | 6/21 | 0.00 |
| 6/05 | 0.00 | 6/14 | 0.00 | 6/25 | 0.00 |
| 6/06 | 0.00 | 6/15 | 0.00 | 6/26 | 0.00 |
| 6/07 | 0.00 | 6/18 | 0.00 | 6/27 | 0.00 |
| 6/11 | 0.00 | 6/19 | 0.00 | 6/28 | 0.00 |

# Commercial Checking

| 05 | 2079900003615 | 005 | 108 | 16 | 160 | 16,270 | ____ | ____ |
|----|---------------|-----|-----|----|----|--------|------|------|

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC  28288-0851 |
| TDD   (For the Hearing Impaired) | 1-800-835-7721 | |

---

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| _____  2. Write in the closing balance shown on the front of account statement. | | | | |
| _____  3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____  4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____  5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| _____  6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at 1-800-704-0883 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

---

# ACCOUNT RECONCILIATION PLAN

| BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|
| 1 | 2079900003615 | WR GRACE & CO - CONN ATTN: CINDY LEE | 025 | 06-30-01 | 1 |

**TYPE OF REPORT:** MISC-CREDITS

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|
| | 1,899.52 | 060101 | |
| | 2,555.03 | 060501 | |
| | 845.03 | 060501 | |
| | 2,856.98 | 060501 | |
| | 5,956.59 | 060601 | |
| | 28,519.71 | 061101 | |
| | 6,292.35 | 061201 | |
| | 484,232.39 | 061201 | |
| | 238.73 | 061301 | |
| | 2,218.06 | 061401 | |
| | 7,747.64 | 061401 | |
| | 636.18 | 061501 | |
| | 6,813.90 | 061801 | |
| | 1,562.15 | 061901 | |
| | 401.30 | 062001 | |
| | 6,400.32 | 062101 | |
| | 267,588.04 | 062501 | |
| | 450,143.05 | 062601 | |
| | 813.89 | 062601 | |
| | 1,514.90 | 062701 | |
| | 1,138.92 | 062801 | |
| | 4,778.44 | 062801 | |

DEBITS                GT

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|

| SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|

CREDITS
1538,250.02

DEBITS
22

**TYPE OF REPORT**
UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THE REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD-NO OUTSTANDING MASTER MERGED
2 : CHECK MERGD. OUTSTANDING MASTER MERGED AND ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY - NOT ADDED TO TOTALS

## EXPLANATION OF CODES

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 : FORCED POSTED ITEM-DUPLICATE OR NO SERIAL #
N : MISSING, OUTSTANDING ITEMS

# ACCOUNT RECONCILIATION PLAN

| BANK NO. | CUST. ACCOUNT NO. | | CUSTOMER NAME | | PAID | DATE | PAGE |
|---|---|---|---|---|---|---|---|
| 1 | 20799000036415 | | WR GRACE & CO.-CONN  ATTN: CINDY, LFF | | 025 | 06-30-01 | 1 |

TYPE OF REPORT: MISC-DEBITS

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|
| 1411902914 | 5,956.59 | 060701 | 11560257 |
| 1411902914 | 8,981.07 | 061101 | 26960875 |
| 1411902914 | 12.04 | 061101 | 26960880 |
| 1411902914 | 253,426.52 | 061101 | 26960877 |
| 1411902914 | 2,973.76 | 061101 | 26960874 |
| 1411902914 | 2,312.77 | 061101 | 26960876 |
| 1411902914 | 23,931.38 | 061201 | 11590152 |
| | 36,124.03 | 061201 | 11590152 |
| | 415,736.38 | 061201 | 11590152 |
| | 3,795.61 | 061201 | 11590152 |
| | 4,647.01 | 061201 | 11590152 |
| | 7,747.64 | 061401 | 11630499 |
| | 6,400.32 | 062101 | 11700247 |
| 1411902914 | 13,154.98 | 062501 | 60247346 |
| 1411902914 | 2,312.77 | 062501 | 60247342 |
| 1411902914 | 3,094.54 | 062501 | 60247341 |
| 1411902914 | 248,630.72 | 062501 | 60247343 |
| | 4,647.01 | 062601 | 11730251 |
| | 3,674.83 | 062601 | 11730251 |
| | 25,042.75 | 062601 | 11730251 |
| | 416,778.46 | 062601 | 11730251 |
| | 4,778.44 | 062801 | 11770529 |
| CREDITS | DEBITS | | |
| | 1507 135.34 | 22GT | |

TYPE OF REPORT
UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
5 : OVER 90 DAYS OUTSTANDING MASTER REMOVED & RETURNED
6 : FORCED POSTED ITEM-DUPLICATE OR NO SERIAL #
N : MISSING OUTSTANDING ITEM

SMS565- 32

BANK NO. 00000001   TEAM NO. 025

ACCOUNT NO. 207990003615

WR GRACE & CO.-CONN

RECAP OF POSTED ITEMS REPORT   025

PAGE 1

DATE 06/29/01

AS OF 06-30-01

| DATE | PAID ITEMS | CHECKS AMOUNT | ISSUES ITEMS | AMOUNT | STOPS ITEMS | PLACED AMOUNT | STOPS ITEMS | REMOVED AMOUNT | CANCELLED ITEMS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIOR | | .00 | | .00 | | .00 | | .00 | | .00 |
| 06-01-01 | 2 | 1,899.52 | | .00 | | .00 | 1 | .00 | | .00 |
| 06-04-01 | 1 | 2,555.53 | | .00 | | .00 | | .00 | | .00 |
| 06-05-01 | 1 | 840.03 | | .00 | | .00 | | .00 | | .00 |
| 06-06-01 | 1 | 2,956.38 | | .00 | | .00 | | .00 | | .00 |
| 06-11-01 | 2 | 837.81 | | .00 | | .00 | | .00 | | .00 |
| 06-12-01 | 2 | 6,292.35 | | .00 | | .00 | | .00 | | .00 |
| 06-13-01 | 1 | 238.73 | | .00 | | .00 | | .00 | | .00 |
| 06-14-01 | 3 | 2,218.06 | | .00 | | .00 | | .00 | | .00 |
| 06-15-01 | 1 | 636.18 | | .00 | | .00 | | .00 | | .00 |
| 06-18-01 | 2 | 6,813.10 | | .00 | | .00 | | .00 | | .00 |
| 06-19-01 | 3 | 1,562.15 | | .00 | | .00 | | .00 | | .00 |
| 06-20-01 | 1 | 401.30 | | .00 | | .00 | | .00 | | .00 |
| 06-25-01 | 1 | 395.03 | | .00 | | .00 | | .00 | | .00 |
| 06-26-01 | 1 | 813.89 | | .00 | | .00 | | .00 | | .00 |
| 06-27-01 | 1 | 1,514.90 | | .00 | | .00 | | .00 | | .00 |
| 06-28-01 | 1 | 1,138.92 | | .00 | | .00 | | .00 | | .00 |
| TOTALS | 24 | 31,114.68 | | .00 | | .00 | 1 | .00 | | .00 |

SMS565- 35

PAGE 1

BANK NO. 00000001    TEAM NO. 025

DATE 06/29/01

ACCOUNT NO. 2079900003615    WR GRACE & CO.-CONN    DIAGNOSTIC SUMMARY REPORT    025    PAID ONLY

AS OF 06-30-01

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | REPORT ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 5442 | 2,272.48 | 02-15-01 | | | | 1 | STOPPED ITEM |
| 14004 | 1,425.01 | 09-16-99 | | | | 1 | STOPPED ITEM |
| 14436 | 4,900.00 | 04-05-01 | | | | 1 | STOPPED ITEM |

| | TOTAL CNT | TOTAL AMOUNT |
|---|---|---|
| PAID NO ISSUE | 0 | .00 |
| CANCELED ISSUE | 0 | .00 |
| PAID NO ISSUE, LAST PERIOD | 3 | 8,597.49 |
| STOPPED ITEM | 0 | .00 |
| STOPPED, CHECK PRESENTED | 0 | .00 |
| FORCE POSTED ITEM | 0 | .00 |
| PREV PD-NO-ISS, ISSUE RECVD | 0 | .00 |
| PREV STOP, ISSUE RECEIVED | 0 | .00 |
| PREV CANCEL ISSUE RECEIVED | 0 | .00 |
| CANCELED ITEM NOT ISSUED | 0 | .00 |
| CANCELED WITH STOP | 0 | .00 |
| CANCELED WITH STOP, ISSUED | 0 | .00 |

# ACCOUNT RECONCILIATION PLAN

| BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|
| 1 | 207990000036615 | WR GRACE & CO.-CONN ATTN: CINDY LEE | 025 | 06-30-01 | 1 |

**TYPE OF REPORT:** PAID ONLY

| CHECK NUMBER | DATE PAID | PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | CHECK NUMBER | SEQUENCE NUMBER | DATE PAID | PAID | DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|
| 4  5442 | 021501 | 2,272.48 | 13508577 | | | | | | | |
| M  5443 TO 5572 | | | | | | | | | | |
| 5573 | 061201 | 5,366.95 | 13508577 | | | | 1599.52 | 0601 01 | | |
| M  5574 | | | | | | | 2855.82 | 04 04 01 | | |
| 5575 | 061801 | 3,406.95 | 13947265 | | | | 240.03 | 04 05 01 | | |
| M  5576 TO 5577 | | | | | | | 262.33 | 04 04 01 | | |
| 5578 | 081101 | 636.16 | 10663294 | | | | 337.81 | 04 11 01 | | |
| M  5579 TO 5582 | | | | | | | 692.35 | 06 12 01 | | |
| 5583 | 060501 | 840.03 | 14438399 | | | | 238.73 | 06 13 01 | | |
| 5584 | 061201 | 925.40 | 15863484 | | | | 2218.04 | 06 14 01 | | |
| ✓ 5585 | 061901 | 335.50 | 11779242 | | | | 636.18 | 06 15 01 | | |
| ✓ 5586 | 061301 | 238.79 | 11440242 | | | | 813.90 | 06 14 01 | | |
| ✓ 5587 | 061101 | 201.65 | 15305614 | | | | 152.15 | 06 19 01 | | |
| ✓ 5588 | 061901 | 964.81 | 17779580 | | | | 401.30 | 06 12 01 | | |
| ✓ 5589 | 061801 | 3,406.95 | 13947266 | | | | 395.03 | 06 25 01 | | |
| ✓ 5590 | 061501 | 636.18 | 12203288 | | | | 1.87 | 06 26 01 | | |
| ✓ 5591 | 061401 | 1,138.92 | 11823256 | | | | 1544.90 | 04 27 01 | | |
| M  5592 | | | | | | | 1138.92 | 04 26 01 | | |
| ✓ 5593 | 061401 | 108.26 | 16447263 | | | | | | | |
| ✓ 5594 | 061401 | 970.88 | 16447264 | | | | | | | |
| ✓ 5595 | 061901 | 261.84 | 11779241 | | | | | | | |
| ✓ 5596 | 062001 | 401.30 | 13318643 | | | | | | | |
| ✓ 5597 | 062601 | 813.89 | 15012248 | | | | | | | |
| M  5598 | | | | | | | | | | |
| ✓ 5599 | 062501 | 395.03 | 14413227 | | | | | | | |
| ✓ 5600 | 062701 | 1,514.90 | 19745910 | | | | | | | |
| M  5601 TO 5603 | | | | | | | | | | |
| ✓ 5604 | 062801 | 1,138.92 | 16860710 | | | | | | | |
| M  5605 TO 14003 | | | | | | | | | | |
| 4  14004 | 091699 | 1,425.01 | | | | | | | | |
| M  14005 TO 14435 | | | | | | | | | | |
| 4  14005 | 040501 | 4,900.00 | | | | | | | | |
| M  14436 TO 14455 | | | | | | | | | | |
| ✓ 14456 | 060401 | 2,555.53 | 17793309 | | | | | | | |
| ✓ 14457 | 060601 | 2,956.38 | 19295222 | | | | | | | |
| ✓ 14458 | 060101 | 1,119.13 | 18440820 | | | | | | | |
| ✓ 14459 | 060101 | 780.39 | 18429048 | | | | | | | |

| | | TOTAL PAID | |
|---|---|---|---|
| TOTAL O/S | | 31,114.68 | 24 GT |

*(handwritten notes)* go to check register / check / cleared from bankrec

## TYPE OF REPORT

UNPAID ONLY
PAID ONLY
CONSOLIDATED
SPECIAL

1 = OUTSTANDING ITEMS ONLY ON THIS REPORT
2 = PAID SAME AS ON THIS REPORT
3 = PAID & OUTSTANDING CHECKS ON SAME REPORT
4 = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD. NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED. OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD. OUTSTANDING MASTER STILL NOT RECEIVED.
M = MEMO ONLY. NOT ADDED TO TOTALS

## EXPLANATION OF CODES

4 = STOP PAYMENT IN EFFECT. CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT REMOVED. CHECK APPROVED FOR PAYMENT. NOT RETURNED
6 = FORCED POSTED ITEM DUPLICATE OR NO SERIAL #.
M = MISSING OUTSTANDING ITEM.

# Commercial Checking

01          2000006910969  072  130          0   32          4,903          ———   ———

W R GRACE & CO - CONN
ATTN: PATTY ELLIOT-GRAY
7500 GRACE DRIVE
COLUMBIA MD  21044

CB

---

# Commercial Checking

6/01/2001 thru 6/29/2001

Account number:          2000006910969
Account holder(s):       W R GRACE & CO - CONN

Taxpayer ID Number:      135114230

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $3,743.66 |
| **Closing balance 6/29** | **$3,743.66** |

# MERRILL LYNCH
## FUNDS FOR INSTITUTIONS

**Merrill Lynch**

P.O. BOX 8118, BOSTON, MA 02266-8118   (800) 225-1576

9 4

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4009

MERRILL LYNCH PREMIER INSTITUTIONAL FUND

Cumulative Statement for June 1 - 30, 2001

ACCOUNT NUMBER
318-3323735-8

FINANCIAL CONSULTANT
George L Perez
(--22N07G86)

ACCOUNT VALUE AS OF JUNE 30, 2001
$17,213,215.65

DIVIDENDS
| June 1 - 30, 2001 | Year To Date |
|---|---|
| $78,370.20 | $640,775.81 |

> *THE AVERAGE NET ANNUALIZED YIELD*
> *FOR THE MONTH OF JUNE WAS 4.17%.*

## ACCOUNT ACTIVITY

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $11,159,845.45 |
| 06/01/2001 | 06/01/2001 | Shares Purchased By Wire | $2,500,000.00 | $1.00 | $13,659,845.45 |
| 06/04/2001 | 06/04/2001 | Shares Purchased By Wire | $825,000.00 | $1.00 | $14,484,845.45 |
| 06/05/2001 | 06/05/2001 | Shares Purchased By Wire | $1,200,000.00 | $1.00 | $15,684,845.45 |
| 06/06/2001 | 06/06/2001 | Shares Purchased By Wire | $1,500,000.00 | $1.00 | $17,184,845.45 |
| 06/07/2001 | 06/07/2001 | Same Day Wire Redemption | $2,300,000.00 | $1.00 | $14,884,845.45 |
| 06/08/2001 | 06/08/2001 | Shares Purchased By Wire | $9,200,000.00 | $1.00 | $24,084,845.45 |
| 06/11/2001 | 06/11/2001 | Same Day Wire Redemption | $750,000.00 | $1.00 | $23,334,845.45 |
| 06/12/2001 | 06/12/2001 | Shares Purchased By Wire | $5,200,000.00 | $1.00 | $28,534,845.45 |
| 06/14/2001 | 06/14/2001 | Same Day Wire Redemption | $1,000,000.00 | $1.00 | $27,534,845.45 |
| 06/15/2001 | 06/15/2001 | Shares Purchased By Wire | $1,800,000.00 | $1.00 | $29,334,845.45 |
| 06/18/2001 | 06/18/2001 | Shares Purchased By Wire | $1,500,000.00 | $1.00 | $30,834,845.45 |
| 06/19/2001 | 06/19/2001 | Shares Purchased By Wire | $1,500,000.00 | $1.00 | $32,334,845.45 |
| 06/21/2001 | 06/21/2001 | Same Day Wire Redemption | $3,800,000.00 | $1.00 | $28,534,845.45 |
| 06/22/2001 | 06/22/2001 | Same Day Wire Redemption | $8,600,000.00 | $1.00 | $19,934,845.45 |
| 06/25/2001 | 06/25/2001 | Shares Purchased By Wire | $5,400,000.00 | $1.00 | $25,334,845.45 |
| 06/26/2001 | 06/26/2001 | Shares Purchased By Wire | $2,000,000.00 | $1.00 | $27,334,845.45 |
| 06/27/2001 | 06/27/2001 | Shares Purchased By Wire | $2,200,000.00 | $1.00 | $29,534,845.45 |
| 06/28/2001 | 06/28/2001 | Same Day Wire Redemption | $8,000,000.00 | $1.00 | $21,534,845.45 |

512404

Account Number  318-3323735-8     (page 1 of 2)




MLM. *91160* 3031352012.00187.12530.CNSMLM01.INVMWW.....MLM.......000057826

**MERRILL LYNCH**
**FUNDS FOR INSTITUTIONS**

**Merrill Lynch**

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

MERRILL LYNCH PREMIER INSTITUTIONAL FUND

Cumulative Statement for June 1 - 30, 2001

ACCOUNT NUMBER
318-3323735-8

## ACCOUNT ACTIVITY

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 06/28/2001 | 06/28/2001 | Same Day Wire Redemption | $6,000,000.00 | $1.00 | $15,534,845.45 |
| 06/29/2001 | 06/29/2001 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $17,134,845.45 |
| 06/30/2001 | 06/30/2001 | Dividend Reinvest | $78,370.20 | $1.00 | $17,213,215.65 |
| | | Ending Balance | | | $17,213,215.65 |

512405

 

MLM_-912104-3031352012.00188.12531.CNSML.M01.INVMWW.........MLM.....000057828



# Commercial Jumbo Money Market Investment

01     2090003135045  036  130         0    50         55,340

ldlllllllllllllllllllllllllllllllllllllll
W.R. GRACE & CO.-SBA ACCT
5400 BROKEN SOUND BLVD NW #BX-5050           CB
BOCA RATON FL  33487-3511

---

# Commercial Jumbo Money Market Investment          6/01/2001 thru 6/29/2001

Account number:        2090003135045
Account holder(s):     W.R. GRACE & CO.-SBA ACCT          *C1980718  Dormant status request*

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $163,273.78 |
| Interest paid | 466.10 + |
| Other withdrawals and service fees | 15.00 - |
| **Closing balance 6/29** | **$163,724.88** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/29 | 466.10 | INTEREST FROM 06/01/2001 THROUGH 06/29/2001 |
| **Total** | **$466.10** | |

## Interest

| | |
|---|---|
| Number of days this statement period | 29 |
| Annual percentage yield earned | 3.65% |
| Interest earned this statement period | $466.10 |
| Interest paid this statement period | $466.10 |
| Interest paid this year | $3,570.94 |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/11 | 15.00 | COMMERCIAL SERVICE CHARGES FOR MAY 2001 |
| **Total** | **$15.00** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 6/11 | 163,258.78 | 6/29 | 163,724.88 | | |

The Chase Manhattan Bank

# CHASE

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUN 2001
Statement End Date: 29 JUN 2001
Statement Code: S00-USA-22
Statement No: 012

Page 1 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 33 | 71,681,873.20 |
| Total Debits (incl. checks) | 62 | 71,753,406.43 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| | Opening (16 JUN 2001) | | Closing (29 JUN 2001) | |
|---|---|---|---|---|
| | Ledger | 538,430.51 | Ledger | 466,897.28 |

### ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

#### LEDGER BALANCES

| Date | Amount |
|---|---|
| 18JUN | 493,596.19 |
| 19JUN | 575,546.22 |
| 20JUN | 260,151.63 |
| 21JUN | 421,021.24 |
| 22JUN | 786,578.21 |
| 22JUN | 504,512.09 |
| 25JUN | 618,102.48 |
| 26JUN | 499,567.59 |
| 27JUN | 468,219.14 |
| 28JUN | 466,897.28 |
| 29JUN | |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS



**18JUN** 18JUN USD YOUR: O/B WACHOVIA WIN
OUR: 0121308169FF
435,399.00
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:22
IMAD: 0618EAQFT11A000620

**18JUN** 18JUN USD YOUR: O/B BKAM IL CGO
OUR: 0095001169FF
2,736,205.74
FEDWIRE CREDIT
VIA: BANK OF AMERICA CHICAGO
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B BKAM IL CGO
DBI=HOWT BBI=/TIME/10:50
IMAD: 0618Q1QFGY2C000201

**19JUN** 19JUN USD YOUR: O/B BKAM IL CGO
OUR: 0094103170FF
1,840,417.66
FEDWIRE CREDIT
VIA: BANK OF AMERICA CHICAGO
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B BKAM IL CGO

**FT CODE:**

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR
IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR
AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT
YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

The Chase Manhattan Bank

**CHASE**

# Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUN 2001
Statement End Date: 29 JUN 2001
Statement Code: S00-USA-22
Statement No: 012
Page 2 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 19JUN | 19JUN | USD YOUR: O/B WACHOVIA WIN OUR: 0106908170FF | | 3,102,408.00 | OBI=HOWT BBI=/TIME/11:06 IMAD: 0619GIQFGY2C000261 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100694 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160011257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:25 |
| 20JUN | 20JUN | USD YOUR: O/B BKAM IL CGO OUR: 0090103171FF | | 411,602.21 | IMAD: 0619EAQFTIIA000673 FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160011257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:47 |
| 20JUN | 20JUN | USD YOUR: O/B WACHOVIA WIN OUR: 0068007171FF | | 1,979,956.00 | IMAD: 0620GIQFGY2C000314 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100694 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160011257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:01 |
| 21JUN | 21JUN | USD YOUR: PA010621-2947 OUR: 0098502172FF | | 22,200.34 | IMAD: 0620EAQFTIIA000494 FEDWIRE CREDIT VIA: BANKERS TRUST COMPANY /021001033 B/O: A AND M MINERALS AND METALS LT LONDON EC2M 4SQ REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160011257 RFB=PA010621-2947 OB I=FEES DEDUCTED $26.00 RETURN DUPLI IMAD: 0621BIQ838SC003346 |
| 21JUN | 21JUN | USD YOUR: O/B WACHOVIA WIN OUR: 0123008172FF | | 271,051.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO |

The Chase Manhattan Bank

# CHASE

## Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | In US Dollars |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 JUN 2001 |
| Statement End Date: | 29 JUN 2001 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |
| | Page 3 of 17 |

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 21JUN | | 21JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0089114172FF | 1,446,441.48 | /053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160125? RFB=0/B WACHOVIA WIN<br>BBI=/TIME/11:37<br>IMAD: 0621EAQFF11A00781<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039 |
| 21JUN | | 21JUN | | USD YOUR: MAESTRO OUR: 0374703172FF | 3,800,000.00 | B/O: W R GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160125? RFB=0/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:48<br>IMAD: 0621GJFGY2C000418<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028 |
| 22JUN | | 22JUN | | USD OUR: 0012160114XF | 315,588.00 | B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160125? RFB=MAESTRO OBI=FUND<br>-31B-01-S MI PREMIER FUND BBI=/T<br>IMAD: 0621AIQ002CC00137?0<br>AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 00032307907S |
| 22JUN | | 22JUN | | USD YOUR: 6008172125360001 OUR: 0833700173FC | 833,722.56 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-000160012S<br>7 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0052962 |
| 22JUN | | 22JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0205402173FF | 1,047,320.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO |

The Chase Manhattan Bank

# CHASE

## Statement of Account

**In US Dollars**

016-001257
16 JUN 2001
29 JUN 2001
S00-USA-22
012
Page 4 of 17

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | COLUMBIA MD 21044 | | |
| 22JUN | | 22JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0092509173FF | 1,594,735.46 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/13:01 IMAD: 0622EAQFTI1A001087 FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 | | |
| 22JUN | | 22JUN | | USD YOUR: MAESTRO OUR: 0384901173FF | 8,600,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:49 IMAD: 0622GIQFGY2C000293 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-409 | | |
| 25JUN | | 25JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0072513176FF | 1,231,425.94 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=MAESTRO OBI=FUND -318-P 1-51-ML PREMIER FUND BBI=/T IMAD: 0622AIQ002CC001359 FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 | | |
| 25JUN | | 25JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0057201176FF | 1,541,489.71 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:29 IMAD: 0625GIQFGY2C000204 FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 | | |

The Chase Manhattan Bank

# CHASE

## Statement of Account

Account No: 016-001257
Statement Start Date: 16 JUN 2001
Statement End Date: 29 JUN 2001
Statement Code: S00-USA-22
Statement No: 012
Page 5 of 17

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

| Ledger Date | Adj.Ledger Date | Value Date | F. | References | Credit / Debit | Description | Closing/Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 25JUN | | 25JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0098614176FF | 2,430,913.00 | OBI=HOWT BBI=/TIME/09:52<br>IMAD: 0625G1QFGY2C000108<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:06 | | |
| 25JUN | | 25JUN | | USD YOUR: 600817612921001 OUR: 3435600176FC | 4,530,711.62 | IMAD: 0625EAQFTI1A000579<br>CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-0000160 0125<br>7 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0197279 | | |
| 26JUN | | | | USD OUR: 003075011 4XF | 3,183.97 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 00323881963 | | |
| 26JUN | | | | USD YOUR: O/B FIRST UNION OUR: 0318114177FF | 209,854.03 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B FIRST UNION<br>BBT=/TIME/15:48 | | |
| 26JUN | | | | USD YOUR: O/B BKAM IL CGO OUR: 0081607177FF | 2,251,735.40 | IMAD: 0626F3GCAA1C001578<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBT=/TIME/10:48<br>IMAD: 0626G1QFGY2C000206 | | |

The Chase Manhattan Bank

**◢ CHASE**

## Statement ● Account

|  | Account No: | 016-001257 |
|---|---|---|
|  | Statement Start Date: | 16 JUN 2001 |
|  | Statement End Date: | 29 JUN 2001 |
|  | Statement Code: | S00-USA-22 |
|  | Statement No: | 012 |

In US Dollars

Page  6  of  17

```
┌
  W.R. GRACE AND COMPANY
  SYRACUSE FUNDING ACCOUNT
  ATT:MARY BOUCHARD
  62 WHITTEMORE AVENUE
  CAMBRIDGE MA  02140
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit./Debit. | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 26JUN | | 26JUN | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0153201177FF | 4,126,120.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:33<br>IMAD: 0626EAQFTI1A000849 |  |  |
| 27JUN | | | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0179407178FF | 972,170.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:43<br>IMAD: 0627EAQFTI1A001015 |  |  |
| 27JUN | | | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0129709178FF | 2,563,271.18 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CG0<br>OBI=HOWT BBI=/TIME/11:46<br>IMAD: 0627O1GFGY2C000526 |  |  |
| 27JUN | | | USD | YOUR: TEBC OF 01/06/27<br>OUR: 1376200178JB | 4,701,287.27 | BOOK TRANSFER CREDIT<br>B/O: GRACE INTERNATIONAL HOLDINGS,I<br>CAMBRIDGE MA 02140-<br>REF: REPAYMENT OF LOAN TO CONN |  |  |
| 28JUN | | | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0135313179FF | 477,508.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:34<br>IMAD: 0628EAQFTI1A000765 |  |  |

The Chase Manhattan Bank

CHASE

# Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUN 2001
Statement End Date: 29 JUN 2001
Statement Code: S00-USA-22
Statement No: 012
Page 7 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 28JUN | 28JUN | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0098603179FF | 1,208,077.11 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11.06<br>IMAD: 0628GIQGF8Y2C000659 |
| 28JUN | 28JUN | USD | YOUR: MAESTRO<br>OUR: 0202407179FF | 6,000,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-409<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND<br>-31B-P1-9I3ML PREMIER FUND BBI=/T<br>IMAD: 0628AIQ002IC000790 |
| 28JUN | 28JUN | USD | YOUR: MAESTRO<br>OUR: 0380603179FF | 8,000,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-409<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND<br>-31B-01-9I3ML PREMIER FUND BBI=/T<br>IMAD: 0628AIQ002CCC001477 |
| 29JUN | 29JUN | USD | YOUR: 0000000000000022<br>OUR: 0481702180FF | 595,594.00 | FEDWIRE CREDIT<br>VIA: PNC BANK, NA PHILADELPHIA<br>/031000053<br>B/O: DEP INSTITUTIONAL<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=0000000000000022<br>BBI=/TIME/15:26<br>IMAD: 0629D3QCI2GC001577 |
| 29JUN | 29JUN | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0169201180FF | 1,067,132.52 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140 |

The Chase Manhattan Bank

# CHASE

## Statement ● Account

**In US Dollars**

| Account No: | 016-001257 |
| Statement Start Date: | 16 JUN 2001 |
| Statement End Date: | 29 JUN 2001 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page  8  of  17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 29JUN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0218803180FF | 1,334,352.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:12<br>IMAD: 0629O1QFGYZC000552<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA, MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:54<br>IMAD: 0629EAQFTIIA001100 | | |

## DEBITS

| | | 18JUN | | USD YOUR: SEE WIRE<br>OUR: 1117500169JB | 56,992.70 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: ICI AMERICAS, INC<br>X<br>REF: 1ST QUARTER 2001 PMT FOR ROYAL<br>TIES 28680000<br>SSN: 0245346 | | |
| | | 18JUN | | USD YOUR: SEE WIRE<br>OUR: 0380800169JB | 59,446.36 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| | | 18JUN | | USD YOUR: SEE WIRE<br>OUR: 1085600169JB | 1,500,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:38<br>IMAD: 0618B1QGC03C003910 | | |
| | | 18JUN | | USD YOUR: HOWT-FUCD<br>OUR: 1085900169JB | 1,600,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374 | | |

The Chase Manhattan Bank

**CHASE**

**Statement ● Account**

**In US Dollars**

| Account No: | 016-001257 |
|---|---|
| Statement Start Date: | 16 JUN 2001 |
| Statement End Date: | 29 JUN 2001 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 9 of 17

```
W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140
```

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | |
| 19JUN | | 19JUN | USD | YOUR: SEE WIRE<br>OUR: 0638500170JB | 62,966.91 | -3448/TIME/15:38<br>IMAD: 0618B1QGC03C003909<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO  CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 19JUN | | 19JUN | USD | YOUR: SEE WIRE<br>OUR: 0639200170JB | 797,908.72 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/13:21<br>IMAD: 0619B1QGC06C002489 |
| 19JUN | | 19JUN | USD | YOUR: SEE WIRE<br>OUR: 1048600170JB | 1,500,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:04<br>IMAD: 0619B1QGC03C003746 |
| 19JUN | | 19JUN | USD | YOUR: HOWT-FUCD<br>OUR: 1048700170JB | 2,500,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R GRACE AND CO.<br>CHARLOTTE NC<br>REF: DII1 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:04<br>IMAD: 0619B1QGC02C003758 |
| 20JUN | | 20JUN | USD | YOUR: SEE WIRE<br>OUR: 0964100171JB | 1,044.00 | FEDWIRE DEBIT<br>VIA: BK AMERICA FL<br>/063100277<br>A/C: ZULETA GARRIDO ARAQUE + JARAMI<br>INTL BANKING, MIAMI, FL 33131<br>REF: LEGAL EXPENSES-MAY 2001 721400<br>00-5200135<br>IMAD: 0620B1QGC03C003948 |
| 20JUN | | 20JUN | USD | YOUR: SEE WIRE<br>OUR: 0963800171JB | 2,498.25 | BOOK TRANSFER DEBIT<br>A/C: BANK OF NEW YORK AS TTEE & BAN<br>LIMA 12 PERU<br>REF: PMT OF INVOICE 001-000220 BEHA<br>LF OFGRACE DAVISON |

Closing Balances
Date      Amount

The Chase Manhattan Bank

**CHASE**

# Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Account No: | 016-001257 |
| Statement Start Date: | 16 JUN 2001 |
| Statement End Date: | 29 JUN 2001 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 10 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 20JUN | | 20JUN | USD | YOUR: SEE WIRE<br>OUR: 0362800171JB | 39,685.42 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 20JUN | | 20JUN | USD | YOUR: SEE WIRE<br>OUR: 0362900171JB | 163,725.13 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO<br>ATTN FPRS (HOURLY)<br>REF: WEEK ENDING 6/18/01 CPD/DAVISO<br>N | | |
| 20JUN | | 20JUN | USD | YOUR: HOWT-FUCD<br>OUR: 0964300171JB | 2,500,000.00 | SSN: 0207598<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W R GRACE AND CO.<br>CHARLOTTE NC<br>REF: 011E 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:25 | | |
| 21JUN | | 21JUN | USD | YOUR: SEE WIRE<br>OUR: 1301000172JB | 2,603.00 | IMAD: 0620B1QGC07C004132<br>FEDWIRE DEBIT<br>VIA: CITIBANK NYC<br>/021000089<br>A/C: BANCO DE OCCIDENTE<br>CALI, COLOMBIA<br>BEN: ALVARO BELTRAN FEGED | | |
| 21JUN | | 21JUN | USD | OUR: 0032210114XF | 7,698.25 | REF: GEN EXP-MARCH/APRIL/MAY 2001 7<br>342000,73600025,73600000,73700000<br>IMAD: 0621B1QGC06C004660<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 | | |
| 21JUN | | 21JUN | USD | YOUR: SEE WIRE<br>OUR: 0428400172JB | 64,263.07 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 21JUN | | 21JUN | USD | YOUR: ACH OF 01/06/21<br>OUR: 0013100172HP | 104,258.89 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 21JUN | | 21JUN | USD | YOUR: HOWT-FUCD<br>OUR: 1301100172JB | 5,200,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219 | | |

The Chase Manhattan Bank

◤ CHASE

# Statement of Account

|  |  |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 JUN 2001 |
| Statement End Date: | 29 JUN 2001 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

**In US Dollars**

Page 11 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 22JUN | 22JUN | USD YOUR: 2400-24<br>OUR: 1336600173JB | 2,535.62 | A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:07<br>IMAD: 0621B1QGC08C005156 |
| 22JUN | 22JUN | USD OUR: 0031350114XF | 8,002.01 | BOOK TRANSFER DEBIT<br>A/C: D00224630680<br>XKALLAY (708)820-7742, GRPGUL<br>REF: EMPLOYEE GUL CONTRIBUTIONS FOR<br>MAY 2001<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 |
| 22JUN | 22JUN | USD YOUR: SEE WIRE<br>OUR: 0466700173JB | 48,819.64 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 22JUN | 22JUN | USD YOUR: HOWT-CHASE<br>OUR: 0466900173JB | 54,025.26 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT |
| 22JUN | 22JUN | USD YOUR: 0018028822000A<br>OUR: 1335100173JB | 60,038.28 | FEDWIRE DEBIT<br>VIA: CAROLINA FIR GRNVL<br>/053201885<br>A/C: THE METASA GROUP, INC. AGENCY<br>(803) 343-2112<br>REF: FSA MONTHLY EMPLOYEE CONTRIBUT<br>IONS |
| 22JUN | 22JUN | USD YOUR: ACH OF 01/06/22<br>OUR: 0007300173HP | 140,823.00 | IMAD: 0622B1QGC04C004662<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- |
| 22JUN | 22JUN | USD YOUR: SEE WIRE<br>OUR: 1335700173JB | 497,329.99 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: /D500000016439<br>X<br>BEN: W R GRACE + CO.<br>X<br>REF: MARILYN RAMJOHN - CMG/BSG VA32<br>71/TIME/17:13<br>IMAD: 0622B1QGC02C004722 |
| 22JUN | 22JUN | USD YOUR: SEE WIRE<br>OUR: 0466400173JB | 2,545,309.25 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113 |