# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079900016741 | WR GRACE CAMBRIDGE | 008 | 06-30-01 | 5 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59403 | 2,196.83 | | 062801 | 062601 | 16843813 | | | | | | | | |
| 59404 | 2,106.42 | | 062801 | 062601 | 16829047 | | | | | | | | |
| 59406 | 1,325.65 | | 062801 | 062601 | 16801322 | | | | | | | | |
| 59407 | 1,165.12 | | 062801 | 062601 | 16799008 | | | | | | | | |
| 59439 | 122.91 | | 062901 | 062801 | 10652834 | | | | | | | | |
| 59444 | 115.44 | | 062901 | 062801 | 10642400 | | | | | | | | |
| 900410 | 464.64 | | 060801 | | 12214559 | | | | | | | | |
| 900441 | 2,853.16 | | 061401 | | 11323166 | | | | | | | | |
| 900442 | 2,216.05 | | 060101 | | 10854787 | | | | | | | | |
| 900443 | 1,727.80 | | 060101 | | 13447628 | | | | | | | | |
| 900444 | 3,467.08 | | 062001 | | 13315090 | | | | | | | | |
| 900445 | 1,465.06 | | 060701 | | 19742600 | | | | | | | | |
| 900446 | 986.71 | | 061301 | | 16403793 | | | | | | | | |
| 900447 | 1,985.35 | | 061801 | | 11230557 | | | | | | | | |
| 900448 | 3,266.57 | | 061501 | | 16773620 | | | | | | | | |
| 900449 | 318.76 | | 061501 | | 16773621 | | | | | | | | |
| 900474 | 4,250.32 | | 062701 | | 16531632 | | | | | | | | |
| | PAID | | 406,598.98 | | | 417GT | | | | | | | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED.
        MEMO ONLY, NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 = STOP PAYMENT IN EFFECT. CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT. CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | BANK NO. | CUST-ACCOUNT NO. | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| UNPAID ONLY | | 1 | 207990016741 | | WR GRACE CAMBRIDGE | | 008 | 06-30-01 | 1 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2584 | | 88.05 | | 110795 | | L&N | | 26733 | | 1,607.14 | | 030698 | | L&N |
| 3265 | | 452.84 | | 112295 | | JZG | | 26797 | | 321.75 | | 030698 | | L&N |
| 3341 | | 291.64 | | 113095 | | JZG | | 26964 | | 249.28 | | 030698 | | L&N |
| 3424 | | 111.72 | | 120795 | | L&A | | 27421 | | 1,050.13 | | 040798 | | L&N |
| 3635 | | 3,984.09 | | 120795 | | L&N | | 27438 | | 145.88 | | 040798 | | L&N |
| 3678 | | 161.50 | | 120795 | | L&N | | 28149 | | 531.23 | | 050798 | | L&N |
| 3806 | | 221.10 | | 120795 | | JZG | | 28424 | | 1,097.49 | | 052298 | | L&N |
| 4315 | | 1,588.74 | 052501 | | | | | 29528 | | 154.78 | | 070798 | | L&N |
| 6366 | | 78.96 | | 022996 | | JZG | | 29642 | | 381.54 | | 070998 | | JZG |
| 6378 | | 195.34 | | 022996 | | JZG | | 30067 | | 211.55 | | 073098 | | JZG |
| 7211 | | 195.33 | | 030796 | | JZG | | 30505 | | 87.62 | | 081398 | | JZG |
| 7308 | | 432.91 | | 032296 | | L&A | | 31854 | | 3,847.18 | | 102298 | | L&A |
| 7902 | | 908.80 | 021501 | 040596 | | L&N | | 32768 | | 1,650.37 | | 120798 | | L&N |
| 8514 | | 248.95 | | 042296 | | L&A | | 32782 | | 156.63 | | 120798 | | L&N |
| 8950 | | 13.64 | | 050796 | | B&U | | 34568 | | 1,095.84 | | 030599 | | L&N |
| 9339 | | 211.87 | | 051696 | | XCS | | 34660 | | 1,538.22 | | 030599 | | L&N |
| 9340 | | 838.36 | | 051696 | | XCS | | 34775 | | 1,932.95 | | 030599 | | JZG |
| 10796 | | 856.66 | | 070596 | | B&U | | 34888 | | 578.50 | | 030599 | | L&N |
| 11007 | | 46.03 | | 072296 | | L&N | | 34914 | | 3,777.58 | | 030599 | | L&N |
| 11195 | | 17.89 | | 072296 | | B&U | | 35258 | | 143.04 | | 030899 | | L&N |
| 11757 | | 247.40 | | 080896 | | XCS | | 35426 | | 737.73 | | 030899 | | L&N |
| 12101 | | 29.20 | | 090696 | | L&A | | 35881 | | 301.96 | | 040199 | | JZG |
| 12436 | | 18.45 | | 092096 | | L&A | | 36586 | 4 | 838.70 | 070899 | 050799 | | JZG |
| 12955 | | 147.14 | | 100796 | | B&U | | 36747 | | 303.70 | | 051399 | | JZG |
| 13481 | | 585.90 | | 110796 | | L&N | | 36896 | | 57.33 | | 052199 | | JZG |
| 13763 | | 674.70 | | 112296 | | L&A | | 37289 | | 140.36 | | 061099 | | JZG |
| 14561 | | 303.68 | | 122096 | | L&N | | 37642 | | 369.81 | | 112499 | | L&N |
| 14654 | | 236.61 | | 122696 | | JZG | | 37656 | 4 | 486.67 | | 042000 | | |
| 15474 | | 829.20 | | 020797 | | L&A | | 37683 | | 323.12 | | 080300 | | L&A |
| 16231 | | 2,554.23 | | 030797 | | L&N | | 37684 | | 335.06 | | 080300 | | JZG |
| 16701 | | 3,472.68 | | 030697 | | L&A | | 37685 | | 172.41 | | 080300 | | L&N |
| 16850 | | 274.46 | | 030697 | | L&A | | 37686 | | 269.13 | | 080300 | | L&N |
| 16950 | | 2.60 | | 030697 | | B&U | | 37687 | | 90.62 | | 080300 | | L&N |
| 17124 | | 114.42 | | 030697 | | L&N | | 37688 | 5 | 483.00 | | 080300 | | L&N |
| 17423 | | 1,393.42 | | 032197 | | B&U | | 38216 | | 360.13 | 081799 | 072299 | | L&N |
| 17903 | | 204.39 | | 040397 | | JZG | | 38887 | 4 | 415.57 | 090999 | 082699 | | JZG |
| 17911 | | 125.23 | | 040397 | | JZG | | 39323 | | 268.92 | | 092499 | | L&N |
| 18054 | | 250.90 | | 042297 | | L&N | | 39380 | 4 | 273.33 | | 092499 | | L&N |
| 18119 | | 24.36 | | 042297 | | L&A | | 39727 | | 310.19 | 102699 | 102199 | | JZG |
| 18330 | | 909.24 | | 050797 | | L&N | | 40009 | | 143.37 | | 111299 | | L&N |
| 19124 | | 169.76 | | 060697 | | L&A | | 40688 | | 511.12 | | 120999 | | JZG |
| 22072 | | 1,390.70 | | 092297 | | JZG | | 41535 | 4 | 1,127.27 | 020100 | 012600 | | L&N |
| 22132 | | 146.90 | | 091897 | | L&N | | 41558 | | 3,482.90 | | 012600 | | L&N |
| 22797 | | 379.80 | | 102397 | | JZG | | 41559 | | 430.19 | | 012600 | | L&N |
| 23744 | | 153.38 | | 120597 | | L&N | | 41839 | | 586.00 | | 021100 | | L&N |
| 25082 VOID | | .00 | 052501 | | | | | 42074 | | 510.53 | | 022300 | | JZG |
| 25534 | | 188.70 | | 020598 | | JZG | | 42202 | 4 | 649.94 | 031600 | | | |
| 26090 | | 134.83 | | 030698 | | L&N | | 42203 | 4 | 961.31 | 031600 | | | |
| 26165 | | 1,446.95 | | 030698 | | L&A | | 42204 | 5 | 490.11 | 031600 | | | |
| 26293 | | 612.29 | | 030698 | | L&N | | 42704 | 4 | 300.47 | 062000 | 061400 | | JZG |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY. NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT. CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT. CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST. ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 207990016741 | WR GRACE CAMBRIDGE | 008 | 06-30-01 | 2 |

| | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 43361 | | 2.79 | | 091300 | | | | 57368 | | .52 | | 021501 | | |
| 4 | 43384 | | 386.71 | | 092000 | | | 4 | 57512 | | 964.45 | 022701 | 022601 | | JZG |
| 4 | 43448 | | 102.87 | 100600 | 100400 | | | | 57860 | | 40.25 | | 032201 | | JZG |
| 4 | 43635 | | 381.77 | 112800 | 112200 | | | | 57979 | | 883.32 | | 032601 | | JZG |
| 4 | 51787 | | 1,004.44 | 030300 | 022500 | | | | 58066 | | 2,163.14 | | 032601 | | |
| | 51875 | | 1,622.62 | | 022500 | | | | 58080 | | 1,373.77 | | 032501 | | |
| 4 | 52382 | | 9,694.18 | 032400 | 030700 | | | | 58128 | | 44.36 | | 032901 | | |
| | 52469 | | 322.80 | | 030700 | | | | 58141 | | 301.14 | | 032901 | | |
| | 52549 | | 1,576.66 | | 030700 | | | 5 | 58285 | | 1,173.68 | 042401 | 041201 | | |
| | 52558 | | 543.50 | | 030700 | | | 4 | 58311 | | 2,453.75 | 042401 | 041201 | | |
| | 52681 | | 863.76 | | 030700 | | | | 58358 | | 2.46 | | 041901 | | |
| 4 | 52683 | | 1,239.94 | 033000 | 030700 | | | 4 | 58461 | | 1,099.51 | 050201 | 042601 | | |
| | 52709 | | 508.41 | | 030700 | | | 4 | 58465 | | 1,173.68 | 051101 | 042601 | | |
| 4 | 53189 | | 547.54 | 041100 | | | | 4 | 58466 | | 1,173.70 | 051101 | 042601 | | |
| | 53202 | | 1,520.07 | | 030700 | | | | 58728 | | 2,288.03 | | 051101 | | |
| 4 | 53688 | | 1,716.50 | 042700 | 042600 | | | | 58753 | | 1,828.21 | 051401 | 051101 | | |
| | 53954 | | 449.48 | | 052600 | | | | 58805 | | 290.65 | | 052401 | | |
| 4 | 54729 | | 1,377.09 | | 072600 | | | | 58862 | | 1,026.20 | | 052501 | | |
| 4 | 55263 | | 1,826.06 | 092100 | 091200 | | | | 58912 | | 986.71 | 060701 | 052501 | | |
| 4 | 55842 | | 1,096.15 | 103100 | 102600 | | | | 58987 | | 377.20 | | 060701 | | |
| | 55971 | | 748.64 | 112800 | 111000 | | | | 59084 | | 1,026.20 | | 061201 | | |
| 4 | 56010 | | 1,452.83 | 111300 | 111000 | | | | 59092 | | 722.84 | | 061201 | | |
| | 56012 | | 1,018.36 | | 111000 | | | | 59104 | | 2,399.45 | | 061201 | | |
| | 55597 | | 1,299.42 | | 122200 | | | | 59136 | | 723.01 | | 061201 | | |
| 4 | 56613 | | 642.63 | 122700 | 122200 | | | | 59150 | | 16,840.40 | | 061201 | | |
| | 56932 | | 382.97 | | 012501 | | | | 59158 | | 2,288.02 | | 061201 | | |
| | 56933 | | 270.37 | | 012501 | | | | 59167 | | 1,189.75 | | 061201 | | |
| | 56934 | | 597.79 | | 012501 | | | | 59181 | | 377.18 | | 061401 | | |
| | 56935 | | 244.09 | | 012501 | | | | 59186 | | 646.55 | | 061401 | | |
| | 56936 | | 251.38 | | 012501 | | | | 59215 | | 257.73 | | 062101 | | |
| | 56937 | | 86.59 | | 012501 | | | | 59217 | | 458.13 | | 062101 | | |
| | 56938 | | 364.20 | | 012501 | | | | 59221 | | 483.22 | | 062101 | | |
| | 56940 | | 433.31 | | 012501 | | | | 59222 | | 154.88 | | 062101 | | |
| | 56942 | | 232.59 | | 012501 | | | | 59225 | | 273.04 | | 062101 | | |
| | 56947 | | 312.64 | | 012501 | | | | 59233 | | 573.18 | | 062101 | | |
| | 56948 | | 224.18 | | 012501 | | | | 59239 | | 552.82 | | 062101 | | |
| | 56950 | | 478.49 | | 012501 | | | | 59241 | | 565.98 | | 062101 | | |
| | 56953 | | 351.98 | | 012501 | | | | 59242 | | 565.98 | | 062101 | | |
| | 56954 | | 274.94 | | 012501 | | | | 59245 | | 525.83 | | 062101 | | |
| | 56955 | | 414.72 | | 012501 | | | | 59255 | | 254.47 | | 062101 | | |
| | 56956 | | 378.42 | | 012501 | | | | 59257 | | 729.73 | | 062101 | | |
| | 56957 | | 198.88 | | 012501 | | | | 59258 | | 1,012.93 | | 062101 | | |
| | 56958 | | 179.66 | | 012501 | | | | 59261 | | 756.63 | | 062601 | | |
| | 56961 | | 198.26 | | 012501 | | | | 59262 | | 2,196.58 | | 062601 | | |
| | 56962 | | 198.26 | | 012501 | | | | 59265 | | 555.34 | | 062601 | | |
| | 56963 | | 305.63 | | 012501 | | | | 59266 | | 698.17 | | 062601 | | |
| | 56964 | | 290.17 | | 012501 | | | | 59267 | | 1,227.51 | | 062601 | | |
| | 56965 | | 705.91 | | 012501 | | | | 59268 | | 1,243.98 | | 062601 | | |
| | 56967 | | 180.33 | | 012501 | | | | 59268 | | 2,295.92 | | 062601 | | |
| 4 | 57318 | | 1,272.78 | 022101 | 021201 | | | | 59276 | | 1,171.64 | | 062601 | | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 : CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 : FORCED POSTED ITEM DUPLICATE OR NO SERIAL #.
M : MISSING (OUTSTANDING) ITEM.

1338 02/

| TYPE OF REPORT | | | BANK NO. | CUST.ACCOUNT NO. | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| UNPAID ONLY | | | 1 | 207990016741 | | WR GRACE CAMBRIDGE | | | 06-30-01 | 3 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59277 | | 2,107.52 | | 062601 | | | 59368 | | 691.56 | | 062601 | | |
| 59278 | | 1,465.45 | | 062601 | | | 59369 | | 1,690.38 | | 062601 | | |
| 59280 | | 956.47 | | 062601 | | | 59370 | | 1,677.97 | | 062601 | | |
| 59282 | | 939.11 | | 062601 | | | 59371 | | 1,664.52 | | 062601 | | |
| 59283 | | 1,811.31 | | 062601 | | | 59372 | | 1,664.23 | | 062601 | | |
| 59284 | | 2,087.83 | | 062601 | | | 59373 | | 1,520.64 | | 062601 | | |
| 59287 | | 2,058.05 | | 062601 | | | 59374 | | 1,743.20 | | 062601 | | |
| 59289 | | 1,109.81 | | 062601 | | | 59375 | | 1,547.05 | | 062601 | | |
| 59291 | | 1,071.98 | | 062601 | | | 59376 | | 1,788.50 | | 062601 | | |
| 59293 | | 1,414.39 | | 062601 | | | 59377 | | 1,556.90 | | 062601 | | |
| 59294 | | 2,744.87 | | 062601 | | | 59378 | | 1,704.86 | | 062601 | | |
| 59297 | | 1,291.84 | | 062601 | | | 59379 | | 2,333.54 | | 062601 | | |
| 59300 | | 1,399.83 | | 062601 | | | 59380 | | 2,281.52 | | 062601 | | |
| 59304 | | 1,250.09 | | 062601 | | | 59382 | | 862.36 | | 062601 | | |
| 59305 | | 1,405.50 | | 062601 | | | 59383 | | 836.56 | | 062601 | | |
| 59308 | | 1,186.68 | | 062601 | | | 59384 | | 1,272.78 | | 062601 | | |
| 59309 | | 1,107.25 | | 062601 | | | 59385 | | 1,742.68 | | 062601 | | |
| 59311 | | 1,598.90 | | 062601 | | | 59386 | | 1,767.48 | | 062601 | | |
| 59312 | | 1,669.71 | | 062601 | | | 59387 | | 2,288.04 | | 062601 | | |
| 59315 | | 990.25 | | 062601 | | | 59388 | | 2,600.02 | | 062601 | | |
| 59316 | | 924.44 | | 062601 | | | 59389 | | 1,013.12 | | 062601 | | |
| 59317 | | 1,498.29 | | 062601 | | | 59390 | | 966.75 | | 062601 | | |
| 59318 | | 738.34 | | 062601 | | | 59391 | | 1,688.21 | | 062601 | | |
| 59319 | | 1,775.35 | | 062601 | | | 59392 | | 1,424.94 | | 062601 | | |
| 59320 | | 1,454.16 | | 062601 | | | 59393 | | 934.68 | | 062601 | | |
| 59321 | | 1,026.20 | | 062601 | | | 59394 | | 1,168.81 | | 062601 | | |
| 59327 | | 722.83 | | 062601 | | | 59395 | | 2,075.94 | | 062601 | | |
| 59328 | | 1,450.21 | | 062601 | | | 59396 | | 1,000.56 | | 062601 | | |
| 59329 | | 1,438.90 | | 062601 | | | 59397 | | 1,131.27 | | 062601 | | |
| 59332 | | 797.33 | | 062601 | | | 59398 | | 2,219.92 | | 062601 | | |
| 59337 | | 1,519.14 | | 062601 | | | 59402 | | 1,590.51 | | 062601 | | |
| 59339 | | 2,429.59 | | 062601 | | | 59405 | | 817.05 | | 062601 | | |
| 59340 | | 1,640.46 | | 062601 | | | 59408 | | 658.26 | | 062601 | | |
| 59341 | | 2,563.69 | | 062601 | | | 59409 | | 458.13 | | 062601 | | |
| 59342 | | 1,268.16 | | 062601 | | | 59410 | | 73.07 | | 062801 | | |
| 59344 | | 1,221.09 | | 062601 | | | 59411 | | 156.34 | | 062801 | | |
| 59346 | | 723.27 | | 062601 | | | 59412 | | 350.84 | | 062801 | | |
| 59347 | | 866.29 | | 062601 | | | 59413 | | 322.97 | | 062801 | | |
| 59351 | | 869.29 | | 062601 | | | 59414 | | 436.59 | | 062801 | | |
| 59353 | | 321.46 | | 062601 | | | 59415 | | 702.33 | | 062801 | | |
| 59354 | | 1,482.87 | | 062601 | | | 59416 | | 284.80 | | 062801 | | |
| 59357 | | 1,794.83 | | 062601 | | | 59417 | | 800.17 | | 062801 | | |
| 59358 | | 829.38 | | 062601 | | | 59418 | | 804.27 | | 062801 | | |
| 59359 | | 1,377.76 | | 062601 | | | 59419 | | 56.71 | | 062801 | | |
| 59361 | | 924.59 | | 062601 | | | 59420 | | 254.48 | | 062801 | | |
| 59363 | | 1,892.32 | | 062601 | | | 59421 | | 256.55 | | 062801 | | |
| 59364 | | 1,236.41 | | 062601 | | | 59422 | | 247.59 | | 062801 | | |
| 59365 | | 1,064.69 | | 062601 | | | 59423 | | 425.58 | | 062801 | | |
| 59366 | | 1,040.62 | | 062601 | | | 59424 | | 106.06 | | 062801 | | |
| 59367 | | 1,095.67 | | 062601 | | | 59425 | | 472.46 | | 062801 | | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
    MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM,DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 207990016741 | WR GRACE CAMBRIDGE | 008 | 06-30-01 | 4 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59426 | | 573.18 | | 062801 | | | | | | | | | |
| 59427 | | 1,140.80 | | 062801 | | | | | | | | | |
| 59428 | | 454.23 | | 062801 | | | | | | | | | |
| 59429 | | 469.02 | | 062801 | | | | | | | | | |
| 59430 | | 434.38 | | 062801 | | | | | | | | | |
| 59431 | | 552.82 | | 062801 | | | | | | | | | |
| 59432 | | 424.95 | | 062801 | | | | | | | | | |
| 59433 | | 565.98 | | 062801 | | | | | | | | | |
| 59434 | | 267.48 | | 062801 | | | | | | | | | |
| 59435 | | 478.49 | | 062801 | | | | | | | | | |
| 59436 | | 499.21 | | 062801 | | | | | | | | | |
| 59437 | | 762.55 | | 062801 | | | | | | | | | |
| 59438 | | 276.58 | | 062801 | | | | | | | | | |
| 59440 | | 297.89 | | 062801 | | | | | | | | | |
| 59441 | | 119.54 | | 062801 | | | | | | | | | |
| 59442 | | 214.85 | | 062801 | | | | | | | | | |
| 59443 | | 773.64 | | 062801 | | | | | | | | | |
| 59445 | | 638.27 | | 062801 | | | | | | | | | |
| 59446 | | 499.20 | | 062801 | | | | | | | | | |
| 276970 | | 1,061.18 | | 063098 | | | | | | | | | |
| 900004 | | 2,095.73 | | 022400 | | | | | | | | | |
| 900010 | | 1,717.23 | | 022400 | | | | | | | | | |
| 900014 | | 845.11 | | 022500 | | | | | | | | | |
| 900046 | | 12,465.29 | | 030500 | | | | | | | | | |
| 900059 | | 1,410.19 | | 030700 | | | | | | | | | |
| 900064 | 4 | 497.86 | 032000 | | | | | | | | | | |
| 900114 | | 2,706.33 | | 032300 | | | | | | | | | |
| 900299 | | 1,456.00 | | 112800 | | | | | | | | | |
| 900327 | 4 | 979.50 | 012301 | | | | | | | | | | |
| O/S | 283,378.17 | | 293GT | | | | | | | | | | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED: OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY. NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT: CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT: CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | BANK NO | CUST ACCOUNT NO | | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | 1 | 2079900016741 | | | WR GRACE CAMBRIDGE | | | 06-30-01 | 1 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2584 | | 88.05 | | 110795 | | L&N | | 26733 | | 1,607.14 | | 030698 | | L&N |
| 3265 | | 452.84 | | 112295 | | JZG | | 26797 | | 321.75 | | 030698 | | L&N |
| 3341 | | 291.64 | | 113095 | | JZG | | 26964 | | 249.28 | | 030698 | | L&N |
| 3424 | | 111.72 | | 120795 | | L&A | | 27421 | | 1,050.13 | | 040798 | | L&N |
| 3635 | | 3,984.09 | | 120795 | | L&N | | 27438 | | 145.88 | | 040798 | | L&N |
| 3678 | | 161.50 | | 120795 | | L&N | | 28149 | | 531.23 | | 050798 | | L&N |
| 3806 | | 221.10 | | 120795 | | JZG | | 28424 | | 1,097.49 | | 052298 | | L&N |
| 4315 | | 1,588.74 | 052501 | | | | 2 | 29528 | | 154.78 | | 070798 | | JZG |
| 6366 | | 78.96 | | 022996 | | JZG | | 29642 | | 381.54 | | 070998 | | JZG |
| 6378 | | 195.34 | | 022996 | | JZG | | 30067 | | 211.55 | | 073098 | | JZG |
| 7211 | | 195.33 | | 030796 | | JZG | | 30505 | | 87.62 | | 081398 | | JZG |
| 7308 | | 432.91 | | 032296 | | L&A | | 31854 | | 3,847.18 | | 102298 | | L&A |
| 7902 | | 908.80 | | 040596 | | L&N | 4 | 32768 | | 1,650.37 | | 120798 | | L&N |
| 8514 | | 248.95 | 021501 | 042296 | | L&A | | 32782 | | 156.63 | | 120798 | | L&N |
| 8950 | | 13.64 | | 050796 | | B&U | | 34568 | | 1,095.84 | | 030599 | | L&N |
| 9339 | | 211.87 | | 051696 | | XCS | | 34660 | | 1,538.22 | | 030599 | | L&N |
| 9340 | | 838.36 | | 051696 | | XCS | | 34775 | | 1,932.95 | | 030599 | | L&N |
| 10796 | | 856.66 | | 070596 | | B&U | | 34888 | | 578.50 | | 030599 | | L&N |
| 11007 | | 46.03 | | 072296 | | L&N | | 34914 | | 3,777.58 | | 030599 | | L&N |
| 11196 | | 17.89 | | 072296 | | B&U | | 35258 | | 143.04 | | 030899 | | L&N |
| 11757 | | 247.40 | | 080896 | | XCS | | 35426 | | 737.73 | | 030899 | | L&N |
| 12101 | | 29.20 | | 090696 | | L&A | | 35881 | | 301.96 | | 040199 | | JZG |
| 12436 | | 18.45 | | 092096 | | L&A | 4 | 36586 | | 838.00 | 070899 | 050799 | | L&N |
| 12955 | | 147.14 | | 100796 | | B&U | | 36747 | | 303.70 | | 051399 | | JZG |
| 13481 | | 585.90 | | 110796 | | L&N | | 36896 | | 57.33 | | 052199 | | L&N |
| 13763 | | 674.70 | | 112296 | | L&A | | 37289 | | 140.36 | | 061099 | | JZG |
| 14561 | | 303.68 | | 122096 | | L&N | | 37642 | | 369.81 | | 111299 | | L&N |
| 14654 | | 236.61 | | 122696 | | JZG | | 37656 | | 486.67 | | 042000 | | L&A |
| 15474 | | 829.20 | | 020797 | | L&A | 4 | 37683 | | 323.12 | 081799 | 072299 | | |
| 15231 | | 2,554.23 | | 030797 | | L&N | 4 | 37684 | | 415.57 | 090999 | 082699 | | |
| 16701 | | 3,472.68 | | 030697 | | L&A | | 37685 | | 335.06 | | 080300 | | |
| 16850 | | 2.60 | | 030697 | | L&A | | 37686 | | 172.41 | | 080300 | | |
| 16995 | | 24.36 | | 042297 | | L&N | 5 | 37687 | | 269.13 | | 092499 | | |
| 18119 | | 114.42 | | 042297 | | L&N | | 37688 | | 90.62 | | 080300 | | |
| 18330 | | 909.24 | | 050797 | | B&U | | 38216 | | 483.00 | | 080300 | | |
| 19124 | | 169.76 | | 060697 | | L&A | 4 | 38887 | | 360.13 | 081799 | 072299 | | L&N |
| 17423 | | 204.39 | | 032197 | | B&U | 4 | 38887 | | 415.57 | 090999 | 082699 | | JZG |
| 17903 | | 125.23 | | 040397 | | JZG | | 39323 | | 268.92 | | 092499 | | L&N |
| 17911 | | 250.90 | | 040397 | | JZG | | 39380 | | 273.33 | | 092499 | | L&N |
| 18054 | | 2.60 | | 042297 | | L&N | | 39727 | | 310.19 | 102699 | 102199 | | L&N |
| 22072 | | 1,390.70 | | 092297 | | L&A | 4 | 41535 | | 1,127.27 | 020100 | 012600 | | L&A |
| 22132 | | 146.90 | | 091897 | | L&A | 4 | 41558 | | 3,482.90 | | 012600 | | JZG |
| 22797 | | 379.80 | | 102397 | | JZG | | 41559 | | 430.19 | | 012600 | | JZG |
| 23744 | | 153.38 | | 120597 | | L&N | | 41839 | | 586.00 | | 021100 | | L&N |
| 25082 VOID | | .00 | 052501 | | | | 2 | 42074 | | 510.53 | | 022300 | | JZG |
| 25534 | | 188.70 | | 020598 | | JZG | 4 | 42202 | | 649.94 | 031600 | | | |
| 26090 | | 134.83 | | 030698 | | L&N | 4 | 42203 | | 961.31 | 031600 | | | |
| 26165 | | 1,446.95 | | 030698 | | L&A | 5 | 42204 | | 490.11 | 031600 | | | |
| 26293 | | 612.29 | | 030698 | | L&N | 4 | 42704 | | 300.47 | 062000 | 061400 | | JZG |

EXPLANATION OF CODES

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT. CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT. CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM,DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM.

Case 01-01139-AMC   Doc 1089-6   Filed 11/07/01   Page 8 of 10

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | BANK NO | CUST ACCOUNT NO | | | CUSTOMER NAME | | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | 1 | 2079900016741 | | | WR GRACE CAMBRIDGE | | | 008 | | 06-30-01 | 2 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43361 | | 2.79 | | 091300 | | | | 57318 | 1,272.78 | | 022101 | 021201 | | |
| 43384 | | 386.71 | | 092000 | | | | 57368 | .52 | | | 021501 | | |
| 43448 | 102.87 | | 100600 | 100400 | | | | 57512 | 964.45 | | 022701 | 022601 | | |
| 43535 | 381.77 | | 112800 | 112200 | | | 4 | 57699 | 430.87 | | 06150t | 031201 | 16866963 | |
| 51787 | 1,004.44 | | 030300 | 022500 | | | | 57860 | | 40.25 | | 032201 | | |
| 51875 | 1,622.62 | | | 022500 | | | 4 | 57957 | 101.81 | | 061101 | 032601 | 12629918 | |
| 52382 | 9,694.18 | 032400 | 030700 | | | | | 57979 | 883.32 | | | 032601 | | |
| 52469 | | 322.80 | | 030700 | | | | 58056 | 2,163.14 | | | 032601 | | |
| 52549 | | 1,576.66 | | 030700 | | | | 58080 | 1,373.77 | | | 032601 | | |
| 52558 | | 543.50 | | 030700 | | | | 58128 | | 44.35 | | 032901 | | |
| 52681 | | 863.76 | | 030700 | | | | 58141 | 301.14 | | | | | |
| 52683 | | 1,239.94 | 033000 | 030700 | | | 5 | 58285 | 1,173.68 | | 042401 | 041201 | | |
| 52709 | | 508.41 | | | | | 4 | 58311 | 2,453.75 | | 042401 | 041201 | | |
| 53189 | | 547.54 | 041100 | | | | | 58358 | | 2.45 | | 041901 | | |
| 53202 | | 1,520.07 | 033000 | 042600 | | | | 58412 | 1,026.19 | | 061101 | 042601 | | |
| 53688 | | 1,716.50 | 042700 | 052600 | | | 4 | 58461 | 1,099.51 | | 050201 | 042601 | | |
| 53954 | | 449.48 | | 072600 | | | 4 | 58465 | 1,173.68 | | 051101 | 042601 | | |
| 54729 | | 1,377.09 | | 091100 | | | 4 | 58466 | 1,173.70 | | 051101 | 042601 | | |
| 55263 | | 1,826.06 | 092100 | 102600 | | | | 58501 | 425.00 | | 060101 | 042601 | 13346982 | |
| 55842 | | 1,096.15 | 103100 | 102600 | | | | 58502 | 1,131.28 | | 060101 | 042601 | 13346983 | |
| 55971 | | 748.64 | 112800 | 111100 | | | | 58595 | 308.30 | | 060401 | 051101 | 11800037 | |
| 56010 | | 1,462.83 | 111300 | 111000 | | | | 58596 | 2,359.28 | | 060401 | 051101 | 11800035 | |
| 56012 | | 1,018.36 | | 111000 | | | | 58655 | 1,026.20 | | 061101 | 051101 | 15285274 | |
| 56597 | | 1,299.42 | | 122200 | | | | 58660 | 258.54 | | 060101 | 051101 | 10805915 | |
| 56613 | | 642.63 | 122700 | 122200 | | | | 58728 | 2,288.03 | | | 052401 | | |
| 56932 | | 382.97 | | 012501 | | | 4 | 58736 | 1,189.75 | | 060101 | 051101 | 13346985 | |
| 56933 | | 270.37 | | 012501 | | | | 58753 | 1,828.21 | | 051401 | 051101 | 13449741 | |
| 56934 | | 697.79 | | 012501 | | | | 58783 | 267.86 | | 060101 | 052401 | 13506845 | |
| 56935 | | 244.09 | | 012501 | | | | 58784 | 646.55 | | 061201 | 052401 | 13443499 | |
| 56936 | | 251.38 | | 012501 | | | | 58789 | 66.68 | | 060101 | 052401 | 13346525 | |
| 56937 | | 86.59 | | 012501 | | | | 58792 | 458.13 | | 060601 | 052401 | 00000266 | |
| 56938 | | 364.20 | | 012501 | | | | 58794 | 98.58 | | 060601 | 052401 | 00000260 | |
| 56940 | | 433.31 | | 012501 | | | | 58796 | 246.98 | | 060701 | 052401 | 19741881 | |
| 56942 | | 232.59 | | 012501 | | | | 58803 | 70.36 | | 061801 | 052401 | 10858904 | |
| 56947 | | 312.64 | | 012501 | | | | 58805 | 290.65 | | | 052401 | | |
| 56948 | | 224.18 | | 012501 | | | | 58807 | 290.25 | | 060101 | 052401 | 13363158 | |
| 56950 | | 478.49 | | 012501 | | | | 58808 | 5,564.27 | | 060401 | 052501 | 11504902 | |
| 56953 | | 351.98 | | 012501 | | | | 58809 | 2,424.50 | | 060401 | 052501 | 11800036 | |
| 56954 | | 274.94 | | 012501 | | | | 58810 | 1,429.57 | | 060101 | 052501 | 11800038 | |
| 56955 | | 414.72 | | 012501 | | | | 58813 | 2,196.58 | | 060601 | 052501 | 13443499 | |
| 56956 | | 378.42 | | 012501 | | | | 58819 | 1,650.34 | | 060601 | 052501 | 00000276 | |
| 56957 | | 198.88 | | 012501 | | | | 58824 | 1,171.64 | | 060101 | 052501 | 13347121 | |
| 56958 | | 179.66 | | 012501 | | | | 58825 | 2,107.52 | | 060601 | 052501 | 12539951 | |
| 56961 | | 198.26 | | 012501 | | | | 58826 | 1,475.05 | | 060601 | 052501 | 11504902 | |
| 56962 | | 198.26 | | 012501 | | | | 58832 | 2,087.83 | | 060601 | 052501 | 15053611 | |
| 56963 | | 305.63 | | 012501 | | | | 58833 | 1,163.51 | | 060101 | 052501 | 13346958 | |
| 56964 | | 290.17 | | 012501 | | | | 58834 | 2,058.05 | | 061401 | 052501 | 11822787 | |
| 56965 | | 705.91 | | 012501 | | | | 58839 | 903.23 | | 060401 | 052501 | 13994255 | |
| 56967 | | 180.33 | | 012501 | | | | 58845 | 1,663.25 | | 060801 | 052501 | 14902100 | |
| 57268 | 1,009.24 | | 061501 | 021201 | 16866964 | | | 58848 | 1,310.52 | | 060901 | 052501 | 00000271 | |

| TYPE OF REPORT | | EXPLANATION OF CODES | |
|---|---|---|---|
| UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT | | 1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED. | 4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED. |
| PAID ONLY = PAID ITEMS ONLY ON THIS REPORT | | 2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS. | 5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED |
| CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT | | 3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED | 6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #. |
| SPECIAL = OFF-CYCLE REPORT REQUEST | | MEMO ONLY, NOT ADDED TO TOTALS | M = MISSING (OUTSTANDING) ITEM. |

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST.ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079900016741 | WR GRACE CAMBRIDGE | | 008 | 06-30-01 | 3 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58860 | 990.25 | | 060401 | 052501 | 13994372 | | 58972 | 499.21 | | 060601 | 053101 | 11450665 | |
| 58861 | 1,924.44 | | 060101 | 052501 | 13346545 | | 58973 | 251.72 | | 060601 | 053101 | 00000262 | |
| 58862 | | 1,026.20 | | 052501 | | | 58974 | 86.23 | | 061101 | 053101 | 15303430 | |
| 58866 | 1,400.96 | | 060101 | 052501 | 13346566 | | 58975 | 441.12 | | 060801 | 053101 | 14851650 | |
| 58869 | 658.43 | | 060101 | 052501 | 10858920 | | 58976 | 268.55 | | 060101 | 053101 | 10858914 | |
| 58870 | 722.84 | | 060101 | 052501 | 10859718 | | 58977 | 284.49 | | 060401 | 053101 | 13969937 | |
| 58871 | 1,434.33 | | 060601 | 052501 | 00000272 | | 58978 | 266.75 | | 060401 | 053101 | 11779144 | |
| 58872 | 1,438.90 | | 060601 | 052501 | 12336645 | | 58979 | 414.85 | | 060401 | 053101 | 11779127 | |
| 58875 | 854.00 | | 060801 | 052501 | 10338029 | | 58980 | 47.19 | | 060101 | 053101 | 10858903 | |
| 58877 | 557.67 | | 060101 | 052501 | 13353016 | | 58981 | 156.55 | | 060401 | 053101 | 13989195 | |
| 58880 | 1,519.15 | | 061201 | 052501 | 11072270 | | 58982 | 301.14 | | 060601 | 053101 | 00000264 | |
| 58881 | 1,225.60 | | 060101 | 052501 | 13383671 | | 58983 | 258.94 | | 060601 | 053101 | 11568227 | |
| 58884 | 1,272.52 | | 060101 | 052501 | 18434059 | | 58984 | 146.40 | | 060701 | 053101 | 19742052 | |
| 58894 | 324.76 | | 061101 | 052501 | 10636534 | | 58985 | 699.52 | | 060601 | 053101 | 00000269 | |
| 58900 | 1,794.83 | | 061501 | 052501 | 11203501 | | 58986 | 656.10 | | 060601 | 053101 | 00000268 | |
| 58901 | 829.38 | | 060401 | 052501 | 13946402 | | 58987 | | 377.20 | | 060701 | | |
| 58907 | 1,892.33 | | 060601 | 052501 | 00000258 | | 58988 | 350.85 | | 061101 | 060701 | 15309791 | |
| 58909 | 1,040.63 | | 060101 | 052501 | 10810402 | | 58989 | 227.21 | | 061101 | 060701 | 15288904 | |
| 58911 | 877.93 | | 060701 | 052501 | 13355118 | | 58990 | 547.14 | | 061201 | 060701 | 13506843 | |
| 58912 | | 986.71 | | 052501 | | | 58991 | 530.33 | | 061201 | 060701 | 13507255 | |
| 58915 | 691.57 | | 060101 | 052501 | 13441079 | | 58992 | 519.67 | | 061201 | 060701 | 13507254 | |
| 58916 | 2,667.54 | | 060401 | 052501 | 13995207 | | 58993 | 256.77 | | 061201 | 060701 | 13506858 | |
| 58917 | 1,635.11 | | 060401 | 052501 | 13995206 | | 58994 | 212.59 | | 061201 | 060701 | 13506862 | |
| 58918 | 1,597.46 | | 060401 | 052501 | 13994443 | | 58995 | 119.94 | | 061901 | 060701 | 11787134 | |
| 58919 | 1,677.96 | | 060401 | 052501 | 13994201 | | 58996 | 60.59 | | 061101 | 060701 | 15303180 | |
| 58921 | 1,564.24 | | 060401 | 052501 | 13946494 | | 58997 | 573.18 | | 061201 | 060701 | 13506209 | |
| 58924 | 1,547.05 | | 060401 | 052501 | 14018940 | | 58998 | 573.18 | | 061101 | 060701 | 13506210 | |
| 58929 | 2,093.27 | | 060801 | 052501 | 00000275 | | 58999 | 420.26 | | 060201 | 060701 | 18683800 | |
| 58931 | 836.57 | | 060801 | 052501 | 10353240 | | 59000 | 251.72 | | 061901 | 060701 | 11785856 | |
| 58933 | 1,725.63 | | 062001 | 052501 | 13344657 | | 59001 | 1,140.80 | | 061201 | 060701 | 15862412 | |
| 58934 | 1,767.48 | | 060401 | 052501 | 13987724 | | 59002 | 375.68 | | 062901 | 060701 | 10644205 | |
| 58935 | 2,288.04 | | 061201 | 052501 | 13177023 | | 59003 | 502.16 | | 061401 | 060701 | 16469480 | |
| 58936 | 1,560.63 | | 060101 | 052501 | 00000273 | | 59004 | 502.16 | | 061401 | 060701 | 16469479 | |
| 58940 | 1,013.11 | | 060101 | 052501 | 13374674 | | 59005 | 525.00 | | 061201 | 060701 | 13507025 | |
| 58941 | 966.75 | | 060101 | 052501 | 00000270 | | 59006 | 246.98 | | 061401 | 060701 | 16463987 | |
| 58945 | 1,131.26 | | 060101 | 052501 | 13346984 | | 59007 | 215.51 | | 060801 | 060701 | 11433104 | |
| 58955 | 1,002.80 | | 060601 | 052501 | 19301825 | | 59008 | 499.20 | | 061301 | 060701 | 12630007 | |
| 58959 | 105.79 | | 060601 | 053101 | 19301023 | | 59009 | 182.23 | | 061201 | 060701 | 13506856 | |
| 58960 | 284.10 | | 060401 | 053101 | 13976559 | | 59010 | 272.88 | | 061150 | 060701 | 12205163 | |
| 58961 | 639.46 | | 061201 | 053101 | 13506844 | | 59011 | 136.23 | | 061101 | 060701 | 15303429 | |
| 58962 | 210.32 | | 060601 | 053101 | 00000261 | | 59017 | 203.94 | | 061201 | 060701 | 15502805 | |
| 58963 | 251.38 | | 061201 | 053101 | 13506863 | | 59018 | 195.73 | | 061101 | 060701 | 10627169 | |
| 58964 | 70.61 | | 061301 | 053101 | 11433366 | | 59019 | 194.14 | | 061101 | 060701 | 14910972 | |
| 58965 | 60.59 | | 060401 | 053101 | 12994914 | | 59020 | 161.55 | | 060801 | 060701 | 11433104 | |
| 58966 | 458.13 | | 060601 | 053101 | 00000265 | | 59014 | 306.67 | | 061301 | 060701 | 11433104 | |
| 58967 | 1,140.80 | | 060401 | 053101 | 11830981 | | 59015 | 182.23 | | 061301 | 060701 | 11332978 | |
| 58968 | 98.57 | | 060601 | 053101 | 00000259 | | 59016 | 532.37 | | 061201 | 060701 | 15829048 | |
| 58969 | 482.38 | | 060601 | 053101 | 00000267 | | 59018 | 138.52 | | 061101 | 060701 | 15303312 | |
| 58970 | 246.98 | | 061401 | 053101 | 16463988 | | 59020 | 873.22 | | 061301 | 060701 | 11433360 | |
| 58971 | 267.48 | | 060601 | 053101 | 00000263 | | 59021 | 76.81 | | 061201 | 060701 | 13509805 | |

TYPE OF REPORT

| UNPAID ONLY | = OUTSTANDING ITEMS ONLY ON THIS REPORT |
| PAID ONLY | = PAID ITEMS ONLY ON THIS REPORT |
| CONSOLIDATED | = PAID & OUTSTANDING CHECKS ON SAME REPORT |
| SPECIAL | = OFF-CYCLE REPORT REQUEST |

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
  MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207990016741 | WR GRACE CAMBRIDGE | 008 | 06-30-01 | 4 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59022 | 405.10 | | 061401 | 061201 | 16507679 | | 59072 | 936.01 | | 061901 | 061201 | 11220608 | |
| 59023 | 1,383.60 | | 061401 | 061201 | 16507678 | | 59073 | 816.09 | | 061401 | 061201 | 16463531 | |
| 59024 | 756.63 | | 061801 | 061201 | 12539918 | | 59074 | 1,421.25 | | 061901 | 061201 | 17612477 | |
| 59025 | 968.53 | | 061501 | 061201 | 16866613 | | 59075 | 1,674.96 | | 061901 | 061201 | 14634784 | |
| 59026 | 2,196.58 | | 061801 | 061201 | 17652596 | | 59076 | 1,239.40 | | 061301 | 061201 | 11432344 | |
| 59027 | 555.36 | | 061801 | 061201 | 12538551 | | 59077 | 1,343.16 | | 061401 | 061201 | 16463888 | |
| 59028 | 672.11 | | 061401 | 061201 | 16469371 | | 59078 | 990.25 | | 061901 | 061201 | 14634775 | |
| 59029 | 654.02 | | 061401 | 061201 | 16463635 | | 59079 | 1,924.43 | | 061501 | 061201 | 16774096 | |
| 59030 | 698.17 | | 061901 | 061201 | 12205126 | | 59080 | 1,785.62 | | 062001 | 061201 | 17935177 | |
| 59031 | 1,227.51 | | 061901 | 061201 | 17786383 | | 59081 | 1,379.91 | | 061501 | 061201 | 17935176 | |
| 59032 | 760.50 | | 061401 | 061201 | 16507536 | | 59082 | 1,775.35 | | 061501 | 061201 | 16773614 | |
| 59033 | 1,094.21 | | 061401 | 061201 | 11822784 | | 59083 | 1,335.80 | | 061501 | 061201 | 16773615 | |
| 59034 | 1,294.45 | | 061501 | 061201 | 16868165 | | 59084 | | 1,026.20 | | 061201 | | |
| 59035 | 1,045.56 | | 061401 | 061201 | 16507666 | | 59085 | 2,087.31 | | 061501 | 061201 | 16810636 | |
| 59036 | 1,171.63 | | 061801 | 061201 | 12539952 | | 59086 | 2,946.72 | | 062601 | 061201 | 15010535 | |
| 59037 | 2,107.51 | | 061901 | 061201 | 17936113 | | 59087 | 1,969.19 | | 062601 | 061201 | 15010536 | |
| 59038 | 1,475.07 | | 061401 | 061201 | 11823314 | | 59088 | 1,400.95 | | 061901 | 061201 | 17612594 | |
| 59039 | 1,078.25 | | 061801 | 061201 | 12539555 | | 59089 | 1,464.64 | | 061501 | 061201 | 16506664 | |
| 59040 | 956.46 | | 061401 | 061201 | 16463750 | | 59090 | 966.01 | | 061401 | 061201 | 11769441 | |
| 59041 | 1,180.17 | | 061401 | 061201 | 11823218 | | 59091 | 663.88 | | 061501 | 061201 | 11470317 | |
| 59042 | 939.12 | | 061401 | 061201 | 12539260 | | 59092 | | 722.84 | | 061201 | | |
| 59043 | 1,811.31 | | 062101 | 061201 | 18255272 | | 59093 | 1,450.23 | | 061901 | 061201 | 17663168 | |
| 59044 | 2,087.84 | | 061801 | 061201 | 17786537 | | 59094 | 1,438.90 | | 061501 | 061201 | 12148384 | |
| 59045 | 972.77 | | 061901 | 061201 | 17865528 | | 59095 | 538.70 | | 061201 | 061201 | 11445319 | |
| 59046 | 2,058.05 | | 061401 | 061201 | 11822788 | | 59096 | 695.78 | | 061301 | 061201 | 11426953 | |
| 59047 | 1,524.47 | | 061401 | 061201 | 16463889 | | 59097 | 874.57 | | 061801 | 061201 | 12478842 | |
| 59048 | 963.66 | | 061501 | 061201 | 16810718 | | 59098 | 590.49 | | 061301 | 061201 | 11426952 | |
| 59049 | 1,075.68 | | 061401 | 061201 | 16463915 | | 59099 | 554.60 | | 061501 | 061201 | 16862490 | |
| 59050 | 1,110.40 | | 061901 | 061201 | 14634672 | | 59100 | 1,060.09 | | 061301 | 061201 | 11452146 | |
| 59051 | 1,127.70 | | 061401 | 061201 | 16507462 | | 59101 | 1,219.04 | | 061801 | 061201 | 11174378 | |
| 59052 | 962.35 | | 061401 | 061201 | 16501281 | | 59102 | 1,519.14 | | 061401 | 061201 | 13568779 | |
| 59053 | 1,111.11 | | 061801 | 061201 | 12539862 | | 59103 | 1,206.51 | | 061501 | 061201 | 12196413 | |
| 59054 | 1,106.05 | | 061401 | 061201 | 16463886 | | 59104 | | 2,399.45 | | 061201 | | |
| 59055 | 901.23 | | 062001 | 061201 | 10642487 | | 59105 | 1,912.95 | | 061801 | 061201 | 12564875 | |
| 59056 | 877.63 | | 061801 | 061201 | 12539151 | | 59106 | 1,665.06 | | 061801 | 061201 | 12564876 | |
| 59057 | 1,291.91 | | 061501 | 061201 | 12203041 | | 59107 | 1,635.93 | | 061501 | 061201 | 16798249 | |
| 59058 | 1,304.06 | | 061401 | 061201 | 16501281 | | 59108 | 2,563.69 | | 061401 | 061201 | 16504183 | |
| 59059 | 316.20 | | 061501 | 061201 | 12204790 | | 59109 | 1,268.17 | | 061401 | 061201 | 16506144 | |
| 59060 | 585.68 | | 061301 | 061201 | 11433387 | | 59110 | 1,014.42 | | 061401 | 061201 | 13442673 | |
| 59061 | 1,065.09 | | 061901 | 061201 | 11787111 | | 59111 | 1,221.10 | | 061501 | 061201 | 16504162 | |
| 59062 | 1,388.38 | | 061401 | 061201 | 11078661 | | 59112 | 871.93 | | 061501 | 061201 | 12198344 | |
| 59063 | 880.83 | | 061501 | 061201 | 12204938 | | 59113 | 891.93 | | 061801 | 061201 | 12576607 | |
| 59064 | 1,001.47 | | 061301 | 061201 | 16211711 | | 59114 | 761.19 | | 061501 | 061201 | 16862560 | |
| 59065 | 1,136.79 | | 062001 | 061201 | 11277943 | | 59115 | 743.55 | | 061501 | 061201 | 16862497 | |
| 59066 | 293.02 | | 062101 | 061201 | 18284725 | | 59116 | 1,014.42 | | 061401 | 061201 | 16504801 | |
| 59067 | 1,405.50 | | 061901 | 061201 | 16348810 | | 59117 | 323.85 | | 061501 | 061201 | 16862503 | |
| 59068 | 841.87 | | 061401 | 061201 | 16463685 | | 59118 | 858.51 | | 061801 | 061201 | 12576489 | |
| 59069 | 1,220.27 | | 061401 | 061201 | 16463887 | | 59119 | 1,518.79 | | 061501 | 061201 | 16862805 | |
| 59070 | 1,001.24 | | 061401 | 061201 | 16463885 | | 59120 | 336.38 | | 061801 | 061201 | 11237896 | |
| 59071 | 1,692.30 | | 062101 | 061201 | 18311538 | | 59121 | 1,482.87 | | 061401 | 061201 | 16491110 | |

TYPE OF REPORT

- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

- 1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
- 2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS.
- 3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY. NOT ADDED TO TOTALS

- 4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
- 5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
- 6 = FORCED POSTED ITEM,DUPLICATE OR NO SERIAL #
- M = MISSING (OUTSTANDING) ITEM.

L338 02