IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## SUMMARY OF THE SECOND QUARTERLY INTERIM VERIFIED APPLICATION OF KIRKLAND & ELLIS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JULY 1, 2001 THROUGH SEPTEMBER 30, 2001

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001.** |
| Period for which compensation and reimbursement is sought: | **July 1, 2001 through September 30, 2001** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$1,474,016.60** |

This is a: ___ monthly  **x** quarterly application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 - 4/30/01 | $626,079.00 | $32,439.84 | pending | pending |
| June 29, 2001 | 5/1 - 5/31/01 | $567,151.00 | $77,487.86 | pending | pending |
| July 31, 2001 | 6/1 - 6/30/01 | $560,569.50 | $45,466.13 | pending | pending |
| August 2, 2001 | April-June, 2001 | $1,753,799.50 | $155,393.83 | pending | pending |
| August 28, 2001 | 7/1-7/31/01 | $476,582.50 | $25,312.13 | pending | pending |
| September 28, 2001 | 8/1-8/31/01 | $472,334.50 | $29,022.59 | pending | pending |
| October 30, 2001 | 9/1-9/30/01 | $443,617.50 | $27,147.47 | pending | pending |

K&E has filed certificates of no objection with the Court with respect to the Applications for July and August 2001 because no objections were filed with the Court within the objection period.

The K&E attorneys who rendered professional services in these cases during the Fee Period are:[2]

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation April 2 - June 30 |
|---|---|---|---|---|---|---|
| Theodore L Freedman | Partner | 29 Years | Bankruptcy | $575.00 | 47.70 | $27,427.50 |
| James H Sprayregen | Partner | 17 Years | Bankruptcy | $625.00 | 6.30 | $3,937.50 |
| Bennett L Spiegel | Partner | 17 Years | Bankruptcy | $445.00 | 16.40 | $7,298.00 |
| James W Kapp | Partner | 8 Years | Bankruptcy | $415.00<br>$425.00 | 164.20<br>185.40 | $146,938.00 |
| Janet Baer | Of Counsel | 20 Years | Bankruptcy | $495.00<br>$510.00 | 88.80<br>244.50 | $168,651.00 |
| Joseph U Schorer | Of Counsel | 20 Years | Bankruptcy | $495.00 | 1.00 | $495.00 |
| Deanna D Boll | Associate | 4 Years | Bankruptcy | $360.00 | 34.60 | $12,456.00 |
| Roger J Higgins | Associate | 6 Years | Bankruptcy | $320.00 | 76.10 | $24,352.00 |
| Samuel A Schwartz | Associate | 5 Years | Bankruptcy | $360.00 | 465.80 | $167,688.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Second Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for July 1, 2001 through September 30, 2001.

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation April 2 - June 30 |
|---|---|---|---|---|---|---|
| Jacqueline H Sloan | Associate | 7 Years | Bankruptcy | $280.00 | 3.00 | $840.00 |
| Ben Bates | Law Clerk | 3 Months | Corporate/SEC/Vent Cap | $145.00 | 24.30 | $3,523.50 |
| Beth Larsen | Law Clerk | 3 Months | Corporate/SEC/Vent Cap | $145.00 | 32.40 | $4,698.00 |
| Brian M Lutz | Law Clerk | 3 Months | Corporate/SEC/Vent Cap | $145.00 | 8.30 | $1,203.50 |
| Roger Rhoten | Law Clerk | 3 Months | Corporate/SEC/Vent Cap | $145.00 | 13.80 | $2,001.00 |
| Vicki V Hood | Partner | 25 Years | Employee Benefits | $510.00 | 0.60 | $306.00 |
| Matthew J Antinossi | Associate | 3 Years | Employee Benefits | $295.00 | 2.80 | $826.00 |
| Timothy S Hardy | Partner | 30 Years | Environment/Litigation | $445.00 | 95.90 | $42,675.50 |
| Mark E Grummer | Partner | 26 Years | Environment/Transactions | $365.00 | 126.80 | $46,282.00 |
| David A Codevilla | Associate | 6 Years | Environment/Transactions | $340.00 | 19.20 | $6,528.00 |
| R Timothy Stephenson | Partner | 12 Years | Labor | $350.00 | 6.30 | $2,205.00 |
| David M Bernick | Partner | 24 Years | Litigation | $655.00 | 186.40 | $122,092.00 |
| Michelle H Browdy | Partner | 12 Years | Litigation | $400.00 | 203.60 | $81,440.00 |
| Reed S Oslan | Partner | 15 Years | Litigation | $445.00 | 32.80 | $14,596.00 |
| Andrew R Running | Partner | 20 Years | Litigation | $470.00 | 165.10 | $77,597.00 |
| Elli Leibenstein | Partner | 10 Years | Litigation | $355.00 | 6.60 | $2,343.00 |
| Sarah R Marmor | Partner | 9 Years | Litigation | $350.00 | 50.30 | $17,605.00 |
| Daryl L Joseffer | Partner | 6 Years | Litigation | $335.00 | 4.30 | $1,440.50 |
| Christopher Sullivan | Partner | 7 Years | Litigation | $365.00 | 178.50 | $65,152.50 |
| Brant W Bishop | Associate | 6 Years | Litigation | $350.00 | 5.40 | $1,890.00 |
| Kellye L Fabian | Associate | 2 Years | Litigation | $230.00 | 208.70 | $48,001.00 |
| Scott A McMillin | Associate | 6 Years | Litigation | $350.00 | 282.90 | $99,015.00 |
| J Chad Mitchell | Associate | 4 Years | Litigation | $300.00 | 2.90 | $870.00 |
| Douglas G Smith | Associate | 6 Years | Litigation | $330.00 | 1.00 | $330.00 |
| P Renee Wicklund | Associate | 4 Years | Litigation | $300.00 | 56.50 | $16,950.00 |
| Yvette Ney | Law Clerk | 3 Months | Litigation | $125.00 | 178.30 | $22,287.50 |

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation April 2 - June 30 |
|---|---|---|---|---|---|---|
| Robert T Buday | Partner | 11 Years | Real Estate | $410.00 | 1.00 | $410.00 |
| Brian E Davis | Associate | 4 Years | Real Estate | $295.00 | 2.50 | $737.50 |
| Sven T Nylen | Law Clerk | 3 Months | Real Estate | $140.00 | 37.30 | $5,222.00 |
| Todd F Maynes | Partner | 14 Years | Taxation | $515.00 | 4.80 | $2,472.00 |
| Thomas A Day | Associate | 1 Year | Taxation | $280.00 | 1.50 | $420.00 |
| Natalie H Keller | Associate | 5 Years | Taxation | $385.00 | 56.30 | $21,675.50 |
| Jonathan Goldstein | Law Clerk | 3 Months | General | $125.00 | 9.00 | $1,125.00 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compensation April 2 - June 30 |
|---|---|---|---|---|---|---|
| Elizabeth Cox Arnold | Legal Assistant | 12 Years | Bankruptcy | $150.00 | 0.70 | $105.00 |
| Brigitte Windley | Legal Assistant | 4 Years | Bankruptcy | $150.00<br>$170.00 | 23.30<br>68.20 | $15,089.00 |
| David Delsignore | Project Assistant | 1 Year | Bankruptcy | $70.00 | 1.00 | $70.00 |
| Jennifer McClintock | Project Assistant | 4 Months | Bankruptcy | $85.00 | 1.00 | $85.00 |
| Sabrina Mitchell | Project Assistant | 7 Months | Bankruptcy | $70.00<br>$85.00 | 62.60<br>100.70 | $12,941.50 |
| Marcela Romero | Case Assistant | 1 Year | Corporate/SEC/Vent Cap | $65.00 | 0.80 | $52.00 |
| Rebecca R Landau | Project Assistant | 1 Year | Corporate/SEC/Vent Cap | $90.00 | 31.00 | $2,790.00 |
| Shirley A Pope | Legal Assistant | 16 Years | Litigation | $155.00 | 305.40 | $47,337.00 |
| Kathy E Sorce | Legal Assistant | 6 Years | Litigation | $125.00 | 4.00 | $500.00 |
| Kenneth Toth | Case Assistant | 8 Years | Litigation | $65.00 | 0.80 | $52.00 |
| Benjamin J Alke | Project Assistant | 2 Months | Litigation | $70.00 | 180.90 | $12,663.00 |
| Daniel Bennett | Project Assistant | 2 Months | Litigation | $70.00 | 117.00 | $8,190.00 |
| Aaron Birnbaum | Project Assistant | 1 Year | Litigation | $70.00 | 50.00 | $3,500.00 |

4

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compensation April 2 – June 30 |
|---|---|---|---|---|---|---|
| Catherine Filippini | Project Assistant | 7 Months | Litigation | $70.00 | 40.60 | $2,842.00 |
| Michael Stephensen | Project Assistant | 7 Months | Litigation | $70.00 | 44.00 | $3,080.00 |
| Charisma J Starr | Administrative | 8 Months | Litigation | $100.00 | 4.30 | $430.00 |
| Aaron P Heeringa | Technology Service | 11 Months | Litigation | $140.00 | 36.00 | $5,040.00 |
| Susan Polk | Legal Assistant | 16 Years | Taxation | $180.00 | 9.00 | $1,620.00 |
| Library Bibliographic Research | | | | $110.00 | 10.00 | $1,100.00 |
| Library Business/Ind Research | | | | $110.00 | 8.00 | $880.00 |
| Library Legislative Research | | | | $110.00 | 1.50 | $165.00 |

Grand Total for Fees:   $1,392,534.50
Blended Rate:           $313.58

5

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 16 | Asset Analysis and Recovery | 159.10 | $58,092.50 |
| 17 | Automatic Stay Matters/Relief Proceeding | 121.80 | $40,696.50 |
| 20 | Case Administration | 1,111.70 | $194,850.50 |
| 21 | Claim Estimate, Objection and Resolution | 580.00 | $232,724.50 |
| 22 | Contested Matters/Adversary Proceedings | 1,463.40 | $531,284.50 |
| 23 | Corporate and Securities Matters | 2.30 | $1,237.50 |
| 24 | Creditors/Noteholders Committee | 138.20 | $57,307.00 |
| 25 | Creditors/Shareholders Inquiries | 51.80 | $17,724.50 |
| 26 | DIP Financing/Cash Collateral | 11.10 | $4,703.50 |
| 27 | Employee Matters | 38.70 | $14,138.00 |
| 28 | Environmental Issues | 72.30 | $30,402.00 |
| 29 | File, Docket, Calendar Maintenance | 77.40 | $7,516.50 |
| 30 | Hearings | 64.70 | $27,858.00 |
| 31 | Intellectual Property | 0.90 | $340.50 |
| 32 | K&E Fee Application, Preparation of | 115.50 | $23,078.50 |
| 33 | Lease Rejection Claims | 59.20 | $22,060.00 |
| 34 | Lien Issues | 5.20 | $1,857.00 |
| 35 | Other Fee Applications | 19.60 | $7,953.50 |
| 36 | Reclamation Claims | 40.80 | $14,328.50 |
| 37 | Reorganization Plan/Disclosure Statement | 15.10 | $5,533.00 |
| 38 | Retention of Professionals/Fees | 86.90 | $33,010.00 |
| 39 | Schedules/Statement of Financial Affairs | 37.40 | $14,634.00 |
| 41 | Tax Matters | 5.60 | $2,107.00 |
| 42 | Travel | 31.40 | $16,998.00 |
| 43 | Use, Sale or Lease/Abandonment Property | 2.60 | $1,625.00 |
| 44 | U.S. Trustee | 3.60 | $1,348.00 |
| 45 | Utilities | 9.80 | $3,607.50 |
| 46 | IRS Tax Litigation | 114.60 | $25,518.50 |

Expense Summary

| Description | Amount |
| --- | --- |
| Telephone | $8,465.08 |
| Facsimile Charges | $1,599.83 |
| Standard Copies | $6,499.75 |
| Binding | $159.25 |
| Tabs/Indexes/Dividers | $123.70 |
| Color Transparencies | $6.00 |
| Color Copies | $111.00 |
| Postage | $129.75 |
| Overnight Delivery | $1,958.81 |
| Overnight Delivery - Refund | ($7.44) |
| Outside Messenger Services | $452.05 |
| Local Transportation | $48.37 |
| Travel Expense | $5,747.02 |
| Airfare | $22,189.70 |
| Travel to/from Airport | $2,312.81 |
| Travel Meals | $726.66 |
| Other Travel Expenses | $45.50 |
| Court Reporter Fee/Deposition | $1,001.75 |
| Appearance Fees | $50.00 |
| Calendar/Court Services | $65.00 |
| Outside Copy/Binding Service | $1,751.76 |
| Working Meals/K&E and Others | $1,384.87 |
| Information Broker Services | $6,253.20 |
| Library Document Procurement | $155.86 |
| Computer Database Research | $15,571.64 |
| Overtime Transportation | $410.80 |
| Overtime Meals | $81.00 |
| Overtime Meals- Attorney | $251.40 |
| Secretarial Overtime | $3,929.07 |
| **Total** | **$81,482.19** |