## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfares | $3,659.75 |
| Outside Messenger | $22.94 |
| Auto Rental | $725.34 |
| Copies- Internal and Outside | $10,812.49 |
| Hotels | $5,340.32 |
| Facsimile | $153.75 |
| Lexis | $477.66 |
| Meals during Travel | $120.12 |
| Telephone | $190.81 |
| FedEx | $1,264.58 |
| Parking | $11.00 |
| Taxis/Miscellaneous Travel Expenses | $240.93 |
| Overtime Meals | $110.17 |
| Overtime Meals - Attorneys/Paralegals | $101.48 |
| Overtime Transportation | $548.10 |
| Secretarial Overtime | $756.00 |
| Postage | $3.06 |
| Deposition Costs | $130.00 |
|  |  |
| Total | $24,668.50 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

November 05, 2001

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12434

For Professional Services Rendered in Connection with Honeywell Litigation - Matter 6

Disbursements:

|  | Amount |
|---|---|
| Air Fare re ICO Deposition and Meeting in Roseland | 1,245.00 |
| Air Fare to NJ for Meeting with J. Agnello - 8/27/01 | 483.00 |
| Air Fare to NJ for Meeting with Mr. Agnello - 7/19 | 483.00 |
| Air Fare to NJ for Summary Judgment Filing | 483.00 |
| Air Fare to/from New Jersey - 8/14-15/01 | 483.00 |
| Breakfast Meeting in Office with Client - 9/7/01 | 63.85 |
| Car Service on 6//11 and 6/13 for Julie Domike | 71.42 |
| Copy Costs - Internal | 2,128.50 |
| Delivery Service | 22.94 |
| Dinner with Ms. Koch - 8/14 | 101.12 |
| Facsimile Costs | 147.75 |
| FedEx Costs | 1,264.58 |
| Guaranteed Supoena Service - Service of Subpoenas | 130.00 |
| Hotel in NJ for Davis, Valera, Deming Depositions | 2,802.16 |
| Hotel in NJ for Grace Expert Depositions | 995.26 |
| Hotel in NJ for Grace and ICO Expert Depositions | 313.39 |
| Hotel in NJ for Koch and ICO Depositions | 631.67 |
| Hotel in NJ for Valera and Schmiermund Depositions | 597.84 |
| Lexis Costs | 477.66 |

W. R. Grace & Co.                                                Page    2

|                                                          | Amount     |
|----------------------------------------------------------|-----------:|
| Long Distance Charges                                    | 187.94     |
| Meals on trips                                           | 19.00      |
| Miscellaneous Travel Expenses                            | 32.01      |
| Outside Copies                                           | 8,665.69   |
| Overtime Meals                                           | 110.17     |
| Overtime Meals - Attorney/Paralegals                     | 37.63      |
| Overtime Transportation                                  | 548.10     |
| Parking Fee for Koch Deposition                          | 11.00      |
| Postage                                                  | 3.06       |
| Rental Car in NJ for ICO Expert Depositions             | 197.94     |
| Rental Car in NJ for Koch Deposition                    | 279.60     |
| Rental Car in NJ for Schmiermund and Valera Depositions | 247.80     |
| Return Air Fare from NJ re Koch Deposition              | 482.75     |
| Secretarial Overtime                                     | 756.00     |
| Taxis on trips                                           | 137.50     |
|                                                          |            |
| Total Disbursements                                      | $24,641.33 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

November 05, 2001

W. R. Grace & Co.
Attention:  William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12434

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Disbursements:

|                            | **Amount** |
|----------------------------|-----------:|
| Copy Costs - Internal      | 16.80      |
| Long Distance Charges      | 2.87       |
|                            |            |
| Total Disbursements        | $19.67     |
|                            |            |
| Balance Due                | $19.67     |

Wallace
King
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

November 05, 2001

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12434

For Professional Services Rendered In Connection with Waterloo - Brewer Road Site - Matter 4

Disbursements:

|                       | Amount |
|-----------------------|-------:|
| Copy Costs - Internal |   1.50 |
| Facsimile Costs       |   6.00 |
| Total Disbursements   | $7.50  |