# EXHIBIT B

**Attorneys**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth W. Lund | Partner | Environmental | $300.00 | 383.20 | $111,810.00 |
| Lisa S. Decker | Partner | Environmental | $225.00 | 38.30 | $8,617.50 |
| Charlotte L. Neitzel | Partner | Environmental | $275.00 | 9.1 | $2,502.50 |
| Jay D. McCarthy | Partner | Environmental | $250.00 | 111.50 | $27,875.00 |
| Donald J. Hopkins | Partner | Non-Profit | $360.00 | 1.3 | $468.00 |
| Colin G. Harris | Partner | Environmental | $250.00 | 11.6 | $2,900.00 |
| Phillip R. Clark | Partner | Commercial | $325.00 | 0.30 | $97.50 |
| Katheryn J. Coggon | Sr. Associate | Environmental | $240.00 | 59.50 | $14,280.00 |
| Elizabeth K. Flaagan | Sr. Associate | Bankruptcy | $250.00 | 10.70 | $2,675.00 |
| Brent A. Tracy | Associate | Environmental | $210.00 | 155.3 | $32,613.00 |
| Roxane J. Perruso | Associate | Litigation | $210.00 | 37.00 | $7,770.00 |
| Mark R. Gordon | Associate | Litigation | $180.00 | 51.10 | $9,378.00 |
| Keith A. Trammel | Associate | Commercial | $160.00 | 7.50 | $1,200.00 |
| Arthur Mizzi | Contract Atty | Environmental | $210.00 | 14.60 | $3,066.00 |
| Edward E. Stevenson | Sr. Counsel | Environmental | $210.00 | 11.30 | $2,373.00 |
| **TOTAL** | | | | 902.3 | $227,625.50 |

**Paraprofessionals**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Thomas W. Korver | Sr. Paralegal | Environmental | $110.00 | 90.30 | $9,933.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $ 90.00 | 313.60 | $28,224.00 |
| Joan M. Sherman | Sr. Paralegal | Environmental | $110.00 | 35.10 | $3,861.00 |
| Karen L. Kinnear | Paralegal | Litigation | $110.00 | 1.00 | $110.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 33.50 | $2,847.50 |
| Kathleen Porter | Paralegal | Environmental | $ 80.00 | 10.30 | $824.00 |
| Susan Haag | Paralegal | Bankruptcy | $ 85.00 | 0.50 | $42.50 |

#761884 v1

| Shalizeh Nadjmi | Law Clerk | Environmental | $125.00 | 35.60 | $4,094.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 29.70 | $2,673.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $ 90.00 | 25.40 | $2,286.00 |
| William E. Payne | Info. Spec. | Environmental | $ 75.00 | 42.00 | $3,150.00 |
| Matthew R. Elisha | Librarian | | $100.00 | 3.00 | $300.00 |
| **TOTAL** | | | | 620 | $58,345.00 |
| **GRAND TOTAL** | | | | 1,522.30 | $285,970.50 |

#761884 v1