# EXHIBIT C

## EXPENSES

| Description | April | May | June | July | August | Sept. | TOTAL |
|---|---|---|---|---|---|---|---|
| Photocopies | 347.80 | 266.20 | 606.00 | 60.60 | 1,489.60 | 1,108.40 | 3,878.60 |
| Facsimiles | 35.00 | 54.00 | 27.00 | 135.00 | 149.00 | 120.00 | 520.00 |
| Long Distance Telephone | 76.00 | 15.93 | 42.74 | 24.59 | 32.40 | 7.74 | 199.40 |
| Outside Courier | 133.29 | 31.96 | 78.41 | 0.00 | 389.33 | 0.00 | 632.99 |
| Travel Expense | 5,094.38 | 0.00 | 0.00 | 0.00 | 3,855.25 | 2,180.12 | 11,129.75 |
| Lexis | 235.07 | 73.97 | 148.21 | 197.27 | 1,545.51 | 1,114.11 | 3,314.14 |
| Westlaw | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 535.83 | 535.83 |
| Meal Expenses | 569.60 | 0.00 | 0.00 | 7.42 | 451.36 | 0.00 | 1,028.38 |
| IS Overtime | 472.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 472.50 |
| Overtime | 13,817.50 | 0.00 | 0.00 | 0.00 | 0.00 | 605.00 | 14,422.50 |
| Other Expenses | 0.00 | 0.00 | 0.00 | 1,800.00 | 187.30 | 0.00 | 1,987.30 |
| Temporary Svcs. | 9,366.26 | 0.00 | 105.00 | 0.00 | 0.00 | 0.00 | 9,471.26 |
| Color Copies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.60 | 15.60 |
| Filing Fee | 0.00 | 0.00 | 60.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| TOTALS | 30,147.40 | 442.06 | 1,067.36 | 2,224.88 | 8,099.75 | 5,686.80 | 47,668.25 |

#762054 v1