UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Due by: November 29, 2001 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary** |

## NOTICE OF FILING OF FEE APPLICATION

To: (1) Office of the United States Trustee; (2) Counsel to the Official Committee of Unsecured Creditors; (3) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (4) Counsel to the debtors and debtors-in-possession; and (5) Counsel to the debtor-in-possession lenders (the "DIP Lenders").

The Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through undersigned counsel, filed its Fourth Interim Application of the Official Committee of Asbestos Property Damage Claimants for Reimbursement of Expenses to Committee Members and their Counsel for the Period From August 1, 2001 through September 30, 2001 (the "Application") seeking reimbursement of expenses in the amount of (i) $6,492.42,

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace AB Inc., Grace AB 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace HG Inc., Grace HG II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

incurred by the PD Committee during the period August 1, 2001, through and including September 30, 2001 (the "Application Period") for the actual and necessary expenses incurred.

You are required to file with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, an objection to the attached Application on or before November 29, 2001 at 4:00 p.m.

At the same time, you must serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P. O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, LLP 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin Sumberg Dunn Baena Price & Axelrod LLP, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P. O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-755), and Matthew G. Zaleski, III, Esquire, Campbell & Levine, LLC, 1201 N. Market Street, 15th Floor, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago,

Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P. O. Box 25130, Wilmington, Delaware 19899 (fax number

302-658-6395) and (vi) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire,

844 King Street, Room 2313, Wilmington, DE 19801.

A HEARING ON THE FEE APPLICATION WILL BE HELD ONLY IF OBJECTIONS

OR RESPONSES ARE FILED.

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE,

THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION

WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 9, 2001

> BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP
> Counsel to the Official Committee of Asbestos Property Damage Claimants
> 2500 First Union Financial Center
> 200 South Biscayne Boulevard
> Miami, Florida 33131-2336
> Telephone: (305) 374-7580
> Facsimile: (305) 374-7593
>
>
> By:____/s/ Scott L. Baena_____
>     Scott L. Baena (Admitted Pro Hac Vice)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY OF FOURTH INTERIM APPLICATION
OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES
TO COMMITTEE MEMBERS AND THEIR COUNSEL FOR THE
PERIOD FROM AUGUST 1, 2001 THROUGH SEPTEMBER 30, 2001**

| | |
|---|---|
| Name of Applicant: | Official Committee of Asbestos Property Damage Claimants |
| Authorized to Provide Professional Services to: | N/A |
| Date of Appointment: | April 12, 2001 |
| Period for which Reimbursement is sought: | August 1, 2001 through September 30, 2001 |
| Amount of Compensation sought as actual, reasonable and necessary: | N/A |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,492.42 |

This is an **X** interim __final application.

| Interim Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 7/2/01 | 4/9/01 – 5/31/01 | N/A | $11,462.59 | N/A | $11,462.59 |
| 8/6/01 | 6/1/01 – 6/31/01 | N/A | $24,412.74 | N/A | $24,412.74 |
| 9/25/01 | 7/1/01 – 7/30/01 | N/A | $13,702.68 | N/A | Pending |

530423

4

**ATTACHMENT "B" TO APPLICATION**

**SUMMARY OF HOURS**

**NOT APPLICABLE**

**COMPENSATION BY PROJECT CATEGORY**

**NOT APPLICABLE**

**EXPENSE SUMMARY**

| | |
|---|---|
| **Catholic Archdiocese of New Orleans** | **$874.56** |
| **The Prudential Insurance Company of America** | **$1,513.51** |
| **Princeton University** | **$1,344.19** |
| **Marco Barbanti** | **$2,760.16** |
| **TOTAL** | **$6,492.42** |

**PLEASE REFER TO ATTACHMENT "B-1" THROUGH "B-4"
ATTACHED HERETO FOR FURTHER DETAIL**

**ATTACHMENT "B-1"**

**REPORT OF EXPENSES**

**FOR**

**MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL**

**W. R. GRACE & CO., et al.**

<u>**NAME:**</u>
Martin Dies, Esq.
Counsel to Catholic Archdiocese of New Orleans
1009 Green Avenue
Orange, TX  77630
BUSINESS   (409) 883-4394
FAX   (409) 883-4814

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 8/20/01 | Roundtrip Airfare from Houston, TX to Atlanta, GA | $574.00 |
| 8/20/01 | Hotel - Atlanta | $89.04 |
| 8/1/01 – 8/31/01 | Federal Express | $129.62 |
| 8/21/01 | Parking | $10.00 |
| 8/20/01 | Mileage from Bush Airport to Houston Airport | $15.50 |
| 8/21/01 | Mileage from Bush Airport to Orange Office | $15.50 |
| 8/1/01 – 8/31/01 | Phone Charges | $40.90 |
|  | **TOTAL EXPENSES** | **$874.56** |

**ATTACHMENT "B-2"**

**REPORT OF EXPENSES**

**FOR**

**MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL**

**W. R. GRACE & CO., et al.**

**NAME:**
Joe Schwartz
Riker Danzig Scherer Hyland & Perretti
Counsel to The Prudential Insurance Company
1 Speedwell Avenue
Headquarters Plaza
Morristown, NJ 07962
BUSINESS     (973) 538-0800
FAX     (973) 538-1984

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|------|--------------------|--------|
| 5/23/01 | Ground Transportation | $16.00 |
| 6/26/01 | Ground Transportation | $140.60 |
| 7/19/01 | Air Fare from Newark, NJ to Atlanta, GA  Attend Committee meeting | $350.00 |
| 7/30/01 | Air Fare from Newark, NJ to Atlanta, GA  Attend Committee meeting (including service fee) | $241.00 |
| 8/7/01 | Westlaw Research Costs | $287.61 |
| 8/20/01 | Ground Transportation, Tolls and Gratuity | $122.55 |
| 8/21/01 | Ground Transportation | $14.00 |
| 8/21/01 | Lodging - Atlanta, GA (Attend committee meeting) | $272.55 |
| 8/1/01 – 8/31/01 | Photocopies @ $0.15 Per copy | $4.20 |
| 8/1/01 – 8/31/01 | Facsimile @ $1.00 Per page | $8.00 |

| | |
|---|---|
| **TOTAL EXPENSES** | **$1,513.51** |

## ATTACHMENT "B-3"

## REPORT OF EXPENSES

### FOR

## MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL
## W. R. GRACE & CO., et al.

**NAME:**

Edward Westbrook
Ness Motley Loadholt Richardson & Poole
Counsel to Princeton University
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465
BUSINESS    (843) 216-9000
FAX         (843) 216-9450

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 8/20/01 | RT:Air Fare from Charleston, SC to Atlanta, GA to attend committee meeting | $1,068.00 |
| 8/20/01 | Parking | $13.00 |
| 8/20/01 | Mileage (30 miles @ $0.31) | $9.30 |
| 8/20/01 – 8/21/01 | Meals | $5.50 |
| 8/20/01 – 8/21/01 | Lodging at Committee Meeting | $172.48 |
| 8/20/01 | Taxi | 25.00 |
| 8/21/01 | Tips | $3.00 |
| 8/20/01 - 8/21/01 | Telephone Charges | $47.91 |
| | **Total Expenses** | **$1,344.19** |

8

530423

**ATTACHMENT "B-4"**

**REPORT OF EXPENSES**

**FOR**

**MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE
CLAIMANTS AND THEIR COUNSEL**

**W. R. GRACE & CO., et al.**

**NAME:**

Darrell W. Scott
Lukins & Annis, P.S.
Counsel to Marco Barbanti
1600 Washington Trust Financial Center
717 West Sprague Ave
Spokane, WA  99201-0466
BUSINESS     (509) 455-9555
FAX             (509) 747-2323

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|------|--------------------|--------|
| 8/7/01 | Travel Agent Fees | $11.00 |
| 8/21/01 | RT: Air Fare from Spokane, WA to Atlanta, GA | $1,456.50 |
| 8/21/01 | Lodging at Committee Meeting | $160.97 |
| 8/21/01 | Meals | $67.91 |
| 8/21/01 | Cab Fare | $60.00 |
| 8/20/01 | Travel Agent Fees | $10.50 |
| 8/1/01 – 8/31/01 | Federal Express | $500.07 |
| 8/1/01 – 8/31/01 | Photocopies @ $.15 per copy | $224.95 |
| 8/21/01 | Phone Charges | $2.40 |
| 8/1/01 – 8/31/01 | Lexis/Nexis Computer Research | $64.46 |
| 8/1/01 – 8/31/01 | Telecopies | $17.00 |
| 9/1/01 - 9/30/01 | Long Distance | $1.20 |
| 9/1/01 - 9/30/01 | Telecopies | $2.00 |

530423

| 9/1/01 - 9/30/01 | Photocopies @ .15 per copy | $181.20 |
|---|---|---|
|  | **TOTAL EXPENSES** | **$2,760.16** |

530423

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## FOURTH INTERIM APPLICATION
## OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
## DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES TO
## COMMITTEE MEMBERS AND THEIR COUNSEL FOR THE
## PERIOD FROM AUGUST 1, 2001 THROUGH SEPTEMBER 30, 2001

Pursuant to this Court's May 3, 2001 Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Administrative Order"), the Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through undersigned counsel, hereby submits this Fourth Interim Application of the Official Committee of Asbestos Property Damage Claimants for Reimbursement of Expenses to Committee Members and Their Counsel for the Period From August 1, 2001 through September 30, 2001 (the "Application"). In support hereof, the Applicant respectfully represents as follows:

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace AB Inc., Grace AB 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace HG Inc., Grace HG II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Squarc Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C

530423

# I.    BACKGROUND

1.    On April 2, 2001 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").    The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.    No trustee or examiner has been appointed in these cases.

2.    On April 2, 2001, the Court entered its Order directing the joint administration of the Debtors' chapter 11 cases (the "Consolidated Cases").

3.    On April 12, 2001, the Office of the United States Trustee appointed the PD Committee in this case consisting of Mr. Marco Barbanti, Princeton University, Pacific Freeholds and Prudential Insurance Company. The PD Committee held its organizational meeting on that day and selected Mr. Marco Barbanti to serve as its Chairman.    Thereafter, the PD Committee was expanded to include Paul Price, Anderson Memorial Hospital and the Archdiocese of New Orleans.    The PD Committee subsequently elected Mr. Dan Speights, representative of Anderson Memorial Hospital, as Co-Chairman of the PD Committee.

4.    The PD Committee represents the interests of the asbestos property damage claimants in the Consolidated Cases.

5.    At the PD Committee's initial meeting held on April 12, 2001, at which all original PD Committee members were present, the PD Committee chose to retain Bilzin Sumberg Dunn Baena Price & Axelrod LLP ("Bilzin"), by and through Scott L. Baena, Esq., as its counsel to represent it in all matters during the pendency of the Consolidated Cases.

---

Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

530423

6.      By application, dated May 22, 2001, Bilzin sought Court approval for its retention as counsel to the PD Committee <u>nunc pro tunc</u> to April 9, 2001.  No objections were filed and a certificate of no objection was filed with the Court.

7.      By order dated June 21, 2001 (the "Retention Order"), the Court authorized the PD Committee to retain Bilzin <u>nunc pro tunc</u> to April 9, 2001, pursuant to 11 U.S.C. §§ 1103 and 328, on a general retainer basis, to represent the PD Committee in the Consolidated Cases.  The Retention Order conditioned Bilzin's compensation on approval by this Court.

## II.      RELIEF REQUESTED

8.      Accordingly, the PD Committee submits this Application, pursuant to Sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Administrative Order, and in accordance with U.S. Department of Justice, Executive Office for United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 (the "Guidelines").  The PD Committee requests reimbursement of expenses in the amount of $6,492.42 for the actual and necessary expenses incurred by the PD Committee from August 1, 2001 through and including September 30, 2001 (the "Application Period")[2].

9.      This request is the PD Committee's fourth interim application to the Court for reimbursement of expenses.

10.      The PD Committee has only applied for reimbursement of actual and necessary out-of-pocket disbursements in accordance with § 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines.

WHEREFORE, the PD Committee respectfully requests the Court to enter an order

---

[2] Certain expenses of members predate the Application Period.  These expenses have not been submitted for reimbursement prior to filing this Application.

13

530423

(i) awarding the PD Committee the sum of $6,492.42, as interim reimbursement for actual and necessary expenses incurred; (ii) authorizing and directing the Debtor to pay to Bilzin such sum and directing Bilzin to distribute the appropriate amount to each member of the PD Committee and its counsel; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: November 9, 2001

> BILZIN SUMBERG DUNN BAENA
> PRICE & AXELROD LLP
> Counsel to the Official Committee of Asbestos Property Damage Claimants
> 2500 First Union Financial Center
> 200 South Biscayne Boulevard
> Miami, Florida 33131-2385
> Telephone:  (305) 374-7580
> Facsimile: (305) 374-7593
>
>
> By:__/s/ Scott L. Baena_____
>     Scott L. Baena (Admitted Pro Hac Vice)

530423