**EXHIBIT A**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS

2500 FIRST UNION FINANCIAL CENTER
MIAMI , FLORIDA  33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com

_____

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE:  (954) 356-0030 • FAX:  (954) 356-0406

WR Grace-Official Committee of Prope

October 25, 2001

Invoice #  46212

FOR PROFESSIONAL SERVICES RENDERED
THROUGH September 30, 2001

Atty - SLB

RE:      01- Case Administration

Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/04/01 | LMF | 1.10 | 110.00 | Update docket and review agenda in preparation for September 7, 2001 hearing for hearing (.4);  telephone calls to debtor's counsel regarding agenda (.3); compile pleadings (.4). |
| 09/04/01 | JMS | 3.40 | 765.00 | Telephone conference with G. Boyer regarding confidentiality agreement (.3); receive and review motion to assume, assign and sell Dragon Court Lease (.5); telephone conference S. Schwartz regarding confidentiality agreement (.9); telephone conference with G. Boyer regarding the amendment to confidentiality agreement and revisions thereto. (.8); finalize amendments to confidentiality agreement (.5); e-mail to M. Gries & G. Boyer regarding execution of confidentiality agreement (.4). |
| 09/04/01 | JLH | 1.50 | 150.00 | Attend to documents management and imaged files. |
| 09/05/01 | JMS | 0.80 | 180.00 | Telephone conference with G. Boyer regarding confidentiality  issue (.4); telephone conference with S. Schwartz regarding confidentiality issues (.2); telephone conference with J. Kapp regarding rolling document repository motion (.2). |
| 09/06/01 | JLH | 0.80 | 80.00 | Documents management and image files. |
| 09/07/01 | EM | 1.30 | 312.00 | Review motion seeking to modify the automatic stay and draft executive summary (.8); review motion authorizing assignment of lease and sublease and draft executive summary (.5). |
| 09/08/01 | JMS | 0.90 | 202.50 | Review summary of ECARG/Honeywell motion to modify automatic stay (.2); review and analysis of Honeywell motion for relief from automatic stay (.7). |
| 09/10/01 | EM | 0.20 | 48.00 | Review and revise executive summary of Debtors' motion to assign certain Lease and Subleases (.2). |
| 09/10/01 | JMS | 0.20 | 45.00 | Telephone conference with G. Boyer re meeting in September (.2); telephone conference with T. Hillsee re notice issues (.3); review memo re selection of state law (.4). |
| 09/12/01 | EM | 0.10 | 24.00 | Review and revise executive summary of motion to assign lease and subleases. |
| 09/13/01 | ALG | 0.50 | 50.00 | Review and compare pleading index with imaging index. |
| 09/13/01 | JLH | 0.80 | 80.00 | Prepare imaging index. |
| 09/14/01 | JLH | 0.50 | 50.00 | Continue prepare imaging index. |
| 09/18/01 | JLH | 0.80 | 80.00 | Prepare pleadings for imaging. |
| 09/19/01 | JMS | 0.40 | 90.00 | Review of debtors' response to Honeywell motion to modify automatic stay (.2); receive and review stipulation between Aon and debtors (.2). |

534188

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 09/19/01 | JMS | 0.30 | 67.50 | Review of certifications of counsel and attached orders regarding de minimums claims settlement, exclusivity, Casner & Edwards (.3). |
| 09/20/01 | JMS | 0.10 | 22.50 | Review correspondence from debtors to plaintiffs' counsel regarding Maryland Casualty (.1). |
| 09/20/01 | JLH | 0.60 | 60.00 | Complete imaging project. |
| 09/21/01 | JMS | 2.50 | 562.50 | Review of Debtors' opposition to Smolker motion for relief from automatic stay (.2); receive and analyze report of CDG regarding Asbestos Claims Trends in the 1990's (1.3); receive and review Debtors' response to Honeywell motion for relief from stay (.3); receive and review stipulation between Debtors and AON (.3); receive and review orders entered regarding settlement motion, Casner & Edwards, exclusivity (.4). |
| 09/24/01 | JMS | 0.20 | 45.00 | Receive and review Honeywell's limited objection to debtors' motion for order granting relief from automatic stay (.2). |
| 09/25/01 | JMS | 0.90 | 202.50 | Telephone conference with T. Tacconelli regarding hearing dates (.2); review Exxon Mobil motion for summary judgment and memo of law in support thereof (.5); email memo to S. Baena re status of pending motion (.2). |
| 09/26/01 | JMS | 0.20 | 45.00 | Email to and from S. Schwartz regarding Conway confidentiality agreement (.2); telephone conferences with G. Boyer regarding business issues (.4). |
| 09/28/01 | JMS | 0.30 | 67.50 | Telephone conference with D. Speights regarding reimbursement of expenses (.1); receive and review stipulation and order resolving motion of First Union Commercial Corporation (.2). |

PROFESSIONAL SERVICES                                                                      $3,339.00

COSTS ADVANCED

| | | | |
|---|---|---|---|
| | Federal Express  VENDOR: FEDERAL EXPRESS CORP. INVOICE#: | | |
| 08/30/01 | 961249472 DATE: 9/12/01 | | 28.64 |
| 09/04/01 | Photocopies   46.00pgs @ .15/pg | | 6.90 |
| 09/04/01 | Photocopies   33.00pgs @ .15/pg | | 4.95 |
| 09/04/01 | Long Distance Telephone  (312) 861-3103; 1 Mins. | | 0.46 |
| 09/04/01 | Long Distance Telephone  (214) 978-4984; 53 Mins. | | 24.45 |
| 09/04/01 | Long Distance Telephone  (312) 861-2124; 3 Mins. | | 1.85 |
| 09/04/01 | Long Distance Telephone  (312) 861-3103; 1 Mins. | | 0.46 |
| 09/04/01 | Long Distance Telephone  (302) 652-4100; 2 Mins. | | 0.92 |
| 09/04/01 | Long Distance Telephone  (302) 575-1555; 2 Mins. | | 1.38 |
| 09/04/01 | Long Distance Telephone  (312) 861-3103; 9 Mins. | | 4.15 |
| 09/04/01 | Long Distance Telephone  (302) 594-3100; 1 Mins. | | 0.92 |
| 09/04/01 | Long Distance Telephone  (212) 813-1703; 3 Mins. | | 1.38 |
| 09/04/01 | Long Distance Telephone  (302) 652-4100; 1 Mins. | | 0.92 |
| 09/04/01 | Long Distance Telephone  (312) 861-3103; 5 Mins. | | 2.31 |
| 09/04/01 | Long Distance Telephone  (212) 813-1703; 5 Mins. | | 2.77 |
| 09/04/01 | Long Distance Telephone  (302) 575-1555; 11 Mins. | | 5.08 |
| | Federal Express  VENDOR: FEDERAL EXPRESS CORP. INVOICE#: | | |
| 09/04/01 | 0961249474 DATE: 9/14/01 | | 19.38 |
| 09/05/01 | Telecopies   6.00pgs @ .50/pg | | 3.00 |
| 09/05/01 | Telecopies   54.00pgs @ .50/pg | | 27.00 |
| 09/05/01 | Telecopies   62.00pgs @ .50/pg | | 31.00 |
| 09/05/01 | Long Distance Telephone  (843) 524-5708; 11 Mins. | | 5.08 |
| 09/05/01 | Long Distance Telephone  (803) 943-4444; 1 Mins. | | 0.92 |
| 09/05/01 | Long Distance Telephone  (415) 989-1801; 1 Mins. | | 0.92 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 09/05/01 | Long Distance Telephone  (212) 813-1703; 2 Mins. | 0.92 |
| 09/05/01 | Long Distance Telephone  (310) 979-4144; 1 Mins. | 0.46 |
| 09/05/01 | Long Distance Telephone  (302) 594-3100; 4 Mins. | 2.31 |
| 09/05/01 | Long Distance Telephone  (302) 575-1555; 4 Mins. | 1.85 |
| 09/05/01 | Long Distance Telephone  (302) 426-1900; 2 Mins. | 0.92 |
| 09/05/01 | Long Distance Telephone  (202) 429-2400; 16 Mins. | 7.38 |
| 09/05/01 | Long Distance Telephone  (312) 861-2124; 1 Mins. | 0.46 |
| 09/05/01 | Long Distance Telephone  (212) 813-1703; 1 Mins. | 0.92 |
| 09/05/01 | Long Distance Telephone  (212) 813-1703; 3 Mins. | 1.85 |
| 09/05/01 | Long Distance Telephone  (202) 429-2400; 1 Mins. | 0.46 |
| 09/05/01 | Long Distance Telephone  (202) 457-5010; 7 Mins. | 3.23 |
| 09/05/01 | Long Distance Telephone  (202) 457-5010; 7 Mins. | 3.23 |
| | Federal Express  VENDOR: FEDERAL EXPRESS CORP. INVOICE#: | |
| 09/05/01 | 0961249474 DATE: 9/14/01 | 19.38 |
| | | |
| 09/06/01 | Photocopies    22.00pgs @ .15/pg | 3.30 |
| 09/06/01 | Photocopies    59.00pgs @ .15/pg | 8.85 |
| 09/06/01 | Telecopies     24.00pgs @ .50/pg | 12.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Telecopies     24.00pgs @ .50/pg | 12.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Telecopies     20.00pgs @ .50/pg | 10.00 |
| 09/06/01 | Long Distance Telephone  (302) 594-3100; 1 Mins. | 0.92 |
| 09/06/01 | Long Distance Telephone  (302) 575-1555; 2 Mins. | 1.38 |
| 09/06/01 | Long Distance Telephone  (302) 594-3100; 1 Mins. | 0.46 |
| 09/06/01 | Long Distance Telephone  (302) 654-8300; 2 Mins. | 0.92 |
| 09/06/01 | Long Distance Telephone  (302) 573-6155; 2 Mins. | 0.92 |
| 09/06/01 | Long Distance Telephone  (215) 665-2000; 3 Mins. | 1.38 |
| 09/06/01 | Long Distance Telephone  (302) 573-6155; 3 Mins. | 1.38 |
| 09/06/01 | Long Distance Telephone  (302) 573-6356; 1 Mins. | 0.92 |
| 09/06/01 | Long Distance Telephone  (312) 861-2124; 6 Mins. | 3.23 |
| 09/06/01 | Long Distance Telephone  (302) 426-1900; 11 Mins. | 5.54 |
| 09/06/01 | Long Distance Telephone  (302) 575-1555; 1 Mins. | 0.46 |
| 09/06/01 | Long Distance Telephone  (302) 575-1555; 1 Mins. | 0.46 |
| 09/06/01 | Long Distance Telephone  (202) 862-5000; 6 Mins. | 2.77 |
| 09/06/01 | Long Distance Telephone  (202) 429-2400; 3 Mins. | 1.38 |
| 09/06/01 | Long Distance Telephone  (302) 575-1555; 1 Mins. | 0.92 |
| 09/06/01 | Long Distance Telephone  (843) 524-1242; 3 Mins. | 1.85 |
| 09/06/01 | Long Distance Telephone  (409) 883-4814; 6 Mins. | 2.77 |
| 09/07/01 | Photocopies    37.00pgs @ .15/pg | 5.55 |
| 09/07/01 | Telecopies     60.00pgs @ .50/pg | 30.00 |
| 09/07/01 | Telecopies     6.00pgs @ .50/pg | 3.00 |
| 09/07/01 | Telecopies     4.00pgs @ .50/pg | 2.00 |
| 09/07/01 | Telecopies     4.00pgs @ .50/pg | 2.00 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| 09/07/01 | Telecopies | 4.00pgs @ .50/pg | 2.00 |
| 09/07/01 | Telecopies | 4.00pgs @ .50/pg | 2.00 |
| 09/07/01 | Telecopies | 4.00pgs @ .50/pg | 2.00 |
| 09/07/01 | Telecopies | 4.00pgs @ .50/pg | 2.00 |
| 09/07/01 | Telecopies | 4.00pgs @ .50/pg | 2.00 |
| 09/07/01 | Telecopies | 4.00pgs @ .50/pg | 2.00 |
| 09/07/01 | Telecopies | 4.00pgs @ .50/pg | 2.00 |
| 09/07/01 | Telecopies | 4.00pgs @ .50/pg | 2.00 |
| 09/07/01 | Long Distance Telephone | (843) 524-1242; 8 Mins. | 3.69 |
| 09/07/01 | Long Distance Telephone | (803) 943-4444; 4 Mins. | 1.85 |
| 09/07/01 | Long Distance Telephone | (409) 883-4394; 1 Mins. | 0.92 |
| 09/07/01 | Long Distance Telephone | (843) 216-9000; 1 Mins. | 0.92 |
| 09/07/01 | Long Distance Telephone | (302) 575-1555; 4 Mins. | 2.31 |
| 09/07/01 | Long Distance Telephone | (509) 455-9555; 2 Mins. | 1.38 |
| 09/07/01 | Long Distance Telephone | (843) 216-9000; 1 Mins. | 0.92 |
| 09/07/01 | Long Distance Telephone | (617) 610-1826; 1 Mins. | 0.92 |
| 09/07/01 | Long Distance Telephone | (973) 538-0800; 5 Mins. | 2.31 |
| 09/07/01 | Long Distance Telephone | (415) 989-1800; 1 Mins. | 0.46 |
| 09/07/01 | Long Distance Telephone | (415) 989-1801; 1 Mins. | 0.92 |
| 09/07/01 | Long Distance Telephone | (409) 883-4394; 2 Mins. | 1.38 |
| 09/07/01 | Long Distance Telephone | (302) 575-1555; 2 Mins. | 1.38 |
| 09/07/01 | Long Distance Telephone | (202) 862-5065; 5 Mins. | 2.31 |
| 09/07/01 | Long Distance Telephone | (302) 575-1555; 1 Mins. | 0.92 |
| 09/07/01 | Long Distance Telephone | (202) 862-5065; 29 Mins. | 13.38 |
| 09/07/01 | Long Distance Telephone | (831) 626-8152; 2 Mins. | 0.92 |
| 09/07/01 | Long Distance Telephone | (312) 861-2124; 2 Mins. | 0.92 |
| 09/07/01 | Long Distance Telephone | (312) 861-2200; 1 Mins. | 0.46 |
| 09/07/01 | Long Distance Telephone | (509) 747-2323; 1 Mins. | 0.46 |
| 09/07/01 | Long Distance Telephone | (415) 989-1801; 1 Mins. | 0.46 |
| 09/07/01 | Long Distance Telephone | (409) 883-4814; 1 Mins. | 0.92 |
| 09/07/01 | Long Distance Telephone | (617) 720-5015; 1 Mins. | 0.46 |
| 09/10/01 | Photocopies | 32.00pgs @ .15/pg | 4.80 |
| 09/10/01 | Photocopies | 220.00pgs @ .15/pg | 33.00 |
| 09/10/01 | Photocopies | 5.00pgs @ .15/pg | 0.75 |
| 09/10/01 | Telecopies | 4.00pgs @ .50/pg | 2.00 |
| 09/10/01 | Long Distance Telephone | (803) 943-4599; 2 Mins. | 0.92 |
| 09/10/01 | Long Distance Telephone | (215) 721-2120; 1 Mins. | 0.92 |
| 09/10/01 | Long Distance Telephone | (212) 813-1703; 1 Mins. | 0.92 |
| 09/10/01 | Long Distance Telephone | (212) 806-5400; 1 Mins. | 0.46 |
| 09/10/01 | Long Distance Telephone | (212) 813-1703; 2 Mins. | 0.92 |
| 09/10/01 | Long Distance Telephone | (212) 813-1703; 1 Mins. | 0.46 |
| 09/12/01 | Photocopies | 1.00pgs @ .15/pg | 0.15 |
| 09/12/01 | Photocopies | 6.00pgs @ .15/pg | 0.90 |
| 09/12/01 | Photocopies | 11.00pgs @ .15/pg | 1.65 |
| 09/12/01 | Photocopies | 501.00pgs @ .15/pg | 75.15 |
| 09/12/01 | Long Distance Telephone | (215) 597-5795; 1 Mins. | 0.46 |
| 09/13/01 | Photocopies | 5.00pgs @ .15/pg | 0.75 |
| 09/13/01 | Telecopies | 6.00pgs @ .50/pg | 3.00 |
| 09/13/01 | Telecopies | 100.00pgs @ .50/pg | 50.00 |
| 09/13/01 | Telecopies | 96.00pgs @ .50/pg | 48.00 |
| 09/13/01 | Telecopies | 82.00pgs @ .50/pg | 41.00 |
| 09/13/01 | Telecopies | 98.00pgs @ .50/pg | 49.00 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 09/13/01 | Long Distance Telephone  (843) 524-5708; 29 Mins. | 13.84 |
| 09/13/01 | Long Distance Telephone  (415) 989-1801; 1 Mins. | 0.92 |
| 09/13/01 | Long Distance Telephone  (803) 943-4599; 22 Mins. | 10.15 |
| 09/13/01 | Long Distance Telephone  (409) 883-4814; 22 Mins. | 10.15 |
| 09/13/01 | Long Distance Telephone  (312) 861-2248; 2 Mins. | 1.38 |
| 09/13/01 | Long Distance Telephone  (310) 979-4144; 1 Mins. | 0.46 |
| 09/13/01 | Long Distance Telephone  (409) 883-4814; 19 Mins. | 9.23 |
| 09/13/01 | Long Distance Telephone  (409) 883-4814; 23 Mins. | 10.61 |
| 09/14/01 | Photocopies    3.00pgs @ .15/pg | 0.45 |
| 09/14/01 | Photocopies    3.00pgs @ .15/pg | 0.45 |
| 09/14/01 | Telecopies     28.00pgs @ .50/pg | 14.00 |
| 09/14/01 | Long Distance Telephone  (212) 813-0580; 4 Mins. | 2.31 |
| 09/17/01 | Long Distance Telephone  (302) 575-1555; 5 Mins. | 2.31 |
| 09/17/01 | Long Distance Telephone  (312) 861-2124; 4 Mins. | 1.85 |
| 09/17/01 | Long Distance Telephone  (302) 573-6491; 10 Mins. | 5.08 |
| 09/17/01 | Long Distance Telephone  (312) 861-2124; 5 Mins. | 2.77 |
| 09/17/01 | Long Distance Telephone  (302) 575-1555; 7 Mins. | 3.23 |
| 09/18/01 | Telecopies      6.00pgs @ .50/pg | 3.00 |
| 09/18/01 | Long Distance Telephone  (409) 882-1732; 5 Mins. | 2.77 |
| 09/18/01 | Long Distance Telephone  (302) 573-6497; 1 Mins. | 0.92 |
| 09/19/01 | Long Distance Telephone  (302) 426-1189; 2 Mins. | 0.92 |
| 09/20/01 | Photocopies    9.00pgs @ .15/pg | 1.35 |
| 09/20/01 | Photocopies    1.00pgs @ .15/pg | 0.15 |
| 09/20/01 | Photocopies    2.00pgs @ .15/pg | 0.30 |
| 09/20/01 | Telecopies      6.00pgs @ .50/pg | 3.00 |
| 09/20/01 | Long Distance Telephone  (415) 989-1801; 1 Mins. | 0.92 |
| 09/20/01 | Long Distance Telephone  (215) 721-2120; 11 Mins. | 5.08 |
| 09/20/01 | Long Distance Telephone  (302) 575-1555; 14 Mins. | 6.46 |
| 09/21/01 | Photocopies    72.00pgs @ .15/pg | 10.80 |
| 09/21/01 | Photocopies    4.00pgs @ .15/pg | 0.60 |
| 09/21/01 | Photocopies    9.00pgs @ .15/pg | 1.35 |
| 09/21/01 | Photocopies    8.00pgs @ .15/pg | 1.20 |
| 09/24/01 | Photocopies    21.00pgs @ .15/pg | 3.15 |
| 09/24/01 | Long Distance Telephone  (312) 861-2248; 2 Mins. | 0.92 |
| 09/24/01 | Long Distance Telephone  (312) 861-2249; 3 Mins. | 1.38 |
| 09/26/01 | Photocopies    8.00pgs @ .15/pg | 1.20 |
| 09/26/01 | Long Distance Telephone  (214) 674-9016; 3 Mins. | 1.38 |
| 09/27/01 | Telecopies      4.00pgs @ .50/pg | 2.00 |
| 09/27/01 | Telecopies      4.00pgs @ .50/pg | 2.00 |
| 09/27/01 | Long Distance Telephone  (415) 989-1801; 1 Mins. | 0.46 |
| 09/27/01 | Long Distance Telephone  (415) 989-1801; 1 Mins. | 0.92 |
| 09/28/01 | Telecopies     16.00pgs @ .50/pg | 8.00 |
| 09/28/01 | Long Distance Telephone  (409) 883-4814; 5 Mins. | 2.31 |

————————

**TOTAL COSTS ADVANCED**                                                                                          $958.08

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Marquez, Elena | 1.60 | 240.00 | $384.00 |
| Sakalo, Jay M | 10.20 | 225.00 | $2,295.00 |
| Guerra, Armando L | 0.50 | 100.00 | $50.00 |

534188

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| Flores, Luisa M | 1.10 | 100.00 | $110.00 |
| Heredia, Jose L | 5.00 | 100.00 | $500.00 |
| *TOTAL* | *18.40* | | *$3,339.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $167.70 |
| Telecopies | $473.00 |
| Federal Express | $67.40 |
| Long Distance Telephone | $249.98 |
| TOTAL | $958.08 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$4,297.08**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15538

RE:     02 - Debtors' Business Operations

| 09/05/01 | JMS | 0.70 | 157.50 | Review and analysis of schedules and statements of W.R. Grace-Conn. |
| 09/20/01 | SLB | 0.30 | 127.50 | E-mails from and to J. Sakalo re: debtors' income disclosures (.3). |
| 09/25/01 | JMS | 0.30 | 67.50 | Telephone conference with G. Boyer regarding financial disclosures (.3). |
| 09/26/01 | JMS | 0.40 | 90.00 | Telephone conferences with G. Boyer regarding business issues (.4). |

PROFESSIONAL SERVICES                                                              $442.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | 425.00 | $127.50 |
| Sakalo, Jay M | 1.40 | 225.00 | $315.00 |
| TOTAL | 1.70 | | $442.50 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                      $442.50

534188

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

| | | | | |
|---|---|---|---|---|
| RE: | 03 - Creditors Committee | | | Client No. 74817/15539 |

| | | | | |
|---|---|---|---|---|
| 09/06/01 | SLB | 1.00 | 425.00 | Committee meeting (1.0) |
| 09/06/01 | JMS | 1.30 | 292.50 | Prepare for committee call (.3); committee conference call (1.0). |
| 09/07/01 | SLB | 0.30 | 127.50 | Committee Meeting. |
| 09/07/01 | JMS | 0.60 | 135.00 | Committee conference call (.6). |
| 09/13/01 | SLB | 0.30 | 127.50 | Committee Meeting (.3) |
| 09/13/01 | JMS | 0.70 | 157.50 | Prepare for committee call (.3); committee conference call (.4). |
| 09/20/01 | JMS | 0.40 | 90.00 | Telephone conference with T. Tacconelli re hearing dates, committee expenses certification (.4). |
| 09/27/01 | JMS | 1.00 | 225.00 | Committee call (1.0). |

PROFESSIONAL SERVICES $1,580.00

COSTS ADVANCED

| | | |
|---|---|---|
| 08/02/01 | Long Distance Telephone-Outside Services | 458.43 |
| 08/09/01 | Long Distance Telephone-Outside Services | 296.93 |
| 08/16/01 | Long Distance Telephone-Outside Services | 110.62 |
| 08/23/01 | Long Distance Telephone-Outside Services | 214.94 |
| 08/25/01 | Miscellaneous Costs  USE OF CONFERENCE HALL FACILITY - SHERATON GATEWAY/ATLANTA - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/25/01; DATE: 8/25/01  -  CLIENT - 15539 ATLANTA GRACE COMMITTEE MEETING | 1,074.19 |
| 08/29/01 | Long Distance Telephone-Outside Services | 214.86 |
| 08/30/01 | Long Distance Telephone-Outside Services | 206.64 |
| 09/20/01 | Photocopies    2.00pgs @ .15/pg | 0.30 |
| 09/27/01 | Long Distance Telephone  (310) 979-4144; 1 Mins. | 0.46 |

TOTAL COSTS  ADVANCED $2,577.37

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.60 | 425.00 | $680.00 |
| Sakalo, Jay M | 4.00 | 225.00 | $900.00 |
| *TOTAL* | *5.60* | | *$1,580.00* |

MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $0.30 |
| Long Distance Telephone | $0.46 |
| Long Distance Telephone-Outside Services | $1,502.42 |
| Miscellaneous Costs | $1,074.19 |
| TOTAL | $2,577.37 |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER** **$4,157.37**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 09/04/01 | JZJ | 1.00 | 170.00 | Telephone conference with M. Mora regarding revising engagement letter for Conway (.1); review and revise engagement letter to Conway (.7); e-mail to M. Mora and G. Boyer regarding revised engagement letter (.1); telephone conference with G. Boyer regarding engagement letter comments (.1). |
| 09/04/01 | JZJ | 2.60 | 442.00 | Telephone conference with M. Mora regarding engagement letter of Conway (.2); review e-mails from G. Boyer regarding Conway engagement (.2); review and revise engagement letter (2.0); telephone conference with G. Boyer regarding engagement letter (.2). |
| 09/05/01 | JZJ | 3.00 | 510.00 | Telephone conference with M. Mora regarding CDG retention/engagement letter (.2); telephone conference with M. Mora and G. Boyer regarding same (.2); telephone conference with with G. Boyer regarding engagement letter (.1); review and revise engagement letter and proposed order approving retention (2.0); telephone conference with M. Mora regarding same (.1); telephone conference with G. Boyer regarding same (.1); prepare e-mail to R. Baskin regarding same (.3). |
| 09/10/01 | JZJ | 0.40 | 68.00 | Telephone conference with G. Boyer regarding preparation of engagement letter (.1); Inter-office conference with M. Mora regarding same (.1); Telephone conference with G. Boyer regarding comments from committee on engagement letter (.1); Inter-office conference with M. Mora regarding Committee Engagement Letter and telephone conference with R. Raskin (.1). |
| 09/12/01 | JMS | 1.50 | 337.50 | Begin draft of application to employ special counsel to prosecute fraudulent transfers (1.5). |
| 09/13/01 | JZJ | 0.30 | 51.00 | Attention to comments by A. Krieger on CDG retention order. |
| 09/13/01 | JMS | 1.10 | 247.50 | Continue draft of application to retain special counsel for fraudulent transfer actions (1.1). |
| 09/13/01 | JMS | 0.20 | 45.00 | Receive comments from general unsecured creditors to Conway retention order (.2). |
| 09/14/01 | JZJ | 0.40 | 68.00 | Revise retention order (.3); Preparation of correspondence to G. Boyer regarding retention orders and comments (.1). |
| 09/14/01 | JMS | 0.50 | 112.50 | Continue draft of application to employ special counsel to prosecute fraudulent transfers (.5). |
| 09/17/01 | JZJ | 0.10 | 17.00 | Telephone conference with G. Boyer regarding order on retention. |
| 09/17/01 | JZJ | 0.20 | 34.00 | Preparation of e-mail to A. Krieger regarding CDG order. |
| 09/17/01 | JZJ | 0.20 | 34.00 | Review retention order CDG. |
| 09/18/01 | JMS | 0.20 | 45.00 | Revise Cozen/McKool retention application (.2). |
| 09/19/01 | SLB | 1.40 | 595.00 | Review and substantially revise application for employment of special counsels (1.4). |
| 09/19/01 | JZJ | 0.10 | 17.00 | Telephone conference with G. Boyer regarding status of engagement letter. |
| 09/20/01 | JZJ | 0.10 | 17.00 | Telephone conference with G. Boyer regarding  R. Raskin comments. |
| 09/20/01 | JZJ | 0.10 | 17.00 | Attention to e-mail from A. Krieger and revise CDG retention order. |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| 09/20/01 | JZJ | 0.40 | 68.00 | Preparation of correspondence to S. Schwartz regarding CDG retention order. |
| 09/21/01 | JMS | 0.40 | 90.00 | Continue revisions to Cozen/McKool retention application (.4). |
| 09/24/01 | JMS | 1.10 | 247.50 | Receive and review application for retention of Rust Consulting as claims agent (.7); continue revisions to special counsel retention application (.4). |
| 09/25/01 | ASD | 0.30 | 60.00 | Review of motion regarding Retention of Rust Consulting. |
| 09/26/01 | JMS | 0.70 | 157.50 | Draft executive summary of application to retain Rust Consulting (.7). |

**PROFESSIONAL SERVICES**                                                                 $3,450.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.40 | 425.00 | $595.00 |
| Danzeisen, Allyn S | 0.30 | 200.00 | $60.00 |
| Jones, Jason Z | 8.90 | 170.00 | $1,513.00 |
| Sakalo, Jay M | 5.70 | 225.00 | $1,282.50 |
| *TOTAL* | *16.30* | | *$3,450.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$3,450.50**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/02/01 | SLB | 0.70 | 297.50 | Begin preparation of response to U.S. Trustee objection (.7). |
| 09/04/01 | ALG | 4.00 | 400.00 | Work on Summary of Expenses for Committee Members (2.0); revised & prepared final draft for committee members expenses,(1.5)spoke to Mr. Sobol's secretary re: statement of services for July (.5). |
| 09/04/01 | LMF | 1.90 | 190.00 | Telephone calls to debtors' counsel and Bilzin's local counsel in Delaware regarding reimbursement of PD Committee's reimbursement for first two interim applications (.7); research docket at Delaware Bankruptcy Court to confirm filing of applications and filing of certificates of no objection (.6); compile copies of original stamp copy and submit to local counsel for verification of filing with clerk of the court (.6). |
| 09/06/01 | ALG | 3.00 | 300.00 | Revise the Summary for committee members expenses(1.5) |
| 09/08/01 | SLB | 1.70 | 722.50 | Research and commence drafting of response to UST's objection to interim application. |
| 09/10/01 | SLB | 0.60 | 255.00 | Letter to F. Perch re: objection to fee applications (.6). |
| 09/10/01 | LMF | 0.90 | 90.00 | Compile documents in preparation for response to UST's objection to Bilzin's fee applications (.9). |
| 09/10/01 | JMS | 0.50 | 112.50 | Prepare timeline in connection with response to US Trustee objector to fees (.5). |
| 09/10/01 | JLH | 1.20 | 120.00 | Analysis of various fee applications regarding temporary injunction. |
| 09/11/01 | SLB | 0.20 | 85.00 | Revise letter to F. Perch re: objection to fee application (.2). |
| 09/11/01 | JMS | 1.30 | 292.50 | Prepare exhibit to response to U.S. Trustee's objection to fee application (1.3). |
| 09/12/01 | ALG | 4.00 | 400.00 | Gather supporting backup in connection with response to US Trustee's objection to fee applications. |
| 09/12/01 | LMF | 0.90 | 90.00 | Research and compile information to provide documentation in response to UST's objection to Bilzin's fee application (.9). |
| 09/12/01 | JMS | 1.80 | 405.00 | Continue drafting exhibit to response to U.S. Trustee's objection (1.8). |
| 09/12/01 | JMS | 2.20 | 495.00 | Begin draft of third fee application (2.2). |
| 09/13/01 | ALG | 2.00 | 200.00 | Continue gathering supporting information for response to U. S. Trustee objection (2.). |
| 09/17/01 | ALG | 3.00 | 300.00 | Continue gathering supporting information for response to U.S. Trustee objection. |
| 09/17/01 | SLB | 1.50 | 637.50 | Receive and review fee applications for Trade Committee member, Stroock, and Ferry & Joseph (.6); interoffice conference with J. Sakalo re: procedures for scheduling and responding to UST fee objection and for payment of undisputed fees and expenses (.7); telephone call to F. Perch re: payment of experts (.2). |
| 09/17/01 | JMS | 1.50 | 337.50 | Review fee detail of Stroock & Strook & Lavan (.2); telephone conferences with J. Kapp, S. Schwartz regarding interim compensation order, payment on fees (.4); telephone conference with S. Baena, F. Perch regarding objection to fees (.2); conference with Scott Baena regarding procedures for response to UST objection and for payment of undisputed fees (.7). |
| 09/17/01 | JMS | 1.20 | 270.00 | Draft certification of counsel for non-objected to fees (1.0); |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | telephone conference with T. Tacconelli thereon (.2). |
| 09/18/01 | SLB | 1.30 | 552.50 | Attention to preparation of fee application for July and August time (1.2); voice mail from F. Perch re: UST objection to fees (.1). |
| 09/18/01 | LMF | 1.80 | 180.00 | Meeting with J. Sakalo regarding costs and fees for August, 2001 (.7); research detail for travel costs (.4); review and revise fees and narratives (.7). |
| 09/19/01 | LMF | 0.80 | 80.00 | Review prebill (.8). |
| 09/20/01 | LMF | 2.00 | 200.00 | Continue review and preparation of Bilzin's third interim fee application for months of July and August (2.0). |
| 09/20/01 | JMS | 3.20 | 720.00 | Telephone conference with D. Katz regarding fee application issues (.2); continue draft of August narrative for fee application (3.0). |
| 09/20/01 | JMS | 0.40 | 90.00 | Review and revise application for reimbursement of committee member expenses (.4). |
| 09/21/01 | SLB | 0.60 | 255.00 | Revise July and August fee application (.6). |
| 09/21/01 | LMF | 2.30 | 230.00 | Office meetings with J. Sakalo, S. Baena and accounting regarding final revisions to fees and costs (.8); prepare preliminary invoice and submit to U.S. Trustee for review and response (1.5). |
| 09/21/01 | JMS | 2.50 | 562.50 | Continue revisions to fee application (2.5). |
| 09/24/01 | LMF | 2.20 | 220.00 | Review and revise application for reimbursement to committee members (.8); finalize Bilzin's third fee application and committee's application (.9); office meeting with J. Sakalo regarding filing and serving of fee applications (.5); |
| 09/25/01 | JMS | 0.10 | 22.50 | Telephone conference with T. Tacconelli re filing of fee application (.1). |
| 09/28/01 | JMS | 0.20 | 45.00 | Telephone conference with T. Tacconelli regarding certification of counsel for non-objection to fees (.2); review Pitney & Hardin fee application (.2). |

**PROFESSIONAL SERVICES**                                                    $9,157.50

### COSTS ADVANCED

| | | |
|---|---|---|
| 09/05/01 | Photocopies    32.00pgs @ .15/pg | 4.80 |
| 09/05/01 | Photocopies    1.00pgs @ .15/pg | 0.15 |
| 09/05/01 | Long Distance Telephone  (302) 575-1555; 2 Mins. | 0.92 |
| 09/05/01 | Federal Express  VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249474 DATE: 9/14/01 | 12.45 |
| 09/06/01 | Long Distance Telephone  (312) 861-3103; 3 Mins. | 1.38 |
| 09/14/01 | Photocopies    11.00pgs @ .15/pg | 1.65 |
| 09/14/01 | Photocopies    15.00pgs @ .15/pg | 2.25 |
| 09/14/01 | Photocopies    135.00pgs @ .15/pg | 20.25 |
| 09/14/01 | Messenger Services  VENDOR: IDC COURIERS, INC.; INVOICE#: 7756; DATE: 9/21/01  -  Clients/Firm | 5.00 |
| 09/14/01 | Messenger Services  VENDOR: IDC COURIERS, INC.; INVOICE#: 7756; DATE: 9/21/01  -  Clients/Firm | 10.00 |
| 09/17/01 | Photocopies    522.00pgs @ .15/pg | 78.30 |
| 09/18/01 | Photocopies    4.00pgs @ .15/pg | 0.60 |
| 09/19/01 | Photocopies    8.00pgs @ .15/pg | 1.20 |
| 09/20/01 | Long Distance Telephone  (415) 956-1000; 3 Mins. | 1.38 |
| 09/20/01 | Long Distance Telephone  (415) 989-1800; 1 Mins. | 0.46 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 09/20/01 | Long Distance Telephone  (973) 948-4645; 1 Mins. | 0.46 |
| 09/20/01 | Long Distance Telephone  (973) 538-0800; 2 Mins. | 0.92 |
| 09/20/01 | Long Distance Telephone  (803) 943-4444; 1 Mins. | 0.46 |
| 09/20/01 | Long Distance Telephone  (409) 883-4394; 1 Mins. | 0.92 |
| 09/20/01 | Long Distance Telephone  (215) 721-2120; 2 Mins. | 0.92 |
| 09/21/01 | Photocopies    33.00pgs @ .15/pg | 4.95 |
| 09/21/01 | Photocopies    57.00pgs @ .15/pg | 8.55 |
| 09/24/01 | Photocopies    1.00pgs @ .15/pg | 0.15 |
| 09/24/01 | Long Distance Telephone  (973) 538-0800; 4 Mins. | 1.85 |
| 09/24/01 | Long Distance Telephone  (973) 538-0800; 1 Mins. | 0.92 |
| 09/25/01 | Telecopies     2.00pgs @ .50/pg | 1.00 |
| 09/25/01 | Telecopies     2.00pgs @ .50/pg | 1.00 |
| 09/25/01 | Telecopies     2.00pgs @ .50/pg | 1.00 |
| 09/25/01 | Long Distance Telephone  (803) 943-4444; 1 Mins. | 0.46 |

_____

**TOTAL COSTS  ADVANCED**                                          $164.35

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 6.60 | 425.00 | $2,805.00 |
| Sakalo, Jay M | 14.90 | 225.00 | $3,352.50 |
| Guerra, Armando L | 16.00 | 100.00 | $1,600.00 |
| Flores, Luisa M | 12.80 | 100.00 | $1,280.00 |
| Heredia, Jose L | 1.20 | 100.00 | $120.00 |
| *TOTAL* | *51.50* | | *$9,157.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $122.85 |
| Telecopies | $3.00 |
| Federal Express | $12.45 |
| Long Distance Telephone | $11.05 |
| Messenger Services | $15.00 |
| TOTAL | $164.35 |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**                 **$9,321.85**

534188

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| 09/01/01 | JMS | 2.40 | 540.00 | Prepare Power Point Presentation regarding fraudulent transfer motion (2.4). |
|---|---|---|---|---|
| 09/04/01 | JMS | 4.20 | 945.00 | Telephone conference with L. LeClair regarding fraudulent transfer issues for Sept. 7, 2001 hearing (.4); telephone conference with T. Tacconelli regarding courtroom setup for Sept. 7, 2001 hearing (.4); draft memorandum detailing structure of fraudulent transfer transactions (3.4). |
| 09/05/01 | JMS | 2.40 | 540.00 | Telephone conference with T. Tacconelli regarding 9/7 hearing issues (.3); prepare argument and presentation on fraudulent transfer motion (1.8); analysis of revised fee proposal on fraudulent transfer litigation (.3). |
| 09/06/01 | SLB | 0.20 | 85.00 | Telephone call to P. Lockwood re: cancellation of hearing and strategy (.2). |
| 09/07/01 | SLB | 0.50 | 212.50 | Email from L. LeClair and email to P. Lockwood and e-mail to L. LeClair regarding retention of special counsel. |

PROFESSIONAL SERVICES                                                        $2,322.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.70 | 425.00 | $297.50 |
| Sakalo, Jay M | 9.00 | 225.00 | $2,025.00 |
| TOTAL | 9.70 | | $2,322.50 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER            $2,322.50

534188

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/01/01 | SLB | 1.70 | 722.50 | Numerous e-mails from and to M. Dies and D. Speights re: response to Case Management Proposal ("CMO") (.9); revise case management response per comments from D. Speights (.8). |
| 09/01/01 | JMS | 1.40 | 315.00 | Review and respond to committee comments on response to CMO (.8); revise response to CMO (.6). |
| 09/02/01 | SLB | 0.60 | 255.00 | Numerous e-mails from and to M. Dies re: response to Case Management proposal (.6). |
| 09/03/01 | SLB | 0.40 | 170.00 | E-mails from and to M. Dies re: Case Management response (.4). |
| 09/04/01 | ASD | 0.20 | 40.00 | Interoffice conference with Scott Baena regarding doctrine of nullum tempus. |
| 09/04/01 | ASD | 3.10 | 620.00 | Research regarding nullum tempus issues. |
| 09/04/01 | ASD | 0.10 | 20.00 | Interoffice conference with Scott Baena regarding judicial estoppel. |
| 09/04/01 | ASD | 1.20 | 240.00 | Research regarding judicial estoppel issues. |
| 09/04/01 | SLB | 11.50 | 4,887.50 | Review, revise and integrate comments from Committee, et al., to Case Management proposal response (11.5). |
| 09/04/01 | JMS | 5.10 | 1,147.50 | Receive and review comments from committee members to response to case management order (2.3);  revise response to case management order (2.8). |
| 09/05/01 | SLB | 8.10 | 3,442.50 | Receive further comments from committee members' counsel, review same and prepare revisions to response to Case Management proposal (6.9); receive and review affidavit and telephone call to Todd Hilsee re: finalization of affidavit re: notification program (1.2). |
| 09/05/01 | JMS | 4.30 | 967.50 | Receive and review additional comments to response to CMO from multiple committee members (1.9); telephone call to S. Murdough regarding citations for response to CMO (.2); review affidavit of notice expert (1.0); receive and review memorandum of law supporting response to CMO (.8); receive and incorporate comments to response to CMO from R. Turkewitz (.4). |
| 09/06/01 | SLB | 5.70 | 2,422.50 | Revise response for further comments from Committee (5.5); telephone calls from and to P. Lockwood re: briefs (.2). |
| 09/06/01 | JMS | 5.80 | 1,305.00 | Review and continue revision to response to case management order (1.5); telephone conference with M. Zaleski regarding response to CMO (.3); telephone conference with SLB and P. Lockwood regarding response to CMO (.2); receive and review committee members' responses to CMO (.8); further revisions to response to CMO (2.7); e-mail to committee regarding response to CMO (.3). |
| 09/07/01 | SLB | 2.80 | 1,190.00 | Finalize response case management proposal for filing (2.5); telephone conference with P. Lockwood regarding filing of such response and selection of fraudulent transfer counsel (.3). |
| 09/07/01 | JMS | 6.90 | 1,552.50 | Receive and review comments to response to CMO (2.0); telephone conference with T. Hillsee re comments to response and footnotes therein (.3); finalize response (3.5); telephone conference with J. Schwartz re response to CMO (.2); telephone conference with D. Scott re response to CMO (.2); respond to committee member emails re response to CMO (.7). |

534188

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| 09/09/01 | SLB | 1.20 | 510.00 | Numerous e-mails from/to M. Dies regarding case management strategies. |
|----------|-----|------|--------|-------|
| 09/09/01 | JMS | 0.20 | 45.00 | Email to D. Speights re response to CMO (.2). |
| 09/09/01 | JMS | 0.20 | 45.00 | Email to S. Baena re bar date issues (.2). |
| 09/09/01 | JMS | 0.30 | 67.50 | Email to committee re Libby, MT issues (.3). |
| 09/10/01 | ASD | 1.30 | 260.00 | Research regarding consolidation issues. |
| 09/10/01 | ASD | 3.80 | 760.00 | Research regarding mandatory abstention issues. |
| 09/10/01 | ASD | 2.40 | 480.00 | Research regarding substantive state law issues. |
| 09/10/01 | SLB | 0.20 | 85.00 | Telephone conference with P. Lockwood regarding case management briefs. |
| 09/10/01 | SLB | 3.90 | 1,657.50 | Research and preparation of memorandum of law on consolidation issues (3.9). |
| 09/10/01 | JMS | 2.30 | 517.50 | Cite check response to CMO (2.3). |
| 09/11/01 | SLB | 0.60 | 255.00 | Receive and read response of PI Committee to case management proposal (.6) |
| 09/12/01 | SLB | 1.20 | 510.00 | E-mails from and to D. Speights re: meeting with debtors re: case management order (.5); continued review of PI Committee response to case management proposal (.7). |
| 09/12/01 | JMS | 1.20 | 270.00 | Receive and review email correspondence/memoranda from committee members re response to CMO (1.2). |
| 09/13/01 | SLB | 1.40 | 595.00 | Voice mail to D. Bernick re: CMO meeting (.2); telephone call to D. Speights re: scheduling of CMO meeting (.4); e-mails to and from D. Speights re: scheduling CMO meeting and meeting agenda, etc. (.5); telephone call to P. Lockwood re: meeting with Bernick re: CMO (.3). |
| 09/13/01 | JMS | 1.10 | 247.50 | Receive and review personal injury committee response to CMO (.8); telephone conference with S. Baena, M. Dies regarding Personal Injury committee response to CMO (.3). |
| 09/14/01 | ASD | 0.60 | 120.00 | Review of PI opposition to Case Management. |
| 09/14/01 | SLB | 2.20 | 935.00 | Telephone call from Joann Wills, counsel for Armstrong PD Committee, re: common threshold issues and case background (1.0); e-mails to and from M. Dies, D. Speights & K. Cordry re: same (.5); various e-mails from and to K. Cordry re: meeting to discuss case strategies (.3); review Unsecured Trade Committee response to case management proposal (.4). |
| 09/14/01 | JMS | 0.40 | 90.00 | Receive and review response to CMO filed by General Unsecured Creditors Committee (.4). |
| 09/18/01 | SLB | 0.70 | 297.50 | Telephone calls from and to D. Bernick re: 9/24/01 meeting (.2); e-mails to and from P. Lockwood, D. Bernick and D. Speights re: 9/24 meeting (.5). |
| 09/19/01 | SLB | 1.60 | 680.00 | Read transcript of Liz Warren's testimony on Section 524(g) and asbestos bankruptcy procedures (1.6) |
| 09/20/01 | SLB | 2.00 | 850.00 | Conference with K. Cordry, M. Kuepper, JoAnn Wills, re: common case management threshold issues (2.0). |
| 09/21/01 | SLB | 0.30 | 127.50 | E-mail to D. Bernick and P. Lockwood re: 9/24 meeting (.2); e-mail from P. Lockwood re: selection of counsel (.1). |
| 09/24/01 | JMS | 0.20 | 45.00 | Receive and review correspondence from committee member regarding strategic motion (.2). |

**PROFESSIONAL SERVICES** $28,747.50

**COSTS ADVANCED**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| 09/14/01 | Photocopies    49.00pgs @ .15/pg | 7.35 |
| 09/30/01 | Professional Services  for Month of September/01 Vendor: Claims Estimation Expert | 3,229.70 |

_____

TOTAL COSTS  ADVANCED                                                     $3,237.05

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 46.10 | 425.00 | $19,592.50 |
| Danzeisen, Allyn S | 12.70 | 200.00 | $2,540.00 |
| Sakalo, Jay M | 29.40 | 225.00 | $6,615.00 |
| *TOTAL* | *88.20* | | *$28,747.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $7.35 |
| Professional Services for Claims Estimation Expert | $3,229.70 |
| TOTAL | $3,237.05 |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**          **$31,984.55**

534188

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| | | |
|---|---|---|
| Baena, Scott L | 56.70 | $24,097.50 |
| Sakalo, Jay M | 74.60 | $16,785.00 |
| Danzeisen, Allyn S | 13.00 | $2,600.00 |
| Jones, Jason Z | 8.90 | $1,513.00 |
| Marquez, Elena | 1.60 | $384.00 |
| Guerra, Armando L | 16.50 | $1,650.00 |
| Flores, Luisa M | 13.90 | $1,390.00 |
| Heredia, Jose L | 6.20 | $620.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | **$49,039.50** |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $298.20 |
| Telecopies | $476.00 |
| Federal Express | $79.85 |
| Long Distance Telephone | $261.49 |
| Long Distance Telephone-Outside Services | $1,502.42 |
| Messenger Services | $15.00 |
| Costs for Conference Hall Facility | $1,074.19 |
| Professional Services for Claims Estimation Expert | $3,229.70 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$6,936.85** |
| **TOTAL AMOUNT DUE THIS PERIOD** | **$55,976.35** |

534188

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

---

CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 09/30/01** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 3,339.00 | 958.08 | 4,297.08 |
| 02 - Debtors' Business Operations/15538 | 442.50 | 0.00 | 442.50 |
| 03 - Creditors Committee/15539 | 1,580.00 | 2,577.37 | 4,157.37 |
| 04 - Retention of Professionals/15540 | 3,450.50 | 0.00 | 3,450.50 |
| 07 - Fee  Applications/15543 | 9,157.50 | 164.35 | 9,321.85 |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | 2,322.50 | 0.00 | 2,322.50 |
| 27 - Litigation Consulting/15563 | 28,747.50 | 3,237.05 | 31,984.55 |
| Client Total | $49,039.50 | $6,936.85 | $55,976.35 |

534188