IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: November 28, 2001 at 4:00 pm |
| | ) | Hearing Date: TBD |

## NOTICE OF APPLICATION

TO:   PARTIES ON ATTACHED SERVICE LIST

Bilzin Sumberg Dunn Baena Price & Axelrod LLP has filed its Second Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2001 through September 30, 2001.

You are required to file an objection or response to the attached application on or before November 28, 2001 at 4:00 pm.

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

HEARING ON THE MOTION WILL BE HELD AT A TIME TO BE DETERMINED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   November 8, 2001

                                              BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP
Counsel to the Official Committee of Asbestos Property Damage Claimants
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2385
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: /s/ Mindy A. Mora
Mindy A. Mora (Admitted Pro Hac Vice)

532672

| | |
|---|---|
| James H. M. Sprayregen, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Laura Davis Jones, Esq.<br>Pachuliski, Stang, Ziehl, Young & Jones, P.C.<br>919 North Market Street<br>Suite 1600<br>P. O. Box 8705<br>Wilmington, DE 19899-8705 |
| Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Michael R. Lastowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246 |
| Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street<br>Suite 904<br>P. O. Box 1351<br>Wilmington, DE 19899 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue<br>36th Floor<br>New York, NY 10022 |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine, LLC<br>1201 N. Market Street<br>15th Floor<br>Wilmington, DE 19801 | J. Douglas Bacon, Esq.<br>Latham & Watkins<br>Sears Tower<br>Suite 5800<br>Chicago, IL 60606 |
| Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899 | United States Trustee<br>Attn: Frank J. Perch, Esq.<br>844 King Street, Room 2313<br>Wilmington, DE 19801 |

2

532672

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| W.R. Grace & Co., *et al.*, | ) Chapter 11 ) ) Case No. 01-01139 (JJF) ) (Jointly Administered) |
| Debtors. | ) |

## SECOND INTERIM QUARTERLY FEE APPLICATION REQUEST OF BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JULY 1, 2001 THROUGH SEPTEMBER 30, 2001

Name of Applicant:  Bilzin Sumberg Dunn Baena Price & Axelrod LLP

Authorized to provide
professional services to:  Official Committee of Asbestos Property Damage Claimants

Date of retention:  April 9, 2001

Period for which compensation and
reimbursement is sought:  June 1, 2001 through September 30, 2001

Amount of compensation sought
as actual reasonable and necessary:  $297,019.50

Amount of expense reimbursement
sought as actual reasonable and
necessary:  $183,000.14

This is an: X interim    final application

If this is not the first quarterly application filed, disclose the following for each prior application:

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period | Fees | Expenses | Fees | Expenses |
| 8/6/01 | 4/12/01-6/30/01 | $389,683.75 | $43,268.05 | Pending | Pending |

3

532672

## SUMMARY OF HOURS

| Name of Professional Person | Position of Applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Scott L. Baena | Partner | 27 | Bankruptcy | $425.00 | 243.8 | $103,615.00 |
| Mindy A. Mora | Partner | 18 | Bankruptcy | $350.00 | 25.0 | $8,750.00 |
| Robert W. Turken | Partner | 21 | Litigation | $375.0 | 37.3 | $13,987.50 |
| Sherril M. Colombo | Partner | 9 | Litigation | $275.00 | 12.3 | $3,382.50 |
| Eileen Ball Mehta | Partner | 24 | Land Use | $350.00 | 34.7 | $12,145.00 |
| Alvin D. Lodish | Partner | 25 | Litigation | $350.00 | 9.3 | $3,255.00 |
| Allyn S. Danzeisen | Associate | 4 | Litigation | $200.00 | 210.0 | $42,000.00 |
| Elena Marquez | Associate | 6 | Bankruptcy | $240.00 | 1.6 | $384.00 |
| Jason Z. Jones | Associate | 2 | Bankruptcy | $170.00 | 8.9 | $1,513.00 |
| Kevin S. Neiman | Associate | 5 | Bankruptcy | $225.00 | 10.3 | $2,317.50 |
| Jay M. Sakalo | Associate | 3 | Bankruptcy | $225.00 | 292.9 | $65,902.50 |
| Marina I. Luybimova | Law Clerk | | Lit/Bankruptcy | $140.00 | 82.8 | $11,592.00 |
| Dylan T. Reingold | Law Clerk | | Lit/Bankruptcy | $140.00 | 26.5 | $3,710.00 |
| Miguel A. Fernandez | Law Clerk | | Lit/Bankruptcy | $140.00 | 78.15 | $10,941.00 |
| Mandana Dashtaki | Law Clerk | | Lit/Bankruptcy | $140.00 | 25.5 | $3,570.00 |
| Joseph A. Mesa | Law Clerk | | Lit/Bankruptcy | $140.00 | 20.8 | $2,912.00 |
| Luisa M. Flores | Paralegal | | Bankruptcy | $100.00 | 45.3 | $4,530.00 |
| Armando Guerra | Paralegal | | Bankruptcy | $100.00 | 56.6 | $5,660.00 |
| Jose L. Heredia | Paralegal | | Bankruptcy | $100.00 | 6.2 | $620.00 |
| | | | | Total: | 1,227.95 | $300,787.00 |
| | | | | LESS 50% TRAVEL DISCOUNT | | - $3,767.50 |
| | | | | GRAND TOTAL | | $297,019.50 |
| | | | | Blended Rate: | | $244.95 |

## COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration | 166.2 | $42,126.50 |
| Debtors' Business Operations | 7.4 | $1,765.00 |
| DIP Financing | .8 | $180.00 |
| Creditors' Committee | 94.1 | $27,251.50 |
| Retention of Professionals | 30.7 | $7,493.00 |
| Court Appearances | 1.8 | $765.00 |
| Asset Dispositions | 14.2 | $3,195.00 |
| Fee Applications | 144.4 | $23,010.50 |
| Travel | 25.3 | $7,535.00 |
| Fraudulent Transfer Litigation | 28.3 | $9,592.50 |
| Litigation Consulting | 714.75 | $177,873.00 |
| Total | 1,227.95 | $300,787.00 |
| Less Discount 50% Travel Time | | $3,767.50 |
| Grand Total | | $297,019.50 |

4

532672

## EXPENSE SUMMARY

| | | | | |
|---|---|---|---|---|
| 1. | Filing Fees | | | None |
| 2. | Lodging | | | $2,104.16 |
| 3. | Witness Fees | | | None |
| 4. | Archival Retrieval Services | | | $14.60 |
| 5. | Messenger Searches | | | $97.50 |
| 6. | Photocopies | | | $6,323.60 |
| | (a) | In-house copies @ .15 | $6,323.60 | |
| | (b) | Outside copies (at cost) | | |
| 7. | Postage | | | $89.38 |
| 8. | Overnight Delivery Charges | | | $1,498.51 |
| 9. | Long Distance Telephone Charges | | | $5,292.36 |
| 10. | Telecopies | | | $3,640.00 |
| 11. | Computerized Research | | | |
| 12 | Travel Expenses | | | $112.00 |
| 13. | Other (Not specifically disallowed; must specify and justify) | | | $163,828.03 |
| | (a) | Committee Meeting Costs | $2,490.38 | |
| | (b) | Meals | $372.32 | |
| | (c) | Parking & Mileage | $433.00 | |
| | (d) | Pacer online/Westlaw | $7,435.61 | |
| | (e) | Staff Overtime | $480.62 | |
| | (f) | Expert Fees and Costs | $147,439.43 | |
| | (f) | Airfare | $5,176.67 | |
| TOTAL "GROSS" AMOUNT OF REQUESTED DISBURSEMENT | | | | $183,000.14 |

5

532672

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: November 28, 2001 at 4:00 pm** |
| | ) | **Hearing Date: TBD** |

## SECOND INTERIM QUARTERLY FEE APPLICATION REQUEST OF BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JULY 1, 2001 THROUGH SEPTEMBER 30, 2001

Bilzin Sumberg Dunn Baena Price & Axelrod LLP (the "Applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants ("PD Committee") of the above-captioned debtors (the "Debtors') in this Court, hereby submits its second interim quarterly fee application request (the "Request") pursuant to 11 U.S.C. §§ 330 and 331 and in accordance with the Administrative Fee Order (defined below) for approval and allowance of compensation for services rendered and for reimbursement of expenses incurred in connection therewith, respectfully represents as follows:

### I. Introduction

1. Applicant, as counsel to the PD Committee, seeks (i) approval and allowance, pursuant to Section 331 of the Bankruptcy Code of compensation for the professional services rendered by Applicant as counsel for the PD Committee from July 1, 2001 through September 30, 2001 ("Second Interim Quarterly Fee Period") in the aggregate amount of $297,019.50 representing 1,227.95 hours of professional services and (ii) reimbursement of actual and necessary expenses incurred by the Applicant during the Second Interim Quarterly Fee Period in connection with the rendition of such professional services in the aggregate amount of $183,000.14.

6

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. Background

3. On April 2, 2001, each of the Debtors filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate its business and manage their properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' Chapter 11 cases have been procedurally consolidated and are being jointly administered. No trustee or examiner has been appointed in this case.

4. On April 12, 2001, the United States Trustee formed the PD Committee. Thereafter, the PD Committee approved the retention of Applicant as its counsel.

5. By order dated June 21, 2001 (the "Retention Order"), the Court authorized the PD Committee to retain the Applicant nunc pro tunc to April 9, 2001, pursuant to 1 U.S.C. §§ 1103 and 328, on a general retainer basis, to represent the PD Committee in the Consolidated Cases. The Retention Order conditioned the Applicant's compensation on approval by this Court.

6. This is the second interim quarterly fee application request that the Applicant has filed with the Court for an allowance of compensation and reimbursement of expenses for services rendered to the PD Committee. This application is submitted pursuant to the terms of the Administrative Order Under §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members approved by the Court on May 3, 2001 ("the Administrative Fee Order"). Previously, in accordance with the Administrative Fee Order, the Applicant has filed with the Court two Fee Applications that are the subject of this Request, which are summarized as follows:

| Date Filed | Period Covered | Fees Requested | Expenses Requested | Objections |
|---|---|---|---|---|
| 9/25/01 | 7/1/01 - 8/31/01 | $247,980.00 | $176,063.29 | NONE |
| 10/29/01 | 9/1/01 - 9/30/01 | $49,039.50 | $6,936.85 | PENDING |
| Totals | 7/1/01 - 9/30/01 | $297,019.50 | $183,000.14 | |

Applicant has ceived payment and promi for payment from any source fo services rendered connection with these There agreement und tanding between Applican and any other person for th sharing of compensati to be received der

As stated in the Affi avi Mindy A. Mora, Esquire, attached ereto Exhibi A, all of th for whi compensation ught herein were rendered for and behal th PD Committee ely connection with these cases

### III. Summary of Services Rendered

In accordance th Local Rul 6- dated December 2, 996 th Administrati Order and to st the Court, the debtors, the Trustee and other parti in interest aluati this Request, the primary servi performed Applicant durin the econd Interim Quarterly Period ed the Summary attached hereto Exhi

The summary fl certain services of maj importance which required the special atten fforts and sk of Applicant App services throughout the Second Interim Quarterl Fee Period ha been aluable to the PD Committee in providing advice and counsel

2. In accordance with the Administrativ ee Order and the Local Rules, summary sheet of th attorneys and their corresponding ies, year admission, hourly rates and the her of hours incurred by each set forth Attachment B Th hourly rates reflect what App ant generally charges its oth ents for similar services An temization including identificati of services performed by the attorn sorted date and tim keeper attached hereto as Exhibi C which also contains statement of Applicant di bursements, necessarily ncurred in the performance of Applicant ies as to the PD Committee

Applican has worked closely ith the D Committee ocal counsel erry & oseph, P.A. to oi unnecessary uplication of services

### IV. Conclusion

Applicant has ecessarily and properly expended ,22 95 hours of servi the performance f its uti counse to the PD Committee during the Second Interim Quarterly

fee od uch services have fair market val of $29 50 The work involved and thus the time expended, as carefully gned in light of the expertise required for each articul task.

In addition, Applicant incurred actual out-of-pocket expenses in connecti ih th rendi servi to th PD Committee the sum of 83 000 for which respectful requests reimbursement in ful

Applicant charges per page for house hotocopying services Applicant charges the actual cost from the vendor for ut-sourced photocopyi and document retrieval, and omputerized legal research. Appli charges 50 per page for out-going facsimi transmissions, and does harge for -coming facsimiles.

App has reviewed th requirements set forth in Local Rul 6-2 and believes that this app cation for interim compensation compli therewith

Applican has made prior application this any oth Court for the relief sought herein

---

Pursuan Local 6 Applicant has reduced compensation amount representing 50% the amount of travel time lled at hourly rate.

32672

WHEREFORE Applicant respectfully requests pursuant to the Administrative Fee Order: a) the approval and allowance, pursuant to section 331 of the Bankruptcy Code of compensation for professional services rendered to the PD Committee during the Second Interim Quarterly Fee Period of July 1, 2001 through September 30, 2001 in the amount of $297,019.50, b) the approval and allowance of Applicant's out-of-pocket expenses incurred in connection with the rendition of such services during the Second Interim Quarterly Fee Period of July 1, 2001 through September 30, 2001 in the amount of $183,000.14; and c) such other relief as the Court deems just.

Dated: November 8, 2001

        BILZIN SUMBERG DUNN BAENA PRICE &
        AXELROD LLP
        Counsel to the Official Committee of Asbestos Property
        Damage Claimants
        2500 First Union Financial Center
        200 South Biscayne Boulevard
        Miami, Florida 33131-2385
        Telephone: (305) 374-7580
        Facsimile: (305) 374-7593

By: _____
    Mindy A. Mora (Admitted Pro Hac Vice)

10

532672

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER APPROVING AND ALLOWING SECOND INTERIM QUARTERLY FEE APPLICATION REQUEST OF BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JULY 1, 2001 THROUGH SEPTEMBER 30, 2001**

AND NOW, to wit this ____ day of _____, 2001, the Court having heard the Second Interim Quarterly Fee Application Request of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2001 through September 30, 2001, and the Court having found that the relief sought therein is reasonable and necessary, IT IS HEREBY ORDERED as follows:

1. The Request is GRANTED

2. The Court approves and allows the legal fees of Bilzin Sumberg Dunn Baena Price & Axelrod LLP in the amount of $297,019.50 and expenses in the amount of $183,000.14

_____
UNITED STATES DISTRICT COURT JUDGE

20

532672