EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF MINDY A. MORA, ESQUIRE

STATE OF FLORIDA
                              ss.
MIAMI-DADE COUNTY

MINDY A. MORA, ESQUIRE, being duly sworn, deposes and says:

1  I am a Partner with the firm of Bilzin Sumberg Dunn Baena Price & Axelrod LLP. (the "Applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants (the "PD Committee").

2. I have read the foregoing application and know the contents thereof. The contents are true and correct to the best of my knowledge.  have personally performed many of the legal services rendered by Applicant and am thoroughly familiar with all other work performed on behalf of the debtor by the attorneys and paraprofessionals in my firm. All of the services for which compensation is sought herein were rendered for an on behalf of the PD Committee solely in connection with these cases.

3. In accordance with Bankruptcy Rule 2016(a) and Section 504 of the Bankruptcy Code, no agreement or understanding exists between Applicant and any other person for the sharing of compensation to be received in connection with this case.

_____
Mindy A. Mora

SWORN TO AND SUBSCRIBED before me this 7th day of November, 2001.

_____
Notary Public

OBED DEL AMO
Notary Public, State of Florida
My comm. exp. Dec. 2, 2003
Comm. No. CC892060

532672

11