THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## EXHIBITS TO DEBTORS' REPLY IN SUPPORT OF THEIR MOTION FOR ENTRY OF CASE MANAGEMENT ORDER, ESTABLISHMENT OF A BAR DATE, APPROVAL OF A BAR DATE, APPROVAL OF THE PROOF OF CLAIM FORMS AND APPROVAL OF THE NOTICE PROGRAM

## TABLE OF CONTENTS

**Exhibit**          **Description**

A.          Affidavit of Katherine Kinsella

B.          In Re: W.R. Grace & Co., et al., Revised Bar Date and Notice Plan with
            Exhibits 1 - 18.

      1)    W. R. Grace & Co. Owned Mines
      2)    W. R. Grace & Co. Owned Expanding Plants
      3)    Letter to Executive Director
      4)    Chart: Targeted Trade Publications
      5)    Unions Whose Membership is Most Likely to Have Been Exposed
             to Asbestos Products
      6)    Letter to Union Leader
      7)    Chart: "Do-It Yourself" Consumer Publications
      8)    Revised U.S. Television Script
      9)    Short Form Notice of Bar Date
      10)   Chart: Newspapers in Parade and USA Weekend Magazine
             Networks
      11)   Print Selections
      12)   Chart: Newspapers Targeting W. R. Grace Mines & Plants
      13)   Trade Notice
      14)   Chart: Trade Publications
      15)   Canadian Cities and Towns Where W.R. Grace Manufactured
             and/or Sold Asbestos Containing Products from 1963 to      1990
      16)   Canadian Television Script
      17)   Canadian Short Form Notice of Bar Date
      18)    Press Release re Bar Date

C.          *Babcock & Wilcox* Short Form Notice

D.          Long Form Bar Date Notice For All Claims
            Exhibit 1

      1)    Claims Subject to Bar Date

E.          Notice to Attorneys Form

F.          Certification Form

G.          W.R. Grace & Co. Asbestos Property Damage Proof of Claim Form

H.          W.R. Grace & Co. Zonolite Attic Insulation Proof of Claim Form

I.          Grace Non-Asbestos Proof of Claim Form with Instructions

J.          General Instructions for Completing All Proof of Claim Forms

K.          Claims Report