**TAB 1**

**EXHIBIT 1**

## W.R. GRACE & CO. OWNED MINES

| MINES | STATE | DATES OF OPERATION |
|---|---|---|
| Libby | MT | 1922-1990 |
| Kearney/ Enoree | SC | 1956-present |
| Traveler's Rest (Tigerville) | SC | 1946-1956 |

Exhibit 1
Page 1 of 1

**TAB 2**

**EXHIBIT 2**

## W.R. GRACE & CO. OWNED EXPANDING PLANTS

| PLANTS | STATE | FROM WHOM/HOW ACQUIRED | DATES OF OPERATION |
|--------|-------|------------------------|--------------------|
| BIRMINGHAM | AL | SOUTH ZONO | 1951-1967 |
| IRONDALE | AL | N/A | 1979-Present |
| NORTH LITTLE ROCK | AR | ZONOLITE | 1952-1989 |
| PHOENIX (GLENDALE) | AZ | ARI-ZONO | 1951-Present |
| LOS ANGELES | CA | CALIF.ZONO | 1951-1976 |
| NEWARK | CA | CALIF.ZONO | 1964-1994 |
| SACRAMENTO | CA | CALIF.ZONO | 1956-1964 |
| SANTA ANA* | CA | N/A | 1972-Present |
| DENVER | CO | WEMPCO | 1949-1990 |
| BOCA RATON | FL | ZONOLITE | 1956-1972 |
| JACKSONVILLE | FL | SOUTH ZONO | 1950-1990 |
| POMPONA BEACH | FL | N/A | 1972-Present |
| TAMPA | FL | SOUTH ZONO | 1950-1984 |
| ATLANTA | GA | N/A | 1950-1970 |
| SAVANNAH | GA | ZONOLITE | 1955-1961 |
| CHICAGO | IL | UNIV.ZONO | 1936-1973 |
| WEST CHICAGO | IL | N/A | 1973-1995 |
| WILDER | KY | ZONOLITE | 1952-1995 |
| NEW ORLEANS | LA | ZONOLITE | 1953-1989 |
| EASTHAMPTON | MA | N/A | 1964-1992 |
| NORTH BILLERICA | MA | ZONOLITE | 1954-1964 |
| KENILWORTH (D.C) | MD | CAROLINA VERM. | 1954-1959 |
| MUIRKIRK | MD | ZONOLITE | 1959-1998 |
| DEARBORN | MI | UNIV.INSUL | 1947-1990 |
| DETROIT | MN | UNIV.ZONO | 1936-1953 |
| MINNEAPOLIS | MO | WESTERN MINERAL | 1937-1989 |
| KANSAS CITY | MO | ZONOLITE | 1954-1967 |
| ST. LOUIS | MO | ZONOLITE | 1954-1990 |
| LIBBY | MT | ZONOLITE | 1922-1969 |
| HIGH POINT | NC | CAROLINA VERM. | 1955-1989 |
| OMAHA | NE | WEMPCO | 1955-1989 |
| TRENTON | NJ | ZONOLITE | 1951-1994 |
| ALBANY | NY | ZONOLITE | 1947-1955 |
| LITICA | NY | ZONOLITE | 1955-1964 |
| WEEDSPORT | NY | ZONOLITE | 1963-1989 |
| OKLAHOMA CITY | OK | TEX.VERM | 1956-1990 |
| PORTLAND | OR | VERM.NORTHW | 1944-1995 |
| ELLWOOD CITY | PA | ZONOLITE | 1953-1969 |
| NEW CASTLE | PA | N/A | 1969-1992 |
| SHARPSBURGH (PITT) | PA | LEASED | 1946-1953 |
| PUERTO RICO | PR | N/A | 1964-1964 |
| ENOREE/KEARNEY | SC | N/A | 1966-Present |
| TRAVELERS REST | SC | UNIV.ZONO | 1946-Present |
| NASHVILLE | TN | ZONOLITE | 1952-1989 |
| DALLAS | TX | TEX.VERM | 1953-1992 |
| SAN ANTONIO | TX | TEX.VERM | 1961-1989 |
| SPOKANE | WA | VERM.NORTHW | 1945-1974 |

Exhibit 2
Page 1 of 2

**EXHIBIT 2**

## W.R. GRACE & CO. OWNED EXPANDING PLANTS

| PLANTS | STATE | FROM WHOM/HOW ACQUIRED | DATES OF OPERATION |
|--------|-------|------------------------|--------------------|
| MILWAUKEE | WI | WEMPCO | 1941-1991 |

Exhibit 2
Page 2 of 2

**TAB 3**

**REVISED EXHIBIT 3A**

Dear Executive Director (or Editor):

W.R. Grace and related companies have filed for protection under Chapter 11 of the U.S. Bankruptcy Code. As part of the bankruptcy process, Grace must inform individuals who may have an Asbestos Personal Injury Claim or a Settled Asbestos Claim that they must file their claim on or before Month, Date 2002, the Bar Date.

**Because your organization (or publication) has been identified as having members and retirees (readers) who may have asbestos-related claims, we are writing to ask for your help in giving notice to potential claimants.**

We have enclosed the Bar Date Notice For All Claims and a press release to be used in your organization's journal or magazine, newsletter, or any other communication vehicles to provide notice to your members concerning the Bar Date (or your publication to provide notice to your readers concerning the Bar Date.)

- **Asbestos Personal Injury Claims** are those involving personal injuries or damages related to exposure to asbestos-containing products manufactured by the W.R. Grace Debtors or exposure to vermiculite mined or milled by the Debtors. You must file a claim if you have symptoms of an asbestos-related injury that has been diagnosed by a medical professional and you have not filed a claim related to that injury,

- **Settled Asbestos Claims** are asbestos personal injury claims that have been settled but not fully paid.

We hope that you will use the enclosed materials to notify your members (readers) of their legal rights with respect to asbestos-related claims they may have against W R. Grace. Thank you for your cooperation in providing this information to your members and retirees.

Sincerely,

XXXXXX

Exhibit 3
Page 1 of 1

**EXHIBIT 3B**

Dear Executive Director (or Editor):

W.R. Grace and related companies have filed for protection under Chapter 11 of the U.S. Bankruptcy Code. As part of the bankruptcy process, Grace must inform individuals who may have an Asbestos Personal Injury Claim or a Settled Asbestos Claim that they must file their claim on or before Month, Date 2002, the Bar Date.

**Because your organization (or publication) has been identified as having members and retirees (readers) who may have asbestos-related claims, we are writing to ask for your help in giving notice to potential claimants.**

We have enclosed the Bar Date Notice For All Claims and a press release to be used in your organization's journal or magazine, newsletter, or any other communication vehicles to provide notice to your members concerning the Bar Date (or your publication to provide notice to your readers concerning the Bar Date.)

- **Zonolite Loose-Fill Attic Insulation Claims** include, among others, the cost of removal, the diminution of property value or economic loss, or other claim caused by Zonolite Attic Insulation manufactured by Grace. Zonolite Attic Insulation is a loose-fill, non-roll vermiculite home attic insulation. It was sold from the 1920/1930s to 1984. Zonolite may have a glittery granular appearance. The granules are shaped like a small nugget and expanded like an accordion and may have a silvery, gold translucent or brownish cast. After years in the attic, however, the granules may darken to black or gray. Zonolite may be found underneath subsequently installed insulation of other types such as rolled fiberglass insulation.

We hope that you will use the enclosed materials to notify your members (readers) of their legal rights with respect to asbestos-related claims they may have against W R. Grace. Thank you for your cooperation in providing this information to your members and retirees.

Sincerely,

XXXXXX

Exhibit 3
Page 1 of 1

**TAB 4**

**EXHIBIT 4**

## TARGETED TRADE PUBLICATIONS

| | MEDIA NAME | CIRCULATION | PROFILE |
|---|---|---|---|
| **ASBESTOS ABATEMENT** | Insulation Outlook | 6,000 | Written for those with an interest in industrial and commercial insulation. Contains information on new products industry trends asbestos abatement and installation practices. |
| **CONSTRUCTION** | ABC Today | 24,000 | Edited for merit shop or open shop contractors and subcontractors. Features articles on national & regional construction, news, government and legislative activities, labor relations, project case histories, equipment and new products. |
| | ASA Today | 7,000 | Reports on business, legal and legislative issues of concern to the subcontracting industry. |
| | Nation's Building News | 186,000 | Providing national coverage of the construction industry including commercial and industrial construction. Coverage includes land use and development, mortgage, finance, government regulations, tax issues, consumer affairs and energy issues. Additional information provided on materials and supplies. |
| **ELECTRICAL** | Electrical Contracting & Engineering | 80,000 | Edited for engineers and electrical and utility contractors as a sourcing and buying guide. Each monthly issue features articles including power distribution and safety effective training, electrical design for high-tech applications and power assurance. Departmental columns include product news, special technical reports and industry news. |

Exhibit 4
Page 1 of 3

**EXHIBIT 4**

## TARGETED TRADE PUBLICATIONS

| | MEDIA NAME | CIRCULATION | PROFILE |
|---|---|---|---|
| **INDUSTRIAL MAINTENANCE AND SAFETY** | Industrial Maintenance & Plant Operation | 150,159 | Written for personnel responsible for the maintenance and operation of industrial plants through coverage of new and improved operational procedures and equipment. Regular issue features include new product listings, new literature, industry news and plant maintenance procedures. |
| | Industrial Safety & Hygiene News | 70,000 | Published for purchasers of safety, industrial hygiene, environmental health & emergency and fire & security products whose responsibilities include employee training, regulatory compliance, chemical safety, machine safety, noise control and emergency response. Editorial content is designed for busy readers who need product updates, regulatory news and how-to features. |
| | Occupational Health & Safety | 81,627 | Dedicated to assisting health and safety professionals in their efforts to understand and control illness, injury and hazardous exposure in the workplace. |
| **INDUSTRIAL MAINTENANCE AND SAFETY** | Plant Safety & Maintenance | 50,000 | Created for plant safety professionals and examines occupational health compliance issues and the maintenance of all plant facilities equipment and systems. Articles discuss how products and procedures make plants safer, more efficient and cost effective and focus on application analysis of what works and what doesn't and lessons learned from today's winners. Includes useful information on certification and training, industrial hygiene, software applications, late-breaking industry news and e-procurement solutions for the safety product purchase-supply chain. |

Exhibit 4
Page 2 of 3

**EXHIBIT 4**

## TARGETED TRADE PUBLICATIONS

| | MEDIA NAME | CIRCULATION | PROFILE |
|---|---|---|---|
| **INDUSTRIAL PLANTS** | Industrial Heating | 22,741 | Edited for the management and engineering personnel responsible for the application and performance of systems and equipment dependent upon thermal energy in primary production and manufacturing industries. Regular issue features include literature and book reviews, new products listings and a report on industry financial news. |
| | Plant Engineering | 116,772 | Edited for those responsible for designing, building, installing, operating and maintaining the systems equipment and services of the industrial plant. Areas of coverage include HVAC, electrical fluid handling, materials handling, power transmission, maintenance and safety and environmental concerns. |
| **LEGAL** | Andrew's Asbestos Litigation Reporter | N/A | Covers the most recent developments in asbestos personal injury litigation.  Covers significant pretrial proceedings, discovery, trials and verdicts and appellate level activity in the cases. |
| | Mealey's Litigation Report: Asbestos | N/A | Serves the legal and business communities with highly targeted reports in the fields of litigation and arbitration. Tracks litigation arising from asbestos-related injury and death. |

Exhibit 4
Page 3 of 3

**TAB 5**

**EXHIBIT 5**

## UNIONS WHOSE MEMBERSHIP IS MOST LIKELY TO HAVE BEEN EXPOSED TO ASBESTOS PRODUCTS

### International Association of Heat & Frost Insulators and Asbestos Workers

- Membership: 12,000
- Local Affiliates: 113
- Work as insulators, extensively with Asbestos.

### The International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers (IABSORIW)

- Membership: 130,000
- Local Affiliates: 225
- Make marquees, canopies, stage equipment, bridge and overpass railings.

### International Brotherhood of Electrical Workers

- Membership: 679,000
- Local Affiliates: 1200
- Conduct all types of electrical work, including installation and utility work.

### International Brotherhood of Painters and Allied Trades

- Membership: 140,000
- Local Affiliates: 445
- Commercial and residential painters. Produce paint, carpet and linoleum products.

### International Union of Bricklayers and Allied Craftsmen (Includes: United Brick and Clay Workers of America)

- Membership: 84,000
- Local Affiliates: 342
- Work as bricklayers on construction sites.

### The International Union of Operating Engineers (IUOE)

- Membership: 400,000
- Local Affiliates: 200
- Represents operating engineers and stationary engineers who work in operations and maintenance in building and industrial complexes, and in the service industries. Also represents nurses and other health industry workers, as well as significant numbers of public employees engaged in a wide variety of occupations.

Exhibit 5
Page 1 of 2

**Laborers' International Union of North America** (Formerly: International Hod Carriers, Building and Common Laborers Union of America and Journeyman Stonecutters Association of North America)

- Membership: 750,000
- Local Affiliates: 628
- Work in a wide variety of occupations including nuclear waste cleanup, mail handling and tunnel construction. A majority of their members work as laborers

**Operative Plasterers' and Cement Masons' International Association of the United States and Canada**

- Membership: 29,000
- Local Affiliates: 190
- Work as cement masons, dry-wall workers and in plastering and cement masonry.

**Sheet Metal Workers' International Association**

- Membership: 106,000
- Local Affiliates: 203
- Install sheet metal products on job sites including air ducts, heating-ventilation-air conditioning work and solar panels.

**United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States & Canada**

- Membership: 300,000
- Local Affiliates: 441
- Work as plumbers.

**United Brotherhood of Carpenters and Joiners of America** (Includes: International Union of Wood, Wire and Metal Lathers and Tile, Marble,   Terazzo, Finishers,  Shopworkers and Granite Cutters International Union)

- Membership: 500,000
- Local Affiliates: 1,200
- Members work as residential and commercial carpenters.

Exhibit 5
Page 2 of 2

**TAB 6**

**REVISED EXHIBIT 6**

Dear Union Leader:

W.R. Grace and related companies have filed for protection under Chapter 11 of the U.S. Bankruptcy Code. As part of the bankruptcy process, Grace must inform individuals who may have an Asbestos Personal Injury Claim or a Settled Asbestos Claim that they must file their claim on or before Month, Date 2002, the Bar Date.

**Because your union has been identified as having members and retirees who may have asbestos-related claims, we are writing to ask for your help in giving notice to potential claimants.**

We have enclosed camera-ready materials and a press release as well as the full notice to be used in your union's journal or magazine, newsletter, or any other communication vehicles to provide notice to your members concerning the bar date.

- **Asbestos Personal Injury Claims** are those involving personal injuries or damages related to exposure to asbestos containing products manufactured by the W.R. Grace Debtors or exposure to vermiculite mined or milled by the Debtors. You must file a claim if you have symptoms of an asbestos-related injury that has been diagnosed by a medical professional and you have not filed a claim related to that injury,

- **Settled Asbestos Claims** are those Asbestos Personal Injury Claims against the W.R. Grace Debtors for which the Claimant and one or more of the Debtors entered into a fully-effective and binding settlement agreement, for a liquidated amount, as of the commencement of the Debtors' chapter 11 cases, but for which the Claimant has yet to receive payment.

We hope that you will use the enclosed materials to notify your members of their legal rights with respect to asbestos-related claims they may have against W R. Grace. Thank you for your cooperation in providing this information to your members and retirees.

Sincerely,


XXXXXX

**EXHIBIT 6**

Legal Notice                                    Legal Notice

# All Asbestos-Related Claims Against W. R. Grace Must Be Filed by Month, Date 2002

W. R. Grace, its predecessors, subsidiaries, and other related entities ("Debtors") have filed for protection under Chapter 11 of the U.S. Bankruptcy Code. If you believe you have an asbestos-related claim as defined below, you must file that claim by Month, Date 2002.

**Asbestos Personal Injury Claims** are those involving personal injuries or damages related to exposure to asbestos containing products manufactured by the Debtors or exposure to vermiculite mined, milled, or processed by the Debtors. You must file a claim if you have symptoms of an asbestos-related injury that has been diagnosed by a medical professional and you have not filed a claim related to that injury,

**Settled Asbestos Claims** are those Asbestos Personal Injury Claims that have been settled but not fully paid.

Grace mined, produced, and marketed vermiculite products, some of which may have contained naturally occurring asbestos, including attic insulation. Grace also produced and marketed other vermiculite products with commercially added asbestos, including ceiling and wall finishes, plasters, and cements. From 1959 to 1973, Grace marketed Mono-Kote 3 (MK-3), an asbestos-containing, wet, spray-on fireproofing plaster to provide fire protection for the enclosed steel beams of large commercial structures, predominately high-rise buildings.

For complete information including the Bar Date Notice for All Claims, Proof of Claim Form, and instructions for filing a claim:

## Call: 1-800-XXX-XXXX

## Write: Claims Agent, Re: W. R. Grace, P.O. Box xxx, City, State, Zip

### www.xxxxxx.com

**EXHIBIT 6**

Legal Notice                                Legal Notice

# All Asbestos-Related Claims Against W. R. Grace Must Be Filed by Month, Date 2002

W. R. Grace, its predecessors, subsidiaries, and other related entities ("Debtors") have filed for protection under Chapter 11 of the U.S. Bankruptcy Code. If you believe you have an asbestos-related claim as defined below, you must file that claim by Month, Date 2002.

**Asbestos Personal Injury Claims** are those involving personal injuries or damages related to exposure to asbestos containing products manufactured by the Debtors or exposure to vermiculite mined, milled, or processed by the Debtors. You must file a claim if you have symptoms of an asbestos-related injury that has been diagnosed by a medical professional and you have not filed a claim related to that injury.

**Settled Asbestos Claims** are those Asbestos Personal Injury Claims that have been settled but not fully paid.

**For complete information and a claim form:**

## Call: 1-800-XXX-XXXX

**Write: Claims Agent, Re: W. R. Grace, P.O. Box xxx, City, State, Zip**

www.xxxxxx.com

**TAB 7**

**EXHIBIT 7**

## "DO-IT-YOURSELF" CONSUMER PUBLICATIONS

| Media Name | Circulation | Media Profile |
|---|---|---|
| Ace Homeplace | 500,000 | Distributed to preferred customers and Hardware Club members and their families. Editorial content offers do-it-yourself ideas, lifestyle, articles, projects and tool information and a question & answer forum for expert tips.  Covers the latest trends in both indoor and outdoor home improvement as well as interior decor suggestions on paints, lighting, techniques and room makeovers. |
| Better Homes & Gardens Do It Yourself | 107,250 | Offers stylish affordable ideas to bring personal flair to the home and garden. Editorial content focuses on remodeling, decorating and gardening ideas that suit a variety of do-it-yourself skill levels and interests. Suggests approachable ideas supported with how-to advice and product information. |
| Handy | 843,205 | Official publication of the Handyman Club of America and devoted to helping readers achieve success in their home improvement projects.  The publication provides the information and guidance to tackle any job with confidence focusing on becoming more informed and skilled craftsmen and enabling them to get their jobs done quickly safely and correctly.  Regular topics include building, remodeling, home maintenance and repair, woodworking, plumbing, electrical, home center, retailing, landscaping, tool techniques and buyer's guides. |
| Old-House Journal | 154,796 | Edited for architects, decorators and owners of homes built prior to 1960 from the colonial through the post-Victorian eras. Content provides ideas and tips on restoring, maintaining and decorating older houses through technical and how-to articles. Regular features include architecture and decorating style, reviews, restoration, profiles, product evaluations, updates and readers' hints and ideas. |
| The Family Handyman Magazine | 1,120,938 | Edited for the homeowner who takes an active interest in home improvement and remodeling. Major editorial categories include repair and maintenance, energy efficiency, home furnishings, decorating, yard and garden care. Additional topics include woodworking, auto maintenance, new products and housing. |
| This Old House | 925,000 | Sharing the philosophy of the national television show the publication inspires homeowners to enhance their homes and gardens by instilling a deep appreciation of craftsmanship and fine design. Detailed information and photography provide a thorough understanding of equipment materials and techniques needed to renovate a home in an effort to improve communication between readers and architects contractors, craftsmen and designers. |
| Workbench | 352,470 | Provides guidance to home improvement and woodworking enthusiasts with ideas tips and plans for beginners and experienced craftsmen. Every issue features basic how-to information on home improvement, detailed plans and instructions for great woodworking projects, shop tips and information about the latest new tools and products. |
| Total Circulation | 4,003,659 | |

Exhibit 7
Page 1 of 1

**TAB 8**

**Exhibit 8 – Revised U. S. Television Spot**

## 30-SECOND W. R. GRACE BAR DATE SPOT
## (Visual treatment to be determined.)

| | |
|---|---|
| **Asbestos Disease**<br>**Zonolite Loose Fill Attic Insulation**<br>**Commercial, Residential or Public Buildings**<br>**All Other Claims**<br><br>(Visuals of person, attic insulation and buildings)<br><br>**W.R. Grace Bankruptcy**<br>**Claims Deadline – Month, Date, 2002** | If you have an asbestos disease, Zonolite loose-fill attic insulation, or own or operate a building you may have a claim in the WR Grace bankruptcy.  All claims must be filed by Month, Date 2002. |
| **W.R. Grace Bankruptcy**<br><br>(Visuals of  Monokote installation<br>and acoustical finishes)<br><br>**1-800-XXX-XXXX** | Claims relate to asbestos-containing products including commercial fire proofing plaster as well as cements, finishes and plasters for ceilings and walls. |
| **W.R. Grace Bankruptcy**<br><br>(Visuals of attic with Zonolite insulation<br>including close-up of vermiculite)<br><br>**1-800-XXX-XXXX** | Zonolite loose fill attic insulation is composed of small nuggets, expanded like an accordion in colors from silver, brown, gold, black to gray. |
| **W.R. Grace Bankruptcy**<br>**Claims Deadline – Month, Date, 2002**<br><br>**1-800-XXX-XXXX**<br>**www.xxxxx.com**<br><br>By Order of U.S. District Court for the<br>District of Delaware | For information on filing claims and identifying Zonolite call 1-800-XXX-XXXX. |

Exhibit 8
Page 1 of 1

**TAB 9**

**REVISED EXHIBIT 9**

# If You

- ## Have an Asbestos-Related Personal Injury
- ## Have a Home with Zonolite Loose-Fill Attic Insulation
- ## Own or Operate Commercial, Residential or Public Buildings
- ## Have Any Claim Against W. R. Grace

## Your Rights May Be Affected by this Bankruptcy Notice

W. R. Grace, its predecessors, subsidiaries, and other related entities ("Grace") have filed for protection under Chapter 11 of the U.S. Bankruptcy Code. All individuals and entities with claims against Grace FOR ANYTHING must file these claims ON OR BEFORE Month, Date 2002.

### Grace Asbestos-Containing Products

Grace produced and marketed vermiculite products containing added asbestos for use primarily in commercial, public and high-rise residential buildings. These products included ceiling and wall finishes, plasters, and cements. In addition, from 1959 to 1973, Grace marketed Mono-Kote 3 (MK-3), an asbestos-containing, wet, spray–on fireproofing plaster used to provide fire protection for the enclosed steel beams of such buildings.

### Grace Vermiculite Products

Grace mined, produced and marketed vermiculite products, some of which may have contained naturally occurring asbestos. The products were sold to the building construction, agricultural/horticultural and consumer markets. These products included Zonolite plasters and ceiling textures, Monokote Fireproofing, Zonolite Concrete Roof Decks and Zonolite Attic and Masonry Insulation.

Zonolite Attic Insulation is a loose-fill, non-roll vermiculite home attic insulation. It was sold from the 1920/1930s to 1984. Zonolite may have a glittery granular appearance. The granules are shaped like a small nugget and expanded like an accordion and may have a silvery, gold translucent or brownish cast. After years in the attic,

 however, the granules may darken to black or gray. Zonolite may be found underneath subsequently installed insulation of other types such as rolled fiberglass insulation.

### Asbestos Personal Injury Claims

Asbestos Personal Injury Claims are those involving personal injuries or damages related to exposure to asbestos-containing products manufactured by Grace or exposure to vermiculite mined, milled, or processed by Grace. You must file a claim if you believe you have an asbestos-related injury and have not previously filed a claim related to that injury. You must also file a claim if you previously entered into a settlement agreement with Grace but have not been fully paid.

### Asbestos Property Damage Claims

Asbestos Property Damage Claims include, among other claims, the cost of removal, the diminution of property value or economic loss, etc., caused by asbestos in products manufactured by Grace or from vermiculite mined, milled, or processed by Grace. You must also file a claim if you previously entered into a settlement agreement with Grace but have not been fully paid.

### Zonolite Loose-Fill Attic Insulation Claims

Zonolite Attic Insulation Claims include, among others, the cost of removal, the diminution of property value or economic loss, or other claim caused by Zonolite Attic Insulation manufactured by Grace.

### Other Claims

Other Claims are ANY claims against W. R. Grace other than Asbestos Personal Injury Claims, Asbestos Property Damage Claims, or Zonolite Loose-Fill Attic Insulation Claims.

To preserve your claim, you must file the appropriate Proof of Claim Form with the Claims Agent so that it is received by Month, Date, 2002. Failure to file a Proof of Claim Form by this date may result in your claim not being considered for payment.

For complete information including the Bar Date Notice For All Claims, Proof of Claim Form, instructions for filing a claim, a list of Grace asbestos-containing products, and a list of Grace entities write to: Claims Agent, Re: W. R. Grace , P.O. Box xxx, City, State, Zip  or call:

## 1-800-888-8888 or visit www.xxxxxxxx.com

N.B. - The picture of vermiculite in the ad is for demonstration purposes only. Another photograph showing vermiculite to scale may be shot and used.