**EXHIBIT C**

## - Babcock & Wilcox Bankruptcy -

# If you currently suffer from asbestos-related injury and you worked at sites with commercial boilers, you must act now to preserve your rights.

### The Last Day to File Claims is Month 00, 2000 (the "Bar Date").

The Babcock & Wilcox Company and certain subsidiaries ("B&W") have filed for protection under Chapter 11 of the U.S. Bankruptcy Code. As part of the bankruptcy process, B&W must alert those who have current Asbestos Personal Injury Claims, as well as Derivative Asbestos Claims or Asbestos Property Damage Claims. You must file these claims by the Bar Date.

**This notice does not involve and does not bar future claims for asbestos injuries that are not evident as of the Bar Date.**

B&W purchased asbestos from manufacturers and the material was used many years ago as insulation to protect people and equipment from high temperatures inside industrial, utility and marine boiler systems. Although government regulations have required low exposure thresholds for asbestos since the early 1970's, you, your family or your heirs may have a claim against B&W relating to asbestos exposure from a worksite or ship, among others, that had a B&W boiler system, or involving other B&W asbestos-related materials.

To preserve your claim against B&W, you must file a claim to be received by Month 00, 2000.* If you do not file a claim, you will lose your right to bring such a claim against B&W in the future. Filing a claim does not necessarily entitle you to compensation.

For more information, or to receive a long form notice and claim form, call the toll free number listed below, or write to: B&W Bar Date Claims, P.O. Box 0000, City, ST 00000-0000, or visit the website at www.bwbardate.com

---

*If you previously settled an asbestos claim with B&W before the bankruptcy, but have not yet been paid, you must still file a claim, AND YOUR CLAIM IS DUE EARLIER. Please obtain a long form notice for more information.

There are several types of claims subject to the Bar Date. Complete descriptions of these claims as well as more details about the bankruptcy may be found in the long form notice and claim form that is available at the website or by calling the toll free number below. The foregoing and following is only a summary.

Asbestos Personal Injury Claims are those involving personal injuries or damages related to asbestos exposure associated with equipment in any way marketed by B&W, including most notably boiler systems. Derivative Asbestos Claims generally involve claims related to someone elses asbestos exposure and include cross-claims, contribution claims, subrogation claims, reimbursement or indemnity claims, etc. Asbestos Property Damage Claims relate for example to diminution of value or economic loss, etc., caused by asbestos associated with equipment in any way marketed by B&W. The Bar Date also involves claims related to nuclear fuel processing facilities located in Apollo, Pennsylvania, and Parks Township Pennsylvania, as separately outlined in other notices and the long form notice and claim package.

In order to file any asbestos claim, an injury must be currently manifested which means that some evidence of an asbestos related injury is evident, showing, or diagnosed, for example, Mesothelioma, Lung Cancer, or Asbestosis with symptoms of physical impairment. If you have no current manifestation of an injury you do not have a claim that is subject to the Bar Date, and you may file such valid claims at an appropriate time in the future.

The Chapter 11 filing by The Babcock & Wilcox Company includes its subsidiaries Americon, Inc., Babcock & Wilcox Construction Company, Inc., and Diamond Power International, Inc. Because this is a voluntary Chapter 11 filing and B&W remains solvent, there is no Bar Date against unsecured creditors. Accordingly, commercial creditors and suppliers need take no action. Also, all employee wages, salaries, benefits and retiree benefits are unaffected and protected.

# 1-800-000-0000
## www.bwbardate.com