**EXHIBIT G**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| W.R. Grace & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| **Debtors.** | ) | |

### NOTICE TO ATTORNEYS

The Debtors' records indicate that you are the attorney for individuals or entities who may or might have a current claim against the Debtors relating to asbestos personal injury, asbestos property damage or Zonolite Attic Insulation, or who may or might have other claims against the Debtors for which a Bar Date has been set in these cases. The Debtors do not have addresses for your clients; therefore, your clients have **NOT** been sent the court-approved Bar Date Notice, Proof of Claim Forms or Bar Date Order. The Bar Date Notice, blank Proof of Claim Forms and the Bar Date Order are enclosed. The Bar Date Order requires, among other things, that you:

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

A. Provide the Debtors with the current names and addresses of your clients who have claims against the Debtors in these cases or who may or might have claims against the Debtors in these cases by **[date]** so that the Debtors will be able to provide your clients with the court-approved Proof of Claim forms, Bar Date Notice and Bar Date Order (the "Bar Date Package"); **or**

B. Provide the Debtors with a certification by **[date]** that you have contacted or attempted to contact all of your clients whom you represent, provided them with the Bar Date Package and advised them regarding their rights to assert a claim against the Debtors and their need to file their proofs of claim on the court approved Proof of Claim forms by the deadlines set forth in the enclosed Bar Date Order.

You should NOT provide the Debtors with **both** a client list and a certification that you contacted your clients regarding their rights **and sent them the Bar Date Package. If you provide the client list, the Debtor will send your clients the Bar Date Package and you should not complete the certification. If you complete the certification, the Debtor will assume you have sent your clients the Bar Date Package and you should not provide the client list to the Debtors.**

If you provide a client list so that the Debtors can send the Bar Date Package to your clients, please provide the list in one of the following formats so that the Debtors may mail the Bar Date Package to your clients with greater efficiency:

-2-

(1) <u>Mailing Label Format</u> -- A paper listing consisting of two or three columns of client names and addresses per page that the Notice Agent could copy onto mailing labels; **or**

(2) <u>Electronic Format</u> -- An electronic file of client name and address information in one of the following formats:

    (a) <u>Worksheet or Database Format</u> -- Client name and address information can be provided in Excel, Access, or other worksheet or database format. Each of the fields listed below should be provided in separate columns (i.e. one row of address data per client, with separate cells for the data fields noted below), or any other comma delimited file using double quotes for text delimiter.

    (b) <u>Text File</u> -- A text file in ASCII pipe (|) delimited format. Each of the fields listed below should be provided with a specification of the maximum field length.

Data fields should include:

> Creditor Name
> Address Line 1
> Address Line 2
> Address Line 3
> Address Line 4
> City
> State
> Zip/Postal Code
> Country, if not U.S.

Electronic files should be copied to a diskette or CD and forwarded to the Debtors, through their Claims Notice Agent at the following address:

All other communications to the Debtors should be by mail or hand delivery, through their counsel designated below:

> **[Name]**
> Kirkland & Ellis
> 200 East Randolph Drive
> Chicago, Illinois 60601
> Tel: (312) 861-2000

The Debtors urge you to comply with the attached Order and this Notice so that your clients' rights to assert a claim in these cases will not be lost.