**EXHIBIT H**

# W.R. GRACE & CO.
# ZONOLITE ATTIC INSULATION
# PROOF OF CLAIM FORM

*The United States Bankruptcy Court for the District of Delaware*
*In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JJF)*
*(Jointly Administered)*

**SUBMIT COMPLETED CLAIMS TO: [address]**

For a complete list of the Debtors in this case, please see "The Debtors" section of the *General Instructions for Completing Proof of Claim Forms"*. The Debtors in this case are collectively referred to in this document as "Grace".

If you have a current claim against Grace for property damage for the presence of Zonolite Attic Insulation in your property, **THIS ZONOLITE ATTIC INSULATION PROOF OF CLAIM FORM MUST BE <u>RECEIVED</u> ON OR BEFORE 5:00 P.M. EASTERN TIME ON [BAR DATE], or you will be forever barred from asserting or receiving payment for your claim.**

PremierView forms by NCS Pearson MM239312-1   654321   Printed in U.S.A.

## INSTRUCTIONS FOR FILING THE W.R. GRACE & CO.
## ZONOLITE ATTIC INSULATION PROOF OF CLAIM FORM

### WHO SHOULD USE THIS ZONOLITE ATTIC INSULATION PROOF OF CLAIM FORM

1. This Zonolite Attic Insulation Proof of Claim Form (referred to in this document as the "Form") applies only to <u>current</u> claims made against Grace by or on behalf of parties who are alleging property damage as a result of the presence of Zonolite Attic Insulation in real property owned by the party (such person is referred to in this document as the "claiming party").

2. Zonolite Attic Insulation is a loose-fill, non-roll vermiculite home attic insulation, which may contain naturally occurring asbestos. It was sold from the 1920/1930s to 1984. Zonolite may have a glittery granular appearance. The granules are shaped like a small nugget and expanded like an accordion and may have a silvery, gold translucent or brownish cast. After years in the attic, however, the granules may darken to black or gray. Zonolite may be found underneath subsequently installed insulation of other types such as rolled fiberglass insulation.

3. This form should not be used for claims for an Asbestos Personal Injury Claim, non-Zonolite Attic Insulation Asbestos Property Damage Claim, Settled Asbestos Claim, or a Non-Asbestos Claim. Instead, separate specialized proof of claim forms for these claims should be completed.

4. If you have <u>current</u> claims against Grace as a result of the presence of Zonolite Attic Insulation in more than one (1) real property, the claiming party should complete a Zonolite Attic Insulation Proof of Claim Form for <u>each</u> property. You may photocopy this Form (before writing on it) if additional Forms are needed.

### GENERAL INSTRUCTIONS

1. This form must be signed by the claimant or authorized agent of the claimant. THIS FORM MUST BE RECEIVED ON OR BEFORE 5:00 PM EASTERN TIME ON [Bar Date], or you forever will be precluded from asserting your claim(s) against or receiving payment from Grace. Return your completed form to the Grace Claims Processing Center, P.O. Box XXXX, Anytown XX 12345-1234.
If you are returning this form by mail, allow sufficient time so that this form is received on or before [Bar Date]. Forms that are postmarked before [Bar Date] but received after [Bar Date] will not be accepted. Only original forms will be accepted for filing. Forms transmitted by facsimile will not be accepted for filing.

2. If you cannot fit all information in any particular section or page, please make a copy of that page before filling it out and attach as many additional pages as needed.

3. This form must be filled out completely using BLACK or BLUE ink.
   • Please print clearly using capital letters only.    • Do not use a felt tip pen.
   • Skip a box between words.    • Do not bend or fold the pages of the form.
   • Do not write outside of the boxes or blocks.

4. Because this form will be read by a machine, please print characters using the examples below. For optimum accuracy, please print in capital letters and avoid contact with the edge of the character boxes.

5. Mark check boxes with an "X" (example at right).    ☒

6. Be <u>accurate</u> and <u>truthful</u>. A Proof of Claim Form is an official court document that may be used as evidence in any legal proceeding regarding your claim. The penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to five years or both. 18 U.S.C. §§ 152 & 3571.

7. Make a copy of your completed Form to keep for your records. <u>Send</u> only <u>original</u> Forms to the Claims Agent at the following address: _____.

8. You will receive written notification of the proof of claim number assigned to this claim once it has been processed.

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

| First | Middle | Last | Jr/Sr/III |

**SOCIAL SECURITY NUMBER:**

☐☐☐-☐☐-☐☐☐☐

Other names by which claiming party has been known (such as maiden name or married name):

| First | MI | Last |

| First | MI | Last |

**GENDER:** ☐ MALE    ☐ FEMALE

**BIRTH DATE:**

☐☐-☐☐-☐☐☐☐
Month  Day  Year

**Mailing Address:**

Street Address

City          State (Province)    Zip Code (Postal Code)

Country

# PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

**Name of Attorney:**

First    MI    Last

**Mailing Address:**

Street Address

City          State (Province)    Zip Code (Postal Code)

**Telephone:**

(☐☐☐) ☐☐☐-☐☐☐☐
Area Code

931211                                SERIAL #

# PART 3: PROPERTY INFORMATION

**INSTRUCTIONS FOR REAL PROPERTY INFORMATION**
- Provide information for all applicable sections.
- Failure to complete any section will be interpreted to mean that the claiming party does not have the specified conditions, circumstances, or proof addressed in that section.

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   *Street Address*

   *City*                                    *State (Province)*   *Zip Code (Postal Code)*

   *Country*

2. Are you completing a Zonolite Attic Insulation Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☐ Yes    ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☐ Yes    ☐ No

4. When did you purchase the property?   ☐☐ - ☐☐ - ☐☐☐☐
   Month   Day   Year

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☐ Commercial
   ☐ Other    Specify: _____

## B. Insulation Information

6. What types of insulation are present in the property? (Check all that apply)
   ☐ Roll-out insulation
   ☐ Blown fiber insulation
   ☐ Loose granular insulation
   ☐ Matting insulation
   ☐ Other    Specify: _____

7. Is Zonolite Attic Insulation currently in the property?

   ■   ☐ Yes   ☐ No   ☐ Do not know

   **If Yes, Attach All Documents Referring Or Relating To The Presence Of Zonolite Attic Insulation In The Property.**

   • **If you answered "No" to Question No. 7 please skip to Questions No. 17**

8. Where is Zonolite Attic Insulation present in the property? (Check all that apply)

   ☐ Attic

   ☐ Other   Specify: [                    ]

9. When was Zonolite Attic Insulation put in the property?   [  ] - [  ] - [    ]   ☐ Do not know
   
   *Month   Day   Year*

10. Who put Zonolite Attic Insulation in the property?   ■

    ☐ Claiming party

    ☐ Contractor

    ☐ Prior Homeowner

    ☐ Do not know

    ☐ Other   Specify: [                    ]

11. Do you have documentation relating to the purchase and/or installation of Zonolite Attic Insulation for the property (e.g., invoices, receipts, other)?

    ☐ Yes

    ☐ No

    **If Yes, Attach All Documents Relating Or Referring To Such Efforts.**

12. Is the Zonolite Attic Insulation exposed or covered?

    ☐ Exposed, nothing on top of it.

    ☐ Covered, by:

      ☐ Other insulation   ■

      ☐ Boarding

      ☐ Flooring

      ☐ Other   Specify: [                    ]

13. When did you first learn of the presence of Zonolite Attic Insulation in the property?   [  ] - [  ] - [    ]
    
    *Month   Day   Year*

14. How did you first learn of the presence of Zonolite Attic Insulation in the property?

    [                                        ]

15. Has there ever been an effort to remove, contain and/or abate the Zonolite Attic Insulation in the property?

    ☐ Yes   ☐ No

    **If Yes, Attach All Documents Relating Or Referring To Such Efforts.**

■   931213   **SERIAL #**

16. If yes, please specify the dates and description of such efforts.

| Month | Day | Year | Description |
|---|---|---|---|
| ☐☐ | ☐☐ | ☐☐☐☐ | |
| ☐☐ | ☐☐ | ☐☐☐☐ | |
| ☐☐ | ☐☐ | ☐☐☐☐ | |

## C. Attic Information

- **If you checked the "attic" box in question 8., complete this section.**
- **If you did not check the "attic" box in question 8., move to section D.**

17. Is the attic finished or unfinished?
    - ☐ Unfinished
    - ☐ Finished

18. What is the attic primarily used for?
    - ☐ Not used
    - ☐ Storage
    - ☐ Living area (e.g., finished attic)
    - ☐ Other    Specify: _____

19. Does anyone go into the attic?
    - ☐ Yes
    - ☐ No

20. How often does someone go into the attic?
    - ☐ Every day
    - ☐ Once a week
    - ☐ Once a month
    - ☐ Two to three times a year

21. Has the Zonolite Attic Insulation ever been modified and/or disturbed?
    - ☐ Yes
    - ☐ No

22. If yes, specify when and in what manner the Zonolite Attic Insulation was modified and/or disturbed?

| Month | Day | Year | Description |
|---|---|---|---|
| ☐☐ | ☐☐ | ☐☐☐☐ | |
| ☐☐ | ☐☐ | ☐☐☐☐ | |
| ☐☐ | ☐☐ | ☐☐☐☐ | |

931214

SERIAL #

23. Is your attic vented?
    - ■ ☐ Yes
    - ☐ No

24. Has there ever been any damage to the property's attic (e.g., fire, water, etc.)?
    - ☐ Yes
    - ☐ No

25. If yes, when?

    ☐☐ - ☐☐ - ☐☐☐☐   Specify damage: [                    ]
    Month  Day   Year

    ☐☐ - ☐☐ - ☐☐☐☐   Specify damage: [                    ]
    Month  Day   Year

26. Has there ever been any remodeling or other work done inside the attic?
    - ☐ Yes
    - ☐ No   ■

27. If yes, when?

    ☐☐ - ☐☐ - ☐☐☐☐   Specify work: [                    ]
    Month  Day   Year

    ☐☐ - ☐☐ - ☐☐☐☐   Specify work: [                    ]
    Month  Day   Year

    ☐☐ - ☐☐ - ☐☐☐☐   Specify work: [                    ]
    Month  Day   Year

## D. Asbestos Testing

28. Has there ever been any testing or sampling for the presence of asbestos or other particulates on your property?
    - ☐ Yes
    - ☐ No

    **If Yes, Attach To This Form All Documents Related To Any Testing Of The Property.**

29. If yes, indicate when and by whom and the type of testing and/or sampling (e.g., air, bulk and dust sampling)?

    ☐☐ - ☐☐ - ☐☐☐☐   Company/Individual [                    ]
    Month  Day   Year   Type of testing:   [                    ]

    ☐☐ - ☐☐ - ☐☐☐☐   Company/Individual [                    ]
    Month  Day   Year   Type of testing:   [                    ]

    ☐☐ - ☐☐ - ☐☐☐☐   Company/Individual [                    ]
    Month  Day   Year   Type of testing:   [                    ]

931215

SERIAL #

## PART 4: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form to disclose any and all records to Grace or to Grace's representative.

I hereby authorize the release of my Social Security number for use in comparing information provided separately to other asbestos trusts or claims facilities to verify the completeness and accuracy of the information contained in this Form.

_____

SIGNATURE OF CLAIMANT

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152,3571.

931216    SERIAL #