# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

September 30, 2001

Invoice Number  **49096**      **91100**  **00001**      **HRR**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---|
| Balance forward as of last invoice, dated:   August 31, 2001 | $153,697.67 |
| Payments received since last invoice, last payment received --   October 30, 2001 | $61,919.85 |
| Net balance forward | $91,777.82 |

Re:   W.R. Grace and Co.

| Statement of Professional Services Rendered Through | | | **09/30/2001** | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| | **ASSET DISPOSITION [B130]** | | | | |
| 09/07/01 | DWC | Draft Certification of Counsel regarding Debtor's Motion to Assume and Assign Certain Leases (.8); teleconference with Sam Schwartz regarding  same (.2); review blackline order with changes (.2); revise order (.2); address filing and service thereof (.4) | 1.80 | 245.00 | $441.00 |
| | **Task Code Total** | | **1.80** | | **$441.00** |
| | **CASE ADMINISTRATION [B110]** | | | | |
| 08/01/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.90 | 110.00 | $99.00 |
| 08/02/01 | PEC | File and serve Supplemental List of Ordinary Course Professionals. | 1.00 | 110.00 | $110.00 |
| 08/02/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.70 | 110.00 | $77.00 |
| 08/03/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.80 | 110.00 | $88.00 |
| 08/03/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.60 | 110.00 | $66.00 |
| 08/06/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.90 | 110.00 | $99.00 |
| 08/06/01 | PEC | Return calls to various potential creditors. | 1.50 | 110.00 | $165.00 |
| 09/05/01 | DWC | Address preparation of Agenda Notice for Sept, 7th hearing, execute the same and address service thereof (.8); Telephone conference with Jay Kapp re: same (.2). | 1.00 | 245.00 | $245.00 |
| 09/05/01 | DWC | Telephone conference with Sam Schwartz re: certifications of counsel to be filed in connection with various orders. | 0.20 | 245.00 | $49.00 |
| 09/06/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |

Case 01-01139-AMC    Doc 1111-3    Filed 11/13/01    Page 3 of 11

| | | | | | |
|---|---|---|---|---|---|
| 09/06/01 | DWC | Address preparation of revised agenda letter for September 7th hearing and service thereof. | 0.40 | 245.00 | $98.00 |
| 09/06/01 | DWC | Telephone conference with Vikki from Judge Farnan's chambers re: cancellation of September 7th hearing (.2); Telephone conference with Jay Kapp re: same (.3); Telephone conference with Laura Jones re: same (.2); office conference with Patty Cuniff regarding telephonic notice of cancellation and amendment to agenda notice (.2) | 0.90 | 245.00 | $220.50 |
| 09/06/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: cancellation of 9/7 hearing | 0.20 | 455.00 | $91.00 |
| 09/06/01 | LDJ | Telephone conference with Jay Kapp, Esq. re: same | 0.20 | 455.00 | $91.00 |
| 09/06/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: same; overall case issues | 0.40 | 455.00 | $182.00 |
| 09/10/01 | HRR | Review and analyze paperflow. | 0.20 | 295.00 | $59.00 |
| 09/16/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: scheduling; overall case issues | 0.30 | 455.00 | $136.50 |
| 09/17/01 | LDJ | Telephone conference with Jay Kapp, Esq. re: pending case issues, scheduling | 0.30 | 455.00 | $136.50 |
| 09/18/01 | CJL | Review notice of agenda for 9/20/01 hearing. | 0.20 | 225.00 | $45.00 |
| 09/18/01 | RMO | Maintain document control. | 1.00 | 55.00 | $55.00 |
| 09/20/01 | CJL | Telephone call to B. Buechler, returning call | 0.10 | 225.00 | $22.50 |
| 09/24/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 09/26/01 | DCC | Maintain document control. | 1.00 | 55.00 | $55.00 |
| 09/27/01 | DWC | Meeting with Will Sparks re: status of case generally and DE office lease. | 0.40 | 245.00 | $98.00 |
| | | **Task Code Total** | **13.60** | | **$2,406.00** |

**CLAIMS ADMIN/OBJECTIONS [B310]**

| | | | | | |
|---|---|---|---|---|---|
| 09/04/01 | DWC | Telephone conference with Jay Kapp and Jan Baer re: anticipated objections to Debtors' Case Management Motion. | 0.30 | 245.00 | $73.50 |
| 09/07/01 | DWC | Review Property Damage Committee's Objection to Case Adminstration Motion and address circulation of objection | 1.20 | 245.00 | $294.00 |
| 09/09/01 | DWC | Review docket regarding objections to Case Administration Motion and email Jan Baer regarding same | 0.20 | 245.00 | $49.00 |
| 09/10/01 | DWC | Review Response of Creditors' Committee and Objection of Personal Injury Committee to Case Administration Motion and address circulation of responses | 1.60 | 245.00 | $392.00 |
| 09/11/01 | DWC | Review revised order regarding Settlement Procedures | 0.20 | 245.00 | $49.00 |
| 09/12/01 | DWC | Review and revise Amended Order re: Settlement Procedures (.3); draft Certification of Counsel re same (.6); address filing and service thereof (.4); Telephone conference with Sam Schwartz re: same (.2) | 1.50 | 245.00 | $367.50 |
| 09/27/01 | HRR | Telephone conference with R. Higgins regarding bar date (.10); and Telephone conference with E. Hansen regarding same (.10). | 0.20 | 295.00 | $59.00 |
| | | **Task Code Total** | **5.20** | | **$1,284.00** |

**COMPENSATION PROF. [B160]**

| | | | | | |
|---|---|---|---|---|---|
| 08/01/01 | PEC | Draft Certificate of No Objection regarding K&E May Fee Application (.4); File and serve(1.0) | 1.40 | 110.00 | $154.00 |
| 08/02/01 | PEC | Prepare K&E Quarterly Fee Application for e-filing (1.0). File and serve First Quarterly Interim Verified Application of K&E (2..1) | 3.10 | 110.00 | $341.00 |
| 09/04/01 | HRR | Telephone conference with L. Jones regarding fee | 0.10 | 295.00 | $29.50 |

| | | application. | | | |
|---|---|---|---|---|---|
| 09/05/01 | DWC | Review Marraro's July Monthly Fee Application (.3); revise notice in connection therewith (.2); Telephone conference with Chris Marraro re: same. | 0.60 | 245.00 | $147.00 |
| 09/06/01 | HRR | Review and analyze fee issues. | 0.20 | 295.00 | $59.00 |
| 09/06/01 | HRR | Draft letter to W. Sparks regarding fee applications. | 0.30 | 295.00 | $88.50 |
| 09/06/01 | DWC | Review First Quarterly Fee App. of Duane Morris. | 0.20 | 245.00 | $49.00 |
| 09/06/01 | DWC | Review Trustee's objection to Fee Application of Bilzin Sumberg, et al. | 0.20 | 245.00 | $49.00 |
| 09/07/01 | HRR | Telephone conference with M. Johnson regarding June fee application. | 0.10 | 295.00 | $29.50 |
| 09/10/01 | HRR | Telephone conference with M. Johnson regarding June fee application. | 0.10 | 295.00 | $29.50 |
| 09/10/01 | HRR | Address issues regarding fee applications. | 0.20 | 295.00 | $59.00 |
| 09/10/01 | IDK | Telephone conference with Hamid Rafatjoo regarding 4/01 and 5/01CNO's and letter. | 0.20 | 445.00 | $89.00 |
| 09/14/01 | IDK | Emails to David Carickhoff regarding 6/01 application status and information. | 0.20 | 445.00 | $89.00 |
| 09/17/01 | HRR | Telephone conference with M. Johnson regarding fee application. | 0.10 | 295.00 | $29.50 |
| 09/19/01 | DWC | Review and execute Certificates of No Objection regarding PSZYJ first monthly fee application; Kirkland & Ellis' July fee application; Blackstone's July fee application; Pitney Hardin's April, May and June fee applications; and Reed Smith's first monthly fee application | 1.40 | 245.00 | $343.00 |
| 09/20/01 | HRR | Review and analyze fax from P. Cuniff regarding fee application (.10); Telephone conference with P. Cuniff regarding same (.10); and Address issues regarding same (.20). | 0.40 | 295.00 | $118.00 |
| 09/20/01 | HRR | Telephone conference with I. Kharasch regarding fee application. | 0.10 | 295.00 | $29.50 |
| 09/20/01 | HRR | Review and revise july prebill. | 0.30 | 295.00 | $88.50 |
| 09/20/01 | HRR | Begin drafting fourth fee application. | 0.50 | 295.00 | $147.50 |
| 09/21/01 | IDK | Emails and telephone conference with Hamid Rafatjoo and MaryRitchie Johnson regarding CNO's, 6/01 and 7/01 application issues. | 0.30 | 445.00 | $133.50 |
| 09/23/01 | HRR | Draft fourth fee application. | 1.10 | 295.00 | $324.50 |
| 09/24/01 | HRR | Review and analyze fee application (.10); and Draft email to I. Kharasch regarding same (.10). | 0.20 | 295.00 | $59.00 |
| 09/24/01 | HRR | Revise fee application. | 0.30 | 295.00 | $88.50 |
| 09/24/01 | HRR | Draft email to M. Johnson regarding fee application. | 0.10 | 295.00 | $29.50 |
| 09/24/01 | HRR | Review and analyze issues regarding outstanding fee applications. | 0.10 | 295.00 | $29.50 |
| 09/24/01 | IDK | Telephone conference and emails with Hamid Rafatjoo and MaryRitchie Johnson regarding fee application for 7/01 and CNO issues and quarterlies. | 0.30 | 445.00 | $133.50 |
| 09/25/01 | HRR | Review and analyze collection issues. | 0.10 | 295.00 | $29.50 |
| 09/27/01 | DWC | Review Pitney Hardin's July Fee Application and address preparation of notice and service and filing thereof. | 0.70 | 245.00 | $171.50 |
| 09/28/01 | DWC | Review Kirkland & Ellis August Fee Application and address preparation of notice and filing and service thereof. | 0.70 | 245.00 | $171.50 |
| 09/28/01 | LAG | Follow up regarding status of fee application, deadline, and/or payment. | 0.20 | 125.00 | $25.00 |
| | | **Task Code Total** | **13.80** | | **$3,164.50** |
| | | **EXECUTORY CONTRACTS [B185]** | | | |
| 09/06/01 | DWC | Review Motion of Debtors' to assume and assign leases re: New Jersey retail store space. | 0.20 | 245.00 | $49.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/12/01 | DWC | Telephone conference with counsel for landlord re: assumption and assignment of lease re: extension to object (.2); Telephone conference with Sam Schwartz re: same (.1). | 0.30 | 245.00 | $73.50 |
| 09/25/01 | DWC | Review and execute Stipulation with First Union resolving its motion to compel debtors to assume or reject certain equipment lease (.3); teleconference with Same Schwartz re: same (.2). | 0.50 | 245.00 | $122.50 |
| 09/27/01 | DWC | Review and execute Stipulation with First Union re: assumption of contract and address filing and service of the same. | 0.50 | 245.00 | $122.50 |
| | | **Task Code Total** | **1.50** | | **$367.50** |

**FINANCIAL FILINGS [B110]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/01 | DWC | Address status of hearing on U.S.'s Motion to compel Debtors to Supplement Statement of Financial Affairs (.8); Telephone conference with Jat Kapp re: same (.3). | 0.80 | 245.00 | $196.00 |
| 09/05/01 | LDJ | Conference with David Carickhoff, Esq. re: Trustee motion to compel supplements to schedules | 0.20 | 455.00 | $91.00 |
| | | **Task Code Total** | **1.00** | | **$287.00** |

**LITIGATION (NON-BANKRUPTCY]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/17/01 | DWC | Review revisions to draft of 9019 Motion with State of Washington regarding tax dispute prepared by Michael Young of Perkins Coie | 0.90 | 245.00 | $220.50 |
| 09/18/01 | DWC | Teleconference with Jan Baer regarding environmental remediation action in New Jersey Court (.3); review pleadings in connection therewith (.7) | 1.00 | 245.00 | $245.00 |
| 09/26/01 | DWC | Draft 9019 Motion to resolve tax dispute with state of Washington. | 0.90 | 245.00 | $220.50 |
| 09/27/01 | DWC | Draft 9019 Motion re: tax dispute (1.0); draft e-mail to David Siegel re: same (.2). | 1.20 | 245.00 | $294.00 |
| | | **Task Code Total** | **4.00** | | **$980.00** |

**OPERATIONS [B210]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/01 | DWC | Review information from Vicki Finkelstein re: Debtors' other real estate interests and draft letter to landlord re: lease of DE office space. (1.2); Telephone conference with Debtors re: same (.2). | 1.40 | 245.00 | $343.00 |
| 09/26/01 | LDJ | Conference with David Carickhoff, Esq. re: new lease of real estate; landlord requirements | 0.30 | 455.00 | $136.50 |
| | | **Task Code Total** | **1.70** | | **$479.50** |

**PLAN & DISCLOSURE STMT. [B320]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/01 | DWC | Telephone conference with Sam Schwartz re: certification of counsel to be filed in connection with revised order regarding exclusivity. | 0.20 | 245.00 | $49.00 |
| 09/11/01 | DWC | Review revised order regarding Exclusivity extension | 0.20 | 245.00 | $49.00 |
| 09/12/01 | DWC | Review and revise Amended Order re: Exclusivity extension (.3); draft Certification of Counsel re same (.6); | 1.50 | 245.00 | $367.50 |

| | | | | | |
|---|---|---|---|---|---|
| 09/12/01 | LDJ | address filing and service thereof (.4); Telephone conference with Sam Schwartz re: same (.2) Conference with David Carickhoff, Esq. re: amended order for extension of exclusivity | 0.20 | 455.00 | $91.00 |

**Task Code Total**      **2.10**      **$556.50**

**RETENTION OF PROF. [B160]**

| | | | | | |
|---|---|---|---|---|---|
| 09/05/01 | DWC | Telephone conference with Sam Schwartz re: Stipulation with AON, previously listed as an ordinary course professional. | 0.20 | 245.00 | $49.00 |
| 09/06/01 | LDJ | tcJeff Stegenga re: retention of PWC | 0.30 | 455.00 | $136.50 |
| 09/07/01 | DWC | Review and revise retention application of Rust Consulting as claims agent (1.4); draft notice in connection therewith (.4); address filing and service thereof (.4); teleconference with Sam Schwartz regarding same (.2) | 2.40 | 245.00 | $588.00 |
| 09/11/01 | DWC | Review and revise Stipulation regarding AON Consulting's retention and address execution of the same | 1.20 | 245.00 | $294.00 |
| 09/11/01 | DWC | Review revised order regarding Casner & Edwards retention | 0.20 | 245.00 | $49.00 |
| 09/12/01 | DWC | Finalize AON Stipulation (.3); Telephone conference with Sam Schwartz re same (.2). | 0.50 | 245.00 | $122.50 |
| 09/12/01 | DWC | Review and revise Revised Order re: Retention of Casner & Edwards (.3); draft Certification of Counsel re same (.6); address filing and service thereof (.4); Telephone conference with Sam Schwartz re: same (.1). | 1.40 | 245.00 | $343.00 |
| 09/13/01 | DWC | Draft notice of AON Stipulation (.5); address filing and service thereof (.3). | 0.80 | 245.00 | $196.00 |
| 09/13/01 | DWC | Address filing and service of K&E Fourth Supplemental Affidavit. | 0.20 | 245.00 | $49.00 |
| 09/19/01 | DWC | Teleconference with Sam Schwartz regarding retention of Rust Consulting | 0.20 | 245.00 | $49.00 |

**Task Code Total**      **7.40**      **$1,876.00**

**STAY LITIGATION [B140]**

| | | | | | |
|---|---|---|---|---|---|
| 09/06/01 | DWC | Review Debtors' Motion to Lift Stay to pursue patent infringement litigation. | 0.20 | 245.00 | $49.00 |
| 09/06/01 | DWC | Review Honeywell's Motion to Lift Stay. | 0.30 | 245.00 | $73.50 |
| 09/13/01 | DWC | Review and revise opposition to Smolker's Lift Stay Motion and Exhibit thereto (.9); Telephone conference with Scott McMillan re: same (.2); address filing and service thereof (.3). | 1.40 | 245.00 | $343.00 |
| 09/14/01 | DWC | Prepare response to Honeywell's motion for stay relief (1.2); Telephone conference with Sam Schwartz re: same (.2); address filing and service thereof (.3); Telephone conference with K. Mangan re: same (.2). | 1.90 | 245.00 | $465.50 |
| 09/20/01 | LDJ | Telephone conference with Jan Baer, Esq. re: motion to modify stay | 0.20 | 455.00 | $91.00 |
| 09/26/01 | DWC | Draft Certification of Counsel regarding Order Lifting Stay to allow Zapata litigation to proceed (.8); Telephone conference with Sam Schwartz re: same (.2); address filing and service thereof (.2). | 1.20 | 245.00 | $294.00 |

**Task Code Total**      **5.20**      **$1,316.00**

|  |  | **Total professional services:** | 57.30 | **$13,158.00** |
|---|---|---|---|---|

**Costs Advanced:**

| 05/13/2001 | DC | Delivery/ Courier Service [E107] | $46.30 |
|---|---|---|---|
| 05/21/2001 | DC | Delivery/ Courier Service [E107] | $60.30 |
| 05/21/2001 | DC | Delivery/ Courier Service [E107] | $12.90 |
| 05/21/2001 | DC | Delivery/ Courier Service [E107] | $35.00 |
| 05/21/2001 | DC | Delivery/ Courier Service [E107] | $35.50 |
| 08/02/2001 | AT | Auto Travel Expense--Eagle Limo [E109] | $64.40 |
| 08/03/2001 | DC | Delivery/ Courier Service [E107] | $50.55 |
| 08/05/2001 | DC | Delivery/ Courier Service [E107] | $72.50 |
| 08/05/2001 | DC | Delivery/ Courier Service [E107] | $7.50 |
| 08/09/2001 | DC | Delivery/ Courier Service [E107] | $13.50 |
| 08/14/2001 | DC | Delivery/ Courier Service [E107] | $24.00 |
| 08/18/2001 | DC | Delivery/ Courier Service [E107] | $38.19 |
| 08/21/2001 | FE | Federal Express [E108] | $212.05 |
| 08/26/2001 | DC | Delivery/ Courier Service [E107] | $28.30 |
| 08/27/2001 | AT | Auto Travel Expense--Eagle Limo [E109] | $109.25 |
| 09/04/2001 | FE | Federal Express [E108] | $13.21 |
| 09/04/2001 | PO | Postage [E108] | $1.49 |
| 09/04/2001 | RE | (CORR 141 @0.15 PER PG) | $21.15 |
| 09/04/2001 | RE | (CORR 6 @0.15 PER PG) | $0.90 |
| 09/04/2001 | RE | (CORR 385 @0.15 PER PG) | $57.75 |
| 09/04/2001 | RE | (CORR 541 @0.15 PER PG) | $81.15 |
| 09/04/2001 | RE | (CORR 2546 @0.15 PER PG) | $381.90 |
| 09/04/2001 | RE | Reproduction Expense. [E101] | $0.90 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $11.14 |
| 09/05/2001 | FE | Federal Express [E108] | $11.14 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $11.14 |
| 09/05/2001 | PO | Postage [E108] | $100.36 |
| 09/05/2001 | RE | (CORR 12 @0.15 PER PG) | $1.80 |
| 09/05/2001 | RE | (CORR 52 @0.15 PER PG) | $7.80 |
| 09/05/2001 | RE | (CORR 57 @0.15 PER PG) | $8.55 |
| 09/05/2001 | RE | (CORR 855 @0.15 PER PG) | $128.25 |
| 09/06/2001 | FE | Federal Express [E108] | $56.06 |
| 09/06/2001 | FE | Federal Express [E108] | $11.82 |
| 09/06/2001 | FX | (CORR 62 @1.00 PER PG) | $62.00 |
| 09/06/2001 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 09/06/2001 | FX | (AGR 18 @1.00 PER PG) | $18.00 |
| 09/06/2001 | RE | (CORR 47 @0.15 PER PG) | $7.05 |
| 09/06/2001 | RE | (CORR 372 @0.15 PER PG) | $55.80 |
| 09/06/2001 | RE | (CORR 27 @0.15 PER PG) | $4.05 |
| 09/06/2001 | RE | (CORR 57 @0.15 PER PG) | $8.55 |
| 09/06/2001 | RE | (CORR 868 @0.15 PER PG) | $130.20 |
| 09/07/2001 | FX | (CORR 6 @1.00 PER PG) | $6.00 |
| 09/07/2001 | RE | (CORR 183 @0.15 PER PG) | $27.45 |
| 09/07/2001 | RE | (CORR 37 @0.15 PER PG) | $5.55 |
| 09/09/2001 | DC | Delivery/ Courier Service [E107] | $17.22 |
| 09/10/2001 | FX3 | FX-(CORR. 3 @ 1.00 PER PG) [E104] | $3.00 |
| 09/10/2001 | PO | Postage [E108] | $832.23 |
| 09/10/2001 | RE | (CORR 199 @0.15 PER PG) | $29.85 |
| 09/10/2001 | RE | (CORR 69 @0.15 PER PG) | $10.35 |
| 09/10/2001 | RE | (CORR 1597 @0.15 PER PG) | $239.55 |
| 09/10/2001 | RE | (CORR 297 @0.15 PER PG) | $44.55 |

| 09/11/2001 | RE | (CORR 28 @0.15 PER PG) | $4.20 |
| 09/11/2001 | RE | (CORR 871 @0.15 PER PG) | $130.65 |
| 09/11/2001 | RE | (CORR 1259 @0.15 PER PG) | $188.85 |
| 09/11/2001 | RE | (CORR 455 @0.15 PER PG) | $68.25 |
| 09/11/2001 | RE | (CORR 333 @0.15 PER PG) | $49.95 |
| 09/11/2001 | RE | (CORR 303 @0.15 PER PG) | $45.45 |
| 09/12/2001 | FE | Federal Express [E108] | $9.55 |
| 09/12/2001 | FE | Federal Express [E108] | $9.55 |
| 09/12/2001 | FE | Federal Express [E108] | $11.14 |
| 09/12/2001 | FE | Federal Express [E108] | $9.55 |
| 09/12/2001 | FE | Federal Express [E108] | $9.55 |
| 09/12/2001 | FE | Federal Express [E108] | $9.55 |
| 09/12/2001 | FE | Federal Express [E108] | $11.14 |
| 09/12/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 09/12/2001 | PO | Postage--DDI [E108] | $389.40 |
| 09/12/2001 | RE | (CORR 906 @0.15 PER PG) | $135.90 |
| 09/12/2001 | RE | Reproduction Expense--DDI [E101] | $790.40 |
| 09/13/2001 | FE | Federal Express [E108] | $9.55 |
| 09/13/2001 | FE | Federal Express [E108] | $11.14 |
| 09/13/2001 | FE | Federal Express [E108] | $9.55 |
| 09/13/2001 | FE | Federal Express [E108] | $26.02 |
| 09/13/2001 | FE | Federal Express [E108] | $11.82 |
| 09/13/2001 | FE | Federal Express [E108] | $11.14 |
| 09/13/2001 | FE | Federal Express [E108] | $9.55 |
| 09/13/2001 | FE | Federal Express [E108] | $9.55 |
| 09/13/2001 | FE | Federal Express [E108] | $9.55 |
| 09/13/2001 | FX | (CORR 50 @1.00 PER PG) | $50.00 |
| 09/13/2001 | PO | Postage [E108] | $5.16 |
| 09/13/2001 | RE | (CORR 2709 @0.15 PER PG) | $406.35 |
| 09/13/2001 | RE | (CORR 540 @0.15 PER PG) | $81.00 |
| 09/13/2001 | RE | (CORR 262 @0.15 PER PG) | $39.30 |
| 09/14/2001 | FE | Federal Express [E108] | $11.82 |
| 09/14/2001 | FE | Federal Express [E108] | $16.74 |
| 09/14/2001 | FE | Federal Express [E108] | $11.82 |
| 09/14/2001 | FE | Federal Express [E108] | $11.82 |
| 09/14/2001 | FE | Federal Express [E108] | $9.55 |
| 09/14/2001 | FE | Federal Express [E108] | $11.14 |
| 09/14/2001 | FE | Federal Express [E108] | $11.82 |
| 09/14/2001 | FE | Federal Express [E108] | $16.74 |
| 09/14/2001 | FE | Federal Express [E108] | $15.60 |
| 09/14/2001 | FE | Federal Express [E108] | $11.14 |
| 09/14/2001 | FE | Federal Express [E108] | $9.55 |
| 09/14/2001 | FE | Federal Express [E108] | $9.55 |
| 09/14/2001 | FE | Federal Express [E108] | $9.55 |
| 09/14/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/14/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/14/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/14/2001 | RE | (CORR 103 @0.15 PER PG) | $15.45 |
| 09/14/2001 | RE | (CORR 25 @0.15 PER PG) | $3.75 |
| 09/14/2001 | RE | (CORR 204 @0.15 PER PG) | $30.60 |
| 09/14/2001 | RE | (CORR 31 @0.15 PER PG) | $4.65 |
| 09/14/2001 | RE | (CORR 2299 @0.15 PER PG) | $344.85 |
| 09/14/2001 | RE | (CORR 25 @0.15 PER PG) | $3.75 |
| 09/14/2001 | RE | (CORR 217 @0.15 PER PG) | $32.55 |
| 09/14/2001 | RE | (CORR 498 @0.15 PER PG) | $74.70 |
| 09/14/2001 | RE | (CORR 596 @0.15 PER PG) | $89.40 |
| 09/14/2001 | RE | (CORR 22 @0.15 PER PG) | $3.30 |
| 09/14/2001 | RE | (CORR 37 @0.15 PER PG) | $5.55 |
| 09/14/2001 | RE | (CORR 73 @0.15 PER PG) | $10.95 |
| 09/14/2001 | RE | (CORR 222 @0.15 PER PG) | $33.30 |

| 09/14/2001 | RE | (CORR 347 @0.15 PER PG) | $52.05 |
| 09/14/2001 | RE | (CORR 572 @0.15 PER PG) | $85.80 |
| 09/14/2001 | RE | (CORR 107 @0.15 PER PG) | $16.05 |
| 09/14/2001 | RE | (CORR 77 @0.15 PER PG) | $11.55 |
| 09/15/2001 | FE | Federal Express [E108] | $16.74 |
| 09/15/2001 | FE | Federal Express [E108] | $11.82 |
| 09/15/2001 | FE | Federal Express [E108] | $11.82 |
| 09/15/2001 | FE | Federal Express [E108] | $11.82 |
| 09/16/2001 | DC | Delivery/ Courier Service [E107] | $7.50 |
| 09/17/2001 | FE | Federal Express [E108] | $18.74 |
| 09/17/2001 | RE | (CORR 347 @0.15 PER PG) | $52.05 |
| 09/18/2001 | FE | Federal Express [E108] | $55.67 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 5 @1.00 PER PG) | $5.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX3 | FX-(CORR. 8 @ 1.00 PER PG) [E104] | $8.00 |
| 09/19/2001 | FE | Federal Express [E108] | $100.27 |
| 09/19/2001 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 09/19/2001 | RE | (CORR 152 @0.15 PER PG) | $22.80 |
| 09/19/2001 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 09/19/2001 | RE | (CORR 198 @0.15 PER PG) | $29.70 |
| 09/20/2001 | FX3 | FX-(CORR. 5 @ 1.00 PER PG) [E104] | $5.00 |
| 09/20/2001 | RE | (AGR 4 @0.15 PER PG) | $0.60 |
| 09/20/2001 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 09/20/2001 | RE | (CORR 152 @0.15 PER PG) | $22.80 |
| 09/20/2001 | RE | (CORR 110 @0.15 PER PG) | $16.50 |
| 09/20/2001 | RE | (FEE 21 @0.15 PER PG) | $3.15 |
| 09/20/2001 | RE | (CORR 30 @0.15 PER PG) | $4.50 |

| 09/20/2001 | RE | (CORR 104 @0.15 PER PG) | $15.60 |
| 09/20/2001 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 09/21/2001 | PO | Postage [E108] | $1.71 |
| 09/21/2001 | PO | Postage--DDI [E108] | $431.39 |
| 09/21/2001 | RE | (CORR 22 @0.15 PER PG) | $3.30 |
| 09/21/2001 | RE | (CORR 98 @0.15 PER PG) | $14.70 |
| 09/21/2001 | RE | (CORR 109 @0.15 PER PG) | $16.35 |
| 09/21/2001 | RE | (CORR 417 @0.15 PER PG) | $62.55 |
| 09/21/2001 | RE | (CORR 100 @0.15 PER PG) | $15.00 |
| 09/21/2001 | RE | Reproduction Expense--DDI [E101] | $1,055.60 |
| 09/22/2001 | RE | (CORR 362 @0.15 PER PG) | $54.30 |
| 09/24/2001 | FX | Fax Transmittal. [E104] | $104.00 |
| 09/24/2001 | RE | (CORR 1686 @0.15 PER PG) | $252.90 |
| 09/25/2001 | RE | (CORR 106 @0.15 PER PG) | $15.90 |
| 09/26/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 09/26/2001 | PO | Postage [E108] | $1.71 |
| 09/26/2001 | PO | Postage [E108] | $1.71 |
| 09/26/2001 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 09/26/2001 | RE | (CORR 538 @0.15 PER PG) | $80.70 |
| 09/27/2001 | PO | Postage [E108] | $1.71 |
| 09/27/2001 | RE | (CORR 198 @0.15 PER PG) | $29.70 |
| 09/27/2001 | RE | (CORR 50 @0.15 PER PG) | $7.50 |
| 09/27/2001 | RE | (CORR 78 @0.15 PER PG) | $11.70 |
| 09/27/2001 | RE | (CORR 153 @0.15 PER PG) | $22.95 |
| 09/27/2001 | RE | (CORR 290 @0.15 PER PG) | $43.50 |
| 09/27/2001 | RE | (CORR 70 @0.15 PER PG) | $10.50 |
| 09/27/2001 | RE | (CORR 509 @0.15 PER PG) | $76.35 |
| 09/27/2001 | RE | (CORR 54 @0.15 PER PG) | $8.10 |
| 09/28/2001 | RE | (CORR 546 @0.15 PER PG) | $81.90 |
| 09/28/2001 | RE | (CORR 42 @0.15 PER PG) | $6.30 |
| 09/28/2001 | SO | Secretarial Overtime--Rasheda Stewart | $23.85 |

### Total Expenses:                                                    $10,035.46

## Summary:

| | | |
|---|---|---|
| Total professional services | $13,158.00 | |
| Total expenses | $10,035.46 | |
| Net current charges | $23,193.46 | |
| Net balance forward | $91,777.82 | |
| **Total balance now due** | $114,971.28 | |

---

## Billing Summary

| CJL | Lhulier, Christopher J. | 0.30 | $225.00 | $67.50 |
| DCC | Crossan, Donna C. | 1.00 | $55.00 | $55.00 |
| DWC | Carickhoff, David W | 35.20 | $245.00 | $8,624.00 |
| HRR | Rafatjoo, Hamid R. | 5.10 | $295.00 | $1,504.50 |

| | | | | |
|---|---|---|---|---|
| IDK | Kharasch, Ira D. | 1.00 | $445.00 | $445.00 |
| LAG | Gilbert, Laurie A. | 0.20 | $125.00 | $25.00 |
| LDJ | Jones, Laura Davis | 2.60 | $455.00 | $1,183.00 |
| PEC | Cuniff, Patricia E. | 10.90 | $110.00 | $1,199.00 |
| RMO | Olivere, Rita M. | 1.00 | $55.00 | $55.00 |
| | | 57.30 | | $13,158.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | ASSET DISPOSITION [B130] | 1.80 | $441.00 |
| CA | CASE ADMINISTRATION [B110] | 13.60 | $2,406.00 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 5.20 | $1,284.00 |
| CP | COMPENSATION PROF. [B160] | 13.80 | $3,164.50 |
| EC | EXECUTORY CONTRACTS [B185] | 1.50 | $367.50 |
| FF | FINANCIAL FILINGS [B110] | 1.00 | $287.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 4.00 | $980.00 |
| OP | OPERATIONS [B210] | 1.70 | $479.50 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 2.10 | $556.50 |
| RP | RETENTION OF PROF. [B160] | 7.40 | $1,876.00 |
| SL | STAY LITIGATION [B140] | 5.20 | $1,316.00 |
| | | 57.30 | $13,158.00 |

## Expense Code Summary

| | |
|---|---|
| Auto Travel Expense [E109] | $173.65 |
| Delivery/Courier Service | $449.26 |
| Federal Express [E108] | $945.48 |
| Fax Transmittal. [E104] | $583.00 |
| FX-(CORR. 1 @ 1.00 PER PG) [E1 | $16.00 |
| Postage [E108] | $1,766.87 |
| Reproduction Expense. [E101] | $6,077.35 |
| Overtime | $23.85 |
| | $10,035.46 |