IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## **O R D E R**

AND NOW, to wit, this ____ day of _____, 200__, the Court having heard and considered the Motion of the Official Committee of Property Damage Claimants for a Protective Order, IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. The Notice of Deposition filed by the debtors on November 12, 2001 is hereby vacated as to Francine F. Rabinovitz and W.D. Hilton, Jr. The debtors may reschedule their depositions at a date and time mutually agreeable to the parties.

_____
Judge Joseph J. Farnan, Jr.