**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| W.R. GRACE & CO., | : | |
| | : | Case No. 01-01139 (JJF) |
| Debtors. | : | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

Please take notice that NOVAK LANDFILL RD/RA GROUP (other than W.R. Grace) ("Novak"), hereby enters its appearance by and through its counsel, Montgomery, McCracken, Walker & Rhoads, L.L.P. ("MMWR") pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the parties listed below at the following addresses and telephone numbers and that MMWR's name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

    Noel C. Burnham, Esquire (3483)
    Richard G. Placey, Esquire
    215/772-7424
    MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
    131 Continental Drive, Suite 304
    Newark, DE  19713
    215/772-7342
    215/772-7620  -  FACSIMILIE NUMBER
    nburnham@mmwr.com
    rplacey@mmwr.com
    and

    123 South Broad Street        **MAILING/HAND DELIVERY ADDRESS**
    Avenue of the Arts
    Philadelphia, PA  19109

664939v2

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Novak's right, inter alia, (1) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or (2) any other rights, claims, actions, setoffs, or recoupments to which Novak is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Novak expressly reserves.

        MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By: /s/ Noel C. Burnham
    Noel C. Burnham, Esquire (3483)
    131 Continental Drive, Suite 304
    Newark, DE  19713

    123 South Broad Street
    Avenue of the Arts
    Philadelphia, PA  19109
    (215) 772-7342

Dated: November 14, 2001    Attorneys for Novak Landfill RD/RA Group (Other than W.R. Grace)

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| W.R. GRACE & CO., | : | |
| | : | Case No. 01-01139 (JJF) |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, _Noel C. Burnham_, do hereby certify that on the ___14th__ day of November, 2001, I caused copies of the foregoing to be served by first class mail, postage prepaid, upon the following parties:

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Local Counsel to Debtor)

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
(Lead Counsel to Debtor)

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE  19899
(Counsel to Creditors' Committee)

Lewis Kruger, Esquire
Strook Strook & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982

Frank J. Perch, Esquire

Office of the United States Trustee
844 King Street
Suite 2313
Wilmington, DE  19801

                        MONTGOMERY, MCCRACKEN, WALKER &
                                    RHOADS, LLP


By:    /s/ Noel C. Burnham
       Noel C. Burnham, Esquire (3483)
       131 Continental Drive, Suite 304
       Newark, DE  19713

       123 South Broad Street
       Avenue of the Arts
       Philadelphia, PA  19109
       (215) 772-7342

Dated:  November 14, 2001        Attorneys for Novak Landfill RD/RA Group
                                                        (Other than W.R. Grace)