# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIAC Corp., et al.,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 16-12238 (BLS)<br><br>Jointly Administered<br><br>**Related to Doc. Nos. 912 and 1113** |

## ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE LIQUIDATING TRSUTEE AND THE BOARD MEMBERS

Upon the Trustee's certification of counsel, dated June 1, 2018, and the form of Order attached thereto (the "Certification of Counsel"),[2] and pursuant to applicable sections of the Bankruptcy Code;

**IT IS HEREBY ORDERED THAT:**

1. The Settlement Agreement annexed hereto as **Exhibit 1** is hereby APPROVED.

2. Upon the occurrence of the Effective Date (as defined in the Settlement Agreement) and the payment of the monies due under the Settlement Agreement, Claim Nos. 40, 115, 116, 117, 118, 194, 205 206, and 207 shall be deemed satisfied in full and expunged from the claims register in the Chapter 11 Cases.

3. Upon receipt of payment of the Settlement Payments (as defined in the Settlement Agreement), the Board Motion shall be deemed withdrawn with prejudice.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: FIAC Corp. (f/k/a IMX Acquisition Corp.) (9838); Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation) (7126); FCAC Corp. (f/k/a C Acquisition Corp.) (8021); FASIC Corp. (f/k/a Accurel Systems International Corporation) (3856).

[2] Any and all terms not defined herein shall have the meaning ascribed to them in the Certification of Counsel.

-2-

4. The Trustee and its claim agent is hereby authorized to revise the claims registry in these Cases or take any other action necessary to implement the relief set forth in the Order.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: _June 5_, 2018

_____
Honorable Brendan L. Shannon
United States Bankruptcy Judge

24589436.1 06/04/2018