# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIAC Corp., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 16-12238 (BLS)<br><br>Jointly Administered<br>**Re: Docket Nos. 1114 and \_\_\_** |

## ORDER FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

Upon the Certification of Counsel to the Liquidating Trustee requesting (the "Request")[2] entry of an order, pursuant to sections 105 and 502 of the Bankruptcy Code, Rules 3007 and 9006 of the Bankruptcy Rules, and the authority granted in Article I.1.22 of the Plan, further extending the deadline to object to Claims; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and Article VI of the Plan; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that, pursuant to the Plan, notice and hearing on the Request are not required; and this Court having reviewed the Request; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief granted herein; and upon all of the

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: FIAC Corp. (f/k/a IMX Acquisition Corp.) (9838); Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation) (7126); FCAC Corp. (f/k/a C Acquisition Corp.) (8021); FASIC Corp. (f/k/a Accurel Systems International Corporation) (3856). The Debtors' headquarters are located at 500 Research Drive, Unit 3, Wilmington, MA 01887.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Request.

proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Request is GRANTED.

2. The deadline for the Liquidating Trustee to file objections to Claims (as that term is defined in the Plan) is extended through and including July 7, 2018.

3. This Order is without prejudice to the Liquidating Trustee's right to seek further extensions.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: Wilmington, Delaware
June 5, 2018

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE