IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

    Teresa K.D. Currier, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Catherine E. Finnerty, of the law firm of Kramer Levin Naftalis & Frankel LLP, to represent the Official Committee of Equity Holders in this action. The Admittee is admitted, practicing, and in good standing of the bar of the State of New York.

                                      KLETT ROONEY LIEBER & SCHORLING
                                      A Professional Corporation

                            By: _____
                                      Teresa K.D. Currier (No. 3080)
                                      The Brandywine Building
                                      1000 West Street, Suite 1410
                                      Wilmington, DE 19801
                                      (302) 552-4200

    The Admittee certifies that she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

                            By: _____
                                        Catherine E. Finnerty
                                        Kramer Levin Naftalis & Frankel LLP
                                        919 Third Avenue
                                        New York, NY 10022
                                        (212) 715-9100

Motion granted.

                                           BY THE COURT:

Date: November 7, 2001
                                       _____
                                       United States District Court Judge

WLM prohacs.doc