IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Teresa K.D. Currier, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Amy Caton, of the law firm of Kramer Levin Naftalis & Frankel LLP, to represent the Official Committee of Equity Holders in this action. The Admittee is admitted, practicing, and in good standing of the bar of the State of New York.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K.D. Currier (No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

The Admittee certifies that she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

By: _____
Amy Caton
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
(212) 715-9100

Motion granted.

BY THE COURT:

Date: November 7, 2001

_____
United States District Court Judge

WLM prohacs.doc