**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 1036**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Interim Application of Conway, Del Genio, Gries & Co., for Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Financial Advisor for the Official Committee of Asbestos Property Damage Claimants for the Period of April 27, 2001 through September 30, 2001 ("the Application"). The undersigned further certifies that the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 15, 2001.

Pursuant to the Administrative Order Under 11 USC §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated May 3, 2001, the Debtors are authorized to pay Conway, Del Genio, Gries & Co. $496,000.00 which represents 80% of the fees ($620,000.00) and $14,376.21, which represents 100% of the expenses requested in the Application for the period April 27, 2001 through September 30, 2001, upon the filing of this certification and

without the need for entry of a Court order approving the Application.

        FERRY & JOSEPH, P.A.

        /s/ Theodore J. Tacconelli
        Michael B. Joseph (#392)
        Theodore J. Tacconelli (#2678)
        Rick S. Miller (#3418)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE. 19899
        (302) 575-1555
        Counsel to the Official Committee of Asbestos
        Property Damage Claimants

        -and-

        Bilzin Sumberg Dunn Baena Price & Axelrod LLP
        Scott L. Baena, Esq.
        2500 First Union Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131-2336

        Counsel to the Official Committee of Asbestos
        Property Damage Claimants

Dated: November 16, 2001