## **CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 16th day of November, 2001, I caused one copy of the foregoing Certification of No Objection Regarding Docket Number 1036 to be served to the following persons in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (#2678)

SERVICE LIST

**By hand:**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhatten Centre, 15th Flr.
1201 N. Market Street
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801


**By First Class Mail:**

Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd.
Los Angeles CA 90067-4100

James H.M. Sprayregen, Esquire

James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601


Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

William S. Katchen, Esquire
Duane Morris & Heckscher
1 Riverfront Plaza, 2d Floor
Newark NJ 07102

Thomas Moers Mayer, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044