Law Offices
# BIERSDORF & ASSOCIATES, P.A.

FILED

2001 SEP -7 PM 2:

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

4100 City Center
33 South Sixth Street
Minneapolis, MN 55402
bierslaw@qwest.net
Fax (612) 339-0585
(612) 339-7242

September 4, 2001

OTHER LOCATIONS
Philadelphia, PA
Milwaukee, WI
Buffalo, NY
Dallas, TX

Clerk
United Stated Bankruptcy Court
824 Market Street
5th Floor
Wilmington, Delaware 19801

    RE:    W.R. Grace & Co., et al.
             Chapter 11
             Case Nos. 01-1139 through 01-1200 (JJF)

Dear Clerk:

This is a request that our firm receives all notices relative to the above referenced matter, and in particular, **Chase v. W.R. Grace, Court File No.: 00-2468 MJD/JGL.**

Thank you for your attention to this matter.

Sincerely,

William B. Butler

WBB/nlc