# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMEDIUM GROUP, INC., <br><br> Debtor. | Case No. 01-01194 <br> Chapter 11 <br> Date of Petition April 02, 2001 |

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

**Name of Creditor:** TN Dept. of Labor & Workforce Development-Unemployment Ins..

**Name and Address Where Notices Should Be Sent:** TN Dept. of Labor & Workforce Development-Unemployment Ins..

c/o TN Attorney General's Office
Bankruptcy and Collections Division
PO Box 20207
Nashville, Tennessee 37202-0207

**Account No:** 22-2312556     303-621

1. The undersigned, whose business address is noted above is the agent of the above reference creditor and is authorized to make this request for payment on behalf of the State of Tennessee.

2. Request is made for payment due under the laws of the State of Tennessee as allowed by 11 USC sec. 503. The basis of the claim is:

   ☐ AFDC overpayments
   ☐ Regulatory costs, fees or other claims
   ☐ Money loaned.
   ☒ Taxes. Interest may be accruing pursuant to TCA sections 50-7-404 (Empl. Sec. taxes) or 68-11-216(d) (bed taxes).

   ☐ Food Stamp overpayments
   ☐ Unemployment compensation benefit overpayments
   ☐ Other _____

   ☐ Check here if this request amends a previously filed request for administrative expense. Filing date of request to be amended:

3. **TOTAL ADMINISTRATIVE EXPENSE CLAIM:**   **$2,268.00**

4. The claimant signing below hereby asserts a claim against the debtor in the amount above. The creditor states that the undersigned is authorized to file this Administrative Expense, and that this claim contains no unmatured interest.

5. ANY DISTRIBUTION SHOULD BE MADE TO THE ABOVE CREDITOR BY MAIL IN CARE OF THE ATTORNEY GENERAL'S OFFICE, BANKRUPTCY UNIT, AS SET OUT ABOVE.

| | | |
|---|---|---|
| August 29, 2001 <br> DATE | SIGNATURE MARVIN E. CLEMENTS, JR. | Assistant Attorney General <br> TITLE |

PENALTY FOR FRAUDULENT CLAIM IS FINE UP TO $5,000.00, OR IMPRISONMENT UP TO 5 YEARS, OR BOTH.   TITLE 18 U.S.C. § 152

Department of Labor and Workforce Development
Employment Security Division
Bureau of Unemployment Insurance
TAX LIABILITY SUMMARY SHEET

Remedium Group, Inc.
7500 Grace Drive
Columbia, MD 21044

Case #-Chapter: 01-1194-11
Date Filed: 04-02-01
Location: Delaware

303-621

### PRE-PETITION

| QT | YR | TAX TYPE | TAX AMOUNT | INTEREST | PENALTY | TOTAL TAX LIABILITY |
|---|---|---|---|---|---|---|
| 2nd | 2001 | A | 2,268.00 | | | 2,268.00 |
| | | | | | | 2,268.00 |

TAX TYPE KEY
R - No Remit Reports
A - Assessment
J - Job Skills
B - Balance Due
C - Returned Checks
S - Supplemental Reports
L - Lien

Date Prepared 08/07/01

Prepared By:
Peggy A. Coleman:

*Peggy A. Coleman*

Signature