UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2001 SEP 17 AM 10: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

W. R. GRACE & CO., et al.,

          Debtor.

In Proceedings Under
Chapter 11

Case Nos. 01-1139 through
01-1200 (JJF)
Jointly Administered

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Harter, Secrest & Emery LLP, as attorneys for GTE Operations Support, Inc., GTE Corporation, GTE Products Corporation, GTE Sylvania Incorporated, General Telephone & Electronics Corporation, North American Phillips Corporation, Osram Sylvania, Inc., Phillips Electronics North America Corporation, Sylvania Electric Products, Inc., and Sylvania Electrical Products, Inc., parties in interest in the above-captioned case, hereby appears in the above-captioned case pursuant to §1109(b) of the Bankruptcy code and Bankruptcy Rule 9010(b); and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon he following person at the address, telephone and facsimile numbers indicated:

        Craig A. Slater, Esq.
     HARTER, SECREST & EMERY LLP
      One HSBC Center, Suite 3550
      Buffalo, New York 14203-2884
       (716) 853-1616 – Telephone
       (716) 853-1617 – Facsimile

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights: (1) to have final orders in non ore matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case: (3) to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August __, 2001
Buffalo, New York

HARTER, SECREST & EMERY LLP

By: _____
(Craig A. Slater, Esq.
Attorneys for GTE, etc.
Office and Post Office Address
One HSBC Center, Suite 3550
Buffalo, New York 14203-2884
Telephone: (716) 853-1616

# CERTIFICATE OF SERVICE

I hereby certify that on August 27th, 2001, I caused one copy of the foregoing to be served upon the persons listed below by first class United States mail, postage prepaid, unless otherwise indicated.

David D. Bird
Clerk of the U.S. Bankruptcy Court
U.S. Bankruptcy Court for the District of Delaware
844 King Street
Room 2313
Wilmington, Delaware 19801

Kevin M. Hogan, Esq.
Philips, Lytle, Hitchcock, Blaine & Huber, LLP
3400 HSBC Center
Buffalo, New York 14203-2887

Duane, Morris & Heckster
ATTN: Counsel for the Creditors' Committee for W.R. Grace
1100 N. Market Street
Suite 1200
Wilmington, DE 19801

James H.M. Sprayregen, Esq.
James W. Kapp III, Esq.
Samuel A. Schwartz, Esq.
Roger J. Higgins, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Laura Davis Jones, Esq.
Hamid R. Rafatjoo, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

Janet M. Pratt
Legal Secretary