Sanjay Thapar, Esq.
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, New York 10017-4014
(212) 297-5800

**FILED**

2001 OCT -4  PM 12: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Attorneys for General Electric Capital Corporation

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W.R. GRACE & CO., et al., | Jointly Administered Under Case No. 01-01139 |
| Debtors. | **REQUEST FOR SPECIAL NOTICE** |

TO THE DEBTOR AND THE DEBTOR'S ATTORNEY:

PLEASE TAKE NOTICE that General Electric Capital Corporation hereby requests that notice of any and all proceedings in the above-captioned matter be given to its attorneys, Pitney, Hardin, Kipp & Szuch LLP. Such notice shall be addressed as follows:

> Sanjay Thapar, Esq.
> Pitney, Hardin, Kipp & Szuch LLP
> 711 Third Avenue, 20th Floor
> New York, New York 10017-4014

Dated: October 3, 2001

PITNEY, HARDIN, KIPP & SZUCH LLP

By: _____
Sanjay Thapar
Attorneys for General Electric Capital Corporation

**REQUEST FOR SPECIAL NOTICE**
744193A01100201

## PROOF OF SERVICE
## STATE OF NEW YORK, COUNTY OF NEW YORK

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: Pitney, Hardin, Kipp & Szuch LLP, 711 Third Avenue, 20th Floor, New York, New York 10017-4014.

On this date, I served the annexed document described as Request For Special Notice on all interested parties by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Dykema Gossetrt PLLC
Ronald L. Rose, Esq.
Sherrie L. Farrell, Esq.
400 Renaissance Center
Detroit, Michigan 48243-1668

Arter & Hadden
Wiliam J. Stavole, Esq.
1100 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1575

U.S. Trustee
211 W. Fort Street
Suite 700
Detroit, Michigan 48226

Louis P. Rochkind, Esq.
Jaffe, Raitt, Heuer & Weiss, P.C.
One Woodward Avenue, Suite 2400
Detroit, Michigan 48226

Lindahl, Gross, Lievois & Hawley
Christopher Lievois, Esq.
30150 Telegraph Road, Suite 225
Bingham Farms, Michigan 48025-4521

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 3, 2001, at New York, New York.

*/s/ Jennifer Deaver*
Jennifer Deaver