IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 01-01139 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | **Obj. Date: December 21, 2001** |
| | | **Hrg. Date: January 3, 2002 @ 9:30 a.m.** |

**MOTION BY ZONOLITE ATTIC INSULATION CLAIMANTS
TO DISMISS DEBTORS' CHAPTER 11 BANKRUPTCY CASE
PURSUANT TO 11 U.S.C. §1112 (b)**

The Zonolite Attic Insulation Claimants ("ZAI Claimants"), creditors and parties- in-

interest in the above-captioned bankruptcy cases, by and through their undersigned counsel,

hereby move pursuant to 11 U.S.C. §1112(b) for an order dismissing the Debtors' Chapter 11

cases, for the reasons set forth in the attached Memorandum of Law.

Dated: November 16, 2001
Wilmington, Delaware

Elizabeth J. Cabraser
Fabrice N. Vincent
John Low-Beer
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008
and

By:
/s/ William D. Sullivan
William D. Sullivan (No. 2820)
ELZUFON, AUSTIN, REARDON,   TARLOV
& MONDELL, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Telephone: (302) 428-3181
Facsimile:  (302) 428-3180

Thomas M. Sobol
Matthew L. Tuccillo
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
214 Union Wharf
Boston, MA 02109-1216
Telephone: (617) 720-5000
Facsimile:  (617) 720-5015

John J. Stoia, Jr.
Timothy G. Blood
Jobeth Halper
MILBERG WEISS BERSHAD HYNES &
  LERACH, LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-5050
Telephone: (619) 231-1058
Facsimile:  (619) 231-7423

Edward J. Westbrook
Robert M. Turkewitz
NESS MOTLEY LOADHOLT
  RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile:  (843) 216-9440

Allan M. McGarvey
MCGARVEY, HEBERLING, SULLIVAN &
MCGARVEY, P.C.
745 South Main
Kalispell, MT 59904
Telephone: (406) 752-5566
Facsimile: (406) 752-7124

Darrell Scott
LUKINS & ANNIS, P.S.
717 West Sprague Ave.
1600 Washington Trust Financial Center
Spokane, WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Richard Lewis
COHEN, MILSTEIN, HAUSFELD
  & TOLL
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3934
Telephone: (202) 408-4600
Facscimile: (202) 408-4699