IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No.: 01-01139 - 01-1200 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors | ) | **Obj. Date: December 21, 2001** |
| | ) | **Hrg Date: January 3, 2002 at 9:30 a.m.** |

## NOTICE OF MOTION

**TO:**   Debtor                                                   Office of the US Trustee

Official Committee of Unsecured Creditors     2002 Service List


   Pursuant to section 1112(b) of Title 11 of the United States Code ("Bankruptcy Code"), Zonolite Claimants hereby move to dismiss the Chapter 11 case filed by W.R. Grace & Co. ("Debtors") on the grounds that Debtors have filed for Chapter 11 protection in bad faith. The grounds for dismissing the Debtors Petition are set forth in the accompanying Memorandum of Law filed by the Zonolite Claimants in support of this motion.

   You are required to file a response to the attached motion on or before **December 21, 2001.**

   At the same time, you must also serve a copy of the response upon Movant's attorneys:

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

and

Elizabeth J. Cabraser
Fabrice N. Vincent
John Low-Beer
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
and


Thomas M. Sobol
Matthew L. Tuccillo
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
214 Union Wharf
Boston, MA 02109-1216
Telephone: (617) 720-5000
Facsimile: (617) 720-5015

John J. Stoia, Jr.
Timothy G. Blood
Jobeth Halper
MILBERG WEISS BERSHAD HYNES &
LERACH, LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-5050
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Edward J. Westbrook
Robert M. Turkewitz
NESS MOTLEY LOADHOLT
RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

Allan M. McGarvey
MCGARVEY, HEBERLING, SULLIVAN &  MCGARVEY, P.C.
745 South Main
Kalispell, MT 59904
Telephone: (406) 752-5566
Facsimile: (406) 752-7124

Darrell Scott
LUKINS & ANNIS, P.S.
717 West Sprague Ave.
1600 Washington Trust Financial Center
Spokane, WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Richard Lewis
COHEN, MILSTEIN, HAUSFELD
& TOLL
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3934
Telephone: (202) 408-4600
Facscimile: (202) 408-4699

HEARING ON THE MOTION WILL BE HELD ON  **January 3, 2002 at 9:30 a.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OF HEARING.


 11/16/01                                     BY:____/s/ William D. Sullivan_____
Date                                                    William D. Sullivan, Esquire
                                                        ELZUFON AUSTIN REARDON
                                                        TARLOV & MONDELL, P.A.
                                                        300 Delaware Avenue, Suite 1700
                                                        P.O. Box 1630
                                                        Wilmington, DE 19899-1630