# **CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that on November 16, 2001, I did serve the foregoing: Notice of Motion and Memorandum of Law in Support of Zonolite Claimants' Motion to Dismiss the Bankruptcy Case upon the parties identified below via hand delivery/overnight mail and on the 2002 Service List via U.S. First Class Mail.

| | |
|---|---|
| Laura Davis Jones, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 Market Street, Suite 1600<br>Wilmington, DE  19801<br>Fax:  302-652-4400 | Scott L. Baena, Esquire<br>Bilzin,Sumberg,Dunn,Baena,Price&Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL  33131<br>Fax:  305-374-7593 |
| James H.M. Sprayregen, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois  60601<br>Fax:  312-861-2200 | Elihu Inselbuch, Esquire<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY  10022<br>212-644-6755 |
| Frank Perch, III, Esquire<br>Office of the United States Trustee<br>601 Walnut Street, Suite 950 West<br>Philadelphia, PA  19106<br>Fax:  302-573-6497 | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY  10038-4982<br>212-806-6006 |

Under penalty of perjury, I declare that the foregoing is true and correct.


__11/16/01_____                                    ___/s/ William D. Sullivan___
Date                                                                          William D. Sullivan