FURTHER AFFIANT SAYETH NAUGHT.

_____
Francine F. Rabinovitz

STATE OF NEW YORK ) 
                  ) SS
COUNTY OF KINGS   )

The foregoing instrument was acknowledged before me this 19th day of November, 2001, by Francine F. Rabinovitz who is personally known to me or who has produced DRIVERS LICENSE identification.

_____
NOTARY PUBLIC, State of NEW YORK
at Large
(Print Name) REBECCA REED
(Commission No.) 01RE498229

My commission expires:
AUGUST 12th, 2005

537765                                14