# HR&A

# FRANCINE F. RABINOVITZ, PH.D.

## EDUCATION

Cornell University (B.A.) 1961, Phi Beta Kappa

Massachusetts Institute of Technology (Ph.D.) 1965

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Nov. 1995-Present | Executive Vice President, Hamilton, Rabinovitz, & Alschuler, Inc. (HR&A) and Professor,: University of Southern California |
| 1976-95 | Vice President, HR&A and Professor, University of Southern California |
| 1982: | Distinguished Visiting Professor, University of Texas, Austin |
| 1975: | Professor, University of California, Los Angeles |
| 1973-75: | Associate Professor, Massachusetts Institute of Technology |
| 1968-73: | Assistant Professor to Associate Professor, University of California, Los Angeles. Joint appointment, Department of Political Science and School of Architecture and Urban Planning |
| 1966-68: | Assistant Professor, Department of Political Science and Center for Latin American Studies, University of Florida |
| 1965-66: | Lecturer, Department of Political Science, Douglass College, Rutgers University |

**HR&A**                                                                                               *Francine F. Rabinovitz, Ph.D.*

**CLAIMS AUDIT AND ESTIMATION SERVICES**

! Numerous estimates for public and private companies and insurers of their possible tort liabilities in various mass tort situations for purposes of planning, risk management, corporate governance, due diligence and/or the sale of assets.

! <u>In re: Silicone Gel Breast Implant Products Liability Litigation</u>. Consultant to the Dow Chemical Company, with responsibility for "shadowing" claim estimation and analysis by Dow Corning and by the Tort Claimants with respect to estimation of the numbers and costs of silicone implant products liability claims.  (Current)

! Provide independent expert services to review the implications of the sale of Manville stock to Berkshire Hathaway by the Manville Personal Injury Trust, on behalf of the Representative of Future Claimants.  (Current)

! Expert for PPG Industries in <u>In re: Pittsburgh Corning Corporation, Debtor</u>. (Current)

! Expert in <u>Falise et. al. v. The American Tobacco Company et.al.</u> to estimate tobacco=s share of the Manville Trust=s liability and costs.  Similar estimation work for the <u>HK Porter Trust</u> and for <u>Raymark Industries</u> . (Raymark current)

! Provide analyses to Oak Hill Advisors, Inc., a high yield fund manager, of six companies as to potential future asbestos liability to inform bond investment decisions.

! Expert for the Legal Representative of the Future Claimants in <u>In re: The Celotex Corporation and Carey Canada</u>, Debtors.

! <u>In re: Bankruptcy of Fuller-Austin Corporation,</u> served as a consultant to parent company, DynCorp, in pre-packaged bankruptcy filing of asbestos insulation installer Fuller-Austin, with respect to the terms of Fuller-Austin=s release of DynCorp from alter ego or veil piercing liability for present and future Fuller asbestos claims.

! Expert for the U.S. in <u>The Islamic Republic of Iran v. The U.S.A.</u> (Iran-U.S. Claims Tribunal, The Hague) with respect to estimation and strategy of U.S. in defending claims arising around delivery of service and billings for the U.S. Foreign Military Sales Program (Current).

! Served as an expert in <u>In re:  A. H. Robins</u> for purpose of estimating the value of claims against the company arising from litigation over the Dalkon Shield.  Estimate used by Court as its order, among six expert estimates which covered a $9 billion range.  Affirmed by 4th Circuit citing this estimate.

! Served as a court-appointed Expert in the U.S. Federal District Court, Northern District of Ohio.  Developed the Computerized Case Evaluation Process used in the <u>Ohio Asbestos Litigation</u> for settlement effort with respect to 100 cases of alleged asbestos

injury. All cases settled within one year.

! HR&A engaged by attorneys for the lead defendant in <u>In re: Agent Orange</u>, heard in the Federal District Court for the Eastern District of New York, Judge Jack B. Weinstein presiding. Assisted in drafting the proposed questionnaire for prospective jurors that was extensively incorporated into the final questionnaire that the Court actually administered to several hundred candidates. Also managed preparation of a detailed plan for environmental health examination and treatment of Vietnam veterans which was submitted to the Court. The case was then the largest class action ever filed in the United States.

! Managed for ISO the first rigorous, nationwide (24-State sample) analysis of the probable impact on indemnity payments to bodily injury claimants that would result from the unprecedented wave of legislated, generic change in the tort law that was enacted or debated within many States during 1986. Also managed, in 1987, the first study projecting such effects to be based on a large random sample of actual closed claims from all major carriers operating in a given State (Hawaii).

! Directed wide-ranging expert analyses and assessments in connection with other toxic tort litigation. The asbestos-related work generated the proposal that led to the founding of the Asbestos Claims Facility, the first example of a voluntary effort to reduce the overhead cost drain involved in resolving mass tort claims.

! Managed HR&A's pioneering DATACLAIM, HARMWORTH, and CLAIMWORTH systems for computer-aided analysis of, and assistance to, the claim evaluation and negotiation practices of insurance claim personnel, and the application of these systems in major property/casualty insurers (both personal injury an property damage).

! Managed the feasibility study that proposed and subsequently led to establishment of the Institute for Civil Justice (housed at the RAND Corporation), the nation's first institution dedicated to advanced and impartial analysis of the civil justice system, and currently its primary source of rigorous empirical research concerning that system.

! Co-directed a one-year study of the historical evolution and social consequences of the tort system for the California Citizens' Commission on Tort Reform. (Deputy Director of the privately financed Study Commission.)

! Was a co-founder and Vice President of EnDispute, Inc., the nation's first source of the full range of alternative dispute resolution services.

**INTERIM MANAGEMENT OF CLAIM FACILITIES**

! Continuing role in supervision of set up of the Dow Corning Settlement Facility, a claim handling facility for all implant claims related to Dow Corning implants.

**HR&A** *Francine F. Rabinovitz, Ph.D.*

(Current)

! Set up and managed the operation of the Breland Trust, a claims handling facility for 37,665 "late" claimants in the Dalkon Shield litigation. Facility sent notices, received claims, analyzed trends. Transferred relatively seamlessly to Dalkon Shield Trust one year later.

! Set up and managed the operation of the Celotex Asbestos Claimants Trust, a claims handling facility for all claimants against the Celotex Corporation and Carey Canada, Inc. until the hiring of a permanent CEO and staff. During the fifteen week start-up period, processed over 6,000 claims.

**OTHER LAW-RELATED SERVICES**

! Expert on the impact of at-large elections in actions brought under the 1982 Voting Rights Act, in Romero v. City of Pomona, Soria v. City of Oxnard, Aldasoro v. El Centro Elementary School District, Reyes et. al. v. City of Dinuba, Valladolld v. City of National City, Chicano Federation v. City of National City, Badillo v. City of Stockton, Debaca v. County of San Diego, Valdez v. City of Santa Maria., Ruiz v. City of Santa Maria, and USA vs City of Santa Paula.

! Black Probation Officers Assn. v. County of Los Angeles, et al. Consultant to the County of Los Angeles with respect to allegations of geographical and promotion discrimination against the County Probation Department, the nation's largest such agency.

! Proyecto Pastroal at Dolores Mission and Southern Christian Leadership Conference of Greater Los Angeles v. County of Los Angeles. Consultant to the County of Los Angeles with respect to allegations of discrimination under Title VI of the Civil Rights Act in the distribution of funds for gang diversion.

! Expert in a series of cases alleging discrimination in the rental of housing derived from "auditing" methodology in FHCSC v. Beaumont Property Management, Goltz v. Sunset Poinsettia, Westside Fair Housing v. Westchester Madrid, USA v. Rassekhi, and Raeet Taddesse v. Choi J. Yung, et al.

! For the Special Master and the Honorable William Wayne Justice, in the remedy phase of Young v. Pierce, a case involving the public housing authorities in East Texas, provided technical assistance analyzing the large database being produced quarterly by the housing authorities with respect to the establishment of race neutral admission to tenancy in public housing in the region.

! Served as Special Assistant to the Special Master in U.S. v. Michigan in the Federal District Court for the Western District of Michigan. Case involved allocation of fishing rights in the Great Lakes. Supervised building of computer model to assess impact of

different options and participated in settlement negotiations. Case settled.

! Served as a court-appointed Expert on administrative and financial issues raised by plans to desegregate the Los Angeles School system in support of the Court's responsibility to oversee implementation of Crawford v. Los Angeles Board of Education. Conducted a supplementary study of the impact of Proposition 13 on the financing of the Los Angeles School District. (Chairman of the expert group for administrative purposes.) Built and applied the nation's first computer-based simulation model of school desegregation.

! Served as Special Monitor for the Court to assist the Los Angeles Superior Court supervising the design and implementation of a plan to desegregate the second largest school system in the United States. Served under two different judges in discharging this responsibility.

! Served for six years as court-appointed Referee for the Los Angeles Superior Court to monitor the progress in implementing a settlement agreement in Federation of Hillside and Canyon Associations v. City of Los Angeles, which compels the City to make its zoning ordinance consistent with 35 community plans. Some 300,000 of 800,000 City parcels are affected.

! Directed team of experts analyzing demographics of client population receiving General Relief in Washington v. County of San Diego Board of Supervisors.

! Expert in City of Los Angeles and Freddie Robinson et al v. County of Los Angeles et al, a class action with respect to the County system for providing General Relief to the poor.

! Consultant on technical requirements for trademark confusion surveys in In re: Circuit Breaker Litigation.

! Conducted the first "disparity" study done for Los Angeles County as required for minority/female business set asides by Croson v. City of Richmond.

! Consultant to the Los Angeles County Metropolitan Transportation Authority in the aftermath of the decision in Cornelius v. The MTA rejecting its set-aside program.

! By order of the U.S. District Court of the Central District of California directed a management audit of the process for achieving the minority and female employment goals of the Consent Decree in Keith v. Volpe.

! Expert in Bronson et. al. v. Cincinnati Board of Education in support of motion by fourteen suburban school districts to dismiss the case against them brought by the NAACP on the grounds that their actions caused city school segregation. Motion was dismissed on the papers by Judge T. Porter.

! Directed a team simulating the probable impacts of alternative hydrological scenarios on the power plants and water diversion in the Potter Valley, California, for a law firm in a settlement procedure mandated by the Federal Energy Regulatory Commission.

! Conducted an analysis of annexation and minority interests in Houston for the Legal Department of the City, assessing the city's approach to analyzing the marginal fiscal impacts on the city. Analyses were directly incorporated into briefs to the Attorney General of the United States.

! Conducted an intensive examination of the structure, operations, and responsiveness of the nation's largest county government under a grant to the Los Angeles County Bar Association. Included was a detailed analysis of the workings of the Office of the Assessor, the CAO, the Sheriff and the District Attorney. Assisted in the preparation of proposals for the ballot. (Deputy Director of the foundation-financed study commission, the Los Angeles Public Commission on County Government.)

**REAL ESTATE, HOUSING, LAND USE AND ENVIRONMENTAL POLICY (selected)**

! For the Housing Department of the City of Los Angeles, directed an analysis of the financial consequences to apartment and condominium owners, as well as to renters, of implementing an ordinance to require the installation of fire sprinklers in existing high-rise residential buildings. The firm=s analysis included a detailed review of the cost of constructing and financing alternative fire safety systems, and the effects that paying the costs of these alternatives might have on those who own or occupy such structures.

! Directed analytic asisstance to the Los Angeles Housing Department and field offices of the federal Department of Housing and Urban Development in the immediate aftermath of the Northridge earthquake. Provided emergency analysis of the number and type of damaged unsafe units, vacancies, the possibility of housing large families displaced by the earthquake, conversion of federal housing grants and loan funds to emergency assistance, implications for the U.S. banking and mortgage finance system. Later assisted in the evaluation of owner proposals for subsidies to rebuild in cities of Los Angeles and Santa Monica. Also later led a study of the effectiveness of governmental and non-governmental disaster assistance and recovery programs for tenants of rental housing damaged in the Northridge earthquake. The report, funded jointly by the National Science Foundation and the James Irvine Foundation, included an analysis of tenant experiences obtaining assistance from governmental agencies such as HUD and FEMA and from non-profit community organizations, placed in the context of the overall impact of housing losses in the Northridge earthquake and the related policy issues. Also served on a FEMA panel which has developed new advisory building regulations for steel frame buildings to help them better withstand earthquakes.

- Directed the <u>1984, 1988, and 1994 Los Angeles Rental Housing Studies</u>, three comprehensive studies of the impact of rent stabilization on tenants, on landlords and on the rental housing stock of the city. Devised and applied methodology for measuring tenant benefit and cost to landlords. These works exerted strong influence on City Council decisions to make key changes in the city's rent control ordinance.

- Directed studies for private developers and public and non-profit groups applying the concept of "jobs/housing balance" to specific regionally significant projects in Southern California including the Disneyland and Universal City expansions. Analysis was instrumental in enriching the dialogue on how this concept should be applied.

- Led a team which developed a "state of the art" analysis of the application of traffic (VMT) models to a leading resort developments and expansions in Southern California. Analysis was critical to regional approval of the projects.

- Directed economic and econometric modeling of demand, employment, housing and population impact of major development proposals in California, including the Cisco expansion in Coyote Valley (San Jose), Centex homes Rivermark project, the UCLA Long-Range Development Plan, The Disneyland Resort, the Universal City Specific Plan, the expansion of the Los Angeles airport and the demand for air travel to and from the San Diego SMSA.

- Directed a comprehensive study of the population, needs and resources of Los Angeles' Skid Row area, the area thought to contain the largest concentration of "homeless" persons in the City. Devised and applied one of the first applied methodologies to more accurately "count" the homeless population.

**DIRECTORSHIPS AND AFFILIATIONS**

Member, 1999 Charles E. Merriam Award Committee of the American Political Science Association.

Member, Advisory Committee, Structural Engineers Applied Technology Council, Federal Emergency Management Agency (FEMA), 1997 - 1999.

Chair, Los Angeles Zoo, Director's Advisory Committee, 1993 - 1995.

Member, Advisory Committee, Princeton University Urban and Regional Research Center, 1981-1987.

Member, Board of Trustees, National Academy of Public Administration, 1979-82.

**HR&A** *Francine F. Rabinovitz, Ph.D.*

Member, National Academy of Public Administration, Evaluation Panel for HUD Fiscal Capacity Sharing Program, 1979-81.

Member, Evaluation Advisory Group, The Police Foundation, 1970-75.  (Kansas City Preventive Patrol Experiment, Women in Policing Experiment, Cincinatti Community Policing Experiment, San Diego Stop and Frisk Project and others)

Member, Advisory Committee, Urban Institute, 1969-80.

Member, Council, Policy Studies Organization, 1976-78.

Member, Executive Council, American Political Science Association, 1974-76.

Editorial Board, Journal of American Public Policy and Management, (John F. Kennedy School of Government, Harvard University) 1981-1986.

Editorial Board, Journal of Urban Affairs, 1981-1984.

Editorial Committee, Comparative Urban Research, 1972-1982.
Editorial Board, Journal of Politics, 1972-74.

Editorial Board, Latin American Research Review, 1972-73.

Member, Gladys M. Kammerer Award Committee (U.S. national politics), American Political Science Association, 1971-72.

Member, National Screening Committee, Foreign Area Fellowship Program, Social Science Research Council (Latin American and the Caribbean), 1971-72.

Member, Committee on the Status of Women, Western Political Science Association, 1968-73.

Member, Executive Committee, Comparative Administration Group, American Society for Public Administration, and Chairman, Committee on Urban Administration and Politics, 1968-70.

**AWARDS**

Presidential Appointee, Visiting Committee, Department of Urban Studies and Planning, Massachusetts Institute of Technology, 1993-1997

Certified Planner, American Institute of Certified Planners, 1986.

Fellow, Urban Land Institute, 1976-1986.

Winner of 1981 James E. Webb Urban Research Award, National Academy of Public Administration (with Edward K. Hamilton, for simulations of school desegregation alternatives.)

Harry M. Scoville Award, Los Angeles Metropolitan Chapter, American Society for Public Administration, 1975 (award to a young researcher, teacher, or government employee for distinguished performance in public administration).

Department of Housing and Urban Development, Certificate for Meritorious Service, 1968.

Woodrow Wilson Fellow, 1961-62.

National Defense Education Act Fellow, 1964-71.

Phi Kappa Phi, 1961.

Phi Beta Kappa, 1960.

**PUBLICATIONS**

   **BOOKS**

   <u>Comparative Urban Politics</u>, with R. Fried (Englewood Cliffs, N.J.: Prentice Hall, 1980).

   <u>Minorities in Suburbs: The Los Angeles Experience</u> (Lexington: D.C. Heath, 1977).

   <u>City Politics and Planning</u> (New York: Atherton Press, 1969). Sections of this book have been reprinted in: Andreas Faludi, <u>Reader in Planning Theory</u> (Oxford: Pergammon Press, 1972), C. E. Elias, Jr., <u>City Planning</u> (Belmont: Wadsworth, 1972), and W. Hawley and F. Wirt, <u>The Search for Community Power</u> (Englewood Cliffs: Prentice Hall, 1974).

   <u>Latin American Urban Research</u> (Beverly Hills: Sage Publications). Vol. I (1971) edited with F. Trueblood; Vol. II (1972) edited with J. Hardoy and G. Geisse (this volume appears in Spanish from Ediciones SIAP, Buenos Aires); Vol. III (1973) edited with F. Trueblood.

   <u>On the City's Rim: Politics and Policy in Suburbia</u>, with F. Wirt, B. Walter, and D. Hensler (Lexington: D.C. Heath, 1972).

**HR&A** *Francine F. Rabinovitz, Ph.D.*

Urban Government for Greater Stockholm, with Hans Kalmfors and Daniel Alesch (New York: Praeger, 1968).

Latin-American Political Systems in an Urban Setting, with F. Trueblood and C. Savio (Gainesville: Center for Latin- American Studies, University of Florida, 1967).

**ARTICLES**

ALimits to Environmental Protection Innovation: Can EPA Accommodate California and Other Leading Edge States?,@ with Paul J. Silvern, background papers for National Academy of Public Administration, Transforming Environmental Protection for the 21st Century, Washington, D.C., November 2000.

"Applying the Jobs/Housing Balance Concept", with Edward K. Hamilton, John H. Alschuler, and Paul J. Silvern, Urban Land. October, 1991 pp. 15-18.(Winner of 1991 Urban Land Institute award for best article directed to practitioners.)

"Money, Medicine and Homelessness: What Should Be Done?" Society. Vol. 26, No. 4 (May/June 1989) pp. 12-13.

"The Role of Negotiation in Planning, Management, and Policy Analysis," Journal of Planning Education and Research. Vol. 8, No. 2 (1989) pp. 87-95.

"Rezoning Los Angeles: The Administration of Comprehensive Planning," Public Administration Review. Vol. 49, No. 4 (1989) pp. 330-335.

"The Los Angeles Rent Stabilization Program: Update 1985," Rental Housing in California. ed. L. Graymer, J. Dimento and F. Schnidman (Oelgeschlager, Gunn & Hain: Boston, 1987) pp. 97-104.

"Handling Hazardous Waste" in California Policy Choices. Ed. J. Kirlin and D. Winkler, Vol. 2, May 1985.

"Cutting the Overhead Costs of Resolving Asbestos Claims," with Edward K. Hamilton and others, Journal of Products Liability. Vol. 6, No. 1 (1983) pp. 17-94.

"Guidelines," special issue of Policy Sciences, ed. with M. Rein and J. Pressman, December, 1976. "Guidelines: A Plethora of Forms, Authors and Functions," re-

printed in J. E. Tropman, M. J. Dluhy and R. M. Lind, <u>New Strategic Perspectives on Social Policy</u> (Oxford: Pergamon Press, 1981).

"Alternative Electoral Structures and Responsiveness to Minorities," with Edward K. Hamilton, <u>National Civic Review</u>. Vol. 69, No. 7 (July 1980) pp. 371-386.

"On Piper-Payers and Tune-Callers: Proposition 13 and the Financing of the Los Angeles Unified School District," with Edward K. Hamilton, <u>National Tax Journal</u>, Special Supplement (Vol. XXXII, No. 2, June 1979).

"Whose Ox Would Be Healed?: The Financial Effects of Welfare Federalization," with Edward K. Hamilton. A summary of this monograph appears in <u>Welfare: The Elusive Consensus</u>, ed., Lester M. Salamon (New York: Praeger, 1978).

"Implementation: A Theoretical Perspective," with Martin Rein, in <u>American Politics and Public Policy</u>, eds., W. D. Burnham and M. W. Weinburg (Cambridge: The MIT Press, 1978).

"The Study of Urban Politics and the Politics of Urban Studies," <u>Comparative Urban Research #5</u>, 1974. <u>Also appears in Comparative Urbanization: Papers of the Colloquium on Research Traditions in the Comparative Study of Urbanization</u>, ed., John Friedmann (University of California Press, Los Angeles, 1973).

"Rhetoric vs. Performance: The National Politics and Administration of U.S. New Communities Legislation," with Helene Smookler, in <u>Human Factors in New Town Development</u>, eds., Harvey Perloff and Neil Sanberg (New York: Praeger, 1973).

"Public Policy Determinants of Urban Growth in Latin America," with Robert Fried, in <u>Urban Growth in Small Latin American Nations</u>, ed., G. Antonini (Gainesville: University of Florida Press, 1973).

"Can Something be Done? Propositions on the Performance of Metropolitan Institutions," with Steven Erie and John Kirlin, in <u>Reform of Metropolitan Governments</u>, Vol. I, ed., Lowdon Wingo (Baltimore: The Johns Hopkins Press, 1972).

"After Suburbia, What? The New Communities Movement in Los Angeles," with James Lamare, in <u>Los Angeles: Viability and Prospects for Metropolitan Leadership</u>, ed., Werner Z. Hirsch (New York: Praeger, 1971).

"International Urban Research," in <u>Toward a National Urban Policy</u>, ed., Daniel Moynihan (New York: Basic Books, 1970).

"Sound and Fury Signifying Nothing? Community Power in Latin America," <u>Urban Affairs Quarterly</u> (March, 1968).

"Urban and Political Development in Latin America," in <u>Comparative Urban Research: The Administration and Politics of Cities</u>, ed., Robert Daland (Beverly Hills: Sage Publications, 1969). A fuller version is in <u>Comparative Administration Group Occasional Papers</u> (October, 1967).

"Politics, Personality, and Planning," <u>Public Administration Review</u> (March, 1967).

"The Organization of Planning in Local Government," with J. S. Pottinger, Jr., <u>Journal of the American Institute of Planners</u> (November, 1966).

"The Relevance of Domestic Urban Studies to International Urban Research," with Robert Gutman, <u>Urban Affairs Quarterly</u> (June, 1966).

**REPORTS TO PUBLIC AGENCIES AND COMMISSIONS**

Co-Director, with Mary C. Comerio, of the team that produced <u>The Impact of Housing Loss in the Northridge Earthquake on Low Income Tenants</u>, prepared for The James Irvine Foundation, November, 1996.

Co-Director, with Mary C. Comerio, of the team that produced <u>The Impact of Housing Losses in the Northridge Earthquake: Recovery and Reconstruction Issues</u>, prepared for the National Science Foundation, August, 1996.

Co-Director, with Patrick Boxall of The Urban Institute, of the team that produced <u>Impacts of Disaster on Low-Income Rental Housing: Insights from the Northridge Earthquake</u>, August 1996.

Project Manager of the team that produced the <u>Santa Monica Bay Restoration Project Management Assessment</u>. July, 1993.

Project Director of the team that produced County of Los Angeles "MBE/WBE Predicate Study", September, 1992 (results and 9 volumes of Techical Appendices).

Project Director of the team that produced <u>A Focussed Evaluation of the Costs, Impacts and Alternatives to Retrofitting Sprinklers in High Rise Residential Buildings</u>. Report to City of Los Angeles, July, 1992.

Project Manager of the team that produced for the Air Quality Management District, <u>The SCAQMD Hearing Board: Findings, Analyses, and Recommendations</u>, February, 1991.

Project Manager of the team that produced <u>The Changing Face of Misery: Los Angeles' Skid Row Area in Transition</u>. 3 Volumes (I: The Size and Demography of the Population; II: Social Services III: Shelter Resources) July, 1987.

Project Manager of the team that produced the <u>1984 Los Angeles Rental Housing Study</u>. 5 Volumes (with A. Schnare, of The Urban Institute, and M. Tietz) March, 1985. Also, Project Director for the 1988 and 1994 studies.

<u>Office Development in Santa Monica: The Municipal Fiscal and Housing Impact</u>, with C. M. Dennis, prepared for the City of Santa Monica, December, 1982.

<u>California Development Fee Policies</u>, prepared for the City of Santa Monica, March, 1982.

Co-Director of the team that produced <u>Desegregating the Los Angeles Unified School District: First Simulation Series</u>, Nov., 1979 and <u>Second Simulation Series</u>, (Feb., 1980).

Deputy Director of the Commission that produced <u>Righting the Liability Balance: Report of the California Citizens' Commission on Tort Reform,</u> Los Angeles: September, 1977. Also editor and author, with Edward K. Hamilton and staff, of six staff studies on <u>General Personal and Property Liability</u> (Sept., 1977), <u>Auto Liability</u> (Sept., 1977), <u>Product Liability</u> (Sept., 1977), <u>Workers' Compensation</u> (Sept., 1977), <u>Professional Liability</u> (Feb., 1979), and <u>Government Liability</u> (June, 1977).

Deputy Director of the Commission that produced <u>To Serve Seven Million: Report of the Public Commission on Los Angeles County Government</u>, Los Angeles: February, 1976. Also co-author (with Edward K. Hamilton) of four published staff studies examining <u>Central Executive Structure and Decision Making Processes of Los Angeles County Government</u>, the <u>Los Angeles County Road Department</u>, the <u>Los Angeles County Department of Health Services</u>, the <u>Principal Law Enforcement Agencies of Los Angeles County</u>.

"The Role of the Department of Housing and Urban Development in Suburban and Metropolitan Growth," <u>Subcommittee on Housing Papers</u>, Vol. 2, Committee on Banking and Currency, U.S. House of Representatives, 92nd Congress, 1st Session, (Washington, D.C., June, 1971).

"The Political Feasibility of Areawide Planning in Mexico City," <u>Programs for Urban Development in Latin America</u> (Washington, D.C.: Agency for Interna-

tional Development, 1965).

"The Feasibility of Planning on a Metropolitan Level," <u>The Effectiveness of Metropolitan Planning</u> (Washington, D.C.: Senate Committee on Government Operations, 88th Congress, 1964) **PERSONAL DATA**

Born in New York City, January 16, 1941.

**BUSINESS ADDRESSES**

    Business Office:   Hamilton, Rabinovitz, & Alschuler, Inc.
                            6033 W. Century Blvd., Suite 890
                            Los Angeles, California  90045
                            Telephone:  (310) 645-9000
                            e-mail:  frabinov@aol.com