Debt Acquisition Company of America V, LLC
2120 West Washington Street
San Diego, California 92110
Telephone: (619) 220-8900
Facsimile: (619) 220-8112

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re. | ) Chapter 11 |
|  | ) Case No. 01-1139 (JJF) |
| W.R. GRACE & CO., et al., | ) |
|  | ) |
|  | ) **NOTICE OF TRANSFER OF** |
| Debtors. | ) **CLAIM OTHER THAN FOR** |
|  | ) **SECURITY.** |
|  | ) |
| _____ | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the unsecured claim of **ROBERTS OXYGEN** (the "Transferor") against the Debtor in the amount of $2,776.53 and all Proofs of Claim relating thereto, have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC (the "Transferee"). The transferee extended an offer to purchase the claim in the bankruptcy case. To evidence acceptance of the Transferee's offer, the Transferor negotiated the Transferee's offer tendered in consideration of the claim.

The undersigned hereby submits this as evidence of the transfer pursuant to Rule 3001 (e) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the pre-petition claim originally held by **ROBERTS OXYGEN** to Debt Acquisition Company of America V, LLC. The clerk of the court is authorized to change the address on the claim filed by transferor to that of the transferee listed below, following notice to the transferor.

TRANSFEROR:
ROBERTS OXYGEN
PO BOX 5507
ROCKVILLE MD 20855

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on 10/11/01 at San Diego, California.

*Tom Scheidt* (signature)

Tom Scheidt