EXHIBIT A

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR W.R. GRACE AND CO.
## SEPTEMBER 1, 2001 - SEPTEMBER 30, 2001

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 37.5 |
| Richard Shinder | Vice President | 35.0 |
| David Blechman | Associate | 37.5 |
| Michael Alexander | Analyst | 29.5 |
| | | **139.5** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
AUGUST 1, 2001 - AUGUST 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 09/01/01 | 2.0 | Review materials for presentation to Grace Board re: compensation program |
| Pamela Zilly | 09/02/01 | 1.5 | Review Business Plan presentation for comments |
| Pamela Zilly | 09/04/01 | 0.5 | Call with B. Weitzel re: Board Meeting |
| Pamela Zilly | 09/04/01 | 2.0 | Preparation of materials for participation in Grace Board Meeting |
| Pamela Zilly | 09/04/01 | 2.5 | Attend session of Grace Board Meeting |
| Pamela Zilly | 09/04/01 | 3.0 | Dinner meeting with Grace management and Board of Directors |
| Pamela Zilly | 09/04/01 | 1.5 | Revise Business Plan presentation with S. Farnsworth, D. Blechman |
| Pamela Zilly | 09/05/01 | 4.0 | Attend Business Plan review session with Board |
| Pamela Zilly | 09/05/01 | 0.5 | Follow-up meeting with B. McGowan |
| Pamela Zilly | 09/05/01 | 0.5 | Follow-up meeting with P. Norris |
| Pamela Zilly | 09/05/01 | 1.0 | Read, provided comments re: Project Chi materials |
| Pamela Zilly | 09/05/01 | 1.5 | Various meetings with Grace management re: preparation for 9/7/01 financial advisors meeting |
| Pamela Zilly | 09/06/01 | 5.0 | Attend meeting with Financial advisors |
| Pamela Zilly | 09/07/01 | 0.5 | Call with B. McGowan re: compensation consultant, next steps |
| Pamela Zilly | 09/07/01 | 0.5 | Call with D. Siegel re: business Plan meeting |
| Pamela Zilly | 09/07/01 | 1.0 | Read July monthly operating report |
| Pamela Zilly | 09/10/01 | 1.0 | Review materials re: Project Betty call |
| Pamela Zilly | 09/10/01 | 1.0 | Call with Grace management, R. Shinder and D. Blechman re: project Betty |
| Pamela Zilly | 09/10/01 | 0.5 | Call with K. Coghlan re: acquisitions |
| Pamela Zilly | 09/12/01 | 0.5 | Call with B. Tarola re: due diligence status |
| Pamela Zilly | 09/13/01 | 1.0 | Read motions re: exclusive period; automatic stay; lease rejections |
| Pamela Zilly | 09/14/01 | 1.0 | Discussion with R. Shinder re: Project Chi analysis |
| Pamela Zilly | 09/17/01 | 1.0 | Meeting with R. Shinder, D. Blechman, M. Alexander re: status of restructuring model |
| Pamela Zilly | 09/21/01 | 0.5 | Review P&M outstanding items list, proposed responses |
| Pamela Zilly | 09/21/01 | 1.5 | Call with K. Coghlan, F. Gilbert, B. Tarola, E. Napoli re: P&M due diligence |
| Pamela Zilly | 09/26/01 | 0.5 | Read motions re: case mgt order, settling claims |
| Pamela Zilly | 09/28/01 | 0.5 | Read notice, motions re: Rust Consulting, Gelco Motion |
| Pamela Zilly | 09/28/01 | 1.0 | Read, revise database re: comparable bankruptcy cases |

**37.5**

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## AUGUST 1, 2001 - AUGUST 31, 2001

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| Richard Shinder | 09/02/01 | 2.0 | Reviewed Grace business plan presentation |
| Richard Shinder | 09/03/01 | 2.0 | Reviewed Grace business plan presentation/Project Chi materials/Project Betty background material |
| Richard Shinder | 09/03/01 | 2.0 | Board of Directors' meeting prep - review of compensation committee materials |
| Richard Shinder | 09/04/01 | 0.5 | Discussed Grace presentation with D. Blechman |
| Richard Shinder | 09/04/01 | 2.0 | Worked with S. Farnsworth, K. Coghlan and D. Blechman on Board presentation |
| Richard Shinder | 09/05/01 | 1.5 | Preparation for Board meeting with D. Blechman |
| Richard Shinder | 09/05/01 | 1.0 | Preparation for Business plan presentation |
| Richard Shinder | 09/05/01 | 1.0 | Preparation for Business plan presentation |
| Richard Shinder | 09/06/01 | 1.0 | Business Plan presentation prep meeting |
| Richard Shinder | 09/06/01 | 6.5 | Business Plan presentation meeting with P&M, Conway, Del Genio & Grace senior management (w/P. Zilly and D. Blechman) |
| Richard Shinder | 09/10/01 | 1.0 | Project Betty conference call with P. Zilly and D. Blechman |
| Richard Shinder | 09/10/01 | 0.5 | Call with S. Zelac and B. Dockman re: Project Chi |
| Richard Shinder | 09/14/01 | 0.5 | Call with S. Zelac and B. Dockman re: Project Chi |
| Richard Shinder | 09/14/01 | 1.0 | Discussion with P.Zilly re: project Chi analysis |
| Richard Shinder | 09/17/01 | 0.5 | Call with S. Cunningham and C. Whitney of P&M re: due diligence request list |
| Richard Shinder | 09/17/01 | 1.0 | Meeting with P. Zilly, D. Blechman, M. Alexander re: status of restructuring model |
| Richard Shinder | 09/18/01 | 2.0 | Discussion with Grace management re: P&M information request |
| Richard Shinder | 09/20/01 | 0.5 | Call with F. Gilbert re: P&M follow-up |
| Richard Shinder | 09/24/01 | 0.5 | Call with F. Gilbert re: P&M meetings scheduled for October |
| Richard Shinder | 09/25/01 | 1.0 | Call with S. Zelac and D. Blechman re: Project Chi |
| Richard Shinder | 09/26/01 | 0.5 | Call with G. Boyer re: Project Chi |
| Richard Shinder | 09/26/01 | 1.0 | Call with S. Cunningham re: information request |
| Richard Shinder | 09/26/01 | 0.5 | Call with F. Gilbert re: preparation for 10/10 meeting with P&M |
| Richard Shinder | 09/26/01 | 0.5 | Call with S. Zelac re: Project Chi preparation for call with financial advisors |
| Richard Shinder | 09/26/01 | 1.0 | Worked on fee application |
| Richard Shinder | 09/27/01 | 0.5 | Call with F. Gilbert re: 10/10 meeting with P&M and 11/1 meeting with equity committee |
| Richard Shinder | 09/27/01 | 1.0 | Worked on Project Chi preparation for 10/3 financial advisors' conference call |
| Richard Shinder | 09/27/01 | 0.5 | Call with F. Gilbert re: customer agreement concerns |
| Richard Shinder | 09/27/01 | 0.5 | Worked on confidentiality agreements and equity committee information request |
| Richard Shinder | 09/27/01 | 0.5 | Worked on Grace fee application |
| Richard Shinder | 09/28/01 | 0.5 | Call with S. Cunningham re: Project Chi information request |
| | | **35.0** | |

Page 3 of 5

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
AUGUST 1, 2001 - AUGUST 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 09/02/01 | 1.0 | Call with S. Farnsworth re: prepared for Board meeting; and prepared package re: same |
| David Blechman | 09/02/01 | 3.0 | Revise analysis of compensation program costs |
| David Blechman | 09/04/01 | 0.5 | Discussed Grace presentation with R. Shinder |
| David Blechman | 09/04/01 | 2.0 | Worked with R. Shinder, S. Farnsworth and K. Coghlan on Board presentation |
| David Blechman | 09/04/01 | 12.0 | Prepared materials for Board meeting |
| David Blechman | 09/05/01 | 2.0 | Prepared materials for Board meeting |
| David Blechman | 09/05/01 | 1.5 | Preparation for Board meeting with R. Shinder |
| David Blechman | 09/05/01 | 6.0 | Prepared materials for Creditors Committee meeting |
| David Blechman | 09/06/01 | 6.5 | Business Plan presentation meeting with P&M, Conway, Del Genio & Grace senior management |
| David Blechman | 09/10/01 | 1.0 | Call with P. Zilly and R. Shinder re: project Betty |
| David Blechman | 09/17/01 | 1.0 | Meeting with R. Shinder, P. Zilly, M. Alexander re: status of financial model |
| David Blechman | 09/29/01 | 1.0 | Prepared fee application |
| | | 37.5 | |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**AUGUST 1, 2001 - AUGUST 31, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Alexander | 09/02/01 | 1.0 | Call with S. Farnsworth, D. Blechman re: prepared for Board meeting; and prepared package re: same |
| Michael Alexander | 09/04/01 | 0.5 | Discussed Grace presentation with R. Shinder, D. Blechman |
| Michael Alexander | 09/04/01 | 2.0 | Worked with R. Shinder, D. Blechman, S. Farnsworth and K. Coghlan on Board presentation |
| Michael Alexander | 09/04/01 | 9.5 | Prepared materials for Board meeting |
| Michael Alexander | 09/05/01 | 1.0 | Discussed Board meeting materials with D. Blechman |
| Michael Alexander | 09/05/01 | 3.0 | Prepared materials for Board meeting |
| Michael Alexander | 09/05/01 | 1.5 | Preparation for Board meeting with R. Shinder, D. Blechman |
| Michael Alexander | 09/05/01 | 4.0 | Worked with D. Blechman on preparation of materials for Creditors Committee meeting |
| Michael Alexander | 09/10/01 | 1.0 | Call with P. Zilly, R. Shinder, D. Blechman re: project Betty |
| Michael Alexander | 09/17/01 | 1.0 | Meeting with R. Shinder, D. Blechman, P. Zilly re: financial model |
| Michael Alexander | 09/17/01 | 1.5 | Update bankruptcy journal |
| Michael Alexander | 09/21/01 | 2.0 | Update operating results analysis |
| Michael Alexander | 09/29/01 | 1.5 | Update retention program analysis |
|  |  | **29.5** |  |