EXHIBIT B

W.R. GRACE
Expense Detail
Processed Through
September 30, 2001
2551-T

**Word Processing**

| | | | |
|---|---|---|---|
| Alexander | 8/1-31/01 | 22.17 | |
| Alexander | 8/1-31/01 | 1,139.83 | |
| Blechman | 8/1-31/01 | 129.50 | |
| Blechman | 8/1-31/01 | 298.66 | |
| Blechman | 8/1-31/01 | 1,029.00 | |
| **Subtotal - Word Processing** | | $ | **2,619.16** |

**Airfare**

| | | | |
|---|---|---|---|
| Alexander | 07/12/01 | 251.75 | |
| Shinder | 06/25/01 | 503.50 | |
| Shinder | 07/10/01 | 405.50 | |
| Shinder | 07/11/01 | 191.00 | |
| Shinder | 07/11/01 | 210.00 | |
| Shinder | 07/11/01 | 251.75 | |
| **Subtotal - Airfare** | | | **1,813.50** |

**Car Services**
**Company Car**

| | | | |
|---|---|---|---|
| Document Production | 07/31/01 | 23.46 | |
| Document Production | 07/31/01 | 44.30 | |
| Document Production | 08/01/01 | 65.06 | |
| Document Production | 08/01/01 | 68.78 | |
| Document Production | 08/07/01 | 68.78 | |
| **Subtotal - Company Car** | | | **270.38** |

**Elite**

| | | |
|---|---|---|
| Alexander | 07/17/01 | 24.47 |
| Blechman | 07/10/01 | 40.00 |
| Blechman | 07/25/01 | 26.50 |
| Blechman | 07/26/01 | 21.41 |
| Blechman | 07/27/01 | 25.49 |
| Blechman | 08/01/01 | 21.41 |
| Blechman | 08/08/01 | 21.41 |
| Blechman | 08/15/01 | 25.49 |
| Shinder | 07/31/01 | 24.47 |
| Shinder | 08/06/01 | 32.11 |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**September 30, 2001**
**2551-T**

| | | | |
|---|---|---|---|
| Shinder | 08/08/01 | 24.47 | |
| Shinder | 08/10/01 | 66.27 | |
| Shinder | 08/16/01 | 27.01 | |
| Shinder | 08/17/01 | 37.21 | |
| Zilly | 07/25/01 | 27.52 | |
| **Subtotal - Elite** | | | **445.24** |
| | | | |
| **Skyline** | | | |
| Blechman | 08/14/01 | 32.00 | |
| **Subtotal - Skyline** | | | **32.00** |
| | | | |
| **Subtotal - Car Services** | | | **747.62** |
| | | | |
| **Travel/Local** | | | |
| Blechman | 07/27/01 | 24.00 | |
| Blechman | 07/27/01 | 34.00 | |
| Blechman | 07/27/01 | 57.00 | |
| Blechman | 08/15/01 | 12.00 | |
| Blechman | 08/16/01 | 10.00 | |
| Blechman | 08/16/01 | 22.00 | |
| Blechman | 08/16/01 | 31.00 | |
| Blechman | 08/17/01 | 4.00 | |
| **Subtotal - Travel/Local** | | | **194.00** |
| | | | |
| **Other Auto** | | | |
| Alexander | 06/27/01 | 238.00 | |
| Alexander | 06/28/01 | 119.00 | |
| Alexander | 07/13/01 | 401.00 | |
| Blechman | 08/16/01 | 10.50 | |
| Blechman | 08/16/01 | 31.00 | |
| Shinder | 07/12/01 | (119.00) | |
| Zilly | 07/25/01 | 401.00 | |
| Zilly | 07/26/01 | 67.00 | |
| **Subtotal - Other Auto** | | | **1,148.50** |
| | | | |
| **Meals** | | | |
| Alexander | 05/13/01 | 20.00 | |
| Alexander | 05/18/01 | 20.00 | |
| Alexander | 05/22/01 | 20.00 | |

W.R. GRACE  
Expense Detail  
Processed Through  
September 30, 2001  
2551-T

| | | |
|---|---|---:|
| Alexander | 06/05/01 | 20.00 |
| Alexander | 06/06/01 | 20.00 |
| Alexander | 06/08/01 | 20.00 |
| Alexander | 06/12/01 | 11.50 |
| Alexander | 06/14/01 | 20.00 |
| Alexander | 06/15/01 | 20.00 |
| Alexander | 06/16/01 | 20.00 |
| Alexander | 06/19/01 | 10.72 |
| Alexander | 07/01/01 | 15.45 |
| Alexander | 07/05/01 | 20.00 |
| Alexander | 07/06/01 | 20.00 |
| Alexander | 07/17/01 | 13.64 |
| Blechman | 05/16/01 | 20.00 |
| Blechman | 07/27/01 | 4.05 |
| Blechman | 08/16/01 | 2.64 |
| Document Production | 07/17/01 | 10.98 |
| Document Production | 07/17/01 | 20.00 |
| Document Production | 07/19/01 | 14.33 |
| Shinder | 05/17/01 | 20.00 |
| Shinder | 05/21/01 | 20.00 |
| Shinder | 06/06/01 | 20.00 |
| Shinder | 06/12/01 | 20.00 |
| Shinder | 06/18/01 | 20.00 |
| Shinder | 06/21/01 | 20.00 |
| Shinder | 08/01/01 | 15.26 |
| Shinder | 08/06/01 | 20.00 |
| Zilly | 07/10/01 | 8.09 |
| Zilly | 08/13/01 | 8.20 |
| Zilly | 08/17/01 | 7.40 |
| Zilly | 09/04/01 | 86.10 |
| Zilly | 09/04/01 | 418.73 |
| Zilly | 09/05/01 | 574.90 |
| Zilly | 09/06/01 | 692.88 |
| **Subtotal - Meals** | | **2,294.87** |

**Lodging**

| | | |
|---|---|---:|
| Alexander | 06/29/01 | 240.12 |
| Shinder | 06/27/01 | 279.04 |
| Zilly | 07/26/01 | 235.64 |
| **Subtotal - Lodging** | | **754.80** |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**September 30, 2001**
**2551-T**

**Communications**
**Fax**

| | | | |
|---|---|---|---|
| Bolger | July-01 | 20.00 | |
| Bolger | Aug-01 | 295.00 | |
| | **Subtotal - Fax** | | **315.00** |

**Federal Express**

| | | | |
|---|---|---|---|
| Blechman | 09/05/01 | 18.10 | |
| | **Subtotal - Federal Express** | | **18.10** |

**Courier - Other**

| | | | |
|---|---|---|---|
| Blechman | 08/23/01 | 14.71 | |
| De Almeida | 08/24/01 | 12.67 | |
| | **Subtotal - Courier - Other** | | **27.38** |

**Messenger - EDM**

| | | | |
|---|---|---|---|
| Alexander | 08/30/01 | 430.50 | |
| Alexander | 09/05/01 | 18.00 | |
| | **Subtotal - Messenger - EDM** | | **448.50** |

**Messenger - Other**

| | | | |
|---|---|---|---|
| Alexander | 05/17/01 | 60.50 | |
| Alexander | 09/07/01 | 25.76 | |
| | **Subtotal - Messenger - Other** | | **86.26** |
| | **Subtotal - Communications** | | **895.24** |

**Photocopying**

| | | |
|---|---|---|
| Alexander | 5/21-25/01 | 54.40 |
| Alexander | 6/18-22/01 | 137.60 |
| Blechman | 6/25-29/01 | 45.80 |
| Blechman | 6/25-29/01 | 317.60 |
| Blechman | 7/02-06/01 | 267.20 |
| Blechman | 8/20-24/01 | 21.40 |
| Blechman | 8/22-31/01 | 40.00 |
| Diggs | 7/02-06/01 | 214.00 |
| Diggs | 8/22-31/01 | 60.80 |
| Diggs | 9/03-07/01 | 86.60 |
| Zilly | 7/09-13/01 | 99.40 |

**W.R. GRACE**
Expense Detail
Processed Through
September 30, 2001
2551-T

| | | |
|---|---|---|
| Zilly | 8/06-10/01 | 33.60 |
| | **Subtotal - Photocopying** | 1,378.40 |
| | **Total Expenses** | $ 11,846.09 |