# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### **Certification of Janet Baer**

I, Janet Baer, hereby certify that I am eligible for admission pro hac vice to appear before this Court in the above-captioned chapter 11 cases, as follows:

1. I am a member in good standing of the Bar of the State of Illinois, and am admitted to practice before the United States District Court for the Northern District of Illinois. There are no disciplinary proceedings against me.

2. I do not reside in the State of Delaware, nor am I regularly employed or regularly engaged in business in the State of Delaware.

3. I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct that may occur in the course of, or in preparation of, this action, as provided in Local District Court Rule 83.6(i).

91100-001\DOCS_DE:35078.1

4. I have access to, or have acquired, a copy of the local rules of this Court, and I am generally familiar with such rules.

Dated: November 20, 2001

By: *Janet S. Baer*
Janet Baer
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601
Tel: (312) 861-2000
Fax: (312) 861-2200