## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | Objections Deadline: December 13, 2001 at 4:00 p.m. |
| | | Hearing date: To be scheduled, only if an objection is |
| | | timely filed and served. |

## NOTICE OF APPLICATION

TO:    Office of the United States Trustee; Counsel to the Debtors; Counsel to the Official
Committee of Unsecured Creditors; Counsel to the Official Committee of Asbestos
Personal Injury Claimants; Counsel to the Official Committee of Asbestos Property
Damage Claimants; Official Committee of Equity Security Holders; Counsel to the DIP
Lenders; and all other interested parties requesting notice pursuant to Bankruptcy Rule
2002.

FTI Policano & Manzo, Financial Advisors to the Official Committee of Unsecured
Creditors, in the above-captioned chapter 11 cases, has today filed the attached **Second
Quarterly Interim Application of FTI Policano & Manzo, for Compensation for Services
and Reimbursement of Expenses as Financial Advisors to the Committee of Unsecured
Creditors of W.R. Grace & Co., et al. for the Interim Period from July 1, 2001 Through
September 30, 2001** (the "Application").

You are required to file with the United States Bankruptcy Court for the District of
Delaware any objection to the attached Application on or before December 13, 2001, at 4:00 p.m.

At the same time, you must also serve a copy of objections or responses, if any, upon the
following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200
East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200) and Laura Davis
Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 N. Market Street, Suite 1600,
P.O. Box 8705, Wilmington, DE 19899-8705 (fax number 302-652-4400); (ii) counsel to the
Official Committee of Unsecured Creditors, Attn: Lewis Kruger, Esquire, Stroock & Stroock &
Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (fax number 212-806-6006), and
Michael R. Lastowski, Esquire, Duane, Morris & Heckscher LLP, 1100 North Market Street,
Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) counsel to the
Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin,
Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne
Boulevard, Suite 2500, Miami, FL 33131 (fax number 305-374-7593), and Michael B. Joseph,

Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899 (fax number 302-575-1714); (iv) counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 (fax number 212-644-6755), and Matthew G. Zaleski, III, Esquire, Ashby & Geddes, 222 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899 (fax number 302-654-2067); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899 (fax number 302-658-6395); (vi)the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801 (fax number 302-573-6497); and (vii) Edwin N. Ordway, Jr., FTI Policano & Manzo, Park 80 West, Plaza I, Saddle Brook, NJ 07663 (fax number 201-843-8044).

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE JOSEPH J. FARNAN, ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 23, 2001

Respectfully submitted,

Michael R. Lastowski (DE I.D. No. 3892)
William K. Harrington (DE I.D. No. 4051)
DUANE, MORRIS & HECKSCHER, LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:     mlastowski@duanemorris.com
            wkharrington@duanemorris.com

- and -

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN, LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile:  (212) 806-6006

*Co-Counsel to the Official Committee
of Unsecured Creditors*