**Exhibit B**

# SUMMARY OF THE SERVICES PERFORMED BY FTI POLICANO & MANZO DURING THE SIXTH INTERIM PERIOD

**Task Code 1 - Preparation for and Participation at Meetings with the Chairman and Other Core Professionals and/or Creditors Committee Meetings or Conference Calls** (5.0 Hours)

We met with the Committee chairman and counsel to discuss our observations and findings regarding the five-year business plan.

**Task Code 2 - Issues Related to Chapter 11 Operating Issues, Such As Critical Vendor Motions, Reclamation Claims, Executory Contracts and Similar Issues** (0.6 Hours)

During the Sixth Interim Period, the confidentiality arrangements relating to FTI P&M's engagement, undertaken at the Debtors' request, were finalized.

**Task Code 3 – Preparation of Monitoring and Operating Results Reports** (40.0 Hours)

During this period, we prepared a number of reports and supporting schedules for the Creditors Committee, notably analyses of creditors' potential recovery levels under multiple hypothetical scenarios, so-called "legacy liabilities" acquired in prior acquisitions and divestitures, and the distribution of creditors' claims among the filing entities.

**Task Code 4 - Analysis of Financial Data, Including Business Plan, Projections, Forecasts, Cash Flow Forecasts and Historical Information** (139.9 Hours)

FTI P&M obtained, analyzed and discussed with Debtor management and professionals historical and current operating results by business segment, and prepared numerous analyses of key performance indicators for each business segment. FTI P&M monitored, analyzed and forecasted the Debtors' cash position and debt capacity. FTI P&M's activities in reviewing the Debtors' five-year business plan and preparing a report ttereon are included in this category.

-2-

**Task Code 5- Monthly Statement, Retention and Fee Application Preparation** (15.8 Hours)

This category represents the time expended during the Sixth Interim Period in preparing FTI P&M's Fifth Interim Application for Allowance of Compensation and Reimbursement of Expenses.

**Task Code 6- Grace competitor profile analysis and analysis of other asbestos related Chapter 11 filings** (59.0 Hours)

FTI P&M prepared a financial and valuation profile of direct competitors as a baseline for a valuation of the Debtor. Additionally, we prepared an analysis of asbestos claims trusts that have been formed pursuant to asbestos defendants' plans of reorganization.

**Task Code 7- Analysis and Evaluation of Proposed Corporate Acquisitions by the Debtor and Their Non-Filing Affiliates** (36.8 Hours)

During this period, we commenced preparation of a report and supporting schedules and an evaluation of a proposed corporate acquisition by a non-filing overseas subsidiary.