**Exhibit C**
**Page 1 of 2**

## W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period September 1, 2001 through September 30, 2001

|                | Total Hours September | Billing Rate | Amount |
|----------------|----------------------:|-------------:|-------------:|
| E. Ordway      | 34.4  | $475 | $ 16,340.00 |
| S. Cunningham  | 111.6 | $405 | 45,198.00 |
| J. Schwendeman | 2.0   | $325 | 650.00 |
| C. MacCallum   | 104.3 | $295 | 30,768.50 |
| C. Whitney     | 30.0  | $315 | 9,450.00 |
| B. Griffith    | 7.6   | $175 | 1,330.00 |
| M. Hakoun      | 7.2   | $150 | 1,080.00 |
|                | 297.1 |      | $104,816.50 |

W.R. GRACE & CO. ET AL.
Summary of Fees by Professional
For the period September 1, 2001 through September 30, 2001

| TASK CODE | TASK | E.Ordway | S.Cunningham | I.Schwendman | C.MacCallum | C.Whitney | M.Hakoun | B.Griffith | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Meetings of Creditors | 2.5 | 2.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| 2 | Chapter 11 Operating Issues | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 |
| 3 | Operating Results Report Preparation | 2.8 | 2.1 | 0.0 | 34.1 | 0.0 | 0.0 | 1.0 | 40.0 |
| 4 | Business Analyses | 23.5 | 78.9 | 0.0 | 6.5 | 29.6 | 1.4 | 0.0 | 139.9 |
| 5 | Fee Application Preparation | 0.0 | 0.0 | 0.0 | 15.4 | 0.4 | 0.0 | 0.0 | 15.8 |
| 6 | Competitor Profile Analysis | 2.9 | 12.7 | 2.0 | 29.0 | 0.0 | 5.8 | 6.6 | 59.0 |
| 7 | Evaluation of Potential Acquisitions | 2.7 | 14.8 | 0.0 | 19.3 | 0.0 | 0.0 | 0.0 | 36.8 |
|  | TOTAL | 34.4 | 111.6 | 2.0 | 104.3 | 30.0 | 7.2 | 7.6 | 297.1 |