**Exhibit D**

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period September 1, 2001 through September 30, 2001

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Sep | 4 | Read Debtor's 5-year business plan. | 0.3 |
| 5-Sep | 4 | Read and analyzed business plan and prepared list of questions to discuss at meeting with management. | 3.9 |
| 6-Sep | 4 | Read and analyzed business plan and prepared for meeting with management. | 1.8 |
| | 4 | Met with management to discuss 5-year business plan. | 5.2 |
| 7-Sep | 4 | Conference call with counsel to discuss status of work and meeting with management. | 0.6 |
| | 4 | Reviewed information received and developed list for additional support for the business plan. | 0.3 |
| | 4 | Read additional information received from management regarding business | 0.7 |
| 12-Sep | 3 | Read and analyzed monthly operating report. | 1.1 |
| | 6 | Updated valuation analyses based on new information. | 2.4 |
| | 4 | Continued to read and analyze 5-year business plan and began drafting report to committee. | 1.9 |
| 13-Sep | 7 | Read and analyzed data applicable to proposed acquisition. | 1.1 |
| 14-Sep | 3 | Read and edited draft of report for Committee on 5-year plan. | 1.2 |
| | 7 | Prepared analyses for use in report to the Committee regarding proposed acquisition. | 0.5 |
| 17-Sep | 4 | Prepared valuation analyses based on more current entity information and various sensitivities regarding Debtor's projections. | 1.8 |
| 19-Sep | 4 | Continued preparation of 5-year business plan report. | 0.6 |

| Date | | Description | Hours |
|---|---|---|---|
| 21-Sep | 4 | Continued preparation of 5-year business plan report. | 2.6 |
| 24-Sep | 6 | Read data applicable to competitors. | 0.5 |
| | 4 | Continued preparation of 5-year business plan report and developed sensitivity analysis. | 1.8 |
| 25-Sep | 3 | Reviewed claims analysis. | 0.5 |
| | 1 | Met with Committee counsel and Chairman to review our preliminary analysis regarding 5-year business plan and hypothetical valuations. | 2.5 |
| 26-Sep | 4 | Read monthly operating report. | 0.4 |
| 27-Sep | 7 | Prepared analysis of acquisition proposal. | 1.1 |
| | 4 | Continued preparation of report on 5-year business plan. | 1.6 |
| | | **Total Hours - September** | 34.4 |

**Exhibit D**

## W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Sean Cunningham
### For the period September 1, 2001 through September 30, 2001

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Sep | 4 | Analyzed and reviewed five-year business plan in preparation for presentation by senior management. | 8.2 |
| 5-Sep | 6 | Compiled competitor enterprise valuation data based on recently released and historical financial data for inclusion in various valuation analyses. | 3.0 |
| | 4 | Analyzed and reviewed five-year business plan in preparation for presentation by senior management. | 4.0 |
| | 2 | Discussed final revisions to confidentiality amendment with Committee Counsel. | 0.6 |
| 6-Sep | 4 | Participated in presentation by Grace senior management regarding five-year business plan to financial advisors for the unsecured and other creditors' committees. | 7.5 |
| 7-Sep | 4 | Prepared open information request list and follow-up questions and analysis regarding five-year business plan. | 2.7 |
| | 4 | Updated counsel as to information received at management presentation. | 0.6 |
| 11-Sep | 4 | Analyzed underlying assumptions included in five year business plan. | 2.2 |
| | 4 | Analyzed FY 2001 latest projection versus DIP Forecast. | 1.2 |
| 12-Sep | 4 | Analyzed underlying economic assuptions for each WR Grace operating business unit. Prepared analyis of historical sales earnings trends for each business unit. | 7.2 |
| 13-Sep | 4 | Prepared analysis of five-year business plan, and prepared follow-up inforation request list for Blackstone. | 7.3 |
| 14-Sep | 4 | Prepared analysis and reviewed assumptions incorporated in five-year business plan. | 7.5 |
| 17-Sep | 4 | Prepared various consolidated information and product line data related to information contained in five-year business plan. | 5.8 |
| 18-Sep | 6 | Prepared and completed comparable valuation "enterprise analysis " reviewing results of 8 industry comparables. | 6.4 |

| | | | |
|---|---|---|---|
| 19-Sep | 4 | Prepared draft report for counsel and committee members outlining findings regarding the five-year business plan. | 7.3 |
| 20-Sep | 4 | Prepared draft report for counsel and committee members outlining findings regarding the five-year business plan. | 7.6 |
| 21-Sep | 4 | Continued with preparation of draft report for counsel and committee members outlining findings regarding the five-year business plan. | 3.5 |
| 24-Sep | 4 | Finalized draft of report to counsel and committee regarding five-year business plan. | 5.8 |
| | 4 | Prepared agenda for meeting with committee chairman and counsel. | 0.5 |
| 25-Sep | 3 | Updated analysis of filed entities and where specific claims are recorded. | 1.6 |
| | 6 | Reviewed analysis of Johns Manville plan of reorganization and similar asbestos trust arrangements. | 3.3 |
| | 1 | Reviewed results of analysis of five-year business plan with committee counsel and chairman. | 2.5 |
| 26-Sep | 7 | Reviewed and analyzed financial data and information received from Grace related to acquisition target Project "CHI." | 6.5 |
| | 3 | Discussed status of open information request and potential agenda for proposed meeting with Company to review "Legacy Reserve" items. | 0.5 |
| 27-Sep | 7 | Prepared draft analysis and report to unsecured committee related to "Project CHI" acquisition. | 6.5 |
| 28-Sep | 7 | Continued with preparation of draft analysis and report to unsecured committee related to "Project CHI" acquisition. | 1.8 |

**Total Hours - September**       111.6

**Exhibit D**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey Schwendeman
For the period September 1, 2001 through September 30, 2001

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Sep | 6 | Prepared analysis of US national economic indicator growth forecasts for comparison to Company financial plan growth assumptions. | 1.1 |
| 10-Sep | 6 | Prepared analysis of US national economic indicator growth forecasts for comparison to Company financial plan growth assumptions. | 0.9 |
| | | **Total Hours - September** | 2.0 |

**Exhibit D**

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Craig MacCallum
For the period September 1, 2001 through September 30, 2001

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 3-Sep | 4 | Analyzed and reviewed five-year business plan. | 3.5 |
| 11-Sep | 3 | Reviewed and analyzed Statement of Financial Affairs court filings and supporting schedules for Debtor and all filing subsidiaries. | 1.5 |
| 13-Sep | 3 | Reviewed and analyzed Statement of Financial Affairs court filings and supporting schedules for Debtor and all filing subsidiaries. | 8.5 |
| 14-Sep | 3 | Reviewed and analyzed Statement of Financial Affairs court filings and supporting schedules for Debtor and all filing subsidiaries. | 9.0 |
| 17-Sep | 3 | Reviewed and analyzed Statement of Financial Affairs court filings and supporting schedules for Debtor and all filing subsidiaries. | 8.0 |
|  | 4 | Reviewed draft P&M analysis of five-year business plan and underlying assumptions. | 1.3 |
| 18-Sep | 6 | Prepared hypothetical creditors' recovery analysis for inclusion in report on five-year business plan. | 7.0 |
|  | 6 | Prepared analysis of valuation multiples for industry comparables. | 3.0 |
| 19-Sep | 3 | Prepared report on findings regarding Debtors' Statements of Financial Affairs and supporting schedules. | 3.5 |
|  | 6 | Prepared slides on comparables, valuation multiples and recovery analysis for inclusion in report on five-year business plan. | 6.5 |
| 20-Sep | 3 | Prepared schedules in support of report on Debtors' Statements of Financial Affairs and supporting schedules. | 2.0 |
|  | 6 | Prepared valuation multiples analysis and writeup. | 4.3 |
|  | 6 | Prepared hypothetical creditors' recovery writeup for inclusion in report on five-year business plan. | 2.7 |
| 21-Sep | 4 | Prepared schedules for inclusion in report on five-year business plan. | 0.7 |
|  | 5 | Began preparation of fee application for the period 8/1-8/31/01. | 7.8 |

| 24-Sep | 3 | Prepared report on findings regarding Debtors' Statements of Financial Affairs and supporting schedules. | 1.6 |
| | 6 | Prepared analyis of Johns Manville plan of reorganization and similar asbestos trust arrangements. | 2.2 |
| | 5 | Continued with preparation of fee application for the period 8/1-8/31/01. | 3.5 |
| | 7 | Reviewed Project CHI acquisition document received from Company. | 1.2 |
| | 4 | Reviewed draft P&M analysis of five-year business plan and underlying assumptions. | 1.0 |
| 25-Sep | 7 | Reviewed and prepared analysis of acquisition of Project CHI. | 3.1 |
| | 5 | Continued with preparation of fee application for the period 8/1-8/31/01. | 3.6 |
| | 6 | Continued with preparation of analysis of Johns Manville plan of reorganization and similar asbestos trust arrangements. | 3.3 |
| 26-Sep | 7 | Prepared draft analysis and report regarding Project CHI acquisition. | 9.0 |
| 27-Sep | 7 | Continued with preparation of draft analysis and report regarding Project CHI acquisition. | 3.5 |
| | 5 | Finalized fee application for the period 8/1-8/31/01. | 0.5 |
| 28-Sep | 7 | Continued with preparation of draft analysis and report regarding Project CHI acquisition. | 2.5 |
| | | **Total Hours - September** | 104.3 |

**Exhibit D**

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christy Whitney
For the period September 1, 2001 through September 30, 2001

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Sep | 4 | Analyzed and reviewed five-year business plan in preparation for presentation by senior management | 0.5 |
| | 4 | Participated in presentation by Grace senior management group to financial advisors for the unsecured and other creditors' committees. | 5.5 |
| 12-Sep | 4 | Discussed issues to be addressed in report on five-year business plan with S. Cunningham | 0.2 |
| 14-Sep | 4 | Prepared draft of P&M analysis of five-year business plan and underlying assumptions. | 1.8 |
| 18-Sep | 4 | Prepared income statement and cash flow comparison for 2002 through 2005. | 4.5 |
| 19-Sep | 4 | Prepared debt capacity analysis. | 3.6 |
| | 4 | Prepared Revenue and EBITDA sensitivity analysis for 2002 through 2005. | 2.4 |
| 20-Sep | 4 | Drafted divisional risks and opportunities section of the report on the five-year business plan. | 5.5 |
| | 4 | Edited the report on the five-year business plan, incorporating new sections and changes prepared colleagues. | 2.5 |
| 21-Sep | 5 | Prepared supporting schedule for fee application. | 0.4 |
| | 4 | Incorporated comments from E. Ordway into the report on the five-year business plan. | 1.6 |
| 25-Sep | 4 | Finalized five-year business plan report for distribution to the Committee. | 1.5 |
| | | **Total Hours - September** | 30.0 |

**Exhibit D**

### W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Matthew Hakoun
For the period September 1, 2001 through September 30, 2001

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Sep | 4 | Continued work on compiling and organizing Debtors' filed Statements of Financial Affairs and suporrting schedules. | 1.4 |
| 5-Sep | 6 | Updated industry economic data and reviewed recent news articles. | 0.6 |
| 5-Sep | 6 | Searched recent bankruptcy filings of competitor companies for severance and retention documents. | 1.0 |
| 12-Sep | 6 | Researched and identified cement additives that are used as catalysts in the construction industry and identified companies that utilize them. | 2.0 |
| 13-Sep | 6 | Collected current analyst and industry information from parties in interest related to cement and or catalyst additives. | 2.2 |
| | | **Total Hours - September** | 7.2 |

**Exhibit D**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Brian Griffith
For the period September 1, 2001 through September 30, 2001

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Sep | 6 | Compiled industry and macro-economic forecast information for Debtor's product lines. | 3.5 |
| 10-Sep | 6 | Continued to research economic forecast information regarding petroleum refining and silicate mining industries. | 2.1 |
| 12-Sep | 6 | Completed report on forecast economic conditions affecting Debtor and reviewed with colleagues. | 1.0 |
| 14-Sep | 3 | Researched open item in compilation of Debtors' Statements of Financial Affairs. | 1.0 |
| | | **Total Hours - September** | **7.6** |