**Exhibit E**
**Page 1 of 2**

## W.R. GRACE & CO. ET. AL.
### Summary of Expenses by Type of Expense
### For the period September 1, 2001 through September 30, 2001

| | | |
|---|---|---:|
| Copies: | | |
|     Internal | $ | 425.80 |
|     External | | - |
| Telecommunications: | | |
|     Toll Charges | | - |
|     Facsimile Charges | | 12.50 |
| Postage, Federal Express | | 29.85 |
| Travel Expenses: | | |
|     Transportation, lodging, tolls and parking | | 459.11 |
|     Meals | | 31.14 |
| Outside Services | | - |
| Word Processing Services | | 870.00 |
| Document Preparation and Handling Services | | 1,200.00 |
| **Total Expenses** | **$** | **3,028.40** |

Exhibit E
Page 2 of 2

## W.R. GRACE & CO. ET. AL.
### Detail of Expenses by Type of Expense
### For the period September 1, 2001 through September 30, 2001

| | | | | | | |
|---|---|---|---|---|---|---|
| Copies, Internal | Total for Month | 2,129 | pages @ $0.20/page: | | $ 425.80 | (a) |
| Facsimile Charges: | | 10 | pages @ $1.25/page: | | 12.50 | |
| Postage, Federal Express: | | 26-Sep | Airborne | | 29.85 | |

Transportation, lodging, tolls and parking:

| | | | | |
|---|---|---|---|---|
| C. Whitney | 28-Sep | Auto Rental | 411.91 | |
| S. Cunningham | 25-Sep | Parking, mileage, tolls | 47.20 | |
| | | Subtotal | | 459.11 |

| | | | | |
|---|---|---|---|---|
| Meals: | S. Cunningham | 25-Sep | Lunch | 31.14 |

Word Processing Services:

| | Hours | Rate | | |
|---|---|---|---|---|
| 7-Sep | 1.10 | $75.00 | 82.50 | |
| 14-Sep | 8.10 | $75.00 | 607.50 | |
| 28-Sep | 2.40 | $75.00 | 180.00 | |
| | Subtotal | | | 870.00 |

Document Preparation and Handling Services:

| | Hours | Rate | | |
|---|---|---|---|---|
| 7-Sep | 2.00 | $75.00 | 150.00 | |
| 14-Sep | 9.50 | $75.00 | 712.50 | |
| 21-Sep | 1.00 | $75.00 | 75.00 | |
| 28-Sep | 3.50 | $75.00 | 262.50 | |
| | Subtotal | | | 1,200.00 |

| | | |
|---|---|---|
| Total Expenses | | $ 3,028.40 |

(a) Reproduction includes copying of Company's 150-page business plan for distribution to the Committee and the reproduction of several P&M-prepared reports.