IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO. et al., ) | |
| ) | Case No. 01-01139(JJF) |
| Debtors. ) | |
| ) | Objections Due by: October 17, 2001 at 4:00 p.m. |

## NO ORDER REQUIRED -
## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 978

The undersigned hereby certifies that, as of the date hereof, there is no answer, objection or other responsive pleading to the *Fifth Interim Application of FTI Policano & Manzo, Financial Advisors to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From August 1, 2001 Through August 31, 2001*, [Docket No. 978] (the "Application") filed on September 28, 2001. The undersigned further certifies that he has reviewed the Court's docket in this case and that no outstanding answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 17, 2001 at 4:00 p.m.

Pursuant to the *Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [Docket No. 196], upon the filing of this Certificate, the Debtors are authorized to pay to FTI Policano & Manzo on an interim basis 80% of requested fees and 100% of requested expenses without further application to the Court.

Dated: November 23, 2001               Respectfully submitted,

*Michael Lastowski* /w we 14

Michael R. Lastowski (DE I.D. No. 3892)
DUANE, MORRIS & HECKSCHER, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:    mlastowski@duanemorris.com

- and -

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN, LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Co-Counsel to the Official Committee of Unsecured Creditors*

WLM\152347.1