## CERTIFICATE OF SERVICE

I, Jennifer A. L. Kelleher, Esquire, do hereby certify that, on November 26th,

2001, I caused a true and correct copy of the foregoing Certification of No Objection to

be served on the attached service list in the manner indicated.


/s/ Jennifer A. L. Kelleher
Jennifer A. L. Kelleher, Esq. (No. 3960)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone:     (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: jkelleher@reedsmith.com

Grace Fee Applications Service List
Case Number: 01-1139 (JJF)

**<u>Via Hand Delivery</u>**
(Counsel to Debtors and Debtors
in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705

**<u>Via First Class Mail</u>**
(Counsel to Debtors and Debtors
in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

**<u>Via Hand Delivery</u>**
(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P. O. Box 27
Wilmington, DE 19899

**<u>Via Hand Delivery</u>**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899

**<u>Via Hand Delivery</u>**
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Center
1201 Market Street, 15th Floor
Wilmington, DE 19899

**<u>Via Hand Delivery</u>**
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

**<u>Via Hand Delivery</u>**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

**<u>Via First Class Mail</u>**
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**<u>Via Hand Delivery</u>**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street
Room 2311
Wilmington, DE 19801

**Via First Class Mail**
(W. R. Grace & Co.)
David B. Siegel
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**Via First Class Mail**
(Official Committee of Personal
Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

**Via First Class Mail**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY   10038-4982

**Via First Class Mail**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Mindy A. Mora, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131-2336

**Via First Class Mail**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

**Via First Class Mail**
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

**Via First Class Mail**
(Counsel to Equity Committee)
Thomas Moers Mayer, Esquire
Robert T. Schmidt, Esquire
Amy Caton, Equire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY  10022

**Via First Class Mail**
Richard C. Finke, Esquire
W.R. Grace & Co.
5400 Broken Sound Boulevard, N.W.
Boca Raton, FL 33487

**Via First Class Mail**
(Canadian Counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H3T4

**Via First Class Mail**
(Counsel for Official Committee of Equity
Security Holders)
Dimensional Fund Advisors
Attn: Lawrence Spieth
10 S. Wacker Drive, #2275
Chicago, IL 60606

**Via First Class Mail**
(Counsel for Official Committee of Asbestos
Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

**Via First Class Mail**
(Counsel for Official Committee of Equity
Security Holders)
Peninsula Partners, L.P.
Attn: Ted Weschler, Esquire
404 B East Main Street, 2nd Floor
Charlottesville, VA 22902

**Via First Class Mail**
(Counsel for Official Committee of Equity
Security Holders)
Angus W. Mercer, Esquire
4500 Carmel Estates Road
Charlotte, NC 28226

**Via First Class Mail**
(Counsel for Official Committee of Equity
Security Holders)
Simon Atlas, Esquire
8314 Meadowlark Lane
Bethesda, MD 20817

**Via First Class Mail**
(Counsel for Official Committee of Equity
Security Holders)
Raymond E. Smiley, Esquire
35415 Solon Road
Solon, OH 44139-2415