**EXHIBIT B**

### STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

W R Grace & Co

November 12, 2001

**FOR PROFESSIONAL SERVICES RENDERED** and
disbursements incurred for the period through October 31, 2001 in
connection with the following matters:

| Matter Code | | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 49.4 | 10,970.00 |
| 0003 | Fee Application/Monthly Billing Reports | 20.6 | 4,875.00 |
| 0004 | Review of Other Professionals Fee Application | 7.3 | 2,552.50 |
| 0005 | Asbestos Litigations | 8.1 | 3,992.50 |
| 0006 | Retention of Professionals | 37.3 | 15,023.00 |
| 0007 | Creditors Committee Issues/Conferences | 37.3 | 16,057.50 |
| 0009 | Financial Reports & Analysis | 7.1 | 3,017.50 |
| 0013 | Analysis of Pre-Petition Transactions | 28.1 | 11,845.00 |
| 0018 | Tax Issues | 65.8 | 27,935.00 |
| 0024 | Environmental Issues | 11.1 | 4,801.00 |
| | **Total** | **272.1** | **$101,069.00** |

## STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

November 12, 2001
Invoice: 247683

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

**FOR PROFESSIONAL SERVICES RENDERED** in the captioned matter for
the period through October 31, 2001, including:

RE:     **General Case Administration**
        **699842. 0002**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/01/2001 | E-mail to Duane Morris re Stroock and Policano fee applications (.2); prepare Stroock fee application for L. Kruger signature (.1). | Serrette, R. | 0.3 |
| 10/02/2001 | Committee meeting with potential expert regarding her possible engagement by the committee. | Kruger, L. | 0.9 |
| 10/02/2001 | Telephone conference with S. Hollinghead re Stroock fee application filing (.2); review of document to be scanned (PPF) for distribution to Committee re expert's retention (.4); review and distribution of e-filed pleadings (.5); | Serrette, R. | 1.1 |
| 10/03/2001 | Downloading efiled documents | Defreitas, V. | 1.6 |
| 10/08/2001 | T/c J Kapp re misc and email to Kruger and Krieger re same | Raskin, R. | 0.3 |
| 10/08/2001 | Review of pleadings and distribution of same (.2). | Serrette, R. | 0.2 |
| 10/09/2001 | Downloading efiled documents. | Defreitas, V. | 0.9 |
| 10/09/2001 | Office conference RAR re conduct of the case and Committee's role therein; other. | Krieger, A. | 0.7 |
| 10/09/2001 | Telephone conference with J. Aikre First Union re reimbursement of expenses (.1); research re same | Serrette, R. | 0.3 |
| 10/11/2001 | Downloading efiled documents. | Defreitas, V. | 1.3 |
| 10/11/2001 | Office conference RS re omnibus hearing dates | Krieger, A. | 0.2 |

scheduled by the Court and need to review docket for other hearing notices (.1); memo to KP re above (.1).

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/11/2001 | Telephone call with F. Perch regarding status of committee, resignations and possible replacements. | Kruger, L. | 0.3 |
| 10/11/2001 | T/c S Schwartz re case issues 1], emails K Pasquale re terms of experts investigaton 2], email re committee membership and o/c R Serrette re same 2] | Raskin, R. | 0.5 |
| 10/11/2001 | Review order setting ominbus hearing dates (.1); distribution of same (.2). | Serrette, R. | 0.3 |
| 10/12/2001 | O/c A. Krieger re documentation issues. | Raskin, R. | 0.5 |
| 10/15/2001 | Researched docket at RS's request re: appointment of committee. | Defreitas, V. | 0.3 |
| 10/15/2001 | Review of FTI draft analysis regarding Grace's proposed overseas acquisition (project CHI) (.4); review of memo regarding FTI meeting with Blackstone (.3). | Kruger, L. | 0.7 |
| 10/16/2001 | Downloading efiled documents; drafted email notification of quarterly fee app due. | Defreitas, V. | 1.8 |
| 10/16/2001 | T/c Seth Landis re creditor inquiry re Grace business units and review of documentation (.5). | Krieger, A. | 0.5 |
| 10/16/2001 | Attention to FTI analysis/AGK memo (.5) | Pasquale, K. | 0.5 |
| 10/16/2001 | Review emails re information (.1), review memo to committee re potential new investment (.3). | Raskin, R. | 0.4 |
| 10/17/2001 | Attention to prospective expert's retentions (.3) | Pasquale, K. | 0.3 |
| 10/17/2001 | Review memo re misc. settlements (.2), t/c S. Schwartz re same (.1), review memo re tax data room and response to same (.3). | Raskin, R. | 0.6 |
| 10/18/2001 | Retrieved for R. Serrette Stroock's monthly fee applications | Mohamed, D. | 0.4 |
| 10/18/2001 | T/c L. Kruger re misc. issues (.1), t/c T. Maher re same (.2); O/c A. Krieger re information requests (.2), review memo re tax settlement (.2), review memo re documentation requests (.2), t/c J. Kapp re misc. issues (.2). | Raskin, R. | 1.1 |
| 10/18/2001 | Review docket; edits to critical date calendar. | Serrette, R. | 0.9 |
| 10/19/2001 | Downloading & distributing e-filed documents. | Defreitas, V. | 1.4 |

| | | | |
|---|---|---|---|
| 10/19/2001 | Read cases and articles re: claim valuation issues. | Gomelskaya, I. | 3.0 |
| 10/19/2001 | Conference call with debtors' counsel, F.A.'s re confidentiality issues (?) | Pasquale, K. | 0.7 |
| 10/19/2001 | T/c J. Kapp re conf. call (.1), t/c S. Cunningham review information requests (.3), conf. call with Debtors re information requests (.8). | Raskin, R. | 1.2 |
| 10/19/2001 | Update critical date calendar. | Serrette, R. | 0.9 |
| 10/22/2001 | Researched and distributed efiled documents at AK's request. | Defreitas, V. | 0.5 |
| 10/22/2001 | Downloading efiled documents. | Defreitas, V. | 1.8 |
| 10/22/2001 | Westlaw research re; claim valuation issues. | Gomelskaya, I. | 3.5 |
| 10/23/2001 | Downloading and distribute efiled documents. | Defreitas, V. | 1.6 |
| 10/24/2001 | Researched at RS's request re: Objections & reponses to motion for authority to prosecute fradulent transfer claims. | Defreitas, V. | 0.6 |
| 10/25/2001 | Researched at AK's request re: retention apps of bilzin sumberg and caplin & drysdale | Defreitas, V. | 0.3 |
| 10/25/2001 | Downloading & distributed efiled documents. | Defreitas, V. | 1.8 |
| 10/25/2001 | Memos to and from P. Brach re Bank of America's Grace debt (.3). | Krieger, A. | 0.3 |
| 10/26/2001 | Downloading and distributing efiled documents. | Defreitas, V. | 2.3 |
| 10/26/2001 | Updated and distribute critical date calendar. | Defreitas, V. | 0.8 |
| 10/26/2001 | Westlaw research and, read cases and articles on claim valuation issues (3). | Gomelskaya, I. | 4.0 |
| 10/29/2001 | Downloading and distributing court filed documents. | Defreitas, V. | 1.3 |
| 10/29/2001 | Memo from and to S. Schwartz and telephone call same re teleconference hearing with Judge McKelvie regarding former employees motion for payment of pre-petition claims (.2); memos from and to RAR and office conference KP re hearing (.2); review Committee objection to motion and attendance at conference call (.6). | Krieger, A. | 1.0 |
| 10/29/2001 | Attention to former officers' motion for indemnification and conference call with court, parties re same (.5); | Pasquale, K. | 0.7 |

telephone conference P. Lockwood re same (.2)

| 10/29/2001 | Review critical date calendar (.2); conference with V. DeFreitas and A. Krieger re scheduling conference(.2). | Serrette, R. | 0.4 |
| 10/30/2001 | Updated and distributed critical date calendar. | Defreitas, V. | 0.8 |
| 10/30/2001 | Researched and distributed re: motion for order approving consent decree with EPA. | Defreitas, V. | 0.2 |
| 10/30/2001 | Review recent docket entries and office conference RS re above (.2). | Krieger, A. | 0.2 |
| 10/30/2001 | Retrieved for A. Krieger supplemental affidavit of Elihu Inselbuch | Mohamed, D. | 0.3 |
| 10/31/2001 | Downloading & distributing efiled documents. | Defreitas, V. | 1.8 |
| 10/31/2001 | Review critical date calendar re November 5 hearings, other, and office conference V. DeFreitas re same and pleadings, orders to be obtained (.5); office conference KP re scheduling of fraudulent transfer claims motion (.1); office conferences RS re relevant documentation from Babcock & Wilcox case and review of same (.2). | Krieger, A. | 0.8 |
| 10/31/2001 | O/c AGK re: proposed environmental settlement. | Speiser, M. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
| --- | --- | --- | --- |
| Defreitas, Vaughn | 21.1 | $ 100 | $ 2,110.00 |
| Gomelskaya, Irina | 10.5 | 150 | 1,575.00 |
| Krieger, Arlene | 3.7 | 425 | 1,572.50 |
| Kruger, Lewis | 1.9 | 650 | 1,235.00 |
| Mohamed, David | 0.7 | 100 | 70.00 |
| Pasquale, Kenneth | 2.2 | 475 | 1,045.00 |
| Raskin, Robert | 4.6 | 550 | 2,530.00 |
| Serrette, Rosemarie | 4.4 | 150 | 660.00 |
| Speiser, Mark | 0.3 | 575 | 172.50 |

Total For Professional Services Rendered    $ 10,970.00

Total for this Matter    $ 10,970.00

**RE:    Fee Application/Monthly Billing Reports**
        **699842. 0003**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/01/2001 | Review SSL fifth fee application and office conference RS re: finalization of same. | Krieger, A. | 0.3 |
| 10/10/2001 | Review SSL's September time records. | Krieger, A. | 1.0 |
| 10/11/2001 | Complete review of time records and office conference RS re same (.5). | Krieger, A. | 0.5 |
| 10/12/2001 | Researched various professionals fee applications/monthly bills at DW's request. | Defreitas, V. | 0.1 |
| 10/17/2001 | Prepare SSL draft fee application for September 2001 (2.5). | Krieger, A. | 2.5 |
| 10/18/2001 | Draft second quarterly fee application (1.80); review and edits to same (.3). | Serrette, R. | 2.1 |
| 10/19/2001 | Complete SSL sixth monthly fee application (1.3). | Krieger, A. | 1.3 |
| 10/23/2001 | Review draft of SSL Second quarterly interim application (1.3). | Krieger, A. | 1.3 |
| 10/23/2001 | Review and edits exhibits to sixth fee application; review and edits quarterly interim fee application. | Serrette, R. | 3.0 |
| 10/24/2001 | Review and revise Sixth Interim Fee application and second quarterly fee application. | Serrette, R. | 2.0 |
| 10/26/2001 | Edits to Exhibits to quarterly interim fee application. | Serrette, R. | 0.9 |
| 10/30/2001 | Office conference RS re SSL's second interim fee application (.1). | Krieger, A. | 0.1 |
| 10/30/2001 | Review and revise the Quarterly Fee Application and edits to Exhibits. | Serrette, R. | 1.3 |
| 10/31/2001 | Preparation of the fee app summary/quarterly fee app summary. Indexed fee applications/monthly bills. | Defreitas, V. | 2.7 |
| 10/31/2001 | E-mail sixth interim fee application for e-filing (.3); review and edit Quarterly (.3); conference with R. Raskin, Ken Pasquale re Affidavit (.2); edit to same (.2); prepare same for e-filing (.4); conference with S. Hollinghead re same (.1). | Serrette, R. | 1.5 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Defreitas, Vaughn | 2.8 | $ 100 | $ 280.00 |
| Krieger, Arlene | 7.0 | 425 | 2,975.00 |
| Serrette, Rosemarie | 10.8 | 150 | 1,620.00 |

Total For Professional Services Rendered    $ 4,875.00

**Total for this Matter**    $ 4,875.00

RE:    **Review of Other Professionals Fee Application**
        **699842. 0004**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/01/2001 | Review of Reed Smith fee application, Bilzin Sumberg applications others and memos thereon. (3) | Krieger, A. | 3.0 |
| 10/02/2001 | Review of professional fee schedule and update same. | Serrette, R. | 0.5 |
| 10/08/2001 | Office conferences RS re: obtaining certificate of no objection relating to Bilzin applications objected to by the US Trustee and to review same (.2); Trustee's objection to Bilzin fee application (.1). | Krieger, A. | 0.3 |
| 10/09/2001 | Review Blizin certification fees and expenses, underlying applications and US Trustee's objection thereto and office conference RS re above (.6). | Krieger, A. | 0.6 |
| 10/09/2001 | Review Kramer Levin first application for fees. | Krieger, A. | 0.3 |
| 10/18/2001 | Review Blackstone Group's August 2001 fee application and preparation of a memorandum thereon (.6). | Krieger, A. | 0.6 |
| 10/24/2001 | Professional fee schedule update (.6); review of interim fee applications (.9). | Serrette, R. | 1.5 |
| 10/31/2001 | Review Conway DelGenio interim fee application (5.). | Krieger, A. | 0.5 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 5.3 | $ 425 | $ 2,252.50 |
| Serrette, Rosemarie | 2.0 | 150 | 300.00 |
| Total For Professional Services Rendered | | | $ 2,552.50 |
| **Total for this Matter** | | | $ 2,552.50 |

**RE:    Asbestos Litigations**
      **699842. 0005**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/03/2001 | Further attention to asbestos committees' opposition to debtor's bar date and related motions | Pasquale, K. | 2.0 |
| 10/08/2001 | Memos to K. Pasquale re  Exxon Mobile Corporation motion to excise Oklahoma action from extended non-debtor third party stay; Rust Consulting retentions (.2); memo to R. Raskin re experts for the PD Committee (.1). | Krieger, A. | 0.3 |
| 10/08/2001 | Attention to ExxonMobil motion for summary judgment in Chakarian (preliminary injunction) (.5) | Pasquale, K. | 0.5 |
| 10/24/2001 | Conference with K. Pasquale, L. Kruger others re asbestos claims litigation, future representative retention, proposed retention of E. Warren, asbestos committee's joint motion to retain special counsel to prosecute the fraudulent transfers claims and the Committee's position thereon and then conference call Tom Maher re same (1.2); telephone call Ed Ordway re fraudulent transfer litigation (.1). | Krieger, A. | 1.3 |
| 10/24/2001 | Office conference with K. Pasquale and A. Krieger regarding asbestos issues and future claims representatives (.4); telephone call with T. Maher regarding issue of future claims representative, issue of proposed fraudulent transfer litigation, contingency fee and alternatives (.4); review of memo to Committee regarding same (.2); review of contingent fee firms selected by asbestos Committee to handle fraudulent transfer litigation (.2). | Kruger, L. | 1.2 |
| 10/24/2001 | Conference call re status of asberstos bankruptcies (.5); office conference Kruger, Krieger re fraudulent transfer motions (.3); telephone conference T. Maher, Kruger, Krieger re same (.3); investigation of Cozen and McKool law firms proposed by committees (.8) | Pasquale, K. | 1.9 |
| 10/26/2001 | Attention to equity committee response to case management (.2) | Pasquale, K. | 0.2 |
| 10/26/2001 | Review equity committee response to case management motion (.4). | Raskin, R. | 0.4 |
| 10/30/2001 | Review of Equity Committee's response in support of Debtors' case management bar date process. | Krieger, A. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 1.9 | $ 425 | $ 807.50 |
| Kruger, Lewis | 1.2 | 650 | 780.00 |
| Pasquale, Kenneth | 4.6 | 475 | 2,185.00 |
| Raskin, Robert | 0.4 | 550 | 220.00 |

Total For Professional Services Rendered   $ 3,992.50

**Total for this Matter**   $ 3,992.50

**RE:     Retention of Professionals**
     699842. 0006

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/01/2001 | Memos to KP, RAR re: debtors' motion to retain Rust Consulting; (0.2) | Krieger, A. | 0.2 |
| 10/11/2001 | Memo from and to KP re retention of expert by the Committee and review Court's order establishing procedures for retention of same (.5); | Krieger, A. | 0.5 |
| 10/11/2001 | Attention to expert's retention agreement | Pasquale, K. | 0.5 |
| 10/18/2001 | Review Debtors' statement in response to Inselbuch supplemental affidavit and prepare memorandum thereon (.9). | Krieger, A. | 0.9 |
| 10/22/2001 | Review Joint Asbestos Committee motion to retain McKool Smith and Cozen & O'Connor and memo re same. | Krieger, A. | 0.5 |
| 10/23/2001 | Attention to asbestos committees' motion to retain counsel to prosecute fraudulent transfer action (.8); office conference M. Sasson re opposition to same (.3) | Pasquale, K. | 1.1 |
| 10/23/2001 | Review Asbestos Committee Motion to retain Special Counsel (.8); t/c K. Pasquale, R. Raskin re: same (.5); draft objection to motion (3.0); draft memo re: same (1.0). | Sasson, M. | 5.3 |
| 10/24/2001 | Memo re supplemental application of Asbestos PI Committee to retain E. Warren (.5); case law research re basis for challenging above (.7). | Krieger, A. | 1.2 |
| 10/24/2001 | Continued drafting objection to motion and memo re: same; research proposed law firms. | Sasson, M. | 5.5 |
| 10/25/2001 | Review case law and pleadings re retention of Warren by Caplin & Drysdale. | Krieger, A. | 3.7 |
| 10/25/2001 | Attention to draft opposition to asbestos committees' motion to retain law firms on fraudulent transfer claims (2.5); revised memo to committee re same (.4); telephone conference Kirkland re asbestos committees' motion (.3) | Pasquale, K. | 3.2 |
| 10/25/2001 | Review email re retention of Warren. | Raskin, R. | 0.2 |
| 10/25/2001 | Continued drafting objection to motion and memo re: same; research proposed law firms. | Sasson, M. | 5.5 |

| 10/26/2001 | Review draft of Committee's opposition to asbestos committee's joint motion to retain special counsel and office conference M. Sasson re above (1.0); memos to T. Maher re same (.2). | Krieger, A. | 1.2 |
| 10/26/2001 | Review memo from A. Krieger re retention of counsel (.2), review Pasquale draft memo re response to same (.3). | Raskin, R. | 0.5 |
| 10/26/2001 | O/c A. Kreiger re: objection, revise same (1.0); t/c K. Pasquale, L. Kruger, R. Raskin re: objection, status (.5); review various filings (.5). | Sasson, M. | 2.0 |
| 10/29/2001 | Office conference M. Sasson re Committee opposition to special counsel motion and filing of same (.1); office conference RS re filing of objection (.1); follow-up memo to T. Maher re form of Committee opposition (.1); telephone call L. Kruger re hearing on fraudulent transfer claims motion (.1) ;office confrence re:PI Committee;s proposed retention of Warren and LK, discussions, and preparation of objection thereto (.3). | Krieger, A. | 0.7 |
| 10/29/2001 | Review correspondence re: Warren retention (.2); review supplemental application to retain Professor Warren (.2), t/c A. Krieger re scheduling conf. call (.2). | Raskin, R. | 0.6 |
| 10/29/2001 | T/c K. Pasquale, A. Kreiger re: objection, revise same; file. | Sasson, M. | 1.0 |
| 10/29/2001 | Conference with A. Krieger re filing and service of response to joint motion to employ Cozen & McKool (.2); work regarding same (.4). | Serrette, R. | 0.6 |
| 10/30/2001 | Telephone conference P. Lockwood re Warren retention motion (.3); attention to same | Pasquale, K. | 0.5 |
| 10/30/2001 | Review application to retain Professor Warren (.2), t/c S. Case re issues related to retention (.1). | Raskin, R. | 0.3 |
| 10/31/2001 | Review Debtors' objection to Asbestos Committee's retention of Special Counsel to prosecute the fraudulent transfer claims and memos to and from KP re same (.4) | Krieger, A. | 0.4 |
| 10/31/2001 | Office conference with K. Pasquale regarding objection to Elizabeth Warren retention. | Kruger, L. | 0.2 |
| 10/31/2001 | Attention to Debtors' opposition to asbestos committees' motion to retain law firms (.2); attention to Warren retention issues (.4) | Pasquale, K. | 0.6 |
| 10/31/2001 | Numerous t/css with A. Krieger and K. Pasquale re Warren retention (.3), t/c T. Maher re same (.1). | Raskin, R. | 0.4 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|----------------------|-----------|----------|-----------|
| Krieger, Arlene | 9.3 | $ 425 | $ 3,952.50 |
| Kruger, Lewis | 0.2 | 650 | 130.00 |
| Pasquale, Kenneth | 5.9 | 475 | 2,802.50 |
| Raskin, Robert | 2.0 | 550 | 1,100.00 |
| Sasson, Moshe | 19.3 | 360 | 6,948.00 |
| Serrette, Rosemarie | 0.6 | 150 | 90.00 |

Total For Professional Services Rendered    $ 15,023.00

**Total for this Matter**    $ 15,023.00

RE:     **Creditors Committee Issues/Conferences**
        699842. 0007

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/01/2001 | Telephone conference Lynn Ryan re: status of bar date motion and forwarded correspondence to L. Ryan (0.5) | Krieger, A. | 0.5 |
| 10/01/2001 | Preparation for meeting with prospective asbestos expert (1.0) | Pasquale, K. | 1.0 |
| 10/02/2001 | Meeting and interview with potential expert on asbestos litigation issues and follow-up conversation (2.0); prepare memo to the Committee re: proposed retention of expert (1.0); memo to the Committee re: resignation of Wells Fargo from the Committee (0.3) | Krieger, A. | 3.3 |
| 10/02/2001 | Preparation for and meeting with, prospective asbestos expert (1.5) | Pasquale, K. | 2.5 |
| 10/02/2001 | Committee meeting to interview proposed expert. | Raskin, R. | 2.0 |
| 10/02/2001 | Final preparation for Committee meeting with potential expert (.3). | Serrette, R. | 0.3 |
| 10/03/2001 | Committee's interview and telephone conference with M. Chehi re: expert for asbestos-related issues (0.3); Review Exxon's summary judgment motion re: Samson Hydro carbons' case pending in Oklahoma (0.8) | Krieger, A. | 1.1 |
| 10/11/2001 | Review motion re: proposed settlement with State of Washington and prepare memorandum discussing sasme (1.8) | Krieger, A. | 1.8 |
| 10/15/2001 | Review Debtors' proposed settlements with the State of New York and Gloucester action, and order establishing procedures for such settlement (.6); telephone call S. Schwartz and follow-up memo to and from SS re proposed settlements (.4). | Krieger, A. | 1.0 |
| 10/17/2001 | Telephone call David Carickhoff re request for additional information on proposed settlement with the State of Washington (.1); extended telephone call M. Young (Perkins firm) re information on proposed Washington State Settlement (.9); office conference RAR re proposed claims settlements involving State of New York tax audit and Gloucester/DelMonte action (.1). | Krieger, A. | 1.1 |
| 10/18/2001 | Prepare memo to the Committee re proposed settlement with the State of Washington (2.2) t/c S. Cunningham re same and request for company data | Krieger, A. | 2.8 |

(.2); o/c RAR re data requests (.2); t/c S. Cunningham re correspondence to Debtors counsel (.2);

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 10/19/2001 | Telephone calls S. Cunningham re request for detail to legacy liabilities and conference call with Debtors' counsel and Blackstone Group representative to discuss (.2); office conference RAR re conference call (.1); review legacy liability memo (0.3); conference call with RAR and representatives for Debtors. FTI P&M, Blackstone Group re legacy liabilities and receipt of underlying detail, and follow up office conference re same (1.5); memos to and from T. Maher re proposed resolution of tax claim with the State of Washington settlement (0.1); memos to and from P. Brach (B of A) and to RAR, LK, T. Maher re advice concerning B of A's selling its debt and resignation from the Committee (.5); memo to C. MacCullum re Committee membership (.1). | Krieger, A. | 2.9 |
| 10/22/2001 | Reviewed Caterpillar motion to compel payment of post-petition rent on leased equipment and revise Toyota motion for same and alternative lift stay, adequate protection relief and began to prepare memorandum re same (1.3); telephone call S. Schwartz re same (.1). | Krieger, A. | 1.4 |
| 10/23/2001 | Prepare memorandum to the Committee re proposed settlements of NY State tax assessment claims and Gloucester litigation. | Krieger, A. | 1.2 |
| 10/24/2001 | Review and revise memo to the Committee re proposed claims settlements and memo to S. Schwartz re outstanding questions (1.3); telephone call S.Schwartz re Caterpillar and Toyota motions and status of discussions thereon (.2); review memo to the Committee re Joint Asbestos Committee motion to retain special counsel and office conference KP re same (.5). | Krieger, A. | 2.0 |
| 10/25/2001 | Telephone call C. Maycen re requested extension of time to respond to Caterpillar motion (.1); prepare memorandum to the Committee re motions by Caterpillar and Toyota compelling payment of post-petition amounts of recovery of property (1.3); office conference KP re revised memo to the Committee discussing joint motion to retain special counsel to prosecute fraudulent transfer claims and circulate same (.3). | Krieger, A. | 1.7 |
| 10/26/2001 | Review, revise memo to the Committee re Caterpillar and Toyota motions (.2); review, revise memo to the Committee re settlement of tax claims and Gloucester litigation (.3). | Krieger, A. | 1.2 |

| 10/26/2001 | Conference with A.Krieger re memo to T.Maher re response to Cozon retention (.2); work regarding same (.1); memo on Caterpillar motion to the Committee (.2). | Serrette, R. | 0.5 |
|---|---|---|---|
| 10/29/2001 | Memorandum to the Committee re proposed re proposed claim settlement (.2) memos from and to T. Maher re proposed claim settlement and additional information from the Debtors regarding same (.6); modify memo to reflect additional information received (.8); memorandum to T. Maher re pending tax legislation (.2). | Krieger, A. | 1.8 |
| 10/29/2001 | Memo from and to S. Schwartz re status of discussions with Toyota Motor Credit Corps and Caterpillar regarding their motions in respect of personal property. | Krieger, A. | 0.8 |
| 10/30/2001 | Memos from and to T. Maher re Debtors' proposed settlements of New York State and Gloucester matters (.2); complete revised memo to the Committee re Debtors' proposed settlements and circulate same (1.1); review Inselbuch affidavit and Asbestos PI Committee's supplemental application to employ E. Warren and prepare draft memorandum to the Committee discussing same (2.3); conference call with KP and P. Lockwood re Warren retention issues (.6); review Committee memo to reflect conference call material (.4). | Krieger, A. | 4.4 |
| 10/31/2001 | Revise memo to the Committee re proposed retention of Warren and issues in connection therewith and memos and telephone conferences to and from KP and RAR re same (1.5); memos to T. Maher and the Committee re Asbestos Committee's proposed retention of E. Warren and T. Maher's position thereon (.5). | Krieger, A. | 2.0 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 31.0 | $ 425 | $ 13,175.00 |
| Pasquale, Kenneth | 3.5 | 475 | 1,662.50 |
| Raskin, Robert | 2.0 | 550 | 1,100.00 |
| Serrette, Rosemarie | 0.8 | 150 | 120.00 |
| | Total For Professional Services Rendered | | $ 16,057.50 |
| | Total for this Matter | | $ 16,057.50 |

RE:    **Financial Reports & Analysis**
       **699842. 0009**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/01/2001 | Telephone conference S. Cunningham re: expert interview; operational information from Grace and 10/10-11 meetings (0.3) | Krieger, A. | 0.3 |
| 10/05/2001 | Memo to and from C. Whitney re transmittal of FTI analysis of five year business plan to the Committee (.2); review revised analysis (.4). | Krieger, A. | 0.6 |
| 10/11/2001 | Memos from and to C. Whitney re FTI meeting with the Company, business plan analysis (.2); telephone call C. Whitney re company meeting (.1). | Krieger, A. | 0.3 |
| 10/12/2001 | Extended telephone call S. Cunningham re 10/10/01 meeting with Grace personnel (.9); office conference RAR re above (.1). | Krieger, A. | 1.0 |
| 10/14/2001 | Prepare memorandum re legacy liability information | Krieger, A. | 1.3 |
| 10/15/2001 | Review FTI analysis re project chi acquisition and office conference S. Cunningham and memo to RAR, LK re same (1.8) | Krieger, A. | 1.8 |
| 10/16/2001 | Telephone call S.Cunningham and then memo to LK, RAR re project chi review (.2). | Krieger, A. | 0.2 |
| 10/18/2001 | Review Debtors' August financial report and telephone call S. Cunningham re same (1.6). | Krieger, A. | 1.6 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 7.1 | $ 425 | $ 3,017.50 |

Total For Professional Services Rendered    $ 3,017.50

**Total for this Matter**    $ 3,017.50

**RE:**   **Analysis of Pre-Petition Transactions**
       **699842. 0013**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/12/2001 | Review Grace historical financial information. | Krieger, A. | 1.1 |
| 10/14/2001 | Review fraudulent transfer complaint. | Krieger, A. | 0.6 |
| 10/15/2001 | Review fraudulent transfer complaint (.3); review Grace web-site for business unit information (1.6). | Krieger, A. | 1.9 |
| 10/16/2001 | Review  public documentation(3.4). | Krieger, A. | 3.4 |
| 10/17/2001 | Review of historical business information. | Krieger, A. | 3.5 |
| 10/19/2001 | Continue to review historical financial information (1.2). | Krieger, A. | 1.2 |
| 10/21/2001 | Review historical business information. | Krieger, A. | 3.4 |
| 10/22/2001 | Continue to review historical business information (4.5). | Krieger, A. | 4.5 |
| 10/23/2001 | Researched prepetition documents at AK's request. | Defreitas, V. | 0.3 |
| 10/23/2001 | Continue to review historical business information. | Krieger, A. | 4.6 |
| 10/24/2001 | Review Grace historical financial/business information (2.1); telephone call C. MacCullum re pre-petition indebtedness and corporate structure (.4). | Krieger, A. | 2.5 |
| 10/25/2001 | Reviewed historical financial, business information (1.1). | Krieger, A. | 1.1 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Defreitas, Vaughn | 0.3 | $ 100 | $ 30.00 |
| Krieger, Arlene | 27.8 | 425 | 11,815.00 |

Total For Professional Services Rendered    $ 11,845.00

**Total for this Matter**    $ 11,845.00

**RE:    Tax Issues**
        **699842. 0018**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/01/2001 | Meeting w/Raskin, Ordway, Cunningham re tax issues (2.6); review corporate documents and analysis re structure (1.8); call w/M Levy re documents (.1). | Greenberg, M. | 4.5 |
| 10/01/2001 | Meeting with Ordway, Cunningham, Raskin, Greenberg et al at 767 Third re tax issues (2.5), t/c Greenberg (.1), research re 10 year carryback for asbesos claims (1.4). | Levy, M. | 4.0 |
| 10/01/2001 | Meeting with representatives of Policano & Manzo and Stroock re due diligence on tax issues, follow-up t/cs to J Kapp re due diligence | Raskin, R. | 2.5 |
| 10/03/2001 | Received assignment from M. Levy (0.1); Research re: Tax Code Section 172 about net operating losses and products liability exceptions (1.2). | Brandes, R. | 1.3 |
| 10/03/2001 | NOI (carryback, etc.) - review Sealed Air proxy material re effect on NOL. | Levy, M. | 0.4 |
| 10/04/2001 | Westlaw research on Section 172(f) and whether asbestos claims are considered tort liability or product liability for net operating loss rules & carryback provisions (1.7). | Brandes, R. | 1.7 |
| 10/04/2001 | Review draft tax information request (.2); analysis re potential additional materials (.6); d/w MAL and review revised request (.6); analysis re consolidated return issues (2). | Greenberg, M. | 2.8 |
| 10/04/2001 | Request for tax information - revise Policano and Manzo draft, o/c Greenberg. | Levy, M. | 1.0 |
| 10/05/2001 | Research Westlaw & reading Westlaw materials for law reviews & tax articles on treatment of Asbestos under Section 172(f) (2.2); meeting w/M. Levy re: status of assignment (0.4). | Brandes, R. | 2.6 |
| 10/05/2001 | Analysis re NOL related issues (.8); review authorities re same (.6). | Greenberg, M. | 1.4 |
| 10/05/2001 | Tax information request - review revised draft (.1), t/c Raskin (.1). | Levy, M. | 0.2 |
| 10/08/2001 | Research of various tax treatises under Section 172(f) (0.3); Lexis research for law reviews and journal articles on Section 172(f) and whether Asbestos claims are products liability claims (2.9). | Brandes, R. | 3.2 |

| | | | |
|---|---|---|---|
| 10/09/2001 | Meeting w/M. Levy re: results of research (0.3); Westlaw research for IRS private letter rulings, technical advice memos (0.5); Westlaw & Lexis research on tax case law & bankruptcy case law (1.2). | Brandes, R. | 2.0 |
| 10/09/2001 | Deductability of asbestos losses - office conference with R. Brandes (.2); telephone call with Raskin re: meeting of tax people (.1) | Levy, M. | 0.3 |
| 10/09/2001 | T/c M Levy re tax information 2], t/c to S Schwartz re tax meeting and information requests 2] | Raskin, R. | 0.4 |
| 10/10/2001 | NOL carrybacks - review proposed legislation on extending 10-yr. carryback for asbestos losses | Levy, M. | 0.4 |
| 10/15/2001 | Review, revise memorandum re legacy liability information  (.9); telephone calls S. Cunningham re above and tax information request (.2); memos re legacy liabilities, tax information request (.5); memo from and to M. Levy re tax information request (.1). | Krieger, A. | 1.7 |
| 10/15/2001 | review Arlene Krieger's memo re: tax and other liability issues | Levy, M. | 0.5 |
| 10/16/2001 | Telephone calls S. Cunningham re asbestos liabilities, Company's response to Tax Information Request (.6); memorandum re tax request and liabilities information (.5); memos to and from S.Schwartz re Company';s response to Tax information request (.2). | Krieger, A. | 0.4 |
| 10/17/2001 | Memos from and to S. Schwartz re data room (.2); memos to RAR, ML re response to tax information request and office conference ML re same (.3). | Krieger, A. | 0.5 |
| 10/17/2001 | Review Kirkland letter responding to our request for tax information (.2), t/c(s) and e-mail with A. Krieger re data room for tax info (.3). | Levy, M. | 0.5 |
| 10/18/2001 | O/C with M. Levy & M. Greenberg re: whether asbestos claims are liabilities incurred in the ordinary course of business for purposes of Code Sections (L)(5) (.4]; researching asbestos claims issue (1.7); o/c with M. Levy re results of asbestos claim research (.4]. | Eichler, M. | 2.5 |
| 10/18/2001 | Analysis re 382(L)(5) (0.3)Con. w/MAL re same (.2). | Greenberg, M. | 0.5 |
| 10/18/2001 | Issue whether asbestos claimants qualify as trade creditors for IRC Section 382(I)(5) - o/c Greenberg and Eichler (.2), o/c Eichler (.2). | Levy, M. | 0.4 |
| 10/19/2001 | Review tax information. | Greenberg, M. | 0.8 |

| 10/19/2001 | Prepare follow up-correspondence to Debtors' counsel re outstanding tax-information request (.9); correspondence from S. Schwartz re tax-related information and forward same (.4). | Krieger, A. | 1.3 |
| 10/19/2001 | Review tax information submitted by Debtor's counsel (.6). | Levy, M. | 0.6 |
| 10/22/2001 | Memos to and from M. Levy re tax information correspondence (.1); review and revise letter to S. Schwartz re tax information request (.2). | Krieger, A. | 0.3 |
| 10/22/2001 | Revise Krieger letter to Company with regard to tax information (.2).. | Levy, M. | 0.2 |
| 10/23/2001 | Review tax information forwarded by Debtor. | Greenberg, M. | 0.5 |
| 10/23/2001 | Memo from and to S. Schwartz re tax information request (.1). | Krieger, A. | 0.1 |
| 10/26/2001 | Phone message from M. Levy re: assignment (0.1); reviewed research and performed additional research for the net operating loss carryback procedures proposed new legislation re: asbestos & the Legislative History (1.9). | Brandes, R. | 2.0 |
| 10/26/2001 | Review debtor material re tax position and nol issue (.4); preliminary review of tax legistation (1.4). | Greenberg, M. | 1.8 |
| 10/26/2001 | Pending tax legislation re carryback loss for asbestos - e-mails to and from Krieger (.1), review tax legislation (.2). | Levy, M. | 0.3 |
| 10/29/2001 | Assignment received from M. Levy (0.1); additional research performed on Westlaw and Internet re: proposed Asbestos Related claims legislation (0.6); wrote memorandum on the proposed legislation (1.2). | Brandes, R. | 1.9 |
| 10/29/2001 | Review proposed legislation (.7); analysis re impact on various credit related issues (.9); analysis re impact of limitation (.8). | Greenberg, M. | 2.4 |
| 10/29/2001 | Tax legislation re NOL carryback for asbestos claims - o/c R. Brandes (.1), review legislation (.3). | Levy, M. | 0.4 |
| 10/30/2001 | Wrote memorandum on proposed asbestos related claims legislation to section 172 and section 468B (1.2); revisions to memo & cite checking (0.3). | Brandes, R. | 1.5 |
| 10/30/2001 | Con. w/MAL re legislation memo (.3); review provision and comment on memo (1.8); analysis re 468B tie in (.3); d/w RB re same (.8); review EPA material (.8). | Greenberg, M. | 4.0 |

| 10/30/2001 | Telephone call S. Schwartz re inquiry regarding timing on receipt of tax-related documentation and memo re same (.3). | Krieger, A. | 0.3 |
| 10/30/2001 | Proposed tax legislation regarding asbestos loss carrybacks - review prepaid legislation (.4), review and revise R. Brandes memo (.8), o/c M. Greenberg (.2). | Levy, M. | 1.4 |
| 10/31/2001 | Reviewing consent decree and associated motions .5]; researching whether SEP payments made pursuant to a consent decree are deductible (2.4); t/c with M.. Levy and M. Greenberg re: deductibility of SEP payments (.2); o/c with M. Greenberg same (.4). | Eichler, M. | 4.5 |
| 10/31/2001 | Review EPA materials (1.3); d/w ME re legal issues (.9) con. w/MAL re same (.3); call w/ME and MAL (.2); review legal authorities re deductibility issues and calls w/AK (1.3). | Greenberg, M. | 4.0 |
| 10/31/2001 | Memo to and from S. Schwartz re tax information request and documentation being forwarded (.2). | Krieger, A. | 0.2 |
| 10/31/2001 | Motion for Consent Decree re EPA claim in Montana/issue of deductability of payment to SEP - o/c(s) Greenberg (.3), review Motion, Consent Decree and Order and A. Krieger memo re same (.6), review case law (.5), c/c Greenberg and Eichler (.2). | Levy, M. | 1.6 |

| Summary of Hours | Hours | Rate | Total |
| --- | --- | --- | --- |
| Brandes, Ronnie H. | 16.2 | $ 185 | $ 2,997.00 |
| Eichler, Mark | 7.0 | 350 | 2,450.00 |
| Greenberg, Mayer | 22.7 | 500 | 11,350.00 |
| Krieger, Arlene | 4.8 | 425 | 2,040.00 |
| Levy, Mark | 12.2 | 615 | 7,503.00 |
| Raskin, Robert | 2.9 | 550 | 1,595.00 |

Total For Professional Services Rendered    $ 27,935.00

Total for this Matter    $ 27,935.00

**RE:**  **Environmental Issues**
       **699842. 0024**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/28/2001 | Review Debtors motion for authorization to enter into consent decree with EPA regarding USA action for entry and access to Libby, Montana property and prepare memorandum of issues, follow-up information to be obtained to evaluate same (3.8). | Krieger, A. | 3.8 |
| 10/29/2001 | Review memo on consent decree, T/C  A. Krieger. | Berg, M. | 0.4 |
| 10/29/2001 | Complete memorandum re debtors' motion for approval of EPA consent agreement and extended office conference M. Berg re environmental claim, other issues. | Krieger, A. | 1.4 |
| 10/29/2001 | Review motion to approve EPA consent decree (.5); review draft memo to committee re EPA settlement and forward to environmental and tax lawyers for review (.4). | Raskin, R. | 0.9 |
| 10/30/2001 | Telephone call Jan Baer re EPA Consent Decree, request for complaint, Court's order and related documentation, discussed basis for payment deduction other (.2) ;memo to M. Levy, M.Greenberg re deductibility of payment (.1). | Krieger, A. | 0.3 |
| 10/31/2001 | Review consent decree, motion, etc., regarding EPA action regarding Libby Mine, research regarding history of mine and EPA actions, T/C A. Krieger. | Berg, M. | 2.5 |
| 10/31/2001 | Office conference M. Greenberg re EPA settlement and deductibility of SEP Fund payment (.5); telephone conferences S. Cunningham re tax issues (.2); memos to M. Greenberg re same (.3); telephone call J. Baer re deductibility of payment for tax purposes and Company tax person to discuss it with, background documentation (2); office conference M. Berg re EPA issues and review of publicly available information on the site (.3); office conference MAS re classification of EPA claims in the Third Circuit and Consent Decree provisions (.3); | Krieger, A. | 1.8 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Berg, Madelaine | 2.9 | $ 415 | $ 1,203.50 |
| Krieger, Arlene | 7.3 | 425 | 3,102.50 |
| Raskin, Robert | 0.9 | 550 | 495.00 |

Total For Professional Services Rendered     $ 4,801.00

**Total for this Matter**     $ 4,801.00

Total For Professional Services Rendered     101,069.00

**Total Bill**    **$ 101,069.00**