**EXHIBIT C**

# W R GRACE & COMPANY
## SUMMARY OF FEES
## THROUGH OCTOBER 31, 2001

| Summary of Hours | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNERS** | | | |
| Greenberg, Mayer | 22.7 | 500 | 11,350.00 |
| Kruger, Lewis | 3.3 | 650 | 2,145.00 |
| Levy, Mark | 12.2 | 615 | 7,503.00 |
| Pasquale, Kenneth | 16.2 | 475 | 7,695.00 |
| Raskin, Robert | 12.8 | 550 | 7,040.00 |
| Speiser, Mark | 0.3 | 575 | 172.50 |
| | | | |
| **ASSOCIATES** | | | |
| Berg, Madelaine | 2.9 | 415 | 1,203.50 |
| Brandes, Ronnie H. | 16.2 | 185 | 2,997.00 |
| Eichler, Mark | 7.0 | 350 | 2,450.00 |
| Krieger, Arlene | 105.2 | 425 | 44,710.00 |
| Sasson, Moshe | 19.3 | 360 | 6,948.00 |
| | | | |
| **PARAPROFESSIONALS** | | | |
| Defreitas, Vaughn | 24.2 | 100 | 2,420.00 |
| Gomelskaya, Irina | 10.5 | 150 | 1,575.00 |
| Mohamed, David | 0.7 | 100 | 70.00 |
| Serrette, Rosemarie | 18.6 | 150 | 2,790.00 |
| | | | |
| **Total** | **272.1** | | **$ 101,069.00** |