**EXHIBIT D**

## STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

November 12, 2001
Invoice: 247683

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

**FOR DISBURSEMENTS INCURRED** in the captioned matter for the period
through October 31, 2001, including:

| Date | Description | Amount |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 10/16/2001 | Federal Express T#814154275200 R SERRETTE to: LJ JACKSON PLANTATION,FL | 16.55 |
| 10/23/2001 | Federal Express T#814154274248 ROSE SERRETTE to: MICHAEL MACCO HUNTINGTON,NY | 9.40 |
| 10/31/2001 | FedEx Log 10/16/01 L J Jackson Fort Lauderdale, FL | 10.00 |
| **Outside Messenger Service Total** | | **35.95** |
| **Meals** | | |
| 10/08/2001 | VENDOR: Harry's Outgoing, Inc.; INVOICE#: 083101; DATE: 8/31/01<br>R Serrette 8/28 | 15.20 |
| **Meals Total** | | **15.20** |
| **Local Transportation** | | |
| 10/16/2001 | NYC Two Ways Inc. SERRETTE 09/10/01 21:44 M from 180 MAIDEN LA to SOUTH RICHMON | 41.88 |
| 10/19/2001 | NYC Two Ways Inc. SERRETTE 10/02/01 20:57 M from 180 MAIDEN LA to SOUTH RICHMON | 38.31 |
| **Local Transportation Total** | | **80.19** |
| **Long Distance Telephone** | | |
| 10/01/2001 | EXTN.5003, TEL.312-861-2124, S.T.10:21, DUR.02:42 | 0.97 |
| 10/01/2001 | EXTN.5422, TEL.312-861-3103, S.T.14:35, DUR.02:54 | 0.97 |
| 10/01/2001 | EXTN.5492, TEL.201-384-1279, S.T.11:34, DUR.04:36 | 1.62 |

| | | |
|---|---|---:|
| 10/01/2001 | EXTN.5562, TEL.202-371-9770, S.T.15:10, DUR.03:36 | 1.30 |
| 10/01/2001 | VENDOR: At&T Teleconference Services; INVOICE#: 100101;<br>DATE: 10/1/01<br>10/1 k Pasquale | 1.29 |
| 10/02/2001 | VENDOR: Deraventures, Inc.; INVOICE#: 09061-02201-01;<br>DATE: 9/5/01<br>telecom. services | 231.75 |
| 10/02/2001 | EXTN.5002, TEL.973-426-2544, S.T.15:38, DUR.03:42 | 1.30 |
| 10/02/2001 | EXTN.5492, TEL.302-657-4924, S.T.16:05, DUR.01:12 | 0.65 |
| 10/02/2001 | EXTN.5492, TEL.954-583-0773, S.T.17:20, DUR.07:54 | 2.59 |
| 10/02/2001 | EXTN.5492, TEL.941-355-3076, S.T.17:45, DUR.02:30 | 0.97 |
| 10/03/2001 | EXTN.3544, TEL.302-651-3160, S.T.13:22, DUR.01:18 | 0.65 |
| 10/03/2001 | EXTN.5562, TEL.312-861-2000, S.T.11:34, DUR.01:54 | 0.65 |
| 10/04/2001 | EXTN.5422, TEL.217-352-3459, S.T.11:49, DUR.01:54 | 0.65 |
| 10/04/2001 | EXTN.5562, TEL.202-371-9770, S.T.16:42, DUR.01:36 | 0.65 |
| 10/05/2001 | EXTN.5492, TEL.201-384-1279, S.T.16:17, DUR.07:30 | 2.59 |
| 10/08/2001 | EXTN.5430, TEL.201-556-4003, S.T.14:31, DUR.00:48 | 0.32 |
| 10/09/2001 | EXTN.5007, TEL.312-861-2100, S.T.16:41, DUR.06:00 | 1.94 |
| 10/09/2001 | EXTN.5007, TEL.312-269-4050, S.T.16:47, DUR.02:36 | 0.97 |
| 10/09/2001 | EXTN.5007, TEL.201-843-4900, S.T.16:54, DUR.01:24 | 0.65 |
| 10/09/2001 | EXTN.5492, TEL.201-384-1279, S.T.11:51, DUR.04:36 | 1.62 |
| 10/09/2001 | EXTN.5492, TEL.201-384-1279, S.T.12:01, DUR.02:30 | 0.97 |
| 10/10/2001 | EXTN.5492, TEL.201-384-1279, S.T.10:42, DUR.00:42 | 0.32 |
| 10/11/2001 | EXTN.5492, TEL.201-384-1279, S.T.09:06, DUR.06:24 | 2.27 |
| 10/12/2001 | EXTN.5544, TEL.201-556-4040, S.T.10:24, DUR.51:48 | 16.85 |
| 10/15/2001 | EXTN.5544, TEL.201-556-4040, S.T.17:05, DUR.01:54 | 0.65 |
| 10/15/2001 | EXTN.5544, TEL.312-861-3103, S.T.17:07, DUR.13:42 | 4.54 |
| 10/16/2001 | EXTN.3544, TEL.201-556-4040, S.T.17:21, DUR.02:12 | 0.97 |
| 10/16/2001 | EXTN.5544, TEL.312-861-3103, S.T.12:44, DUR.01:42 | 0.65 |
| 10/16/2001 | EXTN.5544, TEL.203-862-8231, S.T.12:47, DUR.03:18 | 1.30 |

| | | |
|---|---|---|
| 10/16/2001 | EXTN.5544, TEL.302-652-4100, S.T.13:15, DUR.01:12 | 0.65 |
| 10/16/2001 | EXTN.5544, TEL.201-556-4040, S.T.15:45, DUR.01:12 | 0.65 |
| 10/17/2001 | EXTN.5422, TEL.312-861-2124, S.T.14:03, DUR.04:18 | 1.62 |
| 10/18/2001 | EXTN.5492, TEL.302-571-6703, S.T.11:08, DUR.01:42 | 0.65 |
| 10/18/2001 | EXTN.5544, TEL.201-556-4040, S.T.18:46, DUR.02:06 | 0.97 |
| 10/18/2001 | EXTN.5544, TEL.201-556-4003, S.T.18:49, DUR.02:24 | 0.97 |
| 10/19/2001 | EXTN.5422, TEL.201-843-4900, S.T.11:04, DUR.09:36 | 3.24 |
| 10/19/2001 | EXTN.5422, TEL.908-507-1632, S.T.14:46, DUR.01:06 | 0.65 |
| 10/22/2001 | EXTN.5544, TEL.312-861-3103, S.T.16:59, DUR.02:24 | 0.97 |
| 10/22/2001 | EXTN.5562, TEL.312-861-2000, S.T.11:03, DUR.01:48 | 0.65 |
| 10/23/2001 | EXTN.5492, TEL.954-583-0773, S.T.17:34, DUR.01:30 | 0.65 |
| 10/23/2001 | EXTN.5492, TEL.954-583-0773, S.T.17:40, DUR.04:36 | 1.62 |
| 10/24/2001 | EXTN.5492, TEL.954-357-7158, S.T.12:18, DUR.23:42 | 7.78 |
| 10/24/2001 | EXTN.5492, TEL.954-583-0773, S.T.15:24, DUR.12:24 | 4.21 |
| 10/24/2001 | EXTN.6035, TEL.201-432-7840, S.T.11:58, DUR.06:06 | 2.27 |
| 10/25/2001 | EXTN.3544, TEL.302-888-6800, S.T.10:43, DUR.02:00 | 0.65 |
| 10/26/2001 | EXTN.5492, TEL.908-604-5959, S.T.15:35, DUR.04:30 | 1.62 |
| 10/26/2001 | EXTN.5492, TEL.201-384-1279, S.T.16:33, DUR.06:06 | 2.27 |
| 10/29/2001 | EXTN.5562, TEL.504-525-2500, S.T.11:39, DUR.03:18 | 1.30 |
| 10/29/2001 | EXTN.5562, TEL.202-862-5065, S.T.15:20, DUR.07:00 | 2.27 |
| 10/30/2001 | EXTN.3544, TEL.312-861-2162, S.T.15:17, DUR.12:06 | 4.21 |
| 10/30/2001 | EXTN.5492, TEL.201-541-9460, S.T.13:14, DUR.03:24 | 1.30 |
| 10/30/2001 | EXTN.5492, TEL.201-384-1279, S.T.14:08, DUR.02:42 | 0.97 |
| 10/30/2001 | EXTN.5492, TEL.201-384-1279, S.T.16:40, DUR.03:36 | 1.30 |
| 10/30/2001 | EXTN.5492, TEL.954-583-0773, S.T.19:14, DUR.57:18 | 14.33 |
| 10/30/2001 | EXTN.5562, TEL.202-862-5065, S.T.16:30, DUR.27:42 | 9.07 |
| 10/31/2001 | EXTN.5492, TEL.302-657-4900, S.T.10:44, DUR.01:30 | 0.65 |
| 10/31/2001 | EXTN.5492, TEL.757-575-0584, S.T.11:30, DUR.00:54 | 0.32 |

| | | |
|---|---|---|
| 10/31/2001 | EXTN.5492, TEL.757-575-0584, S.T.12:23, DUR.07:24 | 2.59 |
| 10/31/2001 | EXTN.5544, TEL.312-861-2162, S.T.14:44, DUR.01:42 | 0.65 |
| 10/31/2001 | EXTN.5562, TEL.312-861-2124, S.T.14:30, DUR.02:06 | 0.97 |
| | **Long Distance Telephone Total** | **354.64** |

**Duplicating Costs-in House**

| | |
|---|---|
| 10/01/2001 | 15.90 |
| 10/01/2001 | 6.20 |
| 10/02/2001 | 0.40 |
| 10/03/2001 | 8.30 |
| 10/03/2001 | 0.40 |
| 10/04/2001 | 3.40 |
| 10/05/2001 | 2.00 |
| 10/05/2001 | 2.00 |
| 10/08/2001 | 0.10 |
| 10/09/2001 | 8.00 |
| 10/10/2001 | 1.80 |
| 10/11/2001 | 0.50 |
| 10/11/2001 | 3.60 |
| 10/16/2001 | 0.20 |
| 10/16/2001 | 0.80 |
| 10/16/2001 | 3.20 |
| 10/17/2001 | 0.50 |
| 10/17/2001 | 7.60 |
| 10/18/2001 | 9.00 |
| 10/18/2001 | 3.00 |
| 10/19/2001 | 14.80 |
| 10/19/2001 | 0.30 |
| 10/22/2001 | 4.40 |
| 10/22/2001 | 8.30 |

| | |
|---|---:|
| 10/22/2001 | 0.30 |
| 10/22/2001 | 0.10 |
| 10/22/2001 | 4.00 |
| 10/23/2001 | 0.80 |
| 10/23/2001 | 25.50 |
| 10/24/2001 | 8.50 |
| 10/24/2001 | 11.00 |
| 10/24/2001 | 2.50 |
| 10/24/2001 | 56.10 |
| 10/24/2001 | 0.60 |
| 10/25/2001 | 0.60 |
| 10/25/2001 | 3.90 |
| 10/26/2001 | 14.70 |
| 10/26/2001 | 1.50 |
| 10/29/2001 | 4.20 |
| 10/29/2001 | 1.10 |
| 10/29/2001 | 8.90 |
| 10/29/2001 | 0.60 |
| 10/30/2001 | 4.20 |
| 10/31/2001 | 17.40 |
| 10/31/2001 | 36.60 |
| 10/31/2001 | 0.20 |
| 10/31/2001 | 8.20 |
| 10/31/2001 | 0.10 |
| **Duplicating Costs-in House Total** | **316.30** |

**Postage**
| 10/31/2001 | Postage Charged by on 10/24/2001 | 11.85 |
|---|---|---:|

| **Postage Total** | **11.85** |
|---|---:|

**Miscellaneous**

10/04/2001   VENDOR: Mealey Publications, Inc; INVOICE#: 798379; DATE:        700.00
8/27/01
subs. of Mealey Asbestos Bankr, report- K Pasquale

**Miscellaneous Total**                                                   **700.00**

**O/S Information Services**

10/24/2001   VENDOR: Global Securities Information, Inc; INVOICE#:            29.77
IN000097396; DATE: 9/30/01
Usage 9/26/01

**O/S Information Services Total**                                         **29.77**

**In House Messenger Service**

10/09/2001   Early Bird Messenger 09/26/2001 Vehicle Rush from  to          26.95
STROOCK & STROOCK & LAVAN

**In House Messenger Service Total**                                       **26.95**

**Lexis/Nexis**

09/05/2001                                                                 442.60

09/06/2001                                                                 312.55

09/08/2001                                                                 297.57

10/24/2001                                                                 153.19

10/25/2001                                                                   0.01

10/26/2001                                                                 102.22

10/26/2001                                                                  60.94

10/31/2001                                                                 163.50

**Lexis/Nexis Total**                                                    **1,532.58**

**Facsimile Charges**

10/18/2001   FAX # 202-371-6601                                              6.00

10/22/2001   FAX # 312-660-0313                                              3.00

10/23/2001   FAX # 201-843-8044                                              2.00

**Facsimile Charges Total**                                               **11.00**

**Travel Expenses - Transportation**

10/03/2001   VENDOR: American Express; INVOICE#: 19183A; DATE: 8/1/01       35.00
lawyers trav fee R Raskin 8/1

10/16/2001   AMEX RASKIN/ROBERT A NYP WIL NYP on 09/06/2001                192.00

10/16/2001   AMEX RASKIN/ROBERT A NYP WIL NYP on 09/20/2001               -192.00

| | | |
|---|---|---|
| 10/26/2001 | VENDOR: American Express; INVOICE#: 19409A; DATE: 9/6/01 lawyers trav fee R Raskin 9/6 NYP WIL NYP | 42.00 |

**Travel Expenses - Transportation Total**       **77.00**

**Westlaw**

| | | |
|---|---|---|
| 10/24/2001 | ; Duration 0:08:15; By KRIEGER ARLENE G | 58.75 |
| 10/26/2001 | ; Duration 0:01:31 | 170.88 |
| 10/26/2001 | ; Duration 0:00:00 | 104.90 |
| 10/30/2001 | ; Duration 0:02:28 | 12.13 |

**Westlaw Total**       **346.66**

**Word Processing - Logit**

10/02/2001       24.00

**Word Processing - Logit Total**       **24.00**

### Bill Disbursement Summary

| | |
|---|---|
| Outside Messenger Service | $ 35.95 |
| Meals | 15.20 |
| Local Transportation | 80.19 |
| Long Distance Telephone | 354.64 |
| Duplicating Costs-in House | 316.30 |
| Postage | 11.85 |
| Miscellaneous | 700.00 |
| O/S Information Services | 29.77 |
| In House Messenger Service | 26.95 |
| Lexis/Nexis | 1532.58 |
| Facsimile Charges | 11.00 |
| Travel Expenses - Transportation | 77.00 |
| Westlaw | 346.66 |
| Word Processing - Logit | 24.00 |

Total Disbursements/Charges       3,562.09