**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objections due: December 17, 2001 at 4:00 p.m.<br>Hearing date: To be scheduled, only if objections are timely filed and served. |

**CERTIFICATE OF SERVICE**

I, Shelley A. Hollinghead, certify that I am not less than 18 years of age, and that service of a copy of the attached **Seventh Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2001 Through October 31, 2001** was made November 26, 2001, upon:

> All of the parties indicated on the attached Service List by first class mail, postage prepaid, or as otherwise indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 26, 2001

/s/ Shelley A. Hollinghead
Shelley A. Hollinghead, Paralegal
DUANE, MORRIS & HECKSCHER LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
Email:       sahollinghead@duanemorris.com

WLM\152438.1