# HARVEY, PENNINGTON, CABOT, GRIFFITH & RENNEISEN, LTD.

ATTORNEYS AT LAW

ELEVEN PENN CENTER, 29TH FLOOR
1835 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19103-2989

(215) 563-4470
FAX: (215) 568-1044

*Visit Our Website at www.harvpenn.com*

FILED
2001 SEP 20  AM 11: 43
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| CHERRY TREE CORPORATE CENTER | PARK AVENUE ATRIUM | 1509 GILPIN AVENUE | 26 S. BRYN MAWR AVENUE | 625 LIBERTY AVENUE |
|---|---|---|---|---|
| SUITE 360 | 237 PARK AVENUE | WILMINGTON, DE 19806 | SUITE 200 | 28th FLOOR |
| 535 ROUTE 38 EAST | TWENTY FIRST FLOOR | (302) 428-0719 | BRYN MAWR, PA 19010-3293 | PITTSBURGH, PA 15222 |
| CHERRY HILL, NJ 08002 | NEW YORK, NY 10017 | FAX: (302) 777-4682 | (610) 527-9200 | (412) 255-3761 |
| (856) 317-9122 | (212) 682-4900 | | FAX: (610) 527-5402 | FAX: (412) 255-3701 |
| FAX: (856) 317-2215 | FAX: (212) 697-8486 | | | |

Direct Dial: (215) 575-4131
e-mail: jwinter@harvpenn.com

September 19, 2001


Via Federal Express

Office of the Clerk, United States Bankruptcy Court
for the District of Delaware
824 Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *W.R. Grace & Co., et al.,* **U.S. Bankruptcy Court for the District of Delaware,
       Chapter 11 Bankruptcy Case Nos. 01-1139-JJF through 01-1200-JJF
       (Jointly Administered)**
       **HPCGR File No. 77003-08**

Dear Sir or Madam:

We represent the interests of PPG Industries, Inc. in connection with the above-referenced bankruptcy case. On or about August 20, 2001, we filed with the Court the following document:

> **Objection to Motion of the Debtors for Entry of an Order Pursuant to Sections 503(b) and 546 (c)(2) of the Bankruptcy Code Granting Administrative Priority Status for Reclamation Claims Deemed Valid, and Objection to Disallowance of PPG's Reclamation Claim**

**HARVEY, PENNINGTON, CABOT, GRIFFITH & RENNEISEN, LTD.**

Office of the Clerk, United States Bankruptcy Court
for the District of Delaware
September 19, 2001
Page 2

      By this letter, we wish to advise the Court that the matter has been settled, and that the aforesaid Objection is hereby withdrawn. If you have any questions about the matter, please feel free to call me at your convenience. Otherwise, thank you for your attention to this matter.

                          Very truly yours,

                          John J. Winter

                          **HARVEY, PENNINGTON, CABOT, GRIFFITH & RENNEISEN, LTD.**

Enclosures

JJW:jjw
e:\386\hpcgr\ppg\wr grace\clerk2.ltr

cc (via Regular First Class Mail, and Telecopier, to all parties on attached Service List):

HARVEY, PENNINGTON, CABOT, GRIFFITH & RENNEISEN, LTD.

Office of the Clerk, United States Bankruptcy Court
for the District of Delaware
September 19, 2001
Page 3

| | |
|---|---|
| Jay Kapp, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>(also by telecopier 312-861-2200)<br>*(Counsel for Debtors)*<br><br>Laura Davis Jones, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones, P.C.<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(also by telecopier 302-652-4400)<br>*(Local Counsel for Debtors)*<br><br>Lewis Kruger, Esquire<br>Stroock, Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982<br>(also by telecopier)<br>*(Counsel for the Official Committee of Unsecured Creditors)*<br><br>Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher, LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>(also by telecopier 302-657-4901)<br>*(Local Counsel for the Official Committee of Unsecured Creditors)*<br><br>Scott L. Baena, Esquire<br>Bilzin, Sumberg, Dunn, Baena, Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>(also by telecopier 305-374-7593)<br>*(Counsel for the Official Committee of Property Damage Claimants)* | Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>(also by telecopier 302-575-1714)<br>*(Local Counsel for the Official Committee of Property Damage Claimants)*<br><br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>(also by telecopier 212-644-6755)<br>*(Counsel for the Official Committee of Personal Injury Claimants)*<br><br>Matthew G. Zaleski, III, Esquire<br>Campbell & Levine, LLC<br>Chase Manhattan Centre, 15th Floor<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>(also by telecopier 302-426-9947)<br>*(Local Counsel for the Official Committee of Personal Injury Claimants)*<br><br>Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 N. King Street<br>Wilmington, DE 19801<br>(also by telecopier 302-573-6497) |