REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    ****** |
| One Town Center Road | Invoice Date    11/26/01 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number    60026 |

Re: (60026)  Special Asbestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2001

| Date | Name | | Hours |
|------|------|------|-------|
| 10/01/01 | Atkinson | Reviewing and printing summaries, images from Summation database of documents for attorney review(2.9); arrangements, e-mails re: coding documents(.4) | 3.30 |
| 10/01/01 | Bentz | Review of news articles regarding Grace and Libby(1.5); preparation of historical case defenses(1.5); corresponding with W. Sparks regarding witnesses and witness interviews(.5). | 3.50 |
| 10/01/01 | Butcher | Document Review | 6.40 |
| 10/01/01 | Cameron | E-mails regarding conference calls and meetings (.4); Review materials relating to potential experts and prepare outline regarding same (1.1); Review materials from J. Restivo regarding document issues (.7). | 2.20 |
| 10/01/01 | Cindrich | Document review. | 6.70 |
| 10/01/01 | DeMarchi Sleigh | Document review | 2.90 |
| 10/01/01 | DelSole | Review of case authority concerning Grace liability for finalization of memorandum in relation to same. | 2.00 |
| 10/01/01 | Devine | Work on document review. | 4.80 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page   2
       November 26, 2001

| Date | Name | | Hours |
|------|------|------|-------|
| 10/01/01 | Haines | Telephone call with Murphy, Green re: meeting with scanners(1.20); memos re: same(.70). | 1.90 |
| 10/01/01 | McDaniel | Continued document review | 2.00 |
| 10/01/01 | Muha | Document review. | 9.00 |
| 10/01/01 | Rea | Met with J. Restivo on discussions with contractors. | .20 |
| 10/01/01 | Restivo | Review sampling of "hot documents" | 2.00 |
| 10/01/01 | Trevelise | Review correspondence from K. Coggon re: document production (.10); meeting with potential scanning companies (.10). | .20 |
| 10/02/01 | Atkinson | Reviewing and printing summaries and documents from Summation for attorney review. | 2.60 |
| 10/02/01 | Bentz | Preparation of historical case defense(1.5); review of research regarding various defenses(.75). | 2.25 |
| 10/02/01 | Butcher | Document Review | 3.80 |
| 10/02/01 | Cameron | Prepare for and participate in conference call with R. Finke, A. Running, J. Hughes and consultant and various e-mails regarding same. | 1.60 |
| 10/02/01 | Cindrich | Document review. | 8.50 |
| 10/02/01 | DelSole | Conference with Attorney Sullivan regarding Daubert issues and memorandum to Attorney Cameron regarding same (1.0); review and summary of EPA materials regarding attic insulation (2.0). | 3.00 |
| 10/02/01 | Devine | Work on document review. | 3.50 |
| 10/02/01 | Flatley | Preparation for call with doctor, including message for R. Senftleben. | .40 |
| 10/02/01 | McDaniel | Continued document review | 4.00 |

| Date | Name | | Hours |
|------|------|---|-------|
| 10/02/01 | Muha | Document review. | 9.20 |
| 10/03/01 | Atkinson | Reviewing, printing summaries for attorney review(3.3); arrangements for coding additional documents(.4). | 3.70 |
| 10/03/01 | Bentz | Preparation of historical case defense | 2.70 |
| 10/03/01 | Butcher | Document Review | .30 |
| 10/03/01 | Cindrich | Document review. | 5.30 |
| 10/03/01 | DelSole | Research of on-line regulatory information concerning attic insulation and memoranda in relation to same. | 5.00 |
| 10/03/01 | Devine | Work on document review. | 8.30 |
| 10/03/01 | Flatley | Locating information on doctor (.10); call with R. Senftleben (.20). | .30 |
| 10/03/01 | Haines | Telephone call with Trevelise; memos, prepare materials for meeting with scanning companies in Boston. | .80 |
| 10/03/01 | McDaniel | Continued document review | 3.10 |
| 10/03/01 | Muha | Document review. | 8.80 |
| 10/03/01 | Restivo | Review sampling of documents reviewed | 1.00 |
| 10/03/01 | Trevelise | Telephone call with S. Haines re: meeting in Boston with scanning companies. | .10 |
| 10/04/01 | Atkinson | Copies of Grace mark-up summaries and documents for J. Restivo to review(1.7); arrangements for coding/printing documents(3.6). | 4.30 |
| 10/04/01 | Bentz | Reviewing and summarizing articles regarding Libby(.75); review of memoranda regarding EPA websites and statements(.5); preparation of historical case defense(.5). | 1.75 |

172573 W. R. Grace & Co.                              Invoice Number  ******
60026  Special Abestos Counsel                        Page   4
       November 26, 2001

| Date | Name | | Hours |
|------|------|--|-------|

| 10/04/01 | Cindrich | Document review. | 8.40 |
| 10/04/01 | Devine | Document review. | 8.40 |
| 10/04/01 | Flatley | E-mails and responses (.20); call with J. Restivo (.10). | .30 |
| 10/04/01 | Haines | Meetings with scanning companies in Boston and conference call with Finke re: results of meeting re: resumption of document review. | 8.00 |
| 10/04/01 | McDaniel | Continued document review | 1.50 |
| 10/04/01 | Muha | Document review. | 5.80 |
| 10/04/01 | Restivo | Document review and dictate notes | 2.00 |
| 10/04/01 | Trevelise | Meeting at Casner & Edwards with Holme Roberts and Casner & Edwards and document scanning companies for completion of document review project and conference call with Richard Finke re: same (7.0). | 7.00 |
| 10/05/01 | Bentz | Review of documents and memoranda. | 3.00 |
| 10/05/01 | Cameron | Review fee application materials for monthly and quarterly fee application (1.20); Review materials for upcoming meetings with consultants (1.40). | 2.60 |
| 10/05/01 | Cindrich | Document review. | 7.00 |
| 10/05/01 | DeMarchi Sleigh | Document review | 1.70 |
| 10/05/01 | Devine | Document review. | 8.20 |
| 10/05/01 | Flatley | Reply to e-mails re: conference (.20); review correspondence (.40); with D. Cameron (.20). | .80 |
| 10/05/01 | Muha | Document review. | 5.40 |
| 10/06/01 | Cameron | Prepare for meetings in Washington, D.C. and Baltimore, M.D. with respect to potential consultants. | 1.70 |

172573 W. R. Grace & Co.                           Invoice Number  ******
60026  Special Asbestos Counsel                    Page   5
       November 26, 2001

   Date   Name                                                    Hours
   ------- -----------                                            -----

10/08/01 Atkinson          Printing documents from Summation       2.80
                           re: attorney review(2.0);
                           reviewing files re: National
                           exhibits for J. Bentz(.8).

10/08/01 Bentz             Review of documents.                    2.50

10/08/01 Butcher           Document Review                         7.70

10/08/01 Cameron           Review and revise fee application       3.20
                           materials (.80); Prepare for
                           meetings with consultants and
                           telephone calls, e-mails and
                           meetings with Reed Smith attorneys
                           and/or R. Finke regarding same
                           (2.40).

10/08/01 Cindrich          Document review.                        8.10

10/08/01 DeMarchi Sleigh   Document review                         7.60

10/08/01 Devine            Work on document review.                8.50

10/08/01 Flatley           Review property damage committee        3.90
                           briefs in anticipation of review
                           of draft (1.50); reviewing
                           correspondence and organizing
                           follow up (1.60); with J. Bentz
                           (.20); call with W. Sparks on
                           scheduling and follow up on
                           scheduling issues (.60).

10/08/01 McDaniel          Continued document review              3.60

10/08/01 Muha             Document review.                         9.00

10/08/01 Restivo           Telephone call with R. Finke           2.80
                           (0.3); revise documents (2.0);
                           provide documents for D. Cameron
                           meeting in D.C. (0.5)

10/08/01 Trevelise         Review correspondence re: scanning      .10
                           companies.

10/09/01 Atkinson          Reviewing files re: Grace standard      6.30
                           exhibits, for J. Bentz(.9);
                           printing documents from Summation
                           for attorney review(5.4).

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page   6
       November 26, 2001

| Date | Name | | Hours |
|------|------|---|-------|
| 10/09/01 | Bentz | Preparation of historical case defense(4.25); conference with J. Restivo and S. Del Sole(.5); review of publications(1.0). | 5.75 |
| 10/09/01 | Butcher | Document Review | 1.20 |
| 10/09/01 | Cameron | Prepare for and attend meetings in Washington, D.C. with Grace in-house counsel, T. Hardy and consultant concerning exposure issues and telephone call with J. Restivo regarding same (8.0); Prepare summary of meeting and review related materials (.8); Prepare for next day meetings (2.3). | 11.10 |
| 10/09/01 | Cindrich | Document review. | 8.50 |
| 10/09/01 | DeMarchi Sleigh | Document review | 6.00 |
| 10/09/01 | DelSole | Conference with Attorneys Bentz and Restivo regarding regulatory statements concerning health hazard(1.30); review of same in relation to abatement activity(.70). | 2.00 |
| 10/09/01 | Devine | Work on document review. | 8.10 |
| 10/09/01 | Flatley | E-mails from/to D. Cameron re: various issues (.30); with J. Restivo re: documents issues (.20); call with W. Sparks and follow up on scheduling issues (.60). | 1.10 |
| 10/09/01 | McDaniel | Continued document review | .10 |
| 10/09/01 | Muha | Document review. | 9.10 |
| 10/09/01 | Restivo | Memos re "public health" emergency (1.5); review documents (1.5); dictate document memos (0.5) | 3.50 |
| 10/09/01 | Travelise | Review correspondence re: scanning companies for document production. | .20 |

172573  W. R. Grace & Co.                          Invoice Number  ******
60026   Special Abestos Counsel                    Page    7
        November 26, 2001

| Date | Name | | Hours |
|------|------|--|-------|
| 10/10/01 | Atkinson | Copies of summaries for J. Restivo to review(.5); printing documents from Summation for attorney review(4.1). | 4.60 |
| 10/10/01 | Bentz | Review of documents. | 2.10 |
| 10/10/01 | Cameron | Prepare for and attend meeting with A. Running, J. Hughes and industrial hygiene consultant regarding exposure issues and memo regarding same (6.); Meet with J. Hughes, W. Sparks and A. Running regarding witness issues (1.10); Prepare materials for 10/11 meeting in Baltimore with consultants and telephone call with R. Finke regarding same (1.3). | 8.40 |
| 10/10/01 | Cindrich | Document review. | 8.40 |
| 10/10/01 | DeMarchi Sleigh | Document review | 7.10 |
| 10/10/01 | Devine | Document review. | 4.80 |
| 10/10/01 | Flatley | E-mails to/from DEC (.20); review file and call with D. Cameron re: Washington meeting (.90); correspondence and J. Bentz memo (.20). | 1.30 |
| 10/10/01 | Muha | Document review. | 9.10 |
| 10/10/01 | Restivo | Document review and data relating to residential Libby review | 5.00 |
| 10/10/01 | Trevelise | Review correspondence re: potential scanning companies for document production. | .10 |
| 10/11/01 | Atkinson | Reviewing and printing documents from Summation for attorney review. | 3.80 |
| 10/11/01 | Bentz | Review of documents in preparation of historical case defense. | 1.10 |
| 10/11/01 | Butcher | Document Review | .80 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page    8
       November 26, 2001

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 10/11/01 | Cameron | Prepare for and attend meeting with consultants regarding exposure issues and telephone call with R. Finke regarding same and return to Pittsburgh (6.2); Finalize memos regarding meetings with consultants on 10/9, 10/10, and 10/11 (1.4). | 7.60 |
| 10/11/01 | Cindrich | Document review. | 7.00 |
| 10/11/01 | DeMarchi Sleigh | Document review | 5.30 |
| 10/11/01 | Devine | Document review. | 4.50 |
| 10/11/01 | Flatley | Call with W. Sparks re: scheduling and other issues (.40); message for J. Bentz and with J. Bentz re: scheduling (.10). | .50 |
| 10/11/01 | Muha | Document review. | 7.90 |
| 10/11/01 | Restivo | Review Libby residential data and send material to R. Finke | 2.80 |
| 10/11/01 | Trevelise | Review correspondence and telephone call with K. Coggon re: scanning proposals. | .20 |
| 10/12/01 | Atkinson | Internet search re: doctor(.4); arrangements for Library to search for articles by doctor(.3); printing documents from Summation database for attorney review(2.9). | 3.60 |
| 10/12/01 | Bentz | Conference with L. Flatley regarding scheduled witness interviews(.5);  Review of documents(1.25). | 1.75 |
| 10/12/01 | Butcher | Review documents | 4.20 |
| 10/12/01 | Cameron | Review and revise multiple memos regarding meetings with consultants and tasks necessary to complete work. | 1.90 |
| 10/12/01 | Cindrich | Document review. | 9.30 |
| 10/12/01 | DeMarchi Sleigh | Document review | 2.70 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page   9
       November 26, 2001

| Date | Name | | Hours |
|------|------|---|-------|

| 10/12/01 Devine | Document review. | 7.00 |
|---|---|---|
| 10/12/01 Flatley | Arrangements for Philadelphia trip (.20); call with D. Kuchinsky and follow up with M. Atkinson and library (2.20); call with D. Cameron (.20); e-mails re: status of D. Kuchinsky issue (.40); preparation for Philadelphia trip (.60); with J. Bentz re: Philadelphia trip preparation (.40). | 4.00 |
| 10/12/01 McDaniel | Continued document review | .20 |
| 10/12/01 Muha | Document review. | 8.60 |
| 10/12/01 Rea | Reviewed e-mails on contractor issue | .10 |
| 10/12/01 Trevelise | Review correspondence re: status of attorney document review. | .10 |
| 10/13/01 Atkinson | Printing documents from Summation for attorney review. | 2.40 |
| 10/13/01 Cameron | Finalize additional memoranda re: meetings and projects. | .80 |
| 10/14/01 Cameron | Prepare and finalize additional memos regarding meetings and outstanding tasks (1.2); Review and revise materials regarding fee applications (1.1). | 2.30 |
| 10/14/01 Flatley | Preparation for J. Bentz meeting and trip to Philadelphia (1.30); preparation for conference call on Monday 10/15 (1.50). | 2.80 |
| 10/14/01 Rea | Call with D. Cameron on witnesses | .10 |
| 10/14/01 Restivo | Document review (0.5); review medical/scientific documents (0.4) | .90 |
| 10/15/01 Atkinson | Checking on document review and printing documents from Summation. | .40 |

172573 W. R. Grace & Co.                     Invoice Number  ******
60026  Special Abestos Counsel               Page  10
       November 26, 2001

    Date   Name                                              Hours
    ------ --------                                          -----

10/15/01 Bentz        Meeting with L. Flatley regarding      6.10
                      preparation of historical case
                      defense(1.0); review of
                      documents(5.1).

10/15/01 Butcher      Document Review                        4.30

10/15/01 Cameron      Prepare and revise materials           4.00
                      relating to fee application (.9);
                      Review and revise memos regarding
                      consultants and exposure issues
                      (1.4); Organize strategy memo and
                      meet with J. Restivo regarding
                      same (.9); Prepare e-mails
                      regarding projects (.8).

10/15/01 Cindrich     Document review.                       8.20

10/15/01 Devine       Document review.                       8.80

10/15/01 Muha         Document review.                       9.30

10/15/01 Rea          Calls to witnesses                      .50

10/15/01 Restivo      Meeting with D. Cameron (1.5);         2.00
                      dictate memos re documents (0.5)

10/16/01 Atkinson     Reviewing and printing summaries       1.20
                      from database for attorney review.

10/16/01 Bentz        Preparation for meeting with          5.00
                      former Grace employees regarding
                      various construction products.

10/16/01 Butcher      Document Review                        6.80

10/16/01 Cindrich     Document review.                       8.40

10/16/01 Devine       Document review.                       7.50

10/16/01 Flatley      Call with W. Sparks (.10);            6.40
                      outlining issues and otherwise
                      preparing for Philadelphia
                      meetings (6.30).

10/16/01 Haines       Correspondence, memos re: scanning      .90
                      company proposals (.5); telephone
                      call with Weiler (on-site
                      sourcing) re: same (.4).

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page  11
       November 26, 2001

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/16/01 | Muha | Document review. | 5.90 |
| 10/16/01 | Rea | Meet with L. Flatley re witnesses (0.4); reviewed e-mail from D. Cameron re testing (0.1) | .50 |
| 10/16/01 | Restivo | Correspondence with R. Finke and document review | 1.00 |
| 10/16/01 | Trevelise | Review correspondence re: scanning company proposals. | .20 |
| 10/17/01 | Atkinson | Reviewing, printing Summaries from Summation database for attorney review. | 1.70 |
| 10/17/01 | Bentz | Meeting and witness interviews with W. Sparks, L. Flatley; preparation of witnesses. | 8.00 |
| 10/17/01 | Butcher | Document Review | 5.50 |
| 10/17/01 | Cindrich | Document review. | 8.30 |
| 10/17/01 | DeMarchi Sleigh | Document review | 1.10 |
| 10/17/01 | Devine | Document review. | 3.50 |
| 10/17/01 | Flatley | Preparation for meetings, including with J. Bentz (1.50); with J. Bentz and W. Sparks and others (7.00). | 8.50 |
| 10/17/01 | Haines | Detailed review of scanning proposals; preparation of comparison chart for Trevelise (2.0); conference call with Murphy, Coggan, Trevelise re: scanning proposals (.5); multi conferences with Trevelise (.2); begin draft of scanning contract (.4); memo to Atkinson re: status of scanning/document review start-up (.1). | 3.20 |
| 10/17/01 | Muha | Document review. | 5.20 |
| 10/17/01 | Restivo | Review new material (1.0); update status report (0.5) | 1.50 |

... ............ .... ... ..

172573 W. R. Grace & Co.                      Invoice Number  ******
60026  Special Abestos Counsel               Page  12
       November 26, 2001

| Date | Name | | Hours |
|------|------|---|-------|
| 10/17/01 | Trevelise | Conference with K. Coggon, M. Murphy re: proposals from scanning companies and review materials re: same. | .60 |
| 10/18/01 | Antezana | Document review re various employees. | 3.00 |
| 10/18/01 | Atkinson | Reviewing and printing Summaries from database for attorney review. | 2.60 |
| 10/18/01 | Bentz | Review of Grace documents in preparation of historical case defense. | 1.20 |
| 10/18/01 | Butcher | Document Review | 1.50 |
| 10/18/01 | Cindrich | Document review. | 6.40 |
| 10/18/01 | DelSole | Review of open items memorandum concerning continued case handling (.2); conference with co-counsel regarding liability issues and review of same (.4); conference with co-counsel regarding Daubert issues and report concerning same (.4). | 1.00 |
| 10/18/01 | Devine | Work on document review. | 5.20 |
| 10/18/01 | Flatley | Reorganizing after Philadelphia trip (.50); with J. Restivo (.10); with new associate re: documents (.20); reviewing notes from Philadelphia meetings (1.20); messages from/to W. Sparks (.20). | 2.20 |
| 10/18/01 | Haines | Draft of scanning contract (3.5); memos re: change to On-Site pricing (.1); memos re: revisions to target sheet (.2). | 3.80 |
| 10/18/01 | Muha | Document review. | 6.60 |
| 10/18/01 | Restivo | Review documents and dictate memos (2.5); review open issues and dictate update (1.0) | 3.50 |

172573 W. R. Grace & Co.                              Invoice Number   ******
60026  Special Abestos Counsel                        Page  13
       November 26, 2001

| Date | Name | | Hours |
|------|------|---|-------|
| 10/18/01 | Trevelise | Review correspondence from K. Coggon re: revised proposals for scanning. | .10 |
| 10/19/01 | Atkinson | Reviewing, printing summaries from Summation database for attorney review. | 1.30 |
| 10/19/01 | Bentz | Preparation of memorandum regarding witness interviews (1.0); review of legal research regarding successor liability (1.1); review of Grace documents (1.0). | 3.10 |
| 10/19/01 | Butcher | Document Review | 4.20 |
| 10/19/01 | Cindrich | Document review. | 8.00 |
| 10/19/01 | DeMarchi Sleigh | Document review | 3.60 |
| 10/19/01 | Devine | Document review. | 2.70 |
| 10/19/01 | Flatley | Call with W. Sparks (.10); memorandum about Philadelphia trip (2.10); call with R. Senftleben re: e-mails (.20); e-mails and responses to same (.20); with T. Rea and call with T. Antezana re: documents (.30); call with J. Bentz (.20). | 3.10 |
| 10/19/01 | Haines | Multi telephone calls to Hindman re: database revisions (.7); revisions to database invoice searches (4.4). | 5.10 |
| 10/19/01 | Muha | Document review. | 1.40 |
| 10/20/01 | Atkinson | Printing documents from Summation database for attorney review. | 1.60 |
| 10/21/01 | Atkinson | Printing documents from Summation database for attorney review. | 1.80 |
| 10/21/01 | Cindrich | Document review. | 2.20 |
| 10/21/01 | Devine | Document review. | 2.00 |

NOV-27-2001  12:49        REED SMITH PGH                     412 288 5346   P.20

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page  14
       November 26, 2001

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/22/01 | Atkinson | Printing missing Summation documents for attorney review. | .50 |
| 10/22/01 | Bentz | Preparation of memo regarding witness interviews. | .50 |
| 10/22/01 | Butcher | Document Review | 8.20 |
| 10/22/01 | Cindrich | Document review. | 8.40 |
| 10/22/01 | DeMarchi Sleigh | Document review | 8.00 |
| 10/22/01 | Devine | Document review. | 8.50 |
| 10/22/01 | Flatley | Review correspondence (.60); e-mail to J. Restivo, et al. on status of various issues (.40); preparation for conference call (.60); conference call with W. Sparks and C. Sullivan (1.30). | 2.90 |
| 10/22/01 | Haines | Memorandum to Atkinson re: processing of scanned target sheets (.1); telephone calls to Hindman re: database (.3); multi memos to Hindman re: database images (.6); revisions to database and images (6.0). | 7.00 |
| 10/22/01 | Muha | Document review. | 4.80 |
| 10/22/01 | Trevelise | Telephone call with S. Haines re: scanning proposals. | .10 |
| 10/23/01 | Antezana | Document review re various employees. | 3.70 |
| 10/23/01 | Atkinson | Reviewing, printing documents from Summation for attorney review. | 1.30 |
| 10/23/01 | Bentz | Preparation of historical case defense. | 2.00 |
| 10/23/01 | Butcher | Document Review | 7.70 |
| 10/23/01 | Cameron | Review J. Restivo e-mails and memos regarding open issues and things to do (.7); Review Flatley memo regarding witness meetings (.4). | 1.10 |

172573 W. R. Grace & Co.                        Invoice Number  ******
60026  Special Abestos Counsel                  Page  15
       November 26, 2001

| Date | Name | | Hours |
|------|------|---|-------|
| 10/23/01 | Cindrich | Document review. | 8.50 |
| 10/23/01 | DeMarchi Sleigh | Document review | 8.60 |
| 10/23/01 | Devine | Document review. | 8.50 |
| 10/23/01 | Flatley | Call with R. Finke (.20); review J. Restivo status memo and e-mail in response (.80); call with W. Sparks and scheduling Boston trip (.20); review memoranda and miscellaneous correspondence (1.30). | 2.50 |
| 10/23/01 | Haines | Telephone call with Trevelise re: Coggon's proposed target sheet change (.1); memo to Coggon re: same (.1); multi memos to Hindman re: database issues (.5); telephone call to Atkinson re: tracking of database changes and hot docs coding (.2); revisions to database (4.6). | 5.50 |
| 10/23/01 | Muha | Document review. | 8.10 |
| 10/23/01 | Restivo | Telephone call with R. Finke re consultant review of EPA new material (0.5); review documents (1.0) | 1.50 |
| 10/24/01 | Antezana | Document review re various employees. | 2.50 |
| 10/24/01 | Atkinson | Reviewing, printing documents from Summation for attorney review. | 1.60 |
| 10/24/01 | Butcher | Document Review | 4.60 |
| 10/24/01 | Cindrich | Document review. | 8.00 |
| 10/24/01 | DeMarchi Sleigh | Document review | 6.40 |
| 10/24/01 | Devine | Document review. | 8.10 |
| 10/24/01 | Haines | Telephone call with Green re: status of scanning proposals (.1); revisions to database (5.6). | 5.70 |
| 10/24/01 | Muha | Document review. | 3.70 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page  16
       November 26, 2001

| Date | Name | | Hours |
|------|------|--|-------|

| 10/24/01 | Trevelise | Review correspondence re: scanning project. | .10 |
| 10/25/01 | Antezana | Reviewing documents re various employees (7.0); making witness binders (1.20). | 8.20 |
| 10/25/01 | Bentz | Preparation of Grace historical case (2.0); meeting with L. Flatley (.3); preparation for witness interviews (.5). | 2.80 |
| 10/25/01 | Butcher | Document Review | 2.30 |
| 10/25/01 | Cameron | Review Boeing document and related materials (.3); Review materials relating to expert work (.6). | .90 |
| 10/25/01 | Cindrich | Document review. | 8.70 |
| 10/25/01 | DeMarchi Sleigh | Document review | 7.50 |
| 10/25/01 | Devine | Document review. | 2.60 |
| 10/25/01 | Flatley | E-mails from/to Hardy, et al. (.30); with J. Bentz re: Boston trip planning (.40). | .70 |
| 10/25/01 | Haines | Telephone call with Coggon re: revised target sheet and database issues (.2); memo to Trevelise, Coggon re: revised target sheet (.1); review and revise database (3.1). | 3.40 |
| 10/25/01 | Muha | Document review. | 9.00 |
| 10/25/01 | Rea | Call to witnesses and consultants | .10 |
| 10/26/01 | Antezana | Reviewing documents re employee (3.0); making witness binders (.50). | 3.50 |
| 10/26/01 | Atkinson | Reviewing Grace/Solow files list to request witness files for J. Bentz, Esq. to review (.6); printing documents from Summation for attorney review (1.2). | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number ******
60026  Special Abestos Counsel                    Page  17
       November 26, 2001

| Date | Name | | Hours |
|------|------|---|-------|
| 10/26/01 | Bentz | Preparation of Grace historical case defense. | 1.80 |
| 10/26/01 | Butcher | Document review | 6.00 |
| 10/26/01 | Cindrich | Document review. | 7.20 |
| 10/26/01 | DeMarchi Sleigh | Document review | 6.20 |
| 10/26/01 | DelSole | Review of Libby CAG meeting minutes (.6); review of reports regarding Libby cleanup efforts and WTC site monitoring (.4); conference with Attorney Bentz regarding liability issues (.2); initial research of liability issues in bankruptcy (1.0). | 2.20 |
| 10/26/01 | Devine | Document review. | 6.10 |
| 10/26/01 | Flatley | Correspondence and e-mails and responses (.30); preparation for Boston trip (1.90); with J. Bentz re: Boston trip (.40). | 2.60 |
| 10/26/01 | Haines | Two conferences with Trevelise re: status of contract negotiations and revisions to target sheet (.6); telephone call to Coggon re: same (.3); memo to Murphy re: projected start-up (.1); revise target sheet per telephone call with Coggon (.5); memo to Trevelise re: discussions with DTI (.1); revisions to database (3.6). | 5.20 |
| 10/26/01 | Muha | Document review. | 8.00 |
| 10/26/01 | Restivo | Conference call with A. Trevelise | .50 |
| 10/26/01 | Trevelise | Telephone call with J. Restivo re: status of document review. | .20 |
| 10/27/01 | Antezana | Preparing witness binders. | .80 |
| 10/27/01 | Atkinson | Reviewing printing documents from Summation for attorney review. | 2.30 |
| 10/27/01 | Bentz | Review of documents in preparation for witness interviews. | 3.50 |

172573 W. R. Grace & Co.                              Invoice Number  ******
60026  Special Abestos Counsel                        Page  18
       November 26, 2001

| Date | Name | | Hours |
|------|------|--|-------|

10/27/01 Cameron          Review notes of meetings with        1.50
                          witnesses and prepare outlines
                          regarding same (1.1); Review fee
                          application materials (.4).

10/28/01 Atkinson         Reviewing, printing documents from   2.60
                          Summation for attorney review.

10/28/01 Cindrich         Document review.                     1.30

10/29/01 Atkinson         Reviewing, printing documents from   1.60
                          Summation for attorney review.

10/29/01 Bentz            Review of documents in preparation   4.35
                          for witness interviews (2.6);
                          review of brief in support of
                          proposed CMO (.75); review of
                          media articles regarding Grace and
                          Libby (1.0).

10/29/01 Butcher          Document Review                      3.50

10/29/01 Cameron          Review e-mails relating to news      2.10
                          reports (.7); Review materials
                          from A. Running regarding CMO
                          brief and potential expert (.8);
                          Review various memos from J.
                          Restivo regarding open issues (.6).

10/29/01 Cindrich         Document review.                     8.80

10/29/01 DeMarchi Sleigh  Document review                      6.50

10/29/01 DelSole          Research conflict of law,            2.00
                          collateral estoppel and liability
                          issues.

10/29/01 Devine           Document review.                     8.50

10/29/01 Flatley          Call with A. Trevelise re: coding    4.60
                          sheet review (.20); with J. Bentz
                          re: status (.40); review
                          deposition transcript (3.40);
                          organizing review of brief (.60).

10/29/01 Gordon           Telephone conference with P.          .70
                          Lykens re: fee application (.3);
                          review of fee application
                          documents (.4)

172573 W. R. Grace & Co.                        Invoice Number  ******
60026  Special Abestos Counsel                  Page  19
       November 26, 2001

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/29/01 | Haines | Revisions to database (4.5); multi conferences with Trevelise re: revisions to target sheet (.3); conference with Trevelise re: contract revisions (.2); memos re: revisions to target sheet and review start-up (.6); review contract revisions (.5). | 6.10 |
| 10/29/01 | Muha | Document review. | 8.90 |
| 10/29/01 | Rea | Calls with witness | .50 |
| 10/29/01 | Restivo | Update running memo re documents and new data | 1.00 |
| 10/29/01 | Trevelise | Review and revise draft scanning contract (.5); telephone calls with K. Coggon re: status of document review (.3); telephone call with L. Flatley and J. Restivo re: target sheet (.2). | 1.00 |
| 10/30/01 | Atkinson | Reviewing, printing documents from Summation for attorney review (3.8); reviewing missing documents, misscanned documents called to attention by associates . (1.0). | 4.80 |
| 10/30/01 | Bentz | Reviewing and summarizing news articles regarding Grace and Libby (1.9); review of draft reply brief in support of motion to approve CMO (.9); review of documents in preparation for witness interviews (1.20). | 4.00 |
| 10/30/01 | Butcher | Document Review | 4.20 |
| 10/30/01 | Cameron | Telephone call with R. Finke regarding various issues relating to experts (.4); Review CMO brief and respond to L. Flatley inquiries regarding same (.9). | 1.30 |
| 10/30/01 | Cindrich | Document review. | 8.50 |
| 10/30/01 | DeMarchi Sleigh | Document review | 8.30 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page  20
       November 26, 2001


     Date    Name                                                  Hours
     ------- -----------                                           -----

10/30/01 DelSole          Review conflict of law re:              3.00
                          bankruptcy case issues (1.5);
                          review liability standards in
                          various jurisdictions (1.5).

10/30/01 Devine           Document review.                       8.60

10/30/01 Flatley          Review CMO issues brief drafted by      5.80
                          K&E (3.00); e-mail to D. Cameron,
                          et al. re: brief (.50); call with
                          D. Cameron and with him re: brief
                          (.40); reviewing documents in
                          preparation for Boston meetings
                          (1.90);.

10/30/01 Gordon           Prepare service list (.5); prepare      2.20
                          and perfect filing and service of
                          First Interim Fee Application
                          (1.5); tlelphone conference with
                          P. Lykens re: same (.2)

10/30/01 Haines           Telephone call with Trevelise re:       6.50
                          revisions to target sheet (.2);
                          memo to Hindman re: database
                          access (.1); telephone call with
                          Thornton, two telephone calls with
                          Green at On-Site re: contract
                          (.4); memos to Murphy re: review
                          schedule (.3); telephone call with
                          Trevelise re: telephone call with
                          Thornton (.1); revisions to
                          database (4.8); memos to Atkinson
                          re: review schedule (.3); memos to
                          Coggon re: contract revisions
                          (.2); telephone call with Coggon
                          re: same (.3); telephone call with
                          Trevelise re: contract revisions
                          (.1).

10/30/01 Muha             Document review.                       9.00

10/30/01 Restivo          Update running memos                    .50

10/31/01 Atkinson         Reviewing, printing documents from     1.30
                          Summation for attorney review.

10/31/01 Bentz            Reviewing and summarizing numerous     4.70
                          articles regarding Grace and Libby
                          (2.1); review of Grace documents
                          in preparation for witness
                          interviews (2.6).

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page  21
       November 26, 2001

| Date | Name | | Hours |
| ---- | ---- | --- | ----- |
| 10/31/01 | Butcher | Document Review | 1.50 |
| 10/31/01 | Cameron | Review materials relating to air testing data (.7); Review recent media reports regarding Libby and related issues (.9). | 1.60 |
| 10/31/01 | Cindrich | Document review. | 8.90 |
| 10/31/01 | DeMarchi Sleigh | Document review | 5.90 |
| 10/31/01 | DelSole | Continued review of liability issues under bankruptcy code. | 2.00 |
| 10/31/01 | Devine | Document review. | 8.60 |
| 10/31/01 | Flatley | E-mail to Running et al. re: draft brief (0.8); prepare for Phoenix trip (0.5); review documents for Boston meetings (5.5). | 6.80 |
| 10/31/01 | McDaniel | Continued document review | 5.30 |
| 10/31/01 | Muha | Document review. | 9.00 |
| 10/31/01 | Rea | Call with witness. | .10 |
| 10/31/01 | Restivo | Review draft CMO memorandum (1.5); review USA v. Grace (1.0); review documents (0.5) | 3.00 |

                                                          ------
                                          TOTAL HOURS    1126.45

| TIME SUMMARY | Hours | | Rate | | Value |
| ------------ | ----- | --- | ---- | --- | ----- |
| Andrew J. Trevelise | 10.30 | at $ | 325.00 | = | 3,347.50 |
| James J. Restivo Jr. | 34.50 | at $ | 380.00 | = | 13,110.00 |
| Lawrence E. Flatley | 61.50 | at $ | 340.00 | = | 20,910.00 |
| Douglas E. Cameron | 55.90 | at $ | 325.00 | = | 18,167.50 |
| James W Bentz | 73.45 | at $ | 260.00 | = | 19,097.00 |
| Traci Sands Rea | 2.10 | at $ | 240.00 | = | 504.00 |
| Stephen J. DelSole | 22.20 | at $ | 250.00 | = | 5,550.00 |
| Scott M. Cindrich | 187.00 | at $ | 180.00 | = | 33,660.00 |
| Lisa D. DeMarchi Sleigh | 95.40 | at $ | 180.00 | = | 17,172.00 |
| Bryan C. Devine | 155.30 | at $ | 180.00 | = | 27,954.00 |
| Jayme L. Butcher | 84.70 | at $ | 180.00 | = | 15,246.00 |
| Jeffrey A. McDaniel | 19.80 | at $ | 180.00 | = | 3,564.00 |
| Andrew J. Muha | 170.80 | at $ | 180.00 | = | 30,744.00 |

172573 W. R. Grace & Co.                           Invoice Number   ******
60026  Special Abestos Counsel                     Page  22
       November 26, 2001


| | | | | | | |
|---|---|---|---|---|---|---|
| Patricia E. Antezana | 21.70 | at | $ | 180.00 | = | 3,906.00 |
| M. Susan Haines | 63.10 | at | $ | 135.00 | = | 8,518.50 |
| Kelly Gordon | 2.90 | at | $ | 120.00 | = | 348.00 |
| Maureen L. Atkinson | 65.80 | at | $ | 110.00 | = | 7,238.00 |

CURRENT FEES                                               229,036.50


                                                        ------------
       TOTAL BALANCE DUE UPON RECEIPT                   $ 229,036.50
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    ****** |
| One Town Center Road | Invoice Date    11/26/01 |
| Boca Raton, FL   33486 | Client Number    172573 |

Re: W. R. Grace & Co.

(60026)  Special Abestos Counsel

Expenses                          10,314.97

TOTAL BALANCE DUE UPON RECEIPT        $ 10,314.97
                                      ==============

Exhibit B

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | ****** |
| One Town Center Road | Invoice Date | 11/26/01 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

=====================================================================

Re: (60026)  Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 08/27/01 | Courier Service FEDEX | 31.14 |
| 09/10/01 | 215-851-8250/PHILA, PA/28 | 2.24 |
| 09/12/01 | 312-861-2490/CHICAGO, IL/3 | .37 |
| 09/18/01 | 312-861-2412/CHICAGO, IL/32 | 4.75 |
| 09/18/01 | 215-851-8250/PHILA, PA/9 | .69 |
| 09/19/01 | 617-426-5900/BOSTON, MA/3 | .29 |
| 09/19/01 | 303-861-7000/DENVER, CO/6 | .63 |
| 09/20/01 | 617-426-5900/BOSTON, MA/16 | 1.72 |
| 09/20/01 | 303-861-7000/DENVER, CO/16 | 1.72 |
| 09/20/01 | 617-426-5900/BOSTON, MA/1 | .08 |
| 09/21/01 | 215-851-8250/PHILA, PA/11 | .84 |
| 09/25/01 | 212-309-6305/NEW YORK, NY/21 | 3.22 |
| 09/25/01 | 617-426-5900/BOSTON, MA/42 | 4.65 |
| 09/25/01 | 303-861-7000/DENVER, CO/42 | 4.65 |
| 09/26/01 | Air Travel: ROSSI/M SUSAN 03OCT PHL BOS P | 654.50 |
| 09/27/01 | Courier Service - FEDERAL EXPRESS CORP | 13.76 |
| 09/27/01 | Courier Service -  FEDERAL EXPRESS CORP | 11.79 |
| 09/27/01 | Courier Service - FEDERAL EXPRESS CORP | 11.79 |

172573 W. R. Grace & Co.                        Invoice Number  ******
60026  Special Abestos Counsel                  Page  2
       November 26, 2001


| | | |
|---|---|---|
| 09/27/01 | Courier Service - FEDERAL EXPRESS CORP | 11.79 |
| 09/27/01 | Courier Service -  FEDERAL EXPRESS CORP | 13.76 |
| 09/27/01 | Courier Service -  FEDERAL EXPRESS CORP | 21.53 |
| 09/27/01 | Courier Service - FEDERAL EXPRESS CORP | 11.79 |
| 09/27/01 | Courier Service - FEDERAL EXPRESS CORP | 11.79 |
| 09/27/01 | Courier Service - FEDERAL EXPRESS CORP | 11.79 |
| 09/27/01 | 215-851-8210/PHILA, PA/1 | .10 |
| 09/28/01 | ATTY # 0349: 15 COPIES | 2.25 |
| 10/01/01 | ATTY # 0885: 1 COPIES | .15 |
| 10/01/01 | ATTY # 0885: 1 COPIES | .15 |
| 10/01/01 | ATTY # 1274: 3 COPIES | .45 |
| 10/01/01 | ATTY # 1847: 10 COPIES | 1.50 |
| 10/01/01 | ATTY # 0235: 2 COPIES | .30 |
| 10/01/01 | ATTY # 0709; 30 COPIES | 4.50 |
| 10/01/01 | ATTY # 0885; 12 COPIES | 1.80 |
| 10/01/01 | Westlaw | 67.16 |
| 10/01/01 | 312-861-2162/CHICAGO, IL/11 | 1.67 |
| 10/02/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/02/01 | ATTY # 1274: 3 COPIES | .45 |
| 10/02/01 | ATTY # 1847: 10 COPIES | 1.50 |
| 10/02/01 | ATTY # 1847: 10 COPIES | 1.50 |
| 10/02/01 | ATTY # 1274: 3 COPIES | .45 |
| 10/02/01 | ATTY # 0349: 2 COPIES | .30 |
| 10/02/01 | ATTY # 1847: 10 COPIES | 1.50 |
| 10/02/01 | ATTY # 1847; 71 COPIES | 10.65 |
| 10/02/01 | 312-861-2412/CHICAGO, IL/30 | 4.48 |

172573  W. R. Grace & Co.                          Invoice Number  ******
60026   Special Abestos Counsel                    Page   3
        November 26, 2001


10/02/01    410-752-9733/BALTIMORE, MD/7                  1.01

10/02/01    561-362-1533/BOCA RATON, FL/31               4.68

10/03/01    Meal Expense - - VENDOR: MRC FOOD SERVICE   132.76
            LUNCH ON 9/28 (RESTIVO)

10/03/01    Transportation - - 9/22/01 PARKING            3.00

10/03/01    ATTY # 0885: 4 COPIES                          .60

10/03/01    ATTY # 1847: 7 COPIES                         1.05

10/03/01    ATTY # 0396: 2 COPIES                          .30

10/03/01    ATTY # 1847: 3 COPIES                          .45

10/03/01    Secretarial Overtime - Document productio   247.50

10/03/01    561-362-1551/BOCA RATON, FL/11                1.67

10/03/01    Air Travel:  TREVELISE/ANDREW 04OCT PHL B   754.50

10/04/01    ATTY # 0559: 4 COPIES                          .60

10/04/01    ATTY # 1847: 2 COPIES                          .30

10/04/01    ATTY # 0885: 1 COPIES                          .15

10/04/01    ATTY # 0885: 1 COPIES                          .15

10/04/01    ATTY # 1847: 8 COPIES                         1.20

10/04/01    ATTY # 1847: 13 COPIES                        1.95

10/04/01    ATTY # 0559: 2 COPIES                          .30

10/05/01    ATTY # 0559: 8 COPIES                         1.20

10/05/01    ATTY # 1274: 3 COPIES                          .45

10/05/01    ATTY # 0885: 5 COPIES                          .75

10/05/01    ATTY # 0559: 1 COPIES                          .15

10/05/01    ATTY # 0885: 4 COPIES                          .60

10/05/01    ATTY # 0559: 8 COPIES                         1.20

10/05/01    ATTY # 0559: 7 COPIES                         1.05

10/05/01    ATTY # 0559: 4 COPIES                          .60

172573 W. R. Grace & Co.                        Invoice Number  ******
60026  Special Abestos Counsel                  Page   4
       November 26, 2001


10/05/01    ATTY # 0559: 1 COPIES                    .15

10/05/01    ATTY # 0559: 4 COPIES                    .60

10/05/01    ATTY # 0559: 2 COPIES                    .30

10/05/01    ATTY # 0559: 4 COPIES                    .60

10/05/01    ATTY # 0559: 4 COPIES                    .60

10/05/01    ATTY # 0559: 28 COPIES                  4.20

10/05/01    ATTY # 0559: 4 COPIES                    .60

10/05/01    ATTY # 0559: 7 COPIES                   1.05

10/05/01    ATTY # 0559: 8 COPIES                   1.20

10/05/01    ATTY # 0885: 1 COPIES                    .15

10/05/01    ATTY # 0559: 1 COPIES                    .15

10/05/01    ATTY # 0235: 1 COPIES                    .15

10/05/01    ATTY # 0235: 1 COPIES                    .15

10/05/01    ATTY # 0559; 204 COPIES               30.60

10/05/01    ATTY # 0885; 12 COPIES                 1.80

10/05/01    ATTY # 0235; 5 COPIES                   .75

10/05/01    ATTY # 0235; 27 COPIES                 4.05

10/05/01    561-362-1583/BOCA RATON, FL/1           .16

10/06/01    Secretarial Overtime                  45.00

10/08/01    Outside Duplicating - IKON OFFICE SOLUTIO   281.90
            INC.

10/08/01    Postage Expense                         .57

10/08/01    ATTY # 0349; 18 COPIES                 2.70

10/08/01    ATTY # 0559; 78 COPIES                11.70

10/08/01    ATTY # 0856; 2 COPIES                   .30

10/08/01    ATTY # 0349; 59 COPIES                 8.85

10/08/01    ATTY # 0235; 1 COPIES                   .15

172573  W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                     Page  5
       November 26, 2001


| | | |
|---|---|---|
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 7 COPIES | 1.05 |
| 10/08/01 | ATTY # 0349: 1 COPIES | .15 |
| 10/08/01 | ATTY # 0349: 8 COPIES | 1.20 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0349: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0349: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 8 COPIES | 1.20 |
| 10/08/01 | ATTY # 0559: 14 COPIES | 2.10 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0349: 1 COPIES | .15 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 14 COPIES | 2.10 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 4 COPIES | .60 |
| 10/08/01 | ATTY # 0559: 7 COPIES | 1.05 |
| 10/08/01 | ATTY # 0559: 14 COPIES | 2.10 |
| 10/08/01 | 561-362-1533/BOCA RATON, FL/2 | .35 |
| 10/08/01 | 561-362-1533/BOCA RATON, FL/18 | 2.72 |
| 10/08/01 | 561-362-1583/BOCA RATON, FL/6 | .90 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page   6
       November 26, 2001


10/08/01   ATTY # 0349: 1 COPIES                        .15

10/09/01   ATTY # 0559: 8 COPIES                        .80

10/09/01   ATTY # 0856; 391 COPIES                    58.65

10/09/01   ATTY # 0885: 10 COPIES                      1.50

10/09/01   ATTY # 0885: 1 COPIES                        .15

10/09/01   ATTY # 0885: 1 COPIES                        .15

10/09/01   ATTY # 0885: 10 COPIES                      1.50

10/09/01   ATTY # 0559: 63 COPIES                      9.45

10/09/01   561-362-1533/BOCA RATON, FL/1               .18

10/09/01   Secretarial Overtime - Document productio  405.00

10/09/01   Secretarial Overtime - Document productio  645.00

10/10/01   ATTY # 0349: 18 COPIES                      2.70

10/10/01   ATTY # 0559: 4 COPIES                        .60

10/10/01   ATTY # 0559: 2 COPIES                        .30

10/10/01   ATTY # 0559: 4 COPIES                        .60

10/10/01   ATTY # 0885: 1 COPIES                        .15

10/10/01   ATTY # 0559: 4 COPIES                        .60

10/10/01   ATTY # 0349: 19 COPIES                      2.85

10/10/01   ATTY # 0349: 1 COPIES                        .15

10/10/01   ATTY # 0349: 21 COPIES                      3.15

10/10/01   ATTY # 0885: 11 COPIES                      1.65

10/10/01   ATTY # 0885: 1 COPIES                        .15

10/10/01   ATTY # 0885: 12 COPIES                      1.80

10/10/01   ATTY # 0349: 2 COPIES                        .30

10/10/01   ATTY # 0349: 20 COPIES                      3.00

10/10/01   ATTY # 0349: 1 COPIES                        .15

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page  7
       November 26, 2001


10/10/01   ATTY # 0349: 15 COPIES                      2.25

10/10/01   ATTY # 0559: 4 COPIES                        .60

10/10/01   ATTY # 0559: 28 COPIES                      4.20

10/10/01   ATTY # 0885: 1 COPIES                        .15

10/10/01   ATTY # 0885: 11 COPIES                      1.65

10/10/01   ATTY # 0349: 20 COPIES                      3.00

10/10/01   ATTY # 0349: 1 COPIES                        .15

10/10/01   312-861-2124/CHICAGO, IL/1                   .19

10/10/01   202-414-9310/WASHINGTON, DC/1                .18

10/10/01   412-288-3063/PITTSBURGH, PA/2               .19

10/10/01   412-288-3063/PITTSBURGH, PA/2               .25

10/10/01   412-288-3131/PITTSBURGH, PA/5              2.02

10/10/01   ATTY # 0885; 13 COPIES                     1.95

10/10/01   ATTY # 0559; 34 COPIES                     5.10

10/10/01   ATTY # 0559; 15 COPIES                     2.25

10/10/01   ATTY # 0559; 92 COPIES                    13.80

10/10/01   ATTY # 0235; 1 COPIES                       .15

10/11/01   ATTY # 0349: 44 COPIES                     6.60

10/11/01   ATTY # 0559: 5 COPIES                       .75

10/11/01   ATTY # 0349: 44 COPIES                     6.60

10/11/01   ATTY # 0559: 2 COPIES                       .30

10/11/01   ATTY # 0349: 1 COPIES                       .15

10/11/01   ATTY # 0349: 43 COPIES                     6.45

10/11/01   ATTY # 0559: 5 COPIES                       .75

10/11/01   ATTY # 0559: 1 COPIES                       .15

10/11/01   ATTY # 0856; 3 COPIES                       .45

172573 W. R. Grace & Co.                        Invoice Number  ******
60026  Special Abestos Counsel                  Page   8
       November 26, 2001


10/11/01    ATTY # 0349; 93 COPIES                      13.95

10/11/01    ATTY # 0559; 324 COPIES                     48.60

10/11/01    ATTY # 0885; 24 COPIES                       3.60

10/11/01    561-362-1533/BOCA RATON, FL/12               1.82

10/11/01    ATTY # 0349: 1 COPIES                         .15

10/12/01    MEALS RE: TRAVEL EXPENSE W.R. GRACE FILE     29.25
            MANAGEMENT IN BOSTON, MA. 10/3 & 10/4/01- SUSAN
            HAINES

10/12/01    LODGING RE: W.R. GRACE FILE MANAGEMENT IN   339.03
            BOSTON, MA. 10/3 & 10/4/01- SUSAN HAINES

10/12/01    TAXI'S RE: TRAVEL EXPENSE W.R. GRACE FILE   101.00
            MANAGEMENT IN BOSTON, MA. 10/3 & 10/4/01- SUSAN
            HAINES

10/12/01    TAXI'S RE: TRAVEL TO BOSTON RE: GRACE-DOC    27.00
            REVIEW AND PRODUCTION 10/4/01- ANDREW TREVELISE

10/12/01    PARKING RE: TRAVEL TO BOSTON RE: GRACE-DO    16.00
            REVIEW AND PRODUCTION 10/4/01- ANDREW TREVELISE

10/12/01    ATTY # 0885: 3 COPIES                         .45

10/12/01    ATTY # 0885: 2 COPIES                         .30

10/12/01    ATTY # 0559: 5 COPIES                         .75

10/12/01    ATTY # 0559: 2 COPIES                         .30

10/12/01    ATTY # 0396: 1 COPIES                         .15

10/12/01    ATTY # 0396; 8 COPIES                        1.20

10/12/01    ATTY # 0559; 836 COPIES                      83.60

10/12/01    ATTY # 0559; 24 COPIES                        3.60

10/12/01    ATTY # 0559; 25 COPIES                        3.75

10/12/01    561-362-1552/BOCA RATON, FL/1                 .19

10/12/01    Document Production                          52.50

10/13/01    ATTY # 0856; 5 COPIES                         .75

10/14/01    ATTY # 0559: 1 COPIES                         .15

172573 W. R. Grace & Co.                           Invoice Number  ******
60026  Special Abestos Counsel                     Page   9
       November 26, 2001


10/14/01   ATTY # 0559: 21 COPIES                      3.15

10/14/01   ATTY # 0559: 3 COPIES                        .45

10/14/01   ATTY # 0559: 3 COPIES                        .45

10/14/01   ATTY # 0559: 1 COPIES                        .15

10/14/01   ATTY # 0559: 9 COPIES                       1.35

10/14/01   ATTY # 0559: 1 COPIES                        .15

10/14/01   Secretarial Overtime - Document Productio   97.50

10/14/01   Secretarial Overtime - Document Productio  795.00

10/15/01   ATTY # 0396; 1 COPIES                        .15

10/15/01   ATTY # 0396; 78 COPIES                     11.70

10/15/01   ATTY # 0349; 42 COPIES                      6.30

10/15/01   ATTY # 0396; 35 COPIES                      5.25

10/15/01   ATTY # 0885; 28 COPIES                      4.20

10/15/01   ATTY # 0349; 14 COPIES                      2.10

10/15/01   ATTY # 0559; 108 COPIES                    16.20

10/15/01   ATTY # 0856; 5 COPIES                        .75

10/15/01   ATTY # 0559; 6 COPIES                        .90

10/15/01   ATTY # 0349; 12 COPIES                      1.80

10/15/01   ATTY # 0396; 15 COPIES                      2.25

10/15/01   ATTY # 0396; 45 COPIES                      6.75

10/15/01   ATTY # 0559; 36 COPIES                      5.40

10/15/01   ATTY # 0559; 4 COPIES                        .60

10/15/01   ATTY # 0885; 1 COPIES                        .15

10/15/01   ATTY # 0349: 5 COPIES                        .75

10/15/01   ATTY # 0349: 5 COPIES                        .75

10/15/01   ATTY # 0559: 3 COPIES                        .45

172573 W. R. Grace & Co.                        Invoice Number  ******
60026  Special Abestos Counsel                  Page  10
       November 26, 2001

| Date | Description | Amount |
|---|---|---|
| 10/15/01 | ATTY # 0885: 2 COPIES | .30 |
| 10/15/01 | ATTY # 0559: 5 COPIES | .75 |
| 10/15/01 | ATTY # 0559: 9 COPIES | 1.35 |
| 10/15/01 | ATTY # 0559: 6 COPIES | .90 |
| 10/15/01 | ATTY # 0559: 6 COPIES | .90 |
| 10/15/01 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/01 | ATTY # 0349: 4 COPIES | .60 |
| 10/15/01 | ATTY # 0885: 14 COPIES | 2.10 |
| 10/15/01 | ATTY # 0559: 18 COPIES | 2.70 |
| 10/15/01 | 609-520-6023/PRINCETON, NJ/9 | 1.29 |
| 10/16/01 | Meal Expense - - DOUGLAS E. CAMERON D.C./BALTIMORE 10/9-12/01 | 89.16 |
| 10/16/01 | Lodging - - DOUGLAS E. CAMERON D.C./BALTI 10/9-12/01 | 496.62 |
| 10/16/01 | Mileage Expense - - DOUGLAS E. CAMERON D.C./BALTIMORE 10/9-12/01 | 166.16 |
| 10/16/01 | Transportation - - DOUGLAS E. CAMERON D.C./BALTIMORE 10/9-12/01 | 50.40 |
| 10/16/01 | Telephone - Outside - - DOUGLAS E. CAMERO D.C./BALTIMORE 10/9-12/01 | 34.03 |
| 10/16/01 | Parking - - PETTY CASH CUSTODIAN PARKING 10/6/01 AND 9/29/01 | 6.00 |
| 10/16/01 | Mileage Expense - - MILEAGE FOR 10-6-01 A 9-29-01 | 13.64 |
| 10/16/01 | Mileage Expense - - 60 MILES AND PARKING | 21.60 |
| 10/16/01 | Transportation - - PETTY CASH CUSTODIAN P 10/13-10/14 S. HELBLING | 6.00 |
| 10/16/01 | Meal Expense - - DINNER/OVERTIME | 9.00 |
| 10/16/01 | Mileage Expense - - FOR 10/13-14/01 S. HE | 13.64 |
| 10/16/01 | ATTY # 0856; 16 COPIES | 2.40 |

172573 W. R. Grace & Co.                        Invoice Number  ******
60026  Special Abestos Counsel                  Page 11
       November 26, 2001


| 10/16/01 | ATTY # 0396; 9 COPIES | 1.35 |
|---|---|---|
| 10/16/01 | ATTY # 0396: 3 COPIES | .45 |
| 10/16/01 | ATTY # 0396: 3 COPIES | .45 |
| 10/16/01 | ATTY # 0349: 1 COPIES | .15 |
| 10/17/01 | ATTY # 0349; 23 COPIES | 3.45 |
| 10/17/01 | ATTY # 0235; 2 COPIES | .30 |
| 10/17/01 | ATTY # 0235; 1 COPIES | .15 |
| 10/17/01 | ATTY # 0349: 1 COPIES | .15 |
| 10/17/01 | ATTY # 0349: 1 COPIES | .15 |
| 10/17/01 | ATTY # 0349: 1 COPIES | .15 |
| 10/17/01 | ATTY # 0235: 1 COPIES | .15 |
| 10/17/01 | ATTY # 0235: 1 COPIES | .15 |
| 10/17/01 | ATTY # 0235: 1 COPIES | .15 |
| 10/17/01 | 312-861-2200/CHICAGO, IL/4 | .54 |
| 10/17/01 | 412-288-7299/PITTSBURGH, PA/6 | .45 |
| 10/17/01 | 713-874-6861/HOUSTON, TX/2 | .18 |
| 10/18/01 | Outside Duplicating - - DITTO DOCUMENT SERVICES, INC. | 1799.53 |
| 10/18/01 | ATTY # 0349; 6 COPIES | .90 |
| 10/18/01 | ATTY # 0689; 12 COPIES | 1.80 |
| 10/18/01 | ATTY # 0349; 270 COPIES | 40.50 |
| 10/18/01 | ATTY # 0349: 18 COPIES | 2.70 |
| 10/18/01 | ATTY # 0349: 18 COPIES | 2.70 |
| 10/18/01 | ATTY # 0349: 6 COPIES | .90 |
| 10/18/01 | ATTY # 0349: 6 COPIES | .90 |
| 10/18/01 | ATTY # 0349: 6 COPIES | .90 |
| 10/18/01 | ATTY # 1847: 10 COPIES | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page  12
       November 26, 2001


| Date | Description | Amount |
|---|---|---|
| 10/18/01 | ATTY # 0235: 2 COPIES | .30 |
| 10/18/01 | ATTY # 0235: 4 COPIES | .60 |
| 10/18/01 | ATTY # 0235: 8 COPIES | 1.20 |
| 10/18/01 | ATTY # 0235: 4 COPIES | .60 |
| 10/18/01 | ATTY # 0235: 6 COPIES | .90 |
| 10/18/01 | ATTY # 4077; 169 COPIES | 16.90 |
| 10/19/01 | ATTY # 0396; 21 COPIES | 3.15 |
| 10/19/01 | ATTY # 0396; 12 COPIES | 1.80 |
| 10/19/01 | ATTY # 0349; 21 COPIES | 3.15 |
| 10/19/01 | ATTY # 0349; 1 COPIES | .15 |
| 10/19/01 | ATTY # 0349; 21 COPIES | .3.15 |
| 10/19/01 | ATTY # 0396; 2 COPIES | .30 |
| 10/19/01 | ATTY # 4077; 286 COPIES | 28.60 |
| 10/19/01 | ATTY # 0396: 2 COPIES | .30 |
| 10/19/01 | ATTY # 0396: 2 COPIES | .30 |
| 10/19/01 | ATTY # 0396: 1 COPIES | .15 |
| 10/19/01 | ATTY # 0396: 4 COPIES | .60 |
| 10/19/01 | 561-362-1551/BOCA RATON, FL/25 | 3.78 |
| 10/21/01 | ATTY # 0856; 3 COPIES | .45 |
| 10/21/01 | Secretarial Overtime | 487.50 |
| 10/22/01 | ATTY # 0559; 4 COPIES | .60 |
| 10/22/01 | ATTY # 0559; 2 COPIES | .30 |
| 10/22/01 | ATTY # 0559; 104 COPIES | 15.60 |
| 10/22/01 | Meal Expense - - S. HELBLING - LUNCH 10/20-21/01 | 9.75 |
| 10/22/01 | Transportation - - PETTY CASH CUSTODIAN S HELBLING - PARKING 10/20-21/01 | 6.00 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page  13
       November 26, 2001


10/22/01   Mileage Expense - - S. HELBLING 10/20-21/      13.64
           MILEAGE

10/22/01   ATTY # 0349: 2 COPIES                            .30

10/22/01   ATTY # 0349: 8 COPIES                           1.20

10/22/01   ATTY # 0885: 8 COPIES                           1.20

10/22/01   ATTY # 0885: 1 COPIES                            .15

10/22/01   ATTY # 0349: 2 COPIES                            .30

10/23/01   ATTY # 0885: 7 COPIES                           1.05

10/23/01   ATTY # 0235: 4 COPIES                            .60

10/23/01   ATTY # 0235: 8 COPIES                           1.20

10/23/01   215-851-8232/PHILA, PA/9                         .75

10/23/01   561-362-1533/BOCA RATON, FL/11                  1.68

10/24/01   General Expense - - MINERALOGIAL ASSOC.       147.32

10/24/01   General Expense - - MINERALOGIAL ASSOC.        73.30

10/24/01   TRAVEL TO BOSTON, MA ON OCT 3-4, 2001 FEE       50.00
           CHANGE OF AIRPLANE (M. SUSAN HAINES)

10/24/01   ATTY # 0885: 1 COPIES                            .15

10/24/01   ATTY # 4077; 8 COPIES                            .80

10/24/01   ATTY # 4077; 2 COPIES                            .20

10/24/01   ATTY # 4077; 13 COPIES                          1.95

10/24/01   ATTY # 4077; 545 COPIES                        54.50

10/24/01   ATTY # 4077; 516 COPIES                        51.60

10/24/01   ATTY # 4077; 2 COPIES                            .20

10/25/01   Meal Expense - - JAMES W. BENTZ PHILA.         20.66
           10/15-17/01

10/25/01   Lodging - - JAMES W. BENTZ PHILA. 10/15-1     307.80

10/25/01   Taxi Expense - - JAMES W. BENTZ PHILA.         50.00
           10/15-17/01

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page  14
       November 26, 2001


| | | |
|---|---|---|
| 10/25/01 | Transportation - - JAMES W. BENTZ PHILA. 10/15-17/01 | 19.00 |
| 10/25/01 | Telephone - Outside - - JAMES W. BENTZ PH 10/15-17/01 | 29.32 |
| 10/25/01 | LUNCH WITH WITNESSES ON 10/17/01 (LAWRENC FLATLEY) | 97.49 |
| 10/25/01 | ATTY # 0885: 7 COPIES | 1.05 |
| 10/25/01 | ATTY # 0885: 7 COPIES | 1.05 |
| 10/25/01 | ATTY # 0856: 2 COPIES | .30 |
| 10/25/01 | ATTY # 0885: 7 COPIES | 1.05 |
| 10/25/01 | ATTY # 0235: 1 COPIES | .15 |
| 10/25/01 | ATTY # 4077; 8 COPIES | .80 |
| 10/25/01 | ATTY # 4077; 28 COPIES | 2.80 |
| 10/25/01 | ATTY # 4077; 6 COPIES | .90 |
| 10/25/01 | ATTY # 4077; 678 COPIES | 67.80 |
| 10/25/01 | ATTY # 4077; 10 COPIES | 1.50 |
| 10/25/01 | ATTY # 4077; 657 COPIES | 65.70 |
| 10/25/01 | ATTY # 4077; 15 COPIES | 2.25 |
| 10/25/01 | ATTY # 4077; 5 COPIES | .75 |
| 10/25/01 | 303-866-0408/DENVER, CO/3 | .30 |
| 10/26/01 | Transcript Expense - - VORYS SATER SEYMOU | 90.00 |
| 10/26/01 | ATTY # 0856: 5 COPIES | .75 |
| 10/26/01 | ATTY # 0885: 14 COPIES | 2.10 |
| 10/26/01 | ATTY # 0235: 1 COPIES | .15 |
| 10/26/01 | ATTY # 4077; 8 COPIES | .80 |
| 10/26/01 | ATTY # 4077; 4 COPIES | .40 |
| 10/26/01 | ATTY # 4077; 772 COPIES | 77.20 |
| 10/27/01 | ATTY # 4077; 1 COPIES | .15 |

172573 W. R. Grace & Co.                    Invoice Number ******
60026  Special Abestos Counsel              Page  15
       November 26, 2001


| | | |
|---|---|---|
| 10/29/01 | 302-778-7550/WILMINGTON, DE/4 | .57 |
| 10/29/01 | Meal Expense - - S. HELBLING - LUNCH - 10 10/28 | 10.12 |
| 10/29/01 | Transportation - - S. HELBLING - PARKING 10/27-28/01 | 6.00 |
| 10/29/01 | Mileage Expense - - S. HELBLING - 10/27-8 | 13.64 |
| 10/29/01 | ATTY # 0349; 155 COPIES | 23.25 |
| 10/29/01 | ATTY # 0396; 21 COPIES | 3.15 |
| 10/29/01 | 215-851-8250/PHILA, PA/4 | .28 |
| 10/29/01 | ATTY # 0885: 4 COPIES | .60 |
| 10/29/01 | ATTY # 0349: 1 COPIES | .15 |
| 10/29/01 | ATTY # 0559: 3 COPIES | .45 |
| 10/29/01 | 215-851-8250/PHILA, PA/9 | .73 |
| 10/30/01 | Meal Expense - - 10/9/01 - Lunch ordered Cameron for witness meeting in DC office. | 39.49 |
| 10/30/01 | Meal Expense - - 10/10/01 - Breakfast for Cameron for witness meeting in DC office. | 6.99 |
| 10/30/01 | Meal Expense - - 10/10/01 - Lunch ordered Cameron for witness meeting in DC office. | 40.54 |
| 10/30/01 | ATTY # 0349; 80 COPIES | 12.00 |
| 10/30/01 | ATTY # 0349; 10 COPIES | 1.50 |
| 10/30/01 | ATTY # 0685; 267 COPIES | 40.05 |
| 10/30/01 | ATTY # 0685; 83 COPIES | 12.45 |
| 10/30/01 | ATTY # 0349: 6 COPIES | .90 |
| 10/30/01 | ATTY # 0349: 16 COPIES | 2.40 |
| 10/30/01 | ATTY # 0349: 7 COPIES | 1.05 |

172573 W. R. Grace & Co.                        Invoice Number  ******
60026  Special Abestos Counsel                  Page  16
       November 26, 2001


10/30/01   ATTY # 0349: 6 COPIES                          .90

10/30/01   ATTY # 0349: 6 COPIES                          .90

10/30/01   ATTY # 0396: 3 COPIES                          .45

10/30/01   ATTY # 0349: 7 COPIES                         1.05

10/30/01   ATTY # 0396: 3 COPIES                          .45

10/30/01   ATTY # 0349: 1 COPIES                          .15

10/30/01   212-252-9700/NEW YORK, NY/6                    .65

10/31/01   Postage Expense                               .80

10/31/01   Outside Duplicating - - NEW MEDIA, INC.      20.12

10/31/01   Sodas for meeting - 9/28/01                  5.00

10/31/01   ATTY # 0349; 37 COPIES                       5.55

10/31/01   ATTY # 0349; 10 COPIES                       1.50

10/31/01   ATTY # 0349; 251 COPIES                     37.65

10/31/01   ATTY # 0349; 2 COPIES                         .30

10/31/01   ATTY # 0856: 21 COPIES                       3.15

10/31/01   ATTY # 1847: 10 COPIES                       1.50

10/31/01   ATTY # 0885: 6 COPIES                         .90

10/31/01   ATTY # 0349: 1 COPIES                         .15

10/31/01   ATTY # 0349: 1 COPIES                         .15

                        CURRENT EXPENSES                        10,314.97
                                                                ------------

172573 W. R. Grace & Co.
60026 Special Abestos Counsel
November 26, 2001

Invoice Number ******
Page 17

TOTAL BALANCE DUE UPON RECEIPT $ 10,314.97
=============