IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**SEVENTH MONTHLY APPLICATION OF**
**PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001**

<u>Name of Applicant</u>:    Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J").

<u>Authorized to Provide Professional Services to</u>:  The above-captioned debtors and debtors-in-possession.

<u>Date of Retention</u>:  May 3, 2001

<u>Period for which Compensation and Reimbursement is Sought</u>:  October 1, 2001 through October 31, 2001.

<u>Amount of Compensation Sought as Actual, Reasonable and Necessary</u>:  $13,420.75.

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary</u>:  $8,922.92.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a:     xx monthly          _ interim          _ final application.

The total time expended for preparation of this fee application is approximately

3.00 hours and the corresponding compensation requested is approximately $850.00.[2]

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 4/2/01-4/30/01 | $62,472.75 | $23,277.13 | $62,472.75 | $23,277.13 |
| 08/09/01 | 5/1/01-5/31/01 | $29,929.00 | $15,670.64 | $29,929.00 | $15,670.64 |
| 09/07/01 | 6/1/01-6/30/01 | $30,195.50 | $37,763.45 | $30,195.50 | $37,763.45 |
| 09/11/01 | 7/1/01-7/31/01 | $17,040.50 | $20,323.76 | $17,040.50 | $20,323.76 |
| 10/31/01 | 8/1/01-8/31/01 | $9,407.50 | $20,486.61 | $9,407.50 | $20,486.61 |
| 11/13/01 | 9/1/01-9/30/01 | $13,158.00 | $10,035.46 | Pending | Pending |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZY&J's subsequent fee applications.

91100-001\DOCS_DE:34620.1

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Shareholder 2000; Joined Firm 2000; Member of DE Bar since 1986 | $455.00 | 1.30 | $ 500.50 |
| Ira D. Kharasch | Shareholder 1987; Member of CA Bar since 1982 | $445.00 | .30 | $ 133.50 |
| Hamid R. Rafatjoo | Associate 2000; Member of CA Bar since 1995 | $295.00 | 6.40 | $1,888.00 |
| David W. Carickhoff | Associate 2001; Member of DE Bar since 1998 | $245.00 | 36.80 | $9,016.00 |
| Peter J. Duhig | Associate 2000; Member of DE Bar since 2001 | $195.00 | 2.20 | $ 429.00 |
| Laurie A. Gilbert | Paralegal since 1983 | $125.00 | 1.80 | $ 225.00 |
| Karina K. Yee | Paralegal since 1996 | $115.00 | 1.90 | $ 218.50 |
| Cheryl A. Knotts | Paralegal since 2000 | $105.00 | .80 | $ 84.00 |
| Timothy M. O'Brien | Paralegal since 1998 | $105.00 | 4.25 | $ 446.25 |
| Rita M. Olivere | Case Management Assistant 2000 | $ 55.00 | 3.00 | $ 165.00 |
| Violet E. Mobley | Case Management Assistant 2000 | $ 50.00 | 3.30 | $ 165.00 |
| April M. Tabor | Case Management Assistant 2001 | $ 50.00 | 3.00 | $ 150.00 |

Blended Rate:  $206.31

---

[3] Some professional time that was spent during the Interim Period will be reflected in a subsequent application and some professional time that was spent during the previous Interim Period is reflected in this Application.

91100-001\DOCS_DE:34620.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Bankruptcy Litigation | 3.50 | $   747.50 |
| Case Administration | 16.30 | $2,222.00 |
| Claims Administration/Objections | 3.00 | $   735.00 |
| Compensation of Professionals | 18.75 | $4,169.75 |
| Executory Contracts | .20 | $    49.00 |
| Financial Filings | 1.90 | $   465.50 |
| Litigation (Non-Bankruptcy) | 8.10 | $1,984.50 |
| Retention of Professionals | 7.50 | $1,616.50 |
| Stay Litigation | 4.90 | $1,210.50 |
| TOTAL | 65.05 | $13,420.75 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[4] (If Applicable) | Total Expenses |
|---|---|---|
| Facsimile ($1.00/page) | | $    87.00 |
| Reproduction (@$.15 per page) | | $8,317.35 |
| Express Mail | Federal Express | $   227.46 |
| Conference Call | Genesys | $    31.02 |
| Postage | | $   212.39 |
| Overtime | | $    47.70 |
| TOTAL | | $8,922.92 |

---

[4] PSZY&J may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

91100-001\DOCS_DE:34620.1