# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

October 31, 2001

Invoice Number  49251        91100  00001        HRR

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:  September 30, 2001 | $114,971.28 |
| Net balance forward | $114,971.28 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**  **10/31/2001**

**BANKRUPTCY LITIGATION [L430]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 10/15/01 | DWC | Teleconference with Sam Schwart re: Hartford Ins. Motion for direction from court. | 0.20 | 245.00 | $49.00 |
| 10/23/01 | DWC | Teleconference with Sam Schwartz re: procedural issues in connection with adversary proceedings. | 0.20 | 245.00 | $49.00 |
| 10/24/01 | DWC | Review Gelco Stipulation and underlying motion (.6); Teleconference with Sam Schwart re: same (.2). | 0.80 | 245.00 | $196.00 |
| 10/25/01 | DWC | Review Asbestos Committees' Notice of Hearing on Fraudulent Transfer Motion and Teleconference with Matt Zaleski re: same (.3); and e-mail to Jay Kapp and Sam Schwartz re: same (.2) | 0.50 | 245.00 | $122.50 |
| 10/25/01 | LDJ | Conference with David Carickhoff, Esq. re: tolling agreement; pending litigation and strategy | 0.20 | 455.00 | $91.00 |
| 10/29/01 | KKY | File and serve Debtors' Opposition to ExxonMobil's Motion for Summary Judgment re Chakarian adversary | 0.30 | 115.00 | $34.50 |
| 10/29/01 | KKY | Prepare for filing and service Debtors' Opposition to ExxonMobil's Motion for Summary Judgment re Chakarian adversary | 0.30 | 115.00 | $34.50 |
| 10/29/01 | KKY | Draft and file Affidavit of Service for Debtors' Opposition to ExxonMobil's Motion for Summary Judgment re Chakarian adversary | 0.20 | 115.00 | $23.00 |
| 10/29/01 | KKY | Prepare for filing Affidavit of Service for Debtors' Opposition to ExxonMobil's Motion for Summary Judgment re Chakarian adversary | 0.10 | 115.00 | $11.50 |
| 10/29/01 | PJD | Review and consider ExxonMobil objection and cause to be filed | 0.70 | 195.00 | $136.50 |
| **Task Code Total** | | | **3.50** | | **$747.50** |

**CASE ADMINISTRATION [B110]**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 10/03/01 | AMT | Maintain Document Control. | 3.00 | 50.00 | $150.00 |
| 10/08/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 10/09/01 | DWC | Teleconference with Jay Kapp re scheduling issues. | 0.20 | 245.00 | $49.00 |
| 10/09/01 | DWC | Teleconference with Joyce Winner re scheduling issues. | 0.20 | 245.00 | $49.00 |
| 10/14/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.40 | 295.00 | $118.00 |
| 10/22/01 | DWC | Draft notice of telephonic scheduling conference (.60); and address filing and service thereof (.30). | 0.90 | 245.00 | $220.50 |
| 10/24/01 | RMO | Maintain document control | 3.00 | 55.00 | $165.00 |
| 10/24/01 | DWC | Address preparation agenda notice of 11/5 hearing. | 0.40 | 245.00 | $98.00 |
| 10/24/01 | HRR | Review and, analyze notice of agenda (.20); and address issues re same (.20). | 0.20 | 295.00 | $59.00 |
| 10/25/01 | DWC | Address creditor inquiries re: scheduling issues. | 0.30 | 245.00 | $73.50 |
| 10/25/01 | PJD | Correspondence to Dave Carickhoff re: Debtors's objection | 0.10 | 195.00 | $19.50 |
| 10/26/01 | DWC | Prepare Agenda Notice for November 5th hearing. | 0.50 | 245.00 | $122.50 |
| 10/29/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 10/29/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 10/29/01 | PJD | Address issues re message from Scott McMillin on various pending issues | 0.10 | 195.00 | $19.50 |
| 10/29/01 | PJD | Conferences with counsel re: various filings | 0.20 | 195.00 | $39.00 |
| 10/30/01 | DWC | Prepare Agenda Notice for 11/5 hearing. | 2.80 | 245.00 | $686.00 |
| 10/30/01 | VEM | Prepare hearing notebook for hearing on W.R. Grace. | 3.30 | 50.00 | $165.00 |
| | | **Task Code Total** | **16.30** | | **$2,222.00** |

### CLAIMS ADMIN/OBJECTIONS [B310]

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/01 | DWC | Review withdrawal of objection to motion setting forth validity of reclamation claims (.20); and teleconference with Roger /higgins re: same (.10). | 0.30 | 245.00 | $73.50 |
| 10/09/01 | DWC | Teleconference with R. Higgins re: Motion Determining Validity of Reclamation Claims. | 0.20 | 245.00 | $49.00 |
| 10/24/01 | DWC | Teleconference with Roger Higgins re: reclamation claims. | 0.20 | 245.00 | $49.00 |
| 10/29/01 | DWC | Meet with B. Grosghal re: Reply to Case Management Motion (.2); Teleconference with Sam Schwart re: same (.2); Teleconference with Jan Baer re: same (.2) | 0.60 | 245.00 | $147.00 |
| 10/30/01 | DWC | Address procedural issues in connection with Reply in support of Case Management Motion (.5); Teleconference with Sarah Marmor re: same (.1); Teleconference with Sam Schwartz re: same (.2). | 0.80 | 245.00 | $196.00 |
| 10/30/01 | DWC | Teleconference with Roger Higgins re : reclamation claims. | 0.20 | 245.00 | $49.00 |
| 10/30/01 | DWC | Draft Cert. of Counsel re: Order Approving Validity of Reclamation Claims. | 0.50 | 245.00 | $122.50 |
| 10/31/01 | DWC | Address filing and service of Cert. of Counsel re: Reclamation Validity Order. | 0.20 | 245.00 | $49.00 |
| | | **Task Code Total** | **3.00** | | **$735.00** |

### COMPENSATION PROF. [B160]

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/01 | LAG | Follow up regarding status of fee application, deadline, and payment. | 0.20 | 125.00 | $25.00 |
| 10/01/01 | LAG | Review cash report, email, and voicemail and update Delaware fee application status chart. | 0.20 | 125.00 | $25.00 |
| 10/01/01 | HRR | Draft email regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 10/01/01 | HRR | Draft first quarterly fee application (1.20); and Telephone conference with D. Carickhoff regarding same (.20). | 1.30 | 295.00 | $383.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/01 | CAK | R/A Docket re pending FICE Applications of professionals | 0.80 | 105.00 | $84.00 |
| 10/02/01 | HRR | Review and analyze email regarding quarterly fee application. | 0.10 | 295.00 | $29.50 |
| 10/03/01 | HRR | Address issues regarding fee applications. | 0.20 | 295.00 | $59.00 |
| 10/06/01 | LAG | Review cash report, email, and voicemail and update Delaware fee application status chart. | 0.30 | 125.00 | $37.50 |
| 10/10/01 | DWC | Review and revise 4h Monthly Fee Application of PSZYJ (.40); and address filing and service thereof (.40). | 0.80 | 245.00 | $196.00 |
| 10/10/01 | LDJ | Review and finalize interim fee app (July 2001) | 0.30 | 455.00 | $136.50 |
| 10/11/01 | IDK | Emails to Hamid Rafatjoo regarding 8/01 fee application and payment status. | 0.20 | 445.00 | $89.00 |
| 10/11/01 | HRR | Review, analyze and respond to email regarding fee issues. | 0.10 | 295.00 | $29.50 |
| 10/11/01 | HRR | Review and analyze email regarding fee issues. | 0.10 | 295.00 | $29.50 |
| 10/12/01 | DWC | Review Nelson Mullins July and August Monthly fee applications (.40); address preparation of notices of the same (.30); and address filing and service thereof (10). | 0.80 | 245.00 | $196.00 |
| 10/12/01 | LDJ | Review and finalize interim fee app (July 2001) | 0.30 | 455.00 | $136.50 |
| 10/15/01 | HRR | Review, analyze and address issues regarding July fee application. | 0.20 | 295.00 | $59.00 |
| 10/15/01 | DWC | Review quarterly report re: payments to ordinary course professionals and address filing (.30); and service thereof (.10). | 0.40 | 245.00 | $98.00 |
| 10/15/01 | DWC | Review August fee application of the Blackstone Group (.40); and address filing and service thereof (.10). | 0.50 | 245.00 | $122.50 |
| 10/17/01 | HRR | Draft August fee application. | 1.30 | 295.00 | $383.50 |
| 10/17/01 | HRR | Draft email regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 10/18/01 | LAG | Follow up regarding status of fee application, deadline, and payment. | 0.20 | 125.00 | $25.00 |
| 10/18/01 | LAG | Review cash report, email, and voicemail and update Delaware fee app status chart. | 0.30 | 125.00 | $37.50 |
| 10/18/01 | HRR | Review and analyze email from L. Gilbert regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 10/19/01 | IDK | Email to Hamid Rafatjoo regarding status. | 0.10 | 445.00 | $44.50 |
| 10/19/01 | DWC | Teleconference with K. Heiser from Nelson Mullins re: interim fee application process. | 0.30 | 245.00 | $73.50 |
| 10/22/01 | LAG | Review voicemail from Ira D. Kharasch regarding recent payments. | 0.10 | 125.00 | $12.50 |
| 10/22/01 | HRR | Telephone conference with D. Carickhoff regarding fee applications. | 0.20 | 295.00 | $59.00 |
| 10/22/01 | HRR | Draft email regarding fee issues. | 0.10 | 295.00 | $29.50 |
| 10/22/01 | HRR | Review and revise fee application (.60); and draft email to M. Johnson regarding same (.10). | 0.70 | 295.00 | $206.50 |
| 10/22/01 | DWC | Review Wallace King's August fee application and comment thereon. | 0.40 | 245.00 | $98.00 |
| 10/24/01 | HRR | Review and analyze fee issues (.20); draft letter to W. Sparks regarding June fees (.10); and address issues regarding same (.10). | 0.40 | 295.00 | $118.00 |
| 10/30/01 | DWC | Review Pitney Hardin's August Fee Application (.50); and address filing and service thereof (.10). | 0.60 | 245.00 | $147.00 |
| 10/30/01 | DWC | Review amended exhibits to Pitney Hardin's June Fee Application (.30); and address filing thereof (.10). | 0.40 | 245.00 | $98.00 |
| 10/30/01 | DWC | Review K&E's September fee application (.40); and address filing and service thereof (.10). | 0.50 | 245.00 | $122.50 |
| 10/31/01 | LAG | Follow up regarding status of fee application, deadline, and payment. | 0.20 | 125.00 | $25.00 |
| 10/31/01 | LAG | Review cash report, email, and voicemail and update Delaware fee app status chart. | 0.30 | 125.00 | $37.50 |
| 10/31/01 | DWC | Review and revise PSZYJ's August Fee application (.7) and address filing and service thereof (.30). | 1.00 | 245.00 | $245.00 |
| 10/31/01 | LDJ | Review and finalize interim fee app (August 2001) | 0.30 | 455.00 | $136.50 |
| 10/31/01 | TMO | Draft Certificates of No Objection and Certificates of | 2.00 | 105.00 | $210.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Service re: Pittney, Hardin fee app, 4th PSZYJ fee app and K & E August 2001 fee app. | | | |
| 10/31/01 | TMO | Prepare and serve Certificates of No Objection re: Pittney Hardin, K & E and PSZYJ fee applications. | 1.00 | 105.00 | $105.00 |
| 10/31/01 | TMO | Prepare and file Certificates of No Objection re: Docket Numbers 967, 977 and 999. | 1.25 | 105.00 | $131.25 |
| | | **Task Code Total** | **18.75** | | **$4,169.75** |

### EMPLOYEE BENEFIT/PENSION- B220

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/23/01 | DWC | Teleconference with Jack Phillips re: Grace Former Employee Motion for Indemnification. | 0.20 | 245.00 | $49.00 |
| 10/24/01 | DWC | Address filing and service of Notice of Scheduling Conference on Former Employee Motion. | 0.20 | 245.00 | $49.00 |
| 10/29/01 | DWC | Scheduling conference with Judge McKelvie re: Fromer Employee motion for indemnification (.3); Teleconference with Sam Schwartz re: same (.2). | 0.50 | 245.00 | $122.50 |
| | | **Task Code Total** | **0.90** | | **$220.50** |

### EXECUTORY CONTRACTS [B185]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/09/01 | DWC | Teleconference with Sam Schwartz re: 365(d)(4) Motion. | 0.20 | 245.00 | $49.00 |
| | | **Task Code Total** | **0.20** | | **$49.00** |

### FINANCIAL FILINGS [B110]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/01 | DWC | Review Monthly Operating Report (.70) and address filing and service thereof (.20). | 0.90 | 245.00 | $220.50 |
| 10/31/01 | DWC | Review September Monthly Operating Report (.60) and address filing and service thereof (.20). | 0.80 | 245.00 | $196.00 |
| 10/31/01 | DWC | Review letter from UST stating that amended statement of financial affairs resolved their motion. | 0.20 | 245.00 | $49.00 |
| | | **Task Code Total** | **1.90** | | **$465.50** |

### LITIGATION (NON-BANKRUPTCY]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/01 | DWC | Review letter from Jay Hughes re: tobacco litigation in Mississippi and enclosed materials. | 1.50 | 245.00 | $367.50 |
| 10/04/01 | DWC | Finalize 9019 Motion seeking approval of stipulation resolving tax dispute with state of Washington (1.30); and Teleconference with Tim Cremin re: same (.20). | 1.50 | 245.00 | $367.50 |
| 10/05/01 | DWC | Teleconference with Jay Hughes re: tobacco litigation in Mississippi. | 0.20 | 245.00 | $49.00 |
| 10/09/01 | DWC | Teleconference with Sam Schwartz re: motion resolving tax dispute. | 0.20 | 245.00 | $49.00 |
| 10/17/01 | DWC | Teleconference with Arlene Krieger re: motion to resolve tax dispute with state of WA. | 0.20 | 245.00 | $49.00 |
| 10/23/01 | DWC | Discuss withdrawal of complaint in Mississippi tobacco litigation. | 0.20 | 245.00 | $49.00 |
| 10/24/01 | DWC | Review Motion for Consent Decree re: Libby, Montana litigation. | 0.40 | 245.00 | $98.00 |
| 10/25/01 | DWC | Review and revise motion for approval of consent decree with the EPA (.8); draft notice re: same (.4); address filing and service thereof (.3); Teleconference with Jan Baer re: | 1.70 | 245.00 | $416.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | same (.2). | | | |
| 10/25/01 | DWC | Research whether bankruptcy code would act to toll statute of limitations in tobacco litigation. | 2.20 | 245.00 | $539.00 |
| | | **Task Code Total** | **8.10** | | **$1,984.50** |

### RETENTION OF PROF. [B160]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/01 | DWC | Review affidavits of ordinary course professionals (14) (.60) and address filing and service thereof (20) . | 0.80 | 245.00 | $196.00 |
| 10/15/01 | DWC | Teleconference with Sam Schwartz re: retention of Rust Consulting (.2) and e-mail Frank Perch re: same (.1) | 0.30 | 245.00 | $73.50 |
| 10/15/01 | DWC | Review and revise response to Caplin & Drysdale supplemental affidavit seeking to retain Professor Warren (1.0) and address filing and service thereof (.20). | 1.20 | 245.00 | $294.00 |
| 10/16/01 | DWC | Draft certification of counsel re: retention of Rust Consulting (.20), review and revise proposed order in connection therewith (.70), and address filing and service thereof (.20). | 1.10 | 245.00 | $269.50 |
| 10/17/01 | DWC | Teleconference with Sam Schwartz re: retention of Pricewaterhouse (.3); and e-mail to Laura Jones re: same (.2). | 0.50 | 245.00 | $122.50 |
| 10/17/01 | LDJ | Correspondence with David Carickhoff, Esq. re: retention of professionals | 0.20 | 455.00 | $0.00 |
| 10/23/01 | DWC | Review James Sprayregen Fifth Supplemental Affidavit and address filing and service thereof. | 0.30 | 245.00 | $73.50 |
| 10/25/01 | DWC | Review response of Debtors to Asbestos Committees' Application to retain special counsel to pursue fraudulent conveyance claims. (.4); Teleconference with Michelle Browdy re: same (.3); Teleconference with Peter Duhig re: same (.2). | 0.90 | 245.00 | $220.50 |
| 10/25/01 | PJD | Conference with David Carickhoff re: objection to Asbestos Committee's special counsel retenion | 0.10 | 195.00 | $19.50 |
| 10/25/01 | PJD | Review and consider draft of debtors' opposition to the joint application by the asbestos property damage and personal injury committees for approval of law firms to prosecute the fraudulent transfer claims | 0.30 | 195.00 | $58.50 |
| 10/29/01 | KKY | File and serve Debtors' Opposition to Asbestos Committee's Application to Retain Special Counsel to Prosecute Fraudulent Transfer Claims | 0.30 | 115.00 | $34.50 |
| 10/29/01 | KKY | Prepare for filing and service Debtors' Opposition to Asbestos Committee's Application to Retain Special Counsel to Prosecute Fraudulent Transfer Claims | 0.30 | 115.00 | $34.50 |
| 10/29/01 | KKY | Draft and file Affidavit of Service for Debtors' Opposition to Asbestos Committee's Application to Retain Special Counsel to Prosecute Fraudulent Transfer Claims | 0.20 | 115.00 | $23.00 |
| 10/29/01 | KKY | Prepare for filing Affidavit of Service for Debtors' Opposition to Asbestos Committee's Application to Retain Special Counsel to Prosecute Fraudulent Transfer Claims | 0.10 | 115.00 | $11.50 |
| 10/29/01 | PJD | Review and consider opposition to motion to appoint special counsel to prosecute fraudulent claims | 0.70 | 195.00 | $136.50 |
| 10/30/01 | DWC | Review Creditors' committee's objection to Asbestos Committee's applications to retain special counsel. | 0.20 | 245.00 | $49.00 |
| | | **Task Code Total** | **7.50** | | **$1,616.50** |

### STAY LITIGATION [B140]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/01 | DWC | Negotiate stipulation with Honeywell re: lifting of stay in | 0.60 | 245.00 | $147.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/01 | DWC | Negotiate resolution of lift stay motions concerning NJ litigation. | 0.60 | 245.00 | $147.00 |
| 10/15/01 | HRR | Review and analyze Honeywell stipulation for relief from stay. | 0.20 | 295.00 | $59.00 |
| 10/15/01 | DWC | Draft revisions to Stipulation with Honeywell re: NJ litigation. | 0.70 | 245.00 | $171.50 |
| 10/16/01 | DWC | Review and respond to proposed revisions to Stipulation with Honeywell re: NJ litigation. | 0.30 | 245.00 | $73.50 |
| 10/23/01 | DWC | Review complain and cross-claim of Honeywell in Riverkeeper matter. | 0.90 | 245.00 | $220.50 |
| 10/24/01 | DWC | Revise proposed Stipulation with Honeywell re: NJ litigation and circulate the same. | 0.80 | 245.00 | $196.00 |
| 10/26/01 | DWC | Teleconference with Bruce Buechler and Chris Marraro re: revisions to Stipulation with Honeywell to lift the stay in NJ litigation (.5); make revisions to Stipulation as per comments (.3) | 0.80 | 245.00 | $196.00 |

|  |  | **Task Code Total** | **4.90** |  | **$1,210.50** |
|---|---|---|---|---|---|
|  |  | **Total professional services:** | **65.05** |  | **$13,420.75** |

### Costs Advanced:

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/20/2001 | FE | Federal Express [E108] | $109.32 |
| 09/26/2001 | FE | Federal Express [E108] | $100.27 |
| 10/02/2001 | FE | Federal Express [E108] | $5.60 |
| 10/02/2001 | RE | (CORR 262 @0.15 PER PG) | $39.30 |
| 10/02/2001 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 10/02/2001 | RE | (CORR 1595 @0.15 PER PG) | $239.25 |
| 10/03/2001 | FX | (CORR 6 @1.00 PER PG) | $6.00 |
| 10/05/2001 | RE | (CORR 4305 @0.15 PER PG) | $645.75 |
| 10/05/2001 | RE | (CORR 34 @0.15 PER PG) | $5.10 |
| 10/05/2001 | RE | (CORR 166 @0.15 PER PG) | $24.90 |
| 10/05/2001 | SO | Secretarial Overtime--Rasheda Stewart | $23.85 |
| 10/08/2001 | FX | (CORR 3 @1.00 PER PG) | $3.00 |
| 10/09/2001 | FE | Federal Express [E108] | $12.27 |
| 10/09/2001 | FX | Fax Transmittal. [E104] | $15.00 |
| 10/09/2001 | PO | Postage [E108] | $1.71 |
| 10/09/2001 | RE | (CORR 52 @0.15 PER PG) | $7.80 |
| 10/09/2001 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 10/09/2001 | RE | (CORR 74 @0.15 PER PG) | $11.10 |
| 10/09/2001 | RE | (CORR 30 @0.15 PER PG) | $4.50 |
| 10/09/2001 | SO | Secretarial Overtime--Rasheda Stewart | $23.85 |
| 10/10/2001 | RE | (CORR 38 @0.15 PER PG) | $5.70 |
| 10/10/2001 | RE | (CORR 162 @0.15 PER PG) | $24.30 |
| 10/11/2001 | RE | (CORR 420 @0.15 PER PG) | $63.00 |
| 10/11/2001 | RE | (CORR 109 @0.15 PER PG) | $16.35 |
| 10/12/2001 | PO | Postage [E108] | $103.74 |
| 10/12/2001 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 10/12/2001 | RE | (CORR 1359 @0.15 PER PG) | $203.85 |
| 10/12/2001 | RE | (CORR 18 @0.15 PER PG) | $2.70 |
| 10/12/2001 | RE | (CORR 222 @0.15 PER PG) | $33.30 |
| 10/12/2001 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 10/12/2001 | RE | (CORR 96 @0.15 PER PG) | $14.40 |
| 10/15/2001 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 10/15/2001 | FX | (AGR 20 @1.00 PER PG) | $20.00 |
| 10/15/2001 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 10/15/2001 | RE | (CORR 105 @0.15 PER PG) | $15.75 |
| 10/15/2001 | RE | (CORR 52 @0.15 PER PG) | $7.80 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 10/15/2001 | RE | (CORR 357 @0.15 PER PG) | $53.55 |
| 10/15/2001 | RE | (CORR 58 @0.15 PER PG) | $8.70 |
| 10/15/2001 | RE | (CORR 36 @0.15 PER PG) | $5.40 |
| 10/15/2001 | RE | (CORR 48 @0.15 PER PG) | $7.20 |
| 10/16/2001 | RE | (CORR 154 @0.15 PER PG) | $23.10 |
| 10/16/2001 | RE | (CORR 59 @0.15 PER PG) | $8.85 |
| 10/16/2001 | RE | (CORR 59 @0.15 PER PG) | $8.85 |
| 10/16/2001 | RE | (CORR 162 @0.15 PER PG) | $24.30 |
| 10/16/2001 | RE | (CORR 85 @0.15 PER PG) | $12.75 |
| 10/16/2001 | RE | (CORR 82 @0.15 PER PG) | $12.30 |
| 10/17/2001 | RE | (CORR 51 @0.15 PER PG) | $7.65 |
| 10/17/2001 | RE | (CORR 5062 @0.15 PER PG) | $759.30 |
| 10/17/2001 | RE | (CORR 693 @0.15 PER PG) | $103.95 |
| 10/17/2001 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 10/17/2001 | RE | (3 372 @0.15 PER PG) | $55.80 |
| 10/18/2001 | RE | (CORR 1599 @0.15 PER PG) | $239.85 |
| 10/22/2001 | RE | (CORR 309 @0.15 PER PG) | $46.35 |
| 10/22/2001 | RE | (CORR 1561 @0.15 PER PG) | $234.15 |
| 10/22/2001 | RE | (CORR 44 @0.15 PER PG) | $6.60 |
| 10/23/2001 | RE | (CORR 720 @0.15 PER PG) | $108.00 |
| 10/23/2001 | RE | (CORR 1642 @0.15 PER PG) | $246.30 |
| 10/23/2001 | RE | (CORR 187 @0.15 PER PG) | $28.05 |
| 10/24/2001 | FX | (CORR 2 @1.00 PER PG) | $2.00 |
| 10/24/2001 | FX3 | FX-(CORR. 3 @ 1.00 PER PG) [E104] | $3.00 |
| 10/24/2001 | PO | Postage [E108] | $104.31 |
| 10/24/2001 | RE | (CORR 7 @0.15 PER PG) | $1.05 |
| 10/24/2001 | RE | (CORR 497 @0.15 PER PG) | $74.55 |
| 10/24/2001 | RE | (CORR 1157 @0.15 PER PG) | $173.55 |
| 10/24/2001 | RE | (CORR 917 @0.15 PER PG) | $137.55 |
| 10/24/2001 | RE | (CORR 147 @0.15 PER PG) | $22.05 |
| 10/24/2001 | RE | (CORR 74 @0.15 PER PG) | $11.10 |
| 10/24/2001 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 10/25/2001 | RE | (CORR 6939 @0.15 PER PG) | $1,040.85 |
| 10/25/2001 | RE | (CORR 1000 @0.15 PER PG) | $150.00 |
| 10/25/2001 | RE | (CORR 920 @0.15 PER PG) | $138.00 |
| 10/29/2001 | CC | Conference Call--Genesys [E105] | $31.02 |
| 10/29/2001 | RE | (CORR 428 @0.15 PER PG) | $64.20 |
| 10/29/2001 | RE | (CORR 7643 @0.15 PER PG) | $1,146.45 |
| 10/29/2001 | RE | (CORR 50 @0.15 PER PG) | $7.50 |
| 10/30/2001 | FX | (AGR 34 @1.00 PER PG) | $34.00 |
| 10/30/2001 | PO | Postage [E108] | $2.06 |
| 10/30/2001 | RE | Reproduction Expense. [E101] | $0.75 |
| 10/30/2001 | RE | (CORR 1189 @0.15 PER PG) | $178.35 |
| 10/30/2001 | RE | (CORR 357 @0.15 PER PG) | $53.55 |
| 10/30/2001 | RE | (CORR 212 @0.15 PER PG) | $31.80 |
| 10/30/2001 | RE | (CORR 703 @0.15 PER PG) | $105.45 |
| 10/30/2001 | RE | (CORR 2054 @0.15 PER PG) | $308.10 |
| 10/30/2001 | RE | (CORR 227 @0.15 PER PG) | $34.05 |
| 10/30/2001 | RE | (CORR 833 @0.15 PER PG) | $124.95 |
| 10/30/2001 | RE | (CORR 127 @0.15 PER PG) | $19.05 |
| 10/31/2001 | PO | Postage [E108] | $0.57 |
| 10/31/2001 | RE | Reproduction Expense. [E101] | $5.40 |
| 10/31/2001 | RE | (CORR 4671 @0.15 PER PG) | $700.65 |
| 10/31/2001 | RE | (CORR 1302 @0.15 PER PG) | $195.30 |
| 10/31/2001 | RE | (CORR 882 @0.15 PER PG) | $132.30 |
| 10/31/2001 | RE | (CORR 17 @0.15 PER PG) | $2.55 |
| 10/31/2001 | RE | (CORR 312 @0.15 PER PG) | $46.80 |
| 10/31/2001 | RE | (CORR 157 @0.15 PER PG) | $23.55 |

**Total Expenses:** **$8,922.92**

## Summary:

| | |
|---|---|
| Total professional services | $13,420.75 |
| Total expenses | $8,922.92 |
| Net current charges | $22,343.67 |
| Net balance forward | $114,971.28 |
| **Total balance now due** | $137,314.95 |

## Billing Summary

| | | | | |
|---|---|---|---|---|
| AMT | Tabor, April M. | 3.00 | $50.00 | $150.00 |
| CAK | Knotts, Cheryl A. | 0.80 | $105.00 | $84.00 |
| DWC | Carickhoff, David W | 36.80 | $245.00 | $9,016.00 |
| HRR | Rafatjoo, Hamid R. | 6.40 | $295.00 | $1,888.00 |
| IDK | Kharasch, Ira D. | 0.30 | $445.00 | $133.50 |
| KKY | Yee, Karina K. | 1.90 | $115.00 | $218.50 |
| LAG | Gilbert, Laurie A. | 1.80 | $125.00 | $225.00 |
| LDJ | Jones, Laura Davis | 1.30 | $455.00 | $500.50 |
| PJD | Duhig, Peter J. | 2.20 | $195.00 | $429.00 |
| RMO | Olivere, Rita M. | 3.00 | $55.00 | $165.00 |
| TMO | O'Brien, Timothy M. | 4.25 | $105.00 | $446.25 |
| VEM | Mobley, Violet E. | 3.30 | $50.00 | $165.00 |
| | | 65.05 | | $13,420.75 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| BL | BANKRUPTCY LITIGATION [L430] | 3.50 | $747.50 |
| CA | CASE ADMINISTRATION [B110] | 16.30 | $2,222.00 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 3.00 | $735.00 |
| CP | COMPENSATION PROF. [B160] | 18.75 | $4,169.75 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 0.90 | $220.50 |
| EC | EXECUTORY CONTRACTS [B185] | 0.20 | $49.00 |
| FF | FINANCIAL FILINGS [B110] | 1.90 | $465.50 |
| LN | LITIGATION (NON-BANKRUPTCY] | 8.10 | $1,984.50 |
| RP | RETENTION OF PROF. [B160] | 7.50 | $1,616.50 |
| SL | STAY LITIGATION [B140] | 4.90 | $1,210.50 |
| | | 65.05 | $13,420.75 |

## Expense Code Summary

| | |
|---|---:|
| Conference Call [E105] | $31.02 |
| Federal Express [E108] | $227.46 |
| Fax Transmittal. [E104] | $84.00 |
| FX-(CORR. 1 @ 1.00 PER PG) [E1 | $3.00 |
| Postage [E108] | $212.39 |
| Reproduction Expense. [E101] | $8,317.35 |
| Overtime | $47.70 |
| | $8,922.92 |