## CALENDAR NOTICE

TO:     Clerk, U.S. Bankruptcy Court                    DATE _10/5/01_
        Clerk, U.S. District Court

FROM:   Judge Farnan

CASE CAPTION: _In the W. R. Grace_

CASE NUMBER: <u>Bankruptcy No.</u> _01 - 1139 JJF_

  **1.** The following proceeding(s) (are scheduled:)

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___JURY TRIAL          ___days | _____ | ___/___, 2001 at___ ___m. | |
| ___# of Jurors Requested | | | |
| ___NON-JURY TRIAL      ___days | _____ | ___/___, 2001 at___ ___m. | |
| ___TELE-CONFERENCE | _____ | ___/___, 2001 at___ ___m. | |
| ___ PRETRIAL CONFERENCE | _____ | ___/___, 2001 at___ ___m. | |
| ___ CONFERENCE | _____ | ___/___, 2001 at___ ___m. | |
| ✓ HEARING (Omnibus) | _Mon_ | _11 / 5_, 2001 at _2:00 P._m. | |
| ✓ HEARING (omnibus) | _Thurs_ | _1 / 3_, 2002 at _9:30 A._m. | |
| ___ HEARING | _____ | ___/___, 2001 at___ ___m. | |
| ___ HEARING | _____ | ___/___, 2001 at___ ___m. | |

***COURT REPORTER REQUESTED*** ✓ _yes___no          ✓ ***COURTROOM 2A***
*********************************************************************

  **2.** The following proceeding(s) are **canceled:**

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___JURY TRIAL          ___days | _____ | ___/___, 2001 at___ ___m. | |
| ___NON-JURY TRIAL      ___days | _____ | ___/___, 2001 at___ ___m. | |
| ___TELE-CONFERENCE | _____ | ___/___, 2001 at___ ___m. | |
| ___ PRETRIAL CONFERENCE | _____ | ___/___, 2001 at___ ___m. | |
| ___ _____ CONFERENCE | _____ | ___/___, 2001 at___ ___m. | |
| ___ HEARING | _____ | ___/___, 2001 at___ ___m. | |
| ___ HEARING | _____ | ___/___, 2001 at___ ___m. | |

*********************************************************************
(CHAMBERS USE ONLY)

  ✓__ CHAMBERS CALENDAR
*********************************************************************


                                        Prepared by _Susan_