## CALENDAR NOTICE

TO:   Clerk, U.S. Bankruptcy Court          DATE _10/5/01_
      Clerk, U.S. District Court

FROM: Judge Farnan

CASE CAPTION: _In Re W. R. Grace_

CASE NUMBER: Bankruptcy No. _01-1139 JJF_

1. The following proceeding(s) (are scheduled):

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___ JURY TRIAL ___days | ___ | ___/___, 2001 at ___ ___m. |  |
| ___ # of Jurors Requested |  |  |  |
| ___ NON-JURY TRIAL ___days | ___ | ___/___, 2001 at ___ ___m. |  |
| ___ TELE-CONFERENCE | ___ | ___/___, 2001 at ___ ___m. |  |
| ___ PRETRIAL CONFERENCE | ___ | ___/___, 2001 at ___ ___m. |  |
| _____ CONFERENCE | ___ | ___/___, 2001 at ___ ___m. |  |
| √ HEARING (Omnibus) | Mon | 11/5, 2001 at 2:00 p.m. |  |
| √ HEARING (Omnibus) | Thurs | 1/3, 2002 at 9:30 a.m. |  |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. |  |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. |  |

COURT REPORTER REQUESTED √ yes ___ no          √ COURTROOM 2A

*************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___ JURY TRIAL ___days | ___ | ___/___, 2001 at ___ ___m. |  |
| ___ NON-JURY TRIAL ___days | ___ | ___/___, 2001 at ___ ___m. |  |
| ___ TELE-CONFERENCE | ___ | ___/___, 2001 at ___ ___m. |  |
| ___ PRETRIAL CONFERENCE | ___ | ___/___, 2001 at ___ ___m. |  |
| _____ CONFERENCE | ___ | ___/___, 2001 at ___ ___m. |  |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. |  |
| ___ HEARING | ___ | ___/___, 2001 at ___ ___m. |  |

*************************************************************

(CHAMBERS USE ONLY)

√ CHAMBERS CALENDAR

*************************************************************

Prepared by _Susan_