Debt Acquisition Company of America V, LLC
2120 W. Washington Street
San Diego, California 92110
Telephone: (619) 220-8900
Facsimile: (619) 220-8112

FILED

'01 OCT 10 PM 3:28

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re

WR GRACE & CO

      Debtor.

) CASE NO. 01-1139
)
) CHAPTER 11
)
) **REQUEST FOR SPECIAL NOTICE AND**
) **COPY OF ANY DISCLOSURE**
) **STATEMENT FILED**
)
)
)
)
)
)

TO: THE HONORABLE UNITED STATES BANKRUPTCY COURT; THE DEBTOR; ITS ATTORNEYS OF RECORD; AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Debt Acquisition Company of America V, LLC, a creditor and party-in-interest in the above-captioned bankruptcy case, hereby requests that notice of all events relevant to the above-referenced bankruptcy case and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings, Chapter 11 Plans of Reorganizations, Disclosure Statements or notices under Federal Rule of Bankruptcy Procedure 2002, be served on it as follows:

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego CA 92110

Telephone No. (619) 220-8900

In addition, Debt Acquisition Company requests that it be added to the Master Mailing List in this case.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall constitute a waiver of Debt Acquisition Company of America's:

a. Right to have any and all final orders in any and all non-core matters entered only after <u>de novo</u> review by a United States District Court judge;

b. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation <u>vel</u> <u>non</u> of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(b), and whether such jury trial right is pursuant to statute or the United States Constitution;

c. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d. Other rights, claim, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreement or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Debt Acquisition Company of America without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Date: 10/8/01

_____
Julie Bubnack

## PROOF OF SERVICE BY MAIL

I, Sylvia C. Serrano, declare that I am over 18 years of age, a resident of the County of San Diego, State of California, and am not a party to the within proceeding, namely In re: <u>WR GRACE & CO</u> Case No. 00-01139. United States Bankruptcy Court for the District of Delaware.

On October 8, 2001, I served in the manner specified or deposited in the United States Mail, at San Diego, California, for the above-entitled action, in an envelope bearing the prerequisite postage, a copy of:

Addressed to:

James H.M. Sprayregen
Kirkland & Ellis
200 East Randolph Drive
Chicago IL 60601

Clerk of the Court
US Bankruptcy Court
824 Market Street, Fifth Floor
Wilmington, DE 19801

WR Grace & Co
7500 Grace Drive
Columbia MD 21044

At his/her/their last known address, at which place there is a delivery service by mail from the United States Post Office. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration is executed on October 8, 2001 at San Diego, California.

*S. C. Serrano* (signature)

Sylvia C. Serrano
2120 W. Washington Street
San Diego, CA 92110