UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2001 OCT 10  PM 4: 34

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: §

§ CHAPTER 11

W.R. GRACE & CO., *ET AL.*, § CASE NO. 01-01139(RJN)

§ (JOINTLY ADMINISTERED)

DEBTORS. §

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**KANEB PIPE LINE OPERATING PARTNERSHIP, L.P.** and **SUPPORT TERMINAL SERVICES, INC.** (collectively "Kaneb"), parties in interest in the above referenced Chapter 11 case, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, hereby give notice of appearance and request that all notices given or required to be given to any creditor or party in this case and all papers served or required to be served upon any creditor or party in this case, be served upon the undersigned at the following address:

> Mr. Gerard G. Pecht
> FULBRIGHT & JAWORSKI L.L.P.
> 1301 McKinney, Suite 5100
> Houston, TX  77010-3095
> Telephone:    (713) 651-5151
> Telecopier:   (713) 651-5246

The foregoing request includes all notices and papers referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, applications, complaints, hearings, motions, petitions, pleadings, or other documents brought before the Court in this Chapter 11 case.

30129437

Kaneb also specifically requests notice of any plan of reorganization and disclosure statement and notice of any hearing thereon as required by Rule 3017 of the Federal Rules of Bankruptcy Procedure.

DATED:     October $\underline{4}$, 2001, Houston, Texas.

Respectfully submitted,

**FULBRIGHT & JAWORSKI L.L.P.**

By: _____

Gerard G. Pecht
Federal I.D. No.  4784
Texas Bar Card No.  15701800
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:   (713) 651-5151
Telecopier:   (713) 651-5246

ATTORNEY-IN-CHARGE FOR KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. and SUPPORT TERMINAL SERVICES, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served by first class mail, postage prepaid, on the parties listed on the attached service list on the _____ day of October, 2001.

_____

GERARD G. PECHT

## SERVICE LIST

### *W.R. GRACE & CO.*

## SERVICE TO ALL PARTIES VIA UNITED STATES FIRST CLASS MAIL

### Counsel to Debtor:

Laura Davis Jones
PACHULSKI, STANG, ZIEHL, ET AL.
Post Office Box 8705
Wilmington, DE 19899-8705
FAX:   (302) 652-4400

KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601
FAX:   (312) 861-2200

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019-6150
FAX:

### United States Trustee

Office of the United States Trustee
601 Walnut Street, Room 950 West
Philadelphia, PA 19106
FAX:   (215) 597-5795

### Interested Parties and Counsel for Asbestos Creditors

Peter Lockwood
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
FAX:   (202) 429-3301

Theodore Goldberg
Mark C. Meyer
GOLDBERG, PERSKY, JENNINGS & WHITE
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219-6295
FAX:   (412) 471-8308

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue, 36th Floor
New York, NY 10022
FAX:   (212) 644-6755

Mark Lanier
Patrick N. Haines
LANIER PARKER & SULLIVAN, P.C.
1331 Lamar, Suite 1550
Houston, TX 77010
FAX:   (713) 659-2204

30130495

Alan Rich
Russell Budd
BARON & BUDD, P.C.
The Centrum
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
FAX: (214) 520-1181

Stephen J. Kherkher
THE WILLIAMS BAILY LAW FIRM
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5000
FAX: (713) 230-2314

Joseph F. Rice
Nancy Worth Davis
NESS MOTLEY LOADHOLD RICHARDSON &
POOLE, P.A.
28 Bridgeside Blvd.
Post Office Box 1792
Mt. Pleasant, SC 29465
FAX: (843) 216-9450

Brent W. Coon
PROVOST UMPHREY LAW FIRM
490 Park Street
Beaumont, TX 77704
FAX: (409) 838-8888

Paul L. Sadler
D. Bryan Hughes
WELLBORN, HOUSTON, ADKINSON, MANN,
SADLER & HILL, LLP
300 West Main Street
Post Office Box 1109
Henderson, TX 75653-1109
FAX: (903) 657-6108

Ian Cloud
ROBINS, CLOUD, GREENWOOD & LUBEL LLP
910 Travis, Suite 2020
Houston, TX 77002
FAX: (713) 650-1400

Larry O. Norris, P.A.
101 Ferguson Street
Hattiesburgh, MS 39401-3812
FAX: (601) 584-6634

SILBER PEARLMAN, P.C.
2711 North Haskell Avenue
5th Floor, LB 32
Dallas, TX 75204
FAX: (214) 824-8100

WATERS & KRAUS
4807 West Lovers Lane
Dallas, TX 75209
FAX: (214) 941-8855

Paul D. Henderson
DIES, HENDERSON & CARONA
1009 West Green
Orange, TX 77630-5619
FAX: (409) 883-4814

C. Sanders McNew
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
FAX: (212) 344-5461

Shepard A. Hoffman
301 North Charles Street
Baltimore, MD 21201-4306
FAX: (410) 539-8407

Brad B. Erens
JONES, DAY, REAVIS & POGUE
77 West Wacker
Chicago, IL 60601-1692
FAX: (312) 782-8585

Edwin H. Beachler
CAROSELLI, BEACHLER, MCTIERNAN & CONVOY
312 Boulevard of the Allies
Pittsburgh, PA 15222
FAX: (412) 391-7453

30130495

Frank E. Stachyra
STACHYRA & PENN
111 West Washington Street
Chicago, IL 60602-2703
FAX: (312) 782-4656

Damon Chargois
FOSTER & SEAR LLP
1201 North Watson Road, Suite 145
Arlington, TX 76006
FAX: (817) 633-5507

Michael Kaeske
KAESKE REEVES, LLP
6301 Gaston, Suite 735
Dallas, TX 75214
FAX: (214) 821-0977

Richard S. Glasser
KENDALL, HATTEN, GLASSER, PLC
1001 East Broad Street, Suite 450
Richmond, VA 23219
FAX: (757) 625-4115

Glen W. Morgan
REAUD, MORGAN & QUINN
801 Laurel
Beaumont, TX 77701
FAX: (409) 833-8236

Terry Johnson
455 East Illinois Street, Suite 361
Chicago, IL 50511
FAX: (312) 922-3399

Mark Freedlander
SABLE PUSATERI ROSEN GORDON & ADAMS
Frick Building, 7th Floor
Pittsburgh, PA 15219-6003
FAX: (412) 281-2859

Jon L. Heberling
MCGARVEY, HEBERLING, SULLIVAN &
MCGARVEY
745 South Main Street
Kalispel, MT 59901
FAX: (406) 752-7124

30130495