# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
-------------------------------------------X   Chapter 11
IN RE:                                      |
                                            |   Case No. 01-01139
                                            |
W. R. GRACE & CO., et al.                   |
                                            |
                          Debtors.          |
                                            |
-------------------------------------------X
```

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Amroc Investments, Inc. appears herein and respectfully requests that pursuant to Rules 2002(g), 9007 and 9010 of the Bankruptcy Rules of Procedure and Section 1109(b) of the Bankruptcy Code, that an entry be made on the Clerk's Matrix in this case and that notice of all matters arising herein be duly served on it at the address set forth below:

> AMROC INVESTMENTS, LLC
> 535 Madison Avenue, 15th Floor
> New York, New York 10022
> Attn.: Sheri Levine
> (212) 850-7500

Request is also made for the service of copies, motions, memoranda, schedules, monthly financial reports, applications, petitions, disclosure statements, plans of reorganization, orders, notices, other pleadings and papers, requests or demands (whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise), and all other documents of any nature filed with the Bankruptcy Court in this case, and related adversary proceedings and matters brought before the United States District Court.

DATED:    October 9, 2001

Respectfully submitted,

_____
Sheri Levine

Attorneys for the Debtors:

Kirkland & Ellis
200 East Randolph Dr.
Chicago, IL 60601
Attn: James Sprayregen, Esq.