Law Offices

# BERGER & MONTAGUE, P.C.

1622 Locust Street

JONATHAN D. BERGER

Philadelphia, PA 19103-6365

Telephone (215) 875-3000
Fax (215) 875-4604
http://home.bm.net

WRITER'S DIRECT DIAL NUMBER:
(215) 875-4667

WRITER'S DIRECT FAX NUMBER:
(215) 875-5707

WRITER'S DIRECT E-MAIL ADDRESS:
jdberger@bm.net

October 18, 2001

**FIRST CLASS MAIL**

Mr. David D. Bird, Clerk
U.S. Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

    Re:    In Re: W. R. Grace & Co., et al., Debtors
              Chapter 11; Case Nos. 01-1139, et al.

Dear Mr. Bird:

      Please list Jonathan Berger and Russell Henkin on the creditors' "matrix" service list in the above-referenced bankruptcy as counsel for the Certified Class, Asbestos School Litigation, Master File 83-0268 (E.D. Pa.). All notices should be provided to our firm at the address printed above.

                              Sincerely,

                              Jonathan D. Berger

JDB/cl

cc:    Janet Baer, Esquire
       Laura Davis Jones, Esquire
       Harold Berger, Esquire
       Russell Henkin, Esquire

340658_03.wpd