UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE _____X

In re:

W.R. GRACE & CO. _____X
        Debtor

FILED
2001 OCT 23 AM 9: 55
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Proceeding for a
Reorganization Under
Chapter 11

Case No. 01-01140

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO
## F.R.B.P. RULE 3001(E) (2)

Transferor:    Johnson Tomlin & Johnson
                4770 Biscayne Boulevard, Suite 1030
                Miami, FL 33137-3251
                Attn: Virginia Johnson

*Your claim in the amount of $20,309.82 against the Debtors has been transferred to:*

Transferee:    Contrarian Capital Trade Claims, L.P.
                411 West Putnam Avenue, S-225
                Greenwich, CT 06830
                Attn: Alisa Minsch

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  United States Bankruptcy Court
  District of Delaware
  824 Market Street, 5th Floor
  Wilmington, DE 19801

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2001.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                                              _____
                                                                   Deputy Clerk