UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE          X

In re:

W.R. GRACE & CO.          X
               Debtor

FILED

2001 OCT 23 AM 9:45
Reorganization Under
Chapter 11
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
Case No. 01-01140

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(E) (2)

Transferor:   General Steel Drum Corporation
               4500 South Boulevard
               Charlotte, NC 28209
               Attn: Karlene Hughes

*Your claim in the amount of* **$15,523.00** *against the Debtors has been transferred to:*

Transferee:   Contrarian Capital Trade Claims, L.P.
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn: Alisa Minsch

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  United States Bankruptcy Court
  District of Delaware
  824 Market Street, 5th Floor
  Wilmington, DE 19801

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

---

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2001.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

_____
                     Deputy Clerk