UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE _____X

In re:

W.R. GRACE & CO. _____X
    Debtor

FILED

2001 OCT 23 AM 9: 55

In Proceeding for a
Reorganization Under
Chapter 11

Case No. 01-01140

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO
## F.R.B.P. RULE 3001(E) (2)

Transferor: EVS Environment Consultants Ltd.
    195 Pemberton Avenue
    North Vancouver, BC
    Canada, V7P 2R4
    Attn: Ulandi Teubes

*Your claim in the amount of $16,498.68 against the Debtors has been transferred to:*

Transferee: Contrarian Capital Trade Claims, L.P.
    411 West Putnam Avenue, S-225
    Greenwich, CT 06830
    Attn: Alisa Minsch

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  United States Bankruptcy Court
  District of Delaware
  824 Market Street, 5th Floor
  Wilmington, DE 19801

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

---

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2001.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                _____
                Deputy Clerk