IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139(JJF) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF APPEARANCE OF
NICHOLAS J. LePORE, III ON BEHALF OF
LOUIS S. ROBLES, ESQUIRE AND ROBLES LAW CENTER, P.A.
COMBINED WITH DEMAND FOR SERVICE OF PAPERS**

Please take notice that Louis S. Robles, Esquire and Robles Law Center, P.A. (together, "Creditor"), creditors and parties-in-interest in the above-captioned case, hereby appear in the above-captioned case by its counsel, Nicholas J. LePore, III; such counsel hereby enters his appearance pursuant to §1109(b) of Title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") and Fed. R. Bankr. Proc. 9010(b); and such counsel hereby requests, pursuant to Fed. R. Bankr. Proc. 2002, 3017 and 9007 and §§342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

> Schnader Harrison Segal & Lewis LLP
> Suite 3600, 1600 Market Street
> Philadelphia, Pennsylvania 19103
> Attention: Nicholas J. LePore, III
> (215) 751-2286
> (215) 972-7260 (facsimile)
> nlepore@schnader.com

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice,

application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

Respectfully submitted,

*[signature]*
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, Pennsylvania 19103
(215) 751-2286

Dated: October 24, 2001

PHDATA:918154

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139(JJF) |
| | : | (Jointly Administered) |
| Debtors. | : | |

### CERTIFICATE OF SERVICE

I, Nicholas J. LePore, III, Esquire, certify that on October 24, 2001, I caused a true and correct copy of the Notice of Appearance of Nicholas J. LePore, III On Behalf of Louis S. Robles, Esquire and Robles Law Center, P.A., Combined with Demand for Service of Papers, to be served by first-class mail, postage prepaid on the persons and entities listed on the attached Distribution List.

/s/ Nicholas J. LePore
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, Pennsylvania 19103

PHDATA:918154

## DISTRIBUTION LIST

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young &
Jones
919 North Market St., 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Mark S. Chehi
Skadden, Arps, Slate, Meagher &
Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Mary M. MaloneyHuss
Wolf Block Schorr & Solis-Cohen
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801

Derrick Tay, Esquire
Meighen Demers
P.O. Box 8705, Box 11
Merrill Lynch
Canada Tower, Sun Life Center,
200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

Hamid R. Rafatjoo, Esquire
Pachulski, Stange, Ziehl, Young &
Jones
10100 Santa Monica Blvd.
Suite 1100
Los Angeles, CA 90067-4100

William P. Bowden, Esquire
Matthew G. Zaleski, III, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange St., Suite 400
P.O. Box 2031
Wilmington, DE 19801

Bruce E. Jamieson, Esquire
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street
The Curtis Center, Suite 950 West
Philadelphia, PA 19106

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

PHDATA:918154

1

| | | |
|---|---|---|
| Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price &<br>Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd.<br>Suite 2500<br>Miami, FL 33131 | D.J. Baker, Esquire<br>Skadden Arps Slate Meagher &<br>Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Nancy Worth Davis, Esquire<br>Ness, Motley, Loadhold, Richardson &<br>Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | Todd Meyer, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave. N.W.<br>Washington, DC 20020 | District Director<br>IRS<br>409 Silverside Drive<br>Wilmington, DE 19809 | Securities & Exchange Commission<br>Atlanta Regional Office<br>Branch/Reorganization<br>3475 Lenox Road, NE, Suite 100<br>Atlanta, GA 30326-1232 |
| Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | James D. Freeman, Esquire<br>US Department of Justice<br>Environmental Enforcement Section<br>999 18th Street<br>Suite 945-North Tower<br>Denver, CO 80202 |
| Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan &<br>McGarvey, PC<br>745 South Main Street<br>Kalispel, MT 59901 | Patrick L. Hughes, Esquire<br>Haynes & Boone, LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent &<br>Sheinfeld, LLP<br>551 Fifth Avenue<br>New York, NY 10176 | James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 |
| Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher, LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 | Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 | David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 |
| Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp.<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 | Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th<br>New York, NY 10020 |

2

PIIDATA:918154

| | | |
|---|---|---|
| Stephen H. Case, Esquire<br>Nancy L. Lazar, Esquire<br>David D. Tawil, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick &<br>Horn, LLC<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 | Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson<br>& Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 |
| Nancy Worth Davis<br>Ness, Motley, Loadholt, Richardson<br>& Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | Steven T. Baron, Esquire<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Fl.<br>Dallas, TX 75204 | Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | R. Scott Williams<br>PMG Capital Corp.<br>Four Falls Corporate Center<br>West Conshohocken, PA 19428-2961 | Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 |
| Jonathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue<br>P.O. Box 8705<br>Dallas, TX 75219 | Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer, Esquire<br>Jordan, Hyden, Womble & Culbreth,<br>P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 |
| Courtney M. Labson, Esquire<br>The Mills Corporation<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA 22209 | T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P.O. Box 151<br>Bryan, OH 43506 |
| Alan Kolod, Esquire<br>Moses & Singer, LLP<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019-6076 | Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street<br>Fourth Floor<br>New York, NY 10006 | John P. Dillman, Esquire<br>Linebarger Heard Goggan Blair<br>Graham Pena & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Charles E. Gibson, III<br>Attorney at Law<br>620 North Street, Suite 100<br>Jackson, MS 39202 | Paul M. Baisier, Esquire<br>Seyfarth Shaw<br>1545 Peachtree Street, Suite 700<br>Atlanta, GA 30309 | Kevin D. McDonald<br>Wilshire Scott & Dyer, P.C.<br>One Houston Center<br>1221 McKinney, Suite 4550<br>Houston, TX 77010 |
| Christopher Beard, Esquire<br>Beard & Beard<br>306 N. Market Street<br>Frederick, MD 21701 | Bernice Conn, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067 | Steven R. Schlesinger, Esquire<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 |

3

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701 5th Avenue, Suite 5000
Seattle, WA 98104-7078

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trever W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Paul M. Matheny
The Law Offices Of Peter G. Angelos
5905 Harford Rd.
Baltimore, MD 21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd., Suite G
Brownsville, TX 78520

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Meridee Moore and Kirsten Lynch
Farallon Capital Management LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll,
Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Robert Jacobs, Esquire
Maria Rosoff, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Thomas J. Noonan, Jr.
c/o R&S Liquidation Company
5 Lyons Mall
PMB #530
Basking Ridge, NJ 07920-1928

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

William E. Frese, Esquire
Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Paul G. Sumers, Esquire
TN Attorney General's Office
Bankruptcy Unit
P.O. Box 20207
Nashville, TN 37202-0207

Damon J. Chargois, Esquire
Foster & Sear, LLP
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

| | | |
|---|---|---|
| Anton Volovsek<br>Rt. 2 - Box 200 #42<br>Kamiah, Idaho 83536-9229 | Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>805 Third Avenue<br>New York, NY 10022 | Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard<br>MS 35<br>Tallahassee, FL 32399-3000 |
| Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, NY 10019-0602 | State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, 2nd Floor<br>Columbus, OH 43215 | Greif Bros. Corp.<br>250 East Wilson Bridge Rd.<br>Suite 175<br>Worthington, OH 43085 |
| Stephanie Nolan Deviney<br>Brown & Connery, LLP<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, NJ 08108 | Barbara M. Cook, County Solicitor<br>Katherine L. Taylor, Senior Asst.<br>County Solicitor<br>Howard County Office of Law<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD 21043 | Danice Sims<br>P.O. Box 66658<br>Baton Rouge, LA 70896 |
| M. Diane Jasinski, Esquire<br>Michael D. Hess<br>Corporation Counsel of the City of New York<br>100 Church Street, Room 6-127<br>New York, NY 10007 | Janet Napolitano<br>Robert R. Hall<br>Russell W. Savory<br>1275 West Washington Street<br>Phoenix, AZ 85007-1278 | Russell W. Savory<br>Gotten, Wilson & Savory, PLLC<br>200 Jefferson Avenue, Suite 900<br>Memphis, TN 38103 |
| Credit Manager<br>Belz Enterprises<br>100 Peabody Place, Suite 1400<br>Memphis, TN 38103 | James P. Ruggeri<br>Scott A. Shail<br>Hogan & Harton LLP<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004-1109 | Steven R. Bourne, Esquire<br>Nutter, McClennen & Fish LLP<br>One International Place<br>Boston, MA 02110-2699 |
| Judy D. Thompson, Esquire<br>S. Andrew Jurs, Esquire<br>Poyner & Spruill, LLP<br>100 North Tryon Street, Suite 4000<br>Charlotte, NC 28202-4010 | Daniel H. Slate, Esquire<br>Hughes Hubbard & Reed LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071-3442 | Andrea L. Hazzard, Esquire<br>Hughs Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| Mr. James A. Bane<br>KMCC 204029<br>P.O. Box 710<br>Keen Mountain, VA 24624 | Authur Stein, Esquire<br>1041 W. Lacey Road<br>P.O. Box 1070<br>Forked River, NJ 08731-6070 | Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 |
| Maggie De La Rosa<br>Provost Umphrey Law Firm LLP<br>490 Park Street<br>Beaumont, TX 77701 | Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>Liberty View - Suite 700<br>457 Haddonfield Road<br>P.O. Box 2570<br>Cherry Hill, NJ 08034 | |

PHDATA:918154