TO CLERK OF THE BANKRUPTCY COURT

OCT 25

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

CAROL A MUGFORD CLAIM NUMBER 746
MY CLAIM IS FOR DEFERRED WAGES
440.50 HRS. CREDITED TO ME
WELL BEYOND THE PRE PETITION
DATE OF OCT 25, 2000
   ALSO WHILE OPERATING UNDER
OUR CURRENT CONTRACT AS AGREED
TO BY LOCAL 810 I.B.T. AND THE
DEBTOR" A TOTAL OF 25 DAYS
OF VACATION AND SICK TIME AS
DEFERRED WAGES FOR THE 2001
CONTRACT YEAR WHICH IS
ANOTHER 200 HRS.
MINUS THE 40.00 HRS I WAS
CREDITED FOR BY THE DEBTOR
FOR THE CONTRACT YEAR 2001
                    THANK YOU
RE CHAPTER II CASE NO 00-4020 (EIK)  CAROL A MUGFORD
                    Carol A Mugford

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| XDM | 000997 | 003041 | | 0000171985 | 1 |

ALLIED DIGITAL TECHNOLOGIES CORP.
15 GILPIN AVENUE
HAUPPAUGE, NY 11788

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    State: 0

# Earnings Statement

Period Ending: 01/28/2001
Pay Date: 02/01/2001

CAROL, A MUGFORD
44 WESTEND AVE.
BRENTWOOD, NY 11717

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.2791 | 40.00 | 571.16 | |
| Overtime | 21.4186 | .25 | 5.35 | |
| **Gross Pay** | | | **$576.51** | 2,985.67 |

| Other Benefits and Information | this period | total to-date |
|---|---|---|
| Sick Hr Balance | | 39.50 |
| Vac Hrs Balance | | 401.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -82.03 | 439.01 |