TO - CLERK OF THE BANKRUPTCY COURT

FILED
OCT 25
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

EDWARD LEDDICK CLAIM NUMBER - 751
MY CLAIM IS FOR DEFERRED WAGES.
497.50 HRS. CREDITED TO ME WELL BEYOND THE PRE PETITION DATE OF OCT. 25 2000.

ALSO WHILE OPERATING UNDER OUR CURRENT CONTRACT AS AGREED TO BY LOCAL 810 I.B.T. AND "THE DEBTOR" A TOTAL OF 25 DAYS OF VACATION AND SICK TIME AS DEFERRED WAGES FOR THE 2001 CONTRACT YEAR WHICH IS ANOTHER 200 HRS.

MINUS THE 76.65 HRS. I WAS CREDITED FOR BY "THE DEBTOR" FOR THE CONTRACT YEAR OF 2001.

RE: CHAPTER 11 CASE NO. 00-4020 (EIK)

THANK YOU - EDWARD LEDDICK

*Edward Leddick* (signature)

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| XDM | 001011 | 003009 | | 0000172012 |

ALLIED DIGITAL TECHNOLOGIES CORP.
15 GILPIN AVENUE
HAUPPAUGE, NY 11788

# Earnings Statement

Period Ending: 02/04/2001
Pay Date: 02/08/2001

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    State: 0

EDWARD LEDDICK
44E EILLOW STREET
CENTRAL ISLIP, NY 11722-0000

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.8890 | 40.00 | 715.56 | |
| Overtime | 26.8335 | 5.00 | 134.17 | |
| Gross Pay | | | $849.73 | 4,448.40 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Hr Balance | | 0.00 |
| Vac Hrs Balance | | 497.50 |

**Deductions**  Statutory

Federal Income Tax   -159.53   770.14