**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of October 1, 2001 through October 31, 2001**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | Hours |
|---|---|---|
| 1 | Review and analysis of Debtors' business and operations: | 0.0 |
| 2 | Analyzed, reviewed and monitored the Debtors' financial results and other relevant information: | 11.5 |
| 3 | Meetings and conference calls with the Debtors' management and financial advisor: | 28.5 |
| 4 | Review and analysis of asbestos related litigation, risk management and other legacy liabilities | 1.5 |
| 5 | Meetings and discussions with the Committee and/or its Counsel: | 11.0 |
| 6 | Review of acquisitions proposed by the Debtor: | 16.0 |
| 7 | Reviewed Debtors' employee retention and incentive plans: | 0.0 |
| 8 | Investigation of asset divestitures: | 204.0 |
| 9 | Planning, preparation and organization: | 0.0 |
| 10 | Fee application and statements: | 35.5 |
| 11 | Other: | 2.0 |
| | **TOTAL** | **310.0** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of October 1, 2001 through October 31, 2001**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 21.0 |
| Gregory Boyer, Managing Director | 93.0 |
| Brian Fox, Managing Director | 17.0 |
| Michael Meenan, Vice President | 0.5 |
| Daniel Katz, Associate | 132.5 |
| Sean Perkins, Analyst | 25.0 |
| Jeff Yanover, Analyst | 5.0 |
| Datesh Dalia, Analyst | 8.0 |
| Scott Sturdivant, Analyst | 8.0 |
| **TOTAL** | **310.0** |

**Bankruptcy Time Reporting Log**

Client Name: Grace
Professional: All
Date:

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Daniel Katz | 10/01/01 | 8 | 4.5 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/01/01 | 8 | 3.5 | Reviewed Grace public documents re: historical asset divestiture |
| WR Grace | Jeff Yanover | 10/01/01 | 8 | 2.5 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/02/01 | 8 | 4.5 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Jeff Yanover | 10/02/01 | 8 | 2.5 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/02/01 | 6 | 2.0 | Updated memo on Project Chi |
| WR Grace | Daniel Katz | 10/03/01 | 3 | 1.5 | Conference call with Company regarding Project Chi |
| WR Grace | Gregory Boyer | 10/03/01 | 3 | 2.0 | Preparation for and participation on conference call concerning Project Chi |
| WR Grace | Daniel Katz | 10/03/01 | 6 | 3.5 | Updated memo on Project Chi |
| WR Grace | Michael Gries | 10/04/01 | 5 | 1.0 | Conference call with Committee |
| WR Grace | Brian Fox | 10/04/01 | 5 | 1.0 | Conference call with Committee |
| WR Grace | Gregory Boyer | 10/04/01 | 5 | 1.0 | Conference call with Committee |
| WR Grace | Daniel Katz | 10/04/01 | 5 | 1.0 | Conference call with Committee |
| WR Grace | Daniel Katz | 10/04/01 | 6 | 1.0 | Discussed Project Chi memo with GB |
| WR Grace | Gregory Boyer | 10/04/01 | 6 | 1.0 | Discussed Project Chi memo with DK |
| WR Grace | Gregory Boyer | 10/04/01 | 10 | 2.0 | Prepared and reviewed time detail and fee application |
| WR Grace | Daniel Katz | 10/04/01 | 8 | 2.0 | Reviewed Grace public documents re: historical asset divestiture |
| WR Grace | Sean Perkins | 10/04/01 | 10 | 1.0 | Reviewed and updated fee application |
| WR Grace | Daniel Katz | 10/04/01 | 10 | 1.5 | Reviewed and updated fee application |
| WR Grace | Daniel Katz | 10/04/01 | 6 | 1.5 | Updated memo on Project Chi |
| WR Grace | Daniel Katz | 10/05/01 | 6 | 0.5 | Discussed Project Chi memo with GB |
| WR Grace | Gregory Boyer | 10/05/01 | 6 | 0.5 | Discussed Project Chi memo with DK |
| WR Grace | Gregory Boyer | 10/05/01 | 10 | 4.5 | Prepared and reviewed time detail and fee application |
| WR Grace | Sean Perkins | 10/05/01 | 10 | 1.5 | Prepared and reviewed time detail and fee application |
| WR Grace | Daniel Katz | 10/05/01 | 10 | 3.5 | Reviewed fee application |
| WR Grace | Daniel Katz | 10/05/01 | 6 | 2.5 | Updated memo on Project Chi |
| WR Grace | Gregory Boyer | 10/08/01 | 3 | 0.5 | Conversation with RS and DK re: due diligence, project Chi, current operating results, and meeting on legacy liabilities |
| WR Grace | Daniel Katz | 10/08/01 | 3 | 0.5 | Conversation with RS and GB re: due diligence, project Chi, current operating results, and meeting on legacy liabilities |
| WR Grace | Daniel Katz | 10/08/01 | 10 | 3.0 | Reviewed fee application |
| WR Grace | Daniel Katz | 10/08/01 | 8 | 3.5 | Reviewed Grace public documents re: historical asset divestiture |
| WR Grace | Daniel Katz | 10/09/01 | 10 | 0.5 | Conversation with GB re: fee application |
| WR Grace | Gregory Boyer | 10/09/01 | 10 | 0.5 | Conversation with DK re: fee application |
| WR Grace | Gregory Boyer | 10/09/01 | 10 | 4.0 | Prepared and reviewed time detail and fee application |
| WR Grace | Daniel Katz | 10/09/01 | 2 | 3.5 | Reviewed August operating results |
| WR Grace | Daniel Katz | 10/09/01 | 10 | 2.0 | Reviewed fee application |
| WR Grace | Gregory Boyer | 10/09/01 | 8 | 0.5 | Conversation with MG re: status update re: fee application and historical asset divestiture |
| WR Grace | Michael Gries | 10/09/01 | 8 | 0.5 | Conversation with GB re: status update re: fee application and historical asset divestiture |
| WR Grace | Sean Perkins | 10/10/01 | 10 | 0.5 | Conversation with DK re: fee application |
| WR Grace | Daniel Katz | 10/10/01 | 10 | 0.5 | Conversation with SP re: fee application |
| WR Grace | Sean Perkins | 10/10/01 | 10 | 0.5 | Conversation with GB re: fee application |
| WR Grace | Gregory Boyer | 10/10/01 | 10 | 0.5 | Conversation with SP re: fee application |
| WR Grace | Daniel Katz | 10/10/01 | 2 | 0.5 | Conversation with GB re: fee application and August operating results |
| WR Grace | Gregory Boyer | 10/10/01 | 2 | 0.5 | Conversation with DK re: fee application and August operating results |
| WR Grace | Gregory Boyer | 10/10/01 | 2 | 4.0 | Preparation for call with mgmt re: August operating results |
| WR Grace | Gregory Boyer | 10/10/01 | 10 | 1.0 | Prepared and reviewed time detail and fee application |
| WR Grace | Datesh Dalia | 10/10/01 | 8 | 3.5 | Prepared comparable company analysis for historical asset divestiture |
| WR Grace | Scott Sturdivant | 10/10/01 | 8 | 4.0 | Prepared comparable company analysis for historical asset divestiture |
| WR Grace | Sean Perkins | 10/10/01 | 10 | 2.0 | Updated fee application |
| WR Grace | Daniel Katz | 10/10/01 | 2 | 3.0 | Reviewed August operating results |
| WR Grace | Gregory Boyer | 10/11/01 | 5 | 0.5 | Committee conference call |
| WR Grace | Daniel Katz | 10/11/01 | 5 | 0.5 | Committee conference call |
| WR Grace | Sean Perkins | 10/11/01 | 5 | 0.5 | Committee conference call |
| WR Grace | Brian Fox | 10/11/01 | 5 | 0.5 | Committee conference call |
| WR Grace | Michael Gries | 10/11/01 | 5 | 0.5 | Committee conference call |
| WR Grace | Daniel Katz | 10/11/01 | 3 | 1.0 | Conference call with mgmt re: August operating results |
| WR Grace | Gregory Boyer | 10/11/01 | 3 | 1.0 | Conference call with mgmt re: August operating results |
| WR Grace | Sean Perkins | 10/11/01 | 8 | 2.0 | Conversation with DK re: comparable company analysis, Project Chi research |
| WR Grace | Daniel Katz | 10/11/01 | 8 | 2.0 | Conversation with SP re: comparable company analysis, Project Chi research |
| WR Grace | Daniel Katz | 10/11/01 | 10 | 0.5 | Conversation with GB re: fee application |
| WR Grace | Gregory Boyer | 10/11/01 | 10 | 0.5 | Conversation with DK re: fee application |

Client Name: Grace
Professional: All
Date:

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Sean Perkins | 10/11/01 | 6 | 3.5 | Performed Project Chi research |
| WR Grace | Daniel Katz | 10/11/01 | 10 | 3.0 | Reviewed fee application |
| WR Grace | Sean Perkins | 10/11/01 | 8 | 2.0 | Prepared comparable company analysis for historical asset divestiture |
| WR Grace | Daniel Katz | 10/12/01 | 3 | 1.0 | Conference call with RS and GB re: Project Chi |
| WR Grace | Gregory Boyer | 10/12/01 | 3 | 1.0 | Conference call with RS and DK re: Project Chi |
| WR Grace | Datesh Dalia | 10/12/01 | 8 | 4.5 | Prepared comparable company analysis for historical asset divestiture |
| WR Grace | Scott Sturdivant | 10/12/01 | 8 | 4.0 | Prepared comparable company analysis for historical asset divestiture |
| WR Grace | Daniel Katz | 10/12/01 | 8 | 3.0 | Reviewed historical analyst reports on Grace and comparable companies |
| WR Grace | Daniel Katz | 10/12/01 | 8 | 3.0 | Reviewed comparable company analyses for historical asset divestiture |
| WR Grace | Daniel Katz | 10/12/01 | 8 | 2.0 | Reviewed Grace public documents re: historical asset divestitures |
| WR Grace | Gregory Boyer | 10/15/01 | 8 | 4.0 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/15/01 | 8 | 4.0 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Sean Perkins | 10/16/01 | 8 | 0.5 | Conversation with DK re: comparable company analysis |
| WR Grace | Daniel Katz | 10/16/01 | 8 | 0.5 | Conversation with SP re: comparable company analysis |
| WR Grace | Sean Perkins | 10/16/01 | 8 | 0.5 | Conversation with DK re: precedent transaction analysis |
| WR Grace | Daniel Katz | 10/16/01 | 8 | 0.5 | Conversation with SP re: precedent transaction analysis |
| WR Grace | Sean Perkins | 10/16/01 | 8 | 2.0 | Prepared comparable company descriptions |
| WR Grace | Gregory Boyer | 10/16/01 | 8 | 5.0 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/16/01 | 8 | 3.0 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/17/01 | 8 | 0.5 | Conversation with GB and MM re: specific historical asset divestiture |
| WR Grace | Michael Meenan | 10/17/01 | 8 | 0.5 | Conversation with GB and DK re: specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/17/01 | 8 | 0.5 | Conversation with DK and MM re: specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/17/01 | 10 | 0.5 | Conversation with MG re: fee application |
| WR Grace | Michael Gries | 10/17/01 | 10 | 0.5 | Conversation with GB re: fee application |
| WR Grace | Sean Perkins | 10/17/01 | 8 | 1.5 | Conversation with DK re: transaction analysis, specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/17/01 | 8 | 1.5 | Conversation with SP re: transaction analysis, specific historical asset divestiture |
| WR Grace | Sean Perkins | 10/17/01 | 8 | 3.5 | Preparation of precedent transaction analysis |
| WR Grace | Gregory Boyer | 10/17/01 | 8 | 5.0 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Sean Perkins | 10/17/01 | 8 | 1.5 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Sean Perkins | 10/17/01 | 8 | 2.0 | Summarized and reviewed public documents re: presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/18/01 | 5 | 0.5 | Conference call with Committee |
| WR Grace | Brian Fox | 10/18/01 | 5 | 0.5 | Conference call with Committee |
| WR Grace | Gregory Boyer | 10/18/01 | 5 | 0.5 | Conference call with Committee |
| WR Grace | Daniel Katz | 10/18/01 | 8 | 4.0 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/22/01 | 3 | 10.0 | Travel and meeting with Grace re: legacy liabilities |
| WR Grace | Gregory Boyer | 10/22/01 | 3 | 10.0 | Travel and meeting with Grace re: legacy liabilities |
| WR Grace | Michael Gries | 10/24/01 | 8 | 3.5 | Reviewed presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/23/01 | 4 | 1.5 | Reviewed legacy liabilities presentation |
| WR Grace | Daniel Katz | 10/23/01 | 8 | 3.5 | Updated and reviewed presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/24/01 | 8 | 4.5 | Updated and reviewed presentation on specific historical asset divestiture |
| WR Grace | Brian Fox | 10/24/01 | 8 | 4.5 | Reviewed presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/25/01 | 5 | 1.0 | Conference call with Committee |
| WR Grace | Brian Fox | 10/25/01 | 5 | 1.0 | Conference call with Committee |
| WR Grace | Gregory Boyer | 10/25/01 | 5 | 1.0 | Conference call with Committee |
| WR Grace | Gregory Boyer | 10/25/01 | 8 | 0.5 | Conversation with MG, BF and DK re: specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/25/01 | 8 | 0.5 | Conversation with MG, BF and GB re: specific historical asset divestiture |
| WR Grace | Brian Fox | 10/25/01 | 8 | 0.5 | Conversation with MG, GB and DK re: specific historical asset divestiture |
| WR Grace | Michael Gries | 10/25/01 | 8 | 0.5 | Conversation with GB, BF and DK re: specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/25/01 | 8 | 7.0 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/25/01 | 10 | 1.0 | Prepared and reviewed time detail and fee application |
| WR Grace | Daniel Katz | 10/25/01 | 8 | 5.5 | Updated and reviewed presentation on specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/26/01 | 8 | 0.5 | Conversation with BF re: presentation on specific historical asset divestiture |
| WR Grace | Brian Fox | 10/26/01 | 8 | 0.5 | Conversation with GB re: presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/26/01 | 8 | 1.0 | Conversation with GB re: presentation on specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/26/01 | 8 | 1.0 | Conversation with DK re: presentation on specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/26/01 | 8 | 6.0 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/26/01 | 8 | 5.0 | Updated dod reviewed presentation on specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/29/01 | 8 | 8.0 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/29/01 | 8 | 5.5 | Updated and reviewed presentation on specific historical asset divestiture |
| WR Grace | Brian Fox | 10/29/01 | 8 | 4.5 | Reviewed presentation on specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/30/01 | 8 | 2.0 | Meeting with MG, BF and DK re: presentation on specific historical asset divestiture |

*Bankruptcy Time Reporting Log*

Client Name: Grace
Professional: All
Date:

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Daniel Katz | 10/30/01 | 8 | 2.0 | Meeting with MG, BF and GB re: presentation on specific historical asset divestiture |
| WR Grace | Brian Fox | 10/30/01 | 8 | 2.0 | Meeting with MG, GB and DK re: presentation on specific historical asset divestiture |
| WR Grace | Michael Gries | 10/30/01 | 8 | 3.5 | Reviewed presentation on specific historical asset divestiture |
| WR Grace | Michael Gries | 10/30/01 | 8 | 2.5 | Reviewed presentation on specific historical asset divestiture |
| WR Grace | Michael Gries | 10/30/01 | 8 | 2.0 | Meeting with GB, BF and DK re: presentation on specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/30/01 | 8 | 8.0 | Preparation of presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/30/01 | 8 | 5.5 | Updated and reviewed presentation on specific historical asset divestiture |
| WR Grace | Michael Gries | 10/31/01 | 8 | 3.0 | Reviewed presentation on specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/31/01 | 8 | 2.0 | Meeting with MG, BF and DK re: presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/31/01 | 8 | 2.0 | Meeting with MG, BF and GB re: presentation on specific historical asset divestiture |
| WR Grace | Brian Fox | 10/31/01 | 8 | 2.0 | Meeting with MG, GB and DK re: presentation on specific historical asset divestiture |
| WR Grace | Michael Gries | 10/31/01 | 8 | 1.5 | Reviewed presentation on specific historical asset divestiture |
| WR Grace | Michael Gries | 10/31/01 | 8 | 2.0 | Meeting with BF, GB and DK re: presentation on specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/31/01 | 8 | 4.0 | Prepared presentation on specific historical asset divestiture |
| WR Grace | Daniel Katz | 10/31/01 | 10 | 0.5 | Prepared interim fee application |
| WR Grace | Daniel Katz | 10/31/01 | 11 | 1.0 | Reviewed due diligence request list with GB |
| WR Grace | Daniel Katz | 10/31/01 | 8 | 3.0 | Updated and reviewed presentation on specific historical asset divestiture |
| WR Grace | Gregory Boyer | 10/31/01 | 11 | 1.0 | Reviewed due diligence request list with DK |
| | | Total | | 310.0 | |