11/28/01

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of October 1, 2001 through October 31, 2001**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer | 0.00 | 0.00 | 42.84 | 0.00 | 0.00 | 0.00 | 42.84 |
| D. Katz | 90.00 | 0.00 | 407.25 | 0.00 | 0.00 | 0.00 | 497.25 |
| S. Sturdivant | 14.98 | 0.00 | 8.50 | 0.00 | 0.00 | 0.00 | 23.48 |
| J. Yanover | 26.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.08 |
| Total Individual | 131.06 | 0.00 | 458.59 | 0.00 | 0.00 | 0.00 | 589.65 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.96 | 24.96 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,042.39 | 1,042.39 |
| **Total** | **131.06** | **0.00** | **458.59** | **0.00** | **0.00** | **1,067.35** | **1,657.00** |