**Key to Personel / Entity Codes In Time Detail**

| *Personnel* | | | | *Entity* | |
|---|---|---|---|---|---|
| *MG* | Michael Gries | *Conway, Del Genio, Gries & Co., LLC* | | | |
| *DK* | Daniel Katz | *Conway, Del Genio, Gries & Co., LLC* | | *CDG* | *Conway, Del Genio, Gries & Co., LLC* |
| *GB* | Gregory Boyer | *Conway, Del Genio, Gries & Co., LLC* | | | |
| *BF* | Brian Fox | *Conway, Del Genio, Gries & Co., LLC* | | | |
| *MM* | Michael Meenan | *Conway, Del Genio, Gries & Co., LLC* | | | |
| *SP* | Sean Perkins | *Conway, Del Genio, Gries & Co., LLC* | | | |
| *CC* | Craig Cheng | *Conway, Del Genio, Gries & Co., LLC* | | | |
| *JY* | Jeffrey Yanover | *Conway, Del Genio, Gries & Co., LLC* | | | |
| *DD* | Datesh Dalia | *Conway, Del Genio, Gries & Co., LLC* | | | |
| *SS* | Scott Sturdivant | *Conway, Del Genio, Gries & Co., LLC* | | | |
| *JMS* | Jay Sakalo | *Bilzin Sumberg Dunn Baena Price and Axelrod, LLP* | | | |
| *JZJ* | Jason Jones | *Bilzin Sumberg Dunn Baena Price and Axelrod, LLP* | | | |
| *MAM* | Mindy Mora | *Bilzin Sumberg Dunn Baena Price and Axelrod, LLP* | | | |
| *SLB* | Scott Baena | *Bilzin Sumberg Dunn Baena Price and Axelrod, LLP* | | | |
| *TS* | Tom Sobel | *Lieff, Cabraser, Heimann and Bernstein, LLP* | | | |
| *PD Committee* | | Property Damage Committee | | | |
| *RS* | Richard Shinder | *The Blackstone Group* | | | |