Judith K. Fitzgerald
United States Bankruptcy Judge
District of Delaware

Suite 5490, USX Tower
600 Grant Street
Pittsburgh, PA 15219                          November 29, 2001

Counsel:

    Attached is an order issued by Chief Judge Edward Becker of the United States Court of Appeals for the Third Circuit designating District Judge Alfred M. Wolin to the District of Delaware for the purpose of handling the large asbestos cases pending in this district (Armstrong, Federal-Mogul, USG, W.R.Grace, and Owens Corning). The order contemplates that Judge Wolin, in turn, will assign certain matters to the bankruptcy judges.

    I have been tasked with putting together a memo for Judge Wolin, identifying matters that may be the subject of case management orders designed to move the cases toward completion. I anticipate offering suggestions as to what issues may be appropriately handled by the bankruptcy judges, should Judge Wolin decide to utilize us as Judge Becker's order suggests. In essence, issues related to the on-going business of the debtors including, *inter alia,* executory contract matters, asset sales, cash management issues, etc., would seem likely candidates for disposition by the bankruptcy judges whereas issues related to personal injury matters would not. Some issues may serve the parties best if both a bankruptcy judge and a district judge sat together, such as hearings on disclosure statements and plan confirmations. In addition, the cases may or may not be best handled by a "one size fits all" case management order. Cases moving promptly toward consensual claims estimation and/or plan confirmation may require a separate track from those in which lengthy litigation is contemplated.

    I write to provide you with the opportunity to meet with the professionals in your case and to send me your collective comments not later than **December 5, 2001**, so that I can consider your views in preparing the memo. I will not be able to incorporate any remarks received after that date. You may email your comments to me at Judge_Judith_Fitzgerald@pawb.uscourts.gov or fax them to 412-644-5448.

    Also attached is a transcript of Judge Becker's remarks during the Owens Corning omnibus hearing on November 27, 2001. Note that Judge Becker clearly stated that there is no stay of proceedings pending Judge Wolin's active involvement. The Clerk of the Bankruptcy Court will post this letter, Judge Becker's order and this transcript on the Court's web site and provide email notification to counsel who receive same through the CM/ECF system in the five asbestos cases. **I request counsel to each of the five debtors to notify all other professionals of record on the 2002 list in each of these cases of the posting on the web site for their review, and to coordinate a process by which you can share your collective thoughts with me, if you choose to do so.**

Sincerely,

*Judith K. Fitzgerald*
Judith K. Fitzgerald

DESIGNATION OF A DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires NOW, THEREFORE, pursuant to the provisions of Title 28 U.S.C. § 292(b), I do hereby designate and assign the Honorable Alfred M. Wolin of the United States District Court for the District of New Jersey to hold court in the District of Delaware during the period beginning November 27, 2001 and ending November 27, 2002, and for such additional time thereafter as may be required to complete unfinished business in the following cases:

| | |
|---|---|
| Armstrong Work Industries | No. 00-4471 |
| Federal-Mogul | No. 01-10578 |
| USA | No. 01-2094 |
| W.R. Grace | No. 01-1139 |
| Owens Corning | No. 00-3837 |

This order is entered after consultation with and with and the assent of Chief Judge Sue L. Robinson, Judge Joseph J. Farnan, Jr., Judge Roderick R. McKelvie and Judge Gregory M. Sleet of the District of Delaware. As Chief Judge of the Court of Appeals and presiding officer of the Judicial Council of the Third Circuit, it is my considered judgment that these bankruptcy cases, which carry with them tens of thousands asbestos claims, need to be consolidated before a single judge so that a coordinated plan for management can be developed and implemented. It is contemplated that Judge Wolin will assign a portion of these cases to various bankruptcy judges sitting in the District of Delaware so they may assist in moving these matters forward. As a

significant portion of the asbestos cases in this country are proceeding under the aegis of this litigation, I deem this assignment and consolidation critically important to the administration of justice.

_____
Edward R. Becker
Chief Judge of the Third Judicial Circuit

Dated: 11-27-01

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In the matter of | ) | Chapter 11 |
| | ) | |
| OWENS CORNING, et al., | ) | Case No. 00-03837(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

Bankruptcy Courtroom
Room No. 1 - Sixth Floor
Marine Midland Plaza
824 Market Street Mall
Wilmington, Delaware


Tuesday, November 27, 2001
3:07 p.m.

Telephonic Conference

BEFORE:   THE HONORABLE EDWARD R. BECKER (Telephonically)
Chief Judge, Third Circuit Court of Appeals
Presiding Officer Third Circuit Judicial Council

THE HONORABLE JUDITH K. FITZGERALD
United States Bankruptcy Judge

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477



WILCOX & FETZER LTD.
Registered Professional Reporters

1  JUDGE FITZGERALD: All the various
2  constituencies are represented by counsel and I will
3  provide you with a list of who was here after this
4  hearing.
5  CHIEF JUDGE BECKER: All right, can they
6  hear me?
7  JUDGE FITZGERALD: Yes, they're saying yes.
8  CHIEF JUDGE BECKER: Okay, this is Judge Ed
9  Becker. I am the Chief Judge of the Third Circuit Court
10 of Appeals and also the Presiding Officer of the Third
11 Circuit Judicial Council. That entity is really not
12 known to most lawyers, but it is the body comprised of
13 the six most senior here, the six most senior Circuit
14 judges and the five chief District judges and presided
15 over by the chief Circuit judge which is responsible for
16 the administration of justice within the Circuit.
17 I have been aware of the tremendous burden
18 on the Delaware Bankruptcy Court in handling not just
19 Owens Corning, but also Armstrong, Federal Mogul, U.S.A.,
20 and W.R. Grace, and the tremendous opportunity which is
21 afforded because tens of thousands of asbestos claims,
22 probably the lions' share of the asbestos claims all over
23 the country, in here in this one district in that 1407,
24 talking about 28 U.S.C. Section 1407. They're all there,

1  and it is a situation which cries out for a management
2  plan to try to make a quantum leap forward in the
3  interest of the sound administration of justice in
4  connection with these cases.
5           Let me read you an order that I have just
6  entered. A designation of a district judge, is the
7  caption, for service in another district within the
8  circuit. Whereas, in my judgment, the public interest so
9  requires, now therefore pursuant to provisions of 28
10 U.S.C. Section 292(b), I do hereby designate and assign
11 the honorable Alfred M. Wolin of the United States
12 District Court for the District of New Jersey to hold
13 court in the District of Delaware during the period
14 beginning November 27, 2001 and ending November 27, 2002.
15 I'm editorializing now, you have to put a time frame on
16 it.
17          And for such additional time thereafter as
18 may be required to complete unfinished business in the
19 following cases: *Armstrong Work Industries*, No. 00-4471;
20 *Federal Mogul*, No. 01-2578; *U.S.A.*, No. 01-2094; *W.R.*
21 *Grace*, No. 01-1139; and *Owens Corning*, No. 00-3837. If I
22 missed any, someone will let me know and we'll add it to
23 the list.
24          This order is entered after consultation



1  with, and with the assent of, Chief Judge Sue Robinson,
2  Sue L. Robinson, Judge Joseph J. Farnan, Jr., Judge
3  Roderick R. McKelvie, and Judge Gregory M. Sleet of the
4  District of Delaware, editorializing that, that is the
5  entire complement of the District Court in Delaware.
6          As Chief Judge the Court of Appeals, and
7  Presiding Officer of the Judicial Council Third Circuit,
8  it is my considered judgment that these bankruptcy cases
9  that carry with them tens of thousands of asbestos claims
10 need to be consolidated before a single judge so that a
11 coordinated plan for management can be developed and
12 implemented.
13         It is contemplated that Judge Wolin will
14 assign a portion of these cases to various Bankruptcy
15 judges sitting in the District of Delaware so that they
16 may assist in moving these matters forward.  As you know,
17 the reference didn't have to be withdrawn, the case is in
18 here in the District Court and the District Court is
19 parcelling out portions of the bankruptcy case.
20         As a significant portion of the asbestos
21 cases in this country are proceeding under the aegis of
22 this litigation, I deem this assignment and consolidation
23 critically important to the administration of justice,
24 signed Edward R. Becker, Chief Judge of the Third

1   Judicial Circuit.

2           Judge Wolin, with the assent of his chief

3   judge, Judge Bissell, has agreed to take on this

4   challenge.  Judge Wolin may or may not be known to you.

5   He is an enormously able District judge.  He is a senior

6   judge, but he has incredible energy.  He handled

7   brilliantly the Prudential class action litigation which

8   was inordinately complex.  And it is my belief that with

9   all of these judges, with the cases consolidated before

10  Judge Wolin, who is able to do this, they have been

11  parcelled out among, as you know, a number of different

12  judges and Bankruptcy judges in Delaware, with the

13  assistance of the Bankruptcy judges, that a sound

14  management plan can be developed really to move these

15  cases forward.

16          It is my hope and expectation that counsel,

17  and since the word of this apparently has filtered out

18  through the grapevine, I thought it important to enter

19  this order promptly.  And you men and women there are

20  surrogates for your colleagues in the Armstrong, Federal

21  Mogul, U.S.A., and Grace cases, some of you I know are in

22  those cases as well.

23          But in all events, all of you are invited

24  to help come up with a management plan apportioning work



1   among Judge Wolin and the Bankruptcy judges that will
2   move these cases forward. I've got some ideas which I've
3   shared with Judge Wolin, but he is going to be the
4   captain of the ship, the admiral of the fleet, but he
5   will be assisted by Judge Fitzgerald. And I have also
6   conferred with present day Chief Bankruptcy Judge Walsh
7   and Judge Walrath of the District of Delaware, and they
8   are going to cooperate. We all know that there are some
9   other visiting judges other than Judge Fitzgerald, Judge
10  Wismer, Judge Newsome who have been sitting in Delaware,
11  Judge Katz, and also Judge Akard, I think Judge Katz is
12  retiring soon. But in any event, there are ample
13  resources. But there are great opportunities here, and I
14  trust that all of you will take advantage of them.
15              Judge Wolin will be conferring with Chief
16  Judge Robinson and Judge Fitzgerald this week. He will
17  be away at a Federal judicial seminar but he will be
18  returning on the 15th and he is contemplating coming to
19  Delaware. He's contemplating a status conference on all
20  of these cases, I believe on the 17th, about noon on
21  Monday, December 17, but I will leave that to Judge
22  Wolin.
23              In due course, Judge Robinson, or in short
24  course will be entering an order reassigning all of the

```
 1  Delaware cases to Judge Wolin, but he will then reassign
 2  things back to the, some things back to the Bankruptcy
 3  judges.  I have conferred with Judge Wolin and Judge
 4  Fitzgerald, as well as Judge Walsh and Judge Walrath and
 5  Chief Judge Robinson, present day Chief Judge Walsh and
 6  Chief Judge Robinson, and there is no stay.  Judge
 7  Fitzgerald is going ahead with her hearing, such trials,
 8  any proceedings that she's scheduled we want to keep this
 9  thing on track.  So nobody has stayed anything.  Whether
10  Judge Farnan decides to stay or anybody else to whom
11  these things are assigned, that will be up to them.  But
12  as far as -- but right now there's no stay in effect and
13  Judge Wolin will call the shots.  He will be receiving
14  memos and be familiarizing himself with these cases, and
15  to repeat, I think will communicate with all of you about
16  a status conference.
17              If there is a court reporter, Judge
18  Fitzgerald, you might have my remarks transcribed and
19  sent to counsel in the other cases.  Mr. Dalleo, the
20  clerk of the District Court, or the Bankruptcy Court
21  clerk could, I assume, assist in that.  I've just been
22  talking extemporaneously and not from any script.  The
23  copy of the order that I've entered has been faxed to
24  Mr. Dalleo and I believe the Bankruptcy clerk, so it can
```

1  be made available before the end of your proceedings
2  today to all counsel.
3              Judge Fitzgerald, have I missed anything?
4              JUDGE FITZGERALD:  I don't think so.  The
5  attorneys are here.  I think it's pretty clear what you
6  expect and that we're going forward with the cases.  I
7  will be here on December 17, as you know, so I'm
8  expecting to be in attendance at the status conference.
9  And I will certainly, as I offered to do earlier, try to
10 get a memo together for Judge Wolin, and I'll be asking
11 the assistance of counsel in that respect too.
12             And there is a court reporter.  She is
13 making a note to transcribe these remarks, and I'll make
14 sure that all counsel in all of the five asbestos cases
15 receive copies.
16             CHIEF JUDGE BECKER:  Okay.  Is there
17 anything else that needs to be done or said at this time?
18             JUDGE FITZGERALD:  I don't think so.  I'm
19 looking around to see if anyone has any questions.
20 Anyone?  No one's volunteering to come forward right now.
21             CHIEF JUDGE BECKER:  Okay, well very good.
22 You may go forward with your hearing, and I look forward
23 to making real progress on these cases.
24             JUDGE FITZGERALD:  All right, thank you.



```
 1          CHIEF JUDGE BECKER:  Thanks very much.
 2   Appreciate everybody's cooperation.
 3          JUDGE FITZGERALD:  I'm still in the middle
 4   of my preceding case, so when we're finished, we'll talk.
 5          (The hearing was adjourned at 3:16 p.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```



CERTIFICATE

STATE OF DELAWARE )
                  )
NEW CASTLE COUNTY )

   I, Julie H. Parrack, Registered Professional Reporter and Notary Public, do hereby certify that the foregoing record, pages 1 to 10 inclusive, is a true and accurate transcript of my stenographic notes taken on November 27, 2001, in the above-captioned matter.

   IN WITNESS WHEREOF, I have hereunto set my hand and seal this 28 day of November, 2001.



Julie H. Parrack