## EXHIBIT A

### Case Administration (27.70 Hours; $ 9,732.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 5.20 | $500 | 2,600.00 |
| Julie W. Davis | 18.00 | $365 | 6,570.00 |
| Elyssa J. Strug | 4.50 | $125 | 562.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/01 | PVL | 500.00 | .40 | Review misc. filings (.1), telephone conference with Zaleski re: status (.3) |
| 10/01/01 | JWD | 365.00 | 2.10 | Review final confidentiality agreement (1.2); memo to Committee re same (.9) |
| 10/02/01 | PVL | 500.00 | .30 | Review draft minutes (.1), telephone conference with ES re: same (.1), telephone conference with EI re: status (.1) |
| 10/02/01 | JWD | 365.00 | 2.10 | Review current pleadings for status report |
| 10/03/01 | JWD | 365.00 | 2.80 | Prepare, review confidentiality agreements for each Committee member and C&D |
| 10/04/01 | JWD | 365.00 | 1.90 | Draft status report to EI, PVNL, local counsel |
| 10/05/01 | EJS | 125.00 | 1.00 | Updated EI files. |
| 10/07/01 | PVL | 500.00 | .10 | Review status report (.1) |
| 10/08/01 | PVL | 500.00 | .20 | Review misc. correspondence and filings (.2) |
| 10/08/01 | JWD | 365.00 | 2.10 | Review filings for status report to EI, PVNL, local counsel |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/09/01 | PVL | 500.00 | .50 | Telephone conference with Zaleski re: status (.1), telephone conference with St. Onge (.1), telephone conference with Baena re: pending matters (.3) |
| 10/10/01 | PVL | 500.00 | .10 | Review misc. filings (.1) |
| 10/11/01 | EJS | 125.00 | .50 | Reviewed and selected court documents received 10/9/01-10/11/01 for files and internal distribution. |
| 10/13/01 | PVL | 500.00 | .10 | Review misc. filings and email Zaleskie re: same (.1) |
| 10/15/01 | PVL | 500.00 | .50 | Review misc. correspondence (.1), telephone conferences with Zaleski re: status (.2), review draft calendar (.1), review misc. filings (.1) |
| 10/17/01 | PVL | 500.00 | .40 | Telephone conference with Zaleski re: status (.1), telephone conference with McGarvey re: same (.3) |
| 10/17/01 | EJS | 125.00 | .50 | Updated EI files. |
| 10/18/01 | EJS | 125.00 | .50 | Updated fee payment schedule, created November's fee application schedules. |
| 10/19/01 | PVL | 500.00 | .10 | Review misc. filings (.1) |
| 10/19/01 | JWD | 365.00 | 2.10 | Review filings for status reports |
| 10/22/01 | PVL | 500.00 | .40 | Telephone conference with Baena re: status (.3), review draft calendar (.1) |
| 10/22/01 | JWD | 365.00 | 2.10 | Draft status report |
| 10/23/01 | PVL | 500.00 | .30 | Review misc. filings and correspondence (.1), telephone conference with Zaleski re: status (.2) |
| 10/25/01 | PVL | 500.00 | .50 | Review misc. filings (.1), review EPA settlement motion (.4) |
| 10/25/01 | JWD | 365.00 | 1.90 | Review new filings for status report |

- 3 -

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 10/26/01 | EJS | 125.00 | 1.00 | Updated players list and distributed accordingly. |
| 10/27/01 | PVL | 500.00 | .10 | Review misc. filings and correspondence (.1) |
| 10/29/01 | PVL | 500.00 | .30 | Telephone conference with J. McKelvie et al. (.1), telephone conference with Pasquale re: hearing and status (.2) |
| 10/29/01 | EJS | 125.00 | 1.00 | Reviewed, duplicated and distributed recently received court documents for internal distribution and files. |
| 10/30/01 | PVL | 500.00 | .80 | Review misc. filings (.3), telephone conference with EI re: status (.1), review misc. correspondence and email (.2), telephone conference with Pasquale (.2) |
| 10/31/01 | PVL | 500.00 | .10 | Conference with JWD re: status (.1) |
| 10/31/01 | JWD | 365.00 | .90 | TC L. Tersigni re 11/1 meeting at Company re financial issues (.4); TC Sam Schwartz re same (.5) |

**Total Task Code .04     27.70**

### Claims Administration & Objections (.50 Hours; $ 250.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .50 | $500 | 250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/16/01 | PVL | 500.00 | .50 | Telephone conference with Churchill re: claims (.5) |

**Total Task Code .05     .50**

## Fee/Employment Applications (5.30 Hours; $ 1,382.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .80 | $500 | 400.00 |
| Rita C. Tobin | 3.00 | $265 | 795.00 |
| Elyssa J. Strug | 1.50 | $125 | 187.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/02/01 | RCT | 265.00 | .10 | Conference with ES re: status of payment and fee issues. |
| 10/04/01 | RCT | 265.00 | .50 | Review prebill for September. |
| 10/05/01 | PVL | 500.00 | .10 | Review KL fee app. (.1) |
| 10/05/01 | RCT | 265.00 | .30 | Draft fee app docs. |
| 10/08/01 | PVL | 500.00 | .20 | Review draft ret. app. re: Cozen & McKool (.2) |
| 10/09/01 | RCT | 265.00 | .70 | Review PVNL e-mail re: Peterson application (.1); telecon with M. Zaleski re: same (.3); e-mail, telecon with PVNL re: same (.3). |
| 10/09/01 | EJS | 125.00 | .50 | Created fee application working chart of C&D employees, years of experience and billing rates for use when creating fee applications. |
| 10/12/01 | PVL | 500.00 | .50 | Review comm. joint retention app re: Cohen/McKool (.2), telephone conference with Salacoff re: same (.2); telephone conference with Zaleski re: same (.1) |
| 10/12/01 | RCT | 265.00 | .20 | Conference with ES re: payments received/owed. |
| 10/23/01 | RCT | 265.00 | 1.00 | Review monthly fee app and exhibits, finalize total. |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/23/01 | EJS | 125.00 | 1.00 | Reviewed, edited and assembled quarterly fee application. |
| 10/30/01 | RCT | 265.00 | .20 | Review November fee schedule. |

**Total Task Code .07     5.30**

## Litigation (.20 Hours; $ 53.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .20 | $265 | 53.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/01 | RCT | 265.00 | .20 | Review EI memos to Committee and calendar re: upcoming litigation assignments. |

**Total Task Code .10     .20**

## Plan and Disclosure Statement (.90 Hours; $ 328.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Julie W. Davis | .90 | $365 | 328.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/30/01 | JWD | 365.00 | .50 | Letters to Bob Jacobs, Ted Goldberg re submission of confidentiality agreements |
| 10/30/01 | JWD | 365.00 | .40 | TC S. Schwartz re attendance at 11/1 meeting re Debtors financial condition |

| Total Task Code .11 | .90 |
|---|---|

### Committee Meetings/Conferences (.70 Hours; $ 183.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $500 | 126.00 |
| Heather M. Dowie | .50 | $115 | 57.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/01 | HMD | 115.00 | .50 | Reviewed, Copied and Distributed Court Documents. |
| 10/05/01 | EI | 630.00 | .20 | Work on minutes and memo. |

| Total Task Code .15 | .70 |
|---|---|

### Docket Review & Control (21.70 Hours; $ 2,640.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Robert C. Spohn | 5.50 | $135 | 742.50 |
| Elyssa J. Strug | 3.50 | $125 | 437.50 |
| Heather M. Dowie | 12.00 | $115 | 1,380.00 |
| Stacie M. Evans | .30 | $115 | 34.50 |
| Samira A. Taylor | .40 | $115 | 46.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/01 | RCS | 135.00 | 1.10 | Review and index received pleadings (1.1). |
| 10/02/01 | RCS | 135.00 | .60 | Review and index received pleadings (.6). |
| 10/03/01 | RCS | 135.00 | .80 | Review and index received pleadings and correspondence (.8). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/04/01 | RCS | 135.00 | 1.10 | Review and index received pleadings (1.1). |
| 10/09/01 | SAT | 115.00 | .40 | Filed correspondence and pleadings; updated index. |
| 10/10/01 | HMD | 115.00 | 8.00 | Updated Court Documents, Files and Indexes. |
| 10/12/01 | HMD | 115.00 | 1.00 | Reviewed, Copied and Distributed Court Documents. |
| 10/12/01 | SME | 115.00 | .30 | Analyze, compile and index various materials including pleadings, correspondence and materials relating to adversary proceedings. |
| 10/17/01 | EJS | 125.00 | .50 | Updated fee application files and indexes. |
| 10/18/01 | RCS | 135.00 | .70 | Review and index received pleadings and correspondence (.7). |
| 10/22/01 | HMD | 115.00 | .50 | Reviewed, Copied and Distributed Court Documents. |
| 10/23/01 | HMD | 115.00 | 1.00 | Updated Current NYC Office Bankruptcy Litigation Court Calendar. |
| 10/24/01 | EJS | 125.00 | 1.00 | Updated EI, PVNL, JWD agenda and EI case book. |
| 10/25/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 10/25/01 | EJS | 125.00 | .50 | Prepared documents outstanding from files and indexes for HMD to file and index. |
| 10/25/01 | HMD | 115.00 | .50 | Reviewed, Copied and Distributed Court Documents. |
| 10/26/01 | HMD | 115.00 | .50 | Reviewed, Copied and Distributed Court Documents. |
| 10/29/01 | RCS | 135.00 | 1.20 | Review and index received pleadings and correspondence (1.2). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/30/01 | EJS | 125.00 | 1.00 | Updated EI, PVNL, JWD agenda (.50). Updated EI hearing files (.50). |
| 10/31/01 | HMD | 115.00 | .50 | Reviewed, Copied and Distributed Court Documents. |

**Total Task Code .17    21.70**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 64.82 |
| Long Distance Telephone - Equitrac In-House | 1.98 |
| NYO Long Distance Telephone | 2.87 |
| Telecopier | 25.50 |
| Duplicating | 320.25 |
| Total: | $ 415.42 |