## EXHIBIT B

### Case Administration (27.7 Hours; $ 9,732.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**          **27.7**

### Claims Administration & Objections (0.5 Hours; $ 250.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**          **0.5**

### Fee/Employment Applications (5.3 Hours; $ 1,382.50)

Services rendered in this category pertain to the preparation and review of the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .07**          **5.3**

### Litigation (0.2 Hours: $ 53.00)

Services rendered in this category pertain to the litigation of adversary actions against Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .10**          **0.2**

### Plan and Disclosure Statement (0.9 Hours; $ 328.50)

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .11**          **0.9**

### Committee Meetings/Conferences (0.7 Hours; $ 183.50)

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .15        0.7**

### Docket Review & Control (21.7 Hours; $ 2,640.50)

Services rendered in this category pertain to organization and maintenance of the filing system, maintenance of the calendar for professionals in the case and for Asbestos Committee members; and docket review for main case and pending adversary proceedings.

**Total Task Code .17        21.7**