## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 64.82 |
| Long Distance Telephone - Equitrac In-House | 1.98 |
| NYO Long Distance Telephone | 2.87 |
| Telecopier | 25.50 |
| Duplicating | 320.25 |
| Total: | $ 415.42 |

```
11/10/2001                               Prebill Control Report                                          Page 1
12:46:34

Prebill 000001   Subpage    1                                        Client: 4642         Matter: 000
Bill Attn To     Attn:

Client 4642             Grace Asbestos Personal Injury Claimants     Old Ref:             Opened: 04/16/01
Primary Contact

Matter 000                                                           Old Ref:             Opened: 04/16/01
Disbursements

Bill Cycle: 01  Style: it 11   Start: 04/16/01  Last Billed:  10/20/01   Trans Date Range: 01/01/50 to 10/31/01
Client Retainer Available:   .00    Committed to invoices:     .00      Remaining:    .00
Client Credits  Available:   .00    Committed to invoices:     .00      Remaining:    .00
Matter Retainer Available:   .00    Committed to invoices:     .00      Remaining:    .00
Matter Credits  Available:   .00    Committed to invoices:     .00      Remaining:    .00
Budget Fees     .00                              Billed Fees            .00  Resp Empl: Elihu Inselbuch
Budget Exp      .00                              Billed Exp       21,719.81  Bill Empl: Elihu Inselbuch
Budget Tot      .00                              Total            21,719.81  Alt  Empl: Elihu Inselbuch


SUMMARY BY EMPLOYEE
                                             ----------A C T U A L----------   -----------B I L L I N G---------   Value At
Empl Init Name                        T/E  Avg Rate   Hours       Amount       Avg Rate  Hours       Amount        Calc Rate
0094 JWD  Julie W. Davis               E                           55.69                                              .00
0120 EI   Elihu Inselbuch              E                            9.13                                              .00
0999 C&D  Caplin & Drysdale            E                          350.60                                              .00
                        Total Fees:                       .00           .00       .00         .00                     .00
                        Total Expenses:                           415.42                     415.42                   .00
                        Total Fee+Exp:                    .00    415.42                .00   415.42                   .00


DETAIL BY TIME/EXPENSE, EMPLOYEE
                                        W/E  Trans     Work                -----A C T U A L----         -----B I L L I N G-----
Trans  Transaction Description          Code Date      Empl     Rate  Hours    Amount    Rate   Hours   Amount  Cumulative
1229,029 Equitrac - Photocopy          E 54  10/01/01  0999 C&D                   .75                      .75       .75
         charges
1229,030 Equitrac - Photocopy          E 54  10/01/01  0999 C&D                  1.50                     1.50      2.25
         charges
1229,031 Equitrac - Photocopy          E 54  10/02/01  0999 C&D                  1.20                     1.20      3.45
         charges
1229,032 Equitrac - Photocopy          E 54  10/02/01  0999 C&D                  1.80                     1.80      5.25
         charges
1228,121 Federal Express adjustment    E 01  10/04/01  0120 EI                   3.41                     3.41      8.66
         on package to Matthew
         Zaleski from EI on 8/30
         From Federal Express
         002001 AUDIT *
         AP-0067,607.0003  Date:
```

```
11/10/2001                                    Prebill Control Report                                                    Page 2
12:46:34

Prebill 000001    Subpage    2                                      Client: 4642          Matter: 000
                                                       ---------A C T U A L-----    ---------B I L L I N G---------
                                    W/B  Trans.    Work
   Trans  Transaction Description   Code  Date     Empl     Rate   Hours   Amount   Rate   Hours   Amount   Cumulative
           10/04/01
1229,626  Equitrac - Long Distance  E 64  10/05/01  0999 C&D                  .13                      .13        8.79
1229,725  Equitrac - Photocopy      E 54  10/05/01  0999 C&D                  .45                      .45        9.24
          charges
1229,726  Equitrac - Photocopy      E 54  10/05/01  0999 C&D                 4.50                     4.50       13.74
          charges
1229,727  Xeroxing                  E 54  10/05/01  0999 C&D                 3.90                     3.90       17.64
1229,728  Telecopier/Equitrac       E 62  10/05/01  0999 C&D                25.05                    25.05       42.69
1229,627  Equitrac - Long Distance  E 64  10/08/01  0999 C&D                  .05                      .05       42.74
1229,876  Federal Express to Matthew E 01 10/09/01  0120 EI                  1.79                     1.79       44.53
          Zaleski on 9/14 from EI
          From Federal Express
          002001 AUDIT *
          AP-0067,655:0004 Date:
          10/09/01
1230,380  Equitrac - Photocopy      E 54  10/09/01  0999 C&D                  .45                      .45       44.98
          charges
1230,381  Telecopier/Equitrac       E 62  10/09/01  0999 C&D                  .45                      .45       45.43
1230,725  Equitrac - Photocopy      E 54  10/10/01  0999 C&D                 2.55                     2.55       47.98
          charges
1230,726  Equitrac - Photocopy      E 54  10/10/01  0999 C&D                 7.20                     7.20       55.18
          charges
1230,902  Federal Express to Ian    E 01  10/11/01  0094 JWD                55.69                    55.69      110.87
          Cloud, Michael Kelley, Jon
          Herberling, Joseph Rice
          from JWD on 10/5
          From Federal Express
          002001 AUDIT *
          AP-0067,738:0007 Date:
          10/11/01
1231,214  Xeroxing                  E 54  10/11/01  0999 C&D                17.70                    17.70      128.57
1232,001  Long Distance-Equitrac    E 64  10/12/01  0999 C&D                  .27                      .27      128.84
          In-House
1232,084  Equitrac - Photocopy      E 54  10/12/01  0999 C&D                  .45                      .45      129.29
          charges
1212,085  Equitrac - Photocopy      E 54  10/12/01  0999 C&D                 2.40                     2.40      131.69
          charges
1232,654  Equitrac - Long Distance  E 64  10/15/01  0999 C&D                  .75                      .75      132.44
1232,752  Equitrac - Photocopy      E 54  10/15/01  0999 C&D                 6.75                     6.75      139.19
          charges
1232,753  Xeroxing                  E 54  10/15/01  0999 C&D                 9.00                     9.00      148.19
1233,181  Equitrac - Photocopy      E 54  10/16/01  0999 C&D                 3.60                     3.60      151.79
          charges
1233,770  Xeroxing                  E 54  10/17/01  0999 C&D                 6.00                     6.00      157.79
1234,561  Equitrac - Photocopy      E 54  10/19/01  0999 C&D                13.80                    13.80      171.59
          charges
1234,999  Equitrac - Photocopy      E 54  10/22/01  0999 C&D                 7.20                     7.20      178.79
          charges
1235,447  Xeroxing                  E 54  10/23/01  0999 C&D                41.25                    41.25      220.04
```

```
11/10/2001                                  Prebill Control Report                                          Page 2
12:46:34

Prebill 000001   Subpage   3                                  Client: 4642        Matter: 000
                                                  ------A C T U A L------   -------B I L L I N G-------
                              W/E  Trans.    Work
 Trans Transaction Description Code  Date     Empl    Rate  Hours  Amount   Rate  Hours  Amount  Cumulative
1235,448 Equitrac - Photocopy  E 54 10/23/01 0999 C&D              6.75                   6.75    226.79
         charges
1236,004 Xeroxing              E 54 10/24/01 0999 C&D              4.95                   4.95    231.74
1236,005 Xeroxing              E 54 10/24/01 0999 C&D             26.10                  26.10    257.84
1236,235 Federal Express to Matthew E 01 10/25/01 0120 EI          3.93                   3.93    261.77
         Zaleski from EI on 10/23
         From Federal Express
         002001 AUDIT *
         AP 0067,999:0006 Date:
         10/25/01
1236,476 Xeroxing              E 54 10/25/01 0999 C&D             31.20                  31.20    292.97
1236,933 Xeroxing              E 54 10/26/01 0999 C&D             26.40                  26.40    319.37
1237,151 NYC Long Distance Telephone E 65 10/29/01 0999 C&D        2.87                   2.87    322.24
         charged on October 1, 2001
         statement
1237,521 Equitrac - Long Distance E 64 10/29/01 0999 C&D            .78                    .78    323.02
1237,606 Equitrac - Photocopy  E 54 10/29/01 0999 C&D             11.25                  11.25    334.27
         charges
1238,244 Equitrac - Photocopy  E 54 10/30/01 0999 C&D             71.40                  71.40    405.67
         charges
1239,185 Equitrac - Photocopy  E 54 10/31/01 0999 C&D              6.60                   6.60    412.27
         charges
1239,186 Equitrac - Photocopy  E 54 10/31/01 0999 C&D              3.15                   3.15    415.42
         charges

         Total Expense Cards                               .00    415.42           .00  415.42


         Matter Total Fee                                  .00       .00           .00     .00
         Matter Total Exp                                  .00    415.42           .00  415.42
         Matter Total                                      .00    415.42           .00  415.42
```