## EXHIBIT D

### CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W. R. GRACE & CO., ET AL. FOR THE PERIOD OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid ( | Amount of Expenses Paid | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| July, 2001 | $100,755.00 | $ 8,195.21 | | $80,604.00 | $8195.21 | $20,151.00 |
| October, 2001 | $142,881.00 | $13,524.60 | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | | | |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours For The Period 10/1/01 – 10/31/01 | Total Hours From The Petition Date | Total Fees For The Period 10/1/01 – 10/31/01 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | 0.0 | 0.0 | $ .00 | $ .00 |
| Asset Dispostion | 0.0 | 0.0 | $ .00 | $ .00 |
| Business Operations | 0.0 | 0.0 | $ .00 | $ .00 |
| Case Administration | 27.7 | 231.8 | $ 9,732.50 | $ 80,635.00 |
| Claims Administration & Objections | 0.5 | 30.6 | $ 250.00 | $ 12,074.50 |
| Employee Benefits/Pensions | 0.0 | 4.8 | $ .00 | $ 2,400.00 |
| Fee/Employment Applications | 5.3 | 40.7 | $ 1,382.50 | $ 10,301.50 |
| Fee/Employment Objections | 0.0 | 0.2 | $ .00 | $ 72.00 |
| Financing | 0.0 | 0.0 | $ .00 | $ .00 |
| Litigation | 0.2 | 294.5 | $ 53.00 | $ 98,835.50 |
| Plan and Disclosure Statement | 0.9 | 0.9 | $ 328.50 | $ 328.50 |
| Relief from Stay Proceedings | 0.0 | 0.7 | $ .00 | $ 350.00 |
| Tax Issues | 0.0 | 4.3 | $ .00 | $ 1,569.50 |
| Valuation | 0.0 | 0.0 | $ .00 | $ .00 |
| Committee Meetings/Conferences | 0.7 | 40.2 | $ 183.50 | $ 21,323.00 |
| Travel | 0.0 | 20.8 | $ .00 | $ 5,060.00 |
| Docket Review & Control | 21.7 | 208.5 | $ 2,640.50 | $ 25,257.00 |
| **TOTAL** | **57.0** | **878.00** | **$ 14,570.50** | **$ 258,206.50** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 10/1/01 – 10/31/01 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ .00 | $ 8,404.72 |
| Air Freight & Express Mail | $ 64.82 | $ 1,197.28 |
| Outside Local Deliveries | $ .00 | $ 8.01 |
| Filing Fees | $ .00 | $ .00 |
| Outside Fax Service | $ .00 | $ .00 |
| Conference Meals | $ .00 | $ 241.44 |
| Outside Photocopy Service | $ .00 | $ 31.09 |
| Miscellaneous Client Advances | $ .00 | $ 445.57 |
| Air & Train Transportation | $ .00 | $ 4,416.83 |
| Meals Related to Travel | $ .00 | $ 64.49 |
| Travel Expenses – Hotel Charges | $ .00 | $ 160.92 |
| Travel Expenses – Ground Transportation | $ .00 | $ 176.00 |
| Travel Expenses – Miscellaneous | $ .00 | $ .00 |
| Travel Expenses – LD Calls on Hotel Bill | $ .00 | $ .00 |
| Local Transportation – DC | $ .00 | $ .00 |
| Local Transportation – NY | $ .00 | $ 144.14 |
| Xeroxing | $ 320.25 | $ 5,059.80 |
| Postage | $ .00 | $ 63.46 |
| Overtime Expenses | $ .00 | $ .00 |
| Overtime Meals | $ .00 | $ .00 |
| Telecopier | $ 25.50 | $ 360.45 |
| Use of Personal Cell/Home Phone | $ .00 | $ 27.43 |
| Long Distance – Credit Card | $ .00 | $ 699.99 |
| Long Distance Telephone – DC | $ 1.98 | $ 534.07 |
| NYO Long Distance Telephone | $ 2.87 | $ 99.54 |
| TOTAL | $ 415.42 | $ 22,135.23 |