**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| W.R. GRACE & CO., | : | |
| | : | BANKRUPTCY NO. 01-01139 JJF |
| Debtor. | : | (jointly administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as counsel for the Unofficial Committee of Select Asbestos Claimants ("SAC"), and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Del.Bankr.L.R. 2002(d), the undersigned requests that an entry be made on the Clerk's Matrix, if any, in the above captioned jointly administered case, and that all notices given or required to be given and all papers served or required to be served, in this case be given to and served upon:

> Steven T. Davis, Esquire
> Edmond M. George, Esquire
> OBERMAYER REBMANN MAXWELL
>  & HIPPEL, LLP
> One Penn Center, Suite 1900
> 1617 John F. Kennedy Boulevard
> Philadelphia, PA  19103
> edmond.george@obermayer.com
> (215) 665-3140 – Telephone
> (215) 665-3165 – Facsimile

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether

349624

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier services, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (a) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estate, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

                                                                Respectfully submitted,

Dated: November 30, 2001                          /s/ Steven T. Davis
                                                     Steven T. Davis, Esquire (SD 2731)
                                                     Edmond M. George, Esquire (*pro hac vice*)
                                                     OBERMAYER REBMANN MAXWELL
                                                      & HIPPEL, LLP
                                                     One Penn Center, Suite 1900
                                                     1617 John F. Kennedy Boulevard
                                                     Philadelphia, PA  19103

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| **W.R. GRACE & CO.,** | : | |
| | : | **BANKRUPTCY NO. 01-01139 JJF** |
| Debtor. | : | **(jointly administered)** |

**CERTIFICATE OF SERVICE**

      I, Michael D. Vagnoni, Esquire, an associate attorney with Obermayer Rebmann Maxwell & Hippel LLP, hereby certify that on this 30th day of November 2001, a true and correct copy of the Notice of Appearance and Request for Service of Papers was served by USPS mail, postage pre-paid, upon the parties to the attached service list.

        /s/ Michael D. Vagnoni
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL
& HIPPEL, LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103
(215) 665-3066

349624

**SERVICE LIST**

Christopher James Lhulier, Esquire
Pachulski Stang Ziehl Young & Jones PC
919 N. Market Street
16th Floor
Wilmington, DE 19899

Frank J. Perch, III, Esquire
Office the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Wilmington, DE 19801

Matthew G. Zaleski, III
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899
Official Committee Asbestos Bodily Injury Claimants

Michael R. Lastowski
Duane Morris Heckscher LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
Official Committee of Unsecured Creditors

Francis J. Murphy, Esquire
Murphy, Spadaro & Landon
824 N. Market Street, Ste 700
Wilmington, DE 19899

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY
Official Committee of Unsecured Creditors