**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
|  | : |  |
| **W.R. GRACE & CO.,** | : |  |
|  | : | **BANKRUPTCY NO. 01-01139 JJF** |
| **Debtor.** | : | **(jointly administered)** |
|  | : |  |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Steven T. Davis, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Elizabeth Wall Magner, Esquire, 228 St. Charles Avenue, Suite 1110, New Orleans, LA 70130, to represent the Unofficial Committee of Select Asbestos Claimants ("SAC") in this action. The Admittee is admitted, practicing, and in good standing of the Bar of the State of Louisiana as well as the United States District Court for the Eastern, Middle and Western Districts of Louisiana, the United States Court of Appeals for the Fifth Circuit and the United States Supreme Court.

/s/ Steven T. Davis
Steven T. Davis, Esquire
Delaware Bar Number 2731
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
716 Tatnall Street
Wilmington, DE 19899
(302) 655-9094

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules.

/s/ Elizabeth Wall Magner
Elizabeth Wall Magner, Esquire
228 St. Charles Avenue, Suite 1110
New Orleans, LA 70130
(504) 528-9400

MOTION GRANTED.

BY THE COURT:

Date: _____    _____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge

349626

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| **W.R. GRACE & CO.,** | : | |
|  | : | **BANKRUPTCY NO. 01-01139 JJF** |
| **Debtor.** | : | **(jointly administered)** |

**CERTIFICATE OF SERVICE**

I, Michael D. Vagnoni, Esquire, an associate with the law firm of Obermayer, Rebmann Maxwell & Hippel LLP, do hereby certify that a true and correct copy of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE in the above-captioned case was served on the parties on the attached service list by first class mail, postage pre-paid on November 30, 2001.

                                          /s/ Michael D. Vagnoni
                                          Michael D. Vagnoni

349626

**SERVICE LIST**

Christopher James Lhulier, Esquire
Pachulski Stang Ziehl Young & Jones PC
919 N. Market Street
16th Floor
Wilmington, DE 19899

Frank J. Perch, III, Esquire
Office the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Wilmington, DE 19801

Matthew G. Zaleski, III
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899
Official Committee Asbestos Bodily Injury Claimants

Michael R. Lastowski
Duane Morris Heckscher LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
Official Committee of Unsecured Creditors

Francis J. Murphy, Esquire
Murphy, Spadaro & Landon
824 N. Market Street, Ste 700
Wilmington, DE 19899

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY
Official Committee of Unsecured Creditors

349626