**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
|  | : |  |
| **W.R. GRACE & CO.,** | : |  |
|  | : | **BANKRUPTCY NO. 01-01139 JJF** |
| **Debtor.** | : | **(jointly administered)** |
|  | : |  |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

      Steven T. Davis, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Edmond M. George, Esquire, Obermayer Rebmann Maxwell & Hippel LLP, One Penn Center, 19th Floor, 1617 JFK Boulevard, Philadelphia, PA 19103, to represent the Unofficial Committee of Select Asbestos Claimants ("SAC") in this action. The Admittee is admitted, practicing, and in good standing of the Bar of the Commonwealth of Pennsylvania as well as the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit.

                                                    /s/ Steven T. Davis
                                          Steven T. Davis, Esquire
                                          Delaware Bar Number 2731
                                          OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                          716 Tatnall Street, Wilmington, DE 19899
                                          (302) 655-9094

      The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules.

                                                    /s/ Edmond M. George
                                            Edmond M. George, Esquire
                                            OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                            1617 JFK Boulevard, 19th Floor
                                            Philadelphia, PA  19103
                                            (215) 665-3140

MOTION GRANTED.

                                            BY THE COURT:

Date: _____    _____
                                            Honorable Joseph J. Farnan, Jr.
                                            United States District Court Judge

349622

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
|  | : |  |
| **W.R. GRACE & CO.,** | : |  |
|  | : | **BANKRUPTCY NO. 01-01139 JJF** |
| **Debtor.** | : | **(jointly administered)** |
|  | : |  |

**CERTIFICATE OF SERVICE**

I, Michael D. Vagnoni, Esquire, an associate with the law firm of Obermayer, Rebmann Maxwell & Hippel LLP, do hereby certify that a true and correct copy of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE in the above-captioned case was served on the parties on the attached service list by first class mail, postage pre-paid on November 30, 2001.

                                            /s/ Michael D. Vagnoni
                                            Michael D. Vagnoni

349622

**SERVICE LIST**

Christopher James Lhulier, Esquire
Pachulski Stang Ziehl Young & Jones PC
919 N. Market Street
16th Floor
Wilmington, DE 19899

Frank J. Perch, III, Esquire
Office the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Wilmington, DE 19801

Matthew G. Zaleski, III
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899
Official Committee Asbestos Bodily Injury Claimants

Michael R. Lastowski
Duane Morris Heckscher LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
Official Committee of Unsecured Creditors

Francis J. Murphy, Esquire
Murphy, Spadaro & Landon
824 N. Market Street, Ste 700
Wilmington, DE 19899

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY
Official Committee of Unsecured Creditors

349622