## CALENDAR NOTICE

DATE 11 / 6 / 01

TO:    Clerk, U.S. Bankruptcy Court
       Clerk, U.S. District Court

FROM:  Judge Farnan

CASE CAPTION: _In re W. R. Grace_

CASE NUMBER: Bankruptcy No.  01-1139 JJF

1. The following proceeding(s) are **scheduled**:

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___ JURY TRIAL ___ days | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ # of Jurors Requested | | | |
| ___ NON-JURY TRIAL ___ days | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ TELE-CONFERENCE | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ PRETRIAL CONFERENCE | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ ___ CONFERENCE | ___ | ___ / ___, 2001 at ___ ___.m. | |
| X HEARING (re bar date) | Weds | 11 / 21, 2001 at 12:00 p.m. | |
| X HEARING | Weds | 12 / 19, 2001 at 11:00 a.m. | |
| ___ HEARING | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ HEARING | ___ | ___ / ___, 2001 at ___ ___.m. | |

_COURT REPORTER REQUESTED_ X _yes_ ___ _no_      X _COURTROOM 6A_
**********************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___ JURY TRIAL ___ days | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ NON-JURY TRIAL ___ days | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ TELE-CONFERENCE | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ PRETRIAL CONFERENCE | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ ___ CONFERENCE | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ ___ | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ HEARING | ___ | ___ / ___, 2001 at ___ ___.m. | |
| ___ HEARING | ___ | | |

**********************************************************************

**(CHAMBERS USE ONLY)**

X CHAMBERS CALENDAR **************************************************
**********************************************************************

Prepared by _Susan_