# CALENDAR NOTICE

DATE 11/6/01

TO:  Clerk, U.S. Bankruptcy Court
     Clerk, U.S. District Court

FROM: Judge Farnan

CASE CAPTION: In re W. R. Grace

CASE NUMBER: Bankruptcy No. 01-1139 JJF

1. The following proceeding(s) are **scheduled**:

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___ JURY TRIAL ___ days | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ # of Jurors Requested |  | ___/___, 2001 at ___:___ ___m. |  |
| ___ NON-JURY TRIAL ___ days | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ TELE-CONFERENCE | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ PRETRIAL CONFERENCE | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ CONFERENCE | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ✓ HEARING (we bar date) | Weds | 11/21, 2001 at 12:00 p.m. |  |
| ✓ HEARING | Weds | 12/19, 2001 at 11:00 a.m. |  |
| ___ HEARING | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ HEARING | ___ | ___/___, 2001 at ___:___ ___m. |  |

COURT REPORTER REQUESTED ✓ yes ___ no      ✓ COURTROOM 6A

*************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | DAY | DATE | TIME |
|---|---|---|---|
| ___ JURY TRIAL ___ days | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ NON-JURY TRIAL ___ days | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ TELE-CONFERENCE | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ PRETRIAL CONFERENCE | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ CONFERENCE | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ HEARING | ___ | ___/___, 2001 at ___:___ ___m. |  |
| ___ HEARING | ___ | ___/___, 2001 at ___:___ ___m. |  |

*************************************************************

**(CHAMBERS USE ONLY)**

✓ CHAMBERS CALENDAR

*************************************************************

Prepared by _____