# EXHIBIT A

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| SCHMIDT, ROBERT T. | CR | 0.70 | 425.00 | 297.50 |
| BECKER, GARY M. | CR | 11.00 | 370.00 | 4,070.00 |
| CATON, AMY | CR | 6.50 | 300.00 | 1,950.00 |
| MANGUAL, KATHLEEN | CR | 20.80 | 150.00 | 3,120.00 |
| TEMP, CR CLK | CR | 9.40 | 60.00 | 564.00 |
| Subtotal | | 48.40 | | $ 10,001.50 |

### COMMITTEE & CREDITOR CORRESPONDENCE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 1.50 | 525.00 | 787.50 |
| BENTLEY, PHILIP | CR | 6.40 | 425.00 | 2,720.00 |
| Subtotal | | 7.90 | | $ 3,507.50 |

### FEE APPS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.20 | 425.00 | 85.00 |
| BECKER, GARY M. | CR | 2.40 | 370.00 | 888.00 |
| FINNERTY, CATHERINE E | CR | 0.70 | 340.00 | 238.00 |
| CATON, AMY | CR | 2.80 | 300.00 | 840.00 |
| MANGUAL, KATHLEEN | CR | 8.70 | 150.00 | 1,305.00 |
| Subtotal | | 14.80 | | $ 3,356.00 |

### ASBESTOS CLAIM ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 22.00 | 425.00 | 9,350.00 |
| BECKER, GARY M. | CR | 1.00 | 370.00 | 370.00 |
| Subtotal | | 23.00 | | $ 9,720.00 |
| Total | | 94.10 | | $ 26,585.00 |

KL4:2040715.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 1.50 | 525.00 | 787.50 |
| BENTLEY, PHILIP | CR | 28.60 | 425.00 | 12,155.00 |
| SCHMIDT, ROBERT T. | CR | 0.70 | 425.00 | 297.50 |
| BECKER, GARY M. | CR | 14.40 | 370.00 | 5,328.00 |
| FINNERTY, CATHERINE E | CR | 0.70 | 340.00 | 238.00 |
| CATON, AMY | CR | 9.30 | 300.00 | 2,790.00 |
| MANGUAL, KATHLEEN | CR | 29.50 | 150.00 | 4,425.00 |
| TEMP, CR CLK | CR | 9.40 | 60.00 | 564.00 |
| | Total | 94.10 | | $26,585.00 |

KL4:2040715.1