# EXHIBIT B

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $16.00 |
| PHOTOCOPYING | 362.10 |
| MANUSCRIPT SERVICE | 333.00 |
| RESEARCH SERVICES | 140.00 |
| DOCUMENT PREP. | 144.00 |
| POSTAGE | 3.50 |
| LONG-DISTANCE TEL. | 8.90 |
| WESTLAW ON - LINE RESEARCH | 369.86 |
| LEXIS / NEXIS ON -LINE RESEARCH | 76.25 |
| MESSENGER SERVICES | 78.04 |
| CORP. DOC.& MAT. | 12.50 |
| CAB FARES | 93.24 |
| MEALS | 26.50 |
| Subtotal | $1,663.89 |

KL4:2040715.1