# EXHIBIT C

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $8.00 |
| PHOTOCOPYING | 193.12 |
| Subtotal | $201.12 |