# EXHIBIT D

```
alp_132c: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    1
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:13

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:    01/01/1901                 TO:   10/31/2001
            UNBILLED DISB FROM:    01/01/1901                 TO:   10/31/2001

                            FEES                                          COSTS
                            ----                                          -----
        GROSS BILLABLE AMOUNT:      26,585.00                            1,663.89
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
           ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                    10/31/2001
    CLOSE MATTER/FINAL BILLING?  YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:                               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:
-----------------------------------------------------------------------------------------------------------------------------------

                     ACCOUNTS RECEIVABLE TOTALS                                      UNAPPLIED CASH

            FEES:              125,327.00           UNIDENTIFIED RECEIPTS:               0.00
    DISBURSEMENTS:              13,169.79               PAID FEE RETAINER:               0.00
    FEE RETAINER:                    0.00              PAID DISB RETAINER:               0.00
    DISB RETAINER:                   0.00           TOTAL AVAILABLE FUNDS:               0.00
    TOTAL OUTSTANDING:         138,496.79                   TRUST BALANCE:
                                                          BILLING HISTORY
                                                          ---------------
    DATE OF LAST BILL:         11/29/01             LAST PAYMENT DATE:
    LAST BILL NUMBER:            342994             FEES BILLED TO DATE:          125,327.00
    LAST BILL THRU DATE:       10/31/01     FEES WRITTEN OFF TO DATE:                  0.00

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:
          (1) Exceeded Fixed Fee                (6) Summer Associate
          (2) Late Time & Costs Posted          (7) Fixed Fee
          (3) Pre-arranged Discount             (8) Premium
          (4) Excessive Legal Time              (9) Rounding
          (5) Business Development             (10) Client Arrangement

                          DATE OF BILL:          Processed by:                    FRC:                       CRC:
BILL NUMBER:
```

```
alp_132c: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   2
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:16

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

          B I L L E D   T I M E   S U M M A R Y    -------------------- Total  Billed ------
Emp Id Employee Name             Group                Oldest       Latest       Hours       Amount

02495  BENTLEY, PHILIP            PARTNER             10/01/01     10/31/01      28.60    12,155.00
03699  SCHMIDT, ROBERT T.         PARTNER             10/05/01     10/20/01       0.70       297.50
03976  MAYER, THOMAS MOERS        PARTNER             10/03/01     10/03/01       1.50       787.50
04418  CATON, AMY                 ASSOCIATE           10/01/01     10/31/01       9.30     2,790.00
05132  FINNERTY, CATHERINE E      ASSOCIATE           10/29/01     10/29/01       0.70       238.00
05292  BECKER, GARY M.            ASSOCIATE           10/01/01     10/31/01      14.40     5,328.00
05182  TEMP, PARALEGAL CLK        PARALEGAL           10/09/01     10/18/01       9.40       564.00
05208  MANGUAL, KATHLEEN          PARALEGAL           10/02/01     10/31/01      29.50     4,425.00
                                                                                 ------    ---------
                        Total:                                                   94.10    26,585.00

        B I L L E D   C O S T S   S U M M A R Y  ------- Total Billed ---------
                                                Oldest       Latest            Total
Code   Description                               Entry        Entry           Amount

0815   TELECOPIER                               10/19/01     10/25/01           16.00
0820   PHOTOCOPYING                             09/19/01     10/30/01          362.10
0840   MANUSCRIPT SERVICE                       10/03/01     10/22/01          333.00
0841   RESEARCH SERVICES                        10/05/01     10/19/01          140.00
0842   DOCUMENT PREP.                           10/01/01     10/01/01          144.00
0880   POSTAGE                                  10/22/01     10/22/01            3.50
0885   LONG-DISTANCE TEL.                       09/19/01     10/31/01            8.90
0917   WESTLAW ON - LINE RESEARCH               10/05/01     10/23/01          369.86
0921   LEXIS / NEXIS ON -LINE RESEAR            10/23/01     10/31/01           76.25
0930   MESSENGER/COURIER                        09/28/01     10/31/01           78.04
0936   CORP. DOC.& MAT.                         10/22/01     10/22/01           12.50
0940   CAB FARES                                10/23/01     10/24/01           93.24
0942   MEALS/IN-HOUSE                           10/23/01     10/23/01           16.00
0943   IN-HOUSE/MEALS                           10/31/01     10/31/01           10.50
                                                                             ---------
                        Total                                                 1,663.89

                        Grand Total                                          28,248.89
                                                                             =========

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 11/29/01 13:53:16)
                                   -------- Billed --------       Applied       ---- Collections ----      Balance
Bill Date Thru Date Bill#          Fee & OA     Disbursement      From OA       Total         Date          Due

09/28/01 08/31/01 339400          65,523.50       5,530.83                        .00                     71,054.33
10/29/01 09/30/01 341359          33,218.50       5,975.07                        .00                     39,193.57
11/29/01 10/31/01 342994          26,585.00       1,663.89                        .00                     28,248.89
                                 ----------     ----------                    --------                   ----------
                  Total:         125,327.00      13,169.79                        .00                    138,496.79
```

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  3

Run Date & Time: 11/29/2001 13:53:16

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G  &  P A Y M E N T  H I S T O R Y (Reflects Payments As of 11/29/01 13:53:16)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Billed | Applied | Total | Collections From OA | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:11

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1440979
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status        : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:   10/01/2001                TO:   10/31/2001
           UNBILLED DISB FROM:   09/19/2001                TO:   10/31/2001

                                          FEES                            COSTS

           GROSS BILLABLE AMOUNT:         10,001.50                       1,059.00
           AMOUNT WRITTEN DOWN:
                        PREMIUM:
               ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                      THRU DATE:          10/31/2001                      10/31/2001
   CLOSE MATTER/FINAL BILLING?   YES OR NO
     EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   MAYER THOMAS MOERS - 03976    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:

                             ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

                    FEES:            61,806.50    UNIDENTIFIED RECEIPTS:         0.00
           DISBURSEMENTS:             6,704.70        PAID FEE RETAINER:         0.00
            FEE RETAINER:                 0.00       PAID DISB RETAINER:         0.00
           DISB RETAINER:                 0.00     TOTAL AVAILABLE FUNDS:        0.00
        TOTAL OUTSTANDING:            68,511.20            TRUST BALANCE:
                                                         BILLING HISTORY

       DATE OF LAST BILL:     11/29/01     LAST PAYMENT DATE:
       LAST BILL NUMBER:        342994    FEES BILLED TO DATE:      61,806.50
       LAST BILL THRU DATE:   10/31/01   FEES WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee         (6) Summer Associate
         (2) Late Time & Costs Posted   (7) Fixed Fee
         (3) Pre-arranged Discount      (8) Premium
         (4) Excessive Legal Time       (9) Rounding
         (5) Business Development       (10) Client Arrangement

                         DATE OF BILL:               Processed by:                       FRC:              CRC:

BILL NUMBER:
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE     2
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:11

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS     - 06975     Proforma Number: 1440979
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : MAYER THOMAS MOERS - 03976     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y  -------------------------- Total  Billed --------------
                                                    Oldest       Latest      Hours       Amount
Emp Id  Employee Name                    Group

03699  SCHMIDT, ROBERT T.                PARTNER            10/05/01     10/20/01       0.70       297.50
04418  CATON, AMY                        ASSOCIATE          10/01/01     10/31/01       6.50     1,950.00
05292  BECKER, GARY M.                   ASSOCIATE          10/01/01     10/31/01      11.00     4,070.00
05182  TEMP, PARALEGAL CLK               PARALEGAL          10/09/01     10/18/01       9.40       564.00
05208  MANGUAL, KATHLEEN                 PARALEGAL          10/02/01     10/31/01      20.80     3,120.00

                          Total:                                                       48.40    10,001.50

Sub-Total Hours :   0.70 Partners    0.00 Counsels   17.50 Associates    30.20 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y ---------- Total Billed -----------
                                         Oldest      Latest     Total
Code  Description                        Entry       Entry      Amount

0820  PHOTOCOPYING                       09/19/01    10/30/01      277.80
0840  MANUSCRIPT SERVICE                 10/03/01    10/18/01       96.00
0841  RESEARCH SERVICES                  10/05/01    10/05/01       70.00
0842  DOCUMENT PREP.                     10/01/01    10/01/01      144.00
0885  LONG-DISTANCE TEL.                 09/19/01    10/31/01        8.90
0917  WESTLAW ON -LINE RESEARCH          10/23/01    10/23/01      203.96
0921  LEXIS / NEXIS ON -LINE RESEAR      10/23/01    10/23/01       76.25
0930  MESSENGER/COURIER                  10/09/01    10/31/01       62.35
0940  CAB FARES                          10/23/01    10/24/01       93.24
0942  MEALS/IN-HOUSE                     10/23/01    10/23/01       16.00
0943  IN-HOUSE/MEALS                     10/31/01    10/31/01       10.50

                        Total                                    1,059.00

                        Grand Total                             11,060.50
                                                               ===========

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/29/01 13:53:11)
                         ------- Billed --------       Applied   ---- Collections ----   Balance
Bill Date Thru Date Bill#     Fee & OA   Disbursement   From OA    Total      Date        Due

09/28/01 08/31/01 339400    35,884.50     4,154.07       .00                           40,038.57
10/29/01 09/30/01 341359    15,920.50     1,491.63       .00                           17,412.13
11/29/01 10/31/01 342994    10,001.50     1,059.00       .00                           11,060.50

         Total:             61,806.50     6,704.70       .00                           68,511.20
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE      3
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:11

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:   1440979
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : MAYER THOMAS MOERS - 03976         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status       : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name             Work Date    Description                                                        Hours      Amount       Index#   Batch Date

SCHMIDT, ROBERT T.        10/05/01  attention to issues re CMO and review cmtee                            0.30      127.50       3897541  10/30/01
                                    memo re same
SCHMIDT, ROBERT T.        10/17/01  review misc docs including memo to cmtee                               0.20       85.00       3898091  10/31/01
SCHMIDT, ROBERT T.        10/20/01  review cmtee response in support of CMO                                0.20       85.00       3898114  10/31/01

     Total For SCHMIDT R - 03699                                                                           0.70      297.50

BECKER, GARY M.           10/01/01  Conf. with P. Bentley re Zonolite claimants and                        0.30      111.00       3853039  10/04/01
                                    call debtors counsel re same (0.3).
BECKER, GARY M.           10/02/01  Review memo to committee re case management                            0.60      222.00       3853490  10/05/01
                                    pleadings and conf. with P. Bentley re same.
                                    (0.6).
BECKER, GARY M.           10/08/01  Review and revise confidentiality agreement,                           1.00      370.00       3860306  10/09/01
                                    emails to client and to debtors counsel re same
                                    (1.0).
BECKER, GARY M.           10/09/01  Review pleadings                                                       0.30      111.00       3862351  10/10/01
BECKER, GARY M.           10/11/01  Review pleadings re intercreditor issues (1.5).                        1.50      555.00       3866308  10/15/01
BECKER, GARY M.           10/16/01  Review notice received from court re hearings                          0.10       37.00       3877156  10/22/01
                                    (0.1).
BECKER, GARY M.           10/17/01  Review new pleadings (0.4).                                            0.40      148.00       3877157  10/22/01
BECKER, GARY M.           10/18/01  Locate materials to be used in response to case                        0.40      148.00       3877158  10/22/01
                                    management pleadings (0.3); conf. with P.
                                    Bentley re same (0.1).
BECKER, GARY M.           10/22/01  Review brief regarding case management order                           0.70      259.00       3881573  10/24/01
                                    and discuss same with P. Bentley (0.7).
BECKER, GARY M.           10/23/01  Conf. with local counsel re cert. of no                                0.40      148.00       3881580  10/24/01
                                    objection and re response to case management
                                    pleadings (0.4).
BECKER, GARY M.           10/24/01  Review debtors motion re EPA consent decree                            0.50      185.00       3887534  10/26/01
                                    (0.5).
BECKER, GARY M.           10/25/01  Call Debtors counsel re matters on calendar for                        0.40      148.00       3895380  10/30/01
                                    omnibus hearing (0.1); attend to service list
                                    to local counsel re response to case management
                                    order (0.3).
BECKER, GARY M.           10/26/01  Conf. with T. Weschler re confidentiality                              0.50      185.00       3891709  10/29/01
                                    agreement; call Kirkland & Ellis re same
BECKER, GARY M.           10/29/01  Conf. with T. Weschler re confidentiality                              0.70      259.00       3895376  10/30/01
                                    agreement (0.2); conf. with S. Schwartz at
                                    Kirkland & Ellis re confidentiality agreement
                                    (0.2); review revised confidentiality agreement
                                    and email to Weschler (0.3).
```

```
alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:11

                                                           Orig Prtnr : CRED. RGTS       - 06975          Proforma Number:  1440979
Matter No: 056772-00001                                    Bill Prtnr : MAYER THOMAS MOERS - 03976        Bill Frequency: M
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Name : CASE ADMINISTRATION                                                                         Status         : ACTIVE
Matter Opened : 07/27/2001

B I L L E D   T I M E   D E T A I L
Employee Name      Work Date    Description                                                    Hours       Amount      Index#    Batch Date

BECKER, GARY M.    10/30/01  Conf. with P. Bentley re 11/5 hearing coverage                    1.00        370.00    3899755   10/31/01
                             (0.2); conf. with local counsel re pro hac vice
                             papers (0.3); review various pleadings to be
                             heard on November 5 (0.5).

BECKER, GARY M.    10/31/01  Attention to pro hac vice motions (0.5); conf.                    2.20        814.00    3902461   11/01/01
                             with P. Bentley re case management order (0.8);
                             conf. with T. Weschler re various case issues
                             (0.4); prepare for 11/5/ hearing (0.5).

Total For BECKER G - 05292                                                                    11.00      4,070.00

CATON, AMY         10/01/01  review recently filed docs for distribution                       0.40        120.00    3860706   10/10/01
CATON, AMY         10/02/01  reviewing recently filed docs for distribution                    0.60        180.00    3887058   10/26/01
                             (.3); reviewing P Bentley memo to client (.3)
CATON, AMY         10/09/01  reviewing recently filed docs for distribution                    0.30         90.00    3860730   10/10/01
CATON, AMY         10/11/01  reviewing recently filed docs for distribution                    0.30         90.00    3887059   10/26/01
CATON, AMY         10/12/01  reviewing recently filed docs for distribution                    0.20         60.00    3887060   10/26/01
CATON, AMY         10/18/01  review of recently filed docs (.3); review                        0.60        180.00    3887061   10/26/01
                             docket for new hearing dates, etc. (.3)
CATON, AMY         10/24/01  reviewing recently filed docs for distribution                    0.50        150.00    3887062   10/26/01
                             (.3); checking service lists for T Weschler
                             (.2)
CATON, AMY         10/25/01  reviewing documents for distribution (.3); tc                     0.80        240.00    3895145   10/30/01
                             w/ K Mangual, etc. re: service to Ted Weschler
                             (.2); reviewing docket (.3)
CATON, AMY         10/26/01  call to T Weschler re: service list issues                        1.20        360.00    3895157   10/30/01
                             (.1); memo to Cmte re: expenses (.6); reviewing
                             recently filed docs (.5)
CATON, AMY         10/29/01  tc w/ T Weschler re: service of docs to him,                      0.50        150.00    3895137   10/30/01
                             followup w/ K Mangual re: same (.3); review of
                             incoming docs (.2)
CATON, AMY         10/30/01  reviewing recently filed docs for distribution                    0.80        240.00    3904550   11/01/01
                             (.4); tc w/ T Weschler re: Peninsula on service
                             list, call/email to personal injury cmte re:
                             same (.4)
CATON, AMY         10/31/01  reviewing recently filed docs for distribution                    0.30         90.00    3904543   11/01/01

Total For CATON A - 04418                                                                      6.50      1,950.00

MANGUAL, KATHLEEN  10/02/01  Update pleadings index, correspondence, docket                    2.00        300.00    3881526   10/24/01
                             (1.5); Revise contact list (.50)
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE      5
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:11

Matter No: 056772-00001                            Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1440979
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status      : ACTIVE

B I L L E D   T I M E    D E T A I L
Employee Name         Work Date   Description                                        Hours     Amount    Index#    Batch Date

MANGUAL, KATHLEEN     10/03/01  Review Docket, Update Pleadings Index,                3.30     495.00   3856094  10/08/01
                                Correspondence, Research, By-Laws (2.5);
                                Document retrieval of professional's fee app
                                per G. Becker (.50); C/w G. Becker re: fee
                                applications and Kramer's Interim (.30)
MANGUAL, KATHLEEN     10/04/01  Update Index (1.0); Retrieval of several              2.00     300.00   3856095  10/08/01
                                pleadings per G. Becker (1.0)
MANGUAL, KATHLEEN     10/05/01  Review docket for new hearing date (.30);             0.60      90.00   3860583  10/10/01
                                Conference w/ Clerk to confirm no date has been
                                set (.30)
MANGUAL, KATHLEEN     10/08/01  Review of docket for objections, and hearing          0.50      75.00   3863344  10/11/01
                                dates (.50)
MANGUAL, KATHLEEN     10/09/01  Update calendar (.80)                                 0.80     120.00   3869795  10/17/01
MANGUAL, KATHLEEN     10/18/01  Update and distribution of calendar (.50); Review of  1.50     225.00   3882606  10/25/01
                                Organization of Rand Reports (.50); Review of
                                committee expenses and guidelines of such (.50)
MANGUAL, KATHLEEN     10/19/01  Review Docket for hearing dates (.20); c/w            0.50      75.00   3887525  10/26/01
                                calendar clerk re: same (.30)
MANGUAL, KATHLEEN     10/22/01  Update index, Review docket for deadlines (2.0)       2.00     300.00   3890925  10/29/01
MANGUAL, KATHLEEN     10/23/01  cite-checking documents per P. Bentley (1.0);         3.30     495.00   3892870  10/29/01
                                review of docket and files for any objections
                                relating to Kramer Fee App (.50); Coordination
                                w/ Klett Rooney re: CNO (.30); Update contact
                                list, research contact information re: same
                                (1.5)
MANGUAL, KATHLEEN     10/29/01  Review docket for Supplemental Application to         0.60      90.00   3901656  11/01/01
                                Employ Professor Elizabeth Warren as Special
                                Bankruptcy Consultant, fedex to Ted Weschler
                                (.60)
MANGUAL, KATHLEEN     10/31/01  Draft and Preparation of Application to appear        3.70     555.00   3901648  11/01/01
                                Pro Hac Vice, coordination w/ local counsel re:
                                same (1.5); c/w C. Finnerty & G. Becker re:
                                same (.20); Preparation of hearing binder for
                                Nov 5th hearing (2.0)

  Total For MANGUAL K - 05208                                                        20.80    3,120.00

TEMP, PARALEGAL CLK   10/09/01  Conferred with K.Mangual re: review and update        0.40      24.00   3869249  10/16/01
                                a index of pleadings (.2); attended to review
                                of same (.2) (Tawana Gordon)
TEMP, PARALEGAL CLK   10/15/01  Conferred with K.Mangual re update pleading           2.00     120.00   3880030  10/24/01
                                index (.2); attended to same (1.8) (T.Gordon)
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    6
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:11

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS     - 06975              Proforma Number:   1440979
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : MAYER THOMAS MOERS - 03976          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name           Work Date     Description                                            Hours      Amount        Index#    Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------

TEMP, PARALEGAL CLK     10/17/01   Conferred with K.Mangual re: update pleading               1.50       90.00     3880041 10/24/01
                                   index and research docket No. (.3); conferrred
                                   with R. Witter re: log in ID for online web
                                   site (.3) attended to same (.9) T.Gordon
TEMP, PARALEGAL CLK     10/18/01   Conferred with K.Mangual Re: research of docket            5.50      330.00     3880035 10/24/01
                                   numders, update index of pleadings, and affix
                                   labels on case files (.3); attended to research
                                   (1.8); attended to update index (2.); attended
                                   to labels and file (1.4) (T.Gordon)

                                                            Fee Total                         9.40      564.00

Total For TEMP P - 05182                                                                     48.40   10,001.50
```