alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Run Date & Time: 11/29/2001 13:53:11

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:    1440979
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| SCHMIDT, ROBERT T. | 0.70 | 297.50 | | | | | |
| CATON, AMY | 6.50 | 1,950.00 | | | | | |
| BECKER, GARY M. | 11.00 | 4,070.00 | | | | | |
| TEMP, PARALEGAL CLK | 9.40 | 564.00 | | | | | |
| MANGUAL, KATHLEEN | 20.80 | 3,120.00 | | | | | |
| Total: | 48.40 | 10,001.50 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 277.80 | | | | | |
| 0840 MANUSCRIPT SERVICE | 96.00 | | | | | |
| 0841 RESEARCH SERVICES | 70.00 | | | | | |
| 0842 DOCUMENT PREP. | 144.00 | | | | | |
| 0885 LONG-DISTANCE TEL. | 8.90 | | | | | |
| 0917 WESTLAW ON - LINE RESEARC | 203.96 | | | | | |
| 0921 LEXIS / NEXIS  ON -LINE R | 76.25 | | | | | |
| 0930 MESSENGER/COURIER | 62.35 | | | | | |
| 0940 CAB FARES | 93.24 | | | | | |
| 0942 MEALS/IN-HOUSE | 16.00 | | | | | |
| 0943 IN-HOUSE/MEALS | 10.50 | | | | | |
| Costs Total : | 1,059.00 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/29/2001 13:53:11

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : COMMITTEE & CREDITOR CORRESP.
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1440980
Bill Frequency: M

Status        : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:      10/02/2001      TO:      10/31/2001
UNBILLED DISB FROM:      10/05/2001      TO:      10/25/2001

FEES                                        COSTS

                                                            434.03

GROSS BILLABLE AMOUNT:          3,507.50
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:          10/31/2001              10/25/2001

CLOSE MATTER/FINAL BILLING?      YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      MAYER THOMAS MOERS - 03976      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

FEES:                    10,033.50
DISBURSEMENTS:            1,431.37      UNIDENTIFIED RECEIPTS:      0.00
FEE RETAINER:                0.00      PAID FEE RETAINER:          0.00
DISB RETAINER:               0.00      PAID DISB RETAINER:         0.00
TOTAL OUTSTANDING:       11,464.87      TOTAL AVAILABLE FUNDS:      0.00
                                       TRUST BALANCE:

                            BILLING HISTORY

DATE OF LAST BILL:       11/29/01      LAST PAYMENT DATE:
LAST BILL NUMBER:         342994      FEES BILLED TO DATE:       10,033.50
LAST BILL THRU DATE:     10/31/01   FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee          (6) Summer Associate
           (2) Late Time & Costs Posted    (7) Fixed Fee
           (3) Pre-arranged Discount       (8) Premium
           (4) Excessive Legal Time        (9) Rounding
           (5) Business Development       (10) Client Arrangement

                DATE OF BILL:          Processed by:          FRC:          CRC:

BILL NUMBER:

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
                                                           *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:11

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1440980
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

    B I L L E D   T I M E   S U M M A R Y        ------------ Total Billed ------------
Emp Id Employee Name               Group              Oldest      Latest      Hours       Amount
------ -------------               -----              ------      ------      -----       ------
02495  BENTLEY, PHILIP             PARTNER            10/02/01    10/31/01      6.40     2,720.00
03976  MAYER, THOMAS MOERS         PARTNER            10/03/01    10/03/01      1.50       787.50

              Total:                                                           7.90     3,507.50

Sub-Total Hours  :       7.90 Partners      0.00 Counsels       0.00 Associates      0.00 Legal Assts       0.00 Others

    B I L L E D   C O S T S   S U M M A R Y    ------ Total Billed ------
Code  Description                           Oldest      Latest      Total
                                            Entry       Entry       Amount
-----                                       ------      ------      ------
0815  TELECOPIER                            10/19/01    10/25/01      16.00
0820  PHOTOCOPYING                          10/22/01    10/24/01      48.30
0840  MANUSCRIPT SERVICE                    10/18/01    10/22/01     237.00
0880  POSTAGE                               10/22/01    10/22/01       3.50
0917  WESTLAW ON - LINE RESEARCH            10/05/01    10/05/01     129.23

              Total                                                 434.03
                                                                 =========
              Grand Total                                         3,941.53
                                                                 =========

    B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/29/01 13:53:11)
                       ---------------- Billed -------------   Applied  ---------- Collections ----      Balance
Bill Date Thru Date Bill#     Fee & OA    Disbursement  Total  From OA      Total         Date             Due
--------- --------- -----     --------    ------------  -----  -------      -----         ----             ---
09/28/01 08/31/01 339400     5,226.00        997.34                                        .00          6,223.34
10/29/01 09/30/01 341359     1,300.00            .00                                       .00          1,300.00
11/29/01 10/31/01 342994     3,507.50        434.03                                        .00          3,941.53

              Total:        10,033.50       1,431.37                                       .00         11,464.87
```

alp_132r: Billed Charges Analysis

Run Date & Time: 11/29/2001 13:53:11

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : COMMITTEE & CREDITOR CORRESP.
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1440980
Bill Frequency: M

Status        : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10/02/01 | Prepare for tomorrow's committee conference call, and discs. GB re same. | 2.30 | 977.50 | 3886471 | 10/25/01 |
| BENTLEY, PHILIP | 10/03/01 | Committee conf. call, and discs. TW, TM, AC and GB re same, and notes for followup. | 2.10 | 892.50 | 3886479 | 10/25/01 |
| BENTLEY, PHILIP | 10/05/01 | Discs. GB and notes for followup. | 0.20 | 85.00 | 3886486 | 10/25/01 |
| BENTLEY, PHILIP | 10/25/01 | Finalize response to debtors CMO motion and discs. TM and GB re same; short memo to Committee re same. | 0.60 | 255.00 | 3899005 | 10/31/01 |
| BENTLEY, PHILIP | 10/26/01 | Discs. AC. | 0.10 | 42.50 | 3899007 | 10/31/01 |
| BENTLEY, PHILIP | 10/30/01 | Discs. GB and TM. | 0.30 | 127.50 | 3905661 | 11/02/01 |
| BENTLEY, PHILIP | 10/31/01 | Conf. GB and discs. T. Weschler re upcoming hearing and other issues. | 0.80 | 340.00 | 3905656 | 11/02/01 |
| **Total For BENTLEY P - 02495** | | | **6.40** | **2,720.00** | | |
| MAYER, THOMAS MOERS | 10/03/01 | Prepare for (.5) and participate in (1.5) hour telephonic committee meeting with S. Atlas, A. Mercer, P. Bentley, G. Becker, A. Caton: agenda focuses on Case Management Order, litigation strategy planned by D. Bernick, equity committee role in fraudulent conveyance litigation, CMO, and pending business review session with Grace. | 1.50 | 787.50 | 3867950 | 10/16/01 |
| **Total For MAYER T - 03976** | | | **1.50** | **787.50** | | |
| | | **Fee Total** | **7.90** | **3,507.50** | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 11/29/2001 13:53:11

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    1440980
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 6.40 | 2,720.00 | | | | | |
| MAYER, THOMAS MOERS | 1.50 | 787.50 | | | | | |
| **Total:** | **7.90** | **3,507.50** | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0815 TELECOPIER | 16.00 | | | | | |
| 0820 PHOTOCOPYING | 48.30 | | | | | |
| 0840 MANUSCRIPT SERVICE | 237.00 | | | | | |
| 0880 POSTAGE | 3.50 | | | | | |
| 0917 WESTLAW ON - LINE RESEARC | 129.23 | | | | | |
| **Costs Total :** | **434.03** | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    12

Run Date & Time: 11/29/2001 13:53:11

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                          Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : MAYER THOMAS MOERS - 03976     Bill Frequency: M
Matter Name : BANKR. MOTIONS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status      : ACTIVE

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                          TO:
UNBILLED DISB FROM:                          TO:

FEES                                         COSTS

GROSS BILLABLE AMOUNT:        0.00                                       0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     MAYER THOMAS MOERS - 03976          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH

FEES:              4,209.00
DISBURSEMENTS:         0.00          UNIDENTIFIED RECEIPTS:       0.00
FEE RETAINER:          0.00          PAID FEE RETAINER:          0.00
DISB RETAINER:         0.00          PAID DISB RETAINER:         0.00
TOTAL OUTSTANDING: 4,209.00          TOTAL AVAILABLE FUNDS:      0.00
                                     TRUST BALANCE:

                                     BILLING HISTORY

DATE OF LAST BILL:   10/29/01        LAST PAYMENT DATE:
LAST BILL NUMBER:     341359         FEES BILLED TO DATE:     4,209.00
LAST BILL THRU DATE: 09/30/01        FEES WRITTEN OFF TO DATE:    0.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee           (6) Summer Associate
          (2) Late Time & Costs Posted     (7) Fixed Fee
          (3) Pre-arranged Discount        (8) Premium
          (4) Excessive Legal Time         (9) Rounding
          (5) Business Development        (10) Client Arrangement

       DATE OF BILL:_____        Processed by:_____        FRC:_____        CRC:_____

BILL NUMBER:_____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Run Date & Time: 11/29/2001 13:53:11

Matter No: 056772-00005                                 Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : BANKR. MOTIONS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/29/01 13:53:11)

| | | --------- Billed --------- | | Applied | ---- Collections ---- | Balance |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Due |
| 10/29/01 | 09/30/01 | 341359 | 4,209.00 | .00 | | .00 | | 4,209.00 |
| | | Total: | 4,209.00 | .00 | | .00 | | 4,209.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/29/2001 13:53:11

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1440982
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     10/02/2001        TO:   10/30/2001
UNBILLED DISB FROM:     09/28/2001        TO:   10/31/2001

FEES                                      COSTS

GROSS BILLABLE AMOUNT:        3,356.00                    51.69
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                  10/30/2001              10/31/2001
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      MAYER THOMAS MOERS - 03976         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

FEES:              7,632.50
DISBURSEMENTS:       127.80      UNIDENTIFIED RECEIPTS:       0.00
FEE RETAINER:          0.00         PAID FEE RETAINER:        0.00
DISB RETAINER:         0.00        PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:  7,760.30     TOTAL AVAILABLE FUNDS:       0.00
                                      TRUST BALANCE:

                                 BILLING HISTORY

DATE OF LAST BILL:     11/29/01      LAST PAYMENT DATE:
LAST BILL NUMBER:       342994       FEES BILLED TO DATE:      7,632.50
LAST BILL THRU DATE:    10/31/01     FEES WRITTEN OFF TO DATE:     0.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee            (6) Summer Associate
(2) Late Time & Costs Posted      (7) Fixed Fee
(3) Pre-arranged Discount         (8) Premium
(4) Excessive Legal Time          (9) Rounding
(5) Business Development         (10) Client Arrangement

                    DATE OF BILL:           Processed by:           FRC:           CRC:

BILL NUMBER:

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    15
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:11

Matter NO: 056772-00008                                 Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:    1440982
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : FEE APPS                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y   ------------------- Total  ------------- Total  Billed ------------------
Emp Id Employee Name                    Group              Oldest       Latest        Hours        Amount
------ -------------                    -----              ------       ------        -----        ------

02495  BENTLEY, PHILIP                  PARTNER            10/29/01    10/29/01         0.20         85.00
04418  CATON, AMY                       ASSOCIATE          10/26/01    10/29/01         2.80        840.00
05132  FINNERTY, CATHERINE E            ASSOCIATE          10/29/01    10/29/01         0.70        238.00
05292  BECKER, GARY M.                  ASSOCIATE          10/02/01    10/25/01         2.40        888.00
05208  MANGUAL, KATHLEEN                PARALEGAL          10/16/01    10/30/01         8.70      1,305.00

                 Total:                                                               14.80      3,356.00

Sub-Total Hours :       0.20 Partners       0.00 Counsels       5.90 Associates       8.70 Legal Assts       0.00 Others

B I L L E D   C O S T S   S U M M A R Y   ------ Total Billed -------
                                          Oldest        Latest         Total
Code  Description                         Entry         Entry          Amount
----  -----------                         ------        ------         ------

0820  PHOTOCOPYING                        10/29/01      10/29/01         36.00
0930  MESSENGER/COURIER                   09/28/01      10/31/01         15.69

          Total                                                         51.69

          Grand Total                                                3,407.69
                                                                     ===========

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/29/01 13:53:11)
                      ----------- Billed ---------   Applied   ---- Collections ----              Balance
Bill Date Thru Date Bill#     Fee & OA  Disbursement  From OA    Total        Date                  Due
--------- --------- -----     --------  ------------  -------    -----        ----                  ---

09/28/01 08/31/01 339400       357.50       .00                    .00                            357.50
10/29/01 09/30/01 341359     3,919.00      76.11                   .00                          3,995.11
11/29/01 10/31/01 342994     3,356.00      51.69                   .00                          3,407.69

          Total:             7,632.50     127.80                   .00                          7,760.30
```