```
alp_132r: Billed Charges Analysis          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   16

Run Date & Time: 11/29/2001 13:53:11              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                        Orig Prtnr : CRED. RGTS    - 06975       Proforma Number:     1440982
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FEE APPS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name             Work Date   Description                                         Hours    Amount    Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10/29/01 | Review and sign fee application, and discs. KM re same. | 0.20 | 85.00 | 3899016 | 10/31/01 |
| Total For BENTLEY P - 02495 | | | 0.20 | 85.00 | | |
| BECKER, GARY M. | 10/02/01 | Review and revise interim fee application. | 0.90 | 333.00 | 3853491 | 10/05/01 |
| BECKER, GARY M. | 10/03/01 | Conf. with K. Mangual re filing of interim fee application (0.2). | 0.20 | 74.00 | 3853499 | 10/05/01 |
| BECKER, GARY M. | 10/17/01 | Prepare monthly fee application (1.1). | 1.10 | 407.00 | 3877159 | 10/22/01 |
| BECKER, GARY M. | 10/25/01 | conf with K. Mangual re monthly fee applications (0.2). | 0.20 | 74.00 | 3932046 | 11/09/01 |
| Total For BECKER G - 05292 | | | 2.40 | 888.00 | | |
| CATON, AMY | 10/26/01 | tc w/ G Becker, K Mangual re: Grace monthly fee app (.3); drafting same (.8) | 1.10 | 330.00 | 3895156 | 10/30/01 |
| CATON, AMY | 10/29/01 | reviewing time detail and drafting fee app for Grace (1.4); arranging filing/service of same (.3) | 1.70 | 510.00 | 3895136 | 10/30/01 |
| Total For CATON A - 04418 | | | 2.80 | 840.00 | | |
| FINNERTY, CATHERINE E | 10/29/01 | Review and revised Grace first interim fee application | 0.70 | 238.00 | 3897829 | 10/30/01 |
| Total For FINNERTY C - 05132 | | | 0.70 | 238.00 | | |
| MANGUAL, KATHLEEN | 10/16/01 | c/w G. Becker re: time entry (.20); Review of time entry and coordination of w/ accounting re: same (.80) | 1.00 | 150.00 | 3882603 | 10/25/01 |
| MANGUAL, KATHLEEN | 10/24/01 | Coordination w/ accting re: interim fee app, whether payment has been received(.30); Draft of september fee application, (1.5). Organization of schedules and exhibits from accounting, revision of same, (.6) | 2.40 | 360.00 | 3890933 | 10/29/01 |
| MANGUAL, KATHLEEN | 10/25/01 | Draft of interim fee application, (1.5). Organization of schedules and exhibits from accounting, revision of same, (.8). | 2.30 | 345.00 | 3894630 | 10/30/01 |
| MANGUAL, KATHLEEN | 10/26/01 | c/w accounting re: time entries and deadline (.10) | 0.10 | 15.00 | 3894623 | 10/30/01 |
| MANGUAL, KATHLEEN | 10/26/01 | Review expense reports for committee (.40); c/w A. Caton re: same and fee app (.30) | 0.70 | 105.00 | 3894626 | 10/30/01 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    17
                                                       *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 11/29/2001 13:53:12

Matter NO: 056772-00008                              Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:  1440982
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : MAYER THOMAS MOERS - 03976      Bill Frequency: M
Matter Name : FEE APPS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status        : ACTIVE

B I L L E D   T I M E    D E T A I L
Employee Name           Work Date          Description                                Hours      Amount        Index#    Batch Date
------------------------------------------------------------------------------------------------------------------------------------

MANGUAL, KATHLEEN       10/29/01  Preparation/filing of both monthly and interim       2.00      300.00        3901657   11/01/01
                                  fee app, coordination w/ A. Caton and C.
                                  Finnerty (2:0)

MANGUAL, KATHLEEN       10/30/01  confirmation of fee app w/ local counsel (.20)       0.20       30.00        3903599   11/01/01

Total For MANGUAL K - 05208                                                            8.70    1,305.00


                                                    Fee Total                         14.80    3,356.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   18
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:12

Matter No: 056772-00008                                                Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:   1440982
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FEE APPS                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status       : ACTIVE

   B I L L E D    T I M E    S U M M A R Y
Employee Name            Hours      Amount        Bill       W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward

BENTLEY, PHILIP           0.20       85.00
CATON, AMY                2.80      840.00
FINNERTY, CATHERINE       0.70      238.00
BECKER, GARY M.           2.40      888.00
MANGUAL, KATHLEEN         8.70    1,305.00

       Total:            14.80    3,356.00

   B I L L E D    C O S T S    S U M M A R Y
Code Description                    Amount        Bill       W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward

0820 PHOTOCOPYING                    36.00
0930 MESSENGER/COURIER               15.69

          Costs Total :              51.69
```

```
alp_132r: Billed Charges Analysis           KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   19
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:12

                                                                  Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:
Matter No: 056772-00009                                           Bill Prtnr : MAYER THOMAS MOERS - 03976      Bill Frequency: M
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Name : RETENTIONS                                                                                       Status      : ACTIVE
Matter Opened : 07/27/2001

Special Billing Instructions:

                                                PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:                        TO:
          UNBILLED DISB FROM:                        TO:

                                          FEES                             COSTS

     GROSS BILLABLE AMOUNT:                 0.00                             0.00
       AMOUNT WRITTEN DOWN:
                   PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:  MAYER THOMAS MOERS - 03976    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:


                               ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

               FEES:              5,432.50      UNIDENTIFIED RECEIPTS:    0.00
      DISBURSEMENTS:                120.78          PAID FEE RETAINER:    0.00
       FEE RETAINER:                  0.00         PAID DISB RETAINER:    0.00
      DISB RETAINER:                  0.00       TOTAL AVAILABLE FUNDS:   0.00
  TOTAL OUTSTANDING:              5,553.28              TRUST BALANCE:
                                                      BILLING HISTORY

 DATE OF LAST BILL:     10/29/01      LAST PAYMENT DATE:
LAST BILL NUMBER:         341359      FEES BILLED TO DATE:       5,432.50
LAST BILL THRU DATE:    09/30/01      FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee             (6) Summer Associate
        (2) Late Time & Costs Posted       (7) Fixed Fee
        (3) Pre-arranged Discount          (8) Premium
        (4) Excessive Legal Time           (9) Rounding
        (5) Business Development          (10) Client Arrangement

                     DATE OF BILL:            Processed by:                      FRC:              CRC:
BILL NUMBER:
```

alp_132r: Billed Charges Analysis

Run Date & Time: 11/29/2001 13:53:12

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  20

Matter No: 056772-00009
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : RETENTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status       : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/29/01 13:53:12)

| Bill Date Thru Date Bill# | Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|
| 09/28/01 08/31/01 339400 | 5,357.50 | 91.20 | | .00 | | 5,448.70 |
| 10/29/01 09/30/01 341359 | 75.00 | 29.58 | | .00 | | 104.58 |
| Total: | 5,432.50 | 120.78 | | .00 | | 5,553.28 |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    21
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:12

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:  1440984
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : MAYER THOMAS MOERS - 03976      Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status       : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:   10/01/2001           TO:   10/24/2001
         UNBILLED DISB FROM:   10/18/2001           TO:   10/22/2001

                                  FEES                          COSTS

         GROSS BILLABLE AMOUNT:       9,720.00                      119.17
         AMOUNT WRITTEN DOWN:
                        PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                              10/24/2001
    CLOSE MATTER/FINAL BILLING?   YES  OR  NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL: MAYER THOMAS MOERS - 03976       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                           ACCOUNTS RECEIVABLE TOTALS             UNAPPLIED CASH

                       FEES:          34,000.50        UNIDENTIFIED RECEIPTS:     0.00
              DISBURSEMENTS:           4,395.39            PAID FEE RETAINER:     0.00
                FEE RETAINER:              0.00           PAID DISB RETAINER:     0.00
               DISB RETAINER:              0.00        TOTAL AVAILABLE FUNDS:     0.00
           TOTAL OUTSTANDING:         38,395.89                TRUST BALANCE:
                                                    BILLING HISTORY

         DATE OF LAST BILL:     11/29/01         LAST PAYMENT DATE:
         LAST BILL NUMBER:      342994           FEES BILLED TO DATE:     34,000.50
         LAST BILL THRU DATE:   10/31/01         FEES WRITTEN OFF TO DATE:     0.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee          (6) Summer Associate
         (2) Late Time & Costs Posted    (7) Fixed Fee
         (3) Pre-arranged Discount       (8) Premium
         (4) Excessive Legal Time        (9) Rounding
         (5) Business Development        (10) Client Arrangement

                         DATE OF BILL:         Processed by:                  FRC:                CRC:

BILL NUMBER:
```

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                  PAGE    22
                                                             *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:12

Matter No: 056772-00012                                                          Orig Prtnr : CRED. RGTS     - 06975           Proforma Number:   1440984
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : MAYER THOMAS MOERS - 03976       Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                     Status        : ACTIVE

B I L L E D   T I M E   S U M M A R Y              ------------------- Total Billed -------------------
Emp Id Employee Name                 Group                 Oldest         Latest         Hours        Amount
                                                          --------       --------       --------     --------

02495 BENTLEY, PHILIP                PARTNER              10/01/01       10/24/01         22.00      9,350.00
05292 BECKER, GARY M.                ASSOCIATE            10/10/01       10/10/01          1.00        370.00
                                                                                         --------     --------
                       Total:                                                             23.00      9,720.00

Sub-Total Hours :   22.00 Partners      0.00 Counsels       1.00 Associates      0.00 Legal Assts      0.00 Others

B I L L E D   C O S T S   S U M M A R Y     ------------------ Total Billed -------------------
                                              Oldest        Latest              Total
Code Description                              Entry         Entry              Amount
                                             --------      --------           --------

0841 RESEARCH SERVICES                       10/18/01      10/19/01              70.00
0917 WESTLAW ON - LINE RESEARCH              10/18/01      10/19/01              36.67
0936 CORP. DOC. & MAT.                       10/22/01      10/22/01              12.50
                                                                              ---------
                       Total                                                    119.17

                  Grand Total                                                 9,839.17
                                                                             ==========

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 11/29/01 13:53:12)
                    ---------- Billed ----------        Applied     ---- Collections ----     Balance
Bill Date Thru Date Bill#    Fee & OA    Disbursement   From OA     Total        Date         Due
---------- -------- ------   ---------   ------------   --------   --------   ----------     --------
09/28/01   08/31/01 339400   16,485.50        46.22                    .00                   16,531.72
10/29/01   09/30/01 341359    7,795.00     4,230.00                    .00                   12,025.00
11/29/01   10/31/01 342994    9,720.00       119.17                    .00                    9,839.17
                            ----------   ----------                 -------                 ----------
                   Total:    34,000.50     4,395.39                    .00                   38,395.89
```

```
alp_132r: Billed Charges Analysis                 KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    23
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:12

Matter No: 056772-00012                           Orig Prtnr : CRED. RGTS    - 06975                 Proforma Number:   1440984
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : MAYER THOMAS MOERS - 03976            Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

BILLED TIME DETAIL
Employee Name           Work Date   Description                                          Hours        Amount      Index#   Batch Date
-------------           ---------   -----------                                          -----        ------      ------   ----------

BENTLEY, PHILIP         10/01/01    Review and analyze responses to debtors' CMO          5.90      2,507.50    3886548 10/25/01
                                    Motion, and prepare memo to committee re same,
                                    and discs. P. Weschler and GB re same.
BENTLEY, PHILIP         10/15/01    Review materials re recent asbestos                   1.30        552.50    3886519 10/25/01
                                    developments.
BENTLEY, PHILIP         10/18/01    Prepare Response to Debtors' CMO Motion, and          6.90      2,932.50    3886540 10/25/01
                                    review cases and other materials for same.
BENTLEY, PHILIP         10/19/01    Work on response to Debtors' CMO Motion.              6.50      2,762.50    3886543 10/25/01
BENTLEY, PHILIP         10/22/01    Review recent pleadings and RAND report re            1.00        425.00    3899026 10/31/01
                                    asbestos litigation; discs. GB and KM re
                                    response to CMO motion.
BENTLEY, PHILIP         10/23/01    Discs. GB, KM and voicemail re response to CMO        0.30        127.50    3898990 10/31/01
                                    motion and other issues.
BENTLEY, PHILIP         10/24/01    Review recent pleadings.                              0.10         42.50    3898998 10/31/01

          Total For BENTLEY P - 02495                                                    22.00      9,350.00

BECKER, GARY M.         10/10/01    Research re asbestos claims estimation issues         1.00        370.00    3863770 10/11/01

          Total For BECKER G - 05292                                                      1.00        370.00


                                                       Fee Total                         23.00      9,720.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    24

Run Date & Time: 11/29/2001 13:53:12                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                   Orig Prtnr : CRED. RGTS      - 06975              Proforma Number:  1440984
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : MAYER THOMAS MOERS - 03976           Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount          Bill       W/o / W/u    Transfer To   Clnt/Mtr  Carry Forward

BENTLEY, PHILIP            22.00      9,350.00
BECKER, GARY M.             1.00        370.00

     Total:                23.00      9,720.00

   B I L L E D   C O S T S   S U M M A R Y

Code Description                      Amount          Bill       W/o / W/u    Transfer To   Clnt/Mtr  Carry Forward

0841 RESEARCH SERVICES                  70.00
0917 WESTLAW ON - LINE RESEARC          36.67
0936 CORP. DOC.& MAT.                   12.50

        Costs Total :                 119.17
```