```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE   25
Run Date & Time: 11/29/2001 13:53:12                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                              Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : MAYER THOMAS MOERS - 03976        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       : ACTIVE

Special Billing Instructions:

                                      PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                       TO:
           UNBILLED DISB FROM:                       TO:

                                   FEES              COSTS

   GROSS BILLABLE AMOUNT:          0.00              0.00
   AMOUNT WRITTEN DOWN:
              PREMIUM:
      ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
            THRU DATE:
CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    MAYER THOMAS MOERS - 03976         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                             ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

             FEES:             2,212.50     UNIDENTIFIED RECEIPTS:     0.00
    DISBURSEMENTS:               389.75         PAID FEE RETAINER:     0.00
      FEE RETAINER:                0.00        PAID DISB RETAINER:     0.00
     DISB RETAINER:                0.00     TOTAL AVAILABLE FUNDS:     0.00
  TOTAL OUTSTANDING:            2,602.25             TRUST BALANCE:
                                              BILLING HISTORY
DATE OF LAST BILL:           10/29/01           LAST PAYMENT DATE:
LAST BILL NUMBER:              341359         FEES BILLED TO DATE:  2,212.50
LAST BILL THRU DATE:                        FEES WRITTEN OFF TO DATE:   0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement

                       DATE OF BILL:            Processed by:               FRC:                 CRC:
BILL NUMBER:
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   26
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/2001 13:53:12

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 11/29/01 13:53:12)
                             -------- Billed --------    Applied     ---- Collections ----      Balance
Bill Date Thru Date Bill#    Fee & OA      Disbursement  From OA     Total          Date          Due

09/28/01 08/31/01 339400     2,212.50        242.00                    .00                      2,454.50
10/29/01 09/30/01 341359          .00        147.75                    .00                        147.75

           Total:            2,212.50        389.75                    .00                      2,602.25
```

```
alp_132rc: Client Analysis Sheet              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/29/01 13:53:17                Work Thru : 10/31/01
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
```

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 48.40 | 10,001.50 | 1,059.00 | 11,060.50 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00002 | COMMITTEE & CREDITOR COR | 7.90 | 3,507.50 | 434.03 | 3,941.53 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00005 | BANKR. MOTIONS | 0.00 | 0.00 | 0.00 | 0.00 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00008 | FEE APPS | 14.80 | 3,356.00 | 51.69 | 3,407.69 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00009 | RETENTIONS | 0.00 | 0.00 | 0.00 | 0.00 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00012 | ASBESTOS CLAIM ISSUES | 23.00 | 9,720.00 | 119.17 | 9,839.17 | MAYER THOMAS MOERS | - 03976 | M | B |
| 00013 | FRAUDULENT CONVEYANCE IS | 0.00 | 0.00 | 0.00 | 0.00 | MAYER THOMAS MOERS | - 03976 | M | B |
|  | Client Total | 94.10 | 26,585.00 | 1,663.89 | 28,248.89 |  |  |  |  |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE