UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
IN RE: ARMSTRONG WORLD    :    Chapter 11
INDUSTRIES, INC., et al.,:    Case Nos. 00-4471, 00-4469,
                         :              00-4470
        Debtors.          :
-------------------------
IN RE: W.R. GRACE & CO.,  :    Chapter 11
et al.,                   :    Case Nos. 01-1139 through
                          :              0-1200
        Debtors.          :
-------------------------
IN RE: FEDERAL-MOGUL      :    Chapter 11
GLOBAL, INC., T&N         :    Case Nos. 01-10578, et al.¹
LIMITED, et al.,          :
                          :
        Debtors.          :
-------------------------
IN RE: USG CORPORATION,   :    Chapter 11
a Delaware Corporation,   :    Case Nos. 01-2094 through
et al.,                   :              01-2104
                          :
        Debtors.          :
-------------------------
IN RE: OWENS CORNING,     :    Chapter 11
et al.,                   :    Case Nos. 00-3837 through
                          :              00-3854
        Debtors.          :
```

**NOTICE AND ORDER**

The above captioned Chapter 11 proceedings having been or in the process of being transferred to this Court pursuant to the Order of the Honorable Susan L. Robinson, Chief Judge of the United States District Court for the District of Delaware; and Judge Robinson's Order having provided that that the

---

[1] See attached list.

transferor judges may retain jurisdiction over motions now pending before them; and good cause appearing

It is this 30th day of November 2001

ORDERED that counsel shall attend a conference with the Court at 9:00 of the forenoon of December 20, 2001, at the Martin Luther King Courthouse Courtroom 4B, 50 Walnut Street, Newark New Jersey, and it is further

ORDERED that all Orders and other provisions regarding appearances and hearings scheduled in the above-captioned matters before the several transferor judges shall continue in force and effect and all applications for relief in each of the several matters shall be directed to the transferor judge in the first instance, pending further Order of this Court.

\_/s/_____
ALFRED M. WOLIN, U.S.D.J.

**IN RE: FEDERAL-MOGUL GLOBAL, INC.**
**Case Numbers**

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |