Exhibit B

# SUMMARY OF THE SERVICES PERFORMED BY FTI POLICANO & MANZO DURING THE SEVENTH INTERIM PERIOD

**Task Code 1 – Preparation for and Participation at Meetings with the Chairman and Case Professionals and/or Creditors Committee Meetings or Conference Calls (12.3 Hours)**

We met with the Committee chairman and counsel to review our observations and findings regarding the five-year business plan and the proposed Project Chi acquisition, and to discuss the tax implications of various reorganization scenarios. Additionally, P&M had phone conversations with individual Committee members to discuss and review our reports.

**Task Code 2 – Issues Related to Chapter 11 Operating Issues, Such As Critical Vendor Motions, Reclamation Claims, Executory Contracts and Similar Issues**

No activity took place in this category during the Seventh Interim Period.

**Task Code 3 – Preparation of Monitoring and Operating Results Reports (17.0 Hours)**

During this period, we prepared and distributed number of reports and supporting schedules for the Creditors Committee, most notably a report on the Company's five-year business plan.

**Task Code 4 – Analysis of Financial Data, Including Business Plan, Projections, Forecasts, Cash Flow Forecasts and Historical Information (40.8 Hours)**

FTI P&M obtained, analyzed and discussed with Debtor management and professionals historical and current operating results by business segment, and prepared numerous analyses of key performance indicators for each business segment. FTI P&M monitored, analyzed and forecasted the Debtors' cash position and debt capacity. FTI P&M met with Debtors' management to discuss balance sheet reserves and various other business matters.

-2-

**Task Code 5 – Monthly Statement, Retention and Fee Application Preparation** (17.6 Hours)

This category represents the time expended during the Seventh Interim Period in preparing FTI P&M's Sixth Interim and Second Quarterly Interim Applications for Allowance of Compensation and Reimbursement of Expenses.

**Task Code 6 – Grace competitor profile analysis and analysis of other asbestos related Chapter 11 filings** (5.0 Hours)

FTI P&M monitored economic and industrial peer group projections and industry and trade reports relating to current asbestos litigation.

**Task Code 7 – Analysis and Evaluation of Proposed Corporate Acquisitions by the Debtor and Their Non-Filing Affiliates** (27.1 Hours)

During this period, we prepared and disseminated a report and supporting schedules and an evaluation of a proposed corporate acquisition by a non-filing overseas subsidiary. This category includes industry research in the preparation of extensive peer group comparisons and valuations relative to the acquisition target.