**Exhibit C**
**Page 1 of 2**

## W.R. GRACE & CO. ET. AL.
### Summary of Fees by Professional
### For the period October 1, 2001 through October 31, 2001

|                | Total Hours September | Billing Rate | Amount      |
|----------------|----------------------:|-------------:|------------:|
| E. Ordway      | 9.6                   | $475         | $ 4,560.00  |
| L. Ryan        | 2.5                   | $475         | $ 1,187.50  |
| S. Cunningham  | 39.4                  | $405         | 15,957.00   |
| J. Schwendeman | 4.0                   | $325         | 1,300.00    |
| C. MacCallum   | 30.8                  | $295         | 9,086.00    |
| C. Whitney     | 33.5                  | $315         | 10,552.50   |
|                | **119.8**             |              | **$ 42,643.00** |

Exhibit C
Page 2 of 2

## W.R. GRACE & CO. ET AL.
### Summary of Fees by Professional
#### For the period October 1, 2001 through October 31, 2001

| TASK CODE | TASK | E. Ordway | L. Ryan | S. Cunningham | I. Schwendeman | C. MacCallum | C. Whitney | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | Meetings of Creditors | 2.9 | 2.0 | 5.5 | 0.0 | 0.4 | 1.5 | 12.3 |
| 2 | Chapter 11 Operating Issues | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 3 | Operating Results Report Preparation | 1.5 | 0.0 | 3.3 | 0.0 | 0.7 | 11.5 | 17.0 |
| 4 | Business Analyses | 2.9 | 0.0 | 17.3 | 0.0 | 1.6 | 19.0 | 40.8 |
| 5 | Fee Application Preparation | 1.1 | 0.0 | 0.0 | 0.0 | 16.0 | 0.5 | 17.6 |
| 6 | Competitor Profile Analysis | 0.5 | 0.5 | 0.0 | 4.0 | 0.0 | 0.0 | 5.0 |
| 7 | Evaluation of Potential Acquisitions | 0.7 | 0.0 | 13.3 | 0.0 | 12.1 | 1.0 | 27.1 |
|   | TOTAL | 9.6 | 2.5 | 39.4 | 4.0 | 30.8 | 33.5 | 119.8 |