W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period October 1, 2001 through October 31, 2001

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 746.60 |
| External | | - |
| Telecommunications: | | |
| Toll Charges | | 40.36 |
| Facsimile Charges | | 212.50 |
| Postage, Federal Express | | 412.30 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | 1,399.51 |
| Meals | | 42.09 |
| Outside Services | | - |
| Word Processing Services | | 292.50 |
| Document Preparation and Handling Services | | 525.00 |
| | | |
| Total Expenses | $ | 3,670.86 |

## W.R. GRACE & CO. ET. AL.
### Detail of Expenses by Type of Expense
### For the period October 1, 2001 through October 31, 2001

| | | | | | |
|---|---|---|---|---|---|
| Copies, Internal | Total for Month | 3,733 | pages @ $0.20/page: | | $  746.60 |
| | | | | | |
| Facsimile Charges: | | 170 | pages @ $1.25/page: | | 212.50 |
| | | | | | |
| Toll Charges: | S. Cunningham | Telephone calls | | 36.16 | |
| | C. Whitney | Telephone calls | | 4.20 | |
| | | | Subtotal | | 40.36 |
| | | | | | |
| Postage, Federal Express: | | 26-Sep | Airborne | | 412.30 |

**Transportation, lodging, tolls and parking:**

| | | | | |
|---|---|---|---|---|
| C. Whitney | 10-Oct | Taxis | 47.00 | |
| | 10-Oct | Air Fare | 119.00 | |
| | 10-Oct | Hotel | 263.20 | |
| S. Cunningham | 1-Oct | Parking, mileage, tolls | 41.20 | |
| | 10-Oct | Taxis | 80.00 | |
| | 10-Oct | Air Fare | 191.75 | |
| | 11-Oct | Air Fare | 187.00 | |
| | 11-Oct | Train fare | 145.60 | |
| | 11-Oct | Hotel | 324.76 | |
| | | Subtotal | | 1,399.51 |

| | | | | |
|---|---|---|---|---|
| Meals: | C. Whitney | 10-Oct | Dinner | 7.00 | |
| | S. Cunningham | 1-Oct | Breakfast | 35.09 | |
| | | | | 42.09 |

**Word Processing Services:**

| | Hours | Rate | | |
|---|---|---|---|---|
| 7-Oct | 0.30 | $75.00 | 22.50 | |
| 14-Oct | 0.20 | $75.00 | 15.00 | |
| 21-Oct | 2.60 | $75.00 | 195.00 | |
| 31-Oct | 0.80 | $75.00 | 60.00 | |
| | Subtotal | | | 292.50 |

**Document Preparation and Handling Services:**

| | Hours | Rate | | |
|---|---|---|---|---|
| 5-Oct | 1.50 | $75.00 | 112.50 | |
| 12-Oct | 1.00 | $75.00 | 75.00 | |
| 19-Oct | 3.50 | $75.00 | 262.50 | |
| 31-Oct | 1.00 | $75.00 | 75.00 | |
| | Subtotal | | | 525.00 |

| | | |
|---|---|---|
| Total Expenses | | $  3,670.86 |