**EXHIBIT A**

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR W.R. GRACE AND CO.
## OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 70.5 |
| Richard Shinder | Vice President | 97.0 |
| David Blechman | Associate | 63.0 |
| Michael Alexander | Analyst | 70.0 |
| | | **300.5** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 10/01/01 | 0.5 | Discussion with R. Shinder re:status of Project Chi |
| Pamela Zilly | 10/01/01 | 1.5 | Read Chi presentation analysis to financial advisors |
| Pamela Zilly | 10/02/01 | 1.5 | Read Rand analysis |
| Pamela Zilly | 10/02/01 | 0.5 | Discussion with R. Shinder re: 10/10 due dilence meeting, status of presentation materials |
| Pamela Zilly | 10/03/01 | 0.5 | Conference call on project Chi with P&M, CDG |
| Pamela Zilly | 10/03/01 | 0.5 | Review P&M Tax Information request |
| Pamela Zilly | 10/04/01 | 2.0 | Read informational briefs, court filings in related cases |
| Pamela Zilly | 10/05/01 | 0.5 | Review of confidentiality agreements and signees with R. Shinder |
| Pamela Zilly | 10/05/01 | 0.5 | Call with R. Shinder, F. Gilbert re: 10/10 meeting |
| Pamela Zilly | 10/08/01 | 1.5 | Review materials re: legacy liabilities |
| Pamela Zilly | 10/08/01 | 1.0 | Discussion with R. Shinder re: presentation of legacy liability issues |
| Pamela Zilly | 10/09/01 | 1.0 | Call with Grace management re: preparation for 10/10 meeting |
| Pamela Zilly | 10/09/01 | 1.5 | Review of legacy liability presentation, provide comments |
| Pamela Zilly | 10/10/01 | 3.0 | Travel to Columbia for meeting with Grace management and P&M |
| Pamela Zilly | 10/10/01 | 5.0 | Meeting with Grace management, P&M re: due diligence |
| Pamela Zilly | 10/10/01 | 1.5 | Meeting with D. Siegel re: case status |
| Pamela Zilly | 10/10/01 | 1.0 | Meeting with P. Norris re: case status; 10/4 meetings |
| Pamela Zilly | 10/10/01 | 3.0 | Travel to New York |
| Pamela Zilly | 10/11/01 | 1.0 | Review and provide comments to various correspondence between Grace and K&E re: tax request |
| Pamela Zilly | 10/11/01 | 1.0 | Call with Grace management, CDG re: financial results |
| Pamela Zilly | 10/12/01 | 0.5 | Review correspondence re: tax information requests |
| Pamela Zilly | 10/12/01 | 0.5 | Read motion re: Washington IRS settlement |
| Pamela Zilly | 10/12/01 | 0.5 | Discussion with R. Shinder re: 11/01 meeting, particpants, presentation |
| Pamela Zilly | 10/12/01 | 1.0 | Call with B. Tarola, D. Siegel, K. Coghlan re: Equity Committee participation |
| Pamela Zilly | 10/12/01 | 2.0 | Review operating model re: conversion to restructuring model |
| Pamela Zilly | 10/15/01 | 1.5 | Discussion with R. Shinder re: outline of restructuring model |
| Pamela Zilly | 10/15/01 | 2.0 | Read August monthly report, analysis vs. prior reports |
| Pamela Zilly | 10/17/01 | 1.5 | Review list and relevant information re: chapter 11 update call |
| Pamela Zilly | 10/17/01 | 1.5 | Chapter 11 update call with P. Norris, D. Siegel, K. Coghlan, R. Tarola, M. Shelnitz, R. Shinder |
| Pamela Zilly | 10/17/01 | 0.5 | Discussion with J. Kapp re: post petition accruals |
| Pamela Zilly | 10/17/01 | 0.5 | Discussion with R. Shinder re: post petition accruals |
| Pamela Zilly | 10/17/01 | 0.5 | Discussion with F. Gilbert re: various financial issues |
| Pamela Zilly | 10/18/01 | 1.5 | Review list of open items, responses re: tax information requests |
| Pamela Zilly | 10/18/01 | 1.0 | Call with Grace management, P&M re: tax issues |
| Pamela Zilly | 10/18/01 | 0.5 | Follow up call with R. Shinder, F. Gilbert re: legacy liabilities |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 10/18/01 | 1.0 | Various calls with J. Kapp re: tax issues, Strook correspondence |
| Pamela Zilly | 10/19/01 | 0.5 | Call with F. Gilbert re: Strrok correspondence with K&E on tax issues |
| Pamela Zilly | 10/19/01 | 1.0 | Call with Kirkland & Ellis, Strook, Stook, Lavan, P&M re: tax issues due diligence |
| Pamela Zilly | 10/19/01 | 1.5 | Read industry, comp company operating results |
| Pamela Zilly | 10/22/01 | 0.5 | Discussion with R. Shinder re: Equity Committee participation |
| Pamela Zilly | 10/23/01 | 0.5 | Read correspondence re: P&M legacy information requests |
| Pamela Zilly | 10/24/01 | 1.0 | Review Business Plan errata information |
| Pamela Zilly | 10/25/01 | 2.0 | Read comp asbestos companies operating results |
| Pamela Zilly | 10/26/01 | 0.5 | Call with R. Shinder, K. Coghlan re: Equity Committee |
| Pamela Zilly | 10/26/01 | 1.0 | Call with D. Siegel, K. Coghlan re: Equity Committee participation |
| Pamela Zilly | 10/26/01 | 0.5 | Call with T. Weschler re: 11/01 meeting |
| Pamela Zilly | 10/26/01 | 1.0 | Provide to R. Shinder edits to confidentiality agreement |
| Pamela Zilly | 10/26/01 | 1.0 | Read 3rd Q release, review projections |
| Pamela Zilly | 10/29/01 | 0.5 | Call with R. Shinder, F. Gilbert re: 11/1 meeting |
| Pamela Zilly | 10/29/01 | 2.0 | Document review, discussions with parties re: bankruptcy cases update |
| Pamela Zilly | 10/29/01 | 0.5 | Call with K. Coghlan re: case status |
| Pamela Zilly | 10/30/01 | 1.0 | Chapter 11 update call wth D. Siegel, P. Norris, B. Tarola, J. Kapp |
| Pamela Zilly | 10/30/01 | 1.0 | Read motion re: E. Warren, EPA settlement |
| Pamela Zilly | 10/30/01 | 1.0 | Review preliminary comp analysis |
| Pamela Zilly | 10/30/01 | 1.0 | Review and comment on updated asbestos case summaries |
| Pamela Zilly | 10/31/01 | 1.0 | Review presentation for 11/1 meeting |
| Pamela Zilly | 10/31/01 | 2.0 | Review preliminary comp analysis |
| Pamela Zilly | 10/31/01 | 3.0 | Travel to Columbia for 11/01/01 due diligence meeting |
| Pamela Zilly | 10/31/01 | 1.5 | Preparation of materials for Grace Board meeting |
| | | 70.5 | |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 10/01/01 | 0.5 | Call with S. Zelac re: Chi |
| Richard Shinder | 10/01/01 | 1.0 | Review of P&M due diligence information request |
| Richard Shinder | 10/01/01 | 0.5 | Call with S. Cunningham and C. Whitney re: Chi, diligence information request |
| Richard Shinder | 10/01/01 | 0.5 | Call with F. Gilbert re: 10/10 P&M meeting |
| Richard Shinder | 10/01/01 | 0.5 | Meeting with P. Zilly re: Project Chi calls |
| Richard Shinder | 10/02/01 | 0.5 | Call with M. Brown re: diligence follow-up |
| Richard Shinder | 10/02/01 | 0.5 | Discussion with P. Zilly re: 10/10 meeting materials and list of open items |
| Richard Shinder | 10/02/01 | 0.5 | Chi preparation call with S. Zelac |
| Richard Shinder | 10/03/01 | 0.5 | Chi preparation call |
| Richard Shinder | 10/03/01 | 1.5 | Review of comparable company analysis |
| Richard Shinder | 10/03/01 | 1.5 | Conference call on Project Chi with P&M and CDG |
| Richard Shinder | 10/03/01 | 0.5 | Call with G. Boyer re: information request |
| Richard Shinder | 10/04/01 | 1.0 | Discussion with D. Blechman, M. Alexander re: CDG diligence request |
| Richard Shinder | 10/05/01 | 1.0 | Work on CDG diligence request |
| Richard Shinder | 10/05/01 | 0.5 | Call with P. Zilly, F. Gilbert re: P&M meeting on 10/10 |
| Richard Shinder | 10/05/01 | 1.0 | Work on Project Chi questions |
| Richard Shinder | 10/05/01 | 0.5 | Review of committee Confidentiality Agreement status |
| Richard Shinder | 10/05/01 | 0.5 | Discussion with P. Zilly re: same |
| Richard Shinder | 10/08/01 | 0.5 | Calls with S. Zelac and G. Boyer re: Project Chi |
| Richard Shinder | 10/08/01 | 1.5 | Review of materials on legacy liabilities |
| Richard Shinder | 10/08/01 | 0.5 | Call with F. Gilbert re: P&M meeting, update calls, review of financial statements |
| Richard Shinder | 10/08/01 | 1.0 | Review of Grace fee application |
| Richard Shinder | 10/08/01 | 1.0 | Meeting with P. Zilly re: review of legacy liabilities |
| Richard Shinder | 10/09/01 | 1.0 | Call with D. Blechman, M. Alexander, F. Gilbert, M. Brown re: CDG diligence request |
| Richard Shinder | 10/09/01 | 1.0 | Call with Grace management (R. Tarola, K. Coghlan, E. Napoli-Filon, F. Gilbert, D. Siegel) preparation for P&M meeting 10/10 |
| Richard Shinder | 10/09/01 | 0.5 | Call with F. Gilbert re: P&M meeting |
| Richard Shinder | 10/09/01 | 2.0 | Review of legacy liability materials from Grace (prep for P&M Meeting) |
| Richard Shinder | 10/10/01 | 3.0 | Transit to meeting with P&M/Grace leadership team - Columbia, MD |
| Richard Shinder | 10/10/01 | 7.0 | Meeting with P&M - due diligence on legacy liabilities w/ D. Siegel, R. Tarola, S.Farnsworth, F. Gilbert, M. Brown, P. Zilly |
| Richard Shinder | 10/10/01 | 3.0 | Transit from meeting with P&M/Grace leadership team - Columbia, MD |
| Richard Shinder | 10/11/01 | 1.0 | Monthly financial call with CDG |
| Richard Shinder | 10/12/01 | 0.5 | Call with G. Boyer re: Chi committee presentation |
| Richard Shinder | 10/12/01 | 0.5 | Discussion with P. Zilly re: 11/01 meeting |
| Richard Shinder | 10/12/01 | 1.0 | Call on Equity Committee meeting w/ D. Siegel, R. Tarola, K. Coghlan, P. Zilly |
| Richard Shinder | 10/12/01 | 0.5 | Call with L. Tersigni re: 11/1 meeting, Confidentiality Agreement |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 10/12/01 | 1.0 | Work on fee application |
| Richard Shinder | 10/12/01 | 1.0 | Work on P&M/Stroock & Stroock information request |
| Richard Shinder | 10/15/01 | 0.5 | Call with Gilbert re: tax issues raised by P&M |
| Richard Shinder | 10/15/01 | 1.0 | Compose e-mails re: Project Betty acquisition, committee call |
| Richard Shinder | 10/15/01 | 2.0 | Review of operating model, discussion with P. Zilly re same |
| Richard Shinder | 10/16/01 | 0.5 | Call with S. Cunningham re: legacy liabilities |
| Richard Shinder | 10/17/01 | 1.5 | Bi-weekly Chapter 11 update call with P. Norris, D. Siegel, K. Coghlan, R. Tarola, M. Shelnitz (w/P. Zilly) |
| Richard Shinder | 10/17/01 | 0.5 | Call with F. Gilbert re: preparation for CDG meeting on legacy liabilities |
| Richard Shinder | 10/17/01 | 0.5 | Discussion with P. Zilly re: post-petition accruals |
| Richard Shinder | 10/18/01 | 1.0 | Call with P&M on tax reserves and other liability reserves |
| Richard Shinder | 10/18/01 | 0.5 | Follow-up call with P. Zilly, F. Gilbert on legacy liabilities |
| Richard Shinder | 10/18/01 | 0.5 | Call to T. Weschler re: Equity Committee, 11/1 meeting |
| Richard Shinder | 10/18/01 | 1.0 | Prepare materials and mailing to Equity Committee |
| Richard Shinder | 10/18/01 | 1.0 | Work on CDG information request |
| Richard Shinder | 10/19/01 | 0.5 | Call with K. Coghlan re: Projects Pi, Chi, Rainbow |
| Richard Shinder | 10/19/01 | 1.0 | Call with OCC advisors/counsel (P&M, Stroock & Stroock) re: reserves information requests |
| Richard Shinder | 10/19/01 | 1.5 | Review of comparable company operating results |
| Richard Shinder | 10/19/01 | 1.0 | Call with S. Zelac re: Projects Pi, Rainbow |
| Richard Shinder | 10/22/01 | 3.0 | Transit to meeting with CDG/Grace leadership team - Columbia, MD |
| Richard Shinder | 10/22/01 | 6.0 | Meeting with CDG - due diligence on legacy liabilities w/ D. Siegel, R. Tarola, E. Filon, F. Gilbert, M. Brown, D. Blechman |
| Richard Shinder | 10/22/01 | 0.5 | Discussion with P. Zilly re: Equity Committee participation |
| Richard Shinder | 10/22/01 | 3.5 | Transit from meeting with P&M/Grace leadership team - Columbia, MD |
| Richard Shinder | 10/23/01 | 2.0 | Review of CDG due diligence scorecard and status update |
| Richard Shinder | 10/23/01 | 0.5 | Call with F. Gilbert re: P&M follow-up diligence |
| Richard Shinder | 10/23/01 | 0.5 | Memo on P&M follow-up diligence |
| Richard Shinder | 10/23/01 | 1.0 | Work on fee application |
| Richard Shinder | 10/23/01 | 1.0 | Meeting with D. Blechman re: model |
| Richard Shinder | 10/24/01 | 0.5 | Call with F. Gilbert re: 11/1 meeting |
| Richard Shinder | 10/24/01 | 0.5 | Call with T. Weschler re: 11/1 meeting |
| Richard Shinder | 10/24/01 | 1.0 | Work on business plan errata sheet w/M. Alexander |
| Richard Shinder | 10/25/01 | 1.5 | Review of financial model |
| Richard Shinder | 10/25/01 | 1.0 | Call re: 11/1 meeting logistics with F. Gilbert |
| Richard Shinder | 10/25/01 | 0.5 | Call with L. Tersigni re: Confidentiality Agreement, 11/1 meeting, Project Chi |
| Richard Shinder | 10/26/01 | 0.5 | Call with P. Zilly, K. Coghlan re: 11/1 meeting logistics/Equity Committee issues |
| Richard Shinder | 10/26/01 | 1.0 | Call with D. Siegel, K. Coghlan, P. Zilly re: Equity Committee issues, 11/1 meeting |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 10/26/01 | 0.5 | Call with T. Weschler re: Confidentiality Agreement, 11/1 meeting w/ P. Zilly |
| Richard Shinder | 10/26/01 | 1.0 | Work on Equity Committee Confidentiality Agreement with P. Zilly, S. Schwartz (K&E) |
| Richard Shinder | 10/26/01 | 0.5 | Call with L. Davis, Caplin and Drysdale re: 11/1 meeting |
| Richard Shinder | 10/29/01 | 0.5 | Call with P. Zilly, F. Gilbert re: 11/1 meeting |
| Richard Shinder | 10/29/01 | 0.5 | Call with S. Zelac re: Project Chi |
| Richard Shinder | 10/29/01 | 0.5 | Call with T. Weschler re: Equity Committee CA |
| Richard Shinder | 10/29/01 | 1.0 | Discussion of Isolatek bankruptcy call/review with D. Blechman |
| Richard Shinder | 10/30/01 | 1.5 | Review of compensation analysis |
| Richard Shinder | 10/30/01 | 1.5 | Review of bankruptcy journal update |
| Richard Shinder | 10/30/01 | 1.5 | Bi-weekly Chapter 11 update call with P. Norris, D. Siegel, R. Tarola, K. Coghlan, M. Shelnitz (w/P. Zilly) |
| Richard Shinder | 10/30/01 | 0.5 | Call with F. Gilbert re: CDG retention and fee application |
| Richard Shinder | 10/31/01 | 0.5 | Call with T. Weschler re: 11/1 meeting |
| Richard Shinder | 10/31/01 | 0.5 | Call with S. Cunningham re: tax questions follow-up |
| Richard Shinder | 10/31/01 | 0.5 | Call with F. Gilbert re: 11/1 meeting |
| Richard Shinder | 10/31/01 | 2.0 | Review of recent financial results |
| Richard Shinder | 10/31/01 | 1.0 | Review of Grace business plan presentation materials |
| Richard Shinder | 10/31/01 | 0.5 | Review of Federal-Mogul bankruptcy update |
| Richard Shinder | 10/31/01 | 3.0 | Transit to Columbia, MD for presentation of Business Plan to Equity and Bodily Injury Committees (on 11/1) |
| | | **97.0** | |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 10/02/01 | 1.0 | Reviewed due diligence request with M. Alexander |
| David Blechman | 10/03/01 | 1.0 | Reviewed CDG/P&M due diligence items |
| David Blechman | 10/03/01 | 1.5 | Conference call on Project Chi |
| David Blechman | 10/04/01 | 3.0 | Reviewed due diligence materials, discussion w/R. Shinder re same |
| David Blechman | 10/04/01 | 1.0 | Discussion with R. Shinder, M. Alexander re: due diligence materials |
| David Blechman | 10/07/01 | 1.5 | Work on fee application |
| David Blechman | 10/08/01 | 0.5 | Call with company re: 10/10 due diligence mtg with P&M, other due diligence issues |
| David Blechman | 10/08/01 | 2.0 | Prepared draft response to CDG due diligence response, sent to F. Gilbert |
| David Blechman | 10/08/01 | 0.5 | Call with F. Gilbert re same |
| David Blechman | 10/09/01 | 2.0 | Review materials re COLI, legacy liabilities |
| David Blechman | 10/09/01 | 1.0 | Call w/company re: 10/10 meeting with P&M |
| David Blechman | 10/09/01 | 1.0 | Call with R. Shinder, M. Alexander, F. Gilbert and M. Brown re: CDG due diligence response |
| David Blechman | 10/17/01 | 1.5 | Bi-weekly Ch. 11 update call |
| David Blechman | 10/17/01 | 0.5 | Call with R. Shinder, F. Gilbert re preparation for CDG meeting on legacy liabilities |
| David Blechman | 10/18/01 | 1.0 | Call with P&M re: due diligence items |
| David Blechman | 10/18/01 | 1.5 | Work on CDG information request |
| David Blechman | 10/22/01 | 3.0 | Transit to meeting with CDG, company |
| David Blechman | 10/22/01 | 6.0 | Due diligence meeting with CDG, company |
| David Blechman | 10/22/01 | 3.5 | Transit from meeting with CDG, company |
| David Blechman | 10/23/01 | 1.0 | Meeting with R. Shinder re: operating model |
| David Blechman | 10/23/01 | 3.0 | Meeting with M. Alexander re financial model |
| David Blechman | 10/23/01 | 3.0 | Prepared materials for CDG due diligence |
| David Blechman | 10/23/01 | 2.0 | Work on fee application |
| David Blechman | 10/24/01 | 2.0 | Review Isolatek bankruptcy materials |
| David Blechman | 10/24/01 | 3.0 | Work with M. Alexander re financial model |
| David Blechman | 10/24/01 | 1.0 | Review business plan errata sheet w/M. Alexander, R. Shinder |
| David Blechman | 10/29/01 | 3.0 | Review Isolatek bankruptcy materials, call with B. Downy, M. Alexander re same |
| David Blechman | 10/29/01 | 1.0 | Discussion of Isolatek bankruptcy call/review with R. Shinder |
| David Blechman | 10/29/01 | 2.0 | Review update log of asbestos-related bankruptcies |
| David Blechman | 10/29/01 | 1.0 | Discussion with M. Alexander re same |
| David Blechman | 10/30/01 | 1.5 | Bi-weekly update call with company management and counsel |
| David Blechman | 10/30/01 | 4.0 | Review recent financial results |
| David Blechman | 10/31/01 | 2.5 | Review of Grace business plan presention materials for R. Shinder |
| | | 63.0 | |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Alexander | 10/02/01 | 1.0 | Reviewed due diligence request with D. Blechman |
| Michael Alexander | 10/02/01 | 2.0 | Perform comparable company analysis |
| Michael Alexander | 10/03/01 | 1.5 | Conference call on Project Chi |
| Michael Alexander | 10/04/01 | 2.5 | Reviewed due diligence materials |
| Michael Alexander | 10/04/01 | 3.0 | Continue comparable company analysis |
| Michael Alexander | 10/04/01 | 1.0 | Discussion with R. Shinder, D. Blechman re. due diligence materials |
| Michael Alexander | 10/09/01 | 2.5 | Review legacy liabilities and COLI information |
| Michael Alexander | 10/09/01 | 1.0 | Call with R. Shinder, D. Blechman, F. Gilbert and M. Brown re: CDG due diligence response |
| Michael Alexander | 10/17/01 | 1.5 | Bi-weekly Ch. 11 update call |
| Michael Alexander | 10/17/01 | 3.0 | review operating model re: changes for restructuring model |
| Michael Alexander | 10/17/01 | 2.0 | Comparable company anlysis |
| Michael Alexander | 10/23/01 | 3.5 | Worked on fee application |
| Michael Alexander | 10/23/01 | 3.0 | Prepared materials for CDG due diligence |
| Michael Alexander | 10/23/01 | 3.0 | Meeting with D. Blechman re financial model |
| Michael Alexander | 10/24/01 | 2.5 | Work with D. Blechman re same |
| Michael Alexander | 10/24/01 | 1.0 | Work with R. Shinder re: corrections to business plan |
| Michael Alexander | 10/24/01 | 1.0 | Review business plan errata sheet w/D. Blechman, R. Shinder |
| Michael Alexander | 10/24/01 | 2.5 | Compile and review Isolatek bankruptcy materials |
| Michael Alexander | 10/25/01 | 1.0 | Call with S. Farnsworth re: corrections to busuiness plan |
| Michael Alexander | 10/25/01 | 5.5 | Made corrections to business plan |
| Michael Alexander | 10/29/01 | 2.0 | Review Isolatek bankruptcy materials |
| Michael Alexander | 10/29/01 | 1.5 | Call with B. Downey, D. Blechman re. Isolatek bankruptcy |
| Michael Alexander | 10/29/01 | 2.5 | Drafted errata sheet for business plan |
| Michael Alexander | 10/29/01 | 1.0 | Discussion with D. Blechman re update log of asbestos bankruptcies |
| Michael Alexander | 10/29/01 | 3.5 | Updated compensation analysis |
| Michael Alexander | 10/30/01 | 4.0 | Read source materials and compiled information for log of asbestos bankruptcies |
| Michael Alexander | 10/30/01 | 5.0 | Updated log of asbestos bankruptcies |
| Michael Alexander | 10/30/01 | 1.5 | Bi-weekly update call with company management and counsel |
| Michael Alexander | 10/31/01 | 3.5 | Reviewed Federal Mogul bankruptcy materials |
| Michael Alexander | 10/31/01 | 1.5 | Updated compensation analysis |
| | | **70.0** | |