**EXHIBIT B**

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**October 31, 2001**
**2590-T**

### Word Processing

| | | | |
|---|---|---|---|
| Alexander | 9/1-30/01 | 135.33 | |
| Alexander | 9/1-30/01 | 354.67 | |
| Blechman | 9/1-30/01 | 4.67 | |
| Blechman | 9/1-30/01 | 463.17 | |
| **Subtotal - Word Processing** | | $ | 957.84 |

### Airfare

| | | | |
|---|---|---|---|
| Blechman | 07/27/01 | 204.25 | |
| Blechman | 08/02/01 | (202.75) | |
| **Subtotal - Airfare** | | | 1.50 |

### Car Services
### Company Car

| | | | |
|---|---|---|---|
| Document Production | 08/15/01 | 78.98 | |
| Document Production | 08/16/01 | 20.40 | |
| Document Production | 08/23/01 | 23.46 | |
| Document Production | 08/23/01 | 29.58 | |
| Document Production | 08/26/01 | 78.98 | |
| Document Production | 08/27/01 | 68.78 | |
| Document Production | 08/28/01 | 33.66 | |
| Document Production | 08/30/01 | 23.46 | |
| Plublishing Services | 08/17/01 | 21.42 | |
| Plublishing Services | 09/04/01 | 63.12 | |
| Plublishing Services | 09/04/01 | 83.50 | |
| Plublishing Services | 09/05/01 | 67.20 | |
| Plublishing Services | 09/06/01 | 23.46 | |
| Plublishing Services | 09/14/01 | 33.66 | |
| **Subtotal - Company Car** | | | 649.66 |

### Elite

| | | |
|---|---|---|
| Alexander | 08/24/01 | 52.50 |
| Alexander | 09/04/01 | 32.11 |
| Alexander | 09/05/01 | 29.56 |
| Blechman | 08/22/01 | 26.50 |
| Blechman | 08/28/01 | 21.41 |
| Blechman | 08/29/01 | 53.01 |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**October 31, 2001**
**2590-T**

| | | | |
|---|---|---|---|
| Blechman | 09/04/01 | 22.43 | |
| Office Services | 08/24/01 | 33.64 | |
| Otero | 09/04/01 | 45.87 | |
| Otero | 09/05/01 | 20.39 | |
| Otero | 09/05/01 | 48.42 | |
| Otero | 09/05/01 | 68.30 | |
| Otero | 09/05/01 | 174.32 | |
| Otero | 09/06/01 | 22.43 | |
| Otero | 09/06/01 | 22.43 | |
| Otero | 09/06/01 | 40.27 | |
| Otero | 09/06/01 | 148.53 | |
| Otero | 09/04/04 | 48.42 | |
| Otero | 09/04/04 | 48.42 | |
| Shinder | 08/31/01 | 24.47 | |
| Shinder | 09/04/01 | 32.11 | |
| Shinder | 09/05/01 | 24.47 | |
| Shinder | 09/10/01 | 29.56 | |
| Shinder | 09/17/01 | 21.41 | |
| | **Subtotal - Elite** | | **1,090.98** |

**Vital**
| | | | |
|---|---|---|---|
| De Almeida | 09/16/01 | 49.98 | |
| | **Subtotal - Vital** | | **49.98** |
| | **Subtotal - Car Services** | | **1,790.62** |

**Travel/Local**
| | | |
|---|---|---|
| Shinder | 05/02/01 | 15.00 |
| Shinder | 06/13/01 | 15.00 |
| Shinder | 06/14/01 | 26.00 |
| Shinder | 06/18/01 | 12.50 |
| Shinder | 06/20/01 | 12.50 |
| Shinder | 06/20/01 | 12.50 |
| Shinder | 06/22/01 | 11.90 |
| Shinder | 06/25/01 | 13.10 |
| Shinder | 06/27/01 | 28.00 |
| Shinder | 07/11/01 | 27.00 |

## W.R. GRACE
## Expense Detail
## Processed Through
## October 31, 2001
## 2590-T

| | | | |
|---|---|---:|---:|
| Shinder | 07/13/01 | 6.50 | |
| Shinder | 07/13/01 | 9.40 | |
| Shinder | 08/01/01 | 12.70 | |
| Shinder | 08/09/01 | 12.80 | |
| Shinder | 09/05/01 | 12.20 | |
| Shinder | 09/06/01 | 11.90 | |
| Shinder | 09/13/01 | 30.00 | |
| **Subtotal - Travel/Local** | | | **269.00** |
| | | | |
| **Other Auto** | | | |
| Blechman | 07/27/01 | 191.00 | |
| Blechman | 08/14/01 | 401.00 | |
| **Subtotal - Other Auto** | | | **592.00** |
| | | | |
| **Meals** | | | |
| Blechman | 08/01/01 | 13.74 | |
| Blechman | 08/08/01 | 20.00 | |
| Blechman | 08/14/01 | 13.72 | |
| Blechman | 08/23/01 | 13.48 | |
| Blechman | 08/28/01 | 20.00 | |
| Blechman | 08/28/01 | 20.00 | |
| Document Production | 08/23/01 | 8.48 | |
| Document Production | 08/23/01 | 8.49 | |
| Document Production | 08/28/01 | 12.07 | |
| Shinder | 06/25/01 | 18.92 | |
| Zilly | 09/05/01 | 312.30 | |
| Zilly | 09/06/01 | 375.08 | |
| **Subtotal - Meals** | | | **836.28** |
| | | | |
| **Lodging** | | | |
| Blechman | 08/16/01 | 260.42 | |
| **Subtotal - Lodging** | | | **260.42** |
| | | | |
| **Communications** | | | |
| **Fax** | | | |
| Bolger | Aug-01 | 15.00 | |
| **Subtotal - Fax** | | | **15.00** |

W.R. GRACE
Expense Detail
Processed Through
October 31, 2001
2590-T

### Federal Express

| | | | |
|---|---|---|---|
| Alexander | 08/30/01 | 33.92 | |
| Alexander | 08/31/01 | 26.96 | |
| Alexander | 09/07/01 | 24.71 | |
| Alexander | 09/20/01 | 18.54 | |
| Alexander | 09/27/01 | 42.51 | |
| Blechman | 10/04/01 | 16.96 | |
| Shinder | 09/19/01 | 12.67 | |
| Shinder | 10/12/01 | 14.71 | |
| **Subtotal - Federal Express** | | | 190.98 |

### Messenger - EDM

| | | | |
|---|---|---|---|
| Blechman | 10/05/01 | 8.75 | |
| **Subtotal - Messenger - EDM** | | | 8.75 |

| | | | |
|---|---|---|---|
| **Subtotal - Communications** | | | 214.73 |

### Photocopying

| | | | |
|---|---|---|---|
| Diggs | 10/15-19/01 | 3.60 | |
| Zilly | 10/01-05/01 | 33.60 | |
| Zilly | 10/01-05/01 | 82.80 | |
| **Subtotal - Photocopying** | | | 120.00 |
| **Total Expenses** | | | $ 5,042.39 |