# EXHIBIT A

## TIME REPORTS FOR THE FEE PERIOD
## SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001
### BROKEN DOWN BY MATTERS

TOTAL HOURS FOR ALL MATTERS:                          410.40
TOTAL DOLLARS FOR ALL MATTERS:                    $94,112.50

TOTAL TIME BILLED FOR ALL MATTERS:                $94,112.50

796353A01112601

```
Client: 082910 W.R. GRACE & CO.
Matter: 060897 Ambrosia Chocolate Facility


09/19/01     Review and comment on draft CEA report from URS;
             call with B. Miller on matter.
             W. Hatfield                            1.5         337.50

09/20/01     Attend to Draft CEA; call with S. Honl with
             comments on draft report; attend to same.
             W. Hatfield                            1.2         270.00

09/21/01     Attend to CEA; call to A. Nagy on matter.
             W. Hatfield                            0.2          45.00

09/24/01     Review revised draft CEA report; call to S. Honl
             at URS on same; review contract of sale and survey
             of site; confer with L. Rielly on RE matters;
             W. Hatfield                            1.6         360.00

09/26/01     Attend to lot designation issues in CEA; call with
             S. Honl on matter.
             W. Hatfield                            0.3          67.50
```

Attorney Summary

```
Timekeeper              Hours       Rate         Dollars

W. Hatfield             4.80        225.00       1,080.00

             TOTALS     4.80                     1,080.00


Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases


09/06/01     telcons Pierson & Ross, review subleases & draft
             amendment to AMF sublease.
             L. Reilly                             2.0          650.00

09/11/01     telcon Dornbush.
             L. Reilly                             0.1           32.50

09/12/01     telcon Dornbush, e-mail Pierson & send form of
             amendment to AMF sublease to him.
             L. Reilly                             0.4          130.00
```

| | | | |
|---|---|---|---|
| 09/17/01 | telcon Pierson.<br>L. Reilly | 0.1 | 32.50 |
| 09/19/01 | send lease amendment to Ross.<br>L. Reilly | 0.1 | 32.50 |
| 09/21/01 | telcon Pierson.<br>L. Reilly | 0.1 | 32.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| L. Reilly | 2.80 | 325.00 | 910.00 |
| | TOTALS 2.80 | | 910.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 075663 Clementon Environmental

| | | | |
|---|---|---|---|
| 08/16/01 | telcon Finkelstein re Clementon.<br>L. Reilly | 0.2 | 65.00 |
| 08/21/01 | telcon Finkelstein re Clementon.<br>L. Reilly | 0.1 | 32.50 |
| 08/22/01 | draft estop. certif for Consolidated at Clementon & send to Finkelstein & Langfan & telcons with them & Pierson & telcon & send estoppel to Alton of Consolidated.<br>L. Reilly | 1.3 | 422.50 |
| 08/27/01 | review revised assignment docs. for Clementon from Finkelstein.<br>L. Reilly | 0.2 | 65.00 |
| 08/30/01 | telcons Pierson & Alton re Clementon.<br>L. Reilly | 0.2 | 65.00 |
| 09/19/01 | telcon Turner of Big Lots re estoppel for Clementon lease.<br>L. Reilly | 0.1 | 32.50 |
| 09/21/01 | telcon Pierson.<br>L. Reilly | 0.1 | 32.50 |

3

796353A01112601

```
09/27/01        telcon Turner of Big Lots re Clementon.
                L. Reilly                               0.1         32.50

09/28/01        review Vicki Finkelstein's e-mail re Clementon &
                telcons her & Pierson.
                L. Reilly                               0.5        162.50
```

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| L. Reilly | 2.80 | 325.00 | 910.00 |
| TOTALS | 2.80 | | 910.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

```
09/04/01        Follow up with S. Zuber re plan issues and meeting
                with client re same.
                A. Marchetta                            0.5        197.50

09/04/01        Telephone conversation with J. Drake regarding
                bidding process.
                S. Zuber                                0.2         53.00

09/04/01        Receipt and review of Order approving amended
                bidding procedures; and prepare correspondence to
                N. Alt regarding same.
                S. Zuber                                0.3         79.50

09/04/01        Receipt and review of summaries of statements for
                professional fees and reimbursement of expenses
                for BRR International, Inc., J. Drake, S. Harris,
                and Dabbs, Hickman.
                S. Zuber                                0.4        106.00

09/04/01        Monitor Docket for Objections to Fee Applications
                (objection deadline 9/3/2001).
                D. Jenkins                              0.3         24.00

09/05/01        Follow up with S. Zuber re plan issues; telephone
                calls re same; follow up re client meeting.
                A. Marchetta                            0.6        237.00
```

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 09/05/01 | Review and preliminary analysis of Trustee's evaluation of Debtor's plan; review and preliminary analysis of comparative analysis of alternative plans; and prepare letter to N. Alt regarding above. | S. Zuber | 0.9 | 238.50 |
| 09/05/01 | Meeting with A. Marchetta to discuss Trustee's comparative plan analysis and status. | S. Zuber | 0.5 | 132.50 |
| 09/06/01 | Telephone call with client and follow up with S. Zuber re information for plan for client meeting. | A. Marchetta | 0.6 | 237.00 |
| 09/06/01 | Discuss competing plans and strategy with A. Marchetta. | S. Zuber | 0.5 | 132.50 |
| 09/07/01 | Work on issues for client meeting. | A. Marchetta | 0.5 | 197.50 |
| 09/07/01 | Continued review and analysis of Trustee's comparisons of Intercat, Inc.'s plan and Engelhard bid. | S. Zuber | 1.3 | 344.50 |
| 09/10/01 | Work on information re client meeting. | A. Marchetta | 0.8 | 316.00 |
| 09/10/01 | Review Fee Applications filed by BRR International, J. Drake, S. Harris, and D. Hickman. | S. Zuber | 0.7 | 185.50 |
| 09/10/01 | Preparation of July 2001 Fee Application and Exhibits. | D. Jenkins | 5.8 | 464.00 |
| 09/11/01 | Conference with S. Zuber re client presentation. | A. Marchetta | 0.5 | 197.50 |
| 09/11/01 | Meeting with A. Marchetta to discuss Debtor's plan and Trustee's sale. | S. Zuber | 0.5 | 132.50 |
| 09/11/01 | Continued review and analysis of Debtor's plan, | | | |

5

796353A01112601

| Date | Description | Hours | Amount |
|---|---|---|---|
| | asset purchase agreement, financial information and projections, and Engelhard bid; and begin preparing outline of presentation to client relative to competing plans.<br>S. Zuber | 4.9 | 1,298.50 |
| 09/12/01 | Work with S. Zuber re client presentation; review re issues.<br>A. Marchetta | 1.0 | 395.00 |
| 09/12/01 | Telephone conversation with I. Greene regarding competing plans.<br>S. Zuber | 0.4 | 106.00 |
| 09/12/01 | Preparation of numerous memoranda analyzing plan overview process, Debtor's plan, and asset purchase agreement; and compare and contrast plans.<br>S. Zuber | 7.8 | 2,067.00 |
| 09/12/01 | Preparation of July 2001 Fee Application and Exhibits.<br>D. Jenkins | 4.5 | 360.00 |
| 09/13/01 | Work on client materials.<br>A. Marchetta | 0.7 | 276.50 |
| 09/13/01 | Continued review and analysis of Debtor's plan, asset purchase agreement and related documents; and continued preparation of numerous memoranda regarding Debtor's plan, asset purchase agreement and confirmation process.<br>S. Zuber | 4.7 | 1,245.50 |
| 09/14/01 | Telephone conversation with J. Drake regarding status of potential offers for sale assets.<br>S. Zuber | 0.3 | 79.50 |
| 09/14/01 | Discuss competing plans with A. Marchetta.<br>S. Zuber | 0.3 | 79.50 |
| 09/14/01 | Preparation of July 2001 Fee Application and Exhibits.<br>D. Jenkins | 2.8 | 224.00 |
| 09/17/01 | Continued review and analysis of Intercat, Inc.'s proposed plan and Engelhard asset purchase |  |  |

6

| Date | Description | Hours | Amount |
|---|---|---|---|
| | agreement; review Intercat's schedules and amended schedules; review various background financial information previously provided by Intercat; and review various financial information provided by Trustee.<br>S. Zuber | 3.3 | 874.50 |
| 09/17/01 | Telephone conversation with I. Greene regarding Intercat, Inc.'s liquidation analysis.<br>S. Zuber | 0.3 | 79.50 |
| 09/17/01 | Receipt, review and analysis of Intercat's analysis of Engelhard bid, and discuss same with I. Greene.<br>S. Zuber | 0.9 | 238.50 |
| 09/17/01 | Conference regarding debtors; analysis of Englehard offer.<br>A. Marchetta | 0.3 | 118.50 |
| 09/18/01 | Forward information to Kirkland & Ellis per client; prepare information re client meeting.<br>A. Marchetta | 1.0 | 395.00 |
| 09/18/01 | Continued preparation for meeting with clients in MD.<br>S. Zuber | 1.9 | 503.50 |
| 09/19/01 | Meeting with client re strategy concerning plan issues; complete review of same and work with S. Zuber re same.<br>A. Marchetta | 9.5 | 3,752.50 |
| 09/19/01 | Meeting with clients in MD to review status, competing plans, and strategy.<br>S. Zuber | 10.5 | 2,782.50 |
| 09/19/01 | Update orders binder; Forward requested documents to A. Chan.<br>D. Florence | 1.4 | 112.00 |
| 09/19/01 | Preparation of July 2001 Fee Application and Exhibits, including review of Docket and telephone call from P. Cuniff, PSZY&J, regarding electronic-filing procedures.<br>D. Jenkins | 2.4 | 192.00 |

7

796353A01112601

| | | | |
|---|---|---|---|
| 09/20/01 | Receipt and review of J. H. Cohn's fee application. | | |
| | S. Zuber | 0.2 | 53.00 |
| 09/20/01 | Legal research regarding competing plan issues. | | |
| | S. Zuber | 0.9 | 238.50 |
| 09/20/01 | Telephone conversation with I. Greene regarding Debtor's plan, including financial projections. | | |
| | S. Zuber | 0.3 | 79.50 |
| 09/20/01 | Telephone conversation with D. Adams regarding status, including auction next week. | | |
| | S. Zuber | 0.2 | 53.00 |
| 09/20/01 | Discuss patent assignment issues with A. Marchetta, F. Whitmer and A. Chan. | | |
| | S. Zuber | 0.5 | 132.50 |
| 09/20/01 | Legal research regarding whether Intercat can assume and assign Akzo Nobel patent license agreements to asset purchaser without consent of Akzo Nobel. | | |
| | S. Zuber | 1.7 | 450.50 |
| 09/20/01 | Conference with S. Zuber and F. Whitmer re patent assignment issue; work with S. Zuber re information for client. | | |
| | A. Marchetta | 0.7 | 276.50 |
| 09/21/01 | Telephone conversation with J. Drake and Ben Roach regarding competing bids. | | |
| | S. Zuber | 0.3 | 79.50 |
| 09/21/01 | Research regarding assignabilty of patent licenses. Analysis of cases. | | |
| | J. Testa | 2.9 | 536.50 |
| 09/21/01 | Preparation of July 2001 Fee Application and Exhibits, including conversion of numerous documents to pdf format for electronic transmittal and filing. | | |
| | D. Jenkins | 7.2 | 576.00 |
| 09/24/01 | Telephone calls re auction and plan issues; conference with S. Zuber re Englehard issues; follow up re hearing on plan. | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | A. Marchetta | 0.8 | 316.00 |
| 09/24/01 | Numerous discussions with J. Greenberg regarding Engelhard asset purchase agreement. | S. Zuber | 0.9 | 238.50 |
| 09/24/01 | Numerous discussions with J. Drake and B. Roach regarding auction and competing plans. | S. Zuber | 0.9 | 238.50 |
| 09/24/01 | Continued preparation for auction and accompanying meetings. | S. Zuber | 3.2 | 848.00 |
| 09/24/01 | Several discussions with A. Marchetta regarding auction and competing plan issues. | S. Zuber | 0.7 | 185.50 |
| 09/24/01 | Research, including Westlaw research, regarding issues of assignability and assumption of non exclusive patents, and patents. | J. Testa | 5.0 | 925.00 |
| 09/25/01 | Final preparation for auction; meetings with D. Adams, J. Drake, and B. Roach prior to auction; meeting with I. Greene and J. Sylvester prior to auction; meeting with B. Usadi, J. Greenberg and E. Benton prior to auction; attend auction; and numerous meetings following auction with Trustee, accountants to Trustee and Engelhard representatives. | S. Zuber | 7.2 | 1,908.00 |
| 09/25/01 | Discuss status with A. Marchetta. | S. Zuber | 0.2 | 53.00 |
| 09/25/01 | Conference with client re Englehart issues and auction. | A. Marchetta | 0.4 | 158.00 |
| 09/25/01 | Prepare memorandum re assignability and assumption of nonexclusive patents. | J. Testa | 5.5 | 1,017.50 |
| 09/26/01 | Telephone conversation with R. Talisman regarding competing plans and Mobil's position on each plan. | S. Zuber | 0.3 | 79.50 |

9

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 09/26/01 | Several telephone conversations with J. Drake regarding Engelhard's position as to possible modification of asset purchase agreement. | S. Zuber | 0.5 | 132.50 |
| 09/26/01 | Review case law regarding assumption and assignment of license agreements without licensor's consent, and prepare memo to N. Alt regarding applicable law. | S. Zuber | 1.5 | 397.50 |
| 09/26/01 | Prepare memo to N. Alt regarding auction results and subsequent discussions with Trustee. | S. Zuber | 0.6 | 159.00 |
| 09/26/01 | Discuss competing plan issues with A. Marchetta. | S. Zuber | 0.5 | 132.50 |
| 09/26/01 | Telephone call with Scott Zuber regarding Ingelhard plan; issues related to same; follow up regarding e-mails to client; arrange conference call. | A. Marchetta | 0.7 | 276.50 |
| 09/26/01 | Update pleading board and orders binder. | D. Florence | 1.2 | 96.00 |
| 09/27/01 | Attention to competing plan issues. | S. Zuber | 0.5 | 132.50 |
| 09/27/01 | Telephone call with client re plan issues and arrange conference call re same; follow up with S. Zuber re same. | A. Marchetta | 0.7 | 276.50 |
| 09/28/01 | Prepare for conference call with N. Alt and J. Rightmyer; conference call with A. Marchetta, N. Alt and J. Rightmyer; and discuss status and strategy with A. Marchetta after call. | S. Zuber | 1.0 | 265.00 |
| 09/28/01 | Telephone conversation with J. Greenberg of Engelhard regarding Engelhard offer, and prepare correspondence to N. Alt regarding possible meeting with Engelhard. | S. Zuber | 0.6 | 159.00 |

796353A01112601

| | | | |
|---|---|---|---|
| 09/28/01 | Conference with S. Zuber and follow up conference with client re plan issues re Englehard. | | |
| | A. Marchetta | 0.8 | 316.00 |
| 09/28/01 | work with AJM & S. Zuber re: plan and client concerns re: Lippert | | |
| | A. Chan | 0.3 | 66.00 |
| 09/28/01 | Preparation of August 2001 Fee Application and Exhibits, including calculation of Expenses, Project Categories, and each Timekeeper's Hours and Compensation. | | |
| | D. Jenkins | 2.1 | 168.00 |
| 09/30/01 | E-mails and follow up re plan issues. | | |
| | A. Marchetta | 0.3 | 118.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 20.40 | 395.00 | 8,058.00 |
| S. Zuber | 63.30 | 265.00 | 16,774.50 |
| A. Chan | 0.30 | 220.00 | 66.00 |
| J. Testa | 13.40 | 185.00 | 2,479.00 |
| D. Florence | 2.60 | 80.00 | 208.00 |
| D. Jenkins | 25.10 | 80.00 | 2,008.00 |
| TOTALS | 125.10 | | 29,593.50 |

796353A01112601

```
Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action
```

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 08/02/01 | Discuss appeal issues and briefing schedule with A. Marchetta. | M. Waller | 0.3 | 79.50 |
| 08/21/01 | Working with M. Bennett re: Section 46 arguments on appeal. | M. Waller | 1.5 | 397.50 |
| 08/24/01 | Working with B. Moffitt re: finalizing index of record and appellate briefing. | M. Waller | 0.3 | 79.50 |
| 08/24/01 | Working with M. Bennett re: appeal argument relating to NY Insurance law Section 46. | M. Waller | 2.4 | 636.00 |
| 08/28/01 | Confer with M. Bennett regarding Section 46 issues for appeal. | M. Waller | 0.3 | 79.50 |
| 08/28/01 | Receive telephone call from T. Burack (Hampshire Chem.) re: revised protective order in AE/CU's reinsurance case. | M. Waller | 0.3 | 79.50 |
| 08/28/01 | Confer with K. Helmer and B. Bennett regarding preparation of draft briefs. | M. Waller | 0.4 | 106.00 |
| 08/30/01 | Discuss appellate issues with K. Helmer. | M. Waller | 0.5 | 132.50 |
| 08/30/01 | Follow up with A. Marchetta regarding status of appeal and issues. | M. Waller | 0.5 | 132.50 |
| 09/03/01 | Conference with B. Moffitt and follow up re briefing and timing to enlarge record. | A. Marchetta | 0.3 | 118.50 |

796353A01112601

| | | | |
|---|---|---|---|
| 09/04/01 | Conference with B. Moffitt and M. Waller re briefing and issues re same.<br>A. Marchetta | 0.6 | 237.00 |
| 09/04/01 | Review letter from counsel to Hampshire Chemical joining in Grace's comments re: protective order proposed in AE/CU re-insurance action.<br>M. Waller | 0.1 | 26.50 |
| 09/04/01 | Confer with A. Marchetta re same.<br>M. Waller | 0.6 | 159.00 |
| 09/04/01 | Analyzing statutory issues re: Section 46 and contract issues and reviewing briefs and affidavits re: same to confirm issues preserved on appeal.<br>M. Waller | 0.9 | 238.50 |
| 09/04/01 | Review record and prepare insert for procedural history and statement of facts.<br>K. Helmer | 3.6 | 900.00 |
| 09/04/01 | Research for appeal.<br>M. Bennett | 2.5 | 437.50 |
| 09/04/01 | Confer with A. Marchetta and M. Waller and continued preparation of brief section on choice of law; review case law re same.<br>B. Moffitt | 3.3 | 759.00 |
| 09/04/01 | Visit the U.S. Appellate Court in Manhattan to obtain filed documents; Update the case file and letters of submission binder.<br>D. Florence | 6.5 | 520.00 |
| 09/05/01 | Follow up with K. Helmer regarding appellate briefing schedule.<br>M. Waller | 0.2 | 53.00 |
| 09/05/01 | Draft inserts for procedural history and statement of facts; requests to S. Parker for copies of affidavits and policies; research regarding retrospective premiums<br>K. Helmer | 4.5 | 1,125.00 |
| 09/05/01 | Continued work on motion to supplement record; incorporated changes made by M. Waller; amended |  |  |

|  |  |  |  |
|---|---|---|---|
|  | affidavit to include additional facts.<br>J. Clark | 2.9 | 609.00 |
| 09/05/01 | Research case law regarding the effect of a repeal of a prohibitory statute; draft brief point; revise.<br>M. Bennett | 5.8 | 1,015.00 |
| 09/05/01 | Worked with K. Helmer, conducted database searches and reviewed file documents re: identification and retrieval of additional documents, including insurance policies and exhibits to affidavits, needed to prepare appeal brief and responded to various requests for information.<br>S. Parker | 2.6 | 208.00 |
| 09/06/01 | Confer and revise letter with B. Moffitt to CNA counsel re: record on appeal.<br>M. Waller | 0.1 | 26.50 |
| 09/06/01 | Discuss same with B. Moffitt.<br>M. Waller | 0.1 | 26.50 |
| 09/06/01 | Working with J. Clark re: same.<br>M. Waller | 0.2 | 53.00 |
| 09/06/01 | Review latest choice of law decision (Judge Scheinlin).<br>M. Waller | 0.9 | 238.50 |
| 09/06/01 | Working with M. Bennett re: appellate brief and issues (repealed statutes/public policy).<br>M. Waller | 0.6 | 159.00 |
| 09/06/01 | Drafting additions and revisions to motion and certification re: supplementing the records.<br>M. Waller | 1.0 | 265.00 |
| 09/06/01 | Review policies and affidavits regarding application of retrospective premiums and deductibles; research regarding retrospective premium endorsement and calls to locate copy of same; prepare inserts for statement of facts and procedural history.<br>K. Helmer | 5.2 | 1,300.00 |
| 09/06/01 | Confer with Michael Waller regarding research |  |  |

14

|  |  |  |  |
|---|---|---|---|
| | issues.<br>M. Bennett | 0.6 | 105.00 |
| 09/06/01 | Research and draft brief point of appellate brief re: section 46.<br>M. Bennett | 3.0 | 525.00 |
| 09/06/01 | Continued drafting motion papers; revised affidavits of M. Waller and brief in support; reviewed file papers including protective orders entered by Court during 1990s.<br>J. Clark | 2.0 | 420.00 |
| 09/06/01 | Assemble information and work with J. Clark re various stipulations for use in motion to supplement record.<br>B. Moffitt | 0.7 | 161.00 |
| 09/06/01 | Review recent class action applying the laws of numerous states; continued preparation of brief section on choice of law; review case law re same.<br>B. Moffitt | 4.2 | 966.00 |
| 09/06/01 | Create a new case file for appellate documents; Update case file and pleading board; Assist J. Clark with request for information.<br>D. Florence | 1.1 | 88.00 |
| 09/06/01 | Worked with K. Helmer and reviewed file documents re: retrieval of additional information needed to prepare appeal brief; Worked with B. Moffitt and conducted internet searches re: retrieval of recent opinions in the Southern District of NY and additional information needed to prepare appeal brief.<br>S. Parker | 1.0 | 80.00 |
| 09/07/01 | Work on issues; follow up with M. Waller re same.<br>A. Marchetta | 0.4 | 158.00 |
| 09/07/01 | Working with B. Moffitt regarding choice of law issues on appeal.<br>M. Waller | 0.3 | 79.50 |
| 09/07/01 | Confer with A. Marchetta re: status of briefing.<br>M. Waller | 0.3 | 79.50 |

15

796353A01112601

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/07/01 | Review letter from Hampshire Chemical counsel re: protective order in AE/CU's reinsurance matter.<br>M. Waller | 0.1 | 26.50 |
| 09/07/01 | Review and draft additions and revisions to affidavit in support of motion to maintain seal on documents on appeal.<br>M. Waller | 0.3 | 79.50 |
| 09/07/01 | Confer with J. Clark regarding same.<br>M. Waller | 0.1 | 26.50 |
| 09/07/01 | Continued work on inserts for procedural history and statement of facts; research regarding retrospective premiums.<br>K. Helmer | 3.0 | 750.00 |
| 09/07/01 | Research; appellate brief Section 46 point.<br>M. Bennett | 4.0 | 700.00 |
| 09/07/01 | Continued preparation of appellate brief re: choice of law; review case law re same.<br>B. Moffitt | 5.4 | 1,242.00 |
| 09/07/01 | Worked with M. Waller regarding introduction of additional documents; continued revising motion papers.<br>J. Clark | 2.1 | 441.00 |
| 09/07/01 | Create chart of all Superfund discovery; Review files for missing documents; Work with J. Clark re: protective orders.<br>D. Florence | 1.3 | 104.00 |
| 09/07/01 | Worked with B. Moffitt, conducted database searches and reviewed file documents re: identification and retrieval of additional documents needed to prepare appeal brief.<br>S. Parker | 1.2 | 96.00 |
| 09/08/01 | Continued work on inserts for brief on appeal<br>K. Helmer | 4.5 | 1,125.00 |
| 09/10/01 | Reviewing previous arguments, affidavits and exhibits re: same and considering issues re: additional supplements to record.<br>M. Waller | 0.5 | 132.50 |

796353A01112601

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/10/01 | Reviewing and drafting additions and revisions to brief. | M. Waller | 1.1 | 291.50 |
| 09/10/01 | Conferring with S. Parker regarding preparation of appendix and printing briefs. | M. Waller | 0.1 | 26.50 |
| 09/10/01 | Working with J. Clark re: motion to supplement the record. | M. Waller | 0.8 | 212.00 |
| 09/10/01 | Working with B. Moffitt regarding choice of law issues. | M. Waller | 0.5 | 132.50 |
| 09/10/01 | Confer with K. Helmer regarding briefing schedule and preparation of brief, recent choice of law opinions and CNA retrospective premium issues. | M. Waller | 0.6 | 159.00 |
| 09/10/01 | Continued work on inserts for procedural history and statement of facts. | K. Helmer | 5.0 | 1,250.00 |
| 09/10/01 | Conference with M. Waller regarding admissibility of documents. | J. Clark | 0.8 | 168.00 |
| 09/10/01 | Finalized motion to supplement record and to permit records to remain sealed. | J. Clark | 0.8 | 168.00 |
| 09/10/01 | Draft appeal; review 1971 and 1982 legislation; edit. | M. Bennett | 3.0 | 525.00 |
| 09/10/01 | Confer with M. Waller re: appellate briefing; continued preparation of brief. | B. Moffitt | 0.5 | 115.00 |
| 09/10/01 | Worked with B. Moffitt and K. Helmer, conducted database searches and reviewed file documents re: identification and retrieval of additional briefing and related documents needed to prepare appeal brief. | | | |

|            |                                                                                                                                                      |     |          |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----------|
|            | S. Parker                                                                                                                                            | 1.4 | 112.00   |
| 09/11/01   | Follow up re briefing.<br>A. Marchetta                                                                                                               | 0.4 | 158.00   |
| 09/11/01   | Edit Appellate Brief.<br>M. Bennett                                                                                                                  | 1.2 | 210.00   |
| 09/12/01   | Work with M. Waller re staffing and case issues.<br>A. Marchetta                                                                                     | 0.4 | 158.00   |
| 09/12/01   | Confer with J. Clark regarding further supplementing the record.<br>M. Waller                                                                        | 0.3 | 79.50    |
| 09/12/01   | Reviewing earlier briefs re: arguments re: retrospective premiums and deductibles re: issues preserved for appeal.<br>M. Waller                      | 0.9 | 238.50   |
| 09/12/01   | Drafting memorandum re: strategy to seek to further supplement the record on appeal.<br>M. Waller                                                    | 1.0 | 265.00   |
| 09/12/01   | Confer with A. Marchetta regarding issues re: supplementing the record.<br>M. Waller                                                                 | 0.4 | 106.00   |
| 09/12/01   | Continued work on argument regarding deductibles/retrospective premium<br>K. Helmer                                                                  | 4.0 | 1,000.00 |
| 09/12/01   | Reviewed changes made by M. Waller; finalized motion papers; conference with M. Waller concerning additional papers to include in record.<br>J. Clark | 1.5 | 315.00   |
| 09/13/01   | Working with M. Bennett re: brief point re: appeal of Section 46 decisions.<br>M. Waller                                                             | 0.5 | 132.50   |
| 09/13/01   | Reviewing previous arguments re: legislative history and terms of contract.<br>M. Waller                                                             | 0.7 | 185.50   |
| 09/13/01   | Continued drafting argument regarding deductibles/retrospective premium; revise inserts                                                              |     |          |

796353A01112601

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | for procedural history and statement of facts | K. Helmer | 5.1 | 1,275.00 |
| 09/13/01 | Confer with Michael Waller regarding appeal; section 46 argument. | M. Bennett | 0.5 | 87.50 |
| 09/14/01 | Continued preparation of brief section on choice of law; review case law re same. | B. Moffitt | 3.6 | 828.00 |
| 09/15/01 | Drafting argument regarding deductibles/retrospective premiums; research regarding same. | K. Helmer | 3.8 | 950.00 |
| 09/17/01 | Work with Mike Waller regarding case strategy regarding record and briefing of issues. | A. Marchetta | 0.5 | 197.50 |
| 09/17/01 | Reviewing draft arguments on appeal (choice of law, Seciton 46, and contract issues); Preparing comments to same. | M. Waller | 3.2 | 848.00 |
| 09/17/01 | Continued work on inserts regarding deductible/retrospective premiums for appellate brief | K. Helmer | 3.8 | 950.00 |
| 09/18/01 | Revise argument regarding deductibles and retrospective premiums; research regarding insurer's burden of proof | K. Helmer | 5.2 | 1,300.00 |
| 09/19/01 | Conference with B. Moffitt and D. Bueresse re: updating choice of law case law. | M. Waller | 0.3 | 79.50 |
| 09/19/01 | Confer with K. Helmer re: appellate brief points re: self insurance and 1990 settlement agreement. | M. Waller | 0.3 | 79.50 |
| 09/19/01 | Working with B. Moffitt re: choice of law brief point. | M. Waller | 0.4 | 106.00 |

796353A01112601

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/19/01 | Reviewing brief re: supplementing record to add argument re: mischaracterizations by CNA.<br>M. Waller | 0.9 | 238.50 |
| 09/19/01 | Continued work on deductibles/retrospective premium argument.<br>K. Helmer | 4.8 | 1,200.00 |
| 09/19/01 | Checking and updating cites in appellate brief.<br>D. Buerrose | 2.7 | 378.00 |
| 09/19/01 | Confer with M. Waller re: appellate briefing; continued preparation of brief re choice of law.<br>B. Moffitt | 4.4 | 1,012.00 |
| 09/20/01 | Discussing brief point re: Section 46 issues with M. Bennett.<br>M. Waller | 0.2 | 53.00 |
| 09/20/01 | Working on appellate brief arguments.<br>M. Waller | 3.2 | 848.00 |
| 09/20/01 | Confer with J. Clark regarding additions and revisions to Motion to Supplement Record.<br>M. Waller | 0.3 | 79.50 |
| 09/20/01 | Draft additions and revisions to brief in support of motion to supplement record per strategy against CNA.<br>M. Waller | 2.7 | 715.50 |
| 09/20/01 | Conferring with K. Helmer regarding appellate brief point re: contract issues and statement of the case.<br>M. Waller | 0.2 | 53.00 |
| 09/20/01 | Draft memorandum to J. Clark re: same and filing motions.<br>M. Waller | 0.3 | 79.50 |
| 09/20/01 | Research and drafting insert for brief on appeal.<br>K. Helmer | 4.5 | 1,125.00 |
| 09/20/01 | Confer with Brian Moffit; Edit Appellate Brief point re: section 46 and application of status.<br>M. Bennett | 3.0 | 525.00 |

796353A01112601