| 09/20/01 | Finalized motion papers incorporating new argument. | | |
| | J. Clark | 1.5 | 315.00 |

| 09/20/01 | Confer with M. Waller and M. Bennett re: appellate briefing; continued preparation of brief re choice of law. | | |
| | B. Moffitt | 4.1 | 943.00 |

| 09/20/01 | Updated citations in appellate brief. | | |
| | D. Buerrose | 1.7 | 238.00 |

| 09/21/01 | Meeting with M. Bennett and B. Moffitt re: appellate brief points. | | |
| | M. Waller | 0.6 | 159.00 |

| 09/21/01 | Working with J. Clark re: finalizing motion to supplement the record and to maintain sealed status of documents. | | |
| | M. Waller | 0.2 | 53.00 |

| 09/21/01 | Drafting additions and revisions to Section 46 brief point. | | |
| | M. Waller | 1.5 | 397.50 |

| 09/21/01 | Confer with Mike Waller and Brian Moffit regarding appellate brief. | | |
| | M. Bennett | 0.3 | 52.50 |

| 09/21/01 | Updated citations in appellate brief. | | |
| | D. Buerrose | 1.7 | 238.00 |

| 09/21/01 | Confer with D. Buerrosse re shepardizing cases and updating case law cited. | | |
| | B. Moffitt | 4.7 | 1,081.00 |

| 09/23/01 | Review and revise inserts for brief on appeal. | | |
| | K. Helmer | 3.3 | 825.00 |

| 09/24/01 | Confer with A. Marchetta re: status of appellate brief and finalizing pre-appeal motions. | | |
| | M. Waller | 0.4 | 106.00 |

| 09/24/01 | Review and execute motion to supplement; conference with M. Waller re brief. | | |
| | A. Marchetta | 0.8 | 316.00 |

09/24/01     Discuss scheduling with B. Moffitt and follow up
             with clerk re: timing of motion and briefing
             schedule.
             M. Waller                          0.3        79.50

09/24/01     Confer with K. Helmer regarding brief points re:
             contract issues and to compile brief.
             M. Waller                          0.7       185.50

09/24/01     Working on appellate brief point re: choice of
             law.
             M. Waller                          1.9       503.50

09/24/01     Working with J. Clark and B. Moffit finalize
             motions to supplement record and maintain sealed
             status of documents.
             M. Waller                          0.5       132.50

09/24/01     Working with M. Bennett re: additions and
             revisions to argument re: application of former
             Section 46 of NY Insurance Law.
             M. Waller                          0.4       106.00

09/24/01     Continued work on argument regarding retrospective
             premiums/deductible; meet with M. Waller regarding
             same
             K. Helmer                          3.8       950.00

09/24/01     Confer with Michael Waller regarding appellate
             brief point re: Section 46. Review file;
             edit brief point.
             M. Bennett                         2.5       437.50

09/24/01     Work with M. Waller and J. Clark re motion to
             supplement record; confer with M. Waller re:
             conference with Second Circuit staff counsel re
             same.
             B. Moffitt                         1.3       299.00

09/24/01     Checked citations and updated case law in
             appellate brief.
             D. Buerrose                        3.8       532.00

09/25/01     Forward motion papers to client; review re
             schedule.
             A. Marchetta                       0.2        79.00

22

09/25/01    Working with J. Clark re: finalizing and preparing
            motions to supplement record and re: sealed
            documents for submission.
            M. Waller                      0.4        106.00

09/25/01    Working with B. Moffit regarding procedural
            statement and statement of the case.
            M. Waller                      2.0        530.00

09/25/01    Draft memo to J. Clark and B. Moffitt re:
            finalizing motions to supplement record and
            maintain status of sealed documents.
            M. Waller                      0.5        132.50

09/25/01    Conferring with B. Moffitt regarding schedule to
            submit briefs in light of motion to supplement
            record and communications with appellate court re:
            same.
            M. Waller                      0.4        106.00

09/25/01    Telephone conference with B. Moffitt to E.
            DeCristofaro regarding schedule for submitting
            briefs in support of motion for oversized briefs
            and corresponding changes to briefing schedule.
            M. Waller                      0.5        132.50

09/25/01    Appellate brief; review pleadings; edit.
            M. Bennett                     3.2        560.00

09/25/01    Finalized motions for filing.
            J. Clark                       0.4         84.00

09/25/01    Checked citations and updated cases in appellate
            brief.
            D. Buerrose                    4.0        560.00

09/25/01    Numerous telephone calls to Second Circuit in
            effort to reach Staff Counsel's office; confer
            with Staff Counsel's office re motion to
            supplement record and re proposed extension to
            submit appellant's brief; work with M. Waller re
            same.
            B. Moffitt                     0.5        115.00

09/25/01    Preparation of correspondence to Staff Counsel re
            motion to supplement record and re proposed
            extension to submit appellant's brief; work with

23

|  |  | M. Waller re same; telephone call to CNA counsel re same. |  |  |
|  |  | B. Moffitt | 0.9 | 207.00 |

| 09/25/01 | Confer with M. Waller re: Statement of Case and preparation of same; review prior submissions re same. |  |  |
|  | B. Moffitt | 2.8 | 644.00 |

| 09/26/01 | Working on brief points re: choice of law and Section 46 issues. |  |  |
|  | M. Waller | 2.0 | 530.00 |

| 09/26/01 | Working with B. Moffitt regarding same. |  |  |
|  | M. Waller | 0.3 | 79.50 |

| 09/26/01 | Conferring with J. Clark re: submission of pre-appeal motions and follow up re: submissions. |  |  |
|  | M. Waller | 0.1 | 26.50 |

| 09/26/01 | Call with CNA counsel re: briefing schedule and draft letter to same re: schedule. |  |  |
|  | M. Waller | 0.4 | 106.00 |

| 09/26/01 | Confer with M. Bennett re: Section 46 issues. |  |  |
|  | M. Waller | 0.3 | 79.50 |

| 09/26/01 | Preparing letter to staff counsel re: time to submit motions for leave to file over-length brief and to supplement record. |  |  |
|  | M. Waller | 0.6 | 159.00 |

| 09/26/01 | Continued work on inserts for brief on appeal. |  |  |
|  | K. Helmer | 1.6 | 400.00 |

| 09/26/01 | Checked citations and updated cases in appellate brief. |  |  |
|  | D. Buerrose | 4.6 | 644.00 |

| 09/26/01 | Research; edit and draft appellate brief point. |  |  |
|  | M. Bennett | 2.0 | 350.00 |

| 09/26/01 | Preparation of correspondence to Staff Counsel re extension to serve appellant's brief and work with M. Waller re same; telephone call to CNA counsel re same. |  |  |
|  | B. Moffitt | 0.7 | 161.00 |

24

09/27/01    Follow up with CNA counsel.
            M. Waller                        0.3          79.50

09/27/01    Confer  with  B.  Moffitt  re:  letter  to  Second
            Circuit staff counsel re: briefing schedule.
            M. Waller                        0.5         132.50

09/27/01    Reviewing and drafting additions and revisions to
            statement  of  case;  Reviewing  past  briefs  and
            working with B. Moffitt regarding same.
            M. Waller                        2.0         530.00

09/27/01    Continued work on inserts for brief on appeal
            K. Helmer                        1.4         350.00

09/27/01    Continued  preparation  of  correspondence  to  Staff
            Counsel  re  extension  to  serve  appellant's  brief
            and work with M. Waller re same.
            B. Moffitt                       0.5         115.00

09/27/01    Confer  with  M.  Waller  re:  Statement  of  Case  and
            preparation  of  same;  review  prior  submissions  re
            same.
            B. Moffitt                       3.4         782.00

09/28/01    Confer with A. Marchetta re: same.
            M. Waller                        0.5         132.50

09/28/01    Work with staff re follow up to motions.
            A. Marchetta                     0.5         197.50

09/28/01    Reviewing and drafting additions and revisions to
            appeal argument re: choice of law.
            M. Waller                        0.3          79.50

09/28/01    Continued work on appellate brief points.
            K. Helmer                        2.0         500.00

09/28/01    Westlaw research re: unreported decisions cited in
            prior briefs on choice of law; review case law re
            same.
            B. Moffitt                       2.8         644.00

09/30/01    Research;  review  Second  Circuit  September  2001
            case regarding contract interpretation.
            M. Bennett                       0.6         105.00

25

796353A01112601

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 4.10 | 395.00 | 1,619.50 |
| M. Waller | 49.30 | 265.00 | 13,064.50 |
| K. Helmer | 69.10 | 250.00 | 17,275.00 |
| M. Bennett | 32.20 | 175.00 | 5,635.00 |
| D. Buerrose | 18.50 | 140.00 | 2,590.00 |
| J. Clark | 12.00 | 210.00 | 2,520.00 |
| B. Moffitt | 43.80 | 230.00 | 10,074.00 |
| D. Florence | 8.90 | 80.00 | 712.00 |
| S. Parker | 6.20 | 80.00 | 496.00 |
| TOTALS | 244.1 | | 53,986.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 097440 Phenix City, Alabama Lease

| 09/19/01 | Review response re demand for insurance proceeds and follow up. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 118.50 |

| 09/20/01 | Review issues related to whether insurance proceeds constitute property of Grace's bankruptcy estate. | | |
|---|---|---|---|
| | S. Zuber | 0.3 | 79.50 |

| 09/20/01 | Conference with S. Zuber re response on insurance issue. | | |
|---|---|---|---|
| | A. Marchetta | 0.4 | 158.00 |

| 09/21/01 | Work on insurance and bankruptcy issues with A. Marchetta and J. Scordo. | | |
|---|---|---|---|
| | S. Zuber | 0.3 | 79.50 |

| 09/21/01 | Work on issues re insurance recovery versus landlord's claim; conference with J. Scordo and S. Zuber re same. | | |
|---|---|---|---|
| | A. Marchetta | 0.4 | 158.00 |

| 09/24/01 | E-mails and follow up with W. Green re research. | | |
|---|---|---|---|
| | A. Marchetta | 0.2 | 79.00 |

| 09/24/01 | Review insurance and bankruptcy issues with A. | | |

|            | Marchetta and then with W. Green. | | |
|------------|-------------------------------------|-----|--------|
|            | S. Zuber                            | 0.4 | 106.00 |

| 09/24/01 | Attention to status of question of landlord's rights to proceeds of Grace's insurance policy. | | |
|----------|---|---|---|
|          | W. Green | 0.2 | 44.00 |

| 09/25/01 | Review of letter from G. Furst, review case provided. Conduct legal research re: insurance proceeds as property of bankruptcy estate, additional insured's right to same. | | |
|----------|---|---|---|
|          | W. Green | 1.7 | 374.00 |

| 09/26/01 | Continued legal research re: landlord's claimed rights to insurance proceeds. | | |
|----------|---|---|---|
|          | W. Green | 1.6 | 352.00 |

| 09/26/01 | Continued research and analysis of party or parties entitled to claim interest in insurance proceeds where bankruptcy has intervened. | | |
|----------|---|---|---|
|          | W. Green | 4.3 | 946.00 |

| 09/27/01 | Conference with W. Green re insurance/bankruptcy issue; review re same. | | |
|----------|---|---|---|
|          | A. Marchetta | 0.6 | 237.00 |

| 09/27/01 | Preparation of memorandum regarding results to date of ongoing legal research. | | |
|----------|---|---|---|
|          | W. Green | 0.8 | 176.00 |

| 09/27/01 | Continued research and analysis of landlord's claimed right to insurance proceeds for fire damage to leased property. | | |
|----------|---|---|---|
|          | W. Green | 3.2 | 704.00 |

| 09/27/01 | Complete first draft of legal memorandum re: results of research re: claimed rights to proceeds of insurance policies. | | |
|----------|---|---|---|
|          | W. Green | 1.6 | 352.00 |

| 09/28/01 | Review and revise memo regarding landlord's right, if any, to proceeds of insurance policy; and discuss law with A. Marchetta and W. Green. | | |
|----------|---|---|---|
|          | S. Zuber | 0.7 | 185.50 |

| 09/28/01 | Review memo and work with W. Green and S. Zuber re same; follow up with J. Posner re same. | | |
|----------|---|---|---|

27

A. Marchetta                                  0.5        197.50

09/28/01    Review and analysis issues with S. Zuber,
            meet with A. Marchetta, telephone conferences with
            J. Scordo, general follow up on determinative
            legal issues.
            W. Green                                  0.7        154.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.40 | 395.00 | 948.00 |
| S. Zuber | 1.70 | 265.00 | 450.50 |
| W. Green | 14.10 | 220.00 | 3,102.00 |
| TOTALS | 18.20 | | 4,500.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.

09/05/01    Telephone calls re request from Third Circuit and
            follow up with client re same; work with staff re
            same; telephone call with USG counsel re same.
            A. Marchetta                              0.6        237.00

09/05/01    Conducted database searches, reviewed numerous
            indices and file documents re: identification and
            retrieval of most recent filing of a corporate
            disclosure statement re: preparation of corporate
            disclosure statement and related documents
            required in appeal process; Conducted internet
            searches re: identification and retrieval of
            Grace's last 10-Q filing re: same.
            S. Parker                                 2.3        184.00

09/06/01    Follow up re issues with co-counsel; conference
            with C. Nanos re completion of information for
            Court.
            A. Marchetta                              0.5        197.50

09/06/01    Work on FRAP 26.1 disclosure.
            C. Nanos                                  1.3        299.00

09/06/01    Worked with C. Nanos, conducted database searches
            and reviewed file documents re: retrieval of

28

additional information needed to prepare corporate
disclosure statement required in appeal process.
S. Parker                                    0.8          64.00

09/07/01   Work with C. Nanos re information for form for
           court.
           A. Marchetta                       0.4         158.00

09/10/01   Review client information for submission to Third
           Circuit.
           A. Marchetta                       0.3         118.50

09/12/01   Filing of Third Circuit forms; work on same.
           A. Marchetta                       0.6         237.00
Attorney Summary

Timekeeper          Hours      Rate        Dollars

A. Marchetta         2.40     395.00          948.00
C. Nanos             1.30     230.00          299.00
S. Parker            3.10      80.00          248.00

            TOTALS  6.80                     1,495.00


Client: 082910 W.R. GRACE & CO.
Matter: 071814 Sale of Ambrosia Chocolate Property


08/24/01   telcons Finkelstein & Cornell.
           L. Reilly                          0.2          65.00

09/06/01   telcon Cornell & send affidavit & indemnity to
           him.
           L. Reilly                          0.3          97.50
Attorney Summary

Timekeeper          Hours      Rate        Dollars

L. Reilly            0.50     325.00          162.50

            TOTALS  0.50                       162.50


Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

29

08/02/01    Review  motions  in  limine  to  address  C.  Mararo
            request for information.
            W. Hatfield                     0.3        67.50

08/28/01    Conference  with  W.  Hatfield  re  follow  up  with
            court; review re issues.
            A. Marchetta                    0.2        79.00

08/28/01    Attend to Post-Trial issues.
            W. Hatfield                     0.2        45.00

08/29/01    Follow up re request of court re decision.
            A. Marchetta                    0.3       118.50

09/04/01    Attend to post trial issues.
            W. Hatfield                     0.2        45.00

09/20/01    Call with S. Honl at URS on status of CEA revision
            with DEP; memo to RGR and AJM.
            W. Hatfield                     0.4        90.00

09/21/01    Call to A. Nagy on DEP and case matters.
            W. Hatfield                     0.2        45.00

09/28/01    Call with J. Trela on matter.
            W. Hatfield                     0.3        67.50

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 395.00 | 197.50 |
| W. Hatfield | 1.60 | 225.00 | 360.00 |
| TOTALS | 2.10 | | 557.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 051680 West Deptford Property

09/05/01    Telephone  conference  with  P.Bucens  regarding
            client's decision not to continue ISRA compliance
            at West Deptford facility.
            C. Donovan                      0.3        84.00

09/13/01    Reply to inquiry from C. Donovan.
            D. Payne                        0.5       147.50

30

| 09/19/01 | Telephone conference with P.Bucens regarding shutdown of treatment unit and disposal issues relating to same and issues regarding air and NJPDES permit. | | |
| | C. Donovan | 0.3 | 84.00 |

| 09/20/01 | Telephone conference with P.Bucens regarding possible termination options for various operating permits for remediation system. | | |
| | C. Donovan | 0.4 | 112.00 |

| 09/21/01 | Begin review of permits received from P.Bucens. | | |
| | C. Donovan | 0.3 | 84.00 |

| 09/26/01 | Telephone conference with P.Bucens regarding shut down of system, discussions with property owner and issues regarding permits and whether same should be terminated. | | |
| | C. Donovan | 0.4 | 112.00 |

| 09/28/01 | Review correspondence. | | |
| | C. Donovan | 0.2 | 56.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| C. Donovan | 1.90 | 280.00 | 532.00 |
| D. Payne | 0.50 | 295.00 | 147.50 |
| TOTALS | 2.40 | | 679.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 054251 Williams Industries

| 08/23/01 | Telephone conversation with Robert Emmett and Bob Marriam regarding status of matter vis-a-vis Grace bankruptcy; Obtain the Williams settlement agreement and memo summarizing case for R. Emmett. | | |
| | M. Waller | 0.6 | 159.00 |

| 09/04/01 | Follow up with M. Waller re information for B. Emmett. | | |
| | A. Marchetta | 0.2 | 79.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|

31

| A. Marchetta | | 0.20 | 395.00 | 79.00 |
| M. Waller | | 0.60 | 265.00 | 159.00 |
| | TOTALS | 0.80 | | 238.00 |

32

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 30.0 | 11,850.00 |
| Lawrence F. Reilly | 1965 | 325.00 | 6.1 | 1,982.50 |
| David W. Payne | 1985 | 295.00 | .5 | 147.500 |
| Colleen R. Donovan | 1987 | 280.00 | 1.9 | 532.00 |
| Michael E. Waller | 1991 | 265.00 | 49.9 | 13,223.50 |
| Scott A. Zuber | 1987 | 265.00 | 65.0 | 17,225.00 |
| COUNSEL | | | | |
| Kathy Dutton Helmer | 1981 | 250.00 | 69.1 | 17,275.00 |
| ASSOCIATES | | | | |
| Brian E. Moffitt | 1992 | 230.00 | 43.8 | 10,074.00 |
| Christopher W. Nanos | 1992 | 230.00 | 1.3 | 299.00 |
| William S. Hatfield | 1993 | 225.00 | 6.4 | 1,440.00 |
| Alashia L. Chan | 1994 | 220.00 | .3 | 66.00 |
| Wendy B. Green | 1999 | 220.00 | 14.1 | 3,102.00 |
| Joseph A. Clark | 1999 | 210.00 | 12.0 | 2,520.00 |
| Jeffrey T. Testa | 1999 | 185.00 | 13.4 | 2,479.00 |
| Meghan Ann Bennett | 1998 | 175.00 | 32.2 | 5,635.00 |
| Denise L. Buerrose | Pending | 140.00 | 18.5 | 2,590.00 |
| PARAPROFESSIONALS | | | | |
| Douglas S. Florence | N/A | 80.00 | 11.5 | 920.00 |
| Deborah A. Jenkins | N/A | 80.00 | 25.1 | 2,008.00 |
| Susan Parker | N/A | 80.00 | 9.3 | 744.00 |
| Grand Total Time Reports (Hours and Dollars) for the | | | 410.4 Hours | |

33

| Fee          Period | | | | 94,112.50 |
|---|---|---|---|---|
| September   1,   2001 through      September 30, 2001 | | | TOTAL | |

34

COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 12.0 | 3,515.50 |
| Correspondence and Pleadings Drafted | 188.6 | 43,204.00 |
| Correspondence and Pleadings Reviewed | 32.5 | 9,042.50 |
| Legal Research | 58.5 | 12,513.50 |
| Internal Office Meetings | 31.6 | 9,389.00 |
| Out of Office Meetings, including Preparation and Travel | 38.3 | 11,839.50 |
| File Review | 12.0 | 978.00 |
| Other Services | 36.9 | 3,630.50 |
| Grand Total Time Reports for the Fee Period September 1, 2001 through September 30, 2001 | Hours 410.4  TOTAL | 94,112.50 |

35