EXHIBIT B

EXPENSES FOR THE FEE PERIOD
SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

Engagement Costs - Clementon Environmental:

    Telephone     1.78

    **Matter Total Engagement Costs**     **1.78**

Engagement Costs - Gahrs, Inc., et al.:

| | |
|---|---|
| Postage | 8.40 |
| Telephone | 5.70 |
| Vendor: Paid Doerner & Goldberg for services | 3616.35 |
| Vendor: Paid Treasurer of the State of NJ | 464.56 |
| **Matter Total Engagement Costs** | **4,095.01** |

Engagement Costs - Intercat, Inc., et al.:

| | |
|---|---|
| Computer Assisted Research | 5.00 |
| Document Access Facility - September 2001 | 716.00 |
| Duplicating | 46.20 |
| Postage | 10.40 |
| Telephone | 10.21 |
| Travel and Miscellaneous Expense | 111.00 |
| **Matter Total Engagement Costs** | **898.81** |

1

Engagement Costs - NY Superfund Action:

| | |
|---|---:|
| Computer Assisted Research | 167.58 |
| Document Access Facility - September 2001 | 5140.88 |
| Duplicating | 26.46 |
| Facility Copying Expense | 194.32 |
| Postage | 16.90 |
| Telephone | 3.67 |
| Travel and Miscellaneous Expense | 155.47 |
| **Matter Total Engagement Costs** | **5,705.28** |

Engagement Costs - Prudential, et al.:

| | |
|---|---:|
| Duplicating | 14.00 |
| **Matter Total Engagement Costs** | **14.00** |

2

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | 172.58 |
| Document-Access Facility | 5,856.88 |
| Duplicating | 86.66 |
| Telephone | 21.36 |
| Facility Copying Expense | 194.32 |
| Postage | 35.70 |
| Travel and Miscellaneous Expense | 266.47 |
| Vendor:  Paid Treasurer of the State of New Jersey | 464.56 |
| Vendor:  Paid Doerner & Goldberg for services | 3,616.35 |
| **Grand Total Expenses for the Fee Period September 1, 2001 through September 30, 2001** | 10,714.88 |

3

796381A01112601