IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, David W. Carickhoff, Jr., hereby certify that on the 30th day of November 2001, I caused a copy of the following documents to be served on the individuals on the attached service lists in the manner indicated:

1) November 29, 2001 letter from Judge Fitzgerald;

2) Second November 29, 2001 letter from Judge Fitzgerald with attachments, including Judge Becker's "Designation of a District Judge for Service in Another District Within the Circuit" and the November 27, 2001 Owens Corning transcript wherein Judge Becker discusses the same;

3) Judge Robinson's Order regarding the assignment of Delaware chapter 11 asbestos cases; and

4) Judge Wolin's Notice and Order regarding the assignment of Delaware chapter 11 asbestos cases.

David W. Carickhoff, Jr. (3715)
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
302-652-4100

91100-001\DOCS_DE:35781.1