EXHIBIT A

**Matter 00000 - General**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total |  |  | 0 | $  - |

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ 64.00 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Overtime | $ - |
| Other Expenses | $ - |
| **Total** | **$ 64.00** |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page: 4
Invoice No.: 579873
Client No.: 04339
Matter No.: 00000

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/25/01 | 152 | Photocopies | $ 30.40 |
| 10/25/01 | 148 | Photocopies | 29.60 |
| 10/27/01 | 7 | Photocopies | 1.40 |
| 10/29/01 | 1 | Photocopies | 0.20 |
| 10/31/01 | 12 | Photocopies | 2.40 |
| | | **Total Disbursements:** | **$ 64.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 64.00 |
| **Total Disbursements:** | **$** | **64.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577748 | 10/30/01 | Bill | 4,651.11 |
| | | *Outstanding Balance on Invoice 577748:* | *$ 4,651.11* |
| | | **Total Outstanding Invoices:** | **$ 4,651.11** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 64.00 |
| **Total Balance Due This Matter** | $ | 4,715.11 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Lund, Kenneth W. | Partner | 300 | 24.5 | $ 7,350.00 |
| Neitzel, Charlotte | Partner | 275 | 104.8 | $ 28,820.00 |
| Coggon, Katheryn J | Senior Associate | 240 | 62.4 | $ 14,976.00 |
| Stevenson, Edward E. | Senior Counsel | 210 | 21.1 | $ 4,431.00 |
| Tracy, Brent A. | Associate | 210 | 4.9 | $ 1,029.00 |
| Korver, Thomas W. | Senior Paralegal | 110 | 1.9 | $ 209.00 |
| Sherman, Joan L. | Senior Paralegal | 110 | 4.5 | $ 495.00 |
| Aberle, Natalie | Paralegal | 100 | 2.8 | $ 280.00 |
| Latuda, M. Carla | Senior Paralegal | 90 | 51.6 | $ 4,644.00 |
| Street, Loraine C. | Paralegal | 85 | 68.1 | $ 5,788.50 |
| Floyd, Mary Beth | Information Specialist | 90 | 24.5 | $ 2,205.00 |
| Payne, William E. | Information Specialist | 75 | 18.5 | $ 1,387.50 |
| Total | | | 389.60 | 71,615.00 |

Expenses

### Matter 00300 - Libby, Montana Asbestos Litigation

| Description | TOTAL |
|---|---|
| Photocopies | $ 795.00 |
| Facsimiles | $ 187.00 |
| Long Distance Telephone | $ 12.60 |
| Outside Courier | $ 327.83 |
| Travel Expense | $ 3,224.90 |
| Meal Expenses | $ 469.62 |
| Overtime | $ 467.50 |
| Other Expenses | $ 184.99 |
| Lexis | $ 587.10 |
| Westlaw | $ 1,884.67 |
| Outside Reproduction | $ 42.50 |
| **Total** | $ 8,183.71 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page         6
Invoice No.: 579873
Client No.:  04339
Matter No.:  00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/01 | KJC | Review bankruptcy court order regarding billing procedures (0.8); conference with EFlaagan regarding same (0.2); conference with BATracy regarding document review and production restart and management issues (0.9); draft email to KWLund regarding revised management approach to document review and production (0.9); review EPA supplemental administrative record index and arrange for copies of administrative record including conference with BPayne (0.5). | 3.30 | $ 792.00 |
| 10/01/01 | EES | Conference call with Dale Jenson (PricewaterhouseCoopers - potential cost expert) (.7); revise and expand detailed case strategy analysis re discovery issues, expert testimony and challenges to EPA's cost claims (4.4). | 5.10 | 1,071.00 |
| 10/01/01 | BAT | Review fax from Jay Hughes re production of insurance settlement correspondence(.10); telephone conference with CLatuda re same (.20); review status of supplements to response to 6th Information Request (.30); conference with KJCoggon re management of continuing document review process and production to EPA (.20). | 0.80 | 168.00 |
| 10/01/01 | MCL | Conference with Angela Anderson re: status of box review at Winthrop Square (1.0); clean and organize work stations at Winthrop (1.0); organize and prepare boxes that have been scanned for shipment back to Cambridge (3.00); prepare lists of same (3.0); telephone conferences with scanners re: October 4 meeting (.50). | 8.50 | 765.00 |
| 10/01/01 | WEP | Scan, QC, export and import batch EPA AR1 (8680 total images) (4.0); make ten copies of Cds "Libby Asbestos Superfund site" and "Libby Asbestos Superfund site supplement 2" (3.50). | 7.50 | 562.50 |

Holme Roberts & Owen LLP

November 20, 2001

| W.R. Grace | | Page | 7 |
| | | Invoice No.: | 579873 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/02/01 | CLN | Conference with KWLund re comments on supplemental administrative record (.30); work on administrative record comments (.50). | 0.80 | 220.00 |
| 10/02/01 | KJC | Draft email to all timekeepers regarding new billing procedures in light of bankruptcy court order including telephone conference with KWLund regarding same (1.0); revise and send scanning vendor expectations and agenda to final vendor candidates in preparation for October 4 meeting (0.3). | 1.30 | 312.00 |
| 10/02/01 | BAT | Conference with KJCoggon re staffing for startup of document production (2.0); leave message for Jay Hughes re Zurich insurance correspondence not being privilege reviewed (1.0). | 0.30 | 63.00 |
| 10/02/01 | TWK | Research EPA actions at Libby. | 0.30 | 33.00 |
| 10/02/01 | MCL | Organize and prepare boxes at Winthrop that have been scanned for shipment back to Cambridge and Recordkeeper (4.0); prepare lists of same (2.50); review and organize reference documents utilized in review process to determine those requiring edits (2.0). | 8.50 | 765.00 |
| 10/02/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database. | 6.00 | 510.00 |
| 10/02/01 | MBF | Call EPA re comment period for administrative record (.50); send e-mail to Ken Lund re comment period (.30); arrange to have admin. record loaded onto desk top for CLNeitzel review (.60); show CLNeitzel how to access record (.80); check with Bill Payne regarding duplicates in admin. record (.30). | 2.50 | 225.00 |
| 10/02/01 | WEP | Make ten copies of Cd "Libby Asbestos Superund site supplement 1" (2.5); Load Supplement 1 and 2 onto network drive (1.5). | 4.00 | 300.00 |

Holme Roberts & Owen LLP

November 20, 2001

| | | | | Page | 8 |
|---|---|---|---|---|---|
| W.R. Grace | | | | Invoice No.: | 579873 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/03/01 | CLN | Work on admin record comments. | 1.00 | 275.00 |
| 10/03/01 | KJC | Travel to Boston for meetings with scanning vendors including review document review materials and scanning proposals (8.0); meet with scan vendors regarding capabilities and qualifications (1.0). | 9.00 | 2,160.00 |
| 10/03/01 | EES | Review and revise draft interrogatories (3.1); draft additional document production requests (1.5). | 4.60 | 966.00 |
| 10/03/01 | TWK | Research Libby data provided by EPA. | 0.50 | 55.00 |
| 10/03/01 | MCL | Organize and prepare boxes at Winthrop that have been scanned for shipment back to Cambridge and Recordkeeper (4.0); prepare lists of same (2.0); travel to Uniscribe's scanning facility re: site visit to observe scanning procedures (1.0); travel to Cambridge with Angela Anderson to log in and organize boxes recevied from Lason (1.0). | 8.00 | 720.00 |
| 10/03/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database. | 6.00 | 510.00 |
| 10/04/01 | CLN | Work on administrative record comments. | 3.30 | 907.50 |
| 10/04/01 | KJC | Meet with scan vendors regarding capabilities and qualifications including discussions with Andy Trevelise, Matt Murphy, CLatuda, Susan Haines, Bob Murphy and Richard Finke regarding assessment of various scan vendors and schedule for restart of document review and production (7.5). | 7.50 | 1,800.00 |
| 10/04/01 | EES | Review and revise draft response cost document production requests. | 1.90 | 399.00 |
| 10/04/01 | TWK | Research EPA data compiled at Libby and other locations. | 0.50 | 55.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page         9
Invoice No.: 579873
Client No.:  04339
Matter No.:  00300

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/04/01 | MCL | Conference at Winthrop Square with representatives of Document Technologies in order for them to review quality of documents to be scanned (2.5); attend conferences with Andy Trevelise, Susan Haines, Matt Murphy, KCoggon, and scanning vendors (Uniscribe, Document Technologies, and On Site Sourcing) re: presentations by vendors for Boston/Cambridge scanning project (5.5). | 8.00 | 720.00 |
| 10/04/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database. | 6.50 | 552.50 |
| 10/05/01 | KWL | Meet with KJCoggon re document production issues (1.0); review 6th 104(e) response (1.0). | 2.00 | 600.00 |
| 10/05/01 | CLN | Work on administrative record comments. | 1.00 | 275.00 |
| 10/05/01 | KJC | Meet with scan vendors and tour facilities in New York (6.0); travel to New York from Boston while drafting revised document review procedures (4.0). | 10.00 | 2,400.00 |
| 10/05/01 | EES | Expand and finalize our First Set of Interrogatories, Requests for Production and Requests for Admission (re cost documentation and NCP compliance issues). | 5.50 | 1,155.00 |
| 10/05/01 | MCL | Organize and prepare boxes at Winthrop that have been scanned for shipment back to Cambridge and Recordkeeper (4.0); prepare lists of same (3.0); travel to Denver (2.50). | 9.50 | 855.00 |
| 10/05/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database. | 6.00 | 510.00 |
| 10/06/01 | CLN | Work on administrative record. | 2.00 | 550.00 |
| 10/07/01 | CLN | Prepare Grace administrative record comments. | 3.00 | 825.00 |
| 10/07/01 | KJC | Return travel from New York/Boston while compiling scan vendor assessments (6.0). | 6.00 | 1,440.00 |

Holme Roberts & Owen LLP

November 20, 2001

| | |
|---|---|
| W.R. Grace | Page 10 |
| | Invoice No.: 579873 |
| | Client No.: 04339 |
| | Matter No.: 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/08/01 | KWL | Telephone conference with Alan Stringer re restoration issues and negotiations with Mel Burnett (.70); review Stringer summary on export plant issues (.30); telephone conference with Bill Corcoran re restoration issues (.50). | 1.50 | 450.00 |
| 10/08/01 | BAT | Review e-mail re restart of document review (0.1); draft transmittal letter for submitting real estate legal descriptions and assessed values to EPA as supplement for 6th Information Request (0.2). | 0.30 | 63.00 |
| 10/08/01 | MCL | Review documents obtained at presentation meetings with scanners. | 0.70 | 63.00 |
| 10/08/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database. | 5.00 | 425.00 |
| 10/09/01 | KJC | Check scan company references (0.8); draft assessment of scan companies (0.6); organize restart of document review including emails to group (0.3); review scan company proposed contracts (0.3). | 2.00 | 480.00 |
| 10/09/01 | MCL | Research files from other cases to obtain documents re: affirmative defenses for KLund (.70 hours); locate historical documents re: Zonolite ownership for GBarry (.40 hours); prepare additional documents for supplemental production to EPA in response to 6th 104(e) request (0.40 hours; read and respond to emails re: resumption of document review (.30 hours). | 1.80 | 162.00 |
| 10/09/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database | 4.00 | 340.00 |
| 10/10/01 | CLN | Review of administrative record and prepare comments (4.3). | 4.30 | 1,182.50 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/10/01 | KJC | Check references for scan vendors (1.3); draft summary of site visits to scan vendors (1.0); conferences with CLatuda regarding restart of document review (0.3); conferences with BATracy regarding restart of document review (0.2); draft and send email to group regarding billing practices (0.2). | 3.00 | 720.00 |
| 10/10/01 | BAT | Begin arranging staffing for Boston document production. | 0.50 | 105.00 |
| 10/10/01 | MCL | Research file and PACER to locate pleadings as requested by CGraham (1.60 hours); conference with KCoggon re: potential start date of scanning project and other issues (.20 hours); draft email to KCoggon re: telephone conferences with references provided by Document Technologies re: scanning (.20 hours); organize and prepare documents for inclusion into DCS (.30 hours); draft summary for BTracy re: status of documents produced and to be produced to EPA in response to 6th 104(e) request (2.20 hours); assist CGraham in locating documents from Document Director (.40 hours). | 4.90 | 441.00 |
| 10/10/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database | 3.80 | 323.00 |
| 10/10/01 | MBF | Read, proof and make changes to case stragegy memo at request of Ken Lund (2.0); meet with Ken Lund re changes to memo (.3). | 2.30 | 207.00 |
| 10/11/01 | CLN | Work on administrative record comments (2.0); conference with KWLund re Grace administrative record comments (.25). | 2.30 | 632.50 |
| 10/11/01 | KJC | Review and respond to scan vendor emails (0.2); telephone conferences with Andy Trevelise regarding scan vendor references and preferences (0.5); telephone conference with scan vendor reference (0.2); revise scan vendor assessment and send to team for evaluation (0.4); revise document review procedures (1.0). | 2.30 | 552.00 |

Holme Roberts & Owen LLP

November 20, 2001

| | |
|---|---|
| W.R. Grace | Page 12 |
| | Invoice No.: 579873 |
| | Client No.: 04339 |
| | Matter No.: 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/11/01 | MBF | Proof interrogatory responses and strategy memo for Ken Lund. | 2.00 | 180.00 |
| 10/12/01 | KWL | Telephone conference with Alan Stringer re restoration issues and negotiations with Mel Burnett (.70); review Jim Stout notes re EPA actions at screening plant (1.0). | 1.70 | 510.00 |
| 10/12/01 | EES | Revise and finalize First Request for Production of Documents. | 2.70 | 567.00 |
| 10/12/01 | MBF | Research for Ken Lund re public health emergency declaration powers (1.5); obtain corrected index for Admin. record (.70). | 2.20 | 198.00 |
| 10/14/01 | CLN | Review of supplemental administrative record. | 8.00 | 2,200.00 |
| 10/15/01 | CLN | Work on Administrative Record comments. | 5.80 | 1,595.00 |
| 10/15/01 | BAT | Review and draft revisions to update document review procedures. | 0.30 | 63.00 |
| 10/15/01 | MBF | Get copy of complete administrative record index for CLNeitzel. | 0.30 | 27.00 |
| 10/16/01 | CLN | Administrative Record comments (.50); identify number pages in Administrative Record to prepare for extension letter (.50). | 1.00 | 275.00 |
| 10/16/01 | KJC | Revise document review procedures and overview (2.4). | 2.40 | 576.00 |
| 10/16/01 | BAT | Review and draft additional changes to documents review procedure (0.5); conference with KJCoggon re same (0.3); internal conferences to schedule staff for document review (0.2). | 1.00 | 210.00 |
| 10/16/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database | 7.50 | 637.50 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | | Page | 13 |
|---|---|---|---|
| | | Invoice No.: | 579873 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/16/01 | MBF | Review supplemental administrative record at request of CLNeitzel (2.50); send e-mail to KLund, KCoggon, and CLNeitzel re result (.10). | 2.60 | 234.00 |
| 10/17/01 | CLN | Work on Administrative Record comments; confer with KWLund. | 7.80 | 2,145.00 |
| 10/17/01 | KJC | Prepare for and participate in conference call with Andy Trevelise, Susan Haines, and Matt Murphy regarding scanning vendor selection (0.7); conference with KWLund regarding document production considerations in light of NOV letter from EPA (0.2). | 1.00 | 240.00 |
| 10/17/01 | BAT | Review EPA Information Requests 1-4 for potential categories to add to target sheet (0.4); discuss document review project with potential reviewers (0.2). | 0.60 | 126.00 |
| 10/17/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database | 7.50 | 637.50 |
| 10/18/01 | CLN | Work on Administrative Record comments. | 7.50 | 2,062.50 |
| 10/18/01 | KJC | Conference with BATracy regarding revised coding to respond to EPA notice of violation letter (0.5); telephone conferences and email exchanges with scanning vendors and document team regarding addition of coding fields impact on costs (0.4); review EPA notice of violation letter and revise coding sheet accordingly (1.3). | 2.20 | 528.00 |
| 10/18/01 | BAT | Conference with KWLund re logistics of training new HRO personnel to QC document review (0.2); conference with Geoff Barry re same (0.2). | 0.40 | 84.00 |
| 10/18/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database | 7.50 | 637.50 |

Holme Roberts & Owen LLP

November 20, 2001

| | |
|---|---|
| W.R. Grace | Page 14 |
| | Invoice No.: 579873 |
| | Client No.: 04339 |
| | Matter No.: 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/18/01 | MBF | Call ATSDR re background information on 8/2001 report (.20); call and write e-mail to Ken Lund re results of call to ATSDR (.6 hrs); call EPA re media information missing from Libby supplemental administrative record (.4) hrs. | 1.20 | 108.00 |
| 10/19/01 | CLN | Administrative Record review. | 5.80 | 1,595.00 |
| 10/19/01 | EES | Meeting with TWKorver re our revised Interrogatories and Requests for Production of Documents (.2): review and finalize same (1.1). | 1.30 | 273.00 |
| 10/19/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database | 6.80 | 578.00 |
| 10/19/01 | MBF | Print out documents from supplemental administrative record for CLNeitzel. | 3.40 | 306.00 |
| 10/20/01 | CLN | Work on Administrative Record comments. | 7.00 | 1,925.00 |
| 10/21/01 | CLN | Work on Administrative Record comments. | 5.50 | 1,512.50 |
| 10/22/01 | KWL | Telephone conference with Alan Stringer re negotiations with Tony Berget and Millworks West (.60); review revised document production form (.30); telephone conference with Matt Cohn re general document inquiry (.20); review various Administrative Record issues and documents (1.10). | 2.20 | 660.00 |
| 10/22/01 | CLN | Work on administrative record comments. | 7.80 | 2,145.00 |
| 10/22/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tacking Database | 1.50 | 127.50 |
| 10/22/01 | MBF | Work with Bill Payne to find images on administrative record for CLNeitzel review (.6); print out documents from administrative record for CLNeitzel (4.6) | 5.20 | 468.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page 15
Invoice No.:   579873
Client No.:   04339
Matter No.:   00300

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/23/01 | KWL | Review Supplemental Administrative Record documents (3.20); confer with CLNeitzel re same (.30); telephone conference with Dori Kuchinsky re ATSDR and attic fill issues (.70); telephone conference with Richard Finke re data coordination (.30); draft e-mail to Bill Corcoran and Bob Emmett re same (.20); review Martz letter (.30). | 5.00 | 1,500.00 |
| 10/23/01 | CLN | Administrative Record comments (2.0); conference with Jay McCarthy (.50); work on administrative record (4.0). | 6.50 | 1,787.50 |
| 10/23/01 | KJC | Review and revise document production instructions. | 0.50 | 120.00 |
| 10/23/01 | TWK | Research new ATSDR draft tox profile for asbestos (.30). | 0.30 | 33.00 |
| 10/23/01 | MBF | Work with Bill Payne to try to download sound images from EPA asbestos conference website (.3); work with Bill Payne to obtain extra copies of the Libby supplmental admin. record. (.3). | 0.60 | 54.00 |
| 10/23/01 | WEP | Make 5 copies of Administrative records and Supplements CDs | 7.00 | 525.00 |
| 10/24/01 | CLN | Review of briefs to assist in responding to Supplemental Administrative Record (2.50); work on comments (3.30). | 5.80 | 1,595.00 |
| 10/24/01 | MBF | Send e-mail to help desk and coordinate with word processing about getting audio portion of Asbestos Health Effects Conference website transcribed from internet (.30); speak with CLNeitzel re obtaining nine tapes cited in admin. record from EPA (.10); call EPA to get tapes (.20). | 0.60 | 54.00 |
| 10/25/01 | KWL | Telephone conference with from Alan Stringer re mine site disposal locations and tailings pile (.30); review David Cleary memo re EPA inconsistencies at Libby (1.50); telephone conferences with David Cleary re developing additional list of EPA inconsistencies (.80); review various EPA documents to prepare list (1.0); telephone conference with Bill Corcoran re same (.40). | 4.00 | 1,200.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | | Page | 16 |
|---|---|---|---|
| | | Invoice No.: | 579873 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/25/01 | CLN | Evaluation of Weiss memo in connection with administrative record comments (3.0); evaluation of mortality study and ATSDR study of 6000 residents (3.50). | 6.50 | 1,787.50 |
| 10/25/01 | KJC | Telephone conference with Susan Haines regarding database issues (.80); review and send draft revised target sheet (.70). | 1.50 | 360.00 |
| 10/25/01 | BAT | Conferences re scheduling staff for Cambridge review (0.1); review e-mail re scanning vendor issues (0.2). | 0.30 | 63.00 |
| 10/25/01 | TWK | Meet with BATracy re document review procedures and active files (.30). | 0.30 | 33.00 |
| 10/26/01 | KWL | Review EPA supplemental administrative record documents (3.20); review CLNeitzel outline re same (.80). | 4.00 | 1,200.00 |
| 10/26/01 | CLN | Conference with KWLund (.50); work on outline (2.50); evaluation of target sheets (.60); evaluation of talking points and review of EPA website for updates on CAG presentation (.70). | 4.30 | 1,182.50 |
| 10/26/01 | KJC | Review and revise document review procedures including telephone conference with Susan Haines (1.4); telephone conference with Susan Haines regarding database errors from earlier production materials and follow up regarding same (0.6). | 2.00 | 480.00 |
| 10/26/01 | JLS | Telephone conference with KJCoggon re status of document review and start date of same. | 0.30 | 33.00 |
| 10/26/01 | MBF | Arrange to have tapes of meetings part of supplementental administrative record picked up and delivered to CLNeitzel. | 0.60 | 54.00 |
| 10/28/01 | CLN | Evaluate Administrative Record. | 0.50 | 137.50 |
| 10/29/01 | KWL | Review document production task sheets (.20); review vendor contracts (1.10); telephone conference with Dori Kuchinsky re EPA data issues (.30). | 1.60 | 480.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/29/01 | CLN | Work on administrative record comments. | 5.50 | 1,512.50 |
| 10/29/01 | KJC | Conference with CLatuda regarding restart of document review (0.7); revise document review instructions and target sheet and prepare Quick Reference guide including email exchanges and telephone conferences with JLSherman, Susan Haines, Matt Murphy, BATracy, and Andy Trevelise (5.1); telephone conference with George Thornton of On-Site Sourcing regarding scanning job and mark detection form for coding (0.2). | 6.00 | 1,440.00 |
| 10/29/01 | BAT | Review target sheet and review instructions (.20) telephone conference with KJCoggon re same (.20). | 0.40 | 84.00 |
| 10/29/01 | MCL | Read e-mails re resumption of document production and selection of scanning company (.4); conference with JLSherman and KJCoggon re status of resumption of document review and other issues including review of new document review guidelines (.7); conference with BATracy re status of production of documents to EPA in response to 6th 104(e) request (.2). | 1.30 | 117.00 |
| 10/29/01 | JLS | Telephone conferences with KJCoggon re document review procedures (.8), review same (1.2), conference with CLatuda re same (.2). | 2.20 | 242.00 |
| 10/29/01 | MBF | Speak with CLNeitzel re missing images from document in administrative record (.2); ask Teresa Rodriguez to assist in finding images (.2); call EPA re missing images; (.2); relay responsive information to CLNeitzel (.2) hrs; arrange for payment to EPA for cost of copying nine video tapes part of supplemental administrative record (.2) hrs. | 1.00 | 90.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page 18
Invoice No.: 579873
Client No.: 04339
Matter No.: 00300

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/30/01 | KJC | Review and revise vendor contract including telephone conference with and email exchange with Susan Haines (1.2); telephone conference with MThompson regarding database considerations for restart of document production (0.2); telephone conference with JLSherman regarding microfilm and document review instructions (0.2); telephone conference with DTI regarding scan vendor selection (0.1); make and send revisions to scan vendor contract (0.3). | 2.00 | 480.00 |
| 10/30/01 | NKA | Investigated a problem within the W.R. Grace document database (invoice section). | 2.80 | 280.00 |
| 10/30/01 | MCL | Read most recent edit of Document Review Guidelines. | 0.40 | 36.00 |
| 10/30/01 | JLS | Review document review materials. | 0.80 | 88.00 |
| 10/31/01 | KWL | Telephone conference with Matt Cohn re WTC issues (.30); telephone conference with Bill Corcoran re same (.20); review various articles and information re WTC and Monokote issues (2.0). | 2.50 | 750.00 |
| 10/31/01 | CLN | Work on administrative record comments. | 1.80 | 495.00 |
| 10/31/01 | KJC | Telephone conference with JLSherman re changes to document review instructions (.2); telephone conference with SHaines re target sheet and document review schedule (.2). | 0.40 | 96.00 |
| 10/31/01 | JLS | Review document review procedures (.8), conferences with KJCoggon and CLatuda re comments on same (.4). | 1.20 | 132.00 |

**Total Fees Through October 31, 2001:**   **389.60**   **$ 71,615.00**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 300.00 | 24.50 | $ 7,350.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page 19
Invoice No.: 579873
Client No.: 04339
Matter No.: 00300

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | 275.00 | 104.80 | 28,820.00 |
| KJC | Katheryn J. Coggon | Senior Associate | 240.00 | 62.40 | 14,976.00 |
| EES | Edward E. Stevenson | Senior Counsel | 210.00 | 21.10 | 4,431.00 |
| BAT | Brent A. Tracy | Associate | 210.00 | 4.90 | 1,029.00 |
| TWK | Thomas W. Korver | Paralegal | 110.00 | 1.90 | 209.00 |
| JLS | Joan L. Sherman | Paralegal | 110.00 | 4.50 | 495.00 |
| NKA | Natalie K. Aberle | Paralegal | 100.00 | 2.80 | 280.00 |
| MCL | M Carla. Latuda | Paralegal | 90.00 | 51.60 | 4,644.00 |
| LCS | Loraine C. Street | Other | 85.00 | 68.10 | 5,788.50 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 24.50 | 2,205.00 |
| WEP | William E. Payne | Information Specialist | 75.00 | 18.50 | 1,387.50 |
| | | **Total Fees:** | | **389.60** | **$ 71,615.00** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/10/01 | | Long Distance Telephone: 8437204368 | $ 1.03 |
| 09/18/01 | | Westlaw | 441.49 |
| 09/19/01 | | Westlaw | 64.16 |
| 09/20/01 | | Travel Expense: VENDOR: Majest International; INVOICE#: 14686; DATE: 9/20/2001 - Airfare: 10/03-07/01 Denver Boston, NYC Denver, KCoggon | 788.50 |
| 09/20/01 | | Westlaw | 1,379.02 |
| 09/27/01 | | Lexis | 97.70 |
| 09/30/01 | | Other Expenses: VENDOR: Iron Mountain; INVOICE#: 8820841; DATE: 9/30/2001 - Storage to 09/30/01. | 184.99 |
| 10/01/01 | 29 | Facsimile | 29.00 |