Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 10/01/01 | 29 | Facsimile | 29.00 |
| 10/01/01 | 26 | Facsimile | 26.00 |
| 10/01/01 | 26 | Facsimile | 26.00 |
| 10/01/01 | 9 | Photocopies | 1.80 |
| 10/01/01 | 18 | Photocopies | 3.60 |
| 10/01/01 | 161 | Photocopies | 32.20 |
| 10/01/01 | 25 | Photocopies | 5.00 |
| 10/02/01 | 3 | Facsimile | 3.00 |
| 10/02/01 | | Lexis | 154.78 |
| 10/02/01 | 75 | Photocopies | 15.00 |
| 10/02/01 | 902 | Photocopies | 180.40 |
| 10/02/01 | 1,361 | Photocopies | 272.20 |
| 10/03/01 | 7 | Facsimile | 7.00 |
| 10/03/01 | 2 | Facsimile | 2.00 |
| 10/04/01 | | Long Distance Telephone: 5613621532 | 0.16 |
| 10/04/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-66180; DATE: 10/4/01 - Courier, Acct. 0802-0410-8 09-25; Jay W Hughes, Jr Boca Raton, Fl | 26.57 |
| 10/04/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-66180; DATE: 10/4/01 - Courier, Acct. 0802-0410-8 09-25; William Corcoran Columbia, Md | 19.62 |
| 10/04/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-66180; DATE: 10/4/01 - Courier, Acct. 0802-0410-8 09-25; Jay W Hughes Boca Raton, Fl | 18.09 |
| 10/04/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-66180; DATE: 10/4/01 - Courier, Acct. 0802-0410-8 09-25; Jay W Hughes Boca Raton, Fl | 46.52 |
| 10/04/01 | 10 | Photocopies | 2.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/05/01 | 11 | Photocopies | 2.20 |
| 10/08/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-91152; DATE: 10/8/01 - Courier, Acct. 0802-0410-8 09-28; Dr. Bernard Kueper Kingston, On | 76.57 |
| 10/08/01 | 6 | Photocopies | 1.20 |
| 10/08/01 | 4 | Photocopies | 0.80 |
| 10/08/01 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: ER100401; DATE: 10/8/2001 - TE: 09/04/01 Libby, Client meet with client | 102.95 |
| 10/09/01 | | Long Distance Telephone: 6788026010 | 0.07 |
| 10/09/01 | | Travel Expense: VENDOR: Majest International; INVOICE#: 14882; DATE: 10/9/2001 - Airfare: 9/04-09/09. Denver Boston/Boston Denver. CLatuda | 639.00 |
| 10/10/01 | | Long Distance Telephone: 2129091948 | 0.06 |
| 10/10/01 | | Long Distance Telephone: 2125562375 | 1.39 |
| 10/10/01 | | Long Distance Telephone: 2125277605 | 0.06 |
| 10/10/01 | | Long Distance Telephone: 2128087685 | 0.44 |
| 10/10/01 | | Long Distance Telephone: 2129091948 | 0.01 |
| 10/10/01 | | Long Distance Telephone: 2122529700 | 0.32 |
| 10/11/01 | | Long Distance Telephone: 2158518520 | 0.02 |
| 10/11/01 | | Long Distance Telephone: 2158511420 | 0.01 |
| 10/11/01 | | Long Distance Telephone: 2158518250 | 0.17 |
| 10/11/01 | | Long Distance Telephone: 2129091948 | 0.08 |
| 10/11/01 | | Long Distance Telephone: 6788026010 | 0.07 |
| 10/11/01 | | Long Distance Telephone: 2158518250 | 0.98 |
| 10/11/01 | 202 | Photocopies | 40.40 |
| 10/12/01 | | Lexis | 221.07 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 579873 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 10/12/01 | | Outside Courier | 6.08 |
| 10/12/01 | 22 | Photocopies | 4.40 |
| 10/15/01 | 2 | Facsimile | 2.00 |
| 10/15/01 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7106828; DATE: 10/15/01  -  Courier, Acct. HO7068 10-03; Price Waterhouse Coopers LLP | 7.72 |
| 10/15/01 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7106828; DATE: 10/15/01  -  Courier, Acct. HO7068 10-12; U S Environmental Protection Agency | 7.72 |
| 10/15/01 | 28 | Photocopies | 5.60 |
| 10/15/01 | 475 | Photocopies | 95.00 |
| 10/15/01 | 2 | Photocopies | 0.40 |
| 10/16/01 | | Long Distance Telephone:  6788026010 | 1.32 |
| 10/18/01 | | Long Distance Telephone:  7703902711 | 0.28 |
| 10/18/01 | | Other Meal Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 101501; DATE: 10/18/2001  -  TE: 10/03-05/01 Boston, NYC, Client | 235.29 |
| 10/18/01 | | Other Meal Expenses: VENDOR: Carla Latuda; INVOICE#: 100801; DATE: 10/18/2001  -  TE: 09/30-10/5 Boston, Client To conduct  status reveiw at Winthrop Square &Cambridge and to attend presentations by scanning vendors | 234.33 |
| 10/18/01 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 101501; DATE: 10/18/2001  -  TE: 10/03-05/01 Boston, NYC, Client Meeting with Andy Trevelise, Matt Murphy and scan vendors | 433.38 |
| 10/18/01 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 100801; DATE: 10/18/2001  -  TE: 09/30-10/5 Boston, Client To conduct  status reveiw at Winthrop Square &Cambridge and to attend presentations by scanning vendors | 1,041.07 |
| 10/19/01 | | Long Distance Telephone:  4062937781 | 0.03 |
| 10/19/01 | | Long Distance Telephone:  4046390648 | 0.02 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 579873 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/19/01 | | Long Distance Telephone: 4046393311 | 1.98 |
| 10/19/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-97020; DATE: 10/19/01  -  Courier, Acct. 0802-0410-8 10-01; William Corcoran Columbia, Md | 12.52 |
| 10/19/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-97020; DATE: 10/19/01  -  Courier, Acct. 0802-0410-8 10-01; Robert Emmett Columbia, Md | 12.52 |
| 10/19/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-97020; DATE: 10/19/01  -  Courier, Acct. 0802-0410-8 10-04; William Corcoran Columbia, Md | 13.92 |
| 10/19/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-97020; DATE: 10/19/01  -  Courier, Acct. 0802-0410-8 10-04; Robert Emmett Columbia, Md | 13.92 |
| 10/19/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-97020; DATE: 10/19/01  -  Courier, Acct. 0802-0410-8 10-04; Richard Finke Boca Raton, Fl | 13.92 |
| 10/19/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-97020; DATE: 10/19/01  -  Courier, Acct. 0802-0410-8 10-04; Dori Ann Kuchinsky Leesburg, Va | 13.92 |
| 10/19/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-97020; DATE: 10/19/01  -  Courier, Acct. 0802-0410-8 09-28; William Huber Merion Station, Pa | 17.22 |
| 10/22/01 | 3 | Facsimile | 3.00 |
| 10/22/01 | | Long Distance Telephone: 5016142834 | 0.09 |
| 10/23/01 | 33 | Photocopies | 6.60 |
| 10/24/01 | 35 | Photocopies | 7.00 |
| 10/24/01 | 96 | Photocopies | 19.20 |
| 10/24/01 | 5 | Photocopies | 1.00 |
| 10/24/01 | 400 | Photocopies | 80.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | | |
|---|---|---|
| Page | 24 |
| Invoice No.: | 579873 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/24/01 | 90 | Photocopies | 18.00 |
| 10/25/01 | 43 | Facsimile | 43.00 |
| 10/25/01 | 5 | Facsimile | 5.00 |
| 10/25/01 | | Lexis | 43.21 |
| 10/25/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-979-65483; DATE: 10/25/01  -  Courier, Acct. 0802-0410-8 10-20; Phillip T Goad, Ph.D. Little Rock, Ar | 21.00 |
| 10/25/01 | 1 | Photocopies | 0.20 |
| 10/25/01 | | Travel Expense: VENDOR: Johncie Wingard; INVOICE#: 101801; DATE: 10/25/2001  -  10/17/01 Boston Airfare for 11/4 trip for Document review in Boston | 220.00 |
| 10/26/01 | 2 | Facsimile | 2.00 |
| 10/26/01 | | Lexis | 14.06 |
| 10/26/01 | | Long Distance Telephone: 2158518232 | 1.37 |
| 10/26/01 | | Long Distance Telephone: 3035768123 | 0.59 |
| 10/26/01 | | Long Distance Telephone: 3035768123 | 0.57 |
| 10/26/01 | | Long Distance Telephone: 3035768123 | 0.22 |
| 10/26/01 | | Outside Reproduction: VENDOR: U.S. Environmental Protection Agency; INVOICE#: 08SRC29601; DATE: 10/26/2001  -  Copy of 9 video tapes Grace Admin Record. | 42.50 |
| 10/27/01 | | Lexis | 14.07 |
| 10/27/01 | 1 | Photocopies | 0.20 |
| 10/27/01 | 1 | Photocopies | 0.20 |
| 10/28/01 | | Lexis | 14.07 |
| 10/29/01 | | Lexis | 14.07 |
| 10/29/01 | | Long Distance Telephone: 2122529700 | 0.74 |
| 10/29/01 | 1 | Photocopies | 0.20 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 10/29/01 | 1 | Photocopies | 0.20 |
| 10/30/01 | 5 | Facsimile | 5.00 |
| 10/30/01 | | Lexis | 14.07 |
| 10/30/01 | | Long Distance Telephone: 2158518232 | 0.52 |
| 10/31/01 | 5 | Facsimile | 5.00 |
| 10/31/01 | | Legal Assistant Overtime: LA overtime 10/31/2001 CL | 467.50 |

| | |
|---|---|
| **Total Disbursements:** | **$  8,183.71** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 795.00 |
| Facsimile | | 187.00 |
| Long Distance Telephone | | 12.60 |
| Outside Courier | | 327.83 |
| Travel Expense | | 3,224.90 |
| Lexis | | 587.10 |
| Westlaw | | 1,884.67 |
| Other Meal Expenses | | 469.62 |
| Outside Reproduction | | 42.50 |
| Other Expenses | | 184.99 |
| Legal Assistant Overtime | | 467.50 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **8,183.71** |

**Matter 00301 - Defense of Libby Access Case**

| Name | Position | Hourly Rate | October | | Total Comp |
|------|----------|-------------|---------|---|------------|
| Lund, Kenneth W. | Partner | 300 | 14.9 | $ | 4,470.00 |
| McCarthy, Jay D. | Partner | 250 | 0.6 | $ | 150.00 |
| Total | | | 15.5 | $ | 4,620.00 |

Expenses

**Matter 00301 - Defense of Libby Access Case**

| Description | TOTAL | |
|-------------|-------|------|
| Photocopies | $ | - |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | 19.70 |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Other Expenses | $ | - |
| **Total** | $ | 19.70 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | | |
|---|---|---|
| Page | 27 |
| Invoice No.: | 579873 |
| Client  No.: | 04339 |
| Matter  No.: | 00301 |

**Regarding: Libby - Access Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/01/01 | KWL | Telephone conference with Bill Corcoran and Bob Emmett re revisions to Consent Decree (.50); telephone conference with DOJ, EPA re same (1.0); review revisions from Jan Baer (.50). | 2.00 | $  600.00 |
| 10/02/01 | KWL | Telephone conference with Bill Corcoran re revisions to Consent Decree (.30); telephone conference with Jan Baer, Bill Corcoran and Bob Emmett re preparation for EPA conference call (.30); review JBaer comments to Consent Decree (1.0); telephone conference with EPA, DOJ re bankruptcy procedures (1.40); telephone conference with Bill Corcoran, Bob Emmett and Jan Baer re debriefing from EPA call (.70). | 3.70 | 1,110.00 |
| 10/03/01 | KWL | Telephone conference with Bill Corcoran re EPA press release and Grace response (.30); telephone conference with Bill Corcoran and Matt Cohn re same (.30). | 0.60 | 180.00 |
| 10/05/01 | KWL | Telephone conference with Jim Freeman re Consent Decree changes (.50). | 0.50 | 150.00 |
| 10/10/01 | KWL | Work on consent decree issues with Jan Baer at Kirkland & Ellis (.70); telephone conferences with Jim Freeman re Consent Decree changes (1.0). | 1.70 | 510.00 |
| 10/11/01 | KWL | Telephone conference with Bob Emmett in preparation for status conference (.50); telephone conference with Judge Mallory re Consent Decree report (.30). | 0.80 | 240.00 |
| 10/17/01 | KWL | Review Consent Decree provided by Jim Freeman (.80); telephone conference with Jan Baer re motion to approve consent decree (.40); review draft motion (.90); telephone conference with Matt Cohn re EPA approach to CAG and Community Health Group (.50). | 2.60 | 780.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 579873 |
| Client  No.: | 04339 |
| Matter  No.: | 00301 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/22/01 | KWL | Telephone conference with Bill Corcoran re final changes to Consent Decree (.30); review Freeman e-mail re same (.40). | 0.70 | 210.00 |
| 10/24/01 | KWL | Review revised Consent Decree received from Jim Freeman (.40); review draft press release (.20); telephone conference with Bill Corcoran re same (.30); telephone conference with Jim Freeman re CAG meeting (.30). | 1.20 | 360.00 |
| 10/29/01 | KWL | Review Jan Baer e-mail re creditor's committee issues (.10); review access case pleadings for transmittal to Jan Baer (.80). | 0.90 | 270.00 |
| 10/29/01 | JDM | Review Notice of Lodging of Consent Decree and attachments. | 0.30 | 75.00 |
| 10/30/01 | KWL | Review Jan Baer e-mail with JDMcCarthy (.20). | 0.20 | 60.00 |
| 10/31/01 | JDM | Meet with KWLund re creditors' committee questions re lawsuit and settlement. | 0.30 | 75.00 |

**Total Fees Through October 31, 2001:**   **15.50**   **$**   **4,620.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 300.00 | 14.90 | $ | 4,470.00 |
| JDM | Jay D. McCarthy | Partner | 250.00 | 0.60 | | 150.00 |

**Total Fees:**   **15.50**   **$**   **4,620.00**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/13/01 | | Long Distance Telephone: 4105314751 | $ | 1.18 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00301 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/13/01 | | Long Distance Telephone: 4105314203 | 2.12 |
| 09/18/01 | | Long Distance Telephone: 4105314751 | 1.38 |
| 09/19/01 | | Long Distance Telephone: 4105314236 | 1.00 |
| 09/20/01 | | Long Distance Telephone: 4105314203 | 1.10 |
| 09/25/01 | | Long Distance Telephone: 4105314203 | 6.68 |
| 09/26/01 | | Long Distance Telephone: 4105314751 | 1.39 |
| 10/01/01 | | Long Distance Telephone: 4105314751 | 1.54 |
| 10/01/01 | | Long Distance Telephone: 4105314203 | 3.31 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **19.70** |

## Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 19.70 |
| **Total Disbursements:** **$** | | **19.70** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577905 | 10/31/01 | Bill | 31,638.92 |
| | *Outstanding Balance on Invoice 577905:* | | *$ 31,638.92* |

| | | |
|---|---|---|
| **Total Outstanding Invoices:** | **$** | **31,638.92** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | **$** | **0.00** |
| **Current Fees and Disbursements** | **$** | **4,639.70** |
| **Total Balance Due This Matter** | **$** | **36,278.62** |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | October | Total Comp |
|------|----------|-------------|---------|------------|
| McCarthy, Jay D. | Partner | 250 | 16.1 | $ 4,025.00 |
| Lund, Kenneth W. | Partner | 300 | 67.4 | $ 20,220.00 |
| Coggon, Katheryn J. | Senior Associate | 240 | 2.5 | $ 600.00 |
| Barry, Geoffrey | Associate | 210 | 24.2 | $ 5,082.00 |
| Korver, Thomas W. | Senior Paralegal | 110 | 8.4 | $ 924.00 |
| Aberle, Natalie | Paralegal | 100 | 15.5 | $ 1,550.00 |
| Imelda Mulholland | Info. Specialist | 90 | 7.2 | $ 648.00 |
| | Total | | 125.2 | $ 33,049.00 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 273.80 |
| Facsimiles | $ | 16.00 |
| Long Distance Telephone | $ | 26.24 |
| Outside Courier | $ | 121.23 |
| Travel Expense | $ | 1,297.00 |
| Lexis | $ | 875.75 |
| Velo Binding | $ | 1.00 |
| Secretarial Support | $ | 61.25 |
| **Total** | $ | 2,672.27 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 579873 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/01 | KWL | Review and revise strategy memo (3.0); begin draft interrogatories (2.0). | 5.00 | $  1,500.00 |
| 10/01/01 | JDM | Conference with KWLund re administrative record and meeting with EPA; conference with KJCoggon re supplemental brief; review draft case strategy letter; draft comments to strategy letter. | 2.50 | 625.00 |
| 10/01/01 | KJC | Draft supplemental brief in opposition to EPA motion to limit review and discovery to administrative record including conferences with JDMcCarthy (2.0). | 2.00 | 480.00 |
| 10/02/01 | KWL | Telephone conference with Bill Corcoran re Administrative Record review (.30); meet with CLNeitzel re procedure for record review (.50); review and revise draft strategy memorandum to Bob Emmett (3.0). | 3.80 | 1,140.00 |
| 10/02/01 | JDM | Revise supplemental brief (.50); review and revise second draft of case strategy letter (.50); telephone conference with EEStevenson re strategy letter (.30). | 1.30 | 325.00 |
| 10/02/01 | KJC | Revise and send supplemental brief in response to EPA motion to limit review and discovery to administrative record including conference with JDMcCarthy (0.5). | 0.50 | 120.00 |
| 10/03/01 | KWL | Complete strategy memorandum (2.50); begin review of Supplemental Administrative Record (3.40); telephone conference with Dale Jensen re expert witness strategy (.30). | 6.20 | 1,860.00 |
| 10/03/01 | GMB | Conference with KWLund (.60); Lexis research on CERCLA and asbestos (.70); review cases from Lexis (1.20); draft notes relating to which buildings are facilities (.10); review cases from Lexis (.70). | 3.70 | 777.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 579873 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/04/01 | KWL | Review Peronard deposition transcript (1.0); telephone conference with Bob Emmett re strategy and memo (.50); telephone conference with Jim Freeman, Matt Cohn and Bob Emmett re case management issues (.50). | 2.00 | 600.00 |
| 10/04/01 | GMB | Research whether  EPA can recover costs (.50); Lexis research on investigation costs(.30); research EPA records (.30); Lexis research based on EPA records (.30); revise cases from Lexis (.30); Additional Lexis research  re investigation of costs (.50); research CERLA and residential reports (.50); revise Lexis cases on closts if no remediation /removal (.70); framing response to KWLund's questions(.60); reviewing Lexis research (.60). | 4.60 | 966.00 |
| 10/05/01 | KWL | Meet wth Geoff Barry re consumer product research (.50); review Grace affirmative defenses re stipulations for dismissal (1.20). | 1.70 | 510.00 |
| 10/05/01 | GMB | Lexis search, review case and cite search (.70); conference with KWLund (.20). | 0.90 | 189.00 |
| 10/08/01 | KWL | Work on litigation strategy memo (2.50); review and revise interrogatories and request for production (1.50). | 4.00 | 1,200.00 |
| 10/08/01 | JDM | Review order and stipulations (.50); conference with KWLund re stipulations and case management order (.30). | 0.80 | 200.00 |
| 10/08/01 | GMB | Conference with KWLund (.20); review Access documents (.20); continue review of Access documents (.50); access Del Bankruptcy Court docket (.10); prepare memo re insulation (.50); review pleadings (1.40). | 2.90 | 609.00 |
| 10/09/01 | KWL | Telephone conference with Bob Emmett re revisions to cost recovery case (.70); telephone conference with Bill Corcoran re strategy memo issues (.20); work on revised strategy memo (6.50). | 7.40 | 2,220.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/09/01 | GMB | Continue review of Access pleadings (1.00); research WR Grace bankruptcy filings for corporate structure/successors (2.70); draft and edit memo for KWLund (3.30); Lexis research (.40); review documents from KJCoggon, reference material re corporate successors (1.00). | 8.40 | 1,764.00 |
| 10/10/01 | KWL | Work on revised strategy memo (3.70); telephone conference with Bob Emmett re same (.30); telephone conference with Jim Freeman re reply brief extension (.30) | 4.30 | 1,290.00 |
| 10/10/01 | JDM | Review Sept. 6 Order (0.4); research factual assertions in Order (1.4); telephone conference with G. Graham re comments to Sept. 6 Order and DOJ proposed revisions (0.8); review agreement and plan of reorganization between Grace and Zonolite (1963) (0.5); meet with KWLund re authorization/foundation issue (0.4); telephone conference with G. Graham re authority/foundation stipulation (0.5); draft proposed revisions to pretrial order (1.0); draft letter to J. Freeman re proposed changes to pretrial order (0.5); telephone conference with J. Freeman re proposed changes to pretrial order (0.5); draft proposed revisions to paragraph 4 of order (0.2). | 6.20 | 1,550.00 |
| 10/10/01 | GMB | Research corporate ownership issues (.90). | 0.90 | 189.00 |
| 10/11/01 | KWL | Complete strategy memo (3.0); complete draft interrogatories and request for production (2.0); telephone conference with Bob Emmett re final comments to strategy memo (.30). | 5.30 | 1,590.00 |
| 10/11/01 | JDM | Conference with KWLund re negotiations with DOJ re Sept. 6 order modifications. | 0.20 | 50.00 |
| 10/11/01 | GMB | Continue Lexis research re corporate ownership (.10); continue review of documents re corporate ownership (.80). | 0.90 | 189.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 579873 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/12/01 | KWL | Telephone conference with Dori Kuchinsky re ATSDR data and information (.40); review ATSDR report and backup information (2.0); telephone conference with Bert Price re additional information requested (.50). | 2.90 | 870.00 |
| 10/12/01 | GMB | Draft memo for KWLund re corporate successor to Zonolite (1.40); revise memo re same (.50). | 1.90 | 399.00 |
| 10/14/01 | KWL | Travel to Baltimore while preparing for Libby strategy meeting (3.0). | 3.00 | 900.00 |
| 10/15/01 | KWL | Prepare for and attend Libby strategy meeting with Bill Corcoran and Bob Emmett (7.0); return travel to Denver while reviewing EPA Workplan and administrative record documents (3.0) | 10.00 | 3,000.00 |
| 10/16/01 | KWL | Telephone conference with Bob Emmett and Bill Corcoran re strategy followup (.30); telephone conference with Jim Freeman re Motion's to Strike (.40); confer with JDMcCarthy re Grace strategy issues (.30). | 1.00 | 300.00 |
| 10/18/01 | KWL | Review supplemental administrative records documents (3.30); telephone conferences with Bill Corcoran re same (.70). | 4.00 | 1,200.00 |
| 10/18/01 | TWK | Revise interrogatories and requests for production to EPA (2.30); meet with KWLund re same (.10); research deadlines and deliverables (.30); research federal and local discovery rules (.30). | 3.00 | 330.00 |
| 10/18/01 | ICM | Review and edit interrogatories as per EEStevenson's request. | 1.30 | 117.00 |
| 10/19/01 | NKA | Search for and locate documents in administrative record per CLNeitzel's request. | 5.50 | 550.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 579873 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/19/01 | TWK | Revise interrogatories and requests for production to EPA (2.50); meet with E. Stevenson re same (.50); research recent EPA cost actions (.30). | 3.30 | 363.00 |
| 10/19/01 | ICM | Search for and locate documents in administrative record as per CLNeitzel's request (2.0); set up several attorneys and paralegals for multiple access to data (1.0); search for target sheets to obtain information not supplied by EPA (2.40). | 5.40 | 486.00 |
| 10/20/01 | ICM | Follow up with CLNeitzel and word processing on status of supplemental administrative record documents. | 0.50 | 45.00 |
| 10/22/01 | KWL | Review legal issues and Grace defenses (1.60); revise Interrogatories and Request for Production (1.30). | 2.90 | 870.00 |
| 10/22/01 | NKA | Search for and locate documents in administrative record per CLNeitzel's request. | 7.00 | 700.00 |
| 10/23/01 | JDM | Conference with CLNeitzel re administrative record. | 0.30 | 75.00 |
| 10/23/01 | NKA | Search for and locate documents in administrative record per CLNeitzel's request. | 3.00 | 300.00 |
| 10/25/01 | KWL | Review and revise Request for Production to EPA (1.0). | 1.00 | 300.00 |
| 10/29/01 | KWL | Final revisions to Interrogatories and Request for Production (1.0); telephone conference with Gary Graham re same (.20); telephone conference with Jim Freeman re same (.20). | 1.40 | 420.00 |
| 10/29/01 | JDM | Telephone conference with Jim Freeman re amendment of Scheduling Order (.40); telephone conference with Jim Freeman re stipulations (.40). | 0.80 | 200.00 |
| 10/29/01 | TWK | Revise discovery requests to EPA (1.50); prepare final version of same (.60). | 2.10 | 231.00 |
| 10/30/01 | KWL | Review Peronard deposition transcript (1.50). | 1.50 | 450.00 |