Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/30/01 | JDM | Revised proposed stipulations (1.0); telephone conference with G. Graham re proposed stipulations (.50); telephone conference with Jay Hughes re Grace history (.50); revise amended order (1.0). | 3.00 | 750.00 |
| 10/31/01 | JDM | Draft letter to J. Freeman and proposed modifications of Court's September 6 order (.70); conference with KWLund re case strategy (.30). | 1.00 | 250.00 |

**Total Fees Through October 31, 2001:** 141.30  $ 33,049.00

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 300.00 | 67.40 | $ 20,220.00 |
| JDM | Jay D. McCarthy | Partner | 250.00 | 16.10 | 4,025.00 |
| KJC | Katheryn J. Coggon | Senior Associate | 240.00 | 2.50 | 600.00 |
| GMB | Geoffrey M. Barry | Associate | 210.00 | 24.20 | 5,082.00 |
| TWK | Thomas W. Korver | Paralegal | 110.00 | 8.40 | 924.00 |
| NKA | Natalie K. Aberle | Paralegal | 100.00 | 15.50 | 1,550.00 |
| ICM | Imelda Mulholland | Information Specialist | 90.00 | 7.20 | 648.00 |

**Total Fees:** 141.30  $ 33,049.00

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/27/01 | | Lexis | $ 81.59 |
| 09/27/01 | | Lexis | 20.14 |
| 09/27/01 | | Lexis | 40.29 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page 37
Invoice No.: 579873
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/02/01 | | Long Distance Telephone: 4105314203 | 4.93 |
| 10/02/01 | 22 | Photocopies | 4.40 |
| 10/03/01 | | Lexis | 113.33 |
| 10/03/01 | | Travel Expense: VENDOR: Majest International; INVOICE#: 14825; DATE: 10/3/2001 - Airfare: 10/14/2001-Denver Baltimore, KLund. | 942.25 |
| 10/03/01 | | Travel Expense: VENDOR: Majest International; INVOICE#: 14827; DATE: 10/3/2001 - Airfare: 10/15. Baltimore Denver/ KLund | 354.75 |
| 10/04/01 | | Lexis | 425.66 |
| 10/04/01 | | Long Distance Telephone: 4105314751 | 1.76 |
| 10/04/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-66180; DATE: 10/4/01 - Courier, Acct. 0802-0410-8 09-26; Gary L Graham Missoula, Mt | 15.14 |
| 10/04/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-978-66180; DATE: 10/4/01 - Courier, Acct. 0802-0410-8 09-21; Gary L Graham Missoula, Mt | 22.44 |
| 10/05/01 | | Lexis | 13.82 |
| 10/09/01 | | Lexis | 180.92 |
| 10/09/01 | | Long Distance Telephone: 4105314751 | 6.48 |
| 10/10/01 | 3 | Facsimile | 3.00 |
| 10/10/01 | | Long Distance Telephone: 4065232500 | 0.15 |
| 10/10/01 | | Long Distance Telephone: 4065232500 | 2.42 |
| 10/10/01 | 74 | Photocopies | 14.80 |
| 10/10/01 | 1 | Photocopies | 0.20 |
| 10/10/01 | 50 | Photocopies | 10.00 |
| 10/10/01 | 25 | Photocopies | 5.00 |
| 10/11/01 | | Long Distance Telephone: 4105314751 | 1.70 |
| 10/12/01 | | Long Distance Telephone: 4105314751 | 2.21 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page 38
Invoice No.: 579873
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/12/01 | 152 | Photocopies | 30.40 |
| 10/12/01 | 1 | Velo Binding: 1 Velo Binding | 1.00 |
| 10/16/01 | 599 | Photocopies | 119.80 |
| 10/17/01 | | Long Distance Telephone: 4105314751 | 1.03 |
| 10/17/01 | 165 | Photocopies | 33.00 |
| 10/17/01 | 76 | Photocopies | 15.20 |
| 10/18/01 | | Long Distance Telephone: 7037298543 | 1.08 |
| 10/18/01 | | Long Distance Telephone: 7037298543 | 1.74 |
| 10/18/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-979-31666; DATE: 10/18/01 - Courier, Acct. 0802-0410-8 10-12; Dori Anne Kicjinsky Leesburg, Va | 9.76 |
| 10/18/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-979-31666; DATE: 10/18/01 - Courier, Acct. 0802-0410-8 10-12; Richard Finke Boca Raton, Fl | 9.76 |
| 10/18/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-979-31666; DATE: 10/18/01 - Courier, Acct. 0802-0410-8 10-11; William Corcoran Columbia, Md | 14.87 |
| 10/18/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-979-31666; DATE: 10/18/01 - Courier, Acct. 0802-0410-8 10-11; Robert Emmett Columbia, Md | 14.87 |
| 10/18/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-979-31666; DATE: 10/18/01 - Courier, Acct. 0802-0410-8 10-11; David Siegel Columbia, Md | 14.87 |
| 10/18/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-979-31666; DATE: 10/18/01 - Courier, Acct. 0802-0410-8 10-12; William Corcoran Columbia, Md | 9.76 |
| 10/18/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 5-979-31666; DATE: 10/18/01 - Courier, Acct. 0802-0410-8 10-12; Robert Emmett Columbia, Md | 9.76 |
| 10/29/01 | 13 | Facsimile | 13.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---:|
| 10/29/01 | 13 | Photocopies | 2.60 |
| 10/30/01 | | Long Distance Telephone: 4065232500 | 1.80 |
| 10/30/01 | | Long Distance Telephone: 5613621532 | 0.94 |
| 10/30/01 | 192 | Photocopies | 38.40 |
| 10/31/01 | | Secretarial Support: Secretarial overtime 10/15/2001 KW | 61.25 |

**Total Disbursements:** $ 2,672.27

### Disbursement Summary

| | | |
|---|---|---:|
| Secretarial Support | $ | 61.25 |
| Photocopies | | 273.80 |
| Facsimile | | 16.00 |
| Long Distance Telephone | | 26.24 |
| Outside Courier | | 121.23 |
| Travel Expense | | 1,297.00 |
| Lexis | | 875.75 |
| Velo Binding | | 1.00 |

**Total Disbursements:** $ **2,672.27**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577764 | 10/30/01 | Bill | 5,425.00 |

*Outstanding Balance on Invoice 577764:* $ 5,425.00

**Matter 00310 - Casmalia Superfund Site**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Total |  | 0 | $ - |

Expenses

## Matter 00310 - Casmalia Superfund Site

| Description | TOTAL |
|---|---|
| Photocopies | $ 8.80 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Overtime | $ - |
| Other Expenses | $ - |
| Total | $ 8.80 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page            41
Invoice No.:    579873
Client No.:     04339
Matter No.:     00310

**Regarding: Casmalia Superfund Site**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/24/01 | 30 | Photocopies | $ | 6.00 |
| 10/26/01 | 14 | Photocopies | | 2.80 |
| | | **Total Disbursements:** | $ | **8.80** |

## Disbursement Summary

| | | | |
|---|---|---|---|
| Photocopies | $ | 8.80 | |
| **Total Disbursements:** | $ | **8.80** | |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577743 | 10/30/01 | Bill | | 4,831.12 |
| | | *Outstanding Balance on Invoice 577743:* | *$* | *4,831.12* |
| 577905 | 10/31/01 | Bill | | 81.00 |
| | | *Outstanding Balance on Invoice 577905:* | *$* | *81.00* |
| | | **Total Outstanding Invoices:** | $ | **4,912.12** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **8.80** |
| **Total Balance Due This Matter** | $ | **4,920.92** |

**Matter 00320 - Kootenai Development/Corporation Transactions**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Kunstle, David P. | Associates | 225 | 0.3 | $ 67.50 |
| Latuda, M. Carla | Paralegal | 90 | 0.3 | $ 27.00 |
| | Total | | 0.6 | $ 94.50 |

Expenses

## Matter 00320 - Kootenai Development/Corporate Transactions

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ 470.54 |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Overtime | $ - |
| Other Expenses | $ - |
| **Total** | **$ 470.54** |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00320 |

**Regarding: Kootenai Development**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/08/01 | MCL | Draft letter to Albie Cohen transmitting check received from Phillips Petroleum. | 0.30 | $ 27.00 |
| 10/30/01 | DPK | Conference with KATrammell re chain of title issues. | 0.30 | 67.50 |
| | | **Total Fees Through October 31, 2001:** | **0.60** | **$ 94.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| DPK | David P. Kunstle | Associate | $ 225.00 | 0.30 | $ 67.50 |
| MCL | M Carla. Latuda | Paralegal | 90.00 | 0.30 | 27.00 |
| | | **Total Fees:** | | **0.60** | **$ 94.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/01/01 | | Lexis | $ 45.74 |
| 10/02/01 | | Lexis | 21.66 |
| 10/03/01 | | Lexis | 21.66 |
| 10/04/01 | | Lexis | 21.66 |
| 10/05/01 | | Lexis | 27.68 |
| 10/08/01 | | Lexis | 27.68 |
| 10/09/01 | | Lexis | 21.67 |
| 10/10/01 | | Lexis | 21.66 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

| | |
|---|---|
| Page | 45 |
| Invoice No.: | 579873 |
| Client No.: | 04339 |
| Matter No.: | 00320 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/11/01 | | Lexis | 33.69 |
| 10/12/01 | | Lexis | 27.68 |
| 10/15/01 | | Lexis | 33.69 |
| 10/16/01 | | Lexis | 21.66 |
| 10/24/01 | | Lexis | 27.67 |
| 10/25/01 | | Lexis | 21.66 |
| 10/26/01 | | Lexis | 27.66 |
| 10/29/01 | | Lexis | 45.73 |
| 10/30/01 | | Lexis | 21.69 |
| | | **Total Disbursements:** | **$ 470.54** |

### Disbursement Summary

| | | |
|---|---|---|
| Lexis | $ | 470.54 |
| **Total Disbursements:** | **$** | **470.54** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577746 | 10/30/01 | Bill | 2,628.81 |
| | | *Outstanding Balance on Invoice 577746:* | *$ 2,628.81* |
| 577905 | 10/31/01 | Bill | 12,989.00 |
| | | *Outstanding Balance on Invoice 577905:* | *$ 12,989.00* |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Lund, Kenneth W. | Partner | 300 | 2 | $ 600.00 |
| Flaagan, Elizabeth K. | Senior Associate | 250 | 11.1 | $ 2,775.00 |
| Haag, Susan | Paralegal | 85 | 14.5 | $ 1,232.50 |
| | Total | | 27.6 | $ 4,607.50 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 4.00 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Overtime | $ - |
| Word Processing | $ 150.00 |
| **Total** | **$ 154.00** |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page 47
Invoice No.: 579873
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/26/01 | EKF | E-mails to and from Sam Schwartz re fee application issues (.1); review administrative order establishing procedures for compensation of professionals (.1); review bankruptcy court database for fee information (.4). | 0.40 | $ 100.00 |
| 10/25/01 | SH | Review and compile invoices for fee application. | 0.50 | 42.50 |
| 10/26/01 | EKF | Telephone conferences with KWLund re fee application (.2) begin review of documents and drafting first and second quarter fee application and supporting exhibits/summaries (2.7); conferences with SMHaag re same (.2). | 3.10 | 775.00 |
| 10/26/01 | SH | Review bills and Delaware fee application (2.0); search Delaware system for fee applications (1.8). | 2.80 | 238.00 |
| 10/27/01 | EKF | Conferences with SMHaag re drafting fee application and exhibits (.3); continue drafting first and second quarter fee application (2.0). | 2.30 | 575.00 |
| 10/27/01 | SH | Assemble information for fee application. | 1.00 | 85.00 |
| 10/29/01 | KWL | Review final application for fees and expenses. | 2.00 | 600.00 |
| 10/29/01 | EKF | Continue drafting quarterly fee application and exhibits/summaries in support thereof (2.5); conferences with SMHaag re exhibits/summaries for fee application (.4); e-mails to and from Sam Schwartz re same (.2). | 3.10 | 775.00 |
| 10/29/01 | SH | Assemble information for fee application. | 4.80 | 408.00 |
| 10/30/01 | EKF | Numerous conferences with Ken Lund and SMHaag re fee application, time entries and supporting exhibits. | 0.50 | 125.00 |

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page: 48
Invoice No.: 579873
Client No.: 04339
Matter No.: 00390

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/30/01 | SH | Several conferences with KWLund, CSGraham and TLWorthington re bills for fee application (.40); create charts for fee application (2.0); conference with TLWorthington re breakdown of charts (.70). | 2.40 | 204.00 |
| 10/31/01 | EKF | Continue drafting, revising and reviewing supporting documents/exhibits for quarterly fee application (1.5); e-mails to and from David Carickhoff re fee application (.2); conferences with SMHaag re drafting and exhibits (.2). | 1.70 | 425.00 |
| 10/31/01 | SH | Revise charts for fee application (2.0); review bills for fee application (1.40). | 3.00 | 255.00 |

**Total Fees Through October 31, 2001:** 27.60  $  4,607.50

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 300.00 | 2.00 | $ 600.00 |
| EKF | Elizabeth Flaagan | Senior Associate | 250.00 | 11.10 | 2,775.00 |
| SH | Susan Haag | Paralegal | 85.00 | 14.50 | 1,232.50 |

**Total Fees:** 27.60  $  4,607.50

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/29/01 | 20 | Photocopies | $ 4.00 |
| 10/31/01 | | Word Processing: Word Processing 10/29/2001 C Kropp | 6.25 |
| 10/31/01 | | Word Processing: Word Processing 10/29/2001 C Millins,Kropp,Namaste | 143.75 |

**Total Disbursements:** $ 154.00

Holme Roberts & Owen LLP

November 20, 2001

W.R. Grace

Page 49
Invoice No.: 579873
Client No.: 04339
Matter No.: 00390

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopies | $ | 4.00 |
| Word Processing | | 150.00 |
| **Total Disbursements:** | **$** | **154.00** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577655 | 10/26/01 | Bill | 10,008.00 |
| | | *Outstanding Balance on Invoice 577655:* | *$ 10,008.00* |

| | | |
|---|---|---:|
| | **Total Outstanding Invoices:** | $ 10,008.00 |
| **Trust Applied to Matter** | | $ 0.00 |
| **Current Fees and Disbursements** | | $ 4,761.50 |
| **Total Balance Due This Matter** | | $ 14,769.50 |