# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth W. Lund | Partner | Environmental | $300.00 | 108.80 | $32,640.00 |
| Charlotte L. Neitzel | Partner | Environmental | $275.00 | 104.80 | $28,820.00 |
| Jay D. McCarthy | Partner | Environmental | $250.00 | 16.70 | $4,175.00 |
| Katheryn J. Coggon | Sr. Associate | Environmental | $240.00 | 64.90 | $15,576.00 |
| Elizabeth K. Flaagan | Sr. Associate | Bankruptcy | $250.00 | 11.10 | $2,775.00 |
| Brent A. Tracy | Associate | Environmental | $210.00 | 4.90 | $1,029.00 |
| Geoffrey M. Barry | Associate | Environmental | $210.00 | 24.20 | $5,082.00 |
| David Kunstle | Associate | Commercial | $225.00 | 0.30 | $67.50 |
| Edward E. Stevenson | Sr. Counsel | Environmental | $210.00 | 21.10 | $4,431.00 |
| Thomas W. Korver | Sr. Paralegal | Environmental | $110.00 | 10.30 | $1,133.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $90.00 | 51.90 | $4,671.00 |
| Joan M. Sherman | Sr. Paralegal | Environmental | $110.00 | 4.50 | $495.00 |
| Natalie K. Aberle | Paralegal | Environmental | $100.00 | 18.30 | $1,830.00 |
| Loraine C. Street | Paralegal | Environmental | $85.00 | 68.10 | $5,788.50 |
| Susan Haag | Paralegal | Bankruptcy | $85.00 | 14.50 | $1,232.50 |
| Mary Beth Floyd | Info. Spec. | Environmental | $90.00 | 24.50 | $2,205.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $90.00 | 7.20 | $648.00 |
| William E. Payne | Info. Spec. | Environmental | $75.00 | 18.50 | $1,387.50 |
| **TOTAL** | | | | 574.6 | $113,986.00 |

#768642 v1