# EXHIBIT C

| Description | October, 2001 |
|---|---:|
| Photocopies | $1,145.60 |
| Facsimiles | $203.00 |
| Long Distance Telephone | $47.54 |
| Outside Courier | $449.06 |
| Travel Expense | $4,521.90 |
| Lexis | $1,933.39 |
| Westlaw | $1,884.67 |
| Meal Expenses | $469.62 |
| Word Processing | $150.00 |
| Overtime | $467.50 |
| Other Expenses | $184.99 |
| Secretarial Support | $61.25 |
| Velo Binding | $1.00 |
| Outside Reproduction | $42.50 |
| TOTALS | $11,562.02 |

#768645 v1