**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/01 |
| Wilmington  DE | ACCOUNT NO: 3000-01D |
|  | STATEMENT NO:        5 |

Asset Analysis and Recovery

PREVIOUS BALANCE                                  $2,700.50

|  |  | HOURS |  |
|---|---|---|---|
| **10/12/01** |  |  |  |
| PEM | Telephone Conference with Lockwood re: Joint Motion on Fraudulent Conveyance | 0.20 | 45.00 |
| **10/24/01** |  |  |  |
| MGZ | Telephone Conference with P. Lockwood re: Notice of Hearing on Joint Prosecution motion | 0.20 | 55.00 |
| MGZ | Telephone Conference with J. Sakalo re: same | 0.10 | 27.50 |
| **10/25/01** |  |  |  |
| MGZ | Telephone Conference with P. Lockwood re: Notice of Hearing on Joint Pros. Motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with T. Taconelli re: same | 0.10 | 27.50 |
| MGZ | Draft notice of hearing | 0.30 | 82.50 |
| MGZ | Telephone Conference with J. Sakalo re: Joint Prosec. Motion | 0.30 | 82.50 |
| MGZ | Review of correspondence from P. Lockwood re: filing notice of hearing | 0.10 | 27.50 |
| MGZ | Review correspondence from J. Sakalo re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with T. Taconelli re: same | 0.10 | 27.50 |
| MGZ | Revise Notice of Hearing on Joint Pros. |  |  |

```
                                                            Page: 2
W.R. Grace                                                 10/31/01
                                          ACCOUNT NO: 3000-01D
                                          STATEMENT NO:        5
Asset Analysis and Recovery
```

|  | HOURS |  |
|---|---|---|
| Motion | 0.10 | 27.50 |
| MGZ Draft correspondence to T. Taconelli re: notice of hearing | 0.10 | 27.50 |

10/29/01

| MGZ Review correspondence from P. Lockwood, S. Kazan re: Joint Prosec. Counsel | 0.10 | 27.50 |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 2.10 | 567.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $225.00 | $45.00 |
| Matthew G. Zaleski | 1.90 | 275.00 | 522.50 |

| TOTAL CURRENT WORK | 567.50 |
|---|---|

| 10/31/01 Payment - Thank you. (7/01)(80%) | -1,428.00 |
|---|---|

| BALANCE DUE | $1,840.00 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                    Page: 1
W.R. Grace                                         10/31/01
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:        5

Asset Disposition


         PREVIOUS BALANCE                          $2,779.50


                                              HOURS
10/31/01
    MGZ Review of Debtor's Notice of Asset Sales    0.10    27.50
    MGZ Review of Debtor's notice of settlement     0.10    27.50
                                                    ----    -----
        FOR CURRENT SERVICES RENDERED               0.20    55.00

                          RECAPITULATION
    TIMEKEEPER                       HOURS HOURLY RATE    TOTAL
    Matthew G. Zaleski                0.20    $275.00    $55.00


        TOTAL CURRENT WORK                               55.00


10/31/01 Payment - Thank you. (7/01)(80%)             -1,629.60


    BALANCE DUE                                      $1,204.90


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
10/31/01
W.R. Grace
Wilmington  DE
ACCOUNT NO: 3000-04D
STATEMENT NO:        5

Case Administration

PREVIOUS BALANCE                                    $15,584.90

|  |  | HOURS |  |
|---|---|---|---|
| **10/01/01** | | | |
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.3) | 0.80 | 72.00 |
| MGZ | Review of and revisions to Supplemental Retention Affidavit | 0.20 | 55.00 |
| PEM | Review correspondence and memos from counsel | 0.30 | 67.50 |
| **10/02/01** | | | |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 45.00 |
| **10/03/01** | | | |
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.2); docketing (.5) | 1.20 | 108.00 |
| **10/05/01** | | | |
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.2) | 0.70 | 63.00 |
| **10/08/01** | | | |
| MK | Interoffice filing of miscellaneous documents | 0.10 | 9.00 |

W.R. Grace

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| PEM | Review correspondence and orders re: motions and pending litigation | 0.40 | 90.00 |

10/09/01

| SLP | Review pleadings and electronic filing notices for 10/5 and 10/8 (.3); preparation and distribution of daily memo (.2) | 0.50 | 45.00 |
|---|---|---|---|

10/10/01

| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2)) | 0.50 | 45.00 |
|---|---|---|---|

10/11/01

| MK | Interoffice filing of miscellaneous documents | 0.30 | 27.00 |
|---|---|---|---|
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.1) | 0.40 | 36.00 |

10/12/01

| SLP | Review pleadings and electronic filing notices (.5) | 0.50 | 45.00 |
|---|---|---|---|

10/15/01

| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo for 10/11 and 10/12 filings (.5) | 0.80 | 72.00 |
|---|---|---|---|
| MK | File organization; copy documents; distribute | 0.10 | 9.00 |

10/16/01

| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.2) | 0.70 | 63.00 |
|---|---|---|---|

10/17/01

| SLP | Review pleadings and electronic filing notices (.7); preparation and distribution of daily memo (.3) | 1.00 | 90.00 |
|---|---|---|---|
| DAC | Review 10/15/01 status report | 0.20 | 70.00 |

```
                                                          Page: 3
     W.R. Grace                                         10/31/01
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:        5
     Case Administration
```

|            |                                                                                                                                                     | HOURS |       |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------|
| 10/19/01   |                                                                                                                                                     |       |       |
| SLP        | Review pleadings and electronic filing notices for 10/17 and 10/18 (.3); preparation and distribution of daily memo (.2); docketing (.5)             | 1.00  | 90.00 |
| 10/22/01   |                                                                                                                                                     |       |       |
| SLP        | Review pleadings and electronic filing notices                                                                                                      | 0.20  | 18.00 |
| 10/23/01   |                                                                                                                                                     |       |       |
| SLP        | Review pleadings and electronic filing notices (.1); distribute critical dates memorandum to counsel and Committee (.2)                              | 0.30  | 27.00 |
| MGZ        | Telephone Conference with W. LaFluer re: case status and case management motion                                                                     | 0.30  | 82.50 |
| 10/24/01   |                                                                                                                                                     |       |       |
| SLP        | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.1)                                 | 0.60  | 54.00 |
| 10/25/01   |                                                                                                                                                     |       |       |
| SLP        | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.5); update 2002 service list (.5)                  | 1.00  | 90.00 |
| 10/26/01   |                                                                                                                                                     |       |       |
| SLP        | Review pleadings and electronic filing notices (.5); preparation and distribution of daly memo (.3); docketing (.2)                                  | 1.00  | 90.00 |
| 10/29/01   |                                                                                                                                                     |       |       |
| MK         | Update attorneys' work files                                                                                                                        | 0.20  | 18.00 |
| MK         | File maintenance                                                                                                                                     | 0.10  | 9.00  |
| SLP        | Review pleadings and electronic filing notices (.7); preparation and distribution of daily memo (.3); docketing (.1)                                 | 1.10  | 99.00 |
| DAC        | Review calendar of dates and positions                                                                                                              | 0.20  | 70.00 |

W.R. Grace

Case Administration

Page: 4
10/31/01
ACCOUNT NO: 3000-04D
STATEMENT NO:          5

                                                    HOURS

10/30/01
    SLP Teleconference with Amy Levin of Kramer
        Levin re: service list (.1); update
        service lists (.2); review pleadings and
        electronic filing notices (.5);
        preparation and distribution of daily
        memo (.2                                     1.00      90.00

10/31/01
    SLP Review Pleadings and electronic filing
        notices (1.2)); preparation and
        distribution of daily memo (.5);  revise
        2002 service list and core group service
        list to reflect changes in manner of
        service (.2)                                 1.90     171.00
    CJB Office conference with MGZ re: altering
        method of service to core group and
        update same                                  0.20      24.00

    FOR CURRENT SERVICES RENDERED                   18.30   1,944.00

                          RECAPITULATION
TIMEKEEPER                        HOURS HOURLY RATE        TOTAL
Douglas A. Campbell                0.40    $350.00      $140.00
Philip E. Milch                    0.70     225.00       157.50
Matthew G. Zaleski                 0.50     275.00       137.50
Cathie J. Boyer                    0.20     120.00        24.00
Stephanie L. Peterson             15.70      90.00     1,413.00
Michele Kennedy                    0.80      90.00        72.00


    TOTAL CURRENT WORK                                   1,944.00


10/31/01 Payment - Thank you. (7/01)(80%)               -9,487.60


    BALANCE DUE                                         $8,041.30

W.R. Grace

Page: 5
10/31/01
ACCOUNT NO: 3000-04D
STATEMENT NO:           5

Case Administration

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |                     |
|----------------|---------------------|
|                | Page: 1             |
| W.R. Grace     | 10/31/01            |
| Wilmington  DE | ACCOUNT NO: 3000-05D |
|                | STATEMENT NO:     5 |

Claims Administration and Objections

PREVIOUS BALANCE                                     $6,551.50

|          |                                                                            | HOURS |        |
|----------|----------------------------------------------------------------------------|-------|--------|
| 10/05/01 |                                                                            |       |        |
|          | MGZ Review Niro Notice of  Withdrawal                                      | 0.10  | 27.50  |
| 10/15/01 |                                                                            |       |        |
|          | MGZ Review correspondence from P. Lockwood re: Debtor's Claims Settlement Notice | 0.10 | 27.50 |
|          | MGZ Review of Debtor's claims Settlement Motion                           | 0.30  | 82.50  |
|          | MGZ Review of Debtor's claims settlement notice                          | 0.30  | 82.50  |
|          | MGZ Telephone Conference with P. Lockwood (x2) re: same                  | 0.40  | 110.00 |
|          | MGZ Telephone Conference with S. Schwartz re: same                       | 0.30  | 82.50  |
|          | MGZ Telephone Conference with J. Kapp re: same                           | 0.10  | 27.50  |
| 10/26/01 |                                                                            |       |        |
|          | MGZ Review of Caterpillar admin. claim motion                            | 0.30  | 82.50  |
|          | MGZ Telephone Conference with J. Kapp re: same                           | 0.20  | 55.00  |
|          | MGZ Review correspondence from S. Schwartz re: same                      | 0.10  | 27.50  |
|          | MGZ Review Debtors Motion to Approve EPA compromise                      | 0.10  | 27.50  |
|          | FOR CURRENT SERVICES RENDERED                                             | 2.30  | 632.50 |

```
                                                  Page: 2
W.R. Grace                                       10/31/01
                                        ACCOUNT NO: 3000-05D
                                        STATEMENT NO:        5
Claims Administration and Objections
```

```
                          RECAPITULATION
                                  HOURS HOURLY RATE      TOTAL
TIMEKEEPER
Matthew G. Zaleski                 2.30    $275.00    $632.50

        TOTAL CURRENT WORK                              632.50


10/31/01 Payment - Thank you. (7/01)(80%)              -396.00

        BALANCE DUE                                  $6,788.00
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
10/31/01
W.R. Grace
Wilmington  DE                                    ACCOUNT NO: 3000-06D
                                                  STATEMENT NO:      5

Employee Benefits/Pensions

PREVIOUS BALANCE                                       $1,958.50

                                              HOURS
10/03/01
    MGZ  Telephone Conference with J. Kapp re:
         teleconference on motion to pay fees for
         former employees                     0.10       27.50

10/26/01
    MGZ  Review notice of scheduling conference on
         former employees motion               0.10       27.50

         FOR CURRENT SERVICES RENDERED        0.20       55.00

                        RECAPITULATION
    TIMEKEEPER                   HOURS  HOURLY RATE      TOTAL
    Matthew G. Zaleski            0.20    $275.00       $55.00

         TOTAL CURRENT WORK                               55.00

10/31/01 Payment - Thank you. (7/01)(80%)             ~1,210.00

         BALANCE DUE                                    $803.50

W.R. Grace

Employee Benefits/Pensions

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

Page: 1
W.R. Grace                                                      10/31/01
Wilmington   DE                                  ACCOUNT NO: 3000-07D
                                                 STATEMENT NO:        5

Fee/Employment Applications

PREVIOUS BALANCE                                          $7,642.50

                                                 HOURS

10/02/01
    CJB Draft first supplemental affidavit of M.
        Zaleski disclosing the Foxmeyer
        representation (.3); electronically file
        and serve same (.4); coordinate hard copy
        of service of same (.2)                    0.90     108.00

10/03/01
    CJB Several telephone calls to George Wallace
        of Clerk's office to correct docket to
        reflect a filing error for Inselbuch's
        supplemental affidavit (.2); office
        conference with MGZ re: certificates of
        no objection for Caplin's first interim
        and first monthly (.1); assemble
        certificates of no objection and forward
        to John Port and Sam Schwartz (.3)         0.60      72.00
    MGZ Telephone Conference with E. Strug re:
        outstanding fees and expenses              0.10      27.50
    MGZ Telephone Conference with J. Kapp re:
        Caplin & Drysdale fees                     0.10      27.50
    MGZ Telephone Conference with S. Schwartz re:
        outstanding counsel fees                   0.40     110.00
    MGZ Review correspondence from S. Schwartz
        re: same                                   0.10      27.50
    MGZ Office conference with C. Boyer re:
        copies of no obj. certificates             0.10      27.50

```
                                                          Page: 2
       W.R. Grace                                       10/31/01
                                            ACCOUNT NO: 3000-07D
                                            STATEMENT NO:        5

       Fee/Employment Applications
```

|  |  | HOURS |  |
|---|---|---|---|
| **10/04/01** | | | |
| CJB | Begin draft of LAS' first monthly fee application | 0.30 | 36.00 |
| **10/05/01** | | | |
| CJB | Finish draft of LAS' first monthly fee application (.3); prepare draft notice for same (.2) | 0.50 | 60.00 |
| **10/09/01** | | | |
| CJB | Telephone Conference with Dottie Collins of Tersigni Consulting re: September fees and expenses | 0.10 | 12.00 |
| **10/11/01** | | | |
| MGZ | Review of Draft Warren Retention Documents | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Milch re: Warren retention issues | 0.20 | 55.00 |
| MGZ | Telephone Conference with J. Sakalo re: Application to Retain McKool & Cozen; review corresondence from J. Sakalo re: same | 0.20 | 55.00 |
| **10/12/01** | | | |
| MGZ | Review of draft Application to Retain McKool and Cozen firms | 0.30 | 82.50 |
| MGZ | Telephone Conference with P. Lockwood re: Warren retention | 0.20 | 55.00 |
| MGZ | Review correspondence from E. Strug re: outstanding fee requests | 0.10 | 27.50 |
| **10/15/01** | | | |
| MGZ | Review correspondence from P. Lockwood re: Debtors' chambers settlement | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Kapp re: Warren retention | 0.30 | 82.50 |
| MGZ | Review correspondence from S. Schwartz re: Debtors statement on Warren retention | 0.10 | 27.50 |
| MGZ | Review Debtors statement on Warren retention | 0.30 | 82.50 |
| MGZ | Draft correspondence to P. Lockwood re: same | 0.10 | 27.50 |

```
                                                    Page: 3
W.R. Grace                                         10/31/01
                                      ACCOUNT NO: 3000-07D
                                      STATEMENT NO:      5

    Fee/Employment Applications
```

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Review correspondence from P. Milch re: same | 0.10 | 27.50 |
| MGZ | Review correspondence from P. Lockwood re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: Application to Retain co-counsel | 0.20 | 55.00 |
| MGZ | Meeting with T. Taconelli re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with Lockwood re: Debtors statement on Walker | 0.20 | 55.00 |
| MGZ | Telephone Conference with Milch re: Warren retention documents | 0.10 | 27.50 |

10/16/01

| SLP | Review docket (.2); draft verified statement of Professor Warren (.5); revisions to same (.3) | 1.00 | 90.00 |
|---|---|---|---|

10/17/01

| SLP | Draft supplemental application of Professor Warren (.3); further revisions to verified statement of Professor Warren | 0.80 | 72.00 |
|---|---|---|---|
| MGZ | Telephone Conference with T. Taconelli re: Joint Application to Retain Co-counsel | 0.20 | 55.00 |
| MGZ | Review correspondence from T. Taconelli re: same | 0.10 | 27.50 |
| MGZ | Draft order re: same | 0.50 | 137.50 |
| MGZ | Draft correspondence to PD counsel re: Orders on Co-counsel Application | 0.10 | 27.50 |
| MGZ | Review correspondence from S. Breana re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo re: same | 0.20 | 55.00 |
| MGZ | Review, revise and finalize Warren Affidavit | 0.50 | 137.50 |
| MGZ | Draft correspondence to A. DeVille re: transmitting affidavit | 0.10 | 27.50 |

10/18/01

| MGZ | Review and edit prebill re: fee application preparation | 0.80 | 220.00 |
|---|---|---|---|
| MGZ | Review correspondence from A. DeVille re: status of Warren affidavits | 0.10 | 27.50 |

W.R. Grace

Fee/Employment Applications

Page: 4
10/31/01
ACCOUNT NO: 3000-07D
STATEMENT NO:         5

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Draft correspondence to A. DeVille re: same | 0.10 | 27.50 |
| MGZ | Review and revise Draft Warren Retention Documents | 0.70 | 192.50 |

**10/22/01**

| SLP | Finalize supplemental application of Professor Elizabeth Warren | 0.30 | 27.00 |
|---|---|---|---|

**10/23/01**

| SLP | Draft notice of application (.3); prepare application and exhibits for electronic filing (.5); electronically file notice of Warren application, application and verified statement (.3); serve hard copies of same (.3) | 1.40 | 126.00 |
|---|---|---|---|
| CJB | Review docket information to verify no objections filed regarding Campbell & Levine's second monthly fee application (.2); prepare certificate of no objection re: same (.2); prepare certificate of service and service list for electronic filing (.2); electronically fie and serve same (.2); prepare hard copy service of same (.2); review Tersigni's exhibits to September, 2001 fees and expenses in preparation for drafting monthly fee application (.1); prepare exhibits for electronic filing (.2); update fee/expense calendar (.1) | 1.40 | 168.00 |

**10/24/01**

| MGZ | Telephone Conference with P. Lockwood re: Warren Retention Documents | 0.10 | 27.50 |
|---|---|---|---|

**10/25/01**

| MGZ | Telephone Conference with D. Wilder re: Warren retention | 0.30 | 82.50 |
|---|---|---|---|
| MGZ | Telephone Conference with P. Lockwood re: same | 0.10 | 27.50 |
| MGZ | Review correspondence from and draft correspondence to Lockwood re: same | 0.10 | 27.50 |
| MGZ | Review correspondence from and telephone |  |  |

W.R. Grace

Fee/Employment Applications

|  | | HOURS | |
|---|---|---|---|
| | conference with D. Wilder re: same | 0.10 | 27.50 |

**10/29/01**

| | | | |
|---|---|---|---|
| DAC | Review of Debtor's objection to the Affidavit in support of Prof. Warren's engagement | 0.30 | 105.00 |
| CJB | Prepare Tersigni's second monthly fee application for September, 2001 fees | 1.00 | 120.00 |

**10/30/01**

| | | | |
|---|---|---|---|
| MGZ | Review Debtor's Objection to co-counsel application | 0.30 | 82.50 |
| MGZ | Review Gen. Committees Obj. to co-counsel application | 0.20 | 55.00 |
| MGZ | Review correspondence from P. Lockwood re: objections to co-counsel application | 0.10 | 27.50 |
| MGZ | Draft correspondence to P. Lockwood re: same | 0.10 | 27.50 |
| SLP | Prepare documents for electronic filing of Caplin & Drysdale's 2nd interim fee application | 1.50 | 135.00 |
| | FOR CURRENT SERVICES RENDERED | 18.80 | 3,523.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.30 | $350.00 | $105.00 |
| Matthew G. Zaleski | 8.70 | 275.00 | 2,392.50 |
| Cathie J. Boyer | 4.80 | 120.00 | 576.00 |
| Stephanie L. Peterson | 5.00 | 90.00 | 450.00 |

TOTAL CURRENT WORK                                                    3,523.50

10/31/01 Payment - Thank you. (7/01)(80%)                            -1,506.00

BALANCE DUE                                                          $9,660.00

W.R. Grace

Page: 6
10/31/01
ACCOUNT NO: 3000-07D
STATEMENT NO:        5

Fee/Employment Applications

Any payments received after the statement date will be
applied to next month's statement.   Please note your
account number on your payment.   Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    10/31/01
Wilmington  DE                              ACCOUNT NO: 3000-08D
                                            STATEMENT NO:        4

Fee/Employment Objections

PREVIOUS BALANCE                                        $1,210.00

                                                 HOURS
10/02/01
    MGZ Review Equity Committee Request for
        compensation                              0.20      55.00

10/04/01
    MGZ Review Stroock Fee Application for August
        2001                                      0.30      82.50

10/22/01
    MGZ Review of Pachulski Stang Fee Application  0.30      82.50
    MGZ Review of Blackstone Group Fee
        Application                                0.30      82.50
    MGZ Review of Nelson Mullens Fee
        Applications, May through August           0.40     110.00

        FOR CURRENT SERVICES RENDERED             1.50     412.50

                        RECAPITULATION
TIMEKEEPER                        HOURS HOURLY RATE      TOTAL
Matthew G. Zaleski                 1.50     $275.00     $412.50

        TOTAL CURRENT WORK                                 412.50

10/31/01 Payment - Thank you. (7/01)(80%)                 -264.00

Page: 2

W.R. Grace

10/31/01

ACCOUNT NO: 3000-08D

STATEMENT NO:          4

Fee/Employment Objections

BALANCE DUE                                    $1,358.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                          10/31/01
Wilmington  DE                        ACCOUNT NO: 3000-10D
                                      STATEMENT NO:          5

Litigation

PREVIOUS BALANCE                                   $4,492.50

                                            HOURS
10/01/01
    MGZ Telephone Conference with P. Lockwood re:
        status of hearing on pending matters        0.20     55.00

10/09/01
    MGZ Review order scheduling Omnibus hearing
        dates                                       0.10     27.50
    MGZ Review correspondence from P. Lockwood
        re: new hearing dates                       0.10     27.50

10/12/01
    MGZ Telephone Conference with J. Kapp re:
        pending matters and hearing status          0.20     55.00

10/15/01
    MGZ Review correspondence from and draft
        correspondence to E. Strug re: hearing
        status                                      0.10     27.50

10/22/01
    MGZ Telephone Conference with J. Kapp re:
        status of schedule conference on former
        employee motion                             0.10     27.50
    MGZ Telephone Conference with J. Phillips re:
        same                                        0.10     27.50

10/25/01
    CJB Office conference with MGZ re: notice of

W.R. Grace

Litigation

|  |  | HOURS |  |
|---|---|---|---|
| | motion for joint motion re: fraudulent claims and filing of same (.1); revisions to same (.1); prepare same and certificate of service for electronic filing (.1); electronically file and serve notice of motion (.2) coordinate hard copy service of same (.1) | 0.60 | 72.00 |

10/29/01

| | | HOURS | |
|---|---|---|---|
| MGZ | Review correspondence from S. Schwartz re: sched. conference on former employer motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.10 | 27.50 |

10/30/01

| | | | |
|---|---|---|---|
| MGZ | Revise correspondence from J. Sakalo re: agenda for 11/5 hearing | 0.10 | 27.50 |
| MGZ | Draft correspondence to J. Sakalo re: same | 0.10 | 27.50 |
| | FOR CURRENT SERVICES RENDERED | 1.90 | 429.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 1.30 | $275.00 | $357.50 |
| Cathie J. Boyer | 0.60 | 120.00 | 72.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 429.50 |

| | |
|---|---|
| 31/01 Payment - Thank you. (7/01)(80%) | -2,550.80 |

| | |
|---|---|
| BALANCE DUE | $2,371.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                          Page: 1
W.R. Grace                                              10/31/01
Wilmington  DE                           ACCOUNT NO: 3000-11D
                                         STATEMENT NO:        3

Plan and Disclosure Statement


PREVIOUS BALANCE                                        $552.50


BALANCE DUE                                            $552.50


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          10/31/01
Wilmington  DE                                        ACCOUNT NO: 3000-12D
                                                      STATEMENT NO:        3

Relief From Stay Proceedings


PREVIOUS BALANCE                                                    $770.00


                                                      HOURS
10/22/01
    MGZ Review of Toyota Stay Relief Motion            0.30         82.50

    FOR CURRENT SERVICES RENDERED                      0.30         82.50

                            RECAPITULATION
TIMEKEEPER                             HOURS HOURLY RATE          TOTAL
Matthew G. Zaleski                      0.30   $275.00          $82.50


    TOTAL CURRENT WORK                                              82.50


    BALANCE DUE                                                   $852.50


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/01 |
| Wilmington  DE | ACCOUNT NO: 3000-14D |
| | STATEMENT NO:          3 |

Valuation


PREVIOUS BALANCE                                          $157.50


BALANCE DUE                                              $157.50


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                        10/31/01
Wilmington  DE                                    ACCOUNT NO: 3000-15D
                                                  STATEMENT NO:        5

Committee Administration


PREVIOUS BALANCE                                         $12,862.00


                                                      HOURS
10/01/01
    MGZ Review correspondence from P. Milch re:
        further revised conf. documents                 0.10      27.50
    MGZ Review of further revised conf. documents       0.10      27.50
    PEM Telephone Conference with Sam Schwartz
        re: Financial Advisor Addendum and memo
        to J. Davis re: same                            0.30      67.50

10/02/01
    CJB Office conference with MGZ re: calendar
        (.1); set up 10/5/01 calendar and begin
        updating (.3)                                    0.40      48.00
    MGZ Review correspondence from E. Strug re:
        Committee Meeting Minute correction             0.10      27.50
    MGZ Draft correspondence to E. Strug re: same       0.10      27.50

10/03/01
    CJB Review docket information for objection
        deadlines for various fee applications
        for the calendar (.2) finish updating
        10/05/01 calendar (.2)                           0.40      48.00

10/05/01
    CJB Continue to update critical dates
        calendar                                        0.50      60.00
    MGZ Review of pending pleadings and begin
        draft of Weekly Rec. Memo                       1.00     275.00
    PEM Telephone Conference with J. Davis re:

                                                          Page: 2
W.R. Grace                                               10/31/01
                                          ACCOUNT NO: 3000-15D
                                       STATEMENT NO:         5

Committee Administration


                                              HOURS
       Grace confidentiality                   0.30      67.50

10/10/01
       CJB Revision to critical dates calendar (.1)      0.10      12.00

10/12/01
       MGZ Review pending pleadings and begin
           preparation of weekly rec. memo               1.00     275.00

10/15/01
       MGZ Review correspondence from E. Strug re:
           Weekly Rec. Memo                              0.10      27.50
       MGZ Draft correspondence to E. Strug re: same     0.10      27.50
       MGZ Continue preparation of weekly rec. memo      0.60     165.00
       MGZ Draft correspondence to co-counsel re:
           weekly rec. memo                              0.10      27.50
       MGZ Review correspondence from P. Lockwood
           re: same                                      0.10      27.50
       PEM Telephone Conference with S. Schwartz re:
           final Agreement and Blackstone documents
           (.1); letter and memo re: same (.2)           0.30      67.50

10/16/01
       MGZ Review caplin & Drysdale case status
           report                                        0.20      55.00

10/17/01
       CJB Begin draft of 10/10/01 critical dates
           calendar                                      0.30      36.00
       MGZ Review correspondence from A. McCarney
           re: case status inquiry                       0.10      27.50
       MGZ Telephone Conference with P. Lockwood re:
           McGarvey inquiry                              0.20      55.00

10/18/01
       PEM Review status reports to counsel              0.30      67.50

10/19/01
       MGZ Review of Pleadings and begin drafting
           Weekly Rec. Memo                              0.50     137.50

10/22/01
       CJB Update critical dates calendar                0.40      48.00

```
                                                        Page: 3
        W.R. Grace                                    10/31/01
                                            ACCOUNT NO: 3000-15D
                                         STATEMENT NO:         5
        Committee Administration
```

```
                                               HOURS
        MGZ Continue preparation of weekly rec. memo    0.60     165.00

10/25/01
        CJB Set up weekly recommendation memo and
            update same (.5)                            0.50      60.00

10/26/01
        MGZ Review pending pleadings and prepare
            weekly rec. memo                            1.10     302.50
        MGZ Draft corres. to co-counsel re: same        0.10      27.50

10/29/01
        PEM Review Calendar and recommendations to
            Committee                                   0.30      67.50

10/31/01
        CJB Setup weekly recommendation memo and
            update same                                 0.30      36.00

        FOR CURRENT SERVICES RENDERED                 10.60    2,390.50
```

```
                       RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Philip E. Milch              1.50    $225.00     $337.50
    Matthew G. Zaleski           6.20     275.00    1,705.00
    Cathie J. Boyer              2.90     120.00      348.00


        TOTAL CURRENT WORK                           2,390.50



10/31/01 Payment - Thank you. (7/01)(80%)            -5,179.60


        BALANCE DUE                                 $10,072.90
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/01
ACCOUNT NO:    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 6,363.58 | 0.00 | 3,455.88 | 0.00 | -2,147.27 | $7,672.19 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 2,700.50 | 567.50 | 0.00 | 0.00 | -1,428.00 | $1,840.00 |
| 3000-02 Asset Disposition | | | | | |
| 2,779.50 | 55.00 | 0.00 | 0.00 | -1,629.60 | $1,204.90 |
| 3000-04 Case Administration | | | | | |
| 15,584.90 | 1,944.00 | 0.00 | 0.00 | -9,487.60 | $8,041.30 |
| 3000-05 Claims Administration and Objections | | | | | |
| 6,551.50 | 632.50 | 0.00 | 0.00 | -396.00 | $6,788.00 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 1,958.50 | 55.00 | 0.00 | 0.00 | -1,210.00 | $803.50 |
| 3000-07 Fee/Employment Applications | | | | | |
| 7,642.50 | 3,523.50 | 0.00 | 0.00 | -1,506.00 | $9,660.00 |
| 3000-08 Fee/Employment Objections | | | | | |
| 1,210.00 | 412.50 | 0.00 | 0.00 | -264.00 | $1,358.50 |
| 3000-10 Litigation | | | | | |
| 4,492.50 | 429.50 | 0.00 | 0.00 | -2,550.80 | $2,371.20 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 552.50 | 0.00 | 0.00 | 0.00 | 0.00 | $552.50 |

Page: 2
W.R. Grace                                              10/31/01
                                        ACCOUNT NO:       3000

PREVIOUS BALANCE       FEES   EXPENSES   ADVANCES    PAYMENTS      BALANCE

       3000-12 Relief From Stay Proceedings
          770.00      82.50      0.00      0.00        0.00      $852.50

       3000-14 Valuation
          157.50       0.00      0.00      0.00        0.00      $157.50

       3000-15 Committee Administration
       12,862.00    2,390.50     0.00      0.00    -5,179.60  $10,072.90

       63,625.48   10,092.50   3,455.88    0.00   -25,798.87  $51,374.99

                  Any payments received after the statement date will be
                  applied to next month's statement.  Please note your
                  account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    10/31/01
Wilmington  DE                               ACCOUNT NO: 3000-00D
                                             STATEMENT NO:        5

Costs and Expenses

PREVIOUS BALANCE                                        $6,363.58

| | |
|---|---:|
| 10/01/01 Parcels, Inc. - Delaware Document Retrieval (09/14/01) | 7.50 |
| 10/03/01 Ikon Office Solutions - Document Reproduction | 806.70 |
| 10/03/01 Ikon Office Solutions - Document Reproduction | 327.55 |
| 10/03/01 FAX to John Port - 10 pages (Certificates) | 5.00 |
| 10/03/01 FAX to Sam Schwartz - 10 pages (Certificates) | 5.00 |
| 10/05/01 FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 10/05/01 FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 10/05/01 FAX to Elyssa Strug - 4 pages | 2.00 |
| 10/05/01 Federal Express to Denise Clement on 9/25/01 | 30.18 |
| 10/10/01 FAX to Elyssa Strug - 18 pages (Interim Fee App.) | 9.00 |
| 10/12/01 Federal Express to Elyssa Strug, Paralegal on 9/28/01 | 15.20 |
| 10/12/01 Federal Express to Larry Tersigni on 10/5/01 | 11.79 |
| 10/14/01 Parcels, Inc. - Delaware Document Retrieval (10/11/01) | 219.82 |
| 10/15/01 FAX to Samuel Schwartz - 11 pages (Agreement) | 5.50 |
| 10/15/01 FAX t 15 Committee Members - 10 pages | 75.00 |
| 10/16/01 FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 10/16/01 FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 10/16/01 FAX to Elyssa Strug - 4 pages | 2.00 |
| 10/16/01 AT&T Long Distance Phone Calls | 25.68 |
| 10/23/01 FAX to 15 Committee Members - 10 pages | 75.00 |
| 10/23/01 Parcels, Inc. - Delaware Document Retrieval | 52.50 |
| 10/24/01 Ikon Office Solutions - Document Reproduction and Mailing | 674.78 |
| 10/24/01 FAX to Peter Van N. Lockwood - 4 pages (Notice) | 2.00 |
| 10/26/01 Ikon Office Solutions - Document Reproduction and | |

```
                                                     Page: 2
W.R. Grace                                         10/31/01
                                       ACCOUNT NO: 3000-00D
                                       STATEMENT NO:        5

Costs and Expenses
```

|  |  |  |
|---|---|---|
| | Mailing | 246.11 |
| 10/26/01 | FAX to Douglas A. Campbell - 6 pages | 3.00 |
| 10/26/01 | Federal Express to James Sprayregen on 10/23/01 | 13.76 |
| 10/29/01 | Photocopying - Two copies of Calendar for Committee (10 pages) | 2.00 |
| 10/29/01 | Photocopying - Two copies of Players List (7 pages) | 1.40 |
| 10/29/01 | FAX to 15 Parties of Record - 10 pages | 75.00 |
| 10/30/01 | FAX to Peter Van N. Lockwood - 18 pages | 9.00 |
| 10/31/01 | Ikon Office Solutions - Document Reproduction and Mailing | 389.01 |
| 10/31/01 | Ikon Office Solutions - Document Reproduction and Mailing | 353.40 |
| 10/31/01 | FAX to Jay Sakalo - 6 pages | 3.00 |

```
          TOTAL EXPENSES                             3,455.88

          TOTAL CURRENT WORK                         3,455.88



10/31/01 Payment - Thank you. (7/01)(100%)          -2,147.27


          BALANCE DUE                                $7,672.19
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```