<u>**NO ORDER REQUIRED**</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: 11/29/01 at 4:00 p.m.** |
| | ) | **(Extended to 11/30/01 for U.S. Trustee)** |
| | ) | **Hearing Date: Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION**
<u>**REGARDING DOCKET NO. 1104**</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourth Interim Application for Compensation for Services Rendered and Reimbursement of Expenses of Bilzin Sumberg Dunn Baena Price & Axelrod LLP (the "Applicant") as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of September 1, 2001 through September 30, 2001 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 29, 2001. The objection deadline was extended to November 30, 2001 for the U.S. Trustee.

Pursuant to the Administrative Order Under 11 USC §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated May 3, 2001, the Debtors are authorized to pay the Applicant $39,231.60 which represents 80% of the fees ($49,039.50) and $6,936.85, which

represents 100% of the expenses requested in the Application for the period September 1, 2001 through September 30, 2001, upon the filing of this certification and without the need for entry of a Court order approving the Application.

                FERRY & JOSEPH, P.A.

                /s/ Theodore J. Tacconelli
                Michael B. Joseph (#392)
                Theodore J. Tacconelli (#2678)
                Rick S. Miller (#3418)
                824 Market Street, Suite 904
                P.O. Box 1351
                Wilmington, DE. 19899
                (302) 575-1555
                Local Counsel to the Official Committee of Asbestos
                Property Damage Claimants

                -and-

                Bilzin Sumberg Dunn Baena Price & Axelrod LLP
                Scott L. Baena, Esq.
                2500 First Union Financial Center
                200 South Biscayne Boulevard
                Miami, FL 33131-2336

                Counsel to the Official Committee of Asbestos
                Property Damage Claimants

Dated: December 3, 2001

F:\Meredith\TJT\WRGraceCommittee\certificate.no.objection.4th.Bilzin.fee.app.wpd