**Exhibit C**
June Fee Application

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## SUMMARY COVERSHEET TO FIRST MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JUNE 1, 2001 THROUGH JUNE 30, 2001

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2001 through June 30, 2001. |
| Amount of compensation sought as actual, reasonable and necessary | $185,317.12 for the period June 1, 2001 through June 30, 2001 (80% of $231,646.40 in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $90,104.66 for the period June 1, 2001 through June 30, 2001. |

This is a:       *Monthly interim application.*

The total time expended for fee application preparation in June 2001 is

approximately 0 hours and the corresponding compensation requested is approximately $0.00.

Such amounts will be included on the invoice for services performed during July 2001.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | No objections served on Counsel | No objections served on Counsel |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | No objections served on Counsel | No objections served on Counsel |

As indicated above, this is the third application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marrarp | Partner | $420 | 183.3 | $76,986.00 |
| Angela Pelletier | Associate | $200 | 188.3 | $37,660.00 |
| William Hughes | Counsel | $305 | 216.3 | $65,971.50 |
| Tamara Parker | Associate | $260 | 95.4 | $24,804.00 |
| Anthony F. King | Partner | $375 | .    3 | $112.50 |
| Alec Zacaroli | Associate | $185 | 52.5 | $9,712.50 |
| Sean R. Ward | Associate | $165 | 7.4 | $1,221.00 |
| Susan V. Watson | Associate | $200 | 3.2 | $640.00 |
| Barbara Banks | Paralegal | $130 | 193.2 | $25,116.00 |
| Darlene Boozer | Legal Clerk | $95 | 93.90 | $8,920.50 |
| Natasha Bynum | Legal Clerk | $95 | 38.0 | $3,610.00 |
| Keith Kaider | Paralegal | $130 | 7.0 | $910.00 |
| Mahmoude Moasser | Paralegal | $130 | 53.0 | $6,890.00 |
| Rebecca Mitchell | Paralegal | $115 | 3.8 | $437.00 |
| Tonya Manago | Senior Paralegal | $130 | 65.3 | $8,489.00 |
| Paul Pittman | Paralegal | $115 | 98.7 | $11,350.50 |

| Reilly Smith | Paralegal | $115 | 26.8 | $3,082.00 |
| --- | --- | --- | --- | --- |
| | | | | |

Total Fees          $308,391.00

Total Hours         1393.5

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Airfares | $4,272.50 |
| Outside Messenger | $231.41 |
| Auto Rental | $108.67 |
| Car Service | $146.00 |
| Copies- Internal and Outside | $26,034.71 |
| Hotels | $975.89 |
| Facsimile | $168.75 |
| Lexis | $3,714.84 |
| Meals during Travel | $196.65 |
| Telephone | $490.54 |
| FedEx | $2,303.87 |
| Parking | $14.00 |
| Postage | $29.43 |
| Knight Piesold - Consulting - May | $15,000.00 |
| Taxis/Miscellaneous Travel Expenses | $1,029.62 |
| Temporary Services | $1,903.50 |
| Westlaw | $5,651.27 |
| Industrial Health - Research | $3,986.96 |
| SI Group, LLC - Consultant | $19,828.62 |
| Overtime Meals | $$175.27 |
| Overtime Meals - Attorneys/Paralegals | $354.79 |
| Overtime Transportation | $945.54 |
| Secretarial Overtime | $2,541.83 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**VERIFIED APPLICATION OF WALLACE KING MARRARO & BRANSON FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE THIRD INTERIM PERIOD FROM JUNE 1, 2001 THROUGH JUNE 30, 2001**

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as

amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below),

the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim

Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Wallace King Marraro & Branson

PLLC ("WKMB") as special litigation and environmental counsel for the above-captioned debtors

and debtors in possession (collectively, "Debtors") in connection with their chapter 11 cases, hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, Inc., L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

applies for an order allowing it (i) compensation in the amount of $231,646.40 for the reasonable and necessary legal services WKMB has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that WKMB incurred in the amount of $90,104.66 (the "Application"), in each case for the period from June 1, through June 30, 2001 (the "Fee Period"). In support of this Application, WKMB respectfully states as follows:

### Retention of WKMB

1.       On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee."). On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders (the "Equity Security Holders' Committee," collectively with the Creditors' Committee, the Asbestos Personal Injury Committee and the Asbestos Property Damage Committee, the "Committees").

2.       By this Court's order dated June 21, 2001, the Debtors were authorized to retain WKMB as their special counsel, effective as of the Petition Date, with regard to environmental and litigation matters (the "Retention Order"). The Retention Order authorizes the Debtors to compensate WKMB at hourly rates charged by WKMB for services of this type and to be

-2-

reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

        3.      The Retention Order also allowed for a special fee arrangement with the Debtors in connection with a pending litigation matter, *Interfaith Community Organization v. Honeywell International, Inc. et al ('Honeywell litigation")*. By Agreement with the Debtors, WKMB is entitled to receive its full standard hourly rates until June 21, 2001 when its standard hourly rates billed for the Honeywell litigation will be reduced by 40% in return for an interest in the outcome of the Honeywell litigation. Thus, a 40% discount is applied to all professional fees ibilled after June 21, 2001.

        4.      As disclosed in the following affidavit:

> Affidavit of Christopher H. Marraro in Support of Application for Order Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Wallace King Marraro & Branson as Special Litigation and Environmental Counsel for the Debtors and Debtors in Possession (the "Original Affidavit"), filed June 4, 2001;

WKMB does not represent any interest adverse to the estates.

        5.      WKMB does not currently represent, but could in the future represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases. WKMB will update the Affidavits when WKMB becomes aware of material new information.

        6.      WKMB performed the services for which it is seeking compensation on behalf of or the Debtors and their estates, and not on behalf of any committee, creditor or other person.

7.    On or about July 9, 2001, Grace paid Wallace King Marraro & Branson, PLLC an ordinary course professional allowance of $50,000.00 for the month of June. That amount is reflected as a credit on the invoice statement for the Honeywell matter.

8.    Pursuant to Fed. R. Bank. P. 2016(b), WKMB has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of WKMB, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

9.    This is the third application for interim compensation for services rendered that WKMB has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

### Reasonable and Necessary Services Rendered by WKMB-- Generally

10.    The WKMB attorneys who rendered professional services during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Christopher Marraro | Partner | 18 Years | Litigation | $420.00 | 183.30 | $76,986.00 |
| Anthony F. King | Partner | 11 Years | Litigation | $375.00 | .30 | $112.50 |
| William Hughes | Counsel | 10 Years | Litigation | $305.00 | 216.30 | $65,971.50 |
| Tamara Parker | Associate | 8 Years | Litigation | $260.00 | 95.40 | $24,804.00 |
| Angela Pelletier | Associate | 3 Years | Litigation | $200.00 | 188.30 | $37,660.00 |
| Peter Condron | Counsel | 13 Years | Litigation | $335.00 | 67.10 | $22,478.50 |
| Alec Zacaroli | Associate | 2 Years | Litigation | $185.00 | 52.50 | $9,712.50 |
| Sean R. Ward | Associate | 3 Years | Litigation | $165.00 | 7.40 | $1,221.00 |

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Susan V. Watson | Associate | 4 Years | Litigation | $200.00 | 3.20 | $640.00 |
|  |  |  |  |  |  |  |

-5-

11.    The paraprofessionals of WKMB who have rendered professional services in these cases during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compen- sation |
|---|---|---|---|---|---|---|
| Barbara Banks | Paralegal | 4 Years | Litigation | $130.00 | 193.20 | $25,116.00 |
| Darlene Boozer | Legal Clerk | 1 Year | Litigation | $95.00 | 93.90 | $8,920.50 |
| Natasha Bynum | Legal Clerk | 1.5 Years | Litigation | $95.00 | 38.00 | $3,610.00 |
| Keith Kaider | Paralegal | 4 Years | Litigation | $130.00 | 7.00 | $910.00 |
| Mahmoude Moasser | Paralegal | 10 Years | Litigation | $130.00 | 53.00 | $6,890.00 |
| Rebecca Mitchell | Paralegal | 1.5 Years | Litigation | $115.00 | 3.80 | $437.00 |
| Tonya Manago | Senior Paralegal | 5 Years | Litigation | $130.00 | 65.30 | $8,489.00 |
| Paul Pittman | Paralegal | 2 Years | Litigation | $115.00 | 98.70 | $11,350.50 |
| Reilly Smith | Paralegal | 6 Months | Litigation | $115.00 | 26.80 | $3,082.00 |

Grand Total for Fees: 308,391.00
Less 40% Discount:   ( 26,744.60)
Less Payment:        ( 50,000.00)

Total Due            $231,646.40

12.    WKMB has advised and represented the Debtors in connection with certain litigation and environmental matters. These matters include the Honeywell litigation, cost recovery litigation against other private parties and representation of the Debtors before the U.S. Environmental Protection Agency in connection with the Libby, Montana asbestos remediation matter.

13.    The rates described above are WKMB 's hourly rates for services of this type. Attached as Exhibit A is a detailed itemization and description of the services that WKMB rendered

during this Fee Period. Based on these rates and the services performed by each individual, the reasonable value of such services is $307,467.00. The WKMB attorneys and paraprofessionals expended a total of 1393.50 hours for these cases during this Fee Period. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

14.     Further, Exhibit A (a) identifies the individuals that rendered services in each Subject Matter, as defined and described below, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Each numbered tab in Exhibit A corresponds to the matter number that WKMB assigned to each Subject Matter. If a Subject Matter does not appear, then WKMB did not bill time or expenses for that Subject Matter during this Fee Period, but may bill time for that Subject Matter in the future.

<u>**Reasonable and Necessary Services Rendered by WKMB**</u>

<u>**Categorized by Matter**</u>

15.     The professional services that WKMB rendered during the Fee Period are grouped into the numbered and titled categories of subject matters described in Paragraphs 15-19 herein (the "Subject Matter(s)").

16.    Matter 6 – Honeywell litigation

(Fees: $307,467.00; Hours: 1391.30)

This Subject Matter involves time spent in litigation against Honeywell International, Inc. to recover substantial costs and damages and to compel Honeywell to clean up nearly a million tons of chromium process waste disposed of by a Honeywell predecessor, Mutual Chemical Company. Included is time preparing and filing motions, working on fact and expert discovery, undertaking factual and legal research and analysis and attending court hearings.

17.    Matter 9 – Libby, Montana

(Fees: $924.00; Hours: 2.20)

This Subject Matter describes activities concerning the representation of the Debtors before the U.S. Environmental Protection Agency relating to EPA's enforcement action concerning asbestos at Libby, Montana. Included is time for meetings with EPA and strategic planning.

**Actual and Necessary Expenses**

20.    It is WKMB's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is WKMB's policy to charge its clients only the amount actually incurred by WKMB in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals, and lodging. With respect to airfare expenses, all travel, by all individuals, is billed at the coach class rate with allowances for class upgrades.

21.    WKMB charges: (a) $0.15 per page for duplication and (b) $0.75 per page for outgoing telecopier transmissions (plus related toll charges). WKMB does not charge its clients for

-8-

incoming telecopier transmissions. WKMB has negotiated a discounted rate for Lexis and Westlaw computer assisted legal research, which is approximately $125/hour of online use of the standard Westlaw databases and approximately $3.00/minute for Lexis databases. Computer assisted legal research is used whenever the researcher determines that using Lexis/Westlaw is more cost effective than using traditional (non-computer-based legal research) techniques.

22.    A summary of expenses by type, as well as a detailed itemization and description of the disbursements made by WKMB on the Debtors' behalf during the Fee Period is attached hereto as Exhibit B. All of these disbursements comprise the requested sum for WKMB out-of-pocket expenses, totaling $90,104.66. These disbursements are grouped in Exhibit B into the same numbered and titled categories of Subject Matters as the fees are grouped in Exhibit A. The numbered tabs within Exhibit B correspond to the numbers assigned to the matters described in Paragraphs 15-19 herein. Any missing Subject Matters merely indicate that no expenses were attributed to such Subject Matters during the Fee Period, although expenses may be attributable to such Subject Matters in the future. A summary of expenses by category for the entire Fee Period is also set forth in Exhibit B.

### Representations

23.    WKMB believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

24.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. WKMB reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

the Application due to accounting and processing delays. WKMB reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

25.     In summary, by the Application, WKMB requests compensation for fees and expenses in the total amount of $323.827.06, consisting of (a) $233,722.40 for reasonable and necessary professional services rendered and (b) $90,104.66 for actual and necessary costs and expenses.

WHEREFORE, WKMB respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the reasonable and necessary professional services WKMB has rendered to the Debtors during the Fee Period ($185,317.72) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by WKMB during the Fee Period ($90,104.66); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Washington, D.C.
Dated: August 9, 2001

Respectfully submitted,

WALLACE KING MARRARO & BRANSON PLLC

_____

Christopher H. Marraro
1050 Thomas Jefferson Street N.W.
Washington, D.C. 20007
(202) 204-1000

-10-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by

the lawyers and other persons in the firm.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.    The facts set forth in the foregoing Application are true and correct to the best

of my knowledge, information and belief.

_____
Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 9th day of August 2001.

_____
Notary Public

My Commission Expires:

**Tonya Manago**
**Notary Public, District of Columbia**
**My Commission Expires  03-14-05**

-2-

# EXHIBIT A

MATTER 6 - HONEYWELL

FEES - JUNE 2001

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 08, 2001

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12254

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 06/01/01 | BB | Consult with Ms. Pelletier re expert and rebuttal expert reports and distribution arrangements to experts and attorneys (.4 hrs.); place follow up calls to local counsel re same (.3 hrs.); prepare fax of pertinent document for case expert for Mr. Hughes (.3 hrs.); coordinate, prepare and scan defendant's expert reports and prepare letters and FedEx packages of same to all experts for Ms. Pelletier (6.3 hrs.); deliver same to FedEx for shipment (.5 hrs.). | 7.80 |
|  | CHM | Review Honeywell expert reports (Rivkin, Hart, and Demming) and prepare simultaneous outline of key points (3.6 hrs.); draft declaratory judgment section of CERCLA Section 107 brief (2.8 hrs.); conference with Dr. Goad re Costa and Rivkin deposition preparations (.8 hrs.) | 7.20 |

W. R. Grace & Co.                                                                      Page    2

|                |     |                                                                                                                                                                                                                                                                                                                                                                                                                                    | Hours |
|----------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 06/01/01       | TM  | Per the request of Mr. Marraro in preparation for upcoming deposition prepared deposition books (1.2 hrs.); incorporate new documents into case files (1.3 hrs.).                                                                                                                                                                                                                                                                       | 2.50  |
|                | FPP | Discussion with Ms. Pellitier regarding assignment to research and gather all reports on sites 15 and 1120.                                                                                                                                                                                                                                                                                                                            | 1.00  |
|                | AP  | Call with Akos Nagy re Grace accounting procedures and documents (.6 hrs.); research for motion for summary judgment (7.0 hrs.).                                                                                                                                                                                                                                                                                                        | 7.60  |
|                | WH  | Draft motion for partial summary judgment on CERCLA 107 claim (7.0 hrs.); conference with Mr. Zacaroli re research in support of same (.5 hrs.); research in support of strict liability brief (1.4 hrs.).                                                                                                                                                                                                                              | 8.90  |
|                | MM  | Office conference with Ms. Pelletier re discovery projects to be completed (.2 hrs.); office conference with Mr. Pittman re same (.3 hrs.); review Grace databases for site reports (i.e., site 15, 120, and 157) per Ms. Pelletier's request (1.9 hrs.); forward e-mail to Mr. Pittman to continue the process of producing various site reports as stated previously (.2 hrs.); review case pleading files and produce requested documents for Ms. Pelletier's review (.8 hrs.); case management (.2 hrs) | 3.60  |
| 06/02/01       | AP  | Research regarding CERCLA, piercing corporate veil in preparation for drafting Motion for Summary Judgment on Honeywell's claims.                                                                                                                                                                                                                                                                                                       | 8.30  |
|                | BB  | Scan additional expert report from defendant and email all expert reports to attorneys, case expert and local counsel for Ms. Pelletier (.5 hrs.); review and quality check copies of                                                                                                                                                                                                                                                  | 3.00  |

W. R. Grace & Co.                                                    Page    3

                                                                 **Hours**

|  |  | supplemental expert supporting documents for Ms. Parker and prepare for production (1.8 hrs.); prepare index of supporting documents from plaintiffs' produced documents (.7 hrs.). |  |
|---|---|---|---|
| 06/02/01 | FPP | Research document index for specific reports. | 4.00 |
| 06/03/01 | AP | Research and prepare draft Motion for Summary Judgment on behalf of Grace & Co. and Grace Ltd. | 10.10 |
|  | FPP | Research document index and extract specific reports. | 2.50 |
| 06/04/01 | TM | Analyzed new case documents and incorporate into case files (2.0 hrs.); retrieved documents for Ms. Parker re summary judgment exhibits to Bill Miller's declaration (.5 hrs.). | 2.50 |
|  | AP | Calls with Jack McFarland regarding declaration in support of Summary Judgment briefs (.8 hrs.); conference with C. Marraro and B. Hughes regarding Summary Judgment briefing (1.1 hrs.); research Spill Act for Summary Judgment brief (4.0 hrs.); research RCRA issues relating to Grace & Co. and Grace Ltd. (6.1 hrs.). | 12.00 |
|  | FPP | Research document index for specific reports (2.0 hrs.); locate and extract documents for use by Ms. Pellitier (3.0 hrs.); review deposition transcript for specific information for use by Mr. Hughes (2.0 hrs.). | 7.00 |
|  | CHM | Conference call with Sciences International re fee issues (.3 hrs.); conference call with SAI re expert fees (.5 hrs.); conference call with GeoMega re expert fees (.3 hrs.); conference with Knight Piesold re expert fee issues (.5 hrs.); conference with Dr. Costa re expert fees | 8.30 |

W. R. Grace & Co.

<u>Hours</u>

issues (.2 hrs.); review first draft summary
judgment of license agreement brief (.7 hrs.);
conference M. Flax re same (.2 hrs.); prepare
Mr. McGuire for expert deposition (5.6 hrs.).

06/04/01 BB    Consult with Ms. Parker re summary judgment         9.30
exhibits (.3 hrs.); review draft summary
judgment memorandum and research case files
and production databases for pertinent
documents (3.2 hrs.); collect and cordinate
pertinent documents for summary judgment
brief (2.0 hrs.); collect and prepare documents
in preparation for 6/6/01 deposition for Mr.
Marraro (.8 hrs.); respond to inquiries from
case experts and prepare and email pertinent
documents (.4 hrs.); review, coordinate and
prepare production of documents in support of
experts' reports (1.7 hrs.); prepare FedEx
packages for shipment to opposing counsel (.5
hrs.); collect, prepare and fax of pertinent
documents for case expert (.4 hrs.).

WH    Draft opposition to Honeywell's motion in         9.40
limine re Dr. Anderson and Hugh McGuire
(2.4 hrs.); conference with Ms. Flax re same (.4
hrs.); work on RCRA partial summary
judgment motion (6.0 hrs.); conference with
Mr. Marraro and Mr. Goad re expert
depositions and summary judgment motions (.4
hrs.); confer with Ms. Pelletier re assignments
(.2 hrs.).

TP    Proofreading and revising draft of summary         8.40
judgment declarations including identifying
and requesting supporting exhibits (6.0 hrs.);
instructing Ms. Self on formatting changes
needed (.8 hrs.); several telephone conferences
with Dr. Anderson's office, email to Ms. Banks
re Dr. Anderson's additional supporting
documents to be produced and updated Dr.

W. R. Grace & Co.                                                          Page    5

                                                                         <u>Hours</u>

|            |     | Anderson's bibliography to reflect telephone conference with her office (1.3 hrs.); drafted letter to Caffrey and Boenning re documents being produced (.3 hrs.). |       |
|------------|-----|---|-------|
| 06/05/01 | BB  | Consult with Ms. Parker and Mr. Hughes re assignments (.2 hrs.); research production databases and collect, coordinate and prepare exhibits for summary judgment motion for Ms. Parker (7.5 hrs.); provide pertinent case expert information for Mr. Marraro (.1 hrs.); follow up on 5/01 deposition transcript for Mr. Hughes (.2 hrs.); collect and prepare pertinent produced documents for plaintiff and arrange for copying and delivery for Mr. Hughes (1.1 hrs.); cite check partial summary judgment brief for Ms. Parker (1.4 hrs.). | 10.50 |
|            | FPP | Research CD's of produced documents and print requested reports. | 7.50 |
|            | AP  | Research and draft Summary Judgment brief on Grace & Co. | 8.30 |
|            | TP  | Making changes to summary judgment on CERCLA 113 claim including checking exhibits to brief, drafting index of exhibits (5.0 hrs.); office conference with Ms. Banks re preparing exhibits (.5 hrs.); reviewed Geraghty & Miller report and various correspondence to identify those appropriate for use as exhibits, reviewed Wong transcripts to identify pages for use in summary judgment on CERCLA 113 claim (1.5 hrs.); called Mr. German re deposition (.1 hrs.). | 7.10 |
|            | WH  | Draft and revise motion for partial summary judgment on RCRA claim (5.2 hrs.); factual research in support of same (4.2 hrs.); conference with Mr. Nye regarding human | 9.70 |

W. R. Grace & Co.

Page    6

|  |  |  | Hours |
|---|---|---|---|
|  |  | health risk issues in connection with RCRA motion (.3 hrs.). |  |
| 06/05/01 | RM | Westlaw research for Mr. Hughes re strict liability or ultra hazardous activity involving chromium in New Jersey cases (.7 hrs.); discuss same with Mr. Hughes (.1 hrs.). | 0.80 |
|  | CHM | Edit first three sections of RCRA summary judgment brief. | 4.20 |
| 06/06/01 | CHM | Defend McGuire expert deposition in New Jersey (7.2 hrs.); prepare memo for file re McGuire deposition (.6 hrs.). | 7.80 |
|  | PCC | Review and revise Grace summary judgment brief on Grace & Co., and Grace Ltd. | 3.00 |
|  | TM | Prepare table of contents for the summary judgment on contribution under Section 113 of CERCLA (.5 hrs.); pulled and copied invoices showing costs Grace and ECARG have incurred regarding clean-up of the site (1.5 hrs.); analyzed and incorporated new documents into case files (.4 hrs.). | 2.40 |
|  | TP | Correspond with Ms. Manago and Ms. Banks requesting copies of Bill Miller declaration and reviewed invoice related to site and summary of costs paid by Grace and ECARG for exhibits to declaration (.8 hrs.); reviewed letters from Honeywell counsel re expert documents that they claim have not been produced and office conference with Ms. Banks re confirming production complete and phone calls to experts re whether they have any of the documents that Honeywell counsel is seeking (2.2 hrs.); reviewed expert report for deposition of Ben Ross (1.9 hrs.). | 4.90 |

W. R. Grace & Co.

| | | | Hours |
|---|---|---|---|
| 06/06/01 | FPP | Research index and gather exhibits to be used in brief at the request of Ms. Pellitier. | 8.30 |
| | AFK | Telephone conference with Mr. Marraro re summary judgment motions (.2 hrs.); review and revise draft (1.7 hrs.); research re same (.5 hrs.); conferences with Messrs. Hughes and Condron re same (.3 hrs.). | 0.30 |
| | WH | Revise section of motions for partial summary judgment on CERCLA 107 and 113 claims (7.1 hrs.); factual research in support of same (1.7 hrs.). | 8.80 |
| | ACZ | Research for B. Hughes on application of strict liability under the New Jersey Spill Act. | 3.00 |
| | BB | Continue cite check of partial summary judgment brief for Ms. Parker (.5 hrs.); consult with Mr. Hughes re assignment (.1 hrs.); place calls to and email case expert re pertinent documents for summary judgment motion for Mr. Hughes .3 hrs.); research files, collect and prepare pertinent documents re summary judgment motion for Mr. Hughes (5.8 hrs.); collect, prepare, review  and prepare fax of pertinent site document re 6/6/01 deposition to Mr. Marraro for Ms. Pelletier (.5 hrs.); consult with Ms. Parker re results (.3 hrs.); review and analyze new case documents, correspondence and pleadings, coordinate and prepare for incorporation into existing case files (2.0 hrs.). | 9.50 |
| 06/07/01 | TM | Flagged production documents (2.2 hrs.); meeting with Ms. Banks regarding summary judgment briefing schedule and case coverage (1.0 hrs.); assisted Ms. Banks with the collection, review and copying of potential exhibits (1.0 hrs.). | 4.20 |

W. R. Grace & Co.                                                    Page    8

|  |  |  | Hours |
|---|---|---|---|
| 06/07/01 | ACZ | Research for B. Hughes on common-law strict liability in NJ (1.0 hrs.); discussions with B. Hughes regarding same and regarding declaratory judgments under CERCLA Section 107 (.2 hrs.). | 1.20 |
|  | WH | Finish drafting motion for partial summary judgment on RCRA claim for review by Mr. Marraro (9.7 hrs.); conferences with Mr. Marraro and ICO lawyers regarding same (.7 hrs.). | 10.40 |
|  | PCC | Office conferences with Mr. Hughes regarding motions. | 0.50 |
|  | NAB | Create list of exhibits to be used in summary judgment motion (2.5 hrs.); pull documents to be used in summary judgment motion (1.5 hrs.). | 4.00 |
|  | CHM | Conference with A. Nagy re case developments (1.4 hrs.); conference with J. Agnello re strategy issues on depositions (1.2 hrs.); conference with ICO re letter to Judge re Rifkin deposition (.3 hrs.); review draft to Judge (.2 hrs.); review Ross and Montgomery expert reports in preparation for Anderson deposition (1.6 hrs.); edit Grace & Co. brief (2.4 hrs.); various calls to reschedule Kanter deposition with Honeywell (.3 hrs.); draft evidence section on RCRA brief (2.2 hrs.); list exhibits for RCRA and CERCLA summary judgment briefs (1.4 hrs.). | 11.00 |
|  | AP | Conferences with C. Marraro and P. Condron re CERCLA briefs (2.3 hrs.); research regarding Bestfoods case and applicable standards for subsidiary liability (3.0 hrs.); calls with Akos Nagy regarding declarations (1.2 hrs.). | 6.50 |

W. R. Grace & Co.                                                                        Page        9

|  |  |  | Hours |
|---|---|---|---|
| 06/07/01 | FPP | Research and gather exhibits to be used in brief at the request of Ms. Pellitier (5.8 hrs.); research and pull cases cited in brief (2.0 hrs.). | 7.80 |
|  | DB | Pull and copy documents to be used as exhibits in summary judgment motions. | 8.50 |
|  | BB | Assist Ms. Kelly in collecting pertinent documents (.5 hrs.); collect and prepare documents pertinent to summary judgment RCRA and CERCLA claims brief for Mr. Hughes (4.7 hrs.); arrange, coordinate and send email re attorney assistance for collection and preparation of additional exhibits (.4 hrs.); read all claims brief and prepare work sheet for exhibits (1.3 hrs.); incorporate new pleadings into case file (.6 hrs.); read, analyze new correspondence and documents and incorporate into case files (2.5 hrs.); prepare fax re pertinent court information to local counsel (.4 hrs.); incorporate deposition schedule into case calender and distribute to case attorneys, staff, local counsel and case expert (.6 hrs.); research case files for expert report supporting documents not provided to defendant for Ms. Parker and send email re results (2.3 hrs.). | 13.30 |
|  | TP | Prepared for and participated at Ross deposition (7.3 hrs.); prepared memo of notes summarizing deposition testimony (1.4 hrs.). | 8.70 |
| 06/08/01 | AP | Calls with J. McFarland, D. Garvey, D. Cleary and A. Nagy regarding declarations in support of summary judgment (3.4 hrs.); conferences with P. Pittman regarding appendix in support of Summary Judgment (.7 hrs.); supervise production of appendix exhibits (1.7 hrs.); | 8.30 |

W. R. Grace & Co.                                                                    Page    10

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | team meeting regarding Summary Judgment briefing (2.5 hrs.). |  |
| 06/08/01 | DB | Pull and copy documents to be used as exhibits in summary judgment motions. | 5.60 |
|  | WH | Revisions to RCRA and CERCLA briefs (6.9 hrs.); conference with team members regarding status of briefs and related tasks (.8 hrs.); continue collecting evidence in support of motions (2.1 hrs.). | 9.80 |
|  | TP | Telephone conference with Mr. Miller and emailed draft declaration (.8 hrs.); office conference with Mr. Marraro re substance of two Miller declarations and Mr. Miller's reaction to our requests for new declaration (.2 hrs.); meeting with Dr. Anderson, drafted declaration and prepared photo exhibits to accompany declaration (3.6 hrs.); office conference with Ms. Banks re status of producing documents from Dr. Anderson (.1 hrs.). | 4.70 |
|  | MM | In preparation of upcoming filings of various motions, review case material and produce various documents to be used in the appendix of all filings (2.1 hrs.); office conference with Mr. Hughes re various documents to be produced from case material (i.e., declaration of David Cleary, reports, etc.) (1.2 hrs.); office conference with Mr. Marraro re same (i.e., produce copy of Donald Belsito's expert report (.2 hrs.); office conference with Ms. Flax re various preliminary matters regarding the motions to be filed (.6 hrs.). | 3.10 |
|  | TM | Reviewed and updated correspondence and pleadings (1.3 hrs.); analyzed new documents and incorporate into case files (.8 hrs.); | 3.10 |

W. R. Grace & Co.                                                    Page   11

                                                                    __Hours__

|            |     | meeting with summary judgment team regarding weekend coverage assignments (.5 hrs.);  meeting with Ms. Pelletier regarding summary judgment briefing schedule (.5 hrs.). |       |
|------------|-----|---|------:|
| 06/08/01   | NAB | Create list of exhibits to be used in summary judgment motion and pull documents re same (2.5 hrs.); pull documents to be used in summary judgment motion (5.0 hrs.). | 7.50 |
|            | CHM | Conference with Dr. Shelnutt to prepare for Dr. Belsito's deposition (2.4 hrs.); edit plaintiff's redraft of RCRÁ briefs (3.6 hrs.); review Belsito documents in preparation for Belsito preparation session (3.4 hrs.). | 9.40 |
|            | FPP | Gather documents for use in appendix to briefs (6.3 hrs.); prepare declaration for use with appendix (3.0 hrs.). | 9.30 |
| 06/09/01   | DB  | Pull and copy documents to be used as exhibits in summary judgment motions. | 5.20 |
|            | FPP | Gather documents for use in appendix to briefs (5.0 hrs.); prepare declaration for use with appendix (5.0 hrs.). | 10.00 |
|            | WH  | Draft motion for partial summary judgment on strict liability claim (8.6 hrs.); review and revise motion for partial summary judgment regarding WR Grace & Co. and Grace Ltd. (1.8 hrs.); conferences with Ms. Flax regarding drafting motions, proposed orders and related papers (1.2 hrs.). | 11.60 |
|            | MM  | In preparation of filing various motions, continue to review case material and produce documents to be incorporated in the appendix accordingly (3.4 hrs.); office conferences with | 3.50 |

W. R. Grace & Co.                                                                   Page   12

|  |  | | **Hours** |
|---|---|---|---|
|  |  | Mr. Pittman, Ms. Flax , Ms. Pelletier and Mr. Hughes re same (.2 hrs.). | |
| 06/09/01 | TP | Assisted Mr. Marraro in identifying documents for deposition preparation (.3 hrs.); revised Dr. Anderson's declaration and exhibits thereto in accordance with Mr. Marraro's input (2.1 hrs.); assisted with identifying and preparing exhibits for summary judgment motions (1.3 hrs.). | 3.70 |
|  | NAB | Search for exhibits to be used in summary judgment motion and pull documents re same (7.0 hrs.); add documents to summary judgment exhibit list (3.0 hrs.). | 10.00 |
|  | AP | Draft CERCLA, Spill Act and RCRA arguments for Brief requesting Summary Judgment on Honeywell claims (5.9 hrs.); supervise gathering of exhibits and compilation of appendix (.9 hrs.). | 6.80 |
|  | ACZ | Research on NJ standards and federal common-law standard on piercing the corporate veil and the effect of parying the expenses of a subsidiary corporation (5.1 hrs.); additional research on related issues of corporate liability (3.1 hrs.). | 8.20 |
|  | CHM | Edit latest draft license agreement and Grace & Co. summary judgment briefs. | 4.00 |
| 06/10/01 | AP | Supervise compilation of appendix (.7 hrs.); redraft CERCLA argument per instruction of P. Condron (3.3 hrs); cite check briefs (2.0 hrs.). | 6.00 |
|  | DB | Pull and copy documents to be used as exhibits in summary judgment motions. | 7.60 |

W. R. Grace & Co.

Page   13

|  |  |  | Hours |
|---|---|---|---|
| 06/10/01 NAB | Add documents to exhibit list for summary judgment (1.3 hrs.); pull documents to be used as exhibits in the summary judgment motion (4.0 hrs.). | | 5.30 |
| | MM | In preparation of filing various motions, continue to review case material and produce documents to be incorporated in the appendix accordingly (4.1 hrs.); office conferences with Mr. Pittman, Ms. Flax , and Ms. Pelletier re same (.3 hrs.); draft declaration of Julie Vanmiddlesworth with exhibits to be filed with stated motions (1.1 hrs.). | 5.50 |
| | WH | Continue drafting and revising motion for partial summary judgment on strict liability claim (7.4 hrs.); revisions to RCRA and CERCLA motions (2.6 hrs.); conferences with team members regarding briefs (1.2 hrs.). | 11.20 |
| | CHM | Review Dr. Shelnut's preparation outline for Dr. Belsito's (1.0 hrs.); prepare Dr. Belsito for deposition in New Jersey (5.0 hrs.); dinner meeting with Dr. Shelnutt and Dr. Belsito (2.4 hrs.). | 8.40 |
| | FPP | Gather documents for use in appendix to briefs (4.0 hrs.); prepare declaration for use with appendix (3.8 hrs.). | 7.80 |
| 06/11/01 NAB | Copy document to be included in the appendix of the summary judgment motion. | | 2.50 |
| | PCC | Revise summary judgment brief on Grace & Co. and Grace Ltd. (6.0 hrs.); office conferences with Mr. Hughes, Ms. Pelletier and Ms. Flax (.5 hrs.). | 6.50 |

W. R. Grace & Co.                                                                          Page    14

|  |  |  | Hours |
|---|---|---|---|
| 06/11/01 | RLS | Office conference with Mmes. Manago and Banks regarding AlliedSignal project (. 2 hrs.); review and incorporate expert reports into the case file (1.3 hrs.); scan reports into the computer and create a folder under the case file (.9 hrs.); update case file as necessary (.3 hrs.). | 2.70 |
|  | TM | Office conference with Mr. Smith and Ms. Banks regarding AlliedSignal project re the review and incorporation of expert reports into the case file (2.3 hrs.); scanning of expert reports into the computer (.6 hrs.); assisted Ms. Banks with the analysis and copying of litigation-related documents (.8 hrs.); analyzed new case documents and incorporate into case files (.8 hrs.). | 4.50 |
|  | BB | Scan and email pertinent document to Mr. Marraro (.3 hrs.); consult with Ms. Parker and Ms. Flax re filing preparation status and needs (.3 hrs.); review and quality check exhibits and cross-reference exhibits against list of exhibits and make corrections (9.3 hrs.); consult with Mr. Hughes and collect and prepare additional exhibits (1.5 hrs.). | 11.25 |
|  | FPP | Gather documents for use in appendix to briefs (3.5 hrs.); prepare declaration for use with appendix (2.0 hrs.); prepare appendix index (5.0 hrs.). | 10.50 |
|  | MM | In preparation of filing various motions, continue to review case material and produce documents to be incorporated in the appendix accordingly (3.7 hrs.); office conferences with Mr. Pittman, Ms. Flax, Ms. Pelletier, Ms. Banks and Mr. Hughes re status of pending matters re motions (.4 hrs.); review and bates stamp first part of documents to be incorporated into the motions (1.2 hrs.); search | 6.10 |

W. R. Grace & Co.                                                      Page    15

                                                                         __Hours__

|   | | | |
|---|---|---|---|
| | | Lexis-Nexis and produce case, *Byrne v. Zurich* as requested by Ms. Flax (.3 hrs.); other miscellaneous tasks (.5 hrs.). | |
| 06/11/01 | TP | Conference with Mr. Hughes re Askos Nagey declaration, send draft to Mr. Nagy and telephone conference with him re changes (1.1 hrs.); phone calls and letter to Dr. Anderson to finalize declaration, exhibits and get executed and sent final to her for her files (1.3 hrs.); reviewed correspondence and documents as potential exhibits to the CERCLA 113 brief and conferences with Ms. Banks and Ms. Pelletier re same (3.6 hrs.); telephone conference with Mr. Miller re declaration re costs (.5 hrs.); telephone conference with Mr. W. Miller re executing his declaration and returning to me (.2 hrs.). | 6.70 |
| | AP | Research CERCLA issues per instruction of B. Hughes (5.4 hrs.); supervise paralegals compiling appendix (1.5 hrs.); calls with Grace employees regarding declarations in support of motions (2.3 hrs.). | 9.20 |
| | CHM | Defend Dr. Belsito's deposition (8.5 hrs.); prepare memo to file regarding Belsito deposition (.8 hrs.). | 9.30 |
| | WH | Finish strict liability brief and confer with Messrs. Marraro and Wallace regarding same (5.5 hrs.); work on statements of undisputed material facts in support of motions (4.6 hrs.); review and comment on ICO's re-draft of RCRA motion (1.2 hrs.); meetings with team members regarding finalizing briefs and supporting papers (1.3 hrs.). | 12.60 |

W. R. Grace & Co.                                                              Page    16

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | **Hours** |
| ---------- | --- | --- | --- |
| 06/11/01   | ACZ | Research of parent corporation liability applied under the N.J. Spill Act (2.5 hrs.); discussions with A. Pelletier, C. Marraro re same (.2 hrs.); review of draft CERCLA summary judgment briefs (1.2 hrs.). | 3.90 |
|            | DB  | Pull documents to be used in summary judgment motion. (1.1 hrs.); copy documents to be used in summary judgment motion (7.4 hrs.). | 8.50 |
| 06/12/01   | TM  | Reviewed, copied and assembled appendix material (1.8 hrs.); collected quality checked documents re RCRA/CERCLA brief (4.2 hrs.); consult with Ms. Parker re additional exhibits to Bill Miller's declaration (.3 hrs.). | 6.30 |
|            | FPP | Gather documents for use in appendix to briefs (1.4 hrs.); prepare declaration for use with appendix (1.0 hrs.); prepare appendix index (3.0 hrs.); incorporate new documents into appendix (2.0 hrs.). | 7.40 |
|            | MM  | Continue preparation of filing various motions (2.0 hrs.); continue to review case material and produce documents to be incorporated in the appendix accordingly (2.8 hrs.); office conferences with Mr. Pittman, Mmes. Flax , Pelletier, and Banks re status of pending matters re motions (.2 hrs.); review and bates stamp remaining documents to be incorporated into the motions (1.1 hrs.); search Lexis-Nexis and produce case, *Jersey City Redevelopment Authority v. PPG Industries, Inc.* as requested by Ms. Flax (.3 hrs.); telephone conference with John J. Prout & Associates re request for deposition transcript of Mr. Wong (.2 hrs.); review drafts of motions to be filed and insert | 7.60 |

W. R. Grace & Co.                                                                    Page    17

                                                                                    __Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | appendix information accordingly (.6 hrs.); other misc. tasks (.3 hrs.). |  |
| 06/12/01 | WH | Finalize CERCLA briefs (9.3 hrs.); revisions to statements of undisputed material facts in support of summary judgment motions (3.6 hrs.); conference with Mr. Marraro regarding RCRA and CERCLA briefs (.6 hrs.). | 13.50 |
|  | BB | Collect and prepare pertinent document for Ms. Pelletier re RCRA/CERCLA brief (3.4 hrs.); consult with Ms. Parker re expert declaration, telephone expert re changes and email final declaration (1.0 hrs.); arrange for duplication of exhibits (.2 hrs.); research case records for document pertinent to RCRA brief for Mr. Hughes (4.1 hrs.); proof and cite-check RCRA brief for Mr. Hughes (1.3 hrs.). | 13.00 |
|  | ACZ | Research for and work on summary judgment briefs under CERCLA Sections 107 and 113, including revisions to briefs and detailed review of each (7.1 hrs.); discussions with B. Hughes, A. Pelletier, M. Flax regarding CERCLA briefs (.5 hrs.); work with M. Moasser in arranging exhibits (2.7 hrs.). | 10.30 |
|  | TP | Reviewed Dr. Bell's expert report (.8 hrs.); attended Bell deposition (7.1 hrs.); telephone conference with Ms. Bank and other office staff re arrangements for duplicating color photos for exhibits to summary judgment (.4 hrs.). | 8.30 |
|  | CHM | Prepare Mr. Kanter for expert deposition in New Jersey (3.8 hrs.); edit redraft of Section 113 sumary judgment brief (1.4 hrs.); work with Mr. Nagy on declarations (.6 hrs.); negotiate access agreement with NJ Attorney General's office (.3 hrs.); conference call with | 10.90 |

W. R. Grace & Co.                                                                         Page    18

|  |  | __Hours__ |
|---|---|---|

|  |  | ECARG re same (.5 hrs.); edit draft agreement (.5 hrs.); work with Dr. Anderson on declaration including review of photographs to be included as exhibits (.8 hrs.); meeting with team re preparation of final briefs and discussion with team in same meeting of specific issues re summary judgment briefs (1.2 hrs.); rework sections of RCRA brief (1.8 hrs.). |  |
|---|---|---|---|
| 06/12/01 | PCC | Revise brief regarding liability of Grace & Co. and Grace Ltd. (4.1 hrs.); office conferences with Messrs. Marraro and Hughes, Ms. Pelletier and Ms. Flax (.6 hrs.). | 4.70 |
|  | NAB | Add documents to exhibit list for summary judgment motions and copy documents to be included in the appendix of the summary judgment motion (1.2 hrs.); copy documents to be included in the appendix of the summary judgment motion (3.4 hrs.); pull documents to be used in the summary judgment motion filing (3.0 hrs.). | 7.60 |
|  | SRW | Research New Jersey state case law for cases with language stating that for strict liability in an abnormally dangerous situation, the contamination of one's property per se satisfies the harm prong of the strict liability standard. | 4.20 |
|  | RLS | Review and organize the case file (1.5 hrs.); update case index accordingly (.5 hrs.); office conference with Ms. Banks (.2 hrs.); review and incorporate copies of Grace expert reports into the case file (3.1 hrs.). | 5.30 |
|  | DB | Pull documents to be used in summary judgment motion (3.0 hrs.); copy documents to be used in summary judgment motion (6.5 hrs.). | 9.50 |

W. R. Grace & Co.                                                                 Page    19

|  |  | | Hours |
|---|---|---|---|
| 06/12/01 AP | Review, revise and finalize briefs on motions for Summary Judgment (8.8 hrs.); conference regarding finalization of appendix (1.0 hrs.). | | 9.80 |
| 06/13/01 CHM | Review and edit strict liability summary judgment brief (2.6 hrs.); several conferences with plaintiffs re RCRA brief (.7 hrs.); redraft "human health" section of RCRA brief (1.8 hrs.); final review of license agreement brief (.7 hrs.); redraft portions of section 113 brief (3.2 hrs.); final review of Grace & Co. brief (.5 hrs.); review T. Parker notes from Bell deposition (.5 hrs.) | | 10.00 |
| WH | Finalize all motions for summary judgment and supporting papers (13.9 hrs.); coordinate service of same on Honeywell (2.6 hrs.). | | 16.50 |
| AP | Cite check and proof briefs on motion for Summary Judgment (13.2 hrs.); finalize and serve moving package (4.5 hrs.). | | 17.70 |
| TM | Consulted with Ms. Parker re additional summary judgment exhibits (.5 hrs.); copy and prepare appendix material for binding (4.1 hrs.); reviewed brief and inserted appendix cites (2.3 hrs.); cite check briefs and prepared table of authorities (1.4 hrs.). | | 8.30 |
| DB | Copy documents to be used in summary judgment motion (7.0 hrs.); pull documents to be used in summary judgment motion (1.5 hrs.). | | 8.50 |
| SRW | Research all state case law for strict liability cases where both prongs of the standard have been satisfied, abnormally dangerous and harm, and where the contamination of the property has caused a loss of business. | | 3.20 |

W. R. Grace & Co.                                                          Page    20

                                                                          __Hours__

06/13/01 RLS    Office conference with Mr. Moasser and Ms.          5.00
                Flax (.2 hrs.); perform a search of the case file
                for the case of *ICO v. Sneed* cited in the
                RCRA brief (.5 hrs.); prepare case for Ms. Flax
                (.4 hrs.); review and incorporate Grace expert
                report into the case file (.5 hrs.); assist with the
                preparation of the Grace briefs (3.4 hrs.).

        BB      Complete proofing of RCRA brief, scan and         18.50
                email changes to Mr. Hughes (1.2 hrs.); consult
                with Ms. Flax re project (.3 hrs.); consult with
                Ms. Parker re expert's declaration (.1 hrs.);
                place follow-up telephone calls to case expert
                re pertinent expert documents for Mr. Marraro
                (.3 hrs.); collect and prepare pertinent
                documents from case files for Mr. Marraro (3.0
                hrs.); proof and prepare summary judgment
                exhibit documents (12.1 hrs.); proof briefs in
                preparation for shipment (1.5 hrs.).

        FPP     Insert correct citations into brief (3.5 hrs.);        9.50
                prepare table of authorities for briefs (6.0 hrs.).

        MM      Office conferences with Ms. Flax and Ms.           16.60
                Pelletier re status of pending tasks in final
                preparation of filing all six motions (.8 hrs.);
                continue to review briefs and insert
                corresponding appendix pages (10.4 hrs.);
                finalize appendices (i.e. 4 volumes) (2.1 hrs.);
                search Westlaw for Ms. Flax re producing
                various cases (i.e., 1993 WL 217429, etc.) (.4
                hrs.); review final versions of all briefs and
                their attachments for stated attorneys (1.6 hrs.);
                review and revise various Rule 56.1 statements
                for filing (.2 hrs.); office conference with Mr.
                Hughes and Mr. Marraro re additional tasks to
                be completed relating to the filing (.4 hrs.);
                assist in finalizing all briefs and their
                attachments and prepared them for filing (.2

W. R. Grace & Co.                                                           Page    21

                                                                              **Hours**

|  |  |  |  |
|---|---|---|---|
|  |  | hrs.); various other tasks to assure that all six filings are sent out as agreed (.5 hrs.). |  |
| 06/13/01 | KK | Assist Ms. Pelletier with preparation of summary judgment briefs. | 4.00 |
|  | PCC | Revise summary judgment and brief regarding license agreement (2.0 hrs.); edit brief on Grace & Co. and Grace Ltd. liability (1.0 hrs.); review and revise statement of undisputed facts (1.5 hrs.); office conference with Mr. Marraro regarding briefs (.5 hrs.). | 5.00 |
|  | ACZ | Additional review/revisions to CERCLA 107 summary judgment brief for B. Hughes (2.4 hrs.); review of summary judgment brief for strict liability claim (2.0 hrs.). | 4.40 |
|  | TP | Finalized notes from Bell deposition (1.2 hrs.); assisted in the review and finalizing of the five summary judgment motions, including the drafting of statements of undisputed facts and checked cites to appendix (6.2 hrs.). | 7.40 |
| 06/14/01 | CHM | Review Honeywell motion for summary judgment brief (2.5 hrs.); make assignments and prepare schedule for response (.6 hrs.); conference with local counsel re "entire controversy" issues (.5 hrs.); review Coop documents for deposition preparation (1.5 hrs.); prepare letter to Caffrey re additional documents (.2 hrs.). | 5.30 |
|  | KK | Assist Ms. Pelletier with filing of summary judgment briefs. | 3.00 |
|  | SVW | Finalize briefs and assist with filing. | 3.20 |

W. R. Grace & Co.

Page    22

|  |  |  | Hours |
|---|---|---|---|
| 06/14/01 | FPP | Reintegrate case material used in preparation of brief into existing case files. | 0.80 |
|  | TP | Reviewed Dr. Montgomery's report (1.0 hrs.); attended Dr. Montgomery deposition (5.9 hrs.); began drafting summary notes of impression of deposition (1.6 hrs.). | 8.50 |
|  | BB | Review filings, arrange for office duplication, and scan motions and email to attorneys (1.4 hrs.); attend meeting with Mr. Marraro (.4 hrs.); review, analyze, prepare and incorporate new correspondence and case documents into case files (2.4 hrs.); place telephone call to expert re pertinent site data for Mr. Hughes (.3 hrs.). | 4.50 |
|  | MM | Final preparation of filing six motions, continue to review briefs and insert corresponding appendix pages (1.6 hrs.); finalize appendices (.2 hrs.); review final versions of all briefs and their attachments for attorneys (1.1 hrs.); additional tasks to be completed relating to the filing (.2 hrs.); finalize all briefs and prepare for filing via FedEx and courier (.4 hrs.). | 3.50 |
| 06/15/01 | PCC | Review and analyze Honeywell motion for summary judgment (1.0 hrs.); office conference with Messrs. Marraro and Hughes regarding Honeywell motion (.5 hrs.); legal research regarding scope of application of entire controversy doctrine in federal court action (3.5 hrs.). | 5.00 |
|  | WH | Review Honeywell's summary judgment motion and supporting exhibits and prepare notes re opposing same (4.1 hrs.); conferences with Mr. Condron and Ms. Pelletier regarding same (.9 hrs.); conferences with Messrs. | 8.20 |

W. R. Grace & Co.                                                              Page    23

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | Golliday and Brown regarding deposition (.4 hrs.); begin working on opposition brief (2.8 hrs.). |  |
| 06/15/01 | MM | Office conference with Mr. Marraro re producing various deposition transcripts from case materials (Belsito and McGuire) (.1 hrs.); search case material and produce Belsito's deposition transcript (.3 hrs.). | 0.40 |
|  | TP | Prepare memo re Dr. Montgomery deposition and my impressions of her testimony (1.6 hrs.); telephone conference with Ms. Dumas re documents not produced by experts (.3 hrs.). | 1.90 |
|  | AP | Review Honeywell brief on Summary Judgment. | 0.50 |
|  | BB | Incorporate new pleadings and files into case files (6.0 hrs.); consult with Mr. Hughes and scan and email pertinent document to case expert for Mr. Hughes (.5 hrs.). | 6.50 |
|  | RLS | Review and incorporate new documents into case file (1.0 hrs.); organize and label documents (1.0 hrs.); update case file accordingly (.5 hrs.). | 2.50 |
|  | CHM | Team meeting to discuss assignments for "opposition" and outline significant issues for factual/legal research (2.6 hrs.); meeting with Dr. Nye re Dr. Anderson's deposition (1.0 hrs.); prepare Dr. Anderson (5.8 hrs.). | 9.40 |
| 06/16/01 | TP | Westlaw research on entire controversy doctrine. | 0.60 |
|  | WH | Review transcripts of Bell and Ross depositions in preparation of Dr. Brown's deposition (3.5 hrs.); review materials provided | 4.40 |

W. R. Grace & Co.                                                      Page    24

                                                                       __Hours__

|          |      | by Dr. Brown regarding remediation technologies (.9 hrs.). | |
|----------|------|------------------------------------------------------------|------|
| 06/18/01 | TP   | Organizing files of expert materials and reports and compared lists of documents from Honeywell counsel with production and copy set and determined that some documents listed are included in production and copy sets and others were previously produced in litigation (3.2 hrs.); reviewed case related correspondence including letters re documents Honeywell's summary judgment motion (.3 hrs.); completed summary re Dr. Montgomery's deposition (1.3 hrs.); research re entire controversy doctrine (1.1 hrs.). | 5.90 |
|          | ACZ  | Discussion with B. Hughes regarding research of CERCLA innocent landowner case law. | 0.30 |
|          | FPP  | Identify and copy requested reports and other analytical materials for expert depositions. | 5.30 |
|          | WH   | Conference with Messrs. Agnello, Marraro and Condron regarding opposition to Honeywell's motion for summary judgment (1.4 hrs.); work on opposition regarding CERCLA issues (2.3 hrs.); conference with Mr. Zacaroli regarding research assignments in connection with same (.7 hrs.); prepare for Dr. Brown's deposition and travel to NJ for same (5.2 hrs.) | 9.60 |
|          | PCC  | Conference call regarding Honeywell brief (2.0 hrs.); legal research regarding veil piercing, summary judgment burdens, and attorney-client privilege under New Jersey and federal law (3.0 hrs.); draft section of opposition brief regarding corporate liability (1.5 hrs.). | 6.50 |

W. R. Grace & Co.                                                    Page   25

|            |     |                                                                                                                                                                                                                                                                                                                                                                            | Hours |
|------------|-----|---------------------|------:|
| 06/18/01 | MM | Office conference with Ms. Pelletier re searching Lexis-Nexis/Westlaw for various cases (.3 hrs.); search Lexis-Nexis and Westlaw and produced various cases and provided all to Ms. Pelletier for review (2.8 hrs.). | 3.10 |
| | AP | Meeting regarding brief in opposition to Summary Judgment (1.5 hrs.); research regarding statute of limitations for opposition to Summary Judgment (1.8 hrs.); review P. Chapman documents in preparation for deposition (4.5 hrs.). | 7.80 |
| | BB | Consult with Ms. Parker re supporting documents for expert for Mr. Marraro (.1 hrs.); review and prepare pertinent documents for Ms. Parker and produce same (4.4 hrs.); respond to telephone call from expert re support documents for experts and arrange for duplication (.2 hrs.); prepare documents and cover letter for FedEx package to local counsel for Mr. Marraro (.4 hrs.);  incorporate new correspondence into indexed case files (4.9 hrs.). | 10.00 |
| | CHM | Prepare letter to M. Caffrey re additional Anderson documents (.3 hrs.); conference with J. Agnello re strategy issues on entire controversy (.8 hrs.); deposition preparation session for Dr. Anderson (7.2 hrs.). | 8.30 |
| | RLS | Review supporting documents to Gary Hart's expert report (1.0 hrs.); print supporting documents for deposition preparation (3.5 hrs.). | 4.50 |
| 06/19/01 | BB | Incorporate new correspondence into indexed case files (1.3 hrs.); research case files for pertinent documents and collect, prepare and fax documents for preparation of expert for | 8.80 |

W. R. Grace & Co.                                                              Page    26

**Hours**

|  |  |  |  |
|---|---|---|---|
|  |  | deposition for Mr. Hughes (5.7 hrs.); review, prepare, coordinate and arrange for duplication of experts' supporting documents for plaintiffs' counsel for Ms. Parker (1.8 hrs.). |  |
| 06/19/01 | WH | Prepare Kirk Brown for his deposition (8.6 hrs.); conferences with Mr. Marraro regarding same and Dr. Anderson's deposition (.9 hrs.); research regarding applicability of RCRA land ban treatment standards to removed COPR materials (.7 hrs.). | 10.20 |
|  | DB | Reviewed and organized incorporate recent correspondence and pleadings as well as updating index. | 7.50 |
|  | CHM | Defend deposition of Dr. Anderson (7.8 hrs.); review P. Coop's documents in preparation for deposition (1.0 hrs.). | 8.80 |
|  | RLS | Office conference with Ms. Banks (.1 hrs.); search for requested documents for Ms. Banks (1.0 hrs.); print and deliver (.1 hrs.); review supporting documents of Gary Hart's Expert Report (1.3 hrs.); search CDs and print documents (.3 hrs.). | 2.80 |
|  | TM | Assist Ms. Banks with the incorporation of new documents into case files (1.2 hrs.); review Grace production documents for documents related to the HP Drilling Company (1.3 hrs.). | 2.50 |
|  | TP | Further research re entire controversy doctrine. | 1.30 |
|  | PCC | Draft veil piercing sections of opposition to Honeywell's summary judgment motion (6.5 hrs.); legal research regarding motion (2.0 hrs.). | 8.50 |

W. R. Grace & Co.                                                                    Page    27

|  |  |  | Hours |
|---|---|---|---|
| 06/19/01 | AP | Review documents in preparation for P. Chapman deposition defense (3.1 hrs.); attend deposition of Dr. Anderson (7.0 hrs.); attend deposition preparation of Dr. Brown (.9 hrs.). | 11.00 |
| 06/20/01 | WH | Defend Dr. Brown's deposition (6.7 hrs.); conferences with Dr. Brown and Mr. Golliday regarding same and obtaining their assistance in preparing for depositions of Honeywell's experts (1.8 hrs.); review CERCLA caselaw re "response cost" issue (1.9 hrs.). | 10.40 |
|  | CHM | Preparation session with P. Coop (5.5 hrs.); review Aldredge deposition transcript to assist Mr. Coop in preparation for deposition (.7 hrs.); redraft section of Grace's knowledge for summary judgment opposition (1.8 hrs.); conference with P. Coop re issues for Hart deposition (.5 hrs.). | 8.50 |
|  | AP | Draft statement of facts for brief in oppositon to Honeywell's Motion for Summary Judgment. | 3.30 |
|  | PCC | Drafting corporate veil section of opposition to Honeywell's summary judgment motion (3.2 hrs.); research regarding location of Honeywell subsidiaries (1.0 hrs.); additional legal research for brief (1.0 hrs.). | 5.20 |
|  | ACZ | Research of application of innocent landowner defense, and other defenses, to subsequent purchasers of land under CERCLA. | 1.30 |
|  | BB | Continue incorporating new correspondence into indexed case files (.9 hrs.); consult with Mr. Hughes re case assignment in preparation for completion of final pretrial order form (.1 hrs.), review instructions in NJ District Court's Final Pretrial Order form, place call to District Court Deputy Clerk for required information | 8.90 |

W. R. Grace & Co.                                                        Page    28

                                                                        **Hours**

|            |     | and prepare letter of request for required information (.8 hrs.); research Pacer and download current NJ District Court Local Rules and prepare for attorneys (.5 hrs.); research production database and collect and prepare documents pertinent to preparation of expert for deposition for Messrs. Marraro and Hughes and prepare fax of same to local counsel (6.6 hrs.). |      |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 06/20/01   | DB  | Organize and incorporated recent correspondence and pleadings in case index. | 1.50 |
|            | TP  | Reviewed correspondence including pre-trial form and correspondence related to production of expert documents by plaintiffs (.2 hrs.); telephone conference with Mr. German re obtaining copies of documents produced by Grace experts (.2 hrs.). | 0.40 |
| 06/21/01   | PCC | Revise section of opposition brief regarding veil piercing (2.6 hrs.); office conference with Ms. Pelletier regarding ECARG accounting data (.4 hrs.). | 3.00 |
|            | CHM | Defend deposition of Mr. Coop (4.2 hrs.); meeting with J. Agnello to discuss "opposition" brief on entire controversy, "knowledge" issue (2.2 hrs.); conference call with P. Goad to discuss meeting with NJDEP (.6 hrs.); conference with plaintiffs re Hackensack Riverkeepers case (.6 hrs.); meeting with Mr. McGuire in New Jersey re supplemental expert report (1.5 hrs.). | 9.10 |
|            | BB  | Continue incorporating new correspondence and supplemental expert supporting documents into indexed case files (5.7 hrs.); consult with Ms. Pelletier re materials ordered in preparation of Pretrial Conference Order form | 6.30 |

W. R. Grace & Co.                                                                      Page    29

|                    |     |                                                                                                                                                                                                                                                                                                    | Hours |
|--------------------|-----|----|---|
|                    |     | (.1 hrs.); prepare cover letter and FedEx package of summary judgment motions to case expert for Mr. Marraro (.5 hrs.). | |
| 06/21/01 | TM | Consult with Ms. Pelletier and Ms. Banks about the ordering of the official copy of both the state and federal NJ Court Local Rules (.5 hrs.); assist Ms. Banks with the copying of documents pertinent to the preparation of experts for deposition for Messrs. Marraro and Hughes (2.3 hrs.); organized case files and incorporate new material (1.5 hrs.). | 4.30 |
|                    | ACZ | Additional research of application of the CERCLA innocent landowner defense to subsequent purchasers of contaminated land (2.0 hrs.); discussions with B. Hughes re same (.6 hrs.). | 2.60 |
|                    | AP | Review correspondence (.8 hrs.); draft brief in opposition to Honeywell's Motion for Summary Judgment (5.2 hrs.); review RI Report and Honeywell documents in preparation for defense of Chapman deposition (2.0 hrs.). | 8.00 |
|                    | TP | Further research re entire controversy doctrine and began memo re same. | 2.30 |
|                    | WH | Work on opposition to Honeywell's motion for summary judgment (4.1 hrs.); conference with Mr. Valera regarding his deposition and critique of Peter Demming's expert report regarding geo-technical issues (.8 hrs.); review Demming report and exhibits thereto (1.8 hrs.). | 6.70 |
|                    | DB | Review and file correspondence documents for incorporation into existings case files. | 7.50 |

W. R. Grace & Co.                                                    Page    30

|            |     |                                                                                                                                                                                                                                                                                                                                                                                  | Hours |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 06/22/01   | PCC | Office conference with Mr. Marraro regarding opposition brief (.5 hrs.); legal research regarding entire controversy (4.5 hrs.); telephone conference with Ms. Flax regarding brief (.5 hrs.).                                                                                                                                                                                     | 5.50  |
|            | CHM | Review backlog of correspondence on case (2.5 hrs.); review transcripts of exprt witnesses (McGuire, Ross, Belsito and Bell) (3.0 hrs.)                                                                                                                                                                                                                                           | 5.50  |
|            | BB  | Collect pertinent expert documents for Mr. Marraro (.2 hrs.); assist Ms. Pelletier and Ms. Parker with issues re production of expert supporting documents (.8 hrs.); respond to telephone inquiry from expert re depositions (.1 hrs.); prepare fax of pertinent materials for Mr. Hughes (.3 hrs.); research Westlaw for pertinent caselaw for Messrs. Hughes and Zacaroli (2.1 hrs.); review, coordinate and prepare supporting documents for preparation of expert for deposition for Mr. Marraro (5.1 hrs.); forward assignments for depositions of defendant's experts for Mr. Marraro (.2 hrs.). | 8.80  |
|            | AP  | Conference with C. Marraro and T. Parker re production of Chapman documents (1.1 hrs.); review documents for deposition preparation of P. Chapman (1.0 hrs.); conference with T. Manago re case staffing issues and briefing/pre-trial schedule (2.3 hrs.); research regarding law of the case (3.7 hrs.).                                                                         | 8.10  |
|            | WH  | Prepare for Demming and James expert depositions (5.9 hrs.); conferences with Mr. Valera and Mr. Golliday regarding same (.8 hrs.); conferences with Mr. Condron regarding opposition brief and entire controversy doctrine (.6 hrs.).                                                                                                                                            | 7.30  |

W. R. Grace & Co.                                                              Page   31

|            |     |                                                                                                                                                                                                                                                        | Hours |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 06/22/01   | TP  | Telephone conference with Ms. Banks and Ms. Pelletier re production of Chapman supporting documents.                                                                                                                                                    | 0.30  |
|            | NAB | Per Ms. Pelletier's request scan documents to be sent to expert (.3 hrs.); copy documents to be sent to expert (.3 hrs.); redact documents to be sent to expert (.5 hrs.).                                                                               | 1.10  |
| 06/23/01   | AP  | Read articles written by P. Chapman for deposition preparation session.                                                                                                                                                                                | 3.00  |
| 06/24/01   | AP  | Read depositions of Bell and Montgomery (2.0 hrs.); prepare for meeting with P. Chapman, including review sampling and toxicity data (3.5 hrs.); review Chapman publications (3.5 hrs.).                                                                  | 9.00  |
| 06/25/01   | BB  | Collect and prepare pertinent documents for preparation of expert for deposition for Mr. Hughes (7.0 hrs.); prepare email forwarding correction to plaintiff's expert report to case expert for Mr. Hughes (.2 hrs.).                                    | 7.20  |
|            | TP  | Compared list of documents in Ms. Dumas's letter with list of exhibits to ECARG comments and phone call with Ms. Dumas re same (.9 hrs.); emailed summary of conversation to Mr. Marraro indicating Ms. Dumas had not reviewed 3 boxes of documents prior to sending letter (.3 hrs.). | 1.20  |
|            | ACZ | Discussion with B. Hughes regarding response to Honeywell summary judgment brief (.5 hrs.); review of declaration of B. Miller (.8 hrs.); research for response to CERCLA, Spill Act arguments raised by Honeywell (3.5 hrs.).                           | 4.80  |

W. R. Grace & Co.                                                      Page    32

|  |  | | **Hours** |
|---|---|---|---|
| 06/25/01 | DB | Started shifting case files down to create more space for correspondence and pleading binders at the front of the case files (3.5 hrs.); organized case file room to incorporate new case files (3.5 hrs.); scanned new pleading files (1.5 hrs.). | 8.50 |
| | WH | Conferences with Mr. Davis regarding deposition and status of bench sale studies regarding reductive capacity of meadow mat (.8 hrs.); confer with Mr. Brown regarding preparing questions for James depositon (.6 hrs.); confer with Mr. Zacaroli regarding drafting CERCLA section of opposition brief and related research (.6 hrs.); work on opposition brief (1.9 hrs.); prepare for Walters and James depositions (3.9 hrs.). | 7.80 |
| | CHM | Meeting with Kanter in New Jersey (1.0 hrs.); defend Kanter deposition (3.8 hrs.); attend Mr. Champman preparation session for deposition in New Jersey (3.0 hrs.); prepare summary of Kanter deposition (1.0 hrs.). | 8.80 |
| | TM | Review Grace production documents (1.5 hrs.); analyze and incorporate new documents into case material (3.4 hrs.); perform attorney search request for various expert documents (.5 hrs.). | 5.40 |
| | AP | Meet with Peter Chapman and Glen Milner in preparation for Chapman deposition. | 8.50 |
| | PCC | Further research regarding entire controversy (4.0 hrs.); drafting and editing opposition brief (2.2 hrs.). | 6.20 |

W. R. Grace & Co.

Page    33

|  |  |  | **Hours** |
|---|---|---|---|
| 06/26/01 | DB | Refiled case documents as marked in the case files (2.0 hrs.); created new files for case documents (2.0 hrs.). | 4.00 |
|  | BB | Consult with Messrs. Marraro, Hughes and Condron re research assignment (.2 hrs.); research production database and CD's for pertinent litigation-related documents, print and prepare same for Messrs. Marraro and Condron (6.3 hrs.); assist Ms. Parker in resolving production issues (.7 hrs.). | 7.20 |
|  | CHM | Meeting with team re expert document production (1.2 hrs.); prepare opposition brief on CERCLA 107-113 issues (2.5 hrs.); attend call with court on Rule 16 motion on Riverkeepers case (.5 hrs.); conference with J. Agnello (.5 hrs.); review deposition transcripts (Dr. Anderson and Montgomery) (2.4 hrs.). | 7.10 |
|  | TM | Review Grace production documents (1.0 hrs.); analyze and incorporate new documents into case material and copy relevant documents (4.8 hrs.); meeting with Ms. Parker and Ms. Banks (.5 hrs.). | 6.30 |
|  | ACZ | Draft segments of response brief to Honeywell summary judgment motion on CERCLA NJ Spill Act (4.0 hrs.); additional research of liability provisions of Spill Act, including what types of damages are available as response costs (3.4 hrs.). | 7.40 |
|  | AP | Attend and defend deposition of Peter Chapman (7.5 hrs.); review additional site data (1.0 hrs.). | 8.50 |
|  | TP | Organize research re entire controversy and prepar summary of research to Mr. Hughes (1.1 hrs.); meeting with Mr. Marraro, Ms. Pelletier | 5.40 |

W. R. Grace & Co.                                                                          Page    34

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                              |       |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | and Ms. Banks re series of letters from Honeywell counsel wrongly complaining about document production and strategy to confirm what has been produced (.9 hrs.); conference with Mr. Agnello's office re documents (.4 hrs.); drafted letter to Ms. Dumas re document production (.5 hrs.); meetings and calls with FedEx, On-Site, Ms. Banks, Ms. Manago, Ms. Kelley and review of correspondence and billings to investigate and confirm production by Grace and receipt by Honeywell counsel of supplemental production by Drs. Champman and Anderson (2.5 hrs.). |       |
| 06/26/01   | PCC | Edit draft in Daylin's knowledge for opposition brief (3.0 hrs.); revise veil and piercing section (3.0 hrs.).                                                                                                                                                                                                                                                                                                                                                 | 6.00  |
|            | WH  | Prepare for Davis deposition (5.5 hrs.); confer with Dr. Davis and his staff regarding results of studies regarding reductive capacity of meadow mat (.7 hrs.); review documents regarding same and coordinate production to Honeywell (1.2 hrs.); confer with Dr. Brown regarding reviewing his deposition transcript and preparing questions for James depositon (.9 hrs.).                                                                                       | 8.30  |
| 06/27/01   | RM  | Review letters received from plaintiffs and compare to documents produced to plaintiffs (2.7 hrs.); confer with Mr. Smith, Ms. Parker and Ms. Banks (.3 hrs.).                                                                                                                                                                                                                                                                                                | 3.00  |
|            | WH  | Site visit with Dr. Davis and Dr. Nye in connection with Davis deposition and prepare Dr. Davis for his deposition.                                                                                                                                                                                                                                                                                                                                            | 9.40  |
|            | BB  | Assist Ms. Pelletier in locating packages (.4 hrs.); research production database, privilege document production files and CDs for                                                                                                                                                                                                                                                                                                                             | 11.30 |

W. R. Grace & Co.                                                    Page    35

                                                            **Hours**

pertinent contact dermatitis documents for Mr.
Marraro (4.5 hrs.); analyze and cross-reference
plaintiffs' lists of requested supporting expert
documents against produced expert supporting
documents and prepare summary for Ms.
Parker (6.4 hrs.).

06/27/01 PCC    Drafting and editing opposition to Honeywell's        1.50
                motion for summary judgment.

         AP     Review documents provided by J. McFarland             6.00
                relating to Channel merger (.7 hrs.); research
                regarding law of the case (3.3 hrs.); conference
                with T. Manago, B. Banks and T. Parker
                regarding expert documents (.5 hrs.); review
                and produce expert documents (1.5 hrs.).

         RLS    Office conference with Ms. Banks regarding            4.00
                Allied project (.1 hrs.); scan documents into the
                computer in word format and forward to Ms.
                Banks (.4 hrs.); office conference with Mmes.
                Parker and Banks regarding document review
                (.2 hrs.); review documents supporting Grace
                expert reports to ensure that documents had
                been previously produced (3.3 hrs.).

         TP     Prepared combined chart of all documents             4.70
                Honeywell claims are missing from Grace
                expert production and began confirming
                whether produced and adding comments to
                explain production (i.e. Bates number, publicly
                available, etc.) (3.3 hrs.); instructed legal
                assistants on how to confirm production and
                add comments (.3 hrs.); drafted letter to Mr.
                Field re expert documents produced and
                confirmed by FedEx as delivered (.9 hrs.);
                reviewed incoming case related
                correspondence and emails (.2 hrs.); conference

W. R. Grace & Co.

|  |  | | Hours |
|---|---|---|---|
|  |  | with Mr. Miller re additional declaration needed (.1 hrs.). | |
| 06/27/01 | ACZ | Draft sections of response brief to Honeywell's Motion for summary judgment on CERCLA and NJ Spill Act claims. | 5.10 |
|  | DB | Organized case file room to incorporate new case files and refiled case documents as marked in the case files as necessary. | 8.50 |
|  | TM | Telephone conference with Mmes. Parker and Banks regarding document review (.5 hrs.); review documents supporting Grace expert reports to ensure that documents had been previously produced (1.4 hrs.). | 1.90 |
|  | CHM | Conference call with Knight Piesold re invoices and other issues (1.0 hrs.); conference with client re various issues regarding status of case, strategy decisions and billing issues (2.6 hrs.); prepare letter to Lowenstein Sandler re expert document production (1.1 hrs.); review correspondence on expert document productions (.7 hrs.); meeting with Mr. Condron re Grace arguments (1.2 hrs.); prepare sections of opposition on 'facts" and edit other sections of brief on knowledge issues (2.0 hrs.); conference with investigator in preparation for meeting (.5 hrs.). | 9.10 |
| 06/28/01 | WH | Defend Dr. Davis' depositon (8.0 hrs.); confer with Dr. Davis regarding same and questions to be asked of Dr. Walters (Honeywell's groundwater expert) in his deposition (1.4 hrs.); review Brown transcript (2.2 hrs.). | 11.60 |
|  | CHM | Meeting with investigator in New York on witness issues (4.5 hrs.); meeting with J. Agnello to plan out next three weeks, go over | 9.70 |

W. R. Grace & Co.

Page    37

| | | | Hours |
|---|---|---|---|
| | | form of pre-trial order and discuss expert discovery and opposition to Honeywell's motion (4.0 hrs.); meeting with witness in Connecticut (1.2 hrs.). | |
| 06/28/01 | AP | Calls regarding expert documents (.3 hrs.); research and draft portion of brief in opposition to Honeywell's Motion for Summary Judgment (3.7 hrs.). | 4.00 |
| | BB | Research document production files and collect and prepare pertinent documents for Mr. Hughes (6.7 hrs.); continue incorporating new pleadings and correspondence into indexed case files (2.8 hrs.). | 9.50 |
| | TM | Follow-up conference with Mmes. Parker and Banks regarding document review (1.0 hrs.); review documents supporting Grace expert reports to ensure that documents had been previously produced (5.3 hrs.). | 6.30 |
| 06/29/01 | BB | Analyze and verify supporting documents for case experts and assist Ms. Parker in the preparation of a summary report for Mr. Marraro (2.8 hrs.) | 2.80 |
| | DB | Reviewed and incorporate new correspondence documents into existing case files. | 3.00 |
| | TM | Analyze and verify supporting documents for Grace expert reports to ensure that documents had been previously produced (3.5 hrs.); assist Ms. Parker in the preparation of a summary report for Mr. Marraro (1.3 hrs.). | 4.80 |
| | CHM | Conference with J. Agnello as follow-up to meeting (.5 hrs.); conference with investigator as follow-up to meeting (.5 hrs.). | 1.00 |

W. R. Grace & Co.                                                                Page    38

|  |  | **Hours** |
|---|---|---|
| 06/29/01 TP | Made edits to chart and added additional comments explaining production of expert documents (1.3 hrs.); office conference with Ms. Pelletier re additional Chapman documents (.1 hrs.); telephone conference with Mr. Agnello re Jan. 1997 Order (.3 hrs.); office conference with Ms. Banks re confirming whether some documents listed by experts were previously produced (.4 hrs.); email from Mr. Miller re availability to execute declaration (.1 hrs.); additional clean-up on chart summarizing confirmation of production of documents (.8 hrs.). | 3.00 |
| 06/30/01 BB | Prepare boxes of returned expert supporting documents for review (1.0 hrs.); incorporate new case documents and pleadings into indexed case files (2.4 hrs.); load deposition transcripts into Summation and electronic case files (1.5 hrs.); prepare deposition transcript errata sheets for case experts (.5 hrs.). | 5.25 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 1391.30 | $307,467.00 |
| 6/29/2001 Less Deduction of 40% of Fees in the amount of $66,861.50 for the Period June 22, 2001 through June 30, 2001 Per Agreement |  | ($26,744.60) |
| 7/6/2001 Payment |  | ($50,000.00) |
| Balance Due |  | $230,722.40 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 193.20 | 130.00 |
| Darlene Boozer, Legal Clerk | 93.90 | 95.00 |
| Natasha A. Bynum, Legal Clerk | 38.00 | 95.00 |
| Peter C. Condron, Counsel | 67.10 | 335.00 |
| William Hughes, Counsel | 216.30 | 305.00 |
| Keith Kaider, Paralegal | 7.00 | 130.00 |

W. R. Grace & Co.                                                                 Page   39

| Name | Hours | Rate |
|---|---|---|
| Anthony F. King, Partner | 0.30 | 375.00 |
| Tonya Manago, Sr. Paralegal | 65.30 | 130.00 |
| Christopher H. Marraro, Partner | 181.10 | 420.00 |
| Rebecca Mitchell, Paralegal | 3.80 | 115.00 |
| Mahmoude Moasser, Paralegal | 53.00 | 130.00 |
| Tamara Parker, Associate | 95.40 | 260.00 |
| Angela Pelletier, Associate | 188.30 | 200.00 |
| F. Paul Pittman, Paralegal | 98.70 | 115.00 |
| Reilly L. Smith, Paralegal | 26.80 | 115.00 |
| Sean R. Ward, Associate | 7.40 | 165.00 |
| Susan V. Watson, Associate | 3.20 | 200.00 |
| Alec C. Zacaroli, Associate | 52.50 | 185.00 |

MATTER 9 - LIBBY, MT.

FEES - JUNE 2001

# Wallace
# King
# Marraro
# Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 08, 2001

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12254

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 06/01/01 | CHM | Conference with Dr. Goad re status of EPA's review of asbestos group study. | 0.50 |
| 06/06/01 | CHM | Conference with J. Spinello re request to meet with EPA (.5); conference with Mr. Corcoran re same (.2). | 0.70 |
| 06/26/01 | CHM | Conference call with J. Spinello. | 0.50 |
| 06/28/01 | CHM | Review Corcoran article to Dateline. | 0.50 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 2.20 | $924.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 2.20 | 420.00 |

EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfares | $4,272.50 |
| Outside Messenger | $231.41 |
| Auto Rental | $108.67 |
| Car Service | $146.00 |
| Copies- Internal and Outside | $26,034.71 |
| Hotels | $975.89 |
| Facsimile | $168.75 |
| Lexis | $3,714.84 |
| Meals during Travel | $196.65 |
| Telephone | $490.54 |
| FedEx | $2,303.87 |
| Parking | $14.00 |
| Postage | $29.43 |
| Knight Piesold - Consulting - May | $15,000.00 |
| Taxis/Miscellaneous Travel Expenses | $1,029.62 |
| Temporary Services | $1,903.50 |
| Westlaw | $5,651.27 |
| Industrial Health - Research | $3,986.96 |
| SI Group, LLC - Consultant | $19,828.62 |
| Overtime Meals | $$175.27 |
| Overtime Meals - Attorneys/Paralegals | $354.79 |
| Overtime Transportation | $945.54 |
| Secretarial Overtime | $2,541.83 |
|  |  |
| TOTAL | $90,104.66 |

# MATTER 6 - HONEYWELL

# EXPENSES - JUNE 2001

**Wallace**
**King**
**Marraro**
**Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 08, 2001

W. R. Grace & Co.
Attention:  Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12254

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

|  | Amount |
|---|---|
| Total Fees | $307,467.00 |

Disbursements:

| | |
|---|---|
| Air Fare for Depositions - 6/14-6/15/01 | 609.75 |
| Air Fare to New Jersey and Boston for Depositions - 6/28-29 | 956.50 |
| Air Fare to New York/New Jersey - 5/25/01 | 483.00 |
| Air Fare to New York/New Jersey - 5/29-5/31 | 753.00 |
| Air Fare to New York/New Jersey - 6/18-21/01 | 240.75 |
| Air Fare to/from Newark for Deposition - 6/12/01 | 250.00 |
| Air Fare to/from Newark for Deposition - 6/14/01 | 250.00 |
| Air Fare to/from Newark, NJ for Depositions 4/18-20/01 | 729.50 |
| Auto Rental on Trip to New Jersey for Depositions - 4/18-20 | 108.67 |
| Car Service on 6/9/01 and 6/13/01 for Ms. Flax | 146.00 |
| Copy Costs - Internal | 5,167.50 |
| Facsimile Costs | 168.75 |
| FedEx Costs | 2,303.87 |
| Hotel in New Jersey for Depositions - 6/1/01 | 559.96 |
| Hotel in New York/New Jersey - 5/29-31 | 415.93 |
| Industrial Health Foundation - Research/Assembling Documents | 3,986.96 |
| Knight Piesold Consulting - Fee for Expert Julio Valera -May | 15,000.00 |
| LawResources - Temporary Services | 1,903.50 |

W. R. Grace & Co.                                                    Page    2

|                                                              | Amount |
|--------------------------------------------------------------|--------:|
| Lexis Costs                                                  | 3,714.84 |
| Long Distance Charges                                        | 490.54 |
| Meals on trips                                               | 196.65 |
| Miscellaneous Travel Expenses                                | 234.45 |
| Outside Copies                                               | 20,867.21 |
| Outside Messenger Service                                    | 231.41 |
| Overtime Meals                                               | 175.27 |
| Overtime Meals - Attorney/Paralegals                         | 354.79 |
| Overtime Transportation                                      | 945.54 |
| Parking on trips                                             | 14.00 |
| Postage                                                      | 29.43 |
| SI Group, LLC - Consultants 4/2/01-5/31/01                   | 19,828.62 |
| Secretarial Overtime for Preparation of Briefs              | 2,541.83 |
| Taxis on trips                                               | 347.25 |
| Travel Expenses to Newark to Take Deposition - 6/5/01        | 322.25 |
| Travel Expenses to Newark to take Expert Deposition          | 125.67 |
| Westlaw                                                      | 5,651.27 |

Total Disbursements                                              $90,104.66