IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 01-01139 (JJF) |
| W. R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | |

NOTICE OF SPECIAL FEE APPLICATION OF
PITNEY, HARDIN, KIPP & SZUCH LLP
FOR SERVICES RENDERED TO DEBTOR, GLOUCESTER NEW COMMUNITIES,
INC., PURSUANT TO PREVIOUSLY APPROVED CONTINGENCY FEE AGREEMENT

| | |
|---|---|
| Name of Applicant: | Pitney, Hardin, Kipp & Szuch LLP |
| Authorized to Provide Professional Services to: | W. R. GRACE & CO., et al. |
| Date of Retention: | May 30, 2001 (nunc pro tunc to April 2, 2001) |
| Period for which compensation and reimbursement is sought: | April 2, 2001 – December 3, 2001 |
| Amount of Compensation sought as actual, reasonable and necessary: | $240,000.00 |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | $0 |

This is a: ___ monthly ___ quarterly interim **X** final application[1]

The total time expended for fee application preparation is approximately 15 hours. Compensation for the preparation of this fee application may be included in a subsequent fee

---

[1] Pitney, Hardin reserves the right to seek allowance of any fees "heldback" in accordance with fee application procedures established by the Court.

809217A01120301

application.

,

PITNEY, HARDIN, KIPP & SZUCH LLP

By: /s/ Scott A. Zuber
Scott A. Zuber, Esq.
P.O. Box 1945
Morristown, NJ 07962-1945
(973) 966-6300
Special Counsel to Debtors

Dated:   Florham Park, New Jersey
         December 3, 2001

2

809217A01120301