**EXHIBIT A**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
ONE FEDERAL STREET
BOSTON, MASSACHUSETTS 02110
F.I.N. 04-2778062

November 28, 2001

Bill Number 27336
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Thru October 31, 2001

Re: Special Litigation Counsel - Work In Connection
With General Asbestos Matters

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/18/01 | RAM | Review and comment on MTM's letter to Heberling in Noble and others. | 0.20 Hrs | $39.00 |
| 09/18/01 | ARA | Search for and obtain documents re: vermiculite. | 6.20 Hrs | $465.00 |
| 09/19/01 | RAM | Telephone conference with in-house counsel re: status of vermiculite and Heberling productions (.1); conference with MTM re: same (.1). | 0.20 Hrs | $39.00 |
| 09/19/01 | ARA | Search for and obtain documents re: vermiculite. | 6.50 Hrs | $487.50 |
| 09/20/01 | ARA | Search for and obtain documents re: vermiculite. | 4.70 Hrs | $352.50 |
| 09/21/01 | RAM | Read article re: asbestos in World Trade Center. | 0.10 Hrs | No charge |
| 09/21/01 | ARA | Search for and obtain documents re: vermiculite. | 7.20 Hrs | $540.00 |
| 09/24/01 | RAM | Review and quality control documents re: vermiculite. | 2.30 Hrs | $448.50 |
| 09/24/01 | ARA | Search for and obtain documents re: vermiculite. | 7.50 Hrs | $562.50 |
| 09/25/01 | RAM | Review and quality control documents re: vermiculite. | 0.10 Hrs | $19.50 |
| 09/25/01 | ARA | Search for, obtain and organize documents re: vermiculite. | 4.50 Hrs | $337.50 |
| 09/26/01 | RAM | Telephone conference with in-house counsel re: several issues, including status of obtaining and reviewing documents re: vermiculite and response re: document subpoena (.2). Conference with MTM re: responding to document subpoenas from Heberling and Maryland Casualty (.1). | 0.30 Hrs | $58.50 |

David B. Siegel

Re: Special Litigation Counsel - Work In Connection With General Asbestos Matters

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/27/01 | MTM | Telephone call from in-house counsel re: document subpoenas from Maryland Casualty and respirator and railroad documents in two Heberling cases in Montana. | 0.20 Hrs | $33.00 |
| 09/27/01 | ARA | Quality control and return original documents to production set. | 5.00 Hrs | $375.00 |
| 09/28/01 | RAM | Read notices of Orders in dozens of Mass. asbestos cases, including "approval" of Grace's Suggestion of Bankruptcy in Reddish; fax to in-house counsel. | 0.10 Hrs | $19.50 |
| 09/28/01 | ARA | Organize documents re: expert witnesses. | 6.50 Hrs | $487.50 |
| 10/02/01 | RAM | Read Notices of court in a few dozen Mass. asbestos cases. | 0.10 Hrs | $19.50 |
| 10/02/01 | RAM | Telephone conferences with in-house counsel re: status of responding to Maryland Casualty document subpoena and re: locating answers to interrogatories re: sales and formulas of asbestos containing products (.3); conference with DBM re: locating requested answers (.1). | 0.40 Hrs | $78.00 |
| 10/02/01 | DBM | Find standard product appendix and draft email re: same for in-house counsel. | 0.30 Hrs | $49.50 |
| 10/03/01 | RAM | Conference with MTM re: search done for documents requested by J. Heberling and that in-house counsel wants information re: vermiculite. | 0.10 Hrs | $19.50 |
| 10/03/01 | MTM | Telephone call from in-house counsel re: vermiculite records (.1); search for same at Winthrop Square (.3); telephone call to ARA in Cambridge re: same (.1). | 0.50 Hrs | $82.50 |
| 10/04/01 | RAM | Look for information re: vermiculite. | 0.10 Hrs | $19.50 |
| 10/04/01 | MTM | Conference with ARA re: vermiculite records (.1); telephone call to in-house counsel (.1). | 0.20 Hrs | $33.00 |
| 10/09/01 | ARA | Organize files at Winthrop Square. | 5.00 Hrs | $375.00 |
| 10/10/01 | DBM | Search for and obtain document searches for Heberling's requests. | 2.50 Hrs | $412.50 |
| 10/10/01 | MTM | Conference with DBM re: searching for documents mentioning respirators and railroads per request from Heberling (.2); telephone call to ARA (.1) and review documents re: same (.2). | 0.50 Hrs | $82.50 |
| 10/10/01 | ARA | Organize files at Winthrop Square. | 2.00 Hrs | $150.00 |
| 10/11/01 | ARA | Conference with MTM re: obtaining documents requested by Heberling (.1); search for and obtain same (5.1). | 5.20 Hrs | $390.00 |
| 10/12/01 | MTM | Review documents re: DustFoe and Mine Safety Appliance documents for subpoena in three Heberling cases (1.1); letter to in-house counsel re: production of documents requested by Heberling (.2). | 1.30 Hrs | $214.50 |

David B. Siegel

Re: Special Litigation Counsel - Work In Connection
With General Asbestos Matters

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/12/01 | ARA | Search for and obtain documents requested by Heberling. | 7.50 Hrs | $562.50 |
| 10/15/01 | ARA | Search for and obtain documents requested by Heberling. | 7.50 Hrs | $562.50 |
| 10/16/01 | ARA | Search for, obtain and organize documents requested by Heberling. | 2.50 Hrs | $187.50 |
| 10/17/01 | RAM | Read many clerk's Notices and Court Orders in Mass. asbestos cases. | 0.10 Hrs | $19.50 |
| 10/17/01 | MTM | Review MSA documents. | 2.40 Hrs | $396.00 |
| 10/18/01 | RAM | Telephone conference with in-house counsel re: Maryland Casualty document subpoena and issues of confidentiality. | 0.30 Hrs | $58.50 |
| 10/19/01 | ARA | Organize files at Winthrop Square. | 3.50 Hrs | $262.50 |
| 10/24/01 | RAM | Conference with MTM re: responding to Heberling's and Maryland Casualty's document subpoenas. | 0.10 Hrs | $19.50 |
| 10/24/01 | MTM | Telephone call from in-house counsel re: his review of railroad documents subpoenaed by Heberling and MSA documents ready for production to Heberling. | 0.20 Hrs | $33.00 |
| 10/25/01 | ARA | File dismissals in a large number of Mass cases. | 5.50 Hrs | $412.50 |
| 10/26/01 | ARA | File dismissals in a large number of Mass. cases. | 6.00 Hrs | $450.00 |
| 10/29/01 | MTM | Telephone call from Jon Heberling re: his prior subpoena for MSA and railroad documents (.2); telephone call to in-house counsel re: same (.1); review documents to identify those not obtained (.4); draft letter to Heberling re: same (.3). | 1.00 Hrs | $165.00 |
| 10/30/01 | MTM | Meeting with ARA re: locating MSA documents to send to Heberling. | 0.20 Hrs | $33.00 |
| 10/30/01 | ARA | Search for MSA documents per MTM's request (1.5); produce copies to MTM; discussion with MTM re: same (.2). | 1.70 Hrs | $127.50 |
| 10/30/01 | ARA | Prepare and inventory documents from October 2000 CA document production for shipment to Recordkeeper. | 2.40 Hrs | $180.00 |
| 10/31/01 | ARA | File dismissals in a large number of Mass. cases. | 3.70 Hrs | $277.50 |
| | | | TOTAL LEGAL SERVICES | $9,937.50 |

David B. Siegel

Re: Special Litigation Counsel - Work In Connection
With General Asbestos Matters

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.40 Hrs | 195/hr | $858.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 195/hr | No charge |
| DONNA B. MACKENNA | 2.80 Hrs | 165/hr | $462.00 |
| MATTHEW T. MURPHY | 6.50 Hrs | 165/hr | $1,072.50 |
| ANGELA R. ANDERSON | 100.60 Hrs | 75/hr | $7,545.00 |
| | 114.40 Hrs | | $9,937.50 |

TOTAL THIS BILL $9,937.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
ONE FEDERAL STREET
BOSTON, MASSACHUSETTS 02110
F.I.N. 04-2778062

November 28, 2001

Bill Number 27341
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Thru October 31, 2001

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/18/01 | ARA | Return L. Logan's call (from Law Corp.) re: restart of EPA document review project. | 0.10 Hrs | $7.50 |
| 09/19/01 | RAM | Telephone conference with in-house counsel re: sending documents to him (.1). Telephone call from in-house counsel re: Attic Fill (.1); conference with MTM re: both telephone calls (.1). Review interview notes and documents re: ZAI (1.0); telephone calls to in-house counsel re: what I found (.2). | 1.50 Hrs | $292.50 |
| 09/19/01 | MTM | Telephone call from in-house counsel re: request from Kathy Kinsella for Zonolite attic insulation advertising and plaintiff's claims that commercial building owners need to be notified of asbestos-containing materials (.3); conference with RAM re: request from in-house counsel for documents (.2). | 0.50 Hrs | $82.50 |
| 09/19/01 | MTM | Receipt and review of e-mails from outside counsel firms re: scanning and resumption of document reviews (.4); telephone call to Reed Smith re: emails (.1). | 0.50 Hrs | $82.50 |
| 09/20/01 | RAM | Telephone calls from MTM re: his locating boxes of requested documents and having them copied and sent to in-house counsel and re: his locating document confirming ZAI sales and sending same to in-house counsel. | 0.10 Hrs | $19.50 |

David B. Siegel

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/20/01 | MTM | Conference with ARA re: location of requested documents (.2); search for same at Winthrop Square (1.4); e-mail to Holme Roberts paralegal re: same (.2); telephone calls to in-house counsel and RAM re: same (.2). | 2.00 Hrs | $330.00 |
| 09/20/01 | MTM | Receipt and review of e-mail from Reed Smith paralegal re: follow-up questions for scanners (.4); conference call with outside counsel firms re: scanning vendors (1.0); telephone call to in-house counsel re: conference call on scanning vendors (.2). | 1.60 Hrs | $264.00 |
| 09/20/01 | MTM | Telephone call from in-house counsel re: attic insulation (.3); review documents at Winthrop Square re: same (1.5); telephone calls to in-house counsel and RAM re: attic insulation (.2). | 2.00 Hrs | $330.00 |
| 09/20/01 | ARA | Per MTM's request, search for documents at Winthrop Square. | 0.50 Hrs | $37.50 |
| 09/21/01 | RAM | Review updated bankruptcy court docket entries (.3); conference with JKW re: which documents to print (.1). | 0.40 Hrs | $78.00 |
| 09/21/01 | RAM | Conference with MTM re: locating information re: ZAI (.1); telephone conference with in-house counsel who wants samples of ZAI advertising sent to Kinsella Communications and wants information re: ZAI sales (.1). | 0.20 Hrs | $39.00 |
| 09/24/01 | RAM | Read selected pleadings and documents filed in bankruptcy court. | 1.00 Hrs | $195.00 |
| 09/25/01 | RAM | Read selected documents and pleadings filed in bankruptcy court. | 0.40 Hrs | $78.00 |
| 09/25/01 | MTM | Review scanning proposals from six vendors re: conference call today (3.6); telephone call from Jonathan Aaron at Lason re: retrieval of Grace documents (.3); e-mail to in-house counsel and outside counsel firms re: same (.2); review file re: boxes at Lason (.3); conference call with outside counsel firms re: Lason issues and proposals from new scanning vendors (1.0); telephone call from Aaron at Lason re: boxes are in East Hartford (.2); conference with ARA re: number of boxes of unscannable materials from Winthrop Square maintained by Lason (.3). | 5.90 Hrs | $973.50 |
| 09/25/01 | ARA | Conference with MTM re: status of project, Lason and the location of our documents and originals (.3). Telephone call to Holme Roberts paralegal re: unscannable documents (.1). Organize information re: project (.4). | 0.80 Hrs | $60.00 |
| 09/26/01 | RAM | Conference with MTM re: Lason being willing to return documents and when review of documents might begin. | 0.10 Hrs | $19.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/26/01 | MTM | Telephone call to Bruce Johanns at Lason re: trip to review boxes in East Hartford tomorrow (.6); conference with RAM re: same (.1); receipt and review of e-mail from Reed Smith paralegal (.3); telephone call to in-house counsel re: Lason issues (.4); conference with ARA re: unscannable material boxes from Winthrop Square at Lason (.6). | 2.00 Hrs | $330.00 |
| 09/26/01 | ARA | Telephone call from Holme Roberts paralegal to discuss the amount of unscannable documents Lason might have that came from Cambridge (.2). Search (at Winthrop Square) for information pertaining to unscannable documents from Winthrop Square and determine the amount of boxes of documents Lason might have (.5); discussion with MTM re: same (.1). Organize documents (1.0). | 1.80 Hrs | $135.00 |
| 09/27/01 | RAM | Read selected documents and pleadings filed in bankruptcy court. | 1.00 Hrs | $195.00 |
| 09/27/01 | RAM | Read emails re: Lason returning documents; MTM to review same to insure all are there. | 0.10 Hrs | $19.50 |
| 09/27/01 | MTM | Receipt and review of letter from in-house counsel to Kirkland Ellis re: letter from Minnesota local counsel regarding files (.4); telephone call from Peter Green at On Site (scanning vendor) re: review of sample boxes at Winthrop Square before October 4th meeting (.2); telephone call from in-house counsel re: documents (.1). | 0.70 Hrs | $115.50 |
| 09/27/01 | ARA | Meeting with new Law Corp. director re: re-start of document review and temps needed. | 1.00 Hrs | $75.00 |
| 10/01/01 | MTM | Receipt and review of e-mail from Holme Roberts paralegal re: draft agenda for meeting with scanners on Thursday (.2); receipt and review of e-mail from On Site re: same (.1); telephone call to Reed Smith paralegal re: agenda (.1); e-mail to Holme Roberts paralegal with comments on meeting outline (.5); telephone call to Bruce Johanns at Lason re: meeting tomorrow to review Grace boxes (.3); meeting with Holme Roberts paralegal re: preparation for resumption of document review (.5); receipt and review of e-mail re: On Site's target sheets (.1); telephone call from Law Corps re: availability of temporary paralegals for resumption of document review project (.2). | 2.00 Hrs | $330.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/01/01 | ARA | Review various lists and guidelines used for the document review with Holme Roberts paralegal (1.0); review Dead Storage and RecordKeeper box locations at Winthrop Square (1.0); determine which boxes are to go back to Cambridge (1.0). | 3.00 Hrs | $225.00 |
| 10/02/01 | RAM | Read updated docket entries and select documents to be printed (.2); read documents (.4). | 0.60 Hrs | $117.00 |
| 10/02/01 | MTM | Meeting with Lason in East Hartford re: return of Grace boxes. | 7.00 Hrs | $1,155.00 |
| 10/02/01 | ARA | Sort and organize document guideline list with Holme Roberts paralegal (1.5); review information re: EPA project (.5); confirm location of Dead Storage boxes and determine where they should be returned to in Cambridge (1.0). | 3.00 Hrs | $225.00 |
| 10/03/01 | MTM | Receipt and review of final meeting agenda re: meeting with scanners tomorrow (.2); telephone call from Holme Roberts paralegal re: same and receipt of Lason boxes today (.2). | 0.40 Hrs | $66.00 |
| 10/03/01 | ARA | Travel with Holme Roberts paralegal to Uniscribe; view their facility for scanning; meet with director and supervisor of their scanning department (1.70). Meeting with Winthrop Square building manager re: preparing document storage and review room prior to restart of document review project (.30). To Cambridge re: delivery of boxes from Lason, etc.; inventory same (5.0). | 7.00 Hrs | $525.00 |
| 10/04/01 | RAM | Conferences with MTM and ARA re: obtaining ZAI advertising documents for Kinsella Communications (.2); review slides and photos (.5). Conference with MTM and telephone conference with in-house counsel re: best time to restart document review (.3). | 1.00 Hrs | $195.00 |
| 10/04/01 | MTM | Meeting with outside counsel firms and representatives from three scanning vendors (On Site, DTI and Uniscribe) re: scanning proposals (7.1); conference with RAM and telephone call to in-house counsel re: same (.6). | 7.70 Hrs | $1,270.50 |
| 10/04/01 | ARA | Oversee delivery of boxes of documents from Lason, CT by Walsh movers (1.0). Search for vermiculite records, per MTM's request (.5). Prepare and oversee Onsite's (scanning company) review of documents in order for them to bid on scanning job for EPA project (2.0). Discussion with RAM and MTM re: slides for Attic Insulation (.2); search for and review slides at Winthrop Square (.8); search for advertising materials RAM requested (.5). Review and tag representative ads in ZAI | 6.00 Hrs | $450.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | boxes (1.0). | | |
| 10/04/01 | JKW | Download and print document from WR Grace bankruptcy docket. | 0.20 Hrs | $15.00 |
| 10/05/01 | RAM | Read note that 7 experienced temps are available when document review is restarted; conference with MTM re: same (.1). Read selected documents filed in bankruptcy court (.3). At Winthrop Square to review representative ZAI advertising documents to send to Kinsella Communications; conference with MTM re: same (1.0). Telephone conferences with in-house counsel re: whether we have certain photos of products. (.1). | 1.50 Hrs | $292.50 |
| 10/05/01 | ARA | Work on confirmation of location of boxes of documents for their return to Cambridge; prepare boxes to return to Cambridge (3.0). Conference with Holme Roberts paralegal re: Cambridge Dead Storage box list (.5). Review ads tagged with RAM; arrange with Merrill Corp. to have ads copied (.5). Obtain originals from MTM's office and return them to the production set at Winthrop Square (1.0). | 5.00 Hrs | $375.00 |
| 10/09/01 | MTM | Conference with MB re: Zonolite Attic Insulation photos for Kinsella Communications (.1); letter to Kathy Kinsella re: advertising samples (.1). | 0.20 Hrs | $33.00 |
| 10/09/01 | ARA | Telephone call from Law Corp. re: start date of the document review project (.1). Telephone call from MTM re: box count of documents from Lason; discuss location of unscannable documents (.2). | 0.30 Hrs | $22.50 |
| 10/10/01 | MTM | Telephone call from in-house counsels and Reed Smith attorney re: information re: uses of Mono-Kote; review various documents for same. | 0.60 Hrs | $99.00 |
| 10/10/01 | ARA | Organize plant box inventories for their return to plant boxes in Cambridge (.5); organize other lists and documents re: EPA document review (4.0). | 4.50 Hrs | $337.50 |
| 10/11/01 | RAM | Telephone calls from MTM: (1) re: uses of MK; (2) re: query of in-house counsel re: vermiculite sales; and (3) re: advertising documents (.1). Respond to MTM's questions (.1). Tell MB where to find documents; telephone conference with MB who found same (.1). Telephone calls to in-house counsels; leave messages (.1). | 0.40 Hrs | $78.00 |
| 10/11/01 | MTM | Telephone calls to/from RAM re: questions from in-house counsels yesterday re: uses of Mono-Kote (.2); review documents re: same (3.0). | 3.20 Hrs | $528.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/11/01 | MTM | Telephone call from Law Corp re: date for restart of document review (.1); telephone call to Reed Smith re: same (.1); receipt and review of e-mail from Holme Roberts paralegal re: comparison of final two scanning vendors (.5). | 0.70 Hrs | $115.50 |
| 10/12/01 | MTM | Complete review of documents re: uses of MK (.3). Telephone call from in-house counsel seeking list of vermiculite products (.1); review instruction packets to document reviewers re: same (.3); telephone call and fax to in-house counsel re: list of vermiculite products (.2). | 0.90 Hrs | $148.50 |
| 10/15/01 | MTM | E-mail to Holme Roberts paralegal re: final choice of scanning vendor (.2); receipt and review of e-mail from same re: contract issues (.1). | 0.30 Hrs | $49.50 |
| 10/15/01 | JKW | Download and print out document for use in submitting fee application to bankruptcy court. | 0.20 Hrs | $15.00 |
| 10/16/01 | JKW | Update bankruptcy court docket entries for RAM. | 0.20 Hrs | $15.00 |
| 10/17/01 | RAM | Conference with MTM re: locating photos of products (.2). Telephone conferences with in-house counsel re: locating all air sampling tests for MK-3 (.1); review documents for same (1.2). Read updated docket entries in bankruptcy court to select documents to be printed for review (.2). | 1.70 Hrs | $331.50 |
| 10/17/01 | DBM | Find list of MK-3 application tests. | 0.30 Hrs | $49.50 |
| 10/17/01 | MTM | Telephone call from in-house counsel and Kathy Kinsella re: photographs of products re: class notice (.4); conference with ARA re: same (.2); conference with RAM re: same (.2). | 0.90 Hrs | $148.50 |
| 10/17/01 | MTM | Conference call with outside counsel firms re: final choice of scanning vendor (.5); telephone call to UniScribe re: same (.2). | 0.70 Hrs | $115.50 |
| 10/17/01 | ARA | Conference with MTM re: searching for ads for certain products in the production set (.2); search for and obtain same (3.8). | 4.00 Hrs | $300.00 |
| 10/18/01 | RAM | Read outlines prepared by Reed Smith and Kirkland & Ellis for preparing Chapter 11 cases (.8); notes to staff and conference with MTM re: same (.2). Conference with MTM re: MK-3 air sampling tests (.1); send documents to in-house counsel (.1). | 1.20 Hrs | $234.00 |
| 10/18/01 | DBM | Find Monokote test report. | 0.50 Hrs | $82.50 |
| 10/18/01 | MTM | Conference with RAM re: locating fireproofing testing documents (.1); conference with ARA re: locating best copy of originals at Winthrop Square re: same (.3); conference with ARA re: her search for photographs of products at Cambridge requested by Kathy Kinsella (.5). | 1.90 Hrs | $313.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | Receipt and review of outlines re: preparing Chapter 11 cases (.9); conference with RAM re: same (.1). | | |
| 10/18/01 | MTM | Receipt and review of e-mail from Holme Roberts paralegal re: cost to include specific information requested by EPA. | 0.10 Hrs | $16.50 |
| 10/18/01 | ARA | Review advertising materials in Cambridge re: certain products, per in-house counsel's request (6.7); conferences with MTM re: same (.8). | 7.50 Hrs | $562.50 |
| 10/19/01 | ARA | Receipt of copies and original ads copied by Merrill Corporation; quality control and organize same. | 2.50 Hrs | $187.50 |
| 10/19/01 | ARA | Conference with K. Katz (Law Corps) re: re-start of document review project. | 0.30 Hrs | $22.50 |
| 10/22/01 | RAM | List experts who testified in Comm. of MA property case. | 0.10 Hrs | $19.50 |
| 10/22/01 | MTM | Letter to Kathy Kinsella re: photographs of certain products. | 0.30 Hrs | $49.50 |
| 10/22/01 | MTM | Telephone call from Karen Katz at Law Corps re: resumption of document review (.1). Conference with ARA (.1). | 0.20 Hrs | $33.00 |
| 10/23/01 | RAM | Conference with AMH to ID experts in Comm. of Mass. case (.1); review outlines of experts' testimony (.4). | 0.50 Hrs | $97.50 |
| 10/23/01 | AMH | Review Commonwealth trial records regarding experts' work (1.6); conference with R. Murphy (.1). | 1.70 Hrs | $297.50 |
| 10/23/01 | DBM | Review/analyze outline of tasks to be done to prepare Chapter 11 cases. | 0.60 Hrs | $99.00 |
| 10/23/01 | ARA | Receipt of copies and original ads copied by Merrill Corporation; quality control and organize same. | 2.00 Hrs | $150.00 |
| 10/23/01 | ARA | Search for and obtain certain expert witness deposition binders for RAM to review for testimony given in the Commonwealth of Massachusetts case. | 0.70 Hrs | $52.50 |
| 10/24/01 | RAM | Telephone conference with in-house counsel re: potential expert witness and other issues (.2); to Winthrop Square to locate material re: potential expert witness (.5); Fedex same to in-house counsel (.1). Review updated docket entries in bankruptcy court (.2). | 1.00 Hrs | $195.00 |
| 10/24/01 | JKW | Update bankruptcy court docket entries for RAM. | 0.20 Hrs | $15.00 |
| 10/25/01 | RAM | Telephone conference with in-house counsel re: whether we have "original" of MK video (.1); conferences with ARA and MTM to locate videotapes (.2); review videotapes (2) (.3); telephone conference with in-house counsel re: what was located (.1). Telephone call from in-house counsel re: if we have former Grace employee's current phone number; review latest transcripts of former employee and notes for same; call information; no listing; leave message for in-house counsel (.2). | 0.90 Hrs | $175.50 |

David B. Siegel

| | | | | |
|---|---|---|---|---|
| 10/25/01 | MTM | Conference with RAM re: request from in-house counsel for original Mono-Kote video. | 0.20 Hrs | $33.00 |
| 10/25/01 | MTM | Telephone call from temp agencies re: resumption of document review (.1); e-mail to outside counsel firms re: status and probable 11/5/01 start-up (.1). | 0.20 Hrs | $33.00 |
| 10/25/01 | ARA | Per RAM's request review former Grace employee's deposition binders for his latest address and phone number. | 0.40 Hrs | $30.00 |
| 10/25/01 | ARA | Telephone call from RAM; per his request, search production set for and obtain videos re: Monokote. | 0.50 Hrs | $37.50 |
| 10/26/01 | RAM | Review selected documents filed in bankruptcy court. | 0.10 Hrs | $19.50 |
| 10/26/01 | JKW | Download and print various documents filed in bankruptcy court for RAM. | 0.40 Hrs | $30.00 |
| 10/29/01 | MTM | Receipt and review of e-mail from Holme Roberts paralegal re: restart of document review next week (.1); respond to same (.2); receipt and review of new format (.1); receipt and review of e-mail to OnSite re: same (.2); receipt and review of revised guidelines to reviewers (1.8). | 2.40 Hrs | $396.00 |
| 10/30/01 | MTM | Receipt and review of e-mail from in-house counsel and Reed Smith paralegal re: restart of document review on Monday (.3); conference with PM re: contacting temporary agencies re: staffing (.2); review packet of paralegal guidelines and instructions from prior review re: same (3.6). | 4.10 Hrs | $676.50 |
| 10/31/01 | RAM | Review portions of plaintiff's experts' deposition testimony in Comm. of Mass. case. | 1.00 Hrs | $195.00 |
| 10/31/01 | MTM | Prepare for restart of document review project (prepare guideline and instruction packets, identify boxes to start with at Winthrop Square, etc.). | 3.10 Hrs | $511.50 |
| 10/31/01 | ARA | Telephone conference with Law Corp re: names of temps for resumption of EPA document review project. | 0.20 Hrs | $15.00 |
| | | TOTAL LEGAL SERVICES | | $15,966.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 14.80 Hrs | 195/hr | $2,886.00 |
| ANDREW M. HIGGINS | 1.70 Hrs | 175/hr | $297.50 |
| DONNA B. MACKENNA | 1.40 Hrs | 165/hr | $231.00 |
| MATTHEW T. MURPHY | 52.30 Hrs | 165/hr | $8,629.50 |
| ANGELA R. ANDERSON | 51.10 Hrs | 75/hr | $3,832.50 |
| JOSEPH K. WINRICH | 1.20 Hrs | 75/hr | $90.00 |
| | 122.50 Hrs | | $15,966.50 |

David B. Siegel

| | |
|---|---|
| TOTAL THIS BILL | $15,966.50 |

Page 9