## EXHIBIT B

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
ONE FEDERAL STREET
BOSTON, MASSACHUSETTS 02110
F.I.N.  04-2778062

November 28, 2001

Bill Number  27338
File Number  0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Thru October 31, 2001

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**DISBURSEMENTS**

PHOTOCOPYING

| | |
|---|---|
| 09/18/01 | 1.20 |
| 09/24/01 | 0.12 |
| 09/24/01 | 0.12 |
| 09/24/01 | 0.24 |
| 09/26/01 | 0.48 |
| 10/05/01 | 0.24 |
| 10/05/01 | 7.92 |
| 10/05/01 | 0.72 |
| 10/05/01 | 14.88 |
| 10/09/01 | 1.20 |
| 10/11/01 | 0.72 |
| 10/12/01 | 18.00 |
| 10/12/01 | 0.72 |
| 10/12/01 | 8.76 |
| 10/12/01 | 1.08 |
| 10/12/01 | 1.32 |
| 10/12/01 | 0.36 |
| 10/12/01 | 139.68 |
| 10/12/01 | 6.72 |

David B. Siegel

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**DISBURSEMENTS**

PHOTOCOPYING

| | |
|---|---:|
| 10/12/01 | 6.60 |
| 10/15/01 | 0.12 |
| 10/16/01 | 0.12 |
| 10/16/01 | 1.20 |
| 10/18/01 | 0.24 |
| 10/18/01 | 7.92 |
| 10/23/01 | 0.12 |
| 10/23/01 | 0.12 |
| 10/29/01 | 0.24 |
| 10/29/01 | 0.24 |
| | $221.40 |

TELEPHONE

| | | | |
|---|---|---|---:|
| 10/02/01 | 357 | 15613621583 | 0.01 |
| 10/04/01 | 329 | 5613621532 | 0.22 |
| 10/05/01 | 329 | 5613621532 | 0.12 |
| 10/08/01 | | | 1.38 |
| 10/11/01 | 329 | 2486015190 | 0.57 |
| 10/12/01 | 329 | 5613621532 | 0.07 |
| 10/12/01 | 329 | 5613621532 | 0.34 |
| 10/15/01 | | | 1.38 |
| 10/18/01 | 329 | 5613621532 | 0.09 |
| 10/22/01 | | | 3.23 |
| 10/25/01 | 329 | 5613621532 | 0.19 |
| | | | $7.60 |

EXCESS POSTAGE

| | |
|---|---:|
| 10/12/01 | 14.05 |
| 10/30/01 | 11.85 |
| | $25.90 |

FEDERAL EXPRESS

| | |
|---|---:|
| 10/22/01   To in-house counsel from Matt Murphy on 10/05/01 | 25.03 |
| | $25.03 |

MISCELLANEOUS

| | |
|---|---:|
| 10/12/01   RECORDKEEPER ARCHIVE - monthly storage fee (10/01) | 381.60 |
| | $381.60 |

David B. Siegel

| | |
|---|---|
| TOTAL DISBURSEMENTS | $661.53 |
| TOTAL THIS BILL | $661.53 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
ONE FEDERAL STREET
BOSTON, MASSACHUSETTS 02110
F.I.N.  04-2778062

November 28, 2001

Bill Number  27339
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Thru October 31, 2001

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

**DISBURSEMENTS**

PHOTOCOPYING

| Date | Amount |
|------|-------|
| 09/18/01 | 0.60 |
| 09/26/01 | 0.24 |
| 09/26/01 | 0.24 |
| 10/03/01 | 0.48 |
| 10/10/01 | 0.48 |
| 10/10/01 | 3.48 |
| 10/18/01 | 0.12 |
| 10/24/01 | 0.24 |
| 10/24/01 | 41.28 |
| 10/24/01 | 5.28 |
| 10/25/01 | 0.24 |
| | $52.68 |

TELEPHONE

| Date | | Number | Amount |
|------|-----|-----------|------|
| 09/19/01 | 329 | 2158518250 | 0.08 |
| 09/20/01 | 329 | 5613621533 | 0.06 |
| 09/20/01 | 329 | 2124464800 | 0.56 |
| 09/20/01 | 329 | 3038660478 | 0.09 |
| 09/20/01 | 329 | 5613621532 | 0.32 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**DISBURSEMENTS**

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 09/25/01 | 357 | 3026524100 | 0.31 | |
| 09/25/01 | 329 | 8602906655 | 0.20 | |
| 09/25/01 | 329 | 2486164427 | 0.17 | |
| 09/26/01 | 329 | 8602906655 | 0.06 | |
| 09/26/01 | 329 | 8602906655 | 0.10 | |
| 09/26/01 | 329 | 8602906655 | 0.35 | |
| 09/26/01 | 329 | 8602906655 | 0.04 | |
| 09/26/01 | 329 | 8602906655 | 0.20 | |
| 09/26/01 | 329 | 5613621533 | 0.66 | |
| 09/26/01 | 329 | 8602906655 | 0.37 | |
| 09/26/01 | 329 | 8602906655 | 0.28 | |
| 09/27/01 | 329 | 8602906655 | 0.10 | |
| 09/27/01 | 329 | 5613621532 | 0.30 | |
| 09/27/01 | 329 | 5613621532 | 0.76 | |
| 09/27/01 | 329 | 5613621533 | 0.45 | |
| 09/30/01 | fax | | 0.46 | |
| 09/30/01 | AT&T | | 3.08 | |
| 10/01/01 | 329 | 2158518232 | 0.23 | |
| 10/01/01 | 329 | 8602906655 | 0.10 | |
| 10/01/01 | 329 | 8602906655 | 0.09 | |
| 10/11/01 | 329 | 2158518250 | 0.59 | |
| 10/17/01 | 329 | 2158518250 | 0.06 | |
| 10/31/01 | | | 1.02 | |
| | | | | $11.09 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/17/01 | To in-house counsel from MTM on 9/24/01 | 48.43 | |
| 10/22/01 | To Ms. Kathy Kinsella from Matthew T. Murphy on 10/10/01 | 23.16 | |
| 10/24/01 | To in-house counsel from RAM on 10/18/01 | 14.41 | |
| | | | $86.00 |

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 10/01/01 | Review Chapter 11 docket entries on 9/13, 9/19, 9/21 & 9/24/01 | 39.76 | |
| | | | $39.76 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

## DISBURSEMENTS

OTHER DELIVERY SERVICES

| | | | |
|---|---|---|---|
| 09/19/01 | BOSTON EXPRESS DELIVERY - To Duplicating Center on 8/1/01 - 2 videotapes (exhibits to the affidavits of plaintiffs' expert witnesses Hurst & Hatfield). | 9.00 | |
| 10/12/01 | WALSH MOVERS INC. - Return of WR Grace documents from Lason to Cambridge and Winthrop Square | 1,148.00 | |
| 10/19/01 | WALSH MOVERS INC. - Return of WR Grace documents from Lason to Cambridge and Winthrop Square | 297.00 | |
| | | | $1,454.00 |

TRAVEL

| | | | |
|---|---|---|---|
| 10/03/01 | MATTHEW T. MURPHY - Travel to Hartford to review Grace documents to be returned by Lason (car rental $52.15, gas $13.03 and tolls $4.30) | 69.48 | |
| | | | $69.48 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/10/01 | MERRILL CORPORATION - 1 copy of documents requested by in-house counsel | 497.25 | |
| 10/19/01 | MERRILL CORPORATION - reproduce ZAI slides and audiotapes for Kinsella Communications | 136.23 | |
| 10/19/01 | MERRILL CORPORATION - color laser copies of photographs of ZAI advertising for Kinsella Communications | 56.96 | |
| 10/19/01 | MERRILL CORPORATION - radio and TV ads copied from the ZAI boxes at Winthrop Square | 36.94 | |
| | | | $727.38 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 10/23/01 | Duplicating Center - 2 videotapes (exhibits to the affidavits of plaintiffs' expert witnesses Hurst & Hatfield). | 37.80 | |
| | | | $37.80 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $2,478.19 |

David B. Siegel

TOTAL THIS BILL          $2,478.19