UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
IN RE: ARMSTRONG WORLD    :    Chapter 11
INDUSTRIES, INC., et al.,:    Case Nos. 00-4471, 00-4469,
                         :              00-4470
        Debtors.         :
-------------------------
IN RE: W.R. GRACE & CO., :    Chapter 11
et al.,                  :    Case Nos. 01-1139 through
                         :              0-1200
        Debtors.         :
-------------------------
IN RE: FEDERAL-MOGUL     :    Chapter 11
GLOBAL, INC., T&N        :    Case Nos. 01-10578, et al.[1]
LIMITED, et al.,         :
                         :
        Debtors.         :
-------------------------
```

**ORDER**

The above captioned Chapter 11 proceedings having been or in the process of being transferred to this Court pursuant to the Order of the Honorable Susan L. Robinson, Chief Judge of the United States District Court for the District of Delaware; and it appearing that the Notice and Order of this Court entered November 30, 2001, was improvidently entered in certain respects with regard to the above captioned Chapter 11 proceedings; and good cause appearing

It is this 5th day of December 2001

ORDERED that, except as further provided in this Order, all matters and applications for relief presently pending

---

[1] See attached list.

before the transferor judges in the three Chapter 11 proceedings captioned above, and all applications for future relief in those cases, shall be heard by this Court and not by the transferor judges and it is further

ORDERED that all hearings presently scheduled before the transferor judges on pending matters are hereby adjourned <u>sine die</u> pending further Order of this Court, and it is further

ORDERED that this Order shall not affect the motion for a preliminary injunction by debtors Federal Mogul Corp., T&N Limited, Gasket Holdings, Inc. and Ferodo America, Inc., Adv. Pro. 01-8885, to enjoin payment by certain sureties in connection with the Center for Claims Resolution agreement, presently scheduled for hearing before Judge Robinson on January 6, 2001, and Judge Robinson shall retain jurisdiction over that motion, and it is further

ORDERED that all provisions of the Order of this Court dated November 30, 2001 that are inconsistent with this Order are vacated and superseded by this Order, but that all other provisions of the November 30, 2001, including without limitation those provisions as they affect the Chapter 11 proceedings IN RE: USG CORPORATION, Case Nos. 01-2094 through 01-2104 and IN RE: OWENS CORNING, Case Nos. 00-3837 through 00-3854, shall remain in force and affect.

```
                              /s/_____
                              ALFRED M. WOLIN, U.S.D.J.
```

**IN RE: FEDERAL-MOGUL GLOBAL, INC.**
         **Case Numbers**

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |

| | | |
|---|---|---|
| 01-10633 | 01-10694 | 01-10744 |
| 01-10634 | 01-10695 | 01-10745 |
| 01-10637 | 01-10696 | 01-10746 |
| 01-10638 | 01-10697 | 01-10747 |
| 01-10640 | 01-10698 | 01-10748 |
| 01-10641 | 01-10699 | 01-10749 |