UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : | Chapter 11 Case Nos. 00-4471, 00-4469, 00-4470 |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO., et al., | : : : | Chapter 11 Case Nos. 01-1139 through 0-1200 |
| Debtors. | : | |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., | : : : : | Chapter 11 Case Nos. 01-10578, et al.[1] |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : : | Chapter 11 Case Nos. 01-2094 through 01-2104 |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : : : | Chapter 11 Case Nos. 00-3837 through 00-3854 |
| Debtors. | : | |

## ORDER (1) REFERRING CERTAIN CASES TO THE BANKRUPTCY COURT AND (2) ALLOCATING RESPONSIBILITIES BETWEEN THE DISTRICT COURT AND THE BANKRUPTCY COURT

The above-captioned Chapter 11 cases having been being transferred to this Court pursuant to the Order of the Honorable Susan L. Robinson, Chief Judge of the United States District Court for the District of Delaware; and this Court having

---

[1]See attached list.

authority pursuant to 28 U.S.C. § 157(a) to refer these cases to the United States Bankruptcy Judges of this District; and the Honorable Randall J. Newsome and the Honorable Judith K. Fitzgerald, United States Bankruptcy Judges of the Northern District of California and the Western District of Pennsylvania respectively, sitting by designation in this District and possessing special expertise and familiarity with these matters; and good cause appearing

**IT IS THIS**   day of December 2001

**ORDERED** that the following Order applies to the lead cases identified in the caption of this Order and to all cases filed as related cases thereto, and it is further

**ORDERED** that In re W.R. Grace & Co., Bankruptcy No. 01-1139, is hereby referred to the Honorable Judith K. Fitzgerald is further

**ORDERED** that In re Armstrong World Industries, Inc., Bankruptcy No. 00-4471, is hereby referred to the Honorable Randall J. Newsome, and it is further

**ORDERED** that In re Federal-Mogul Global, Inc., Bankruptcy No. 01-10578, is hereby referred to the Honorable Randall J. Newsome, and it is further

**ORDERED** that In re Owens Corning, Bankruptcy No. 00-3837, is referred to the Honorable Judith K. Fitzgerald before whom it was previously pending, and it is further

2

**ORDERED** that <u>In re USG</u>, Bankruptcy. No. 01-2094, is hereby referred to the Honorable Randall J. Newsome before whom it was previously pending, and it is further

**ORDERED** that Judges Fitzgerald and Newsome will cooperate between themselves and with this Court in the scheduling of the above-captioned five cases to facilitate the expeditious administration of the debtors' estates in bankruptcy, and it is further

**ORDERED** that all persons are on notice that this Court may, <u>sua</u> <u>sponte</u>, upon recommendation received from the Bankruptcy Judges, or upon motion, withdraw the references made by this Order with respect to specific proceedings or issues as may be required by law or as may from time to time be deemed advisable by the Court to facilitate the efficient resolution of the several cases and/or to adjudicate common issues among them and it is further

**ORDERED** that the withdrawal of the references is specifically contemplated with respect to asbestos-related claims and issues, provided however that the Court's authority to withdraw the references shall not be limited to that issue nor by whether a particular proceeding is considered core for the purposes of the jurisdiction of the Bankruptcy Court under the United States Code, and it is further

**ORDERED** that all pleadings, applications, or documents

3

concerning these cases shall be filed with the Clerk of the Bankruptcy Court for the District of Delaware in accordance with applicable procedures and Local and Federal Rules of Bankruptcy Procedure, and it is further

**ORDERED** that counsel for the debtors shall transmit a copy of each Omnibus Hearing Agenda Letter to this Court simultaneously with filing that letter in the Bankruptcy Court, and debtors' counsel shall immediately contact this chambers by telephone to arrange the mode of transmittal of the Agenda Letters, and it is further

**ORDERED** that at the status conference in these cases presently scheduled for December 20, 2001, this Court will solicit views from the parties with respect to which specific proceedings, and particularly which asbestos-related proceedings, the references to the Bankruptcy Judges should be withdrawn, and it is further

**ORDERED** that, from the date of this Order, the Bankruptcy Judges will conduct an initial review of all proceedings and issues presently pending before them in the above-captioned cases to determine whether, as a matter of statutory jurisdiction or to facilitate the several cases and/or to adjudicate common issues among them, the reference should be withdrawn as to any of them, and it is further

**ORDERED** that upon completion of their review, the Bankruptcy

4

Judges shall recommend to this Court as to which proceedings or issues the references should be withdrawn, and it is further

**ORDERED** that this Order shall be without prejudice to the right of any party to move to withdraw a reference with respect to a particular proceeding, and it is further

**ORDERED** that nothing in this Order shall be construed to require that the Bankruptcy Court render formal findings or recommendations with respect to a withdrawal of the references or a determination of the core/non-core nature of a particular proceeding unless a party in interest files a motion requesting a determination of the core/non-core status of a particular proceeding, and it is further

**ORDERED** that all proceedings currently pending before the Bankruptcy Judges will continue to be handled by them in accordance with the provisions of 28 U.S.C. § 157 and this Order, subject to further Order of this Court, and it is further

**ORDERED** that all previous orders in the above captioned cases shall continue in force except as modified or superseded by the terms of this Order.

/s/
_____
        Alfred M. Wolin, District Judge
        District Court, New Jersey
        Sitting by Designation, District of
        Delaware

**IN RE: FEDERAL-MOGUL GLOBAL, INC.**
**Case Numbers**

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |

| | | |
|---|---|---|
| 01-10633 | 01-10694 | 01-10744 |
| 01-10634 | 01-10695 | 01-10745 |
| 01-10637 | 01-10696 | 01-10746 |
| 01-10638 | 01-10697 | 01-10747 |
| 01-10640 | 01-10698 | 01-10748 |
| 01-10641 | 01-10699 | 01-10749 |