FURTHER AFFIANT SAYETH NAUGHT.

_____
W. D. HILTON, JR.

STATE OF TEXAS        )
                      ) SS
COUNTY OF HUNT        )

The foregoing instrument was acknowledged before me this 19th day of November, 2001, by W. D. Hilton, Jr. who is personally known to me or who has produced _____ as identification.

_____
NOTARY PUBLIC, State of Texas at Large

(Print Name) Patti Spencer
(Commission No.) Expires 11-06-2004

My commission expires:

[SEAL: PATTI SPENCER, Notary Public, State of Texas, My Commission Exp. 11-06-2004]