# EXHIBIT "A"

# CURRICULA VITAE
# W. D. HILTON, JR.

Residence:
19 Mullaney Road
Greenville, Texas 75402
903/450-1085
903/883-4603

Office:
Trust Services, Inc.
2716 Lee Street, Suite 500
Greenville, Texas 75401-4107
903/453-2161  Fax 903/453-2169

## BUSINESS/PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1993 - Present | Executive Director (1999 - Present)<br>Managing Trustee (1993 - 1999)<br>NGC Settlement Trust<br>President<br>Asbestos Claims Management Corporation |
| 1996 - Present | Property Damage Claims Administrator<br>Celotex Asbestos Settlement Trust |
| 1997 – Present | President & CEO<br>Trust Services, Inc. |
| 1997 - Present | Property Damage Claims Administrator<br>Texas Political Entities Asbestos Class Action Settlement |
| 1998 – Present | Managing Trustee<br>Fuller-Austin Asbestos Settlement Trust<br>President<br>Fuller-Austin Insulation Company |
| 1999 – Present | Property Damage Claims Administrator<br>Eagle-Picher Property Damage Trust |
| 1995 - Present | Member—Committee of Inspection (Creditors Committee)<br>Bermuda Fire & Marine Insurance Company, Ltd (In Liquidation) |
| 1995 - Present | Member—Creditors Committee<br>KWELM Companies (Scheme of Arrangement) |
| 1998 – Present | Member – Creditors Committee<br>Bryanston Insurance Company Limited (Scheme of Arrangement) |
| 2000 – Present | Member – Board of Directors<br>Bermuda Fire & Marine Insurance Co. Ltd. |
| 1993 - 1995 | Director & Chairman of the Board<br>The Austin Company |
| 1993 - Present | Director<br>Payden & Rygel Investment Trust |
| 1990 - 1993 | Chief Financial Officer<br>Texas Association of School Boards, Inc. |

Curricula Vitae - W. D. Hilton, Jr.
page 2

## BUSINESS/PROFESSIONAL EXPERIENCE (con't)

| | |
|---|---|
| 1988 - Present | Owner<br>Rental Housing Business in Greenville |
| 1978 - 1989 | First Greenville National Bank/Interfirst Bank - Greenville<br>Board of Directors<br>Loan and Discount and Trust Committees |
| 1970 - 1988 | President/Owner<br>Collins-Hilton Furniture Co., Inc |

## EDUCATION

| | |
|---|---|
| 1970 | BBA - Finance<br>University of Texas at Austin |

## CIVIC AFFILIATIONS

| | |
|---|---|
| 1995 - Present | Chairman--Finance Commission of Texas |
| 1975 - 1990<br>1994 - 1997 | Greenville Independent School District Board of Trustees<br>President - seven years |
| 1989 - 1992 | Texas Business Education Coalition<br>Steering Committee Member |
| 1980 - 1988 | Texas Association of School Boards<br>Board of Trustees (1980 - 1988)<br>President (1986 - 1987) |
| 1982 - 1988 | TASB Property/Casualty Joint Account<br>Chairman - Board of Trustees (1982 - 1988) |
| 1985 - 1988 | Texas School Services Foundation (now TASB, Inc.)<br>Board of Trustees |
| 1986 - 1987 | Commission on New Communications in Public School<br>Operations of the National School Boards Association |
| 1985 - 1986 | Accountable Cost Committee of the Texas Education Agency |
| 1985 - 1990<br>2000 – Present | City of Greenville Board of Development |
| 1988 - 1990 | Drug Free Greenville, Inc.<br>Founding President |
| 1988 - 1990<br>1972 - 1981 | Greenville Rotary Club<br>Member |

Curricula Vitae - W. D. Hilton, Jr.
page 3

## CIVIC AFFILIATIONS (con't)

| | |
|---|---|
| 1972 - 1990 | Salvation Army Advisory Board<br>Chairman (1980)<br>Chaired Planning and Building Committee for New Facility |
| 1982 | Hunt County Hospital District<br>Chaired successful campaign to pass $13 million bond issue |
| 1972 - 1975 | Greenville Chamber of Commerce<br>Board of Directors & Vice-President (1975) |

## AWARDS

| | |
|---|---|
| 1986 | 4-Way Test Award<br>Greenville Rotary Club |
| 1982 | Parent - Teacher Association (PTA)<br>National Life Member |
| 1979 | Greenville Most Worthy Citizen Award |