**EXHIBIT "B"**

FORM B10
(4/90)

# FORM 10. PROOF OF CLAIM

| United States Bankruptcy Court<br>Northern District of Texas | PROOF OF CLAIM |
|---|---|

**In re (Name of Debtor)**
National Gypsum Company a/k/a Gold Bond Building Products

**Case Number**
390-372-13-SAF-11

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

**Name of Creditor**
(The person or other entity to whom the debtor owes money or property)
11 Park Place Associates

**Name and Addresses Where Notices Should be Sent**

c/o Julien & Schlesinger, P.C.
150 William Street
New York, New York 10038

Telephone No. (212) 962-8020

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

[FILED stamp: JUN 29 1992, UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF TEXAS, MICHAEL YOUDIN, CLERK]

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (Describe briefly) Property Damage

☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your social security number _____
Unpaid compensations for services performed
from _____ (date) to _____ (date)

**2. DATE DEBT WAS INCURRED**
July 1, 1987

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describes your claim and STATE THE AMOUNT OF THE CLAIM.

☐ **SECURED CLAIM** $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above. If any $_____

☐ **UNSECURED NONPRIORITY CLAIM** $ 30,000,000.00
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ **UNSECURED PRIORITY CLAIM** $_____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $ 2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier) - 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan - U.S.C. § 507(a)(4)
☐ Up to $ 900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7)
☐ Other - 11 U.S.C. §§ 507(a)(2), (a)(5) - (Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ 30,000,000.00 (Unsecured) $_____ (Secured) $_____ (Priority) $ 30,000,000.00 (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR COURT USE ONLY

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary. Verified Complaint

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**Date** June 18, 1992

**Signature** Julien + Schlesinger, P.C.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

6510