# EXHIBIT "C"

## NGC SETTLEMENT TRUST PROPERTY DAMAGE CLAIM FORM

| Abatement Claim | **BUILDING IDENTIFICATION** | Section A Categories 1, 2, & 3 |
|---|---|---|

Please refer to this claim number on all correspondence:

<u>006</u> - <u>0001</u> - <u>001</u>                    Category __**3**__ Claim
Claimant# - Building# - Installation#
Note: Installation number is used to establish a separate claim number where a building has more than one installation date of ACM.

PLEASE READ THE COMPLETE INSTRUCTIONS BEFORE COMPLETING THESE FORMS. Make photocopies of the entire set of forms before you begin.

NOTE: Each installation in a building of National Gypsum Company (NGC) Asbestos Containing Material (ACM) will be a separate claim. All abatement costs, whether done in one or more abatement projects, must be identified as relating to a particular installation of NGC ACM. Concurrent installation in a building of more than one NGC ACM product is one installation and one claim.

A copy of Section A must accompany each claim (installation). Complete a separate Section B for each installation in a building. *Each Section B is a claim.*

Category 1a, 1b, and 2 claims do not require completion of Section C. There is a Section C and Index C designated for Category 3a and 3b claims.

Complete a separate Section D and Supporting Worksheets for each abatement project related to each claim. Complete one Section E as a recap of all Section D's for each claim. Complete Section F to file a claim for Future Estimated Costs.

1. Enter the **Name** and **Street Address** of the Building. (Post Office Box number is <u>not acceptable</u>)

| Building Name | | |
|---|---|---|
| 4140 CANAL STREET, INC. | | |
| **Street Address** | | |
| 4140 CANAL ST | | |
| | | |
| **City** | **State** | **Zip Code** |
| NEW ORLEANS | LA | 70119 |

2. Enter the **Building Code** that best describes the building:          Code # [ ]

| | | |
|---|---|---|
| 1. Airport-Hangar | 8. Courthouse | 14. Human resource Center |
| 2. Airport-Service Area | 9. Dormitory | 15. Industrial plant |
| 3. Airport-Terminal | 10. Fire Station | 16. Library |
| 4. Apartment | 11. Gym/Arena/ Civic Center | 17. Museum |
| 5. Armory | 12. Hospital | 18. Office Bldg |
| 6. Auditorium/Theater | 13. Hotel | 19. Prison |
| 7. Church | | |

20. School
21. Shopping Center/Mall
22. Warehouse
23. Other _____

3. Enter the **Name, Address, Title,** and **Telephone Number** (with area code) of the **Representative** to whom communications should be sent regarding this building and to arrange for inspection:

| Name | Title |
|---|---|
| RICHARD L KATZ | |
| **Mailing Address** | **Firm Name** |
| 300 POYDRAS ST. | |
| | **Telephone #: (   )** |
| SUITE 1701 LYKES CTR. | |
| **City,ST,Zip** | **Facsimile #: (   )** |
| NEW ORLEANS; LA  70130- | |

4. Enter **Claimant** information: "Claimant" may be an Owner, Operator, or the class representative for a defined class action pursuant to the NGCA Procedures.

| Name | |
|---|---|
| 4140 CANAL STREET., INC | |
| **Mailing Address** | |
| 4140 CANAL STREET | |
| | **Telephone #: (   )** |
| | 0000000000 |
| **City,ST,Zip** | **Facsimile #: (   )** |
| NEW ORLEANS, LA  70119- | 0000000000 |

NGC SETTLEMENT TRUST PROPERTY DAMAGE CLAIM FORM

# INSTALLATION/PRODUCT LOCATION

Section B
Categories 1a, 2, & 3

| Abatement Claim | | |
|---|---|---|
| Claim # 006 - 0001 - 001 | | Page 1 of 1 |
| Claimant# - Building# - Installation# | | Of Section B |

| 1. | Building Name | 4140 CANAL STREET, INC. |
|---|---|---|

| 2. | Original Construction Period* | | 3. | Installation Period for this Claim* | UNK |
|---|---|---|---|---|---|

* **NOTE:** If the construction of the Building or the installation of ACM extended to more than one calendar year, please indicate all years in which the construction or installation projects took place.

| 4. | NGC Product Name(s) | Product 1 | Product 2 |
|---|---|---|---|
| 5. | NGC Product Function(s) | | |

| 6. | Locations Within this Building where NGC ACM Product was installed.<br><br>Indicate below: NGC Product (1 or 2) and Square Footage of NGC ACM for each Location by Installation surface. | Location 1 | | Location 2 | | Location 3 | | Location 4 | |
|---|---|---|---|---|---|---|---|---|---|
| | **Installation Surface** | Prod# | Sq Footage | Prod# | Sq Footage | Prod# | Sq Footage | Prod# | Sq Footage |
| | WALLS | | | | | | | | |
| | CEILINGS | | | | | | | | |
| | STRUCTURAL STEEL | | | | | | | | |
| | OTHER (describe) | | | | | | | | |

| 7. | Citations from Documentation Index supporting the existence of the above NGC ACM Product in this Location.<br><br>**NOTE:** For Category 2 Claims, use citations from the Documentation Index filed by June 30, 1993, as a part of the Category 2 Product Identification Claim Form. For the Category 3 Claim, use citations from Index C of this PD Claim Form. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

NGC SETTLEMENT TRUST PROPERTY DAMAGE CLAIM FORM

| Abatement Claim | **PRODUCT IDENTIFICATION** | Section C Category 3 |
|---|---|---|

Claim # <u>006</u>  -  <u>0001</u>  -  <u>001</u>
Claimant# · Building# · Installation#

A.  Indicate NGC Product Name(s):; _____

B.  Describe Product Function(s):; _____

C.  Check Appropriate Box(es) Indicating the Classification of Evidence of NGC ACM (Product Identification Evidence):

| Classification (I) Constituent Analysis | Classification (II) Affidavit | Classification (III) Documentation | Briefly Describe and Attach Product ID Classification Documents: _____ |
|---|---|---|---|
|  |  |  | _____<br>_____<br>_____<br>_____ |

D.  Describe Product Identification Evidence if Other than one of the Classifications Above:
_____
_____
_____

E.  Is Evidence of ACM attached?    **Yes or No** _____
(If "Yes", attach supporting documentation and list in Index C)

F.  Is Evidence of Proof of Quantity of ACM attached?    **Yes or No** _____
(If "Yes", attach supporting documentation and list in Index C)

G.  Has Claimant Performed Constituent Analysis?    **Yes or No** _____
(If "Yes", attach supporting documentation and evidence that sample(s) are representative and list in Index C)

H.  Pre-Existing Claimant?    **Yes or No** _____
(If "Yes", attach pre-existing claimant supporting documentation and list in Index C)

I.  Attorney Certifying Claim Not Barred due to Statute of Limitations or Repose in the Applicable Jurisdiction:

| Name | Title |
|---|---|
| Mailing Address | Firm Name |
|  | Telephone #: (     ) |
| City,ST,Zip | Facsimile #: (     ) |

**Applicable Jurisdiction:** _____
Attach Affidavit Stating Reason Claim Not Barred and list in Index C.

NGC SETTLEMENT TRUST PROPERTY DAMAGE CLAIM FORM

| Abatement Claim | PRODUCT IDENTIFICATION INDEX | Index C Category 3 |
|---|---|---|

Claim # <u>006</u> - <u>0001</u> - <u>001</u>
Claimant# - Building# - Installation#

| Document Number | Type Code | To Support Code | Author or Originator | | Date |
|---|---|---|---|---|---|
| | | | **Person** | **Organization** | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |
| C- | | | | | |

NGC SETTLEMENT TRUST PROPERTY DAMAGE CLAIM FORM

| Abatement Claim | COST DOCUMENTATION | Section D-1 Categories 1a,2,&3 |
|---|---|---|

**Claim # <u>006</u> - <u>0001</u> - <u>001</u>**
Claimant# - Building# - Installation#

Page _____ of _____
Of Section D

A separate Section D should be completed with Worksheets for each Abatement Project that is a part of this claim. *NOTE:* More than one Section D form may be used for a single Abatement Project. List all cost documents which apply to this Abatement Project for this claim and include a copy as support.

| | |
|---|---|
| **A.** Assign a sequential DOCUMENT NUMBER for each cost document enclosed with this claim beginning with 101 for the first Abatement Project; 201 for the second Abatement Project, etc. Number the cost document with the corresponding assigned number. | **D.** Enter LOCATION(S) (1,2,3,or 4) corresponding to Section B LOCATION(S) to which the Cost Document applies. |
| **B.** DESCRIPTION of document. | **E.** Enter UNDUPLICATED DOLLAR AMOUNT of claim net of deductions for costs not allowed under the NGC Procedures. Attached Worksheet should clearly show the deductions taken for disallowed costs. |
| **C.** Enter the document TYPE CODE(S): <br> 1. Scope of Work <br> 2. Proof of Payment Document <br> 3. Contract <br> 4. Proof of Direct Claimant Payment <br> 5. Document Substantiating In-House Abatement Work | |

Year(s) of this Abatement Project _____

| A<br>Document Number | B<br>Description | C<br>Code | D<br>Location(s) | E<br>Net Claim Amount ($) |
|---|---|---|---|---|
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| D- | | | | |
| | **Total Amount of Net Claim Costs** | | | |

NGC SETTLEMENT TRUST PROPERTY DAMAGE CLAIM FORM

| Abatement<br>Claim | COST DOCUMENTATION | Section D-2<br>Categories 1a,2,&3 |
|---|---|---|

**Claim # <u>006</u>   -   <u>0001</u>   -   <u>001</u>**
Claimant# - Building# - Installation#

Supports Page _____
Of Section D-1

A Section D-2 and a Cost Documentation Worksheet(s) must accompany each Section D-1 to summarize and support Cost Documentation for each Abatement Project that is a part of this claim.

1.   Year(s) of this Abatement Project _____

2.   Scope of Work Performed _____
_____
_____

3.   Locations Within this Building where Abatement Work was Performed as part of this Abatement Project.  (Use Locations from Section B). _____
_____

4.   Summary of this Abatement Project for NGC ACM only.

| DISPOSITION OF NGC ACM... | QUANTITY OF NGC ACM | NET COSTS ALLOWED UNDER NGCA PROCEDURES |
|---|---|---|
| Enclosed | SF | $ |
| Encapsulated | SF | $ |
| Removed (Previously Untreated) | SF | $ |
| Removed (Previously Enclosed) | SF | $ |
| Removed (Previously Encapsulated) | SF | $ |

5.   In Support of the Summary of this Abatement Project attach a Cost Documentation Worksheet which provides the following information for each Contract that is a part of this Abatement Project.

     5a.   Name of Contractor ("Contractor" could be In-House Personnel).

     5b.   Document Number from Section D-1 for each Document related to the Contract (or work performed by In-House Personnel).

     5c.   Itemization of Costs, including a proration to exclude Abatement of non-NGC ACM and Costs not allowed under the NGCA Procedures.

     5d.   Net Claim Amount for the Contract.

     5e.   Additional Information, including Date of Work and Scope of Work.

     5f.   Linkage of Abatement Cost and Location of NGC ACM.

NOTE:  Sample Worksheets are included as an Attachment to the Instructions.

NGC SETTLEMENT TRUST PROPERTY DAMAGE CLAIM FORM

| Abatement Claim | COST DOCUMENTATION | Section D-2 Categories 1a,2,&3 |
|---|---|---|

Claim # <u>006</u>  -  <u>0001</u>  -  <u>001</u>
Claimant# - Building# - Installation#

Supports Page _____
Of Section D-1

A Section D-2 and a Cost Documentation Worksheet(s) must accompany each Section D-1 to summarize and support Cost Documentation for each Abatement Project that is a part of this claim.

1.  Year(s) of this Abatement Project _____

2.  Scope of Work Performed _____
    _____
    _____

3.  Locations Within this Building where Abatement Work was Performed as part of this Abatement Project. (Use Locations from Section B). _____
    _____

4.  Summary of this Abatement Project for NGC ACM only.

| DISPOSITION OF NGC ACM... | QUANTITY OF NGC ACM | NET COSTS ALLOWED UNDER NGCA PROCEDURES |
|---|---|---|
| Enclosed | SF | $ |
| Encapsulated | SF | $ |
| Removed (Previously Untreated) | SF | $ |
| Removed (Previously Enclosed) | SF | $ |
| Removed (Previously Encapsulated) | SF | $ |

5.  In Support of the Summary of this Abatement Project attach a Cost Documentation Worksheet which provides the following information for each Contract that is a part of this Abatement Project.

      5a. Name of Contractor ("Contractor" could be In-House Personnel).

      5b. Document Number from Section D-1 for each Document related to the Contract (or work performed by In-House Personnel).

      5c. Itemization of Costs, including a proration to exclude Abatement of non-NGC ACM and Costs not allowed under the NGCA Procedures.

      5d. Net Claim Amount for the Contract.

      5e. Additional Information, including Date of Work and Scope of Work.

      5f. Linkage of Abatement Cost and Location of NGC ACM.

NOTE: Sample Worksheets are included as an Attachment to the Instructions.

## NGC SETTLEMENT TRUST PROPERTY DAMAGE CLAIM FORM

| Abatement<br>Claim | CLAIM SUMMARY | Section E<br>Categories 1,2,or 3 |
|---|---|---|

Claim # <u>006</u> - <u>0001</u> - <u>001</u>
Claimant# - Building# - Installation#

1. Describe the quantity of NGC ACM in square footage for which this claim is made and the corresponding location(s) of same.

2. Recap the Total Allowed Costs for this Claim based on Abatement Activity and Allowed Cost Components.

| | A | B | $ ALLOWED COSTS | |
|---|---|---|---|---|
| | | | C | D |
| **Description of Abatement Activity** | **Total Quantity Square Foot of NGC ACM** | **Locations by Number from Section B** | **Past Actual Cost** (Prior to March 9, 1993) | **Future Actual Cost** (After March 9, 1993) |
| **1. Enclosed** (Later Removed) | SF | | $ | $ |
| **2. Encapsulated** (Later Removed) | SF | | $ | $ |
| **3. Total ACM Removed** | SF | | $ | $ |
| | **Allowed Cost Per Square Foot of Total ACM Removed** | | (3C+3D)/3A | |

| | A | B | C | D |
|---|---|---|---|---|
| **4. Enclosed** (Remaining) | SF | | $ | $ |
| **5. Encapsulated** (Remaining) | SF | | $ | $ |
| **6. Unabated** (Remaining) | SF | | N/A | N/A |
| **7. Total To Be Removed** (Remaining) | SF<br>Column A 4+5+6 | N/A | N/A | N/A |

| | C | D |
|---|---|---|
| **TOTAL ALLOWED COSTS** | $<br>Column C<br>1+2+3+4+5 | $<br>Column D<br>1+2+3+4+5 |

NGC SETTLEMENT TRUST PROPERTY DAMAGE CLAIM FORM

| Abatement Claim | **CERTIFICATION** | Section G All Categories |
|---|---|---|

Claim # **006** - **0001** - **001**
Claimant# - Building# - Installation #

I hereby certify that the information contained in this claim form with the attached documentation is true and correct based upon a reasonable investigation of the facts.

DATED this _____ day of _____, 1994

Claimant: 4140 CANAL STREET., INC _____

By: _____

Title: _____

Print Name: _____

Address: _____

_____

City,ST,Zip: _____

Telephone: _____

Facsimile: _____