**EXHIBIT "F"**

United States Bankruptcy Court
Middle District of Florida
Tampa Division

**PROOF OF CLAIM**
ASBESTOS PROPERTY DAMAGE

In re: THE CELOTEX CORPORATION, CAREY CANADA INC.  Debtors

Chapter 11    Consolidated Case Nos. 90-10016 8B1 and 90-10017 8B1

Please read carefully the Notice of Asbestos Property Damage Claims Bar Date For Filing Proofs of Claim and Procedure Therefor included with this Proof of Claim and fill out this Proof of Claim to the best of your ability. If you have any questions, the Debtors urge you to consult your attorney. NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C.§503.

A. PROOF OF CLAIM AGAINST [X] THE CELOTEX CORPORATION [X] CAREY CANADA INC.

THIS SPACE IS FOR COURT USE ONLY

B. CREDITOR INFORMATION (A creditor is a person or other entity to whom the Debtor may owe money or property.)

Name and Address of Creditor:
888 7th Avenue Associates Ltd.
partnership
888 7th Avenue, N.Y., N.Y.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Please provide your telephone no. ( )

If you have claims against more than one Debtor, you must specifically identify the particular Debtor against which each claim is asserted.

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim: ☐ replaces a previously filed claim, dated: ___  ☐ amends

C. CLAIM INFORMATION

1. Identify the building(s) for which this proof of claim is filed. Where practicable, state a separate address for each building.
   Building Name: _____
   Address: 888 Seventh Avenue
   New York,
   City: New York  State: NY  Zip Code: _____

2. Indicate the asbestos-containing material(s) you allege are contained in your building(s). (Please respond to all categories and provide date(s) of construction for each building containing each product for which the answer is yes. If date(s) of installation is/are different than the date(s) of construction, please indicate date(s) of installation also).

   A. SURFACING MATERIAL (fireproofing, plaster, trowelled on acoustical material). Yes X No ___
   Made by:
   i) Smith & Kanzler      Yes X No ___
   ii) Philip Carey        Yes X No ___
   iii) Carey Canada Inc.  Yes X No ___
   Date(s) of Construction (and date(s) of installation if different)
   Construction completed in or about 1970
   Have those products been removed or finally remediated? Yes X No ___
   If so, date(s) of removal or final remediation abatement commenced in or about 1988

   B. INSULATION AND ACCESSORY PRODUCTS (pipe covering, block & cements, insulating boards). Yes X No ___
   Made by:
   i) Smith & Kanzler      Yes X No ___
   ii) Philip Carey        Yes X No ___
   iii) The Celotex Corporation  Yes X No ___
   Date(s) of Construction (and date(s) of installation if different)
   CONSTRUCTION COMPLETED IN OR ABOUT 1970
   Have those products been removed or finally remediated? Yes X No ___
   If so, date(s) of removal or final remediation _____

   C. INDUSTRIAL PRODUCTS (Asbestos paper, millboards, panels). Yes X No ___
   Made by:
   i) Smith & Kanzler      Yes X No ___
   ii) Philip Carey        Yes X No ___
   iii) The Celotex Corporation  Yes X No ___
   Date(s) of Construction (and date(s) of installation if different) _____
   Have those products been removed or finally remediated? Yes X No ___
   If so, date(s) of removal or final remediation _____

D. ROOFING PRODUCTS (shingles, coatings, cements, felts, adhesives, emulsions). Yes ___ No X
   Made by:
   i) Philip Carey         Yes ___ No X
   ii) Barrett             Yes ___ No X
   iii) The Celotex Corporation  Yes ___ No X
   Date(s) of Construction (and date(s) of installation if different) _____
   Have those products been removed or finally remediated? Yes ___ No X
   If so, date(s) of removal or final remediation _____

E. OTHER PRODUCTS (ceiling tiles, fiber, compounds, etc., please specify product(s)). fireproofing  Yes X No ___
   Made by:
   i) Philip Carey - _____  Yes X No ___
   ii) The Celotex Corporation - _____  Yes X No ___
   iii) Carey Canada Inc. - _____  Yes X No ___
   Date(s) of Construction (and date(s) of installation if different)
   Construction completed in or about 1970
   Have those products been removed or finally remediated? Yes X No ___
   If so, date(s) of removal or final remediation Abatement commenced in or about 1988

3. Nature of Damages (To the extent responses are different, please respond separately for each building containing each product specified in 2. above).
   A. Do you allege that asbestos fibers have been released into the building(s) from products containing asbestos? Yes X No ___ during alteration
   B. Do you allege that activities within the building caused previously emitted fiber to become airborne again? Yes X No ___
   C. Without regard to when you became aware of the fiber release, or any alleged dangers resulting from fiber release, do you allege that such fiber release or reentrainment of previously released fiber has occurred in all years from installation through any removal or final remediation? Yes X No ___
   D. If the answer in 3. C. above is No, during what years do you allege that asbestos fiber became airborne? _____
   E. Do you allege strict liability for a defective product? Yes X No ___
   F. Do you allege negligent failure to warn of the dangers associated with the use of any product containing asbestos, whether or not that product is defective? Yes X No ___

4. TOTAL AMOUNT OF CLAIM  $37,000,000.00 compensation
   AGAINST THE CELOTEX CORPORATION: $50,000,000.00 punative
   (Unsecured)  (Secured)  (Priority)  $87,000,000.00 (Total)

   TOTAL AMOUNT OF CLAIM  $37,000,000.00 compensation
   AGAINST CAREY CANADA INC.: $50,000,000.00 punative
   (Unsecured)  (Secured)  (Priority)  $87,000,000.00 (Total)

5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to Debtor.

6. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 7/26/93

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any)
JULIEN & SCHLESINGER, P.C. as Authorized Representative
Julien & Schlesinger PC by David B. ___

2635

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

WHITE - BANKRUPTCY COURT ORIGINAL    YELLOW - DEBTOR'S COPY    PINK - CLAIMANT'S COPY