# EXHIBIT "J"

## ABATEMENT RECONSTRUCTION
## SUMMARY OF BASE COST
## CELOTEX COSTS MODEL

| BUILDING CODE | FIREPROOFING | ACOUSTICAL PLASTER | CEILING TILE | INSULATION | | FLOOR TILE | ROOFING PRODUCT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | TANK | PIPE | | |
| 1. AIRPORT - HANGER | $14.00 | $10.75 | $5.00 | $21.00 | $18.00 | $3.25 | $6.00 |
| 2. AIRPORT - SERVICE AREA | $15.00 | $11.50 | $5.25 | $23.00 | $19.50 | $3.50 | $5.50 |
| 3. AIRPORT - TERMINAL | $22.50 | $12.50 | $5.50 | $24.00 | $20.00 | $4.00 | $6.50 |
| 4. APARTMENT | $19.50 | $12.00 | $5.50 | $21.50 | $17.50 | $3.50 | $6.00 |
| 5. ARMORY | $14.00 | $10.75 | $4.75 | $20.75 | $18.00 | $3.00 | $5.50 |
| 6. AUDITORIUM/THEATRE | $22.00 | $12.50 | $6.00 | $24.00 | $20.00 | $4.50 | $6.50 |
| 7. CHURCH | $20.50 | $13.00 | $5.75 | $22.75 | $19.50 | $4.00 | $6.00 |
| 8. COURTHOUSE | $20.50 | $12.50 | $5.50 | $23.00 | $19.50 | $4.00 | $6.00 |
| 9. DORMITORY | $20.00 | $12.00 | $5.50 | $21.75 | $19.00 | $3.50 | $6.00 |
| 10. FIRE STATION | $20.00 | $11.50 | $5.25 | $23.00 | $19.00 | $3.50 | $6.00 |
| 11. GYM / ARENA/CIVIC CENTER | $16.00* | $12.50 | $5.75 | $24.00 | $20.50 | $3.75 | $6.75 |
| 12. HOSPITAL | $25.00 | $12.50 | $5.50 | $25.00 | $21.00 | $4.00 | $6.75 |
| 13. HOTEL | $20.00 | $12.00 | $5.50 | $21.50 | $19.00 | $3.75 | $6.00 |
| 14. HUMAN RESOURCE CENTER | $20.50 | $12.00 | $5.50 | $21.75 | $19.00 | $3.50 | $6.00 |
| 15. INDUSTRIAL PLANT | $17.50 | $10.75 | $5.25 | $24.00 | $21.00 | $3.00 | $5.00 |
| 16. LIBRARY | $22.00 | $12.50 | $5.50 | $23.00 | $19.50 | $4.00 | $6.50 |
| 17. MUSEUM | $22.50 | $12.50 | $5.50 | $23.00 | $20.00 | $4.25 | $6.50 |
| 18. OFFICE BUILDING | $20.50 | $11.50 | $5.50 | $21.75 | $19.00 | $4.00 | $6.00 |
| 19. PRISON | $21.50 | $14.00 | $6.50 | $24.00 | $22.50 | $5.00 | $7.50 |
| 20. SCHOOL | $19.50 | $12.00 | $5.50 | $21.75 | $18.75 | $3.50 | $6.00 |
| 21. SHOPPING CENTER MALL | $20.00 | $11.50 | $5.50 | $22.00 | $18.75 | $3.75 | $6.00 |
| 22. WAREHOUSE | $12.50 | $9.75 | $5.00 | $20.50 | $18.00 | $3.00 | $5.25 |

* For Civic Centers that have a dropped ceiling below fireproofing, $6.50 per square foot may be added for rebuild costs.

## SUMMARY OF MODIFIER FACTORS
## CELOTEX COST MODEL

| MODIFIER | FIREPROOFING | ACOUSTICAL PLASTER | CEILING TILE | INSULATION TANK | INSULATION PIPE | FLOOR TILE | ROOFING PRODUCT |
|---|---|---|---|---|---|---|---|
| 1. ACM LOCATED 15' ABOVE THE FLOOR | 12% | 12% | 15% | 12% | 12% | 0% | 0% |
| 2. OCCUPIED SPACE | 12% | 12% | 15% | 12% | 12% | 10% | 0% |
| 3. SECURED AREAS | 5% | 5% | 5% | 5% | 5% | 5% | 5% |
| 4. ABATEMENT ABOVE THE 3RD FLOOR | 8% | 8% | 6% | 6% | 6% | 5% | 10% |
| 6. ENCAPSULATED ACM | 12% | 12% | 5% | 8% | 8% | 0% | 0% |
| 7. ENCLOSED ACM | 18% | 18% | 18% | 18% | 18% | 20% | 10% |
| 9. ABATEMENT LESS THAN 1,000 FEET | 33% | 33% | 25% | 20% | 20% | 20% | 20% |
| 10. SLOPED FLOOR AND/OR FIXED SEATING | 20% | 20% | 20% | 20% | 20% | 20% | 0% |
| 11a. CARPET REMOVAL PER SF | $0.75 | $0.75 | $0.75 | $0.75 | $0.75 | $0.75 | $0.00 |
| 11b. FLOOR PROTECTION PER SF | $0.75 | $0.75 | $0.75 | $0.75 | $0.75 | $0.00 | $0.00 |
| 12. SCHEDULED FOR DEMOLITION | -35% | -35% | -35% | -35% | -35% | -35% | -35% |
| PIPE SIZE - 4" THROUGH 8" | | | | | 25% | | |
| PIPE SIZE - > 8" | | | | | 50% | | |
| Crawl Space* | | | | | 20% | | |

* A crawl space factor should be applied to abatement and reinsulation base cost when ceiling and/or substrate heights or widths are less than or equal to four feet, six inches.