IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: January 2, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to the Official Committee of Equity Holders.

Kirkland & Ellis, co-counsel to the above-captioned debtors and debtors in possession in the above-captioned chapter 11 cases, filed and served the Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the First Monthly Period from October 1, 2001 through

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

October 31, 2001 for the Quarter of October-December, 2001 and the Summary in connection therewith, seeking compensation in the amount of $493,074.00 and reimbursement for actual and necessary expenses in the amount of $27,724.54 (the "Fee Application").

The Fee Application is submitted pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members, entered by this Court on May 3, 2001 (the "Fee Order")

Objections or responses to the Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Wilmington, Delaware 19801, on or before **January 2, 2002 at 4:00 p.m.**

At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax

number 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Matthew G. Zaleski, III, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (vii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000).

IF NO OBJECTION IS FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED MAY BE PAID PURSUANT TO THE FEE ORDER WITHOUT FURTHER ORDER OF THE COURT OR HEARING.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE FEE ORDER.

A HEARING ON THE FEE APPLICATION WILL BE HELD AT THE COURT'S CONVENIENCE ONLY IF OBJECTIONS OR RESPONSES ARE FILED.

Dated: December \_\_, 2001

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

_[signature]_
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
Peter J. Duhig (Bar No. 4024)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY OF THE VERIFIED APPLICATION OF KIRKLAND & ELLIS FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE FIRST MONTHLY INTERIM PERIOD
FROM OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001, FOR
THE QUARTER OF OCTOBER-DECEMBER, 2001**

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001.** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Period for which compensation and reimbursement
is sought:   **October 1, 2001 through October 31, 2001**

Amount of Compensation sought as actual,
reasonable, and necessary:   **$520,798.54**

This is a **X** monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately 40 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $10,000.00.

This is the first monthly application for interim compensation of services for the October - December, 2001, quarter filed with the Bankruptcy Court in the Chapter 11 Cases.[2] The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
| --- | --- | --- | --- | --- | --- |
| May 29, 2001 | 4/2 - 4/30/01 | $626,079.00 | $32,439.84 | pending | pending |
| June 29, 2001 | 5/1 - 5/31/01 | $567,151.00 | $77,487.86 | pending | pending |
| July 31, 2001 | 6/1 - 6/30/01 | $560,569.50 | $45,466.13 | pending | pending |
| July 31, 2001 | April - June, 2001 | $1,753,799.50 | $155,393.83 | pending | pending |
| August 28, 2001 | 7/1-7/31/01 | $476,582.50 | $25,312.13 | pending | pending |
| September 28, 2001 | 8/1-8/31/01 | $472,334.50 | $29,022.59 | pending | pending |
| October 30, 2001 | 9/1-9/30/01 | $443,617.50 | $27,147.47 | pending | pending |
| November 7, 2001 | July - September, 2001 | $1,392,534.50 | $81,482.19 | pending | pending |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the First Monthly Interim Period from October 1, 2001 through October 31, 2001 for the Quarter of October - December, 2001.

2

K&E has filed certificates of no objection with respect to the interim monthly Applications for April, May, June and July 2001, respectively, because no objections were filed within the respective objection periods. The Application for the interim period from April 2, 2001, through June 31, 2001, has been scheduled for the next hearing, a date for which has not yet been set.

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| Theodore L. Freedman | Partner | 29 Years | Bankruptcy | $575.00 | 51.20 | $29,440.00 |
| James W. Kapp III | Partner | 7 Years | Bankruptcy | $425.00 | 73.20 | $31,110.00 |
| Janet Baer | Of Counsel | 19 Years | Bankruptcy | $510.00 | 126.10 | $64,311.00 |
| Roger J. Higgins | Associate | 5 Years | Bankruptcy | $320.00 | 37.50 | $12,000.00 |
| Samuel A. Schwartz | Associate | 4 Years | Bankruptcy | $360.00 | 174.30 | $62,748.00 |
| Deanna D. Boll | Associate | 3 Years | Bankruptcy | $360.00 | 54.50 | $19,620.00 |
| David M. Bernick, P.C. | Partner | 23 Years | Litigation | $655.00 | 25.40 | $16,637.00 |
| Michelle H. Browdy | Partner | 11 Years | Litigation | $400.00 | 58.50 | $23,400.00 |
| Kellye L. Fabian | Associate | 1 Year | Litigation | $230.00 | 31.50 | $7,245.00 |
| Brandon Fox | Associate | 2 Years | Litigation | $230.00 | 14.40 | $3,312.00 |
| Mark E. Grummer | Partner | 25 Years | Environment | $365.00 | 41.30 | $15,074.50 |
| Timothy S. Hardy | Partner | 29 Years | Environment | $445.00 | 16.50 | $7,342.50 |
| Natalie H. Keller | Associate | 5 Years | Taxation | $385.00 | 15.30 | $5,890.50 |
| Sarah R. Marmor | Partner | 8 Years | Litigation | $350.00 | 97.20 | $34,020.00 |
| Scott A. McMillin | Associate | 5 Years | Litigation | $350.00 | 105.30 | $36,855.00 |
| Reed S. Oslan | Partner | 14 Years | Litigation | $445.00 | 21.30 | $9,478.50 |
| Andrew R. Running | Partner | 19 Years | Litigation | $470.00 | 99.40 | $46,718.00 |
| Christopher B. Sullivan | Partner | 6 Years | Litigation | $365.00 | 15.80 | $5,767.00 |
| P. Renee Wicklund | Associate | 3 Years | Litigation | $300.00 | 43.80 | $13,140.00 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

3

| Name of Professional Person | Position with the Applicant | Number of years in that position | Department | Hourly Billing Rate | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| Brigitte F. Windley | Legal Assistant | 4 Years | Bankruptcy | $170.00 | 32.80 | $5,576.00 |
| Toni L. Wallace | Legal Assistant | 1 Year | Bankruptcy | $140.00 | 12.50 | $1,750.00 |
| Marguerite M. Melvin | Legal Assistant | 2 Months | Bankruptcy | $150.00 | 23.20 | $3,480.00 |
| Sabrina M. Mitchell | Project Assistant | 8 Months | Bankruptcy | $85.00 | 41.50 | $3,527.50 |
| Benjamin J. Alke | Project Assistant | 3 Months | Litigation | $70.00 | 138.30 | $9,681.00 |
| Catherine B. Filippini | Project Assistant | 8 Months | Litigation | $70.00 | 20.70 | $1,449.00 |
| Shirley A. Pope | Legal Assistant | 16 Years | Litigation | $155.00 | 145.30 | $22,521.50 |
| Rachelle M. Sorg | Project Assistant | 6 Months | Litigation | $70.00 | 1.00 | $70.00 |
| Michael J. Stephensen | Project Assistant | 8 Months | Litigation | $70.00 | 13.00 | $910.00 |

Grand Total for Fees: $493,074.00
Blended Rate:          $322.10

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 16 | Asset Analysis and Recovery | 34.50 | $12,932.00 |
| 17 | Automatic Stay Matters/Relief Proceeding | 1.10 | $484.50 |
| 20 | Case Administration | 375.50 | $53,690.00 |
| 21 | Claim Estimate, Objection and Resolution | 461.00 | $190,924.50 |
| 22 | Contested Matters/Adversary Proceedings | 247.80 | $97,669.50 |
| 24 | Creditors/Noteholders Committee | 53.00 | $19,029.00 |
| 25 | Creditors/Shareholders Inquiries | 14.60 | $4,327.50 |
| 26 | DIP Financing/Cash Collateral | 1.40 | $595.00 |
| 27 | Employee Matters | 0.20 | $85.00 |
| 28 | Environmental Issues | 97.40 | $41,012.50 |
| 29 | File, Docket, Calendar Maintenance | 20.40 | $1,802.00 |
| 30 | Hearings | 9.50 | $3,537.00 |
| 32 | K&E Fee Application, Preparation of | 39.70 | $7,272.50 |
| 33 | Lease Rejection Claims | 28.20 | $10,685.00 |
| 35 | Other Fee Applications | 3.90 | $1,404.00 |
| 36 | Reclamation Claims | 3.90 | $1,290.00 |
| 37 | Reorganization Plan/Disclosure Statement | 0.20 | $85.00 |
| 38 | Retention of Professionals/Fees | 74.30 | $27,674.50 |
| 39 | Schedules/Statement of Financial Affairs | 0.20 | $85.00 |
| 41 | Tax Matters | 3.10 | $1,194.00 |
| 42 | Travel | 24.50 | $9,739.50 |
| 46 | IRS Tax Litigation | 36.40 | $7,556.00 |
|  | **Total** | **1,530.80** | **$493,074.00** |

## Expense Summary

| Description | Amount |
|---|---:|
| Telephone | $ 1,168.13 |
| Facsimile Charge | $ 517.25 |
| Standard Copies | $ 2,535.40 |
| Binding | $ 117.25 |
| Tabs/Indexes/Dividers | $ 84.10 |
| Color Copies | $ 19.50 |
| Postage | $ 3.95 |
| Overnight Delivery | $ 591.12 |
| Overnight Delivery - Refund | $ (7.80) |
| Outside Messenger Services | $ 16.92 |
| Travel Expense | $ 2,290.96 |
| Airfare | $ 7,431.97 |
| Transportation to/from airport | $ 112.10 |
| Travel Meals | $ 204.31 |
| Calendar/Court Services | $ 10.00 |
| Working Meals/K&E and Others | $ 135.40 |
| Information Broker Doc/Svcs | $ 4,948.68 |
| Library Document Procurement | $ 30.00 |
| Computer Database Research | $ 5,980.10 |
| Overtime Transportation | $ 69.46 |
| Overtime Meals | $ 9.00 |
| Overtime Meals - Attorney | $ 142.80 |
| Secretarial Overtime | $ 1,313.94 |
| **Total** | **$ 27,724.54** |