# EXHIBIT A

**Matter 16 - Asset Analysis and Recovery - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | James W Kapp | 0.10 | Attend to objection to motion to sell assets. |
| 10/01/01 | Samuel A Schwartz | 1.40 | Finalize ordinary course memo (.2); draft correspondence forwarding the same (.2); telephone conferences with the client re various asset matters (.8); meeting re same (.2). |
| 10/02/01 | Samuel A Schwartz | 1.30 | Telephone conference with the client re asset sales, letters of credit and sale procedures. |
| 10/03/01 | Samuel A Schwartz | 1.10 | Telephone conference with the client re asset sales, letters of credit and guarantees (.9); meetings re same (.2). |
| 10/04/01 | Samuel A Schwartz | 0.40 | Telephone conferences with the client re various asset related matters. |
| 10/05/01 | James W Kapp | 1.10 | Telephone conference with S. Ahern re potential acquisition and attend to issues re same (1.0); address issues re customers' programs and coupons (.1). |
| 10/08/01 | James W Kapp | 1.80 | Participate in telephone conference re potential acquisition and telephone conference with S. Ahern and S. Zellik re same. |
| 10/09/01 | James W Kapp | 0.40 | Attend to issues re revisions of customer program pertaining to description of settlement. |
| 10/09/01 | Samuel A Schwartz | 0.90 | Research and analysis re the customer programs motion and certain settlements (.6); draft correspondence re same (.3). |
| 10/10/01 | James W Kapp | 0.30 | Telephone conference with J. Scordo re insurance proceeds (.2); attend to issues re same (.1). |
| 10/10/01 | Samuel A Schwartz | 0.30 | Telephone conferences with the client re various asset matters. |
| 10/11/01 | Samuel A Schwartz | 2.20 | Telephone conference with the client re various asset matters, bonds and letters of credit (1.6) and draft of correspondence re same (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/12/01 | Samuel A Schwartz | 1.10 | Telephone conferences with the client re various asset related matters. |
| 10/15/01 | Samuel A Schwartz | 1.30 | Telephone conferences with the client re various asset related matters. |
| 10/16/01 | Samuel A Schwartz | 1.40 | Telephone conferences with the client re various asset related matters, letter of credit issues and equipment sales (.4); draft correspondence re same (1.0). |
| 10/17/01 | Samuel A Schwartz | 2.70 | Draft correspondence (2.0); review correspondence of the client re same (.4); telephone conferences with the client re same re asset sales, acquisitions and divestitures (.3). |
| 10/17/01 | Janet Baer | 0.30 | Confer with various parties re coupon motion. |
| 10/18/01 | Samuel A Schwartz | 1.40 | Telephone conferences with the client re various asset related matters (.7); draft correspondence re same (.7). |
| 10/19/01 | Samuel A Schwartz | 1.10 | Telephone conferences with the client re various asset sales and acquisitions (.5); draft correspondence re same (.6). |
| 10/22/01 | Samuel A Schwartz | 1.00 | Review and revise the customer coupon motion (.6); telephone conferences with the client re same (.1); draft correspondence re same (.1); attention to the preparation of the quarterly asset sales report (.2). |
| 10/23/01 | Samuel A Schwartz | 1.60 | Telephone conference with the client re various asset related matters. |
| 10/24/01 | Samuel A Schwartz | 2.80 | Telephone conference with the client re various asset related matters (1.4); draft first quarterly asset sales report (1.2); attend to matters re same (.2). |
| 10/25/01 | James W Kapp | 0.30 | Review and revise quarterly reports re asset sales and claim settlements. |
| 10/25/01 | Samuel A Schwartz | 1.10 | Various telephone conferences with the client re asset related matters (.9); attend to matters re same (.2). |
| 10/25/01 | Janet Baer | 0.20 | Confer with W. Sparks re coupon motion. |

A-2

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/26/01 | James W Kapp | 0.60 | Attend to client inquiries re ordinary course transactions. |
| 10/26/01 | Samuel A Schwartz | 0.80 | Telephone conference with the client re various asset related matters and the customer coupon Motion. |
| 10/26/01 | Janet Baer | 0.40 | Review confidentiality provision for National Schools settlement re coupon motion and confer with W. Sparks re same. |
| 10/27/01 | James W Kapp | 0.10 | Attend to issues re quarterly report re asset sales. |
| 10/29/01 | Samuel A Schwartz | 1.70 | Review and revise the asset sale report (.4); telephone conference with the client re same (.4); telephone conference with the client re various asset related matters (.9). |
| 10/30/01 | James W Kapp | 0.80 | Review and revise quarterly asset sales and settlements report (.6); attend to issues re same (.2). |
| 10/30/01 | Samuel A Schwartz | 1.30 | Telephone conferences with the client re various asset related matters (.8); revise the quarterly asset sale report (.4); telephone conferences with local counsel re same (.1). |
| 10/31/01 | James W Kapp | 0.30 | Attend to issues re reporting of settlement. |
| 10/31/01 | Samuel A Schwartz | 0.90 | Telephone conferences with the client re various asset related matters. |

### Matter 17 - Automatic Stay Matters/Relief from Stay Proceedings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/04/01 | Janet Baer | 0.20 | Review draft Honeywell order on lift stay motion. |
| 10/08/01 | James W Kapp | 0.10 | Telephone conference with Pitney Hardin re particular litigation matter and modification of automatic stay re same. |
| 10/12/01 | James W Kapp | 0.50 | Attend to issues re automatic stay and particular litigation. |
| 10/31/01 | James W Kapp | 0.30 | Attend to issues re motion for relief from automatic stay of T. Kane. |

### Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/01/01 | David M Bernick, P.C. | 0.80 | Prepare for client board meeting. |
| 9/03/01 | David M Bernick, P.C. | 1.50 | Prepare for client board presentation, including slides. |
| 9/04/01 | David M Bernick, P.C. | 4.50 | Prepare for client board meeting (2.0); attend client board meeting (2.5). |
| 10/01/01 | James W Kapp | 1.60 | Review various pleadings and correspondence and attend to same (.4); review and revise motion status chart and attend to issues re same (.5); telephone conference with L. Davis Jones re management of cases and scheduling issues (.4); review USG pleadings applicable to issues in bankruptcy cases (.3). |
| 10/01/01 | Shirley A Pope | 8.30 | Organize documents in binders re fraudulent conveyance (5.0); copy check binders (2.0); prepare binders to be forwarded for attorney review (1.0); prepare Federal Express labels (.3). |
| 10/01/01 | Andrew R Running | 0.20 | Prepare for and participate in telephone conference with R. Finke re document retention by law firm. |
| 10/01/01 | Christopher B Sullivan | 0.90 | Prepare for and participate in telephone conference with R. Finke re law firm retention of files (.5); review correspondence from R. Finke re same (.2); fax R. Finke response re same (.2). |
| 10/01/01 | Brigitte F Windley | 1.10 | Review various case documents and assign central file categories in preparation for filing. |
| 10/01/01 | Janet Baer | 0.50 | Respond to various e-mail correspondence on status of various outstanding issues. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/01/01 | Michael J Stephensen | 8.00 | Redact brief (4.6); include missing pages into box 30 re Grace document collection (3.4). |
| 10/01/01 | Benjamin J Alke | 8.00 | Redact brief (2.4); update pleadings re new files in Other Matters (.6); create Access forms and reports re Exposure History by Job (3.6); prepare Access reports (.4); prepare fraudulent conveyance docs to be forwarded to K. Bass (1.0). |
| 10/02/01 | James W Kapp | 0.20 | Review various pleadings and correspondence and attend to same. |
| 10/02/01 | Shirley A Pope | 4.00 | Review correspondence (2.3); review e-mail (.2); update Grace main file (.3); update central file re Rourke chart (.2); review pleadings (1.0). |
| 10/02/01 | Brigitte F Windley | 0.80 | Review various case documents. |
| 10/02/01 | Benjamin J Alke | 4.00 | Update firm versions of Exposure History reports (1.7); update Concordance database re selected pleadings (1.5); create report re selected pleadings (.8). |
| 10/03/01 | James W Kapp | 0.90 | Review various pleadings and correspondence and attend to same (.6); review article pertaining to chapter 11 cases (.3). |
| 10/03/01 | Shirley A Pope | 4.00 | Review correspondence (2.0); prepare memorandum to Grace team (.5); prepare Grace documents for filing (1.5). |
| 10/03/01 | Brigitte F Windley | 1.20 | Review various case documents and assign central file categories. |
| 10/03/01 | Benjamin J Alke | 3.00 | Update pleadings file (1.0); edit claims databases re exposure history by industry and job (2.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/04/01 | Shirley A Pope | 6.50 | Review correspondence (1.5); update subject files re Grace main file (1.0); attend to matters re fraudulent conveyance documents (.2); review legal research binders re fraudulent conveyance (.3); update media files (.5); update potential expert files re Grace main file (1.0); review charts (1.0); review materials re legal research work product (1.0). |
| 10/04/01 | Brigitte F Windley | 1.40 | Assign central file categories to various case documents (.6); review docket and respond to client request for case documents (.8). |
| 10/04/01 | Benjamin J Alke | 7.00 | Create key pleadings report (.5); prepare reports from data (4.5); prepare list of key documents referenced in outline re fraudulent conveyance (2.0). |
| 10/05/01 | James W Kapp | 0.50 | Review various pleadings and correspondence and attend to same (.3); revise motion status chart and attend to issues re same (.2). |
| 10/05/01 | Shirley A Pope | 4.50 | Review correspondence (.5); review legal research files re inclusion in Grace main file (1.0); update case file indices re legal research (1.0); review claims binders re inclusion in Grace main file (1.0); update general documents files (1.0). |
| 10/05/01 | Samuel A Schwartz | 1.20 | Review docket and revise the critical dates list. |
| 10/05/01 | Brigitte F Windley | 1.60 | Review various case documents and assign central file categories to same (1.2); review motion status chart (.4). |
| 10/05/01 | Benjamin J Alke | 6.50 | Prepare list of key documents re fraudulent conveyance not referenced in case outline (3.0); create Access report on claims from selected companies (2.3); update W. R. Grace main case file with new legal research entries (1.2). |
| 10/08/01 | James W Kapp | 1.20 | Review and revise critical date list and attend to issues re same (.7); review various pleadings and correspondence and attend to same (.5). |

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 10/08/01 | Shirley A Pope | 3.00 | Review correspondence (.9); review interview notes (.6); prepare documents for review (1.0); revise production indices (.5). |
| 10/08/01 | Samuel A Schwartz | 0.80 | Review docket (.3); revise the critical dates list (.4); telephone conferences with local counsel re same (.1). |
| 10/08/01 | Benjamin J Alke | 4.00 | Write memo to file re fraudulent conveyance key documents (.8); edit claimant databases re employer information (2.6); prepare client materials for review (.6). |
| 10/09/01 | James W Kapp | 0.20 | Review and revise motion status chart (.1); review pleadings and correspondence and attend to same (.1). |
| 10/09/01 | Shirley A Pope | 5.50 | Review correspondence file (1.5); attend to matters re organizational client materials (.5); review legal issues memo (.5) update reference/background files (2.0); revise organization of electronic files on I drive (.5); update legal research re Grace main file (.5). |
| 10/09/01 | Samuel A Schwartz | 1.90 | Review and analysis of the docket re pending matters (.5); revise the critical dates list re same (.6); telephone conferences with local counsel re same (.4) and attend to matters re same (.4). |
| 10/09/01 | Brigitte F Windley | 2.10 | Westlaw research re asbestos settlement news articles (1.3); assign central file categories to various case documents (.8). |
| 10/09/01 | Benjamin J Alke | 6.00 | Update transcripts (1.8); organize boxes of client materials (4.2). |
| 10/10/01 | James W Kapp | 0.10 | Review critical date list and attend to same. |
| 10/10/01 | Natalie H Keller | 0.10 | Attend to matters re time entry issues. |

A-8

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/10/01 | Shirley A Pope | 6.50 | Review correspondence (1.5); print attachments to E-mail (.3); prepare documents (.5); review documents (.5); prepare documents for document review (.5); revise document review chart (.5); prepare request re duplicate MK-3 photos and videos (.5); prepare boxes received from client for review (1.0); update reference files re Grace main file (.5); review draft of reply to PI and PD Committees brief (1.0). |
| 10/10/01 | Brigitte F Windley | 2.10 | Respond to client request for case documents (.6); assign central file categories to various case documents (1.5). |
| 10/10/01 | Michael J Stephensen | 5.00 | Prepare collection materials for review. |
| 10/10/01 | Sabrina M Mitchell | 1.40 | Retrieve various pleadings and prepare for transmittal (.9); search the Federal Mogul online docket for an informational brief (.5). |
| 10/11/01 | James W Kapp | 0.20 | Review motion status chart. |
| 10/11/01 | Shirley A Pope | 4.00 | Prepare videos re Kinsella project (.5); review correspondence (.2); update Grace main file with correspondence (.3); revise central file re reply CMO draft (.5); update background/reference files re Grace main file (1.0); review reply CMO brief (.5); revise indices to Grace main file (1.0). |
| 10/11/01 | Brigitte F Windley | 0.70 | Assign central file categories to various case documents. |
| 10/11/01 | Sabrina M Mitchell | 0.70 | Search and retrieve the informational brief from the Federal Mogul online docket (.5); retrieve the Caplin retention application and affidavit from the Grace online docket (.2). |
| 10/12/01 | Shirley A Pope | 4.00 | Prepare boxes of client materials for review (1.0); telephone conference with J. Kadish re client documents (.2); update document review indices (.3); update correspondence re Grace main file (1.5); revise reference documents re Grace main file (1.0). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/15/01 | James W Kapp | 0.30 | Review and revise status motion chart (.1); review pleadings and correspondence and attend to same (.2). |
| 10/15/01 | Shirley A Pope | 1.00 | Review correspondence (.5); distribute materials to Grace team (.5). |
| 10/15/01 | Samuel A Schwartz | 1.80 | Telephone conferences with the client (.2); draft correspondence re the quarterly reports (.3); draft the Hartford certificate of counsel (.7); attend to matters re same (.2); attention to motion status chart and docket (.4). |
| 10/15/01 | Brigitte F Windley | 0.90 | Assign central file categories to various case documents. |
| 10/15/01 | Marguerite M Melvin | 2.50 | Review Owens Corning docket and pull all relevant pleadings. |
| 10/16/01 | Shirley A Pope | 5.50 | Review correspondence (1.5); review pleadings (1.5); instruct B. Alke re entry of pleadings on concordance database (.5); review index of boxes forwarded by W.R. Grace (.5); organize documents for review by attorneys (.5); update reference and subject files re Grace main file (1.0). |
| 10/16/01 | Brigitte F Windley | 0.40 | Respond to client request for documents. |
| 10/16/01 | Benjamin J Alke | 6.00 | Organize client materials for attorney review. |
| 10/17/01 | James W Kapp | 2.50 | Participate in telephone conference re status of chapter 11 case with representatives of Company, including D. Siegel, B. Tarola, M. Hunter and J. McFarland and attend to issues re same (2.2); review various pleadings and correspondence and attend to same (.2); review summary status memorandum (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/17/01 | Shirley A Pope | 5.00 | Review monokote and zonolite videos re Kinsella project (1.0); review EPA documents downloaded from EPA website (1.0); instruct Library re search for media materials re Air (.2); review E-mail (.2); update E-mail file re Grace main file (.3); review CMO reply draft (.5); review correspondence (1.0); revise indices re Grace main file (1.0). |
| 10/17/01 | Benjamin J Alke | 5.50 | Organize client materials (3.8); update database and Grace main file re new pleadings and Other Matters pleadings (1.7). |
| 10/18/01 | James W Kapp | 0.80 | Review pleadings and correspondence and attend to issues re same (.6); telephone conference with D. Siegel re status of bankruptcy cases (.2). |
| 10/18/01 | Shirley A Pope | 2.00 | Review documents re Notices (.5); update legal files re notices relating to past litigation (.5); update media files re EPA information (.5); update general documents file re Grace main file (.5). |
| 10/18/01 | Benjamin J Alke | 6.50 | Update Concordance database re new pleadings (1.4); update Grace case file re new Background/Reference files (1.2); organize Grace document production boxes for attorney review (3.9). |
| 10/18/01 | Marguerite M Melvin | 2.80 | Incorporate all pleadings gathered from the Armstrong docket (.2); update list of dates of occurrence for the relevent cases (.1); continue to organize files of pleadings and case information for cases of interest (2.0). |
| 10/19/01 | Shirley A Pope | 3.00 | Review correspondence (.5); revise document review chart (1.0); organize documents for review by S. McMillin (1.0); review library research (.5). |
| 10/19/01 | Sabrina M Mitchell | 0.50 | Prepare the creditors matrix for duplication (.1); search precedent cases online dockets for ordinary course professionals motion samples (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/19/01 | Benjamin J Alke | 6.50 | Update Grace case file re new Legal Research files (1.2); update Grace case file re new Media files (.8); review docket on website re new documents filed in 01-01139 (1.4); prepare report of pleadings and hearing transcripts requested by Grace legal assistant (1.9); retrieve copies of pleadings and hearing transcripts to forward to client (.6); edit client documents (.6). |
| 10/22/01 | James W Kapp | 0.30 | Review various pleadings and correspondence and attend to same. |
| 10/22/01 | Shirley A Pope | 4.50 | Review correspondence (.7); revise Grace main file indices (.8); prepare materials for client review (1.0); update Grace central file re briefs (related litigation) (.5); print precedent briefs re Grace main file (.5); review Babcock & Wilcox briefs (1.0). |
| 10/22/01 | Kellye L Fabian | 1.00 | Review informational brief filed in Federal Mogul bankruptcy case. |
| 10/22/01 | Sabrina M Mitchell | 0.60 | Prepare central file documents for attorney review. |
| 10/22/01 | Marguerite M Melvin | 6.80 | Gather the W.R. Grace, Armstrong and Federal-Mogul docket sheets (.1); access Internet; pull updated docket sheets of the related cases for our files (2.0); review dockets to locate pleadings of interest, download same (3.5); prepare folders for pleadings retrieved and integrate same into respective files (1.0); prepare copies of article (.2). |
| 10/23/01 | James W Kapp | 0.20 | Review various pleadings and correspondence and attend to same. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/23/01 | Shirley A Pope | 6.50 | Telephone conference with V. Perez re documents reviewed by J. Hughes (.3); review correspondence (1.2); telephone conference with B. Eller re adversary document filings (.2); attend to matters re documents filings and service to client (.3); review documents filed on bankruptcy website (1.0); compare docket sheet against K&E database of documents filed and received (1.0); update reference/media files re Grace main file (1.0); revise Grace file indices (.5); organize documents re fraudulent conveyance issue (1.0). |
| 10/23/01 | Brigitte F Windley | 2.70 | Telephone conferences with B. Eller (Grace) and P. Cuniff (Pachulski) re supplementation of pleadings file and distribution of case materials (.8); attend to matters re same (.4); assign central file categories to various case documents (1.1); attend to request from client for certified copy of order (.4). |
| 10/23/01 | Sabrina M Mitchell | 0.10 | Locate Blackstone retention documents in central files. |
| 10/23/01 | Benjamin J Alke | 5.00 | Update Grace main file re new pleadings (1.8); update Grace case file re new Background files (.8); prepare Concordance reports re various court pleadings (1.4); compare report of pleadings re Grace main file to website (1.0). |
| 10/23/01 | Marguerite M Melvin | 5.00 | Pull recent pleadings of interest in relevant bankruptcy cases being monitored (1.5); update pleadings indices (1.5); update schedule of events (2.0). |
| 10/24/01 | Shirley A Pope | 6.50 | Review adversary docket on website (1.0); review correspondence (.2); review and organize documents (2.8); review correspondence (1.0); review pleadings (.5); update legal research re Grace main file (1.0). |
| 10/24/01 | Benjamin J Alke | 7.00 | Review client materials (5.0); prepare report re sales (2.0). |
| 10/25/01 | James W Kapp | 0.50 | Review various pleadings and correspondence and attend to same (.3); review motion status chart and attend to issues re same (.2). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/25/01 | Shirley A Pope | 3.50 | Review correspondence and file (1.0); instruct B. Alke re integrate sales information (.5); prepare documents requested by J. Sprayregen (1.0); review draft of CMO reply brief (1.0). |
| 10/25/01 | Brigitte F Windley | 0.50 | Review online docket and download pleading for attorney review. |
| 10/25/01 | Benjamin J Alke | 6.00 | Prepare reports for attorney review re emails (1.6); continue to review client materials re sales prepare; reports re same (4.4). |
| 10/25/01 | Marguerite M Melvin | 0.70 | Review Daily Bankruptcy Reviews for articles of Interest (.5); copy and distribute articles found to the working group (.2). |
| 10/26/01 | James W Kapp | 0.20 | Review press release re third quarter earnings. |
| 10/26/01 | Shirley A Pope | 8.50 | Cite check CMO reply brief (2.0); attend to matters re same re cite checking brief (.5); shepardize cases cited in brief (4.0); organize cases cited in CMO reply brief (2.0). |
| 10/26/01 | Brigitte F Windley | 1.00 | Westlaw research and download of caselaw for attorney review (.3); prepare central files documents for attorney review (.7). |
| 10/26/01 | Benjamin J Alke | 9.00 | Organize client materials (3.8); prepare reports re emails (1.5); organize list of pleadings filed as replys in opposition to CMO for attorney review (1.1); prepare copy of pleading for client review (.6); cite check CMO reply brief (2.0). |
| 10/27/01 | James W Kapp | 0.10 | Respond to document request of B. Eller re November 5, 2001 hearing. |
| 10/27/01 | Shirley A Pope | 11.50 | Cite check CMO reply brief. |
| 10/27/01 | Rachelle M Sorg | 1.00 | Document search re Babcock & Wilcox per R. Wicklund. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/27/01 | Benjamin J Alke | 11.30 | Cite check CMO reply brief. |
| 10/28/01 | Shirley A Pope | 8.00 | Cite check sections III, IV and V of CMO Reply brief. |
| 10/28/01 | Benjamin J Alke | 8.00 | Cite check CMO reply brief. |
| 10/29/01 | James W Kapp | 0.80 | Participate in telephone conference with representatives of the Company re certain reporting requirements and compliance therewith. |
| 10/29/01 | Shirley A Pope | 8.50 | Cite check revised parts I and II of CMO brief (7.0); check revisions to draft (1.5). |
| 10/29/01 | Brigitte F Windley | 3.90 | Assign central file categories to various case documents (1.3); organize legal research (.9); respond to B. Eller's document request (1.2); respond to attorney request for motions and orders from docket (.5). |
| 10/29/01 | Sabrina M Mitchell | 1.60 | Prepare documents for B. Eller review (1.2); review reclamation motion service list (.3); retrieve and duplicate the affidavit of D. Siegel for M. Martin (.1). |
| 10/29/01 | Benjamin J Alke | 8.50 | Cite check CMO reply brief (6.5); prepare reports re emails from J. Hughes (1.4); create list of exhibits re CMO reply brief (.6). |
| 10/30/01 | James W Kapp | 1.30 | Participate in Chapter 11 review/status telephone conference with representatives of Company (1.2); review various pleadings and correspondence(.1). |
| 10/30/01 | Shirley A Pope | 5.50 | Cite check new version of CMO reply brief. |
| 10/30/01 | Brigitte F Windley | 1.50 | Assign central file categories to various case documents (1.3); telephone conferences with Calendar Court Services re request for 3rd Circuit opinion (.2). |
| 10/30/01 | Benjamin J Alke | 7.50 | Cite check revised CMO reply brief (7.0); prepare report re email from D. Rourke (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/30/01 | Marguerite M Melvin | 0.30 | Access Delaware Bankruptcy Court website (.2); download Local Rules (.1). |
| 10/31/01 | James W Kapp | 0.60 | Review motion status chart (.1); telephone conference with D. Siegel re outstanding issues and status of bankruptcy cases and attend to issues re same (.5). |
| 10/31/01 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |
| 10/31/01 | Shirley A Pope | 13.50 | Cite sections III, IV, V of revised draft of CMO reply brief. |
| 10/31/01 | Brigitte F Windley | 1.30 | Research recent case opinion (.7); respond to B. Eller's request re identification of pleadings (.6). |
| 10/31/01 | Sabrina M Mitchell | 0.50 | Search for the USG informational brief (.1); update the proof of claims spreadsheet (.4). |
| 10/31/01 | Benjamin J Alke | 13.00 | Cite check revised draft of CMO reply brief. |
| 10/31/01 | Marguerite M Melvin | 5.10 | Update dockets for relevant cases (2.5); pull pleadings of interest and add to files (1.0); update pleadings indices (.6); update list of key professionals (.8); update schedule of events list (.2). |

**Matter 21 - Claim Estimate, Objection and Resolution - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | Sarah R Marmor | 3.00 | Attend to matters re CMO reply brief outline (1.0); revise CMO reply outline (2.0). |
| 10/01/01 | Andrew R Running | 2.60 | Analyze sample claims. |
| 10/01/01 | Kellye L Fabian | 3.50 | Revise sections of CMO reply brief re American Reserve precedent and certification of nationwide class. |
| 10/01/01 | P Renee Wicklund | 6.30 | Research and draft CMO reply brief re common issue adjudication for Zonolite claims. |
| 10/01/01 | Janet Baer | 6.30 | Revise draft portion of CMO reply brief (1.0); conference with K. Kinsella re status and revised notices and plan (.5); review revised Kinsella Plan and revise same (1.0); prepare new Bar Date short form notice (1.5); conference with D. Cameron re CMO reply (.3); prepare draft Kinsella affidavit (2.). |
| 10/02/01 | David M Bernick, P.C. | 1.50 | Revise CMO reply brief outline. |
| 10/02/01 | Theodore L Freedman | 1.00 | Attend to claim estimation issues. |
| 10/02/01 | Andrew R Running | 3.20 | Draft portions of CMO reply brief. |
| 10/02/01 | Samuel A Schwartz | 1.60 | Review and analyze NY State Tax and GNCC Settlement proposals (1.3) conferences with the client re same (.3). |
| 10/02/01 | Brigitte F Windley | 1.30 | Review and categorize new proofs of claims received for data input. |
| 10/02/01 | Janet Baer | 5.40 | Revise and supplement draft CMO reply (1.0); confer with K. Kinsella re revised notices and TV spot (.5); review outside counsel's comments on the Proof of Claim forms (.3); confer with J. Hughes re foreign sales issues (.3); prepare K. Kinsella affidavit (1.0); review draft exhibits to CMO reply brief and organize same (1.0); revise Proof of Claim forms (1.0); revise notice to attorneys and certification (.3). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/01 | Theodore L Freedman | 4.50 | Draft sections involving 524(g) and estimation for CMO reply brief. |
| 10/03/01 | Andrew R Running | 3.40 | Draft portions of CMO reply brief. |
| 10/03/01 | P Renee Wicklund | 7.70 | Draft portion of CMO reply brief re common issues and personal injury litigation protocol. |
| 10/03/01 | Deanna D Boll | 3.00 | Draft estimation related arguments for CMO reply brief. |
| 10/03/01 | Janet Baer | 5.30 | Revise CMO reply brief and prepare correspondence re same (2.0); conference with K. Hughes (Rust Consulting) re revised Proof of Claim forms (.3); review and revise alternative draft short form notices (1.0); review and further revise draft Kinsella affidavit (.5); review and revise documents for actual notice issues (.5); review various draft exhibits for CMO reply brief and related documents (.5); revise long form Bar Date Notice (.5). |
| 10/04/01 | Theodore L Freedman | 5.00 | Finalize draft on estimation and 524(g) issues for CMO reply brief. |
| 10/04/01 | Sarah R Marmor | 1.00 | Review bankruptcy law section of CMO brief (.5); attend to matters re same (.5). |
| 10/04/01 | Andrew R Running | 5.60 | Draft portions of CMO reply brief (5.2); telephone conversations with D. Rourke re same (.4). |
| 10/04/01 | P Renee Wicklund | 4.50 | Draft portion of CMO reply brief (3.0); draft portion of CMO reply brief re personal injury protocol (1.5). |
| 10/04/01 | Janet Baer | 2.40 | Review and revise draft CMO order and definitions for CMO reply brief (.7); revise various exhibits to CMO reply brief and prepare memo re same (1.2); review draft section of CMO reply brief on estimation and outline for same (.5). |
| 10/05/01 | Theodore L Freedman | 3.50 | Edit CMO reply brief draft (2.8); conference calls on CMO reply brief draft (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/05/01 | Sarah R Marmor | 3.50 | Review draft sections of CMO reply (3.0); attend to matters re same (.5). |
| 10/05/01 | Andrew R Running | 8.30 | Draft portions of CMO reply brief (6.5); telephone conversations with D. Rourke re same (.6); review current draft of CMO reply brief (1.2). |
| 10/05/01 | Samuel A Schwartz | 1.40 | Draft proposed settlement summary (.4) and the notice of settlement (.8); draft correspondence to the client re same (.2). |
| 10/05/01 | Deanna D Boll | 1.50 | Edit insert for CMO reply brief. |
| 10/05/01 | Janet Baer | 2.10 | Attend to matters re various sections of the CMO reply brief (.5); confer with K. Kinsella re short form advertisement and related issues (.5); revise bar date notice re class action matters (.5); review revised Zonolite Proof of Claim (.3); revise exhibit chart and prepare transmittal re same (.3). |
| 10/06/01 | Sarah R Marmor | 3.00 | Review and revise draft CMO reply brief sections. |
| 10/06/01 | Andrew R Running | 1.20 | Draft portions of CMO reply brief. |
| 10/06/01 | Janet Baer | 0.30 | Review revised property damage proof of claim. |
| 10/06/01 | Janet Baer | 0.50 | Revise order on CMO to reflect changes in actual notice procedure. |
| 10/08/01 | David M Bernick, P.C. | 0.80 | Work on CMO reply brief outline. |
| 10/08/01 | Theodore L Freedman | 3.50 | Edit CMO reply brief draft (3.0); attend to matters re same (.5). |
| 10/08/01 | James W Kapp | 1.30 | Review and revise claim settlement notice (.7); review procedure order re same (.6). |
| 10/08/01 | Sarah R Marmor | 2.50 | Review and annotate draft sections of CMO reply brief (3.0); attend to matters re same (.5). |

A-19

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/08/01 | Andrew R Running | 7.70 | Telephone conference with W. Sparks and J. Hughes re draft CMO reply brief (.5); draft portions of CMO reply brief (7.2). |
| 10/08/01 | Samuel A Schwartz | 1.10 | Draft the claims settlement notice and settlement summary (.9) and meetings re same (.2). |
| 10/08/01 | Janet Baer | 3.20 | Attend to matters re CMO reply brief (.5); review various revised exhibits re Reply (.5); review published and unpublished cases and update charts re same for authority for Reply (2.2). |
| 10/09/01 | Samuel A Schwartz | 0.50 | Revise the claims settlement notice (.4) and telephone conferences with the client re same (.1). |
| 10/09/01 | Deanna D Boll | 4.50 | Review and revise draft CMO reply brief. |
| 10/09/01 | Brigitte F Windley | 0.70 | Review and categorize new proofs of claims for inclusion in spreadsheet. |
| 10/09/01 | Janet Baer | 4.90 | Review Medical Monitoring and Zonolite objections re coverage in CMO reply brief (.5); review cases re notice and bar date issues for CMO reply brief (3.8); review property damage class action documents (.3); confer with K. Kinsella re status of CMO reply brief (.3). |
| 10/10/01 | Theodore L Freedman | 1.20 | Revise draft CMO reply brief. |
| 10/10/01 | Janet Baer | 0.50 | Conference with W. Sparks and re class action settlements (.3); review documents re same (.2). |
| 10/10/01 | Janet Baer | 2.00 | Review integrated draft of CMO reply brief. |
| 10/11/01 | James W Kapp | 0.20 | Telephone conference with B. McGowan re ability to pay pre-petition claims and applicable court authority re same. |
| 10/11/01 | Janet Baer | 4.00 | Revise CMO reply brief draft to reflect additional cases and unpublished opinions and supplement same (3.5); review revised and supplemented Kinsella affidavit (.5). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/12/01 | Samuel A Schwartz | 2.80 | Finalize claims settlement notice (1.6); telephone conferences with the client re same (1.2). |
| 10/12/01 | Brigitte F Windley | 1.20 | Review new proofs of claims and categorize same for inclusion in spreadsheet. |
| 10/12/01 | Janet Baer | 4.00 | Revise and supplement draft of CMO reply brief. |
| 10/14/01 | David M Bernick, P.C. | 2.00 | Work on CMO reply brief. |
| 10/15/01 | David M Bernick, P.C. | 0.80 | Prepare for and attend meeting re CMO reply brief. |
| 10/15/01 | Mark E Grummer | 0.30 | Prepare for and participate in internal conference call re CMO brief. |
| 10/15/01 | Sarah R Marmor | 1.50 | Prepare for internal conference re CMO reply. |
| 10/15/01 | Shirley A Pope | 2.00 | Prepare for and attend team conference re CMO brief. |
| 10/15/01 | Andrew R Running | 2.80 | Review additional data re claims analysis provided by D. Rourke (.8); draft CMO reply brief (2.0). |
| 10/15/01 | Andrew R Running | 1.90 | Participate in internal meeting re draft CMO reply brief. |
| 10/15/01 | Christopher B Sullivan | 2.00 | Prepare for and attend meeting re CMO reply brief. |
| 10/15/01 | Kellye L Fabian | 2.00 | Prepare for and attend team meeting re CMO reply brief. |
| 10/15/01 | P Renee Wicklund | 2.30 | Participate in W.R. Grace telephone conference re CMO reply brief. |
| 10/15/01 | Samuel A Schwartz | 1.60 | Revise motion and order to approve the Consent Decree (1.4); attend to matters re same (.2). |
| 10/15/01 | Deanna D Boll | 0.80 | Prepare for and participate in teleconference re CMO strategies. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 10/15/01 | Brigitte F Windley | 0.90 | Review new proofs of claims to categorize in preparation for addition to spreadsheet. |
| 10/15/01 | Janet Baer | 3.80 | Prepare for and attend meeting to discuss details of CMO reply brief (1.5); review and revise Kinsella affidavit and confer with K. Kinsella re same (1.0); confer with J. Hughes re product lists (.3); revise CMO reply brief (1.0). |
| 10/16/01 | Sarah R Marmor | 3.00 | Revise CMO reply brief. |
| 10/16/01 | Andrew R Running | 2.00 | Review personal injury claims data for CMO reply brief. |
| 10/16/01 | Kellye L Fabian | 7.00 | Draft sections of CMO reply brief re class certification. |
| 10/16/01 | Samuel A Schwartz | 1.30 | Telephone conferences with PwC re the claims management process (1.0); telephone conference with client re same (.3). |
| 10/16/01 | Janet Baer | 3.30 | Attend to matters re need for claims data base responsibilities (.9); conference with K. Kinsella re status of Plan and related items (1.2); review and further revise CMO Reply Brief (1.2). |
| 10/17/01 | Sarah R Marmor | 2.50 | Revise on Grace CMO reply brief. |
| 10/17/01 | Andrew R Running | 2.70 | Telephone conference with J. Hughes re claims analysis (.3); continue analysis of claims data (2.4). |
| 10/17/01 | Kellye L Fabian | 4.00 | Draft section of CMO reply brief re Rule 23 requirements. |
| 10/17/01 | P Renee Wicklund | 1.00 | Revise section of CMO reply brief pertaining to Cimini case. |
| 10/17/01 | Deanna D Boll | 2.80 | Coordinate meetings with prospective claims managers and reviewing BMC video presentation on same (2.3); telephone conference with F. Zaremby re same (.5). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/17/01 | Janet Baer | 1.00 | Confer with various parties re claims analyses and need for expert assistance and review various correspondence re same. |
| 10/18/01 | Mark E Grummer | 0.10 | Attend to matters re status of CMO draft brief. |
| 10/18/01 | Timothy S Hardy | 0.80 | Review CMO reply brief draft. |
| 10/18/01 | Andrew R Running | 3.90 | Draft portions of CMO reply brief. |
| 10/18/01 | Kellye L Fabian | 3.00 | Draft section of CMO reply brief re class certification. |
| 10/18/01 | Deanna D Boll | 1.50 | Telephone conference with Andersen Consulting (1.2) and F. Zaremby (.3) re claims manager. |
| 10/18/01 | Janet Baer | 0.50 | Various conferences and correspondence re claims assistance. |
| 10/19/01 | Theodore L Freedman | 4.50 | Edit CMO reply brief on estimation and 524(g) issues. |
| 10/19/01 | Andrew R Running | 3.50 | Draft portions of CMO reply brief (3.2); telephone conference with J. Hughes re same (.3). |
| 10/19/01 | Deanna D Boll | 3.50 | Review correspondence from Andersen Consulting and BMC re claims management (.2); edit estimation insert for CMO reply brief and review overall draft (3.3). |
| 10/19/01 | Janet Baer | 2.20 | Review and further revise draft CMO reply brief (.5); attend to matters re claims analysis experts (.2); confer with K. Kinsella re Plan status (.3); review and review most recent Kinsella notices and affidavit (1.2). |
| 10/22/01 | Theodore L Freedman | 4.50 | Edit CMO reply brief on 524(g) issues. |
| 10/22/01 | Sarah R Marmor | 7.00 | Work on CMO reply brief. |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/22/01 | Andrew R Running | 1.50 | Draft CMO reply brief. |
| 10/22/01 | Samuel A Schwartz | 0.50 | Attention to the preparation of the quarterly settlement report (.2); telephone conferences with the client re same (.2); attend to matters re same (.1). |
| 10/22/01 | Samuel A Schwartz | 0.60 | Review and analyze notice of settlements re school litigation. |
| 10/22/01 | Janet Baer | 0.30 | Confer with various parties and revise most recent coupon motion. |
| 10/22/01 | Janet Baer | 2.00 | Conference with K. Kinsella re revised notice plan and revised notices and related issues (.5); review and revise Plan and Notices (1.5). |
| 10/23/01 | Theodore L Freedman | 3.00 | Edit CMO reply brief on 524(g) issues. |
| 10/23/01 | Sarah R Marmor | 6.50 | Revise CMO reply brief. |
| 10/23/01 | Deanna D Boll | 1.00 | Correspond with BMC re claims issues (.5); telephone conference with F. Zaremby re BMC meeting (.5). |
| 10/23/01 | Janet Baer | 1.50 | Review red-line of Kinsella Plan (.5); assemble and review all revised exhibits for transmittal to clients (1.0). |
| 10/24/01 | Theodore L Freedman | 3.00 | Edit CMO reply brief on 524(g) issues. |
| 10/24/01 | Sarah R Marmor | 9.50 | Revise CMO reply brief. |
| 10/24/01 | Andrew R Running | 3.00 | Edit and revise draft CMO reply brief. |
| 10/24/01 | Samuel A Schwartz | 1.30 | Draft first quarterly settlement report (.9); and telephone conferences with the client re same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/24/01 | Deanna D Boll | 1.80 | Attend to matters claims estimation issues (.3); office conference with T. Freedman re same (.2); correspond with claims management firms -- KPMG and J. Alix (.5); telephone conference with T. Behnke re conflict issues and claims management needs (.8). |
| 10/24/01 | Janet Baer | 2.30 | Prepare transmittal re revised exhibits (1.0); attend to matters re portions of the case management reply (.8); attend to matters re interviews with claims consultants (.5). |
| 10/25/01 | Theodore L Freedman | 6.00 | Edit CMO reply brief on 524(g) issues. |
| 10/25/01 | Sarah R Marmor | 8.00 | Draft and revise CMO reply. |
| 10/25/01 | Andrew R Running | 0.60 | Revise CMO reply brief. |
| 10/25/01 | Samuel A Schwartz | 0.70 | Telephone conferences with the client re claims management services (.4); attend to matters re same (.3). |
| 10/25/01 | Deanna D Boll | 5.00 | Edit estimation arguments for CMO reply (4.3); telephone conference with KPMG re claims management (.4); attend to matters re Andersen Consulting as potential claims management service (.3). |
| 10/25/01 | Janet Baer | 1.10 | Conference with K. Kinsella re revising TV spot and various related issues (.3); review same and prepare transmittal to clients to review (.5); revise CMO reply brief (.3). |
| 10/26/01 | David M Bernick, P.C. | 1.00 | Revise CMO reply brief. |
| 10/26/01 | Theodore L Freedman | 3.00 | Edit CMO reply brief on 524(g) issues. |
| 10/26/01 | Timothy S Hardy | 1.50 | Draft insert for CMO brief re EPA claims. |

A-25