| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 10/26/01 | James W Kapp | 1.10 | Review response of Equity Committee re CMO issue (.3); review case law re discharge of claims (.8). |
| 10/26/01 | Sarah R Marmor | 4.00 | Draft and revise CMO reply brief. |
| 10/26/01 | Andrew R Running | 5.50 | Telephone conversations with D. Rourke re claims analysis issues (.5); revise and edit CMO reply brief (5.0). |
| 10/26/01 | P Renee Wicklund | 0.50 | Revise portions of CMO reply brief. |
| 10/26/01 | Samuel A Schwartz | 4.30 | Attend meeting in Boca Raton with Anderson Consulting on claims management issues (4.0); meeting with the client re same (.3). |
| 10/26/01 | Deanna D Boll | 6.00 | Review revised exhibits to CMO reply (2.5); edit CMO reply brief (3.0); telephone conference with KPMG re claims management (.3); telephone conference with F. Zaremby re Andersen meeting (.2). |
| 10/26/01 | Janet Baer | 1.50 | Conference with R. Finke re comments on exhibits to CMO reply brief (.7); review notes and prepare memo re asbestos sales issues (.8). |
| 10/27/01 | David M Bernick, P.C. | 3.00 | Revise current draft of CMO brief. |
| 10/27/01 | Sarah R Marmor | 6.00 | Revise and edit CMO reply brief. |
| 10/27/01 | P Renee Wicklund | 9.00 | Revise and edit portions of CMO reply brief re claims appropriate for common resolution, precedent supporting proposed litigation protocol, Cimino case and other objections to proposed litigation protocol, and support in Federal Rules for proposed litigation procedure. |
| 10/28/01 | James W Kapp | 2.00 | Review case law re dischargeability of claims. |
| 10/28/01 | Sarah R Marmor | 6.70 | Draft and revise CMO reply brief. |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/28/01 | Kellye L Fabian | 2.00 | Research creation of litigation committees for CMO reply brief. |
| 10/28/01 | P Renee Wicklund | 4.50 | Revise and edit portions of CMO reply brief re claims appropriate for common resolution, precedent supporting proposed litigation protocol, Cimino case and other objections to proposed litigation protocol, and support in Federal Rules for proposed litigation procedure. |
| 10/28/01 | Deanna D Boll | 7.00 | Edit and revise CMO reply brief re estimation arguments (6.5); review brief on transfer and removal issues in Fed. Mogul case and consider same issues in Grace case (.5). |
| 10/28/01 | Janet Baer | 0.50 | Review and revise memo re asbestos sale issues (.5); review Kinsella article re History of Asbestos Regs and building owner knowledge (.5). |
| 10/29/01 | Theodore L Freedman | 2.00 | Edit CMO reply brief on 524(g) issues. |
| 10/29/01 | Sarah R Marmor | 12.00 | Draft and revise CMO reply (8.0); attend to matters re same (2.0); conference with client re same (2.0). |
| 10/29/01 | Andrew R Running | 3.40 | Telephone conferences with D. Rourke re claims issues (.6); revise draft CMO reply brief (2.8). |
| 10/29/01 | Kellye L Fabian | 5.00 | Draft section of CMO reply brief re establishing the personal injury litigation committee. |
| 10/29/01 | Samuel A Schwartz | 1.20 | Analyze Delaware local bankruptcy rules re motion for leave to file CMO reply brief (.3); telephone conferences with local counsel re same (.2); draft motion for relief to file CMO reply brief (.7). |
| 10/29/01 | Janet Baer | 7.70 | Confer with various parties re finalizing CMO reply brief (1.0); revise Kinsella affidavit re same (.5); assemble final Kinsella Plan and exhibits for filing (1.5); confer with K. Kinsella re same (.5); review and revise full draft CMO reply brief (2.2); assemble final exhibits for reply brief and confer re same (2.0). |
| 10/30/01 | Theodore L Freedman | 3.50 | Edit CMO reply brief on 524(g) issues. |

A-27

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/30/01 | Timothy S Hardy | 0.20 | Review memorandum re CMO reply brief. |
| 10/30/01 | James W Kapp | 0.50 | Telephone conference with M. Shelnitz re settlement of claims pursuant to de minimis order. |
| 10/30/01 | Sarah R Marmor | 7.50 | Revise CMO reply brief (6.5); conference with client and local counsel re filing (1.0). |
| 10/30/01 | Andrew R Running | 1.60 | Attend to matters re revisions to CMO reply brief (.5); review and revise draft appendix to brief re claims analysis (.8); telephone conversation with D. Rourke re same (.3). |
| 10/30/01 | P Renee Wicklund | 2.80 | Revise and edit CMO reply brief. |
| 10/30/01 | Samuel A Schwartz | 1.10 | Analyze Delaware local rules re motion to file CMO reply brief (.5); telephone conferences with local counsel re same (.3); revise motion for relief to file CMO reply brief (.3). |
| 10/30/01 | Samuel A Schwartz | 1.00 | Finalize quarterly settlement report (.9); telephone conferences with local counsel re same (.1). |
| 10/30/01 | Deanna D Boll | 6.50 | Edit CMO estimation arguments in CMO reply brief (5.2); examine law re Fed. R. Evid. 408 (1.3). |
| 10/30/01 | Janet Baer | 2.30 | Review CMO reply brief revisions (1.0);attend to matters re final exhibits for CMO reply brief (.5); review final Kinsella affidavit and plan and confer with K. Kinsella re same (.8). |
| 10/31/01 | Theodore L Freedman | 3.00 | Edit CMO reply brief on 524(g) issues. |
| 10/31/01 | Sarah R Marmor | 10.00 | Revise CMO reply brief (8.0); conference with local counsel re same (2.0); review draft motion for leave to file reply (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/31/01 | Andrew R Running | 10.10 | Telephone conversations with J. Hughes re draft CMO reply brief (.6); review comments on CMO reply brief from R. Finke, W. Sparks and Hughes (.3); revise draft CMO reply brief (8.8); telephone conversations with D. Rourke re claims issues (.4). |
| 10/31/01 | P Renee Wicklund | 5.20 | Edit and revise CMO reply brief. |
| 10/31/01 | Deanna D Boll | 5.00 | Review BMC and Andersen proposals for claims manager position and coordinate KPMG visit for 11/1/01 (1.2); review B&W protocol for claims processing issues to better assess claims manager issues in Grace (.8); finalize CMO reply brief and coordinate with legal assistants on organizing exhibits (3.0). |
| 10/31/01 | Janet Baer | 0.80 | Review Grace comments on CMO reply brief and attend to matters re same (.5); confer with K. Kinsella re status of CMO reply brief and notice plan (.3). |

## Matter 22 - Contested Matters/Adversary Proceedings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | Michelle H Browdy | 7.50 | Work on redacted versions of outlines, proofread/finalize outlines and document sets for 10/3 meeting (6.0); draft proposed agenda for 10/3 (1.0); finalize explanatory cover letter (.5). |
| 10/01/01 | James W Kapp | 0.40 | Attend to issues re research on solicitation issues. |
| 10/01/01 | Scott A McMillin | 6.80 | Revise and redact fraudulent transfer binders (5.0); prepare for joint defense meeting re fraudulent transfer claims (.5); review Exxon's motion for summary judgment and analyze responsive arguments (1.3). |
| 10/01/01 | Reed S Oslan | 1.50 | Work on Protein Genetics, Inc. matters. |
| 10/01/01 | Andrew R Running | 0.20 | Telephone conference with R. Finke. |
| 10/01/01 | Christopher B Sullivan | 2.50 | Draft matrix of production information. |
| 10/02/01 | Michelle H Browdy | 1.00 | Preparation for 10/3 meeting in DC to coordinate fraudulent conveyance litigation (.5); revise agenda for same (.5). |
| 10/02/01 | Timothy S Hardy | 0.90 | Review information on medical criteria experts. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/01 | Scott A McMillin | 7.20 | Outline and draft opposition to Exxon motion for summary judgment (5.0); prepare for and conference call with client re third party subpoenas (.8); prepare for joint defense meeting re fraudulent transfer claims (1.4). |
| 10/02/01 | Reed S Oslan | 2.00 | Attend to matters re PGI matter. |
| 10/02/01 | Andrew R Running | 0.80 | Telephone conference with G. Bragg, D. Cameron and J. Hughes re potential expert testimony subjects (.5); telephone conference with D. Rourke re statistical claims analysis (.3). |
| 10/02/01 | Christopher B Sullivan | 3.10 | Draft/edit products information matrix (1.3); telephone conference with company re response to third party discovery (.5); review of document review/production project (1.0); telephone conferences with Reed Smith attorneys re legal research (.3). |
| 10/02/01 | Janet Baer | 1.60 | Review letter on Smolker discovery (.3); conference with W. Sparks re third party subpoena issues (.2); conference with R. Finke, J. Hughes, W. Sparks and internal counsel re third party discovery issues (.8); follow up conferences internally re same (.3). |
| 10/03/01 | David M Bernick, P.C. | 4.00 | Meet with Sealed Air and Fresenius counsel. |
| 10/03/01 | Michelle H Browdy | 4.00 | Prepare for and attend meeting with D. Siegel and others re coordination of fraudulent conveyance litigation. |
| 10/03/01 | Timothy S Hardy | 0.90 | Telephone conferences with D. Kuchinsky re experts (.3); research Exposure data (.4); review D. Kuchinsky memorandum re ATSDR Study (.2). |
| 10/03/01 | Scott A McMillin | 7.00 | Outline and draft opposition to Exxon motion for summary judgment (1.3); prepare for and participate in joint defense meeting re fraudulent transfer claims (4.8); attend to matters re fraudulent transfer claims (.9). |
| 10/03/01 | Reed S Oslan | 1.80 | Consider PGI issues. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/03/01 | Christopher B Sullivan | 1.50 | Telephone conference with J. Hughes and W. Sparks re Product history (.5); draft/edit matrix of product summary (1.0). |
| 10/04/01 | Michelle H Browdy | 2.10 | Draft memo re Beber meeting. |
| 10/04/01 | Timothy S Hardy | 0.80 | Review EPA websites and draft memorandum re same. |
| 10/04/01 | Scott A McMillin | 6.00 | Research and draft opposition to Exxon's motion for summary judgment (5.4); attend to matters re Grace document production issues (.6). |
| 10/04/01 | Brandon Fox | 2.30 | Review Protein Genetics file (2.1); attend to matters re same (.2). |
| 10/05/01 | Michelle H Browdy | 2.50 | Work on issues re anticipated fraudulent conveyance suit, including review of additional documents. |
| 10/05/01 | Timothy S Hardy | 0.90 | Attend to matters re particular clearance level (.1); draft memorandum re same (.8). |
| 10/05/01 | Scott A McMillin | 1.60 | Research and draft opposition to Exxon motion for summary judgment. |
| 10/05/01 | Brandon Fox | 2.50 | Research and analyze positions related to PGI. |
| 10/05/01 | Janet Baer | 0.80 | Prepare report on Canadian injunction issues. |
| 10/08/01 | Michelle H Browdy | 2.30 | Review and analyze potentially responsive documents to respond to fraudulent conveyance claims. |
| 10/08/01 | Scott A McMillin | 5.70 | Research and draft opposition to Exxon motion for summary judgment (3.0); review notes re Beber meeting (.4); review SEC filings re asbestos issues (2.3). |
| 10/08/01 | Reed S Oslan | 1.00 | Attend to PGI matter. |
| 10/08/01 | Andrew R Running | 0.40 | Telephone conversation with W. Sparks re fact witness interviews (.3); attend to matters re same (.1). |
| 10/08/01 | Brandon Fox | 1.00 | Review case law and corporate documents re PGI (.7); telephone conference with S. Ahern re PGI issue (.3). |

A-32

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/08/01 | Janet Baer | 0.60 | Review Asbestos Schools litigation information (.3); review Rust 800# protocol (.3). |
| 10/08/01 | Janet Baer | 0.80 | Review draft response to Exxon motion for summary judgment and attend to matters re same. |
| 10/09/01 | Michelle H Browdy | 2.40 | Prepare for witness interviews re potential fraudulent conveyance claims. |
| 10/09/01 | Michelle H Browdy | 1.10 | Legal research follow up in response to potential fraudulent conveyance claims. |
| 10/09/01 | Michelle H Browdy | 2.30 | Review and analyze potentially responsive documents to respond to fraudulent conveyance claims. |
| 10/09/01 | Timothy S Hardy | 3.80 | Meet with D. Kuchinsky et al. re risk assessment. |
| 10/09/01 | Scott A McMillin | 8.80 | Draft and revise opposition to Exxon's motion for summary judgment (1.0); review Grace documents re Sealed Air and Fresenius transactions and draft memorandum re same (6.6); attend to matters re fraudulent transfer claims (1.2). |
| 10/09/01 | Reed S Oslan | 2.00 | Consider litigation options for PGI officers and directors. |
| 10/09/01 | Andrew R Running | 4.10 | Analyze Tabershaw-Cooper and other historic air monitoring data in preparation for meeting with G. Bragg (2.6); review prior testimony by G. Bragg (1.5). |
| 10/09/01 | Janet Baer | 0.50 | Review revised response to Exxon summary judgment motion. |
| 10/10/01 | Michelle H Browdy | 0.60 | Prepare for witness interviews re alleged fraudulent conveyance. |
| 10/10/01 | Timothy S Hardy | 0.50 | Review new Libby information (.3); telephone conference with B. Price re Libby data (.2). |
| 10/10/01 | James W Kapp | 0.10 | Attend to issues re Hartford stipulation. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/01 | Scott A McMillin | 2.60 | Review SEC filings and related correspondence re asbestos reserve (1.0); review documents re Fresenius transaction and update fraudulent transfer outlines (.6); attend to matters re document production issues (1.0). |
| 10/10/01 | Andrew R Running | 7.50 | Participate in meeting with G. Bragg, D. Cameron and J. Hughes to analyze potential expert testimony issues (3.5); meeting with J. Hughes and W. Sparks to analyze product identification issues (4.0). |
| 10/10/01 | Christopher B Sullivan | 0.50 | Attend to matters re Zonolite interviews (.2); telephone conferences with L. Flatley of Reed Smith re same (.3). |
| 10/10/01 | Brandon Fox | 1.50 | Attend to matters re letter to PGI (.2); telephone conference with S. Ahern re same (.1); draft letter to PGI (1.2). |
| 10/10/01 | Janet Baer | 0.70 | Attend to matters re Georgia fire matter (.2); review Phoenix City documents re fire issue (.5). |
| 10/11/01 | Scott A McMillin | 7.50 | Review Grace documents re Fresenius transaction (6.0); prepare binders of SEC filings and monthly asbestos reports (.8); attend to matters re document production issues (.7). |
| 10/11/01 | Brandon Fox | 1.30 | Edit letter to PGI (1.0); telephone conference with S. Ahern re same (.1); review file to find information re payment of dividends and agreements to redeem shares (.2). |
| 10/12/01 | Timothy S Hardy | 0.50 | Telephone conferences with D. Kuchinsky and W. Corcoran re expert (.3); arrange call with expert (.2). |
| 10/12/01 | Scott A McMillin | 4.60 | Revise opposition to Exxon motion for summary judgment (.8); review Grace documents re Fresenius and Sealed Air transactions (3.3); attend to matters re document production (.5). |
| 10/12/01 | Andrew R Running | 2.30 | Review prior testimony by G. Bragg. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 10/12/01 | Christopher B Sullivan | 1.40 | Conference call with W. Sparks re Zonolite interviews (.5); calls with S. McMillan re Conway discovery requests (.2); attend to matters re same (.2); review Conway discovery requests (.5). |
| 10/12/01 | Brandon Fox | 0.70 | Edit letter to PGI (.3); telephone conference with S. Ahern to discuss PGI reaction (.2); telephone conference with R. Oslan re same (.2). |
| 10/12/01 | Janet Baer | 1.80 | Review revised IRO/Honeywell draft order and confer re same (.3); several conferences re document production re reserves and related financial information (1.0); prepare correspondence re same (.5). |
| 10/14/01 | Janet Baer | 1.00 | Review correspondence re Rossignal case (.2); review Federal Mogul informational brief (.8). |
| 10/15/01 | Timothy S Hardy | 0.80 | Telephone conference with Dr. Little et al. re compensation criteria. |
| 10/15/01 | Christopher B Sullivan | 0.30 | Review request for Mk-3 MSDS documents and calls with R. Finke re same. |
| 10/15/01 | Kellye L Fabian | 2.00 | Draft introduction to class action section of reply brief per D. Bernick's comments (1.6); revise entire section per D. Bernick's comments (.4). |
| 10/15/01 | Kellye L Fabian | 2.00 | Revise section of CMO reply brief re American Reserve. |
| 10/15/01 | Brandon Fox | 1.70 | Review documents re conference call with E. Postel (1.2); participate in conference call with S. Ahern and E. Postel (.5). |
| 10/15/01 | Janet Baer | 1.70 | Various conferences re information being provided to Committees re reserves (.8); revise ICO vs. Honeywell Stipulation and prepare correspondence re same (.5); review Rossignol correspondence and confer re same (.4). |
| 10/16/01 | Timothy S Hardy | 0.30 | Attend to matters re experts. |

A-35

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/16/01 | Reed S Oslan | 2.00 | Attend to PGI matter. |
| 10/16/01 | Andrew R Running | 0.30 | Telephone conference with T. Hardy re expert issues. |
| 10/16/01 | Christopher B Sullivan | 1.70 | Prepare for ZAI witness interviews (1.0); calls with W. Sparks re same (.5); telephone conferences with R. Finke re response to document request (.2). |
| 10/16/01 | Brandon Fox | 1.90 | Prepare and participate in conference call with S. Ahern, D. McCormick, and E. Postel re settlement of Grace's claims against PGI. |
| 10/16/01 | Janet Baer | 0.80 | Internal conferences re various document issues for fraudulent conveyance matter (.5); confer with W. Sparks re Canadian injunction issues (.3). |
| 10/17/01 | Scott A McMillin | 3.30 | Revise opposition to Exxon motion for summary judgment (2.0); draft Riddlesperger declaration (.5); review Grace documents re NMC transaction (.5); internal conferences re document production and witness interviews (.3). |
| 10/17/01 | Reed S Oslan | 2.00 | Work on PGI matter (1.0); telephone conferences re potential settlement (1.0). |
| 10/18/01 | Timothy S Hardy | 0.90 | Draft list of Grace exposure documents. |
| 10/18/01 | Scott A McMillin | 2.00 | Review Grace documents re Fresenius transaction. |
| 10/18/01 | Andrew R Running | 0.40 | Telephone conference with J. Hughes and W. Sparks re product identification issues. |
| 10/19/01 | Timothy S Hardy | 0.50 | Draft memoranda re Dr. Little. |
| 10/19/01 | Scott A McMillin | 4.00 | Review Grace documents re Fresenius transaction (2.0); attend to matters re document production, witness interviews, litigation strategy (1.5); prepare for meeting with PricewaterhouseCoopers re asbestos reserves (.5). |
| 10/19/01 | Christopher B Sullivan | 0.20 | Telephone conference with W. Sparks re ZAI witness interviews and follow up game plan. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 10/21/01 | Michelle H Browdy | 2.10 | Draft outline and review documents in preparation for 10/22 meeting re fraudulent conveyance in Baltimore. |
| 10/21/01 | Scott A McMillin | 3.00 | Review articles re Fresenius and Sealed Air transactions. |
| 10/22/01 | Michelle H Browdy | 9.80 | Review and analyze closing binders for fraudulent transfer claim (4.5); work on asbestos reserve issue (4.3); interview witness and preparation on same (1.0). |
| 10/22/01 | Timothy S Hardy | 0.90 | Telephone conference with B. Price re EPA database (.4); telephone conference with D. Kuchinsky re (.5). |
| 10/22/01 | Scott A McMillin | 11.30 | Prepare for and meet with T. Hayes re PWC audits (5.0); review Fresenius and Sealed Air closing binders (3.0); attend presentation to property damage committee advisors (1.5); attend to matters re fraudulent transfer claims (.8); review articles re Fresenius and Sealed Air transactions (1.0). |
| 10/22/01 | Andrew R Running | 2.10 | Review relevant portions of Babcock & Wilcox litigation protocol brief. |
| 10/22/01 | Christopher B Sullivan | 1.30 | Telephone conference with W. Sparks and L. Flatley re witness interviews and fact development. |
| 10/22/01 | Janet Baer | 0.70 | Conference with Michigan counsel re status of Perry matter and related injunction (.3); conference with counsel re Phoenix City fire matters (.4). |
| 10/23/01 | James W Kapp | 0.60 | Review complaint for declaratory judgment and turnover and attend to issues re same. |
| 10/23/01 | Scott A McMillin | 1.20 | Review Grace documents re Sealed Air transaction. |
| 10/23/01 | Andrew R Running | 3.40 | Telephone conferences with trade associations re potential ZAI expert (.6); review additional claims data forwarded by J. Hughes (2.8). |
| 10/23/01 | Samuel A Schwartz | 0.50 | Telephone conferences with the client re the Pipeline adversary proceeding (.3); attend to matters re same (.2). |

A-37

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/24/01 | Michelle H Browdy | 3.90 | Telephone interview re fraudulent conveyance charges (.3); work on revised brief responding to asbestos committee motion on fraudulent conveyance (3.6). |
| 10/24/01 | Timothy S Hardy | 0.80 | Draft letter to Dr. Little (.6); telephone conference with R. Finke re expert work (.2). |
| 10/24/01 | Scott A McMillin | 1.30 | Review Grace documents re Sealed Air. |
| 10/24/01 | Andrew R Running | 1.80 | Telephone conference with D. Rourke re claims analysis (.4); continue review of documents provided by J. Hughes (1.4). |
| 10/24/01 | Christopher B Sullivan | 0.40 | Telephone conferences with W. Sparks and L. Flatley re interview of fact witnesses. |
| 10/24/01 | Janet Baer | 0.30 | Review revised ICO/Honeywell Order and prepare response re same. |
| 10/25/01 | Michelle H Browdy | 1.60 | Continue factual analysis re fraudulent conveyance charges. |
| 10/25/01 | Timothy S Hardy | 1.20 | Draft memoranda re experts (.6); review exposure monitoring (.2); telephone conferences with B. Price and R. Finke re Libby data (.4). |
| 10/25/01 | Reed S Oslan | 1.00 | Work on PGI matter. |
| 10/25/01 | Andrew R Running | 1.40 | Review additional materials provided by D. Rourke (.9); review summarization of product identification documentation provided by J. Hughes (.5). |
| 10/25/01 | Janet Baer | 0.30 | Confer with W. Sparks re Privest Settlement. |
| 10/26/01 | Brandon Fox | 1.50 | Prepare for and participate in conference call with client re PGI options. |
| 10/26/01 | Janet Baer | 2.20 | Conference with S. Ahern and other financial people at Grace re Biogenetics matter and potential for settlement (1.2); internal conferences re Privest and Protein Genetics matters (.5); prepare memo re Protein Genetics (.5). |

A-38

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/27/01 | Scott A McMillin | 1.70 | Review and revise opposition to Exxon motion for summary judgment (1.5); attend to matters re investigation of fraudulent transfer claims (.2). |
| 10/28/01 | Janet Baer | 0.40 | Review correspondence re Privest fee matter. |
| 10/29/01 | Michelle H Browdy | 0.60 | Analyze factual issues re fraudulent conveyance matters. |
| 10/29/01 | Scott A McMillin | 2.70 | Review opposition to Exxon motion for summary judgment and prepare for filing (.4); review Grace documents re Sealed Air and Fresenius transactions (2.0); conferences with WLRK attorneys re reviewing WLRK documents re Fresenius and Sealed Air transactions (.3). |
| 10/29/01 | Janet Baer | 1.80 | Conference with various parties re potential Privest settlement (.5); conference with S. Ahern re potential settlement on Protein Genetics matter (.3); review Bankruptcy Court orders re matter (.5); further confer with S. Ahern and M. Hunter re Protein Genetics (.5). |
| 10/30/01 | David M Bernick, P.C. | 3.00 | Review and revise latest draft of CMO reply brief. |
| 10/30/01 | Michelle H Browdy | 3.50 | Analyze factual issues re fraudulent concealment allegations and work on memorandum on same. |
| 10/30/01 | Timothy S Hardy | 0.30 | Telephone conference with G. Marsh re ATSDR review. |
| 10/30/01 | Scott A McMillin | 1.50 | Revise and update outline re fraudulent transfer claims. |
| 10/30/01 | Deanna D Boll | 0.30 | Review memo analyzing particular Daubert concerns. |
| 10/30/01 | Janet Baer | 0.80 | Confer with D. Siegel re asbestos sale issues (.3); revise memo re same (.5). |
| 10/30/01 | Janet Baer | 0.30 | Review chronology and draft letter re Protein Genetics and confer with various parties re same. |
| 10/31/01 | Michelle H Browdy | 1.40 | Draft memorandum on factual fraudulent conveyance issues. |

**Matter 24 - Creditors Committee - Fees**

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 10/01/01 | James W Kapp | 0.10 | Telephone conference with R. Raskin re tax issues. |
| 10/01/01 | Roger J Higgins | 1.00 | Draft memorandum re fiduciary duties of professionals. |
| 10/02/01 | Roger J Higgins | 2.30 | Draft memorandum re fiduciary duties of professionals. |
| 10/03/01 | James W Kapp | 0.40 | Telephone conference with M. Zaleski re payment of professionals and attend to issues re same. |
| 10/03/01 | Roger J Higgins | 3.80 | Draft memorandum re fiduciary duties of professionals. |
| 10/05/01 | James W Kapp | 1.90 | Address issues re confidentiality agreements with various committees (.7); review and revise memorandum re fiduciary duties of professionals and attend to issues re same (1.2). |
| 10/05/01 | Samuel A Schwartz | 1.50 | Draft confidentiality agreement status chart. |
| 10/08/01 | James W Kapp | 0.20 | Attend to issues re professional fiduciary duties memorandum. |

A-40

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 10/08/01 | James W Kapp | 0.10 | Address issues re Aon stipulation. |
| 10/08/01 | James W Kapp | 0.20 | Telephone conference with R. Raskin re document requests re tax information. |
| 10/08/01 | Roger J Higgins | 4.50 | Draft memorandum on Fiduciary duties of professionals. |
| 10/09/01 | James W Kapp | 0.40 | Review correspondence from Commercial Committee re document request and attend to issues re same. |
| 10/09/01 | Samuel A Schwartz | 0.80 | Telephone conferences with P. Zilly re creditor committee tax document production request (.3); telephone conferences with R. Raskin re same (.2);telephone conferences with client re same (.3). |
| 10/09/01 | Roger J Higgins | 1.80 | Draft memorandum re fiduciary duties of professionals. |
| 10/10/01 | James W Kapp | 2.00 | Review and revise memorandum re fiduciary duties of professionals and attend to issues re same. |
| 10/10/01 | Roger J Higgins | 4.60 | Revise memorandum re duties of professionals. |
| 10/11/01 | Michelle H Browdy | 0.40 | Work on document collection for commercial committee request and privilege issues re fraudulent conveyance. |
| 10/11/01 | James W Kapp | 0.20 | Review correspondence from R. Raskin re request for documents. |
| 10/11/01 | Samuel A Schwartz | 2.30 | Telephone conference with P. Zilly re the commercial committee's tax document production request (.5); telephone conference with R. Raskin re same (.2); telephone conference with client re same (.5); review and analyze same (.2); draft correspondence re same (.9). |
| 10/11/01 | Roger J Higgins | 2.10 | Revise memorandum re duties of professionals. |
| 10/12/01 | James W Kapp | 0.10 | Review and revise response to R. Raskin re document request. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/12/01 | Samuel A Schwartz | 1.10 | Telephone conference re tax document production request (.3); telephone conference with R. Schinder re same (.2); revise Raskin letter (.3); draft correspondence re same (.3). |
| 10/15/01 | James W Kapp | 0.80 | Telephone conference with D. Siegel re financial information requested by committees and attend to issues re same (.5); review proposed confidentiality bylaws for Property Damage Committee (.3). |
| 10/15/01 | Samuel A Schwartz | 1.80 | Telephone conferences with the committees re the settlement notice (.8); draft correspondence to the client and the committees to same (.8); draft statement re the PI Committee (.2). |
| 10/16/01 | Michelle H Browdy | 0.40 | Work on document privilege issues implicating ongoing document production to committees. |
| 10/16/01 | Samuel A Schwartz | 1.40 | Review and revise PD Committee's by-law re confidentiality (.2); draft correspondence re same (.3); draft correspondence re various data room issues (.3); telephone conferences with the committees re proposed settlements (.4) and conferences with the client re same (.2). |
| 10/17/01 | James W Kapp | 1.20 | Review and revise memorandum re fiduciary duties of professionals and attend to issues re same. |
| 10/17/01 | James W Kapp | 0.20 | Telephone conference with R. Raskin re agenda for November 5, 2001, hearing and related issues (.1);and attend to matters re same (.1). |
| 10/17/01 | Roger J Higgins | 0.50 | Revise memorandum re fiduciary duties of professionals. |
| 10/18/01 | Michelle H Browdy | 0.60 | Follow up on privilege issues impacting tax document production for commercial committee. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/18/01 | James W Kapp | 1.00 | Telephone conference with R. Raskin re status of November 5, 2001, hearing (.1); attend to issues re same (.1); attend to issues re preparation of data room (.2); telephone conference with P. Zilly re requests by Creditors Committee re document requests and attend to same (.6). |
| 10/18/01 | Roger J Higgins | 1.00 | Revise memorandum re fiduciary duties of professionals. |
| 10/19/01 | Michelle H Browdy | 0.70 | Attend to matters re tax document production for commercial committee issues. |
| 10/19/01 | James W Kapp | 2.40 | Telephone conference with R. Raskin re information requests (.1); telephone conference with counsel and financial advisors for Creditors Committee and P. Zilly re document requests and attend to issues re same (1.6); attend to issues re preparation of discovery motion (.7). |
| 10/19/01 | Samuel A Schwartz | 1.70 | Telephone conferences with the commercial committee re disclosure issues (1.0); telephone conferences with the property damage committee and the client re confidentiality agreements (.3); attend to matters re same (.4). |
| 10/19/01 | Roger J Higgins | 0.30 | Revise memorandum re fiduciary duties of professionals. |
| 10/22/01 | James W Kapp | 0.20 | Telephone conference with M. Zaleski re employee indemnification hearing (.1); attend to issues re same (.1). |
| 10/23/01 | James W Kapp | 0.30 | Review correspondence from A. Krieger and R. Schinder re commercial committee's document request (.2); attend to issues re same (.1). |
| 10/23/01 | Scott A McMillin | 2.80 | Review asbestos committees application for leave to retain counsel and analyze and draft response (2.5); attend to matters re same (.3). |
| 10/23/01 | Roger J Higgins | 0.60 | Revise memorandum re fiduciary duties of professionals. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/26/01 | James W Kapp | 0.10 | Telephone conference with M. Zaleski re Toyota motion. |
| 10/26/01 | Samuel A Schwartz | 0.50 | Telephone conferences with A. Krieger re various administrative matters and pending motions. |
| 10/29/01 | Samuel A Schwartz | 0.90 | Review and revision of the amendment to the equity committee's confidentiality agreement (.5); telephone conferences with G. Becker re same (.2); draft correspondence re same (.2). |
| 10/30/01 | Samuel A Schwartz | 1.10 | Draft correspondence to A. Krieger re document production request and various other tax matters (.7); telephone conference with A. Krieger re same (.2); meetings re same (.2). |
| 10/30/01 | Samuel A Schwartz | 0.30 | Telephone conferences with J. Davis re confidentiality (.1); meet with client re same (.2). |
| 10/31/01 | James W Kapp | 0.40 | Review and revise correspondence to A. Krieger re requests for tax information (.1); telephone conference with R. Raskin and K. Pasquale re November 5, 2001 hearing (.3). |

**Matter 25 - Creditors/Shareholders Inquiries - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | James W Kapp | 0.30 | Telephone conference with creditor re Spring Valley litigation. |
| 10/02/01 | James W Kapp | 0.20 | Telephone conference with D. Carickhoff re creditor inquiries (.1); telephone conference with T. Calibitt re bar date (.1). |
| 10/02/01 | Samuel A Schwartz | 0.90 | Telephone conferences with various creditors and attorneys re the status of the cases and pending matters. |
| 10/02/01 | Brigitte F Windley | 1.20 | Respond to creditor inquiries re bar date and proof of claim filing. |
| 10/08/01 | Janet Baer | 0.30 | Respond to various client inquiries re bar date issues. |
| 10/09/01 | James W Kapp | 0.30 | Telephone conference with D. Fonte re claims bar date (.1); telephone conference with J. Scordo re pending litigation (.2). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/10/01 | Samuel A Schwartz | 1.60 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 10/11/01 | Samuel A Schwartz | 0.90 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 10/11/01 | Brigitte F Windley | 1.90 | Telephone conferences with creditors re case status and proof of claim filing and prepare and transmit forms to same (1.6); telephone conference with landlord re rent payment (.3). |
| 10/15/01 | Samuel A Schwartz | 0.50 | Telephone conferences with various creditors re the status of the cases and the claims bar date. |
| 10/17/01 | James W Kapp | 0.20 | Review correspondence from creditor re payment of post-petition invoices and attend to issues re same. |
| 10/18/01 | Brigitte F Windley | 0.80 | Respond to creditor inquiries re proof of claim filing and transmit forms to same. |
| 10/19/01 | Samuel A Schwartz | 1.70 | Telephone conferences with various attorneys and creditors re the status of the cases and the bar date. |
| 10/23/01 | Samuel A Schwartz | 1.30 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 10/25/01 | Brigitte F Windley | 0.30 | Telephone conferences with creditors re bar date and case status. |
| 10/26/01 | James W Kapp | 0.10 | Telephone conference with M. Bonner re status of chapter 11 cases. |
| 10/26/01 | Brigitte F Windley | 0.90 | Respond to creditor inquiries re proof of claim filing and transmit related documents. |
| 10/30/01 | Samuel A Schwartz | 0.80 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 10/31/01 | Brigitte F Windley | 0.40 | Respond to creditor inquiries re case status and proof of claim filing process. |

A-46

## Matter 26 - DIP Financing/Cash Collateral - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | James W Kapp | 0.40 | Review and revise memorandum re interim loan transactions (.3); attend to issues re same (.1). |
| 10/12/01 | James W Kapp | 0.20 | Prepare correspondence re intercompany loan issues. |
| 10/17/01 | James W Kapp | 0.80 | Telephone conference with P. Zilly re accounting/interest issues and attend to same. |

**Matter 27 - Employee Matters - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/01 | James W Kapp | 0.20 | Attend to issues re scheduling of former employees indemnification motion. |

### Matter 28 - Environmental Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | Mark E Grummer | 0.30 | Review EPA materials re Libby Phase 2 testing (.1); K&E office conference re same (.2). |
| 10/01/01 | James W Kapp | 0.30 | Attend to issues re potential Environmental Protection Agency settlement. |
| 10/01/01 | Janet Baer | 0.50 | Conference with clients re Libby access case consent order (.3); attend to matters re same (.2). |
| 10/02/01 | Janet Baer | 1.00 | Conference with clients and EPA re Libby consent decree, procedure and related matters. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/03/01 | Mark E Grummer | 6.70 | Review and analyze State of New Jersey correspondence file materials, and Hatco correspondence re Hatco (2.0); review of correspondence and file materials re Hatco site (1.9); evaluate particular site letter of credit terms (.5); re response to demands at particular site (1.0); draft internal correspondence re Hatcosite (.9); review materials re Walpole site (.4). |
| 10/03/01 | James W Kapp | 0.20 | Address issues re motion to approve Environmental Protection Agency settlement. |
| 10/03/01 | Janet Baer | 0.80 | Review correspondence on New Jersey site and respond to inquires re same (.5); attend to matters re Libby access case (.3). |
| 10/04/01 | Mark E Grummer | 3.50 | Telephone conference with D. O'Grady re cleanup expenditures (.2); review New Jersey demands re Woodbury site (.6); review cases cited by New Jersey re bankruptcy status of letter of credit (.6); attend to matters (.8); prepare internal correspondence re letter of credit status (.5); telephone conference with R. Emmett re Woodbury site options (.8). |
| 10/04/01 | Janet Baer | 0.50 | Attend to matters re Libby access case settlement (.3); prepare correspondence re Libby access issues (.2). |
| 10/04/01 | Janet Baer | 2.70 | Attend to matters re NJ EPA issues and environmental concerns (.8); draft internal correspondence re Woodbury Letter of Credit and related issues (.8); review conflict letter (.3); review memo on letter of credit issues and documents re letter of credit and trust agreement (.8). |
| 10/05/01 | Mark E Grummer | 4.40 | Review Woodbury site correspondence materials (1.0); draft letter to New Jersey responding to New Jersey's demands to resume cleanup (2.0); telephone conference with P. Bucens re Woodbury site (.5); draft correspondence re Woodbury site (.9). |
| 10/05/01 | James W Kapp | 1.20 | Address strategies re cleanup of particular site (.8); review research re same and review statute re remediation trust funds (.4). |

A-50

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/05/01 | Janet Baer | 2.50 | Attend to matters re New Jersey site and letter of credit issues (1.5); review correspondence and documents re same (1.0). |
| 10/05/01 | Roger J Higgins | 3.00 | Legal research on issue of trust established to fund environmental clean-up. |
| 10/06/01 | Mark E Grummer | 1.30 | Draft and revise letter to New Jersey responding to demands to resume cleanup at Woodbury site. |
| 10/06/01 | Janet Baer | 0.30 | Review draft letter re Woodbury matter. |
| 10/08/01 | Mark E Grummer | 5.50 | Draft and revise letter to New Jersey re Woodbury site (3.6); telephone conferences with client re same (.4); client re same (.8); attend to matters re same (.7). |
| 10/08/01 | Samuel A Schwartz | 1.00 | Review and analyze the Libby access settlement (.4); draft pleadings re same (.4); attend to matters re same (.2). |
| 10/08/01 | Janet Baer | 1.10 | Review revised correspondence re Woodbury, NJ (.8); incorporate client recommendations in draft correspondence. |
| 10/09/01 | Mark E Grummer | 1.10 | Review correspondence and the draft response re OII payment request (.3); telephone conferences with client re same (.4); telephone conferences with P. Bucens re Woodbury site (.1); draft letter to New Jersey re same (.6). |
| 10/09/01 | James W Kapp | 0.50 | Review and revise EPA agreed order resolving request for direction from Hartford Accident and Indemnity Company and attend to issues re same. |
| 10/09/01 | Janet Baer | 0.50 | Attend to matters re OII claim and Hatco (.3); prepare response on OII letter (.1); confer with R. Emmett re same (.1). |
| 10/10/01 | Mark E Grummer | 1.10 | Revise draft letter to New Jersey re Woodbury site to incorporate client comments. |
| 10/10/01 | Samuel A Schwartz | 0.40 | Review and revise letter re environmental liabilities. |