| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/01 | Samuel A Schwartz | 1.00 | Review and analyze EPA consent decree (.4); attend to matters re same (.2); draft motion re same (.4). |
| 10/10/01 | Janet Baer | 0.50 | Review comments to Woodbury letter from P. Bucus and R. Emmett and confer with various parties re same. |
| 10/11/01 | Mark E Grummer | 2.30 | Draft internal correspondence re further revisions to letter to New Jersey re Woodbury site. |
| 10/11/01 | Samuel A Schwartz | 0.40 | Draft EPA settlement motion. |
| 10/11/01 | Janet Baer | 1.00 | Review Hatco settlement agreement (.5); attend to matters re Woodbury site (.3); review Hatco New Jersey letter (.2). |
| 10/12/01 | Mark E Grummer | 1.60 | Prepare for and participate in conference call with client re Hatco site status (1.2); attend to matters re same (.4). |
| 10/12/01 | Samuel A Schwartz | 3.80 | Draft EPA settlement motion and order (3.6); attend to matters re same (.2). |
| 10/12/01 | Janet Baer | 1.20 | Prepare for and participate in conference call with client re Hatco matter. |
| 10/13/01 | Mark E Grummer | 1.40 | Review and evaluate EPA memoranda re Libby sampling results and health risk. |
| 10/15/01 | Janet Baer | 0.80 | Review draft motion re EPA settlement agreement in Libby access case. |
| 10/16/01 | James W Kapp | 0.50 | Review and revise Debtors' motion to approve execution of EPA consent decree. |
| 10/16/01 | Janet Baer | 0.70 | Review EPA motion re access case and Grace documents re asbestos reserves. |
| 10/16/01 | Janet Baer | 0.30 | Confer with W. Sparks re various environmental issues. |
| 10/17/01 | James W Kapp | 1.10 | Review and revise EPA consent decree motion (1.0); attend to issues re same (.1). |
| 10/17/01 | Janet Baer | 0.70 | Review revised Libby access motion and order re consent decree and prepare transmittal re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/18/01 | Janet Baer | 0.40 | Confer with R. Emmett re revisions to EPA consent decree. |
| 10/18/01 | Janet Baer | 0.50 | Review EPA reports for consideration in litigation issues. |
| 10/19/01 | Janet Baer | 1.50 | Revise motion on Libby access case consent decree (1.2); attend to matters re same (.3). |
| 10/22/01 | Reed S Oslan | 1.50 | Work on strategy re: environmental claims at Hatco and other non-owned sites. |
| 10/22/01 | Janet Baer | 1.50 | Revise Libby access motion (1.2); prepare transmittal re same (.3). |
| 10/23/01 | James W Kapp | 0.20 | Address issues re motion to approve settlement with Environmental Protect Agency re Libby. |
| 10/23/01 | Reed S Oslan | 2.00 | Review issues re Hatco and potential issues with State of New Jersey. |
| 10/23/01 | Janet Baer | 1.80 | Review final motion re Libby access case and assemble same for transmittal and filing (1.0); prepare transmittals re same (.5); confer with K. Lund re same (.3). |
| 10/24/01 | Scott A McMillin | 0.20 | Attend to matters re committees' application to retain counsel to prosecute fraudulent transfer claims. |
| 10/24/01 | Reed S Oslan | 1.00 | Calls re environmental strategies. |
| 10/24/01 | Janet Baer | 0.50 | Review EPA draft and correspondence re Libby remediation case. |
| 10/24/01 | Janet Baer | 0.50 | Review correspondence re Libby matters. |
| 10/25/01 | Mark E Grummer | 1.50 | Review recent correspondence re Hatco site and draft Grace response and prepare suggested edits to draft response (1.1); attend to matters re same (.4). |
| 10/25/01 | Scott A McMillin | 0.50 | Review and revise opposition to committees' application to retain special counsel. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/25/01 | Janet Baer | 1.60 | Review letter from Hatco re compliance and related communications (.3); attend to matters re same (.4); confer with L. Duff re same (.4); review various EPA documents on Libby issues (.5). |
| 10/25/01 | Janet Baer | 1.10 | Ascertain correct debtor parties to Libby consent decree (.5); prepare various transmittals re EPA consent decree motion (.4); confer with W. Corcoran re status of Libby matters (.2). |
| 10/25/01 | Janet Baer | 0.50 | Review trade committee's response on motion to retain special counsel re fraudulent conveyance case and revised response. |
| 10/26/01 | Mark E Grummer | 4.90 | Revise suggested text of letter to Hatco responding to demands re Hatco site quarterly sampling (.6); telephone conference with P. Bucens re Woodbury site developments (1.8); exchange correspondence with L. Duff re Hatco site situation, including evaluation of permitting Grace consultants to work for other parties at stop-work sites (.8); attend to matters re overall strategy approach to non-owned sites and legal basis therefore (.4); collect and organize research materials re same for internal attorney review (1.3). |
| 10/26/01 | James W Kapp | 0.10 | Review EPA correspondence re Libby. |
| 10/26/01 | Reed S Oslan | 2.00 | Consider litigation strategy re environmental claims by states or federal agencies at former Grace sites. |
| 10/26/01 | Janet Baer | 2.50 | Attend to matters re Hatco (.4); formulate alternative approaches to matter (1.1); review various materials re environmental claims and issues (1.0). |
| 10/27/01 | Scott A McMillin | 1.80 | Review and revise opposition to committees' application to retain special counsel and conferences re same. |
| 10/28/01 | Janet Baer | 1.50 | Review Torwico case and various memos re environmental liabilities. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/29/01 | Mark E Grummer | 1.20 | Draft correspondence to client re Woodbury site (.5); attend to matters re same (.1); attend to matters re draft Motor Wheel consent decree (.3); telephone conference with R. Emmett re same (.3). |
| 10/29/01 | Janet Baer | 0.50 | Review various correspondence re Hatco and Woodbury and related issues. |
| 10/30/01 | Mark E Grummer | 0.80 | Legal research re debtor liability for environmental matters at non-owned sites (.6); prepare internal correspondence re same (.2). |
| 10/30/01 | Janet Baer | 1.00 | Review article re Libby settlement (.2); confer with A. Kreiger re Libby access case information (.2); prepare memo re same (.3); review files to assemble information re Libby access case (.3). |
| 10/30/01 | Janet Baer | 1.00 | Attend to matters re status, strategy and Hatco issues (.5); review correspondence re same (.5). |
| 10/31/01 | Mark E Grummer | 3.30 | Review L. Duff memorandum re Hatco site (.5); research re same and begin preparing memorandum re same (2.4); draft internal correspondence re same (.4). |
| 10/31/01 | Janet Baer | 0.80 | Attend to matters re status of Hatco and related matters and environmental strategy. |
| 10/31/01 | Janet Baer | 1.50 | Review case materials re Libby access case. |

## Matter 29 - File, Docket, Calendar Maintenance - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | Sabrina M Mitchell | 1.00 | Review the online docket and update the motion status chart (.4); locate new pleadings on court website and place into the central file docket binders (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/05/01 | Sabrina M Mitchell | 3.60 | Update the case file index with new documents and prepare for inclusion into central files (.4); locate new pleadings on court website and place into the central file docket binders (3.2). |
| 10/09/01 | James W Kapp | 0.20 | Review docket and attend to issues re same. |
| 10/09/01 | Sabrina M Mitchell | 1.70 | Review the online docket and update the motion status chart (.5); locate new pleadings on court website and place into the central file docket binders (1.1); update the case file index with new correspondence and include into central files (.1). |
| 10/11/01 | Sabrina M Mitchell | 1.50 | Update the case file index with new documents and prepare for inclusion into central files (.3); locate new pleadings and place into the central file docket binders (1.2). |
| 10/15/01 | Sabrina M Mitchell | 2.60 | Review the online docket and update the motion status chart (.4); locate new pleadings on court website and place into the central file docket binders (2.2). |
| 10/16/01 | Sabrina M Mitchell | 0.60 | Locate new pleadings on court website and place into the central file docket binders. |
| 10/17/01 | Sabrina M Mitchell | 1.10 | Review the online docket and update the motion status chart (.5); locate new pleadings on court website and place into the central file docket binders (.6). |
| 10/22/01 | Sabrina M Mitchell | 2.30 | Locate new pleadings on court website and place into the central file docket binders (1.9); update the case file index with new documents and prepare for inclusion into central files (.4). |
| 10/23/01 | Sabrina M Mitchell | 1.70 | Update the case file index with new documents and prepare for inclusion into central files (.3); locate new pleadings on court website and place into the central file docket binders (1.4). |
| 10/24/01 | Sabrina M Mitchell | 0.30 | Review the online docket and update the motion status chart (.3); review the court's docket (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/30/01 | Sabrina M Mitchell | 2.00 | Review the online docket and update the motion status chart (.2); update the case file index with new documents and prepare for inclusion into central files (.2); locate new pleadings on court website and place in the central file docket binders (1.6). |
| 10/31/01 | Sabrina M Mitchell | 1.80 | Review the online docket and update the motion status chart (.3); locate new pleadings on court website and place in the central file docket binders (1.5). |

**Matter 30 - Hearings - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/01 | James W Kapp | 0.50 | Telephone conferences with D. Carickhoff re omnibus hearing dates (.2); attend to issues re same (.1); telephone conference with D. Siegel re omnibus hearing dates and other outstanding issues (.2). |
| 10/11/01 | Samuel A Schwartz | 0.40 | Telephone conferences with local counsel re pending matters and hearings. |
| 10/25/01 | James W Kapp | 0.20 | Telephone conference with D. Carickhoff and L. Jones re November 5, 2001, hearing. |
| 10/27/01 | James W Kapp | 0.50 | Review and revise agenda for November 5, 2001, hearing. |
| 10/29/01 | Samuel A Schwartz | 3.70 | Review and analysis of the docket and drafting of the November 5 Agenda letter (3.1); telephone conferences with local counsel re same (.3); meetings re same (.3). |
| 10/30/01 | James W Kapp | 0.40 | Respond to e-mail from W. Sparks re November 5, 2001, hearing agenda (.2); review and revise agenda for November 5, 2001, hearing (.2). |
| 10/30/01 | Samuel A Schwartz | 2.50 | Finalize the agenda letter for the November 5 hearing (1.6); review of the docket re same (.5); attend to matters re same (.4). |
| 10/31/01 | James W Kapp | 0.20 | Review and revise agenda for November 5, 2001, hearing and attend to same. |
| 10/31/01 | Samuel A Schwartz | 1.10 | Attend to finalize matters the agenda letter (.6); revision of the motion for leave to file (.2); meetings re same (.3). |

A-58

**Matter 32 - K&E Fee Application, Preparation of - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/04/01 | Toni L Wallace | 4.30 | Create tracking charts of hour and matter totals for fees in preparation for interim K&E fee applications. |
| 10/05/01 | Toni L Wallace | 1.50 | Create tracking charts of disbursement and matter totals for costs in preparation for interim K&E fee applications. |
| 10/08/01 | Toni L Wallace | 3.80 | Create tracking charts of disbursement and matter totals for costs in preparation for interim K&E fee applications. |
| 10/09/01 | Roger J Higgins | 4.80 | Prepare September K&E fee application detail. |
| 10/10/01 | Reed S Oslan | 1.50 | Attention to several billing issues. |
| 10/10/01 | Sabrina M Mitchell | 2.00 | Revise the billing information for the September fee application. |
| 10/11/01 | James W Kapp | 0.20 | Address issue re preparation of fee application. |
| 10/11/01 | Sabrina M Mitchell | 0.40 | Attend to matters re September K&E fee application. |
| 10/16/01 | Roger J Higgins | 0.30 | Attend to matters re preparation of September fee application. |
| 10/16/01 | Sabrina M Mitchell | 0.80 | Revise September billing information. |
| 10/17/01 | Sabrina M Mitchell | 1.10 | Attend to matters re September fee application (.3); prepare pleadings for September information (.8). |
| 10/24/01 | James W Kapp | 3.00 | Review and revise September fee application |
| 10/25/01 | James W Kapp | 0.20 | Attend to issues re preparation of September fee application. |
| 10/25/01 | Roger J Higgins | 0.50 | Review and revise September K&E fee application. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/25/01 | Sabrina M Mitchell | 2.00 | Review and revise the September fee application. |
| 10/27/01 | James W Kapp | 0.10 | Attend to issues re August 2001, fee application. |
| 10/29/01 | Roger J Higgins | 0.30 | Revise September fee application. |
| 10/29/01 | Sabrina M Mitchell | 4.80 | Review and revise September billing information (1.4); prepare the September fee application and exhibits (3.4). |
| 10/30/01 | Toni L Wallace | 2.90 | Prepare charts for second interim fee application. |
| 10/30/01 | Roger J Higgins | 0.40 | Attend to matters re filing September K&E Fee Application (.3); telephone conference with D. Carickhoff re same (.1). |
| 10/30/01 | Sabrina M Mitchell | 1.20 | Create Exhibit B (.9); prepare the September fee application for filing with the court (.3). |
| 10/31/01 | Sabrina M Mitchell | 3.60 | Create the Quarterly fee application, including all billing information from July, August, and September. |

## Matter 33 - Lease Rejection Claims - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | James W Kapp | 1.60 | Prepare correspondence to R. Forsten re lease negotiations (.5); telephone conference with V. Finkelstein and B. McGowan re same (.4); review motion of GELCO Corporation (.6); attend to issues re same (.1). |
| 10/02/01 | James W Kapp | 0.70 | Review and revise letter re WCLLC lease and attend to issues re same (.3); telephone conference with D. Carickhoff re WCLLC lease letter (.1); telephone conference with V. Finkelstein re WCLLC lease letter (.2); attend to issues re same (.1). |
| 10/02/01 | Samuel A Schwartz | 0.60 | Telephone conference with the client re the Dragon Court and Clementon lease assignments. |
| 10/03/01 | James W Kapp | 0.10 | Telephone conference with V. Finkelstein re particular lease issues. |
| 10/03/01 | Samuel A Schwartz | 1.30 | Telephone conference with the client re various lease assumption and rejection issues. |
| 10/04/01 | James W Kapp | 0.20 | Telephone conference with V. Finkelstein re particular lease issues. |
| 10/05/01 | Samuel A Schwartz | 0.60 | Telephone conferences with the client re the Dragon Court Lease Assignment. |
| 10/08/01 | James W Kapp | 2.00 | Attend to issues re response to Gelco motion to assume lease agreement (.2); attend to issues re WCLLC lease (.1); telephone conferences with V. Finkelstein and R. Forsten re same (.8); review correspondence from American Real Estate Holdings re extension of time to assume/reject leases (.3); review order re same (.4); attend to issues re same (.2). |
| 10/08/01 | Samuel A Schwartz | 2.40 | Review section 365(d)(4) order (.1); review the American letter (.2); meeting re same (.3); telephone conferences with the client re the Dragon Court assignment (.3); draft correspondence re same (.3); draft Gecco Stipulation (.9); review motion re same (.3). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/09/01 | James W Kapp | 1.50 | Telephone conference with D. Forsten re Wilmington lease (.3); review and revise letter re same (.4); telephone conference with V. Finkelstein re same (.3); review and revise correspondence to American Real Estate re lease extension motion (.5). |
| 10/09/01 | Samuel A Schwartz | 2.40 | Draft GE Stipulation (.6); draft American Real Estate letter (1.2); telephone conferences with the client re Dragon Court (.4); meetings re same (.2). |
| 10/10/01 | James W Kapp | 0.20 | Review and revise Gelco stipulation re master lease agreement. |
| 10/10/01 | Samuel A Schwartz | 1.10 | Review and revise Dragon Court letter (.4); telephone conferences with the client (.3); telephone conference with local counsel re same (.4). |
| 10/15/01 | James W Kapp | 0.20 | Telephone conference with B. Michaelson re American Properties objection to Dragon Court lease. |
| 10/15/01 | Samuel A Schwartz | 2.20 | Telephone conferences with the client, M. Moran and B. Michaelson re Dragon Court and General Electric leases (1.5); review and revise GE Stipulation (.5); draft correspondence re same (.2). |
| 10/17/01 | Samuel A Schwartz | 0.60 | Negotiate GE Stipulation (.4); telephone conference with the client re same (.2). |
| 10/19/01 | Samuel A Schwartz | 0.80 | Telephone conferences with the client re the Dragon Court and GE lease assumptions (.6); attend to matters re same (.2). |
| 10/22/01 | Samuel A Schwartz | 1.10 | Review Toyota and Caterpillar lease assumption motions (.8); draft correspondence to client re same (.2); telephone conference with A. Krieger re same (.1). |
| 10/23/01 | James W Kapp | 0.20 | Address issue re motions to compel rejection or assumption of contracts by Toyota and Caterpillar. |
| 10/23/01 | Samuel A Schwartz | 1.20 | Negotiate with Toyota and Caterpillar re assumption motions (.9); telephone conference with the client re same (.3). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|-------------|
| 10/24/01 | Samuel A Schwartz | 3.60 | Negotiate with Toyota and Caterpillar re lease assumption motions (.8); prepare stipulations to resolve the same (2.2); telephone conference with the client re same (.3); telephone conference with the creditors committee re same (.3). |
| 10/25/01 | James W Kapp | 0.60 | Review correspondence re City of Phoenix lease (.1); attend to issues re same (.1); address issue re Dragon Court lease and objections re same (.4). |
| 10/27/01 | James W Kapp | 0.80 | Review Toyota motion to reject unexpired leases (.4); attend to issues re same (.1); review motion of Caterpillar to compel debtors to pay administration expenses under lease (.3). |
| 10/29/01 | Samuel A Schwartz | 0.60 | Negotiate with Toyota and Caterpillar re lease assumption motions (.3); telephone conference with A. Krieger re same (.1); telephone conference with the client re Dragon Court lease (.2). |
| 10/30/01 | James W Kapp | 0.10 | Attend to issues re Toyota's motion to compel assumption of leases. |
| 10/30/01 | Samuel A Schwartz | 0.40 | Resolve issues re Caterpillar and Toyota lease assumption motions. |
| 10/31/01 | Samuel A Schwartz | 1.10 | Negotiate with Caterpillar and Toyota re lease assumption motions (.6); telephone conference with the client re same (.5). |

## Matter 35 - Other Fee Applications - Fees

| 10/08/01 | Samuel A Schwartz | 1.40 | Review and analyze various fee applications (1.3) and meetings re same (.1). |
| 10/17/01 | Samuel A Schwartz | 2.10 | Review and analyze various professional's fee applications (1.8); telephone conference with the PD Committee re same (.2); attend to matters re same (.1). |
| 10/19/01 | Samuel A Schwartz | 0.40 | Review and analyze various professionals' fee applications. |

## Matter 36 - Reclamation Claims - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/01 | Roger J Higgins | 0.10 | Telephone conference with D. Carickhoff re certificate of compliance for reclamation order. |
| 10/04/01 | Roger J Higgins | 0.30 | Attend to matters re filing of modified order and reclamation report. |
| 10/17/01 | Roger J Higgins | 0.30 | Telephone conference with B. Winterstein re withdrawal of PPG objection (.1); attend to matters re same (.2). |
| 10/24/01 | Roger J Higgins | 0.80 | Telephone conference with A. Kelley re payment of an invoice for goods on reclamation report (.2); telephone conference with B. McGowan re same (.1); attend to matters re filing of revised reclamation order (.2); telephone conference with D. McCollough re Loparex reclamation claim (.3). |
| 10/26/01 | James W Kapp | 0.20 | Review correspondence from A. Kelley re administrative claims and attend to same. |
| 10/26/01 | Roger J Higgins | 1.00 | Attend to matters re filing of revised reclamation order. |
| 10/29/01 | Roger J Higgins | 0.30 | Respond to fax from A. Blitch re inquiry by Loparex re its reclamation claim. |
| 10/30/01 | James W Kapp | 0.20 | Attend to issues re Loparex reclamation claim. |
| 10/30/01 | Roger J Higgins | 0.70 | Draft correspondence to J. Forehand re Loparex inquiry about the status of its reclamation claim (.2); telephone conference with D. Carickhoff re reclamation order (.1); revise certification of attorney (.4). |

## Matter 37 - Reorganization Plan/Disclosure Statement/Confirmation Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/01 | James W Kapp | 0.20 | Telephone conference with M. Shelnitz re exclusivity period. |

## Matter 38 - Retention of Professionals/Fees - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | James W Kapp | 0.50 | Attend to issues re retention of certain professionals (.3); attend to issues re retention of auditors (.2). |
| 10/01/01 | James W Kapp | 0.60 | Review and revise fifth supplemental affidavit and attend to issues re same. |
| 10/01/01 | Samuel A Schwartz | 9.50 | Research and analyze substantial contribution issues (2.6); revise PwC retention pleadings re same (3.1); draft Steptoe retention pleadings (2.6); telephone conference with the client re various retention issues (.8); attend to matters re same (.4). |
| 10/02/01 | James W Kapp | 0.30 | Address issues re fifth supplemental affidavit to retention application. |
| 10/02/01 | James W Kapp | 0.90 | Telephone conference with M. Shelnitz re Pitney Hardin retention (.2); review and revise PwC retention application (.5); attend to issues re same (.2). |
| 10/02/01 | Samuel A Schwartz | 3.70 | Draft Steptoe retention pleadings (2.1); telephone conference with the client re same (.2); telephone conference with the client and various professionals re retention and payment issues (1.4). |
| 10/02/01 | Roger J Higgins | 1.10 | Draft Fifth Supplemental Disclosure. |
| 10/03/01 | James W Kapp | 2.30 | Review and revise application to retain as auditors (1.1); attend to issues re same (.2); review and revise Steptoe retention application (.9); attend to issues re same (.1). |
| 10/03/01 | Samuel A Schwartz | 4.10 | Review and revise Steptoe retention pleadings (1.0); telephone conferences with the client re same (.2); research and analyze substantial contribution issue (1.5); revise PwC retention pleading (1.4). |

A-67

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/04/01 | Samuel A Schwartz | 1.70 | Telephone conferences with and drafting of correspondence to various professionals and the client re retention and payment issues. |
| 10/05/01 | Samuel A Schwartz | 0.90 | Telephone conferences with the client and various professionals re retention and payment issues. |
| 10/05/01 | Deanna D Boll | 0.20 | Attend to matters re disclosure of Ford Motor Company retention of K&E. |
| 10/08/01 | James W Kapp | 0.90 | Address issues re PwC retention application (.2); review supplemental affidavit of Campbell Levine (.1); review particular fee application and attend to issues re same (.6). |
| 10/08/01 | Samuel A Schwartz | 1.20 | Telephone conference with the client re the quarterly OCP report (.3); telephone conference with various professionals re payment and retention issues (.3); telephone conferences with the client re the PwC retention (.3); draft correspondence re same (.3). |
| 10/09/01 | James W Kapp | 0.20 | Attend to issues re application to retain Steptree. |
| 10/09/01 | Samuel A Schwartz | 3.00 | Preparation of the second OCP quarterly report (1.6) and telephone conferences with the client re same (.1); telephone conferences with the client, local counsel and various attorneys re payment and retention issues (1.3). |
| 10/09/01 | Deanna D Boll | 1.10 | Telephone conference with T. Behnke re PWC conflict (.7); attend to matters re same (.4). |
| 10/10/01 | James W Kapp | 0.70 | Review quarterly statement re ordinary course professionals payments (.3); address issues re same (.1); attend to comments from United States Trustee re Rust retention application (.3). |
| 10/10/01 | Samuel A Schwartz | 4.70 | Review and revision of the summary description of OCP services (2.8) and drafting of correspondence re same (.4); telephone conferences with the client and various professionals re retention issues (.8); revision and finalization of the OCP Quarterly Report (.5) and forwarding of the same for filing (.2). |

A-68

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/11/01 | James W Kapp | 1.00 | Review and revise statement re supplemental affidavit of E. Inselbuch and attend to issues re same. |
| 10/11/01 | Samuel A Schwartz | 4.60 | Telephone conferences with PwC re retention (.3); telephone conference with client re PwC retention (.3); research and analyze section 327(e) issue (1.8); telephone conferences with the client re various payment and retention issues (.7); draft statement re E. Inselbuch Supplemental Affidavit (1.2); attend to matters re same (.3). |
| 10/11/01 | Deanna D Boll | 0.80 | Correspond with clients re PwC conflict and need for call re same (.2); telephone conference with T. Behnke re same (.6). |
| 10/12/01 | James W Kapp | 0.20 | Telephone conference with M. Zaleski re E. Warren retention. |
| 10/12/01 | Samuel A Schwartz | 0.40 | Telephone conferences with the client re retention and payment issues (.2); telephone conferences with PwC re retention issues (.2). |
| 10/15/01 | James W Kapp | 0.10 | Review revisions to Rust retention order. |
| 10/15/01 | James W Kapp | 0.30 | Telephone conference with M. Zaleski re Personal Injury Committee's retention of E. Warren and attend to issues re same. |
| 10/15/01 | Samuel A Schwartz | 1.90 | Review and revise PwC retention application (.4); research and analysis re same (.5); telephone conferences with PwC re same (.6); telephone conferences with the client re PwC retention and payment issues (.4). |
| 10/15/01 | Roger J Higgins | 0.50 | Revise Fifth Supplemental Affidavit of J. Sprayregen. |
| 10/16/01 | James W Kapp | 0.30 | Review and revise fifth supplemental affidavit (.2); attend to issues re same (.1). |

A-69

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/16/01 | Samuel A Schwartz | 4.20 | Telephone conferences with PwC re retention issues (.7); revise PwC pleadings (1.8); research and analysis re same (.6); telephone conferences with the client re various professional retention issues (.4); review and revise Steptoe retention pleadings (.7). |
| 10/16/01 | Deanna D Boll | 2.20 | Telephone conferences re PwC conflict issues (2.1); draft correspondence re same (.1). |
| 10/16/01 | Roger J Higgins | 0.30 | Revise Fifth Supplemental Affidavit. |
| 10/17/01 | James W Kapp | 0.30 | Attend to issues re retention of PwC (.2); review Bilzin Sumberg certification of counsel (.1). |
| 10/17/01 | Samuel A Schwartz | 2.70 | Review and revise PwC retention pleadings (1.2); telephone conferences with PwC re same (.6); telephone conference with local counsel re same (.6); telephone conferences with the client re PwC & Steptoe retention issues (.3). |
| 10/18/01 | James W Kapp | 0.20 | Attend to issues re retention of particular ordinary course professionals. |
| 10/18/01 | Samuel A Schwartz | 1.90 | Telephone conferences with PwC re retention issues (.5); telephone conferences with various professionals and the client re payment and retention issues (.8); review and revision of the summary descriptions of OCP services (.6). |
| 10/19/01 | James W Kapp | 0.30 | Telephone conference with D. Siegel re certain fee applications (.2); attend to issues re same (.1). |
| 10/19/01 | Samuel A Schwartz | 1.80 | Review and revise PwC retention pleadings (.3); conferences with local counsel, the client and meetings re same (.6); telephone conferences with client re various retention and payment issues (.3); draft correspondence re same to client (.6). |
| 10/22/01 | Samuel A Schwartz | 1.30 | Review and revise PwC retention pleadings (.8); telephone conferences with PwC re same (.5). |

A-70

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/22/01 | Roger J Higgins | 0.30 | Attend to matters re filing of Sprayregen Fifth Supplemental Affidavit. |
| 10/23/01 | James W Kapp | 0.80 | Review motion of Asbestos Committee to retain special counsel to litigate fraudulent transfer claims (.6); attend to issues re same (.2). |
| 10/24/01 | James W Kapp | 0.20 | Attend to issues re fee application of particular professional. |
| 10/24/01 | Janet Baer | 0.80 | Attend to matters re committee applications to retain special counsel for fraudulent conveyance action. |
| 10/25/01 | Michelle H Browdy | 0.50 | Work on objections brief re opposition to committee retention of special counsel. |
| 10/25/01 | James W Kapp | 1.60 | Review objection to retention of fraudulent transfer special counsel (.8); attend to issues re same (.2); attend to issues re potential objection to professional retention (.3); review application to retain E. Warren (.2); attend to issues re same (.1). |
| 10/25/01 | Janet Baer | 0.30 | Review draft response to committee's motion to employ special counsel re fraudulent conveyance action and confer with various parties re same. |
| 10/26/01 | James W Kapp | 1.00 | Review correspondence re asbestos committee retention of fraudulent conveyance counsel (.2); review application re E. Warren (.2); attend to issues re same (.2); review Debtors statement re same (.2); review certification of counsel and order re retention of Conway Del Genio (.2). |
| 10/27/01 | Michelle H Browdy | 0.20 | Edit objection to committee application to retain special counsel. |
| 10/29/01 | Scott A McMillin | 0.40 | Review opposition to asbestos committees' application to retain special counsel and prepare same for filing. |
| 10/29/01 | Samuel A Schwartz | 1.50 | Telephone conferences with the client and various professionals re retention and payment issues (1.2); drafting of correspondence re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/29/01 | Samuel A Schwartz | 0.20 | Review and revise settlement report (1.1); telephone conferences with the client re same (.7); telephone conferences with the client re various pending settlements (.7); telephone conferences with the client re retention of a claims agent (.2). |
| 10/31/01 | Samuel A Schwartz | 3.60 | Telephone conferences with J. Stegenga and P. Seamon re the PwC retention (.6); revise PwC retention pleadings (1.8); telephone conferences with the client and various attorneys re payment and retention issues (1.2). |

### Matter 39 - Schedules/Statement of Financial Affairs - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | James W Kapp | 0.20 | Attend to matters re supplementing the schedules. |

A-72

## Matter 41 - Tax Matters - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | James W Kapp | 0.60 | Attend to bankruptcy implications of amnesty application and franchise taxes. |
| 10/01/01 | Samuel A Schwartz | 0.70 | Review and analyze first day tax order (.2); draft correspondence to the client re same (.3); attend to matters re same (.2). |
| 10/08/01 | James W Kapp | 0.60 | Review stipulation of tax dispute (.4); attend to issues re same (.2). |
| 10/23/01 | Samuel A Schwartz | 0.70 | Telephone conference with the commercial committee re tax document request and other tax issues (.4); telephone conference with client re same (.3). |
| 10/26/01 | Samuel A Schwartz | 0.50 | Meeting with the client in Boca Raton re various tax related matters. |

## Matter 42 - Travel - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/01 | Scott A McMillin | 1.80 | Travel to Washington for joint defense meeting re fraudulent transfer claims (billed at half-time). |
| 10/03/01 | David M Bernick, P.C. | 2.50 | Travel to Washington, DC for meeting with Sealed Air and Frazenis counsel (billed at half-time). |
| 10/03/01 | Michelle H Browdy | 3.00 | Travel from DC (billed at half-time). |
| 10/03/01 | Scott A McMillin | 2.60 | Travel back from joint defense meeting in Washington (billed at half-time). |
| 10/21/01 | Michelle H Browdy | 2.00 | Travel to Baltimore for 10/22 meetings (billed at half-time). |
| 10/21/01 | Scott A McMillin | 2.20 | Travel to Columbia, MD for meetings with PricewaterhouseCoopers and client (billed at half-time). |
| 10/22/01 | Michelle H Browdy | 2.00 | Travel from Baltimore to Chicago (billed at half-time). |
| 10/22/01 | Scott A McMillin | 3.20 | Travel back from Columbia, MD to Chicago (billed at half-time). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/25/01 | Samuel A Schwartz | 2.20 | Travel from Chicago to Boca Raton, Florida (billed at half-time). |
| 10/26/01 | Samuel A Schwartz | 3.00 | Travel from Boca Raton, Florida, to Chicago (billed at half-time). |

## Matter 46 - IRS Tax Litigation - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/01 | Natalie H Keller | 0.30 | Telephone conference with C. Kayser at government re Motion to Lift Stay (.2); send e-mail to client re same (.1). |
| 10/01/01 | Catherine B Filippini | 2.30 | Review, sort and organize CCHP documents (.6); create labels and files (1.0); file documents for file management (.5); meet with R. Landau re status of files (.2). |
| 10/04/01 | Catherine B Filippini | 2.00 | Retrieve boxes of CCHP, INC. documents (.2); review, sort and organize documents (.5); create labels and files (.8); file documents for file management (.5). |
| 10/05/01 | Janet Baer | 0.30 | Conference with A. Falan re issues re COLI tax litigation and related issues. |
| 10/08/01 | Catherine B Filippini | 2.50 | Review, sort and organize CCHP documents (.5); create labels and files (.5); file documents for file management (.5); create index (1.0). |

A-75

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/09/01 | Natalie H Keller | 0.40 | Telephone conference with C. Finke re United per diem cases (.3); send e-mail to C. Finke re same (.1). |
| 10/12/01 | Catherine B Filippini | 2.00 | Print box labels (.1); organize boxes and put labels on boxes including checking to make sure that labels and box contents match (1.0); review documents in boxes and create list of bates ranges and document descriptions (.9). |
| 10/15/01 | Catherine B Filippini | 4.00 | Review of documents (.5); update index re contents of boxes and bates ranges (1.0); create box labels (.5); organize and label boxes for file management (.6); create labels and files (.6); file documents (.8). |
| 10/16/01 | Catherine B Filippini | 1.50 | Create labels (.5); review documents (.5); update index (.5). |
| 10/17/01 | Catherine B Filippini | 1.50 | Review documents (.5); create box labels (.5); organize and label boxes for file management (.3); update index (.2). |
| 10/18/01 | Catherine B Filippini | 0.50 | Label and organize boxes for file management (.3); review box contents (.2). |
| 10/19/01 | Catherine B Filippini | 0.80 | Review documents (.3); create labels for file management (.5). |
| 10/22/01 | Natalie H Keller | 1.00 | Telephone conference with C. Finke re status of case (.4); attend to matters re same (.4); review client tax computation spreadsheet (.2). |
| 10/22/01 | Catherine B Filippini | 1.80 | Review documents (.5); create files and file documents (.5); organize files and boxes for file management (.3); update index (.5). |
| 10/23/01 | Catherine B Filippini | 1.30 | Review and organize files (.5); create labels (.3); update and maintain index (.3); review index (.2). |
| 10/24/01 | Natalie H Keller | 0.20 | Attend to matters re filing of Weil Gotshal documents. |
| 10/24/01 | Catherine B Filippini | 0.50 | Review index and documents. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 10/25/01 | Natalie H Keller | 4.80 | Prepare memorandum re relevant cases (2.0); research issues for same (2.8). |
| 10/25/01 | Janet Baer | 0.20 | Review correspondence re tax discovery. |
| 10/26/01 | Natalie H Keller | 1.80 | Prepare memorandum re relevant cases (.4); discuss same with T. Maynes (.4); review per diem regulations applicable to case (1.0). |
| 10/29/01 | Natalie H Keller | 5.70 | Prepare memorandum re relevant cases (4.7); attend to matters re same (.5); prepare file to discuss with P. Shenoy (.5). |
| 10/30/01 | Natalie H Keller | 1.00 | Attend to matters re per diem allowance matter. |