# EXHIBIT B

## Matter 16 –Asset Analysis and Recovery - Expenses

| Description | Amount |
|---|---|
| Telephone | $5.82 |
| Computer Database Research | $14.58 |
| **TOTAL** | $20.40 |

## Matter 16 –Asset Analysis and Recovery - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/17/01 | 14.58 | West Publishing-TP,Database Usage  9.01 |
| 10/05/01 | 3.95 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 10/08/01 | 0.83 | Telephone call to:  MT CLEMENS,MI  313-465-7580 |
| 10/12/01 | 1.04 | Telephone call to:  MT CLEMENS,MI  313-465-7920 |

## Matter 20 – Case Administration - Expenses

| Description | Amount |
|---|---|
| Telephone | $304.61 |
| Facsimile Charges | $393.60 |
| Standard Copies | $1,829.50 |
| Overnight Delivery | $296.46 |
| Binding | $99.75 |
| Tabs/Indexes/Dividers | $70.30 |
| Calendar/Court Services | $10.00 |
| Computer Database Research | $342.92 |
| Library Document Procurement | $10.00 |
| Information Broker Doc/Svcs | $3.97 |
| Overtime Transportation | $41.40 |
| Overtime Meals | $9.00 |
| Overtime Meals - Attorney | $102.35 |
| Secretarial Overtime | $507.84 |
| **TOTAL** | $4,021.70 |

**Matter 20 – Case Administration - Itemized Expenses**

| Date | Amount | Description |
| --- | --- | --- |
| 8/07/01 | 83.00 | West Publishing-TP,Database Usage  8.01 |
| 8/08/01 | 7.00 | West Publishing-TP,Database Usage  8.01 |
| 8/09/01 | 118.58 | West Publishing-TP,Database Usage  8.01 |
| 8/13/01 | 3.97 | PARCELS, INC - Information Broker Doc/Svcs, Obtain document 294 per Sabrina, 7/25/01 |
| 8/15/01 | 6.32 | West Publishing-TP,Database Usage  8.01 |
| 8/20/01 | 50.68 | West Publishing-TP,Database Usage  8.01 |
| 8/23/01 | 2.25 | West Publishing-TP,Database Usage  8.01 |
| 8/23/01 | 2.78 | West Publishing-TP,Database Usage  8.01 |
| 8/29/01 | 14.68 | West Publishing-TP,Database Usage  8.01 |
| 9/10/01 | 6.00 | Standard Copies |
| 9/13/01 | 3.50 | Binding |
| 9/13/01 | 11.00 | Standard Copies |
| 9/14/01 | 1.00 | Tabs/Indexes/Dividers |
| 9/14/01 | 15.13 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 9/14/01 | 49.30 | Standard Copies |
| 9/17/01 | 10.80 | Standard Copies |
| 9/17/01 | 10.80 | Tabs/Indexes/Dividers |
| 9/17/01 | 90.30 | Standard Copies |
| 9/19/01 | 3.50 | Binding |
| 9/19/01 | 6.60 | Tabs/Indexes/Dividers |

| Date | Amount | Description |
|------|--------|-------------|
| 9/19/01 | 154.00 | Standard Copies |
| 9/21/01 | 3.40 | Standard Copies |
| 9/21/01 | 3.50 | Binding |
| 9/21/01 | 3.50 | Binding |
| 9/21/01 | 64.00 | Standard Copies |
| 9/24/01 | 11.65 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 9/24/01 | 26.60 | West Publishing-TP,Database Usage  9.01 |
| 9/25/01 | 2.25 | Fax page charge to 410-531-4783 |
| 9/25/01 | 2.25 | Fax page charge to 410-531-4783 |
| 9/25/01 | 2.25 | Fax page charge to 410-531-4604 |
| 9/25/01 | 2.25 | Fax page charge to 410-531-4783 |
| 9/25/01 | 2.25 | Fax page charge to 410-531-4604 |
| 9/25/01 | 3.00 | Fax page charge to 561-362-1583 |
| 9/25/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 9/26/01 | 2.25 | Fax page charge to 617-426-8810 |
| 9/26/01 | 7.44 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 9/26/01 | 8.11 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 9/26/01 | 31.03 | West Publishing-TP,Database Usage  9.01 |
| 9/26/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 9/28/01 | 7.44 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 9/28/01 | 8.11 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 9/28/01 | 14.00 | Binding |
| 9/28/01 | 14.00 | Binding |
| 9/28/01 | 16.00 | Tabs/Indexes/Dividers |
| 9/28/01 | 20.90 | Standard Copies |

B-5

| Date | Amount | Description |
|------|--------|-------------|
| 9/28/01 | 28.80 | Tabs/Indexes/Dividers |
| 9/28/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 9/28/01 | 326.40 | Standard Copies |
| 9/28/01 | 331.20 | Standard Copies |
| 9/30/01 | 9.00 | Overtime Meals    HEISE JR,FREDERICK J |
| 9/30/01 | 19.20 | Overtime Transportation    HEISE JR,FREDERICK J |
| 9/30/01 | 97.32 | HEISE JR,FR. - Secretarial Overtime |
| 10/01/01 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 10/01/01 | 3.00 | Fax page charge to 213-892-7731 |
| 10/01/01 | 3.30 | Tabs/Indexes/Dividers |
| 10/01/01 | 3.50 | Binding |
| 10/01/01 | 7.00 | Binding |
| 10/01/01 | 10.50 | Binding |
| 10/01/01 | 10.50 | Binding |
| 10/01/01 | 14.00 | Binding |
| 10/01/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 10/01/01 | 86.14 | SAMUEL A SCHWARTZ - Telephone, AT&T Wireless stmt dtd 9.7.01 |
| 10/01/01 | 124.31 | SAMUEL A SCHWARTZ - Telephone, AT&T stmt dtd 9.16.01 |
| 10/01/01 | 198.80 | Standard Copies |
| 10/01/01 | 483.60 | Standard Copies |
| 10/02/01 | 11.08 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/02/01 | 16.20 | Standard Copies |
| 10/02/01 | 76.53 | JANET BAER - Telephone Expense, Cingular Wireless stmt dtd 9.19.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 10/03/01 | 5.25 | Binding |
| 10/03/01 | 19.06 | ANUP SATHY - Overtime Meals - Attorney f/S. Schwartz, 10.2.01 |
| 10/03/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 10/04/01 | 3.80 | Tabs/Indexes/Dividers |
| 10/04/01 | 7.00 | Binding |
| 10/04/01 | 10.04 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/04/01 | 17.00 | Standard Copies |
| 10/04/01 | 35.30 | Standard Copies |
| 10/05/01 | 3.00 | Fax page charge to 202-879-5200 |
| 10/05/01 | 7.44 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/05/01 | 8.11 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 10/05/01 | 10.00 | Library Document Procurement - In re Rodriguez, 2001 U.S. App. Lexis 17203, 8/2/01. |
| 10/05/01 | 11.08 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/08/01 | (7.80) | Overnight Delivery - Refund, Fed Ex Service Failure 7.24.01 |
| 10/08/01 | 1.50 | Fax page charge to 617-574-7627 |
| 10/08/01 | 1.50 | Fax page charge to 410-531-4783 |
| 10/08/01 | 1.50 | Fax page charge to 410-531-4604 |
| 10/08/01 | 11.30 | Standard Copies |
| 10/09/01 | 4.50 | Fax page charge to 561-362-1583 |
| 10/09/01 | 10.04 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/10/01 | 1.50 | Fax page charge to 617-574-7627 |
| 10/10/01 | 1.50 | Fax page charge to 410-531-4604 |
| 10/10/01 | 1.50 | Fax page charge to 410-531-4783 |
| 10/10/01 | 1.50 | Fax page charge to 212-536-3901 |

B-7

| Date | Amount | Description |
|------|--------|-------------|
| 10/10/01 | 1.50 | Fax page charge to 617-742-9108 |
| 10/10/01 | 1.50 | Fax page charge to 781-935-1990 |
| 10/10/01 | 1.50 | Fax page charge to 617-574-4112 |
| 10/10/01 | 1.50 | Fax page charge to 410-531-4604 |
| 10/10/01 | 1.50 | Fax page charge to 202-293-6961 |
| 10/10/01 | 2.70 | Fax phone charge to 410-531-4445 |
| 10/10/01 | 10.04 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/10/01 | 19.50 | Fax page charge to 410-531-4445 |
| 10/11/01 | 2.16 | Fax phone charge to 410-531-4783 |
| 10/11/01 | 9.26 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 10/11/01 | 9.26 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/11/01 | 28.50 | Fax page charge to 410-531-4783 |
| 10/12/01 | 2.25 | Fax page charge to 212-583-5707 |
| 10/12/01 | 2.25 | Fax page charge to 561-362-1323 |
| 10/12/01 | 2.25 | Fax page charge to 410-531-4783 |
| 10/12/01 | 2.25 | Fax page charge to 212-806-6006 |
| 10/12/01 | 3.00 | Fax page charge to 305-374-7593 |
| 10/12/01 | 3.00 | Fax page charge to 202-429-3301 |
| 10/15/01 | 0.75 | Fax page charge to 993-9767 |
| 10/15/01 | 0.75 | Fax page charge to 212-806-6006 |
| 10/15/01 | 0.75 | Fax page charge to 302-573-6497 |
| 10/15/01 | 0.75 | Fax page charge to 212-715-8000 |
| 10/15/01 | 0.75 | Fax page charge to 302-652-4400 |
| 10/15/01 | 0.75 | Fax page charge to 202-429-3301 |
| 10/15/01 | 0.75 | Fax page charge to 305-374-7593 |

B-8

| Date | Amount | Description |
|------|-------:|-------------|
| 10/15/01 | 0.75 | Fax page charge to 302-426-9947 |
| 10/15/01 | 0.75 | Fax page charge to 212-644-6755 |
| 10/15/01 | 0.83 | Fax phone charge to 561-362-1583 |
| 10/15/01 | 2.25 | Fax page charge to 410-531-4367 |
| 10/15/01 | 3.00 | Fax page charge to 305-374-7593 |
| 10/15/01 | 4.36 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 10/15/01 | 7.50 | Fax page charge to 561-362-1583 |
| 10/15/01 | 27.06 | MICHAEL FRISHBERG - OT Meal f/S.Schwartz 10.10.01 |
| 10/16/01 | 0.75 | Fax page charge to 510-622-2270 |
| 10/16/01 | 0.75 | Fax page charge to 410-531-4233 |
| 10/16/01 | 2.25 | Fax page charge to 212-806-6006 |
| 10/16/01 | 4.48 | UPS Dlvry to:CA Dept of Toxic Substances ,Kevin James, Deputy A,Oakland,CA from:Mailroom |
| 10/16/01 | 9.26 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/16/01 | 11.08 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/16/01 | 12.00 | ANUP SATHY - Overtime Meals - Attorney f/S. Schwartz, 10.16.01 |
| 10/17/01 | 0.62 | Telephone call to: E CENTRAL,FL 561-362-1682 |
| 10/17/01 | 7.18 | RYAN B BENNETT - OT Meal f/S.Schwartz 10.12.01 |
| 10/17/01 | 16.05 | MARC CARMEL - OT Meal f/S.Schwartz 10.15.01 |
| 10/17/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 10/18/01 | 9.26 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/19/01 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 10/19/01 | 7.44 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/19/01 | 11.91 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/22/01 | 0.75 | Fax page charge to 212-806-6006 |

| Date | Amount | Description |
|------|--------|-------------|
| 10/22/01 | 1.50 | Fax page charge to 561-362-1323 |
| 10/22/01 | 1.50 | Fax page charge to 410-531-4783 |
| 10/22/01 | 2.94 | Fax phone charge to 410-531-4445 |
| 10/22/01 | 2.94 | Fax phone charge to 410-531-4414 |
| 10/22/01 | 7.80 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 10/22/01 | 13.99 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/22/01 | 14.09 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/22/01 | 29.25 | Fax page charge to 410-531-4445 |
| 10/22/01 | 29.25 | Fax page charge to 410-531-4414 |
| 10/23/01 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-1963 |
| 10/23/01 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6442 |
| 10/23/01 | 1.04 | Fax phone charge to 410-531-4783 |
| 10/23/01 | 2.49 | Telephone call to:  COLUMBIA,MD  410-531-4789 |
| 10/23/01 | 7.50 | Fax page charge to 410-531-4783 |
| 10/23/01 | 7.80 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 10/23/01 | 10.70 | Overtime Transportation, B. Bates, 08.07.2001 |
| 10/23/01 | 11.50 | Overtime Transportation, B. Bates, 08.09.2001 |
| 10/24/01 | 1.04 | Fax phone charge to 561-362-1583 |
| 10/24/01 | 13.50 | Fax page charge to 561-362-1583 |
| 10/24/01 | 21.00 | RYAN NADICK - Overtime Meals - Attorney, 09.24.2001, (f/S. Schwartz) |
| 10/24/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 10/25/01 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 10/25/01 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 10/25/01 | 65.31 | CRABB,BA. - Secretarial Overtime |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 10/26/01 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-715-7772 |
| 10/28/01 | 2.75 | Fax phone charge to 504-299-3377 |
| 10/28/01 | 50.25 | Fax page charge to 504-299-3377 |
| 10/29/01 | 0.75 | Fax page charge to 212-806-6006 |
| 10/29/01 | 0.75 | Fax page charge to 302-652-4400 |
| 10/30/01 | 0.75 | Fax page charge to 212-446-4900 |
| 10/30/01 | 1.04 | Fax phone charge to 212-446-4900 |
| 10/30/01 | 1.04 | Fax phone charge to 212-446-4900 |
| 10/30/01 | 1.25 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 10/30/01 | 1.87 | Telephone call to:  E CENTRAL,FL  561-362-1932 |
| 10/30/01 | 6.87 | Fax phone charge to 561-362-1583 |
| 10/30/01 | 7.80 | Fed Exp from:SARAH POLLARD,WASHINGTON,DC to:BILL CODY |
| 10/30/01 | 9.00 | Fax page charge to 212-446-4900 |
| 10/30/01 | 9.75 | Fax page charge to 212-446-4900 |
| 10/30/01 | 82.50 | Fax page charge to 561-362-1583 |
| 10/31/01 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 10/31/01 | 10.00 | Calendar/Court Services 10/01 |
| 10/31/01 | 55.12 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |

## Matter 21 – Claim Estimate/Adversary Proceedings - Expenses

| Description | Amount |
| --- | --- |
| Telephone | $120.10 |
| Information Broker Doc/Svcs | $1,563.75 |
| Computer Database Research | $2,257.55 |
| **TOTAL** | $3,941.40 |

### **Matter 21 – Claim Estimate/Adversary Proceedings - Itemized Expenses**

| **Date** | **Amount** | **Description** |
|---|---|---|
| 8/01/01 | 68.88 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, S. Schwartz, 7.01 |
| 8/02/01 | 2.50 | West Publishing-TP,Database Usage  8.01 |
| 8/05/01 | 103.66 | West Publishing-TP,Database Usage  8.01 |
| 8/06/01 | 43.65 | West Publishing-TP,Database Usage  8.01 |
| 8/06/01 | 445.73 | West Publishing-TP,Database Usage  8.01 |
| 8/07/01 | 124.62 | West Publishing-TP,Database Usage  8.01 |
| 8/08/01 | 608.01 | West Publishing-TP,Database Usage  8.01 |
| 8/09/01 | 81.79 | West Publishing-TP,Database Usage  8.01 |
| 8/13/01 | 366.99 | West Publishing-TP,Database Usage  8.01 |
| 9/05/01 | 5.95 | THE DIALOG CORPORATION - Computer Database Research, Dialog Database usage September 2001 |
| 9/12/01 | 131.95 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Agius v. Louisiana Pacific for J. Baer |
| 9/14/01 | 158.95 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Naef v. Masonite for J. Baer |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 9/14/01 | 272.40 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Richison v. Weyerhouser for J. Baer |
| 9/17/01 | 329.25 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: St. John v. AH Robins for J. Baer |
| 9/19/01 | 297.45 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Quin v. Masonite for J. Baer |
| 9/24/01 | 163.50 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Ruff v. Parex for J. Baer |
| 9/28/01 | 6.39 | West Publishing-TP,Database Usage  9.01 |
| 9/30/01 | 468.26 | REED ELSEVIER, INC. - Computer Database Research, Lexis-Nexis Database Usage September 2001 |
| 10/01/01 | 0.62 | Telephone call to:  PHILADELPH,PA  215-496-7073 |
| 10/01/01 | 0.62 | Telephone call to:  WHITEPLAIN,NY  914-390-4166 |
| 10/01/01 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4203 |
| 10/01/01 | 1.45 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 10/02/01 | 1.66 | Telephone call to:  E CENTRAL,FL  561-362-1535 |
| 10/02/01 | 9.56 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 10/02/01 | 52.25 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Marco Barbanti v. WR Grace for S. Pope |
| 10/04/01 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1535 |
| 10/04/01 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 10/05/01 | 2.70 | Telephone call to:  SAN ANTONI,TX  210-240-8751 |
| 10/05/01 | 4.99 | Telephone call to:  E CENTRAL,FL  561-362-1302 |
| 10/05/01 | 158.00 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Case #005532 for J. Baer |
| 10/09/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4751 |
| 10/09/01 | 2.08 | Telephone call to:  WASHINGTON,DC  202-955-1279 |

| Date | Amount | Description |
|------|--------|-------------|
| 10/10/01 | 2.91 | Telephone call to: WASHINGTON,DC  202-414-9200 |
| 10/11/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4751 |
| 10/11/01 | 1.25 | Telephone call to: COLUMBIA,MD  410-531-4191 |
| 10/22/01 | 0.62 | Telephone call to: WASHINGTON,DC  202-955-1279 |
| 10/22/01 | 0.83 | Telephone call to: NORTH WEST,NJ  973-966-8211 |
| 10/22/01 | 0.83 | Telephone call to: COLUMBIA,MD  410-531-4751 |
| 10/22/01 | 1.04 | Telephone call to: WILMINGTON,DE  302-652-4100 |
| 10/22/01 | 1.25 | Telephone call to: WASHINGTON,DC  202-955-1279 |
| 10/22/01 | 1.45 | Telephone call to: STATE OF,DE  302-778-6464 |
| 10/24/01 | 0.62 | Telephone call to: WILMINGTON,DE  302-652-4100 |
| 10/25/01 | 0.59 | Telephone call to: EASTERN,MA  617-988-5938 |
| 10/25/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4203 |
| 10/25/01 | 1.57 | Telephone call to: EASTERN,MA  617-988-1017 |
| 10/25/01 | 1.87 | Telephone call to: E CENTRAL,FL  561-362-1535 |
| 10/25/01 | 5.40 | Telephone call to: COLUMBIA,MD  410-531-4210 |
| 10/28/01 | 0.59 | Telephone call to: NEWORLEANS,LA  504-299-3362 |
| 10/30/01 | 2.16 | Telephone call to: E CENTRAL,FL  561-362-1568 |

### Matter 22- Contested Matters/Adversary Proceedings- Expenses

| **Description** | **Amount** |
| --- | --- |
| Telephone | $614.55 |
| Facsimile Charges | $99.65 |
| Standard Copies | $654.30 |
| Color Copies | $19.50 |
| Binding | $17.50 |
| Tabs/Indexes/Dividers | $13.80 |
| Postage | $3.95 |
| Overnight Delivery | $264.18 |
| Overtime Transportation | $28.06 |
| Overtime Meals-Attorney | $40.45 |
| Outside Messenger | $16.92 |
| Working Meals | $135.40 |
| Computer Database Research | $2,867.24 |

| | |
|---|---|
| Library Document Procurement | $20.00 |
| Secretarial Overtime | $447.84 |
| **TOTAL** | $5,243.34 |

## Matter 22- Contested Matters/Adversary Proceedings- Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 8/01/01 | 1.63 | West Publishing-TP,Database Usage  8.01 |
| 8/01/01 | 8.26 | West Publishing-TP,Database Usage  8.01 |
| 8/01/01 | 218.56 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, J. Baer, 7.01 |
| 8/01/01 | 275.32 | West Publishing-TP,Database Usage  8.01 |
| 8/02/01 | 22.23 | West Publishing-TP,Database Usage  8.01 |
| 8/03/01 | 8.45 | West Publishing-TP,Database Usage  8.01 |
| 8/03/01 | 216.69 | West Publishing-TP,Database Usage  8.01 |
| 8/06/01 | 15.89 | West Publishing-TP,Database Usage  8.01 |
| 8/06/01 | 370.48 | West Publishing-TP,Database Usage  8.01 |
| 8/07/01 | 2.91 | West Publishing-TP,Database Usage  8.01 |
| 8/07/01 | 4.69 | West Publishing-TP,Database Usage  8.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 8/07/01 | 200.06 | West Publishing-TP,Database Usage 8.01 |
| 8/08/01 | 85.97 | West Publishing-TP,Database Usage 8.01 |
| 8/09/01 | 12.03 | West Publishing-TP,Database Usage 8.01 |
| 8/09/01 | 44.34 | West Publishing-TP,Database Usage 8.01 |
| 8/09/01 | 48.39 | West Publishing-TP,Database Usage 8.01 |
| 8/09/01 | 63.70 | West Publishing-TP,Database Usage 8.01 |
| 8/10/01 | 2.57 | West Publishing-TP,Database Usage 8.01 |
| 8/10/01 | 39.33 | West Publishing-TP,Database Usage 8.01 |
| 8/13/01 | 2.11 | West Publishing-TP,Database Usage 8.01 |
| 8/13/01 | 24.43 | West Publishing-TP,Database Usage 8.01 |
| 8/13/01 | 26.16 | West Publishing-TP,Database Usage 8.01 |
| 8/14/01 | 48.67 | West Publishing-TP,Database Usage 8.01 |
| 8/16/01 | 14.41 | West Publishing-TP,Database Usage 8.01 |
| 8/16/01 | 18.83 | West Publishing-TP,Database Usage 8.01 |
| 8/21/01 | 0.44 | West Publishing-TP,Database Usage 8.01 |
| 8/22/01 | 92.00 | West Publishing-TP,Database Usage 8.01 |
| 8/22/01 | 126.73 | West Publishing-TP,Database Usage 8.01 |
| 8/23/01 | 3.16 | West Publishing-TP,Database Usage 8.01 |
| 8/23/01 | 25.10 | West Publishing-TP,Database Usage 8.01 |
| 8/23/01 | 111.00 | West Publishing-TP,Database Usage 8.01 |
| 8/29/01 | 68.20 | West Publishing-TP,Database Usage 8.01 |
| 8/30/01 | 1.16 | West Publishing-TP,Database Usage 8.01 |
| 8/30/01 | 151.00 | West Publishing-TP,Database Usage 8.01 |
| 8/31/01 | 13.62 | West Publishing-TP,Database Usage 8.01 |
| 9/04/01 | 0.64 | West Publishing-TP,Database Usage 9.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 9/04/01 | 1.19 | West Publishing-TP,Database Usage  9.01 |
| 9/04/01 | 8.82 | West Publishing-TP,Database Usage  9.01 |
| 9/04/01 | 47.28 | West Publishing-TP,Database Usage  9.01 |
| 9/05/01 | 4.23 | West Publishing-TP,Database Usage  9.01 |
| 9/06/01 | 5.45 | West Publishing-TP,Database Usage  9.01 |
| 9/06/01 | 8.17 | West Publishing-TP,Database Usage  9.01 |
| 9/07/01 | 52.47 | West Publishing-TP,Database Usage  9.01 |
| 9/10/01 | 1.38 | West Publishing-TP,Database Usage  9.01 |
| 9/10/01 | 1.50 | Tabs/Indexes/Dividers |
| 9/10/01 | 1.75 | Binding |
| 9/10/01 | 5.25 | Binding |
| 9/10/01 | 5.25 | Binding |
| 9/10/01 | 5.40 | Tabs/Indexes/Dividers |
| 9/10/01 | 6.90 | Tabs/Indexes/Dividers |
| 9/10/01 | 8.00 | Standard Copies |
| 9/10/01 | 10.00 | Library Document Procurement - Selected Cases. |
| 9/10/01 | 23.07 | West Publishing-TP,Database Usage  9.01 |
| 9/10/01 | 32.38 | West Publishing-TP,Database Usage  9.01 |
| 9/10/01 | 47.57 | West Publishing-TP,Database Usage  9.01 |
| 9/10/01 | 93.20 | West Publishing-TP,Database Usage  9.01 |
| 9/10/01 | 118.20 | Standard Copies |
| 9/10/01 | 126.00 | Standard Copies |
| 9/12/01 | 10.00 | Library Document Procurement - Aerosol Technology:  Properties, Behavior and Measurement of Airborne Particles (1998). |
| 9/12/01 | 19.50 | Color Copies |

B-19

| Date | Amount | Description |
|------|--------|-------------|
| 9/12/01 | 23.77 | West Publishing-TP,Database Usage 9.01 |
| 9/12/01 | 125.72 | West Publishing-TP,Database Usage 9.01 |
| 9/13/01 | 9.61 | West Publishing-TP,Database Usage 9.01 |
| 9/14/01 | 22.34 | West Publishing-TP,Database Usage 9.01 |
| 9/14/01 | 60.80 | Standard Copies |
| 9/17/01 | 7.80 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 9/17/01 | 15.76 | West Publishing-TP,Database Usage 9.01 |
| 9/17/01 | 24.48 | West Publishing-TP,Database Usage 9.01 |
| 9/19/01 | 7.06 | West Publishing-TP,Database Usage 9.01 |
| 9/19/01 | 57.03 | West Publishing-TP,Database Usage 9.01 |
| 9/20/01 | 3.50 | Binding |
| 9/20/01 | 12.20 | Standard Copies |
| 9/20/01 | 84.40 | Standard Copies |
| 9/21/01 | 12.27 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 9/21/01 | 24.20 | Standard Copies |
| 9/21/01 | 32.29 | West Publishing-TP,Database Usage 9.01 |
| 9/24/01 | 1.49 | West Publishing-TP,Database Usage 9.01 |
| 9/25/01 | 8.94 | West Publishing-TP,Database Usage 9.01 |
| 9/26/01 | 1.75 | Binding |
| 9/26/01 | 12.20 | Standard Copies |
| 9/27/01 | 1.20 | West Publishing-TP,Database Usage 9.01 |
| 9/27/01 | 1.45 | Fax phone charge to 561-362-1583 |
| 9/27/01 | 14.25 | Fax page charge to 561-362-1583 |
| 9/27/01 | 54.74 | West Publishing-TP,Database Usage 9.01 |
| 9/28/01 | 7.30 | Standard Copies |

B-20

| Date | Amount | Description |
| --- | --- | --- |
| 9/28/01 | 55.98 | THOMPSON,SU. - Secretarial Overtime |
| 9/29/01 | 7.00 | West Publishing-TP,Database Usage 9.01 |
| 9/30/01 | 28.06 | Overtime Transportation     THOMPSON,SUSAN L |
| 9/30/01 | 33.20 | Standard Copies |
| 9/30/01 | 326.55 | THOMPSON,SU. - Secretarial Overtime |
| 10/01/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 10/01/01 | 0.75 | Fax page charge to 561-362-1583 |
| 10/01/01 | 3.74 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/01/01 | 5.20 | Telephone call to: E CENTRAL,FL  561-362-1533 |
| 10/01/01 | 6.24 | Telephone call to: NEWYORKCTY,NY  212-975-3207 |
| 10/01/01 | 15.13 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/01/01 | 15.91 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 10/01/01 | 20.04 | Fed Exp to: ,BALTIMORE,MD from:MAILROOM |
| 10/01/01 | 91.00 | Fed Exp to:MAILROOM,WASHINGTON,DC from:MAILROOM |
| 10/02/01 | 0.62 | Telephone call to: E CENTRAL,FL  561-362-1551 |
| 10/02/01 | 0.80 | Standard Copies |
| 10/02/01 | 0.83 | Telephone call to: NEWYORKCTY,NY  212-583-5315 |
| 10/02/01 | 0.90 | Standard Copies |
| 10/02/01 | 1.25 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/02/01 | 1.66 | Telephone call to: E CENTRAL,FL  561-362-1532 |
| 10/02/01 | 1.87 | Telephone call to: E CENTRAL,FL  561-362-1568 |
| 10/02/01 | 3.00 | Standard Copies |
| 10/02/01 | 4.50 | Standard Copies |
| 10/02/01 | 6.24 | Telephone call to: EASTERN,MI  810-694-7494 |
| 10/02/01 | 20.86 | ANUP SATHY - Overtime Meals - Attorney w/S. Schwartz, 10.1.01 |

B-21

| Date | Amount | Description |
|------|-------:|-------------|
| 10/03/01 | 0.40 | Standard Copies |
| 10/03/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 10/03/01 | 0.83 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 10/03/01 | 0.92 | Telephone call to: CHICAGO,IL  312-861-2248 |
| 10/03/01 | 0.92 | Telephone call to: CHICAGO,IL  312-861-3400 |
| 10/03/01 | 1.25 | Telephone call to: NEWYORKCTY,NY  212-297-5817 |
| 10/03/01 | 1.60 | Standard Copies |
| 10/03/01 | 2.08 | Telephone call to: PHLP AREA,PA  267-330-3005 |
| 10/03/01 | 4.16 | Telephone call to: WILMINGTON,DE  302-426-1900 |
| 10/03/01 | 12.50 | Working Meals/K&E and Others 10/3/01 - Beverages for conference room use |
| 10/03/01 | 122.90 | WHO'S COOKIN - Working Meals/K&E and Others Lunch on 10/3/01 for David Bernick and client for all day meeting |
| 10/04/01 | 0.60 | Standard Copies |
| 10/04/01 | 0.62 | Telephone call to: CINCINNATI,OH  513-977-8259 |
| 10/04/01 | 0.70 | Standard Copies |
| 10/04/01 | 1.87 | Telephone call to: NEWYORKCTY,NY  212-661-9100 |
| 10/04/01 | 2.25 | Fax page charge to 312-861-2200 |
| 10/04/01 | 2.49 | Telephone call to: E CENTRAL,FL  561-362-1568 |
| 10/04/01 | 3.75 | Fax page charge to 914-328-0561 |
| 10/04/01 | 3.75 | Fax page charge to 703-729-8587 |
| 10/04/01 | 4.50 | Fax page charge to 703-729-8587 |
| 10/04/01 | 4.50 | Fax page charge to 412-288-3063 |
| 10/04/01 | 4.50 | Fax page charge to 561-362-1583 |
| 10/04/01 | 4.50 | Fax page charge to 410-531-4783 |

| Date | Amount | Description |
|------|--------|-------------|
| 10/04/01 | 4.78 | Telephone call to: COLUMBIA,MD  410-531-4210 |
| 10/05/01 | 1.04 | Telephone call to: MIAMI,FL  305-375-6156 |
| 10/05/01 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 10/05/01 | 2.70 | Telephone call to: STATE OF,DE  302-778-6404 |
| 10/05/01 | 4.16 | Telephone call to: NEWYORKCTY,NY  212-557-2546 |
| 10/05/01 | 4.50 | Fax page charge to 914-328-0561 |
| 10/08/01 | 0.62 | Telephone call to: WILMINGTON,DE  302-652-4100 |
| 10/08/01 | 0.83 | Telephone call to: COLUMBIA,MD  410-531-4557 |
| 10/08/01 | 1.00 | Standard Copies |
| 10/08/01 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 10/08/01 | 2.08 | Telephone call to: EASTERN,MI  810-694-2645 |
| 10/08/01 | 2.49 | Telephone call to: EASTERN,MI  810-694-7494 |
| 10/08/01 | 5.54 | Telephone call to: WHITEPLAIN,NY  914-686-7975 |
| 10/09/01 | 0.83 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/09/01 | 1.25 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/09/01 | 1.87 | Telephone call to: E CENTRAL,FL  561-362-1302 |
| 10/09/01 | 1.87 | Telephone call to: NEWYORKCTY,NY  212-583-5388 |
| 10/09/01 | 2.29 | Telephone call to: STATE OF,DE  302-778-6464 |
| 10/09/01 | 3.33 | Telephone call to: COLUMBIA,MD  410-531-4210 |
| 10/10/01 | 0.62 | Telephone call to: BOSTON,MA  617-574-6517 |
| 10/10/01 | 0.62 | Telephone call to: E CENTRAL,FL  561-362-1506 |
| 10/10/01 | 0.83 | Telephone call to: STATE OF,DE  302-778-6464 |
| 10/10/01 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4601 |
| 10/10/01 | 2.80 | Standard Copies |
| 10/10/01 | 2.91 | Telephone call to: E CENTRAL,FL  561-362-1568 |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 10/10/01 | 4.60 | Standard Copies |
| 10/10/01 | 5.00 | Standard Copies |
| 10/10/01 | 5.30 | Standard Copies |
| 10/10/01 | 6.30 | Standard Copies |
| 10/10/01 | 7.20 | Standard Copies |
| 10/10/01 | 10.00 | Standard Copies |
| 10/10/01 | 13.00 | Standard Copies |
| 10/10/01 | 23.20 | Standard Copies |
| 10/10/01 | 37.32 | THOMPSON,SU. - Secretarial Overtime |
| 10/11/01 | 0.60 | Standard Copies |
| 10/11/01 | 0.62 | Telephone call to: E CENTRAL,FL  561-362-1568 |
| 10/11/01 | 1.25 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/11/01 | 1.45 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/11/01 | 1.45 | Telephone call to: NEWYORKCTY,NY  212-583-5388 |
| 10/11/01 | 1.50 | Fax page charge to 410-531-4783 |
| 10/11/01 | 1.60 | Standard Copies |
| 10/11/01 | 2.30 | Standard Copies |
| 10/11/01 | 2.49 | Telephone call to: MIAMI,FL  305-375-6156 |
| 10/11/01 | 2.49 | Telephone call to: COLUMBIA,MD  410-531-4557 |
| 10/11/01 | 3.33 | Telephone call to: EASTERN,MI  248-320-6434 |
| 10/11/01 | 4.50 | Standard Copies |
| 10/11/01 | 4.78 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/11/01 | 10.30 | Standard Copies |
| 10/11/01 | 11.20 | Standard Copies |
| 10/11/01 | 14.30 | Standard Copies |

B-24

| Date | Amount | Description |
|------|-------:|-------------|
| 10/11/01 | 19.00 | Standard Copies |
| 10/11/01 | 27.99 | THOMPSON,SU. - Secretarial Overtime |
| 10/12/01 | 0.62 | Telephone call to: EASTERN,MD 443-506-3882 |
| 10/12/01 | 0.62 | Telephone call to: E CENTRAL,FL 561-362-2800 |
| 10/12/01 | 0.62 | Telephone call to: E CENTRAL,FL 561-362-1535 |
| 10/12/01 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 10/12/01 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 10/12/01 | 0.92 | Telephone call to: COLUMBIA,MD 410-531-4203 |
| 10/12/01 | 1.25 | Telephone call to: STATE OF,DE 302-521-5592 |
| 10/12/01 | 1.50 | Fax page charge to 410-531-4783 |
| 10/12/01 | 1.50 | Fax page charge to 212-972-8798 |
| 10/12/01 | 1.50 | Fax page charge to 608-846-0520 |
| 10/12/01 | 5.61 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 10/12/01 | 5.72 | Fed Exp to: ,DE FOREST,WI from:MAILROOM |
| 10/12/01 | 6.24 | Telephone call to: PHLADELPHA,PA 610-738-4150 |
| 10/12/01 | 13.30 | Telephone call to: SANBARBARA,CA 805-240-9673 |
| 10/15/01 | 0.62 | Telephone call to: WASHINGTON,DC 202-942-4866 |
| 10/15/01 | 0.62 | Telephone call to: PHILADELPH,PA 215-977-2214 |
| 10/15/01 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 10/15/01 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 10/15/01 | 0.83 | Telephone call to: WASHINGTON,DC 202-736-8136 |
| 10/15/01 | 0.83 | Telephone call to: WILMINGTON,DE 302-426-1900 |
| 10/15/01 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |
| 10/15/01 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-2800 |
| 10/15/01 | 1.45 | Telephone call to: NEWYORKCTY,NY 212-536-4098 |

| Date | Amount | Description |
|------|--------|-------------|
| 10/15/01 | 2.29 | Telephone call to: STATE OF,DE  302-778-6464 |
| 10/15/01 | 2.29 | Telephone call to: PHLP AREA,PA  267-330-3005 |
| 10/15/01 | 3.33 | Telephone call to: BOSTON,MA  617-574-6509 |
| 10/16/01 | 0.62 | Telephone call to: NEWYORKCTY,NY  212-445-8213 |
| 10/16/01 | 0.62 | Telephone call to: NEWYORKCTY,NY  212-445-8231 |
| 10/16/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/16/01 | 1.25 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 10/16/01 | 1.45 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/16/01 | 1.45 | Telephone call to: STATE OF,DE  302-778-6464 |
| 10/16/01 | 1.45 | Telephone call to: EASTERN,MI  248-354-8948 |
| 10/16/01 | 1.87 | Telephone call to: E CENTRAL,FL  561-362-1568 |
| 10/16/01 | 2.08 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/16/01 | 3.53 | Telephone call to: WASHINGTON,DC  202-363-4742 |
| 10/17/01 | 0.62 | Telephone call to: STATE OF,DE  302-778-6464 |
| 10/17/01 | 0.62 | Telephone call to: PHILADELPH,PA  215-575-0100 |
| 10/17/01 | 0.62 | Telephone call to: STATE OF,DE  302-778-6464 |
| 10/17/01 | 0.62 | Telephone call to: NEWYORKCTY,NY  212-806-5400 |
| 10/17/01 | 0.62 | Telephone call to: E CENTRAL,FL  561-362-1506 |
| 10/17/01 | 0.83 | Telephone call to: LB AREA,CA  310-772-2396 |
| 10/17/01 | 0.83 | Telephone call to: MIAMI,FL  305-375-6156 |
| 10/17/01 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 10/17/01 | 1.04 | Telephone call to: E CENTRAL,FL  561-362-1533 |
| 10/17/01 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4191 |
| 10/17/01 | 1.04 | Telephone call to: MIAMI,FL  305-375-6156 |
| 10/17/01 | 1.25 | Telephone call to: DENVER,CO  303-312-7376 |

B-26

| Date | Amount | Description |
|------|--------|-------------|
| 10/17/01 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4283 |
| 10/17/01 | 2.29 | Telephone call to: WASHINGTON,DC  202-429-6449 |
| 10/17/01 | 3.37 | Telephone call to: ST CATHRNS,ON  416-935-2510 |
| 10/18/01 | 0.62 | Telephone call to: NEWYORKCTY,NY  212-806-5400 |
| 10/18/01 | 0.62 | Telephone call to: NEWYORKCTY,NY  212-310-8725 |
| 10/18/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 10/18/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4557 |
| 10/18/01 | 0.83 | Telephone call to: WASHINGTON,DC  202-637-5600 |
| 10/18/01 | 0.83 | Telephone call to: NEWYORKCTY,NY  212-403-1226 |
| 10/18/01 | 1.25 | Telephone call to: FREEPORT,NY  516-378-7750 |
| 10/18/01 | 1.45 | Telephone call to: DENVER,CO  303-866-0299 |
| 10/18/01 | 3.53 | Telephone call to: E CENTRAL,FL  561-362-1302 |
| 10/18/01 | 5.61 | Telephone call to: E CENTRAL,FL  561-362-1532 |
| 10/18/01 | 5.82 | Telephone call to: FREEPORT,NY  516-378-7750 |
| 10/19/01 | 0.83 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 10/19/01 | 1.04 | Telephone call to: CENTRAL,NC  828-898-8565 |
| 10/19/01 | 1.04 | Telephone call to: ST PAUL,VA  703-762-5312 |
| 10/19/01 | 1.25 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 10/19/01 | 1.25 | Telephone call to: NEWYORKCTY,NY  212-595-8992 |
| 10/19/01 | 8.46 | CAPITAL TRANSIT - Outside Messenger Services - 10/10/2001 |
| 10/19/01 | 8.46 | CAPITAL TRANSIT - Outside Messenger Services - 10/10/2001 |
| 10/22/01 | 0.10 | Standard Copies |
| 10/22/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 10/22/01 | 0.75 | Fax page charge to 703-729-8587 |
| 10/22/01 | 0.83 | Telephone call to: WILMINGTON,DE  302-426-1900 |