| Date | Amount | Description |
|------|--------|-------------|
| 10/22/01 | 0.83 | Telephone call to: E CENTRAL,FL  561-362-1554 |
| 10/22/01 | 1.04 | Telephone call to: STATE OF,DE  302-778-6464 |
| 10/22/01 | 1.50 | Fax page charge to 918-591-7009 |
| 10/22/01 | 1.50 | Fax page charge to 214-742-1390 |
| 10/22/01 | 1.50 | Fax page charge to 918-591-7009 |
| 10/22/01 | 1.50 | Fax page charge to 918-591-7009 |
| 10/22/01 | 1.50 | Fax page charge to 410-531-4783 |
| 10/22/01 | 1.50 | Fax page charge to 561-362-1583 |
| 10/22/01 | 1.66 | Telephone call to: NEWYORKCTY,NY  212-310-8017 |
| 10/22/01 | 4.61 | Telephone call to: WHITEPLAIN,NY  914-686-7975 |
| 10/22/01 | 10.61 | Telephone call to: PITTSBURGH,PA  412-624-3032 |
| 10/22/01 | 12.75 | Fax page charge to 914-328-0561 |
| 10/22/01 | 13.00 | Standard Copies |
| 10/22/01 | 14.76 | Telephone call to: PITTSBURGH,PA  412-288-3106 |
| 10/22/01 | 15.80 | Telephone call to: NEWYORKCTY,NY  212-595-8992 |
| 10/23/01 | 0.62 | Telephone call to: STATE OF,DE  302-778-6464 |
| 10/23/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4191 |
| 10/23/01 | 0.62 | Telephone call to: STATE OF,DE  302-778-6401 |
| 10/23/01 | 0.83 | Telephone call to: E CENTRAL,FL  561-362-1533 |
| 10/23/01 | 0.83 | Telephone call to: COLUMBIA,MD  410-531-4283 |
| 10/23/01 | 0.83 | Telephone call to: WILMINGTON,DE  302-888-6947 |
| 10/23/01 | 0.83 | Telephone call to: LOSANGELES,CA  213-892-4905 |
| 10/23/01 | 1.04 | Telephone call to: WASHINGTON,DC  202-514-4432 |
| 10/23/01 | 1.04 | Telephone call to: MIDDLETOWN,DE  302-378-1661 |
| 10/23/01 | 1.45 | Telephone call to: COLUMBIA,MD  410-531-4222 |

| Date | Amount | Description |
|------|--------|-------------|
| 10/23/01 | 2.70 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 10/23/01 | 3.74 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 10/23/01 | 7.44 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 10/23/01 | 7.80 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 10/23/01 | 7.80 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 10/23/01 | 7.80 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 10/23/01 | 7.80 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 10/23/01 | 7.80 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 10/23/01 | 8.11 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 10/23/01 | 9.26 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/24/01 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-673-6300 |
| 10/24/01 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 10/24/01 | 0.62 | Telephone call to:  SE PART,FL  954-424-6689 |
| 10/24/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 10/24/01 | 0.62 | Telephone call to:  WILMINGTON,DE  302-888-6800 |
| 10/24/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 10/24/01 | 0.75 | Fax page charge to 212-460-8961 |
| 10/24/01 | 0.83 | Telephone call to:  MIDDLETOWN,DE  302-378-1661 |
| 10/24/01 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 10/24/01 | 1.04 | Telephone call to:  BOSTON,MA  617-426-5900 |
| 10/24/01 | 1.25 | Telephone call to:  WILMINGTON,DE  302-658-1800 |
| 10/24/01 | 1.25 | Telephone call to:  NEWYORKCTY,NY  212-673-6300 |
| 10/24/01 | 1.66 | Telephone call to:  METRO ATL,GA  770-918-1911 |
| 10/24/01 | 1.66 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 10/24/01 | 2.08 | Telephone call to:  COLUMBIA,MD  410-531-4557 |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/24/01 | 2.49 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 10/24/01 | 2.70 | Telephone call to: NEWYORKCTY,NY 212-310-8017 |
| 10/24/01 | 3.00 | Fax page charge to 561-362-1583 |
| 10/24/01 | 3.95 | Telephone call to: PITTSBURGH,PA 412-288-3106 |
| 10/24/01 | 4.36 | Telephone call to: WASHINGTON,DC 202-721-0926 |
| 10/24/01 | 10.04 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/24/01 | 11.23 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 10/24/01 | 11.23 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 10/24/01 | 11.64 | Telephone call to: SE PART,FL 954-424-6689 |
| 10/25/01 | 0.83 | Telephone call to: DENVER,CO 303-866-0409 |
| 10/25/01 | 1.25 | Telephone call to: NEWYORKCTY,NY 212-806-5400 |
| 10/25/01 | 1.25 | Telephone call to: MIAMI,FL 305-866-9542 |
| 10/25/01 | 1.45 | Fax phone charge to 212-351-5233 |
| 10/25/01 | 1.45 | Telephone call to: NEWYORKCTY,NY 212-806-5400 |
| 10/25/01 | 3.12 | Telephone call to: NEWYORKCTY,NY 212-661-9100 |
| 10/25/01 | 3.69 | Telephone call to: WHITEPLAIN,NY 914-686-7975 |
| 10/25/01 | 17.25 | Fax page charge to 212-351-5233 |
| 10/26/01 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 10/26/01 | 15.59 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 10/27/01 | 0.62 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 10/29/01 | 0.62 | Telephone call to: WASHINGTON,DC 202-429-3000 |
| 10/29/01 | 0.62 | Telephone call to: MIDDLETOWN,DE 302-378-1661 |
| 10/29/01 | 0.62 | Telephone call to: STATE OF,DE 302-559-3409 |
| 10/29/01 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4210 |
| 10/29/01 | 0.83 | Telephone call to: WILMINGTON,DE 302-573-6001 |

| Date | Amount | Description |
|------|--------|-------------|
| 10/29/01 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 10/29/01 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 10/29/01 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 10/29/01 | 2.08 | Telephone call to: STATE OF,DE 302-559-3409 |
| 10/29/01 | 2.29 | Telephone call to: STATE OF,DE 302-778-6464 |
| 10/29/01 | 8.73 | Telephone call to: SANBARBARA,CA 805-240-9653 |
| 10/29/01 | 19.59 | SAMUEL A SCHWARTZ - Overtime Meals - Attorney, 10.24.01 |
| 10/30/01 | 0.62 | Telephone call to: STATE OF,DE 302-778-6464 |
| 10/30/01 | 0.62 | Telephone call to: STATE OF,DE 302-778-6464 |
| 10/30/01 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 10/30/01 | 1.25 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 10/30/01 | 1.66 | Telephone call to: STATE OF,DE 302-778-6464 |
| 10/30/01 | 2.08 | Telephone call to: STATE OF,DE 302-778-6464 |
| 10/30/01 | 2.91 | Telephone call to: WASHINGTON,DC 202-862-5000 |
| 10/30/01 | 6.03 | Telephone call to: EASTERN,MI 248-761-8326 |
| 10/31/01 | 0.62 | Telephone call to: PHLP AREA,PA 267-330-3005 |
| 10/31/01 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 10/31/01 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |
| 10/31/01 | 0.83 | Telephone call to: EASTERN,MD 443-326-6660 |
| 10/31/01 | 1.66 | Telephone call to: VAN NUYS,CA 818-995-0215 |
| 10/31/01 | 2.91 | Telephone call to: CONCRETE,WA 206-853-5221 |
| 10/31/01 | 3.74 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 10/31/01 | 3.95 | Postage-10/22/01 |

## Matter 24 – Creditors Committee - Expenses

| Description | Amount |
|---|---|
| Telephone | $54.44 |
| Secretarial Overtime | $167.94 |
| **TOTAL** | $222.38 |

**Matter 24 – Creditors Committee - Itemized Expenses**

| Date | Amount | Description |
| --- | --- | --- |
| 8/01/01 | 52.99 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, J. Kapp, 7.01 |
| 10/08/01 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-806-5422 |
| 10/10/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 10/15/01 | 0.62 | Telephone call to:  WILMINGTON,DE  302-426-1900 |
| 10/15/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 10/19/01 | 65.31 | CRABB,BA. - Secretarial Overtime |

## Matter 25 – Creditors/Shareholders Inquiries - Expenses

| Description | Amount |
|-------------|--------|
| Telephone | $1.86 |
| **TOTAL** | $1.86 |

**Matter 25 – Creditors/Shareholders Inquiries - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 10/01/01 | 0.62 | Telephone call to: CINCINNATI,OH 513-733-8519 |
| 10/11/01 | 0.62 | Telephone call to: GREENWICH,CT 203-862-8231 |
| 10/25/01 | 0.62 | Telephone call to: NORTH WEST,NJ 973-992-6905 |

## Matter 26 – DIP Financing/Cash Collateral - Expenses

| Description | Amount |
|---|---|
| Information Broker Doc/Svcs | $3,380.96 |
| **TOTAL** | $3,380.96 |

## Matter 26 – DIP Financing/Cash Collateral - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/25/01 | 73.61 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(68.00)Lien/Litigation work, LA |

| **Date** | **Amount** | **Description** |
|----------|-----------:|-----------------|
| 5/01/01 | 32.48 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(30.00)Document Retrieval work, DE |
| 5/07/01 | 44.65 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(41.25)Lien/Litigation work, NJ |
| 5/07/01 | 244.10 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(225.50)Lien/Litigation work in Puerto Rico |
| 5/07/01 | 244.10 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(225.50)Lien/Litigation work in Puerto Rico |
| 5/08/01 | 539.09 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(498.00)Lien/Litigation work, CA |
| 5/11/01 | 112.46 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(96.50)Document Retrieval work, AL |
| 5/11/01 | 112.46 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(96.50)Document Retrieval work, CA |
| 5/11/01 | 1,422.14 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(980.50)Document Retrieval work, AL |
| 5/30/01 | 254.39 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(235.00)Document Retrieval work in Puerto Rico |
| 5/30/01 | 301.48 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(278.50)Document Retrieval work in Puerto Rico |

**Matter 28 – Environmental Issues - Expenses**

B-38

| Description | Amount |
|---|---|
| Telephone | $57.20 |
| Standard Copies | $51.60 |
| Facsimile Charge | $21.75 |
| Secretarial Overtime | $153.00 |
| **TOTAL** | $283.55 |

**Matter 28 – Environmental Issues - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 10/01/01 | 153.00 | Grimm, P. - Secretarial Overtime |
| 10/03/01 | 0.92 | Telephone call to: NORTH WEST,NJ 973-538-0800 |
| 10/04/01 | 0.92 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 10/04/01 | 1.40 | Standard Copies |
| 10/04/01 | 2.10 | Standard Copies |
| 10/04/01 | 2.70 | Standard Copies |
| 10/05/01 | 0.20 | Standard Copies |
| 10/05/01 | 0.92 | Telephone call to: CAMBRIDGE,MA 617-498-2667 |
| 10/05/01 | 2.30 | Standard Copies |
| 10/05/01 | 16.50 | Fax page charge to 312-660-0362 |
| 10/08/01 | 1.85 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 10/09/01 | 0.92 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 10/09/01 | 6.92 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 10/10/01 | 1.20 | Standard Copies |
| 10/12/01 | 35.07 | Telephone call to: SANBARBARA,CA 805-240-9673 |
| 10/26/01 | 0.50 | Standard Copies |
| 10/26/01 | 0.70 | Standard Copies |
| 10/26/01 | 0.92 | Telephone call to: COLUMBIA,MD 410-531-4210 |
| 10/26/01 | 5.25 | Fax page charge to 312-660-0362 |
| 10/26/01 | 7.84 | Telephone call to: CENTRAL,MA 978-952-6847 |
| 10/26/01 | 40.50 | Standard Copies |
| 10/29/01 | 0.92 | Telephone call to: COLUMBIA,MD 410-531-4751 |

## Matter 29 – File, Docket, Calendar Maintenance - Expenses

| Description | Amount |
| --- | --- |
| Telephone | $1.66 |
| **TOTAL** | $1.66 |

## Matter 29 – File, Docket, Calendar Maintenance - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/19/01 | 1.66 | Telephone call to:  NEWYORKCTY,NY  212-806-5422 |

## Matter 30- Hearings- Expenses

| Description | Amount |
|-------------|--------|
| Telephone | $2.28 |
| **TOTAL** | $2.28 |

## Matter 30- Hearings- Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/09/01 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 10/09/01 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 10/25/01 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-4100 |

## Matter 33- Lease Rejection Claims- Expenses

| Description | Amount |
|---|---|
| Telephone | $1.25 |
| Facsimile Charge | $2.25 |
| **TOTAL** | $3.50 |

## Matter 33- Lease Rejection Claims- Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/02/01 | 2.25 | Fax page charge to 617-574-6595 |
| 10/09/01 | 1.25 | Telephone call to:  STATE OF,DE  302-552-4230 |

## Matter 36- Reclamation Claims - Expenses

| Description | Amount |
|---|---|
| Telephone | $1.66 |
| Computer Database Research | $432.54 |
| **TOTAL** | $434.20 |

## Matter 36- Reclamation Claims - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 8/16/01 | 176.09 | West Publishing-TP,Database Usage  8.01 |
| 8/21/01 | 41.82 | West Publishing-TP,Database Usage  8.01 |
| 8/22/01 | 108.24 | West Publishing-TP,Database Usage  8.01 |
| 9/12/01 | 106.39 | West Publishing-TP,Database Usage  9.01 |
| 10/02/01 | 0.62 | Telephone call to:  BALTIMORE,MD  410-385-3762 |
| 10/30/01 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |

## Matter 38- Retention of Professionals/Fees - Expenses

| Description | Amount |
|---|---|
| Overnight Delivery | $15.24 |
| Secretarial Overtime | $37.32 |
| **TOTAL** | $52.56 |

## Matter 38- Retention of Professionals/Fees - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/17/01 | 7.80 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 10/02/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 10/05/01 | 7.44 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |

## Matter 42 -Travel - Expenses

| Description | Amount |
| --- | --- |
| Travel Expense | $2,290.96 |
| Airfare | $7,431.97 |
| Travel Meals | $204.31 |
| Travel to/from Airport | $112.10 |
| **TOTAL** | $10,039.34 |

## Matter 42-Travel - Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 9/21/01 | 56.05 | Crown Coach - Transportation to/from airport, Scott A McMillin |
| 9/26/01 | 5.00 | DAVID M BERNICK, P.C. - Meal Expense, New York,NY, 9.04 to 9.05.01, (Board & Leadership Team Mtg) |
| 9/26/01 | 40.00 | DAVID M BERNICK, P.C. - Airfare Expense, Philadelphia,PA , 9.24.01, (Client Mtg) upgrade charges not on org. exp rpt |
| 9/26/01 | 180.00 | DAVID M BERNICK, P.C. - Travel Expense, Philadelphia,PA, 9.24.01, (Client Mtg) |
| 9/26/01 | 421.39 | DAVID M BERNICK, P.C. - Travel Expense, New York,NY, 9.04 to 9.05.01, (Board & Leadership Team Mtg) |
| 9/26/01 | 518.66 | DAVID M BERNICK, P.C. - Airfare Expense, Philadelphia,PA, 9.24.01, (Client Mtg) |
| 9/26/01 | 1,208.04 | DAVID M BERNICK, P.C. - Airfare Expense, New York,NY, 9.04 to 9.05.01, (Board & Leadership Team Mtg) |
| 10/01/01 | 42.23 | SCOTT MCMILLIN - Meals, Washington, DC, 10.02 - 10.03.2001, (Mtg w/Joint Defense Counsel) |
| 10/01/01 | 315.86 | SCOTT MCMILLIN - Travel Expense, Washington, DC, 10.02 - 10.03.2001, (Mtg w/Joint Defense Counsel) |
| 10/01/01 | 1,106.13 | SCOTT MCMILLIN - Airfare, Washington, DC, 10.02 - 10.03.2001, (Mtg w/Joint Defense Counsel) |
| 10/02/01 | 56.05 | Crown Coach - Transportation to/from airport, Scott A McMillin |
| 10/08/01 | 44.37 | MICHELLE H BROWDY - Meal Expense, Washington,D.C, 10.02 to 10.03.01, (Mtg w/D.Siegel & others) |
| 10/08/01 | 322.38 | MICHELLE H BROWDY - Travel Expense, Washington,D.C, 10.02 to 10.03.01, (Mtg w/D.Siegel & others) |
| 10/08/01 | 572.57 | MICHELLE H BROWDY - Airfare Expense, Washington,D.C, 10.02 to 10.03.01, (Mtg w/D.Siegel & others) |
| 10/15/01 | 75.41 | ANDREW R RUNNING - Meals Expense, Washington, DC 10.9.01 - 10.10.01 (Witness Interview) |

B-52

| Date | Amount | Description |
|------|--------|-------------|
| 10/15/01 | 362.88 | ANDREW R RUNNING - Travel Expense, Washington, DC 10.9.01 - 10.10.01 (Witness Interview) |
| 10/15/01 | 515.06 | ANDREW R RUNNING - Airfare Expense, Washington, DC 10.9.01 - 10.10.01 (Witness Interview) |
| 10/17/01 | 16.40 | SCOTT MCMILLIN - Meals, Baltimore, MD, 10.21 - 10.22.2001, (Witness interviews) |
| 10/17/01 | 273.99 | SCOTT MCMILLIN - Travel Expense, Baltimore, MD, 10.21 - 10.22.2001, (Witness interviews) |
| 10/17/01 | 856.35 | SCOTT MCMILLIN - Airfare, Baltimore, MD, 10.21 - 10.22.2001, (Witness interviews) |
| 10/25/01 | 20.90 | MICHELLE H BROWDY - Meal Expense, Baltimore,MD,10.21 to 10.22.01, (Interview Witness re: asbestos issues) |
| 10/25/01 | 245.40 | MICHELLE H BROWDY - Travel Expense, Baltimore,MD, 10.21 to 10.22.01, (Interview witness re: asbestos issues) |
| 10/25/01 | 1,138.09 | MICHELLE H BROWDY - Airfare Expense, Baltimore,MD,10.21 to 10.22.01, (Interview witness re: asbestos issues) |
| 10/29/01 | 169.06 | SAMUEL A SCHWARTZ - Travel Expense, Boca Raton, FL 10.25.01 - 10.26.01 (Mtg) |
| 10/29/01 | 1,477.07 | SAMUEL A SCHWARTZ - Airfare Expense, Boca Raton, FL 10.25.01 - 10.26.01 (Mtg) |

## Matter 46 - IRS Tax Litigation - Expenses

| Description | Amount |
|---|---|
| Telephone | $2.70 |
| Overnight Delivery | $7.44 |
| Computer Database Research | $65.27 |
| **TOTAL** | $75.41 |

## Matter 46 - IRS Tax Litigation - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 8/16/01 | 2.02 | West Publishing-TP,Database Usage  8.01 |
| 8/16/01 | 22.48 | West Publishing-TP,Database Usage  8.01 |
| 8/23/01 | 1.33 | West Publishing-TP,Database Usage  8.01 |
| 8/24/01 | 17.69 | West Publishing-TP,Database Usage  8.01 |
| 8/27/01 | 5.97 | West Publishing-TP,Database Usage  8.01 |
| 8/28/01 | 15.78 | West Publishing-TP,Database Usage  8.01 |
| 9/28/01 | 7.44 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 10/05/01 | 0.83 | Telephone call to:  WASHINGTON,DC  202-452-7080 |
| 10/09/01 | 1.87 | Telephone call to:  E CENTRAL,FL  561-362-1300 |

**Expenses- Summary (October  2001)**

| **Description** | **Amount** |
| --- | --- |
| Telephone | $1,168.13 |
| Facsimile Charges | $517.25 |
| Standard Copies | $2,535.40 |
| Color Copies | $19.50 |
| Overnight Delivery | $583.32 |
| Binding | $117.25 |
| Outside Messenger Service | $16.92 |
| Tabs/Indexes/Dividers | $84.10 |
| Postage | $3.95 |
| Travel Meals | $204.31 |
| Travel Expense | $2,290.96 |
| Airfare | $7,431.97 |
| Travel to/from Airport | $112.10 |
| Computer Database Research | $5,980.10 |
| Library Document Procurement | $30.00 |
| Information Broker Services | $4,948.68 |
| Calendar/Court Services | $10.00 |
| Working Meals | $135.40 |
| Overtime Meals | $9.00 |
| Overtime Meals- Attorney | $142.80 |
| Overtime Transportation | $69.46 |
| Secretarial Overtime | $1,313.94 |
| **Total** | $27,724.54 |