1

EXHIBIT A

TIME REPORTS FOR THE FEE PERIOD
OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001
BROKEN DOWN BY MATTERS

TOTAL HOURS FOR ALL MATTERS:            280.9
TOTAL DOLLARS FOR ALL MATTERS:      $92,286.64

TOTAL TIME BILLED FOR ALL MATTERS:  $92,286.64

1

810715A02120601

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| Date | Description | | |
|---|---|---|---|
| 10/01/01 | Telephone calls regarding meeting with Englehard.<br>A. Marchetta | 0.5 hrs | 197.50 |
| 10/02/01 | Telephone calls regarding client meeting regarding Engelhard.<br>A. Marchetta | 0.3 hrs | 118.50 |
| 10/02/01 | Telephone conversation with N. Alt regarding meeting with Engelhard; and prepare memo regarding call.<br>S. Zuber | 0.2 hrs | 53.00 |
| 10/03/01 | Attention to competing plan issues, including several telephone conversations with J. Greenberg and preparation of several memos.<br>S. Zuber | 0.8 hrs | 212.00 |
| 10/03/01 | Several telephone conversations with J. Greenberg, Engelhard's counsel; and several telephone conversations with J. Drake, each regarding competing plan issues.<br>S. Zuber | 0.7 hrs | 185.50 |
| 10/04/01 | Follow up re plan issues with S. Zuber.<br>A. Marchetta | 0.5 hrs | 197.50 |
| 10/05/01 | Telephone call with client and follow up with S. Zuber re Englehard meeting.<br>A. Marchetta | 0.3 hrs | 118.50 |
| 10/05/01 | Research re full docket in WRGrace bankruptcy matter.<br>E. Greenfield | 0.6 hrs | 51.00 |
| 10/08/01 | Further review and analysis of Engelhard offer.<br>S. Zuber | 0.3 hrs | 79.50 |
| 10/08/01 | Research re dockets in Intercat and WRGrace bankruptcy matters.<br>E. Greenfield | 0.5 hrs | 42.50 |
| 10/09/01 | Telephone call with client and follow up with | | |

2

|          | Scott Zuber regarding plan issues; follow up regarding information for meeting.<br>A. Marchetta | 0.7 hrs | 276.50 |
|----------|---|---|---|
| 10/09/01 | Review various fee applications.<br>S. Zuber | 0.2 hrs | 53.00 |
| 10/09/01 | Several discussions with A. Marchetta regarding plans.<br>S. Zuber | 0.4 hrs | 106.00 |
| 10/09/01 | Conference call with A. Marchetta, N. Alt, J. Rightmyer and G. Stokes regarding meeting with Engelhard.<br>S. Zuber | 0.3 hrs | 79.50 |
| 10/09/01 | Several telephone conversations with J. Greenberg, counsel for Engelhard, regarding meeting and plan.<br>S. Zuber | 0.3 hrs | 79.50 |
| 10/09/01 | Correspondence to N. Alt regarding possible meeting with Engelhard.<br>S. Zuber | 0.3 hrs | 79.50 |
| 10/10/01 | Telephone calls and e-mails re meeting.<br>A. Marchetta | 0.5 hrs | 197.50 |
| 10/10/01 | Several telephone conversations with J. Greenberg of Engelhard; discuss Engelhard bid with A. Marchetta; telephone conversation with N. Alt; and prepare correspondence to N. Alt and to J. Greenberg.<br>S. Zuber | 0.7 hrs | 185.50 |
| 10/15/01 | Update case file and pleading boards.<br>D. Florence | 1.5 hrs | 120.00 |
| 10/16/01 | Review recently filed adversary complaints seeking return of preferential transfers.<br>S. Zuber | 0.3 hrs | 79.50 |
| 10/16/01 | Update case file and pleading boards.<br>D. Florence | 2.8 hrs | 224.00 |
| 10/17/01 | Receipt of correspondence from J. Greenberg, counsel to Engelhard, and respond to J. Greenberg.<br>S. Zuber | 0.2 hrs | 53.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/22/01 | Meeting with S. Zuber re plan issues. | A. Marchetta | 0.4 hrs | 158.00 |
| 10/23/01 | Initial preparation for meeting with Engelhard. | S. Zuber | 0.8 hrs | 212.00 |
| 10/23/01 | Work with S. Zuber re Englehard meeting and arrangements re same. | A. Marchetta | 0.9 hrs | 355.50 |
| 10/25/01 | Prepare for meeting with Englehard and follow up re release of Mobil claim. | A. Marchetta | 0.7 hrs | 276.50 |
| 10/26/01 | Prepare re Engelhard meeting; conference with S. Zuber re same. | A. Marchetta | 0.6 hrs | 237.00 |
| 10/29/01 | Prepare for meeting with client and Engelhard. | S. Zuber | 2.1 hrs | 556.50 |
| 10/29/01 | Meeting with A. Marchetta, J. Rightmyer, N. Alt and G. Stokes, followed by meeting with same and E. Benton and J. Greenberg of Engelhard. | S. Zuber | 2.9 hrs | 768.50 |
| 10/29/01 | Receipt and review of Intercat-Savannah's motion to increase its credit limit with Summit Commercial. | S. Zuber | 0.2 hrs | 53.00 |
| 10/29/01 | Receipt and review of Intercat-Inc.'s motion to retain special regulatory counsel. | S. Zuber | 0.2 hrs | 53.00 |
| 10/29/01 | Prepare correspondence to N. Alt regarding various motions filed by Intercat, Inc. and Intercat-Savannah, Inc., respectively. | S. Zuber | 0.2 hrs | 53.00 |
| 10/29/01 | Prepare for and attend meeting with clients and Englehard. | A. Marchetta | 5.0 hrs | 1,975.00 |
| 10/30/01 | Telephone conversation with R. Talisman regarding status of Chapter 11 and competing plan issues. | | | |

4

```
                S. Zuber                           0.4 hrs         106.00

10/30/01        Update case file, pleading boards and orders
                binder.
                D. Florence                        0.7 hrs          56.00
```

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 10.40 | 395.00 | 4,108.00 |
| S. Zuber | 11.50 | 265.00 | 3,047.50 |
| D. Florence | 5.00 | 80.00 | 400.00 |
| E. Greenfield | 1.10 | 85.00 | 93.50 |
| TOTALS | 28.00 | | 7,649.00 |

5

811169A01120601

Client: 082910 W.R. GRACE & CO.
Matter: 060897 Ambrosia Chocolate Facility

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/15/01 | Attend to call from B. Shannon, URS. | B. Montag | 0.3 hrs | 88.50 |
| 03/27/01 | Call to B. Miller. Review report. | B. Montag | 1.0 hrs | 295.00 |
| 03/28/01 | Review report from URS and attend to status. | B. Montag | 1.0 hrs | 295.00 |
| 03/29/01 | Attend to report and call from B. Shannon. | B. Montag | 0.8 hrs | 236.00 |
| 10/02/01 | Attend to URS CEA issues. | W. Hatfield | 0.3 hrs | 67.50 |
| 10/03/01 | Attend to Final CEA report. | W. Hatfield | 0.2 hrs | 45.00 |
| 10/04/01 | Prepare letter with CEA report to buyer's counsel. | W. Hatfield | 0.4 hrs | 90.00 |
| 10/16/01 | Attend to B. Miller request on CEA. | W. Hatfield | 0.2 hrs | 45.00 |
| 10/26/01 | Attend to case issues re: CEA work. | W. Hatfield | 0.3 hrs | 67.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| B. Montag | 3.10 | 295.00 | 914.50 |
| W. Hatfield | 1.40 | 225.00 | 315.00 |
| TOTALS | 4.50 | | 1,229.50 |

811163A01120601

```
Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases
```

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/06/01 | telcons Pierson & Ross re Sea Jet.<br>L. Reilly | 0.3 hrs | 97.50 |
| 03/07/01 | telcons Ross & Pierson & review default letters.<br>L. Reilly | 0.3 hrs | 97.50 |
| 03/23/01 | telcon clients.<br>L. Reilly | 0.1 hrs | 32.50 |
| 03/23/01 | Telephone conference with client re default and other related issues; follow up with L. Reilly re same.<br>A. Marchetta | 0.5 hrs | 197.50 |
| 03/24/01 | review leases & subleases.<br>L. Reilly | 0.3 hrs | 97.50 |
| 03/26/01 | review docs. & conf. call with clients.<br>L. Reilly | 0.6 hrs | 195.00 |
| 03/26/01 | Conference with client re lease issues.<br>A. Marchetta | 0.5 hrs | 197.50 |
| 03/27/01 | draft/transmit termination letters to clients & telcon them.<br>L. Reilly | 0.6 hrs | 195.00 |
| 04/02/01 | Review new default notices to subtenants.<br>L. Reilly | 0.1 hrs | 32.50 |
| 10/01/01 | telcon Ross re AMF.<br>L. Reilly | 0.1 hrs | 32.50 |
| 10/03/01 | review e-mails & Gemini sublease & telcon Finkelstein.<br>L. Reilly | 0.3 hrs | 97.50 |
| 10/18/01 | telcon Pierson.<br>L. Reilly | 0.1 hrs | 32.50 |
| 10/22/01 | revise/transmit AMF lease amendment to Ross.<br>L. Reilly | 0.5 hrs | 162.50 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 10/23/01 | Telephone call with client re tenant issues. | | | |
| | A. Marchetta | | 0.4 hrs | 158.00 |
| 10/31/01 | telcon Eller re Gemini. | | | |
| | L. Reilly | | 0.1 hrs | 32.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.40 | 395.00 | 553.00 |
| L. Reilly | 3.40 | 325.00 | 1,105.00 |
| TOTALS | 4.80 | | 1,658.00 |

```
Client: 082910 W.R. GRACE & CO.
Matter: 097440 Phenix City, Alabama Lease
```

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/01/01 | Telephone call to Jeff Posner and conference with Wendy Green and John Scordo regarding insurance issue. | A. Marchetta | 0.4 hrs | 158.00 |
| 10/01/01 | Confer with A. Marchetta. | J. Scordo | 0.2 hrs | 52.00 |
| 10/01/01 | Conferences with A. Marchetta, J. Scordo and J. Posner re: claims to insurance proceeds. | W. Green | 0.4 hrs | 88.00 |
| 10/03/01 | Conference with J. Scordo re handling of matter and issues re same. | A. Marchetta | 0.3 hrs | 118.50 |
| 10/09/01 | Follow up regarding correspondence from adversary and conference with John Scordo regarding same. | A. Marchetta | 0.4 hrs | 158.00 |
| 10/10/01 | Conference with J. Scordo re handling. | A. Marchetta | 0.2 hrs | 79.00 |
| 10/10/01 | Phone call with J. Capp; review and assemble correspondence and fax to J. Capp. | J. Scordo | 0.8 hrs | 208.00 |
| 10/10/01 | Attend to file information needed for further review and analysis of claim for insurance proceeds. | W. Green | 0.2 hrs | 44.00 |
| 10/22/01 | Review insurance policy for coverage beyond real property. Telephone conferences with J. Scordo and J. Baer, Grace's bankruptcy counsel, re: Grace's position as to insurance proceeds. Attend to sending policy to J. Baer. | W. Green | 0.7 hrs | 154.00 |
| 10/23/01 | Follow up re issues. | A. Marchetta | 0.2 hrs | 79.00 |

9

811177A01120601

```
10/30/01     Phone J. Baer; phone G. Furst; review file for
             information needed; e-mail to A. Marchetta.
             J. Scordo                         0.5 hrs         130.00
```

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.50 | 395.00 | 592.50 |
| J. Scordo | 1.50 | 260.00 | 390.00 |
| W. Green | 1.30 | 220.00 | 286.00 |
| TOTALS | 4.30 | | 1,268.50 |

811177A01120601

```
Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.
```

| Date | Description | | |
|---|---|---|---|
| 10/01/01 | Telephone call with USG counsel regarding 3rd Circuit papers and status.<br>A. Marchetta | 0.3 hrs | 118.50 |
| 10/15/01 | Review issues re response to court.<br>A. Marchetta | 0.5 hrs | 197.50 |
| 10/16/01 | Work on correspondence to Third Circuit.<br>A. Marchetta | 0.4 hrs | 158.00 |
| 10/26/01 | Organized file and updated casefile database re: recent Orders, correspondence and submissions to the 3rd Circuit Court of Appeals<br>S. Parker | 2.4 hrs | 192.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.20 | 395.00 | 474.00 |
| S. Parker | 2.40 | 80.00 | 192.00 |
| TOTALS | 3.60 | | 666.00 |

11

811181A01120601

Client: 082910 W.R. GRACE & CO.
Matter: 051680 West Deptford Property

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/04/01 | Review correspondence to Handex.<br>C. Donovan | 0.2 hrs. | 56.00 |
| 10/05/01 | Review of e-mails. Review of file including original Administrative Consent Order. Telephone conference with P.Bucens regarding issues relating to ACO and termination of remediation work.<br>C. Donovan | 0.6 hrs. | 168.00 |
| 10/10/01 | Telephone conference with P.Bucens.<br>C. Donovan | 0.3 hrs. | 84.00 |
| 10/16/01 | Review progress report.<br>C. Donovan | 0.2 hrs. | 56.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| C. Donovan | 1.30 | 280.00 | 364.00 |
| TOTALS | 1.30 | | 364.00 |

12

ACCOUNTING COPY

Client: 082910 W.R. GRACE & CO.
Matter: 062455 Channel Home Centers

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/08/01 | review Jerico, NY lease docs re former Channel Site.. | L. Reilly | 0.3 hrs. | 97.50 |
| 10/09/01 | telcon Finkelstein re Jericho & review lease amendments. | L. Reilly | 0.4 hrs. | 130.00 |
| 10/23/01 | review docs. re Jericho with Marshalls, telcon Wynne & send sub-sublease amendment to him. | L. Reilly | 0.4 hrs. | 130.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| L. Reilly | 1.10 | 325.00 | 357.50 |
| TOTALS | 1.10 | | 357.50 |

13

811195A01120601

Client: 082910 W.R. GRACE & CO.
Matter: 098102 Wappinger Falls

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/10/01 | Telephone calls re new matter with client; follow up re same. | A. Marchetta | 0.5 hrs. | 197.50 |
| 09/11/01 | Telephone calls with client and follow up with S. Zuber re lease; obtain information re site. | A. Marchetta | 0.7 hrs. | 276.50 |
| 09/11/01 | Discuss background and status with A. Marchetta; receipt and review of various correspondence, and preliminary analysis of bankruptcy and lease issues. | S. Zuber | 0.6 hrs. | 159.00 |
| 09/12/01 | Telephone calls with client and S. Zuber re non-disturbance issue. | A. Marchetta | 0.4 hrs. | 158.00 |
| 09/12/01 | Continued review and analysis of lease and bankruptcy issues; review back-up materials and law; discuss legal issues with A. Marchetta; and conference call with A. Marchetta, A. Nagy and V. Finkelstein. | S. Zuber | 1.1 hrs. | 291.50 |
| 09/12/01 | Worked with AJ Marchetta and D. Florence, conducted database searches and reviewed file documents in the Channel litigation re: identification and retrieval of Wappinger Falls lease and related documents. | S. Parker | 4.2 hrs. | 336.00 |
| 09/12/01 | Review of Channel files for references to Wappinger Falls lease. | D. Florence | 2.2 hrs. | 176.00 |
| 09/13/01 | Telephone call with client re case. | A. Marchetta | 0.2 hrs. | 79.00 |
| 09/14/01 | Follow up with client re case and conference with S. Zuber re same. | | | |

14

15

```
              A. Marchetta                      0.8 hrs.         316.00

09/14/01      Discuss lease issues with A. Marchetta.
              S. Zuber                          0.3 hrs.          79.50

09/17/01      Review of Wappingers Falls Lease and Sublease
              agreements.
              S. Zuber                          1.2 hrs.         318.00

09/19/01      Meeting with clients re options as regards lease.
              A. Marchetta                      0.4 hrs.         158.00
```

Attorney Summary

| Timekeeper    | Hours | Rate   | Dollars  |
|---------------|-------|--------|----------|
| A. Marchetta  | 3.00  | 395.00 | 1,185.00 |
| S. Zuber      | 3.20  | 265.00 | 848.00   |
| D. Florence   | 2.20  | 80.00  | 176.00   |
| S. Parker     | 4.20  | 80.00  | 336.00   |
| TOTALS        | 12.60 |        | 2,545.00 |

15

811206A01120601

```
Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action
```

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/01/01 | Conference regarding brief. | A. Marchetta | 0.3 hrs. | 118.50 |
| 10/01/01 | Draft memo to B. Moffitt, K. Helmer and B. Bennett regarding plans and strategy to prepare brief. | M. Waller | 0.1 hrs. | 26.50 |
| 10/01/01 | Reviewing outline and draft arguments for appeal brief and consider issues and confer with A. Marchetta regarding same. | M. Waller | 0.6 hrs. | 159.00 |
| 10/01/01 | Working with J. Clark re: motion to supplement record. | M. Waller | 0.4 hrs. | 106.00 |
| 10/01/01 | Continued work on procedural history and argument. | K. Helmer | 3.8 hrs. | 950.00 |
| 10/01/01 | Work with M. Waller re: motion to supplement record; review e-mail from J. Clark re: same. | B. Moffitt | 0.2 hrs. | 46.00 |
| 10/02/01 | Follow up with B. Moffitt regarding schedule supplementing the record following 11/1 letter from CNA counsel. | M. Waller | 0.5 hrs. | 132.50 |
| 10/02/01 | Work with K. Helmer re: arguments on contractual/self-insurance issues and supplemeting the record. | M. Waller | 0.9 hrs. | 238.50 |
| 10/02/01 | Continued work on brief and confer with M. Waller re: same. | K. Helmer | 4.5 hrs. | 1,125.00 |
| 10/02/01 | Calls to Staff Counsel re: motion to supplement the record. | B. Moffitt | 0.2 hrs. | 46.00 |

811209A01120601