EXHIBIT B

EXPENSES FOR THE FEE PERIOD
OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

Engagement Costs - Intercat, Inc.:

| | |
|---|---:|
| Computer Assisted Research | 43.00 |
| Document Access Facility - October 2001 | 1432.00 |
| Duplicating | 415.38 |
| Express Delivery | 85.18 |
| Facility Copying Expense | 588.42 |
| Telephone | 65.06 |
| Travel and Miscellaneous Expense | 4638.43 |
| **Matter Total Engagement Cost** | **7,267.47** |

Engagement Costs- Ambrosia Chocolate Facility:

| | |
|---|---:|
| Telephone | 2.75 |
| **Matter Total Engagement Cost** | **2.75** |

Engagement Costs - Carteret Warehouse Subleases:

| | |
|---|---:|
| Express Delivery | 7.96 |
| Telephone | 7.67 |
| **Matter Total Engagement Cost** | **15.63** |

Engagement Costs - Phenix City, AL Lease:

| | |
|---|---:|
| Computer Assisted Research | 10.47 |
| Duplicating | 7.56 |
| **Matter Total Engagement Cost** | **18.03** |

Engagement Costs - Prudential, et al.:

| | |
|---|---:|
| Document Access Facility - October 2001 | 4864.50 |

1

811282A01120601

```
    Duplicating                                           5.74
    Express Delivery                                    263.58
    Facility Copying Expense                            459.90

              Matter Total Engagement Cost          5,593.72
```

Engagement Costs – West Deptford Property:

```
    Telephone                                             5.00

              Matter Total Engagement Cost              5.00
```

Engagement Costs – Gahrs, Inc., et al.:

```
    Computer Assisted Research                           20.15
    Duplicating                                         360.64
    Express Delivery                                     99.96
    Postage                                              25.61
    Telephone                                            13.10
    Travel and Miscellaneous Expense                    213.35
    Vendor: Paid Doerner & Goldberg for                1165.40
    services
    Vendor: Paid Pennoni Associates for                2800.00
    service

              Matter Total Engagement Cost          4,698.21
```

Engagement Costs – NY Superfund Action:

```
    Computer Assisted Research                          111.85
    Document Access Facility – October 2001            5140.88
    Duplicating                                         281.82
    Express Delivery                                    245.86
    Facility Copying Expense                             49.28
    Telephone                                            16.15
    Travel and Miscellaneous Expense                     34.49

              Matter Total Engagement Cost          5,880.33
```