IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**FILED**
2001 NOV 20 PM 3: 37
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001
## RE: DOCKET NO. 1043

On October 30, 2001, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), counsel to the Official Committee of Equity Holders, filed its Monthly Application for Compensation and Reimbursement of Disbursements (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on November 19, 2001. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated May 3, 2001 (the "Order"), the Debtors are authorized to pay Kramer Levin $26,574.80 which represents eighty percent (80%) of the fees, and $5,975.07, which represents 100% of the expenses requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                KLETT ROONEY LIEBER & SCHORLING
                A Professional Corporation

By: _____
                Teresa K.D. Currier (No. 3080)
                Kathleen P. Makowski (No. 3648)
                The Brandywine Building
                1000 West St. - Suite 1410
                Wilmington, DE 19801

                        - and -

                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                Philip Bentley, Esquire
                Robert T. Schmidt, Esquire
                919 Third Avenue
                New York, NY 10022

                Co-Counsel to the Official Committee of Equity Holders

Dated: November 20, 2001

WLM 24946.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### AFFIDAVIT OF MARYANN M. ZICKGRAF

STATE OF DELAWARE:
        SS:
NEW CASTLE COUNTY:

  I, Maryann M. Zickgraf, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001 RE: DOCKET NO. 1043**

was made on the following parties on the attached list by Hand Delivery (City of Wilmington addresses only) and First Class Mail.

*Maryann M. Zickgraf*
Maryann M. Zickgraf

SWORN AND SUBSCRIBED before me this 20th day of November 2001.

*[Notary signature and seal — Debra L. Hannah, Notary Public, State of Delaware, Expires Apr. 17, 2002]*

**W.R. GRACE FEE APP.**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
    **(Counsel to Post-Petition Lender)**

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
    **(Debtor's counsel)**

W.R. Grace
Attn: David B. Siegel
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
    **(Debtor)**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
    **(Official Committee of Property Damage Claimants)**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
    **(Official Committee of Personal Injury Claimants)**

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
    **(Official Committee of Unsecured Creditors)**

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
    **(Official Committee of Personal Injury Claimants)**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St. - 16th Floor
Wilmington, DE 19899-8705
    **(Debtor's counsel)**

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market St.
Wilmington, DE 19899
    **(Official Committee of Property Damage Claimants)**

Matthew G. Zaleski, III, Esquire
Campbell & Levine
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
    **(Official Committee of Personal Injury Claimants)**

Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
    **(U.S. Trustee)**

Michael R. Lastowski, Esquire
Duane Morris & Heckshire LLP
1100 North Market St. - Suite 1200
P.O. Box 195
Wilmington, DE 19801
    **(Official Committee of Unsecured Creditors)**

Steven M. Yoder, Esquire                                    **(Counsel to Post-Petition Lender)**
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Steven M. Yoder, Esquire                                    **(Counsel to Post-Petition Lender)**
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801