# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**FILED**
2001 NOV 20 PM 3: 37
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATION OF NO OBJECTION
## DOCKET #1059

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Application for an Order Authorizing the Employment and Retention *Nunc Pro Tunc* of Klett Rooney Lieber & Schorling, a Professional Corporation, as Co-Counsel to the Official Committee of Equity Holders (the "Application") filed on October 31, 2001. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections were to be filed and served no later than 4:00 p.m. on November 19, 2001.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K.D. Currier (#3080)
Kathleen P. Makowski (#3648)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Proposed Co-counsel for the Official Committee of Equity Holders

Dated: November 20, 2001

KRLSWIL:24943.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### AFFIDAVIT OF MARYANN M. ZICKGRAF

STATE OF DELAWARE:
                        SS:
NEW CASTLE COUNTY:

     I, Maryann M. Zickgraf, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

### CERTIFICATION OF NO OBJECTION RE: DOCKET #1059

was made on the following parties on the attached list by Hand Delivery (City of Wilmington addresses only) and First Class Mail.

*[signature]*
Maryann M. Zickgraf

SWORN AND SUBSCRIBED before me this 20th day of November 2001.

*[notary signature and seal]*
NOTARY
EXPIRES APR. 17, 2002

**W. R. GRACE 2002 List**

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309


Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232


Delta Chemicals
c/o John Besson
P.O. Box 73054
Baltimore, MD 21273-0054


Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800


Derrick Tay, Esquire
Meighen Demers
Ste. 1100, Box 11, Merrill Lynch Canada
Tower , Sun Life Center, 200 Kint Street
West
Toronto, Ontario M5H 3T4
CANADA


DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501


Ingersoll-Rand Fluid Products
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC 28275-1229


BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC 28275


J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606


Valeron Strength Films
c/o Ron Luce
75 Remittance Dr, Suite 3068
Chicago, IL 60675


David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606


James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601


Union Carbide Corp
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210

Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215

PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
    **(National Medical Care, Inc.)**

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elizabeth Weller
Linebarger Heard Goggan Blair Graham
Pena & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691
    **(County of Dallas)**

Radian International
c/o Mary Harris
P.O. Box 844130
Dallas, TX 75284-4130

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL 60515

David W. Baddley, Esquire
Greenberg & Traurig PA
515 East Las Olas Blvd, Suite 1500
Fort Lauderdale, FL 33301
    **Mars Music (Landlord)**

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Marsha A. Penn (TX Bar No. 15752450)
P. O. Box 3725
Houston, TX 77253-3725
    **(Counsel for Chevron)**

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002
    **(Huntsman Corporation)**

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Credit Department
Huntsman Corporation
P.O. Box 22707
Houston, TX 77227-7707

Richard B. Specter, Esq.
Corbett & Steelman
18200 Von Karman Ave., Suite 200
Irvine, CA 92512-1086
    **William C. Baker, Eber E. Jaques,**
    **Bradford H. Miller, Montgomery**
    **R. Fisher, Sharon R. Ormsbee,**
    **Marilyn Rea and the Fisher Trust**

William C. Baker, et al.
c/o Richard B. Specter, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086
    **(William C. Baker, et al.)**

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

Allan H, Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071
    **Hearthside Residential Corp.**

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, CA 90067

Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Scott Baldwin, Jr.
Baldwin & Baldwin, L.L.P.
400 W. Houston Street
Marshall, TX 75670

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
    **(Official Committee of Property**
    **Damage Claimants)**

Nancy Woth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465


Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004


The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017


D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036


Thomas Moers Mayer, Esquire
Robert T. Schmidt, Esquire
Amy Caton, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
  **Proposed Counsel to Official Committee of Equity Security Holders**

Attention: Bryan Shapiro
Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY 10167
  **(Bear, Stearns & Co. Inc.)**

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176


The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274


Lynn K. Neuner, Esquire
425 Lexington Avenue
New York, NY 10017-3954
  **(Travelers Casualty and Surety Co.)**

Andrew E. Shirley
Avenue Capital Management, LLC
535 Madison Avenue
New York, NY 10022
  **Avenue Capital Management, LLC**

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042


Thomas J. Matz, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
  **Snack, Inc.**

Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
  **(Proposed Asbestos Bodily Injury Claimants Committee)**

Lewis Kruger, Esquire
Robert Raskin, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
    **(Official Committee of Unsecured Creditors)**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
    **(Official Committee of Personal Injury Claimants)**

William S. Katchen, Esquire
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102
    **(Official Committee of Unsecured Creditors)**

Myron K. Cunningham, Esq.
Attorney in Charge for Kerr-McGee Corp.
Kerr-McGee Center
Oklahoma City, OK 73125
    **(Kerr-McGee Corp.)**

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Mark Kenney, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101
    **(Certain Underwriters at Lloyd's of London)**

Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101

Rachel J. Lehr, Esquire
New Jersey Attorney General's Office
Dept of Environmental Protection
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
    **State of New Jersey, Dept of Environmental Protection**

Margaret A. Holland, Dept. Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625
    **(New Jersey Director, Division of Taxation)**

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W..
Washington, DC 20020

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
    **(Official Committee of Personal Injury Claimants)**

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, DC 20005-4026

Philip J. Ward, Esquire
Victoria Radd Rollins, Esquire
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
    **(Certain Underwriters at Lloyd's of London)**

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
    **(National Medical Care, Inc.)**

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
    **(Counsel to Post Petition Lender)**

William H. Sudell, Jr. (#463)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
    **(Counsel for Chevron)**

Thomas G. Whalen, Esq.
Stevens & Lee P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 29801
    **(Mark Hankin, HanMar Associates, M.L.P.)**

Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Murphy Spadaro & Landon
824 N. Market Street
Wilmington, DE 19899-8989
    **(Certain Underwriters at Lloyd's of London)**

William P. Bowden, Esquire
Christopher S. Sontchi, Esquire
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899
    **(Official Committee)**

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19081
    **(Official Committee of Unsecured Creditors)**

Robert J. Dehney
Michael G. Busenkell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
    **(Travelers Casualty and Surety Co.)**

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Matthew G. Zaleski, III, Esquire
Campbell & Levine
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
    **(Official Committee of Personal
    Injury Claimants)**

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 N. Market Street
Wilmington, DE 19801
    **(Official Committee of Property
    Damage Claimants)**

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 N. King Street, Room 2313
Wilmington, DE 19801
    **(U.S. Trustee)**

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367
    **(Snack, Inc.)**