# CALENDAR NOTICE

TO:     Clerk, U.S. Bankruptcy Court            DATE 11/21/01
        Clerk, U.S. District Court

FROM:   Judge Farnan

CASE CAPTION: _In re W.R. Grace_

CASE NUMBER: Bankruptcy No. 01-1139 JJF

1. The following proceeding(s) are **scheduled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___ JURY TRIAL | ___ days | ___ | ___/___, 2001 at | ___ ___m. |
| ___ # of Jurors Requested | | | | |
| ___ NON-JURY TRIAL | ___ days | ___ | ___/___, 2001 at | ___ ___m. |
| ___ TELE-CONFERENCE | | ___ | ___/___, 2001 at | ___ ___m. |
| ___ PRETRIAL CONFERENCE | | ___ | ___/___, 2001 at | ___ ___m. |
| ___ _____ CONFERENCE | | ___ | ___/___, 2001 at | ___ ___m. |
| ___ HEARING | | ___ | ___/___, 2001 at | ___ ___m. |
| ___ HEARING | | ___ | ___/___, 2001 at | ___ ___m. |
| ___ HEARING | | ___ | ___/___, 2001 at | ___ ___m. |
| ___ HEARING | | ___ | ___/___, 2001 at | ___ ___m. |

*COURT REPORTER REQUESTED* ___ yes ___ no          ___ COURTROOM 6A
*********************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___ JURY TRIAL | ___ days | ___ | ___/___, 2001 at | ___ ___m. |
| ___ NON-JURY TRIAL | ___ days | ___ | ___/___, 2001 at | ___ ___m. |
| ___ TELE-CONFERENCE | | ___ | ___/___, 2001 at | ___ ___m. |
| ___ PRETRIAL CONFERENCE | | ___ | ___/___, 2001 at | ___ ___m. |
| ✓ Hearing | | Thurs | 1/3, 2002 at | 9:30 A.m. |
| ✓ HEARING | | Weds | 11/21, 2001 at | 12:00 P.m. |
| ✓ HEARING | | Weds | 12/19, 2001 at | 11:00 A.m. |

*********************************************************************

(CHAMBERS USE ONLY)

✓ CHAMBERS CALENDAR
*********************************************************************

Prepared by _Susan_