# CALENDAR NOTICE

TO: Clerk, U.S. Bankruptcy Court
Clerk, U.S. District Court

DATE 11/21/01

FROM: Judge Farnan

CASE CAPTION: _In re W.R. Grace_

CASE NUMBER: Bankruptcy No. 01-1139 JJF

1. The following proceeding(s) are **scheduled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___JURY TRIAL | ___days | ___ | ___/___, 2001 at ___ ___m. | |
| ___# of Jurors Requested | | | | |
| ___NON-JURY TRIAL | ___days | ___ | ___/___, 2001 at ___ ___m. | |
| ___TELE-CONFERENCE | | ___ | ___/___, 2001 at ___ ___m. | |
| ___PRETRIAL CONFERENCE | | ___ | ___/___, 2001 at ___ ___m. | |
| _____CONFERENCE | | ___ | ___/___, 2001 at ___ ___m. | |
| ___HEARING | | ___ | ___/___, 2001 at ___ ___m. | |
| ___HEARING | | ___ | ___/___, 2001 at ___ ___m. | |
| ___HEARING | | ___ | ___/___, 2001 at ___ ___m. | |
| ___HEARING | | ___ | ___/___, 2001 at ___ ___m. | |

COURT REPORTER REQUESTED ___yes ___no        ___COURTROOM 6A
*******************************************************************

2. The following proceeding(s) are **canceled**:

| PROCEEDING | | DAY | DATE | TIME |
|---|---|---|---|---|
| ___JURY TRIAL | ___days | ___ | ___/___, 2001 at ___ ___m. | |
| ___NON-JURY TRIAL | ___days | ___ | ___/___, 2001 at ___ ___m. | |
| ___TELE-CONFERENCE | | ___ | ___/___, 2001 at ___ ___m. | |
| ___PRETRIAL CONFERENCE | | ___ | ___/___, 2001 at ___ ___m. | |
| √ Hearing | | Thurs | 1/3, 2002 at 9:30 A.m. | |
| √ HEARING | | Weds | 11/21, 2001 at 12:00 P.m. | |
| √ HEARING | | Weds | 12/19, 2001 at 11:00 A.m. | |

*******************************************************************
(CHAMBERS USE ONLY)

√ CHAMBERS CALENDAR
*******************************************************************

Prepared by _Susan_