THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### EXHIBITS TO STATUS REPORT OF W.R. GRACE AND PROPOSAL OF PRIORITIES FOR LITIGATION IN THIS COURT

Dated: December 14, 2001

| | |
|---|---|
| KIRKLAND & ELLIS<br>David M. Bernick<br>James H.M. Sprayregen<br>Andrew R. Running<br>Janet S. Baer<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2000<br>(312) 861-2200 (fax) | PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.<br>Laura Davis Jones<br>David Carickhoff<br>Hamid Rafatjoo<br>919 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>(302) 652-4100<br>(302) 652-4400 (fax)<br><br>Co-Counsel for the Debtors and Debtors in Possession |