

November 21, 2001

David D. Bird, Clerk of Court
United States Bankruptcy Court
 For the District of Delaware
824 Market Street
5th Floor
Wilmington, Delaware 19801

**W. R. Grace**
**Case Numbers 01-1139 through 01-1200 (JJF)**

Dear Clerk:

I represent the following creditor in this case:

    Burns & McDonnell Engineering Company, Inc.

Please send all notices and other papers concerning this case to the undersigned.

    Gerard T. Bukowski
    Vice President and General Counsel
    Burns & McDonnell Engineering
    9400 Ward Parkway
    Kansas City, Missouri  64114-3319
    Telephone:  816-822-3012
    Fax Number:  816-822-3413
    E-mail: gbukows@burnsmcd.com

Thank you for your attention to this matter.

Very truly yours,

Gerard T. Bukowski
Vice President and
General Counsel

GTB/dpk

cc:    W. R. Grace & Co., et. al.
       7500 Grace Drive
       Columbia, MD 21044