**EXHIBIT B**





**Libby Asbestos Clean Up**                                **EPA Libby Home**

**Libby Pages:**

- Libby Already a Superfund Site?
- CAG Meeting Schedule
- Lung Disease, Smoking & Asbestos
- What about Homes with Vermiculite?

# ASK EPA !!

Questions and Answers
about Asbestos and EPA's Libby Investigation

**Q : If I have vermiculite insulation in my home, what should I do while the EPA is evaluating long term solutions?**

A : EPA continues to gather information about vermiculite insulation. To date, sampling results from Libby vermiculite (Zonolite) almost always show some level of tremolite asbestos. More importantly our sampling has indicated that anytime Zonolite is disturbed it will release fibers into the air.

**If you have or suspect that you have Zonolite insulation in your home, the safest course of action is to leave the material alone.** Avoid any activities that may spread vermiculite and asbestos into your living space such as using the attic for storage. Likewise, seal any spaces, cracks or gaps in the ceiling or around light fixtures through which asbestos could escape from the attic. If you decide to remove or must otherwise disturb the material due to a renovation project, please consult with an experienced asbestos contractor.

The Montana Department of Environmental Quality (DEQ) maintains a list of certified asbestos contractors on its website at:
http://www.deq.state.mt.us/pcd/awm/Forms/ACP_Cons_Cont_Lab_lst.pdf
  *exit epa* - 30K, PDF, about PDF files (Webmaster note, this URL is updated since the original newspaper publication)

: You may also contact John Podolinsky in the DEQ Asbestos Control Program at 406-444-2690.

In the meantime, EPA will continue to compile the documents and information necessary to determine whether to remove Zonolite insulation in the Libby area. As soon as the decision is made, we will share this information with the public.

For more information call:

Paul Peronard, On-Scene Coordinator at 1-800-227-8917 x6608

Wendy Thomi, Community Involvement Coordinator at 406-441-1150 x241

October 15, 2001

## EPA Libby Links

| Community Involvement | Timeline | EPA Libby Asbestos Home | External Links |
|---|---|---|---|



You may also contact us at:
1-800-227-8917 or (303) 312-6312

URL: http://www.epa.gov/region8/superfund/libby/qverm-home2.html
Last Modified: November 06, 2001