06046342



JOHN S. ANDERSON  M.D.
EXECUTIVE OFFICER AND SECRETARY

# State of Montana
## State Board of Health

HELENA, MONTANA

May 11, 1964

Mr. R. A. Bleich, Manager
The Zonolite Company
Libby, Montana

Dear Mr. Bleich:

Enclosed are two copies of a recent study made of the dry mill section of your plant near Libby.  It is expected that a follow-up will be done in September, 1964 to determine the dust control provided by the additional fan described and by improved housekeeping.

We appreciate the courtesy and cooperation of you and your staff in this matter.

Sincerely yours,

Benjamin F. Wake
Industrial Hygiene Engineer
Division of Disease Control

BFW/bko

Encl.



PLAINTIFF'S EXHIBIT
18
MDL 1376

EXHIBIT
13
Emergency Notice

PLAINTIFF'S EXHIBIT
6-17.1

06046343

On April 29, 1964 a study was made of the dry mill section of the Zonolite Mill at Libby, Montana to determine if compliance with previous recommendations for the control of dust had been achieved. The study was made in the company of Mr. Bud Vinion, after discussion of the plant operations with Mr. Kujava, Plant Superintendent.

The study consisted of a review of the dust collection system and its improvement and the collection of five dust samples for counting to determine any improvement in the over-all dust control procedures.

## Description of Operations

It was noted that a considerable change had been made in the ventilation system of the dry mill which appeared to reduce dustiness in some areas considerably. The backs to the screens had been replaced on nearly all machines and the rubbers on the screens were in good shape, generally, although a few were broken. Those that were broken were leaking dust badly.

The duct work to the ventilation system had been repaired and a new 35,000 cfm fan which discharged at ground level had been installed. According to Mr. Vinion, the plant expects, in addition, to have a southside fan (old 600) hooked up soon. This should improve the situation on the southside of the mill by reducing the considerable dustiness from some of the operations on that side. Priority should be given to this ventilation so that it is completed by the first of September, 1964.

It was noted that the rafters were heavily loaded with dust. Much of the high dust concentrations noted were due to this dust falling off the rafters and other places of deposit. It is unfortunate that the good work that has been done in the ventilation system is reduced by extremely poor housekeeping.

The second floor continues to need special attention and may be improved with the installation of the new fan system which was not in operation at the time of this study.

The third floor on the high grade side needs more work and should be gone over carefully to determine those areas which need special attention for the control of dust.

The elevator feed box on the half deck leaked dust badly and was a main contaminator of both the half deck and the second floor. A rubber was also missing on the connector to No. 210 screen and should be replaced. All screens should be inspected weekly and any missing screen backs or broken rubbers replaced immediately.

According to Mr. Vinion, the southside roll crusher and high grade circuit will have a separate ventilation system soon. As noted previously, this work should be given priority so that it is in and functioning before the first of September of 1964.

06046344

## Concentrations

A review of Table I for Dust-In-Air indicates that even though there have been some reduction in dust concentration, there still remains a great deal of room for improvement to reach the maximum allowable concentration of 20 million particles per cubic foot of over-all dustiness. While it is recognized that the 20 million particles per cubic foot level does not reduce the asbestos dustiness to exactly 5 million particles per cubic (mppcf) foot, it is felt that over-all dustiness reduction to 20 mppcf will be suitable for the control of asbestos dust, since the 5 million particles per cubic foot figure is not a precise dividing line between a safe and unsafe condition but simply indicates a range at which control should be aimed.

### TABLE I

Dust-in-Air for years noted
Concentrations in Millions of Particles per Cubic Foot of Air (MPPCF)

|           | 1956           | 1959           | 1962         | 1963          | 1964           |
|-----------|----------------|----------------|--------------|---------------|----------------|
| 6th Floor | Not Determined | 46.3           | 51.0         | 30.6          | Not Determined |
| 5th Floor | 17.9           | 51.8           | 69.5         | 65.6          | 37.6           |
| 4th Floor | 51.8           | 26.2           | 90.0         | 32.4          | 20.6           |
| 3rd Floor | 28.7           | 24.8           | 60.5         | 32.8          | 22.0           |
| 2nd Floor | 48.3           | 27.2           | 59.2         | 50.0          | 59.2           |
| Half Deck | Not Determined | Not Determined | 54.5         | 77.8          | 54.4           |
| 1st Floor | 83.0           | 7.5            | 44.8 & 50.9  | 59.8 & 26.8   | Not Determined |

Maximum Allowable Concentration  20 MPPCF Total
Maximum Allowable Concentration   5 MPPCF Asbestos

* * * * * *

A constant effort should be made, however, to achieve the reduction in total dustiness so that the 5 million particles per cubic feet of asbestos laden air is achieved at some time in the future.

## Toxicology

In a recent article published in the Journal of the American Medical Association, April 6, 1964 by Selikoff and others, it is indicated that the "Building trades insulation workers have relatively light, intermittent,' exposure to asbestos. Of 632 insulation workers, who entered the trade before 1943 and were traced through 1962, forty-five died of cancer of the lung or pleura, whereas only 6.6 such deaths were expected. Three of the pleural tumors were mesotheliomas; there was also one peritoneal mesothelioma. Four mesotheliomas in a total of 255 deaths is an exceedingly high incidence for such a rare tumor. In addition, an unexpectedly large number of men died of cancer of the stomach, colon, or rectum (29 compared with 9.4 expected). Other cancers were not increased; 20.5 were expected, 21 occurred. Twelve men died of asbestosis."

'06046345

In addition, "The recent demonstration, by South African and British investigators of pleural and peritoneal neoplasms among individuals who had chance environmental exposure to asbestos many years before raises the very important question of possible widespread carcinogenic air pollution." It was also demonstrated that asbestos-bodies were found in a man not employed in an industry but living next door to an asbestos factory. "Asbestos exposure in industry will not be limited to the particular craft that utilizes the material. The floating fibers do not respect job classifications. Thus, for example, insulation workers undoubtedly share their exposure with their workmates in other trades; intimate contact with asbestos is possible for electricians, plumbers, sheet-metal workers, steamfitters, laborers, carpenters, boiler makers, and foremen."

While the above situation does not apply specifically to the operations of your plant, the asbestos content of the material with which you are working appears to provide some serious potential for the development of disease if not properly controlled. In addition, the discharge of large volumes of asbestos-laden dust at ground level sets up a condition where all members of the plant can be exposed in addition to those who work in the dry mill. This presents a problem that needs to be dealt with in view of the information submitted and the findings on other workers employed using similar materials.

Conclusions and Recommendations

Based on the findings of this study and in view of past experience, it is recommended that a review of past studies be made to determine areas producing dustiness. In addition, the following recommendations are submitted:

1. That a careful program of housekeeping be instituted so that dust collected on rafters does not reach the subsidence point. Careful cleaning of the floors should be done on a sufficiently frequent and routine basis as to prevent dust from falling off the rafters or from collecting on the floor to such a degree that this dust is a contributor to the overall load generated by the machines.

2. That a special priority be given to the installation of the additional fan described so that those areas not now sufficiently ventilated are brought under control by the first of September, 1964.

3. That the blower discharge--presently at ground level--be elevated to such a degree that re-entry is not so prevalent. It is expected that large volumes of dust will re-enter the building when the wind is in the right direction. It may also be desirable to consider collecting the exhaust dust by means of a cyclone or other suitable dust collecting device.

4. That continued effort be made by the company to determine the dust concentrations in the building by frequent sampling and analysis and by frequent observation of the dust collection systems to determine that they are operating at maximum efficiency.

**EXHIBIT  19**

# Workers with Disease - 1969

% With Lung Disease

100
90
80
70
60
50
40
30
20
10
0

92%
21-25
years

58%
16-20
years

45%
11-15
years

29%
6-10
years

17%
1-5
years

1 5 9 13 21 25

Years of Exposure

Per Exh. 130.4 Grace Headquarters In-house Study

EXHIBIT
14
Emergency Notice

0214G519

<u>PERSONAL AND CONFIDENTIAL</u>

STUDY TO DETERMINE

RELATIONSHIP BETWEEN

YEARS OF EMPLOYMENT, AGE, SMOKING HABITS

AND CHEST X-RAY FINDINGS

ZONOLITE/LIBBY EMPLOYEES

cc: <u>H. A. Brown</u>
    E. D. Lovick
    R. A. Kulberg

EXHIBIT

130.4

OO116520

Number of employees studies - 135

Number of employees showing lung disease - 45
·(For purposes of this study, this includes those definitely showing lung
disease as well as the "possible" or "suspected").

Those who now smoke as well as those who have kicked the habit are class-
ified as smokers.

By "years worked" is meant the number of years worked at Zonolite/Libby.

### TABLE A

Of the 45 who have lung disease:

                24 smoke cigaretts
                 3 smoke pipe or cigar
                15 smoked at one time but not now
                 3 never smoked

### TABLE B

Of the 45 who have lung disease, years worked is as follows:

| | | |
|---|---|---|
| less than 1 year | 0 | |
| 1-5 years | 11 | (or 17% of all employees in this g |
| 6-10 " | 6 | (or 29%) |
| 11-15 " | 9 | (or 45%) |
| 16-20 " | 7 | (or 58%) |
| 21-25 " | 11 | (or 92%) |
| 26-30 " | 1 | (or 33%) |

### TABLE C

Age vs. years worked

| AGE | less than 1 year | 1-5 years | 6-10 yrs. | 11-15 yrs. | 16-20 yrs | 21-25 yrs | 26-30 |
|---|---|---|---|---|---|---|---|
| less than 20 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| 20-25 | 1 | 9 | 1 | 0 | 0 | 0 | 0 |
| 26-30 | 0 | 15 | 3 | 0 | 0 | 0 | 0 |
| 31-35 | 0 | 12 | 3 | 0 | 0 | 0 | 0 |
| 36-40 | 0 | 8 | 2 | 2 | 4 | 0 | 0 |
| 41-45 | 0 | 3 | 4 | 3 | 2 | 1 | 0 |
| 46-50 | 0 | 5 | 4 | 8 | 3 | 2 | 0 |
| 51-55 | 0 | 8 | 1 | 2 | 2 | 3 | 1 |
| 56-60 | 0 | 4 | 3 | 4 | 0 | 6 | 1 |
| 61-65 | 0 | 0 | 0 | 1 | 1 | 0 | 1 |

02146521

## TABLE D

| Years Worked | Smokers Showing Lung Disease | Non-Smokers Showing Lung Disease | Smokers Showing Normal Lungs | Non-Smokers Showing Normal Lungs |
|---|---|---|---|---|
| less than 1 | 0 | | 1 | 0 |
| 1-5 | 11  25% | | 44 | 11 |
| 6-10 | 6  50% | | 12 | 3 |
| 11-15 | 9 | | 9 | 0 |
| 16-20 | 7 | | 4 | 0 |
| 21-25 | 10 | | 2 | 0 |
| 26-30 | 1 | | 1 | 1 |
| | 44 | 3 | 73 | 15 |
| | 42  56%. | 3  26% | 75 | 15 |

## TABLE E

| AGE | Number of Employees Having Lung Disease | Number of Smokers in Each Age Group |
|---|---|---|
| less than 20 | 0 | 1 |
| 20-25 | 0 | 8 |
| 26-30 | 2 | 15 |
| 31-35 | 0 | 13 |
| 36-40 | 6 | 13 |
| 41-45 | 2 | 11 |
| 46-50 | 13 | 21 |
| 51-55 | 6 | 16 |
| 56-60 | 12 | 18 |
| 61-65 | 3 | 3 |

## SUMMARY

The majority (88%) of employees at Libby smoke or have smoked. Of the 12% non-smoker group, only five have worked in excess of three years. There is no real group for control or comparison purposes. A true correlation between smoking and exposure to dusty work atmosphere, and its effects on the lungs, therefore, cannot be made.

Although 17% of our 1 to 5 years service group have or are suspect of lung disease, there is a marked rise (45%) beginning with the 11th year of service, climbing to 92% in the 21 to 25 years service gorup. This suggests that chances of getting lung disease increase as years of exposure increase.

It is noted that of the 45 employees who have or are suspect of lung disease:

        2 have worked only 1 year
        2 have worked only 2 years
        3 have worked 3 years
        3 have worked 4 years

It would be well to take a good look at our pre-employment chest X-Ray program to make sure applicants with lung conditions are not hired.

*Peter Kostic*
Peter Kostic

021:6522

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|------|-----|--------------|----------------|----------|----------|--------------|
| | 25 | 0 mo. | cigs. 1/2 pack/day | 6 years | still does | normal |
| | 62 | 14 | cigs. 1 pack/day | 45 years | still does | fibrosis both lung fields |
| | 36 | 1 | cigs. 1/2 pack/day | 7 years | still does | normal |
| | 60 | 3 | cigs. 1 pack/day | 40 years | quit 1 yr. ago | pulmonary emphysema & fibrosis |
| | 24 | 1 | none | never | --- | normal |
| | 57 | 24 | cigs. 1 pack/day | 20 years | quit 17 yrs. ago | fibrosis both lungs |
| | 20 | 1 | cigs. 1/2 pack/day | 12 years | still does | normal |
| | 49 | 19 | pipe smoker | 15 years | quit 2 yrs. ago | normal |
| | 57 | 22 | cigs. 15/day | 2 years | still does | fibrosis, both lungs. |
| | 28 | 2 | none | never | --- | normal |
| | 36 | 4 | cigs. 45/day | 21 years | still does | possible fibrosis & emphysema |
| | 61 | 27 | cigs. 6/day | 25 years | still does | possible emphysema |
| | 52 | 2 | cigs. /t | 4 years | still does | normal |
| | 24 | 1 | cigs. 1 pack/day | 7 years | still does | normal |
| | 54 | 3 | cigs. 20-30/day | 35 years | still does | normal |
| | 52 | 12 | cigs. 1 pack/day | 30 years | still does | normal |
| | 48 | 12 | cigars 10/day | 19 years | quit 4 yrs. ago | normal |
| | 56 | 11 | cigs. 1 pack/day | 25 years | quit 4 yrs. ago | possible very minimal fibrosis |
| | 31 | 1 | cigs. 1/2 pack/day | 14 years | still does | normal |
| | 28 | 3 | cigs. 2-1/2 packs/day | 10 years | quit 6 mo. ago | normal |
| | 42 | 21 | cigs. 1 pack/day | 15 years | still does | fibrosis, both lungs. |

02146523

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHEN QUIT | X-RAY STATUS |
|---|---|---|---|---|---|---|
|  | 51 | 1 | cigs 1/2 pack/day | 20 years | quit 1-1/2 yrs. ago | normal |
|  | 36 | 20 | cigs 1/2 pack/day | 10 years | quit 6 mo. ago | fibrosis, left lung |
|  | 24 | 2 | none | never | --- | normal |
|  | 48 | 10 | cigs 1 pack/day | 30 years | still does | emphysema & fibrosis, lt. lu[ng] |
|  | 46 | 2 | cigs 1/2 pack/day | 30 years | still does | normal |
|  | 34 | 2 | cigs 1 pack/day | 15 years | still does | normal |
|  | 49 | 11 | cigs 1 pack/day | 23 years | quit 7 yrs. ago | normal |
|  | 54 | 4 | cigs 1 pack/day | 20 years | still does | fibrosis, both lungs |
|  | 51 | 23 | cigs 1-1/2 packs/day | 30 years | quit 6 mo. ago | possible fibrosis, both lung[s] |
|  | 48 | 1 | none | never | --- | normal |
|  | 42 | 9 | cigs 1 pack/day | 7 years | still does | normal |
|  | 54 | 32 | cigs 3 packs/day | 30 years | quit 8 years ago | normal (office work) |
|  | 33 | 4 | cigs 1 pack/day | 15 years | still does | normal |
|  | 45 | 11 | pipe smoker | 20 years | still does | normal |
|  | 46 | 23 | cigs 1 pack/day | 10 years | quit 10 yrs.ago | questionable fibrosis, both lungs. |
|  | 52 | 3 | cigs 25/day | 30 years | still does | poss. emphysema and questionable fibrosis |
|  | 38 | 4 | cigs 1 pack/day | 15 years | still does | normal |
|  | 22 | 3 | none | never | --- | normal |
|  | 41 | 10 | none | never | --- | normal |
|  | 47 | 15 | cigs 1 pack/day | 27 years | still does | fibrosis, both lungs |
|  | 45 | 1 | cigs 1-1/2 pack/day | 4 years | quit 2 yrs. ago | normal |
|  | 41 | 7 | none | never | --- | minimal fibrosis, both lungs |

0214652

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|---|---|---|---|---|---|---|
| | 42 | 14 | cigs 1 pack/day | 25 years | still does | normal |
| | 55 | 21 | cigs 1 pack/day | 20 years | quit 5 years ago | fibrosis, both lungs |
| | 31 | 1 | cigs 10-15/day | 10 years | still does | normal |
| | 30 | 1 | cigs 1/2 pack/day | 5 years | still does | calcification, both lungs |
| | 40 | 2 | none | never | --- | normal |
| | 29 | 9 | cigs 1-1/4 packs/day | 10 years | still does | minimal fibrosis, rt. lung |
| | 31 | 2 | cigs 1/2 pack/day | 2 years | still does | normal |
| | 37 | 0 | cigs 1-1/2 packs/day | 15 years | still does | normal |
| | 18 | 1 | none | never | --- | normal |
| | 56 | 14 | "never smoked much" | --- | quit | questionable minimal fibrosis |
| | 47 | 13 | cigars & pipe | 3 years | quit 3 years ago | normal |
| | 28 | 5 | cigs 1 pack/day | 2 years | quit 9 yrs. ago | normal |
| | 50 | 10 | smokes cigars | ? | still does | possible fibrosis, both lungs |
| | 54 | 1 | none | never | --- | normal |
| | 38 | 19 | cigs 1 pack/day | 20 years | still does | questionable minor fibrosis, left lung |
| | 38 | 13 | cigs 1 pack/day | 12 years | still does | normal |
| | 57 | 4 | cigs 1 pack/day | 45 years | still does | normal |
| | 37 | 19 | none | never | --- | minimal fibrosis, both lungs |
| | 56 | 9 | --- | --- | quit 29 yrs. ago | minimal fibrosis, both lungs |
| | 37 | 9 | cigs 15/day | 20 years | still does | normal |
| | 40 | 15 | cigs 3/day | 35 years | still does | fibrosis, both lungs |

02146525

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|------|-----|--------------|----------------|----------|----------|--------------|
|  | 31 | 3 | cigs 1 pack/day | 12 years | still does | normal |
|  | 29 | 1 | cigs 1 pack/day | 14 years | still does | normal |
|  | 63 | 10 | --- | --- | quit 8 yrs. ago | fibrosis, both lungs |
|  | 42 | 7 | pipe smoker | 25 years | still does | normal |
|  | 53 | 25 | pipe smoker | 10 years | still does | normal |
|  | 27 | 2 | cigs 1 pack/day | 8 years | quit 14 years ago | normal |
|  | 19 | 1 | cigs 1 pack/day | 5 years | quit 2 yrs ago | normal |
|  | 56 | 4 | pipe smoker | 30 years | still does | normal |
|  | 23 | 2 | cigs 1 pack/day | 11 years | quit 6 wks. ago | possible early emphysema |
|  | 47 | 12 | cigs 12/day | 30 years | quit 1 year ago | normal |
|  | 29 | 1 | cigs | 10 years | still does | normal |
|  | 52 | 20 | cigs 1 pack/day | 35 years | still does | normal |
|  | 28 | 2 | cigs 1 pack/day | 12 years | still does | normal |
|  | 56 | 25 | cigs 1-1/2 packs/day | 40 years | still does | normal |
|  | 53 | 2 | cigs - "very few" | -- | quit 3½ yrs. ago | normal |
|  | 44 | 2 | cigs 5-6/day | 6 mo. | still does | normal |
|  | 39 | 2 | cigs 1/3 pack/day | 20 years | quit 1 year ago | normal |
|  | 32 | 6 | cigs 2 packs/day | 10 years | still does | normal |
|  | 47 | 5 | cigs 2 packs/day | 20 years | still does | minimal fibrosis both lungs |
|  | 32 | 3 | cigs 15/day | 10 years | still does | normal |
|  | 40 | 21 | cigs 1/2 to 1 pack/day | 30 years | quit 6 mo. ago | fibrosis both lungs |

02146526

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|---|---|---|---|---|---|---|
| | 39 | 2 | was a cig smoker | 15 years | quit 7 yrs. ago | possible early emphysema. |
| | 54 | 1 | cigs 1 pack/day | 30 years | still does | questionable fibrosis and emphysema |
| | 25 | 2 | cigs 15/day | 5 years | still does | normal |
| | 30 | 2 | cigs 1-1/2 packs/day | 10 years | still does | normal |
| | 49 | 6 | cigs 1 pack/day | 15 years | quit 4 mo. ago | normal |
| | 26 | 1 | cigs 1 pack/day | 12 years | quit 2 wks. ago | normal |
| | 28 | 3 | cigs 1½/day | 10 years | still does | normal |
| | 43 | 11 | was pipe & cigar smoker | 15 years | quit 8 mo. ago | normal |
| | 40 | 10 | cigs 1 pack/day | 20 years | still does | fibrosis, both lungs |
| | 30 | 10 | cigs 15/day | 10 years | still does | normal |
| | ? | 7 | none | never | --- | normal |
| | 31 | 1 | cigs 25/day | 10 years | quit 5 mo. ago | normal |
| | 49 | 2 | cigars 20 day | 35 years | still does | fibrosis & emphysema both lungs |
| | 50 | 25 | cigs 6/days | 20 years | quit 6 yrs. ago | possible minimal fibrosis both lungs |
| | 50 | 8 | cigs 1 pack/day | 25 years | still does | emphysema and minimal fibrosis both lungs |
| | 60 | 3 | cigs 1 pack/day | 40 years | still does | emphysema both lungs |
| | 56 | 23 | cigs 1 - 1½ packs/day | 25 years | still does | fibrosis left lung possible early emphysema |
| | 34 | 1 | none | never | --- | normal |
| | 34 | 2 | cigs 1 pack/day | 10 years | still does | normal |
| | 34 | 10 | none | never | --- | normal |
| | 60 | 9 | cigs 1 pack/day | 15 years | quit 4 mo. ago | normal |

ey, Donald A.

02146527

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|---|---|---|---|---|---|---|
| | 24 | 3 | cigs 1 pack/day | 10 years | still does | normal |
| | 45 | 7 | cigs 10-20/day | 2 years | quit 6 years ago | normal |
| | 56 | 7 | cigs 1 pack/day | 19 years | quit 20 years ago | normal |
| | 37 | 13 | none | never | --- | tumor mass left lung |
| | 36 | 1 | cigs 1 pack/day | 20 years | still does | normal |
| | 20 | 1 | cigs 1/2 pack/day | 10 years | still does | normal |
| | 49 | 17 | smokes cigs | 25 years | still does | fibrosis, both lungs |
| | 35 | 6 | cigs 1 pack/day | 15 years | still does | normal |
| | 49 | 19 | cigs 1/2 pack/day | 40 years | still does | possible emphysema, both lungs |
| | 42 | 18 | cigs 1 pack/day | 30 years | quit 11 years ago | normal |
| | 47 | 12 | cigs 1 pack/day | 29 years | quit 1 year ago | fibrosis, both lungs |
| | 31 | 2 | cigs 1 pack/day | 13 years | still does | normal |
| | 47 | 1 | cigs 1-1/2 packs/day | 15 years | still does | normal |
| | 29 | 1 | cigs 10/day | 15 years | still does | normal |
| | 23 | 4 | cigs 15/day | 7 years | still does | normal |
| | 32 | 15 | cigs 1 pack/day | 3 years | quit 4 years ago | normal |
| | 50 | 15 | "moderate" cigarette smoker | 40 years | still does | normal |
| | 38 | 1 | cigs 1-1½ packs/day | 10 years | still does | normal |
| | 56 | 24 | cigs 1-1/2 packs/day | 40 years | still does | fibrosis, both lungs |
| | 54 | 14 | cigs 5-6, cigars 2/day | 36 years | still does | normal |
| | 23 | 6 | cigs 1 pack/day | 0 years | still does | normal |

02146528

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|------|-----|--------------|----------------|----------|----------|--------------|
|  | 59 | 26 | smoked at one time | ? | quit 20 years ago | normal |
|  | 24 | 5 | cigs 1/2 pack/day | 5 years | still does | normal |
|  | 52 | 19 | cigs 2-3 /day | ? | still does | emphysema and fibrosis both lungs |
|  | 56 | 15 | cigs 2 packs/day | 43 years | still does | emphysema and fibrosis both lungs |
|  | 49 | 11 | cigs 1 pack/day | 10 years | quit 2 yrs. ago | fibrosis both lungs |
|  | 52 | 3 | cigs 1 pack/day | 30 years | still does | normal |
|  | 43 | 3 | cigs 1 pack/day | 10 years | quit 10 years ago | normal |

## ZONOLITE DIVISION

0C146529

**RECEIVED**

DEC 2 9 1969

CONSTRUCTION PRODUCTS DIVISION

H. A. B.

TO      H. A. Brown                      DATE    December 23, 1969

FROM    E. D. Lovick                              Radiological Interpretation of
                                                  X-Rays – Libby  Employees

CC: Peter Kostic

I have received a copy of Larry Parks' letter of December 16 as well as
letters from both you and Peter Kostic.  I have talked with the radiologist
who interprets our X-rays concerning the advisability of having these fol-
lowed up at six-month intervals rather than twelve-month intervals.  He was
rather surprised that this would be recommended for he says that he does not
believe anything could be accomplished by these being taken at six-month
intervals.

The thing that we are looking for in these is such that any change is very
gradual as has been pointed out.  Even a different in technique can change
the apparent results of what the interpretation of the X-rays is.  He did
state that it is possible for tumors or such that can be rather fast-growing
to show up at 6-month intervals, but not the fibrotic conditions which we are
concerned with.  What Mr. Parks may not realize is that results of these
interpretations are also turned over to the employees' personal physician
and in the event that their personal doctor feels that further checkups or
examinations should be given, arrangements are made for these people to follow
up on their own initiative.  This year there have been several cases of employees
being sent to Spokane for additional examinations.  It has always been our
contention that this is the way it should be handled.

Peter points out in his letter that we don't know what to do in the event there
is a change any way.  I believe that this is correct.  My opinion would be
that there should be no change in the annual schedule.

Dr. Little stated that it would be possible for him to recommend specifically
that some of these people have a follow-up rather than relying on the employee's
personal doctor. . Even in the event that he did this, it would seem to me that
we should still have to leave it up to the employee's personal physician to
to see that the follow-up is made at whatever time is recommended if it is to
be in less than a year.

EDLovick/jbg

GRACE



K 2.1.3
LIBRARY 1969 PROOTR
DS BOX 50

From the desk of
H. A. BROWN

To:

02146518

Set up meeting
with Parks.

**EXHIBIT  20**



TO: R. W. Starrett                          Date: March 11, 1969

From: Peter Kostic

cc: R. M. Vining
    C. F. Dugan
    R. A. Kalberg

The following article which appeared in the March issue of Safety Engineering is for your information. I think it would be well at this time, with the advice of counsel, to consider applying a warning or precautionary label or statement on all containers of products containing vermiculite. This may aid our defense in case of product liability claims. The attached extra copies are for distribution as you wish.

Vining

[signature] Peter Kostic

06191709

TO: Peter Kostic                    DATE: March 11, 1969

cc: R. W. Starrett
    R. M. Vining
    R. A. Kalberg

Re:    Labeling of Vermiculite

Reference is made to your memorandum of March 11 concerning the article from Safety Engineering.

Before any labeling of containers of products containing vermiculite is done we should indeed study very carefully the content of the labeling and the consequences of putting a label on the package. By warning people or inadequately warning people we may be incurring liability to which we would not otherwise be subject.

I do not believe that vermiculite could be classified today as a poisonous substance for which labeling may be required.

[signature] Charles F. Dugan

Charles F. Dugan

CFD/MS

"It would be well at this time, with the advice of counsel, to consider applying a warning or precautionary label on all containers of products containing vermiculite"

Before any labeling . . . we should indeed study . . . the consequences . . . By warning people or inadequately warning people we may be incurring liability . . .



06191709

TO:  Peter Kostic                DATE:  March 31, 1969

cc:  R. W. Sterrett
     R. M. Vining
     R. A. Kulberg

Re:  Labeling of Vermiculite

Reference is made to your memorandum of March 11 concerning the article from Safety Engineering.

Before any labeling of containers of products containing vermiculite is done we should indeed study carefully the content of the labeling and the consequences of putting a label on the package. By warning people or inadequately warning people we may be incurring liability to which we would not otherwise be subject.

I do not believe that vermiculite could be classified today as a poisonous substance for which labeling may be required.

Charles F. Dugan

Charles F. Dugan

CFD/MS



PLAINTIFF'S
EXHIBIT
G-55.5

**EXHIBIT 21**

> "Both Attic Fill and Masonry Fill exceed the 2 and 5 fibre levels. This necessitates a binder development program or other remedy"

GRACE

CONSTRUCTION PRODUCTS DIVISION

MAR 11 1976

CONFIDENTIAL

March 11, 1976

To:     H. A. Brown

From:   R. M. Locke

Subj:   Recent Sampling in Connection with Omaha
        Citations 4 and 5 (Product and Waste)

1.  Sampling Conclusions: Based upon these very few, hurried tests which
    would be nice to verify between plants and with more job sites,

    A.  Both Concrete Aggregate and Monokote are under 2 fibre, pro-
        bably due to outdoor use with free air circulation. Only Dallas
        product has been tested, however, and there may be plant to plant
        variations in addition to the job site variations.

    B./C.  Both Attic Fill and Masonry Fill exceed the 2 and 5 fibre levels.
           This necessitates a binder development program or other remedy.

    D.  Horticultural appears to be no problem.

    E./F.  Wetting stoner rock appears to put us below the 2 fibre level
           on waste disposal.

    Other:  The above represent over 80% Libby output. Industrial (not tested
            but 5% of Libby) probably approximates Attic and Concrete Aggre-
            gate depending upon ore site, application geometry, and ventilation.

2.  Using the Omaha extension to 31 December 1976 for action on items 4 and 5,
    a Binder Development Program should be initiated immediately. If this program
    is unsuccessful, uneconomic, requires extensive plant modifications to im-
    plement or runs into timing problems, back-up measures will be necessary.

    Such back-up programs might include:  Reformulating Attic Fill; Restricting
    Masonry Fill to S.C. #4 with freight cost penalty in northern markets or
    substitution of perlite from expanding plants so equipped; Acceleration of
    wet mill clean-up potential; Low-vacuum furnace settings; Teflon binding;
    Air alluriation; and other. Some of the above are unlikely. However,
    back-up is the point.

    A review of the West Chicago stoner discharge water spray should be possible
    shortly.

    It also should be noted the potential exists that OSHA might inspect another
    plant and a different Regional Office might issue deadlines on product or
    rock earlier than the extruded Omaha deadlines (the extruded Omaha deadlines are 30
    September 30, 1977 deadline for 2 fibre). In that it
    conceivably be cited as a precedent for uniformity at 31 December 1976 and
    30 September 1977.

10042596

EXHIBIT
18
Emergency Notice

PLAINTIFF'S
EXHIBIT
21
WDL 1376

H. A. Brown    -2-    March 11, 1976

DETAIL

1. Sampling.

Sampling of selected products was done during the last two weeks of February. The samples are not representative of all plants and of all uses of Libby products, but several conclusions may be drawn.

A. Concrete Aggregate and Monokote
(Sampling on jobsites with Dallas-made Libby #4 product)

Contractor employees opening bags, operating mixers, and disposing of bags received the highest exposures, but these were below the July lot 2 (fibre tolerance level (highest exposures were 1.0 to 1.5). Monokote gun operators (who routinely wear respirators) may be subject to 1.0 levels. Contractor employees cleaning up dried Monokote may receive levels between 2 and 5 fibres. The fibre concentrations on the roof (all less than 1 fibre) were probably a result of fibres from the ground mixer area.

In summary, it appears that application of Zonolite Insulating Concrete and Monokote do not create fibre exposures over 5 or 2 with two qualifying remarks; that (a) all sampling was out of doors or in wall-less buildings and (b) the Libby #4 product was from the Dallas plant exclusively (Reference: T&A #48071).

B. Attic Fill

Attic Fill, tested twice, in its current form creates fibre counts in excess of the 5 fibre level generally and in excess of the 10 fibre ceiling in some instances. Wetting with water to approximately 2½ quarts per 3 cu.ft. bag reduces fibre counts to approximately the 2 fibre level. Sampling of Attic Fill 18 hours and 18 months after application indicates essentially no airborne residual fibres in the attic area following prior applications of vermiculite (Reference: T&A #48078 and #48880).

C. Masonry Fill (Asphalt Treated)

Masonry Fill (asphalt treated), tested twice, creates fibre counts in excess of the 5 fibre level generally, and in excess of the 10 ceiling level in some instances. Compared with the Insulating Concrete and Monokote samples (also Libby #4), the geometry of filling a hollow wall from above may be the reason for the higher fibre counts. To some degree the expanding plant may also be part of the reason (Dallas D-18; Trenton Model A).

As was the case with Attic Fill, once pouring ceases, the fibre counts rapidly decline to nearly zero. (Reference: T&A #48880 and #48885).

A test will occur week of 15 to 19 March using the Attic Fill experiment above. If the "snow-..." experiment ... ... uct Attic Fill occur with Masonry Fill, pouring into block cores may be difficult.

"Attic Fill, tested twice, in its current form creates fibre counts in excess of the 5 fibre level generally and in excess of the 10 fibre ceiling in some instances."

10042597

**GRACE**

**CONSTRUCTION PRODUCTS DIVISION**

MAR 11 1976

CONFIDENTIAL

7

March 11, 1976

To:    H. A. Brown

From:  R. H. Locke

Subj:  Recent Sampling in Connection with Omaha
       Citations 4 and 5 (Product and Waste)

1.  Sampling Conclusions.  Based upon these very few, hurried tests which
    would be nice to verify between plants and with more job sites.

    A.  Both Concrete Aggregate and Monokote are under 2 fibre, pro-
        bably due to outdoor use with free air circulation.  Only Dallas
        product has been tested, however, and there may be plant to plant
        variations in addition to the job site variations.

    B./C.  Both Attic Fill and Masonry Fill exceed the 2 and 5 fibre levels.
        This necessitates a binder development program or other remedy.

    D.  Horticultural appears to be no problem.

    E./F.  Wetting stoner rock appears to put us below the 2 fibre level
        on waste disposal.

    Other.  The above represent over 80% Libby output.  Industrial (not tested
        but 5% of Libby) probably approximates Attic and Concrete Aggre-
        gate depending upon ore size, application geometry, and ventilation.

2.  Using the Omaha extension to 31 December 1976 for action on items 4 and 5,
    a Binder Development Program should be initiated immediately.  If the program
    is unsuccessful, uneconomic, requires extensive plant modifications to im-
    plement or runs into timing problems, back-up measures will be necessary.

    Such back-up programs might include:  Reformulating Attic Fill; Restricting
    Masonry Fill to S.C. 04 with freight cost penalty in northern markets, or
    substitution of perlite from expanding plants so equipped; Acceleration of
    wet mill clean-up potential; Low-vacuum furnace settings; Teflon binding,
    Air allutriation; and other.  Some of the above are unlikely.  However,
    back-up is the point.

    A review of the West Chicago stoner discharge water spray should be possible
    soon.

    Last, it should be noted the potential exists that OSHA might inspect another
    plant and a different Regional Office might issue deadlines on product or
    rock earlier than the extended Omaha deadlines (the same applies to the
    September 30, 1977 deadline for 2 fibre).  In that event, Omaha timing could
    conceivably be cited as a precedent for uniformity at 31 December 1976 and
    30 September 1977.

                                                        10042596

H. A. Brown                           -2-                    March 11, 1976

DETAIL

1. Sampling.

Sampling of selected products was done during the last two weeks of
February. The samples are not representative of all plants and of all
uses of Libby products, but several conclusions may be drawn.

A. Concrete Aggregate and Monokote
(Sampling on jobsites with Dallas-made Libby #4 product)

Contractor employees opening bags, operating mixers, and disposing
of bags received the highest exposures, but these were below the
July 1st 2 fibre tolerance level (highest exposures were 1.0 to 1.5).
Monokote gun operators (who routinely wear respirators) may be
subject to 1.0 levels. Contractor employees cleaning up dried
Monokote may receive levels between 2 and 5 fibres. The fibre con-
centrations on the roof (all less than 1 fibre) were probably a result
of fibres from the ground mixer area.

In summary, it appears that application of Zonolite Insulating
Concrete and Monokote do not create fibre exposures over 5 or 2
with two qualifying remarks; that (a) all sampling was out of doors
or in wall-less buildings and (b) the Libby #4 product was from
the Dallas plant exclusively (Reference: T&A #48871).

B. Attic Fill

Attic Fill, tested twice, in its current form creates fibre counts
in excess of the 5 fibre level generally and in excess of the 10 fibre
ceiling in some instances. Wetting with water to approximately 2½ quarts
per 3 cu.ft. bag reduces fibre counts to approximately the 2 fibre level.
Sampling of Attic Fill 18 hours and 18 months after application indicates
essentially no airborne residual fibres in the attic area following
prior applications of vermiculite (Reference: T&A #48878 and #48880).

C. Masonry Fill (Asphalt Treated)

Masonry Fill (asphalt treated), tested twice, creates fibre counts in
excess of the 5 fibre level generally, and in excess of the 10 ceiling
level in some instances. Compared with the Insulating Concrete and
Monokote samples (also Libby #4), the geometry of filling a hollow wall
from above may be the reason for the higher fibre counts. To some
degree the expanding plant may also be part of the reason (Dallas D-18;
Trenton Model A).

As was the case with Attic Fill, once pouring ceases, the fibre counts
rapidly decline to nearly zero. (Reference: T&A #48880 and #48885).

A test will occur week of 15 to 19 March using Masonry Fill wetted like
the Attic Fill experiment above. If the "snowballs" experienced with the
wet Attic Fill occur with Masonry-Fill, pouring into block cores may be
difficult.

10042597

H. A. Brown                    -3-                    March 11, 1976

D. **Horticultural** tests on consumer use of Ready Earth and Terralite Vermiculite indicate essentially no airborne fibres, or less than 0.1 fibre (Reference. T&A 048890).

E. **Dry Stoner Rock** in Omaha creates fibre exposures between 2 and 5 fibres for an employee transporting it to the dumpster while he is doing it. His time weighted average may differ. The contractor employee disposing of the waste in the dumpster is exposed to less than 1 fibre (0.6) even though in close proximity at the dump (Reference: T&A 048877).

F. **Wet Stoner Rock** in W. Chicago; conclusions are hampered both by all West Chicago samples being Engineering type and by inconsistencies in the data versus Omaha. However, it appears the wetted rock may be well below the 2 fibre level for employee exposures (Reference. T&A 048872).

R. H. Locke

RHL/cgr

10042598

**EXHIBIT  22**



Q. You didn't send a letter out [to the owners of buildings and schools and hospitals]?

A. What would be the reason for that? We would have everybody and his uncle trying to find out if they could sue us.

A. You may be a good lawyer, but you would be a very poor businessman to want to spread detrimental things around about the company you work for . . . You don't tell the world about your shortcomings

**10/23/91 DEPOSITION OF ROBERT JUNKER**

P.84

Q.    When you got that letter, do you know if you or Mr. Moran ever sent a letter out to the owners of the buildings and schools and hospitals?

A.    No, we didn't.

Q.    You didn't send a letter out?

A.    What would be the reason for that?  We would have everybody and his uncle trying to find out if they could sue us.  That would be asking for — that would be murder.

* * *

Q.    Just so I understand, you didn't send a letter out advising building owners about asbestos health problems —

A.    Absolutely not.

Q.    — because you thought they would sue you?

A.    What?

Q.    Because you thought maybe they would sue you?

A.    Well, wouldn't you?  You would be suing everybody that you know, wouldn't you?  You would get every case you could get to sue, and you know you would. . . .

* * *

P.97

Q.    Mr. Junker, do you remember whether Grace told you to quit giving out vermiculite in the form of a letter, or was that in a telephone call, or what?

A.    That, I don't remember.  That, I don't remember for sure.  I doubt that it was a letter because don't think that was the kind of thing they wanted to get spread all over the place, but —

Q.    Why don't you think that's the kind of thing they want to spread all over the place?

A.    Well, it's business.

* * *

Q.    Why don't you think this is the kind of letter that Grace wants to spread around?

[OBJECTION]

A.    You may be a good lawyer, but you would be a very poor businessman to want to spread detrimental things around about he company you work for, because that's what that would be.  You don't tell the world about your shortcomings in the business world if you can help it.





NO. 90-1760-H

| | |
|---|---|
| H. WALLY SHIPLEY and FAYE SHIPLEY; WELDON COOK and BILLYE COOK; VIRGEL LEON ZIMMERMAN and RUTH ZIMMERMAN; HERBERT WILLIAMS and INEZ WILLIAMS; ARTHUR JAMES DAVIS; and J. R. GENTLE | * IN THE DISTRICT COURT OF |

H. WALLY SHIPLEY and FAYE      *    IN THE DISTRICT COURT OF
SHIPLEY; WELDON COOK and       *
BILLYE COOK; VIRGEL LEON       *
ZIMMERMAN and RUTH             *
ZIMMERMAN; HERBERT WILLIAMS    *
and INEZ WILLIAMS; ARTHUR      *    DALLAS COUNTY, TEXAS
JAMES DAVIS; and J. R.         *
GENTLE                         *
                               *
VS.                            *
                               *
ARMSTRONG WORLD INDUSTRIES     *
INC., ET AL.                   *    160TH JUDICIAL DISTRICT

- - -

ORAL DEPOSITION

OF

ROBERT JUNKER

- - -

ANSWERS AND DEPOSITION OF ROBERT JUNKER, produced as a witness at the instance of the Plaintiffs, taken in the above-styled and -numbered cause on the 23rd day of October, 1991, at 1:30 p.m., before Sherri B. Garza, a Certified Shorthand Reporter in and for the State of Texas, at the home of Mr. Robert Junker, 10129 Rockmoor Drive, in the City of Dallas, County of Dallas, State of Texas, in accordance with the Notice issued and the agreements hereinafter set forth.

COPY

PRITCHETT & ROMANS      (214) 373-4977      DALLAS, TEXAS

1          A.    No, I don't remember how we did it.  Probably

2    sent it to the dump somewhere.

3          Q.    When you got that letter, do you know if you

4    or Mr. Moran ever sent a letter out to the owners of the

5    buildings and schools and hospitals?

6          A.    No, we didn't.

7          Q.    You didn't send a letter out?

8          A.    What would be the reason for that?  We would

9    have everybody and his uncle trying to find out if they

10   could sue us.  That would be asking for -- that would be

11   murder.

12                MS. CLARK:  Object.

13         A.    And as an attorney, you should know that.

14                MS. CLARK:  I object to the

15                responsiveness of the answer.

16         Q.    Just so I understand, you didn't send a

17   letter out advising building owners about asbestos health

18   problems --

19         A.    Absolutely not.

20         Q.    -- because you thought they would sue you?

21         A.    What?

22         Q.    Because you thought maybe they would sue you?

23         A.    Well, wouldn't you?  You would be suing

24   everybody that you know, wouldn't you?  You would get

25   every case you could get to sue, and you know you would,

1    you personally, if that letter was sent out telling you

2    how asbestos had ruined your building, and you better go

3    to Grace and get all the money you can because that's a

4    big conglomerate, and you better get on the gravy train.

5    I never heard of anybody saying something like that.

6    Nobody in his right mind would write a letter like that,

7    nobody.

8                   MS. CLARK:  Mr. Junker, what you need

9                   to do is respond to his question.  I

10                  understand you've gotten upset and that this

11                  is taking a while.  We've been here over two

12                  hours now.  But I object to the

13                  responsiveness of the answer.  What you need

14                  to do, and we'll be through quicker, if

15                  you -- and I don't want you to be upset, but

16                  you need to answer his question and -- answer

17                  his question, but try to refrain from

18                  discussion beyond that.

19                  THE WITNESS:  Some things I can't

20                  refrain from, and that's one of them.

21                  MS. CLARK:  I understand, but why

22                  don't we try to proceed, so we can get this

23                  finished.

24                  THE WITNESS:  Let's get it over with.

25                  MS. CLARK:  We've gone for two hours

1       now.

2                    MS. O'CONNELL:  Can I ask, Counsel,

3       how much longer do you think you have?

4                    MR. WORTHINGTON:  Not much longer.

5       I appreciate your advice.

6                    We can get through with this a lot

7       quicker if you just answer the questions and

8       move on.

9                    THE WITNESS:  You don't take an

10      answer.

11                   MS. O'CONNELL:  One thing I think

12      would be helpful is if you tried not to

13      repeat your questions.  I think he feels he's

14      answered many of the things you're asking,

15      and you're asking him the same thing over

16      again.

17                            (Interruption in proceedings.)

18          Q.    Mr. Junker, when you got the letter from

19  W. R. Grace advising the company to quit using asbestos,

20  did you and Mr. Moran or anyone else ever talk about

21  whether you should let all the building owners know about

22  that letter?

23          A.    No.

24          Q.    Did you ever think that perhaps you should

25  write a letter to everyone?

1      A.    No.  It never entered my mind or his or

2   Grace's, I'm sure.

3      Q.    Why did you not want to send out such a

4   letter?

5           MS. CLARK:  I object.  You've asked

6           this question.

7      A.    That's asking for the same thing I said

8   before.

9      Q.    I didn't understand your answer.  I want to

10  make sure I understand.

11     A.    I said every building owner would bring suit.

12          MS. CLARK:  Wait a minute, Mr. Junker.

13          I think he said it never entered his

14          mind to send such a letter.  They never

15          discussed sending such a letter, and I think

16          that this is, you know, entering into an area

17          that's totally not related to any issue in

18          this lawsuit, so I object, and I think you

19          should move on because we've been here over

20          two hours.

21          THE WITNESS:  Don't keep mentioning

22          that.  Let's get it over with.

23          MR. WORTHINGTON:  Off the record a

24          second.

25               (Discussion off the record.)

1          Q.    Mr. Junker, do you remember how you got an

2    inkling, to use your word, that asbestos could cause

3    health problems to workers?

4          A.    By reading the articles on it, on asbestosis.

5          Q.    Were those in -- what kind of documentation?

6          A.    I think one of them was in Reader's Digest.

7    Some of it was in the newspapers, wherever.

8          Q.    Did W. R. Grace ever send you a memo about

9    the health problems with asbestos?

10         A.    Not until that one.

11         Q.    Not until the one that advised you to quit

12   using it altogether?

13         A.    Right.  I don't think so.  I don't remember.

14         Q.    When you got that stop-using-asbestos letter

15   from Grace, did you and Mr. Moran ever talk about what the

16   economic impact of that would be on your company?

17         A.    Oh, I'm sure we did, yeah, yeah.

18         Q.    What did y'all talk about, Mr. Junker?

19         A.    The loss of profits.  The loss of gross

20   profit.

21         Q.    You think removing asbestos would result in a

22   loss of profits?

23         A.    Yeah.

24         Q.    Why is that?

25         A.    We wouldn't be selling it.  Any time you take

1    a good gross profit product off the line, off the market,

2    and refrain from selling it, you're bound to be -- have

3    less sales.  You've got to make it up somewhere, so we

4    went to work on trying to make it up with Monokote and

5    other vermiculite sales and so on and so forth.

6          Q.    Once the company stopped putting asbestos in

7    their products, did Grace continue to sell nonasbestos

8    Monokote and Zonolite?

9          A.    As far as I know, they did.  Texas

10   Vermiculite did.

11         Q.    Was the company still profitable with

12   nonasbestos products?

13         A.    Yeah.  We were making money.  That was a good

14   year financially, good -- the economy was up in those

15   years.

16         Q.    Do you remember at all what year that was,

17   Mr. Junker?

18         A.    No, not specifically.

19         Q.    Do you know which decade that was?

20         A.    That we stopped using it?

21         Q.    Yes.

22         A.    Well, no, I don't remember specifically what

23   decade it was either.

24         Q.    But the same year that you pulled out the

25   asbestos was a good year to your company?

1           A.     Well, it wasn't as bad as we had thought it

2     might be.

3           Q.     What kind of substitute or alternative --

4           A.     And I think it was late in the year that it

5     happened, too, if I recall.

6           Q.     Do you remember what the company used to

7     replace asbestos with in the Zonolite and Monokote

8     products?

9           A.     No, except maybe more of the gypsum and

10    bentonite and stuff like that.

11          Q.     Were Storbeck & Gregory and your other

12    customers continuing to buy your material after you took

13    the asbestos out?

14          A.     Yeah.  Those that were doing fireproofing

15    did.

16          Q.     Do you know, Mr. Junker, whether a bag of

17    asbestos-containing MK-3 Monokote fireproofing cost more

18    or less than a bag of nonasbestos-containing Monokote

19    fireproofing?

20          A.     Oh, it's bound to cost a little more with the

21    asbestos in it because asbestos isn't exactly cheap.

22          Q.     Do you know what the price difference would

23    have been?

24          A.     No, because I don't know what they make it

25    out of now.

ROBERT JUNKER

91

1    Q.   Well, back in the year that the company

2  stopped using asbestos in their Monokote, do you remember

3  if the Monokote without the asbestos cost more than ten

4  cents or more than twenty cents than the asbestos bag?

5    A.   We got a good price for Monokote, a real good

6  price.  Ten cents wasn't that much money in those days for

7  a Monokote bag because it was an expensive product, so I

8  don't know.  It could have been a 25 cents difference.  I

9  don't really know.

10    Q.   You understand that the bag of MK-3 had

11  asbestos in it; is that right?

12    A.   I think it did.

13    Q.   And the bag of MK-5 did not have raw

14  asbestos, right?

15    A.   As I remember, yeah.

16    Q.   Do you know if the bag of MK-5 cost more or

17  less than the bag of MK-3 back in the '70s?

18    A.   I don't remember.  Oh, I doubt that it cost

19  less.

20    Q.   The MK-5 cost less?

21    A.   No, I doubt that it does.

22    Q.   You think it cost more, then?

23    A.   Especially nowadays.

24    Q.   But back in the '70s, you think it cost more?

25    A.   I don't know.  I really don't know.

ROBERT JUNKER

1      Q.    It didn't make a big impression on you in

2   terms of the price difference between the asbestos and

3   nonasbestos bag of Monokote?

4      A.    You mean selling it or making it?

5      Q.    Both.

6      A.    Well, every time I made a product, I analyzed

7   the cost to make it and gave it to Mike and told him, this

8   is what we can make it for.  And then he, with other

9   people, would decide what we should get for it and make a

10  decent profit, all of us together, and that's the way we

11  worked it.  And I just don't remember what we came up with

12  because I don't remember what we put in that we did not

13  put in when there was asbestos, but probably more of those

14  products, those raw materials.

15     Q.    Just so I understand, Mr. Junker, you don't

16  remember today whether the bag of MK-5 cost more or less

17  than the bag of MK-3?

18     A.    I would say it cost more.

19     Q.    Do you remember how much at all the

20  difference was?

21     A.    No.

22              MS. CLARK:  I object.  It's been asked

23          and answered.

24              And you can stand on your answer that

25          you've already given, Mr. Junker, and you

ROBERT JUNKER

93

1    don't have to keep trying to answer the same

2    question, if you would like to do that.

3                    Because I think it has been asked and

20

4    answered, Mr. Worthington.

5        Q.    Do you know if the difference was a nickel or

6    a dime?

7                    MS. CLARK:    I object.    It's been asked

8    and answered.

9        A.    I said that before.    I don't know.    I said it

10   might be a quarter, and it could be even more than that.

11   I don't know.    You don't remember those kind of things.    I

12   was figuring up the cost on 25, 30, 40 products, and I do

13   not remember what it cost to make this or that or the

14   other thing all the time.    I wrote it down, and its

15   analysis and everything, but that's all I did.

16       Q.    I just have two more lines of questioning,

17   Mr. Junker, and then we're done.    First of all, I want to

18   ask you a few questions about vermiculite.    All right?

19       A.    All right.

20       Q.    Have you ever heard of the word "tremolite"

21   asbestos?

22       A.    Is that with asbestos in it -- vermiculite

23   with asbestos?

24       Q.    I'm asking you.    I'm not going to testify for

25   you.

1        A.    I've never heard of the cestolite (phonetic)

2   or whatever.

3        Q.    Tremolite?

4        A.    Oh, tremolite, no.  I have never heard of

5   that.  I think one of these girls mentioned it, and I had

6   never heard of it.

7        Q.    By "one of these girls," you mean one of

8   these lawyers?

9        A.    Yeah.

10                THE WITNESS:  Oh, pardon me.  You are

11                not girls; you are lawyers.

12        Q.    Did you ever understand in the '50s, '60s or

13   '70s, that vermiculite from Libby, Montana had a form of

14   asbestos in the ore?

15        A.    Yes.  Yes, we did.  We knew it.  We found out

16   about it from Grace.  We used to give it out to people to

17   fill up their yards, raise low spots, but we stopped

18   giving it out.  We would not let anybody take it home for

19   that reason.

20        Q.    When did you stop giving it out?

21        A.    I don't know.  I don't remember the year.

22        Q.    When you say "give it out," do you mean give

23   it out to just people?

24        A.    Yeah, they would pick it up in bags and take

25   it home and fill in low spots.

1       Q.      For their houses?

2       A.      Yeah, their yards.

3       Q.      Why did you no longer give them the

4  vermiculite?

5       A.      Because Grace told us that.

6       Q.      Told you what?

7       A.      That there was a certain amount of asbestos

8  in vermiculite.

9       Q.      Did anyone from Grace ever tell you that

10  tremolite asbestos was a definite health hazard at the

11  Libby, Montana plant and also in the expanding plants?

12      A.      Not specifically, no.

13      Q.      Did they ever tell you that in a general way?

14      A.      Well, yeah, they did, by telling us not to

15  give any out.

16      Q.      Again, if you don't know, that's fine, but do

17  you remember at all what decade that was, or what year

18  that was?

19      A.      I remember what's his name took that out to

20  his house out in Farmers Branch from Chicago.

21                    THE WITNESS:  You know, Elaine's

22              husband.

23              MRS. JUNKER:  Oh, Howard?

24              THE WITNESS:  Howard.

25              MRS. JUNKER:  That's been 20 years

1           ago, or more than that.

2                   THE WITNESS:  Not when he took it out

3           to his house.

4                   MRS. JUNKER:  It's been a long time

5           ago.  Good grief, it was a long time ago.

6       A.  So it was the '60s.  The decade was the '60s.

7       Q.  You think it was in the 1960s?

8       A.  Yeah.

9       Q.  But you're not real sure, are you?

10      A.  She's sure.

11                  MRS. JUNKER:  No, I'm not sure.

12      A.  He came down in the middle '50s and built a

13      home.

14                  MS. CLARK:  Wait.  He's given you an

15          answer, and that's his best estimate, and I

16          don't think you can ask him if he's sure or

17          not sure.  He said that it's based on his

18          memory, and that's his best estimate, so I

19          think the answer should stand.

20      A.  We stopped letting people take it home.

21                  MR. WORTHINGTON:  Sandra, with all due

22          respect, I don't know if he said the '50s,

23          '60s or '70s.  I don't know what he said.

24                  MS. CLARK:  He said the '60s.

25                  MRS. JUNKER:  He said he didn't

1          remember.

2                    MR. WORTHINGTON:  So you say the '60s.

3          She says -- that's why I'm asking these

4          questions, because I don't know the answer.

5                    MS. CLARK:  No, you said -- well,

6                    anyway.  I instruct him not to answer.  The

7                    record can speak for itself.  You can go on

8                    to a different question.

9          Q.   Mr. Junker, do you remember whether Grace

10   told you to quit giving out vermiculite in the form of a

11   letter, or was that in a telephone call, or what?

12         A.   That, I don't remember.  That, I don't

13   remember for sure.  I doubt that it was a letter because I

14   don't think that was the kind of thing they wanted to get

15   spread all over the place, but --

16         Q.   Why don't you think that's the kind of thing

17   they want to spread all over the place?

18         A.   Well, it's business.

19                   MS. CLARK:  That's calling for

20                   speculation.  He can't testify what Grace

21                   wanted or didn't want.  He's just merely

22                   speculating about that, and you are asking

23                   him to speculate what someone else or some

24                   other group of people may have wanted to do,

25                   Roger, and that's an improper question.

**EXHIBIT  23**

001521

**GRACE**

Consumer Products Division

TO:   E. T. O'Reilly - Grace/NY

FROM:   R. C. Walsh

CC:   O. M. Favorite

DATE: November 1, 1985

As we discussed yesterday, one way to think about lung cancer risk relating to exposure to vermiculite containing tremolite is to look at the total work population involved in the application of our products.

In my memo to Felix Lardin of September 13, Exhibit IV showed a risk assessment analysis based on a "man years" approach. The analysis showed that one can calculate just over one-tenth of an excess lung cancer case as a result of ten years of application of our products.

Yesterday, I translated the man years approach to a working population approach and came up with some 30,000 people. The following shows the derivation of the number.

(See following page)

> One way to think about lung cancer risk relating to exposure to vermiculite containing tremolite is to look at the total work population involved in the application of our products.

> Yesterday, I translated the man years . . . and came up with some



PLAINTIFF'S
EXHIBIT
23
MDL 1376

EXHIBIT
17
Emergency Notice

001521

**GRACE**

Construction Products Division

TO:     K. T. O'Reilly - Grace/NY          DATE: November 1, 1985

FROM:   R. C. Walsh

CC:     O. M. Favorito

As we discussed yesterday, one way to think about lung cancer risk relating to exposure to vermiculite containing tremolite is to look at the total work population involved in the application of our products.

In my memo to Felix Larkin of September 13, Exhibit IV showed a risk assessment analysis based on a "man years" approach. The analysis showed that one can calculate just over one-tenth of an excess lung cancer case as a result of ten years of application of our products.

Yesterday, I translated the man years approach to a working population approach and came up with some 30,000 people. The following shows the derivation of the number.

(See following page)



PLAINTIFF'S
EXHIBIT
G-133.6
ALL STATE LEGAL SUPPLY CO


Printed on Recycled Paper
20% Post Consumer Waste

**EXHIBIT  24**



United States
Environmental Protection
Agency

# Office of Pollution Prevention and Toxics

## Asbestos in Vermiculite Insulation

The U.S. Environmental Protection Agency (EPA) offices have received a large number of phone calls from citizens concerned about insulation that might contain asbestos in their homes. EPA is gathering more information about vermiculite insulation and other products containing vermiculite that may be contaminated with asbestos. If you suspect vermiculite insulation is in your home, the safest thing is to leave the material alone. If you decide to remove or must otherwise disturb the material due to a renovation project, consult with an experienced asbestos contractor. The following information provides a common-sense approach to help you find out what kind of insulation is in your home and decide what to do if you have vermiculite insulation.

Background
Why is it a problem?
What does it look like?
What should I do if I have vermiculite insulation?
How do I find an accredited asbestos removal professional?
Where can I get more information?

## Background

Product names cannot be used to determine if your insulation might contain asbestos. All vermiculite is likely to contain small or trace amounts of asbestos. EPA believes that a number of manufacturers produced insulation from vermiculite. One mine in the United States produced over 70 percent of the world's vermiculite before the mine was closed in 1990. Vermiculite products generated from this mine were likely to have been contaminated with asbestos.

 Back to Top

## Why is it a problem?

If disturbed, asbestos fibers in vermiculite insulation may get into the air. These fibers can be inhaled and become trapped in the lungs where they may cause diseases such as asbestosis, lung cancer, and mesothelioma. These diseases can develop many years after exposure to asbestos.

http://www.epa.gov/asbestos/insulation.htm

12/29/2000


PLAINTIFF'S
EXHIBIT
24
MDL 1376

**Back to Top**

## What does it look like?

Vermiculite is a mineral that is shaped like a small nugget, and varies in color from silver-gold to gray- brown. The asbestos fibers contained in vermiculite attic insulation are generally too small to be seen without magnification. Only a trained technician using careful microscopic examination can see asbestos fibers.



Click on the image to see an enlarged picture of vermiculite.

**Back to Top**

## What should I do if I have vermiculite insulation in my home ?

Look at the insulation without disturbing it. If it appears you have vermiculite insulation in your home, we recommend the following steps:

- If possible, leave the insulation undisturbed. Asbestos particles will not become airborne if the insulation is contained. If it's sealed behind wallboards and floorboards or is isolated in an attic that is vented outside, the best approach is to keep it in place.

- If you are planning to remodel or replace vermiculite insulation, have it tested first.
  o  EPA recommends using a trained and accredited professional to conduct the tests. If you decide to remove the vermiculite home insulation, use accredited, licensed asbestos removal professionals. Use of a "negative pressure enclosure" technique will

prevent asbestos fibers and dust from escaping from the attic into the rest of the home. **Do not attempt to do this yourself.** You could spread asbestos fibers throughout your home, putting you and your family at risk of inhaling asbestos fibers.

o After the vermiculite insulation is removed, you may want to consider having air monitoring tests done in your attic and throughout the living areas of your home. This is to ensure that the concentration of asbestos fibers in the home is low or not present.

**Back to Top**

## How do I find an accredited asbestos removal professional?

An accredited asbestos inspector has undergone approved training and then taken examinations to be accredited. He or she will be able take samples of the insulation, provide information on the results, and advise about additional tests or options to consider. Inspectors can be found in the Yellow Pages under "Asbestos Consulting and Testing" or "Asbestos Abatement". Ask the inspector to provide the name of the company that trained, accredited him or her. Call that company to confirm whether a particular inspector has had the required training and has up-to-date accreditation. If your State has licensing, confirm that the inspector's license is also current. Companies that can test the air in your home will be found under the same listings.

**Back to Top**

## Where can I get more information?

Information can be found on the hotline and web sites below as it becomes available.

For current information on asbestos and health related information, contact EPA's TSCA Hotline at 1-202-554-1404 or visit EPA headquarters' Asbestos web site: www.epa.gov/asbestos

Also visit the federal Agency for Toxic Substances and Disease Registry (ATSDR) website at www.cdc.atsdr.gov.

**Back to Top**

OPPT Home | EPA Home | Comments | Search

Asbestos Programs

Return to Asbestos Home Page

Environmental Protection Agency Vermiculite Information Page

http://www.epa.gov/opptintr/asbestos/insulation.htm

Last revision  December 7, 2000

**EXHIBIT  25**