UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: FEDERAL-MOGUL          :    Chapter 11
GLOBAL, INC., T&N             :    Case Nos. 01-10578, et al.[1]
LIMITED, et al.,              :
                              :
              Debtors.        :
------------------------

### ORDER: (1) PARTIALLY WITHDRAWING THE REFERENCE, and
###        (2) PROVISIONALLY TRANSFERRING CERTAIN FRICTION
###            PRODUCT CLAIMS

This matter having been opened upon the motion to transfer

(the "Transfer Motion") to this Court by Honeywell International,

Inc. ("Honeywell") certain claims against it arising out of so-

called "friction products" as to which the movant contends it has

a right of indemnification against the debtors in these

administratively consolidated Chapter 11 proceedings (the

"Friction Product Claims"); and it appearing that movant has

removed these cases from the several state courts to the United

States District Courts for the Districts in which these cases

were pending; and the movant having also moved for a provisional

order of transfer to preserve the <u>status</u> <u>quo</u> pending a plenary

hearing and determination by the Court of the Transfer Motion;

and the Court having addressed a substantially similar

application by unrelated Friction Products defendants General

Motors Corporation, Ford Motor Company and Daimler Chrysler

Corporation (the "Big Three") and issued Orders on December 10,

---

[1]See attached list.

2001 and December 18, 2001 withdrawing the reference,
provisionally transferring the Friction Products Claims to this
Court and scheduling a plenary hearing on the Big Three's
transfer motions (the "Big Three Transfer Provisional Orders");
and the Court having reviewed the papers in support of
Honeywell's Transfer Motion; and for reasons further expressed in
the Big Three Provisional Transfer Orders; and good cause
appearing

It is this 19th day of December, 2001

ORDERED, pursuant to 28 U.S.C. § 157 and the Order of this
Court issued December 10, 2001, the reference of this case to the
Bankruptcy Court, Judge Randall K. Newsome presiding, is hereby
withdrawn with respect to Honeywell's Transfer Motion and
provisional transfer motion, and with respect to matters
involving subject matter jurisdiction, abstention and remand
regarding the Friction Product Claims, and it is further

ORDERED that the application for a provisional transfer
Order is granted and the Friction Product Claims are hereby
provisionally transferred to this Court subject to further Order
of the Court, and it is further

ORDERED that with respect to notice that:

1.  A. Dennis Terrell, Esq., of Florham Park, New Jersey
counsel to Honeywell, shall serve on counsel for all claimants
affected by the Provisional Transfer Order and on plaintiffs pro

2

se (the "Transferred Plaintiffs") a copy of this Order, a form of stipulation of waiver of further service in connection with the Transfer Motion, directions on how papers filed relevant to the Transfer Motion may be retrieved from the electronic filing web site maintained by the Clerk of the Delaware Bankruptcy Court and a statement that a paper copy of Honeywell's moving papers is available upon request to Mr. Terrell's office, and that

2.  Service by Mr. Terrell pursuant to this Order shall be accomplished as soon as practicable by first class mail, and it is further

ORDERED that with respect to briefing the Transfer Motion that:

1.  All responses to the Transfer Motion filed or otherwise received by the Court to date are deemed withdrawn, and that

2.  Honeywell's papers in support of the Transfer Motion are hereby accepted as filed, and that

3.  The Transferred Plaintiffs shall be limited to one (1) brief of forty (40) pages, and that

4.  Counsel for the Transferred Plaintiffs shall confer to determine a method by which responsibility for preparing the brief shall be allocated, which method shall be as fair as practicable and best calculated to cause each issue of importance to the Transferred Plaintiffs to be presented to the Court while minimizing redundancy to briefs filed by plaintiffs provisionally

3

transferred to this Court by Big Three Transfer Orders, and that

5.  The Transferred Plaintiffs may join in and rely on any argument stated in any brief filed by any party pursuant to the Big Three Transfer Orders; and that

6.  Briefs and other papers on behalf of the Transferred Plaintiffs shall be served and filed with the Court on or before January 2, 2002, and that

7.  The debtor and/or each of the two committees appointed by the United States Trustee in this Chapter 11 proceeding may serve and file papers, including briefs not to exceed forty pages, in support or opposition to the Transfer Motion on or before January 16, 2002, and that

8.  Honeywell may serve and file reply papers, including a brief not to exceed twenty (20) pages on or before January 22, 2002, and it is further

ORDERED that each of the Transferred Plaintiffs shall be deemed to oppose the Transfer Motion and to adopt the positions taken in the brief submitted on behalf of the Transferred Plaintiffs unless they notify Mr. Terrell to the contrary on or before January 16, 2002, and it is further

ORDERED that the Clerks of the several United States District Courts from which matters are transferred pursuant to this Order, shall retain physical possession of their files of each transferred matter pending a final determination of the

4

Transfer Motion and further Order of this Court.

_____
ALFRED M. WOLIN, U.S.D.J.

**IN RE: FEDERAL-MOGUL GLOBAL, INC.**
**Case Numbers**

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |

| | | |
|---|---|---|
| 01-10633 | 01-10694 | 01-10744 |
| 01-10634 | 01-10695 | 01-10745 |
| 01-10637 | 01-10696 | 01-10746 |
| 01-10638 | 01-10697 | 01-10747 |
| 01-10640 | 01-10698 | 01-10748 |
| 01-10641 | 01-10699 | 01-10749 |