IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify that on December 19, 2001, I caused a copy of the foregoing to be served upon the parties on the attached list by First Class United States Mail, unless otherwise indicated.

/s/Matthew G. Zaleski, III
Matthew G. Zaleski, III

Dated: December 19, 2001

{D0000141:1 }