# EXHIBIT   A



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                          November 27, 2001
ATTN: Lydia Duff, Esq.                     Invoice 478642            Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06000              For Services Through 10/31/01
Name of Matter:     General

| | | | |
|---|---|---|---|
| 10/01/01 | Telephone conference with Attorney Cleary regarding extranet modifications (0.1); telephone conference with Paralegal Thomas regarding modifications to extranet (0.6); e-mail Director of Information Technology requesting status on extranet modifications and additional workstation (0.1); review modified extranet link (0.1). | | |
| | K. BROWN | 0.90 hrs.    125.00/hr | $112.50 |
| 10/01/01 | Review issues with Paralegal Brown on extranet modification and navigation through extranet site. | | |
| | L.K. THOMAS | 0.60 hrs.    85.00/hr | $51.00 |
| 10/02/01 | Review, profile and organize documents regarding Operating Industries Inc. site. | | |
| | K. BROWN | 0.30 hrs.    125.00/hr | $37.50 |
| 10/03/01 | Review and organize file folders. | | |
| | K. BROWN | 1.00 hrs.    125.00/hr | $125.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478642

Page 2

| 10/04/01 | Review and organize folders.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
|---|---|---|---|---|
| 10/08/01 | Meet with Paralegal Brown to review profiled files.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 10/08/01 | Meet with Attorney Cleary for his review of profiled files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/09/01 | Telephone conference with Paralegal Thomas regarding modifications to extranet link and site diagram.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 10/09/01 | Telephone conference with Paralegal Brown regarding modifications to the extranet link and site diagram.<br>L.K. THOMAS | 0.50 hrs. | 85.00/hr | $42.50 |
| 10/11/01 | Telephone conference with Paralegal Thomas regarding modifications to extranet link.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/11/01 | Telephone conference with Paralegal Brown regarding modifications to the extranet link and site diagram.<br>L.K. THOMAS | 0.40 hrs. | 85.00/hr | $34.00 |
| 10/12/01 | Review and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/16/01 | Review and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/24/01 | Discussion with Ms. Duff and Mr. Garvey regarding tobacco fertilizer litigation and evidence storage.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.50 | 285.00 | 142.50 |
| L.K. THOMAS | 1.50 | 85.00 | 127.50 |
| K. BROWN | 4.60 | 125.00 | 575.00 |
| **TOTAL** | **6.60** | **128.03** | 845.00 |

**Fees for Legal Services**      **$845.00**

W. R. Grace & Co.                                    November 27, 2001
                                                     Invoice 478642          Page 3

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/10/2001 | 1-410-531-4000 | 0.44 |
| 10/11/2001 | Photocopies 42 Page(s) | 2.10 |
| 10/11/2001 | Photocopies 8 Page(s) | 0.40 |
| 10/17/2001 | Photocopies 122 Page(s) | 6.10 |
| 10/17/2001 | 1-410-531-4210 | 0.13 |
| 10/22/2001 | Photocopies 2 Page(s) | 0.10 |
| 10/22/2001 | Photocopies 6 Page(s) | 0.30 |
| 10/25/2001 | Photocopies 5 Page(s) | 0.25 |
| 10/25/2001 | 1-410-531-4210 | 0.23 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$10.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 9.25 |
| Telephone | 0.80 |
| **TOTAL** | **10.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................    **$855.05**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| --- | --- | --- | --- |
| 440677 | 04/09/2001 | 1,051.06 | 1,050.90 |
| 467882 | 09/27/2001 | 2,489.37 | 2,489.37 |
| 469520 | 10/09/2001 | 6,207.89 | 6,207.89 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| | **TOTAL A/R BALANCE** | | **$12,284.19** |

W. R. Grace & Co.

November 27, 2001
Invoice 478642

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | 845.00 |
| Charges for Other Services Provided/Expenses Incurred | 10.05 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$855.05** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                          November 29, 2001
ATTN: Lydia Duff, Esq.                                  Invoice 478643                        Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/06001                          For Services Through 10/31/01
Name of Matter:        Walpole Mass-Cercla

---

| | | | |
|---|---|---|---|
| 10/16/01 | Research financial assurance question raised by Ms. Duff. (1.0); respond to Ms. Duff via voice mail (0.2); research additional documents with Paralegal Brown (0.3); place additional voice mail message with Ms. Duff regarding additional findings (0.1). | | |
| | D.M. CLEARY | 1.60 hrs.        285.00/hr | $456.00 |
| 10/16/01 | Discuss with Attorney Cleary the  files containing financial assurances information. | | |
| | K. BROWN | 0.30 hrs.        125.00/hr | $37.50 |
| 10/18/01 | Research additional CERCLA financial assurance authority (1.6); leave messages for Ms. Duff regarding LOC questions (0.3); discuss conclusions with Attorney Ternes (0.4). | | |
| | D.M. CLEARY | 2.30 hrs.        285.00/hr | $655.50 |

W. R. Grace & Co.                                        November 29, 2001
                                                        Invoice 478643          Page 2


| | | | |
|---|---|---|---|
| 10/18/01 | Discuss with Attorney Cleary the issue of CERCLA financial assurance, and equivalency of RCRA financial assurance mechanisms such that the mechanism might be enforceable pursuant to CERCLA. | | |
| | M.E. TERNES | 0.40 hrs. | 210.00/hr | $84.00 |
| 10/24/01 | Discuss with Attorney Ternes conclusions of her CERCLA research. | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 10/24/01 | Review CERCLA and terms of Irrevocable Letter of Credit to determine preclusiveness of RCRA regulatory criteria (0.1); discuss conclusion with Attorney Cleary (0.5). | | |
| | M.E. TERNES | 0.60 hrs. | 210.00/hr | $126.00 |
| 10/24/01 | Sort and organize incoming file materials. | | |
| | E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |


## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 4.40 | 285.00 | 1,254.00 |
| M.E. TERNES | 1.00 | 210.00 | 210.00 |
| K. BROWN | 0.30 | 125.00 | 37.50 |
| E. FLEMMING | 0.20 | 55.00 | 11.00 |
| TOTAL | 5.90 | 256.36 | 1,512.50 |

                                        Fees for Legal Services        $1,512.50


## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/16/2001 | 1-410-531-4210 | 0.94 |
| 10/16/2001 | 1-410-531-4210 | 0.55 |
| 10/17/2001 | 1-410-531-4210 | 0.73 |
| 10/17/2001 | 1-410-531-4210 | 0.51 |

                Total Charges for Other Services Provided/Expenses Incurred        $2.73

W. R. Grace & Co.

November 29, 2001
Invoice 478643

Page 3

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 2.73 |
| **TOTAL** | **2.73** |

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$1,515.23**

W. R. Grace & Co.

November 29, 2001
Invoice 478643

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06001
Walpole Mass-Cercla

| | | |
|---|---|---|
| Fees for Professional Services | 1,512.50 | |
| Charges for Other Services Provided/Expenses Incurred | 2.73 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$1,515.23** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    November 27, 2001
ATTN: Lydia Duff, Esq.                              Invoice 478644                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06003                      For Services Through 10/31/01
Name of Matter:     Beaco Road Site

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/02/01 | Review, profile and organize documents.<br>K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 10/10/01 | Review files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/24/01 | Update correspondence, billing, and audit trail; file materials.<br>E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |
| 10/29/01 | Sort and organize incoming file materials.<br>E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478644

Page 2

## BILLING SUMMARY

|  | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| K. BROWN | 2.60 | 125.00 | 325.00 |
| E. FLEMMING | 0.40 | 55.00 | 22.00 |
| **TOTAL** | **3.00** | **115.67** | 347.00 |

**Fees for Legal Services** **$347.00**

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... $347.00

---

### ACCOUNTS RECEIVABLE RECAP

| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 1,101.45 |
| 466678 | 09/21/2001 | 3,669.70 | 3,669.70 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| | **TOTAL A/R BALANCE** | | **$5,825.65** |

W. R. Grace & Co.                                             November 27, 2001
                                                             Invoice 478644          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06003
Beaco Road Site

---

Fees for Professional Services                              347.00
Charges for Other Services Provided/Expenses Incurred         0.00
    **NET CURRENT BILLING FOR THIS INVOICE** ....................................................   **$347.00**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                November 29, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 478646          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06011                  For Services Through 10/31/01
Name of Matter:     Enoree Site Management

---

10/11/01    Review information from Mr. O'Connell regarding revisions to Title V permit
            (0.5); research assignments to Attorney Ternes (0.3).
            B.F. HAWKINS              0.80 hrs.       220.00/hr          $176.00

10/12/01    Review e-mail from Mr. O'Connell regarding review of Title V and response
            by DHEC (0.8); discussion with Mr. Brown of DHEC concerning need to
            respond to comments quickly (0.3); review research issues with Attorney
            Ternes (0.4); discuss fact that DHEC has not made promised changes in Title
            V permit with Attorney Ternes (0.3); review status of permit with Mr.
            O'Connell and Attorney Ternes (0.3).
            B.F. HAWKINS              2.10 hrs.       220.00/hr          $462.00

10/12/01    Review most recent round of comments regarding draft Title V permit for
            Enoree and Kearney Operations, TV-1520-0015 (0.7); review draft permit
            TV-1520-0015 with regard to "boiler plate" provisions, monitoring
            requirements, and general format (0.8); discuss review with Attorney
            Hawkins and Mr. O'Connell (0.3).
            M.E. TERNES               1.80 hrs.       210.00/hr          $378.00

W. R. Grace & Co.

November 29, 2001
Invoice 478646

Page 2

| | | | | |
|---|---|---|---|---|
| 10/12/01 | Review and organize files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/16/01 | Review incoming e-mail from consultant concerning revised Title V permit.<br>B.F. HAWKINS | 0.30 hrs. | 220.00/hr | $66.00 |
| 10/19/01 | Review and revise Title V permit (1.2); conference call regarding permit (1.1); research on follow-up items to locate precedent in other permits and guidance documents to support changes in monitoring conditions (0.8); discussion with Mr. O'Connell regarding information in other permits that would support modifications to Title V permit conditions regarding monitoring and recordkeeping requirements (0.3); locate and forward sections from other permits to Mr. O'Connell, Mr. Haase and Mr. Balcer for review and discussion (0.4) .<br>B.F. HAWKINS | 3.80 hrs. | 220.00/hr | $836.00 |
| 10/23/01 | Research material to support comments on Title V permit regarding frequency of required monitoring and recordkeeping (0.8); review revised Title V permit comments for submission to DHEC (1.1).<br>B.F. HAWKINS | 1.90 hrs. | 220.00/hr | $418.00 |
| 10/24/01 | Update correspondence and billing with incoming file materials.<br>E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |
| 10/24/01 | Sort and organize incoming file materials and update correspondence subfile.<br>E. FLEMMING | 0.60 hrs. | 55.00/hr | $33.00 |
| 10/25/01 | Review sampling information from EPA (0.2); discuss data report with Mr. Marriam (0.8).<br>D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 10/25/01 | Review proposed final Title V permit with comments to DHEC (0.5); review permit issues with Mr. Richardson of DHEC (0.6).<br>B.F. HAWKINS | 1.10 hrs. | 220.00/hr | $242.00 |
| 10/26/01 | Sort and organize incoming file materials.<br>E. FLEMMING | 0.30 hrs. | 55.00/hr | $16.50 |
| 10/29/01 | Sort and organize incoming file materials.<br>E. FLEMMING | 0.30 hrs. | 55.00/hr | $16.50 |
| 10/30/01 | Complete review and preparation of comments for proposed Title V permit (2.1); discussion with Mr. Brown and Mr. Richardson at DHEC regarding comments on Title V permit (0.5).<br>B.F. HAWKINS | 2.60 hrs. | 220.00/hr | $572.00 |

W. R. Grace & Co.                                    November 29, 2001
                                                    Invoice 478646          Page 3


10/31/01    Continue review and revisions to proposed Title V permit (2.2); conference
            call with Mr. Hasse and Mr. O'Connell to review issues (0.7).
            B.F. HAWKINS                    2.90 hrs.        220.00/hr          $638.00

---

### BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| B.F. HAWKINS   | 15.50 | 220.00  | 3,410.00 |
| D.M. CLEARY    | 1.00  | 285.00  | 285.00  |
| M.E. TERNES    | 1.80  | 210.00  | 378.00  |
| K. BROWN       | 0.30  | 125.00  | 37.50   |
| E. FLEMMING    | 1.40  | 55.00   | 77.00   |
| **TOTAL**      | **20.00** | **209.38** | 4,187.50 |

                                        **Fees for Legal Services**    **$4,187.50**


### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/17/2001 | Photocopies 92 Page(s)  | 4.60  |
|------------|-------------------------|-------|
| 10/18/2001 | Photocopies 1 Page(s)   | 0.05  |
| 10/18/2001 | Photocopies 16 Page(s)  | 0.80  |
| 10/19/2001 | Photocopies 4 Page(s)   | 0.20  |
| 10/19/2001 | 1-617-498-4594          | 0.55  |
| 10/24/2001 | Photocopies 147 Page(s) | 7.35  |
| 10/24/2001 | Photocopies 49 Page(s)  | 2.45  |
| 10/24/2001 | Photocopies 50 Page(s)  | 2.50  |
| 10/24/2001 | 1-617-498-4594          | 0.12  |
| 10/25/2001 | 1-901-820-2023          | 12.83 |
| 10/30/2001 | Photocopies 44 Page(s)  | 2.20  |

        **Total Charges for Other Services Provided/Expenses Incurred**    **$33.65**

W. R. Grace & Co.

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 20.15 |
| Telephone | 13.50 |
| **TOTAL** | **33.65** |

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... $4,221.15

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440679 | 04/09/2001 | 60.70 | 60.70 |
| 464916 | 09/13/2001 | 326.73 | 326.73 |
| 466680 | 09/21/2001 | 328.40 | 328.40 |
| | **TOTAL A/R BALANCE** | | **$715.83** |

W. R. Grace & Co.                                          November 29, 2001
                                                          Invoice 478646          Page 5


## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000


Telephone (803) 799-2000


For Services Through 10/31/01

Our Matter # 02399/06011
Enoree Site Management

---

Fees for Professional Services                           4,187.50
Charges for Other Services Provided/Expenses Incurred       33.65
    **NET CURRENT BILLING FOR THIS INVOICE** ......................................................  **$4,221.15**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                November 29, 2001
ATTN: Lydia Duff, Esq.                           Invoice 478647              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #         02399/06014                        For Services Through 10/31/01
Name of Matter:      DAREX, Altanta Facility

---

| 10/09/01 | Review air operating permit issues for facility (0.9); review research issues with Attorney Ternes (0.7). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.60 hrs. | 220.00/hr | $352.00 |
| 10/09/01 | Meet with Attorney Hawkins to review research issues. | | | |
| | M.E. TERNES | 0.70 hrs. | 210.00/hr | $147.00 |
| 10/10/01 | Review proposed air operating permit and various provisions of Georgia air permitting law and regulations (1.3); review issues with Attorney Ternes (1.0); conference call with client to discuss issues (1.2); follow-up assignments to Attorney Ternes (0.2). | | | |
| | B.F. HAWKINS | 3.70 hrs. | 220.00/hr | $814.00 |
| 10/10/01 | Meet with Attorney Hawkins to review operating permit issues and follow-up assignments. | | | |
| | M.E. TERNES | 1.20 hrs. | 210.00/hr | $252.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478647

| | | | | |
|---|---|---|---|---|
| 10/10/01 | Locate file materials per Attorney Ternes (0.2); discuss matter with Attorney Hawkins (0.2). | | | |
| | L.K. THOMAS | 0.40 hrs. | 85.00/hr | $34.00 |
| 10/15/01 | Review comments on revised minor source air operating permit for facility. | | | |
| | B.F. HAWKINS | 1.70 hrs. | 220.00/hr | $374.00 |
| 10/16/01 | Review and revise comments to air operating permit (0.9); discussion of research issues and drafting of additional technical comments with Attorney Ternes (0.4); review comments from Grace (0.4); review research and drafting of additional comments based on same from Attorney Ternes (0.4); respond to revised comments (0.3). | | | |
| | B.F. HAWKINS | 2.40 hrs. | 220.00/hr | $528.00 |
| 10/16/01 | Discuss NSPS Paragraph 116b(e) and tank Inspection and Maintenance as alternative to quarterly monitoring with Mr. O'Connell (1.4); review comments with Attorney Hawkins (0.1); revise comments to include results of research and review of regulations, and ensure objections and requests are clearly stated (1.5); discuss comments with Attorney Hawkins (0.3). | | | |
| | M.E. TERNES | 3.30 hrs. | 210.00/hr | $693.00 |
| 10/17/01 | Review comments on air operating permit. | | | |
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |
| 10/17/01 | Revise comments regarding Darex facility minor source permit. | | | |
| | M.E. TERNES | 1.60 hrs. | 210.00/hr | $336.00 |
| 10/18/01 | Continue review of permit conditions (0.6); conference call with Mr. O'Connell, Mr. Soucy, Ms. Gaither and Attorney Ternes to review comments for permit (0.9). | | | |
| | B.F. HAWKINS | 1.50 hrs. | 220.00/hr | $330.00 |
| 10/18/01 | Transmit comments regarding minor source air permit to Mr. O'Connell (0.1); participate in conference call with Mr. O'Connell, Attorney Hawkins, Mr. Soucy and Ms. Gaither to discuss NSPS Subpart Kb issues and other technical issues in order to finalize comments (0.9). | | | |
| | M.E. TERNES | 1.00 hrs. | 210.00/hr | $210.00 |
| 10/19/01 | Review revised comments for proposed air operating permit (1.3); respond to Mr. O'Connell regarding status of permit comments (0.3). | | | |
| | B.F. HAWKINS | 1.60 hrs. | 220.00/hr | $352.00 |
| 10/24/01 | Sort and organize incoming file materials. | | | |
| | E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |
| 10/29/01 | Sort and organize incoming file materials. | | | |
| | E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478647          Page 3

## BILLING SUMMARY

|  | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| B.F. HAWKINS | 13.40 | 220.00 | 2,948.00 |
| M.E. TERNES | 7.80 | 210.00 | 1,638.00 |
| L.K. THOMAS | 0.40 | 85.00 | 34.00 |
| E. FLEMMING | 0.40 | 55.00 | 22.00 |
| **TOTAL** | **22.00** | **211.00** | 4,642.00 |

Fees for Legal Services          $4,642.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/05/2001 | Photocopies 9 Page(s) | 0.45 |
| 10/05/2001 | Photocopies 11 Page(s) | 0.55 |
| 10/09/2001 | Photocopies 9 Page(s) | 0.45 |
| 10/10/2001 | 1-334-264-8326 | 8.09 |
| 10/16/2001 | 1-617-498-4594 | 1.24 |
| 10/18/2001 | Photocopies 5 Page(s) | 0.25 |
| 10/22/2001 | Photocopies 6 Page(s) | 0.30 |

Total Charges for Other Services Provided/Expenses Incurred          $11.33

## DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|---|---|
| Photocopies | 2.00 |
| Telephone | 9.33 |
| **TOTAL** | **11.33** |

NET CURRENT BILLING FOR THIS INVOICE ......................................................          $4,653.33

W. R. Grace & Co.

November 29, 2001
Invoice 478647

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06014
DAREX, Altanta Facility

---

| | | |
|---|---|---|
| Fees for Professional Services | 4,642.00 | |
| Charges for Other Services Provided/Expenses Incurred | 11.33 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$4,653.33** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                November 29, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 478909                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06018                          For Services Through 10/31/01
Name of Matter:     Western Mineral Products Site

| | | | | |
|---|---|---|---|---|
| 09/28/01 | Review and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/02/01 | Review, profile and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/04/01 · | Review, profile and organize files.<br>K. BROWN | 1.40 hrs. | 125.00/hr | $175.00 |
| 10/05/01 | Review, profile and organize files.<br>K. BROWN | 5.10 hrs. | 125.00/hr | $637.50 |
| 10/08/01 | Review, profile and organize files.<br>K. BROWN | 5.80 hrs. | 125.00/hr | $725.00 |
| 10/09/01 | Review, profile and organize files.<br>K. BROWN | 7.40 hrs. | 125.00/hr | $925.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478909

Page 2

| 10/10/01 | Review and organize files. K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 10/11/01 | Review, profile and organize files. K. BROWN | 5.00 hrs. | 125.00/hr | $625.00 |
| 10/12/01 | Review and organize files. K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |
| 10/14/01 | Review, profile and organize files. K. BROWN | 2.80 hrs. | 125.00/hr | $350.00 |
| 10/15/01 | Review, profile and organize files. K. BROWN | 4.60 hrs. | 125.00/hr | $575.00 |
| 10/16/01 | Meet with Paralegal Brown to review profiled files. D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 10/16/01 | Review, profile and organize files. K. BROWN | 2.40 hrs. | 125.00/hr | $300.00 |
| 10/16/01 | Meet with Attorney Cleary for his review of profiled files. K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.50 | 285.00 | 142.50 |
| K. BROWN | 42.00 | 125.00 | 5,250.00 |
| **TOTAL** | **42.50** | **126.88** | 5,392.50 |

Fees for Legal Services        $5,392.50

NET CURRENT BILLING FOR THIS INVOICE ......................................................    $5,392.50

W. R. Grace & Co.

November 29, 2001
Invoice 478909          Page 3

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440680 | 04/09/2001 | 8,101.19 | 8,101.19 |
| 466683 | 09/27/2001 | 6,245.89 | 6,245.89 |
| 469521 | 10/09/2001 | 22.40 | 22.40 |
| 469787 | 10/09/2001 | 1,188.10 | 1,188.10 |
| | | **TOTAL A/R BALANCE** | **$15,557.58** |

W. R. Grace & Co.

November 29, 2001
Invoice 478909

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06018
Western Mineral Products Site

| | | |
|---|---|---|
| Fees for Professional Services | 5,392.50 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$5,392.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                November 27, 2001
ATTN: Lydia Duff, Esq.                           Invoice 478648                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06020                    For Services Through 10/31/01
Name of Matter:       Guanica, Puerto Rico

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/05/01 | Review letter to adjacent property owners reminding them of restrictions on use of Grace property under easement (0.2); discussion with Mr. Bucens regarding same (0.7). | | | |
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |
| 10/24/01 | Sort and organize incoming file materials. | | | |
| | E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478648

Page 2

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.90 | 220.00 | 198.00 |
| E. FLEMMING | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **1.10** | **190.00** | 209.00 |

Fees for Legal Services     $209.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/15/2001 | Photocopies 4 Page(s) | 0.20 |
|---|---|---|

Total Charges for Other Services Provided/Expenses Incurred     **$0.20**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.20 |
| **TOTAL** | **0.20** |

NET CURRENT BILLING FOR THIS INVOICE ......................................................     $209.20

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464174 | 09/11/2001 | 85.60 | 85.60 |
| 464184 | 09/11/2001 | 11.00 | 11.00 |
| | **TOTAL A/R BALANCE** | | **$96.60** |

W. R. Grace & Co.

November 27, 2001
Invoice 478648

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06020
Guanica, Puerto Rico

Fees for Professional Services                                    209.00
Charges for Other Services Provided/Expenses Incurred               0.20
   **NET CURRENT BILLING FOR THIS INVOICE** .....................................................  **$209.20**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                  November 27, 2001
ATTN: Lydia Duff, Esq.                             Invoice 478649                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06021                  For Services Through 10/31/01
Name of Matter:       Coachmen

---

| 09/28/01 | Research on internet 96th District Court Tarrant County, Texas for docket of Trinity Industries, Inc. vs. Coachmen Industries, Inc. of Texas vs. W. R. Grace & Co., et al. to obtain a copy of Advanced Graphics Tech (a third-party defendant) answer. | | | |
|---|---|---|---|---|
| | K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/28/01 | Review, profile and organize files. | | | |
| | K. BROWN | 1.60 hrs. | 125.00/hr | $200.00 |
| 10/01/01 | Review, profile and organize files. | | | |
| | K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |
| 10/02/01 | Review, profile and organize files. | | | |
| | K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |

---

W. R. Grace & Co.

November 27, 2001
Invoice 478649

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 6.90 | 125.00 | 862.50 |
| **TOTAL** | **6.90** | **125.00** | 862.50 |

Fees for Legal Services  **$862.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/28/2001 | Service: LEXIS PUBLIC RECORDS; Charge Type: SEARCHES; Quantity: 8.00 | 606.80 |
| 09/28/2001 | Service: LEXIS SERVICE; Charge Type: SEARCHES; Quantity: 1.00 | 4.81 |

**Total Charges for Other Services Provided/Expenses Incurred**  **$611.61**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 611.61 |
| **TOTAL** | **611.61** |

NET CURRENT BILLING FOR THIS INVOICE ......................................................  **$1,474.11**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466677 | 09/21/2001 | 5.50 | 5.50 |
| | **TOTAL A/R BALANCE** | | **$5.50** |

W. R. Grace & Co.

November 27, 2001
Invoice 478649

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06021
Coachmen

---

| | | |
|---|---|---|
| Fees for Professional Services | 862.50 | |
| Charges for Other Services Provided/Expenses Incurred | 611.61 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$1,474.11** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                   November 27, 2001
ATTN: Robert A. Emmett, Esq.              Invoice 478650              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06023                    For Services Through 10/31/01
Name of Matter:     Libby, MT -General Environmen

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/26/01 | Begin review of EPA data disc submitted to Grace.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 09/27/01 | Commence analysis of EPA sampling database<br>D.M. CLEARY | 5.20 hrs. | 285.00/hr | $1,482.00 |
| 09/28/01 | Continue review of EPA sampling data.<br>D.M. CLEARY | 5.50 hrs. | 285.00/hr | $1,567.50 |
| 09/28/01 | Prepare transmittal letter and CDs containing revised analytical methodologies for all parties and non-Grace for Mr. Marriam.<br>K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 09/30/01 | Review and compose EPA database reports for Mr. Corcoran.<br>D.M. CLEARY | 6.00 hrs. | 285.00/hr | $1,710.00 |
| 10/01/01 | Continue EPA sampling and database analysis.<br>D.M. CLEARY | 4.40 hrs. | 285.00/hr | $1,254.00 |

W. R. Grace & Co.                                    November 27, 2001
                                                    Invoice 478650                    Page 2

| | | | | |
|---|---|---|---|---|
| 10/01/01 | Review and organize files.<br>K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 10/02/01 | Continue analysis of data tables (4.2); research and respond to e-mail comments (1.4); prepare and transmit additional reports to client (0.6).<br>D.M. CLEARY | 6.20 hrs. | 285.00/hr | $1,767.00 |
| 10/02/01 | Review, profile and organize files.<br>K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 10/03/01 | Review, profile and organize files.<br>K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |
| 10/04/01 | Review Libby articles re Superfund status.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 10/04/01 | Discussion of present status of work in Libby and controversy with CDM.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 10/04/01 | Research and review asbestos regulations for action levels in comparison to EPA data points.<br>D.M. CLEARY | 4.40 hrs. | 285.00/hr | $1,254.00 |
| 10/04/01 | Review, profile and organize files.<br>K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 10/05/01 | Review, profile and organize files.<br>K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 10/08/01 | Review Libby Articles.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 10/08/01 | Review transcripts of Oakland Asbestos conference regarding EPA data and fiber size issues.<br>D.M. CLEARY | 3.20 hrs. | 285.00/hr | $912.00 |
| 10/09/01 | Continue research and review of EPA AHERA data from Libby.<br>D.M. CLEARY | 4.70 hrs. | 285.00/hr | $1,339.50 |
| 10/10/01 | Conduct research regarding AHERA and use of the standard by EPA (1.1); construct final AHERA reports (1.7); prepare final AHERA briefing memo for Mr. Corcoran (1.5).<br>D.M. CLEARY | 4.30 hrs. | 285.00/hr | $1,225.50 |
| 10/11/01 | Review asbestos articles from Grace (0.6); review and transmit AHERA memo and database report regarding EPA Libby data (1.0).<br>D.M. CLEARY | 1.60 hrs. | 285.00/hr | $456.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478650

Page 3

| | | | | |
|---|---|---|---|---|
| 10/12/01 | Review and organize files.<br>K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 10/15/01 | Research microscopy standards relating to EPA data.<br>D.M. CLEARY | 3.20 hrs. | 285.00/hr | $912.00 |
| 10/16/01 | Research EPA data -- PCM and PLM results (2.4); discussion with Mr. Stout concerning EPA sampling collection and analysis in Libby (1.0).<br>D.M. CLEARY | 3.40 hrs. | 285.00/hr | $969.00 |
| 10/17/01 | Continue research and review of EPA sampling data.<br>D.M. CLEARY | 3.30 hrs. | 285.00/hr | $940.50 |
| 10/18/01 | Research PCM regulatory requirements and data.<br>D.M. CLEARY | 8.00 hrs. | 285.00/hr | $2,280.00 |
| 10/19/01 | Research PCM regulatory requirements and data.<br>D.M. CLEARY | 3.00 hrs. | 285.00/hr | $855.00 |
| 10/20/01 | Research EPA Libby PCM data regulatory requirements.<br>D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |
| 10/22/01 | Research EPA data and complete PCM summary memo for Mr. Corcoran.<br>D.M. CLEARY | 6.10 hrs. | 285.00/hr | $1,738.50 |
| 10/23/01 | Assemble documents and articles for response to Wall Street Journal reporter.<br>D.M. CLEARY | 10.60 hrs. | 285.00/hr | $3,021.00 |
| 10/23/01 | Research internet for the Asbestos School Hazard Abatement Reauthorization Act of 1990, P.L. 101-637 (3.2); prepare correspondence to Attorney Cleary containing the Act (0.3).<br>K. BROWN | 3.50 hrs. | 125.00/hr | $437.50 |
| 10/24/01 | Complete first draft of response to Ms. Kuchinsky and Mr. Corcoran for the Wall Street Journal.<br>D.M. CLEARY | 9.80 hrs. | 285.00/hr | $2,793.00 |
| 10/24/01 | Sort and organize incoming file materials.<br>E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |
| 10/25/01 | Research more articles and EPA sites for information related to WSJ request.<br>D.M. CLEARY | 3.10 hrs. | 285.00/hr | $883.50 |
| 10/25/01 | Review e-mails regarding first draft of response to reporter inquiry.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 10/26/01 | Research and prepare revised presentation to the WSJ.<br>D.M. CLEARY | 6.20 hrs. | 285.00/hr | $1,767.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478650

Page 4

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 105.10 | 285.00 | 29,953.50 |
| K. BROWN | 12.00 | 125.00 | 1,500.00 |
| E. FLEMMING | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **117.30** | **268.24** | 31,464.50 |

**Fees for Legal Services**    **$31,464.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/03/2001 | 1-415-744-1351 | 0.23 |
| 10/03/2001 | 1-202-204-3720 | 0.07 |
| 10/03/2001 | 1-410-531-4203 | 0.07 |
| 10/16/2001 | VENDOR: Federal Express; INVOICE#: 647088176; DATE: 10/16/2001-<br>for shipping charge on 9/14/01 | 12.06 |
| 10/16/2001 | VENDOR: Federal Express; INVOICE#: 647088186; DATE: 10/16/2001-<br>for shipping charge on 9/24/01 | 12.90 |
| 10/16/2001 | VENDOR: Federal Express; INVOICE#: 647088192; DATE: 10/16/2001-<br>for shipping charge on 09/28/01 | 13.10 |
| 10/16/2001 | 1-303-882-5271 | 0.08 |
| 10/16/2001 | 1-303-882-5271 | 2.03 |
| 10/25/2001 | Photocopies 1 Page(s) | 0.05 |
| 10/25/2001 | 1-303-866-0409 | 0.39 |
| 10/25/2001 | 1-303-866-0409 | 0.08 |
| 10/25/2001 | 1-901-820-2023 | 0.07 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$41.13**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| Federal Express | 38.06 |
| Telephone | 3.02 |
| **TOTAL** | **41.13** |