IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

**Objection Deadline: January 8, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to the Official Committee of Equity Holders.

Wallace King Marraro & Branson ("WKMB"), as special counsel to the above-captioned debtors and debtors in possession in the above-captioned chapter 11 cases, filed and served their Verified Application of Wallace King Marraro & Branson for Compensation for Services and Reimbursement of Expenses as Special Counsel to W. R. Grace & Co., et al., for

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the Seventh Interim Period from October 1, 2001 through October 31, 2001 and the Summary in

connection therewith, seeking compensation in the amount of $95,842.90 and reimbursement for

actual and necessary expenses in the amount of $10,019.94 (the "Fee Application").

The Fee Application is submitted pursuant to the Administrative Order Under 11

U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Professionals and Official Committee Members, entered by this Court on

May 3, 2001 (the "Fee Order")

Objections or responses to the Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland

Plaza, 824 Market Street, Wilmington, Delaware 19801, on or before **January 8, 2002 at 4:00**

**p.m.**

At the same time, you must also serve a copy of the objections or responses, if

any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire,

Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-

2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North

Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax

number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis

Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-

4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris &

Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware  19801-1246 (fax

number 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants,

Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial

Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida  33131 (fax number 305-

374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904,

P.O. Box 1351, Wilmington, Delaware  19899 (fax number 302-575-1714); (iv) counsel to the

Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York  10022 (fax number 212-644-6755), and

Matthew G. Zaleski, III, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware  19801 (fax number 302-426-9947); (v)

counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite

5800, Chicago, Illinois  60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The

Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware  19899

(fax number 302-658-6395); (vi) the Office of the United States Trustee, Attn: Frank J. Perch,

Esquire, 844 N. King Street, Wilmington, Delaware  19801 (fax number 302-573-6497); and

(vii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer

Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York  10022 (fax number

212-715-8000).

IF NO OBJECTION IS FILED AND SERVED IN ACCORDANCE WITH THE

ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES

91100-001\DOCS_DE:25350.5
12/19/01 5:11 PM

REQUESTED MAY BE PAID PURSUANT TO THE FEE ORDER WITHOUT FURTHER

ORDER OF THE COURT OR HEARING.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT

WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE FEE ORDER.

A HEARING ON THE FEE APPLICATION WILL BE HELD AT THE

COURT'S CONVENIENCE ONLY IF OBJECTIONS OR RESPONSES ARE FILED.

Dated: December 19, 2001       KIRKLAND & ELLIS
                               James H.M. Sprayregen
                               James W. Kapp III
                               Samuel A. Schwartz
                               Roger J. Higgins
                               200 East Randolph Drive
                               Chicago, Illinois 60601
                               (312) 861-2000

                               and

                               PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.


                               Laura Davis Jones (Bar No. 2436)
                               Hamid R. Rafatjoo (California Bar No. 181564)
                               David W. Carickhoff Jr. (Bar No. 3715)
                               919 North Market Street, 16th Floor
                               P.O. Box 8705
                               Wilmington, DE 19899-8705 (Courier 19801)
                               Telephone: (302) 652-4100
                               Facsimile: (302) 652-4400

                               Co-counsel for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No.  01-01139 (JJF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

**SUMMARY COVERSHEET TO SEVENTH MONTHLY INTERIM APPLICATION OF
WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2001 through October 31, 2001. |
| Amount of compensation sought as actual, reasonable and necessary | $76,674.32 for the period October 1, 2001 through October 31, 2001 (80% of $95,842.90, in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $10,019.94 for the period October 1, 2001 through October 31, 2001. |

This is a:       Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 80% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 80% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 80% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 80% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | No objections served on Counsel | No objections served on Counsel |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | No objections served on Counsel | No objections served on counsel |

As indicated above, this is the seventh application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $420 | 80.9 | $33,978.00 |
| Angela Pelletier | Associate | $200 | 91.1 | $18,220.00 |
| William Hughes | Counsel | $305 | 174.6 | $53,253.00 |

| | | | | |
|---|---|---|---|---|
| Tamara Parker | Associate | $260 | 26.5 | $6,890.00 |
| Peter Condron | Counsel | $335 | 2.5 | $837.50 |
| Letta Sneed | Associate | 215 | 2.1 | $451.50 |
| Barbara Banks | Paralegal | $130 | 126.0 | $16,380.00 |
| Natasha Bynum | Legal Clerk | $95 | 71.1 | $6,754.50 |
| Mahmoude Moasser | Paralegal | $130 | 137.0 | $17,810.00 |
| Rebecca Mitchell | Paralegal | $115 | 9.0 | $1,035.00 |
| | | | | |

Total Fees        $155,609.50

Total Hours        720.80

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Outside Messenger | $83.84 |
| Auto Rental | $146.47 |
| Copies- Internal and Outside | $5,028.21 |
| Hotels | $737.07 |
| Facsimile | $325.50 |
| Lexis/Westlaw | $858.53 |
| Telephone | $318.52 |
| FedEx | $870.26 |
| Parking | $18.00 |
| Taxis/Miscellaneous Travel Expenses | $483.00 |
| Overtime Meals | $20.57 |
| Overtime Transportation | $480.15 |
| Secretarial Overtime | $648.00 |
| Postage | $1.82 |
| | |
| Total | $10,019.94 |