US OFFICE PRODUCTS

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
| --- | --- |
| Outside Messenger | $83.84 |
| Auto Rental | $146.47 |
| Copies- Internal and Outside | $5,028.21 |
| Hotels | $737.07 |
| Facsimile | $325.50 |
| Lexis/Westlaw | $858.53 |
| Telephone | $318.52 |
| FedEx | $870.26 |
| Parking | $18.00 |
| Taxis/Miscellaneous Travel Expenses | $483.00 |
| Overtime Meals | $20.57 |
| Overtime Transportation | $480.15 |
| Secretarial Overtime | $648.00 |
| Postage | $1.82 |
| Total | $10,019.94 |

# Wallace King & Marraro & Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

December 13, 2001

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12497

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Disbursements:

|  | Amount |
|---|---|
| Auto Rental re Delaney deposition - 9/15/01 | 146.47 |
| Copy Costs - Internal | 3,190.35 |
| Delivery Service | 83.84 |
| Facsimile Costs | 300.75 |
| FedEx Costs | 848.30 |
| Hotel re Prep Session and Deposition for Koch | 737.07 |
| Long Distance Charges | 318.52 |
| Outside Copies | 1,825.86 |
| Overtime Meals | 20.57 |
| Overtime Transportation | 480.15 |
| Parking on trips | 18.00 |
| Postage | 1.82 |
| Secretarial Overtime | 648.00 |
| Travel Expenses for Meeting with J. Agnello for Trial Prep | 483.00 |
| Westlaw | 858.53 |
| Total Disbursements | $9,961.23 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

December 13, 2001

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12499

For Professional Services Rendered In Connection with Waterloo - Brewer Road Site - Matter 4

Disbursements:

|  | **Amount** |
|---|---:|
| Copy Costs - Internal | 1.20 |
| Facsimile Costs | 24.75 |
| FedEx Costs | 21.96 |
| Total Disbursements | $47.91 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

December 13, 2001

W. R. Grace & Co.
Attention: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12500

For Professional Services Rendered in Connection with the Motor Wheel Site - Matter 5

Disbursements:

|  | Amount |
|---|---:|
| Copy Costs - Internal | 10.80 |
| Total Disbursements | $10.80 |