**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2001 DEC -4 AM 10: 16
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139-JJF<br>(Jointly Administered) |

## REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(g) and (i), 3017(a), and 9010(b), SIEBEL SYSTEMS, INC. ("SIEBEL") hereby appears as creditor, and hereby request the Clerk of the above Court, the Debtor, Debtor's Counsel, and all other interested parties, to give notice to SIEBEL regarding all matters within the scope of Bankruptcy Rules 2002(a), (b), (e), (f), (i), and to provide copies of all documents, including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case or required to be sent under the Bankruptcy Rules, the Local Rules or the practices of this Court, by sending such notices and documents to SIEBEL at the following address:

> Siebel Systems, Inc.
> c/o Robert L. Eisenbach III
> A. Liza Prado
> Cooley Godward LLP
> One Maritime Plaza, 20th Floor
> San Francisco, CA 94111-3580

Dated: November 26, 2001

COOLEY GODWARD LLP

_____
Robert L. Eisenbach III (CA State Bar #124896)
A. Liza Prado (CA State Bar #206831)
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580
Telephone: (415) 693-2000
Facsimile: (415) 951-3699

Attorneys for Creditor
SIEBEL SYSTEMS, INC.

706302 v1/SF
F47$01!.DOC

## PROOF OF SERVICE

I, Ankey To, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward LLP, One Maritime Plaza, 20th Floor, San Francisco, California 94111-3580.

On November 27, 2001, I served the foregoing document(s) described as:

### Request for Notice

on the interested parties in this action by placing a true copies thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing in the manner indicated below, addressed as follows or as stated on the attached service list:

*Debtor*
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

*Debtor's Counsel*
Laura Davis Jones
David Carickhoff
Pachulski Stang Ziehl Young & Jones PC
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899

*Debtor's Co-Counsel*
James H.M. Sprayregen
James Kapp, III
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*U.S. Trustee*
Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE  19801

*Creditors Committee Counsel*
Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*Creditors Committee Local Counsel*
Michael R. Lastowski
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

__XX__ (BY FIRST CLASS MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

\* \* \* \* \* \* \*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 27, 2001 at San Francisco, California.

_____
Ankey To

706309 v1/SF
F4ZP01!.DOC