IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co.                     Bankruptcy No. 01-1139

    Debtor

## ORDER SETTING STATUS CONFERENCE IN PITTSBURGH, PA, REQUIRING SUBMISSION OF DOCUMENTS IN HARD COPY

**AND NOW**, this 13th day of December, 2001, it is **ORDERED** that counsel for Debtor shall appear at a status conference on **January 3, 2002, at 10:00 a.m.** in Pittsburgh, Pennsylvania, Courtroom A, 54th Floor, USX Tower, 600 Grant Street. <u>Counsel for debtor must appear</u>. Telephonic appearances for this proceeding will not be approved; however, only one attorney prepared to state the client's position (i.e., either counsel or local counsel) need appear.

It is **FURTHER ORDERED** that in order to implement Judge Wolin's order of December 10, 2001, counsel for Debtor shall cause to be delivered to Chambers in Pittsburgh on or before **December 19, 2001**, hard copies of all documents relevant to all open and pending matters in this case including, but not limited to, motions, responses, objections, scheduling orders, and briefs in the hearing binder format in use in the District of Delaware. Counsel shall prepare and include with the documents a hearing agenda.

It is **FURTHER ORDERED** that <u>in addition to</u> the documents identified in the previous paragraph, counsel shall include in the hearing binders hard copies of

1. first day orders and amendments or supplements thereto
2. the initial operating report filed in the case

3. the operating reports for the prior calendar quarter

4. any administrative orders and the motions pursuant to which they were entered

5. any orders concerning employment and payment of professionals

6. any other orders that could affect the administration of this estate

7. the summary sheet of the Schedules and Statement of Financial Affairs

8. a list of the 20 largest unsecured creditors

9. a list of the shareholders.

It is **FURTHER ORDERED** that at the hearing on January 3, 2002, counsel shall be prepared to present to the Court counsel's view of whether the reference should be withdrawn as to any pending matter.

It is **FURTHER ORDERED** that the procedures in effect in this Court and the Chambers Procedures of the undersigned are in effect and will be enforced. A copy of the undersigned's procedures are attached to this order. Counsel shall review the Chambers Procedures at the Court's website, www.deb.uscourts.gov.

It is **FURTHER ORDERED** that on January 3, 2002, the Court will conduct preliminary hearings on all open matters concerning which counsel has provided the Court and parties in interest with notice on or before December 17, 2001.

It is **FURTHER ORDERED** that counsel for Debtor shall immediately serve a copy of this order on all parties in interest and file a certificate of service with the Clerk.

Judith K. Fitzgerald
United States Bankruptcy Judge

cc: Christopher James Lhulier
Pachulski Stang Ziehl Young & Jones, PC

919 N. Market Street, 16th Floor
Wilmington, DE 19899

U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

# Judge Judith K. Fitzgerald
(Visiting Judge from Pittsburgh, PA)
824 Market Street
5th Floor
Wilmington, Delaware 19801
302-252-2928
Secretary: Rachel Bello
Courtroom Deputy/Scheduling: Rachel Bello

The following procedures are to be followed in all cases assigned to Judge Fitzgerald.

1. The Local Rules for the United States Bankruptcy Court for the District of Delaware will govern all procedural aspects of the case.

2. All Pleadings must have full case captions, case number, chapter number, and Adversary number. Pleadings not in compliance will be stricken without prejudice to refiling in a conforming format.

3. All original pleadings **and a copy** are to be filed with the Clerk of the U.S. Bankruptcy Court for the District of Delaware in Wilmington, Delaware. All pleadings **must** include an original and a duplicate original proposed order.

4. Any response or responsive pleading **must be filed in duplicate** and must list in the caption on the right side (under the case number) the docket number of the pleading to which it pertains (ex. Related to Document # XX-XXXXX). **Any response or responsive pleading not in compliance will be stricken without prejudice to refiling in a conforming format.**

5. A courtesy copy of pleadings or stand-alone orders **are not** to be mailed or faxed to Pittsburgh chambers unless the judge specifically requests them.

6. Agenda letters are to be filed with the U.S. Bankruptcy Court for the District of Delaware in Wilmington, Delaware. A copy of the Agenda is to be faxed to Judge Fitzgerald at (412) 644-5448. **No pleadings or correspondence are to be faxed to chambers.**

7. All proceedings and hearings before the court will be heard on the assigned dates in the Delaware Bankruptcy Court, unless otherwise scheduled by the court. **No hearings will be continued or rescheduled unless an appropriate motion and proposed order (original and copy)** have been filed with the Clerk of the Bankruptcy Court in Delaware at least 7 days before the scheduled hearing date. Delaware scheduling matters **must** be directed to Rachel Bello at (302) 252-2928, not the Pittsburgh staff members. No telephone contact shall be made directly with Judge Fitzgerald's chambers unless specifically instructed otherwise.

8. All matters shall be scheduled so that the date for filing a response or responsive pleading is **at least 7 (seven) calendar days before the scheduled hearing date.** Counsel shall confer after the answer date and before the hearing in an effort to resolve the matter.

9. All fee applications will be considered in accordance with the respective Administrative

Order entered in each case and under the Local Rules for the U.S. Bankruptcy Court for the District of Delaware. Final hearings will be scheduled on Omnibus Hearing dates scheduled in the Delaware Bankruptcy Court. In any application for fees and expenses, the amount of the fees and expenses shall be stated in the proposed order attached to the application. If the parties negotiate an amount that differs from what is in the original proposed order, the applicant shall submit a revised order. An explanation of the changes shall accompany the revised order.

10. **NO WITNESSES WILL BE HEARD ON THE MOTION DAYS UNLESS THE COURT SPECIFICALLY ORDERS OTHERWISE IN A PARTICULAR CASE.** All evidentiary hearings will be specifically scheduled.

11. Attorneys wishing to participate in hearings in Delaware by telephone shall make arrangements with Rachel Bello at least one week before the scheduled hearing date.