UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PROCEEDING MEMO

Newark, New Jersey                              Date: 12/20/01

**JUDGE ALFRED M. WOLIN**                       Ret. Date:

Deputy Clerk: Gail A. Hansen                    Motion Filed:

Court Reporter:

Other:                                          Docket #:01-1139 through
                                                          01-1200

TITLE OF CASE:

In Re: W.R. Grace & Co., et al

NATURE OF PROCEEDINGS:

Case Management Conference

Time Commenced:1:30 p.m.
Time Adjourned:3:10 p.m.

                                                GAIL A. HANSEN,
                                                DEPUTY CLERK