**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Shelley A. Hollinghead, certify that I am not less than 18 years of age, and that service of a copy of the attached **Opposition of the Official Committee of Unsecured Creditors to the Zonolite Claimants' Motion to Dismiss the Bankruptcy Case (Docket No. 1140),** was made December 21, 2001, upon those parties identified in the Notice of Motion as follows:

### *VIA HAND DELIVERY*
William D. Sullivan, Esquire
ELZUFON AUSTON REARDON TARLOV & MONDELL, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

### *VIA FACSIMILE*
Elizabeth J. Cabraser
Fabrice N. Vincent
John Low-Beer
LIEFF, CABRASER, HEIMANN, & BERNSTEIN, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*VIA FACSIMILE*
Thomas M. Sobol
Matthew L. Tuccillo
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
214 Union Wharf
Boston, MA 02109-1216
Telephone: (617) 720-5000
Facsimile: (617) 720-5015

*VIA FACSIMILE*
John J. Stoia, Jr.
Timothy G. Blood
Jobeth Halper
MILBERG WEISS BERSHAD HYNES & LERACH LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-5050
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*VIA FACSIMILE*
Edward J. Westbrook
Robert M. Turkewitz
NESS MOTLEY LOADHOLT RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

*VIA FACSIMILE*
Allan M. McGarvey
MCGARVEY, HEBERLING, SULLIVAN & MCGARVEY, P.C.
745 South Main
Kalispell, MT 59904
Telephone: (406) 752-5566
Facsimile: (406) 752-7124

***VIA FACSIMILE***
Darrell Scott
LUKINS & ANNIS, P.S.
717 West Sprague Avenue
1600 Washington Trust Financial Center
Spokane, WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

***VIA FACSIMILE***
Richard Lewis
COHEN, MILSTEIN, HAUSFELD & TOLL
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3934
Telephone: (202) 408-4600
Facsimile: (202 408-4699

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: December 21, 2001          /s/ Shelley A. Hollinghead
                                 Shelley A. Hollinghead, Paralegal
                                 DUANE, MORRIS & HECKSCHER LLP
                                 1100 N. Market Street, Suite 1200
                                 Wilmington, DE 19801-1246
                                 Telephone:    (302) 657-4900
                                 Facsimile:    (302) 657-4901
                                 Email:        sahollinghead@duanemorris.com

WLM\153496.1