IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| CORAM HEALTHCARE CORP. and ) | Case Nos. 00-3299 |
| CORAM, INC. ) | through 00-3300 (MFW) |
| ) | |
| Debtors. ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 27, 2001 AT 11:30 A.M.**

## CONTINUED MATTERS

1. *Second Omnibus Objection of the Debtors to Certain Proofs of Claim (Docket No. 684)*

    **Response Deadline**: April 10, 2001 at 4:00 p.m.

    **Responses Received**:

    a.  Response of Harris County/City of Houston to Debtors' Second Omnibus Objection to Claim (Docket No. 712)

    b.  Letter Response of Stefania Eskridge (Claimant #513) to Debtors' Second Omnibus Objection to Claim (Docket No. 717)

    c.  Response of The Center for Sports Medicine to Debtors' Second Omnibus Objection to Claim (docket No. 718)

    d.  Response of St. Mary's Home Healthcare to Debtors' Second Omnibus Objection to Claim (Docket No. 719)

    e.  Response of the City of New York, Department of Finance, to the Second Omnibus Objection of the Debtors to Certain Proofs of Claim (Docket No. 721)

    f.  Letter Response of Pacific Gas & Electric Company to Debtors' Second Omnibus Objection to Claim (Docket No. 723)

    g.  Response of Pacific Insurance Company and Glen Falls Insurance Company in Opposition to Second Omnibus Objection of the Debtors to Certain Proofs of Claim (Docket No. 725)

    h.  Opposition by Creditor Long Island Lighting Company d/b/a LIPA to Debtors Second Omnibus Claims Objection (Docket No. 726)

    i.  Letter Response of Earle C. Schreiber, Inc. to Debtors' Second Omnibus Objection to Claim (Docket No. 728)

j. Objection of Temple Lower Bucks Hospital, Inc., to the Second Omnibus Objection of Debtors to Certain Proofs of Claim (Docket No. 730)

k. Objection of the New Jersey Division of Taxation to the Debtors' Second Omnibus Objection to Certain Proofs of Claim (Docket No 731)

l. City & County of Denver's Response to Debtors' Second Omnibus Objection to Denver's Claim and Request for Hearing (Docket No. 732)

m. Response by Brooklyn Respiratory Homecare to Debtors' Second Omnibus Objection to Claims (Docket No. 733)

n. Answer of Home Health Corporation of America, Inc. and its Related Entities to the Second Omnibus Objection of Coram to Certain Proofs of Claim (Docket No. 734)

o. Claimant Ray McCaslin's Objection to Debtors' Second Omnibus Objection to Certain Proofs of Claim (Docket No. 735)

p. Opposition of New York State Department of Health to Debtors' Second Omnibus Objection to Certain proofs of Claim (Docket No. 736)

q. Opposition of Visiting Nurse Association of Fox Valley to Debtors' Second Omnibus Objection to Certain Proofs of Claim (Docket No. 755)

r. Response of the Missionary Sisters of Sacred Heart to Second Omnibus Objection of the Debtors to Certain Proofs of Claim (Docket No. 764)

s. Objection of Sullivan County Public Health Nursing to Exclude Claim (Docket No. 791)

t. Answer of Hemophilia Health Services to Second Omnibus Objection of Debtors to Certain Proofs of Claim (Docket No. 850)

u. Response of Houston Independent School District to Debtors' Second Omnibus Objection to Claim (Docket No. TBD)

v. Letter Response of TBOB Enterprises, Inc. to Debtors' Second Omnibus Objection to Claim (Docket No. TBD)

w. Letter Response of Merrimack Valley Hospice, Inc. to Debtors' Second Omnibus Objection to Claim (Docket No. TBD)

x. Response of TBOB Enterprises, Inc. to Debtors' Second Omnibus Objection to Certain Claims (Docket No. 987)

**Status**: This matter has been continued until January 23, 2002 at 2:00 p.m.

2. *Debtors' Motion for Order Expunging Proofs of Claim Filed by Coram Resource Network, Inc. and Coram Independent Practice Association, Inc. (Docket No. 1202)*

**Response Deadline:** December 3, 2001 at 4:00 p.m.

**Responses Received:**

a.  Response and Objection of Coram Resource Network, Inc. and Coram Independent Practice Association, Inc. to Debtors' Motion for Order Expunging Proofs of Claim Filed by Coram Resource Network, Inc. and Coram Independent Practice Association, Inc. (Docket No. 1260)

b.  Objection of Creditors' Committee to Debtors' Motion for Order Expunging Proofs of Claim Filed by Coram Resource Network and Coram Independent Practice Associates, Inc. (Docket No. 1266)

**Status:** The parties have agreed to continue this matter until January 23, 2002 at 2:00 p.m.

3. *Amended Motion of the Official Committee of Unsecured Creditors of Coram Resource Network, Inc. and Coram Independent Practice Association, Inc. for Relief from the Automatic Stay of 11 U.S.C. Section 362 (Docket No. 1239)*

**Response Deadline:** November 28, 2001 at 4:00 p.m.

**Responses Received:**

a.  Debtors' Objection to the Amended Motion of the Official Committee of Unsecured Creditors of Coram Resource Network, Inc. and Coram Independent Practice Association, Inc. for Relief from the Automatic Stay (Docket No. 1256)

**Status:** The parties have agreed to continue this matter until January 23, 2002 at 2:00 p.m.

## STATUS CONFERENCE

4. *Complaint by The Official Committee of Unsecured Creditors Committee for Coram Resource Network and Coram Independent Practice Association against Coram Healthcare Corporation, Coram, Inc., Donald J. Amaral, Steven A. Feinbert, Joseph D. Smith, James Glynn, Peter Bernocchi, L. Perter Smith, Richard M. Smith, Scott Larsen, Vito Ponzio, Karla Stricker Anderson, Wendy L. Simpson, Robyn C. Taylor, Scott Danitz, Coram Prescriptions Services, Inc. Healthinfusion, Inc., H.M.S.S., Inc., Medisys, Inc., T2 Medical, In., Cerberus Partners, L.P., Goldman Sachs Credit Partners, L.P., Foothill Capital Corporation, Foothill Income Trust, L.P. (Adv. Pro. No. A-01-8795, Docket No. 1)*

**Status:** A complaint was filed by Coram Resource Network Inc. and Coram Independent Practice Association, Inc. (collectively "R-Net"), which names the Debtors as defendants, which the Debtors believe is a violation of the automatic stay. It is the Debtors position that this proceeding is presently barred by the automatic stay. A status conference on this matter was continued at the last R-Net hearing held on December 4, 2001, pending resolution of the Amended Motion of the Official Committee of Unsecured Creditors of Coram Resource Network, Inc. and Coram Independent Practice Association, Inc. for Relief from the Automatic Stay of 11 U.S.C. Section 362 (Docket No. 1239) (the "Stay Motion"). Whether the status conference on this matter may proceed may be determined by the outcome of the Stay Motion, which will be heard by the Court on January 23, 2002, or by confirmation of the Debtors' Second Plan of Reorganization. Accordingly, the parties have agreed to continue this matter until January 23, 2002 at 2:00 p.m.

**UNCONTESTED MATTERS**

    5.    *Motion for an Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code Approving the Rejection of Pharmacy Services Agreement (Docket No. 1262)*

    **Related Documents:**

    a.    Certification of No Objection re: Docket No. 1262 (Docket No. 1296)

    **Response Deadline:** December 17, 2001 at 4:00 p.m.

    **Responses Received:** None as of the date of this Agenda Notice.

    **Status:** This matter will be going forward.

Dated: December 21, 2001

Respectfully submitted,

PACHULSKI STANG ZIEHL YOUNG & JONES P.C.

*/s/ Rachel S. Lowy*
Laura Davis Jones (Bar No. 2436)
Rachel Sarah Lowy (Bar No. 3753)
Christopher J. Lhulier (Bar No. 3850)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel To Debtors and Debtors-In-Possession