IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORAM HEALTHCARE CORP. and | ) | Case Nos. 00-3299 |
| CORAM, INC. | ) | through 00-3300 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE ) | |
| ) SS: | |
| COUNTY OF NEW CASTLE ) | |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C. and that on the 21st day of December, 2001 she caused a copy of the following document(s) to be served upon the individuals on the attached service list in the manner indicated.

1. **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 27, 2001 AT 11:30 A.M.**

Dated: December 21, 2001

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 21st day of December, 2001

_[signature]_
Notary Public

My Commission Expires: 02/11/02

15570-001\DOCS_DE:13826.27
12/21/01 10:00 AM