Coram Healthcare Corp. Agenda Notice
Service List for 12/27/01 Hearing
Case No. 00-3299
December 21, 2001
Doc. # 37045
*01 – Hand Delivery*
*37 – Facsimile*
*02 – Overnight Delivery*

*Hand Delivery*
Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE  19801

*Facsimile  302-573-6497*
Don A. Beskrone, Esquire
(U.S. Trustee)

*Facsimile  303-672-8799*
Scott R. Danitz, Senior Vice President
(Debtor)

*Facsimile  212-506-1800*
Adam Shiff, Esquire
(Co-Counsel to Debtor)

*Facsimile  202-414-9299*
Eugene Tillman, Esquire
(Special Counsel to Debtor)

*Facsimile  212-593-5955*
Carol Morrison, Esquire
(Counsel for DIP Lender)

*Facsimile  212-310-8007*
Alan B. Miller, Esquire
(Counsel for Committee)

*Facsimile  302-658-6548*
Deborah E. Spivack, Esquire
Mark D. Collins, Esquire
(Counsel for Committee)

*Facsimile  212-403-2000*
Chaim J. Fortgang, Esquire
(Co-Counsel for Committee)

*Facsimile  302-421-5873*
Mark Minuti, Esquire
(Counsel to Equity Committee)

*Facsimile  312-715-4800*
Richard F. Levy, Esquire
Theodore J. Low, Esquire
Benjamin D. Schwartz, Esquire
Brandy A. Sargent, Esquire
(Counsel to Equity Committee)

*Facsimile  302-571-1253*
Edwin J. Harron, Esquire
(Counsel for Coram Resource Network, Inc.)

*Facsimile  302-654-4775*
Carl N. Kunz, III, Esquire
(Counsel to Pacific Insurance Comp)
(Special Request)

*Facsimile  302-656-2769*
Kevin J. Mangan, Esquire
(Counsel to Brooklyn Respiratory Home Care)
(Special Request)

*Facsimile  302-573-6220*
Ellen W. Slights, Esquire
(Assistant United States Attorney)
(Special Request)

*Facsimile  302-428-3180*
William D. Sullivan, Esquire
Kathryn Mayer, Esquire
(Counsel for Lancaster County School District 0001, a/k/a Lincoln Public Schools)
(Special Request)

*Facsimile  302-656-2769*
Frederick B. Rosner, Esquire
(Counsel to Brooklyn Respiratory Homecare)
(Special Request)

15570-001\DOCS_DE:37045.1
12/21/01 11:25 AM

*Facsimile 302-658-0380*
Karen C. Bifferato, Esquire
Michelle McMahon, Esquire
(Counsel for Noteholders)
(Special Request)

*Facsimile 713-844-3400*
John P. Dillman, Esquire
(Counsel for Harris County/City of Houston)

*Facsimile 212-788-0842*
Vincent D'Orazio, Esquire
(Corporation Counsel of the City of New York)

*Facsimile 908-335-1420*
Margery Schreiber, BCO
(Earle C. Schreiber, Inc.)

*Facsimile 718-403-2698*
Elisa M. Pugliese, Esquire
(Counsel for Long Island Lighting Company)

*Facsimile 302-777-5863*
Todd C. Schiltz, Esquire
(Counsel for Temple Lower Bucks Hospital, Inc.)

*Facsimile 609-777-3514*
Mala Narayanan, Deputy Attorney General
(New Jersey Division of Taxation)

*Facsimile 302-658-6395*
Charlene D. Davis, Esquire
Elio Battista, Jr., Esquire"
(Counsel for HHCA)

*Facsimile 314-725-5754*
Michael A. Becker, Esquire
(Counsel for Ray McCaslin)

*Facsimile 212-416-6009*
Neil S. Mann, Assistant Attorney General
(Counsel for the New York State Department of Health)

*Facsimile 978-552-4543*
Shirley Dietz, Hospice Fiscal Generalist
(Merrimack Valley Hospice, Inc.)

*Facsimile 302-622-9046*
Jeffrey S. Welch, Esquire
(Counsel for the City and County of Denver)

*Facsimile 215-557-7922*
Robert J. Lenahan, Esquire
(Counsel for HHCA)

*Facsimile 518-243-4342*
Luigi F. Rende, Esquire
(Counsel for The Center of Sports Medicine)

*Facsimile 630-978-2709*
Tammy Spooner, Business Office Manager
(Visiting Nurse Association of Fox Valley)

*Facsimile 856-802-2801*
Stephen P. Doughty, Esquire
(Counsel for Hemophilia Health Services)

*Facsimile 901-802-7472*
Stephen P. Hale, Esquire
(Counsel for Hemophilia Health Services)

*Facsimile 402-344-0500*
T. Randall Wright, Esquire
(Counsel for TBOB)

*Facsimile 302-427-8242*
Thomas G. Macauley, Esquire
(Counsel for TBOB)

*Facsimile 703-714-7410*
Thomas J. Cawley, Esquire
(Counsel for Sullivan County Public Health Nursing)

*Facsimile 215-665-3165*
Steven T. Davis, Esquire
Edmond M. George, Esquire
(Counsel for the Committee of Unsecured
Creditors of Coram Resource Network and
Coram Independent Practice Association, Inc.)

*Overnight Delivery*
Curaflex Health Services
d/b/a Coram Prescription Services
7101 TPC Drive
Suite 150
Orlando, FL 32822

*Overnight Delivery*
Curascript Pharmacy
7101 T.P.C. Drive
Suite 150
Orlando, Fl 32822