UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : | Chapter 11 Case Nos. 00-4471, 00-4469, 00-4470 |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO., et al., | : : : | Chapter 11 Case Nos. 01-1139 through 0-1200 |
| Debtors. | : | |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., | : : : : | Chapter 11 Case Nos. 01-10578, et al.[1] |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : : | Chapter 11 Case Nos. 01-2094 through 01-2104 |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : : : | Chapter 11 Case Nos. 00-3837 through 00-3854 |
| Debtors. | : | |

**FIRST CASE MANAGEMENT ORDER**

The Court having held a case management conference in each of the above-captioned Chapter 11 cases; and counsel having requested certain case management relief including clarification and relaxation of deadlines in certain scheduling provisions made in those conferences and in the prior Orders of the Court; and good cause appearing

---

[1]See attached list.

It is on this 21st day of December, 2001

ORDERED that this Order governs each of the above-captioned administratively consolidated Chapter 11 proceedings and that, except as provided to the contrary in this Order, reference to "debtors" in this Order is deemed to refer to every debtor in each of the proceedings, and it is further

ORDERED that the terms Transfer Motion, Friction Products, Friction Products Claims, and Transferred Plaintiffs shall have the same meaning as defined in previous Orders of this Court, and it is further

ORDERED that the debtors shall preserve all documents and other records containing information potentially relevant to asbestos-related claims against them, provided however that it shall not be a violation of this Order if a debtor shall erase computerized data pursuant to an established electronic data erasure policy and the debtor reasonably lacks knowledge that such electronic data is relevant to asbestos-related claims against it and provided the debtor preserves any printouts of erased electronic data, and it is further

ORDERED the debtors shall establish a written policy for its employees to implement the debtors' documents preservation obligations pursuant to this Order and deliver a hard copy of that policy to each of their employees within twenty-one (21) days of the date of this Order, and it is further

ORDERED that the written document retention policy shall be preserved and made available for inspection or filing with the Court as may in future be required, and it is further

ORDERED that within twenty-one (21) days of the date of this Order, counsel for each of the lead debtors in the above-captioned Chapter 11 proceedings and each of the official committees shall send to this Court a letter, ex parte, of five single-spaced pages, setting forth their opinion of what substantive, merits-based issues must be resolved with respect to asbestos-related claims against the debtors and whether they anticipate resolution of those issues shall be by consent of the interested parties or by the Court, and it is further

ORDERED that the deadlines for Transferred Plaintiffs to file briefs in opposition to the several Transfer Motions as set forth in the Orders of this Court dated December 18, 2001 and December 19, 2001, is hereby extended to January 7, 2002, and it is further

ORDERED that the time for each Transferred Plaintiff to file a motion for remand is hereby tolled until this Court's resolution of the several Transfer Motions, and it is further

ORDERED that all parties are on notice that the Transferred Plaintiffs may, in the course of briefing their opposition to the Transfer Motions, raise arguments directed to the subject matter jurisdiction of this Court and/or the propriety of remand to the

several state courts in which the Friction Product Claims were originally pending and/or whether this Court should abstain from hearing these claims and this Court may, on consideration of those arguments, make such disposition of the Friction Product claims as shall seem appropriate in law or equity, including without limitation, vacation of the Provisional Transfer Order, abstention or remand to the state courts, and it is further

ORDERED that the Court's case management plan and the commentary as set forth before counsel at the case management conference on December 20, 2001, is hereby incorporated by reference.

/s/_____
ALFRED M. WOLIN, U.S.D.J.

**IN RE: FEDERAL-MOGUL GLOBAL, INC.**
     **Case Numbers**

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |

| | | |
|---|---|---|
| 01-10637 | 01-10696 | 01-10746 |
| 01-10638 | 01-10697 | 01-10747 |
| 01-10640 | 01-10698 | 01-10748 |
| 01-10641 | 01-10699 | 01-10749 |