REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                             Invoice Number      913443
One Town Center Road                        Invoice Date      12/21/01
Boca Raton, FL    33486                     Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)   Special Abestos Counsel

    Fees                                    216,703.50


                         TOTAL BALANCE DUE UPON RECEIPT      $ 216,703.50
                                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      913443
One Town Center Road                     Invoice Date      12/21/01
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

================================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2001

| Date | Name | | Hours |
|------|------|--|-------|
| 11/01/01 | Atkinson | Reviewing, printing documents from Summation for attorney review. | 5.10 |
| 11/01/01 | Bentz | Review of documents in preparation for witness interviews. | 2.00 |
| 11/01/01 | Bentz | Reviewing and summarizing news articles regarding W.R. Grace and Libby, Montana. | 1.80 |
| 11/01/01 | Butcher | Document Review | 8.00 |
| 11/01/01 | Cameron | Continue review of e-mails and articles regarding current developments. | .80 |
| 11/01/01 | Cindrich | Document review. | 8.20 |
| 11/01/01 | DeMarchi Sleigh | Document review | 6.00 |
| 11/01/01 | Devine | Work on document review. | 8.60 |
| 11/01/01 | Haines | Two telephone calls with Coggon re: target sheet and revisions to database and contract changes (.4); telephone call with Trevelise re: same (.1); multi telephone calls with Syres re: Coggon's contract changes (.3). | .80 |
| 11/01/01 | Muha | Document review. | 8.10 |
| 11/02/01 | Butcher | Document Review | 4.90 |

172573 W. R. Grace & Co.                          Invoice Number  913443
60026  Special Abestos Counsel                    Page    2
       December 21, 2001

| Date | Name | | Hours |
|------|------|------|------|
| 11/02/01 | Cameron | Review materials relating to current developments and media reports. | .60 |
| 11/02/01 | Cindrich | Document review. | 7.20 |
| 11/02/01 | DeMarchi Sleigh | Document review | 5.20 |
| 11/02/01 | Devine | Work on document review. | 7.70 |
| 11/02/01 | Flatley | Review documents in preparation for Boston meetings (3.5); outline for Boston meetings (1.0). | 4.50 |
| 11/02/01 | Haines | Review proposed coding instructions and changes to target sheet (1.3); memos re: same (1.0); multiple telephone calls with Trevelise re: same (0.3); multiple telephone calls to Coggon (0.8); revisions to database (2.3); two telephone calls to Thornton re: OMR sheet revisions (0.7); memos re: printing of target sheet (0.2). | 6.60 |
| 11/02/01 | Muha | Document review. | 5.50 |
| 11/03/01 | Atkinson | Reviewing, printing documents from Summation database. | 2.80 |
| 11/03/01 | Bentz | Review of documents in preparation for witness interviews. | 4.25 |
| 11/04/01 | Atkinson | Reviewing printing documents from Summation database. | 2.90 |
| 11/04/01 | Cameron | Review testing data and communications with consultants regarding same. | .90 |
| 11/04/01 | Flatley | Reorganizing from Phoenix trip and preparing for Boston trip. | 2.60 |
| 11/04/01 | Haines | Review document coding materials in preparation for temp training meeting. | 3.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  913443
60026  Special Abestos Counsel             Page   3
       December 21, 2001
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 11/05/01 | Bentz | Review of documents in preparation for witness interview (4.25); preparation of outline of historical case defense (1.0). | 5.25 |
| 11/05/01 | Butcher | Document Review | 7.60 |
| 11/05/01 | Cindrich | Document review. | 8.90 |
| 11/05/01 | DeMarchi Sleigh | Document review | 4.40 |
| 11/05/01 | Devine | Work on document review. | 8.90 |
| 11/05/01 | Flatley | With J. Bentz re: preparation for Boston (0.2); conference with W. Sparks and e-mail re: Boston preparation (0.5); organizing for Boston trip (0.4). | 1.10 |
| 11/05/01 | Haines | Meeting at Winthrop re: new coding training, resumption of document review (1.0); document review and coding (3.0); multiple telephone calls with Thornton, Sherman, Latuda, Coggon, Trevelise re: coding parameters, test boxes, target sheet design (3.6); multiple telephone calls with Hindman re: importing of HRO database and comparison of changes (1.0). | 8.60 |
| 11/05/01 | McDaniel | Continued document review | 5.70 |
| 11/05/01 | Muha | Document review. | 3.50 |
| 11/05/01 | Restivo | Telephone calls with R. Finke, A. Trevelise (0.6); correspondence to R. Finke (0.2); memos to Grace team (0.5) | 1.30 |
| 11/05/01 | Trevelise | Review correspondence re: document review issues. | .20 |
| 11/06/01 | Atkinson | Reviewing e-mails from Susan Haines re: document review and scanning in Boston (.6); reviewing and printing documents from Summation for attorney review (2.2). | 2.80 |

172573  W. R. Grace & Co.                     Invoice Number  913443
60026   Special Abestos Counsel               Page   4
        December 21, 2001

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 11/06/01 | Bentz | Preparation of outline of historical case (1.0); scheduling meeting (.5); review of documents in preparation for witness interviews (3.4); letter providing materials to co-counsel regarding investigation (1.0). | 5.90 |
| 11/06/01 | Butcher | Document Review | 8.10 |
| 11/06/01 | Cameron | Review materials for monthly fee application. | 1.30 |
| 11/06/01 | Cindrich | Document review. | 9.10 |
| 11/06/01 | DeMarchi Sleigh | Document review | 5.90 |
| 11/06/01 | DelSole | Review of estoppel issues in relation to liability claims (1.0); review of liability issues in bankruptcy proceedings (1.0). | 2.00 |
| 11/06/01 | Devine | Work on document review. | 4.30 |
| 11/06/01 | Flatley | E-mail to D. Kuchinsky (.10); organizing re: Boston trip. (.20). | .30 |
| 11/06/01 | Haines | Document review at Winthrop Square (Casner & Edwards) in Boston. | 3.00 |
| 11/06/01 | Haines | Prepare list of problems with telephone existing database (0.5); memo re: same (0.1); memos re: unscannable procedures (0.3); telephone call with Latuda re: same (0.1); conference with Trevelise re: revisions to scanning contract (0.2); memo re: same (0.1); revisions to contract (0.4). | 1.70 |
| 11/06/01 | Muha | Document review. | 5.20 |
| 11/06/01 | Restivo | Spot review of documents | 1.30 |
| 11/06/01 | Trevelise | Review and revise contract with vendor for scanning of documents (.3); conference with S. Haines re: same (.2). | .50 |

172573 W. R. Grace & Co.                    Invoice Number  913443
60026  Special Abestos Counsel             Page    5
       December 21, 2001

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/07/01 | Atkinson | Reviewing and printing documents from Summation for attorney review (1.8); reviewing materials re: continuation of document review in Boston and arrangements for same (1.1). | 2.90 |
| 11/07/01 | Bentz | Review of news articles regarding Grace (.8); review of documents in preparation for witness interviews (6.0). | 6.80 |
| 11/07/01 | Butcher | Document Review | 7.00 |
| 11/07/01 | Cameron | Review emails and memos relating to open issues and things to do (.50); emails and review materials relating to fee applications (.60). | 1.10 |
| 11/07/01 | Cindrich | Document review. | 2.70 |
| 11/07/01 | DeMarchi Sleigh | Document review | 8.20 |
| 11/07/01 | Devine | Work on document review. | 4.00 |
| 11/07/01 | Flatley | Outlining for Boston meetings preparation. | 6.70 |
| 11/07/01 | Haines | Telephone call to Atkinson re: status and background of review start-up (0.5); memos re: same (0.1); memos re: target sheet revisions (0.3); two telephone calls with On-Site re: same (0.7); memos to Coggon and Trevelise re: items added in EPA database (0.3). | 1.90 |
| 11/07/01 | Muha | Document review. | 8.80 |
| 11/07/01 | Trevelise | Review correspondence (.1); telephone call with S. Haines re: status of document review (.1). | .20 |
| 11/08/01 | Antezana | Reviewing documents for meetings with witnesses. | 2.90 |
| 11/08/01 | Bentz | Preparation for interview of witnesses. | 2.20 |
| 11/08/01 | Butcher | Document Review | 8.00 |

172573 W. R. Grace & Co.                      Invoice Number  913443
60026  Special Abestos Counsel               Page   6
       December 21, 2001

| Date | Name | | Hours |
|------|------|---|------|
| 11/08/01 | Cindrich | Document review. | 8.20 |
| 11/08/01 | DeMarchi Sleigh | Document review | 7.30 |
| 11/08/01 | DelSole | Conference with Attorneys Singer and Bentz regarding liability issues (1.0); amendments to liability memorandum in relation to same (1.0); research and review of EPA documents regarding Libby/attic insulation (1.0). | 3.00 |
| 11/08/01 | Devine | Work on document review. | 7.40 |
| 11/08/01 | Flatley | Revising outlines for Boston meetings and organizing documents for same (2.60); with J. Bentz (.10); other preparation for Boston meetings (2.30). | 5.00 |
| 11/08/01 | Haines | Conference with Trevelise re: contact status (0.1); memo to On-Site re: same (0.1); memos to Trevelise re: same (0.1); multi memos re: box pick-up schedule (0.5); memos re: Boston computer (0.3); memos re: patch sheets in Lason boxes (0.2); memos re: data transfer and test CDs (0.2). | 1.50 |
| 11/08/01 | Muha | Document review. | 9.10 |
| 11/08/01 | Trevelise | Review correspondence re: issues involved with document review (.3); conference with S. Haines re: status of document review and contract issues (.2). | .50 |
| 11/09/01 | Bentz | Preparation for witness meetings (3.3); conference with S. Del Sole regarding legal research (0.4). | 3.70 |
| 11/09/01 | Butcher | Document Review | 8.00 |
| 11/09/01 | Cindrich | Document review. | 5.30 |
| 11/09/01 | DeMarchi Sleigh | Document review | 4.80 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
      December 21, 2001

Invoice Number   913443
Page    7

| Date | Name | | Hours |
|------|------|--|-------|
| 11/09/01 | DelSole | Conference with Attorney Singer concerning liability issues and bankruptcy (.5); review of bankruptcy authority in relation to liability issues (1.5); conference with Attorney Bentz regarding liability (.5); review and amendments to memorandum in relation to same (1.0). | 3.50 |
| 11/09/01 | Devine | Work on document review. | 3.00 |
| 11/09/01 | Flatley | With J. Bentz re: Boston meetings (1.10); preparation for Boston. | 4.80 |
| 11/09/01 | Haines | Two memorandums re: unscannable items (0.3); memos re: data transfer and test CD's (0.3); memos re: responsive Ag/Hrt and Pool products (0.2); conference with Rita Coren at On-Site re: contract status and test data (0.5); telephone calls with Anderson, Hindman re: Boston computer (0.3). | 1.60 |
| 11/09/01 | Muha | Document review. | 8.10 |
| 11/09/01 | Singer | Discussion with S. Del Sole re jurisdiction. | .50 |
| 11/09/01 | Trevelise | Review correspondence re: status of document review (.2). | .20 |
| 11/10/01 | Bentz | Review of documents in preparation for witness interview. | 3.25 |
| 11/11/01 | Atkinson | Reviewing and printing summaries from Summation for attorneys' review. | 2.10 |
| 11/11/01 | Flatley | Preparation for meetings in Boston. | 2.00 |
| 11/12/01 | Atkinson | Reviewing documents/guidelines re: document production in Boston (.4); reviewing, printing documents from Summation for attorney review (3.2). | 3.60 |

172573  W. R. Grace & Co.                          Invoice Number  913443
60026   Special Abestos Counsel                    Page    8
        December 21, 2001

| Date | Name | | Hours |
|------|------|---|-------|
| 11/12/01 | Bentz | Preparation for and attending witness interviews in Boston. | 9.00 |
| 11/12/01 | Butcher | Document Review | 4.80 |
| 11/12/01 | Cameron | Review various e-mails relating to consultant meetings and respond (.6); Review billing materials and telephone call with J. Restivo regarding same (.6). | 1.20 |
| 11/12/01 | Cindrich | Document review. | 7.10 |
| 11/12/01 | DeMarchi Sleigh | Document review | 9.40 |
| 11/12/01 | Devine | Work on document review. | 7.20 |
| 11/12/01 | Flatley | Meetings with W. Sparks, C. Sullivan, J. Bentz, et al. in Boston (8.80); calls to J. Restivo, et al. re: documents (.80). | 9.60 |
| 11/12/01 | Haines | Multi memos re: coding questions (1.0); document review (2.4); memos re: HRO data transfer (0.2); travel to Boston (2.0). | 5.60 |
| 11/12/01 | McDaniel | Continued document review | 5.70 |
| 11/12/01 | Muha | Document review. | 9.10 |
| 11/12/01 | Trevelise | Review correspondence re: scanning issues and status of contract (.2); telephone call with S. Haines re: same (.1). | .30 |
| 11/13/01 | Atkinson | Reviewing documents for production at W.R. Grace Repository in Boston. | 3.80 |
| 11/13/01 | Bentz | Preparation for and attending witness interviews in Boston. | 10.10 |
| 11/13/01 | Butcher | Document Review | 7.50 |
| 11/13/01 | Cameron | Review e-mails and memos relating to consultant work and meetings. | .90 |
| 11/13/01 | Cindrich | Document review. | 9.60 |

172573 W. R. Grace & Co.
60026 Special Abestos Counsel
      December 21, 2001

| Date | Name | | Hours |
|------|------|--|-------|
| 11/13/01 | DeMarchi Sleigh | Document review | 9.30 |
| 11/13/01 | Devine | Work on document review. | 6.80 |
| 11/13/01 | Flatley | Meetings with W. Sparks, C. Sullivan, J. Bentz, B. Murphy and M. Murphy, et al. in Boston (8.40); calls to office, etc., re: status report (.40). | 8.80 |
| 11/13/01 | Haines | Document review (4.0); telephone calls re: Boston computer (.4); set-up computer (.6); e-mails re: coding questions (1.0); conference with Coders re: questions (.8); e-mails re: contract status (.4); e-mails re: additional Target Sheets and changes to Target Sheets (0.3). | 7.50 |
| 11/13/01 | McDaniel | Continued document review | 3.50 |
| 11/13/01 | Muha | Document review. | 9.50 |
| 11/13/01 | Restivo | Read newly received correspondence, reports, etc. | 1.00 |
| 11/13/01 | Trevelise | Review correspondence from HRO, Casner & Edwards and Susan Haines re: issues with document review (.3); telephone calls with S. Haines re: same (.1). | .40 |
| 11/14/01 | Atkinson | Reviewing documents for production at W. R. Grace Repository in Boston. | 8.40 |
| 11/14/01 | Bentz | Preparation for and attending witness interviews in Boston. | 8.00 |
| 11/14/01 | Butcher | Document Review | 7.30 |
| 11/14/01 | Cameron | Review e-mail and recent media developments. | .50 |
| 11/14/01 | Cindrich | Document review. | 5.80 |
| 11/14/01 | DeMarchi Sleigh | Document review | 8.40 |
| 11/14/01 | Devine | Work on document review. | 4.50 |

172573  W. R. Grace & Co.                          Invoice Number   913443
60026   Special Abestos Counsel                    Page   10
        December 21, 2001

| Date | Name | | Hours |
|------|------|------|-------|
| 11/14/01 | Flatley | Meetings with W. Sparks, C. Sullivan, J. Bentz, et al. in Boston (5.80); reorganizing after trip (1.00); reviewing notes on Boston trip (1.70). | 8.50 |
| 11/14/01 | Gordon | Review docket re: certificate of no objection (.1); emails to P. Lykens re: same (.2) | .30 |
| 11/14/01 | Gordon | Review and respond to emails regarding fee applications and certificates of no objection | .40 |
| 11/14/01 | Haines | Document review (3.8); telephone calls with Trevelise, Thornton re: contract status (0.5); e-mails to On-Site, Trevelise re: contract status (0.3); telephone calls with Thornton, Coggon re: changes to Target Sheet and additional copies (0.7); conference with Coders re: coding questions and progress of boxes (1.3); telephone call with Thornton re: test date and review materials re: attorney coding (1.2); memos to Hindman re: HRO date transfer (0.1). | 8.00 |
| 11/14/01 | McDaniel | Continued document review | 5.30 |
| 11/14/01 | Muha | Document review. | 9.70 |
| 11/15/01 | Atkinson | Reviewing documents for production at W. R. Grace Repository in Boston. | 8.20 |
| 11/15/01 | Butcher | Document Review | 7.30 |
| 11/15/01 | Cameron | Review materials for conference call regarding consultants (.6); Review e-mails and materials relating to new consultants (.7). | 1.30 |
| 11/15/01 | Cindrich | Document review. | 4.50 |
| 11/15/01 | DeMarchi Sleigh | Document review | 9.70 |
| 11/15/01 | Devine | Work on document review. | 5.40 |

172573 W. R. Grace & Co.                          Invoice Number  913443
60026  Special Abestos Counsel                    Page  11
       December 21, 2001

| Date | Name | | Hours |
|------|------|------|-------|
| 11/15/01 | Flatley | Reorganizing and follow up on Boston trip (1.40); conference call with T. Hardy, D. Kuchinsky, R. Senftleben and R. Finke (.80); call with D. Cameron re: various issues (.40); with J. Bentz re: preparation for 11/16 conference call (.10). | 2.70 |
| 11/15/01 | Haines | Memo to Hindman re: data transfer for HRO (0.1); telephone call to Thornton re: test data (0.2); memos re: contract status (0.5); telephone call to Byrne re: same and test data (0.2); telephone call to Trevelise re: changes to contract requested by vendor (0.1); memo re: same (0.1); multi memos re: status and accuracy of test data (1.5); memos to Sherman re: revisions to instructions for new coders (0.4). | 3.10 |
| 11/15/01 | McDaniel | Continued document review | 1.60 |
| 11/15/01 | Muha | Document review. | 9.40 |
| 11/15/01 | Trevelise | Conference with S. Haines re: document review issues (.1); review correspondence re: same (.1). | .20 |
| 11/16/01 | Atkinson | Reviewing documents for production at W. R. Grace Repository in Boston. | 5.30 |
| 11/16/01 | Bentz | Preparation for and participation in conference call regarding factual investigation and documents (2.9); review of documents (2.6). | 5.50 |
| 11/16/01 | Butcher | Document Review | 6.70 |
| 11/16/01 | Cameron | Review e-mails and current news reports. | .70 |
| 11/16/01 | Cindrich | Document review. | 7.90 |
| 11/16/01 | DeMarchi Sleigh | Document review | 4.60 |

172573 W. R. Grace & Co.                          Invoice Number  913443
60026  Special Abestos Counsel                    Page  12
       December 21, 2001


| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 11/16/01 | Devine | Work on document review. | 5.50 |
| 11/16/01 | Flatley | Preparation for conference call (1.30); with J. Bentz to prepare for call (.30); conference call with W. Sparks, C. Sullivan, J. Bentz, et al. (.60); follow up on call with J. Bentz (.20). | 2.40 |
| 11/16/01 | Haines | Multi telephone calls with Trevelise re: contract revisions (0.4); multi telephone calls with Green re: same (0.5); memos to Green re: same (0.2); telephone call with Byrne re: same (0.1); memo to Restivo re: same (0.1); draft revisions (0.7); telephone call to Atkinson re: status of document review (0.2); telephone call with Anderson re: revisions to coding instructions (0.2); memos re: same, review revisions (0.6); memos re: additional target sheets (0.1); memos re: additional documents for Winthrop review (0.2); memo to Atkinson re: invoice coding (0.1); memo re: use of goldenrod target sheets (0.1). | 3.50 |
| 11/16/01 | Muha | Document review. | 8.10 |
| 11/16/01 | Restivo | Memos to R. Finke, S. Del Sole | .80 |
| 11/16/01 | Trevelise | Review correspondence re: scanning and document review (.1); telephone call with S. Haines re: same (.1). | .20 |
| 11/17/01 | Atkinson | Reviewing, printing documents from Summation for attorneys' review. | 1.60 |
| 11/17/01 | Bentz | Preparation of memorandum regarding witness interviews. | 3.00 |
| 11/17/01 | McDaniel | Continued document review | 1.50 |
| 11/18/01 | DeMarchi Sleigh | Document review | .30 |
| 11/18/01 | Muha | Document review. | 2.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  913443
60026   Special Abestos Counsel            Page  13
        December 21, 2001
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/19/01 | Atkinson | Reviewing, printing documents from Summation (1.7); reviewing e-mails re: determining responsive documents (.3). | 2.00 |
| 11/19/01 | Bentz | Preparation of memoranda regarding witness interviews. | 3.40 |
| 11/19/01 | Butcher | Document Review | 6.60 |
| 11/19/01 | Cameron | Review and revise materials relating to fee applications. | .70 |
| 11/19/01 | Cindrich | Document review. | 9.60 |
| 11/19/01 | DeMarchi Sleigh | Document review | 1.70 |
| 11/19/01 | DelSole | Research legal theory regarding toxic exposure (.5). | .50 |
| 11/19/01 | Devine | Work on document review. | 5.30 |
| 11/19/01 | Flatley | Call with R. Finke (.50); call with W. Sparks (.40); review correspondence and e-mails (.20). | 1.10 |
| 11/19/01 | Haines | Two conferences with Trevelise re: contract status (0.2); telephone call with Green re: same (0.0); memo to Green re: same (0.2); memo re: revisions to consumer product list (0.2); telephone call with Atkinson re: staffing of Boston document review (0.3); memo to Atkinson re: unscannable coding (0.1); memos re: revision to coding instructions (0.2); review same (0.6); memos re: test data revisions (0.2). | 2.10 |
| 11/19/01 | McDaniel | Continued document review | 5.80 |
| 11/19/01 | Muha | Document review. | 3.90 |
| 11/19/01 | Rea | Revised, transmitted memo on consultants | .75 |

172573  W. R. Grace & Co.
60026   Special Abestos Counsel
        December 21, 2001

Invoice Number  913443
Page  14

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 11/19/01 | Trevelise | Telephone call with J. Restivo re: scanning contract (.1); review correspondence re: issues pertaining to document review (.2); conference with S. Haines re: scanning contract and contract review issues (.2). | .50 |
| 11/20/01 | Atkinson | Reviewing, printing documents from Summation, for attorneys' review (2.1); e-mail to paralegals, associates re: document review (.2); reviewing, copies of Summaries for coding (.3); organizing invoices, Target Sheets to send to S. Haines (.2). | 2.80 |
| 11/20/01 | Bentz | Preparation of memoranda regarding witness meetings. | 2.10 |
| 11/20/01 | Butcher | Document Review | 1.20 |
| 11/20/01 | Cameron | Review materials from R. Finke and prepare comments to same. | .70 |
| 11/20/01 | Cindrich | Document review. | 6.40 |
| 11/20/01 | DeMarchi Sleigh | Document review | 8.50 |
| 11/20/01 | Flatley | E-mails and responses (.40); review correspondence (.40). | .80 |
| 11/20/01 | Haines | Two telephone calls to Winthrop Square temps re: status of review (0.3); three telephone calls with Green re: contract status (0.7); memo to Atkinson re: training schedule for new temps (0.1); conference with Trevelise re: contract pay-out terms (0.3); revisions to contract (0.3); memos re: staffing for document review (0.2). | 1.90 |
| 11/20/01 | McDaniel | Continued document review | .30 |
| 11/20/01 | Muha | Document review. | 6.50 |

172573 W. R. Grace & Co.                          Invoice Number  913443
60026  Special Abestos Counsel                    Page  15
       December 21, 2001

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 11/20/01 | Restivo | Telephone call with A. Trevelise re imaging contract (0.4); review new material and corresondence (0.5) | .90 |
| 11/20/01 | Trevelise | Review correspondence re: scanning issues and document review issues (.2); conferences with S. Haines re: scanning issues and document review issues (.2). | .40 |
| 11/21/01 | Antezana | Emails from L. Flatley and J. Bentz, reading fax from C. Sullivan, responding to emails and reviewing documents re. fax. | .30 |
| 11/21/01 | Atkinson | Reviewing, printing documents from Summation for attorneys' review. | 1.80 |
| 11/21/01 | Bentz | Preparation of memoranda regarding witness interviews. | 2.90 |
| 11/21/01 | Butcher | Document Review | 8.00 |
| 11/21/01 | Cameron | Review various e-mails from R. Finke and T. Hardy and respond to same regarding conference call and discussions with consultants. | .60 |
| 11/21/01 | Cindrich | Document review. | 9.00 |
| 11/21/01 | DeMarchi Sleigh | Document review | 7.90 |
| 11/21/01 | Devine | Work on document review. | 1.00 |
| 11/21/01 | Flatley | E-mails and calls arranging for Chicago trip (.80); call with W. Sparks and follow up with J. Restivo and (later) J. Bentz (.60); organizing materials for Chicago trip (1.40). | 2.80 |
| 11/21/01 | Haines | Memo to Thornton re: unscannable procedures (0.2); telephone calls with Thornton (0.5); memos re: temp training (0.6); revisions to training manual (0.5); telephone call with Green re: contract status and revisions (0.2); conference with Trevelise re: same (0.2). | 2.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  913443
60026  Special Abestos Counsel              Page  16
       December 21, 2001
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/21/01 | Muha | Document review. | 3.10 |
| 11/21/01 | Restivo | Telephone calls with L. Flatley and R. Finke re possible case reassignment | .50 |
| 11/23/01 | Cameron | Review and revise materials for fee applications. | .90 |
| 11/23/01 | Cindrich | Document review. | 5.00 |
| 11/23/01 | Devine | Work on document review. | 7.90 |
| 11/23/01 | Haines | Telephone call with Thornton re: test data status. | .20 |
| 11/23/01 | McDaniel | Continued document review | 3.80 |
| 11/24/01 | Atkinson | Printing documents from Summation for attorneys' review. | 1.70 |
| 11/25/01 | Butcher | Document Review | 3.00 |
| 11/25/01 | Cameron | Review and revise materials for fee application and certificates of no objection and provide comments regarding same. | 1.10 |
| 11/25/01 | DeMarchi Sleigh | Document review | 5.70 |
| 11/26/01 | Antezana | Reviewing Casner and Edwards documents regarding various witnesses and phone call to C. Sullivan at Kirkland and Ellis re: same. | 2.70 |
| 11/26/01 | Atkinson | Reviewing, printing documents from Summation database for attorneys' review (2.6); reviewing coding instructions regarding document production (.7); reviewing e-mails and binder for coding procedures for document review in Boston (1.0). | 3.30 |
| 11/26/01 | Bentz | Preparation of memoranda regarding interviews (3.5); preparation of summaries regarding news articles (2.4). | 5.90 |

172573  W. R. Grace & Co.                                    Invoice Number  913443
60026   Special Abestos Counsel                              Page  17
        December 21, 2001

| Date | Name | | Hours |
|------|------|--|-------|
| 11/26/01 | Butcher | Document Review | 7.10 |
| 11/26/01 | Cameron | Review materials for fee applications and certificates of no objections (.4); Review materials from R. Finke relating to consultant proposals and work plans (.7). | 1.10 |
| 11/26/01 | Cindrich | Document review. | 8.00 |
| 11/26/01 | DeMarchi Sleigh | Document review | 9.50 |
| 11/26/01 | Devine | Work on document review. | 4.20 |
| 11/26/01 | Haines | In Boston - Multi telephone calls with Trevelise re: contract status and revisions (0.7); multi telephone calls with Green re: November billing (0.3); telephone call with Thornton re: test date (0.2); telephone call with Murphy re: temp training (0.3); telephone call with Thornton re: Wednesday pick-up (0.2); review materials re: preparation for training of temps (2.0); telephone calls re: document review schedule (0.3). | 4.00 |
| 11/26/01 | Kelleher | Correspond with and teleconference with P. Lykens re: certificates of no objection and revisions to and service of same (.50); review docket and update service list and prepare certifications for filing and service (1.0) | 1.50 |
| 11/26/01 | Muha | Document review. | 5.20 |
| 11/26/01 | Restivo | Review of collected documents | 1.00 |
| 11/26/01 | Trevelise | Conference with S. Haines re: status of test data from scanning company and issues pertaining to document review. | .30 |
| 11/27/01 | Antezana | Reviewing documents regarding various witnesses and gathering documents for witness binders. | 2.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  913443
60026  Special Abestos Counsel              Page  18
       December 21, 2001
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/27/01 | Atkinson | Attending, participating in training session for new reviewers for document review in Boston (2.1); reviewing, quality control of documents for production (5.9). | 8.00 |
| 11/27/01 | Bentz | Preparation of Grace historical case. | 4.20 |
| 11/27/01 | Butcher | Document Review | 3.20 |
| 11/27/01 | Cindrich | Document review. | 6.50 |
| 11/27/01 | DeMarchi Sleigh | Document review | 11.00 |
| 11/27/01 | DelSole | Review of EPA information concerning vermiculite/Libby issues. | .50 |
| 11/27/01 | Flatley | E-mails and responses and other scheduling for Chicago trip. | .20 |
| 11/27/01 | Gordon | Prepare certificate of service of fee application (.3); prepare service list (1.0); prepare and perfect filing and service of fourth fee application (1.3) | 2.50 |
| 11/27/01 | Gordon | Telephone conference with P. Lykens re: fee application (.2); review of same (.4) | .60 |
| 11/27/01 | Haines | In Boston - Document review (1.0); training of temporary employees for document review (3.6); memos re: contract status and test data (1.2); multi telephone calls with Trevelise re: same (0.7); telephone call with Thornton re: same (0.5); telephone call with Green re: same (0.2); telephone calls with Murphy (0.7); telephone calls with Sherman (0.5); revisions to coding instructions (0.8). | 9.20 |
| 11/27/01 | Muha | Document review. | 5.50 |

```
172573  W. R. Grace & Co.                        Invoice Number  913443
60026   Special Abestos Counsel                  Page  19
        December 21, 2001
```

| Date | Name | | Hours |
|------|------|------|------|
| 11/27/01 | Restivo | Notes on reviewed documents (0.5); review newly received material and call with A. Trevelise (0.5) | 1.50 |
| 11/27/01 | Trevelise | Telephone calls with S. Haines re: status of document review and scanning company information (.2); review and revise scanning contract (.2). | .40 |
| 11/28/01 | Antezana | Preparing witness binders. | 1.80 |
| 11/28/01 | Atkinson | Attending, assisting in training of new reviewers for W. R. Grace document review in Boston (1.7); reviewing documents for production (7.1). | 8.80 |
| 11/28/01 | Butcher | Document Review | 1.30 |
| 11/28/01 | Cameron | Review fee application materials (.30); Review e-mails and correspondence from consultants (.4). | .70 |
| 11/28/01 | Cindrich | Document review. | 2.00 |
| 11/28/01 | DeMarchi Sleigh | Document review | 5.90 |
| 11/28/01 | Flatley | E-mails (.20); call with R. Finke and follow up with J. Restivo, Jr. (.60); e-mail from W. Sparks and follow up (.30); with T. Antezana and other preparation for Chicago trip (.80). | 1.90 |
| 11/28/01 | Gordon | Left message with Debtor's counsel re: 2002 service list (.1); prepare 2002 service list (2.0); prepare certificate of service of fee application (.3) | 2.40 |
| 11/28/01 | Haines | In Boston - Document review (3.8); training of temporary employees for document review (1.0); telephone calls re: contract status and test data (0.7); memos re: same (0.5); memos re: coding issues and questions (0.8); revisions to coding instructions (1.0). | 7.80 |

172573 W. R. Grace & Co.                    Invoice Number  913443
 60026  Special Abestos Counsel             Page   20
        December 21, 2001

| Date | Name | | Hours |
|------|------|---|-------|
| 11/28/01 | McDaniel | Continued document review | 5.50 |
| 11/28/01 | Muha | Document review. | 5.10 |
| 11/28/01 | Trevelise | Review correspondence re: status of test data from scanning company and reply to same (.1); conference with S. Haines re: scanning contract and status of document review (.1). | .20 |
| 11/29/01 | Antezana | Phone call to C. Sullivan (.20); email to L. Flatley (.10); conversation with T. Rea re testing materials (.30); email to J. Bentz (.10); preparing witness binders (.40). | 1.10 |
| 11/29/01 | Atkinson | Reviewing W. R. Grace documents in Boston for production. | 7.70 |
| 11/29/01 | Bentz | Preparation for witness meetings in Chicago (3.0); review of documents re:  same (3.2). | 6.20 |
| 11/29/01 | Butcher | Document Review | 3.30 |
| 11/29/01 | Cindrich | Document review. | 8.90 |
| 11/29/01 | DeMarchi Sleigh | Document review | 8.00 |
| 11/29/01 | Devine | Work on document review. | 5.40 |
| 11/29/01 | Flatley | Preparation for conference call (.30); conference call with D. Kuchinsky, R. Senftleben, T. Hardy, et al. (1.20); review notes and documents in preparation for Chicago meetings (1.80). | 3.30 |
| 11/29/01 | Haines | Memos re: box pick-up schedule by scanner (0.3); multi telephone calls with Green re: test data and pick-up (0.6); telephone call with Thornton re: same (0.1); memos re: same (0.4); telephone calls with Trevelise re: same (0.3); conferences with Trevelise re: same (0.3). | 2.00 |

172573 W. R. Grace & Co.                          Invoice Number  913443
60026  Special Abestos Counsel                    Page  21
       December 21, 2001

| Date | Name | | Hours |
|------|------|------|-------|
| 11/29/01 | McDaniel | Continued document review | 5.10 |
| 11/29/01 | Muha | Document review. | 4.40 |
| 11/29/01 | Restivo | Review selected documents | .50 |
| 11/29/01 | Trevelise | Review correspondence re: status of scanning test data and commencement of scanning (.1); conference with S. Haines re: same (.2). | .30 |
| 11/30/01 | Atkinson | Reviewing e-mails re: coding documents for production (.3); summaries to associates to review (.2); copies of lists of Summation summaries to use to print documents (.3). | .80 |
| 11/30/01 | Butcher | Document Review | 3.30 |
| 11/30/01 | Cameron | Multiple e-mails to R. Finke and T. Hardy regarding meetings and conference calls concerning consultants and prepare for same. | .90 |
| 11/30/01 | Cindrich | Document review. | 10.10 |
| 11/30/01 | DeMarchi Sleigh | Document review | 8.00 |
| 11/30/01 | Devine | Work on document review. | 5.30 |
| 11/30/01 | Flatley | E-mails on scheduling (.20); reviewing documents, creating outline, reviewing prior testimony and other preparation for Chicago meetings (7.70). | 7.90 |
| 11/30/01 | Haines | Multi memos re: test data (0.8); multi telephone calls re: same (0.7); telephone call to Sherman re: unscannable items (0.2); memos re: same (0.3); review test database (0.9); telephone calls re: contract (0.3); telephone call with Atkinson re: document review (0.2); conference with Trevelise re: contract and document review schedule (0.3); corrections to database based on materials from Atkinson re: miscoded invoices | 5.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  913443
60026  Special Abestos Counsel             Page  22
       December 21, 2001
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | (1.9). | |
| 11/30/01 | McDaniel | Continued document review | 6.00 |
| 11/30/01 | Muha | Document review. | 5.40 |
| 11/30/01 | Trevelise | Review correspondence re: document review issues and scanning issues (.2); conference with S. Haines re: document review and scanning issues (.2). | .40 |

```
                                            ------
                        TOTAL HOURS   1119.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Andrew J. Trevelise | 5.20 | at $ | 325.00 | = | 1,690.00 |
| James J. Restivo Jr. | 8.80 | at $ | 380.00 | = | 3,344.00 |
| Paul M. Singer | .50 | at $ | 390.00 | = | 195.00 |
| Lawrence E. Flatley | 77.00 | at $ | 340.00 | = | 26,180.00 |
| Douglas E. Cameron | 16.00 | at $ | 325.00 | = | 5,200.00 |
| James W Bentz | 95.45 | at $ | 260.00 | = | 24,817.00 |
| Jennifer Kelleher | 1.50 | at $ | 225.00 | = | 337.50 |
| Traci Sands Rea | .75 | at $ | 240.00 | = | 180.00 |
| Stephen J. DelSole | 9.50 | at $ | 250.00 | = | 2,375.00 |
| Patricia E. Antezana | 11.20 | at $ | 180.00 | = | 2,016.00 |
| Scott M. Cindrich | 150.00 | at $ | 180.00 | = | 27,000.00 |
| Lisa D. DeMarchi Sleigh | 149.70 | at $ | 180.00 | = | 26,946.00 |
| Bryan C. Devine | 102.40 | at $ | 180.00 | = | 18,432.00 |
| Jayme L. Butcher | 122.20 | at $ | 180.00 | = | 21,996.00 |
| Jeffrey A. McDaniel | 49.80 | at $ | 180.00 | = | 8,964.00 |
| Andrew J. Muha | 135.80 | at $ | 180.00 | = | 24,444.00 |
| M. Susan Haines | 91.40 | at $ | 135.00 | = | 12,339.00 |
| Kelly Gordon | 6.20 | at $ | 120.00 | = | 744.00 |
| Maureen L. Atkinson | 86.40 | at $ | 110.00 | = | 9,504.00 |

```
                CURRENT FEES                    216,703.50


                                            ------------
        TOTAL BALANCE DUE UPON RECEIPT       $ 216,703.50
                                            ============
```