REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      ******
One Town Center Road                     Invoice Date      12/21/01
Boca Raton, FL    33486                  Client Number      172573


=============================================================================

Re: W. R. Grace & Co.


(60026)  Special Abestos Counsel


        Expenses                    22,667.19

                    TOTAL BALANCE DUE UPON RECEIPT      $ 22,667.19
                                                        ============


Exhibit B

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R Grace & Co.                          Invoice Number      ******
One Town Center Road                     Invoice Date      12/21/01
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026
```

===========================================================================

Re: (60026)  Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/03/01 | Courier Service UPS | 26.93 |
| 10/03/01 | Courier Service UPS | 25.11 |
| 10/08/01 | Courier Service UPS | 84.64 |
| 10/11/01 | Courier Service UPS | 8.77 |
| 10/15/01 | FLATLEY/LAWRENCE E 16OCT PIT PHL PIT | 633.73 |
| 10/15/01 | Courier Service UPS | 8.77 |
| 10/15/01 | Courier Service UPS | 8.77 |
| 10/15/01 | Courier Service UPS | 8.17 |
| 10/16/01 | BENTZ/JAMES W 16OCT PIT PHL PIT | 341.00 |
| 10/19/01 | Courier Service UPS | 18.68 |
| 10/26/01 | FLATLEY/LAWRENCE E 31OCT PIT PHX PIT | 1906.50 |
| 10/26/01 | FLATLEY/LAWRENCE E 11NOV PIT BOS PIT | 529.00 |
| 10/26/01 | BENTZ/JAMES W 11NOV PIT BOS PIT | 529.00 |
| 10/29/01 | 561-362-1533/BOCA RATON, FL/2 | .23 |
| 10/30/01 | RESTIVO/JAMES J 31OCT PIT PHX PIT | 2006.50 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page   2
       December 21, 2001


| Date | Description | Amount |
|---|---|---|
| 10/31/01 | Outside Duplicating - - NEW MEDIA, INC. | 20.12 |
| 10/31/01 | ATTY # 0349; 37 COPIES | 5.55 |
| 10/31/01 | ATTY # 0349; 2 COPIES | .30 |
| 10/31/01 | ROSSI/M SUSAN<br>04NOV PHL BOS PHL | 654.50 |
| 11/01/01 | ATTY # 0885; 177 COPIES | 26.55 |
| 11/01/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/01/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/01/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/01/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/01/01 | ATTY # 0885: 7 COPIES | 1.05 |
| 11/01/01 | ATTY # 0885: 7 COPIES | 1.05 |
| 11/01/01 | Courier Service - Outside - INV 402023446 -<br>VENDOR: FEDERAL EXPRESS CORP | 23.87 |
| 11/01/01 | Courier Service - Outside -inv 402023446-<br>VENDOR: FEDERAL EXPRESS CORP | 11.79 |
| 11/01/01 | Courier Service - Outside -INV 402023446-<br>VENDOR: FEDERAL EXPRESS CORP | 21.53 |
| 11/01/01 | Courier Service - Outside - INV 402023446 -<br>VENDOR: FEDERAL EXPRESS CORP | 25.20 |
| 11/01/01 | Courier Service - Outside - INV 402023446 -<br>VENDOR: FEDERAL EXPRESS CORP | 11.79 |
| 11/01/01 | Courier Service - Outside - INV 402023446 -<br>VENDOR: FEDERAL EXPRESS CORP | 15.20 |
| 11/01/01 | Courier Service - Outside - INV 402023446 -<br>VENDOR: FEDERAL EXPRESS CORP | 21.53 |
| 11/01/01 | Courier Service - Outside -INV 402023446 -<br>VENDOR: FEDERAL EXPRESS CORP | 11.79 |
| 11/01/01 | Courier Service - Outside - INV 40203446 -<br>VENDOR: FEDERAL EXPRESS CORP | 15.20 |
| 11/01/01 | Courier Service - Outside - INV 402023446 -<br>VENDOR: FEDERAL EXPRESS CORP | 13.76 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
     December 21, 2001

Invoice Number  ******
Page   3

| Date | Description | Amount |
|------|-------------|-------:|
| 11/02/01 | ATTY # 0559; 2 COPIES | .30 |
| 11/02/01 | ATTY # 0235: 4 COPIES | .60 |
| 11/02/01 | 303-866-0408/DENVER, CO/10 | 1.09 |
| 11/02/01 | 212-252-9700/NEW YORK, NY/12 | 1.34 |
| 11/02/01 | 561-362-1533/BOCA RATON, FL/5 | .75 |
| 11/03/01 | ATTY # 0856: 18 COPIES | 2.70 |
| 11/03/01 | ATTY # 0856: 7 COPIES | 1.05 |
| 11/04/01 | Secretarial Overtime PRINT SUMMATION FOR REVIEW BY ATTORNEYS. | 930.00 |
| 11/05/01 | Mileage Expense - - S. HELBLING - 11/3-4/01 MILEAGE | 13.64 |
| 11/05/01 | Meal Expense - -  S. HELBLING - LUNCH 11/3-4/01 | 10.84 |
| 11/05/01 | Transportation - - S. HELBLING PARKING 11/3-4/01 | 6.00 |
| 11/05/01 | ATTY # 0697; 1 COPIES | .15 |
| 11/05/01 | ATTY # 0235; 154 COPIES | 23.10 |
| 11/05/01 | ATTY # 0235; 72 COPIES | 10.80 |
| 11/05/01 | ATTY # 0235; 114 COPIES | 17.10 |
| 11/05/01 | ATTY # 0235; 408 COPIES | 61.20 |
| 11/05/01 | ATTY # 0235; 178 COPIES | 26.70 |
| 11/05/01 | UPS | 22.00 |
| 11/05/01 | ATTY # 0885: 16 COPIES | 2.40 |
| 11/05/01 | ATTY # 0885: 14 COPIES | 2.10 |
| 11/05/01 | ATTY # 0885: 3 COPIES | .45 |
| 11/05/01 | ATTY # 0235: 2 COPIES | .30 |
| 11/05/01 | ATTY # 0235: 2 COPIES | .30 |
| 11/05/01 | 617-482-1965/BOSTON, MA/1 | .10 |
| 11/05/01 | 215-851-8250/PHILA, PA/10 | .79 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page   4
       December 21, 2001


| 11/05/01 | 303-861-7000/DENVER, CO/11 | 1.17 |
| 11/05/01 | 617-426-5900/BOSTON, MA/14 | 1.50 |
| 11/05/01 | 617-426-5900/BOSTON, MA/2 | .18 |
| 11/06/01 | ATTY # 0885; 349 COPIES | 34.90 |
| 11/06/01 | ATTY # 0885; 6 COPIES | .90 |
| 11/06/01 | ATTY # 0235; 8 COPIES | 1.20 |
| 11/06/01 | ATTY # 0235; 3 COPIES | .45 |
| 11/06/01 | UPS | 14.36 |
| 11/06/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/06/01 | ATTY # 0885: 2 COPIES | .30 |
| 11/06/01 | ATTY # 0349: 8 COPIES | 1.20 |
| 11/06/01 | ATTY # 0349: 7 COPIES | 1.05 |
| 11/06/01 | ATTY # 0349: 8 COPIES | 1.20 |
| 11/06/01 | ATTY # 0885: 14 COPIES | 2.10 |
| 11/06/01 | ATTY # 0885: 4 COPIES | .60 |
| 11/06/01 | ATTY # 0235: 1 COPIES | .15 |
| 11/06/01 | ATTY # 0235: 4 COPIES | .60 |
| 11/06/01 | Courier Service FEDEX | 22.94 |
| 11/06/01 | 617-542-3025/BOSTON, MA/2 | .26 |
| 11/06/01 | ATTY # 0235: 1 COPIES | .15 |
| 11/06/01 | ATTY # 0235: 2 COPIES | .30 |
| 11/06/01 | 609-458-0959/HADDONFLD, NJ/3 | .31 |
| 11/06/01 | 609-458-0959/HADDONFLD, NJ/3 | .31 |
| 11/07/01 | Postage Expense | 3.95 |
| 11/07/01 | Taxi Expense - - ASBESTOS MEDICINE SEMINAR IN PHOENIX, AZ 10/31-11/02/01 | 24.00 |

172573 W. R. Grace & Co.                              Invoice Number  ******
60026  Special Abestos Counsel                        Page   5
        December 21, 2001

| Date | Description | Amount |
|---|---|---|
| 11/07/01 | Mileage Expense - - DRI ASBESTOS MEDICINE SEMINAR IN PHOENIX, AZ 10/31-11/02/01 PARKING/TOLLS | 48.00 |
| 11/07/01 | General Expense - - Meeting | 36.00 |
| 11/07/01 | ATTY # 0885: 5 COPIES | .75 |
| 11/07/01 | ATTY # 0885: 2 COPIES | .30 |
| 11/07/01 | ATTY # 0885: 4 COPIES | .60 |
| 11/07/01 | ATTY # 0885: 9 COPIES | 1.35 |
| 11/07/01 | ATTY # 0885: 4 COPIES | .60 |
| 11/07/01 | ATTY # 0885: 2 COPIES | .30 |
| 11/07/01 | ATTY # 0396: 1 COPIES | .15 |
| 11/07/01 | ATTY # 0349: 1 COPIES | .15 |
| 11/07/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/07/01 | ATTY # 0885: 4 COPIES | .60 |
| 11/07/01 | ATTY # 0885; 2 COPIES | .30 |
| 11/07/01 | ATTY # 0349; 2 COPIES | .30 |
| 11/07/01 | ATTY # 0396; 35 COPIES | 5.25 |
| 11/07/01 | ATTY # 0710; 54 COPIES | 8.10 |
| 11/07/01 | ATTY # 0710; 32 COPIES | 4.80 |
| 11/07/01 | ATTY # 0396; 197 COPIES | 19.70 |
| 11/07/01 | ATTY # 0710; 72 COPIES | 10.80 |
| 11/07/01 | 215-851-8232/PHILA, PA/7 | .58 |
| 11/07/01 | Binding Charge | 3.00 |
| 11/08/01 | Meal Expense - - L. E. FLATLEY PHOENIX 10/31-11/2/01 | 82.42 |
| 11/08/01 | Lodging - - VENDOR: L. E. FLATLEY PHOENIX 10/31-11/2/01 | 487.11 |
| 11/08/01 | Transportation - - L. E. FLATLEY PHOENIX 10/31-11/2/01 PARKING | 27.00 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       December 21, 2001

Invoice Number  ******
Page   6

| 11/08/01 | ATTY # 0885: 9 COPIES | 1.35 |
|---|---|---|
| 11/08/01 | ATTY # 0396: 16 COPIES | 2.40 |
| 11/08/01 | ATTY # 0396: 8 COPIES | 1.20 |
| 11/08/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/08/01 | ATTY # 0885: 3 COPIES | .45 |
| 11/08/01 | ATTY # 0885: 8 COPIES | 1.20 |
| 11/08/01 | ATTY # 0885: 5 COPIES | .75 |
| 11/08/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/08/01 | ATTY # 0885: 5 COPIES | .75 |
| 11/08/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/08/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/08/01 | ATTY # 0396: 8 COPIES | 1.20 |
| 11/08/01 | ATTY # 0396: 15 COPIES | 2.25 |
| 11/08/01 | ATTY # 0396: 15 COPIES | 2.25 |
| 11/08/01 | ATTY # 0396: 15 COPIES | 2.25 |
| 11/08/01 | ATTY # 0396: 8 COPIES | 1.20 |
| 11/08/01 | ATTY # 0885: 16 COPIES | 2.40 |
| 11/08/01 | ATTY # 0885; 46 COPIES | 6.90 |
| 11/08/01 | ATTY # 0559; 201 COPIES | 20.10 |
| 11/08/01 | ATTY # 0559; 244 COPIES | 24.40 |
| 11/08/01 | ATTY # 0396; 9 COPIES | 1.35 |
| 11/08/01 | 609-458-0959/HADDONFLD, NJ/1 | .15 |
| 11/08/01 | 609-458-0959/HADDONFLD, NJ/7 | .77 |
| 11/09/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/09/01 | ATTY # 0885: 5 COPIES | .75 |
| 11/09/01 | ATTY # 0396; 47 COPIES | 7.05 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       December 21, 2001

| Date | Description | Amount |
|------|-------------|-------:|
| 11/09/01 | ATTY # 0885; 16 COPIES | 2.40 |
| 11/09/01 | ATTY # 0885; 272 COPIES | 40.80 |
| 11/09/01 | ATTY # 0885; 94 COPIES | 14.10 |
| 11/09/01 | ATTY # 0396; 29 COPIES | 4.35 |
| 11/09/01 | 617-491-2222/CAMBRIDGE, MA/1 | .18 |
| 11/10/01 | Secretarial Overtime PRINT DOCUMENTS FROM SUMMATION. | 232.50 |
| 11/11/01 | Secretarial Overtime PRINTING SUMMATION DOCUMENTS FOR REVIEW BY ATTORNEYS. | 885.00 |
| 11/12/01 | Mileage Expense - - S. HELBLING - MILEAGE 11/10 | 13.64 |
| 11/12/01 | Meal Expense - S. HELBLING - LUNCH 11/11/01 | 5.34 |
| 11/12/01 | Meal Expense - S. HELBLING - DINNER 11/10/01 | 7.12 |
| 11/12/01 | Transportation - - PARKING S. HELBLING 11/10/01 | 6.00 |
| 11/12/01 | ATTY # 0559: 7 COPIES | 1.05 |
| 11/12/01 | ATTY # 0559: 4 COPIES | .60 |
| 11/12/01 | ATTY # 0559: 4 COPIES | .60 |
| 11/12/01 | ATTY # 0559: 5 COPIES | .75 |
| 11/13/01 | ATTY # 0235: 1 COPIES | .15 |
| 11/14/01 | General Expense - - UNIV. of PGH. ASBESTOS & CANCER 1978 | 5.00 |
| 11/14/01 | ATTY # 1847: 1 COPIES | .15 |
| 11/14/01 | 617-542-3025/BOSTON, MA/7 | 1.04 |
| 11/14/01 | 312-861-2200/CHICAGO, IL/2 | .24 |
| 11/14/01 | ATTY # 0559; 42 COPIES | 6.30 |
| 11/14/01 | ATTY # 0856; 1 COPIES | .15 |
| 11/15/01 | ATTY # 0235: 1 COPIES | .15 |
| 11/15/01 | ATTY # 0235: 4 COPIES | .60 |
| 11/15/01 | 302-778-7514/WILMINGTON, DE/8 | 1.14 |

172573  W. R. Grace & Co.
60026   Special Abestos Counsel
        December 21, 2001

Invoice Number   ******
Page   8

| | | |
|---|---|---|
| 11/15/01 | 617-542-3025/BOSTON, MA/1 | .18 |
| 11/15/01 | ATTY # 0235; 4 COPIES | .60 |
| 11/15/01 | ATTY # 0235; 6 COPIES | .90 |
| 11/15/01 | 212-252-9700/NEW YORK, NY/3 | .30 |
| 11/16/01 | Postage Expense | 1.49 |
| 11/16/01 | Meal Expense: W.R. GRACE DOCUMENT MANAGEMENT 11/4 0 11/6/01 (M. SUSAN HAINES) | 15.00 |
| 11/16/01 | LODGING:  TO BOSTON FOR W.R. GRACE DOCUMENT MANAGEMENT 11/4 -11/6/01 (M. SUSAN HAINES) | 470.04 |
| 11/16/01 | TRAVEL EXPENSE: TO BOSTON FOR W.R. GRACE DOCUMENT MANAGEMENT 11/4 - 11/6/01 (M. SUSAN HAINES) Transportation - - VENDOR: M. SUSAN HAINES | 86.00 |
| 11/16/01 | TRAVEL EXPENSE: TO BOSTON FOR W.R. GRACE DOCUMENT MANAGEMENT 11/4 - 11/6/01 CODING SUPPLIES (M. SUSAN HAINES) | 12.54 |
| 11/16/01 | ATTY # 0349: 1 COPIES | .15 |
| 11/16/01 | ATTY # 0349: 1 COPIES | .15 |
| 11/16/01 | ATTY # 0349: 2 COPIES | .30 |
| 11/16/01 | ATTY # 0885: 2 COPIES | .30 |
| 11/16/01 | ATTY # 0235: 5 COPIES | .75 |
| 11/16/01 | ATTY # 0235: 4 COPIES | .60 |
| 11/16/01 | ATTY # 0559; 6 COPIES | .90 |
| 11/16/01 | ATTY # 0396; 58 COPIES | 8.70 |
| 11/17/01 | Secretarial Overtime PRINT DOCS SUMMATION. | 180.00 |
| 11/19/01 | FEE FOR CHANGE - AIRLINE TICKET 11/16/01 (M. SUSAN HAINES) | 50.00 |
| 11/19/01 | Yellow Cab - M. Atkinson -  10/12/01 | 23.20 |
| 11/19/01 | Yellow Cab - M. Atkinson -  10/16/01 | 23.40 |
| 11/19/01 | Yellow Cab - M. Atkinson - 10/17/01 | 23.40 |

172573 W. R. Grace & Co.                        Invoice Number  ******
60026  Special Abestos Counsel                  Page   9
        December 21, 2001

| | | |
|---|---|---|
| 11/19/01 | ATTY # 0885; 28 COPIES | 4.20 |
| 11/19/01 | Meal Expense - - M. K. LASZCYSKI | 10.00 |
| 11/19/01 | Mileage Expense - - MK LASZCYNSKI | 11.52 |
| 11/19/01 | Transportation - - PARKING AND MILEAGE 36 MILES - MK LASZCYSKI | 14.52 |
| 11/19/01 | 215-851-8250/PHILA, PA/10 | .81 |
| 11/19/01 | 215-851-8232/PHILA, PA/2 | .17 |
| 11/19/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/19/01 | ATTY # 0349: 1 COPIES | .15 |
| 11/19/01 | ATTY # 0349: 1 COPIES | .15 |
| 11/19/01 | ATTY # 0349: 1 COPIES | .15 |
| 11/19/01 | ATTY # 0885: 2 COPIES | .30 |
| 11/19/01 | ATTY # 0885: 15 COPIES | 2.25 |
| 11/19/01 | Secretarial Overtime PRINT SUMMATION FOR REVIEW BY ATTORNEYS. | 735.00 |
| 11/19/01 | 302-778-6477/WILMINGTON, DE/10 | 1.49 |
| 11/19/01 | 561-362-1932/BOCA RATON, FL/1 | .09 |
| 11/19/01 | 561-362-1533/BOCA RATON, FL/31 | 4.65 |
| 11/20/01 | Meal Expense - - JAMES W. BENTZ TRAVL TO BOSTON - GRACE MATTER 11/11-14/01 2 BREAKFAST, 1 DINNER | 281.64 |
| 11/20/01 | Lodging - - JAMES W. BENTZ TRAVL TO BOSTON - GRACE MATTER 11/11-14/01 | 637.59 |
| 11/20/01 | Mileage Expense - - JAMES W. BENTZ TRAVEL TO BOSTON - GRACE MATTER 11/11-14/01 PARKING/TOLLS | 27.00 |
| 11/20/01 | Telephone - JAMES W. BENTZ TRAVL TO BOSTON - GRACE MATTER 11/11-14/01 | 124.56 |
| 11/20/01 | Meal Expense - - VENDOR: LAWRENCE E. FLATLEY 11/11-14/01 BOSTON 1 LUNCH 1 DINNER (W/ J. BENTZ ON 11/13) | 75.00 |

172573  W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                     Page  10
       December 21, 2001

| Date | Description | Amount |
|---|---|---|
| 11/20/01 | Lodging - - LAWRENCE E. FLATLEY 11/11-14/01 BOSTON | 657.59 |
| 11/20/01 | Taxi Expense - - LAWRENCE E. FLATLEY 11/11-14/01 BOSTON | 33.00 |
| 11/20/01 | Mileage Expense - - LAWRENCE E. FLATLEY 11/11-14/01 BOSTON   PARKING/TOLLS | 42.50 |
| 11/20/01 | ATTY # 0885: 9 COPIES | 1.35 |
| 11/20/01 | ATTY # 0235: 4 COPIES | .60 |
| 11/20/01 | ATTY # 0235: 4 COPIES | .60 |
| 11/20/01 | 850-492-2755/PENSACOLA, FL/16 | 2.45 |
| 11/20/01 | Express Mail Service FEDEX INV 11/20/01 | 71.59 |
| 11/21/01 | 617-426-5900/BOSTON, MA/1 | .16 |
| 11/21/01 | ATTY # 0885: 3 COPIES | .45 |
| 11/21/01 | ATTY # 0885: 5 COPIES | .75 |
| 11/21/01 | ATTY # 0856: 36 COPIES | 5.40 |
| 11/21/01 | 561-362-1533/BOCA RATON, FL/4 | .57 |
| 11/24/01 | ATTY # 0856; 6 COPIES | .90 |
| 11/24/01 | Secretarial Overtime PRINT DOC FOR SUMMATION | 150.00 |
| 11/26/01 | 312-861-2490/CHICAGO, IL/1 | .12 |
| 11/26/01 | 302-778-7527/WILMINGTON, DE/9 | 1.28 |
| 11/26/01 | 302-778-7500/WILMINGTON, DE/5 | .68 |
| 11/26/01 | ATTY # 0681; 24 COPIES | 3.60 |
| 11/26/01 | Meal Expense - - ASBESTOS SEMINAR DINNER | 93.00 |
| 11/26/01 | Mileage Expense - - S HELBLING - 11/17 | 13.64 |
| 11/26/01 | Meal Expense - - LUNCH S HELBLING - 11/22 AND 11/23 | 9.61 |
| 11/26/01 | ATTY # 0885: 15 COPIES | 2.25 |
| 11/26/01 | ATTY # 0885: 3 COPIES | .45 |

172573  W. R. Grace & Co.                          Invoice Number  913443
60026   Special Abestos Counsel                    Page  11
        December 21, 2001


11/26/01   ATTY # 0885: 5 COPIES                               .75

11/26/01   ATTY # 0559: 2 COPIES                               .30

11/26/01   ATTY # 0885: 2 COPIES                               .30

11/26/01   ATTY # 0885: 9 COPIES                              1.35

11/26/01   ATTY # 0559: 4 COPIES                               .60

11/26/01   ATTY # 0559: 2 COPIES                               .30

11/26/01   ATTY # 0885: 15 COPIES                             2.25

11/26/01   ATTY # 0885: 3 COPIES                               .45

11/26/01   412-261-4490/PITTSBURGH, PA/2                       .13

11/26/01   212-252-9700/NEW YORK, NY/2                         .25

11/26/01   ATTY # 0681: 1 COPIES                               .15

11/26/01   ATTY # 0681: 1 COPIES                               .15

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       December 21, 2001

Invoice Number  ******
Page  12

| Date | Description | Amount |
|---|---|---|
| 11/27/01 | Meal Expense - - LUNCH M LASZCZYNSKI | 5.44 |
| 11/27/01 | Meal Expense - - S HELBLING - LUNCH 11/17 | 5.26 |
| 11/27/01 | 302-778-7514/WILMINGTON, DE/3 | .51 |
| 11/27/01 | 302-778-7575/WILMINGTON, DE/10 | 1.55 |
| 11/27/01 | 412-288-3123/PITTSBURGH, PA/2 | .81 |
| 11/27/01 | ATTY # 0885: 9 COPIES | 1.35 |
| 11/27/01 | ATTY # 0885: 5 COPIES | .75 |
| 11/27/01 | ATTY # 0885: 3 COPIES | .45 |
| 11/27/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/27/01 | ATTY # 0885: 14 COPIES | 2.10 |
| 11/27/01 | ATTY # 0349: 8 COPIES | 1.20 |
| 11/27/01 | ATTY # 0349: 1 COPIES | .15 |
| 11/27/01 | ATTY # 0559: 4 COPIES | .60 |
| 11/27/01 | ATTY # 0559: 4 COPIES | .60 |
| 11/27/01 | ATTY # 0559: 7 COPIES | 1.05 |
| 11/27/01 | ATTY # 0349: 1 COPIES | .15 |
| 11/27/01 | ATTY # 0349: 9 COPIES | 1.35 |
| 11/27/01 | ATTY # 0559: 1 COPIES | .15 |
| 11/27/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/27/01 | ATTY # 0885: 9 COPIES | 1.35 |
| 11/27/01 | ATTY # 0885: 2 COPIES | .30 |
| 11/27/01 | ATTY # 0885: 3 COPIES | .45 |
| 11/27/01 | ATTY # 0885: 5 COPIES | .75 |
| 11/27/01 | ATTY # 0885: 3 COPIES | .45 |
| 11/27/01 | ATTY # 0885: 3 COPIES | .45 |
| 11/27/01 | ATTY # 0885: 1 COPIES | .15 |

172573  W. R. Grace & Co.
60026   Special Abestos Counsel
        December 21, 2001

Invoice Number  ******
Page  13

| Date | Description | Amount |
|---|---|---|
| 11/27/01 | ATTY # 0885: 14 COPIES | 2.10 |
| 11/27/01 | ATTY # 0349: 1 COPIES | .15 |
| 11/27/01 | ATTY # 0349: 1 COPIES | .15 |
| 11/27/01 | ATTY # 0559: 4 COPIES | .60 |
| 11/27/01 | ATTY # 0685: 4 COPIES | .60 |
| 11/28/01 | ATTY # 0885: 4 COPIES | .60 |
| 11/28/01 | ATTY # 0885: 4 COPIES | .60 |
| 11/28/01 | ATTY # 0235: 4 COPIES | .60 |
| 11/28/01 | ATTY # 0685: 22 COPIES | 3.30 |
| 11/28/01 | ATTY # 0685: 43 COPIES | 6.45 |
| 11/29/01 | ATTY # 0885; 40 COPIES | 6.00 |
| 11/29/01 | ATTY # 0885; 33 COPIES | 4.95 |
| 11/29/01 | ATTY # 0396; 78 COPIES | 11.70 |
| 11/29/01 | ATTY # 0885; 2 COPIES | .30 |
| 11/29/01 | ATTY # 0349; 16 COPIES | 2.40 |
| 11/29/01 | ATTY # 0885; 52 COPIES | 7.80 |
| 11/29/01 | 302-778-7514/WILMINGTON, DE/1 | .15 |
| 11/29/01 | ATTY # 0885: 4 COPIES | .60 |
| 11/29/01 | ATTY # 0885: 7 COPIES | 1.05 |
| 11/29/01 | ATTY # 0349: 9 COPIES | 1.35 |
| 11/29/01 | ATTY # 0885: 5 COPIES | .75 |
| 11/29/01 | ATTY # 0885: 7 COPIES | 1.05 |
| 11/29/01 | ATTY # 0885: 1 COPIES | .15 |
| 11/29/01 | ATTY # 0885: 6 COPIES | .90 |
| 11/29/01 | ATTY # 0885: 7 COPIES | 1.05 |
| 11/29/01 | ATTY # 0885: 1 COPIES | .15 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       December 21, 2001

Invoice Number  ******
Page  14


| 11/29/01 | ATTY # 0685: 18 COPIES | 2.70 |
|---|---|---|
| 11/29/01 | ATTY # 0685: 15 COPIES | 2.25 |
| 11/30/01 | Meal Expense - - MAUREEN ATKINSON BOSTON 11/13-16/01 | 57.58 |
| 11/30/01 | Taxi Expense - - MAUREEN ATKINSON BOSTON 11/13-16/01 | 31.00 |
| 11/30/01 | Mileage Expense - - MAUREEN ATKINSON BOSTON 11/13-16/01 | 9.60 |
| 11/30/01 | Lodging - - MAUREEN ATKINSON BOSTON 11/13-16/01 | 540.60 |
| 11/30/01 | Transportation - - MAUREEN ATKINSON BOSTON 11/13-16/01 PARKING | 23.00 |
| 11/30/01 | General Expense - - MAUREEN ATKINSON BOSTON 11/13-16/01 TIPS | 9.00 |
| 11/30/01 | Meal Expense - - LAWRENCE E. FLATLEY PHILA. 10/16-17/01 | 60.42 |
| 11/30/01 | Lodging - - LAWRENCE E. FLATLEY PHILA. 10/16-17/01 | 307.80 |
| 11/30/01 | Taxi Expense - - LAWRENCE E. FLATLEY PHILA. 10/16-17/01 | 24.00 |
| 11/30/01 | Transportation - - LAWRENCE E. FLATLEY PHILA. 10/16-17/01 (PARKING) | 18.00 |
| 11/30/01 | Telephone - LAWRENCE E. FLATLEY PHILA. 10/16-17/01 | 20.06 |
| 11/30/01 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC. DOC. PROD. | 133.99 |
| 11/30/01 | MEALS RE: TRAVEL EXPENSES/W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON, MA. 11/12- 11/14/01- SUSAN HAINES | 86.40 |
| 11/30/01 | LODGING: W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON, MA. 11/12- 11/14/01- SUSAN HAINES - Lodging - - VENDOR: M. SUSAN HAINES | 380.08 |
| 11/30/01 | TAXI'S RE: GRACE DOCUMENT MANAGEMENT IN BOSTON, MA. 11/12- 11/14/01- SUSAN HAINES | 118.00 |
| 11/30/01 | ATTY # 0396; 112 COPIES | 16.80 |

172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Special Abestos Counsel                    Page  15
        December 21, 2001


| 11/30/01 | ATTY # 4077; 3 COPIES | .45 |
|---|---|---|
| 11/30/01 | ATTY # 4077: 3 COPIES | .45 |
| 11/30/01 | Secretarial Overtime PRINTING DOC FROM SUMMATION | 232.50 |
| 11/30/01 | Binding Charge | 3.00 |
| 11/30/01 | 617-542-3025/BOSTON, MA/7 | .74 |
| 12/21/01 | Document Scanning/Conversion -- VENDER: On-Site Sourcing - Invoice 00070248 | 5613.26 |

                          CURRENT EXPENSES                22,667.19
                                                        ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $ 22,667.19
                                                        =============