# EXHIBIT A

KRLSWIL:26279.1

## EXHIBIT A

| Name of Professional Individual | Position with Klett Rooney and Year of Obtaining License(s) to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Teresa K.D. Currier | Shareholder; admitted DE 1992 & PA 1985 | $395/hr. | 11.8 | $4,661.00 |
| Kathleen P. Makowski | Associate; admitted DE 1997 & PA 1997 | $190/hr. | 4.3 | $817.00 |
| Maryann M. Zickgraf | Legal Assistant | $40/hr. | 1.0 | $40.00 |
| | **Grand Totals:** | | | $5,518.00 |
| **Blended Rate: $322.69** | | | | |

KRLSWIL:26279.1