# EXHIBIT B

## W.R. GRACE EXHIBIT "B" SUMMARY SHEET
October 26, 2001 Through and Including November 30, 2001

| PROJECT BILLING CATEGORY | HOURS | VALUE |
|---|---|---|
| Asset Disposition | .7 | $276.50 |
| Business Operations | 1.2 | $474.00 |
| Case Administration | 5.1 | $1,557.00 |
| Claims Administration | .2 | $79.00 |
| Fee/Employment Applications | 7.0 | $2,068.00 |
| Litigation | 2.9 | $1,063.50 |
|  |  |  |
| **TOTAL** | **17.1** | **$5,518.00** |
|  |  |  |

| | |
|---|---|
| TOTAL COMPENSATION DUE: | $5,518.00 |
| TOTAL HOURS: | 17.1 |
| BLENDED RATE: | $322.69 |
| TOTAL EXPENSES INCURRED: | $2,028.76* |

**\*NOTE**: Klett Rooney has voluntarily reduced the total amount sought for expenses incurred to reflect a rate of 15 cents per copy for printing and duplication.

KRLSWIL:26279.1

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    : DECEMBER 20, 2001
                                              MATTER  : W9600-003
                                              INVOICE : 128701


  FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/01    T C

  RE:   ASSET DISPOSITION


  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----   ----   --------------------------------                    -----

10/31/01  TC    REVIEWED DEBTORS' QUARTERLY REPORT OF ASSET           .40
                SALES

10/31/01  TC    REVIEWED DEBTORS' QUARTERLY REPORT OF                 .30
                SETTLEMENTS


                      T I M E   S U M M A R Y
                      -----------------------

                                 RATE      HOURS          TOTALS
                                 ----      -----          ------

T CURRIER                       395.00      .70           276.50
                      TOTALS                .70           276.50

                      TOTAL FEES :                                 276.50

                      TOTAL DUE  :                                 276.50
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

| OFFICIAL COMMITTEE OF EQUITY HOLDERS | DATE : DECEMBER 20, 2001 |
|---|---|
| | MATTER : W9600-004 |
| | INVOICE : 128702 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/01   T C

RE: BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/08/01 | TC | REVIEWED MONTHLY OPERATING REPORTS | .50 |
| 11/14/01 | TC | REVIEWED DEBTORS' MOTION TO AMEND CUSTOMER WARRANTIES MOTION AND ORDER TO ENCOMPASS AN ADDITIONAL COUPON PROGRAM | .30 |
| 11/14/01 | TC | REVIEWED E&Y FLASH REPORT | .40 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 395.00 | 1.20 | 474.00 |
| TOTALS |  | 1.20 | 474.00 |

TOTAL FEES :                            474.00

TOTAL DUE :                             474.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE    : DECEMBER 20, 2001
                                            MATTER  : W9600-005
                                            INVOICE : 128703
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/01   T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/30/01 | TC | CALL FROM GARY BECKER RE HEARING 11/5 | .20 |
| 11/01/01 | MMZ | DRAFTING OF PRO HAC MOTIONS FOR KRAMER LEVIN ATTORNEYS (0.4); FORWARDING OF SAME TO CO-COUNSEL (0.1); | .50 |
| 11/05/01 | KPM | REVIEW EQUITY COMMITTEE'S SUPPORT OF THE DEBTORS' CASE MANAGEMENT/BAR DATE MOTION | .20 |
| 11/05/01 | TC | REVIEWED AGENDA LETTER FOR HEARING | .40 |
| 11/05/01 | TC | ATTENDED HEARING ON CASE MANAGEMENT ISSUES | .90 |
| 11/06/01 | MMZ | PREPARATION AND FILING OF PRO HAC MOTIONS FOR KRAMER LEVIN ATTORNEYS (0.5); FORWARDING OF SAME TO CO-COUNSEL (0.1). | .50 |
| 11/12/01 | TC | REVIEWED MOTION OF DEBTORS FOR LEAVE TO FILE CASE MANAGEMENT REPLY | .40 |
| 11/20/01 | TC | CALL TO GARY BECKER RE HEARING TOMORROW | .20 |
| 11/21/01 | TC | CALL TO GARY BECKER RE CANCELLATION OF HEARING | .20 |
| 11/21/01 | TC | CALL FROM DEBTORS' COUNSEL RE CANCELLATION OF HEARING | .20 |
| 11/21/01 | TC | ANOTHER CALL TO GARY BECKER RE ASSIGNMENT OF JUDGE | .20 |
| 11/28/01 | TC | CALL FROM PHIL BENTLEY RE ASSIGNMENT TO JUDGE WOLLIN | .20 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# Klett Rooney Lieber & Schorling

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE  :  DECEMBER 20, 2001
                                             MATTER : W9600-005
                                             INVOICE : 128703


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/01    T C

   RE:  CASE ADMINISTRATION


11/29/01 TC    CALL TO PHIL BENTLEY RE CALL 12/5 AND                    .20
               REASSIGNMENT OF CASE TO JUDGE WOLLIN

11/30/01 KPM   REVIEW TRANSCRIPT OF JUDGE BECKER'S COMMENTS ON          .30
               THE RECORD RE: ASSIGNING CASE TO JUDGE WOLIN

11/30/01 TC    CONF WITH KMAKOWSKI RE SCREENING PROCEDURES AND          .20
               SUPPLEMENTAL AFFIDAVIT

11/30/01 TC    REVIEWED ORDER TRANSFERRING CASE TO JUDGE WOLIN          .30


                    T I M E   S U M M A R Y
                    -----------------------

                          RATE     HOURS         TOTALS
                          ----     -----         ------

K P MAKOWSKI             190.00     .50           95.00
M M ZICKGRAF              40.00    1.00           40.00
T CURRIER                395.00    3.60         1422.00
              TOTALS               5.10         1557.00


              TOTAL FEES :                               1,557.00


              TOTAL DUE  :                               1,557.00
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    :  DECEMBER 20, 2001
                                              MATTER  :  W9600-006
                                              INVOICE :  128704


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/01    T C

    RE:   CLAIMS ADMINISTRATION & OBJECTIONS



  DATE    ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
  ----    ----   --------------------------------                   -----

11/08/01  TC     REVIEWED ORDER GRANTING ADMINISTRATIVE PRIORITY     .20
                 FOR RECLAMATION CLAIMS



                    T I M E   S U M M A R Y
                    -----------------------

                               RATE      HOURS           TOTALS
                               ----      -----           ------

T CURRIER                     395.00      .20            79.00
                    TOTALS                .20            79.00

                        TOTAL FEES   :                                79.00

                        TOTAL DUE    :                                79.00
```

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    DECEMBER 20, 2001
                                           MATTER :  W9600-008
                                           INVOICE : 128705


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/01   T C

     RE:  FEE/EMPLOYMENT APPLICATIONS



  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                        HOURS
  ----   ----   -------------------------------                         -----

10/30/01  TC    BRIEFLY REVIEWED KRAMER LEVIN FEE APPLICATIONS            .40
                AND PREPARED THEM FOR FILING

10/31/01  TC    REVISED DRAFT AFFIDAVIT                                  1.70

11/06/01  TC    REVIEWED USTRUSTEE OBJECTION TO APPLICATION TO            .20
                RETAIN ELIZABETH WARREN

11/12/01  TC    REVIEWED BILZIN FEE APPLICATION FOR COMMITTEE             .40
                OF ASBESTOS PERSONAL INJURY CLAIMANTS

11/14/01  TC    REVIEWED SUPPLEMENTAL STATEMENT OF JAMIE                  .20
                SPRAYREGEN

11/20/01  KPM   REVIEW KRLS RETENTION APPLICATION AND T.                 1.50
                CURRIER'S AFFIDAVIT IN SUPPORT (.4); REVISE
                SCREENING PROCEDURES BASED ON SAME PER T.
                CURRIER'S INSTRUCTIONS

11/20/01  TC    REVIEWED AND REVISED RETENTION MEMORANDUM                 .40

11/21/01  KPM   REVIEW E-MAIL FROM T. CURRIER AND J. BARBAR RE:           .10
                ADDITIONAL REVISIONS TO SCREENING MEMO

11/26/01  KPM   REVIEW E-MAILS FROM T. CURRIER AND J. BARBOR              .50
                RE: REVISIONS TO ETHICAL SCREENING MEMO (.2);
                REVIEW/REVISE SAME (.2); DRAFT E-MAIL TO T.
                CURRIER FOR ADDITIONAL INFORMATION RE: SAME
                (.1)

11/26/01  TC    CONF WITH KITTY MAKOWSKI RE SUPPLEMENTING OUR             .30
                AFFIDAVIT AND SCREENING MEMORANDUM
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    : DECEMBER 20, 2001
                                              MATTER  : W9600-008
                                              INVOICE : 128705


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/01   T C

    RE:  FEE/EMPLOYMENT APPLICATIONS


11/30/01 KPM   REVIEW ORDER RETAINING KLETT ROONEY; FORWARD              .10
               SAME TO T. CURRIER

11/30/01 KPM   CONFERENCE WITH R. BUTCHER AND J. TAYLOR RE:             1.20
               ASBESTOS REPRESENTATIONS (.2); REVISE SCREENING
               MEMO TO REFLECT SAME (.5); DRAFT SUPPLEMENTAL
               AFFIDAVIT TO REFLECT SAME (.5)



                    T I M E   S U M M A R Y
                    ----------------------

                              RATE      HOURS            TOTALS
                              ----      -----            ------
K P MAKOWSKI                  190.00     3.40            646.00
T CURRIER                     395.00     3.60           1422.00
                    TOTALS               7.00           2068.00

                    TOTAL FEES :                             2,068.00

                    TOTAL DUE  :                             2,068.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    DECEMBER 20, 2001
                                                MATTER :  W9600-011
                                                INVOICE : 128706


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/01    T C

     RE:   LITIGATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/05/01 | TC | REVIEWED MOTION FOR RELIEF FROM STAY FILED BY THE IRS | .30 |
| 11/08/01 | TC | REVIEWED AGREED ORDER ON CONSENT FOR RELIEF FROM STAY | .10 |
| 11/14/01 | TC | CALL WITH TED TACHONELLI FROM THE PD COMMITTEE RE PRODUCTION OF DOCUMENTS | .20 |
| 11/14/01 | TC | REVIEWED MOTION OF PROPERTY DAMAGE ASBESTOS CLAIMANTS FOR PROTECTIVE ORDER | .40 |
| 11/14/01 | TC | ANOTHER CALL TO TED TACHONELLI RE PD COMMITTEE DOCUMENT PRODUCTION | .20 |
| 11/16/01 | TC | REVIEWED DEBTORS' RESPONSE TO MOTION FOR A PROTECTIVE ORDER FILED BY THE PD COMMITTEE | .30 |
| 11/19/01 | TC | REVIEWED MOTION OF ZONOLITE CLAIMANTS AND MEMO OF LAW FOR BAD FAITH FILING AND DISMISSAL OF CASE | .50 |
| 11/20/01 | TC | BRIEFLY REVIEWED AFFIDAVIT OF WDHILTON RE ASBESTOS LITIGATION | .50 |
| 11/23/01 | KPM | REVIEW ZONOLITE CLAIMANTS ADVERSARY PROCEEDING TO CERTIFY CLASS | .40 |

# KLETT ROONEY LIEBER & SCHORLING

**A PROFESSIONAL CORPORATION**

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE    : DECEMBER 20, 2001
                                             MATTER  : W9600-011
                                             INVOICE : 128706


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/01    T C

   RE:   LITIGATION



                      T I M E   S U M M A R Y
                      ------------------------

                              RATE       HOURS            TOTALS
                              ----       -----            ------
K P MAKOWSKI                 190.00        .40             76.00
T CURRIER                    395.00       2.50            987.50
                   TOTALS                 2.90           1063.50

                      TOTAL FEES :                                   1,063.50

                      TOTAL DUE  :                                   1,063.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**