# EXHIBIT C

KRLSWIL:26279.1

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE   : DECEMBER 20, 2001
                                              MATTER : W9600-001
                                              INVOICE : 128700


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/17/01    T C

     RE:  IN RE: W.R. GRACE & CO., ET AL.



          DESCRIPTION OF EXPENSE ADVANCES                     AMOUNT
          -------------------------------                     ------

10/26/01  TELECOPY EXPENSES                                    10.29
10/26/01  EQUITY COMMITTEE - MESSENGER SERVICES -               7.50
          PARCELS, INC. - D D R   *54439
10/26/01  TELECOPY EXPENSES                                     7.90
10/26/01  EQUITY COMMITTEE - MESSENGER SERVICES -              37.50
          PARCELS, INC. - D D R   *54439
10/26/01  EQUITY COMMITTEE/WRGRACE - FEDERAL EXPRESS -           9.83
          INV 5-906-67999 - FEDERAL EXPRESS CORPORATION
          *55037
10/26/01  EQUITY COMMITTEE - MESSENGER SERVICES - INV          52.50
          8874 - PARCELS, INC. - D D R   *55542
10/26/01  REPRODUCTION OF DOCUMENTS                            16.80
10/26/01  DUPLICATING SERVICES                                133.20
10/26/01  REPRODUCTION OF DOCUMENTS                             3.00
10/26/01  REPRODUCTION OF DOCUMENTS                            10.50
10/30/01  REPRODUCTION OF DOCUMENTS                           171.45
10/30/01  REPRODUCTION OF DOCUMENTS                              .30
10/31/01  REPRODUCTION OF DOCUMENTS                             4.35
11/01/01  TELECOPY EXPENSES                                     8.77
11/05/01  REPRODUCTION OF DOCUMENTS                             1.80
11/06/01  REPRODUCTION OF DOCUMENTS                             2.40
11/06/01  REPRODUCTION OF DOCUMENTS                              .15
11/06/01  REPRODUCTION OF DOCUMENTS                             4.80
11/06/01  REPRODUCTION OF DOCUMENTS                              .15
11/14/01  MESSENGER SERVICES -  PARCELS, INC.-D D R            90.00
11/15/01  TELECOPY EXPENSES                                     4.05
11/16/01  MESSENGER SERVICES - INV 9626 -  PARCELS,            45.00
          INC.-D D R
11/19/01  TELECOPY EXPENSES                                     6.40
11/19/01  TELECOPY EXPENSES                                    15.85
11/19/01  TELECOPY EXPENSES                                    10.80
11/20/01  REPRODUCTION OF DOCUMENTS                             8.40
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

| OFFICIAL COMMITTEE OF EQUITY HOLDERS | DATE : DECEMBER 20, 2001 |
|---|---|
| | MATTER : W9600-001 |
| | INVOICE : 128700 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/17/01   T C

RE:   IN RE: W.R. GRACE & CO., ET AL.

```
11/20/01 TELECOPY EXPENSES                                        7.81
11/20/01 TELECOPY EXPENSES                                        7.80
11/20/01 REPRODUCTION OF DOCUMENTS                                4.35
11/20/01 TELECOPY EXPENSES                                        4.87
11/20/01 TELECOPY EXPENSES                                        4.87
11/20/01 TELECOPY EXPENSES                                        4.87
11/20/01 TELECOPY EXPENSES                                        4.80
11/20/01 EXPRESS/CERTIFIED MAIL                                  31.91
11/20/01 TELECOPY EXPENSES                                        7.81
11/25/01 DUPLICATING SERVICES -  DELAWARE DOCUMENT              185.88
         IMAGING
11/25/01 DUPLICATING SERVICES -  DELAWARE DOCUMENT              244.98
         IMAGING
11/25/01 DUPLICATING SERVICES -  DELAWARE DOCUMENT              406.37
         IMAGING
11/30/01 REPRODUCTION OF DOCUMENTS                               95.55
11/30/01 TELECOPY EXPENSES                                        3.24
11/30/01 REPRODUCTION OF DOCUMENTS                                8.10
11/30/01 FEDERAL EXPRESS - INV 4-006-75095 -  FEDERAL             9.73
         EXPRESS CORPORATION
11/30/01 REPRODUCTION OF DOCUMENTS                                 .45
11/30/01 MESSENGER SERVICES -  INV 112942 - TRISTATE             97.50
         COURIER & CARRIAGE
11/30/01 MESSENGER SERVICES - INV 3985 -  PARCELS,               24.50
         INC.-D D R
11/30/01 FEDERAL EXPRESS - INV 4-006-41485 - FEDERAL             12.33
         EXPRESS CORPORATION
11/30/01 MESSENGER SERVICES - INV 112871 - TRISTATE              52.50
         COURIER & CARRIAGE
11/30/01 TELECOPY EXPENSES                                       14.35
11/30/01 REPRODUCTION OF DOCUMENTS                              130.50
```

                       TOTAL EXPENSE ADVANCES :          2,028.76

                       TOTAL DUE   :                     2,028.76

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**