# EXHIBIT A

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| SCHMIDT, ROBERT T. | CR | 0.40 | 425.00 | 170.00 |
| BECKER, GARY M. | CR | 9.50 | 370.00 | 3,515.00 |
| FINNERTY, CATHERINE E | CR | 1.60 | 340.00 | 544.00 |
| CATON, AMY | CR | 6.70 | 300.00 | 2,010.00 |
| MANGUAL, KATHLEEN | CR | 14.70 | 150.00 | 2,205.00 |
| TEMP, CR CLK | CR | 13.10 | 60.00 | 786.00 |
| | Subtotal | 46.00 | $ | 9,230.00 |

### COMMITTEE & CREDITOR CORRESPONDENCE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.80 | 425.00 | 340.00 |
| BECKER, GARY M. | CR | 2.00 | 370.00 | 740.00 |
| | Subtotal | 2.80 | $ | 1,080.00 |

### FEE APPS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.30 | 425.00 | 127.50 |
| BECKER, GARY M. | CR | 0.60 | 370.00 | 222.00 |
| FINNERTY, CATHERINE E | CR | 1.70 | 340.00 | 578.00 |
| CATON, AMY | CR | 0.80 | 300.00 | 240.00 |
| MANGUAL, KATHLEEN | CR | 9.10 | 150.00 | 1,365.00 |
| | Subtotal | 12.50 | $ | 2,532.50 |

### ASBESTOS CLAIM ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 0.60 | 525.00 | 315.00 |
| BENTLEY, PHILIP | CR | 6.90 | 425.00 | 2,932.50 |
| BECKER, GARY M. | CR | 9.70 | 370.00 | 3,589.00 |
| CATON, AMY | CR | 1.00 | 300.00 | 300.00 |
| MANGUAL, KATHLEEN | CR | 0.80 | 150.00 | 120.00 |
| | Subtotal | 19.00 | $ | 7,256.50 |
| | Total | 80.30 | $ | 20,099.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 0.60 | 525.00 | 315.00 |
| BENTLEY, PHILIP | CR | 8.00 | 425.00 | 3,400.00 |
| SCHMIDT, ROBERT T. | CR | 0.40 | 425.00 | 170.00 |
| BECKER, GARY M. | CR | 21.80 | 370.00 | 8,066.00 |
| FINNERTY, CATHERINE E | CR | 3.30 | 340.00 | 1,122.00 |
| CATON, AMY | CR | 8.50 | 300.00 | 2,550.00 |
| MANGUAL, KATHLEEN | CR | 24.60 | 150.00 | 3,690.00 |
| TEMP, CR CLK | CR | 13.10 | 60.00 | 786.00 |
| Total | | 80.30 | | $20,099.00 |