# EXHIBIT B

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $3.00 |
| VELOBINDINGS | 52.50 |
| TABS | 200.00 |
| PHOTOCOPYING | 683.70 |
| MANUSCRIPT SERVICE | 330.00 |
| RESEARCH SERVICES | 42.00 |
| POSTAGE | 11.70 |
| LONG-DISTANCE TEL. | 13.01 |
| LEXIS / NEXIS ON -LINE RESEARCH | 58.75 |
| MESSENGER SERVICES | 229.16 |
| LEGAL SEARCH FEES | 1,140.00 |
| CORP. DOC.& MAT. | 158.56 |
| CAB FARES | 35.70 |
| MEALS | 14.00 |
| DOCUMENT RETRIEVAL FEES | 59.54 |
| Subtotal | $3,031.62 |