# EXHIBIT C

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 1.50 |
| PHOTOCOPYING | 364.64 |
| Subtotal | $366.14 |