# EXHIBIT D

```
alp_132c: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
Run Date & Time: 12/27/2001 14:57:43                          *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------------

                                                    PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:  01/01/1901           TO:  11/30/2001
           UNBILLED DISB FROM:  01/01/1901           TO:  11/30/2001

                                      FEES                              COSTS
                                      ----                              -----
           GROSS BILLABLE AMOUNT:     20,099.00                         3,031.62
           AMOUNT WRITTEN DOWN:
                   PREMIUM:
           ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
           THRU DATE:             11/30/2001                         11/30/2001
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                          _____
BILLING COMMENTS:                                                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
-------------------------------------------------------------------------------------------------------------------------------------

                                                    ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH
                                                                                                               --------------
              FEES:                 66,432.40       UNIDENTIFIED RECEIPTS:           0.00
       DISBURSEMENTS:                4,695.51            PAID FEE RETAINER:          0.00
       FEE RETAINER:                     0.00           PAID DISB RETAINER:          0.00
       DISB RETAINER:                    0.00         TOTAL AVAILABLE FUNDS:         0.00
     TOTAL OUTSTANDING:             71,127.91                TRUST BALANCE:
                                                    BILLING HISTORY
                                      ---------------
              DATE OF LAST BILL:    12/27/01                 LAST PAYMENT DATE:    12/18/01
              LAST BILL NUMBER:       344503              FEES BILLED TO DATE:   145,426.00
              LAST BILL THRU DATE:  11/30/01           FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee            (6) Summer Associate
           (2) Late Time & Costs Posted      (7) Fixed Fee
           (3) Pre-arranged Discount         (8) Premium
           (4) Excessive Legal Time          (9) Rounding
           (5) Business Development         (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132c: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE   2
Run Date & Time: 12/27/2001 14:57:46                     *PRIVILEGED AND CONFIDENTIAL*
```

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

### BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Total Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 11/02/01 | 11/30/01 | 8.00 | 3,400.00 |
| 03699 | SCHMIDT, ROBERT T. | PARTNER | 11/05/01 | 11/05/01 | 0.40 | 170.00 |
| 03976 | MAYER, THOMAS MOERS | PARTNER | 11/21/01 | 11/28/01 | 0.60 | 315.00 |
| 04418 | CATON, AMY | ASSOCIATE | 11/01/01 | 11/30/01 | 8.50 | 2,550.00 |
| 05132 | FINNERTY, CATHERINE E | ASSOCIATE | 11/21/01 | 11/27/01 | 3.30 | 1,122.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 11/01/01 | 11/30/01 | 21.80 | 8,066.00 |
| 05182 | TEMP, PARALEGAL CLK | PARALEGAL | 11/05/01 | 11/06/01 | 13.10 | 786.00 |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 11/02/01 | 11/29/01 | 24.60 | 3,690.00 |
|  | Total: |  |  |  | 80.30 | 20,099.00 |

### BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 11/05/01 | 11/05/01 | 3.00 |
| 0816 | VELOBINDINGS | 11/13/01 | 11/13/01 | 52.50 |
| 0817 | TABS | 11/13/01 | 11/29/01 | 200.00 |
| 0820 | PHOTOCOPYING | 11/01/01 | 11/30/01 | 683.70 |
| 0840 | MANUSCRIPT SERVICE | 11/02/01 | 11/30/01 | 330.00 |
| 0841 | RESEARCH SERVICES | 11/27/01 | 11/28/01 | 42.00 |
| 0880 | POSTAGE | 11/20/01 | 11/20/01 | 11.70 |
| 0885 | LONG-DISTANCE TEL. | 11/01/01 | 11/28/01 | 13.01 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 11/05/01 | 11/05/01 | 58.75 |
| 0930 | MESSENGER/COURIER | 11/02/01 | 11/29/01 | 229.16 |
| 0935 | LEGAL SEARCH FEES | 11/15/01 | 11/15/01 | 1,140.00 |
| 0936 | CORP. DOC. & MAT. | 11/13/01 | 11/13/01 | 158.56 |
| 0940 | CAB FARES | 11/08/01 | 11/28/01 | 35.70 |
| 0942 | MEALS/IN-HOUSE | 11/08/01 | 11/08/01 | 14.00 |
| 0972 | Document Retrieval Fees | 11/05/01 | 11/05/01 | 59.54 |
|  | Total |  |  | 3,031.62 |
|  | Grand Total |  |  | 23,130.62 |

### BILLING & PAYMENT HISTORY (Reflects Payments As of 12/27/01 14:57:46)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/28/01 | 08/31/01 | 339400 | 60,166.00 | 5,439.63 |  | 52,500.93 | 11/30/01 | 13,104.70 |
| 10/29/01 | 09/30/01 | 341359 | 28,934.50 | 5,945.49 |  | 28,236.29 | 12/18/01 | 6,643.70 |
| 11/29/01 | 10/31/01 | 342994 | 26,585.00 | 1,663.89 |  | .00 |  | 28,248.89 |
| 12/27/01 | 11/30/01 | 344503 | 20,099.00 | 3,031.62 |  | .00 |  | 23,130.62 |
|  | Total: |  | 135,784.50 | 16,080.63 |  | 80,737.22 |  | 71,127.91 |

```
alp_132r: Billed Charges Analysis                                                                                      PAGE   1
Run Date & Time: 12/27/2001 14:57:41

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:     11/01/2001      TO:   11/30/2001
             UNBILLED DISB FROM:     11/01/2001      TO:   11/30/2001

                                            FEES              COSTS
                                            ----              -----
GROSS BILLABLE AMOUNT:                    9,230.00          1,455.48
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                             11/30/2001          11/30/2001
CLOSE MATTER/FINAL BILLING?            YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:              MAYER THOMAS MOERS - 03976     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



-------------------------------------------------------------------------------------------------------------------------------
                                           ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

           FEES:                    19,231.50      UNIDENTIFIED RECEIPTS:          0.00
   DISBURSEMENTS:                    2,514.48      PAID FEE RETAINER:              0.00
   FEE RETAINER:                         0.00      PAID DISB RETAINER:             0.00
  DISB RETAINER:                         0.00      TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                  21,745.98      TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
       DATE OF LAST BILL:               12/27/01       LAST PAYMENT DATE:            12/18/01
        LAST BILL NUMBER:                344503        FEES BILLED TO DATE:         71,036.50
     LAST BILL THRU DATE:               11/30/01       FEES WRITTEN OFF TO DATE:        0.00


FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (6) Summer Associate
    (2) Late Time & Costs Posted  (7) Fixed Fee
    (3) Pre-arranged Discount     (8) Premium
    (4) Excessive Legal Time      (9) Rounding
    (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    2
Run Date & Time: 12/27/2001 14:57:41                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status  : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ----------------------------- Total --------------- Billed ---------------
Emp Id Employee Name             Group                 Oldest       Latest       Hours      Amount

03699  SCHMIDT, ROBERT T.        PARTNER               11/05/01     11/05/01      0.40      170.00
04418  CATON, AMY                ASSOCIATE             11/01/01     11/30/01      6.70    2,010.00
05132  FINNERTY, CATHERINE E     ASSOCIATE             11/21/01     11/21/01      1.60      544.00
05292  BECKER, GARY M.           ASSOCIATE             12/01/01     11/05/01      9.50    3,515.00
05182  TEMP, PARALEGAL CLK       PARALEGAL             11/05/01     11/06/01     13.10      786.00
05208  MANGUAL, KATHLEEN         PARALEGAL             11/02/01     11/29/01     14.70    2,205.00

                                                                              Total:      46.00    9,230.00


Sub-Total Hours  :  0.40 Partners       0.00 Counsels       17.80 Associates      27.80 Legal Assts      0.00 Others

B I L L E D   C O S T S   S U M M A R Y  ------------ Oldest       Latest       Total
Code Description                                      Entry        Entry        Amount

0815  TELECOPIER                                      11/05/01     11/05/01        3.00
0817  TABS                                            11/13/01     11/13/01      180.00
0820  PHOTOCOPYING                                    11/01/01     11/30/01      651.00
0840  MANUSCRIPT SERVICE                              11/21/01     11/21/01      330.00
0841  RESEARCH SERVICES                               11/02/01     11/30/01       42.00
0880  POSTAGE                                         11/27/01     11/28/01       11.70
0885  LONG-DISTANCE TEL.                              11/20/01     11/20/01       12.41
0921  LEXIS / NEXIS ON-LINE RESEAR                    11/05/01     11/28/01       58.75
0930  MESSENGER/COURIER                               11/02/01     11/29/01       74.08
0940  CAB FARES                                       11/08/01     11/08/01       19.00
0942  MEALS/IN-HOUSE                                  11/08/01     11/08/01       14.00
0972  Document Retrieval Fees                         11/05/01     11/05/01       59.54

                                                           Total                        1,455.48

                                            Grand Total                                10,685.48
                                                                                      ==========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/27/01 14:57:41)
                                          ------ Billed -------   Applied      ---- Collections ----
Bill Date Thru Date Bill#   Fee & OA   Disbursement   From OA      Total        Date                   Balance Due

09/28/01 08/31/01  339400  35,884.50       4,154.07                          40,038.57  11/30/01
10/29/01 09/30/01  341359  15,920.50       1,491.63                          17,412.13  12/18/01
11/29/01 10/31/01  342994  10,001.50       1,059.00                               .00                  11,060.50
12/27/01 11/30/01  344503   9,230.00       1,455.48                               .00                  10,685.48

           Total:         71,036.50       8,160.18                          57,450.70                  21,745.98
```

```
alp_132r: Billed Charges Analysis                             KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
Run Date & Time: 12/27/2001 14:57:41                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                              Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                       Status     : ACTIVE

B I L L E D    T I M E    D E T A I L
Employee Name             Work Date      Description                                                                   Hours      Amount     Index#    Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------------------------

SCHMIDT, ROBERT T.        11/05/01  review misc docs; review cmtee memo; review                                         0.40      170.00    3918437   11/13/01
                                    fraudulent and transfer motion papers

Total For SCHMIDT R - 03699                                                                                             0.40      170.00

BECKER, GARY M.           11/01/01  Prepare for 11/5 hearing, including review of                                       1.30      481.00    3909094   11/06/01
                                    hearing agenda and collection of relevant
                                    pleadings (1.2); conf. with T. Mayer re 11/5
                                    hearing (0.1).
BECKER, GARY M.           11/05/01  Prepare for and attend court hearing in                                             6.60    2,442.00    3909377   11/06/01
                                    Wilmington including research re good faith
                                    issues (6.5); call to local counsel re pro hac
                                    vice pleadings (0.1)
BECKER, GARY M.           11/05/01  prepare status report and circulate to equity                                       1.60      592.00    3967610   12/05/01
                                    committee (1.5); call from shareholder and
                                    return call (0.1).

Total For BECKER G - 05292                                                                                              9.50    3,515.00

CATON, AMY                11/01/01  reviewing recently filed docs for distribution                                      0.20       60.00    3905759   11/02/01
CATON, AMY                11/05/01  reviewing recently filed docs, also for                                             1.20      360.00    3921148   11/14/01
                                    distribution (1); tc w/ T Mayer, P Bentley re:
                                    cmte call (.2)
CATON, AMY                11/06/01  reviewing recently filed docs for distribution                                      0.30       90.00    3921150   11/14/01
CATON, AMY                11/07/01  reviewing recently filed docs for distribution                                      0.30       90.00    3921156   11/14/01
CATON, AMY                11/13/01  reviewing Debtors' omnibus reply to CMO                                             1.70      510.00    3921185   11/14/01
                                    objection (.8); email to T Weschler re: receipt
                                    of same (.2); reviewing recently filed docs for
                                    distribution (.5); call to K&E re: upcoming
                                    depositions (.2)
CATON, AMY                11/14/01  reviewing recently filed docs for distribution                                      1.30      390.00    3930869   11/26/01
                                    and content (1); organizing files (.3)
CATON, AMY                11/20/01  reviewing recently filed docs for distribution                                      0.20       60.00    3932746   11/27/01
CATON, AMY                11/26/01  reviewing filings for distribution (.3);                                            0.60      180.00    3932762   11/27/01
                                    organizing Cmte files (.3)
CATON, AMY                11/27/01  review of recently filed docs (.3)                                                  0.30       90.00    3944562   12/03/01
CATON, AMY                11/28/01  reviewing docs for distribution                                                     0.20       60.00    3944563   12/03/01
CATON, AMY                11/30/01  reviewing incoming documents for distribution                                       0.40      120.00    3944564   12/03/01
                                    (.2); organizing files (.2)

Total For CATON A - 04418                                                                                               6.70    2,010.00

FINNERTY, CATHERINE E     11/21/01  Review various pleadings                                                            1.60      544.00    3930330   11/26/01
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
Run Date & Time: 12/27/2001 14:57:41                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                      Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                             Status     : ACTIVE

 B I L L E D    T I M E    D E T A I L
Employee Name              Work Date   Description                                              Hours     Amount       Index#     Batch Date
-----------------------    ---------   -------------------------------------------------------  -------   ----------   --------   ----------

MANGUAL, KATHLEEN          11/02/01    c/w M. Zickgraf re: pro hac (.30); coordination            0.90      135.00     3910382    11/07/01
                                       w/ atny's re: signatures for pro hac's, fedex
                                       same to M. Zickgraf (.30); Review docket for
                                       hearing agenda (.40)
MANGUAL, KATHLEEN          11/05/01    Revision on hearing binder to coincide with                3.00      450.00     3910383    11/07/01
                                       agenda for 11/5 hearing (2.0); c/w T. Gordon
                                       re: update of index, assisted w/pleadings
                                       retrieval (1.0)
MANGUAL, KATHLEEN          11/06/01    Update contact sheet, telephone individuals for            0.50       75.00     3912290    11/08/01
                                       contact info (.50)
MANGUAL, KATHLEEN          11/07/01    Update all pleadings and correspondence (2.5)              2.50      375.00     3912291    11/08/01
MANGUAL, KATHLEEN          11/08/01    Update of index and correspondence (1.5)                   1.50      225.00     3920836    11/14/01
MANGUAL, KATHLEEN          11/09/01    Indexing documents (1.0)                                   1.00      150.00     3920839    11/14/01
MANGUAL, KATHLEEN          11/14/01    Review committee expenses, prepare for filing              1.00      150.00     3921520    11/15/01
                                       (1.0)
MANGUAL, KATHLEEN          11/15/01    Update and distribute calendar (.50); Update               1.50      225.00     3924744    11/19/01
                                       files (1.0)
MANGUAL, KATHLEEN          11/20/01    Review and distribution of Affidavit of W.D.               1.00      150.00     3930390    11/26/01
                                       Hilton and Francine Rabinovitz (.60); Doc
                                       Request of Proof of Claim per G. Becker (.40)
MANGUAL, KATHLEEN          11/28/01    c/w G.Becker re: same (.30); Update Pleadings              1.30      195.00     3937872    11/30/01
                                       Index (1.0)
MANGUAL, KATHLEEN          11/29/01    Research Bankruptcy Review for Armstrong,                  0.50       75.00     3937862    11/30/01
                                       Federal Mogul and USG entities (.50);

 Total For MANGUAL K - 05208                                                                     14.70    2,205.00

TEMP, PARALEGAL CLK        11/05/01    Conferred with K.Mangual re: retrieval of case             7.00      420.00     3910371    11/07/01
                                       files for a case binder, research on line web
                                       site for docket numbers, update pleading index
                                       (.4); attended to case files (1.5); attended to
                                       research docket numbers, organization of
                                       documents and chronology correspondence (5.1)
TEMP, PARALEGAL CLK        11/06/01    conferred K.Mangual re updating pleadings index            6.10      366.00     3910372    11/07/01
                                       (.2); attended to same (5.9)T.gordon

 Total For TEMP P - 05182                                                                        13.10      786.00

                                                                                     Fee Total                        9,230.00
```

Total For FINNERTY C - 05132    1.60    544.00

```
alp_132r: Billed Charges Analysis                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    5
Run Date & Time: 12/27/2001 14:57:41                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                           Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr  : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status : ACTIVE

B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER      0815 | | | | | | |
| TELECOPIER 04-542-1423 | BECKER, G M | 11/05/01 | 3.00 | 5271358 | 66320 | 11/06/01 |
| 0815 TELECOPIER Total : | | | 3.00 | | | |
| TABS            0817 | | | | | | |
| TABS Kenny Saroop | MAYER, T M | 11/13/01 | 180.00 | 5288766 | 66911 | 11/16/01 |
| 0817 TABS Total : | | | 180.00 | | | |
| PHOTOCOPYING    0820 | | | | | | |
| PHOTOCOPYING ER TH - MAYER TH | MAYER, T M | 11/01/01 | 15.00 | 5269452 | 66312 | 11/06/01 |
| PHOTOCOPYING ER TH - MAYER TH | MAYER, T M | 11/01/01 | 13.65 | 5295761 | 67126 | 11/21/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/02/01 | 7.50 | 5270834 | 66315 | 11/06/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 11/05/01 | 39.30 | 5272128 | 66344 | 11/06/01 |
| PHOTOCOPYING GUAL - MANGUAL | BENTLEY, P | 11/05/01 | 0.60 | 5272129 | 66344 | 11/06/01 |
| PHOTOCOPYING TLEY - BENTLEY | MANGUAL, K M | 11/05/01 | 63.30 | 5295762 | 67126 | 11/21/01 |
| PHOTOCOPYING GUAL - MANGUAL | BENTLEY, P | 11/06/01 | 2.70 | 5278260 | 66551 | 11/08/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/06/01 | 0.45 | 5278261 | 66551 | 11/08/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/06/01 | 2.70 | 5278919 | 66553 | 11/08/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/06/01 | 0.45 | 5278920 | 66553 | 11/08/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 11/12/01 | 0.45 | 5284899 | 66759 | 11/13/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 11/12/01 | 0.15 | 5284900 | 66759 | 11/13/01 |
| PHOTOCOPYING ER TH - MAYER TH | MAYER, T M | 11/13/01 | 261.60 | 5286305 | 66796 | 11/14/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/14/01 | 2.40 | 5287194 | 66838 | 11/15/01 |

```
alp_132r: Billed Charges Analysis                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    6
Run Date & Time: 12/27/2001 14:57:41                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : MAYER THOMAS MOERS - 03976      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

BILLED COSTS DETAIL
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/19/01 | 35.10 | 5293139 | 67064 | 11/20/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/19/01 | 40.95 | 5293140 | 67064 | 11/20/01 |
| PHOTOCOPYING ER TH - MAYER TH | MAYER, T M | 11/19/01 | 33.90 | 5295763 | 67126 | 11/21/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 11/20/01 | 47.25 | 5295764 | 67126 | 11/21/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 11/20/01 | 0.75 | 5295766 | 67126 | 11/21/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 11/20/01 | 4.20 | 5295765 | 67126 | 11/21/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 11/26/01 | 5.10 | 5302946 | 67398 | 11/28/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 11/26/01 | 17.25 | 5302947 | 67398 | 11/28/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 11/26/01 | 1.35 | 5302948 | 67398 | 11/28/01 |
| PHOTOCOPYING HAEL - RAPHAEL | RAPHAEL, D R | 11/28/01 | 0.30 | 5303533 | 67407 | 11/29/01 |
| PHOTOCOPYING GUAL - MANGUAL | MANGUAL, K M | 11/27/01 | 35.55 | 5310725 | 67690 | 12/03/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/29/01 | 2.70 | 5306553 | 67510 | 11/30/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/29/01 | 2.70 | 5306554 | 67510 | 11/30/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/29/01 | 6.30 | 5306555 | 67510 | 11/30/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/30/01 | 3.75 | 5308615 | 67571 | 12/03/01 |
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 11/30/01 | 3.60 | 5308616 | 67571 | 12/03/01 |
| 0820 PHOTOCOPYING Total : | | | 651.00 | | | |
| MANUSCRIPT SERVICE   0840 | | | | | | |
| MANUSCRIPT SERVICE 11/02/2001 | SEAWRIGHT, J | 11/02/01 | 24.00 | 5276918 | 66529 | 11/08/01 |
| MANUSCRIPT SERVICE 11/13/2001 | SEAWRIGHT, J | 11/13/01 | 84.00 | 5286795 | 66835 | 11/15/01 |
| MANUSCRIPT SERVICE 11/14/2001 | SEAWRIGHT, J | 11/14/01 | 54.00 | 5287804 | 66873 | 11/15/01 |
| MANUSCRIPT SERVICE 11/19/2001 | SEAWRIGHT, J | 11/19/01 | 36.00 | 5298492 | 67233 | 11/26/01 |
| MANUSCRIPT SERVICE 11/28/2001 | SEAWRIGHT, J | 11/28/01 | 24.00 | 5305039 | 67465 | 11/29/01 |

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    7
Run Date & Time: 12/27/2001 14:57:41                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status  : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee              Date           Amount           Index#   Batch No  Batch Date
----------------                    --------              ----           ------           ------   --------  ----------

MANUSCRIPT SERVICE                  SEAWRIGHT, J          11/29/01        54.00          5307077   67526    11/30/01
 11/29/2001
MANUSCRIPT SERVICE                  SEAWRIGHT, J          11/30/01        54.00          5308206   67561    12/03/01
 11/30/2001
                                                                                                            
                                    0840 MANUSCRIPT SERVICE Total :     330.00

RESEARCH SERVICES         0841
RESEARCH SERVICES                   SNAGGS, S             11/27/01        21.00          5307078   67526    11/30/01
 11/27/2001
RESEARCH SERVICES                   RAPHAEL, D R          11/28/01        21.00          5307079   67526    11/30/01
 11/28/2001
                                    0841 RESEARCH SERVICES Total :       42.00

POSTAGE                   0880
POSTAGE                             BENTLEY, P            11/20/01        11.70          5297515   67210    11/26/01
  Jose Lugo
                                    0880 POSTAGE Total :                  11.70

LONG-DISTANCE TEL.        0885
LONG-DISTANCE TEL.                  MANGUAL, K M          11/01/01         0.30          5266193   66224    11/05/01
 302524221
LONG-DISTANCE TEL.                  BENTLEY, P            11/06/01         2.07          5273889   66401    11/07/01
 804297081
LONG-DISTANCE TEL.                  CATON, A              11/13/01         0.30          5285928   66777    11/14/01
 312861200
LONG-DISTANCE TEL.                  BENTLEY, P            11/28/01         9.44          5304165   67410    11/29/01
 804297081
LONG-DISTANCE TEL.                  SEAWRIGHT, J          11/28/01         0.30          5304166   67410    11/29/01
 804297081
                                    0885 LONG-DISTANCE TEL. Total :      12.41

LEXIS / NEXIS ON -L       0921
LEXIS / NEXIS ON -L                 BECKER, G M           11/05/01        58.75          5285391   66764    11/14/01
LEXIS / NEXIS ON -LINE RESEARCH
                                    0921 LEXIS / NEXIS ON -L Total :     58.75

MESSENGER/COURIER         0930
FEDERAL EXPRESS CORPORAT            MANGUAL, K M          11/02/01        11.09          5275066   66455    11/07/01
FEDERAL EXPRESS CORPORAT            CATON, A              11/21/01        17.94          5302092   67367    11/28/01
FEDERAL EXPRESS CORPORAT            MANGUAL, K M          11/27/01        17.94          5304808   67452    11/30/01
FEDERAL EXPRESS CORPORAT            MANGUAL, K M          11/27/01        10.98          5304811   67452    11/30/01
FEDERAL EXPRESS CORPORAT            MAYER, T M            11/29/01        16.13          5304747   67422    11/29/01
MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
 CORPORATION
                                    0930 MESSENGER/COURIER Total :       74.08
```