```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   8
Run Date & Time: 12/27/2001 14:57:41                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : MAYER THOMAS MOERS - 03976      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status   : ACTIVE

         B I L L E D   C O S T S   D E T A I L
Description/Code                                 Employee          Date         Amount         Index#    Batch No  Batch Date
-------------------                              --------          ----         ------         ------    --------  ----------
CAB FARES                          0940
 MARIANNE FERGUSON, CASHI                        BECKER, G M       11/08/01       9.00         5276257    66493    11/08/01
 CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
 11/05/01
 MARIANNE FERGUSON, CASHI                        BENTLEY, P        11/08/01      10.00         5277664    66493    11/08/01
 CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
 10/19/01
                                                                  0940 CAB FARES Total :       19.00

MEALS/IN-HOUSE                     0942
 MARIANNE FERGUSON, CASHI                        BENTLEY, P        11/08/01      14.00         5277663    66493    11/08/01
 MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
 CASHIER 10/19/01
                                                                  0942 MEALS/IN-HOUSE Total :  14.00

Document Retrieval F               0972
 U.S. DOCUMENT RETRIEVAL                         PIZZARELLO, C     11/05/01      59.54         5268642    66296    11/07/01
 Document Retrieval Fees - VENDOR-U.S. DOCUMENT
 RETRIEVAL SER
                                                                  0972 Document Retrieval F Total :  59.54

                                                     Costs Total :             1,455.48
```

```
alp_132r: Billed Charges Analysis                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    9
Run Date & Time: 12/27/2001 14:57:41                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                       Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : MAYER THOMAS MOERS - 03976         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status     : ACTIVE

              B I L L E D   T I M E   S U M M A R Y
Employee Name                         Hours      Amount          Bill            W/o / W/u          Transfer To    Clnt/Mtr      Carry Forward

SCHMIDT, ROBERT T.                     0.40      170.00
CATON, AMY                             6.70    2,010.00
FINNERTY, CATHERINE                    1.60      544.00
BECKER, GARY M.                        9.50    3,515.00
TEMP, PARALEGAL CLK                   13.10      786.00
MANGUAL, KATHLEEN                     14.70    2,205.00

              Total:                  46.00    9,230.00


              B I L L E D   C O S T S   S U M M A R Y
Code Description                      Amount                     Bill            W/o / W/u          Transfer To    Clnt/Mtr      Carry Forward

0815 TELECOPIER                         3.00
0817 TABS                             180.00
0820 PHOTOCOPYING                     651.00
0840 MANUSCRIPT SERVICE               330.00
0841 RESEARCH SERVICES                 42.00
0880 POSTAGE                           11.70
0885 LONG-DISTANCE TEL.                12.41
0921 LEXIS / NEXIS ON-LINE R           58.75
0930 MESSENGER/COURIER                 74.08
0940 CAB FARES                         19.00
0942 MEALS/IN-HOUSE                    14.00
0972 Document Retrieval Fees           59.54
```

```
alp_132r: Billed Charges Analysis                                                                                       PAGE   10
Run Date & Time: 12/27/2001 14:57:41

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status    : ACTIVE

  B I L L E D   C O S T S   S U M M A R Y
Code Description               Amount           Bill           W/o / W/u        Transfer To     Clnt/Mtr       Carry Forward
------------------             ------           ----           ---------        -----------     --------       -------------

          Costs Total :      1,455.48
```

```
alp_132r: Billed Charges Analysis                                                                                                PAGE   11
Run Date & Time: 12/27/2001 14:57:41

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                      Orig Prtnr : CRED. RGTS        - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : MAYER THOMAS MOERS - 03976       Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

Special Billing Instructions:

===========================================================================================================================
                                                      PRE-BILLING SUMMARY REPORT

                                    FEES                                                     COSTS
                                    ----                                                     -----
        UNBILLED TIME FROM:    11/30/2001           TO:     11/30/2001
        UNBILLED DISB FROM:    11/13/2001           TO:     11/29/2001

            GROSS BILLABLE AMOUNT:         1,080.00                                          197.20
              AMOUNT WRITTEN DOWN:
                         PREMIUM:
               ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:            11/30/2001                                      11/29/2001
     CLOSE MATTER/FINAL BILLING?     YES   OR   NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:

     BILLING COMMENTS:         MAYER THOMAS MOERS - 03976         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                               ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                       FEES:           4,587.50          UNIDENTIFIED RECEIPTS:         0.00
              DISBURSEMENTS:              631.23          PAID FEE RETAINER:             0.00
                FEE RETAINER:                0.00         PAID DISB RETAINER:            0.00
               DISB RETAINER:                0.00         TOTAL AVAILABLE FUNDS:         0.00
           TOTAL OUTSTANDING:           5,218.73          TRUST BALANCE:
                                                         BILLING HISTORY
                                                         ---------------
          DATE OF LAST BILL:        12/27/01                LAST PAYMENT DATE:       12/18/01
          LAST BILL NUMBER:           344503                FEES BILLED TO DATE:   11,113.50
         LAST BILL THRU DATE:     11/30/01       FEES WRITTEN OFF TO DATE:        0.00

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee        (6) Summer Associate
     (2) Late Time & Costs Posted  (7) Fixed Fee
     (3) Pre-arranged Discount     (8) Premium
     (4) Excessive Legal Time      (9) Rounding
     (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                             PAGE  12
Run Date & Time: 12/27/2001 14:57:41

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                          Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE

   B I L L E D    T I M E    S U M M A R Y      ------------- Total Billed ----------------
Emp Id Employee Name                   Group               Oldest     Latest     Oldest     Latest      Hours      Amount
                                                                                 Entry      Entry

02495  BENTLEY, PHILIP                 PARTNER             11/30/01   11/30/01              0.80        340.00
05292  BECKER, GARY M.                 ASSOCIATE           11/28/01   11/30/01              2.00        740.00

                             Total:                                                         2.80      1,080.00


Sub-Total Hours :   0.80 Partners     0.00 Counsels    2.00 Associates    0.00 Legal Assts    0.00 Others


   B I L L E D    C O S T S    S U M M A R Y    ------------- Total Billed ----------------
Code  Description                                   Oldest     Latest      Total
                                                    Entry      Entry       Amount

0816  VELOBINDINGS                                  11/13/01   11/13/01     52.50
0885  LONG-DISTANCE TEL.                            11/28/01   11/28/01      0.60
0930  MESSENGER/COURIER                             11/29/01   11/29/01    144.10

                     Total                                                 197.20

                     Grand Total                                         1,277.20
                                                                       ==========


B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 12/27/01 14:57:41)
                              ........ Billed ........    ...... Applied ......   Collections  ....
Bill Date  Thru Date  Bill#   Fee & OA    Disbursement    From OA      Total        Date              Balance
                                                                                                      Due

09/28/01  08/31/01  339400   5,226.00        997.34       6,223.34 11/30/01
10/29/01  09/30/01  341359   1,300.00           .00       1,300.00 12/18/01
11/29/01  10/31/01  342994   3,507.50        434.03            .00                                    3,941.53
12/27/01  11/30/01  344503   1,080.00        197.20            .00                                    1,277.20

              Total:        11,113.50      1,628.57       7,523.34                                    5,218.73
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   13
Run Date & Time: 12/27/2001 14:57:41                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : MAYER THOMAS MOERS - 03976     Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE


   B I L L E D    T I M E    D E T A I L
Employee Name                 Work Date      Description                                            Hours     Amount      Index#    Batch No  Batch Date
-------------                 ---------      -----------                                            -----     ------      ------    --------  ----------
BENTLEY, PHILIP
                              11/30/01       Prepare memo to Committee re recent                     0.80     340.00    3944475    12/03/01
                                             developments.

 Total For BENTLEY P - 02495                                                                         0.80     340.00

BECKER, GARY M.
                              11/30/01       Prepare memo to equity committee re recent              2.00     740.00    3941998    12/03/01
                                             events (1.6); conf. with P. Bentley re same
                                             (0.4).

 Total For BECKER G - 05292                                                                          2.00     740.00

                                                         Fee Total                                   2.80    1,080.00


   B I L L E D    C O S T S    D E T A I L
Description/Code                              Employee                   Date                       Amount    Index#    Batch No  Batch Date
----------------                              --------                   ----                       ------    ------    --------  ----------
VELOBINDINGS                       0816
   VELOBINDINGS                               MAYER, T M              11/13/01                       52.50    5288795   66912     11/16/01
     Kenny Saroop

                                              0816 VELOBINDINGS Total :                              52.50

LONG-DISTANCE TEL.                 0885
   LONG-DISTANCE TEL.                         BENTLEY, P              11/28/01                        0.30    5304167   67410     11/29/01
   804970816
   LONG-DISTANCE TEL.                         BENTLEY, P              11/28/01                        0.30    5304168   67410     11/29/01
   302524220

                                              0885 LONG-DISTANCE TEL. Total :                         0.60

MESSENGER/COURIER                  0930
   FEDERAL EXPRESS CORPORAT                   SNAGGS, S               11/29/01                      144.10    5304418   67422     11/29/01
   MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
   CORPORATION

                                              0930 MESSENGER/COURIER Total :                        144.10

                                                         Costs Total :                              197.20
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE  14
Run Date & Time: 12/27/2001 14:57:41                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                                        Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name                 Hours        Amount        Bill       W/o / W/u       Transfer To     Clnt/Mtr       Carry Forward
-------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                0.80        340.00
BECKER, GARY M.                2.00        740.00
           Total:              2.80      1,080.00

   B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount                     Bill       W/o / W/u       Transfer To     Clnt/Mtr       Carry Forward
-------------------------------------------------------------------------------------------------------------------------------
0816 VELOBINDINGS              52.50
0885 LONG-DISTANCE TEL.         0.60
0930 MESSENGER/COURIER        144.10
           Costs Total :      197.20
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   15
Run Date & Time: 12/27/2001 14:57:41                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                          Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FEE APPS                                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:    11/12/2001                       TO:  11/29/2001
              UNBILLED DISB FROM:    11/29/2001                       TO:  11/29/2001

                                              FEES                               COSTS
                                             ------                             -------
    GROSS BILLABLE AMOUNT:                  2,532.50                              63.68
    AMOUNT WRITTEN DOWN:
               PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
               THRU DATE:             11/29/2001                              11/29/2001
    CLOSE MATTER/FINAL BILLING?    YES  OR  NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
              BILLING COMMENTS:       MAYER THOMAS MOERS - 03976      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                               ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

              FEES:                                 5,888.50      UNIDENTIFIED RECEIPTS:         0.00
              DISBURSEMENTS:                          115.37      PAID FEE RETAINER:             0.00
              FEE RETAINER:                            0.00       PAID DISB RETAINER:            0.00
              DISB RETAINER:                           0.00       TOTAL AVAILABLE FUNDS:         0.00
              TOTAL OUTSTANDING:                   6,003.87       TRUST BALANCE:
                                                                  BILLING HISTORY
                                                                  ---------------
              DATE OF LAST BILL:           12/27/01           LAST PAYMENT DATE:              12/18/01
              LAST BILL NUMBER:             344503            FEES BILLED TO DATE:          10,165.00
              LAST BILL THRU DATE:         11/30/01           FEES WRITTEN OFF TO DATE:         0.00

   FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:
         (1) Exceeded Fixed Fee                (6) Summer Associate
         (2) Late Time & Costs Posted          (7) Fixed Fee
         (3) Pre-arranged Discount             (8) Premium
         (4) Excessive Legal Time              (9) Rounding
         (5) Business Development              (10) Client Arrangement

 BILL NUMBER:                     DATE OF BILL:                       Processed by:                    FRC:              CRC:
```

```
alp_132r: Billed Charges Analysis                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE  16
Run Date & Time: 12/27/2001 14:57:41                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                  Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : MAYER THOMAS MOERS - 03976     Bill Frequency: M
Matter Name : FEE APPS                                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y                           ------------ Total Billed ------------
Emp Id Employee Name                          Group            Oldest       Latest         Hours        Amount
                                                               ------       ------         -----        ------
02495  BENTLEY, PHILIP                        PARTNER          11/28/01     11/28/01        0.30        127.50
04418  CATON, AMY                             ASSOCIATE        11/14/01     11/27/01        0.80        240.00
05132  FINNERTY, CATHERINE E                  ASSOCIATE        11/26/01     11/27/01        1.70        578.00
05292  BECKER, GARY M.                        ASSOCIATE        11/12/01     11/27/01        0.60        222.00
05208  MANGUAL, KATHLEEN                      PARALEGAL        11/14/01     11/29/01        9.10      1,365.00

                         Total:                                                            12.50      2,532.50

Sub-Total Hours :    0.30 Partners     0.00 Counsels    3.10 Associates    9.10 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y   ------------ Total Billed ------------
Code  Description                                   Oldest       Latest        Total
                                                    Entry        Entry         Amount
                                                    ------       ------        ------
0817  TABS                                          11/29/01     11/29/01       20.00
0820  PHOTOCOPYING                                  11/29/01     11/29/01       32.70
0930  MESSENGER/COURIER                             11/29/01     11/29/01       10.98

                         Total                                                  63.68

                         Grand Total                                         2,596.18
                                                                         ============

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/27/01 14:57:42)
                                      ------- Billed --------    --- Applied ---    ---- Collections ----    Balance
Bill Date Thru Date Bill#              Fee & OA   Disbursement    From OA   Total         Date                 Due
-------------------------              --------   ------------    -------   -----         ----               -------
09/28/01 08/31/01 339400                 357.50           .00         .00    357.50   11/30/01
10/29/01 09/30/01 341359               3,919.00         76.11         .00  3,995.11   12/18/01
11/29/01 10/31/01 342994               3,356.00         51.69         .00        .00                        3,407.69
12/27/01 11/30/01 344503               2,532.50         63.68         .00        .00                        2,596.18

             Total:                   10,165.00        191.48                                                6,003.87
                                                                               4,352.61
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    17
Run Date & Time: 12/27/2001 14:57:42                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : MAYER THOMAS MOERS - 03976      Bill Frequency: M
Matter Name : FEE APPS                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

          B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                                    Hours      Amount   Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 11/28/01 | Review and edit fee application, and trade voicemails re same. | 0.30 | 127.50 | 3944476 | 12/03/01 |
| Total For BENTLEY P - 02495 | | | 0.30 | 127.50 | | |
| BECKER, GARY M. | 11/12/01 | Attention to fee applications and payment | 0.40 | 148.00 | 3921240 | 11/14/01 |
| BECKER, GARY M. | 11/27/01 | Letter to T. Weschler re bills (0.2). | 0.20 | 74.00 | 3936655 | 11/29/01 |
| Total For BECKER G - 05292 | | | 0.60 | 222.00 | | |
| CATON, AMY | 11/14/01 | email to G Becker, C Finnerty re: fee apps (.4) | 0.40 | 120.00 | 3967612 | 12/05/01 |
| CATON, AMY | 11/15/01 | email exchange w/ G Becker, C Finnerty re: fee apps | 0.20 | 60.00 | 3930862 | 11/26/01 |
| CATON, AMY | 11/27/01 | tc w/ C Finnerty re: fee apps going forward (.2) | 0.20 | 60.00 | 3967613 | 12/05/01 |
| Total For CATON A - 04418 | | | 0.80 | 240.00 | | |
| FINNERTY, CATHERINE E | 11/26/01 | Review Grace monthly fee app (0.7); disc same w./ K. Mangual (0.3) | 1.00 | 340.00 | 3935719 | 11/29/01 |
| FINNERTY, CATHERINE E | 11/27/01 | review Grace monthly fee application and charts prepared by accounting | 0.70 | 238.00 | 3937856 | 11/30/01 |
| Total For FINNERTY C - 05132 | | | 1.70 | 578.00 | | |
| MANGUAL, KATHLEEN | 11/14/01 | c/w C. Finnerty re: fee app's and updating calendar (.30); retrieval of CNO for Kramer's combined monthly (.20) | 0.50 | 75.00 | 3967614 | 12/05/01 |
| MANGUAL, KATHLEEN | 11/16/01 | Draft of October fee application, (1.5);Organization of schedules and exhibits from accounting, revision of same. (.6). | 2.10 | 315.00 | 3927039 | 11/19/01 |
| MANGUAL, KATHLEEN | 11/26/01 | Doc Retrieval of all Kramer Fee App for G. Becker (.70) | 0.70 | 105.00 | 3934280 | 11/28/01 |
| MANGUAL, KATHLEEN | 11/26/01 | Draft Oct. Fee Application (1.5); c/w C. Finnerty re: same (.30); Draft Committee Expense Report (1.5); | 3.30 | 495.00 | 3934282 | 11/28/01 |
| MANGUAL, KATHLEEN | 11/27/01 | Preparation/filing of monthly fee app, review of charts and figures, coordination C. Finnerty and local counsel (2.0) | 2.00 | 300.00 | 3935737 | 11/29/01 |
| MANGUAL, KATHLEEN | 11/29/01 | Coordinate w/ P. Bentley re: fee app, attend to same (.50) | 0.50 | 75.00 | 3937861 | 11/30/01 |
| Total For MANGUAL K - 05208 | | | 9.10 | 1,365.00 | | |