```
alp_132r: Billed Charges Analysis                                                                                          PAGE    18
Run Date & Time: 12/27/2001 14:57:42

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : FEE APPS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status    : ACTIVE

B I L L E D    T I M E    D E T A I L
Employee Name           Work Date       Description                            Hours      Amount         Index#    Batch No   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------

TABS
  Andrew Daisley          0817          MANGUAL, K M                11/29/01   20.00     5310106         67643     12/03/01
                                        0817 TABS Total :                      20.00

PHOTOCOPYING
                          0820          MANGUAL, K M                11/29/01   32.70     5310726         67690     12/03/01
                                        0820 PHOTOCOPYING Total :              32.70

MESSENGER/COURIER
  FEDERAL EXPRESS CORPORAT 0930         MANGUAL, K M                11/29/01   10.98     5310078         67639     12/03/01
                                        0930 MESSENGER/COURIER Total :         10.98

                                                Fee Total                     12.50     2,532.50

                         Costs Total :                                                   63.68

B I L L E D    C O S T S    D E T A I L
Description/Code                        Employee                    Date       Amount    Index#         Batch No  Batch Date
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 12/27/2001 14:57:42
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   19

```
Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS     - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : FEE APPS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status    : ACTIVE
```

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.30 | 127.50 | | | | | |
| CATON, AMY | 0.80 | 240.00 | | | | | |
| FINNERTY, CATHERINE | 1.70 | 578.00 | | | | | |
| BECKER, GARY M. | 0.60 | 222.00 | | | | | |
| MANGUAL, KATHLEEN | 9.10 | 1,365.00 | | | | | |
| Total: | 12.50 | 2,532.50 | | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0817 TABS | 20.00 | | | | | |
| 0820 PHOTOCOPYING | 32.70 | | | | | |
| 0930 MESSENGER/COURIER | 10.98 | | | | | |
| Costs Total : | 63.68 | | | | | |

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   20
Run Date & Time: 12/27/2001 14:57:42

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                           Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

                               FEES                                    COSTS

UNBILLED TIME FROM:    11/02/2001              TO:  11/30/2001
UNBILLED DISB FROM:    11/13/2001              TO:  11/28/2001

GROSS BILLABLE AMOUNT:               7,256.50                      1,315.26
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                          11/30/2001                    11/28/2001
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    MAYER THOMAS MOERS - 03976          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                 ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                  FEES:                  34,512.40     UNIDENTIFIED RECEIPTS:           0.00
          DISBURSEMENTS:                  1,434.43     PAID FEE RETAINER:               0.00
           FEE RETAINER:                      0.00     PAID DISB RETAINER:              0.00
          DISB RETAINER:                      0.00     TOTAL AVAILABLE FUNDS:           0.00
       TOTAL OUTSTANDING:                35,946.83     TRUST BALANCE:
                                                       BILLING HISTORY

       DATE OF LAST BILL:      12/27/01              LAST PAYMENT DATE:       12/18/01
       LAST BILL NUMBER:        344503              FEES BILLED TO DATE:     41,257.00
       LAST BILL THRU DATE:    11/30/01           FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee            (6) Summer Associate
       (2) Late Time & Costs Posted      (7) Fixed Fee
       (3) Pre-arranged Discount         (8) Premium
       (4) Excessive Legal Time          (9) Rounding
       (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____   Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   21
Run Date & Time: 12/27/2001 14:57:42                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                                          Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                  Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                Status : ACTIVE

  B I L L E D   T I M E   S U M M A R Y    --------------------------------------- Total ---------------- Billed --------------------
Emp Id Employee Name                      Group            Oldest       Latest        Hours    Amount

02495 BENTLEY, PHILIP                     PARTNER          11/02/01    11/30/01        6.90    2,932.50
03976 MAYER, THOMAS MOERS                 PARTNER          11/21/01    11/28/01        0.60      315.00
04418 CATON, AMY                          ASSOCIATE        11/21/01    11/21/01        1.00      300.00
05292 BECKER, GARY M.                     ASSOCIATE        11/05/01    11/29/01        9.70    3,589.00
05208 MANGUAL, KATHLEEN                   PARALEGAL        11/28/01    11/28/01        0.80      120.00

                      Total:                                                          19.00    7,256.50

Sub-Total Hours :    7.50 Partners    0.00 Counsels     10.70 Associates      0.80 Legal Assts    0.00 Others

    B I L L E D   C O S T S   S U M M A R Y    ------------------------- Total Billed -------------------
Code Description                              Oldest         Latest          Total
                                              Entry          Entry           Amount

0935  LEGAL SEARCH FEES                       11/15/01      11/15/01         1,140.00
0936  CORP. DOC.& MAT.                        11/13/01      11/13/01           158.56
0940  CAB FARES                               11/28/01      11/28/01            16.70

                  Total                                                      1,315.26

         Grand Total                                                         8,571.76
                                                                          ============

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 12/27/01 14:57:42)
                              ------- Billed --------      Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#      Fee & OA     Disbursement   From OA    Total           Date       Due
----------- ---------- -----  -----------   ------------   --------   --------    ----------   ---------
09/28/01    08/31/01  339400  16,485.50         46.22                 5,639.52   11/30/01     10,892.20
10/29/01    09/30/01  341359   7,795.00      4,230.00                 5,381.30   12/18/01      6,643.70
11/29/01    10/31/01  342994   9,720.00        119.17                     .00                  9,839.17
12/27/01    11/30/01  344503   7,256.50      1,315.26                     .00                  8,571.76

         Total:                41,257.00       5,710.65              11,020.82                35,946.83
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   22
Run Date & Time: 12/27/2001 14:57:42                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

                     B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                           Hours       Amount   Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 11/02/01 | Review recent pleadings. | 0.20 | 85.00 | 3918109 | 11/12/01 |
| BENTLEY, PHILIP | 11/06/01 | Review GB's memo, and discs. GB and T. Weschler re yesterday's hearing. | 0.70 | 297.50 | 3918119 | 11/12/01 |
| BENTLEY, PHILIP | 11/12/01 | Review deposition notice. | 0.10 | 42.50 | 3926630 | 11/19/01 |
| BENTLEY, PHILIP | 11/16/01 | Discs. GB and voicemail. | 0.10 | 42.50 | 3926626 | 11/19/01 |
| BENTLEY, PHILIP | 11/19/01 | Review ZAI claimants' motion to dismiss the bankruptcy, and prepare short memo to committee re same. | 0.70 | 297.50 | 3944477 | 12/03/01 |
| BENTLEY, PHILIP | 11/28/01 | Review Judge Becker's order and related documents, and discs. T. Weschler, GB, TM and voicemail re same and other recent developments. | 1.90 | 807.50 | 3944478 | 12/03/01 |
| BENTLEY, PHILIP | 11/29/01 | Review recent article. | 0.10 | 42.50 | 3944479 | 12/03/01 |
| BENTLEY, PHILIP | 11/30/01 | Review pleadings, articles and orders re recent developments in asbestos bankruptcies, prepare for Committee conference call re same, and discs. GB re same. | 3.10 | 1,317.50 | 3944480 | 12/03/01 |
| | | Total For BENTLEY P - 02495 | 6.90 | 2,932.50 | | |
| MAYER, THOMAS MOERS | 11/21/01 | re Asbestos Litigation: conference with A. Caton re news from Grace hearing: impending consolidation of all asbestos litigation in Delaware bankruptcy cases before one judge (.1); conference with K. Eckstein on potential implications of consolidation (.2). | 0.30 | 157.50 | 3941881 | 12/03/01 |
| MAYER, THOMAS MOERS | 11/28/01 | Conference P. Bentley re developments from Owens Corning hearing; appointment of Judge Wolin of DNJ as one judge for all asbestos cases. | 0.30 | 157.50 | 3942939 | 12/03/01 |
| | | Total For MAYER T - 03976 | 0.60 | 315.00 | | |
| BECKER, GARY M. | 11/05/01 | call to P. Bentley re court hearing (0.1) | 0.10 | 37.00 | 3967611 | 12/05/01 |
| BECKER, GARY M. | 11/06/01 | Conf. with P. Bentley re 11/5 hearing and re upcoming hearing (0.3). | 0.30 | 111.00 | 3914074 | 11/09/01 |
| BECKER, GARY M. | 11/13/01 | Review debtors reply brief re case management order (0.6). | 0.60 | 222.00 | 3921236 | 11/14/01 |
| BECKER, GARY M. | 11/16/01 | Discussions with P. Bentley re 11/21 hearing preparations (0.3) | 0.30 | 111.00 | 3926244 | 11/19/01 |
| BECKER, GARY M. | 11/19/01 | Review motion to dismiss filed by Zonolite plaintiffs (1.0); discussions with P. Bentley re same (0.3). | 1.30 | 481.00 | 3928318 | 11/20/01 |

```
alp_132rr: Billed Charges Analysis                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   23
Run Date & Time: 12/27/2001 14:57:42                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00012                                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                                  Hours        Amount    Index#    Batch Date

BECKER, GARY M.            11/20/01     Prepare for 11/21 hearing (1.0); conf. with                   1.20        444.00   3931984   11/27/01
                                        local counsel re hearing (0.2).
BECKER, GARY M.            11/21/01     Prepare for hearing on case management motion                 3.60      1,332.00   3931029   11/26/01
                                        (3.6).
BECKER, GARY M.            11/26/01     Conf. with debtors' counsel re change of judge                0.80        296.00   3936659   11/29/01
                                        in the case (0.3); conf. with T. Weschler re
                                        same 90.4); conf. with T. Mayer re same (0.1).
BECKER, GARY M.            11/28/01     Conf. with T. Weschler and P. Bentley re                      1.30        481.00   3936650   11/29/01
                                        reassignment of asbestos case (1.0); attention
                                        to obtaining order and transcript re
                                        reassignment (0.3).
BECKER, GARY M.            11/29/01     Conf. with P. Bentley re case reassignment                    0.20         74.00   3939203   12/03/01
                                        issues (0.2).

Total For BECKER G - 05292                                                                            9.70      3,589.00

CATON, AMY                 11/21/01     tc w/ K Eckstein re: consolidation of asbestos                1.00        300.00   3932755   11/27/01
                                        cases in Delaware (.40); Research Mealey's for
                                        and email to T Weschler re: same, CMO motion
                                        (.6)

Total For CATON A - 04418                                                                             1.00        300.00

MANGUAL, KATHLEEN          11/28/01     Research of the Class Action Suit against Grace               0.80        120.00   3967615   12/05/01
                                        (.40); Research Mealey's for Asbestos
                                        Bankruptcy Reports (.40)

Total For MANGUAL K - 05208                                                                           0.80        120.00

                                                       Fee Total                                     19.00      7,256.50


B I L L E D   C O S T S   D E T A I L
Description/Code                                Employee                    Date                    Amount     Index#   Batch No  Batch Date

LEGAL SEARCH FEES       0935
LEXIS-NEXIS                                     PELLETIER, D                11/15/01              1,140.00    5288101    66874    11/15/01
LEGAL SEARCH FEES - VENDOR-LEXIS-NEXIS
                                                0935 LEGAL SEARCH FEES Total :                    1,140.00

CORP. DOC & MAT.        0936
ASPEN PUBLISHERS, INC.                          PELLETIER, D                11/13/01                158.56    5283216    66745    11/14/01
CORP. DOC.& MAT. - VENDOR-ASPEN PUBLISHERS,
INC.
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE   24
Run Date & Time: 12/27/2001 14:57:42

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS - 06975                Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : MAYER THOMAS MOERS - 03976        Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee              Date            Amount     Index#   Batch No   Batch Date
---------------------------------------------------------------------------------------------------------------

                                                      0936 CORP. DOC. & MAT. Total :    158.56

CAB FARES
                             0940
MARIANNE FERGUSON, CASHI                              MAYER, T M        11/28/01         16.70   5301347    67347   11/29/01
CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
11/19/01

                                                      0940 CAB FARES Total :             16.70


                                        Costs Total :                                  1,315.26
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE   25
Run Date & Time: 12/27/2001 14:57:42

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status    : ACTIVE

  B I L L E D   T I M E   S U M M A R Y
Employee Name                   Hours      Amount         Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
---------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                  6.90    2,932.50
MAYER, THOMAS MOERS              0.60      315.00
CATON, AMY                       1.00      300.00
BECKER, GARY M.                  9.70    3,589.00
MANGUAL, KATHLEEN                0.80      120.00
          Total:                19.00    7,256.50

  B I L L E D   C O S T S   S U M M A R Y
Code Description                          Amount         Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
---------------------------------------------------------------------------------------------------------------------------------
0935 LEGAL SEARCH FEES                  1,140.00
0936 CORP. DOC.& MAT.                     158.56
0940 CAB FARES                             16.70

          Costs Total :                 1,315.26
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   26
Run Date & Time: 12/27/2001 14:57:42

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                         Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status  : ACTIVE

Special Billing Instructions:

                                                   PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:                       TO:
               UNBILLED DISB FROM:                       TO:

                                                    FEES              COSTS
                                                   ------           -------
           GROSS BILLABLE AMOUNT:                    0.00              0.00
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:
   CLOSE MATTER/FINAL BILLING?     YES   OR   NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:       MAYER THOMAS MOERS - 03976       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                                             ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                                             -------------------------               --------------
           FEES:                                   2,212.50       UNIDENTIFIED RECEIPTS:    0.00
           DISBURSEMENTS:                              0.00       PAID FEE RETAINER:        0.00
           FEE RETAINER:                               0.00       PAID DISB RETAINER:       0.00
           DISB RETAINER:                              0.00       TOTAL AVAILABLE FUNDS:    0.00
           TOTAL OUTSTANDING:                      2,212.50       TRUST BALANCE:
                                                     BILLING HISTORY
                                                     ---------------
           DATE OF LAST BILL:         10/29/01             LAST PAYMENT DATE:       12/18/01
           LAST BILL NUMBER:            341359             FEES BILLED TO DATE:     2,212.50
           LAST BILL THRU DATE:                            FEES WRITTEN OFF TO DATE:    0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee                (6) Summer Associate
           (2) Late Time & Costs Posted          (7) Fixed Fee
           (3) Pre-arranged Discount             (8) Premium
           (4) Excessive Legal Time              (9) Rounding
           (5) Business Development             (10) Client Arrangement


BILL NUMBER:_____         DATE OF BILL:_____   Processed by:_____    FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 12/27/2001 14:57:42

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                             Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/27/01 14:57:42)
-----------------------------------------------              Applied      ---- Collections ----
                                                             From OA      Total        Date        Balance
Bill Date Thru Date Bill#   Fee & OA    Disbursement                                                Due
------------------------   --------    ------------        --------      --------     --------     --------
09/28/01 08/31/01 339400    2,212.50         242.00                       242.00    11/30/01       2,212.50
10/29/01 09/30/01 341359         .00         147.75                       147.75    12/18/01

      Total:                2,212.50         389.75                       389.75                   2,212.50
```

PAGE 27