```
alp_132rc: Client Analysis Sheet                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
Run Date & Time: 12/27/01 14:57:47                              *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE                  Work Thru : 11/30/01
```

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 46.00 | 9,230.00 | 1,455.48 | 10,685.48 | MAYER THOMAS MOERS | 03976 | M | B |
| 00002 | COMMITTEE & CREDITOR COR | 2.80 | 1,080.00 | 197.20 | 1,277.20 | MAYER THOMAS MOERS | 03976 | M | B |
| 00008 | FEE APPS | 12.50 | 2,532.50 | 63.68 | 2,596.18 | MAYER THOMAS MOERS | 03976 | M | B |
| 00012 | ASBESTOS CLAIM ISSUES | 19.00 | 7,256.50 | 1,315.26 | 8,571.76 | MAYER THOMAS MOERS | 03976 | M | B |
| 00013 | FRAUDULENT CONVEYANCE IS | 0.00 | 0.00 | 0.00 | 0.00 | MAYER THOMAS MOERS | 03976 | M | B |
| **Client Total** | | **80.30** | **20,099.00** | **3,031.62** | **23,130.62** | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE