IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | : Case No. 01-01139 (JKF) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : |

**ORDER GRANTING SECOND QUARTERLY INTERIM APPLICATION OF
THE BLACKSTONE GROUP L.P.
FOR COMPENSATION AND FOR REIMBURSEMENT OF
EXPENSES FOR JULY 1, 2001 THROUGH SEPTEMBER 30, 2001**

The Blackstone Group L.P. ("Blackstone"), as financial advisor to the captioned debtors and debtors-in-possession (the "Debtors"), filed a second quarterly interim application for allowance of compensation and reimbursement of expenses for July 1, 2001 through September 30, 2001 (the "Second Quarterly Interim Application"). The Court has reviewed the Second Quarterly Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Quarterly Interim Application, and any hearing on the Second Quarterly Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Second Quarterly Interim Application. Accordingly, it is hereby

ORDERED that the Second Quarterly Interim Application is GRANTED, on an interim basis. The Debtors shall pay to Blackstone the sum of $525,000.00 as compensation and $31,475.46 as reimbursement of expenses, for a total of $556,475.46 for services rendered and disbursements incurred by Blackstone for the period July 1, 2001, through September 30, 2001.

Dated: _____

                                            The Honorable Judith K. Fitzgerald
                                            United States District Judge