IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 28th day of December 2001, I caused a copy of the following documents to be served on the individuals on the attached service lists in the manner indicated:

1) Notice of Filing of Quarterly Interim Fee Application

2) Second Quarterly Interim Application of The Blackstone Group L.P. for Compensation and for Reimbursement of Expenses for July 1, 2001 through September 30, 2001

David W. Carickhoff, Jr. (3715)
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
302-652-4100

91100-001\DOCS_DE:37356.1