# Exhibit A

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Samuel A Schwartz | 1.80 | Review and analyze various issues re assets and DIP Agreement provisions related thereto (.8); telephone conferences with the client re same (.8); revise Coupons Motion (.1); draft correspondence re same (.1). |
| 11/02/01 | Samuel A Schwartz | 1.40 | Telephone conferences with the client re various asset issues and DIP matters related thereto (1.1); review correspondence re same (.3). |
| 11/02/01 | Janet Baer | 0.80 | Telephone conference with clients re coupon motion issues. |
| 11/05/01 | Samuel A Schwartz | 0.90 | Telephone conferences with the client re various asset related matters. |
| 11/06/01 | James W Kapp | 0.10 | Attend to issues re clarification of customer program motion. |
| 11/06/01 | Samuel A Schwartz | 0.90 | Telephone conferences with the client and various professionals re asset related matters, acquisitions and DIP provisions related thereto. |
| 11/06/01 | Janet Baer | 0.50 | Telephone conference with R. Beber (.3); revise Coupon motion to reflect comments (.2). |
| 11/07/01 | James W Kapp | 0.50 | Review and revise order clarifying customer programs (.3); attend to issues re same (.2). |
| 11/07/01 | Janet Baer | 0.40 | Conference with R. Beber re final comments to coupon motion (.1); revise same (.3). |
| 11/08/01 | James W Kapp | 0.50 | Address issues re potential acquisition. |
| 11/08/01 | Samuel A Schwartz | 1.10 | Telephone conferences with the client re various proposed transactions (.3) draft correspondence re same (.8). |
| 11/08/01 | Janet Baer | 0.30 | Telephone conferences re Coupon motion (.2); revise same (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/09/01 | James W Kapp | 0.20 | Address issues re potential asset acquisition. |
| 11/09/01 | Samuel A Schwartz | 0.80 | Telephone conferences with the client re various asset related matters (.2); draft correspondence re same (.6). |
| 11/12/01 | Samuel A Schwartz | 0.40 | Telephone conferences with the client re various asset related matters. |
| 11/14/01 | Samuel A Schwartz | 0.20 | Attend to matters re the filing of the customer programs motion. |
| 11/16/01 | James W Kapp | 0.40 | Address issues re potential acquisition of assets. |
| 11/27/01 | Samuel A Schwartz | 0.40 | Telephone conferences with the client re various asset related matters. |
| 11/28/01 | Samuel A Schwartz | 0.70 | Telephone conferences with the client re various asset related matters. |
| 11/29/01 | Samuel A Schwartz | 1.80 | Telephone conferences with the client re surety bonds, letters of credit and settlement agreements (1.5); attend to matters re same (.3). |

**Matter 17 - Automatic Stay Matters/Relief from Stay Proceedings - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/01 | Scott A McMillin | 1.00 | Review Kane motion for relief from stay and analyze responsive arguments. |
| 11/08/01 | Janet Baer | 0.30 | Telephone conference with various parties re Kane lift stay. |
| 11/09/01 | Scott A McMillin | 3.00 | Draft opposition to Kane stay relief motion. |
| 11/11/01 | Janet Baer | 0.30 | Review and revise Kane stay relief motion. |
| 11/13/01 | Janet Baer | 0.50 | Review revised response to Kane stay relief motion. |
| 11/28/01 | J Chad Mitchell | 5.30 | Research re automatic stay and police power exception versus environmental claims. |

### Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Brigitte F Windley | 0.70 | Review various case documents and assign central file categories. |
| 11/01/01 | Sabrina M Mitchell | 0.20 | Retrieve and duplicate consulting agreements from central files (.1); search the online docket for the American Real Estate complaints (.1). |
| 11/01/01 | Sabrina M Mitchell | 1.80 | Update the case file index with new documents and prepare for inclusion into central files (.3); identify new pleadings using the court's website and include in the central file docket binders (1.3); review the online docket and update the motion status chart (.2). |
| 11/02/01 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to issues re same. |
| 11/02/01 | Shirley A Pope | 3.10 | Prepare binders re Fresenius and Sealed Air and other materials re document review. |
| 11/02/01 | Brigitte F Windley | 2.30 | Review new adversary pleadings for central filing (.6); review various case documents and assign central file category (.9); review online docket to identify pleadings PACER numbers (.8). |
| 11/02/01 | Janet Baer | 0.40 | Attend to matters re various outstanding matters. |
| 11/02/01 | Sabrina M Mitchell | 2.60 | Update the case file index with new documents and prepare for inclusion into central files (.7); identify new pleadings using the court's website and include in the central file docket binders (1.9). |
| 11/02/01 | Benjamin J Alke | 1.20 | Update case file re new pleadings (.8); update document production index re new work product (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/02/01 | Marguerite M Melvin | 4.70 | Prepare and update list of key professionals in the asbestos-related bankruptcy cases (.8); review dockets (1.0); review dockets and obtain recently filed pleadings of interest (2.0); update pleadings indices (.5); prepare subfolders for new pleadings (.2); incorporate pleadings into asbestos case files (.2) |
| 11/04/01 | Samuel A Schwartz | 0.60 | Review docket (.3); review various contested matters (.3). |
| 11/05/01 | Shirley A Pope | 1.00 | Prepare documents for attorney review (.5); update correspondence files (.5). |
| 11/05/01 | Sabrina M Mitchell | 2.70 | Review the online docket and update the motion status chart (.5); update the case file index with new documents and prepare for inclusion into central files (.7); identify new pleadings using the court's website and include in the central file docket binders (1.5). |
| 11/05/01 | Benjamin J Alke | 4.10 | Organize Grace's document production re Fresenius and Sealed Air in preparation for attorney review (2.0); prepare copies of selected documents for attorney review (1.5); prepare copies of the Abner and Woodward complaints for attorney review (.6). |
| 11/06/01 | James W Kapp | 0.80 | Review docket and attend to issues re same (.2); review various pleadings and correspondence and attend to issues re same (.5); review status motion chart (.1). |
| 11/06/01 | Brigitte F Windley | 0.30 | Update motion status chart. |
| 11/06/01 | Sabrina M Mitchell | 3.60 | Update the case file index with new documents and prepare for inclusion into central files (.7); identify new pleadings using the court's website and include in the central file docket binders (2.9). |
| 11/06/01 | Sabrina M Mitchell | 2.10 | Retrieve and duplicate requested documents and prepare transmittal of the same. |
| 11/06/01 | Marguerite M Melvin | 0.40 | Duplicate and distribute articles for attorneys review. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/07/01 | David M Bernick, P.C. | 1.50 | Prepare and attend team meeting. team meeting. |
| 11/07/01 | James W Kapp | 1.30 | Review various pleadings and correspondence and attend to issues re same (.2); participate in status conference and prepare for same( 1.1). |
| 11/07/01 | James W Kapp | 0.10 | Review and revise status motion chart and attend to issues re same. |
| 11/07/01 | Shirley A Pope | 1.00 | Prepare and attend team meeting. |
| 11/07/01 | Christopher B Sullivan | 1.50 | Prepare for and attend team meeting. |
| 11/07/01 | Kellye L Fabian | 1.00 | Prepare for and attend team meeting. |
| 11/07/01 | Deanna D Boll | 1.00 | Prepare for and participate in team meeting. |
| 11/07/01 | Janet Baer | 1.20 | Prepare for and attend team meeting. |
| 11/07/01 | Sabrina M Mitchell | 1.20 | Download certain pleadings from the W. R. Grace online docket (.1); identify new pleadings using the court's website and include in the central file docket binders (1.1). |
| 11/08/01 | James W Kapp | 0.20 | Review pleadings and correspondence (.1); attend to issues re same (.1). |
| 11/08/01 | Roger J Higgins | 0.30 | Review motion status chart (.1); attend to matters re same (.2). |
| 11/08/01 | Sabrina M Mitchell | 3.10 | Review the online docket and update the motion status chart (.8); create an adversary proceedings binder and include all new pleadings (.7); update the case file index with new documents and prepare for inclusion into central files (.3); identify new pleading and include into the central file docket binders (1.3). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/08/01 | Marguerite M Melvin | 6.40 | Obtain updated dockets for asbestos-related bankruptcy cases (1.5); review dockets for recently filed pleadings (1.0); download pleadings (1.5); prepare subfolders for pleadings and file (.7); update pleadings indices (.8); update list of key professionals (.4); update schedule of events chart (.5). |
| 11/09/01 | James W Kapp | 0.60 | Review pleadings and correspondence (.1); attend to issues re same (.3); review motion status chart and atttend to issues re same (.1); review docket (.1). |
| 11/09/01 | Brigitte F Windley | 3.30 | Provide case pleadings for attorney review (1.9); review various case documents and assign central case file categories (1.1); forward committee counsel contact information to V. Johnson (.3). |
| 11/09/01 | Sabrina M Mitchell | 1.40 | Update the case file index with new documents and prepare for inclusion into central files (.3); identify new pleadings using the court's website and include in the central file docket binders (1.1). |
| 11/12/01 | Shirley A Pope | 5.80 | Review correspondence (2.8); review pleadings (1.8); organize legal research materials for inclusion in Grace main file (1.2). |
| 11/12/01 | Brigitte F Windley | 1.90 | Review various case documents and assign central file category. |
| 11/12/01 | Sabrina M Mitchell | 2.90 | Update the case file index with new documents and prepare for inclusion into central files (.6); identify new pleadings using the court's website and include in the central file docket binders (2.3). |
| 11/12/01 | Benjamin J Alke | 7.00 | Organize index of cases cited in the CMO reply brief (1.8); update Concordance database re new pleadings (1.4); update case file re new Legal Research documents, deposition transcripts, attorney working files, and claims/forms/database files (3.4); prepare copies of statistical analysis of 1997 and 2000 claims (.4). |
| 11/13/01 | Samuel A Schwartz | 0.50 | Telephone conferences with the client and local counsel re monthly operating reports and pending matters. |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/13/01 | Brigitte F Windley | 1.20 | Prepare various orders from central files for attorney review (.4); review various case documents and assign central file categories in preparation for central filing (.8). |
| 11/13/01 | Sabrina M Mitchell | 4.30 | Review Bilzin fee applications for billing information (.6); update the case file index with new documents and prepare for inclusion into central files (.6); identify new pleadings using the court's website and include in the central file docket binders (2.7); organize lease and real estate binders into central files (.4). |
| 11/13/01 | Benjamin J Alke | 3.90 | Update Concordance database re new pleadings (1.8); update Grace Case file re new Legal Research files and Scientific Articles cited in CMO reply brief (2.1). |
| 11/14/01 | Shirley A Pope | 5.50 | Review correspondence and update files (1.5); Westlaw project re opinions in Gysum and Celotex cases (.8); prepare documents for attorney review (1.0); update reference files (1.2); update legal research files (1.0). |
| 11/14/01 | Samuel A Schwartz | 0.60 | Review docket (.4); review of the motion status chart (.2). |
| 11/14/01 | Brigitte F Windley | 1.60 | Review various case documents and assign central file categories (1.2); review motion status chart (.4). |
| 11/14/01 | Sabrina M Mitchell | 2.40 | Update the proof of claims spreadsheet (.3); update the case file index with new documents and prepare for inclusion into central files (.3); identify new pleadings using the court's website and include in the central file docket binders (1.6); review the online docket and update the motion status chart (.2). |
| 11/14/01 | Benjamin J Alke | 6.50 | Attend to matters re forwarding documents related to CMO reply brief to M. Peterson (.4); edit Concordance database re new pleadings (2.2); prepare copies of CMO reply brief, Exhibit K, and Rourke Affidavit to be forwarded to counsel (2.1); update Grace Case file with new legal research files (1.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/14/01 | Marguerite M Melvin | 2.20 | Review DBR to locate articles of interest on the asbestos-related cases (.7); duplicate and distribute articles (1.0); locate and download dockets for related asbestos cases to locate recently filed pleadings of interest (.5). |
| 11/15/01 | David M Bernick, P.C. | 1.50 | Prepare for and attend team telephone conference. |
| 11/15/01 | Shirley A Pope | 3.00 | Review correspondence and file same (1.5); prepare projects re November 21 hearing (1.5). |
| 11/15/01 | Christopher B Sullivan | 0.50 | Prepare for and attend team meeting. |
| 11/15/01 | Kimberly K Love | 3.00 | Prepare and organize various precedent materials re estimation. |
| 11/15/01 | Brigitte F Windley | 3.10 | Prepare orders from central file for attorney review (.6); review and update motion status chart (.8); review various case documents and assign central file categories (1.7). |
| 11/15/01 | Benjamin J Alke | 8.00 | Prepare copies of Notice of Removal pleadings (1.4); prepare copies of pleadings re Prudential for attorney review (1.4); prepare data re claim payment. (5.2). |
| 11/15/01 | Marguerite M Melvin | 3.50 | Download recently filed asbestos bankruptcy case pleadings (2.0); prepare subfolders and file pleadings (.5); update indices, update the list of key professionals for each case (.5); update the schedule of events chart (.5). |
| 11/16/01 | Sabrina M Mitchell | 1.30 | Update the case file index with new documents and prepare for inclusion into central files (.3); identify new pleadings using the court's website and include in the central file docket binders (1.0). |
| 11/16/01 | Marguerite M Melvin | 4.50 | Download recently filed asbestos bankruptcy case pleadings (3.0); prepare subfolders and file pleadings (.5); update indices, update the list of key professionals for each case (.5); update the schedule of events chart (.5). |
| 11/17/01 | David M Bernick, P.C. | 3.00 | Prepare for and attend team meeting. |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/17/01 | Shirley A Pope | 2.00 | Prepare for and attend team meeting. |
| 11/17/01 | Benjamin J Alke | 8.80 | Prepare materials for November 21 hearing. |
| 11/19/01 | James W Kapp | 0.20 | Review docket (.1); attend to issues re same (.1). |
| 11/19/01 | Shirley A Pope | 1.50 | Review correspondence (.5); attend to matters re legal research to be included in main file (1.0). |
| 11/19/01 | Brigitte F Windley | 2.30 | Download motion to dismiss pleadings from court docket and distribute same for attorney review (.9); identify pleadings on docket for client (.8); review various case documents received and assign central file categories to same in preparation for central filing (.6). |
| 11/19/01 | Sabrina M Mitchell | 0.90 | Locate agreement/contracts in response to Dow Chemical document requests. |
| 11/19/01 | Sabrina M Mitchell | 2.20 | Search the online docket for the first claims settlement notice (.3); distribute the online docket to attorneys (.1); update the case file index with new documents and prepare for inclusion into central files (.2); identify new pleadings using the court's website and include in the central file docket binders (1.6). |
| 11/19/01 | Marguerite M Melvin | 0.30 | Review the Pittsburgh Corning docket and mark pleadings of interest to be ordered. |
| 11/20/01 | Emily J Knox | 1.00 | Prepare pleadings for attorney review. |
| 11/20/01 | Brigitte F Windley | 0.90 | Identify pleadings for client (.4); organize Electronic Case Filing registration with bankruptcy court (.5). |
| 11/20/01 | Sabrina M Mitchell | 0.40 | Collate agreements for Dow Chemical document request. |
| 11/21/01 | Andrew R Running | 1.00 | Attend to matters re hearing preparations (.5); attend to matters re cancellation of hearing and reassignment of the case to a new judge (.5). |

A-10

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/21/01 | Brigitte F Windley | 1.10 | Review various case documents to assign central file category in preparation for central filing. |
| 11/21/01 | Roger J Higgins | 1.30 | Attend to matters re Dow Chemical document request (.5); telephone conference with A. Kelley re same (.3); research period of time allowed for reconsideration of first day motions (.5). |
| 11/21/01 | Sabrina M Mitchell | 1.00 | Retrieve the settlement procedures motion and transmit to B. Hatfield (.2); retrieve and transmit requested documents to B. Eller (.8). |
| 11/21/01 | Marguerite M Melvin | 4.30 | Obtain dockets from related bankruptcy cases (1.5); review dockets to locate and download pleadings of interest (1.8); update pleadings indices (.5); prepare subfolders for each pleading and file (.5). |
| 11/24/01 | Janet Baer | 1.00 | Review correspondence and pleadings on various outstanding matters. |
| 11/26/01 | James W Kapp | 0.20 | Telephone conference with D. Siegel re transfer of bankruptcy cases. |
| 11/26/01 | James W Kapp | 0.10 | Review articles re bankruptcy cases. |
| 11/26/01 | Shirley A Pope | 8.00 | Organize hearing materials for filing (2.0); review correspondence and file (1.5); organize legal research documents (2.0); review pleadings (.5); organize hearing transcripts (.5); organize deposition transcripts for filing (1.5). |
| 11/26/01 | Roger J Higgins | 1.60 | Telephone conference with D. Siegel re identifying committee members in major asbestos cases (.2); attend to matters re same (1.2); telephone conference with D. Carickhoff re same (.2). |
| 11/26/01 | Sabrina M Mitchell | 2.40 | Search asbestos case online dockets for committee members and counsel. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/26/01 | Benjamin J Alke | 7.50 | Update Concordance database re new pleadings (2.4); update Grace case file re new transcripts (1.2); update Grace case file re new depositions (1.6); update Grace case file re new witness files (1.4); organize materials from 11/21 hearing and deliver to J. Baer (.9). |
| 11/26/01 | Marguerite M Melvin | 4.50 | Obtain dockets for relevant asbestos cases (1.0); review dockets to locate and download pleadings of interest (2.0); prepare subfolders for same and file (1.0); update indices (.5). |
| 11/27/01 | David M Bernick, P.C. | 2.00 | Attend team meeting and prepare for same (1.5); teleconference with D. Siegel re new judge (.5). |
| 11/27/01 | Michelle H Browdy | 0.50 | Prepare for and attend team meeting. |
| 11/27/01 | Mark E Grummer | 0.50 | Prepare for and participate in team telephone conference. |
| 11/27/01 | James W Kapp | 1.60 | Telephone conference with D. Carickhoff re transfer order (.2); review docket and attend to issues re same (.1); attend status meeting and attend to issues re same (1.3). |
| 11/27/01 | Scott A McMillin | 1.00 | Prepare for and attend litigation strategy meeting (.5); consider litigation strategy (.5). |
| 11/27/01 | Shirley A Pope | 7.50 | Review correspondence and file (1.0); update reference files (.8); prepare for and attend Grace team meeting (1.5); organize Grace document collection (1.2); update document indices (.5); prepare documents for attorney review (.5); update legal research re Grace main file (1.0); revise file indices (1.0). |
| 11/27/01 | Andrew R Running | 0.90 | Prepare for and participate in team meeting. |
| 11/27/01 | Kellye L Fabian | 0.70 | Prepare for and attend team meeting. |
| 11/27/01 | Deanna D Boll | 1.30 | Prepare for and attend team teleconference (.8); attend to matters re transfer of case (.5). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/27/01 | Emily J Knox | 3.80 | Prepare and organize various precedent transfers pleadings and trial transcripts for attorney review. |
| 11/27/01 | Janet Baer | 0.50 | Attend to matters re case transfer order and scheduling issues related thereto. |
| 11/27/01 | Roger J Higgins | 0.50 | Collect information on creditors' committees, etc., for major asbestos cases. |
| 11/27/01 | Sabrina M Mitchell | 3.80 | Collect information on creditors' committees, etc., for other major asbestos cases. (1.3); create Excel chart re committee members and DIP lenders for precedent cases (1.6); prepare SOFA's for duplication by reprographics (.2); respond to document request by B. Eller (.4); duplicate and send media file to D. Boll (.1); retrieve and distribute wage motion and orders (.2). |
| 11/27/01 | Benjamin J Alke | 2.00 | Create binder of printouts of law reviews cited in CMO reply brief (.8); update Concordance database re new pleadings (1.2). |
| 11/27/01 | Marguerite M Melvin | 1.90 | Continue to search dockets to pull pleadings regarding a motion to dismiss the case (1.5); locate articles of interest (.2); copy and distribute same for attorney review (.2). |
| 11/28/01 | David M Bernick, P.C. | 1.50 | Prepare outline for status report (1.0); telephone conference with D. Siegel re new order (.5). |
| 11/28/01 | James W Kapp | 0.10 | Review articles pertaining to bankruptcy case. |
| 11/28/01 | James W Kapp | 0.60 | Review designation of District Judge and attend to issues re same and telephone conference with D. Siegel re same. |
| 11/28/01 | James W Kapp | 0.40 | Review correspondence and pleadings and attend to issues re same. |
| 11/28/01 | Shirley A Pope | 0.50 | Review correspondence and file. |
| 11/28/01 | Andrew R Running | 0.20 | Telephone conversation with D. Rourke re case status. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/28/01 | Brigitte F Windley | 3.40 | Obtain and distribute of case transfer order for attorney review (1.2); review media reports and transmit same for attorney review (.8); transmit schedules for attorney review (.3); identify and prepare duplicates of pleadings for attorney review (1.1). |
| 11/28/01 | Sabrina M Mitchell | 0.10 | Prepare SOFA's for attorney review |
| 11/28/01 | Benjamin J Alke | 2.00 | File materials from Nov. 21 hearing (1.6); file Fresenius transaction documents (.4). |
| 11/28/01 | Marguerite M Melvin | 2.40 | Access Internet to obtain the Burns & Roe docket (.2); review same to look for Brief in support of Motion to Dismiss (.3); telephone call to Sills, Cummis to request copy of pleading not imaged (.2); forward pleading to D. Boll for review (.2); pull additional pleadings from the Burns & Roe and Raytech dockets for D. Boll (1.5). |
| 11/29/01 | David M Bernick, P.C. | 2.50 | Telephone conference with F. McGovern (.2); compile draft report to Judge Wolin re Grace (2.0); telephone conference with D. Siegel re Delaware developments (.3). |
| 11/29/01 | Shirley A Pope | 5.50 | Review correspondence and file (2.5); prepare documents requested by D. Rosenbloom (1.0); update media files (1.0); prepare documents for attorney review (1.0). |
| 11/29/01 | Kimberly K Love | 2.00 | Prepare and organize various materials, Fraudulent Transfers, Declaratory Judgment for attorney review. |
| 11/29/01 | Brigitte F Windley | 2.90 | Transmit case transfer order to various parties (.8); transmit case management brief to outside counsel (.7); review various case documents to assign central file categories to same in preparation for central filing (1.4). |
| 11/29/01 | Janet Baer | 0.40 | Review various correspondence re reassignment of case. |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/29/01 | Sabrina M Mitchell | 5.80 | Review the online docket and update the motion status chart (.6); retrieve and duplicate the debtors response to the case management motion (.2); identify new pleadings using the court's website and include in the central file docket binders (3.6); update the case file index with new documents and prepare for inclusion into central files (1.4). |
| 11/29/01 | Benjamin J Alke | 5.80 | Update Concordance with new pleadings (1.0); update Concordance database with transcript (.4); prepare copies of PD committee Sept. Reply brief and CMO Reply brief for attorney review (.8); organize client documents re Hi Temp Cement for attorney review (3.6). |
| 11/29/01 | Marguerite M Melvin | 3.30 | Review relevant dockets to locate Motion to Dismiss case, objections thereto and Order denying Motion and download pleadings for attorney review. |
| 11/30/01 | Shirley A Pope | 3.50 | Review correspondence and file same (.5); update reference files re fraudulent conveyance (1.0); review pleadings (.5); prepare documents for attorney review (1.5). |
| 11/30/01 | Kimberly K Love | 1.00 | Prepare precedent materials for attorney review. |
| 11/30/01 | Samuel A Schwartz | 1.20 | Review docket (.8); telephone conferences with local counsel re pending matters (.4). |
| 11/30/01 | Brigitte F Windley | 2.50 | Prepare case information for attorney review (.3); prepare CM/ECF application materials for attorney review (.5); review various case documents to assign central file categories in preparation for central filing (.7); prepare and transmit case pleadings to E. Post (1.0). |
| 11/30/01 | Janet Baer | 0.50 | Review various orders and letters on case assignments (.2); attend to matters re same (.3). |
| 11/30/01 | Sabrina M Mitchell | 2.30 | Update the case file index with new documents and prepare for inclusion into central files (.4); Identify new pleadings using the court's website and include in the central file docket binders (1.9). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/30/01 | Benjamin J Alke | 7.00 | Prepare copies of Informational Brief and CMO Reply brief for attorney review (.6); file Barbanti deposition transcript and 11/21 hearing materials (.8); update concordance with new pleadings transferring case to Judge Wolin (1.8); prepare copy of PI Opposition to CMO and distribute (.6); organize client materials on Hi Temp Cement for attorney review (3.2). |
| 11/30/01 | Marguerite M Melvin | 0.50 | Copy and distribute articles of interest on asbestos cases for attorney review. |

**Matter 21 - Claim Estimate, Objection and Resolution - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Sarah R Marmor | 8.50 | Work on CMO reply brief (7.5); attend to matters re same (1.0). |
| 11/01/01 | Deanna D Boll | 4.00 | Meet with KPMG and clients re claims management (2.3); analyze claims management proposals (.8); telephone conference with T. Behnke re same (.4); review Rust claims processing precedent re duties and responsibilities (.5). |
| 11/02/01 | David M Bernick, P.C. | 2.00 | Revise CMO reply brief. |
| 11/02/01 | James W Kapp | 0.40 | Address issues re potential administrative claims. |
| 11/02/01 | James W Kapp | 0.60 | Address issues re partial settlement of claims and prepare pleadings re same. |
| 11/02/01 | James W Kapp | 0.80 | Telephone conference with D. Siegel re response to case management order. |
| 11/02/01 | Sarah R Marmor | 7.00 | Revise CMO reply brief. |
| 11/02/01 | Deanna D Boll | 1.00 | Attend to claims management issues (.1); telephone conference with S. Darr at KPMG re claims management issues (.1); review CMO reply brief and exhibits (.8). |
| 11/03/01 | David M Bernick, P.C. | 1.00 | Revise CMO reply brief. |
| 11/03/01 | Sarah R Marmor | 1.50 | Review and edit new sections of CMO reply brief. |
| 11/04/01 | David M Bernick, P.C. | 5.00 | Revise CMO reply brief. |
| 11/04/01 | Sarah R Marmor | 1.50 | Review and edit new sections of CMO brief. |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/01 | David M Bernick, P.C. | 2.50 | Revise CMO reply brief. |
| 11/05/01 | James W Kapp | 0.50 | Conference with R . Raskin, K. Pasquale, D. Siegel and W. Sparks re case management order and issues re same. |
| 11/05/01 | Sarah R Marmor | 7.00 | Revise CMO reply brief (6.5); attend to matters re same (.5). |
| 11/05/01 | Andrew R Running | 1.70 | Review latest draft of CMO reply brief (.9); attend to matters re revisions to same (.8). |
| 11/05/01 | Kellye L Fabian | 1.50 | Proofread CMO reply brief (.6); revise and edit class action section of reply brief (.9). |
| 11/05/01 | Deanna D Boll | 0.50 | Correspond with BMC and F. Zaremby re claims management meeting. |
| 11/06/01 | David M Bernick, P.C. | 5.00 | Revise CMO reply brief. |
| 11/06/01 | Sarah R Marmor | 8.00 | Revise CMO reply brief (7.5); attend to matters re same (.5). |
| 11/06/01 | Christopher B Sullivan | 2.70 | Review/edit CMO reply brief (2.0); review/edit order (.7). |
| 11/06/01 | Samuel A Schwartz | 1.10 | Telephone conferences with the client re various claims resolutions and related matters (.8); attend to Canadian Settlement issues (.3). |
| 11/06/01 | Deanna D Boll | 0.30 | Telephone conference with F. Zaremby re BMC (.2); contact BMC re office meeting (.1). |
| 11/06/01 | Janet Baer | 0.30 | Review revised Protein Genetics offer letter. |
| 11/06/01 | Janet Baer | 1.00 | Attend to matters re claims experts (.4); confer with K. Kinsella re hearing on CMO and draft story boards (.6). |
| 11/07/01 | David M Bernick, P.C. | 3.50 | Revise CMO reply brief. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/07/01 | James W Kapp | 0.40 | Review claims settlement notice and attend to issues re same. |
| 11/07/01 | Sarah R Marmor | 7.00 | Review comments from client re CMO reply (1.0); follow up on responses and edits regarding same (1.5); revise CMO reply brief (4.5). |
| 11/07/01 | Andrew R Running | 2.60 | Attend to matters re revisions to CMO reply brief (.5); revise CMO reply brief (1.7); telephone conferences with J. Hughes re his comments on the brief (.4). |
| 11/07/01 | Christopher B Sullivan | 1.20 | Review and edit proposed case management order. |
| 11/07/01 | Samuel A Schwartz | 3.80 | Review and analyze the Canadian Settlements (1.8); draft the claims notice and claims summaries re same (1.7); attend to matters re same (.3). |
| 11/07/01 | Brigitte F Windley | 0.20 | Telephone conference with claims agent re distribution logistics. |
| 11/07/01 | Janet Baer | 3.00 | Attend to matters re same (.5); prepare status chart re same and transmittal on draft CMO order (.5); review final draft of CMO reply brief (2.0). |
| 11/08/01 | James W Kapp | 0.40 | Review Zapata and Privest settlement notices and attend to issues re same. |
| 11/08/01 | Andrew R Running | 4.50 | Attend to matters re CMO reply brief (.4); revise same (4.1). |
| 11/08/01 | Christopher B Sullivan | 1.90 | Draft/edit proposed case management order (1.7); attend to matters re same (.2). |
| 11/08/01 | Kimberly K Love | 2.00 | Prepare and organize various materials re Proof of Claim forms. |
| 11/08/01 | Kellye L Fabian | 2.50 | Proofread CMO reply brief. |
| 11/08/01 | Samuel A Schwartz | 0.40 | Revise the Canadian claims settlement notices (.2); telephone conferences with the client re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/01 | Deanna D Boll | 3.50 | Consider issues re T. Hilsee deposition (.5); review Hilsee affidavit and Kinsella revised plan (1.7); review Hilsee affidavit in B&W and Hilsee plan in B&W as comparison tool and notices in both cases (1.3). |
| 11/08/01 | Janet Baer | 4.00 | Confer with S. Baena and other parties re CMO discovery (.1); review and revise case management order and reply brief and confer with various parties re same (3.9). |
| 11/09/01 | David M Bernick, P.C. | 4.50 | Revise CMO reply brief. |
| 11/09/01 | Sarah R Marmor | 7.00 | Finalize and arrange filing of CMO reply brief. |
| 11/09/01 | Andrew R Running | 4.60 | Revise CMO reply brief (3.2); draft D. Rourke affidavit (.8); telephone conferences with D. Rourke re revisions to his affidavit (.6). |
| 11/09/01 | Deanna D Boll | 5.70 | Review background materials for T. Hilsee deposition and begin drafting outline for same (5.5); correspond with BMC re Boca Raton meeting (.2). |
| 11/09/01 | Janet Baer | 2.50 | Assemble documents for Hilsee deposition preparation re Barbanti (.5); coordinate discovery for case management hearing (1.0); confer with K. Kinsella re exhibits for hearing and related discovery issues (.5); coordinate transmittal of CMO reply brief and exhibits to PD Committee (.5). |
| 11/09/01 | Janet Baer | 0.30 | Review new claims settlement notice. |
| 11/11/01 | Janet Baer | 6.00 | Prepare Hilsee deposition notice and document request (.5); review Hilsee documents/pleadings to prepare outline for deposition (2.6); prepare outline for Hilsee deposition (2.4); review Hilsee outline and St. Johns pleadings (.5). |
| 11/12/01 | Samuel A Schwartz | 0.60 | Review and analyze the Canadian settlement summaries (.3); revise exhibit to the settlement notice (.2); attend to matters re same (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/12/01 | Deanna D Boll | 7.00 | Meet with BMC re claims management (2.5); analyze Barbanti hearing documents and Hilsee B&W related submissions re T. Hilsee deposition (4.5). |
| 11/12/01 | Janet Baer | 6.80 | Prepare letter re discovery (.5); review documents and prepare outline for Hilsee deposition and Kinsella testimony and deposition (5.3); confer with K. Kinsella re Hilsee depositions (1.0). |
| 11/13/01 | Shirley A Pope | 1.00 | Prepare claims documents re Babcock & Wilson, W.R. Grace and fax to F. McGovern. |
| 11/13/01 | Shirley A Pope | 4.30 | Review correspondence and update correspondence file (1.5); review pleadings (.5); forward Abner and Woodward complaints to W. Gallagher (.3); review legal research documents forwarded by Grace attorneys (1.0); update general reference re Grace main file (1.0). |
| 11/13/01 | Samuel A Schwartz | 0.20 | Telephone conferences with Lawson Lundell attorney re Canadian settlements. |
| 11/13/01 | Deanna D Boll | 5.80 | Prepare materials for T. Hilsee deposition. |
| 11/13/01 | Janet Baer | 8.00 | Consider issues and prepare for Hilsee deposition and Kinsella direct and cross (2.0); review Kinsella documents for production and confer with K. Kinsella re same (3.5); revise Hilsee deposition outline and materials (1.5); revise Kinsella direct examination outline and materials (1.0). |
| 11/14/01 | Samuel A Schwartz | 2.00 | Review and revise the Canadian settlement summaries (.5); telephone conferences with R. Haley and the client re same (.4); draft the notice of formation of the proof of claims PO Box (.6); draft correspondence with local counsel re same (.4); attend to matters re same (.1). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/14/01 | Janet Baer | 10.30 | Attend to matters re coordination of depositions (.7); prepare correspondence re same (.5); revise and confirm arrangements for court reporter and conference room (.5); prepare letter re Hilton and Rabinovitz depositions (.3); review protective order and consider issues re same (.8); confer with K. Kinsella re story boards and testimony (.5); prepare objection to protective order consider issues re same (2.0); review Hilsee documents (1.0); prepare materials for Hilsee and Kinsella depositions (1.0); supplement Hilsee deposition outline (1.0); revise and supplement Kinsella deposition outline (1.0); prepare and revise charts for trial (1.0). |
| 11/14/01 | Janet Baer | 1.00 | Conference with S. Ahern re Protein Genetics, review document and participate in conference call re same. |
| 11/14/01 | Sabrina M Mitchell | 0.30 | Update the proof of claims spreadsheet. |
| 11/15/01 | Samuel A Schwartz | 1.40 | Revise Second Claims Notice (.4); draft the First Settlement Notice Certificate of No Objection (.5); telephone conferences with B. Hatfield (.3); and local counsel (.2) re same. |
| 11/15/01 | Brigitte F Windley | 0.90 | Review and categorize new proofs of claims. |
| 11/15/01 | Janet Baer | 9.00 | Review materials for T. Hilsee and K. Kinsella deposition and confer with K. Kinsella, M. Owens and J. Hughes re same. |
| 11/16/01 | Andrew R Running | 0.30 | Telephone conference with D. Rourke re asbestos trust claims forms. |
| 11/16/01 | Deanna D Boll | 7.00 | Assist with T. Hilsee and K. Kinsella depositions in Philadelphia. |
| 11/16/01 | Janet Baer | 11.00 | Review outline, notes and documents re Hilsee deposition (2.0); confer with J. Hughes and K. Kinsella re same and Kinsella deposition (2.0); conduct Hilsee deposition and defend Kinsella and confer with client re same (7.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/18/01 | Janet Baer | 8.30 | Revise Kinsella testimony outline and exhibits (3.0); review materials and deposition transcripts (1.7); attend to matters re same (.6); prepare various materials and respond to inquiries re Hilsee cross examination (2.0); prepare proof of claim questions (1.0). |
| 11/19/01 | Janet Baer | 3.00 | Prepare outline for ZAI Proof of Claim. |
| 11/20/01 | James W Kapp | 2.10 | Review materials pertaining to case management order and objections re same (2.0); attend to issues re same (.1). |
| 11/20/01 | Janet Baer | 2.50 | Review Kinsella deposition transcript. |
| 11/21/01 | Samuel A Schwartz | 1.20 | Telephone conferences with A. Krieger re the Canadian settlements notice (.2); draft correspondence to A. Krieger and B. Hatfield re same (.6); telephone conferences with R. Davies re the MCNIC adversary proceeding (.2); draft correspondence re same (.2). |
| 11/26/01 | Samuel A Schwartz | 0.20 | Telephone conferences with the client re the Canadian settlement notice. |
| 11/27/01 | Janet Baer | 0.50 | Revise Protein Genetics settlement notice. |
| 11/28/01 | Janet Baer | 0.50 | Finalize Protein Genetics notice. |
| 11/29/01 | Samuel A Schwartz | 0.70 | Telephone conferences with the client re Inventory Asbestos Settlements (.4); attend to matters re same (.3). |

## Matter 22 - Contested Matters/Adversary Proceedings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Scott A McMillin | 1.30 | Review notes re T. Hayes interview (.8); analyze document review issues (.2); telephone conference with S. Vasser re fraudulent transfer issues (.2); consider issues re same (.1). |
| 11/01/01 | Janet Baer | 0.30 | Telephone conference with D. Biederman and W. Sparks re Ohio book litigation. |
| 11/02/01 | Scott A McMillin | 5.30 | Review Grace documents re Fresenius and Sealed Air transactions and draft summary re same (4.5); attend to matters re witness interviews (.5); prepare fraudulent transfer outlines for WLRK document review (.3). |
| 11/02/01 | Janet Baer | 0.50 | Prepare memo on CNA/Monokote products liability matter. |
| 11/04/01 | Michelle H Browdy | 1.20 | Review client documents. |
| 11/05/01 | Michelle H Browdy | 1.50 | Attend to fraudulent conveyance document review issues (.5); prepare for 11/6 and 11/ 7 witness interviews (1.0). |
| 11/05/01 | James W Kapp | 3.00 | Review complaint and related pleadings of American Real Estate Holdings and attend to same. |
| 11/05/01 | James W Kapp | 0.30 | Review CMGI's objection to American Real Estate pleadings and attend to issues re same. |
| 11/05/01 | Scott A McMillin | 2.30 | Attend to matters re Exxon motion for summary judgment (.3); prepare for fraudulent transfer document review at WLRK (1.4); prepare for interviews with L. Ellberger and S. Krouskos (.6). |
| 11/05/01 | Christopher B Sullivan | 2.50 | Prepare agenda for fact story development meeting with Reed Smith and W. Sparks. |
| 11/05/01 | Kellye L Fabian | 1.00 | Attend to matters re review of documents. |
| 11/05/01 | Janet Baer | 0.40 | Attend to matters re status of various contested matters. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/01 | Roger J Higgins | 0.50 | Prepare for fraudulent conveyance document review. |
| 11/06/01 | Michelle H Browdy | 7.60 | Prepare for witness interviews on fraudulent conveyance allegations (4.2); witness interview and follow up (3.4). |
| 11/06/01 | Scott A McMillin | 7.40 | Prepare for and meet with L. Ellberger (5.7); attend to matters re same (.7); review SEC correspondence re Sealed Air deal (1.0). |
| 11/06/01 | Christopher B Sullivan | 2.50 | Draft outline for ZAI fact witness interviews. |
| 11/07/01 | Michelle H Browdy | 1.20 | Witness interview (1.0); attend to matters re same (.2). |
| 11/07/01 | James W Kapp | 0.20 | Telephone conference with D. Carickhoff re local procedures pertaining to disclosure of experts. |
| 11/07/01 | Scott A McMillin | 2.60 | Prepare for and meet with S. Krouskos re Fresenius transaction (1.4); attend to matters re fraudulent transfer claims (1.0); conferences with F. Zaremby re document production (.2). |
| 11/07/01 | Christopher B Sullivan | 1.50 | Draft outline for ZAI fact witness interviews. |
| 11/07/01 | Samuel A Schwartz | 0.40 | Attention to the resolution of the MCNIC adversary proceeding. |
| 11/08/01 | David M Bernick, P.C. | 4.50 | Conference with D. Siegel re Manville Trust developments. |
| 11/08/01 | James W Kapp | 0.30 | Attend to issues re adversary proceeding filed by T. Kane. |
| 11/08/01 | Christopher B Sullivan | 2.50 | Review case file and interview notes in preparation for ZAI fact witness interviews. |
| 11/08/01 | Janet Baer | 0.30 | Conference with M. Cohan re CNA/MK Fire proofing matters. |
| 11/09/01 | Michelle H Browdy | 1.80 | Work on updating factual development for fraudulent conveyance allegation outlines. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/09/01 | James W Kapp | 0.30 | Telephone conference with D. Siegel re depository motion and Manville precedent. |
| 11/09/01 | Scott A McMillin | 0.30 | Prepare for WLRK document review. |
| 11/09/01 | Andrew R Running | 0.90 | Telephone interview of potential expert witness. |
| 11/09/01 | Christopher B Sullivan | 4.00 | Prepare outlines and documents for ZAI fact witness interviews (2.0); review draft notes of previous interviews (2.0). |
| 11/11/01 | Christopher B Sullivan | 3.50 | Prepare outline and review documents in preparation for ZAI fact witness interviews. |
| 11/12/01 | David M Bernick, P.C. | 1.30 | Coordination of discovery re PD experts (.8); conference with J. Warren re Celotex history (.5). |
| 11/12/01 | Michelle H Browdy | 2.40 | Update fact outline for fraudulent conveyance claims. |
| 11/12/01 | James W Kapp | 0.40 | Telephone conference with L. Davis Jones re designation of experts and attend to issues re same. |
| 11/12/01 | Scott A McMillin | 2.30 | Prepare for WLRK document review (1.2); revise opposition to Kane motion for summary judgment (.8); review witness interview memoranda (.3). |
| 11/12/01 | Christopher B Sullivan | 11.30 | Prepare outline for C. Woods interview (2.8); meet with client and Reed Smith re attic insulation investigation (1.0); interview C. Woods (6.5); follow up with client and Reed Smith re same (1.0). |
| 11/12/01 | Janet Baer | 1.20 | Attend to matters re expert discovery and related issues (.2); revise Notice of depositions (.5); review pleadings for witness for hearing (.5). |
| 11/12/01 | Roger J Higgins | 2.00 | Review and comment on Fresenius and Sealed Air fraudulent conveyance action outline. |
| 11/13/01 | Michelle H Browdy | 3.30 | Continue updating fact re fraudulent conveyance claims outlines and incorporating notes from interviews. |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/13/01 | Scott A McMillin | 10.30 | Review WLRK documents re Fresenius and Sealed Air transactions (8.0); prepare for WLRK document review and conferences re same (2.3). |
| 11/13/01 | Reed S Oslan | 2.00 | Study cases and consider litigation strategy. |
| 11/13/01 | Christopher B Sullivan | 11.00 | Prepare outline for interview of B. Blessington (2.0); interview B. Blessington (5.0); meet with Casner & Edwards re ZAI fact investigation and document review (1.5); prepare for interview of D. Deucker (1.0); interview of D. Deucker (1.5). |
| 11/13/01 | Roger J Higgins | 9.50 | Review and comment on fraudulent conveyance outline (1.5); document review of Wachtell case files re asbestos liability and fraudulent conveyance issues (8.0). |
| 11/14/01 | Michelle H Browdy | 2.10 | Review and analyze additional documents re asbestos reserve analysis in anticipation of fraudulent conveyance allegations. |
| 11/14/01 | James W Kapp | 0.40 | Review motion for protective order of Property Damage Committee and attend to issues re same. |
| 11/14/01 | Scott A McMillin | 10.00 | Review WLRK documents re Fresenius and Sealed Air transactions (9.5); attend to matters re same (.5). |
| 11/14/01 | Andrew R Running | 3.60 | Review correspondence with Property Damage Committee Counsel re discovery disputes (.3); telephone conference with J. Hughes re next day's expert interview (.3); consider issues re drafting of response to Property Damage Committee's motion for protective order (.8); revise draft protective order response (2.2). |
| 11/14/01 | Christopher B Sullivan | 8.00 | Meet with W. Sparks and Reed Smith re strategy/schedule going forward with vermiculite fact investigation (1.0); prepare for interview with M. Favorito (2.0); interview M. Favorito (2.0); interview L. Shapiro (1.0); interview B. Froelick (2.0). |
| 11/14/01 | Roger J Higgins | 10.50 | Document review of Wachtell case files re asbestos liability and fraudulent conveyance issues (10.0); attend to matters re same (.5). |

A-27

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/15/01 | Michelle H Browdy | 2.30 | Draft memorandum re asbestos reserve analysis in anticipation of fraudulent conveyance claims. |
| 11/15/01 | Michelle H Browdy | 0.20 | Consider issues re documents reviewed and potential privilege claims re fraudulent conveyance. |
| 11/15/01 | Scott A McMillin | 1.50 | Review WLRK document and draft memorandum (1.0); review witness interview notes re fraudulent transfer claims (.5). |
| 11/15/01 | Kellye L Fabian | 0.30 | Prepare for client conference call re development of trial outline. |
| 11/16/01 | Shirley A Pope | 1.50 | Review correspondence and file same. |
| 11/16/01 | Kellye L Fabian | 1.10 | Telephone conference with R. Smith and W. Sparks re development of trial outline. |
| 11/17/01 | Christopher B Sullivan | 1.00 | Legal research re asbestos product defenses. |
| 11/19/01 | James W Kapp | 0.10 | Attend to issues re motion to reject bankruptcy case filed by Zonolite plaintiff. |
| 11/19/01 | Scott A McMillin | 0.80 | Draft memorandum re WLRK document review (.5); review memorandum re PW documents (.3). |
| 11/19/01 | Kellye L Fabian | 1.50 | Review ZAI claimants motion to dismiss bankruptcy proceeding. |
| 11/19/01 | Janet Baer | 0.30 | Conference with W. Sparks re J. Wolters and KDC issues |
| 11/20/01 | James W Kapp | 3.60 | Review motion of Zonolite plaintiffs to dismiss Chapter 11 bankruptcy case and accompanying pleadings and attend to issues re same (3.0); review Zonolite plaintiffs adversary complaint (.6). |
| 11/20/01 | Andrew R Running | 5.00 | Review the ZAI Claimants motion to dismiss and class action complaint (1.7); analyze cases and SEC filings cited by the Property Damage Committee (3.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/20/01 | Christopher B Sullivan | 2.70 | Research in support of CMO hearing (1.0); draft letters to co-counsel re case outline (.2); review core ZAI witness files (1.5). |
| 11/20/01 | Christopher B Sullivan | 3.00 | Letters to co-counsel re case outline (.5); review core ZAI witness files (2.5). |
| 11/20/01 | Janet Baer | 1.20 | Review ZAI complaint and motion to dismiss bankruptcy case (.8); conference with W. Sparks and W. Corcoran re KDC stock and J. Wolter matter (.4). |
| 11/21/01 | Theodore L Freedman | 2.00 | Prepare response to motion to dismiss. |
| 11/21/01 | James W Kapp | 1.80 | Review case law re Zonolite plaintiffs' motion to dismiss bankruptcy case and attend to issues re same. |
| 11/21/01 | Andrew R Running | 4.00 | Review Rabinowitz and Hilton affidavits and exhibits filed by the Property Damage Committee (1.5); legal research re precedents cited in those affidavits (2.5). |
| 11/22/01 | Theodore L Freedman | 1.00 | Prepare response to motion to dismiss. |
| 11/26/01 | Theodore L Freedman | 4.50 | Prepare response to motion to dismiss. |
| 11/26/01 | James W Kapp | 0.30 | Attend to issue re adversary proceeding filed by MINIC Pipeline. |
| 11/26/01 | Scott A McMillin | 0.40 | Consider issues re defense of fraudulent transfer claims. |
| 11/26/01 | Deanna D Boll | 3.50 | Consider issues re motion to dismiss chapter 11 (.3); examine law re good faith requirement for filing (3.2). |
| 11/26/01 | Janet Baer | 0.80 | Conference with W. Sparks re various outstanding contested matters (.3); respond to various party inquiries on contested matters (.5). |
| 11/27/01 | David M Bernick, P.C. | 0.50 | Teleconference with T. Freedman re motion to dismiss. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/27/01 | Theodore L Freedman | 4.00 | Prepare response to motion to dismiss. |
| 11/27/01 | James W Kapp | 2.00 | Review adversary complaint of MCNIC Pipeline and attend to issues re same (.2); develop strategy for response to adversary complaint (.3); review class complaint concerning Zonolite Attec Insulation and attend to issues re same (1.5). |
| 11/27/01 | Scott A McMillin | 0.30 | Update fraudulent transfer outlines. |
| 11/27/01 | Kellye L Fabian | 3.30 | Review ZAI class adversary complaint (1.1); research fraudulent transfer as adversary proceeding (1.2); research issues re proper adversary proceedings (1.0). |
| 11/27/01 | Deanna D Boll | 4.80 | Review motion to dismiss, SGL Carbon material re same, and Grace Informational Brief (4.6); telephone conference with co-counsel re hearing date (.2). |
| 11/28/01 | Michelle H Browdy | 2.20 | Prepare for meeting on asbestos analysis re fraudulent conveyance claims. |
| 11/28/01 | Theodore L Freedman | 3.00 | Prepare response to motion to dismiss. |
| 11/28/01 | James W Kapp | 2.90 | Review complaint of Zonolite Attic Insulation (1.6); relief and develop strategy re same and review caselaw re same (1.3). |
| 11/28/01 | Scott A McMillin | 0.10 | Prepare for meeting with D. Rourke. |
| 11/28/01 | Kellye L Fabian | 2.50 | Research proper adversary proceedings in order to respond to ZAI adversary proceeding. |
| 11/28/01 | Deanna D Boll | 5.00 | Analyze case law, asbestos case precedent, and consider issues re motion to dismiss chapter 11 case. |
| 11/28/01 | Janet Baer | 0.50 | Considert case transfer issues. |
| 11/29/01 | Theodore L Freedman | 2.00 | Prepare response to motion to dismiss. |

A-30

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/29/01 | Scott A McMillin | 1.50 | Legal research re corporate officer liability re fraudulent transfer (1.0); conferences with S. Vasser and B. Wolff re fraudulent transfer claims (.5). |
| 11/29/01 | Andrew R Running | 0.40 | Conference with B. Alke re project to summarize production documents. |
| 11/29/01 | Christopher B Sullivan | 1.70 | Telephone conferences with R. Smith re witness files for ZAI interviews (.2); draft outlines for witness interviews (1.5). |
| 11/29/01 | Kellye L Fabian | 2.00 | Research proper adversary proceeding issues. |
| 11/29/01 | Deanna D Boll | 3.80 | Examine law and outline arguments for opposition to motion to dismiss chapter 11. |
| 11/30/01 | Theodore L Freedman | 5.00 | Prepare response to motion to dismiss. |
| 11/30/01 | Scott A McMillin | 3.00 | Legal research re corporate officer liability re fraudulent transfer (2.5); attend to matters re same (.3); prepare for witness interviews in Florida (.2). |
| 11/30/01 | Christopher B Sullivan | 1.60 | Attend to matters re creation of witness files (.2); review of ZAI interview notes (1.4). |
| 11/30/01 | Roger J Higgins | 1.80 | Legal research on adversary proceedings for reply to Zonolite Class Action Motion. |