### Matter 24 - Creditors Committee - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/06/01 | James W Kapp | 0.20 | Office conference with J. Sakalo re Trustee objections to fee applications. |
| 11/14/01 | James W Kapp | 0.20 | Telephone conference with M. Zaleski re Environmental Protection Agency motion. |
| 11/16/01 | James W Kapp | 0.20 | Review correspondence from A. Krieger re document requests and attend to issues re same. |
| 11/20/01 | James W Kapp | 0.20 | Telephone conference with R. Raskin re confidentiality issues. |
| 11/21/01 | Samuel A Schwartz | 0.60 | Review of the Chase confidentiality agreement (.4); telephone conferences with the client re same (.2). |
| 11/26/01 | James W Kapp | 0.20 | Attend to issues re committee member memorandum (.1); telephone conference with G. Becker re transfer of bankruptcy cases (.1). |
| 11/28/01 | James W Kapp | 0.20 | Review correspondence from J. Sakalo and attend to issues re same and review stipulation with Trustee re same and telephone conference with J. Sakalo re same. |

## Matter 25 - Creditors/Shareholders Inquiries - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Brigitte F Windley | 0.20 | Respond to creditor inquiry re equity security holders committee. |
| 11/02/01 | Samuel A Schwartz | 1.50 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 11/05/01 | Brigitte F Windley | 0.80 | Respond to creditor inquiries re proof of claim filing and prepare transmittal of documents re same. |
| 11/06/01 | Samuel A Schwartz | 1.80 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 11/06/01 | Brigitte F Windley | 0.40 | Respond to creditor inquiries re proof of claim filing. |
| 11/07/01 | Roger J Higgins | 0.60 | Telephone conference with D. Dyer re GE Capital modular space (.3); draft correspondence to C. Sebestyen re same (.3). |
| 11/09/01 | James W Kapp | 0.20 | Telephone conference with D. Ehert re hearing dates and outstanding issues. |
| 11/13/01 | Samuel A Schwartz | 0.60 | Telephone conferences with various creditors re the status of the cases. |
| 11/13/01 | Brigitte F Windley | 0.30 | Respond to telephone inquiry re depositions and Debtors' omnibus reply. |
| 11/21/01 | Samuel A Schwartz | 0.50 | Telephone conferences with various creditors re the status of the cases. |
| 11/26/01 | James W Kapp | 0.60 | Telephone conference with various creditors re status of bankruptcy cases. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/26/01 | Roger J Higgins | 0.20 | Telephone conference with C. Caribest re case status. |
| 11/27/01 | James W Kapp | 0.20 | Respond to document request by A. Kelley. |
| 11/28/01 | James W Kapp | 0.10 | Telephone conference with D. Eckert re designation of judge. |

## Matter 27 - Employee Matters - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/01 | James W Kapp | 0.30 | Review Debtors' response to former employees indemnification motion. |
| 11/14/01 | James W Kapp | 0.20 | Telephone conference with B. McGowan re particular employee benefits and contracts and attend to issues re same. |
| 11/20/01 | James W Kapp | 0.30 | Review orders re employee benefits and attend to issues re same. |
| 11/20/01 | Roger J Higgins | 0.80 | Attend to matters re interpretation of various employee-related court orders. |
| 11/21/01 | James W Kapp | 0.60 | Conference with B. McGowan re various employee programs. |
| 11/26/01 | Roger J Higgins | 0.50 | Research re time periods to reconsider court orders (.3); telephone conference with D. Carickhoff re same (.2). |
| 11/27/01 | James W Kapp | 0.30 | Attend to issues re particular employee programs and telephone conference with B. McGowan re same. |
| 11/27/01 | Roger J Higgins | 2.00 | Consider issues re employment programs and various court orders. |
| 11/28/01 | James W Kapp | 0.50 | Address issues re employee programs. |

A-34

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/28/01 | Roger J Higgins | 4.10 | Telephone conference with B. McGowan re employment programs (.8); research employment programs issues (3.3). |

## Matter 28 - Environmental Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Mark E Grummer | 6.60 | Evaluate Hatco site situation including review of past orders, settlement agreement and correspondence (2.6); legal research re environmental liabilities at non-owned sites and prepare memorandum re Hatco site factual (4.0). |
| 11/01/01 | Reed S Oslan | 1.50 | Work on Hatco issues/strategy. |
| 11/01/01 | Janet Baer | 2.30 | Review article/brief re Privest matter (.8); assemble materials re Access case settlement and prepare transmittal re same (1.5). |
| 11/01/01 | Janet Baer | 1.50 | Review memo on Hatco matter (.5); conferences re Hatco and related environmental matters (1.0). |
| 11/01/01 | Janet Baer | 0.30 | Conference with local counsel re Access case questions for creditors' committee. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/02/01 | Mark E Grummer | 3.80 | Prepare for and participate in conference call re Hatco site response to agency demands with L. Duff, W. Corcoran, J. McGahren, M. Obradovic and others (1.9); consider issues re same and next steps (.2); consider case law issues (1.7). |
| 11/02/01 | J Chad Mitchell | 2.50 | Research and analysis re Hatco and environmental and bankruptcy issues. |
| 11/02/01 | David A Codevilla | 0.80 | Research Torwico issues. |
| 11/02/01 | Janet Baer | 0.70 | Conference with W. Sparks and T. Woods re Privest settlement and review correspondence re same (.5); conference with W. Corcoran re status of Libby settlement (.2). |
| 11/02/01 | Janet Baer | 2.00 | Prepare memo on CNA/Monokote Products Liability matter (.6); participate in telephone conference with clients re Hatco strategy (.6); participate in telephone conference re strategy on other environmental matters (.5); consider issues re same (.3). |
| 11/05/01 | Mark E Grummer | 1.30 | Consider issues re bankruptcy claim status of Hatco site obligations (.7); telephone conference with J. McCarthy re EPA settlement at Summitville site (.2); evaluate Hatco site legal issues (.4). |
| 11/05/01 | Reed S Oslan | 2.50 | Study research memos re Hatco and other environmental claims. |
| 11/05/01 | David A Codevilla | 3.50 | Research federal cases concerning dischargeability of debtor environmental obligations in bankruptcy. |
| 11/05/01 | Janet Baer | 1.60 | Review memo and letter re Protein Genetics (.5); review claims settlement notice documents and revise to reflect Protein Genetics matter (1.0); confer with S. Ahern re status and comments to offer letter (.1). |
| 11/06/01 | Mark E Grummer | 2.40 | Legal research re Hatco site claim status and review of Latham & Watkins memorandum and letter (2.2); attend to matters re Hatco issues (.2). |

A-36

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/06/01 | Reed S Oslan | 3.00 | Evaluate Hatco situation (1.5); evaluate legal arguments re obligations pertaining thereto (1.5). |
| 11/06/01 | David A Codevilla | 4.00 | Review Latham & Watkins memo re Hatco site (1.0); summarize key points of federal cases concerning dischargeability of debtor environmental obligations (3.0). |
| 11/06/01 | Janet Baer | 0.50 | Review memo re Hatco environmental issues. |
| 11/06/01 | Janet Baer | 1.50 | Review and respond to various correspondence re Hatco (.5); review PGI settlement notice (.5); attend to matters re Privest motions (.5). |
| 11/07/01 | Mark E Grummer | 4.90 | Review Latham & Watkins legal memorandum re Hatco site and evaluation of legal arguments supporting Grace's position on claim status (1.5); legal research re same (3.4). |
| 11/07/01 | J Chad Mitchell | 2.50 | Review case law and statute re claims and governmental injunctions re environmental issues. |
| 11/07/01 | Reed S Oslan | 2.00 | Continue work on Hatco strategy (1.5); attend to matters re same (.5). |
| 11/07/01 | David A Codevilla | 4.30 | Research and summarize federal cases re dischargeability of debtor environmental obligations in bankruptcy. |
| 11/07/01 | Janet Baer | 2.20 | Attend to matters re Libby Access case issues for Creditors Committee (.5); conference with Creditors' Committee counsel and J. McCarthy re Libby Access case matters (1.7). |
| 11/08/01 | Mark E Grummer | 8.40 | Legal research re Hatco site obligation claim status (8.1); attend to matter re same (.3). |
| 11/08/01 | J Chad Mitchell | 0.30 | Review case law re discharge of environmental liabilities. |
| 11/08/01 | Reed S Oslan | 3.00 | Work on Hatco issues. |
| 11/08/01 | David A Codevilla | 5.30 | Continue case law research and summaries re dischargeability of debtor environmental obligations in bankruptcy. |

A-37

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/01 | Janet Baer | 2.50 | Review Latham Hatco Environmental memo (1.0); attend to matters re same (.5); attend to matters various parties re Libby access case and related matters (1.0). |
| 11/09/01 | Mark E Grummer | 5.80 | Prepare memorandum summarizing legal issues re Hatco site claim status (2.4); attend to matters re legal issues at Hatco site and approach for upcoming meetings with Hatco and New Jersey DEP (.8); review materials re factual background of Grace involvement at Hatco site and New Jersey DEP's actions with respect to Grace (1.8); review EPA bankruptcy settlements and treatment therein of debtor non-owned site (.5); telephone conferences with J. McGahren re Hatco site factual background (.3). |
| 11/09/01 | James W Kapp | 0.10 | Review correspondence re settlement in Prevest Properties Litigation. |
| 11/09/01 | Reed S Oslan | 1.00 | Review case law re environmental claims in bankruptcy. |
| 11/09/01 | David A Codevilla | 2.80 | Review environmental injunction cases and summaries (1.0); draft chart of all federal cases re dischargeability of debtor environmental obligations in bankruptcy (1.8). |
| 11/09/01 | Janet Baer | 1.80 | Review various memos and consider Hatco issues. |
| 11/09/01 | Janet Baer | 0.30 | Attend to matters re Prevest and Protein Genetics settlements. |
| 11/09/01 | Janet Baer | 0.40 | Telephone conference with various parties re Libby Access case status and objection deadline. |
| 11/11/01 | Mark E Grummer | 0.70 | Outline Hatco legal memorandum. |
| 11/11/01 | Janet Baer | 0.30 | Review memo re Prevest fee settlement. |
| 11/12/01 | Mark E Grummer | 4.20 | Draft memorandum re bankruptcy status of New Jersey claims against Grace at Hatco site (3.7); attend to matters re results of research re Surface Mining Act claims in bankruptcy (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/12/01 | J Chad Mitchell | 2.00 | Legal research re discharge of environmental liabilities. |
| 11/12/01 | Reed S Oslan | 2.00 | Review and analyze law and facts relating to Hatco situation. |
| 11/12/01 | David A Codevilla | 5.50 | Attend to matters re table of environmental injunction cases (.2); undertake further analyses of mining cases (3.2); continue research on dischargeability of debtor environmental obligations in bankruptcy (2.1). |
| 11/13/01 | Mark E Grummer | 3.60 | Legal research and draft memorandum re bankruptcy status of New Jersey claim against Grace at Hatco site (3.5); attend to matters re same (.1). |
| 11/13/01 | David A Codevilla | 3.30 | Research on Surface Mining Control and Reclamation Act and similar Pennsylvania and W. Virginia laws (1.7); draft memorandum re nature of these laws and governmental remedies thereunder (1.6). |
| 11/13/01 | Janet Baer | 1.00 | Conferences with S. Ahern and Protein Genetics representatives re settlement and related matters and review documents re same. |
| 11/14/01 | Mark E Grummer | 9.90 | Continue legal research and drafting of memorandum re bankruptcy status of New Jersey claim against Grace at Hatco site. |
| 11/14/01 | Janet Baer | 0.50 | Conference with M. Zaleski re questions on EPA consent decree (.3); prepare transmittal re same (.2). |
| 11/15/01 | Mark E Grummer | 6.30 | Continue legal research and drafting of memorandum re bankruptcy status of New Jersey claim against Grace at Hatco site. |
| 11/15/01 | James W Kapp | 0.30 | Review notice re settlement of Zapata claim and attend to issues re same. |
| 11/15/01 | Reed S Oslan | 3.00 | Review documents and pleadings re Hatco situation (1.0); work on litigation and settlement strategy re same (2.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/16/01 | Mark E Grummer | 7.90 | Continue legal research and drafting of memorandum re bankruptcy status of New Jersey claim against Grace at Hatco site (7.6); review and suggest edits to draft correspondence summarizing guidelines for future Remedium participation at non-owned sites (.3). |
| 11/16/01 | Reed S Oslan | 2.00 | Continue work on Hatco issues. |
| 11/17/01 | Mark E Grummer | 2.90 | Draft memorandum re bankruptcy status of New Jersey claim against Grace at Hatco site. |
| 11/18/01 | Mark E Grummer | 6.80 | Draft memorandum re bankruptcy status of New Jersey claims against Grace at Hatco site. |
| 11/19/01 | Mark E Grummer | 7.80 | Draft memorandum re bankruptcy status of New Jersey claims against Grace at Hatco site (6.6); prepare for and participate in telephone conference with L. Duff, M. Obradovic and J. McGahren re approach to negotiations at Hatco site (1.2). |
| 11/19/01 | Janet Baer | 1.00 | Conference with various parties re Hatco. |
| 11/20/01 | Mark E Grummer | 0.80 | Review and respond to correspondence re Peterson-Puritan Superfund Site and request for Grace participation (.6); review draft letter re same (.2). |
| 11/20/01 | Reed S Oslan | 2.00 | Telephone conferences re and attention to strategy for pre-petition, non-owned sites. |
| 11/21/01 | Reed S Oslan | 2.00 | Evaluate environmental litigation and settlement strategy for Hatco claims. |
| 11/24/01 | Janet Baer | 1.50 | Review various correspondence re Peterson-Puritan site (.5); review Hatco legal memo (1.0). |
| 11/26/01 | Janet Baer | 1.50 | Review various Hatco related documents and prepare transmittals re same (1.0); review Protein Genetics materials and draft notice re same (.5). |
| 11/26/01 | Janet Baer | 0.50 | Review various correspondence re Privest, Protein Genetics, Hatco and related matters. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/27/01 | Mark E Grummer | 1.10 | Review and edit Hatco site legal memorandum (.6); correspondence re revisions to legal memorandum and plans for Hatco site (.5). |
| 11/27/01 | Reed S Oslan | 3.00 | Work on potential declaratory judgment action; consider strategy re EPA and Hatco. |
| 11/27/01 | Janet Baer | 0.50 | Consider issues re Hatco matter. |
| 11/28/01 | Mark E Grummer | 1.40 | Prepare for and participate in conference call with client representatives re Hatco site status and strategy including plans for upcoming meetings with Hatco and New Jersey DEP (1.2); plan for meetings with HATCO and NJ DEP (.2). |
| 11/28/01 | James W Kapp | 0.60 | Attend to issues re Hatco situation. |
| 11/28/01 | Reed S Oslan | 2.00 | Continue work on Hatco and NJDEP issues. |
| 11/28/01 | Janet Baer | 3.00 | Participate in conference with various company representatives on Hatco matter (1.0); follow up re same and coordinate plans for upcoming meetings with Hatco and NJDEP representatives (1.5); telephone conference with various parties re Libby consent decree matters (.5). |
| 11/29/01 | Mark E Grummer | 6.70 | Revise memorandum re claim status of Hatco site obligations (5.8); attend to matters re same (.6); attend to matters re draft complaint for declaratory relief re Hatco site obligation (.3). |
| 11/29/01 | J Chad Mitchell | 6.50 | Research and analysis re declaratory complaint. |
| 11/29/01 | Reed S Oslan | 2.50 | Study memoranda re claims including pre-petition government cleanup orders/injunctions. |
| 11/29/01 | Janet Baer | 1.50 | Telephone conference with various parties re Hatco issues and coordination of upcoming meetings re same (1.0); attend to matters re preparation of declaratory judgment complaint re Hatco and legal theories re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/30/01 | Mark E Grummer | 4.70 | Prepare second draft of Hatco site claim status memorandum (3.9); attend to matters re completion of memorandum and plans for 12/3 meeting with Hatco representatives (.8). |
| 11/30/01 | J Chad Mitchell | 6.80 | Research in support of and draft complaint for judgment. |
| 11/30/01 | Reed S Oslan | 4.00 | Work on memos re legal analysis of Grace litigation position on Hatco/NJDEP issues. |
| 11/30/01 | David A Codevilla | 0.30 | Review final draft of Hatco claim memo. |
| 11/30/01 | Janet Baer | 1.00 | Attend to matters re Hatco matter (.5); review revised Hatco memo (.5). |

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Theodore L Freedman | 1.10 | Prepare materials for case management order hearing. |
| 11/01/01 | Samuel A Schwartz | 0.50 | Review the November 5 hearing Agenda letter (.1); telephone conferences with local counsel and the committees re same (.4). |
| 11/01/01 | Janet Baer | 0.30 | Review 11/5 hearing agenda. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/02/01 | Theodore L Freedman | 1.30 | Prepare materials for case management order hearing. |
| 11/02/01 | James W Kapp | 0.30 | Office conference with M. Zaleski and S. Baena re November 5, 2001 hearing (.2); telephone conference with K. Pasquale re same (.1). |
| 11/03/01 | Theodore L Freedman | 1.10 | Prepare materials for case management order hearing. |
| 11/04/01 | Theodore L Freedman | 2.50 | Prepare materials for case management order hearing. |
| 11/04/01 | Samuel A Schwartz | 0.80 | Prepare for the November 5 hearing. |
| 11/05/01 | David M Bernick, P.C. | 4.00 | Prepare for and attend November 5 hearing. |
| 11/05/01 | Theodore L Freedman | 3.50 | Prepare materials for case management order hearing. |
| 11/05/01 | James W Kapp | 0.10 | Review November 5, 2001 agenda. |
| 11/05/01 | James W Kapp | 2.50 | Prepare for and attend hearing on former employees indemnification motion and attend to issues re same. |
| 11/05/01 | James W Kapp | 7.30 | Prepare for November 5, 2001 omnibus hearing and review documents re same (4.2); attend to issues re same (.5); review November 5, 2001 agenda (.1); prepare for and attend hearing on former employees indemnification motion and attend to issues re same (2.5). |
| 11/05/01 | Samuel A Schwartz | 3.00 | Prepare for the November 5 hearing (1.3); attend same (1.2); attend to matters re same (.5). |
| 11/06/01 | Theodore L Freedman | 2.00 | Prepare materials for case management order hearing. |
| 11/07/01 | Theodore L Freedman | 3.00 | Prepare materials for case management order hearing. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/08/01 | David M Bernick, P.C. | 0.50 | Conference with D. Siegel re CMO hearing. |
| 11/08/01 | Theodore L Freedman | 4.00 | Prepare materials for case management order hearing. |
| 11/09/01 | Theodore L Freedman | 4.00 | Prepare materials for case management order hearing. |
| 11/10/01 | Theodore L Freedman | 1.20 | Prepare materials for case management order hearing. |
| 11/11/01 | David M Bernick, P.C. | 1.50 | Preparation for November 21 hearing. |
| 11/11/01 | Theodore L Freedman | 2.00 | Prepare materials for case management order hearing. |
| 11/11/01 | Janet Baer | 1.50 | Review and organize various documents for CMO hearing (.5); prepare potential charts and graphs for CMO hearing (1.0). |
| 11/12/01 | Janet Baer | 1.50 | Review pleadings for witness for hearing (.5); confer with numerous parties re preparation for CMO hearing and depositions (1.0). |
| 11/13/01 | David M Bernick, P.C. | 3.50 | Draft outline for November 21 hearing (1.5); attend to matters re hearing preparation and deposition preparation (2.0). |
| 11/13/01 | Theodore L Freedman | 4.00 | Prepare materials for case management order hearing. |
| 11/14/01 | David M Bernick, P.C. | 3.00 | Prepare for November 21 hearing (2.0); attend to matters re same (.5); prepare list of materials for same (.5). |
| 11/14/01 | Theodore L Freedman | 1.00 | Prepare for case management order hearing. |
| 11/14/01 | Andrew R Running | 0.30 | Consider issues re preparations for case management order hearing. |
| 11/15/01 | David M Bernick, P.C. | 2.00 | Prepare for November 21 hearing. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/15/01 | Theodore L Freedman | 1.00 | Prepare for case management order hearing. |
| 11/15/01 | Andrew R Running | 4.10 | Prepare case management order hearing exhibits. |
| 11/15/01 | Christopher B Sullivan | 1.50 | Prepare graphics and exhibits for CMO hearing. |
| 11/15/01 | Deanna D Boll | 4.80 | Telephone conference re CMO hearing (1.0); prepare exhibits for CMO hearing (3.5); correspond with graphics specialist re same (.3). |
| 11/16/01 | Theodore L Freedman | 2.00 | Prepare materials for case management hearing. |
| 11/16/01 | James W Kapp | 0.20 | Review articles re Chapter 11 cases. |
| 11/16/01 | Shirley A Pope | 6.00 | Prepare exhibits for November 21 hearing (4.0); organize graphics for November 21 hearing (2.0). |
| 11/16/01 | Andrew R Running | 8.60 | Prepare case management order hearing exhibits (8.3); consider issues re preparation of additional exhibits (.3). |
| 11/16/01 | Christopher B Sullivan | 7.70 | Prepare exhibits for CMO hearing (6.5); teleconference with W. Sparks, R. Smith and Casner & Edwards re trial outline for CMO hearing (1.2). |
| 11/16/01 | Kimberly K Love | 4.00 | Prepare and organize CMO reply brief materials for hearing. |
| 11/16/01 | Janet Baer | 1.00 | Review draft exhibits for CMO hearing on Kinsella direct. |
| 11/16/01 | Benjamin J Alke | 6.50 | Prepare materials for November 21 hearing. |
| 11/17/01 | David M Bernick, P.C. | 3.00 | Prepare for November 21 hearing. |
| 11/17/01 | Theodore L Freedman | 1.00 | Prepare materials for case management order hearing. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/17/01 | Shirley A Pope | 7.80 | Gather and organize materials re exhibits for hearing. |
| 11/17/01 | Andrew R Running | 8.40 | Revise exhibits and prepare additional exhibits for CMO hearing (7.5); telephone conferences with S. Michaels re development of computer graphics for CMO hearing (.9). |
| 11/17/01 | Christopher B Sullivan | 5.50 | Prepare exhibits for CMO hearing (4.0); prepare for and attend team meeting (1.5). |
| 11/17/01 | Janet Baer | 2.00 | Assemble exhibits for CMO hearing. |
| 11/18/01 | David M Bernick, P.C. | 3.50 | Prepare for November 21 hearing. |
| 11/18/01 | Theodore L Freedman | 1.00 | Prepare materials for case management order hearing. |
| 11/18/01 | Shirley A Pope | 7.00 | Prepare materials for November 21 hearing. |
| 11/18/01 | Christopher B Sullivan | 5.00 | Prepare exhibits and research for CMO hearing. |
| 11/18/01 | Deanna D Boll | 0.50 | Attend to matters re CMO hearing (.3); correspond with graphic artist re CMO hearing exhibits (.2). |
| 11/18/01 | Benjamin J Alke | 7.00 | Prepare materials for November 21 hearing. |
| 11/19/01 | David M Bernick, P.C. | 7.00 | Prepare for November 21 CMO hearing. |
| 11/19/01 | James W Kapp | 0.10 | Telephone conference with D. Carickhoff re case management hearing. |
| 11/19/01 | Shirley A Pope | 3.00 | Request materials from Purchasing to set up hearing exhibits (1.0); meet with Tech Department concerning Powerpoint presentation equipment and W.R. Grace documents on the Chicago i drive (1.0); prepare projects re F. Dunbar testimony (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/19/01 | Shirley A Pope | 6.00 | Review correspondence re powerpoint slides (.5); print and prepare powerpoint slides for hearing (1.0); prepare hearing materials to be forwarded to Pachulski, Stang (4.0); telephone conference with ShowWorks re equipment required for powerpoint presentation (.5). |
| 11/19/01 | Andrew R Running | 7.80 | Prepare and revise exhibits for case management order hearing. |
| 11/19/01 | Christopher B Sullivan | 4.00 | Prepare exhibits, graphics and legal research for CMO hearing. |
| 11/19/01 | Kimberly K Love | 4.00 | Assist in preparation of materials, graphics and equipment for case management order hearing. |
| 11/19/01 | Deanna D Boll | 2.30 | Prepare exhibits for CMO hearing. |
| 11/19/01 | Emily J Knox | 2.00 | Prepare materials for case management order hearing. |
| 11/19/01 | Janet Baer | 6.50 | Coordinate preparation for hearing re documents, exhibits, testimony and remaining matters (4.0); revise Kinsella hearing outline, exhibits and related matters (2.5). |
| 11/19/01 | Benjamin J Alke | 9.50 | Prepare materials for CMO hearing. |
| 11/20/01 | David M Bernick, P.C. | 11.50 | Prepare for November 21 CMO hearing. |
| 11/20/01 | James W Kapp | 0.30 | Telephone conference with D. Carickhoff re November 21, 2001 hearing (.1); attend to issues re same (.2). |
| 11/20/01 | Shirley A Pope | 14.40 | Meet with ShowWorks re equipment needed for Powerpoint presentation (1.0); prepare hearing presentation materials (6.4); prepare hearing exhibits (6.0); prepare materials for F. Dunbar testimony preparation (1.0). |
| 11/20/01 | Andrew R Running | 8.50 | Prepare and revise exhibits for case management order hearing (4.0); meeting with F. Dunbar to prepare his rebuttal expert testimony for the hearing (4.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/20/01 | Deanna D Boll | 2.80 | Review deposition transcripts from T. Hilsee and K. Kinsella for CMO hearing outstanding issues. |
| 11/20/01 | Emily J Knox | 12.50 | Prepare for hearing (1.0); prepare opening and closing statement documents (5.3); prepare witness examination documents (6.2). |
| 11/20/01 | Janet Baer | 14.00 | Draft outline of exhibits and notices in preparation for CMO hearing (5.0); preparation for CMO hearing (8.0); confer with various counsel re same (1.0). |
| 11/20/01 | Benjamin J Alke | 11.00 | Provide home office support for the litigation hearing team. |
| 11/21/01 | David M Bernick, P.C. | 3.00 | Prepare for CMO hearing (.5); client telephone conferences after cancellation thereof (2.5). |
| 11/21/01 | James W Kapp | 5.60 | Conferences with D. Siegel, P. Norris, B. McGowan, W. Sparks, and other representatives of Debtors re outstanding issues and results from November 21, 2001 hearing (4.1); attend to issues re same (1.5). |
| 11/21/01 | Shirley A Pope | 7.50 | Prepare W.Hilton and F. Rabinowitz affidavits for attorney review (1.0); prepare documents for CMO hearing (2.5); organize documents for filing (1.0); organize hearing work files (1.0); prepare materials for shipment from local counsel to Kirkland (2.0). |
| 11/21/01 | Emily J Knox | 5.10 | Prepare opening and closing statement documents for attorney review (.8); prepare courtroom for hearing (1.0); organize hearing materials for shipment to courtroom (3.3). |
| 11/21/01 | Brigitte F Windley | 0.30 | Review hearing agenda. |
| 11/21/01 | Janet Baer | 2.00 | Review and revise outline in preparation for Kinsella testimony at CMO hearing. |
| 11/21/01 | Janet Baer | 2.50 | Confer with Judge Farnan re cancellation of CMO hearing and 3rd Circuit's decision to transfer asbestos cases (1.0); attend to matters re same (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/21/01 | Benjamin J Alke | 4.50 | Provide home office support for hearing litigation team. |
| 11/26/01 | James W Kapp | 0.20 | Telephone conference with D. Carickhoff re issues pertaining to continuance of November 21, 2001 hearing. |
| 11/26/01 | Janet Baer | 0.50 | Attend to matters re CMO hearing and related matters. |
| 11/28/01 | Shirley A Pope | 2.00 | Organize materials for filing November 21, 2001 hearing. |
| 11/29/01 | Benjamin J Alke | 1.20 | File materials from 11/21 hearing. |
| 11/30/01 | Andrew R Running | 0.90 | Prepare additional exhibits for case management order hearing. |

**Matter 32 - K&E Fee Application, Preparation of - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/01/01 | Roger J Higgins | 0.80 | Draft and revise Second Quarterly Fee Application. |
| 11/01/01 | Sabrina M Mitchell | 1.90 | Work on the Quarterly fee application. |
| 11/02/01 | Sabrina M Mitchell | 1.40 | Attend to matters re the Quarterly fee application (.2); prepare the Quarterly fee application for filing with the court (1.2). |
| 11/05/01 | Sabrina M Mitchell | 0.10 | Attend to matters re the filing of the Quarterly fee application. |
| 11/07/01 | Roger J Higgins | 0.50 | Prepare October K&E fee application detail. |
| 11/08/01 | Roger J Higgins | 1.00 | Prepare October K&E fee application detail. |
| 11/09/01 | Roger J Higgins | 4.80 | Prepare October K&E Fee Application detail. |
| 11/10/01 | Roger J Higgins | 5.50 | Prepare October K&E Fee Application detail. |
| 11/12/01 | Sabrina M Mitchell | 3.30 | Review the October Billing information. |
| 11/14/01 | Sabrina M Mitchell | 2.60 | Review and revise October billing information. |
| 11/15/01 | Roger J Higgins | 2.80 | Revise detail for October K&E fee application. |
| 11/19/01 | Sabrina M Mitchell | 1.60 | Review the October billing information. |
| 11/29/01 | Roger J Higgins | 0.30 | Telephone conference with D. Carickhoff re September Fee Application (.2); attend to matters re same (.1). |
| 11/29/01 | Sabrina M Mitchell | 0.90 | Create October fee application templates. |

## Matter 33 - Lease Rejection Claims - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Samuel A Schwartz | 0.80 | Review and analyze the American Properties Complaint (.4); telephone conferences with B. Michaelson and the client re same (.3); attend to matters re same (.1). |
| 11/02/01 | Samuel A Schwartz | 1.60 | Negotiate the Dragon Court lease assignment (1.1); telephone conferences with the client re same (.4); telephone conferences with the client re the Caterpillar and Toyota Motions (.1). |
| 11/06/01 | Samuel A Schwartz | 1.20 | Negotiate the Dragon Court lease assignment (.6); telephone conferences with the client re same (.2); attend to matters re the Toyota and Caterpillar Motions (.4). |
| 11/07/01 | Samuel A Schwartz | 0.40 | Negotiate the Dragon Court lease assignment (.3); telephone conferences with the client re same (.1). |
| 11/09/01 | Samuel A Schwartz | 0.50 | Telephone conference with B. Michaelson re the Dragon Court lease (.3); telephone with conference with client re same (.2). |
| 11/12/01 | Samuel A Schwartz | 0.80 | Telephone conferences with the client re the Dragon Court lease, the Toyota and Caterpillar motions (.6); attend to matters re same (.2). |
| 11/14/01 | Samuel A Schwartz | 0.80 | Negotiate the Dragon Court lease (.3); finalize the First Union Stipulation (.1); draft correspondence to counsel for Caterpillar and Toyota re the resolution of their motions (.4). |
| 11/15/01 | James W Kapp | 0.20 | Telephone conference with V. Finkelstein re Wilmington lease. |
| 11/19/01 | Samuel A Schwartz | 1.40 | Telephone conferences with local counsel re Dragon Court (.4); telephone conference with client re same (.3); draft correspondence to C. Doghety re Caterpillar (.4); draft correspondence to K. Maycen re Toyota (.3). |
| 11/20/01 | Samuel A Schwartz | 0.40 | Attend to the negotiation of the Dragon Court lease issues (.2); attend to matters re Toyota lease (.1); attend to matters re Caterpillar lease (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/29/01 | Samuel A Schwartz | 1.70 | Telephone conferences with the client re lease related issues and real estate related issues. |

## Matter 37 - Reorganization Plan/Disclosure Statement/Confirmation Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/07/01 | James H Sprayregen | 0.60 | Attention to strategy and tactics related to plan confirmation matters. |
| 11/14/01 | James H Sprayregen | 0.60 | Attention to strategy and tactics related to plan confirmation matters. |
| 11/16/01 | James H Sprayregen | 0.40 | Attention to strategy and tactics related to plan confirmation matters. |

A-53

**Matter 38 - Retention of Professionals/Fees - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Samuel A Schwartz | 4.60 | Review and revise the PwC retention pleadings (1.7); telephone conference with P. Seamon re same (.1); draft correspondence re same (.4); telephone conferences with various professionals and the client re retention issues (.5); review and analyze the application to retain E. Warren (.4); draft objection to same (1.5). |
| 11/02/01 | James W Kapp | 1.20 | Review and revise Debtor's objection to retention of E. Warren (1.1); attend to issues re same (.1). |
| 11/02/01 | James W Kapp | 0.60 | Attend to issues re preparation of sixth supplemental affidavit and background re same. |
| 11/02/01 | Samuel A Schwartz | 1.70 | Revise objection to the retention of E. Warren (.5); attend to matters re same (.2); telephone conferences with the client re various retention and payment issues (.5); review and finalize the Steptoe retention pleadings (.5). |
| 11/02/01 | Roger J Higgins | 0.50 | Attend to matters re sixth supplemental affidavit re Experio. |
| 11/05/01 | James W Kapp | 1.00 | Review and revise objection to E. Warren retention application (.5); attend to issues re same (.1); review creditor committees' objection to E. Warren retention application (.4). |
| 11/05/01 | Roger J Higgins | 0.80 | Draft sixth Sprayregen supplemental affidavit. |
| 11/06/01 | James W Kapp | 0.30 | Review and revise sixth supplemental affidavit. |
| 11/06/01 | Samuel A Schwartz | 1.60 | Telephone conferences with the client and various professionals re retention and payment matters. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/06/01 | Roger J Higgins | 1.70 | Revise sixth supplemental Sprayregen affidavit. |
| 11/07/01 | James W Kapp | 0.30 | Review and revise sixth supplemental affidavit (.2); attend to issues re same (.1). |
| 11/07/01 | Samuel A Schwartz | 1.10 | Telephone conferences with PwC re their retention pleadings (.3); telephone conferences with the client and various professionals re retention and payment issues (.8). |
| 11/07/01 | Roger J Higgins | 0.30 | Revise sixth supplemental affidavit. |
| 11/08/01 | James W Kapp | 0.20 | Review U.S. Trustee objection to retention of E. Warren. |
| 11/08/01 | James W Kapp | 0.20 | Attend to issues re PWC retention. |
| 11/08/01 | Samuel A Schwartz | 1.10 | Telephone conferences with PwC re their retention pleadings (.5); telephone conferences with various professionals and the client re retention and payment issues (.6). |
| 11/10/01 | Samuel A Schwartz | 1.10 | Review and revise the PwC retention pleadings and the exhibits thereto. |
| 11/15/01 | Samuel A Schwartz | 1.60 | Telephone conferences with the client and various professionals re payment and retention issues (.8); review and revision of the PwC retention papers (.7); attend to matters re same (.1). |
| 11/19/01 | Samuel A Schwartz | 0.80 | Telephone conferences with J. Stegenga and P. Seamon re PwC retention pleadings (.5); review of memorandum re same (.3). |
| 11/27/01 | Samuel A Schwartz | 0.10 | Telephone conference with the client re various retention issues. |
| 11/29/01 | Samuel A Schwartz | 1.70 | Telephone conferences with various professionals and the client re payment and retention issues. |

A-55

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/30/01 | Samuel A Schwartz | 0.80 | Telephone conferences with the client and various professionals re retention and payment issues. |

## Matter 39 - Schedules/Statement of Financial Affairs - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/14/01 | Samuel A Schwartz | 1.90 | Review and revise the second amendment to the environmental section of the Debtors' schedules and statements (1.7); and telephone conferences with the client re same (.2). |
| 11/26/01 | Deanna D Boll | 0.30 | Consider issues re schedules of assets and liabilities. |

A-56

## Matter 41 - Tax Matters - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Samuel A Schwartz | 0.50 | Draft correspondence to A. Krieger re various tax matters (.4); telephone conferences with the client re same (.1). |
| 11/12/01 | Samuel A Schwartz | 0.90 | Telephone conferences with M. Shelnitz re tax and income deductions (.3); research and analysis re same (.6). |
| 11/13/01 | Samuel A Schwartz | 0.60 | Telephone conferences with M. Shelintz and E. Filon re taxes (.3); research and analysis re same (.3). |
| 11/16/01 | Samuel A Schwartz | 0.50 | Attend to various tax related matters. |
| 11/20/01 | Samuel A Schwartz | 0.90 | Telephone conferences with the creditors committee re various tax related matters (.3); telephone conference with the client re same (.3); review and analyze various orders re same (.2); attend to matters re same (.1). |
| 11/29/01 | Samuel A Schwartz | 0.90 | Prepare for and attend telephone conferences with the client re tax matters (.4); telephone conferences with the commercial committee re same (.5). |

### Matter 42 - Travel - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/04/01 | Samuel A Schwartz | 2.50 | Travel from Chicago to Wilmington (bill at half time). |
| 11/05/01 | David M Bernick, P.C. | 1.50 | Travel to Delaware to attend hearing (bill at half time). |
| 11/05/01 | Samuel A Schwartz | 2.50 | Travel from Wilmington to Chicago (bill at half time). |
| 11/06/01 | Michelle H Browdy | 2.00 | Travel, Chicago to New Jersey, for witness interview (bill at half time). |
| 11/06/01 | Michelle H Browdy | 1.00 | Travel, New Jersey to New York, for witness interview (bill at half time). |
| 11/06/01 | Scott A McMillin | 1.70 | Travel to New Jersey for L. Ellberger meeting (1.1); travel from New Jersey to New York for PW meeting (.6) (bill at half time). |
| 11/07/01 | Michelle H Browdy | 2.00 | Travel from New York to Chicago (bill at half time). |
| 11/07/01 | Scott A McMillin | 1.70 | Travel from New York meeting with PW back to Chicago (bill at half time). |

A-58

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/10/01 | Deanna D Boll | 2.00 | Travel from NJ to Fla. for 11/12 mtg re claims management (bill at half time). |
| 11/12/01 | Scott A McMillin | 1.50 | Travel to New York for WLRK document review (bill at half time). |
| 11/12/01 | Kellye L Fabian | 2.00 | Travel to New York to review documents relating to fraudulent transfer (bill at half time). |
| 11/12/01 | Deanna D Boll | 2.00 | Travel from Florida to NJ from claims management meeting (bill at half time). |
| 11/12/01 | Roger J Higgins | 1.00 | Travel to New York for document review at Wachtell offices. |
| 11/13/01 | Scott A McMillin | 1.60 | Travel to New York for WLRK document review (bill at half time). |
| 11/13/01 | Roger J Higgins | 2.30 | Travel from Chicago to New York (bill at half time). |
| 11/15/01 | Scott A McMillin | 2.10 | Travel back to Chicago after WLRK document review (bill at half time). |
| 11/15/01 | Janet Baer | 2.00 | Travel to Philadelphia from Chicago re Hilsee and Kinsella depositions (bill at half time). |
| 11/15/01 | Roger J Higgins | 2.00 | Travel from New York to Chicago (bill at half time). |
| 11/16/01 | Deanna D Boll | 4.00 | Travel to and from Philadelphia for Hilsee deposition (bill at half time). |
| 11/16/01 | Janet Baer | 2.50 | Travel from Philadelphia back to Chicago after depositions (bill at half time). |
| 11/19/01 | David M Bernick, P.C. | 3.00 | Travel to hearing (bill at half time). |
| 11/20/01 | Shirley A Pope | 2.00 | Travel from Chicago to Wilmington, DE re hearing before Judge Farnan (bill at half time). |
| 11/20/01 | Emily J Knox | 3.20 | Travel to Delaware (bill at half time). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/21/01 | David M Bernick, P.C. | 2.50 | Travel to hearing (bill at half time). |
| 11/21/01 | Shirley A Pope | 2.00 | Travel from Wilmington, DE to Chicago re hearing (bill at half time). |
| 11/21/01 | Andrew R Running | 2.10 | Travel from Wilmington, Delaware to Chicago for cancelled case management order hearing (bill at half time). |
| 11/21/01 | Emily J Knox | 2.40 | Travel from Delaware (bill at half time). |
| 11/21/01 | Janet Baer | 2.50 | Travel from Wilmington, DE back to Chicago after CMO hearing (bill at half time). |

## Matter 46 - IRS Tax Litigation - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Natalie H Keller | 1.20 | Review government's Motion to Lift Stay (.5); attend to matters re same (.3); conference call with C. Kayser re same (.3); conference call with R. Stewart re Status Report (.1). |
| 11/01/01 | Pratibha J Shenoy | 0.40 | Review client documents and filings to develop factual history of case. |
| 11/02/01 | Natalie H Keller | 1.50 | Attend to matters re case strategy (.5); review discovery documents and other file documents (1.0). |
| 11/02/01 | Pratibha J Shenoy | 3.00 | Review client documents and filings to develop factual history of case (.9); attend to matters re memorandum on facts to be proven at trial and Joint Status Report (.5); draft Joint Status Report (1.6). |
| 11/05/01 | Natalie H Keller | 0.80 | Review and revise Joint Status Report (.4); attend to matters re same (.3); conference call with R. Stewart re same (.1). |

A-60

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/01 | Pratibha J Shenoy | 3.10 | Complete draft of Joint Status Report (.6); revise Joint Status Report (.2); prepare fax and cover letters to accompany Joint Status Report in mailing to Department of Justice attorneys (.1); review client documents and filings to develop factual history of case (2.2). |
| 11/06/01 | Natalie H Keller | 0.50 | Attend to matters re case strategy (.4); review Weil Gotshal memoranda (.1). |
| 11/06/01 | Pratibha J Shenoy | 4.00 | Review client documents and filings to develop factual history of case. |
| 11/07/01 | Natalie H Keller | 0.50 | Review Weil Gotshal files (.2); attend to matters re same (.3). |
| 11/07/01 | Pratibha J Shenoy | 1.60 | Attend to matters re strategy for organizing remaining boxes of client tax-related documents (.5); examine unsorted documents (.5); review client documents and filings to develop factual history of case (.6). |
| 11/08/01 | Natalie H Keller | 1.80 | Review draft Stipulation of Facts (1.1); attend to matters re same (.2); review IRS Agent's report (.5). |
| 11/08/01 | Pratibha J Shenoy | 3.00 | Review draft stipulations of fact prepared by Internal Revenue Service and client's former counsel. |
| 11/09/01 | Natalie H Keller | 4.00 | Attend to matters re case strategy and preparation of memorandum (1.0); review IRS report and related documents (2.5); review briefs filed in recent per diem case (.5). |
| 11/09/01 | Pratibha J Shenoy | 5.00 | Review client documents and filings to develop factual history of case, including organizing unsorted boxes of documents (3.3); draft memorandum summarizing facts to be proven by client at trial (.7); attend to matters re litigation strategy (1.0). |
| 11/12/01 | Pratibha J Shenoy | 7.50 | Review client tax-related documents and filings to develop factual history of case (3.0); draft memorandum re theory of case and facts to prove at trial (4.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/13/01 | Pratibha J Shenoy | 4.50 | Review client tax-related documents and filings to develop factual history of case (1.0); complete memorandum on theory of case and facts to prove at trial and forward it to N. Keller (3.5). |
| 11/14/01 | Natalie H Keller | 3.50 | Attend to matters re case strategy and legal arguments (.5); review and revise memorandum re same (1.3); research issues (1.7). |
| 11/14/01 | Pratibha J Shenoy | 0.40 | Attend to matters re stipulations of fact. |
| 11/16/01 | Natalie H Keller | 0.50 | Attend to matters re case strategy and research projects. |
| 11/16/01 | Pratibha J Shenoy | 1.90 | Attend to matters re revisions to memorandum stating theory of case and facts to prove at trial (.2); attend to matters re case strategy (.3); continue organizing unsorted boxes of client tax-related documents (1.4). |
| 11/19/01 | Natalie H Keller | 0.80 | Attend to matters re preparation of strategy memorandum (.2); review and mark-up memorandum (.6). |
| 11/19/01 | Pratibha J Shenoy | 3.50 | Organize unsorted boxes of client tax-related documents (.5); draft brief overview memo for attorney review (1.5); research case strategy issues (1.5). |
| 11/20/01 | Natalie H Keller | 0.50 | Attend to matters re case strategy. |
| 11/20/01 | Pratibha J Shenoy | 2.50 | Research case strategy issues (1.6); revise overview memorandum for attorney review (.4); attend to matters re case strategy (.5). |
| 11/28/01 | Natalie H Keller | 0.10 | Attend to matters re status of research project. |
| 11/28/01 | Pratibha J Shenoy | 4.00 | Research case strategy issues. |
| 11/29/01 | Pratibha J Shenoy | 4.70 | Research case strategy issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/30/01 | Natalie H Keller | 0.30 | Review letter from Stroock & Stroock & Lavan (.1); draft correspondence to C. Finke, R. Finke and C.Napoli-Filon re same (.2). |