# Exhibit B

## Expenses- Summary (November 2001)

| Description | Amount |
| --- | --- |
| Telephone | $592.46 |
| Facsimile Charges | $1,123.69 |
| Standard Copies | $1,053.95 |
| Color Copies | $9.00 |
| Overnight Delivery | $291.78 |
| Binding | $14.00 |
| Outside Messenger Service | $26.50 |
| Tabs/Indexes/Dividers | $4.40 |
| Postage | $2.05 |
| Local Transportation | $90.00 |
| Travel Meals | $1,280.24 |
| Travel Expense | $6,437.85 |
| Airfare | $14,453.03 |
| Travel to/from Airport | $205.85 |
| Computer Database Research | $507.30 |
| Information Broker Services | $158.95 |
| Trial Offices Expenses | $920.93 |
| Word Processing Overtime | $53.56 |
| Working Meals | $8.50 |
| Overtime Meals | $36.00 |
| Overtime Meals- Attorney | $36.12 |
| Overtime Transportation | $68.06 |
| Secretarial Overtime | $2,303.99 |
| **Total** | $29,678.21 |

## Matter 20 – Case Administration - Expenses

| Description | Amount |
|---|---|
| Telephone | $35.09 |
| Facsimile Charges | $710.07 |
| Standard Copies | $447.90 |
| Color Copies | $9.00 |
| Postage | $0.34 |
| Overnight Delivery | $146.44 |
| Outside Messenger | $11.00 |
| Computer Database Research | $428.81 |
| Trial Office Expenses | $920.93 |
| Information Broker Doc/Svcs | $158.95 |
| Overtime Transportation | $1.00 |
| Overtime Meals | $27.00 |
| Secretarial Overtime | $1,666.29 |
| **TOTAL** | $4,562.82 |

## Matter 20 – Case Administration - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/10/01 | 9.00 | Color Copies |
| 10/16/01 | 8.53 | Fed Exp from:.,WILMINGTON,DE to:MARGUERITE MILLER |
| 10/19/01 | 66.60 | Standard Copies |
| 10/24/01 | 18.00 | Standard Copies |
| 10/25/01 | 9.26 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/25/01 | 10.82 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 10/26/01 | 10.30 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/27/01 | 1.00 | Standard Copies |
| 10/28/01 | 1.80 | Standard Copies |
| 10/29/01 | 9.57 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 10/29/01 | 23.24 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 10/29/01 | 155.60 | Standard Copies |
| 10/30/01 | 1.30 | Standard Copies |
| 10/31/01 | 2.36 | Fax phone charge to 561-362-1583 |
| 10/31/01 | 36.75 | Fax page charge to 561-362-1583 |
| 10/31/01 | 150.63 | REED ELSEVIER, INC. - Computer Database Research, Lexis-Nexis database usage October 2001 |
| 10/31/01 | 315.56 | Sullivan, C. - Secretarial Overtime |
| 11/01/01 | 0.62 | Telephone call to:  CENTRAL,NC  828-898-5361 |
| 11/01/01 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 11/01/01 | 1.66 | Fax phone charge to 212-308-9079 |
| 11/01/01 | 2.08 | Fax phone charge to 202-662-4226 |

| Date | Amount | Description |
|------|-------:|-------------|
| 11/01/01 | 2.16 | Fax phone charge to 410-531-4783 |
| 11/01/01 | 9.00 | Fax page charge to 202-662-4226 |
| 11/01/01 | 20.25 | Fax page charge to 212-308-9079 |
| 11/01/01 | 26.25 | Fax page charge to 410-531-4783 |
| 11/02/01 | 0.20 | Standard Copies |
| 11/02/01 | 0.83 | Fax phone charge to 410-531-4783 |
| 11/02/01 | 0.83 | Fax phone charge to 561-362-1583 |
| 11/02/01 | 1.04 | Fax phone charge to 617-574-7627 |
| 11/02/01 | 3.75 | Fax page charge to 561-362-1323 |
| 11/02/01 | 6.75 | Fax page charge to 561-362-1583 |
| 11/02/01 | 9.57 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 11/02/01 | 10.50 | Fax page charge to 617-574-7627 |
| 11/02/01 | 10.50 | Fax page charge to 410-531-4783 |
| 11/02/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 11/04/01 | 1.00 | Overtime Transportation    CRABB,BARBARA L |
| 11/04/01 | 9.00 | Overtime Meals    CRABB,BARBARA L |
| 11/04/01 | 9.00 | Overtime Meals    BOWDEN,TAMMI P |
| 11/04/01 | 233.25 | BOWDEN,TA. - Secretarial Overtime |
| 11/04/01 | 335.88 | CRABB,BA. - Secretarial Overtime |
| 11/05/01 | 0.62 | Telephone call to:  SPOKANE,WA  509-624-2212 |
| 11/05/01 | 0.62 | Telephone call to:  BOSTON,MA  617-426-5900 |
| 11/05/01 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-345-3000 |
| 11/05/01 | 1.18 | Fax phone charge to 302-652-4400 |
| 11/05/01 | 2.70 | Fax phone charge to 302-652-4400 |
| 11/05/01 | 9.48 | Fed Exp to: ,PHILADELPHIA,PA from:MAILROOM |

B-3

| Date | Amount | Description |
| --- | --- | --- |
| 11/05/01 | 9.94 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 11/05/01 | 11.12 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 11/05/01 | 12.75 | Fax page charge to 302-652-4400 |
| 11/05/01 | 16.50 | Fax page charge to 302-652-4400 |
| 11/05/01 | 22.20 | Standard Copies |
| 11/06/01 | 1.04 | Fax phone charge to 561-362-1323 |
| 11/06/01 | 13.50 | Fax page charge to 561-362-1323 |
| 11/06/01 | 17.97 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 11/06/01 | 162.56 | Sullivan, C. - Secretarial Overtime |
| 11/07/01 | 1.04 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 11/07/01 | 1.50 | Fax page charge to 561-362-1583 |
| 11/07/01 | 1.77 | Fax phone charge to 561-362-1583 |
| 11/07/01 | 3.00 | Fax page charge to 561-362-1583 |
| 11/07/01 | 4.32 | Fax phone charge to 561-362-1583 |
| 11/07/01 | 4.50 | Fax page charge to 973-966-1550 |
| 11/07/01 | 9.90 | Standard Copies |
| 11/07/01 | 20.25 | Fax page charge to 561-362-1583 |
| 11/07/01 | 53.25 | Fax page charge to 561-362-1583 |
| 11/08/01 | 0.10 | Standard Copies |
| 11/08/01 | 0.50 | Standard Copies |
| 11/08/01 | 1.50 | Fax page charge to 561-362-1583 |
| 11/08/01 | 3.75 | Fax page charge to 302-652-4400 |
| 11/08/01 | 9.00 | Overtime Meals    BOWDEN,TAMMI P |
| 11/08/01 | 13.70 | Standard Copies |
| 11/08/01 | 133.88 | Sullivan, C. - Secretarial Overtime |

B-4

| Date | Amount | Description |
|------|--------|-------------|
| 11/08/01 | 177.27 | BOWDEN,TA. - Secretarial Overtime |
| 11/09/01 | 0.10 | Standard Copies |
| 11/09/01 | 1.04 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 11/09/01 | 1.25 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 11/09/01 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 11/09/01 | 3.00 | Fax page charge to 561-362-1583 |
| 11/09/01 | 6.75 | Fax page charge to 617-498-4406 |
| 11/12/01 | 0.75 | Fax page charge to 410-531-4783 |
| 11/12/01 | 1.25 | Telephone call to: STATE OF,DE 302-778-6442 |
| 11/12/01 | 1.96 | Fax phone charge to 202-293-6961 |
| 11/12/01 | 4.91 | Fax phone charge to 202-293-6961 |
| 11/12/01 | 21.00 | Fax page charge to 202-293-6961 |
| 11/12/01 | 44.25 | Fax page charge to 202-293-6961 |
| 11/13/01 | 2.16 | Fax phone charge to 919-613-7165 |
| 11/13/01 | 30.75 | Fax page charge to 919-613-7165 |
| 11/14/01 | 0.34 | Postage-TRACKING ID# 1131760854179 |
| 11/14/01 | 0.75 | Fax page charge to 410-531-4414 |
| 11/14/01 | 0.83 | Fax phone charge to 561-362-1583 |
| 11/14/01 | 7.50 | Fax page charge to 561-362-1583 |
| 11/14/01 | 11.70 | Standard Copies |
| 11/15/01 | 0.62 | Telephone call to: SE PART,FL 954-713-7950 |
| 11/15/01 | 1.04 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 11/15/01 | 1.50 | Fax page charge to 973-966-1550 |
| 11/15/01 | 2.25 | Fax page charge to 212-644-6755 |
| 11/15/01 | 3.00 | Fax page charge to 212-583-5707 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/15/01 | 3.00 | Fax page charge to 561-362-1323 |
| 11/15/01 | 6.00 | Fax page charge to 302-652-4400 |
| 11/15/01 | 6.00 | Fax page charge to 302-573-6497 |
| 11/15/01 | 6.00 | Fax page charge to 212-715-8000 |
| 11/15/01 | 6.00 | Fax page charge to 212-644-6755 |
| 11/15/01 | 6.00 | Fax page charge to 302-426-9947 |
| 11/15/01 | 6.00 | Fax page charge to 305-374-7593 |
| 11/15/01 | 6.00 | Fax page charge to 993-9767 |
| 11/15/01 | 6.00 | Fax page charge to 202-429-3301 |
| 11/15/01 | 6.00 | Fax page charge to 212-806-6006 |
| 11/15/01 | 19.81 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7.1.01 - 9.30.01 |
| 11/15/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 11/15/01 | 99.05 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7.1.01 - 9.30.01 |
| 11/15/01 | 115.35 | Standard Copies |
| 11/15/01 | 158.95 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: Official Committee v. RF Lafferty for B. Windley |
| 11/15/01 | 159.32 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7.1.01 - 9.30.01 |
| 11/16/01 | 0.79 | Fax phone charge to 954-713-7951 |
| 11/16/01 | 3.00 | Fax page charge to 410-531-4367 |
| 11/16/01 | 3.75 | Fax page charge to 518-398-1081 |
| 11/16/01 | 4.50 | Fax page charge to 954-713-7951 |
| 11/16/01 | 5.60 | Standard Copies |
| 11/17/01 | 1.25 | Telephone call to:  SE PART,FL  954-713-7950 |

B-6

| Date | Amount | Description |
|------|--------|-------------|
| 11/17/01 | 1.37 | Fax phone charge to 954-713-7951 |
| 11/17/01 | 2.49 | Telephone call to:  SE PART,FL  954-713-7950 |
| 11/17/01 | 2.70 | Telephone call to:  SE PART,FL  954-713-7950 |
| 11/17/01 | 3.34 | Fax phone charge to 954-713-7951 |
| 11/17/01 | 6.00 | Fax page charge to 954-713-7951 |
| 11/17/01 | 25.50 | Fax page charge to 954-713-7951 |
| 11/18/01 | 0.20 | Standard Copies |
| 11/18/01 | 0.30 | Standard Copies |
| 11/18/01 | 3.73 | Fax phone charge to 954-713-7951 |
| 11/18/01 | 21.75 | Fax page charge to 954-713-7951 |
| 11/19/01 | 0.62 | Telephone call to:  HOLLY OAK,DE  302-798-7999 |
| 11/19/01 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6484 |
| 11/19/01 | 0.75 | Fax page charge to 302-798-9705 |
| 11/19/01 | 0.75 | Fax page charge to 954-713-7951 |
| 11/19/01 | 0.83 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 11/19/01 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6442 |
| 11/19/01 | 1.25 | Telephone call to:  HOLLY OAK,DE  302-798-7999 |
| 11/19/01 | 1.45 | Telephone call to:  SE PART,FL  954-713-7950 |
| 11/19/01 | 1.87 | Telephone call to:  HOLLY OAK,DE  302-798-7999 |
| 11/19/01 | 1.87 | Telephone call to:  SE PART,FL  954-713-7950 |
| 11/20/01 | 0.75 | Fax page charge to 302-652-4400 |
| 11/20/01 | 0.98 | Fax phone charge to 302-652-4400 |
| 11/20/01 | 3.34 | Fax phone charge to 302-652-4400 |
| 11/20/01 | 17.25 | Fax page charge to 302-652-4400 |
| 11/20/01 | 37.32 | CRABB,BA. - Secretarial Overtime |

B-7

| Date | Amount | Description |
|------|--------|-------------|
| 11/20/01 | 42.75 | Fax page charge to 302-652-4400 |
| 11/20/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 11/21/01 | 0.83 | Fax phone charge to 410-531-4783 |
| 11/21/01 | 9.00 | Fax page charge to 410-531-4783 |
| 11/21/01 | 25.90 | Fed Exp from:SANDRA MICHAELS,WILMINGTON,DE to:SANDRA MICHAELS |
| 11/21/01 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 11/21/01 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 11/21/01 | 920.93 | SHOWORKS AUDIO-VISUAL, INC. - Trial Office Expenses, Audio Visual Equipment Rental Regarding 11/21/01 Hearing before Judge Farnan. |
| 11/26/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 11/26/01 | 1.50 | Fax page charge to 410-531-4783 |
| 11/26/01 | 1.50 | Fax page charge to 513-977-8141 |
| 11/26/01 | 2.16 | Fax phone charge to 312-616-2863 |
| 11/26/01 | 2.70 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 11/26/01 | 3.00 | Fax page charge to 213-892-7731 |
| 11/26/01 | 15.00 | Fax page charge to 312-616-2863 |
| 11/27/01 | 0.62 | Telephone call to:  SE PART,FL  954-713-7950 |
| 11/27/01 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 11/27/01 | 1.50 | Fax page charge to 410-531-4783 |
| 11/27/01 | 2.29 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 11/27/01 | 2.29 | Fax phone charge to 410-531-4783 |
| 11/27/01 | 6.00 | Fax page charge to 410-531-4783 |
| 11/27/01 | 22.35 | Standard Copies |
| 11/27/01 | 30.00 | Fax page charge to 410-531-4783 |

B-8

| Date | Amount | Description |
|------|--------|-------------|
| 11/28/01 | 0.75 | Fax page charge to 310-781-1296 |
| 11/28/01 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 11/29/01 | (9.26) | Overnight Delivery - Refund |
| 11/29/01 | 1.50 | Fax page charge to 410-531-4783 |
| 11/29/01 | 1.50 | Fax page charge to 561-362-1323 |
| 11/29/01 | 2.25 | Fax page charge to 561-362-1583 |
| 11/29/01 | 5.50 | Comet Messenger Services to:  MCD |
| 11/30/01 | 1.40 | Standard Copies |
| 11/30/01 | 1.66 | Fax phone charge to 561-362-1583 |
| 11/30/01 | 5.50 | Comet Messenger Services to:  ATHUR ANDRSON |
| 11/30/01 | 6.00 | Fax page charge to 561-362-1583 |
| 11/30/01 | 18.75 | Fax page charge to 561-362-1583 |

**Matter 21 – Claim Estimate/Adversary Proceedings - Expenses**

| Description | Amount |
| --- | --- |
| Telephone | $180.66 |
| Facsimile Charge | $13.50 |
| Standard Copies | $15.45 |
| Overnight Delivery | $11.65 |
| Overtime Transportation | $28.50 |
| Overtime Meals | $9.00 |
| Overtime Meals - Attorney | $25.00 |
| Word Processing Overtime | $53.56 |
| Computer Database Research | $35.35 |
| Secretarial Overtime | $223.92 |
| **TOTAL** | $596.59 |

**Matter 21 – Claim Estimate/Adversary Proceedings - Itemized Expenses**

| Date | Amount | Description |
| --- | --- | --- |
| 10/26/01 | 0.83 | Telephone call to: E CENTRAL,FL  561-362-1535 |
| 10/29/01 | 0.62 | Telephone call to: STATE OF,DE  302-778-6401 |
| 10/29/01 | 0.83 | Telephone call to: WASHINGTON,DC  202-955-1279 |
| 10/29/01 | 2.29 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 10/29/01 | 3.74 | Telephone call to: WASHINGTON,DC  202-955-1279 |
| 10/29/01 | 5.82 | Telephone call to: E CENTRAL,FL  561-362-1535 |
| 10/30/01 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4203 |
| 10/30/01 | 1.87 | Telephone call to: BALTIMORE,MD  410-727-0879 |
| 10/31/01 | 2.49 | Telephone call to: WASHINGTON,DC  202-955-1279 |
| 11/01/01 | 2.08 | Telephone call to: DENVER,CO  303-866-0409 |
| 11/01/01 | 11.65 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 11/02/01 | 3.89 | Telephone call to: VANCOUVER,BC  604-631-9112 |
| 11/02/01 | 6.24 | Telephone call to: NEWYORKCTY,NY  212-701-3881 |
| 11/02/01 | 9.56 | Telephone call to: E CENTRAL,FL  561-362-1963 |
| 11/02/01 | 9.98 | Telephone call to: STATE OF,DE  302-778-6477 |
| 11/02/01 | 19.12 | Telephone call to: JACKSON,MS  601-352-8646 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/06/01 | 0.62 | Telephone call to: E BAY,CA 925-734-0990 |
| 11/06/01 | 1.77 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 11/06/01 | 3.74 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 11/07/01 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 11/07/01 | 17.67 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 11/09/01 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |
| 11/09/01 | 0.83 | Telephone call to: MIAMI,FL 786-247-1666 |
| 11/09/01 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4203 |
| 11/09/01 | 2.08 | Telephone call to: VAN NUYS,CA 818-783-2669 |
| 11/09/01 | 2.29 | Telephone call to: E BAY,CA 925-937-3363 |
| 11/09/01 | 7.20 | Standard Copies |
| 11/12/01 | 0.62 | Telephone call to: PHILADELPH,PA 215-988-9191 |
| 11/12/01 | 0.62 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 11/12/01 | 1.25 | Telephone call to: PHILADELPH,PA 215-988-9191 |
| 11/12/01 | 2.49 | Telephone call to: STATE OF,DE 302-778-6404 |
| 11/12/01 | 3.74 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 11/12/01 | 11.22 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 11/12/01 | 25.00 | JANET BAER - OT Meal 11.11.01 |
| 11/13/01 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-806-5562 |
| 11/13/01 | 0.62 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 11/13/01 | 0.62 | Telephone call to: SOUTH EAST,OR 541-476-6627 |
| 11/13/01 | 1.87 | Telephone call to: E BAY,CA 925-937-3363 |
| 11/13/01 | 10.50 | JANET BAER - OT Trans. 11.11.01 |
| 11/14/01 | 0.62 | Telephone call to: STATE OF,DE 302-778-6424 |
| 11/14/01 | 1.04 | Telephone call to: WILMINGTON,DE 302-426-1900 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/14/01 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 11/14/01 | 1.25 | Telephone call to: MIAMI,FL 305-375-6156 |
| 11/14/01 | 1.66 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 11/14/01 | 2.25 | Fax page charge to 302-658-6548 |
| 11/14/01 | 2.25 | Fax page charge to 302-575-1714 |
| 11/14/01 | 2.25 | Fax page charge to 305-374-7593 |
| 11/14/01 | 2.25 | Fax page charge to 302-658-6395 |
| 11/14/01 | 2.25 | Fax page charge to 561-362-1583 |
| 11/14/01 | 2.25 | Fax page charge to 410-531-4783 |
| 11/14/01 | 18.00 | DEANNA D BOLL - Overtime Transportation, 10/28/01 |
| 11/15/01 | 35.35 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7.1.01 - 9.30.01 |
| 11/18/01 | 2.08 | Telephone call to: SE PART,FL 954-713-7950 |
| 11/18/01 | 9.00 | Overtime Meals    BOYD,CLINTON J |
| 11/18/01 | 223.92 | BOYD,CL. - Secretarial Overtime |
| 11/19/01 | 0.83 | Telephone call to: SOUTHERN,MN 507-333-4324 |
| 11/19/01 | 1.04 | Telephone call to: PHLP AREA,PA 267-973-7397 |
| 11/19/01 | 1.45 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 11/19/01 | 3.33 | Telephone call to: STATE OF,DE 302-778-6477 |
| 11/19/01 | 14.13 | Telephone call to: SOUTHERN,AL 334-264-8326 |
| 11/19/01 | 53.56 | HARRIS,MO. - Secretarial Overtime |
| 11/20/01 | 1.45 | Telephone call to: PHILADELPH,PA 215-988-9191 |
| 11/26/01 | 20.86 | JANET BAER - Telephone Expense, Cingular Wireless stmt dtd 10.19.01 |
| 11/27/01 | 0.62 | Telephone call to: AUSTIN,TX 512-728-3500 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/27/01 | 0.79 | Telephone call to: STATE OF,DE 302-778-6464 |
| 11/27/01 | 8.25 | Standard Copies |
| 11/28/01 | 1.66 | Telephone call to: NEWYORKCTY,NY 212-877-4160 |

## Matter 22- Contested Matters/Adversary Proceedings- Expenses

| Description | Amount |
|-------------|--------|
| Telephone | $267.51 |
| Facsimile Charges | $386.62 |
| Standard Copies | $573.60 |
| Binding | $14.00 |
| Tabs/Indexes/Dividers | $4.40 |
| Postage | $1.71 |
| Overnight Delivery | $89.04 |
| Overtime Transportation | $28.06 |
| Outside Messenger | $15.50 |
| Working Meals | $8.50 |
| Computer Database Research | $20.02 |
| Secretarial Overtime | $413.78 |

B-14

                                                                    _____

**TOTAL**                                                   $1,822.74

### Matter 22- Contested Matters/Adversary Proceedings- Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 10/01/01 | 8.50 | MARKET CAFE - Working Meals/K&E and Others, T. Hardy, 9/20/01 Guest Will Sparks |
| 10/11/01 | 4.40 | Tabs/Indexes/Dividers |
| 10/11/01 | 7.00 | Binding |
| 10/11/01 | 7.00 | Binding |
| 10/11/01 | 106.40 | Standard Copies |
| 10/11/01 | 150.80 | Standard Copies |
| 10/16/01 | 38.30 | GENESYS CONFERENCING - Telephone 10/15/01 - Conference Call |
| 10/18/01 | 37.00 | Standard Copies |
| 10/19/01 | 7.80 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |

| Date | Amount | Description |
|------|--------|-------------|
| 10/23/01 | 4.60 | Standard Copies |
| 10/25/01 | 0.30 | Standard Copies |
| 10/25/01 | 12.70 | Standard Copies |
| 10/25/01 | 24.20 | Standard Copies |
| 10/27/01 | 28.06 | Overtime Transportation    THOMPSON,SUSAN L |
| 10/27/01 | 233.25 | THOMPSON,SU. - Secretarial Overtime |
| 10/28/01 | 133.88 | Rogers, D. - Secretarial Overtime |
| 10/29/01 | 0.42 | UPS Dlvry to:Pachulski Stang Ziehl Young & ,Peter J. Duhig,Wilmington,DE from:Scott A McMillin |
| 11/01/01 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 11/01/01 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 11/01/01 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-735-4146 |
| 11/01/01 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 11/01/01 | 3.33 | Telephone call to:  NEWYORKCTY,NY  212-536-4098 |
| 11/01/01 | 10.00 | Comet Messenger Services to:  BERNICK RESIDENCE |
| 11/02/01 | 0.62 | Telephone call to:  LB AREA,CA  310-721-4683 |
| 11/02/01 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 11/02/01 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 11/02/01 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 11/02/01 | 1.25 | Telephone call to:  VAN NUYS,CA  818-995-0215 |
| 11/02/01 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 11/02/01 | 1.45 | Telephone call to:  LB AREA,CA  310-721-4683 |
| 11/02/01 | 1.66 | Telephone call to:  WILMINGTON,DE  302-426-1900 |
| 11/02/01 | 1.87 | Telephone call to:  CORTMADERA,CA  415-927-3342 |
| 11/02/01 | 3.95 | Telephone call to:  NEWYORKCTY,NY  212-536-4098 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/02/01 | 6.03 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 11/02/01 | 11.65 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 11/04/01 | 4.57 | Telephone call to: MIAMI,FL 305-682-7017 |
| 11/05/01 | 0.30 | Standard Copies |
| 11/05/01 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-310-8017 |
| 11/05/01 | 1.50 | Fax page charge to 303-866-0200 |
| 11/05/01 | 2.25 | Fax page charge to 561-362-1583 |
| 11/05/01 | 2.25 | Fax page charge to 561-362-1970 |
| 11/06/01 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-310-8017 |
| 11/06/01 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-403-1357 |
| 11/06/01 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4557 |
| 11/06/01 | 1.04 | Telephone call to: LB AREA,CA 310-721-4683 |
| 11/06/01 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-420-9745 |
| 11/06/01 | 1.04 | Telephone call to: EASTERN,MI 248-539-9904 |
| 11/06/01 | 3.00 | Fax page charge to 313-965-8252 |
| 11/06/01 | 27.99 | JOHNSON,VE. - Secretarial Overtime |
| 11/07/01 | 0.20 | Standard Copies |
| 11/07/01 | 1.80 | Standard Copies |
| 11/07/01 | 2.29 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 11/07/01 | 3.95 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 11/07/01 | 10.00 | Standard Copies |
| 11/07/01 | 17.67 | Telephone call to: DENVER,CO 303-866-0457 |
| 11/08/01 | 0.62 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 11/08/01 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-446-4800 |
| 11/08/01 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-557-2546 |

B-17

| Date | Amount | Description |
|------|--------|-------------|
| 11/08/01 | 1.04 | Telephone call to: E CENTRAL,FL  561-362-1568 |
| 11/08/01 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 11/08/01 | 2.00 | Standard Copies |
| 11/08/01 | 2.29 | Telephone call to: CONCRETE,WA  206-853-5221 |
| 11/08/01 | 2.49 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 11/08/01 | 3.53 | Telephone call to: DALLAS,TX  214-754-7504 |
| 11/08/01 | 3.95 | Telephone call to: NEWYORKCTY,NY  212-450-4000 |
| 11/08/01 | 5.50 | Comet Messenger Services to:  MCD |
| 11/08/01 | 9.17 | Fed Exp to: ,LEESBURG,VA from:MAILROOM |
| 11/08/01 | 9.80 | Standard Copies |
| 11/08/01 | 16.39 | SCOTT MCMILLIN - Cingular, Stmt dated 10.11.2001 |
| 11/08/01 | 42.00 | Fax page charge to 703-729-8587 |
| 11/09/01 | 0.83 | Telephone call to: CONCRETE,WA  206-853-5221 |
| 11/09/01 | 1.10 | Standard Copies |
| 11/09/01 | 1.40 | Standard Copies |
| 11/09/01 | 1.45 | Telephone call to: E CENTRAL,FL  561-362-1533 |
| 11/09/01 | 1.66 | Telephone call to: NEWYORKCTY,NY  212-557-2546 |
| 11/09/01 | 2.25 | Fax page charge to 410-531-4783 |
| 11/09/01 | 3.12 | Telephone call to: COLUMBIA,MD  410-531-4170 |
| 11/09/01 | 3.53 | Telephone call to: NEWYORKCTY,NY  212-506-2505 |
| 11/09/01 | 6.75 | Fax page charge to 212-806-6006 |
| 11/09/01 | 6.75 | Fax page charge to 305-374-7593 |
| 11/09/01 | 6.75 | Fax page charge to 410-531-4783 |
| 11/09/01 | 10.50 | Fax page charge to 202-429-3301 |
| 11/09/01 | 15.00 | Fax page charge to 305-374-7593 |

B-18

| Date | Amount | Description |
|------|--------|-------------|
| 11/09/01 | 73.50 | Fax page charge to 305-374-7593 |
| 11/09/01 | 73.50 | Fax page charge to 310-788-2319 |
| 11/09/01 | 106.50 | Fax page charge to 212-446-4900 |
| 11/12/01 | 0.62 | Telephone call to:  SOUTH WEST,OH  513-361-1587 |
| 11/12/01 | 0.62 | Telephone call to:  SEATTLE,WA  206-499-2169 |
| 11/12/01 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-310-8297 |
| 11/12/01 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-506-2500 |
| 11/12/01 | 0.75 | Fax page charge to 212-806-6006 |
| 11/12/01 | 0.75 | Fax page charge to 410-531-4783 |
| 11/12/01 | 0.75 | Fax page charge to 305-374-7593 |
| 11/12/01 | 0.75 | Fax page charge to 202-429-3301 |
| 11/12/01 | 0.75 | Fax page charge to 305-374-7593 |
| 11/12/01 | 0.75 | Fax page charge to 202-429-3301 |
| 11/12/01 | 0.75 | Fax page charge to 212-806-6006 |
| 11/12/01 | 0.75 | Fax page charge to 724-942-1336 |
| 11/12/01 | 0.75 | Fax page charge to 410-531-4783 |
| 11/12/01 | 0.83 | Telephone call to:  MILWAUKEE,WI  414-225-1032 |
| 11/12/01 | 1.11 | Telephone call to:  VANCOUVER,BC  604-685-3456 |
| 11/12/01 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 11/12/01 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 11/12/01 | 1.50 | Standard Copies |
| 11/12/01 | 3.12 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 11/12/01 | 3.95 | Telephone call to:  NEWYORKCTY,NY  212-557-2546 |
| 11/12/01 | 18.66 | THOMPSON,SU. - Secretarial Overtime |
| 11/13/01 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4170 |

B-19

| Date | Amount | Description |
|------|--------|-------------|
| 11/13/01 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 11/13/01 | 2.70 | Telephone call to: CONCRETE,WA  206-853-5221 |
| 11/13/01 | 3.74 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 11/13/01 | 6.24 | Telephone call to: EASTERN,MI  810-997-6990 |
| 11/14/01 | 0.62 | Telephone call to: NEWYORKCTY,NY  212-557-2546 |
| 11/14/01 | 0.62 | Telephone call to: SEATTLE,WA  206-499-2169 |
| 11/14/01 | 0.62 | Telephone call to: NEWYORKCTY,NY  212-808-7800 |
| 11/14/01 | 0.62 | Telephone call to: E CENTRAL,FL  561-362-1532 |
| 11/14/01 | 0.83 | Telephone call to: COLUMBIA,MD  410-531-4751 |
| 11/14/01 | 2.25 | Fax page charge to 305-374-7593 |
| 11/15/01 | 0.50 | Standard Copies |
| 11/15/01 | 0.50 | Standard Copies |
| 11/15/01 | 0.62 | Telephone call to: ORLANDO,FL  407-839-0120 |
| 11/15/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 11/15/01 | 0.75 | Fax page charge to 617-426-8810 |
| 11/15/01 | 0.75 | Fax page charge to 412-288-3063 |
| 11/15/01 | 0.83 | Telephone call to: NEWYORKCTY,NY  212-310-8017 |
| 11/15/01 | 0.83 | Telephone call to: PITTSBURGH,PA  412-288-3056 |
| 11/15/01 | 0.83 | Fax phone charge to 617-426-8810 |
| 11/15/01 | 0.83 | Telephone call to: STATE OF,DE  302-778-6477 |
| 11/15/01 | 1.00 | Standard Copies |
| 11/15/01 | 1.04 | Fax phone charge to 412-288-3063 |
| 11/15/01 | 1.04 | Telephone call to: STATE OF,DE  302-778-6442 |
| 11/15/01 | 1.04 | Telephone call to: NEWYORKCTY,NY  212-310-8017 |
| 11/15/01 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4557 |

B-20

| Date | Amount | Description |
|------|--------|-------------|
| 11/15/01 | 2.49 | Telephone call to:  WASHINGTON,DC  202-736-8136 |
| 11/15/01 | 2.49 | Telephone call to:  NORTH WEST,NJ  973-966-8063 |
| 11/15/01 | 3.33 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 11/15/01 | 3.40 | Standard Copies |
| 11/15/01 | 3.74 | Telephone call to:  CENTRAL,IN  317-390-3132 |
| 11/15/01 | 4.78 | Telephone call to:  WASHINGTON,DC  202-736-8136 |
| 11/15/01 | 7.50 | Fax page charge to 412-288-3063 |
| 11/15/01 | 7.50 | Fax page charge to 617-426-8810 |
| 11/15/01 | 8.94 | Telephone call to:  WASHINGTON,DC  202-353-0879 |
| 11/15/01 | 20.02 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7.1.01 - 9.30.01 |
| 11/16/01 | 1.00 | Standard Copies |
| 11/16/01 | 1.04 | Telephone call to:  RICHMOND,VA  804-697-1904 |
| 11/16/01 | 1.71 | Postage-11/08/01 |
| 11/16/01 | 2.49 | Telephone call to:  SE PART,FL  954-713-7950 |
| 11/16/01 | 2.90 | Standard Copies |
| 11/16/01 | 3.00 | Fax page charge to 954-713-7951 |
| 11/16/01 | 5.90 | Standard Copies |
| 11/17/01 | 0.83 | Telephone call to:  SE PART,FL  954-713-7950 |
| 11/17/01 | 1.25 | Telephone call to:  SE PART,FL  954-713-7950 |
| 11/18/01 | 1.04 | Telephone call to:  CONCRETE,WA  206-853-5221 |
| 11/19/01 | 0.20 | Standard Copies |
| 11/19/01 | 0.50 | Standard Copies |
| 11/19/01 | 1.20 | Standard Copies |
| 11/19/01 | 1.40 | Standard Copies |