| Date | Amount | Description |
|------|--------|-------------|
| 11/19/01 | 4.99 | Telephone call to: WESTERN,TN 901-820-2065 |
| 11/19/01 | 9.50 | Standard Copies |
| 11/19/01 | 9.80 | Standard Copies |
| 11/19/01 | 11.80 | Standard Copies |
| 11/19/01 | 13.93 | Telephone call to: SOUTHERN,AL 334-264-8326 |
| 11/19/01 | 60.00 | Fed Exp to:LAURA DAVIS JONES,WILMINGTON,DE from:VENETIA A. JOHNSON |
| 11/20/01 | 0.75 | Fax page charge to 302-656-2145 |
| 11/20/01 | 0.75 | Fax page charge to 302-652-4400 |
| 11/20/01 | 0.75 | Fax page charge to 412-288-3063 |
| 11/20/01 | 4.57 | Telephone call to: WASHINGTON,DC 202-514-3581 |
| 11/20/01 | 6.03 | Telephone call to: WASHINGTON,DC 202-353-0881 |
| 11/26/01 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-310-8017 |
| 11/26/01 | 1.50 | Fax page charge to 703-729-8587 |
| 11/27/01 | 10.95 | Standard Copies |
| 11/27/01 | 124.20 | Standard Copies |
| 11/28/01 | 0.10 | Standard Copies |
| 11/28/01 | 0.62 | Telephone call to: WASHINGTON,DC 202-879-5000 |
| 11/28/01 | 7.95 | Standard Copies |
| 11/28/01 | 10.50 | Standard Copies |
| 11/29/01 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4557 |
| 11/29/01 | 4.16 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 11/29/01 | 5.61 | Telephone call to: EASTERN,MI 810-341-9800 |
| 11/30/01 | 0.62 | Telephone call to: EASTERN,MI 810-341-9800 |
| 11/30/01 | 2.91 | Telephone call to: EASTERN,MI 810-341-9800 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/30/01 | 4.57 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 11/30/01 | 6.20 | Standard Copies |

## Matter 24 – Creditors Committee - Expenses

| Description | Amount |
|-------------|--------|
| Telephone | $2.28 |
| Computer Database Research | $3.43 |
| **TOTAL** | $5.71 |

B-23

## Matter 24 – Creditors Committee - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/26/01 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6414 |
| 11/02/01 | 1.66 | Telephone call to:  WILMINGTON,DE  302-426-1900 |
| 11/15/01 | 3.43 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7.1.01 - 9.30.01 |

B-24

## Matter 25 – Creditors/Shareholders Inquiries - Expenses

| Description | Amount |
|---|---|
| Telephone | $1.45 |
| Facsimile Charge | $2.25 |

**TOTAL**                                       $3.70

**Matter 25 – Creditors/Shareholders Inquiries - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 11/05/01 | 2.25 | Fax page charge to 510-354-3941 |
| 11/07/01 | 1.45 | Telephone call to:  PHILADELPH,PA  215-575-7062 |

## Matter 27 – Employee Matters - Expenses

| Description | Amount |
|---|---|
| Telephone | $6.64 |
| Facsimile Charge | $3.00 |
| Computer Database Research | $16.38 |
| **TOTAL** | $26.02 |

## Matter 27 – Employee Matters - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/13/01 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4236 |
| 11/13/01 | 3.00 | Fax page charge to 410-531-4783 |
| 11/13/01 | 3.53 | Telephone call to:  COLUMBIA,MD  410-531-4236 |
| 11/14/01 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4191 |
| 11/15/01 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 11/15/01 | 16.38 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7.1.01 - 9.30.01 |

## Matter 28 – Environmental Issues - Expenses

| Description | Amount |
|---|---|
| Telephone | $95.51 |
| Standard Copies | $17.00 |
| Computer Database Research | $2.26 |
| **TOTAL** | $114.77 |

## Matter 28 – Environmental Issues - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/04/01 | 2.26 | West Publishing-TP,Database Usage 10.01 |
| 11/01/01 | 1.38 | Telephone call to:  WESTERN,TN  901-820-2065 |
| 11/02/01 | 42.45 | Telephone call to:  JACKSON,MS  601-352-8646 |
| 11/05/01 | 2.10 | Standard Copies |
| 11/05/01 | 2.31 | Telephone call to:  DENVER,CO  303-866-0457 |
| 11/07/01 | 14.76 | Telephone call to:  WESTERN,TN  901-820-2065 |
| 11/09/01 | 0.10 | Standard Copies |
| 11/09/01 | 1.80 | Standard Copies |
| 11/09/01 | 3.23 | Telephone call to:  NORTH WEST,NJ  973-639-1234 |
| 11/09/01 | 5.80 | Standard Copies |
| 11/12/01 | 1.80 | Standard Copies |
| 11/14/01 | 2.10 | Standard Copies |
| 11/19/01 | 31.38 | Telephone call to:  SOUTHERN,AL  334-264-8326 |
| 11/30/01 | 3.30 | Standard Copies |

B-31

### Matter 30- Hearings- Expenses

| Description | Amount |
|---|---|
| Telephone | $1.87 |
| Computer Database Research | $1.05 |
| **TOTAL** | $2.92 |

## Matter 30- Hearings- Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/15/01 | 1.05 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7.1.01 - 9.30.01 |
| 11/19/01 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 11/20/01 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |

## Matter 32- K&E Fee Application, Preparation of- Expenses

| Description | Amount |
|---|---|
| Telephone | $0.62 |
| Overnight Delivery | $7.80 |
| **TOTAL** | $8.42 |

**Matter 32- K&E Fee Application, Preparation of- Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 11/02/01 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 11/02/01 | 7.80 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |

## Matter 38- Retention of Professionals/Fees - Expenses

| Description | Amount |
|-------------|--------|
| Overnight Delivery | $7.73 |
| Overtime Meals - Attorney | $4.61 |
| **TOTAL** | $12.34 |

## Matter 38- Retention of Professionals/Fees - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/08/01 | 7.73 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 11/13/01 | 4.61 | SAMUEL A SCHWARTZ - Overtime Meals - Attorney, 11.10.01 |

## Matter 41 -Tax Matters - Expenses

| Description | Amount |
|---|---|
| Facsimile Charge | $1.50 |
| Overnight Delivery | $21.76 |
| **TOTAL** | $23.26 |

## Matter 41 -Tax Matters - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/01/01 | 13.73 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 11/06/01 | 8.03 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 11/13/01 | 0.75 | Fax page charge to 561-362-1583 |
| 11/13/01 | 0.75 | Fax page charge to 561-362-1583 |

## Matter 42 -Travel - Expenses

| Description | Amount |
|---|---|
| Local Transportation | $90.00 |
| Travel Expense | $6,437.85 |
| Airfare | $14,453.03 |
| Travel Meals | $1,280.24 |
| Travel to/from Airport | $205.85 |
| Overtime Transportation | $10.50 |
| **TOTAL** | $22,477.47 |

## Matter 42-Travel - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/21/01 | 56.05 | Crown Coach - Transportation to/from airport, Scott A McMillin |
| 10/25/01 | 58.40 | Crown Coach - Transportation to/from airport, Samuel A Schwartz |
| 10/26/01 | 58.40 | Crown Coach - Transportation to/from airport, Samuel A Schwartz |
| 11/06/01 | 10.03 | SAMUEL A SCHWARTZ - Meals Expense, Philadelphia, PA 11.4.01 - 11.5.01 (Hearing) |
| 11/06/01 | 407.00 | SAMUEL A SCHWARTZ - Travel Expense, Philadelphia, PA 11.4.01 - 11.5.01 (Hearing) |
| 11/06/01 | 1,018.50 | SAMUEL A SCHWARTZ - Airfare Expense, Philadelphia, PA 11.4.01 - 11.5.01 (Hearing) |
| 11/07/01 | 33.00 | JAMES W KAPP - Transportation to/from airport, Philadelphia, PA, 11.05.2001, (Attend hearing) |
| 11/07/01 | 994.65 | JAMES W KAPP - Airfare, Philadelphia, PA, 11.05.2001, (Attend hearing) |
| 11/08/01 | 139.70 | SCOTT MCMILLIN - Meals, Parsippany, NJ/New York, NY, 11.06 - 11.07.2001, (Witness interview) |
| 11/08/01 | 408.00 | SCOTT MCMILLIN - Travel Expense, Parsippany, NJ/New York, NY, 11.06 - 11.07.2001, (Witness interview) |
| 11/08/01 | 1,141.30 | SCOTT MCMILLIN - Airfare, Parsippany, NJ/New York, NY, 11.06 - 11.07.2001, (Witness interview) |
| 11/09/01 | 23.32 | MICHELLE H BROWDY - Meal Expense, New York,NY, 11.06 to 11.07.01, (Witness Interviews) |
| 11/09/01 | 392.14 | MICHELLE H BROWDY - Travel Expense, New York,NY, 11.06 to 11.07.01, (Witness Interviews) |
| 11/09/01 | 1,112.56 | MICHELLE H BROWDY - Airfare Expense, New York,NY, 11.06 to 11.07.01, (Witness Interviews) |
| 11/12/01 | 40.00 | ROGER J HIGGINS - Local Trans. to/from airport. trip cancelled due to plane crash in NY 11.12.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/14/01 | 35.00 | DEANNA D BOLL - Travel Expense, Boca Raton, FL, 11/10/01 - 11/12/01, (To attend interview for notice call expert) |
| 11/14/01 | 872.50 | DEANNA D BOLL - Airfare Expense, Boca Raton, FL, 11/10/01 - 11/12/01, (To attend interview for notice call expert) |
| 11/15/01 | 44.78 | ROGER J HIGGINS - Meal Expense, New York,NY, 11.13 to 11.15.01, (Doc Review) (with S. McMillin) |
| 11/15/01 | 156.00 | CHRISTOPHER B SULLIVAN - Airfare Expense, Boston/Cambridge, MA 11.11.01 - 11.14.01 (Witness Interviews) |
| 11/15/01 | 166.98 | CHRISTOPHER B SULLIVAN - Meals Expense, Boston/Cambridge, MA 11.11.01 - 11.14.01 (Witness Interviews) |
| 11/15/01 | 254.42 | SCOTT MCMILLIN - Meals, New York, NY, 11.13 - 11.15.2001, (Document review) (with R. Higgins) |
| 11/15/01 | 701.47 | SCOTT MCMILLIN - Travel Expense, New York, NY, 11.13 - 11.15.2001, (Document review) |
| 11/15/01 | 771.84 | ROGER J HIGGINS - Travel Expense, New York,NY, 11.13 to 11.15.01, (Doc Review) |
| 11/15/01 | 1,167.00 | SCOTT MCMILLIN - Airfare, New York, NY, 11.13 - 11.15.2001, (Document review) |
| 11/15/01 | 1,206.00 | ROGER J HIGGINS - Airfare Expense, New York,NY, 11.13 to 11.15.01, (Doc Review) |
| 11/15/01 | 1,220.48 | CHRISTOPHER B SULLIVAN - Travel Expense, Boston/Cambridge, MA 11.11.01 - 11.14.01 (Witness Interviews) |
| 11/16/01 | 200.00 | DAVID M BERNICK, P.C. - Travel Expense, Wilmington,DE, 11.05.01, (Status Conference before Judge Farnham) |
| 11/16/01 | 486.13 | DAVID M BERNICK, P.C. - Airfare Expense, Wilmington,DE, 11.05.01, (Status Conference before Judge Farnan) |
| 11/19/01 | 10.50 | JANET BAER - OT Trans. 11.17.01 |
| 11/19/01 | 24.53 | JANET BAER - Meal Expense, Philadelphia,PA, 11.15 to 11.16.01, (Depos) Supplement Report |

B-42

| Date | Amount | Description |
|------|--------|-------------|
| 11/19/01 | 374.15 | JANET BAER - Meal Expense, Philadelphia,PA, 11.15 to 11.16.01, (Depos) |
| 11/19/01 | 712.96 | JANET BAER - Travel Expense, Philadelphia,PA, 11.15 to 11.16.01, (Depos) |
| 11/19/01 | 1,276.29 | JANET BAER - Airfare Expense, Philadelphia,PA, 11.15 to 11.16.01, (Depos) |
| 11/26/01 | 5.38 | EMILY J KNOX - Travel Meals, Wilmington, DE, 11.20 - 11.21.2001, (W. R. Grace hearing) |
| 11/26/01 | 26.85 | DAVID M BERNICK, P.C. - Meal Expense, Wilmington,DE, 11.19 to 11.21.01, (Attend Hearing) |
| 11/26/01 | 111.90 | JANET BAER - Meal Expense, Wilmington,DE, 11.20 to 11.21.01, (Hearing) |
| 11/26/01 | 267.08 | JANET BAER - Travel Expense, Wilmington,DE, 11.20 to 11.21.01, (Hearing) |
| 11/26/01 | 584.04 | VENETIA A JOHNSON - Airfare for David Bernick, Wilmington, DE, 11.21.2001, (Attend hearing) |
| 11/26/01 | 647.25 | DAVID M BERNICK, P.C. - Airfare Expense, Wilmington,DE, 11.19 to 11.21.01, (Attend Hearing) |
| 11/26/01 | 724.84 | DAVID M BERNICK, P.C. - Travel Expense, Wilmington,DE, 11.19 to 11.21.01, (Attend Hearing) |
| 11/26/01 | 1,131.08 | JANET BAER - Airfare Expense, Wilmington,DE, 11.20to 11.21.01, (Hearing) |
| 11/27/01 | 34.10 | JAMES W KAPP - Meals, Wilmington, DE, 11.20 - 11.21.2001, (Attend hearing) |
| 11/27/01 | 60.00 | DEANNA D BOLL - Travel Expense, Boca Raton, FL, 11/10/01 - 11/12/01, (To attend interview for notice call expert) |
| 11/27/01 | 246.34 | JAMES W KAPP - Travel Expense, Wilmington, DE, 11.20 - 11.21.2001, (Attend hearing) |
| 11/27/01 | 1,448.29 | JAMES W KAPP - Airfare, Wilmington, DE, 11.20 - 11.21.2001, (Attend hearing) |

| Date | Amount | Description |
|------|--------|-------------|
| 11/29/01 | 50.00 | KELLYE L FABIAN - Local Trans. from airport 11.12.01 |
| 11/29/01 | 64.10 | ANDREW R RUNNING - Meals Expense, Philadelphia, PA/Wilmington, DE 11.20.01 - 11.21.01 (Hearing) |
| 11/29/01 | 290.70 | ANDREW R RUNNING - Travel Expense, Philadelphia, PA/Wilmington, DE 11.20.01 - 11.21.01 (Hearing) |
| 11/29/01 | 1,211.44 | ANDREW R RUNNING - Airfare Expense, Philadelphia, PA/Wilmington, DE 11.20.01 - 11.21.01 (Hearing) |

## Matter 46 - IRS Tax Litigation - Expenses

| Description | Amount |
| --- | --- |
| Telephone | $0.83 |
| Facsimile Charge | $6.75 |
| Overnight Delivery | $7.36 |
| Overtime Meals - Attorney | $6.51 |
| **TOTAL** | $21.45 |

B-45

## Matter 46 - IRS Tax Litigation - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/01/01 | 0.75 | Fax page charge to 561-362-1583 |
| 11/01/01 | 0.83 | Telephone call to:  WASHINGTON,DC  202-307-6555 |
| 11/01/01 | 3.00 | Fax page charge to 561-362-1583 |
| 11/05/01 | 1.50 | Fax page charge to 202-514-9440 |
| 11/05/01 | 7.36 | Fed Exp to: ,ARLINGTON,VA from:MAILROOM |
| 11/13/01 | 6.51 | PRATIBHA J SHENOY - Overtime Meals - Attorney, 11.12.01 |
| 11/30/01 | 1.50 | Fax page charge to 561-362-1323 |