IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, David W. Carickhoff, Jr., hereby certify that on the 28th day of December 2001, I caused a copy of the following documents to be served on the individuals on the attached service lists in the manner indicated:

1)  Notice of Filing of Monthly Fee Application

2)  Verified Application of Kirkland & Ellis for Compensation for Services and for Reimbursement of Expenses as Bankruptcy Counsel to W.R. Grace & Co. et al., for the Second Monthly Period from November 1, 2001 through November 20, 2001, for the Quarter of October-December, 2001

_____
David W. Carickhoff, Jr. (3715)
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
302-652-4100

91100-001\DOCS_DE:37351.1