# EXHIBIT A

## Business Operations (.10 Hours; $ 50.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $500 | 50.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/28/01 | PVL | 500.00 | .10 | Telephone conference with Tersigni re: business operations (.1) |

**Total Task Code .03 .10**

## Case Administration (35.60 Hours; $ 14,569.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.40 | $630 | 882.00 |
| Peter V. Lockwood | 13.00 | $500 | 6,500.00 |
| Julie W. Davis | 18.40 | $365 | 6,716.00 |
| Trevor W. Swett | .10 | $360 | 36.00 |
| Rita C. Tobin | .70 | $265 | 185.50 |
| Elyssa J. Strug | 2.00 | $125 | 250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/01 | PVL | 500.00 | .30 | Review agenda letter and email Zaleski re: same (.2), review draft calendar (.1) |
| 11/02/01 | PVL | 500.00 | .40 | Telephone conference with Baena re: 11/5 hearing (.1), telephone conferences with Zaleski re: same (.3) |
| 11/02/01 | JWD | 365.00 | 1.90 | Review pleadings for weekly status reports |

| | | | | |
|---|---|---|---|---|
| 11/05/01 | PVL | 500.00 | 3.10 | Prepare for omnibus hearing (1.0), telephone conference with Zaleski re: same (.1), attend omnibus hearing before J. Farnan (.8), conference with Zaleski re: hearing (.2), conference with Baena re: pending matters (.9), telephone conference with EI re: hearing (.1) |
| 11/05/01 | JWD | 365.00 | 2.10 | Draft weekly status reports |
| 11/06/01 | PVL | 500.00 | .30 | Review misc. filings (.3) |
| 11/08/01 | PVL | 500.00 | .50 | Telephone conference with Zaleski re: status (.1), telephone conference with Bernick re: 11/21 hearing (.1), telephone conferences with Baena re: same (.3) |
| 11/08/01 | JWD | 365.00 | 2.10 | Review pleadings for weekly status report |
| 11/09/01 | PVL | 500.00 | .10 | Telephone conference with Zaleski re: status (.1) |
| 11/09/01 | EJS | 125.00 | .50 | Reviewed recently received court documents, duplicated for files and internal distribution. |
| 11/12/01 | PVL | 500.00 | .30 | Telephone conference with Zaleski re: status (.2), review correspondence (.1) |
| 11/12/01 | JWD | 365.00 | 2.20 | Prepare weekly status report |
| 11/13/01 | EJS | 125.00 | .50 | Updated EI files. |
| 11/14/01 | PVL | 500.00 | .50 | Review email (.1), review misc. filings (.4) |
| 11/15/01 | PVL | 500.00 | .30 | Review misc. filings (.1), telephone conference with Zaleski re: pending motions (.2) |
| 11/16/01 | EJS | 125.00 | .50 | Reviewed recently received court documents in preparation of indexing. |
| 11/16/01 | TWS | 360.00 | .10 | Read status report |

| | | | | |
|---|---|---|---|---|
| 11/17/01 | PVL | 500.00 | 1.90 | Telephone conferences with Baena re: case management motion and 11/21 hearing (1.6), prepare for hearing (.3) |
| 11/18/01 | JWD | 365.00 | 2.20 | Review filings for status report |
| 11/19/01 | RCT | 265.00 | .30 | Review weekly status reports re: upcoming assignments. |
| 11/19/01 | JWD | 365.00 | 2.10 | Work on status report |
| 11/19/01 | EI | 630.00 | .10 | Conference L. Tersigni re: business plan. |
| 11/20/01 | PVL | 500.00 | .50 | Review ZAI motion to dismiss Ch. 11 case (.5) |
| 11/21/01 | PVL | 500.00 | 3.90 | Prepare for hearing (1.0), conferences with Zaleski re: case admin and status (1.3), telephone conference with EI and Zaleski (.2), telephone conference with Baena et al. (.7), conference with Siegal and Pasquale (.4), telephone conference with Davis re: hearing (.2), review UST objection re: CMO (.1) |
| 11/21/01 | RCT | 265.00 | .20 | Review case management reports re: scheduled issues and arrangements. |
| 11/21/01 | JWD | 365.00 | 2.10 | Review pleadings for status report |
| 11/21/01 | EI | 630.00 | .70 | Telecon PVNL/Zaleski re: judge issues (.5); memos re: judge issue (.2). |
| 11/23/01 | PVL | 500.00 | .30 | Telephone conference with EI re: status (.3) |
| 11/23/01 | EI | 630.00 | .50 | Telecon PVNL re: status of pending motions re: fraudulent conveyance case, bar date, PD and motion to dismiss. |
| 11/26/01 | PVL | 500.00 | .30 | Review misc. filings (.1), review Tersigni report (.2) |
| 11/26/01 | JWD | 365.00 | 1.80 | Draft, revise, edit weekly status report |

| | | | | |
|---|---|---|---|---|
| 11/27/01 | RCT | 265.00 | .20 | Review memo re: new Judge. |
| 11/27/01 | EI | 630.00 | .10 | Memo to Committee re: new judge. |
| 11/28/01 | EJS | 125.00 | .50 | Updated EI files including committee contact cards. |
| 11/28/01 | JWD | 365.00 | 1.90 | Review pleadings for status report; telephone conference with M. Zaleski re same |
| 11/29/01 | PVL | 500.00 | .20 | Review misc. filings (.2) |
| 11/30/01 | PVL | 500.00 | .10 | Review misc. filings (.1) |

**Total Task Code .04** **35.60**

**Claims Administration & Objections (.80 Hours; $ 400.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .80 | $500 | 400.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/05/01 | PVL | 500.00 | .80 | Prepare for hearing re: Bolduc claims (.3), attend hearing re: Bolduc (.5) |

**Total Task Code .05** **.80**

**Fee/Employment Applications (3.30 Hours; $ 664.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.80 | $265 | 477.00 |
| Elyssa J. Strug | 1.50 | $125 | 187.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/09/01 | RCT | 265.00 | .50 | Review October pre-bills. |
| 11/16/01 | RCT | 265.00 | 1.00 | Prepare fee apps for October. |
| 11/20/01 | EJS | 125.00 | 1.00 | Reviewed, edited and assembled monthly fee application in preparation of filing. |
| 11/26/01 | EJS | 125.00 | .50 | Memo to RCT re missing payments from the Debtor. |
| 11/28/01 | RCT | 265.00 | .30 | Conference with ES re: upcoming fee application and billing issues. |

**Total Task Code .07** **3.30**

**Fee/Employment Objections (.20 Hours; $ 86.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $500 | 50.00 |
| Trevor W. Swett | .10 | $360 | 36.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/07/01 | PVL | 500.00 | .10 | Review objs. to Warren ret. (.1) |
| 11/07/01 | TWS | 360.00 | .10 | Read oppositions to E.Warren retention |

**Total Task Code .08** **.20**

**Litigation (8.70 Hours; $ 3,480.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 5.00 | $500 | 2,500.00 |
| Kimberly N. Brown | 3.70 | $265 | 980.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/10/01 | PVL | 500.00 | .30 | Review draft Rourke aff. re: bar date (.2), telephone conference with Peterson re: same (.1) |
| 11/12/01 | PVL | 500.00 | 1.00 | Telephone conferences with Peterson re: bar date motion (.9), telephone conference with Bernick re: same (.1) |
| 11/14/01 | PVL | 500.00 | 2.40 | Review Grace bar date reply (2.4) |
| 11/15/01 | PVL | 500.00 | .70 | Conference with KNB re: bar date reply (.5), telephone conference with EI re: same (.1), conference with NDF re: same (.1) |
| 11/15/01 | KNB | 265.00 | .50 | Conference with PVNL re: reply brief |
| 11/18/01 | KNB | 265.00 | 3.00 | Review Debtors' reply brief |
| 11/20/01 | PVL | 500.00 | .60 | Telephone conference with Zaleski re: 11/21 hearings (.2), prepare for 11/21 hearing (.4) |
| 11/20/01 | KNB | 265.00 | .20 | Read reply brief to bar date motion |

**Total Task Code .10** **8.70**

**Plan and Disclosure Statement (.90 Hours; $ 328.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Julie W. Davis | .90 | $365 | 328.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/07/01 | JWD | 365.00 | .90 | Draft letters to Committee members re need to sign confidentiality agreement |

**Total Task Code .11 .90**

**Committee Meetings/Conferences (5.50 Hours; $ 2,007.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Julie W. Davis | 5.50 | $365 | 2,007.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/01 | JWD | 365.00 | 5.50 | Meeting with L. Tersigni, P. Zilly and Grace financial staff at Company headquarters. |

**Total Task Code .15 5.50**

**Travel (5.00 Hours; $ 1,250.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 5.00 | $250 | 1,250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/05/01 | PVL | 250.00 | 2.00 | Travel to and from Wilmington (1/2 time) (2.0) |
| 11/21/01 | PVL | 250.00 | 3.00 | Travel to and from Wilmington (3.0) |

**Total Task Code .16 5.00**

**Docket Review & Control (20.90 Hours; $ 2,541.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .10 | $360 | 36.00 |
| Robert C. Spohn | 2.40 | $135 | 324.00 |
| Elyssa J. Strug | 6.50 | $125 | 812.50 |
| Stacie M. Evans | 7.90 | $115 | 908.50 |
| Samira A. Taylor | 4.00 | $115 | 460.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/01 | RCS | 135.00 | .60 | Index received documents. |
| 11/06/01 | EJS | 125.00 | 1.00 | Updated EI hearing files. |
| 11/07/01 | SME | 115.00 | 1.60 | Analyze and index various documents including pleadings, fee applications and correspondence. |
| 11/08/01 | RCS | 135.00 | 1.10 | Review and index documents, pleadings and correspondence received (1.1). |
| 11/08/01 | TWS | 360.00 | .10 | Read hearing agenda |

| | | | | |
|---|---|---|---|---|
| 11/09/01 | SME | 115.00 | 1.00 | Analyze and index various documents including pleadings and correspondence. |
| 11/12/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 11/12/01 | SME | 115.00 | .50 | Analyze, review and index various documents including pleadings and correspondence. |
| 11/13/01 | SME | 115.00 | .90 | Analyze, review and index various documents including pleadings and correspondence. |
| 11/16/01 | SME | 115.00 | 1.80 | Analyze, review and index various documents including fee applications, pleadings, and correspondence. |
| 11/19/01 | EJS | 125.00 | 1.00 | Updated court document indexes. |
| 11/20/01 | RCS | 135.00 | .30 | Review and provide specified documents to attorney in preparation of court filing (.3). |
| 11/21/01 | EJS | 125.00 | .50 | Updated court document indexes. |
| 11/26/01 | RCS | 135.00 | .40 | Compile and index documents requested by attorney in preparation of filing (.4). |
| 11/26/01 | SME | 115.00 | 1.30 | Analyze, review and index various documents including fee applications, pleadings, and correspondence. |
| 11/27/01 | EJS | 125.00 | 1.50 | Updated fee application indexes. |
| 11/27/01 | EJS | 125.00 | 2.00 | Updated court document indexes. |
| 11/27/01 | SME | 115.00 | .20 | Analyze, review and index various documents including pleadings, correspondence and fee applications. |
| 11/27/01 | SAT | 115.00 | 3.00 | Organized and prepared files for first day motions. |

| | | | | |
|---|---|---|---|---|
| 11/28/01 | SME | 115.00 | .60 | Analyze, review and index various pleadings. |
| 11/28/01 | SAT | 115.00 | 1.00 | Organized and prepared first day motions files. |

**Total Task Code .17** **20.90**

Other Charges:

| | |
|---|---|
| Air & Train Transportation | 293.00 |
| Air Freight & Express Mail | 59.87 |
| Long Distance Telephone - Equitrac In-House | 10.56 |
| Meals Related to Travel | 9.74 |
| Research Material | 8.00 |
| Telecopier | 48.60 |
| Travel Expenses - Ground Transportation | 17.00 |
| Duplicating | 850.80 |
| | |
| Total: | $ 1,297.57 |