## EXHIBIT B

### Business Operations (0.1 Hours; $ 50.00)

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

Total Task Code .03          0.1

### Case Administration (35.6 Hours; $ 14,569.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

Total Task Code .04          35.6

### Claims Administration & Objections (0.8 Hours; $ 400.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

Total Task Code .05          0.8

### Fee/Employment Applications (3.3 Hours; $ 664.50)

Services rendered in this category pertain to the preparation and review of the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

Total Task Code .07          3.3

### Fee/Employment Objections (0.2 Hours; $ 86.00)

Services rendered in this category pertain to objections to the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

Total Task Code .08          0.2

DOC#151898

### Litigation (8.7 Hours: $ 3,480.50)

Services rendered in this category pertain to the litigation of adversary actions against Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .10**    8.7

### Plan and Disclosure Statement (0.9 Hours; $ 328.50)

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .11**    0.9

### Committee Meetings/Conferences (5.5 Hours; $ 2,007.50)

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .15**    5.5

### Travel (5.0 Hours; $ 1,250.00)

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .16**    5.0

### Docket Review & Control (20.9 Hours; $ 2,541.00)

Services rendered in this category pertain to organization and maintenance of the filing system, maintenance of the calendar for professionals in the case and for Asbestos Committee members; and docket review for main case and pending adversary proceedings.

**Total Task Code .17**    20.9