## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 293.00 |
| Air Freight & Express Mail | 59.87 |
| Long Distance Telephone – Equitrac In-House | 10.56 |
| Meals Related to Travel | 9.74 |
| Research Material | 8.00 |
| Telecopier | 48.60 |
| Travel Expenses – Ground Transportation | 17.00 |
| Duplicating | 850.80 |
| Total: | $ 1,297.57 |

```
12/11/2001                              Prebill Control Report                                          Page 1
16:08:41

Prebill 000001  Subpage  1                                      Client: 4642              Matter: 000
Bill Attn To          Attn:

Client 4642         Grace Asbestos Personal Injury Claimants    Old Ref:                  Opened: 04/16/01
Primary Contact

Matter 000                                                      Old Ref:                  Opened: 04/16/01
Disbursements

Bill Cycle: 01  Style: it 11   Start: 04/16/01   Last Billed: 11/21/01   Trans Date Range: 01/01/50 to 11/30/01
Client Retainer Available:        .00   Committed to invoices:        .00     Remaining:       .00
Client Credits  Available:        .00   Committed to invoices:        .00     Remaining:       .00
Matter Retainer Available:        .00   Committed to invoices:        .00     Remaining:       .00
Matter Credits  Available:        .00   Committed to invoices:        .00     Remaining:       .00

Budget Fees       .00                         Billed Fees            .00   Resp Empl: Elihu Inselbuch
Budget Exp        .00                         Billed Exp       22,135.23   Bill Empl: Elihu Inselbuch
Budget Tot        .00                              Total       22,135.23   Alt Empl:  Elihu Inselbuch


SUMMARY BY EMPLOYEE

                                  ---------A C T U A L---------       ---------B I L L I N G---------   Value At
Empl Init  Name              T/E  Avg Rate  Hours    Amount            Avg Rate   Hours    Amount       Calc Rate
0020 PVL   Peter Van N. Lockwood  E                   319.74                                319.74        .00
0094 JWD   Julie W. Davis         E                    11.68                                 11.68
0120 EI    Elihu Inselbuch        E                    48.19                                 48.19
0999 C&D   Caplin & Drysdale      E                   917.96                                917.96
                     Total Fees:            .00           .00                      .00          .00        .00
                     Total Expenses:               1,297.57                              1,297.57          .00
                     Total Fee+Exp:         .00    1,297.57                      .00     1,297.57          .00


DETAIL BY TIME/EXPENSE, EMPLOYEE

                                     W/E   Trans.    Work                  ---------A C T U A L---------   ---------B I L L I N G---------
Trans  Transaction Description       Code  Date      Empl                  Rate    Hours    Amount         Rate    Hours    Amount    Cumulative

1230,535  ADA Travel; PVNL 9/24 travel  E 15  10/11/01  0020 PVL                                 293.00                              293.00    293.00
          to Philadelphia
          from ADA Travel, Inc.
          000534 AUDIT *
          AP-0067.685:0009  Date:
          10/11/01

1240,810  Equitrac - Long Distance    E 64  11/01/01  0999 C&D                                      .14                                 .14    293.14
1241,130  Xeroxing                    E 54  11/01/01  0999 C&D                                     4.95                                4.95    298.09
1241,131  Xeroxing                    E 54  11/01/01  0999 C&D                                    10.35                               10.35    308.44
1241,132  Equitrac - Photocopy        E 54  11/02/01  0999 C&D                                     6.60                                6.60    315.04
          charges
1241,133  Equitrac - Photocopy        E 54  11/05/01  0999 C&D                                     3.60                                3.60    318.64
          charges
```

12/11/2001
16:08:41

Prebill Control Report

Page 2

Prebill 000001   Subpage   2                                       Client: 4642          Matter: 000
                                                          ----------A C T U A L--------  ---------B I L L I N G---------
Trans    Transaction Description           W/E Trans.    Work
                                           Code Date     Empl        Rate   Hours  Amount    Rate  Hours  Amount  Cumulative

| Trans | Transaction Description | W/E Code | Trans. Date | Work Empl | Amount | Amount | Cumulative |
|---|---|---|---|---|---|---|---|
| 1241,134 | Equitrac - Photocopy charges | E 54 | 11/05/01 | 0999 C&D | 7.80 | 7.80 | 326.44 |
| 1240,372 | Petty Cash; Travel expenses for PVNL in Wilmington on 11/5 From Petty Cash 005317 AUDIT * AP-0068,128.0040 Date: 11/06/01 | E 33 | 11/06/01 | 0020 PVL | 17.00 | 17.00 | 343.44 |
| 1240,373 | Petty Cash; Meals on travel to Wilmington for PVNL on 11/5 From Petty Cash 005317 AUDIT * AP-0068,128.0041 Date: 11/06/01 | E 21 | 11/06/01 | 0020 PVL | 9.74 | 9.74 | 353.18 |
| 1241,135 | Xeroxing | E 54 | 11/06/01 | 0999 C&D | 56.70 | 56.70 | 409.88 |
| 1241,136 | Xeroxing | E 54 | 11/06/01 | 0999 C&D | 1.65 | 1.65 | 411.53 |
| 1241,752 | Equitrac - Photocopy charges | E 54 | 11/07/01 | 0999 C&D | 17.70 | 17.70 | 429.23 |
| 1241,753 | Equitrac - Photocopy charges | E 54 | 11/07/01 | 0999 C&D | 5.40 | 5.40 | 434.63 |
| 1241,754 | Equitrac - Photocopy charges | E 54 | 11/07/01 | 0999 C&D | .60 | .60 | 435.23 |
| 1241,755 | Xeroxing | E 54 | 11/07/01 | 0999 C&D | 9.60 | 9.60 | 444.83 |
| 1242,056 | Long Distance-Equitrac In-House | E 64 | 11/08/01 | 0999 C&D | 1.99 | 1.99 | 446.82 |
| 1242,137 | Xeroxing | E 54 | 11/08/01 | 0999 C&D | .75 | .75 | 447.57 |
| 1242,138 | Equitrac - Photocopy charges | E 54 | 11/08/01 | 0999 C&D | 4.05 | 4.05 | 451.62 |
| 1242,139 | Equitrac - Photocopy charges | E 54 | 11/08/01 | 0999 C&D | 6.75 | 6.75 | 458.37 |
| 1242,457 | Federal Express to Matthew Zaleski from EI on 10/23 From Federal Express 002001 AUDIT * AP-0068,240-0006 Date: 11/09/01 | E 01 | 11/09/01 | 0120 EI | 1.60 | 1.60 | 459.97 |
| 1242,639 | Equitrac - Photocopy charges | E 54 | 11/09/01 | 0999 C&D | 37.50 | 37.50 | 497.47 |
| 1242,640 | Equitrac - Photocopy charges | E 54 | 11/09/01 | 0999 C&D | 66.00 | 66.00 | 563.47 |
| 1242,641 | Equitrac - Photocopy charges | E 54 | 11/09/01 | 0999 C&D | 3.60 | 3.60 | 567.07 |
| 1242,642 | Equitrac - Photocopy charges | E 54 | 11/09/01 | 0999 C&D | .45 | .45 | 567.52 |
| 1242,643 | Equitrac - Photocopy charges | E 54 | 11/09/01 | 0999 C&D | 4.50 | 4.50 | 572.02 |
| 1242,553 | Long Distance-Equitrac | E 64 | 11/10/01 | 0999 C&D | 1.11 | 1.11 | 573.13 |

```
12/11/2001                               Prebill Control Report                                              Page 3
16:08:41

Prebill 000001  Subpage    3                                  Client: 4642              Matter: 000
                                                      ----------A C T U A L----------  ------B I L L I N G------
         Trans Transaction Description    W/E  Trans.    Work
                                          Code  Date   Empl          Rate    Hours      Amount     Rate   Hours    Amount    Cumulative
                In-House
1242,644 Equitrac - Photocopy             E 54 11/10/01 0999 C&D                           1.35                              1.35         574.48
         charges
1242,645 Telecopier/Equitrac              E 62 11/10/01 0999 C&D                           3.00                              3.00         577.48
1242,810 Federal Express to Loreto        E 01 11/12/01 0120 EI                           29.89                             29.89         607.37
         Tersigni from EI on 11/8
         From Federal Express
         002001 AUDIT *
         AP-0058,257:0003  Date:
         11/12/01
1243,090 Long Distance-Equitrac           E 64 11/12/01 0999 C&D                           1.02                              1.02         608.39
         In-House
1243,158 Equitrac - Photocopy             E 54 11/12/01 0999 C&D                            .15                               .15         608.54
         charges
1243,159 Equitrac - Photocopy             E 54 11/12/01 0999 C&D                           6.00                              6.00         614.54
         charges
1243,299 Federal Express to Loreto        E 01 11/13/01 0120 EI                           11.68                             11.68         626.22
         Tersigni from EI on 11/9
         From Federal Express
         002001 AUDIT *
         AP-0058,269:0004  Date:
         11/13/01
1243,735 Xeroxing                         E 54 11/13/01 0999 C&D                           8.55                              8.55         634.77
1243,736 Xeroxing                         E 54 11/13/01 0999 C&D                         185.10                            185.10         819.87
1243,737 Xeroxing                         E 54 11/13/01 0999 C&D                            .30                               .30         820.17
1244,650 Xeroxing                         E 54 11/14/01 0999 C&D                         147.45                            147.45         967.62
1244,651 Equitrac - Photocopy             E 54 11/14/01 0999 C&D                           7.20                              7.20         974.82
         charges
1245,028 CourtLink search charges         E 06 11/15/01 0999 C&D                           8.00                              8.00         982.82
         From CourtLink
         001980 AUDIT *
         AP-0068,339:0007  Date:
         11/15/01
1245,375 Long Distance-Equitrac           E 64 11/15/01 0999 C&D                           1.18                              1.18         984.00
         In-House
1245,446 Equitrac - Photocopy             E 54 11/15/01 0999 C&D                           5.40                              5.40         989.40
         charges
1245,447 Xeroxing                         E 54 11/15/01 0999 C&D                          12.00                             12.00       1,001.40
1245,747 Equitrac - Photocopy             E 54 11/16/01 0999 C&D                           4.50                              4.50       1,005.90
         charges
1245,748 Equitrac - Photocopy             E 54 11/16/01 0999 C&D                          16.05                             16.05       1,021.95
         charges
1245,749 Xeroxing                         E 54 11/16/01 0999 C&D                           1.80                              1.80       1,023.75
1245,750 Equitrac - Photocopy             E 54 11/16/01 0999 C&D                           1.80                              1.80       1,025.55
         charges
1246,154 Long Distance-Equitrac           E 64 11/19/01 0999 C&D                           3.51                              3.51       1,029.06
         In-House
1246,235 Xeroxing                         E 54 11/19/01 0999 C&D                          96.60                             96.60       1,125.66
1246,236 Equitrac - Photocopy             E 54 11/19/01 0999 C&D                            .30                               .30       1,125.96
```

```
12/11/2001                                    Prebill Control Report                                               Page 4
16:08:41

Prebill 000001  Subpage  4                                                Client: 4642              Matter: 000
                                                        ---------A C T U A L---------     --------B I L L I N G--------
           Trans Transaction Description     W/E  Trans.    Work
                                             Code  Date     Empl      Rate  Hours  Amount      Rate  Hours  Amount    Cumulative

1246,237  Xeroxing                           E 54 11/19/01 0999 C&D                  13.80                    13.80    1,139.75
1246,601  Equitrac - Long Distance           E 64 11/20/01 0999 C&D                    .70                      .70    1,140.46
1246,678  Xeroxing                           E 54 11/20/01 0999 C&D                  31.20                    31.20    1,171.66
1246,679  Equitrac - Photocopy charges       E 54 11/20/01 0999 C&D                  27.60                    27.60    1,199.26
1246,680  Xeroxing                           E 54 11/20/01 0999 C&D                   1.95                     1.95    1,201.21
1247,342  Equitrac - Long Distance           E 64 11/21/01 0999 C&D                    .85                      .85    1,202.06
1247,442  Equitrac - Photocopy charges       E 54 11/21/01 0999 C&D                   1.80                     1.80    1,203.86
1247,444  Telecopier/Equitrac                E 62 11/21/01 0999 C&D                   8.85                     8.85    1,212.71
1247,443  Equitrac - Photocopy charges       E 54 11/23/01 0999 C&D                   2.25                     2.25    1,214.96
1247,031  Federal Express delivery to        E 01 11/26/01 0094 JWD                  11.68                    11.68    1,226.64
           R. Jacobs on 11/20
           From Federal Express
           002001 AUDIT *
           AP-0068,538:0005  Date:
           11/26/01
1247,641  Equitrac - Long Distance           E 64 11/26/01 0999 C&D                    .06                      .06    1,226.70
1247,729  Xeroxing                           E 54 11/26/01 0999 C&D                    .60                      .60    1,227.30
1247,730  Equitrac - Photocopy charges       E 54 11/26/01 0999 C&D                   1.20                     1.20    1,228.50
1247,731  Telecopier/Equitrac                E 62 11/26/01 0999 C&D                    .45                      .45    1,228.95
1247,913  Federal Express to Matthew         E 01 11/27/01 0120 EI                    5.02                     5.02    1,233.97
           Zaleski from EI on 11/20
           From Federal Express
           002001 AUDIT *
           AP-0068,547:0006  Date:
           11/27/01
1248,389  Xeroxing                           E 54 11/27/01 0999 C&D                  24.15                    24.15    1,258.12
1248,390  Telecopier/Equitrac                E 62 11/27/01 0999 C&D                   6.00                     6.00    1,264.12
1248,971  Xeroxing                           E 54 11/28/01 0999 C&D                   1.35                     1.35    1,265.47
1250,381  Telecopier/Equitrac                E 62 11/29/01 0999 C&D                  19.50                    19.50    1,284.97
1250,715  Equitrac - Photocopy charges       E 54 11/30/01 0999 C&D                   1.80                     1.80    1,286.77
1250,716  Telecopier/Equitrac                E 62 11/30/01 0999 C&D                  10.80                    10.80    1,297.57

          Total Expense Cards                                                     1,297.57                 1,297.57

          Matter Total Fee                                       .00                   .00       .00            .00
          Matter Total Exp                                       .00              1,297.57       .00       1,297.57
          Matter Total                                           .00              1,297.57       .00       1,297.57
```