**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

December 11, 2001

Invoice No. 0 6 2

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

## RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period November 2, 2001 - November 30, 2001 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni - Managing Director | 14.75 | $5,826.25 |
| Michael Berkin - Managing Director | 18.50 | $7,307.50 |
| Peter Rubsam - Director | 9.00 | $2,700.00 |
| Patrick McArdle - Director | 37.50 | $11,250.00 |
| Dottie-Jo Collins - Manager | 5.00 | $1,125.00 |

| Expenses (see Schedule B) | |
|---|---|
| Telephone, Transportaion, Xerox, Postage, Fax | $148.70 |
| **TOTAL** | **$28,357.45** |

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

December 11, 2001

Invoice No. 0 6 2

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

RE:     W.R. Grace

Summary of Professional Services Rendered:  November 2, 2001 - November 30, 2001

| Name | Schedule | Rate (2001) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $395 | 14.75 | $5,826.25 |
| Michael Berkin | Schedule A | $395 | 18.50 | $7,307.50 |
| Peter Rubsam | Schedule A | $300 | 9.00 | $2,700.00 |
| Patrick McArdle | Schedule A | $300 | 37.50 | $11,250.00 |
| Dottie-Jo Collins | Schedule A | $225 | 5.00 | $1,125.00 |
| **Total Professional Services- Schedule A:** | | | 84.75 | $28,208.75 |
| **Total Out of Pocket Expenses- Schedule B:** | | | | $148.70 |
| **TOTAL DUE THIS INVOICE** | | | | $28,357.45 |

# W.R. Grace

Schedule A

## Loreto T. Tersigni

*Services Rendered during the Period: November 2 - 30, 2001.*

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/2/2001 | Review documents presented by debtor at meeting on November 1, 2001 | 3.50 | $395.00 | $1,382.50 |
| 11/5/2001 | Preparation of engagement summaries and status for counsel | 0.75 | $395.00 | $296.25 |
| 11/5/2001 | Review of business plan | 1.00 | $395.00 | $395.00 |
| 11/7/2001 | Review of monthly operating report and memorandum prepared therewith | 1.00 | $395.00 | $395.00 |
| 11/14/2001 | Review of business plan | 1.00 | $395.00 | $395.00 |
| 11/15/2001 | Review of documents prepared by debtor | 1.50 | $395.00 | $592.50 |
| 11/19/2001 | Meeting with counsel and ACC representatives to discuss valuation and other financial matters | 1.50 | $395.00 | $592.50 |
| 11/23/2001 | Review of monthly operating report | 1.00 | $395.00 | $395.00 |
| 11/26/2001 | Review and analysis of Project Chi acquisition | 3.50 | $395.00 | $1,382.50 |
| | Sub-Total | 14.75 | | $5,826.25 |

## Michael Berkin

*Services Rendered during the Period: November 2 - 30, 2001.*

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/5/2001 | Preparation of memo and attached financial schedules summarizing business plan presented by management on 11/1/01. | 8.00 | $395.00 | $3,160.00 |
| 11/16/2001 | Discuss Project Chi update with debtor advisor and summarize findings | 5.00 | $395.00 | $1,975.00 |
| 11/18/2001 | Preparation for status meeting with ACC | 1.00 | $395.00 | $395.00 |
| 11/19/2001 | Status meeting with ACC | 0.50 | $395.00 | $197.50 |
| 11/29/2001 | Project Chi financial analysis and business valuation | 4.00 | $395.00 | $1,580.00 |
| | Sub-Total | 18.50 | | $7,307.50 |

## Peter Rubsam

*Services Rendered during the Period: November 2 - 30, 2001.*

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/5/2001 | Review business plan and financial data | 6.0 | $300.00 | $1,800.00 |
| 11/16/2001 | Prepare valuation of company for meeting in NYC | 1.0 | $300.00 | $300.00 |
| 11/18/2001 | Update valuation of company-for meeting in NYC | 1.0 | $300.00 | $300.00 |
| 11/19/2001 | Review memo with counsel | 1.0 | $300.00 | $300.00 |
| | Sub-Total | 9.00 | | $2,700.00 |

# W.R. Grace

# Schedule A

## Patrick McArdle

*Services Rendered during the Period: November 2 - 30, 2001.*

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/6/2001 | Read and review monthly financial results of company's past performance | 4.00 | $300.00 | $1,200.00 |
| 11/8/2001 | Review & analyze monthly operating reports, prepare comparative financials | 8.00 | $300.00 | $2,400.00 |
| 11/9/2001 | Review & analyze monthly operating reports, prepare comparative financials | 8.00 | $300.00 | $2,400.00 |
| 11/13/2001 | Review & analyze monthly operating reports, prepare comparative financials | 7.00 | $300.00 | $2,100.00 |
| 11/14/2001 | Review & analyze monthly operating reports, prepare comparative financials | 4.50 | $300.00 | $1,350.00 |
| 11/16/2001 | Review & analyze monthly operating reports, prepare comparative financials | 3.00 | $300.00 | $900.00 |
| 11/27/2001 | Review historical documents regarding ownership structure, prep org. chart | 3.00 | $300.00 | $900.00 |
| | Sub-Total | 37.50 | | $11,250.00 |

## Dottie-Jo Collins

*Services Rendered during the Period: November 2 - 30, 2001.*

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/20-21/01 | Prep for mailing, Business Plan Memo 11-21-01, edit, zerox, assemble, mail | 2.50 | $225.00 | $562.50 |
| 11/30/2001 | Compilation and consolidation of monthly services rendered | 2.50 | $225.00 | $562.50 |
| | Sub-Total | 5.00 | | $1,125.00 |

| | TOTAL Schedule A | 84.75 | | $28,208.75 |
|---|---|---|---|---|

# W. R. Grace

# Schedule B

**Summary of Expenses Incurred by L Tersigni Consulting P.C.
Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---:|
| Telephone - November 2001 | $63.50 |
| Transportation: Taxi in NYC 11-19-01 | $13.55 |
| Transportation: Train TO/FROM Stamford- NYC 11-19-01 | $15.00 |
| Parking at Stamford Train Station 11-19-01 | $4.15 |
| Xerox   11-21-01 ( 340 x $0.10 per page= Business Plan Memo) | $34.00 |
| Postage   11-21-01 ( 18 x $1.00 per envelope= Business Plan Memo) | $17.00 |
| Fax  ( $0.50 per page outbound ) | $1.50 |
| Total Expenses incurred from Nov. 2, 2001  through Nov. 30, 2001 | $148.70 |