**EXHIBIT "A"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF RICK S. MILLER, ESQUIRE

STATE OF DELAWARE     :
                                    :  ss.
NEW CASTLE COUNTY  :

RICK S. MILLER, ESQUIRE, being duly sworn, deposes and says:

1. I am an associate of the firm of Ferry & Joseph, P.A. ("applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants ("the PD Committee").

2. I have read the foregoing application and know the contents thereof. The contents are true and correct to the best of my knowledge. I have personally performed many of the legal services rendered by applicant and am thoroughly familiar with all other work performed on behalf of the debtor by the attorneys and paraprofessionals in my firm. All of the services for which compensation is sought herein were rendered for an on behalf of the PD Committee solely in connection with these cases.

3. In accordance with Bankruptcy Rule 2016(a) and Section 504 of the Bankruptcy Code, no agreement or understanding exists between applicant and any other person for the sharing of compensation to be received in connection with this case.

_____
Rick S. Miller, Esquire

SWORN TO AND SUBSCRIBED before me this 2 day of January, 2002.

_____
Notary Public

DIANE R. SACCONEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 23, 2002