**EXHIBIT "B"**

SUMMARY OF PRINCIPAL SERVICES PERFORMED FOR THE PERIOD
October 1, 2001 THROUGH November 30,2001

Category 1 - Case Administration/General - 50.1 Hours ($8,085.50 )

This category includes time expended in reviewing each of the motions, pleadings and other papers filed by the debtors and other parties-in-interest, analyzing the legal issues, and when asked, providing recommendations on the matters to the Committee.   Also includes reviewing Committee filings for conformity with Delaware practice and counseling the Committee on such matters.

Category 2 - Fee Applications - 16.0 Hours ($1,596.50)

This category includes time expended in preparing monthly fee applications including a narrative section summarizing the services rendered by applicant and compiling expense schedules.

Category 3 - Litigation - 17.1 Hours ($3,420.00 )

This category includes time expended in thoroughly reviewing the various pleadings and papers filed by and against the debtors including those which may have an impact on the conduct of related asbestos actions against the non-debtor third parties; as well as reviewing and preparing for other related issues and evaluating the numerous issues surrounding the validity and quantification of asbestos liability claims.

Category 4 - Retention of Professionals - 6.5 Hours ($1,240.00 )

This category includes time expended in assisting in the preparation and filing of retention applications for Committee professionals and obtaining Court approval of said retention applications.

Category 5 - Committee Meetings and Conferences - 9.9 Hours ($1,863.00)

This category includes time expended in attending Committee tele-conferences and meetings. Preparations including review of pending matters and underlying documentation in connection therewith.

Category 6 - Court Hearings -  .6  Hours ($120.00 )

This category includes time expended in attending Court hearings.

Category 7 - Travel Time -  0.00  Hours ($0.00 )

This category includes time expended in traveling to and from Committee meetings.