**EXHIBIT "C"**

Time expended by Ferry & Joseph, P.A.:

**T. Tacconeli:**

| Date | Description of services provided | Hrs. | Amount |
|------|----------------------------------|------|--------|
| 10/01/01 | Review correspondence re: e-mail from J. Sakalo, Esq. re: certification of counsel re: Docket nos. 609,882 & 883<br>*Case Administration/General* | .10 | $20.00 |
| | Revise certification of counsel re: Docket nos. 609, 882 & 883<br>*Case Administration/General* | .10 | $20.00 |
| 10/02/01 | File certificate of counsel re: Docket nos. 609, 882 & 883<br>*Case Administration/General* | .20 | $40.00 |
| | Prepare e-mail to J. Sakalo, Esq. re: cert. of counsel re: Docket nos. 609, 882 & 883<br>*Case Administration/General* | .10 | $20.00 |
| 10/03/01 | Review pleading re: Motion to Retain Claims Agent<br>*Case Administration/General* | .10 | $20.00 |
| | Prepare e-mail to J. Sakalo re: Motion to Appoint Claims Agent<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Certification of Counsel re: Docket no. 815<br>*Case Administration/General* | .10 | $20.00 |
| | Review e-mail from J. Sakalo re: Motion to Appoint Claims Agent<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Stipulation Resolving Motion of First Union<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: July Fee Application for Pitney Hardin<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: 1st Interim fee Application of L. Tersigni<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: 1st Interim Fee Application for Legal Analysis<br>*Case Administration/General* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Review pleading re: DELCO's Motion to Compel Assumption/Rejection of Lease<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Cert. of Counsel re: Docket no. 826<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Reed Smith Fee Application for August 2001<br>*Case Administration/General* | .10 | $20.00 |
| 10/04/01 | Tele-conference with Committee<br>*Committee Meetings and Conferences* | .50 | $100.00 |
| | Tele-conference with T. Hilsee re: status of the case<br>*Case Administration/General* | .10 | $20.00 |
| 10/05/01 | Prepare e-mail to S. Baena re: case status<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: K&E Fee App. for August, 2001<br>*Case Administration/General* | .20 | $40.00 |
| | Prepare e-mail to S. Baena re: case status<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with Bankruptcy Court clerk re: new hearing dates<br>*Case Administration/General* | .10 | $20.00 |
| | Prepare e-mail to S. Baena re: new hearing dates<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: FIT Policano August, 2001 fee app.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: R.L. Tersigni August, 2001 fee app.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Caplin & Drysdale August, 2001 fee app.<br>*Case Administration/General* | .20 | $40.00 |
| | Review pleading re:Campbell & Levine August, 2001 fee app.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: combined monthly fee application for Kramer, Levin<br>*Case Administration/General* | .20 | $40.00 |

| | | | |
|---|---|---|---|
| | Review pleading re: 1st supplemental affidavit of M. Zaleski<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Stroock August, 2001 fee app.<br>*Case Administration/General* | .20 | $40.00 |
| 10/06/01 | Prepare e-mail to S. Baena re: Acting U.S. Trustee<br>*Case Administration/General* | .10 | $20.00 |
| 10/08/01 | Prepare e-mail to S. Baena re: acting U.S. Trustee<br>*Case Administration/General* | .20 | $40.00 |
| | Review pleading re: Motion to Approve Stipulation with State of Washington<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Withdrawal of Opposition of Nitro, Inc. to Reclamation Motion<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace A-B, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace A-B II, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace Chemical Company of Cuba<br>*Case Administration/General* | .10 | $20.00 |
| 10/09/01 | Review Statement of Financial Affairs and Schedules re: Grace Culinary Systems, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace Energy Corp.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace Grilling Company<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with scheduling clerk re: new omnibus hearing dates<br>*Case Administration/General* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Prepare e-mail to S. Baena re: new omnibus hearing dates<br>*Case Administration/General* | .10 | $20.00 |
| 10/10/01 | Tele-conference with scheduling clerk re: omnibus hearing dates<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs & Schedules re: Grace Environmental, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs & Schedules re: Grace Europe, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs & Schedules re: Grace H-G, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Call to J. Sakolo, Esq. re: omnibus hearing date<br>*Case Administration/General* | .10 | $20.00 |
| | Review correspondence re: e-mail from A. Knowles re: Committee tele-conference<br>*Committee Meetings and Conferences* | .10 | $20.00 |
| 10/11/01 | Review Statement of Financial Affairs and Schedules re: Grace H-G II, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace Hotel Services Corp.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace International Holdings, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with Committee<br>*Committee Meetings and Conferences* | .40 | $80.00 |
| | Review e-mail from J. Sakalo re: retention of McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: retention of McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| 10/12/01 | Review correspondence re: e-mail from L. LeClair re: retention of McCool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Tele-conference with T. Hilsee re: Case Status<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo, Esq. re: retention of McCool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Review correspondence re: e-mail from L. LeClair re: retention of McCool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Review correspondence re: Letter from D. Scott re: retention of McCool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| 10/13/01 | Review Statement of Financial Affairs and Schedules re: Grace Offshore Co.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace PAR Corporation<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace Petroleum Libya, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Jt. Application to Retain McCool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .20 | $40.00 |
| | Revise Joint Application to Retain McCool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .50 | $100.00 |
| | Prepare Notice to Motion re: Retention of McCool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .30 | $60.00 |
| 10/14/01 | Review pleading re: Pachulski, Stang July, 2001 fee app.<br>*Case Administration/General* | .10 | $20.00 |

| 10/15/01 | Review Statement of Financial Affairs and Schedules re: Grace Tarpon Investors, Inc. *Case Administration/General* | .10 | $20.00 |
|---|---|---|---|
| | Review Statement of Financial Affairs and Schedules re: Grace Ventures Corp. *Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace Washington, Inc. *Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: WR Grace Capital Corp. *Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Grace Land Corp. *Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: I Gracoal, Inc. *Case Administration/General* | .10 | $20.00 |
| | Tele-conference with M. Zaleski re: Joint Application to Retain McKool Smith and Cozen & O'Connor *Retention of Professionals* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Gracoal II, Inc. *Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Guanica-Caribe Land Development Corp. *Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Hanover Square Corp. *Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Homco International, Inc. *Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Kootenai Development Co. *Case Administration/General* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Review Statement of Financial Affairs and Schedules re: LB Realty, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with M. Zaleski re: Joint Application for Retention of McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Joint Application for Retention of McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Review correspondence re: Revised Joint Application for Retention of McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Revise Joint Application for Retention of McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .30 | $60.00 |
| | Tele-conference with J. Jones re: Certification of Counsel re: Conway Del Genio Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| 10/16/01 | Review correspondence re: e-mail from J. Jones re: Cert. of Counsel re: Conway Del Genio Retention Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review correspondence re: e-mail from J. Jones re: Cert. of Counsel re: Conway Del Genio Retention Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review and revise Cert. of Counsel re: Conway Del Genio Retention Application<br>*Case Administration/General* | .30 | $60.00 |
| | Review Statement of Financial Affairs and Schedules re: Litigation Management, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Monolith Enterprises, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Monroe Street, Inc.<br>*Case Administration/General* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Review correspondence re: Affidavit of L. LeClair<br>*Litigation* | .10 | $20.00 |
| | Prepare and file Cert. of Counsel re: Conway Del Genio<br>Retention Application<br>*Case Administration/General* | .50 | $100.00 |
| | Tele-conference with J. Sakalo re: Joint Application to Retain<br>McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Joint Application to Retain<br>McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Retrieve voice mail message from L. LeClair re: Joint<br>Application to Retain McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| 10/17/01 | Review e-mail from L. LeClair re: Joint Application to Retain<br>McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Tele-conference with M. Zaleski re: Joint Application to Retain<br>McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Prepare e-mail to M. Zaleski re: Joint Application to Retain<br>McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .10 | $20.00 |
| | Tele-conference with J. Boyer re: Conway Del Genio Fee<br>Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review correspondence re: letter from N. Colton re: Affidavit of<br>Patrick O'Connor<br>*Litigation* | .10 | $20.00 |
| | Review Affidavit of Patrick O'Connor<br>*Litigation* | .10 | $20.00 |
| | Review correspondence re: letter from L. LeClair re: LeClair<br>Affidavit<br>*Litigation* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Review Affidavit of Lewis LeClair<br>*Litigation* | .10 | $20.00 |
| | Revise Joint Application to Retain McKool Smith and Cozen & O'Connor<br>*Retention of Professionals* | .50 | $100.00 |
| | Review correspondence re: e-mail from M. Zaleski re: Joint Application Order<br>*Retention of Professionals* | .10 | $20.00 |
| | Review Joint Application Order<br>*Retention of Professionals* | .10 | $20.00 |
| | Revise Joint Application Order<br>*Retention of Professionals* | .10 | $20.00 |
| | Review e-mail from S. Baena re: Joint Application Order<br>*Retention of Professionals* | .10 | $20.00 |
| | Prepare Affidavit of Lewis LeClair for filing<br>*Litigation* | .20 | $40.00 |
| | Prepare Affidavit of Patrick O'Connor for filing<br>*Litigation* | .20 | $40.00 |
| | File and serve Joint Application to Retain Cozen & O'Connor and McKool Smith<br>*Retention of Professionals* | 1.8 | $360.00 |
| | Tele-conference with J. Sakalo re: Joint Application to Retain Cozen & O'Connor and McKool Smith<br>*Retention of Professionals* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: M.R.A. Holdings Corp.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: M.R.A. Intermedco<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: M.R.A. Staffing Systems, Inc.<br>*Case Administration/General* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Review Cert. of No Objection re: Docket no. 960<br>*Case Administration/General* | .10 | $20.00 |
| | Review Cert. of No Objection re: Docket no. 961<br>*Case Administration/General* | .10 | $20.00 |
| 10/18/01 | Prepare letter to J. Sakalo re: Joint Application to Retain Cozen & O'Connor and McKool Smith<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Conway Del Genio Retention Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Remedium Group, Inc.<br>*Case Administration/General* | .20 | $40.00 |
| | Review Statement of Financial Affairs and Schedules re: Southern Oil, Resin and Fiber-glass, Inc.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Water Street Corp.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Axial Basin Ranch Co.<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with Committee<br>*Committee Meetings and Conferences* | .30 | $60.00 |
| 10/19/01 | Review Statement of Financial Affairs and Schedules re: CC Partners<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: Hayden-Gulch, West Coal Co.<br>*Case Administration/General* | .10 | $20.00 |
| | Review Statement of Financial Affairs and Schedules re: H-G Coal Company<br>*Case Administration/General* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| 10/22/01 | Tele-conference with G. Boyer re: Conway Del Genio Retention Application<br>*Case Administration/General* | .10 | $20.00 |
| 10/24/01 | Tele-conference with G. Boyer re: Conway Del Genio Retention Application<br>*Case Administration/General* | .10 | $20.00 |
| | Call to clerk re: Conway Del Genio Retention Application<br>*Case Administration/General* | .10 | $20.00 |
| 10/25/01 | Review Order re: Conway Del Genio Retention<br>*Case Administration/General* | .10 | $20.00 |
| | Review correspondence re: e-mail from J. Sakalo re: Conway Del Genio Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleadings re: Blackstone August, 2001 Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with M. Zaleski re: Joint Motion<br>*Litigation* | .20 | $40.00 |
| | Tele-conference with Committee<br>*Committee Meetings and Conferences* | .40 | $80.00 |
| | Tele-conference with M. Zaleski re: Joint Motion<br>*Retention of Professionals* | .10 | $20.00 |
| | Review Notice of Hearing re: Joint Motion<br>*Retention of Professionals* | .10 | $20.00 |
| | Tele-conference with D. Katz re: Conway Del Genio Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| | Review correspondence re: exhibits to Conway Del Genio Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| 10/26/01 | Prepare e-mail to J. Sakalo re: CDG Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Statement of Debtors in Connection with Affid. of E. Inselbuch, Esq.<br>*Case Administration/General* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Review pleading re: Fee Application of Nelson Mullins Riley (May/June 2001)<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Debtors' Statement of Amount Paid to Ordinary Course Professionals<br>*Case Administration/General* | .10 | $20.00 |
| | Review correspondence re: e-mail from D. Katz re: CDG Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Nelson Mullins Riley August, 2001 Fee Application<br>*Case Administration/General* | .20 | $40.00 |
| | Review pleading re: Nelson Mullins Riley July, 2001 Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Caterpillar Financial Services Motion for Payment of Administrative Expense Claim<br>*Case Administration/General* | .10 | $20.00 |
| | Prepare and file CDG Fee Application<br>*Case Administration/General* | 1.0 | $200.00 |
| | Prepare letter to J. Sakalo re: CDG Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Prepare letter to M. Gries re: CDG Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| 10/28/01 | Review correspondence re: e-mail from J. Sakalo re: Amendment to Committee By-Laws<br>*Case Administration/General* | .10 | $20.00 |
| 10/29/01 | Review e-mail from D. Katz re: Debtors' Third Quarter Report<br>*Case Administration/General* | .10 | $20.00 |
| 10/31/01 | Tele-conference with J. Sakalo re: 11/5/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
| 11/01/01 | Tele-conference with Committee<br>*Committee Meetings and Conferences* | .40 | $80.00 |
| | Review pleading re: Motion of IRS Relief from Stay<br>*Case Administration/General* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Review Agenda for 11/5/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
| | Review correspondence re: e-mail from J. Sakalo re: 11/5/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
| 11/02/01 | Prepare e-mail to S. Baena re: Joint Motion<br>*Retention of Professionals* | .10 | $20.00 |
| 11/03/01 | Prepare e-mail to S. Baena re: 11/5/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
| 11/05/01 | Review pleading re: Toyota Motor Credit Motion for Relief from Stay<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Wallace King August, 2001 fee application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Supplemental Application re: Employment of E. Warren by PI Committee<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Debtors' Motion to Approve Consent Decree with DPA<br>*Case Administration/General* | .10 | $20.00 |
| | Attend Bankruptcy Court Hearing<br>*Court Hearings* | .60 | $120.00 |
| 11/06/01 | Review correspondence re: e-mail from Scott Baena re: 11/05/01<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with T. Hilsee re: 11/21/01 hearing<br>*Litigation* | .10 | $20.00 |
| | Review correspondence re: e-mail from Committee co-chair re: Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: 11/05/01 hearing<br>*Litigation* | .10 | $20.00 |
| 11/07/01 | Review e-mail from S. Baena re: Case Management Motion<br>*Litigation* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Prepare e-mail to S. Baena re: Case Management Motion<br>*Litigation* | .50 | $100.00 |
| | Review correspondence re: e-mail from Committee Co-Chair re:<br>Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to Committee Co-Chair re: Case Management<br>Motion<br>*Litigation* | .20 | $40.00 |
| | Review pleading re: Reed Smith September, 2001 Fee App.<br>*Case Administration/General* | .20 | $40.00 |
| | Review pleading re: Equity Holder's Response to Case<br>Management Motion<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Debtors' Opposition to Exxon Mobile<br>Motion for Summary Judgment<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Creditor's Committee Opposition to Joint<br>Motion to Hire McCool Smith and Cozen & O'Connor<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Debtors' Opposition to Joint Motion to Hire<br>McCool Smith and Cozen & O'Connor<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Debtors' Quarterly Report of Settlements<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: K & E's September, 2001 Fee App.<br>*Case Administration/General* | .30 | $60.00 |
| | Review pleading re: Pitney Hardin August, 2001 Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| 11/08/01 | Review e-mail from Committee Co-Chair re: Case Management<br>Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to Committee Co-Chairman re: Case<br>Management Motion<br>*Litigation* | .20 | $40.00 |

| | | | |
|---|---|---|---|
| | Review 11/05/01 hearing transcript<br>*Litigation* | .20 | $40.00 |
| | Review transcript from 11/05/01 hearing for Armstrong World Industries<br>*Litigation* | .30 | $60.00 |
| | Tele-conference with J. Sakalo re: 11/05/01 Armstrong World Industries hearing transcript<br>*Litigation* | .10 | $20.00 |
| | Prepare letter to J. Sakalo re: transcript of 11/05/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
| | Review e-mail from J. Sakalo re: Bilzin Fee Application and Committee Reimbursement Request<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with Committee<br>*Committee Meetings and Conferences* | 2.0 | $400.00 |
| | Prepare e-mail to S. Baena re: transcripts of 11/5/01 hearings in W.R. Grace and Armstrong World Industries<br>*Litigation* | .20 | $40.00 |
| | Review correspondence re: e-mail from S. Baena re: W.R. Grace and Armstrong World Industries 11/05/01 hearing transcripts<br>*Litigation* | .10 | $20.00 |
| 11/09/01 | Retrieve voice mail message from J. Sakalo re: discovery re: Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Discovery re: Case Management Motion<br>*Litigation* | .40 | $80.00 |
| | Tele-conference with J. Sakalo re: Discovery re: Case Management Motion<br>*Litigation* | .10 | $20.00 |
| 11/10/01 | Review pleading re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | 1.2 | $240.00 |

| | | | |
|---|---|---|---|
| | Prepare e-mail to S. Baena re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Review e-mail from S. Baena re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Review e-mail from S. Baena re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to S. Baena re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to S. Baena re: Debtors' Omnibus Reply to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to S. Baena re: Debtors' Omnibus Reply to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with S. Baena re: Debtors' Omnibus Reply to Objections to Case Management Motion/Discovery<br>*Litigation* | .50 | $100.00 |
| | Prepare e-mail to T. Hilsee re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Call to T. Hilsee re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Review correspondence re: Letter from D. Bernick to S. Baena re: Discovery<br>*Litigation* | .10 | $20.00 |
| | Review correspondence re: Letter from D. Bernick to P. Lockwood re: Testimony/Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to Committee Co-Chair re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Prepare e-mail to Committee Co-Chair re: Exhibits to Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to Committee Co-Chair re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to Committee Co-Chair re: Exhibits to Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to M. Dies (Committee Member) re: Exhibits to Debtors' Omnibus Reply to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to T. Sobol (Committee Member) re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to T. Sobol (Committee Member) re: Exhibits to Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| 11/12/01 | Review e-mail from J. Sakalo, Esq. re: Debtors' Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare letter to J. Sakalo re: Bilzin Fee Applications and Committee's Reimbursement Application<br>*Case Administration/General* | .10 | $20.00 |
| | Prepare Motion Pro Hac Vice for Robert Turken, Esq.<br>*Case Administration/General* | .10 | $20.00 |
| | Prepare e-mail to R. Turken re: Motion for Pro Hac Vice<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with T. Hilsee re: document production<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with Todd Hilsee's office re: document production<br>*Litigation* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Review e-mail from Scott Baena to D. Bernick re: Case Management Motion Discovery<br>*Litigation* | .10 | $20.00 |
| | Review pleading re: Notice of Depositions for 11/15/01 and 11/16/01<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to S. Baena re: Notice of Depositions for 11/15/01 and 11/16/01<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Document Production re: Case Management Motion<br>*Litigation* | .10 | $20.00 |
| 11/13/01 | Review e-mail from S. Baena re: local rules re: depositions<br>*Litigation* | .10 | $20.00 |
| | Review local rules re: depositions<br>*Litigation* | .20 | $40.00 |
| | Prepare e-mail to S. Baena re: local rules re: depositions<br>*Litigation* | .30 | $60.00 |
| | Tele-conference with S. Baena re: Case Management Motion for Discovery<br>*Litigation* | .20 | $40.00 |
| | Review correspondence re: letter from J. Sakalo to J. Baer re: Case Management Motion for Discovery<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to J. Sakalo re: Case Management Motion for Discovery<br>*Litigation* | .20 | $40.00 |
| | Review correspondence re: e-mail from T. Hilsee to S. Baena re: Debtors Omnibus Reply to Objections to Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Review correspondence re: documents from T. Hilsee<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with T. Hilsee's office re: document production<br>*Litigation* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Confer with R. Miller re: Hilsee document production<br>*Litigation* | .30 | $60.00 |
| | Review correspondence re: e-mail from S. Baena re: discovery dispute<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to S. Baena re: discovery dispute<br>*Litigation* | .20 | $40.00 |
| | Tele-conference with T. Hilsee re: document production<br>*Litigation* | .40 | $80.00 |
| | Tele-conference with J. Sakalo re: discovery dispute<br>*Litigation* | .10 | $20.00 |
| | Review correspondence re: e-mail from S. Baena re: discovery dispute<br>*Litigation* | .10 | $20.00 |
| | Review draft of Motion for Protective Order<br>*Litigation* | .10 | $20.00 |
| | Call to J. Sakalo re: Motion for Protective Order<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: document production<br>*Litigation* | .10 | $20.00 |
| | Prepare Hilsee documents for production<br>*Litigation* | .10 | $20.00 |
| 11/14/01 | Review e-mail from S. Baena re: Case Management Motion<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Case Management Motion, discovery<br>*Litigation* | .10 | $20.00 |
| | Review correspondence re: letter from J. Sakalo to J. Bear re: Case Management Motion, discovery<br>*Litigation* | .10 | $20.00 |
| | Tele-conference to T. Currier re: document production<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with M. Lastowski re: document production<br>*Litigation* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Prepare letter to J. Sakalo re: Hilsee document production<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with T. Currier re: document production<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Case Management discovery<br>*Litigation* | .20 | $40.00 |
| 11/15/01 | Review e-mail from J. Sakalo re: Motion for protective order<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with Committee<br>*Committee Meetings and Conferences* | 1.0 | $200.00 |
| 11/16/01 | Review response to Motion for Protective Order<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to S. Baena re: Response to Motion for Protection Order<br>*Litigation* | .10 | $20.00 |
| | Review Docket<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with A. Danzeisen re: Response to Motion for Protective Order<br>*Litigation* | .10 | $20.00 |
| | Review correspondence from A. Danzeisen re: Response to Motion for Protective Order<br>*Litigation* | .10 | $20.00 |
| | Review and revise Cert. of No Objection re: CDG Fee App.<br>*Case Administration/General* | .20 | $40.00 |
| | File and serve Cert. of No Objection re: CDG Fee App.<br>*Case Administration/General* | .20 | $40.00 |
| 11/17/01 | Review pleading re: Zai Motion and Memorandum to Dismiss Case<br>*Litigation* | .80 | $160.00 |
| | Prepare e-mail to S. Baena re: Zai Motion and Memorandum to Discuss Case<br>*Litigation* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Tele-conference with J. Sakalo re: Zai Motion and Memorandum to Dismiss Case<br>*Litigation* | .20 | $40.00 |
| | Prepare e-mail to S. Baena re: Zai Motion and Memorandum to Dismiss Case<br>*Litigation* | .10 | $20.00 |
| | Review correspondence re: e-mail from S. Baena re: Zai Motion and Memorandum to Dismiss Case<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to S. Baena and J. Sakalo re: Zai Motion and Memorandum to Dismiss Case<br>*Litigation* | .10 | $20.00 |
| | Review correspondence re: e-mail from S. Baena to Committee re: Zai Motion and Memorandum to Dismiss Case<br>*Litigation* | .10 | $20.00 |
| | Scan Memorandum in Support of Zai's Motion to Dismiss Case<br>*Litigation* | .30 | $60.00 |
| | Review correspondence re: e-mail from S. Baena to Committee re: Adversary Complaint for Class Certification<br>*Litigation* | .10 | $20.00 |
| | Review e-mail from J. Sakalo re: Expert Depositions<br>*Litigation* | .10 | $20.00 |
| 11/19/01 | Tele-conference with J. Sakalo re: affidavits of Rabinowitz and Hilton<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with W. Sullivan, Esq. re: Class Certification Motion<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to J. Sakalo re: Motion for Class Certification<br>*Litigation* | .10 | $20.00 |
| | Review pleading re: agenda for 11/21/01 hearing<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Rabinowitz and Hilton Affidavits<br>*Litigation* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Tele-conference with J. Sakalo re: Rabinowitz and Hilton Affidavits<br>*Litigation* | .10 | $20.00 |
| | Review pleading re: United States Trustee's Statement Regarding Case Management Motion<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Rabinowitz Affidavit<br>*Litigation* | .10 | $20.00 |
| 11/20/01 | Review Hilton Affidavit<br>*Litigation* | .30 | $60.00 |
| | Review Rabinowitz Affidavit<br>*Litigation* | .20 | $40.00 |
| | Tele-conference with J. Sakalo re: 11/21/01 hearing<br>*Litigation* | .20 | $40.00 |
| | Review order re: 11/21/01 hearing<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Order re: 11/21/01<br>*Litigation* | .10 | $20.00 |
| 11/21/01 | Review e-mail from A. Danzeisen re: 11/21/01 hearing<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: 11/21/01 hearing<br>*Litigation* | .10 | $20.00 |
| | Retrieve voice mail message from D.W. Carickhoff, Jr., Esq. re: 11/21/01 hearing<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with S. Baena re: 11/21/01 hearing<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with Judge Farnan's Bankruptcy Clerk re: 11/21/01 hearing<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with D.W. Carickhoff, Jr., Esq. re: 11/21/01 hearing<br>*Litigation* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Tele-conference with Judge Farnan's Bankruptcy Clerk re: 11/21/01 hearing<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with S. Baena re: 11/21/01 hearing and status of case<br>*Litigation* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: case status<br>*Case Administration/General* | .10 | $20.00 |
| 11/23/01 | Review pleading re: Caplan Drysdale Second Interim Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Campbell Levine September, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Reed Smith First Quarterly Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Motion to Retain Klett Rooney as Co-counsel for the Equity Committee<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Stroock & Stroock September, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Pachulski, Stang, et al. July, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Pachulski, Stang, et al. August, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading Pitney Hardin July, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Kirkland & Ellis August, 2001 and Quarterly Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Revised Order re: Reclamation Claims<br>*Case Administration/General* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Review pleading re: Stroock & Stroock Second Quarterly Interim Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: First Quarterly Fee Application of Holme Roberts<br>*Case Administration/General* | .20 | $40.00 |
| | Review pleading re: Debtors's Objection to Application by P.I. Committee to Retain E. Warren<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Debtors' Stipulation with Gelco Corp.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Debtors' Application to Employ Steptoe and Johnson<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: 6th Supplemental Affidavit of J. Sprayragen, Esq.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Debtors' Motion to Clarify Ordinary Course Order<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Debtors' Opposition to T. Kane's Motion for Relief<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Pachulski, Stang, et al. September, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Prepare e-mail to J. Sakalo re: Debtors' Motion to Clarify Ordinary Course Order<br>*Case Administration/General* | .10 | $20.00 |
| 11/27/01 | Review pleading re: Blackstone Group's September, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: ZAI Adversary Complaint<br>*Case Administration/General* | .20 | $40.00 |

| | | | |
|---|---|---|---|
| | Review pleading re: ZAI Memorandum in Support of Adversary Complaint<br>*Case Administration/General* | .20 | $40.00 |
| | Review pleading re: FTI Policano's September, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with Judge Becker<br>*Case Administration/General* | .30 | $60.00 |
| | Call to S. Baena Re: Tele-conference with Judge Becker<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: tele-conference with Judge Becker<br>*Case Administration/General* | .10 | $20.00 |
| 11/28/01 | Tele-conference with J. Sakalo re: Order Designating District Judge for Service in Another District<br>*Case Administration/General* | .10 | $20.00 |
| | Review Order Designating District Judge for Service in Another District<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with J. Winner re: Orders<br>*Case Administration/General* | .10 | $20.00 |
| | Review e-mail from S. Baena re: Judge Wolin<br>*Case Administration/General* | .10 | $20.00 |
| | Prepare e-mail to J. Sakalo re: Order transferring case<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with D. Katz re: Case Status<br>*Case Administration/General* | .10 | $20.00 |
| 11/29/01 | Review e-mail from S. Baena re: Judge Wolin<br>*Case Administration/General* | .10 | $20.00 |
| | Review e-mail from J. Sakalo re: Bilzin September, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: 12/19/01 hearing<br>*Case Administration/General* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Call to J. Winner re: 12/19/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
| | Review e-mail from J. Sakalo re: tele-conference with Judge Becker<br>*Case Administration/General* | .10 | $20.00 |
| | Review CDG Second Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with Committee<br>*Committee Meetings and Conferences* | .90 | $180.00 |
| | Review Order re: Transfer of Case<br>*Case Administration/General* | .10 | $20.00 |
| | Prepare e-mail to S. Baena re: Order Transferring Case<br>*Case Administration/General* | .10 | $20.00 |
| | Review letter from Judge Fitzgerald<br>*Case Administration/General* | .10 | $20.00 |
| 11/30/01 | Tele-conference with R. Miller re: 12/19/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
| | **Subtotal:** | **50.9** | **$10,180.00** |


**R. Miller:**

| Date | Description of services provided | Hrs. | Amount |
|---|---|---|---|
| 10/01/01 | Review 5th Fee Application; confer with LLC<br>*Fee Applications* | .30 | $48.00 |
| | E-file 5th Fee Application<br>*Fee Applications* | .50 | $80.00 |
| 10/04/01 | Attend Committee Tele-conference<br>*Committee Meetings and Conferences* | .50 | $80.00 |
| 10/11/01 | Confer with LLC re: evidentiary case law<br>*Case Administration/General* | .30 | $48.00 |
| 10/11/01 | Attend Committee Tele-conference<br>*Committee Meetings and Conferences* | .20 | $32.00 |

| 10/18/01 | Attend Committee Tele-conference<br>*Committee Meetings and Conferences* | .20 | $32.00 |
|---|---|---|---|
| 10/23/01 | Review and file CNO regarding 5th Fee Application<br>*Fee Applications* | .20 | $32.00 |
| 10/25/01 | Attend Committee Tele-conference<br>*Committee Meetings and Conferences* | .40 | $64.00 |
| 10/26/01 | E-mail correspondence with J. Sakalo re: Equity Committee Response<br>*Case Administration/General* | .20 | $32.00 |
| | Confer with TJT re: filing of professionals fee application<br>*Case Administration/General* | .20 | $32.00 |
| 10/29/01 | E-mail to J. Sakalo re: Debtors' Response to Employment Application<br>*Case Administration/General* | .10 | $16.00 |
| | Review Debtors' Response to Employment Application<br>*Case Administration/General* | .20 | $32.00 |
| 10/30/01 | Review 6th Monthly Fee Application<br>*Fee Applications* | .20 | $32.00 |
| | File 6th Monthly Fee Application<br>*Fee Applications* | .40 | $64.00 |
| | Review 2nd Interim Fee Application and confer with LLC<br>*Fee Applications* | .50 | $80.00 |
| 10/31/01 | File 2nd Interim Fee Application<br>*Fee Applications* | 1.5 | $240.00 |
| 11/08/01 | Attend Committee Tele-conference<br>*Committee Meetings and Conferences* | 2.0 | $350.00 |
| 11/09/01 | Confer with TJT re: expert document production<br>*Case Administration/General* | .20 | $35.00 |
| 11/12/01 | Review Debtors' Reply to CMO objections<br>*Case Administration/General* | .50 | $87.50 |
| | Confer with TJT re: document production<br>*Case Administration/General* | .20 | $35.00 |

| | | | |
|---|---|---|---|
| | Review Notice of Deposition<br>*Case Administration/General* | .10 | $17.50 |
| | Confer with TJT re: Deposition Notices<br>*Case Administration/General* | .20 | $35.00 |
| 11/13/01 | Confer with TJT re: Motion for Protective Order<br>*Case Administration/General* | .30 | $52.50 |
| | Review documents produced for Hilsee Deposition<br>*Case Administration/General* | 1.5 | $262.50 |
| | Prepare Motion for Protective Order<br>*Case Administration/General* | 4.5 | $787.50 |
| 11/14/01 | File Motion for Protective Order; e-mail to S. Baena<br>*Case Administration/General* | .40 | $70.00 |
| 11/15/01 | Attend Committee tele-conference<br>*Committee Meetings and Conferences* | .60 | $105.00 |
| 11/16/01 | Confer with TJT; review response to Protection Order<br>*Case Administration/General* | .20 | $35.00 |
| 11/19/01 | Review ZAI Plaintiff's Motion to Dismiss<br>*Case Administration/General* | .60 | $105.00 |
| 11/20/01 | Prepare, file and serve Affidavits for CMO Hearing<br>*Case Administration/General* | 5.0 | $875.00 |
| 11/21/01 | Confer with TJT and MBJ re: transfer of case<br>*Case Administration/General* | .50 | $87.50 |
| 11/26/01 | Confer with LLC re: CNO's for Fee Applications<br>*Fee Applications* | .30 | $52.50 |
| 11/27/01 | Confer with TJT re: scheduling matters<br>*Case Administration/General* | .30 | $52.50 |
| 11/29/01 | Confer with TJT re: reassignment of case<br>*Case Administration/General* | .30 | $52.50 |
| 11/30/01 | Confer with MBJ re: Court Scheduling Order<br>*Case Administration/General* | .30 | $52.50 |
| | Tele-conference with J. Sakalo re: scheduling<br>*Case Administration/General* | .20 | $35.00 |
| | | **Subtotal:** 24.1 | **$4,129.00** |

**L. Coggins:**

| Date | Description of services provided | Hrs. | Amount |
|---|---|---|---|
| 10/01/01 | Prepare exhibits to 5th Fee Application<br>*Fee Applications* | .50 | $40.00 |
| | Draft and revise 5th Fee Application<br>*Fee Applications* | 1.0 | $80.00 |
| | Revise 5th Fee Application<br>*Fee Applications* | .40 | $32.00 |
| | Prepare 5th Fee Application and exhibits for e-filing<br>*Fee Applications* | .30 | $24.00 |
| 10/05/01 | Legal research re: Daubert Standard<br>*Case Administration/General* | 1.0 | $80.00 |
| 10/11/01 | Legal research re: Daubert Standard<br>*Case Administration/General* | .50 | $40.00 |
| 10/15/01 | Research prior District Court opinions re: Daubert Standard<br>*Case Administration/General* | .70 | $56.00 |
| 10/17/01 | Review docket re: CDG retention application<br>*Retention of Professionals* | .30 | $24.00 |
| | Call to L. Flores @ Bilzin re: CDG retention application<br>*Retention of Professionals* | .10 | $8.00 |
| | Draft CNO re: Docket no. 960 and Cert. of Service<br>*Case Administration/General* | .40 | $32.00 |
| | Draft CNO re: Docket no. 961 and Cert. of Service<br>*Case Administration/General* | .40 | $32.00 |
| | E-file and serve CNO re: Docket no. 960 and Cert. of Service<br>*Case Administration/General* | .60 | $48.00 |
| | E-file and serve CNO re: Docket no. 961 and Cert. of Service<br>*Case Administration/General* | .60 | $48.00 |
| | Review docket re: objections to docket nos. 960 & 961<br>*Case Administration/General* | .10 | $8.00 |
| 10/18/01 | Legal research re: Daubert Standard<br>*Case Administration/General* | 1.3 | $104.00 |

| | | | |
|---|---|---|---|
| 10/18/01 | Call to L. Flores @ Bilzin re: CDG retention<br>*Retention of Professionals* | .10 | $8.00 |
| 10/23/01 | Draft CNO re: Docket no. 979<br>*Fee Applications* | .20 | $16.00 |
| | Prepare service of CNO re: Docket no. 979<br>*Fee Applications* | .90 | $72.00 |
| | Review Docket<br>*Fee Applications* | .10 | $8.00 |
| 10/26/01 | Prepare CDG 1st Fee Application for e-filing<br>*Case Administration/General* | .20 | $16.00 |
| | Draft Notice of CDG 1st Fee Application<br>*Case Administration/General* | .20 | $16.00 |
| | Draft Cert. of Service re: CDG 1st Fee Application<br>*Case Administration/General* | .20 | $16.00 |
| 10/29/01 | Prepare 2nd Interim Fee Request<br>*Fee Applications* | .60 | $48.00 |
| | Prepare 6th Monthly Fee Application<br>*Fee Applications* | .40 | $32.00 |
| 10/30/01 | Prepare 2nd Interim Fee Request<br>*Fee Applications* | 1.0 | $80.00 |
| | Prepare Exhibit C to 2nd Interim Fee Request<br>*Fee Applications* | .70 | $56.00 |
| | Prepare 6th Monthly Fee Application<br>*Fee Applications* | .60 | $48.00 |
| | Prepare Exhibit C to 6th Monthly Fee Application<br>*Fee Applications* | .90 | $72.00 |
| | Revise 6th Monthly Fee Application<br>*Fee Applications* | .10 | $8.00 |
| | Coordinate service of 6th Monthly Fee Application<br>*Fee Applications* | .70 | $56.00 |
| 10/31/01 | Prepare 2nd Fee Request for e-filing<br>*Fee Applications* | .50 | $40.00 |

| | | | |
|---|---|---|---|
| | Coordinate service of 2nd Fee Request<br>*Fee Applications* | .80 | $64.00 |
| 11/09/01 | Prepare 4th Committee Reimbursement App. for e-filing<br>*Case Administration/General* | .30 | $24.00 |
| | Prepare 4th Bilzin Fee Application for e-filing<br>*Case Administration/General* | .50 | $40.00 |
| | Prepare 2nd Bilzin Quarterly Fee App. for e-filing<br>*Case Administration/General* | 1.2 | $96.00 |
| | Draft Cert. of Service re: Committee 4th Reimbursement Application<br>*Case Administration/General* | .10 | $8.00 |
| | Draft Cert. of Service re: 4th Bilzin Fee Application<br>*Case Administration/General* | .20 | $16.00 |
| | Draft Cert. of Service re: 2nd Bilzin Quarterly Fee App.<br>*Case Administration/General* | .10 | $8.00 |
| | Confer with TJT re: Bilzin Fee Applications<br>*Case Administration/General* | .20 | $16.00 |
| | Call to L. Flores @ Bilzin re: their Fee Applications<br>*Case Administration/General* | .10 | $8.00 |
| | E-file and serve Committee 4th Reimbursement Application<br>*Case Administration/General* | .60 | $48.00 |
| | E-file and serve Bilzin 4th Fee Application<br>*Case Administration/General* | .60 | $48.00 |
| | E-file and serve Bilzin 2nd Quarterly Fee Application<br>*Case Administration/General* | .80 | $64.00 |
| 11/16/01 | Review docket re: objections to docket no. 1036<br>*Case Administration/General* | .20 | $16.00 |
| | Draft CNO re: Docket no. 1036<br>*Case Administration/General* | .20 | $16.00 |
| | Draft CNO re: 6th Fee Application<br>*Fee Applications* | .20 | $16.00 |

| | | | |
|---|---|---|---|
| | Draft CNO re: 2nd Fee Request<br>*Fee Applications* | .20 | $16.00 |
| 11/21/01 | Review docket re: 6th Fee Application and 2nd Fee Request<br>*Fee Applications* | .40 | $32.00 |
| | Revise CNO re: Docket no. 1056<br>*Fee Applications* | .10 | $8.00 |
| | Revise CNO re: Docket no. 1039<br>*Fee Applications* | .10 | $8.00 |
| 11/26/01 | Revise CNO re: Docket no. 1056<br>*Fee Applications* | .10 | $8.00 |
| | Revise CNO re: Docket no. 1039<br>*Fee Applications* | .10 | $8.00 |
| | E-file and serve CNO re: Docket no. 1056<br>*Fee Applications* | .50 | $40.00 |
| | E-file and serve CNO re: Docket no. 1039<br>*Fee Applications* | .50 | $40.00 |
| 11/29/01 | Review CDG 2nd Fee Application<br>*Case Administration/General* | .20 | $16.00 |
| | Prepare Notice of CDG 2nd Fee Application<br>*Case Administration/General* | .20 | $16.00 |
| | Prepare Cert. of Service re: CDG 2nd Fee Application<br>*Case Administration/General* | .10 | $8.00 |
| | E-file and serve 2nd CDG Fee Application<br>*Case Administration/General* | 1.0 | $80.00 |
| | **Subtotal:** | **25.2** | **$2,016.00** |

**Total Time Expended/Fees:    100.2        $16,325.00**

**Costs Advanced:**

| **Date** | **Type of Expense** | **Amount** |
|---|---|---|

| | | |
|---|---|---|
| 10/01/01 | Copies (Reliable Copy Service) | $49.24 |
| | T. Tacconelli Travel Expenses | $635.17 |
| | Copies | $51.75 |
| | Postage | $11.34 |
| 10/02/01 | Legal Research (Lexis Nexis) | $35.95 |
| | Overnight Mail (Federal Express) | $17.53 |
| 10/05/01 | Overnight Mail (Federal Express) | $267.34 |
| 10/11/01 | Fax to Jay Sakalo, Esq. | $2.00 |
| 10/12/01 | Courier Service (Tristate Courier & Carriage) | $25.00 |
| 10/15/01 | Web Pacer | $92.26 |
| 10/17/01 | Overnight Mail (Federal Express) | $42.24 |
| | Copies | $22.50 |
| | Postage | $7.20 |
| 10/23/01 | Copies | $11.25 |
| | Postage | $5.13 |
| 10/25/01 | Fax to Greg Boyer, Esq. | $5.00 |
| | Fax to Scott L. Baena, Esq. & Jay Sakalo, Esq. | $5.00 |
| 10/26/01 | Courier Service (Tristate Courier & Carriage) | $25.00 |
| | Copies | $81.00 |
| 10/30/01 | Copies | $60.75 |
| | Postage | $11.34 |
| 10/31/01 | Copies | $132.00 |
| | Postage | $21.69 |
| 11/01/01 | Fax to Scott L. Baena, Esq. & Jay Sakalo, Esq. | $11.00 |
| 11/02/01 | Copies (Reliable Copy Service) | $436.90 |
| 11/07/01 | Overnight Mail (Federal Express) | $21.53 |
| 11/08/01 | Copies (Reliable Copy Service) | $688.57 |

| | | |
|---|---|---|
| | Fax to Jay Sakalo, Esq. | $57.00 |
| | Fax to Jay Sakalo, Esq. | $23.00 |
| 11/09/01 | Copies | $381.60 |
| | Postage | $35.55 |
| | Fax to Jay Sakalo, Esq. | $9.00 |
| 11/12/01 | Hearing Transcript (Brian Gaffigan) | $58.50 |
| | Hearing Transcript (Brian Gaffigan) | $55.00 |
| | Hearing Transcript (Brian Gaffigan) | $129.36 |
| 11/13/01 | Legal Research (Lexis Nexis) | $42.47 |
| 11/14/01 | Copies | $54.00 |
| | Postage | $11.34 |
| | Fax (Motion for Protective Order) | $24.00 |
| 11/15/01 | Fax to Jeff Franke | $13.00 |
| 11/17/01 | Fax to Scott L. Baena, Esq. & Jay Sakalo, Esq. | $33.00 |
| 11/20/01 | Copies | $52.50 |
| 11/21/01 | T. Tacconelli working meal | $6.70 |
| 11/26/01 | Copies | $24.00 |
| | Postage | $7.20 |
| 11/27/01 | Document Production/Copies (Reliable Copy Service) | $612.00 |
| 11/29/01 | Overnight Mail (Federal Express) | $23.86 |
| | Copies | $55.20 |
| | Postage | $11.34 |
| | **Total Expenses:** | **$4,495.30** |

| | |
|---:|---:|
| **Total Fees:** | **$16,325.00** |
| **Total Expenses:** | **$4,495.30** |
| **Total Fees & Expense:** | **$20,820.30** |

**<u>Balance Due:        $20,820.30</u>**