**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | |
|---|---|
| | Page: 1 |
| W.R. Grace | 11/30/01 |
| Wilmington   DE | ACCOUNT NO: 3000-00D |
| | STATEMENT NO:          6 |

Costs and Expenses

PREVIOUS BALANCE                                          $7,672.19

| | | |
|---|---|---|
| 11/01/01 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 11/01/01 | FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 11/01/01 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 11/02/01 | Federal Express to Elihu Inselbuch on 10/25/01 | 11.79 |
| 11/02/01 | Federal Express to Peter Van N. Lockwood on 10/25/01 | 11.79 |
| 11/02/01 | Federal Express to Lewis Kreuger on 10/25/01 | 11.79 |
| 11/02/01 | Federal Express to Lewis T. LeClair on 10/25/01 | 14.41 |
| 11/02/01 | Federal Express to Thomas Moers Mayer on 10/25/01 | 11.79 |
| 11/02/01 | Federal Express to D.J. Baker on 10/25/01 | 11.79 |
| 11/02/01 | Federal Express to Hamid R. Rafat Joo on 10/25/01 | 15.07 |
| 11/02/01 | Federal Express to Scott Baena on 10/25/01 | 13.76 |
| 11/02/01 | Federal Express to J. Douglas Bacon on 10/25/01 | 13.76 |
| 11/02/01 | Federal Express to David Rosenbloom on 10/25/01 | 13.76 |
| 11/02/01 | Federal Express to James H.M. Sprayregen on 10/25/01 | 13.76 |
| 11/08/01 | FAX to 15 Committee Members - 10 pages | 75.00 |
| 11/09/01 | Federal Express to Hamid R. Rafat Joo on 11/06/01 | 14.92 |
| 11/09/01 | Federal Express to Philip Bentley on 11/01/01 | 11.68 |
| 11/09/01 | Federal Express to Scott Baena on 11/06/01 | 13.63 |
| 11/09/01 | Federal Express to Lewis Kruger on 11/06/01 | 11.68 |
| 11/09/01 | Federal Express to J. Douglas Bacon on 11/06/01 | 13.63 |
| 11/09/01 | Federal Express to James H.M. Sprayregen on 11/06/01 | 13.63 |
| 11/09/01 | Federal Express to James H.M. Sprayregen on 10/30/01 | 13.76 |
| 11/09/01 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 11/09/01 | FAX to Douglas A. Campbell - 4 pages | 2.00 |

W.R. Grace

Costs and Expenses

| | | |
|---|---|---:|
| 11/09/01 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 11/09/01 | FAX to Jon Heberling - 40 pages (Motion) | 20.00 |
| 11/09/01 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 11/09/01 | FAX to Douglas A. Campbell - 3 pages | 1.50 |
| 11/09/01 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 11/12/01 | Ikon Office Solutions - Document Reproduction | 226.70 |
| 11/12/01 | Parcels, Inc. - Delaware Document Retrieval on 11/06/01 | 45.00 |
| 11/13/01 | Ikon Office Solutions - Document Reproduction | 590.00 |
| 11/14/01 | FAX to Peter Van N. Lockwood - 19 pages (Motion) | 9.50 |
| 11/16/01 | Federal Express to Bob Spohn on 11/08/01 | 17.38 |
| 11/16/01 | Federal Express to Elyssa Strug on 11/08/01 | 21.68 |
| 11/16/01 | Federal Express to Peter Van N. Lockwood on 11/12/01 | 16.45 |
| 11/16/01 | Federal Express to Frederick M. Baron on 11/12/01 | 24.79 |
| 11/16/01 | Federal Express to John D. Cooney on 11/12/01 | 23.87 |
| 11/16/01 | Federal Express to Steven Kazan on 11/12/01 | 26.18 |
| 11/16/01 | Federal Express to Ian P. Cloud on 11/12/01 | 24.79 |
| 11/16/01 | Federal Express to C. Sanders McNew on 11/12/01 | 16.45 |
| 11/16/01 | Federal Express to Mark Peterson on 11/12/01 | 26.18 |
| 11/16/01 | Federal Express to russell Budd on 11/12/01 | 24.79 |
| 11/16/01 | Federal Express to Steven Baron on 11/12/01 | 24.79 |
| 11/16/01 | Federal Express to Mark C. Meyer on 11/12/01 | 18.08 |
| 11/16/01 | Federal Express to Michael V. Kelley on 11/12/01 | 22.25 |
| 11/16/01 | Federal Express to Jon L. Heberling on 11/12/01 | 26.18 |
| 11/16/01 | Federal Express to Robert Jacobs on 11/12/01 | 16.45 |
| 11/16/01 | AT&T Long Distance Phone Calls | 17.09 |
| 11/19/01 | FAX to Peter Van N. Lockwood - 4 pages (Agenda) | 2.00 |
| 11/19/01 | FAX to Peter Van N. Lockwood - 36 pages (Memorandum of Law) | 18.00 |
| 11/19/01 | FAX to Peter Van N. Lockwood - 7 pages | 3.50 |
| 11/20/01 | FAX to P. Lockwood - 2 pages | 1.00 |
| 11/23/01 | Federal Express to Philip E. Milch on 11/12/01 | 18.08 |
| 11/23/01 | Federal Express to Douglas A. Campbell on 11/12/01 | 18.08 |
| 11/23/01 | Federal Express to Nancy W. Davis on 11/12/01 | 22.25 |
| 11/23/01 | Federal Express to Joseph Rice on 11/12/01 | 22.25 |
| 11/23/01 | Federal Express from Edward Carney to Elyssa Strug on 11/09/01 | 31.05 |
| 11/30/01 | Ikon Office Solutions - Photocopying, Envelopes, Mailing | 69.70 |
| 11/30/01 | Ikon Office Solutions - Photocopying, Envelopes, Mailing, Hand Deliveries | 282.80 |
| 11/30/01 | Ikon Office Solutions - Photocopying, Envelopes, | |

```
                                                        Page:  3
W.R. Grace                                            11/30/01
                                        ACCOUNT NO: 3000-00D
                                        STATEMENT NO:        6
    Costs and Expenses
```

|  |  |  |
|---|---|---|
|  | Mailing, Hand Deliveries | 282.80 |
| 11/30/01 | Ikon Office Solutions - Photocopying, Envelopes, Mailing, Hand Deliveries | 78.80 |
| 11/30/01 | Federal Express to Peter Van N. Lockwood on 11/21/01 | 23.87 |
|  | TOTAL EXPENSES | 2,440.68 |
|  | TOTAL CURRENT WORK | 2,440.68 |
|  | BALANCE DUE | $10,112.87 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                              Page: 1
W.R. Grace                                                   11/30/01
Wilmington  DE                               ACCOUNT NO: 3000-01D
                                             STATEMENT NO:        6

Asset Analysis and Recovery

PREVIOUS BALANCE                                          $1,840.00

                                                   HOURS
11/06/01
     MGZ Review correspondence from and telephone
         conference with J. Carroll re: status of
         Fraudulent Conveyance Motions                0.30      82.50

11/26/01
     PEM Review update from Financial advisor         0.60     135.00

     FOR CURRENT SERVICES RENDERED                    0.90     217.50

                    RECAPITULATION
TIMEKEEPER                        HOURS HOURLY RATE        TOTAL
Philip E. Milch                    0.60    $225.00      $135.00
Matthew G. Zaleski                 0.30     275.00        82.50

     TOTAL CURRENT WORK                                   217.50

     BALANCE DUE                                       $2,057.50

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington   DE

Page: 1
11/30/01
ACCOUNT NO: 3000-02D
STATEMENT NO:            6

Asset Disposition

PREVIOUS BALANCE                                                    $1,204.90

                                                           HOURS
11/06/01
    MGZ Review correspondence from J. Grey re:
        American Real Estate Motion for Relief          0.10      27.50
    MGZ Review American Real Estates Motion and
        related documents                               0.80     220.00

11/15/01
    MGZ Telephone Conference with P. Lockwood re:
        Coupon Motion                                   0.20      55.00
    MGZ Review of Coupon Motion                         0.20      55.00
    MGZ Legal research re: Coupon Motion                0.60     165.00

11/19/01
    MGZ Telephone Conference with P. Lockwood re:
        Motion to Continue Customer Coupons             0.10      27.50

        FOR CURRENT SERVICES RENDERED                   2.00     550.00

                        RECAPITULATION
    TIMEKEEPER                         HOURS HOURLY RATE        TOTAL
    Matthew G. Zaleski                  2.00    $275.00       $550.00

        TOTAL CURRENT WORK                                      550.00

        BALANCE DUE                                          $1,754.90

Page: 2
W.R. Grace                                          11/30/01
                              ACCOUNT NO: 3000-02D
                              STATEMENT NO:        6

Asset Disposition

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                          11/30/01
Wilmington   DE                        ACCOUNT NO: 3000-03D
                                       STATEMENT NO:        1

Business Operations


                                                   HOURS
11/26/01
    MGZ Review correspondence and materials from
        L. Tersigni re; Company business plan       0.20        55.00
                                                    ----        -----
        FOR CURRENT SERVICES RENDERED               0.20        55.00

                        RECAPITULATION
TIMEKEEPER                          HOURS HOURLY RATE       TOTAL
Matthew G. Zaleski                   0.20    $275.00       $55.00


    TOTAL CURRENT WORK                                      55.00


    BALANCE DUE                                            $55.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 11/30/01 |
| Wilmington  DE | ACCOUNT NO: 3000-04D |
|  | STATEMENT NO:        6 |

Case Administration

PREVIOUS BALANCE                                         $8,041.30

|  |  | HOURS |  |
|---|---|---|---|
| 11/01/01 | | | |
| SLP | Review pleadings and electronic filing notices (.7); preparation and distribution of daily memo (.5) | 1.20 | 108.00 |
| 11/02/01 | | | |
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.3); docketing (.2) | 1.00 | 90.00 |
| 11/05/01 | | | |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.5) | 0.80 | 72.00 |
| 11/07/01 | | | |
| CJB | Update core group service list | 0.10 | 12.00 |
| CJB | Review pleadings and electronic filing notices (.7); preparation and distribution of daily memo (.5) | 1.20 | 144.00 |
| 11/08/01 | | | |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.3) | 0.80 | 72.00 |

```
                                                          Page: 2
         W.R. Grace                                     11/30/01
                                          ACCOUNT NO: 3000-04D
                                          STATEMENT NO:        6

         Case Administration
```

|          |                                                                                                          | HOURS |          |
|----------|----------------------------------------------------------------------------------------------------------|-------|----------|
| 11/09/01 |                                                                                                          |       |          |
| MK       | Interoffice filing of misc. documents                                                                    | 0.40  | 36.00    |
| DAC      | Review case status report                                                                                | 0.10  | 35.00    |
| 11/12/01 |                                                                                                          |       |          |
| SLP      | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.3); docketing (.3) | 1.10  | 99.00    |
| MGZ      | Review of Debtor's Reply Brief re: bar date motion                                                       | 0.80  | 220.00   |
| MGZ      | Draft correspondence to and review correspondence from P. Lockwood re: bar date reply                    | 0.10  | 27.50    |
| MGZ      | Review correspondence from Lockwood re: Bar Date Reply Brief                                              | 0.10  | 27.50    |
| MGZ      | Telephone Conference with P. Lockwood re: Bar Date Reply Brief                                            | 0.20  | 55.00    |
| MGZ      | Draft memo to committee re: same                                                                         | 0.30  | 82.50    |
| MGZ      | Draft correspondence to co-counsel re: Memo to Committee on Bar Date Reply                                | 0.10  | 27.50    |
| 11/13/01 |                                                                                                          |       |          |
| SLP      | Review electronic filing notices (.3); docketing (.7)                                                    | 1.00  | 90.00    |
| DAC      | Review of Debtor's Consolidated Reply in Support of Motion for Entry of Case Management Order, Bar Date, CLaims Forms, and Notice Program | 4.00  | 1,400.00 |
| PEM      | Review case management pleadings (2.0); discuss issues with DAC (.3)                                      | 2.30  | 517.50   |
| MGZ      | Review Notice of Rabinowitz deposition re: Bar Date Motion                                                | 0.10  | 27.50    |
| MGZ      | Review declaration of D. Rourke re: same                                                                 | 0.20  | 55.00    |
| 11/14/01 |                                                                                                          |       |          |
| SLP      | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.2) | 0.70  | 63.00    |
| 11/15/01 |                                                                                                          |       |          |
| SLP      | Review electronic filing notices                                                                         | 0.20  | 18.00    |

```
                                                            Page:  3
        W.R. Grace                                        11/30/01
                                              ACCOUNT NO: 3000-04D
                                              STATEMENT NO:        6
        Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| **11/16/01** | | | |
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo for 11/14 and 11/15 (.3) | 0.80 | 72.00 |
| **11/19/01** | | | |
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.3); docketing (.2) | 1.00 | 90.00 |
| **11/20/01** | | | |
| PEM | Review of pleadings re; case management issues and responses | 1.50 | 337.50 |
| **11/21/01** | | | |
| SLP | Review pleadings and electronic filing notices for 11/19 and 11/20 (.3); preparation and distribution of daily memo (.2) | 0.50 | 45.00 |
| **11/27/01** | | | |
| MGZ | Telephone Conference with R. Raskin, D. Wildes, J. Sakalo re: Zonolite Motion to Dismiss | 0.10 | 27.50 |
| MGZ | Meeting with P. Lockwood re: Order reassigning case | 0.10 | 27.50 |
| SLP | Review pleadings and electronic filing notices for 11/21 through 11/26 (.7); preparation and distribution of daily memo (.3) | 1.00 | 90.00 |
| **11/29/01** | | | |
| SLP | Review pleadings and electronic filing notices for 11/27 and 11/28 (.5); preparation and distribution of daily memo (.2) | 0.70 | 63.00 |
| **11/30/01** | | | |
| PEM | Review letters and transcript re: assignment (.1); review calendar of recommendations (.2) | 0.30 | 67.50 |

```
                                                        Page: 4
W.R. Grace                                            11/30/01
                                         ACCOUNT NO: 3000-04D
                                         STATEMENT NO:       6
Case Administration


                                              HOURS
SLP Review pleadings and electronic filing
     notices (.3); preparation and
     distribution of daily memo (.2)           0.50       45.00
MGZ Review of Zonolite Claimants Motion to
     Dismiss Chapter 11 cases                  0.80      220.00
MGZ Legal research, inclujding Westlaw, re:
     same                                      0.50      137.50
MGZ Review of Zonolite Claimants Motion for
     Class Certification and Adversary
     Complaint                                 0.70      192.50
                                              _____    _____
     FOR CURRENT SERVICES RENDERED            25.30    4,694.00
```

```
                     RECAPITULATION
TIMEKEEPER                        HOURS HOURLY RATE       TOTAL
Douglas A. Campbell                4.10    $350.00   $1,435.00
Philip E. Milch                    4.10     225.00      922.50
Matthew G. Zaleski                 4.10     275.00    1,127.50
Cathie J. Boyer                    1.30     120.00      156.00
Stephanie L. Peterson             11.30      90.00    1,017.00
Michele Kennedy                    0.40      90.00       36.00


     TOTAL CURRENT WORK                               4,694.00


     BALANCE DUE                                    $12,735.30
                                                    ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

Page: 1
W.R. Grace                                                        11/30/01
Wilmington   DE                               ACCOUNT NO: 3000-05D
                                              STATEMENT NO:          6

Claims Administration and Objections

PREVIOUS BALANCE                                                $6,788.00

                                                    HOURS
11/05/01
    MGZ Meeting with P. Lockwood re: RDA
        stipulation                                  0.20       55.00

11/08/01
    MGZ Telephone Conference with P. Lockwood re:
        EPA motion                                   0.30       82.50
    MGZ Telephone Conference with J. Heberling
        re: same                                     0.20       55.00

11/09/01
    SLP Review pleadings and electronic filing
        notices (.7); preparation and
        distribution of daily memo (.3);
        docketing (.5)                               1.50      135.00
    MGZ Review of correspondence from J.
        Heberling re: teleconference on EPA
        Motion                                       0.10       27.50
    MGZ Legal research re: CERCLA claims in
        bankruptcy                                   0.80      220.00

11/12/01
    MGZ Review of Debtor's Consent Decree EPA
        Motion                                       0.40      110.00
    MGZ Draft correspondence to J. Heberling re:
        same                                         0.10       27.50
    MGZ Telephone Conference with J. Heberling
        re: same                                     0.10       27.50

W.R. Grace

Claims Administration and Objections

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Telephone Conference with J. Kapp re: same | 0.10 | 27.50 |

**11/13/01**

| | | HOURS | |
|---|---|---|---|
| MGZ | Review correspondence from J. Heberling re: Grace/EPA Motion | 0.10 | 27.50 |
| MGZ | Review of Grace/EPA Consent Motion | 0.30 | 82.50 |
| MGZ | Telephone Conference with J. Heberling and A. McGarvey re: same | 0.50 | 137.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.20 | 55.00 |

**11/14/01**

| | | HOURS | |
|---|---|---|---|
| MGZ | Telephone Conference with J. Kapp and J. Baer re: EPA Consent Motion | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Lockwood re: EPA Consent Motion | 0.10 | 27.50 |
| | FOR CURRENT SERVICES RENDERED | 5.20 | 1,152.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 3.70 | $275.00 | $1,017.50 |
| Stephanie L. Peterson | 1.50 | 90.00 | 135.00 |

TOTAL CURRENT WORK                            1,152.50

BALANCE DUE                                  $7,940.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

```
                                                     Page: 1
W.R. Grace                                          11/30/01
Wilmington   DE                      ACCOUNT NO: 3000-06D
                                     STATEMENT NO:        6
```

Employee Benefits/Pensions

PREVIOUS BALANCE                                     $803.50

                                              HOURS
11/02/01
      MGZ Telephone Conference with P. Lockwood re:
          hearing on former employees' motion          0.20      55.00
      MGZ Telephone Conference with S. Schwartz re:
          same                                         0.10      27.50
                                                       ————      ————
          FOR CURRENT SERVICES RENDERED                0.30      82.50

                         RECAPITULATION
TIMEKEEPER                         HOURS HOURLY RATE        TOTAL
Matthew G. Zaleski                  0.30    $275.00       $82.50

      TOTAL CURRENT WORK                                    82.50

      BALANCE DUE                                         $886.00
                                                         ═══════

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    11/30/01
Wilmington  DE                               ACCOUNT NO: 3000-07D
                                             STATEMENT NO:        6

Fee/Employment Applications

PREVIOUS BALANCE                                        $9,660.00

                                                 HOURS

11/06/01
    CJB Prepare chart of fee applications for
        which certificates of no objection have
        not been filed and office conference with
        MGZ re: same (.2); prepare certificate of
        no objection for Caplin & Drysdale's
        second monthly application (.2); prepare
        certificate of no objection for
        Tersigni's first monthly application
        (.2); prepare certificates of service,
        service lists and certificates for
        electronic filing (.2); electronically
        file and serve same (.3); prepare hard
        copy service for same (.5)                  1.60     192.00
    MGZ Review of objections to Warren retention    0.40     110.00
    MGZ Office conference with C. Boyer re:
        pending fee applications                    0.10      27.50
    MGZ Review no objection certificates re: same   0.10      27.50
    PEM Review all filings and object re: Suppl.
        Application of Committee                     0.40      90.00

11/07/01
    CJB Update fee application status calendar      0.20      24.00
    MGZ Telephone Conference with P. Lockwood re:
        Response to Warren Objections               0.10      27.50

11/08/01
    CJB Research related to Warren retention

W.R. Grace

Fee/Employment Applications

```
                                                        Page: 2
                                                      11/30/01
                                       ACCOUNT NO: 3000-07D
                               STATEMENT NO:               6
```

|  | | HOURS | |
|---|---|---|---|
| | application | 2.50 | 300.00 |

11/12/01
    CJB Research related to Warren retention
        application      5.50     660.00

11/13/01
    CJB Research related to Warren retention
        application      5.50     660.00

11/14/01
    CJB Research related to Warren retention
        application      3.00     360.00
    MGZ Telephone Conference with P. Lockwood re:
        Warren Retention issues      0.10     27.50

11/15/01
    CJB Research related to Warren retention
        application      1.00     120.00

11/16/01
    CJB Finalize research related to Warren
        retention application      2.00     240.00

11/28/01
    MGZ Meeting with S. Peterson re: preparation
        of Supplemental Affidavit for E. Warren      0.10     27.50
    SLP Draft verified statement of Professor
        Elizabeth Warren      0.30     27.00
    CJB Draft correspondence to and telephone
        conference with D. Collins and Tersigni
        re: cumulative payment report      0.20     24.00

11/29/01
    CJB Prepare Caplin & Drysdale's third monthly
        application for electronic filing (.5);
        prepare notice for same (.2); prepare
        certificates of service and service lists
        for electronic and hard copy filing and
        service (.2); prepare certificate of no
        objection for Caplin's second interim fee
        application (.2)      1.10     132.00

W.R. Grace

Page: 3
11/30/01
ACCOUNT NO: 3000-07D
STATEMENT NO:          6

Fee/Employment Applications

                                                            HOURS

11/30/01

CJB Update fee/expense application calendar
    (.1); prepare certificate of no objection
    for Tersigni's second monthly application
    (.2); office conference with MGZ re:
    status of payments to Tersigni (.1);
    prepare Tersigni's third monthly
    application (.5); prepare exhibits to
    same for electronic filing (.2);
    electronically file and serve
    applications, notice and certificate of
    no objection (.8); prepare hard copy
    service of same (.2)                             2.10      252.00

    FOR CURRENT SERVICES RENDERED                   26.30    3,328.50

                        RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.40 | $225.00 | $90.00 |
| Matthew G. Zaleski | 0.90 | 275.00 | 247.50 |
| Cathie J. Boyer | 24.70 | 120.00 | 2,964.00 |
| Stephanie L. Peterson | 0.30 | 90.00 | 27.00 |

    TOTAL CURRENT WORK                                        3,328.50

    BALANCE DUE                                            $12,988.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                     11/30/01
Wilmington   DE                               ACCOUNT NO: 3000-08D
                                              STATEMENT NO:        5

Fee/Employment Objections

PREVIOUS BALANCE                                              $1,358.50

BALANCE DUE                                                   $1,358.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    11/30/01
Wilmington   DE                              ACCOUNT NO: 3000-10D
                                             STATEMENT NO:        6

Litigation

PREVIOUS BALANCE                                          $2,371.20

                                                    HOURS
11/01/01
     MGZ Review correspondence from S. Schwartz
         re: agenda for 11/5 hearing                 0.10      27.50
     MGZ Draft correspondence to P. Lockwood re:
         same                                        0.10      27.50
     MGZ Review agenda for 11/5 hearing              0.10      27.50
     MGZ Telephone Conference with J. Sakalo re:
         same                                        0.20      55.00
     MGZ Review correspondence from L. LeClair re:
         status of hearing on Committee Hearing
         Motions                                     0.10      27.50
     MGZ Review correspondence from J. Sakalo re:
         same                                        0.10      27.50
     MGZ Review correspondence from P. Lockwood
         re: same                                    0.10      27.50

11/02/01
     MGZ Review correspondence from P. Lockwood
         re: status of matters for 11/5 hearing      0.10      27.50
     MGZ Telephone Conference with S. Baena re:
         same                                        0.30      82.50
     MGZ Telephone Conference with J. Kapp re;
         same                                        0.10      27.50
     MGZ Telephone Conference with D. Carickhoff
         re; same                                    0.10      27.50
     MGZ Telephone Conference with Judge Farrens'
         chambers re: same                           0.10      27.50
     MGZ Telephone Conference with J. Wimers re:

W.R. Grace

Litigation

|  |  | HOURS |  |
|---|---|---|---|
|  | same | 0.10 | 27.50 |
| MGZ | Telephone Conference with S. Schwartz re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Lockwood re: preparation for 11/5 hearing | 0.20 | 55.00 |

11/05/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone Conference with J. Carroll re: status of hearing on Committee's motion | 0.20 | 55.00 |
| MGZ | Meeting with P. Lockwood re: hearing preparation | 0.70 | 192.50 |
| MGZ | Review of pleadings re: hearing preparation | 0.50 | 137.50 |
| MGZ | Attend omnibus hearing/scheduling conferences | 0.60 | 165.00 |
| MGZ | Attend hearing on former employees motion | 0.60 | 165.00 |

11/14/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Review Notices of Deposition of P.D. witnesses | 0.10 | 27.50 |
| MGZ | Draft correspondence to and review correspondence from P. Lockwood re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo re: witnesses on Bar Date Motion | 0.20 | 55.00 |
| MGZ | Review Motions for Protective Order | 0.10 | 27.50 |

11/20/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Review of Judge Farnar's scheduling order | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: hearing procedure | 0.20 | 55.00 |
| MGZ | Telephone Conference with S. Baena re: same | 0.10 | 27.50 |

11/21/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Review Scheduling Order re: hearing on bar date motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with W. Sullivan re: same | 0.10 | 27.50 |
| MGZ | Review correspondence and telephone conference with S. Baena re: same | 0.60 | 165.00 |
| MGZ | Review pleadings re: preparation for |  |  |

Page: 3
W.R. Grace                                                       11/30/01
                                                    ACCOUNT NO: 3000-10D
                                                    STATEMENT NO:          6

Litigation

|  |  | HOURS |  |
|---|---|---|---|
| hearing |  | 2.50 | 687.50 |
| MGZ Review PD Committee evidentiary submissions re: same |  | 1.00 | 275.00 |
| MGZ Telephone Conference with D. Carickhoff re: cancellation of hearing |  | 0.20 | 55.00 |
| MGZ Telephone Conference with S. Baena re: same |  | 0.30 | 82.50 |
| MGZ Telephone Conference with Judge Farnan's Chambers re: same |  | 0.10 | 27.50 |
| MGZ Multiple meetings with P. Lockwood re: same |  | 1.50 | 412.50 |
| MGZ Telephone Conference with P. Lockwood and E. Inselbuch re: same |  | 0.30 | 82.50 |
| MGZ Review correspondence from and telephone conference with Sudell re: same |  | 0.30 | 82.50 |
| MGZ Telephone Conference with P. Milch (x2) re: same |  | 0.30 | 82.50 |
| MGZ Telephone Conference with D. Campbell re: same |  | 0.30 | 82.50 |
| MGZ Telephone Conference with J. Patton re: same |  | 0.50 | 137.50 |
| FOR CURRENT SERVICES RENDERED |  | 13.70 | 3,767.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 13.70 | $275.00 | $3,767.50 |

TOTAL CURRENT WORK                                              3,767.50


BALANCE DUE                                                   $6,138.70


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          11/30/01
Wilmington  DE                                    ACCOUNT NO: 3000-11D
                                                  STATEMENT NO:         4

Plan and Disclosure Statement


PREVIOUS BALANCE                                                  $552.50


BALANCE DUE                                                       $552.50
                                                                 ========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

                                                          Page: 1
W.R. Grace                                              11/30/01
Wilmington  DE                            ACCOUNT NO: 3000-12D
                                          STATEMENT NO:       4

Relief From Stay Proceedings

PREVIOUS BALANCE                                       $852.50

BALANCE DUE                                            $852.50
                                                      ═══════

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    11/30/01
Wilmington  DE                                 ACCOUNT NO: 3000-14D
                                               STATEMENT NO:         4

Valuation

PREVIOUS BALANCE                                              $157.50

BALANCE DUE                                                   $157.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    11/30/01
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:          6

Committee Administration

PREVIOUS BALANCE                                     $10,072.90

                                              HOURS
11/01/01
    CJB Update weekly recommendation memo       0.40      48.00

11/02/01
    MGZ Review pleadings and prepare Weekly
        Recommendation Memo                     1.10     302.50
    MGZ Draft correspondence to co-counsel re:
        same                                    0.10      27.50

11/05/01
    PEM Review calendar and recommendations of
        counsel to Committee                    0.10      22.50

11/06/01
    MGZ Review pending matters and begin Weekly
        Recommendation Memo                     0.60     165.00

11/07/01
    PEM Review status report for counsel to
        Committee                               0.30      67.50
    MGZ Review correspondence from M. Patrick re:
        case status report                      0.10      27.50

11/08/01
    MGZ Continue preparation of weekly
        recommendation memo                     0.80     220.00
    MGZ Draft correspondence to co-counsel re:
        same                                    0.10      27.50

W.R. Grace

Committee Administration

|  |  | HOURS |  |
|---|---|---|---|
| MGZ Review correspondence from P. Lockwood<br>re: same | | 0.10 | 27.50 |

11/09/01
| PEM Review calendar and recommendation to<br>Committee | | 0.30 | 67.50 |

11/19/01
| PEM Review Caplin & Drysdale status memo to<br>Committee | | 0.30 | 67.50 |

11/20/01
| CJB Set up and update weekly informational<br>memo | | 0.50 | 60.00 |

11/27/01
| PEM Review status reports, updates and<br>recommendations | | 0.30 | 67.50 |

11/28/01
| MGZ Review pending pleadings and begin<br>preparation of Weekly Recommendation Memo | | 0.40 | 110.00 |

11/29/01
| CJB Setup and update weekly recommendation<br>memo | | 0.50 | 60.00 |

11/30/01
| CJB Update weekly recommendation memo | | 0.30 | 36.00 |
| MGZ Review pending pleadings and prepare<br>Weekly Recommendation Memo for Committee<br>members | | 1.50 | 412.50 |
| MGZ Revise Weekly Recommendation Memo | | 0.20 | 55.00 |
| MGZ Draft correspondence to co-counsel re:<br>same | | 0.10 | 27.50 |
| | | | |
| FOR CURRENT SERVICES RENDERED | | 8.10 | 1,899.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.30 | $225.00 | $292.50 |
| Matthew G. Zaleski | 5.10 | 275.00 | 1,402.50 |
| Cathie J. Boyer | 1.70 | 120.00 | 204.00 |

W.R. Grace

ACCOUNT NO: 3000-15D
STATEMENT NO:            6

Committee Administration


TOTAL CURRENT WORK                              1,899.00

BALANCE DUE                                   $11,971.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          11/30/01
Wilmington   DE                                     ACCOUNT NO:     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 7,672.19 | 0.00 | 2,440.68 | 0.00 | 0.00 | $10,112.87 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 1,840.00 | 217.50 | 0.00 | 0.00 | 0.00 | $2,057.50 |
| 3000-02 Asset Disposition | | | | | |
| 1,204.90 | 550.00 | 0.00 | 0.00 | 0.00 | $1,754.90 |
| 3000-03 Business Operations | | | | | |
| 0.00 | 55.00 | 0.00 | 0.00 | 0.00 | $55.00 |
| 3000-04 Case Administration | | | | | |
| 8,041.30 | 4,694.00 | 0.00 | 0.00 | 0.00 | $12,735.30 |
| 3000-05 Claims Administration and Objections | | | | | |
| 6,788.00 | 1,152.50 | 0.00 | 0.00 | 0.00 | $7,940.50 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 803.50 | 82.50 | 0.00 | 0.00 | 0.00 | $886.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 9,660.00 | 3,328.50 | 0.00 | 0.00 | 0.00 | $12,988.50 |
| 3000-08 Fee/Employment Objections | | | | | |
| 1,358.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,358.50 |
| 3000-10 Litigation | | | | | |
| 2,371.20 | 3,767.50 | 0.00 | 0.00 | 0.00 | $6,138.70 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Plan and Disclosure Statement | | | | | |
| 552.50 | 0.00 | 0.00 | 0.00 | 0.00 | $552.50 |
| 3000-12 Relief From Stay Proceedings | | | | | |
| 852.50 | 0.00 | 0.00 | 0.00 | 0.00 | $852.50 |
| 3000-14 Valuation | | | | | |
| 157.50 | 0.00 | 0.00 | 0.00 | 0.00 | $157.50 |
| 3000-15 Committee Administration | | | | | |
| 10,072.90 | 1,899.00 | 0.00 | 0.00 | 0.00 | $11,971.90 |
| 51,374.99 | 15,746.50 | 2,440.68 | 0.00 | 0.00 | $69,562.17 |

Any payments received after the statement date will be
applied to next month's statement. Please note your
account number on your payment. Thank you.