

STATE OF LOUISIANA
DEPARTMENT OF REVENUE

M. J. "MIKE" FOSTER, JR.
Governor

CYNTHIA BRIDGES
Secretary



December 11, 2001

U S BANKRUPTCY COURT
844 KING STREET
ROOM 2313
WILMINGTON, DE 19801

Subject:   W. R. Grace & Company-Conn
           Case No.: 01-01140
           Amount: $ 878,929.86

Gentlemen:

The Louisiana Department of Revenue and Taxation respectfully request that the referenced proof of claim filed be withdrawn.

Thank you for your attention and cooperation in this matter.

Sincerely,

Martha Posada
Bankruptcy Section
Collection Division
Phone:(225) 219-2234