**Commercial Checking**

03      2079900003615  005  108        12  160         13,632

## Other Withdrawals and Service Fees continued

| Date | Amount | Description | |
|---|---|---|---|
| 10/03 | 1,228.56 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011003 CCD<br>MISC C4025-029637775 | PR TAXES  E83 093001 |
| 10/03 | 1,894.85 | LIST OF DEBITS POSTED | |
| 10/04 | 4,352.90 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.          011004 PPD<br>MISC SETTL NCVCDBATL | PAYROLL  E83 093001 |
| 10/10 | 1,709.40 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011010 CCD<br>MISC C4025-029658092 | PR TAXES  E83 100701 |
| 10/11 | 3,036.73 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011011 CCD<br>MISC C2916-009663285 | PR TAXES  E81 101501 |
| 10/11 | 5,773.34 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.          011011 PPD<br>MISC SETTL NCVCDBATL | PAYROLL  E83 100701 |
| 10/11 | 10,433.22 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011011 CCD<br>MISC C4213-009663562 | PR TAXES  E98 101501 |
| 10/11 | 31,965.11 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011011 CCD<br>MISC C2918-009663286 | PR TAXES  E78 101501 |
| 10/11 | 233,018.46 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011011 CCD<br>MISC C4025-019663539 | PR TAXES  E80 101501 |
| 10/12 | 4,845.06 | AUTOMATED DEBIT  GRACE WASHINGTON PAYROLL  E81 101501<br>CO. ID.          011012 PPD<br>MISC SETTL NCVCDBATL | |
| 10/12 | 25,052.47 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.          011012 PPD<br>MISC SETTL NCVCDBATL | PAYROLL  E98 101501 |
| 10/12 | 54,158.67 | AUTOMATED DEBIT  GRACE MANAGEMENT PAYROLL  E78 101501<br>CO. ID.          011012 PPD       Cks 3340.01<br>MISC SETTL NCVCDBATL | |
| 10/12 | 430,289.97 | AUTOMATED DEBIT  W.R. GRACE      PAYROLL E80 101501<br>CO. ID.          011012 PPD  cks 12721.94<br>MISC SETTL NCVCDBATL | |
| 10/15 | 3,020.03 | LIST OF DEBITS POSTED | |
| 10/16 | 6,836.28 | LIST OF DEBITS POSTED | |
| 10/17 | 2,166.36 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011017 CCD<br>MISC C4025-029691662 | PR TAXES  E83 101401 |
| 10/17 | 14,690.77 | LIST OF DEBITS POSTED | |
| 10/18 | 884.82 | LIST OF DEBITS POSTED | |
| 10/18 | 2,271.59 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011018 CCD<br>MISC C4025-009697120 | PR TAXES |

* Withdrawals and Service Fees continued on next page.


# Commercial Checking

| 04 | 2079900003615 | 005 | 108 | 12 | 160 | 13,633 |

## Other Withdrawals and Service Fees continued

| Date | Amount | Description | | |
|---|---|---|---|---|
| 10/18 | 6,525.00 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.          011018 PPD<br>MISC SETTL NCVCDBATL | PAYROLL | *E83 10140 1* |
| 10/22 | 716.56 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011022 CCD<br>MISC C4025-019707592 | PR TAXES | |
| 10/22 | 1,275.69 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011022 CCD<br>MISC C2918-009707583 | PR TAXES | |
| 10/23 | 480.11 | LIST OF DEBITS POSTED | | |
| 10/24 | 2,148.88 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011024 CCD<br>MISC C4025-029712354 | PR TAXES | *E83 10210 1* |
| 10/25 | 3,036.72 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011025 CCD<br>MISC C2916-009717640 | PR TAXES | *E81 10310 1* |
| 10/25 | 4,825.54 | LIST OF DEBITS POSTED | | |
| 10/25 | 6,499.55 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.          011025 PPD<br>MISC SETTL NCVCDBATL | PAYROLL | *E81 10310 1* |
| 25 | 10,463.89 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011025 CCD<br>MISC C4213-009717899 | PR TAXES | *E98 10310 1* |
| 10/25 | 461,520.41 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011025 CCD<br>MISC C4025-019717876 | PR TAXES | *E80 10310 1* |
| 10/26 | 4,845.07 | AUTOMATED DEBIT  GRACE WASHINGTON<br>CO. ID.          011026 PPD<br>MISC SETTL NCVCDBATL | PAYROLL | *E81 10310 1* |
| 10/26 | 25,473.82 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.          011026 PPD<br>MISC SETTL NCVCDBATL | PAYROLL | *E98 10310 1* |
| 10/26 | 798,284.14 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.          011026 PPD    *Cks 22035.86*<br>MISC SETTL NCVCDBATL | PAYROLL | *E80 10310 1* |
| 10/29 | 4,016.78 | LIST OF DEBITS POSTED | | |
| 10/30 | 1,134.09 | LIST OF DEBITS POSTED | | |
| 10/31 | 2,001.97 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011031 CCD<br>MISC C4025-029737901 | PR TAXES | *E83 10280 1* |
| 10/31 | 2,018.76 | LIST OF DEBITS POSTED | | |
| **Total** | **$2,178,747.87** | | | |

**FIRST UNION**

## Commercial Checking

| | | | | | | |
|---|---|---|---|---|---|---|
| 05 | 2079900003615 | 005 | 108 | 12 160 | 13,634 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/01 | 0.00 | 10/15 | 0.00 | 10/25 | 0.00 |
| 10/02 | 0.00 | 10/16 | 0.00 | 10/26 | 0.00 |
| 10/03 | 0.00 | 10/17 | 0.00 | 10/29 | 0.00 |
| 10/04 | 0.00 | 10/18 | 0.00 | 10/30 | 0.00 |
| 10/10 | 0.00 | 10/22 | 0.00 | 10/31 | 0.00 |
| 10/11 | 0.00 | 10/23 | 0.00 | | |
| 10/12 | 0.00 | 10/24 | 0.00 | | |

*INTRODUCING FIRST UNION'S VOICE SERVICE. BANKING BY PHONE JUST GOT EASIER. NOW WHEN YOU CALL 1-800-222-FUNB OPTION 1, YOU CAN "JUST SAY WHAT YOU WANT TO DO". TRY IT. SEE INSERT FOR MORE DETAILS.*

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.

3. Write in any deposits you have made since the date of this statement.

4. Add together amounts listed above in steps 2 and 3.

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

### List Outstanding Checks and Withdrawals

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

```
SMS565- 32                                                                                              PAGE    1
BANK NO.  0000001  TEAM NO. 025          RECAP OF POSTED ITEMS REPORT                              DATE 10/31/01

ACCOUNT NO. 207990000003615      WR GRACE & CO.-CONN          025                            AS OF 10-31-01

           PAID  CHECKS         ISSUES          STOPS  STOPS PLACED   STOPS REMOVED    CANCELLED
DATE       ITEMS AMOUNT    ITEMS AMOUNT         ITEMS  AMOUNT         ITEMS AMOUNT     ITEMS AMOUNT
10-01-01     1      884.83             .00                      .00          .00              .00
10-02-01     3    3,698.26             .00                      .00          .00              .00
10-03-01     1    1,894.85             .00                      .00          .00              .00
10-15-01     3    3,020.03             .00                      .00          .00              .00
10-16-01     6    6,836.28             .00                      .00          .00              .00
10-17-01     4   14,690.77             .00                      .00          .00              .00
10-18-01     1      884.82             .00                      .00          .00              .00
10-23-01     1      480.11             .00                      .00          .00              .00
10-25-01     1    4,825.54             .00                      .00          .00              .00
10-29-01     3    4,016.78             .00                      .00          .00              .00
10-30-01     1    1,134.09             .00                      .00          .00              .00
10-31-01     3    2,018.76             .00                      .00          .00              .00

TOTALS      28   44,385.12             .00                      .00          .00              .00
```

```
SMS565-   35                                                                                         PAGE     1
BANK NO.  0000001   TEAM NO.  025      DIAGNOSTIC SUMMARY REPORT                               DATE  10/31/01

ACCOUNT NO. 207990003615    WR GRACE & CO.-CONN          025    REPORT  PAID ONLY         AS OF 10-31-01

SERIAL                      PD/POST    SEQUENCE    ISSUE      ADDITIONAL       PAGE    EXCEPTION
NUMBER        AMOUNT         DATE       NUMBER      DATE         DATA          NO.     CONDITION

 5442        2,272.48      02-15-01                                              1    STOPPED ITEM
14436        4,900.00      04-05-01                                              1    STOPPED ITEM

                                       TOTAL CNT              TOTAL AMOUNT
PAID, NO ISSUE                              0                         .00
CANCELED ISSUE                              0                         .00
PAID, NO ISSUE, LAST PERIOD                 0                         .00
STOPPED ITEM                                2                    7,172.48
STOPPED, CHECK PRESENTED                    0                         .00
FORCE POSTED ITEM                           0                         .00
PREV PD-NO-ISS, ISSUE RECVD                 0                         .00
PREV STOP, ISSUE RECEIVED                   0                         .00
PREV CANCEL, ISSUE RECEIVED                 0                         .00
CANCELED ITEM, NOT ISSUED                   0                         .00
CANCELED WITH STOP                          0                         .00
CANCELED WITH STOP, ISSUED                  0                         .00
```

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST.ACCOUNT NO. | CUSTOMER NAME | DATE | PAGE |
|---|---|---|---|---|---|
| MISC-CREDITS | 1 | 2079900003615 | WR GRACE & CO.-CONN<br>ATTN: CINDY LEE | 10-31-01 025 | 1 |

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,701.14 | 100101 | 12670279 | | | | | | | | |
| | 3,698.26 | 100201 | | | | | | | | | |
| | 1,894.85 | 100301 | | | | | | | | | |
| | 1,581.46 | 100301 | 15501038 | | | | | | | | |
| | 4,352.90 | 100401 | | | | | | | | | |
| | 1,709.40 | 101101 | | | | | | | | | |
| | 5,773.34 | 101101 | | | | | | | | | |
| | 278,453.52 | 101101 | | | | | | | | | |
| | 21,702.22 | 101201 | 12830083 | | | | | | | | |
| | 486,438.16 | 101201 | | | | | | | | | |
| | 2,068.59 | 101201 | 12830083 | | | | | | | | |
| | 2,068.60 | 101201 | 30601038 | | | | | | | | |
| | 2,068.60 | 101201 | 12670279 | | | | | | | | |
| | 3,020.03 | 101501 | | | | | | | | | |
| | 6,836.28 | 101601 | | | | | | | | | |
| | 16,857.13 | 101701 | | | | | | | | | |
| | 6,525.00 | 101801 | | | | | | | | | |
| | 3,156.41 | 101801 | | | | | | | | | |
| | 1,992.25 | 102201 | | | | | | | | | |
| | 480.11 | 102301 | | | | | | | | | |
| | 2,148.88 | 102401 | | | | | | | | | |
| | 6,499.55 | 102501 | | | | | | | | | |
| | 479,846.56 | 102501 | | | | | | | | | |
| | 828,603.03 | 102601 | | | | | | | | | |
| | 4,016.78 | 102901 | | | | | | | | | |
| | 1,134.09 | 103001 | | | | | | | | | |
| | 4,020.73 | 103101 | | | | | | | | | |

| CREDITS | DEBITS |
|---|---|
| 2,178,747.87 27 | GT |

## TYPE OF REPORT

| UNPAID ONLY | : OUTSTANDING ITEMS ONLY ON THIS REPORT |
| PAID ONLY | : PAID ITEMS ONLY ON THIS REPORT |
| CONSOLIDATED | : PAID & OUTSTANDING CHECKS ON SAME REPORT |
| SPECIAL | : OFF-CYCLE REPORT REQUEST |

## EXPLANATION OF CODES

1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 : CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 : FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M : MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | BANK NO. | CUST.ACCOUNT NO. | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| MISC-DEBITS | | 1 | 207990000003615 | | WR GRACE & CO.-CONN ATTN. CINDY IFF | | 025 | 10-31-01 | 1 |

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1411902914 | 816.31 | 100101 | 63068642 | | 816.31+ | | | | | | |
| 1411902914 | 452.90 | 100301 | 12750157 | | 452.90+ | | | | | | |
| 1411902914 | 1,228.56 | 100301 | 37121527 | | 1,228.56+ | | | | | | |
| 1411902914 | 4,352.90 | 100401 | 12820260 | | 4,352.90+ | | | | | | |
| 1411902914 | 1,709.40 | 101001 | 40381591 | | 1,709.40+ | | | | | | |
| 1411902914 | 5,773.34 | 101101 | 40381594 | | 5,773.34+ | | | | | | |
| 1411902914 | 233,018.46 | 101101 | 40381590 | | 233,018.46+ | | | | | | |
| 1411902914 | 10,433.22 | 101101 | 40381589 | | 10,433.22+ | | | | | | |
| 1411902914 | 31,965.11 | 101101 | 12830083 | | 31,965.11+ | | | | | | |
| 1411902914 | 3,036.73 | 101201 | 12830083 | | 3,036.73+ | | | | | | |
| 1411902914 | 25,052.47 | 101201 | 12830083 | | 25,052.47+ | | | | | | |
| 1411902914 | 54,158.67 | 101201 | 03590994 | | 54,158.67+ | | | | | | |
| 1411902914 | 430,289.97 | 101201 | 12890080 | | 430,289.97+ | | | | | | |
| 1411902914 | 4,845.06 | 101701 | 14724089 | | 4,845.06+ | | | | | | |
| 1411902914 | 2,166.36 | 101801 | 55991078 | | 2,166.36+ | | | | | | |
| 1411902914 | 6,525.00 | 102201 | 55991077 | | 6,525.00+ | | | | | | |
| 1411902914 | 2,271.59 | 102201 | 10243430 | | 2,271.59+ | | | | | | |
| 1411902914 | 716.56 | 102401 | 12960071 | | 716.56+ | | | | | | |
| 1411902914 | 1,275.69 | 102401 | 81435048 | | 1,275.69+ | | | | | | |
| 1411902914 | 2,148.88 | 102501 | 81435049 | | 2,148.88+ | | | | | | |
| 1411902914 | 6,499.55 | 102501 | 81435052 | | 6,499.55+ | | | | | | |
| 1411902914 | 3,036.72 | 102501 | 12970072 | | 3,036.72+ | | | | | | |
| 1411902914 | 461,520.41 | 102501 | 12970072 | | 461,520.41+ | | | | | | |
| 1411902914 | 10,463.89 | 102501 | 12970072 | | 10,463.89+ | | | | | | |
| 1411902914 | 25,473.82 | 102601 | 45758426 | | 25,473.82+ | | | | | | |
| 1411902914 | 798,284.14 | 102601 | | | 798,284.14+ | | | | | | |
| 1411902914 | 4,845.07 | 102601 | | | 4,845.07+ | | | | | | |
| 1411902914 | 2,001.97 | 103101 | | | 2,001.97+ | | | | | | |
| CREDITS | DEBITS 2134,362.75 | | 28GT | | 2,134,362.75* | | | | | | |

**EXPLANATION OF CODES**

TYPE OF REPORT
- UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL : OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 : CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 : FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M : MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST. ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 207990003615 | WR GRACE & CO.-CONN ATTN: CINDY LEE | 025 | 10-31-01 | 1 |

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 5442 | 2,272.48 | 021501 | 14213700 | | | | |
| 5443 TO 5666 | | | | | | | |
| 5667 | 1,192.19 | 100201 | 14213699 | EFO 09300/ | 1,192.19+ | | |
| 5668 | 2,397.24 | 100201 | 13703865 | | 2,397.24+ | | |
| 5669 | 884.83 | 100101 | 13138408 | | 884.83+ | | |
| 5670 | 3,779.83 | 101601 | 12520601 | EFO 09300/ | 3,779.83+ | | |
| 5671 | 1,894.85 | 100301 | | | 1,894.85+ | | |
| 5672 TO 5674 | | | | | | | |
| 5675 | 108.83 | 100201 | 12163339 | E83 09301/ | 108.83+ | | |
| 5676 | 81.17 | 101601 | 13141062 | E83 09300/ | 81.17+ | | |
| 5677 | 2,000.34 | 101701 | 16679183 | E78 10150/ | 2,000.34+ | | |
| 5678 | 434.33 | 101601 | 13126331 | EFO 10150/ | 434.33+ | | |
| 5679 | 132.85 | 101601 | 13126332 | EFO 10150/ | 132.85+ | | |
| 5680 | 772.49 | 101601 | 13126393 | | 772.49+ | | |
| 5681 | 1,635.61 | 101601 | 16460983 | | 1,635.61+ | | |
| 5682 | | | | | | | |
| 5683 | 884.82 | 101801 | 18105754 | EFO 10150/ | 884.82+ | | |
| 5684 | 3,779.83 | 101701 | 16745272 | | 3,779.83+ | | |
| 5685 | 1,352.60 | 101701 | 17861401 | EFO 10150/ | 1,352.60+ | | |
| 5686 | 1,249.77 | 101301 | 16072795 | E83 10150/ | 1,249.77+ | | |
| 5687 | 636.17 | 101501 | 19551541 | E83 10150/ | 636.17+ | | |
| 5688 | 1,134.09 | 101501 | 17091912 | E83 10140/ | 1,134.09+ | | |
| 5689 | 480.11 | 102301 | 10541148 | | 480.11+ | | |
| 5690 | | | | | | | |
| 5691 | 1,635.61 | 102901 | 19703928 | EFO 10310/ | 1,635.61+ | | |
| 5692 TO 5695 | | | | | | | |
| 5696 | 1,045.35 | 102901 | 18808341 | EFO 10310/ | 1,045.35+ | | |
| 5697 | 1,352.60 | 103101 | 11317272 | | 1,352.60+ | | |
| 5698 | 1,335.82 | 102901 | 11321310 | | 1,335.82+ | | |
| 5699 | 636.16 | 103101 | 15095845 | | 636.16+ | | |
| 5700 | 1,134.09 | 103001 | 10304889 | | 1,134.09+ | | |
| 5701 | 30.00 | 103101 | 15077917 | /03/01 | 30.00+ | | |
| 5702 TO 14435 | | | | | | | |
| 14436 | 4,900.00 | 040501 | | | | | |
| 14437 TO 14451 | | | | | | | |
| 14452 | 7,558.00 | 101701 | 16679184 | | 7,558.00+ | | |
| 14453 | 4,825.54 | 102501 | 18399249 | | 4,825.54+ | | |
| TOTAL O/S | 90.00 | | | | | | |
| TOTAL PAID | 44,385.12 | | 28 | | 44,385.12* | | |

## TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

## EXPLANATION OF CODES

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# FIRST UNION

## PARTIAL / RANGE RECONCILEMENT BALANCE SHEET

WR GRACE & CO.-CONN          025                    ACCT NO.:   0001        2079900003615

ATTN: CINDY LEE

7500 GRACE DRIVE

COLUMBIA        MD 21044-4098

| RECONCILEMENT OF DEBITS | | CUTOFF DATE: 10/31/2001 |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 44,385.12 |
| MISCELLANEOUS DEBITS | + | 2,134,362.75 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/- | .00 |
| DEBIT ADJUSTMENTS | - | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 2,178,747.87 |
| TOTAL DEBITS FROM BANK STATEMENT | | 2,178,747.87 |

IF YOU HAVE ANY QUESTIONS, PLEASE

CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 025

===== VESTED-in-Quality =====>

000153



# Commercial Checking

01  2000006910969  072  130         0   32       5,130

W R GRACE & CO - CONN
ATTN: PATTY ELLIOT-GRAY
7500 GRACE DRIVE
COLUMBIA MD  21044

CB

---

## Commercial Checking

9/29/2001 thru 10/31/2001

Account number: 2000006910969
Account holder(s): W R GRACE & CO - CONN

Taxpayer ID Number: 135114230

## Account Summary

| | |
|---|---|
| Opening balance 9/29 | $3,744.03 |
| Closing balance 10/31 | $3,744.03 |

INTRODUCING FIRST UNION'S VOICE SERVICE. BANKING BY PHONE JUST GOT EASIER. NOW WHEN YOU CALL 1-800-222-FUNB OPTION 1, YOU CAN "JUST SAY WHAT YOU WANT TO DO". TRY IT. SEE INSERT FOR MORE DETAILS.

**Merrill Lynch** Investment Managers

**Merrill Lynch Funds For Institutions**

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

12250

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4009

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 10/01/2001 - 10/31/2001

Account Number
318-3323735-8

Financial Advisor
George L Perez
(--22N07G86)

Account Value As Of 10/31/2001
$65,868,004.35

Dividends
10/01/2001 - 10/31/2001     Year To Date
$122,460.62                 $1,095,564.51

Account Of:
W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4009

> ON THURSDAY, NOVEMBER 22, MERRILL LYNCH
  FUNDS FOR INSTITUTIONS WILL BE CLOSED IN
  OBSERVANCE OF THANKSGIVING DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR OCTOBER
  WAS 2.88%. TRADING DEADLINES ARE 3:00 PM ET
  ON NOVEMBER 21 AND 1:00 PM ET ON NOVEMBER 23

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | $40,945,543.73 |
| 10/01/2001 | 10/01/2001 | Same Day Wire Redemption | $800,000.00 | $1.00 | $40,145,543.73 |
| 10/02/2001 | 10/02/2001 | Shares Purchased By Wire | $4,100,000.00 | $1.00 | $44,245,543.73 |
| 10/04/2001 | 10/04/2001 | Same Day Wire Redemption | $3,100,000.00 | $1.00 | $41,145,543.73 |
| 10/05/2001 | 10/05/2001 | Shares Purchased By Wire | $4,900,000.00 | $1.00 | $46,045,543.73 |
| 10/11/2001 | 10/11/2001 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $44,045,543.73 |
| 10/15/2001 | 10/15/2001 | Shares Purchased By Wire | $5,800,000.00 | $1.00 | $49,845,543.73 |
| 10/17/2001 | 10/17/2001 | Shares Purchased By Wire | $1,500,000.00 | $1.00 | $51,345,543.73 |
| 10/18/2001 | 10/18/2001 | Same Day Wire Redemption | $1,200,000.00 | $1.00 | $50,145,543.73 |
| 10/19/2001 | 10/19/2001 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $51,145,543.73 |
| 10/22/2001 | 10/22/2001 | Shares Purchased By Wire | $4,800,000.00 | $1.00 | $55,945,543.73 |
| 10/23/2001 | 10/23/2001 | Same Day Wire Redemption | $3,000,000.00 | $1.00 | $52,945,543.73 |
| 10/24/2001 | 10/24/2001 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $47,945,543.73 |
| 10/25/2001 | 10/25/2001 | Shares Purchased By Wire | $8,400,000.00 | $1.00 | $56,345,543.73 |
| 10/25/2001 | 10/25/2001 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $51,345,543.73 |
| 10/26/2001 | 10/26/2001 | Shares Purchased By Wire | $7,900,000.00 | $1.00 | $59,245,543.73 |
| 10/29/2001 | 10/29/2001 | Shares Purchased By Wire | $4,900,000.00 | $1.00 | $64,145,543.73 |
| 10/31/2001 | 10/31/2001 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $65,745,543.73 |
| 10/31/2001 | 10/31/2001 | Div Reinvest | $122,460.62 | $1.00 | $65,868,004.35 |
|  |  | Ending Balance |  |  | $65,868,004.35 |

Account Number   318-3323735-8           (page 1 of 1)

Merrill Lynch
Premier Institutional Fund
Account # 3323735
For October 2001

| Date | Debit | Credit | Balance |
|---|---|---|---|
| 10/1/2001 | (800,000.00) | - | 40,145,543.73 |
| 10/2/2001 | - | 4,100,000.00 | 44,245,543.73 |
| 10/3/2001 | - | - | 44,245,543.73 |
| 10/4/2001 | (3,100,000.00) | - | 41,145,543.73 |
| 10/5/2001 | - | 4,900,000.00 | 46,045,543.73 |
| 10/6/2001 | - | - | 46,045,543.73 |
| 10/7/2001 | - | - | 46,045,543.73 |
| 10/8/2001 | - | - | 46,045,543.73 |
| 10/9/2001 | - | - | 46,045,543.73 |
| 10/10/2001 | - | - | 46,045,543.73 |
| 10/11/2001 | (2,000,000.00) | - | 44,045,543.73 |
| 10/12/2001 | - | - | 44,045,543.73 |
| 10/13/2001 | - | - | 44,045,543.73 |
| 10/14/2001 | - | - | 44,045,543.73 |
| 10/15/2001 | - | 5,800,000.00 | 49,845,543.73 |
| 10/16/2001 | - | - | 49,845,543.73 |
| 10/17/2001 | - | 1,500,000.00 | 51,345,543.73 |
| 10/18/2001 | (1,200,000.00) | - | 50,145,543.73 |
| 10/19/2001 | - | 1,000,000.00 | 51,145,543.73 |
| 10/20/2001 | - | - | 51,145,543.73 |
| 10/21/2001 | - | - | 51,145,543.73 |
| 10/22/2001 | - | 4,800,000.00 | 55,945,543.73 |
| 10/23/2001 | (3,000,000.00) | - | 52,945,543.73 |
| 10/24/2001 | (5,000,000.00) | - | 47,945,543.73 |
| 10/25/2001 | - | 3,400,000.00 | 51,345,543.73 |
| 10/26/2001 | - | 7,900,000.00 | 59,245,543.73 |
| 10/27/2001 | - | - | 59,245,543.73 |
| 10/28/2001 | - | - | 59,245,543.73 |
| 10/29/2001 | - | 4,900,000.00 | 64,145,543.73 |
| 10/30/2001 | - | - | 64,145,543.73 |
| 10/31/2001 | - | 1,600,000.00 | 65,745,543.73 |
| | (15,100,000.00) | 39,900,000.00 | |

| | |
|---|---|
| 10/01 Dividend Reinvestment | 122,460.62 |
| Month End Cash Balance | 65,868,004.35 |
| 10/01 Average Cash Balance | 50,219,737.28 |
| 10/01 Return on Average Cash Balance | 2.871% |
| 10/01 QTD Dividend Reinvestment | 122,460.62 |
| QTD Average Cash Balance | 50,219,737.28 |
| QTD Return on Average Cash Balance | 2.871% |
| 10/01 YTD Dividend Reinvestment | 1,095,564.51 |
| YTD Average Cash Balance | 30,220,690.98 |
| YTD Return on Average Cash Balance | 4.353% |





Sign Out

Available Search Methods: Tax ID/SSN | Account Number | Shareholder Name | Dealer Account

## MERRILL LYNCH FUNDS FOR INSTITUTIONS
Shareholder Account History

Thursday November 1, 2001
Vision®

### Account Information
Account Number: 3323735
Tax ID/SSN: 13-5114230
W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4009

### Fund Information
Fund Name: MERRILL LYNCH PREMIER INST'L FUND
Fund Code: 318
Ticker: MLPXX
CUSIP: 589978105

| Description/ Transaction Sequence # | Confirm Date/ Transaction ID | Trade Date/ Batch # | Price/ Schedule | Amount/ Discount Cat | Shares/ Cert | Share Balance |
|---|---|---|---|---|---|---|
| DIV REINVEST 9999999 | 10/31/2001 011 / 000 + | 10/31/2001 9999888 | $1.0000 | $122,460.62 00 | 122,460.6200 No | 66,868,043.3500 |
| SHARES PURCHASED BY WIRE 0000211 | 10/31/2001 001 / 001 + | 10/31/2001 0000998 | $1.0000 A.M. | $1,600,000.00 00 | 1,600,000.0000 No | 65,745,543.7300 |
| SHARES PURCHASED BY WIRE 0000210 | 10/29/2001 001 / 001 + | 10/29/2001 0000998 | $1.0000 A.M. | $4,900,000.00 00 | 4,900,000.0000 No | 64,145,543.7300 |
| SHARES PURCHASED BY WIRE 0000209 | 10/26/2001 001 / 001 + | 10/26/2001 0000998 | $1.0000 A.M. | $7,900,000.00 00 | 7,900,000.0000 No | 59,245,543.7300 |
| SAME DAY WIRE REDEMPTION 0000208 | 10/25/2001 024 / 007 - | 10/25/2001 0000927 | $1.0000 A.M. | $5,000,000.00 00 | 5,000,000.0000 No | 51,345,543.7300 |
| SHARES PURCHASED BY WIRE 0000207 | 10/25/2001 001 / 001 + | 10/25/2001 0000998 | $1.0000 A.M. | $8,400,000.00 00 | 8,400,000.0000 No | 56,345,543.7300 |
| SAME DAY WIRE REDEMPTION 0000206 | 10/24/2001 024 / 007 - | 10/24/2001 0000998 | $1.0000 A.M. | $5,000,000.00 00 | 5,000,000.0000 No | 47,945,543.7300 |
| SAME DAY WIRE REDEMPTION 0000205 | 10/23/2001 024 / 007 - | 10/23/2001 0000998 | $1.0000 A.M. | $3,000,000.00 00 | 3,000,000.0000 No | 52,945,543.7300 |
| SHARES PURCHASED BY WIRE 0000204 | 10/22/2001 001 / 001 + | 10/22/2001 0000998 | $1.0000 A.M. | $4,800,000.00 00 | 4,800,000.0000 No | 55,945,543.7300 |
| SHARES PURCHASED BY WIRE 0000203 | 10/19/2001 001 / 001 + | 10/19/2001 0000998 | $1.0000 A.M. | $1,000,000.00 00 | 1,000,000.0000 No | 51,145,543.7300 |
| SAME DAY WIRE REDEMPTION 0000202 | 10/18/2001 024 / 007 - | 10/18/2001 0000998 | $1.0000 A.M. | $1,200,000.00 00 | 1,200,000.0000 No | 50,145,543.7300 |
| SHARES PURCHASED BY WIRE 0000201 | 10/17/2001 001 / 001 + | 10/17/2001 0000998 | $1.0000 A.M. | $1,500,000.00 00 | 1,500,000.0000 No | 51,345,543.7300 |
| SHARES PURCHASED BY WIRE 0000200 | 10/15/2001 001 / 001 + | 10/15/2001 0000998 | $1.0000 A.M. | $5,800,000.00 00 | 5,800,000.0000 No | 49,845,543.7300 |
| SAME DAY WIRE REDEMPTION 0000199 | 10/11/2001 024 / 007 - | 10/11/2001 0000998 | $1.0000 A.M. | $2,000,000.00 00 | 2,000,000.0000 No | 44,045,543.7300 |
| SHARES PURCHASED BY WIRE 0000198 | 10/05/2001 001 / 001 + | 10/05/2001 0000998 | $1.0000 A.M. | $4,900,000.00 00 | 4,900,000.0000 No | 46,045,543.7300 |
| SAME DAY WIRE REDEMPTION 0000197 | 10/04/2001 024 / 007 - | 10/04/2001 0000998 | $1.0000 A.M. | $3,100,000.00 00 | 3,100,000.0000 No | 41,145,543.7300 |
| SHARES PURCHASED BY WIRE 0000196 | 10/02/2001 001 / 001 + | 10/02/2001 0000998 | $1.0000 A.M. | $4,100,000.00 00 | 4,100,000.0000 No | 44,245,543.7300 |
| SAME DAY WIRE REDEMPTION 0000195 | 10/01/2001 024 / 007 - | 10/01/2001 0000998 | $1.0000 A.M. | $800,000.00 00 | 800,000.0000 No | 40,145,543.7300 |
| DIV REINVEST | 09/30/2001 | 09/30/2001 | $1.0000 | $110,806.00 | 110,806.0000 | 40,945,543.7300 |

../Vision?tx=AcctHist&cz=6210818081413&tidx=402af3Xe9e88b7b5cX_7ac54492028202199&urlseq=6&ta 1/1/2001




# MERRILL LYNCH FUNDS FOR INSTITUTIONS
Shareholder Account Information

**Thursday November 1, 2001**
**Vision®**

**Return to**
- Account Information
- Search Results

**Watch Lists**
- Add this account to Global List
- Add this account to Mgmt Company List

**Account Details**
- Account History
- Account Value by Date
- Account Maintenance History
- Bank Instructions
- Dealer Information
- Rights Of Accumulation (ROA)
- Year End Summary

**Account Options**
- Audio Response
- Distribution in History
- Language English

## Account Information
Account Number: 3323735
Tax ID/SSN: 13-5114230
W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4009

| | |
|---|---|
| Total Shares: | 65,868,004.3500 |
| Issued Shares: | 0.0000 |
| Unissued Shares: | 65,868,004.3500 |
| Escrow Shares: | 0.0000 |
| NAV per Share: | $1.0000 * |
| NAV Change: | $0.00 |
| NAV Percentage Change: | 0.00% |
| NAV as of Date: | 10/31/2001 |
| Account Value: | $65,868,004.35 |
| Daily Dividend Accrual: | $0.00 |
| Capital Gains: | Reinvest |
| Dividends: | Reinvest |

* Price reflects a distribution

## Fund Information
Fund Name: MERRILL LYNCH PREMIER INST'L FUND
Fund Code: 318
Ticker: MLPXX
CUSIP: 589978105

## Account Details
| | |
|---|---|
| Date Established: | 11/22/2000 |
| Last Maintenance: | 02/08/2001 |
| Dealer Name: | MERRILL LYNCH PRIVATE CLIENT |
| Dealer / Branch: | 0006226 / 22N |
| Rep / Advisor Name: | GEORGE L PEREZ |
| Dealer Account: | |
| Rep / Advisor Number: | 3545 |
| Matrix Level: | 0 |
| Alpha Code: | --22N07G86 |
| Rights of Accumulation Number: | 18000 |
| Letter of Intent Number: | |

[ Return To Search Results ]
[ Disclaimer | Help | Contact Vision Support ]
Copyright© 2001 DST Systems, Inc. All Rights Reserved.

.../Vision?tx=AcctInfo&cz=6210818081413&tidx=402af3Xe9e88b7b5cX_7ac54492028202199&sid=0058991 1/1/2001

# Statement of Account

**In US Dollars**

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

Account No: 323-223141
Statement Start Date: 29 SEP 2001
Statement End Date: 31 OCT 2001
Statement Code: 000-USA-22
Statement No: 007

Page 1 of 1

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 1 |
| Total Debits (incl. checks) | 1 |
| Total Checks Paid | 0 |

## BALANCES

| Opening (29 SEP 2001) | | Closing (31 OCT 2001) | |
|---|---|---|---|
| Ledger | 714,376.17 | Ledger | .00 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit Amount | Description |
|---|---|---|---|---|---|---|
| 19OCT | | | | USD YOUR: NC992611811010190101 OUR: 0129200007IN | 714,376.17 | NASSAU DEPOSIT TAKEN B/O: WR GRACE & COMPANY 380 MADISON AVE, 9TH FLOOR REF: TO REPAY YOUR DEPOSIT FR 01091 9 TO 011019 RATE 2.3000 |

## DEBITS

| 19OCT | | | | USD YOUR: ND995612101019010101 OUR: 0129201033IN | 714,376.17 | NASSAU DEPOSIT TAKEN A/C: WR GRACE & COMPANY 380 MADISON AVE, 9TH FLOOR REF: TO ESTABLISH YOUR DEPOSIT FR 0 11019 TO 011119 RATE 2.2500 |

## Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 19OCT | 0.00 |

## CHECKS

*No Activity*

FT CODE:
USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT       USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.



## Commercial Money Market Investment

01　　2090002554779　036　130　　　0　53　　　49,833

W R GRACE & CO - DALEEN ACCT
ATTN: W B MCGOWAN
7500 GRACE DRIVE
COLUMBIA MD  21044-4098

CB

---

# Commercial Money Market Investment　　　　9/29/2001 thru 10/31/2001

Account number:　　2090002554779
Account holder(s):　W R GRACE & CO - DALEEN ACCT
　　　　　　　　　　ATTN: W B MCGOWAN

Taxpayer ID Number:　135114230

## Account Summary

| | |
|---|---|
| Opening balance 9/29 | $62,887.47 |
| Interest paid | 84.77 + |
| Closing balance 10/31 | $62,972.24 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| | 84.77 | INTEREST FROM 09/29/2001 THROUGH 10/31/2001 |
| Total | $84.77 | |

## Interest

| | |
|---|---|
| Number of days this statement period | 33 |
| Annual percentage yield earned | 1.50% |
| Interest earned this statement period | $84.77 |
| Interest paid this statement period | $84.77 |
| Interest paid this year | $868.21 |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/31 | 62,972.24 | | | | |

*INTRODUCING FIRST UNION'S VOICE SERVICE. BANKING BY PHONE JUST GOT EASIER. NOW WHEN YOU CALL 1-800-222-FUNB OPTION 1, YOU CAN "JUST SAY WHAT YOU WANT TO DO". TRY IT. SEE INSERT FOR MORE DETAILS.*



## Commercial Jumbo Money Market Investment

01    2090003135045  036  130        0    50           56,671

W.R. GRACE & CO.-SBA ACCT
5400 BROKEN SOUND BLVD NW #BX-5050        CB
BOCA RATON FL  33487-3511

---

## Commercial Jumbo Money Market Investment                9/29/2001 thru 10/31/2001

Account number:      2090003135045
Account holder(s):   W.R. GRACE & CO.-SBA ACCT

Taxpayer ID Number:  135114230

### Account Summary

| | |
|---|---|
| Opening balance 9/29 | $165,072.05 |
| Interest paid | 348.63 |
| Closing balance 10/31 | $165,420.68 |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 10/31 | 348.63 | INTEREST FROM 09/29/2001 THROUGH 10/31/2001 |
|  | $348.63 | |

### Interest

| | |
|---|---|
| Number of days this statement period | 33 |
| Annual percentage yield earned | 2.36% |
| Interest earned this statement period | $348.63 |
| Interest paid this statement period | $348.63 |
| Interest paid this year | $5,281.74 |

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/31 | 165,420.68 | | | | |

*INTRODUCING FIRST UNION'S VOICE SERVICE. BANKING BY PHONE JUST GOT EASIER. NOW WHEN YOU CALL 1-800-222-FUNB OPTION 1, YOU CAN "JUST SAY WHAT YOU WANT TO DO". TRY IT. SEE INSERT FOR MORE DETAILS.*

---

```
W.R. GRACE AND COMPANY                          Account No:        016-001257
SYRACUSE FUNDING ACCOUNT                Statement Start Date:      16 OCT 2001
ATT:MARY BOUCHARD                        Statement End Date:       31 OCT 2001
62 WHITTEMORE AVENUE                         Statement Code:       S00-USA-22
CAMBRIDGE MA 02140                            Statement No:        020
                                                              Page 1 of 20
```

## TRANSACTIONS

| | | | BALANCES | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|
| Total Credits | 41 | 81,801,149.79 | Opening (16 OCT 2001) | | Closing (31 OCT 2001) | Credits | 0 |
| Total Debits (incl. checks) | 76 | 82,667,473.76 | Ledger | 1,425,809.77 | Ledger    559,485.80 | Debits | 0 |
| Total Checks Paid | 0 | 0.00 | | | | Checks | 0 |

| Ledger Date | Adj.Ledger Date | Value Date | F | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 16OCT | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0110907289FF | 214,600.63 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & COMPANY<br>BOCA RATON FL 33486-1010<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:38<br>IMAD: 1016EAQFTI1A000667 |
| 16OCT | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0120914289FF | 1,559,163.25 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:40<br>IMAD: 1016EAQFTI1A000685 |
| 16OCT | | | | USD YOUR: O/B BKAM IL CG0<br>OUR: 0112914289FF | 3,871,317.66 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CG0 |

| Date | Closing Balances Amount |
|---|---|
| **LEDGER BALANCES** | |
| 16OCT | 632,819.64 |
| 17OCT | 578,258.49 |
| 18OCT | 375,118.77 |
| 19OCT | 512,520.85 |
| 22OCT | 571,471.55 |
| 23OCT | 471,236.66 |
| 24OCT | 556,519.52 |
| 25OCT | 562,644.22 |
| 26OCT | 421,116.37 |
| 29OCT | 586,601.77 |
| 30OCT | 176,584.92 |
| 31OCT | 559,485.80 |

```
FT CODE:   USD - SAME DAY FUNDS       US1 - ONE DAY FLOAT     US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
           USN - NEXT DAY FUNDS       US2 - TWO DAY FLOAT     US4 - FOUR DAY FLOAT     USM - MIXED FLOAT
```

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

```
W.R. GRACE AND COMPANY                              Account No:  016-001257
SYRACUSE FUNDING ACCOUNT                   Statement Start Date: 16 OCT 2001
ATT:MARY BOUCHARD                            Statement End Date: 31 OCT 2001
62 WHITTEMORE AVENUE                             Statement Code: S00-USA-22
CAMBRIDGE  MA  02140                               Statement No: 020
                                                              Page 2 of 20
```

| Ledger Date | Adj Date | Value Date | F | T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 17OCT | | | USD YOUR: O/B BANK ONE NA<br>OUR: 0289708290FF | 76,104.72 | OBI=HOWT BBI=/TIME/11:28<br>IMAD: 1016G1QFGY2C000416<br>FEDWIRE CREDIT<br>VIA: BANK ONE CHICAGO<br>/071000013<br>B/O: GODWINS BOOKE AND DICKENSON TP<br>CHICAGO IL USA<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BANK ONE NA<br>BBI=/TIME/15:25<br>IMAD: 1017G1QH052C003353 | | |
| | | 17OCT | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0113913290FF | 673,304.46 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:29<br>IMAD: 1017G1QFGY2C000465 | | |
| | | 17OCT | | | USD YOUR: O/B FIRST UNION<br>OUR: 0173014290FF | 695,575.39 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRST UNION<br>BBI=/TIME/12:49<br>IMAD: 1017F3QCAA1C000836 | | |
| | | 17OCT | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0185208290FF | 1,305,595.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/13:14<br>IMAD: 1017EAQFTI1A000927 | | |
| | | 18OCT | | | USD YOUR: MAESTRO<br>OUR: 0379607291FF | 1,200,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP | | |