W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

015-001257
16 OCT 2001
31 OCT 2001
S00-USA-22
020

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

Page 3 of 20

| Ledger Date | Add. Ledger State | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | F | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 18OCT | | | USD YOUR: 0144709291FF  OUR: 0144709291FF | 1,617,521.00 | /01100028  B/O: W R GRACE & CO - CONN  COLUMBIA MD 21044-4009  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001600125? RFB=MAESTRO OBI=FUND  -318-P 1-S 1 ML PREMIER FUND BBI=/T  IMAD: 1018A1QO02GC001381 |
| 18OCT | | | USD YOUR: 0105501291FF  OUR: 0105501291FF | 2,928,147.86 | FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W R GRACE & CO  COLUMBIA MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001600125? RFB=O/B WACHOVIA WIN  BBI=/TIME/11:56  IMAD: 1018EAQFTIIA000870  FEDWIRE CREDIT  VIA: BANK OF AMERICA CHICAGO  /071000039  B/O: W.R. GRACE & CO.  CAMBRIDGE MA 02140  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001600125? RFB=O/B BKAM IL CGO  DBI=HOWT BBI=/TIME/11:12  IMAD: 1018B1QFGYVZC000499. |
| 19OCT | | | USD YOUR: 027280B292FF  OUR: 027280B292FF | 65,456.46 | FEDWIRE CREDIT  VIA: BANK ONE CHICAGO  /071000013  B/O: GODWINS BOOKE AND DICKENSON TP  CHICAGO IL USA  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001600125? RFB=O/B BANK ONE NA  BBI=/TIME/14:45  IMAD: 1019G1QH052C003460 |
| 19OCT | | | USD YOUR: 011290329ZFF  OUR: 011290329ZFF | 989,975.00 | FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W R GRACE & CO  COLUMBIA MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 4 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 19OCT | 19OCT | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0092507292FF | 1,061,397.27 | ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600157 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:15<br>IMAD: 1019EAQFTI1A000721<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600157 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:46<br>IMAD: 1019G1QFG9V2C000364 |
| 22OCT | 22OCT | USD | YOUR: O/B FIRST UNION<br>OUR: 0178813295FF | 273,771.80 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600157 RFB=O/B FIRST UNION<br>BBI=/TIME/12:42<br>IMAD: 1022F3QCAA1C000807 |
| 22OCT | 22OCT | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0141808295FF | 2,076,786.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600157 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:03<br>IMAD: 1022EAQFTI1A000806 |
| 22OCT | 22OCT | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0101403295FF | 4,571,705.83 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600157 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:09<br>IMAD: 1022G1QFG9V2C000331 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 5 of 20

| Ledger Date | Adj Ledger Date | Value Date | F | R | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 23OCT | | 23OCT | USD | | YOUR: O/B WACHOVIA WIN OUR: 0135514296FF | 679,485.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /05310049A B/O: W R GRACE & CO COLUMBIA MD 21044 REF.CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:17 IMAD: 1023EAQFTI1A000771 | | |
| 23OCT | | 23OCT | USD | | YOUR: O/B BKAM IL CGO OUR: 0095613296FF | 2,423,596.53 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF.CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HQWT BBI=/TIME/11:15 IMAD: 1023GIQFGY2CC000377 | | |
| 23OCT | | 23OCT | USD | | YOUR: MAESTRO OUR: 0316403296FF | 3,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF.CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318 OBI=ML PREMIER FUND BBI=/T IMAD: 1023AIQ002DC001327 | | |
| 24OCT | | 24OCT | USD | | YOUR: O/B BARCLAYS PLC OUR: 2348200297FC | 13,256.00 | CHIPS CREDIT VIA: BARCLAYS BANK PLC /0257 B/O: INEOS SILICAS LIMITED REF:BNF=W.R. GRACE AND COMPANY CO LUMBIA MD/AC-00001600125 7 ORG=INEOS SILICAS LIMITED OGB=BAR CLAYS BANK PLC LONDON EC3 NHJ ENGL AND OBI=ROYALTY PAYMENT BBI=/BNF/LE SSN: 0111235 | | |
| 24OCT | | 24OCT | USD | | YOUR: O/B BKAM IL CGO OUR: 0096702297FF | 695,277.63 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
16 OCT 2001
31 OCT 2001
S00-USA-22
020
Page 6 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

CREDITS CONTINUED

24OCT / 24OCT / USD YOUR: O/B WACHOVIA WIN OUR: 013950929FF / 2,754,424.02

```
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125? RFB=O/B BKAM IL CGO
OBI=HOWT BBI=/TIME/11:01
IMAD: 1024G1QFGY2C000389
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125? RFB=O/B WACHOVIA WIN
BBI=/TIME/12:01
IMAD: 1024EAQFTI1A000836
```

24OCT / 24OCT / USD YOUR: MAESTRO OUR: 038101149297FF / 5,000,000.00

```
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4009
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125? RFB=MAESTRO OBI=FUND
-318-P 1-S 1 ML PREMIER FUND BBI=/T
IMAD: 1024AIQ002BC001482
```

25OCT / 25OCT / USD YOUR: O/B WACHOVIA WIN OUR: 010950229BFF / 652,700.72

```
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125? RFB=O/B WACHOVIA WIN
BBI=/TIME/10:39
IMAD: 1025EAQFTI1A000626
```

25OCT / 25OCT / USD YOUR: REFERENCE OUR: 012990729BFF / 5,000,000.00

```
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4009
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125? RFB=REFERENCE OBI=F
```

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | Account No: | 016-001257 |
|---|---|---|---|
| | | Statement Start Date: | 16 OCT 2001 |
| | | Statement End Date: | 31 OCT 2001 |
| | | Statement Code: | S00-USA-22 |
| | | Statement No: | 020 |

Page 7 of 20

| Ledger Date | Adj Ledger Date | Value Date | CF | FE | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 25OCT | | 25OCT | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 037140829BFF | 11,562,139.00 | 318-P 8-S 43 ML PREMIER INSTITUTION<br>IMAD: 1025A1Q02GC000275<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/15:36 | | |
| 26OCT | | 26OCT | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0099801299FF | 1,355,828.98 | IMAD: 1025EAQFTIIA001565<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:04<br>IMAD: 1026GIQFGYZC000376 | | |
| 26OCT | | 26OCT | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0130913299FF | 1,711,624.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:41<br>IMAD: 1026EAQFTIIA000846 | | |
| 26OCT | | 26OCT | | | USD YOUR: 6008298125270001<br>OUR: 0810900299FC | 2,599,068.66 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-00016001257<br>ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0048762 | | |
| 26OCT | | 26OCT | | | USD YOUR: 6008297152310001<br>OUR: 0801300299FC | 5,376,455.30 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A. | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT,MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  16 OCT 2001
Statement End Date:    31 OCT 2001
Statement Code:        S00-USA-22
Statement No:          020

Page 8 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | /0959 B/O: GRACE COLLECTION INC. | | |
| 29OCT | | | USD | YOUR: PHN OF 01/10/26 OUR: 0257800302II | 30,722.00 | REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0001600125 7 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY S/N: 0048562 BOOK TRANSFER CREDIT B/O: CB FUNDS TRANS PREVIOUS DAY TAMPA FL 33610- ORG: MBR/0103 BANKERS TRUST COMPANY REF: REVERSAL OF ENTRY DD10/26/01 T RN00275022996PBECAUSE UTA BENEF ACC T NO AND SWI FT ADDRESS DO NOT AGRE E/BNF/OUR REF.CMR2859-290CT01 CHASE REF33213003302FC REFPHN OF 01/10/26 | | |
| 29OCT | | | USD | OUR: 0018950114XF | 181,596.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 00032313652A | | |
| 29OCT | | | USD | YOUR: O/B FIRST UNION OUR: 01911143O2FF | 1,268,098.49 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001600125T RFB=O/B FIRST UNION BBI=/TIME/12:49 IMAD: 1029F3QCAAIC000890 | | |
| 29OCT | | | USD | YOUR: O/B WACHOVIA WIN OUR: 017151430ZFF | 1,561,877.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001600125T RFB=O/B WACHOVIA WIN BBI=/TIME/12:20 IMAD: 1029EAQFTIIA000873 | | |
| 29OCT | | | USD | YOUR: O/B BKAM IL CGO OUR: 01618023O2FF | 2,919,001.65 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. | | |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 9 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F X | Reference | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 30OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0147009303FF | 737,500.00 | CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HQWT BBI=/TIME/12:07<br>IMAD: 1029G1QFG Y2C000572 | |
| | | | | | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & COMPANY<br>BOCA RATON FL 33486-1010<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:56<br>IMAD: 1030EAQFTI1A000815 | |
| | | 30OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0141708303FF | 2,150,626.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:55<br>IMAD: 1030EAQFTI1A000812 | |
| | | 30OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0096614303FF | 2,303,517.88 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HQWT BBI=/TIME/10:49<br>IMAD: 1030G1QFG Y2C000434 | |
| | | 31OCT | | USD YOUR: O/B PNCBANK PHIL<br>OUR: 0397202304FF | 32,783.33 | FEDWIRE CREDIT<br>VIA: PNC BANK, NA PHILADELPHIA<br>/031000053<br>B/O: E-CATALYSTS INC<br>HORSHAM,PA 19044-2206<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B PNCBANK PHIL | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARV BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 10 of 20

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Description | Credit/Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 31OCT | | | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0118913304FF | BBI=/TIME/15:43<br>IMAD: 1031D30C12GC001422<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:53<br>IMAD: 1031G1QFGY2GC000441 | 1,849,547.57 | | |
| 31OCT | | | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0227200304FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/13:06<br>IMAD: 1031EAQFTI1A001130 | 2,761,601.03 | | |
| **DEBITS** | | | | | | | | |
| 16OCT | | | USD | OUR: 0031310114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238196 | 51.00 | | |
| 16OCT | | | USD | YOUR: ACH OF 01/10/16<br>OUR: 0020000289HP | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | 14,621.00 | | |
| 16OCT | | | USD | YOUR: PHN OF 01/10/16<br>OUR: 0015304289GP | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTCHE BANK AG SW CD DEUTNLQA<br>AMSTERDAM<br>BEN: A & M MINERALS AND METALS LTD<br>REF: GRACE AND DAVISON PYMT OF INVO<br>ICE 10576<br>SSN: 0201279 | 20,501.60 | | |
| 16OCT | | | USD | YOUR: PHN OF 01/10/16<br>OUR: 0015302289GP | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | 42,781.10 | | |
| 16OCT | | | USD | YOUR: PHN OF 01/10/16<br>OUR: 0015303289GP | FEDWIRE DEBIT<br>VIA: FIRST UNION NC | 271,294.47 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 11 of 20

## DEBITS CONTINUED

| Ledger Date | Adjustment Date | Value Date | F/E | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 16OCT | | 16OCT | USD | YOUR: PHN OF 01/10/16 <br> OUR: 0015301289GP | 753,103.06 | /053000219 <br> A/C: W R GRACE AND COMPANY <br> BEN: W R GRACE AND COMPANY <br> REF: REF: MARIE WIMBLE/CMG/BSG VA 3 <br> 271/TIME/12:15 <br> IMAD:1016B1QGC08C002139 <br> FEDWIRE DEBIT <br> VIA: ALLFIRST BANK <br> /052000113 <br> A/C: W R GRACE <br> REF: /TIME/12:13 | | |
| 16OCT | | 16OCT | USD | YOUR: PHN OF 01/10/16 <br> OUR: 0015301289GP | 935,719.44 | IMAD:1016B1QGC08C002092 <br> CHIPS DEBIT <br> VIA: BANKERS TRUST COMPANY <br> /0103 <br> A/C: ACC 00163002 <br> FPR: DEPOSITORY <br> BEN: NO ACCT GIVEN <br> WR GRACE & COMPANY PLAN 8995-8994 <br> REF: WEEK ENDING 10/8/01 AND 10/9/0 <br> 1 CPD DAVISON-SALARIES <br> SSN: 020092 | | |
| 16OCT | | 16OCT | USD | YOUR: PHN OF 01/10/16 <br> OUR: 0037500289GP | 4,400,000.00 | FEDWIRE DEBIT <br> VIA: FIRST UNION NC <br> /053000219 <br> A/C: W.R. GRACE AND COMPANY <br> REF: WR GRACE PAYMENT FOR CONTROL D <br> ISBURSTMENT ACCT./TIME/15.35 <br> IMAD:1016B1QGC03C003209 | | |
| 17OCT | | 17OCT | USD | YOUR: PHN OF 01/10/17 <br> OUR: 0018802290GP | 50,848.68 | CHIPS DEBIT <br> VIA: ABN AMRO BANK N V <br> /0958 <br> A/C: ACC 456158353710 <br> ECOPETROL <br> RE: CONTRACT VRM-013-2001 IMPUESTO <br> DE TIMBRE (STAMP TAX) <br> SSN: 0213190 | | |
| 17OCT | | 17OCT | USD | YOUR: PHN OF 01/10/17 <br> OUR: 0018800290GP | 51,189.93 | BOOK TRANSFER DEBIT <br> A/C: W GRACE & CO CONN (UHC FUNDI <br> COLUMBIA MD 21044- <br> REF: UHC PAYMENT | | |
| 17OCT | | 17OCT | USD | YOUR: PHN OF 01/10/17 <br> OUR: 0018804290GP | 54,270.22 | CHIPS DEBIT <br> VIA: ABN AMRO BANK N V <br> /0958 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  16 OCT 2001
Statement End Date:    31 OCT 2001
Statement Code:        S00-USA-22
Statement No:          020

Page 12 of 20

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 17OCT | | | | | USD YOUR: PHN OF 01/10/17 OUR: 0018032906P | 68,363.89 | CHIPS DEBIT /0958 VIA: ABN AMRO BANK N V A/C: ACC 45615835710 ECOPETROL REF: CONTRACT VRM-012-2001 IMPUESTO DE TIMBRE (STAMP TAX) SSN: 0213353 | | |
| 17OCT | | | | | USD YOUR: PHN OF 01/10/17 OUR: 0018012906P | 80,668.00 | CHIPS DEBIT /0103 VIA: BANKERS TRUST COMPANY A/C: HANSAPANK 200001 TALLINN, ESTONIA BEN: AS SILMET REF: GRACE DAVISON PAYMENT OF INVOI CES SSN: 0213077 | | |
| 17OCT | | | | | USD YOUR: PHN OF 01/10/17 OUR: 0357002906P | 1,000,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /05300021 9 A/C: WR GRACE & CO. CONN REF: WR GRACE PAYMENT FOR CONTROLLE D DISBURSMENT ACCT./TIME/15:51 IMAD: 1017B1QGC04C003559 | | |
| 17OCT | | | | | USD YOUR: PHN OF 01/10/17 OUR: 0357012906P | 1,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRIL LYNCH PREMEIR INSTITUTI FUND BEN: N/O W.R. GRACE & CO-CONN REF: ATTN.MERRIL GROUP TRANSFER OF FUNDS/TIME/15:53 IMAD: 1017B1QGC07C003804 | | |
| 18OCT | | | | | USD OUR: 0032010114XF | 10,759.40 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032881963 | | |
| 18OCT | | | | | USD YOUR: PHN OF 01/10/18 OUR: 0198002916P | 72,733.59 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: TRANSFER OF FUNDS | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 13 of 20

| Ledger Date | Adjusted/Value Date | | Reference | Credit/Debit | Description | Date Closing Balance/Amount |
|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | |
| 18OCT | 18OCT | USD | YOUR: PHN OF 01/10/1B OUR: 0019B012916P | 72,733.59 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: TRANSFER OF FUNDS | |
| 18OCT | | USD | YOUR: ACH OF 01/10/1B OUR: 0011600291HP | 92,582.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | |
| 18OCT | | USD | YOUR: PHN OF 01/10/1B OUR: 0044100291GP | 5,700,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W R GRACE & CO-CONN REF: W R GRACE PYMT FOR FOR CONTROLE D DISBURSMENT ACCOUNT/TIME/17:10 IMAD: 1018B1QGC06C004093 | |
| 19OCT | | USD | OUR: 0032610114XF | 5,503.05 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523881963 | |
| 19OCT | | USD | YOUR: PHN OF 01/10/19 OUR: 0030701292GP | 120,042.62 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PYMT | |
| 19OCT | | USD | YOUR: PHN OF 01/10/19 OUR: 0030700292GP | 153,880.98 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: ACC 00163002 FPRS DEPOSITORY REF: PLAN 89995/89994 WEEK ENDING 1 0/15/01 SSN: 0230175 | |
| 19OCT | | USD | YOUR: PHN OF 01/10/19 OUR: 0039700292GP | 700,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: WR GRACE AND CO-CONN REF: PAYMENT FOR CONTROL DISBURSEME NTS/TIME/16:43 IMAD: 1019B1QGC04C004079 | |
| 19OCT | | USD | YOUR: PHN OF 01/10/19 OUR: 0039701292GP | 1,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUNDS BEN: N/O WR GRACE AND CO-CONN REF: TRANSFER FUNDS/TIME/16:35 IMAD: 1019B1QGC06C003969 | |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 14 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj.Ledger Date | Value Date | F | Ft | References | Description | Credit/Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | | References | Description | Credit/Debit |
|---|---|---|---|---|---|
| 22OCT | | USD OUR: 0032230114XF | | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | 2,068.94 |
| 22OCT | 22OCT | USD YOUR: PHN OF 01/10/22 OUR: 0034032956P | | BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TTEE & BAN LIMA 12 PERU BEN: /193075645415B TERESOPOLIS S.A. REF: PMT INV 020-01 ON BEHALF OF GR ACE DAVISON | 4,399.75 |
| 22OCT | 22OCT | USD YOUR: PHN OF 01/10/22 OUR: 0034602295GP | | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENT | 56,844.24 |
| 22OCT | 22OCT | USD YOUR: PHN OF 01/10/22 OUR: 0034602295GP | | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: WR GRACE AND CO-CONN REF: WR GRACE PMTS FOR CONTROLLED D ISBURSEMENT ACCOUNTS/TIME/16:25 IMAD: 1022B1QGC04C003886 | 2,000,000.00 |
| 22OCT | 22OCT | USD YOUR: PHN OF 01/10/22 OUR: 0034012956P | | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRIL LYNCH PREMIER INSTITUTI FUND BEN: N/O WR GRACE AND CO-CONN REF: TRANSFER OF FUNDS/REC/ATTN MER RILL GROUP/TIME/16:25 IMAD: 1022B1QGC07C004065 | 4,800,000.00 |
| 23OCT | | USD OUR: 0031070114XF | | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | 786.01 |
| 23OCT | 23OCT | USD YOUR: PHN OF 01/10/23 OUR: 0023402296GP | | BOOK TRANSFER DEBIT A/C: METROPOLITAN LIFE INSURANCE CO TAMPA FL 33630-3370 REF: EMPLOYEE GUL CONTRIBUTION FOR SEPT 2001 | 2,476.14 |
| 23OCT | 23OCT | USD YOUR: PHN OF 01/10/23 OUR: 0023404296GP | | FEDWIRE DEBIT VIA: FIRST UNION FL /063000021 A/C: RODRIGO AVERBE REF: WR GRACE PAYMENT FOR 4TH QUART ER 2001 IMAD: 1023B1QGC04C003396 | 4,506.00 |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 15 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Credit/Debit Amount | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 23OCT | | 23OCT | USD | YOUR: PHN OF 01/10/23<br>OUR: 0023403296GP | 6,040.09 | BOOK TRANSFER DEBIT<br>A/C: METROPOLITAN LIFE INSURANCE CO<br>TAMPA FL 33630-3370<br>REF: EMPLOYEE LTC CONTRIBUTION FOR<br>SEPT 2001 | | |
| 23OCT | | 23OCT | USD | YOUR: PHN OF 01/10/23<br>OUR: 0023401296GP | 31,660.87 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | | |
| 23OCT | | 23OCT | USD | YOUR: PHN OF 01/10/23<br>OUR: 0023400296GP | 757,847.31 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: WR GRACE<br>REF: FUNDING HOURLY PAYROLL/TIME/16<br>:07/<br>IMAD: 1023B1QGC06C003477 | | |
| 23OCT | | 23OCT | USD | YOUR: PHN OF 01/10/23<br>OUR: 0039300296GP | 5,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND COMPANY-CONN<br>REF: W.R. GRACE PAYMENTS FOR CONTRO<br>L DISBURSEMENT ACCOUNT/TIME/16:57<br>IMAD: 1023B1QGC05C003772 | | |
| 24OCT | | | USD | OUR: 0031290114XF | 2,715.74 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0002388196 3 | | |
| 24OCT | | 24OCT | USD | YOUR: ACH OF 01/10/24<br>OUR: 0047002097HP | 8,188.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 24OCT | | 24OCT | USD | YOUR: PHN OF 01/10/24<br>OUR: 0041100297GP | 51,489.09 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | | |
| 24OCT | | 24OCT | USD | YOUR: PHN OF 01/10/24<br>OUR: 0041102297GP | 186,102.65 | FEDWIRE DEBIT<br>VIA: BANK ONE NA CHGO<br>/071000013<br>A/C: UNITED HEALTHCARE<br>REF: /TIME/17:42 | | |
| 24OCT | | 24OCT | USD | YOUR: PHN OF 01/10/24<br>OUR: 0041101297GP | 336,629.00 | BOOK TRANSFER DEBIT<br>A/C: METROPOLITAN LIFE INSURANCE CO<br>TAMPA FL 33630-3370<br>IMAD: 1024B1QGC04C004216 | | |
| 24OCT | | 24OCT | USD | YOUR: PHN OF 01/10/24<br>OUR: 0018500297GP | 2,492,550.31 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 16 of 20

## DEBITS CONTINUED

| Ledger Date | Value Date | IF/TX | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| 24OCT | | USD | YOUR: PHN OF 01/10/24  OUR: 0041103297GP | 5,300,000.00 | A/C: W.R. GRACE AND COMPANY  REF: /TIME/13:00  MAD: 1024BIQGC08C002621  FEDWIRE DEBIT  VIA: FIRST UNION NC  /053000219 | | |
| 25OCT | | USD OUR: 0032370114XF | | 350.00 | A/C: WR GRACE AND CO  REF: /TIME/17:48  MAD: 1024BIQGC07C004426  AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00032381963 | | |
| 25OCT | | USD | YOUR: PHN OF 01/10/25  OUR: 0039802298GP | 22,988.32 | A/C: NATEXIS BANQUE POPULAIRES  PARIS CEDEX 09 FRANCE 75427-  BEN: /30021530030409411501476  RHODIA TERRES  REF: GRACE DAVISON 3RD QUARTER 2001  ROYALTY PAYMENT  BOOK TRANSFER DEBIT | | |
| 25OCT | | USD | YOUR: PHN OF 01/10/25  OUR: 0012901298GP | 38,565.69 | A/C: W R GRACE & CO CONN (UHC FUNDI  COLUMBIA MD 21044-  REF: UHC PAYMENT  BOOK TRANSFER DEBIT | | |
| 25OCT | | USD | YOUR: PHN OF 01/10/25  OUR: 0012902298GP | 54,447.90 | A/C: W R GRACE & CO  COLUMBIA MD 21044-4098  REF: FUNDING UNITED HEALTH CARE ACC  QUNT  BOOK TRANSFER DEBIT | | |
| 25OCT | | USD | YOUR: PHN OF 01/10/25  OUR: 0012903298GP | 367,598.48 | A/C: WR GRACE & CO. RETIREMENT PLAN  REF: SUPPLEMENTAL PENSION PAYMENT F  OR THE MONTH OF NOVEMBER 2001/TIME  /12:57  FEDWIRE DEBIT  VIA: NORTHERN CHGO  /071000152 | | |
| 25OCT | | USD | YOUR: PHN OF 01/10/25  OUR: 0012900298GP | 1,024,764.63 | A/C: WR GRACE & CO./COM  REF: REF: TRANSFER OF FUNDS TO BANK  OF AMERICA LOCKBOX/TIME/12:54  MAD: 1025BIQGC01C002877  FEDWIRE DEBIT  VIA: BKAM IL CGO  /071000039 | | |
| 25OCT | | USD | YOUR: PHN OF 01/10/25  OUR: 0039801298GP | 7,300,000.00 | FEDWIRE DEBIT  VIA: FIRST UNION NC | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| | | | | | | /053000219<br>A/C: WR GRACE AND CO.<br>REF: /TIME/16:11<br>IMAD: 1025B1QGC03C004145 | | |
| 25OCT | | 25OCT | USD | YOUR: PHN OF 01/10/25<br>OUR: 0039800298GP | 8,400,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIRE INSTITUT<br>FUND<br>BEN: WR GRACE AND CO.<br>REF: /TIME/16:10<br>IMAD: 1025B1QGC06C004275 | | |
| 26OCT | | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027502299GP | 30,722.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 221011421606<br>SWIFT HABAEE2X<br>REF: AS SILMET PYMT OF INVOICE NO.5<br>2382<br>SSN: 0223203 | | |
| 26OCT | | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027503299GP | 32,598.38 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC FUNDING ACCOUNT | | |
| 26OCT | | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0046100299GP | 115,500.00 | FEDWIRE DEBIT<br>VIA: BK AMER SF<br>/121000358<br>A/C: BANK OF AMERICA BUSINESS CREDI<br>835<br>REF: PAYMENT OF INTEREST ON 30 MILL<br>ION DIP BORROWING/TIME/17:08<br>IMAD: 1026B1QGC07C004623 | | |
| 26OCT | | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027501299GP | 185,977.51 | FEDWIRE DEBIT<br>VIA: WACHOVIA WINSTON<br>/053100494<br>A/C: RHODIA ELECTONICS AND CATALYST<br>REF: GRACE DAVIDSON PYMT FOR INVOIC<br>ES/TIME/14:10<br>IMAD: 1026B1QGC06C002996 | | |
| 26OCT | | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027500299GP | 919,706.90 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 00163002<br>FPRS DEPOSITORY | | |

STATEMENT OF ACCOUNT

| | | | | |
|---|---|---|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 OCT 2001 |
| Statement End Date: | 31 OCT 2001 |
| Statement Code: | S00-USA-22 |
| Statement No: | 020 |
| | Page 20 of 20 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | |
|---|---|---|---|---|---|---|
| 31OCT | | | | USD YOUR: SEE WIRE  OUR: 1119400304JB | 60,356.15 | BOOK TRANSFER DEBIT  A/C: W R GRACE & CO CONN (UHC FUNDI  COLUMBIA MD 21044-  REF: UHC PAYMENTS |
| 31OCT | | | | USD YOUR: 0018225102003A  OUR: 1119990304JB | 998,475.96 | CHIPS DEBIT  VIA: THE BANK OF NOVA SCOTIA  /0253  A/C: THE BANK OF NOVA SCOTIA  TRANSIT 24042  BEN: MONEY MOBILIZATION DIVISION  ATTENTION GEORGE SEYMOUR  REF: DAVISON W.R. GRACE - VALLEYFIE  LD SETTLEMENT  SSN: 0276459 |
| 31OCT | | | | USD YOUR: HOWT-FUCD  OUR: 1358200304JB | 1,600,000.00 | FEDWIRE DEBIT  VIA: FIRST UNION NC  /053000219  A/C: W.R. GRACE AND CO.  CHARLOTTE NC  REF: 0111 79 ATTN P. LAWING 704-374  -3448/TIME/15:54  IMAD: 1031B1Q6C07C004735 |
| 31OCT | | | | USD YOUR: SEE WIRE  OUR: 1358500304JB | 1,600,000.00 | FEDWIRE DEBIT  VIA: STATE ST BOS  /011000028  A/C: MERRILL LYNCH PREMIER INSTITUT  FUND  BEN: N/O W.R. GRACE + CO - CONN  ATTN MERRILL GROUP  REF: TRANSFER FUNDS/TIME/15:55  IMAD: 1031B1Q6C01C004953 |

## CHECKS

*No Activity*

The Chase Manhattan Bank

# Statement of Account

Account No:       016-001257
Statement Start Date:  29 SEP 2001
Statement End Date:   15 OCT 2001
Statement Code:    S00-USA-22
Statement No:       019
Page 1 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 31 |
| Total Debits (incl. checks) | 47 |
| Total Checks Paid | 0 |

## BALANCES

| | Opening (29 SEP 2001) | Closing (15 OCT 2001) |
|---|---|---|
| | 56,157,592.39 | 448,680.67 | Ledger | 1,425,809.77 |
| | 55,180,463.29 | Ledger | |
| | 0.00 | | |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

In US Dollars

### Closing Balances

| Date | Amount |
|---|---|
| | LEDGER BALANCES |
| 01OCT | 1,182,655.90 |
| 02OCT | 482,198.89 |
| 03OCT | 437,196.12 |
| 04OCT | 463,925.75 |
| 05OCT | 819,284.86 |
| 09OCT | 450,105.49 |
| 10OCT | 445,480.63 |
| 11OCT | 506,713.56 |
| 12OCT | 584,332.93 |
| 15OCT | 1,425,809.77 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|---|
| 01OCT | | | | | USD YOUR: 31Y9830989274 OUR: 2741000989ZA | 3,748.26 | NET AIP INTEREST EARNED CREDIT OF NET AIP INTEREST FOR CURRENT PERIOD AND ANY PRIOR PERIOD ADJUSTMENTS. SEE ENHANCED AIP STATEMENT FOR DETAILS. |
| 01OCT | | | | | USD YOUR: MAESTRO OUR: 0699508274FF | 800,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 1001AQ002GC002500 |
| 01OCT | | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0315202274FF | 1,435,723.54 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/13.00 IMAD: 1001EAQFTIIA001625 |
| 01OCT | | | | | USD YOUR: O/B BKAM IL CGO OUR: 0298202274FF | 2,027,253.09 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 |

FT CODE:
| | |
|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS INFORMED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

The Chase Manhattan Bank

# Statement of Account

In US Dollars

Account No:        016-001257
Statement Start Date:  29 SEP 2001
Statement End Date:    15 OCT 2001
Statement Code:    S00-USA-22
Statement No:      019

Page  2  of  14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 02OCT | | 02OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0115002275FF | 465,365.00- | B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:49<br>IMAD: 1001GIQFGY2C000797<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494 | | |
| 02OCT | | 02OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0115009275FF | 2,081,966.00- | B/O: W R GRACE & COMPANY<br>BOCA RATON FL 33486-1010<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11.40<br>IMAD: 1002EAQFTI1A000666<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494 | | |
| 02OCT | | 02OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0084801275FF | 5,304,050.88- | B/O: W.R. GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11.40<br>IMAD: 1002EAQFTI1A000663<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039 | | |
| 03OCT | | 03OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0162802276FF | 1,213,644.00- | B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:09<br>IMAD: 1002GIQFGY2C000309<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE<br>COLUMBIA, MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A | | |

The Chase Manhattan Bank

CHASE

# Statement of Account

Account No: 016-001257
Statement Start Date: 29 SEP 2001
Statement End Date: 15 OCT 2001
Statement Code: S00-USA-22
Statement No: 019
Page 3 of 14

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F/X | References | Credit/Debit | Description | Date | Closing Balances/Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 03OCT | 03OCT | USD YOUR: O/B BKAM IL CGO  OUR: 0119908276FF | 1,398,337.90 | C-00001601257 RFB=O/B WACHOVIA WIN  BBI=/TIME/12.37  IMAD: 1003EAQFTI1A000857  FEDWIRE CREDIT  VIA: BANK OF AMERICA CHICAGO  /071000039  B/O: W.R. GRACE & CO.  CAMBRIDGE MA 02140  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=O/B BKAM IL CGO  OBI=HOWT BBI=/TIME/11:38  IMAD: 1003GIQFGY2C000416 |
| 04OCT | 04OCT | USD YOUR: O/B WACHOVIA WIN  OUR: 0173414277FF | 849,984.32 | FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W R GRACE  COLUMBIA, MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=O/B WACHOVIA WIN  BBI=/TIME/12.33  IMAD: 1004EAQFTI1A000933 |
| 04OCT | 04OCT | USD YOUR: O/B BKAM IL CGO  OUR: 0110301277FF | 1,590,033.17 | FEDWIRE CREDIT  VIA: BANK OF AMERICA CHICAGO  /071000039  B/O: W.R. GRACE & CO.  CAMBRIDGE MA 02140  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=O/B BKAM IL CGO  OBI=HOWT BBI=/TIME/11.21  IMAD: 1004GIQFGY2C000533 |
| 04OCT | 04OCT | USD YOUR: MAESTRO  OUR: 0315201277FF | 3,100,000.00 | FEDWIRE CREDIT  VIA: STATE STREET BANK & TRUST COMP  /011000028  B/O: W R GRACE & CO - CONN  COLUMBIA MD 21044-4009  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=MAESTRO OBI=FUND  -318-P 1-S 1 ML PREMIER FUND BBI=/T  IMAD: 1004AIQ002SC001149 |

The Chase Manhattan Bank

Statement of Account

In US Dollars

| | Account No: | 016-001257 |
|---|---|---|
| | Statement Start Date: | 29 SEP 2001 |
| | Statement End Date: | 15 OCT 2001 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 019 |
| | | Page 4 of 14 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 05OCT | | 05OCT | USD | YOUR: O/B WACHOVIA WIN OUR: 017830927BFF | 1,229,315.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE COLUMBIA, MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:29 IMAD: 1005EAQFT11A001031 | | |
| 05OCT | | 05OCT | USD | YOUR: O/B BKAM IL CGO OUR: 023670927BFF | 1,232,858.36 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/13:40 IMAD: 1005GJQFGY2C001001 | | |
| 05OCT | | 05OCT | USD | YOUR: O/B FIRST UNION OUR: 024371327BFF | 4,288,746.05 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B FIRST UNION BBI=/TIME/13:53 IMAD: 1005F3QCAA1C001159 | | |
| 09OCT | | 09OCT | USD | YOUR: O/B WACHOVIA WIN OUR: 020810128BFF | 1,941,352.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA, MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:04 IMAD: 1005EAQFT11A000881 | | |
| 09OCT | | 09OCT | USD | YOUR: O/B BKAM IL CGO OUR: 017050928BFF | 3,432,914.53 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. | | |