

# Commercial Checking

03        2079900003615  005  108        12  160        13,632

## Other Withdrawals and Service Fees continued

| Date  | Amount     | Description |
|-------|------------|-------------|
| 10/03 | 1,228.56   | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 011003 CCD MISC C4025-029637775   PR TAXES  E83  093001 |
| 10/03 | 1,894.85   | LIST OF DEBITS POSTED |
| 10/04 | 4,352.90   | AUTOMATED DEBIT  W.R. GRACE CO. ID.        011004 PPD MISC SETTL NCVCDBATL   PAYROLL  E83  093001 |
| 10/10 | 1,709.40   | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 011010 CCD MISC C4025-029658092   PR TAXES  E83  100701 |
| 10/11 | 3,036.73   | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 011011 CCD MISC C2916-009663285   PR TAXES  E81  101501 |
| 10/11 | 5,773.34   | AUTOMATED DEBIT  W.R. GRACE CO. ID.        011011 PPD MISC SETTL NCVCDBATL   PAYROLL  E83  100701 |
| 10/11 | 10,433.22  | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 011011 CCD MISC C4213-009663562   PR TAXES  E98  101501 |
| 10/11 | 31,965.11  | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 011011 CCD MISC C2918-009663286   PR TAXES  E78  101501 |
| 10/11 | 233,018.46 | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 011011 CCD MISC C4025-019663539   PR TAXES  E80  101501 |
| 10/12 | 4,845.06   | AUTOMATED DEBIT  GRACE WASHINGTON PAYROLL  E81  101501 CO. ID.        011012 PPD MISC SETTL NCVCDBATL |
| 10/12 | 25,052.47  | AUTOMATED DEBIT  W.R. GRACE CO. ID.        011012 PPD MISC SETTL NCVCDBATL   PAYROLL  E98  101501 |
| 10/12 | 54,158.67  | AUTOMATED DEBIT  GRACE MANAGEMENT PAYROLL  E78  101501 CO. ID.        011012 PPD   Cks 3340.01 MISC SETTL NCVCDBATL |
| 10/12 | 430,289.97 | AUTOMATED DEBIT  W.R. GRACE   PAYROLL E80  101501 CO. ID.        011012 PPD   cks 12721.94 MISC SETTL NCVCDBATL |
| 10/15 | 3,020.03   | LIST OF DEBITS POSTED |
| 10/16 | 6,836.28   | LIST OF DEBITS POSTED |
| 10/17 | 2,166.36   | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 011017 CCD MISC C4025-029691662   PR TAXES  E83  101401 |
| 10/17 | 14,690.77  | LIST OF DEBITS POSTED |
| 10/18 | 884.82     | LIST OF DEBITS POSTED |
| 10/18 | 2,271.59   | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 011018 CCD MISC C4025-009697120   PR TAXES |

Withdrawals and Service Fees continued on next page.


## Other Withdrawals and Service Fees continued

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 10/18 | 6,525.00 | AUTOMATED DEBIT W.R. GRACE CO. ID. 011018 PPD MISC SETTL NCVCDBATL | PAYROLL | E83 10140 1 |
| 10/22 | 716.56 | AUTOMATED DEBIT BNF CTS CO. ID. 1411902914 011022 CCD MISC C4025-019707592 | PR TAXES | |
| 10/22 | 1,275.69 | AUTOMATED DEBIT BNF CTS CO. ID. 1411902914 011022 CCD MISC C2918-009707583 | PR TAXES | |
| 10/23 | 480.11 | LIST OF DEBITS POSTED | | |
| 10/24 | 2,148.88 | AUTOMATED DEBIT BNF CTS CO. ID. 1411902914 011024 CCD MISC C4025-029712354 | PR TAXES | E83 10210 1 |
| 10/25 | 3,036.72 | AUTOMATED DEBIT BNF CTS CO. ID. 1411902914 011025 CCD MISC C2916-009717640 | PR TAXES | E81 10310 1 |
| 10/25 | 4,825.54 | LIST OF DEBITS POSTED | | |
| 10/25 | 6,499.55 | AUTOMATED DEBIT W.R. GRACE CO. ID. 011025 PPD MISC SETTL NCVCDBATL | PAYROLL | E81 10310 1 |
| 25 | 10,463.89 | AUTOMATED DEBIT BNF CTS CO. ID. 1411902914 011025 CCD MISC C4213-009717899 | PR TAXES | E98 10310 1 |
| 10/25 | 461,520.41 | AUTOMATED DEBIT BNF CTS CO. ID. 1411902914 011025 CCD MISC C4025-019717876 | PR TAXES | E80 10310 1 |
| 10/26 | 4,845.07 | AUTOMATED DEBIT GRACE WASHINGTON PAYROLL CO. ID. 011026 PPD MISC SETTL NCVCDBATL | | E81 10310 1 |
| 10/26 | 25,473.82 | AUTOMATED DEBIT W.R. GRACE CO. ID. 011026 PPD MISC SETTL NCVCDBATL | PAYROLL | E98 10310 1 |
| 10/26 | 798,284.14 | AUTOMATED DEBIT W.R. GRACE CO. ID. 011026 PPD MISC SETTL NCVCDBATL | PAYROLL Cks 22035.86 | E80 10310 1 |
| 10/29 | 4,016.78 | LIST OF DEBITS POSTED | | |
| 10/30 | 1,134.09 | LIST OF DEBITS POSTED | | |
| 10/31 | 2,001.97 | AUTOMATED DEBIT BNF CTS CO. ID. 1411902914 011031 CCD MISC C4025-029737901 | PR TAXES | E83 10 2801 |
| 10/31 | 2,018.76 | LIST OF DEBITS POSTED | | |
| Total | $2,178,747.87 | | | |

FIRST UNION

**Commercial Checking**

05        2079900003615  005  108        12  160           13,634

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/01 | 0.00 | 10/15 | 0.00 | 10/25 | 0.00 |
| 10/02 | 0.00 | 10/16 | 0.00 | 10/26 | 0.00 |
| 10/03 | 0.00 | 10/17 | 0.00 | 10/29 | 0.00 |
| 10/04 | 0.00 | 10/18 | 0.00 | 10/30 | 0.00 |
| 10/10 | 0.00 | 10/22 | 0.00 | 10/31 | 0.00 |
| 10/11 | 0.00 | 10/23 | 0.00 | | |
| 10/12 | 0.00 | 10/24 | 0.00 | | |

*INTRODUCING FIRST UNION'S VOICE SERVICE. BANKING BY PHONE JUST GOT EASIER. NOW WHEN YOU CALL 1-800-222-FUNB OPTION 1, YOU CAN "JUST SAY WHAT YOU WANT TO DO". TRY IT. SEE INSERT FOR MORE DETAILS.*

**FIRST UNION**

**Commercial Checking**

06   2079900003615   005   108   12   160   13,635

## Customer Service Information

**For questions about your statement or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| _____ 2. Write in the closing balance shown on the front of account statement. | | | | |
| _____ 3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ 4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| _____ 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

SMS565-32
PAGE 1
BANK NO. 0000001   TEAM NO. 025
DATE 10/31/01

RECAP OF POSTED ITEMS REPORT

ACCOUNT NO. 207990000003615   WR GRACE & CO.-CONN   025   AS OF 10-31-01

| DATE | PAID ITEMS | CHECKS AMOUNT | ISSUES ITEMS | ISSUES AMOUNT | STOPS ITEMS | STOPS PLACED AMOUNT | STOPS ITEMS | REMOVED AMOUNT | CANCELLED ITEMS | CANCELLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-01-01 | 1 | 884.83 | | .00 | | .00 | | .00 | | .00 |
| 10-02-01 | 3 | 3,698.26 | | .00 | | .00 | | .00 | | .00 |
| 10-03-01 | 1 | 1,894.85 | | .00 | | .00 | | .00 | | .00 |
| 10-15-01 | 3 | 3,020.03 | | .00 | | .00 | | .00 | | .00 |
| 10-16-01 | 6 | 6,836.28 | | .00 | | .00 | | .00 | | .00 |
| 10-17-01 | 4 | 14,690.77 | | .00 | | .00 | | .00 | | .00 |
| 10-18-01 | 1 | 884.82 | | .00 | | .00 | | .00 | | .00 |
| 10-23-01 | 1 | 480.11 | | .00 | | .00 | | .00 | | .00 |
| 10-25-01 | 1 | 4,825.54 | | .00 | | .00 | | .00 | | .00 |
| 10-29-01 | 3 | 4,016.78 | | .00 | | .00 | | .00 | | .00 |
| 10-30-01 | 1 | 1,134.09 | | .00 | | .00 | | .00 | | .00 |
| 10-31-01 | 3 | 2,018.76 | | .00 | | .00 | | .00 | | .00 |
| TOTALS | 28 | 44,385.12 | | .00 | | .00 | | .00 | | .00 |

```
SMS565-   35                                                                                                PAGE      1
BANK NO.  0000001   TEAM NO.  025           DIAGNOSTIC SUMMARY REPORT                                       DATE  10/31/01

   ACCOUNT NO. 2079900003615   WR GRACE & CO.-CONN        025       REPORT     PAID ONLY        AS OF 10-31-01

   SERIAL                   PD/POST       SEQUENCE     ISSUE     ADDITIONAL            PAGE      EXCEPTION
   NUMBER       AMOUNT       DATE          NUMBER      DATE         DATA               NO.       CONDITION

    5442       2,272.48    02-15-01                                                     1        STOPPED ITEM
   14436       4,900.00    04-05-01                                                     1        STOPPED ITEM

                                          TOTAL CNT               TOTAL AMOUNT
   PAID, NO ISSUE                              0                       .00
   CANCELED ISSUE                              0                       .00
   PAID, NO ISSUE, LAST PERIOD                 0                       .00
   STOPPED ITEM                                2                     7,172.48
   STOPPED, CHECK PRESENTED                    0                       .00
   FORCE POSTED ITEM                           0                       .00
   PREV PD-NO-ISS, ISSUE RECVD                 0                       .00
   PREV STOP, ISSUE RECEIVED                   0                       .00
   PREV CANCEL, ISSUE RECEIVED                 0                       .00
   CANCELED ITEM, NOT ISSUED                   0                       .00
   CANCELED WITH STOP                          0                       .00
   CANCELED WITH STOP, ISSUED                  0                       .00
```

# ACCOUNT RECONCILIATION PLAN

| BANK NO. | CUST.ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|
| 1 | 2079900003615 | WR GRACE & CO.-CONN ATTN: CINDY LEE | 025 | 10-31-01 | 1 |

TYPE OF REPORT: MISC-CREDITS

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,701.14 | 100101 | 12670279 | | | | | | | | |
| | 3,698.26 | 100201 | | | | | | | | | |
| | 1,894.85 | 100301 | | | | | | | | | |
| | 1,581.46 | 100301 | 15501038 | | | | | | | | |
| | 4,352.90 | 100401 | | | | | | | | | |
| | 1,709.40 | 101101 | | | | | | | | | |
| | 5,773.34 | 101101 | | | | | | | | | |
| | 278,453.52 | 101101 | | | | | | | | | |
| | 21,702.22 | 101201 | 12830083 | | | | | | | | |
| | 486,438.16 | 101201 | | | | | | | | | |
| | 2,068.59 | 101201 | 12830083 | | | | | | | | |
| | 2,068.60 | 101201 | 30601038 | | | | | | | | |
| | 2,068.60 | 101201 | 12670279 | | | | | | | | |
| | 3,020.03 | 101501 | | | | | | | | | |
| | 6,836.28 | 101601 | | | | | | | | | |
| | 16,857.13 | 101701 | | | | | | | | | |
| | 6,525.00 | 101801 | | | | | | | | | |
| | 3,156.41 | 101801 | | | | | | | | | |
| | 1,992.25 | 102201 | | | | | | | | | |
| | 480.11 | 102301 | | | | | | | | | |
| | 2,148.88 | 102401 | | | | | | | | | |
| | 6,499.55 | 102501 | | | | | | | | | |
| | 479,846.56 | 102501 | | | | | | | | | |
| | 828,603.03 | 102601 | | | | | | | | | |
| | 4,016.78 | 102901 | | | | | | | | | |
| | 1,134.09 | 103001 | | | | | | | | | |
| | 4,020.73 | 103101 | | | | | | | | | |

| CREDITS | DEBITS |
|---|---|
| 2,178,747.87 27 | |

EXPLANATION OF CODES

TYPE OF REPORT

UNPAID ONLY — OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY — PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED — PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL — OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| BANK NO. | CUST.ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|
| 1 | 207990003615 | WR GRACE & CO.-CONN ATTN. CINDY LEE | 025 | 10-31-01 | 1 |

**TYPE OF REPORT:** MISC-DEBITS

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1411902914 | 816.31 | 100101 | 63068642 | | 816.31+ | | |
| 1411902914 | 452.90 | 100301 | 12750157 | | 452.90+ | | |
| 1411902914 | 1,228.56 | 100301 | 37121527 | | 1,228.56+ | | |
| 1411902914 | 4,352.90 | 100401 | 12820260 | | 4,352.90+ | | |
| 1411902914 | 1,709.40 | 101001 | 40381591 | | 1,709.40+ | | |
| 1411902914 | 5,773.34 | 101101 | 40381594 | | 5,773.34+ | | |
| 1411902914 | 233,018.46 | 101101 | 40381590 | | 233,018.46+ | | |
| 1411902914 | 10,433.22 | 101101 | 40381589 | | 10,433.22+ | | |
| 1411902914 | 31,965.11 | 101101 | 12830083 | | 31,965.11+ | | |
| 1411902914 | 3,036.73 | 101201 | 12830083 | | 3,036.73+ | | |
| 1411902914 | 25,052.47 | 101201 | 12830083 | | 25,052.47+ | | |
| 1411902914 | 54,158.67 | 101201 | 12830083 | | 54,158.67+ | | |
| 1411902914 | 430,289.97 | 101201 | 03590994 | | 430,289.97+ | | |
| 1411902914 | 4,845.06 | 101701 | 12890080 | | 4,845.06+ | | |
| 1411902914 | 2,166.36 | 101801 | 12890080 | | 2,166.36+ | | |
| 1411902914 | 6,525.00 | 101801 | 14724089 | | 6,525.00+ | | |
| 1411902914 | 716.56 | 102201 | 55991078 | | 716.56+ | | |
| 1411902914 | 1,275.69 | 102201 | 55991077 | | 1,275.69+ | | |
| 1411902914 | 2,148.88 | 102401 | 10243430 | | 2,148.88+ | | |
| 1411902914 | 6,499.55 | 102501 | 12960071 | | 6,499.55+ | | |
| 1411902914 | 3,036.72 | 102501 | 81435048 | | 3,036.72+ | | |
| 1411902914 | 461,520.41 | 102501 | 81435049 | | 461,520.41+ | | |
| 1411902914 | 10,463.89 | 102501 | 81435052 | | 10,463.89+ | | |
| 1411902914 | 25,473.82 | 102601 | 12970072 | | 25,473.82+ | | |
| 1411902914 | 798,284.14 | 102601 | 12970072 | | 798,284.14+ | | |
| 1411902914 | 4,845.07 | 102601 | 12970072 | | 4,845.07+ | | |
| 1411902914 | 2,001.97 | 103101 | 45758426 | | 2,001.97+ | | |
| CREDITS | DEBITS 2134,362.75 | | 28GT | | 2,134,362.75* | | |

**TYPE OF REPORT**
- UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL : OFF-CYCLE REPORT REQUEST

**EXPLANATION OF CODES**
1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 : CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED.
MEMO ONLY, NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 : FORCED POSTED ITEM;DUPLICATE OR NO SERIAL #.
M : MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST. ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079900003615 | WR GRACE & CO.-CONN ATTN: CINDY LEE | 025 | 10-31-01 | 1 |

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 5442 | 2,272.48 | 021501 | 14213700 | | | | |
| 5443 TO 5666 | | | | | | | |
| 5667 | 1,192.19 | 100201 | 14213699 | E80 09300/ | 1,192.19+ | | |
| 5668 | 2,397.24 | 100201 | 13703865 | | 2,397.24+ | | |
| 5669 | 884.83 | 100101 | 13138408 | | 884.83+ | | |
| 5670 | 3,779.83 | 101601 | 13520601 | E80 04300/ | 3,779.83+ | | |
| 5671 | 1,894.85 | 100301 | 12163339 | | 1,894.85+ | | |
| 5672 TO 5674 | | | | | | | |
| 5675 | 108.83 | 100201 | 13141062 | E83 09700/ | 108.83+ | | |
| 5676 | 81.17 | 101601 | 16679183 | E83 04300/ | 81.17+ | | |
| 5677 | 2,000.34 | 101701 | 13126331 | E78 10150/ | 2,000.34+ | | |
| 5678 | 434.33 | 101601 | 13126332 | | 434.33+ | | |
| 5679 | 132.85 | 101601 | 13126393 | E78 70/450/ | 132.85+ | | |
| 5680 | 772.49 | 101601 | 16460983 | E80 10150/ | 772.49+ | | |
| 5681 | 1,635.61 | 101601 | 18105754 | | 1,635.61+ | | |
| 5682 | | | | | | | |
| 5683 | 884.82 | 101801 | 16743272 | E80 10150/ | 884.82+ | | |
| 5684 | 3,779.83 | 101701 | 17861401 | | 3,779.83+ | | |
| 5685 | 1,352.60 | 101701 | 16072795 | E80 10450/ | 1,352.60+ | | |
| 5686 | 1,249.77 | 101501 | 19551541 | E83 10140/ | 1,249.77+ | | |
| 5687 | 636.17 | 101501 | 17091912 | E80 10/301 | 636.17+ | | |
| 5688 | 1,134.09 | 101501 | 10541148 | | 1,134.09+ | | |
| 5689 | 480.11 | 102301 | 19703928 | E80 10/301 | 480.11+ | | |
| 5690 | | | | | | | |
| 5691 | 1,635.61 | 102901 | 18808341 | | 1,635.61+ | | |
| 5692 TO 5695 | | | | | | | |
| 5696 | 1,045.35 | 103101 | 11317272 | | 1,045.35+ | | |
| 5697 | 1,352.60 | 102901 | 11321310 | | 1,352.60+ | | |
| 5698 | 1,335.82 | 103101 | 15095845 | | 1,335.82+ | | |
| 5699 | 636.16 | 103101 | 10304889 | | 636.16+ | | |
| 5700 | 1,134.09 | 103001 | 15077917 | | 1,134.09+ | | |
| 5701 | 90.00 | 103101 | | 103101 | 30.00+ | | |
| 5702 TO 14435 | | | | | | | |
| 14436 | 4,900.00 | 040501 | | | | | |
| 14437 TO 14451 | | | | | | | |
| 14452 | 7,558.00 | 101701 | 16679184 | | 7,558.00+ | | |
| 14453 | 4,825.54 | 102501 | 18399249 | | 4,825.54+ | | |
| TOTAL O/S | | | | | 41,385.12* | | |
| | TOTAL PAID | | | | | | |
| | 44,385.12 | | 28GT | | | | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING ITEMS ON THIS REPORT
SPECIAL : PAID & OUTSTANDING CHECKS ON SAME REPORT
OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 : CHECK VOIDED; OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS.
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M : MISSING (OUTSTANDING) ITEM.

# FIRST UNION

## PARTIAL / RANGE RECONCILEMENT BALANCE SHEET

WR GRACE & CO.-CONN   025          ACCT NO.:   0001   2079900003615

ATTN: CINDY LEE

7500 GRACE DRIVE

COLUMBIA   MD 21044-4098

| RECONCILEMENT OF DEBITS | | CUTOFF DATE: 10/31/2001 |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 44,385.12 |
| MISCELLANEOUS DEBITS | + | 2,134,362.75 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/− | .00 |
| DEBIT ADJUSTMENTS | − | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 2,178,747.87 |
| TOTAL DEBITS FROM BANK STATEMENT | | 2,178,747.87 |

IF YOU HAVE ANY QUESTIONS, PLEASE

CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 025

===== VESTED-in-Quality =====

000153



# Commercial Checking

01        2000006910969    072   130           0    32         5,130

W R GRACE & CO - CONN
ATTN: PATTY ELLIOT-GRAY
7500 GRACE DRIVE
COLUMBIA MD  21044

CB

---

## Commercial Checking

9/29/2001 thru 10/31/2001

Account number:      2000006910969
Account holder(s):   W R GRACE & CO - CONN

Taxpayer ID Number:  135114230

### Account Summary

| | |
|---|---|
| Opening balance 9/29 | $3,744.03 |
| Closing balance 10/31 | $3,744.03 |

INTRODUCING FIRST UNION'S VOICE SERVICE. BANKING BY PHONE JUST GOT EASIER. NOW WHEN YOU CALL 1-800-222-FUNB OPTION 1, YOU CAN "JUST SAY WHAT YOU WANT TO DO". TRY IT. SEE INSERT FOR MORE DETAILS.

**Merrill Lynch** Investment Managers                Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

12250

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 10/01/2001 - 10/31/2001

Account Number
318-3323735-8

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4009

Financial Advisor
George L Perez
(--22N07G86)

Account Value As Of 10/31/2001
$65,868,004.35

Dividends
10/01/2001 - 10/31/2001   Year To Date
$122,460.62              $1,095,564.51

Account Of:
W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4009

> ON THURSDAY, NOVEMBER 22, MERRILL LYNCH
FUNDS FOR INSTITUTIONS WILL BE CLOSED IN
OBSERVANCE OF THANKSGIVING DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR OCTOBER
WAS 2.88%. TRADING DEADLINES ARE 3:00 PM ET
ON NOVEMBER 21 AND 1:00 PM ET ON NOVEMBER 23

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $40,945,543.73 |
| 10/01/2001 | 10/01/2001 | Same Day Wire Redemption | $800,000.00 | $1.00 | $40,145,543.73 |
| 10/02/2001 | 10/02/2001 | Shares Purchased By Wire | $4,100,000.00 | $1.00 | $44,245,543.73 |
| 10/04/2001 | 10/04/2001 | Same Day Wire Redemption | $3,100,000.00 | $1.00 | $41,145,543.73 |
| 10/05/2001 | 10/05/2001 | Shares Purchased By Wire | $4,900,000.00 | $1.00 | $46,045,543.73 |
| 10/11/2001 | 10/11/2001 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $44,045,543.73 |
| 10/15/2001 | 10/15/2001 | Shares Purchased By Wire | $5,800,000.00 | $1.00 | $49,845,543.73 |
| 10/17/2001 | 10/17/2001 | Shares Purchased By Wire | $1,500,000.00 | $1.00 | $51,345,543.73 |
| 10/18/2001 | 10/18/2001 | Same Day Wire Redemption | $1,200,000.00 | $1.00 | $50,145,543.73 |
| 10/19/2001 | 10/19/2001 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $51,145,543.73 |
| 10/22/2001 | 10/22/2001 | Shares Purchased By Wire | $4,800,000.00 | $1.00 | $55,945,543.73 |
| 10/23/2001 | 10/23/2001 | Same Day Wire Redemption | $3,000,000.00 | $1.00 | $52,945,543.73 |
| 10/24/2001 | 10/24/2001 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $47,945,543.73 |
| 10/25/2001 | 10/25/2001 | Shares Purchased By Wire | $8,400,000.00 | $1.00 | $56,345,543.73 |
| 10/25/2001 | 10/25/2001 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $51,345,543.73 |
| 10/26/2001 | 10/26/2001 | Shares Purchased By Wire | $7,900,000.00 | $1.00 | $59,245,543.73 |
| 10/29/2001 | 10/29/2001 | Shares Purchased By Wire | $4,900,000.00 | $1.00 | $64,145,543.73 |
| 10/31/2001 | 10/31/2001 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $65,745,543.73 |
| 10/31/2001 | 10/31/2001 | Div Reinvest | $122,460.62 | $1.00 | $65,868,004.35 |
| | | Ending Balance | | | $65,868,004.35 |

Account Number  318-3323735-8         (page 1 of 1)




Merrill Lynch
Premier Institutional Fund
Account # 3323735
For October 2001

| Date | Debit | Credit | Balance |
|---|---|---|---|
| 10/1/2001 | (800,000.00) | - | 40,145,543.73 |
| 10/2/2001 | - | 4,100,000.00 | 44,245,543.73 |
| 10/3/2001 | - | - | 44,245,543.73 |
| 10/4/2001 | (3,100,000.00) | - | 41,145,543.73 |
| 10/5/2001 | - | 4,900,000.00 | 46,045,543.73 |
| 10/6/2001 | - | - | 46,045,543.73 |
| 10/7/2001 | - | - | 46,045,543.73 |
| 10/8/2001 | - | - | 46,045,543.73 |
| 10/9/2001 | - | - | 46,045,543.73 |
| 10/10/2001 | - | - | 46,045,543.73 |
| 10/11/2001 | (2,000,000.00) | - | 44,045,543.73 |
| 10/12/2001 | - | - | 44,045,543.73 |
| 10/13/2001 | - | - | 44,045,543.73 |
| 10/14/2001 | - | - | 44,045,543.73 |
| 10/15/2001 | - | 5,800,000.00 | 49,845,543.73 |
| 10/16/2001 | - | - | 49,845,543.73 |
| 10/17/2001 | - | 1,500,000.00 | 51,345,543.73 |
| 10/18/2001 | (1,200,000.00) | - | 50,145,543.73 |
| 10/19/2001 | - | 1,000,000.00 | 51,145,543.73 |
| 10/20/2001 | - | - | 51,145,543.73 |
| 10/21/2001 | - | - | 51,145,543.73 |
| 10/22/2001 | - | 4,800,000.00 | 55,945,543.73 |
| 10/23/2001 | (3,000,000.00) | - | 52,945,543.73 |
| 10/24/2001 | (5,000,000.00) | - | 47,945,543.73 |
| 10/25/2001 | - | 3,400,000.00 | 51,345,543.73 |
| 10/26/2001 | - | 7,900,000.00 | 59,245,543.73 |
| 10/27/2001 | - | - | 59,245,543.73 |
| 10/28/2001 | - | - | 59,245,543.73 |
| 10/29/2001 | - | 4,900,000.00 | 64,145,543.73 |
| 10/30/2001 | - | - | 64,145,543.73 |
| 10/31/2001 | - | 1,600,000.00 | 65,745,543.73 |
|  | (15,100,000.00) | 39,900,000.00 |  |

| | | |
|---|---|---|
| 10/01 Dividend Reinvestment | | 122,460.62 |
| Month End Cash Balance | | 65,868,004.35 |
| 10/01 Average Cash Balance | | 50,219,737.28 |
| 10/01 Return on Average Cash Balance | | 2.871% |
| 10/01 QTD Dividend Reinvestment | | 122,460.62 |
| QTD Average Cash Balance | | 50,219,737.28 |
| QTD Return on Average Cash Balance | | 2.871% |
| 10/01 YTD Dividend Reinvestment | | 1,095,564.51 |
| YTD Average Cash Balance | | 30,220,690.98 |
| YTD Return on Average Cash Balance | | 4.353% |





# MERRILL LYNCH FUNDS FOR INSTITUTIONS
Shareholder Account History

Thursday November 1, 2001
Vision®

## Account Information
Account Number: 3323735
Tax ID/SSN: 13-5114230
W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4009

## Fund Information
Fund Name: MERRILL LYNCH PREMIER INST'L FUND
Fund Code: 318
Ticker: MLPXX
CUSIP: 589978105

| Description/ Transaction Sequence # | Confirm Date/ Transaction ID | Trade Date/ Batch # | Price/ Schedule | Amount/ Discount Cat | Shares/ Cert | Share Balance |
|---|---|---|---|---|---|---|
| DIV REINVEST | 10/31/2001 | 10/31/2001 | $1.0000 | $122,460.62 | 122,460.6200 | 66,868,043.7500 |
| 9999999 | 011 / 000 + | 9999888 | | 00 | No | |
| SHARES PURCHASED BY WIRE | 10/31/2001 | 10/31/2001 | $1.0000 | $1,600,000.00 | 1,600,000.0000 | 65,745,543.7300 |
| 0000211 | 001 / 001 + | 0000998 | A.M. | 00 | No | |
| SHARES PURCHASED BY WIRE | 10/29/2001 | 10/29/2001 | $1.0000 | $4,900,000.00 | 4,900,000.0000 | 64,145,543.7300 |
| 0000210 | 001 / 001 + | 0000998 | A.M. | 00 | No | |
| SHARES PURCHASED BY WIRE | 10/26/2001 | 10/26/2001 | $1.0000 | $7,900,000.00 | 7,900,000.0000 | 59,245,543.7300 |
| 0000209 | 001 / 001 + | 0000998 | A.M. | 00 | No | |
| SAME DAY WIRE REDEMPTION | 10/25/2001 | 10/25/2001 | $1.0000 | $5,000,000.00 | 5,000,000.0000 | 51,345,543.7300 |
| 0000208 | 024 / 007 - | 0000927 | A.M. | 00 | No | |
| SHARES PURCHASED BY WIRE | 10/25/2001 | 10/25/2001 | $1.0000 | $8,400,000.00 | 8,400,000.0000 | 56,345,543.7300 |
| 0000207 | 001 / 001 + | 0000998 | A.M. | 00 | No | |
| SAME DAY WIRE REDEMPTION | 10/24/2001 | 10/24/2001 | $1.0000 | $5,000,000.00 | 5,000,000.0000 | 47,945,543.7300 |
| 0000206 | 024 / 007 - | 0000998 | A.M. | 00 | No | |
| SAME DAY WIRE REDEMPTION | 10/23/2001 | 10/23/2001 | $1.0000 | $3,000,000.00 | 3,000,000.0000 | 52,945,543.7300 |
| 0000205 | 024 / 007 - | 0000998 | A.M. | 00 | No | |
| SHARES PURCHASED BY WIRE | 10/22/2001 | 10/22/2001 | $1.0000 | $4,800,000.00 | 4,800,000.0000 | 55,945,543.7300 |
| 0000204 | 001 / 001 + | 0000998 | A.M. | 00 | No | |
| SHARES PURCHASED BY WIRE | 10/19/2001 | 10/19/2001 | $1.0000 | $1,000,000.00 | 1,000,000.0000 | 51,145,543.7300 |
| 0000203 | 001 / 001 + | 0000998 | A.M. | 00 | No | |
| SAME DAY WIRE REDEMPTION | 10/18/2001 | 10/18/2001 | $1.0000 | $1,200,000.00 | 1,200,000.0000 | 50,145,543.7300 |
| 0000202 | 024 / 007 - | 0000998 | A.M. | 00 | No | |
| SHARES PURCHASED BY WIRE | 10/17/2001 | 10/17/2001 | $1.0000 | $1,500,000.00 | 1,500,000.0000 | 51,345,543.7300 |
| 0000201 | 001 / 001 + | 0000998 | A.M. | 00 | No | |
| SHARES PURCHASED BY WIRE | 10/15/2001 | 10/15/2001 | $1.0000 | $5,800,000.00 | 5,800,000.0000 | 49,845,543.7300 |
| 0000200 | 001 / 001 + | 0000998 | A.M. | 00 | No | |
| SAME DAY WIRE REDEMPTION | 10/11/2001 | 10/11/2001 | $1.0000 | $2,000,000.00 | 2,000,000.0000 | 44,045,543.7300 |
| 0000199 | 024 / 007 - | 0000998 | A.M. | 00 | No | |
| SHARES PURCHASED BY WIRE | 10/05/2001 | 10/05/2001 | $1.0000 | $4,900,000.00 | 4,900,000.0000 | 46,045,543.7300 |
| 0000198 | 001 / 001 + | 0000998 | A.M. | 00 | No | |
| SAME DAY WIRE REDEMPTION | 10/04/2001 | 10/04/2001 | $1.0000 | $3,100,000.00 | 3,100,000.0000 | 41,145,543.7300 |
| 0000197 | 024 / 007 - | 0000998 | A.M. | 00 | No | |
| SHARES PURCHASED BY WIRE | 10/02/2001 | 10/02/2001 | $1.0000 | $4,100,000.00 | 4,100,000.0000 | 44,245,543.7300 |
| 0000196 | 001 / 001 + | 0000998 | A.M. | 00 | No | |
| SAME DAY WIRE REDEMPTION | 10/01/2001 | 10/01/2001 | $1.0000 | $800,000.00 | 800,000.0000 | 40,145,543.7300 |
| 0000195 | 024 / 007 - | 0000998 | A.M. | 00 | No | |
| DIV REINVEST | 09/30/2001 | 09/30/2001 | $1.0000 | $110,806.00 | 110,806.0000 | 40,945,543.7300 |

../Vision?tx=AcctHist&cz=6210818081413&tidx=402af3Xe9e88b7b5cX_7ac54492028202199&urlseq=6&t    1/1/2001




Sign-Out

Available Search Methods: Tax ID/SSN | Account Number | Shareholder Name | Dealer Account

**MERRILL LYNCH FUNDS FOR INSTITUTIONS**
Shareholder Account Information

**Thursday November 1, 2001**
**Vision®**

Return to
- Account Information
- Search Results

Watch Lists
- Add this account to Global List
- Add this account to Mgmt Company List

Account Details
- Account History
- Account Value by Date
- Account Maintenance History
- Bank Instructions
- Dealer Information
- Rights Of Accumulation (ROA)
- Year End Summary

Account Options
- Audio Response
- Distribution in History
- Language English

**Account Information**
Account Number: 3323735
Tax ID/SSN: 13-5114230
W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4009

| | |
|---|---|
| Total Shares: | 65,868,004.3500 |
| Issued Shares: | 0.0000 |
| Unissued Shares: | 65,868,004.3500 |
| Escrow Shares: | 0.0000 |
| NAV per Share: | $1.0000 * |
| NAV Change: | $0.00 |
| NAV Percentage Change: | 0.00% |
| NAV as of Date: | 10/31/2001 |
| Account Value: | $65,868,004.35 |
| Daily Dividend Accrual: | $0.00 |
| Capital Gains: | Reinvest |
| Dividends: | Reinvest |

\* Price reflects a distribution

**Fund Information**
Fund Name: MERRILL LYNCH PREMIER INST'L FUND
Fund Code: 318
Ticker: MLPXX
CUSIP: 589978105

**Account Details**
Date Established: 11/22/2000
Last Maintenance: 02/08/2001
Dealer Name: MERRILL LYNCH PRIVATE CLIENT
Dealer / Branch: 0006226 / 22N
Rep / Advisor Name: GEORGE L PEREZ
Dealer Account:
Rep / Advisor Number: 3545
Matrix Level: 0
Alpha Code: --22N07G86
Rights of Accumulation Number: 18000
Letter of Intent Number:

[ Return To Search Results ]
[ Disclaimer | Help | Contact Vision Support ]
Copyright© 2001 DST Systems, Inc. All Rights Reserved.

.../Vision?tx=AcctInfo&cz=6210818081413&tidx=402af3Xe9e88b7b5cX_7ac54492028202199&sid=0058991 1/1/2001

# Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

Account No: 323-223141
Statement Start Date: 29 SEP 2001
Statement End Date: 31 OCT 2001
Statement Code: 000-USA-22
Statement No: 007

Page 1 of 1

## TRANSACTIONS

| | | ENCLOSURES | |
|---|---|---|---|
| Total Credits | 1 | Credits | 0 |
| Total Debits (incl. checks) | 1 | Debits | 0 |
| Total Checks Paid | 0 | Checks | 0 |

## BALANCES

| Opening (29 SEP 2001) | | Closing (31 OCT 2001) | |
|---|---|---|---|
| Ledger | 714,376.17 | Ledger | .00 |
| | 714,376.17 | | .00 |
| | 0.00 | | |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit Amount | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | LEDGER BALANCES | |
| | | | | | | | 19OCT | 0.00 |

### CREDITS

| 19OCT | | | | USD YOUR: NC9926118110190101 OUR: 0129200007IN | 714,376.17 | NASSAU DEPOSIT TAKEN B/O: WR GRACE & COMPANY 380 MADISON AVE, 9TH FLOOR REF: TO REPAY YOUR DEPOSIT FR 01091 9 TO 011019 RATE 2.3000 | | |

### DEBITS

| 19OCT | | | | USD YOUR: ND9956121010190101 OUR: 0129201033IN | 714,376.17 | NASSAU DEPOSIT TAKEN A/C: WR GRACE & COMPANY 380 MADISON AVE, 9TH FLOOR REF: TO ESTABLISH YOUR DEPOSIT FR 0 11019 TO 011119 RATE 2.2500 | | |

### CHECKS

*No Activity*

FT CODE:
USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.



# Commercial Money Market Investment

01    2090002554779  036  130        0   53        49,833

|.|.|..|||.|..|.|.|.|..|.|.|.||..|.|.|..|.|..|.|
W R GRACE & CO - DALEEN ACCT
ATTN: W B MCGOWAN                              CB
7500 GRACE DRIVE
COLUMBIA MD   21044-4098

---

## Commercial Money Market Investment                    9/29/2001 thru 10/31/2001

| | |
|---|---|
| Account number: | 2090002554779 |
| Account holder(s): | W R GRACE & CO - DALEEN ACCT |
| | ATTN: W B MCGOWAN |

Taxpayer ID Number:    135114230

### Account Summary

| | |
|---|---|
| Opening balance 9/29 | $62,887.47 |
| Interest paid | 84.77 + |
| Closing balance 10/31 | $62,972.24 |

### Deposits and Other Credits

| Amount | Description |
|---|---|
| 84.77 | INTEREST FROM 09/29/2001 THROUGH 10/31/2001 |
| **Total  $84.77** | |

### Interest

| | |
|---|---|
| Number of days this statement period | 33 |
| Annual percentage yield earned | 1.50% |
| Interest earned this statement period | $84.77 |
| Interest paid this statement period | $84.77 |
| Interest paid this year | $868.21 |

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/31 | 62,972.24 | | | | |

*INTRODUCING FIRST UNION'S VOICE SERVICE. BANKING BY PHONE JUST GOT EASIER. NOW WHEN YOU CALL 1-800-222-FUNB OPTION 1, YOU CAN "JUST SAY WHAT YOU WANT TO DO". TRY IT. SEE INSERT FOR MORE DETAILS.*



# Commercial Jumbo Money Market Investment

01        2090003135045  036  130          0   50              56,671

W.R. GRACE & CO.-SBA ACCT
5400 BROKEN SOUND BLVD NW #BX-5050          CB
BOCA RATON FL  33487-3511

---

## Commercial Jumbo Money Market Investment         9/29/2001 thru 10/31/2001

| | |
|---|---|
| Account number: | 2090003135045 |
| Account holder(s): | W.R. GRACE & CO.-SBA ACCT |
| Taxpayer ID Number: | 135114230 |

### Account Summary

| | |
|---|---|
| Opening balance 9/29 | $165,072.05 |
| Interest paid | 348.63 |
| Closing balance 10/31 | $165,420.68 |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 10/31 | 348.63 | INTEREST FROM 09/29/2001 THROUGH 10/31/2001 |
| | $348.63 | |

### Interest

| | |
|---|---|
| Number of days this statement period | 33 |
| Annual percentage yield earned | 2.36% |
| Interest earned this statement period | $348.63 |
| Interest paid this statement period | $348.63 |
| Interest paid this year | $5,281.74 |

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/31 | 165,420.68 | | | | |

*INTRODUCING FIRST UNION'S VOICE SERVICE. BANKING BY PHONE JUST GOT EASIER. NOW WHEN YOU CALL 1-800-222-FUNB OPTION 1, YOU CAN "JUST SAY WHAT YOU WANT TO DO". TRY IT. SEE INSERT FOR MORE DETAILS.*

---

FIRST UNION NATIONAL BANK . CAP MKT INV BKG FL DIVERSIFIED MANUFA                    page 1 of 2

```
W.R. GRACE AND COMPANY                           Account No:        016-001257
SYRACUSE FUNDING ACCOUNT                         Statement Start Date: 16 OCT 2001
ATT:MARY BOUCHARD                                Statement End Date:   31 OCT 2001
62 WHITTEMORE AVENUE                             Statement Code:    S00-USA-22
CAMBRIDGE MA  02140                              Statement No:      020
                                                 Page 1 of 20
```

## TRANSACTIONS

| | | BALANCES | | | ENCLOSURES | |
|---|---|---|---|---|---|---|
| Total Credits | 41 | 81,801,149.79 | Opening (16 OCT 2001) | Closing (31 OCT 2001) | Credits | 0 |
| Total Debits (incl. checks) | 76 | 82,667,473.76 | Ledger  1,425,809.77 | Ledger  559,485.80 | Debits | 0 |
| Total Checks Paid | 0 | 0.00 | | | Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|---|

### CREDITS

| 16OCT | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0110907289FF | 214,600.63 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & COMPANY<br>BOCA RATON FL 33486-1010<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:38<br>IMAD: 1016EAQFTI1A000667 |
| 16OCT | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0120914289FF | 1,559,163.25 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:40<br>IMAD: 1016EAQFTI1A000685 |
| 16OCT | | | | USD YOUR: O/B BKAM IL CG0<br>OUR: 0112914289FF | 3,871,317.66 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CG0 |

### LEDGER BALANCES

| Date | Closing Balances Amount |
|---|---|
| 16OCT | 632,819.64 |
| 17OCT | 578,258.49 |
| 18OCT | 375,118.77 |
| 19OCT | 512,520.85 |
| 22OCT | 571,471.55 |
| 23OCT | 471,236.66 |
| 24OCT | 556,519.52 |
| 25OCT | 562,644.22 |
| 26OCT | 421,116.37 |
| 29OCT | 586,601.77 |
| 30OCT | 176,584.92 |
| 31OCT | 559,485.80 |

FT CODE:  USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT       US3 - THREE DAY FLOAT     US5 - FIVE DAY FLOAT
          USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT       US4 - FOUR DAY FLOAT      USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

```
W.R. GRACE AND COMPANY                                    Account No: 016-001257
SYRACUSE FUNDING ACCOUNT                          Statement Start Date: 16 OCT 2001
ATT: MARY BOUCHARD                                  Statement End Date: 31 OCT 2001
62 WHITTEMORE AVENUE                                    Statement Code: S00-USA-22
CAMBRIDGE MA 02140                                        Statement No: 020
                                                                        Page 2 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 17OCT | | USD YOUR: O/B BANK ONE NA<br>OUR: 0289708290FF | 76,104.72 | OBI=HOWT BBI=/TIME/11:28<br>IMAD: 1016G1QFGY2C000416<br>FEDWIRE CREDIT<br>VIA: BANK ONE CHICAGO<br>/071000013<br>B/O: GODWINS BOOKE AND DICKENSON TP<br>CHICAGO IL USA<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BANK ONE NA<br>BBI=/TIME/15:25<br>IMAD: 1017G1QH052C003353 | | |
| | | 17OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0113913290FF | 673,304.46 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:29<br>IMAD: 1017G1QFGY2C000465 | | |
| | | 17OCT | | USD YOUR: O/B FIRST UNION<br>OUR: 0173014290FF | 695,575.39 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRST UNION<br>BBI=/TIME/12:49<br>IMAD: 1017F3QCAA1C000836 | | |
| | | 17OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0185208290FF | 1,305,595.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/13:14<br>IMAD: 1017EAQFTI1A000927 | | |
| | | 18OCT | | USD YOUR: MAESTRO<br>OUR: 0379607291FF | 1,200,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP | | |