```
W.R. GRACE AND COMPANY                           Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                Statement Start Date:        16 OCT 2001
ATT:MARY BOUCHARD                         Statement End Date:        31 OCT 2001
62 WHITTEMORE AVENUE                       Statement Code:           S00-USA-22
CAMBRIDGE    MA    02140                    Statement No:            020
                                                                     Page 3 of 20
```

| Ledger Date | Val Date | I/T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18OCT | 18OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0144709291FF | 1,617,521.00 | /011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 1018A1Q002GC001381 | | |
| 18OCT | 18OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0105501291FF | 2,928,147.86 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:56<br>IMAD: 1018EAQFTI1A000870 | | |
| 19OCT | 19OCT | | USD YOUR: O/B BANK ONE NA OUR: 0272808292FF | 65,456.46 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:12<br>IMAD: 1018G1QFGY2C000499 | | |
| 19OCT | 19OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0112903292FF | 989,975.00 | FEDWIRE CREDIT<br>VIA: BANK ONE CHICAGO<br>/071000013<br>B/O: GODWINS BOOKE AND DICKENSON TP<br>CHICAGO IL USA<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BANK ONE NA<br>BBI=/TIME/14:45<br>IMAD: 1019I1QH052C003460 | | |
| | | | | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 4 of 20

| Ledger Date | Adj Ledger Date | Value Date | F.T. | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 19OCT | | 19OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0092507292FF | 1,061,397.27 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:46 IMAD: 1019G1QFGY2C000364 | | |
| 22OCT | | 22OCT | | USD YOUR: O/B FIRST UNION OUR: 0178813295FF | 273,771.80 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION BBI=/TIME/12:42 IMAD: 1022F3QCAA1C000807 | | |
| 22OCT | | 22OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0141808295FF | 2,076,786.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:03 IMAD: 1022EAQFT11A000806 | | |
| 22OCT | | 22OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0101403295FF | 4,571,705.83 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:09 IMAD: 1022G1QFGY2C000331 | | |

```
                                                              Account No:          016-001257
W.R. GRACE AND COMPANY                              Statement Start Date:          16 OCT 2001
SYRACUSE FUNDING ACCOUNT                             Statement End Date:           31 OCT 2001
ATT:MARY BOUCHARD                                       Statement Code:            S00-USA-22
62 WHITTEMORE AVENUE                                     Statement No:             020
CAMBRIDGE MA 02140                                                          Page   5 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Closing Balances Amount | Date |
|---|---|---|---|---|---|---|---|---|---|
| *CREDITS CONTINUED* | | | | | | | | | |
| 23OCT | | 23OCT | | | USD YOUR: O/B WACHOVIA WIN OUR: 0135514296FF | 679,485.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:17 IMAD: 1023EAQFTI1A000771 | | |
| 23OCT | | 23OCT | | | USD YOUR: O/B BKAM IL CGO OUR: 0095613296FF | 2,423,596.53 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160001257 RFB=O/B BKAM IL CGO OBI=HQWT BBI=/TIME/11:15 IMAD: 1023GIQFGY2C000377 | | |
| 23OCT | | 23OCT | | | USD YOUR: MAESTRO OUR: 0316403296FF | 3,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160001257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 1023AIQ002DC001327 | | |
| 24OCT | | 24OCT | | | USD YOUR: O/B BARCLAYS PLC OUR: 2348200297FC | 13,256.00 | CHIPS CREDIT VIA: BARCLAYS BANK PLC /0257 B/O: INEOS SILICAS LIMITED REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0000160001 25 7 ORG=INEOS SILICAS LIMITED OGB=BAR CLAYS BANK PLC LONDON EC3 NHJ, ENGL AND OBI=ROYALTY PAYMENT BBI=/BNF/LE SSN: 0111293 | | |
| 24OCT | | 24OCT | | | USD YOUR: O/B BKAM IL CGO OUR: 0096702297FF | 695,277.63 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. | | |

```
W.R. GRACE AND COMPANY                              Account No:          016-001257
SYRACUSE FUNDING ACCOUNT                            Statement Start Date: 16 OCT 2001
ATT:MARY BOUCHARD                                   Statement End Date:   31 OCT 2001
62 WHITTEMORE AVENUE                                Statement Code:       S00-USA-22
CAMBRIDGE MA 02140                                  Statement No:         020
                                                                          Page 6 of 20
```

| Ledger Date | Adj Date | Ledger | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24OCT | | 24OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0139509297FF | 2,754,424.02 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN OBI=HOWT BBI=/TIME/11:01 IMAD: 1024G1QFGY2C000389 | | |
| 24OCT | | 24OCT | | USD YOUR: MAESTRO OUR: 0381014297FF | 5,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P I-S 1 ML PREMIER FUND BBI=/T BBI=/TIME/12:01 IMAD: 1024EAQFTI1A000836 | | |
| 25OCT | | 25OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0109502298FF | 652,700.72 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:39 IMAD: 1025EAQFTI1A000626 | | |
| 25OCT | | 25OCT | | USD YOUR: REFERENCE OUR: 0129907298FF | 5,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=REFERENCE OBI=F | | |

```
W.R. GRACE AND COMPANY                            Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                          Statement Start Date: 16 OCT 2001
ATT: MARY BOUCHARD                                Statement End Date:   31 OCT 2001
62 WHITTEMORE AVENUE                              Statement Code:       S00-USA-22
CAMBRIDGE  MA  02140                              Statement No:         020
                                                                  Page 7 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | T | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 25OCT | | 25OCT | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0371408298FF | 11,562,139.00 | 318-P 8-S 43 ML PREMIER INSTITUTION<br>IMAD: 1025A1Q002GC000275<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/15:36<br>IMAD: 1025EAQFTI1A001565 | | |
| 26OCT | | 26OCT | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0099801299FF | 1,355,828.98 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160001257 RFB=O/B BKAM IL CGO<br>OBI=HQWT BBI=/TIME/11:04<br>IMAD: 1026GIQFGY2C000376 | | |
| 26OCT | | 26OCT | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0130913299FF | 1,711,624.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:41<br>IMAD: 1026EAQFTI1A000846 | | |
| 26OCT | | 26OCT | | | USD YOUR: 6008298125270001<br>OUR: 0810900299FC | 2,599,068.66 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-00001600125<br>7 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0048762 | | |
| 26OCT | | 26OCT | | | USD YOUR: 6008297132310001<br>OUR: 0801300299FC | 5,376,455.30 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A. | | |

```
W.R. GRACE AND COMPANY                                          Account No:           016-001257
SYRACUSE FUNDING ACCOUNT                                Statement Start Date:         16 OCT 2001
ATT: MARY BOUCHARD                                      Statement End Date:           31 OCT 2001
62 WHITTEMORE AVENUE                                          Statement Code:          S00-USA-22
CAMBRIDGE MA  02140                                             Statement No:                 020
                                                                                    Page  8 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29OCT | | | | USD YOUR: PHN OF 01/10/26 OUR: 0257800302II | 30,722.00 | /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0000160012 57 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY SSN: 0048562 BOOK TRANSFER CREDIT B/O: CB FUNDS TRANS PREVIOUS DAY TAMPA FL 33610- ORG: MBR/0103 BANKERS TRUST COMPANY REF: REVERSAL OF ENTRY DD10/26/01 T RN002750229GP BECAUSE UTA BENEF ACC T NO AND SWI FT ADDRESS DO NOT AGRE E/BNF/OUR REF.CMB2859-29OCT01 CHASE REF332130030 2FC REFPHN OF 01/10/26 | | |
| 29OCT | | | | USD OUR: 0018950114XF | 181,596.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 00032313 6524 | | |
| 29OCT | | | | USD YOUR: O/B FIRST UNION OUR: 0191114302FF | 1,268,098.49 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION BBI=/TIME/12:49 IMAD: 1029F3QCAA1C0008 90 | | |
| 29OCT | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0171514302FF | 1,561,877.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:20 IMAD: 1029EAQFT1IA000873 | | |
| 29OCT | | | | USD YOUR: O/B BKAM IL CGO OUR: 0161802302FF | 2,919,001.65 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. | | |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 9 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 30OCT | | 30OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0147009303FF | 737,500.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & COMPANY BOCA RATON FL 33486-1010 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/12:07 IMAD: 1029G1QFGY2C000572 | | |
| 30OCT | | 30OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0141708303FF | 2,150,626.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:55 IMAD: 1030EAQFTI1A000812 | | |
| 30OCT | | 30OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0096614303FF | 2,303,517.88 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:49 IMAD: 1030G1QFGY2C000434 | | |
| 31OCT | | 31OCT | | USD YOUR: O/B PNCBANK PHIL OUR: 0397202304FF | 32,783.33 | FEDWIRE CREDIT VIA: PNC BANK, NA PHILADELPHIA /031000053 B/O: E-CATALYSTS INC HORSHAM,PA 19044-2206 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B PNCBANK PHIL | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 10 of 20

| Ledger Date | Ad Ledger Date | Value Date | F | References | Description | Credit/Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 31OCT | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0118913304FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:53<br>IMAD: 1031G1QFGY2C000441 | 1,849,547.57 | | |
| 31OCT | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0227208304FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/13:06<br>IMAD: 1031EAQFT11A001130 | 2,761,601.03 | | |

## DEBITS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16OCT | | | | USD OUR: 0031310114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 003238881963 | 51.00 | | |
| 16OCT | | | | USD YOUR: ACH OF 01/10/16<br>OUR: 0020000289HP | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | 14,621.00 | | |
| 16OCT | | | | USD YOUR: PHN OF 01/10/16<br>OUR: 0015304289GP | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTCHE BANK AG SW CD DEUTNLQA<br>AMSTERDAM<br>BEN: A & M MINERALS AND METALS LTD<br>REF: GRACE AND DAVISON PYMT OF INVO<br>ICE 10576<br>SSN: 0201279 | 20,501.60 | | |
| 16OCT | | | | USD YOUR: PHN OF 01/10/16<br>OUR: 0015302289GP | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | 42,781.10 | | |
| 16OCT | | | | USD YOUR: PHN OF 01/10/16<br>OUR: 0015303289GP | FEDWIRE DEBIT<br>VIA: FIRST UNION NC | 271,294.47 | | |

```
                                                     Account No:  016-001257
                                         Statement Start Date:    16 OCT 2001
                                           Statement End Date:    31 OCT 2001
                                              Statement Code:     S00-USA-22
                                                Statement No:     020
                                                                  Page 11 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA   02140
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | 16OCT | | USD YOUR: PHN OF 01/10/16<br>OUR: 0015300289GP | 753,103.06 | /05300219<br>A/C: W R GRACE AND COMPANY<br>BEN: W R GRACE AND COMPANY<br>REF: REF: MARIE WIMBLE/CMG/BSG VA 3<br>271/TIME/12:15<br>IMAD: 1016B1QGC08C002139<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/05200113<br>A/C: W R GRACE<br>REF: /TIME/12:13<br>IMAD: 1016B1QGC08C002092 | | |
| 16OCT | | 16OCT | | USD YOUR: PHN OF 01/10/16<br>OUR: 0015301289GP | 935,719.44 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 00163002<br>FPRS DEPOSITORY<br>BEN: NO ACCT GIVEN<br>WR GRACE & COMPANY PLAN 89995-8994<br>REF: WEEK ENDING 10/8/01 AND 10/9/0<br>1 CPD-DAVISON-SALARIES<br>SSN: 0200692 | | |
| 16OCT | | 16OCT | | USD YOUR: PHN OF 01/10/16<br>OUR: 0037500289GP | 4,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/05300219<br>A/C: W.R. GRACE AND COMPANY<br>REF: WR GRACE PAYMENT FOR CONTROL D<br>ISBURSTMENT ACCT./TIME/15:35<br>IMAD: 1016B1QGC03C003209 | | |
| 17OCT | | 17OCT | | USD YOUR: PHN OF 01/10/17<br>OUR: 0018802290GP | 50,648.68 | CHIPS DEBIT<br>VIA: ABN AMRO BANK N V<br>/0958<br>A/C: ACC 4561585353710<br>ECOPETROL<br>REF: CONTRACT VRM-013-2001 IMPUESTO<br>DE TIMBRE (STAMP TAX)<br>SSN: 0213190 | | |
| 17OCT | | 17OCT | | USD YOUR: PHN OF 01/10/17<br>OUR: 0018800290GP | 51,189.93 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | | |
| 17OCT | | 17OCT | | USD YOUR: PHN OF 01/10/17<br>OUR: 0018804290GP | 54,270.22 | CHIPS DEBIT<br>VIA: ABN AMRO BANK N V<br>/0958 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 12 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 17OCT | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0018803290GP | 68,363.89 | A/C: ACC 4561585353710 ECOPETROL REF: CONTRACT VRM-012-2001 IMPUESTO DE TIMBRE (STAMP TAX) SSN: 0213353 CHIPS DEBIT VIA: ABN AMRO BANK N V /0958 | | |
| 17OCT | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0018801290GP | 80,668.00 | A/C: ACC 4561585353710 ECOPETROL REF: CONTRACT VRM-014-2001 IMPUESTO DE TIMBRE (STAMP TAX) SSN: 0213348 CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: HANSAPANK 200001 TALLINN, ESTONIA BEN: AS SILMET REF: GRACE DAVISON PAYMENT OF INVOICES SSN: 0213077 | | |
| 17OCT | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0357002906P | 1,000,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: WR GRACE & CO. CONN REF: WR GRACE PAYMENT FOR CONTROLLED DISBURSMENT ACCT./TIME/15:51 IMAD: 1017B1QGC04C003559 | | |
| 17OCT | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0357012906P | 1,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRIL LYNCH PREMEIR INSTITUTI FUND BEN: N/O W.R. GRACE & CO-CONN REF: ATTN.MERRIL GROUP TRANSFER OF FUNDS/TIME/15:53 IMAD: 1017B1QGC07C003804 | | |
| 18OCT | | | | USD OUR: 0032010114XF | 10,759.40 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0032381963 | | |
| 18OCT | | 18OCT | | USD YOUR: PHN OF 01/10/18 OUR: 0019802910GP | 72,733.59 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: TRANSFER OF FUNDS | | |

```
W.R. GRACE AND COMPANY                              Account No:       016-001257
SYRACUSE FUNDING ACCOUNT                   Statement Start Date:      16 OCT 2001
ATT:MARY BOUCHARD                          Statement End Date:        31 OCT 2001
62 WHITTEMORE AVENUE                       Statement Code:            S00-USA-22
CAMBRIDGE MA  02140                        Statement No:              020
                                                                Page 13 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 18OCT | | 18OCT | | USD YOUR: PHN OF 01/10/18 OUR: 0019801291GP | 72,733.59 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: TRANSFER OF FUNDS | | |
| 18OCT | | 18OCT | | USD YOUR: ACH OF 01/10/18 OUR: 0011600291HP | 92,582.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 18OCT | | 18OCT | | USD YOUR: PHN OF 01/10/18 OUR: 0044100291GP | 5,700,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R GRACE & CO-CONN REF: WR GRACE PYMT FOR FOR CONTROLE D DISBURSTMENT ACCOUNT/TIME/17:10 IMAD: 1018B1QGC06C004093 | | |
| 19OCT | | 19OCT | | USD OUR: 0032610114XF | 5,503.05 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323881963 | | |
| 19OCT | | 19OCT | | USD YOUR: PHN OF 01/10/19 OUR: 0030701292GP | 120,042.62 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PYMT | | |
| 19OCT | | 19OCT | | USD YOUR: PHN OF 01/10/19 OUR: 0030700292GP | 153,880.98 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: ACC 00163002 FPRS DEPOSITORY REF: PLAN 89995/89994 WEEK ENDING 1 0/15/01 SSN: 0230175 | | |
| 19OCT | | 19OCT | | USD YOUR: PHN OF 01/10/19 OUR: 0039700292GP | 700,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: WR GRACE AND CO-CONN REF: PAYMENT FOR CONTROL DISBURSEME NTS/TIME/16:43 IMAD: 1019B1QGC04C004079 | | |
| 19OCT | | 19OCT | | USD YOUR: PHN OF 01/10/19 OUR: 0039701292GP | 1,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUNDS BEN: N/O WR GRACE AND CO-CONN REF: TRANSFER FUNDS/TIME/16:33 IMAD: 1019B1QGC06C003969 | | |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 14 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj. Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 22OCT | | | | USD OUR: 0032230114XF | 2,068.94 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| 22OCT | | 22OCT | | USD YOUR: PHN OF 01/10/22 OUR: 0034603295GP | 4,399.75 | BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TTEE & BAN LIMA 12 PERU BEN: /19307564541S8 TERESOPOLIS S.A. REF: PMT INV 020-01 ON BEHALF OF GR ACE DAVISON | | |
| 22OCT | | 22OCT | | USD YOUR: PHN OF 01/10/22 OUR: 0034602295GP | 56,844.24 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENT | | |
| 22OCT | | 22OCT | | USD YOUR: PHN OF 01/10/22 OUR: 0034600295GP | 2,000,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: WR GRACE AND CO-CONN REF: WR GRACE PMTS FOR CONTROLLED D ISBURSEMENT ACCOUNTS/TIME/16:25 IMAD: 1022B1QGC04C003886 | | |
| 22OCT | | 22OCT | | USD YOUR: PHN OF 01/10/22 OUR: 0034601295GP | 4,800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRIL LYNCH PREMIER INSTITUTI FUND BEN: N/O WR GRACE AND CO-CONN REF: TRANSFER OF FUNDS/REC/ATTN MER RILL GROUP/TIME/16:25 IMAD: 1022B1QGC07C004065 | | |
| 23OCT | | | | USD OUR: 0031070114XF | 786.01 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| 23OCT | | 23OCT | | USD YOUR: PHN OF 01/10/23 OUR: 0023402296GP | 2,476.14 | BOOK TRANSFER DEBIT A/C: METROPOLITAN LIFE INSURANCE CO TAMPA FL 33630-3370 REF: EMPLOYEE GUL CONTRIBUTION FOR SEPT 2001 | | |
| 23OCT | | 23OCT | | USD YOUR: PHN OF 01/10/23 OUR: 0023404296GP | 4,506.00 | FEDWIRE DEBIT VIA: FIRST UNION FL /063000021 A/C: RODRIGO AYERBE REF: WR GRACE PAYMENT FOR 4TH QUART ER 2001 IMAD: 1023B1QGC04C003396 | | |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 15 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | |
| 23OCT | | 23OCT | | USD YOUR: PHN OF 01/10/23 OUR: 0023403296GP | 6,040.09 | BOOK TRANSFER DEBIT A/C: METROPOLITAN LIFE INSURANCE CO TAMPA FL 33630-3370 REF: EMPLOYEE LTC CONTRIBUTION FOR SEPT 2001 | |
| 23OCT | | 23OCT | | USD YOUR: PHN OF 01/10/23 OUR: 0023401296GP | 31,660.87 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENT | |
| 23OCT | | 23OCT | | USD YOUR: PHN OF 01/10/23 OUR: 0023400296GP | 757,847.31 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: WR GRACE REF: FUNDING HOURLY PAYROLL/TIME/16 :07 IMAD: 1023B1QGC06C003477 | |
| 23OCT | | 23OCT | | USD YOUR: PHN OF 01/10/23 OUR: 0039300296GP | 5,400,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND COMPANY-CONN REF: W.R. GRACE PAYMENTS FOR CONTRO L DISBURSMENT ACCOUNT/TIME/16:57 IMAD: 1023B1QGC05C003772 | |
| 24OCT | | | | USD OUR: 0031290114XF | 2,715.74 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | |
| 24OCT | | 24OCT | | USD YOUR: ACH OF 01/10/24 OUR: 0043700297HP | 8,188.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | |
| 24OCT | | 24OCT | | USD YOUR: PHN OF 01/10/24 OUR: 0041100297GP | 51,489.09 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENT | |
| 24OCT | | 24OCT | | USD YOUR: PHN OF 01/10/24 OUR: 0041102297GP | 186,102.65 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO /071000013 A/C: UNITED HEALTHCARE REF: /TIME/17:42 IMAD: 1024B1QGC04C004216 | |
| 24OCT | | 24OCT | | USD YOUR: PHN OF 01/10/24 OUR: 0041101297GP | 336,629.00 | BOOK TRANSFER DEBIT A/C: METROPOLITAN LIFE INSURANCE CO TAMPA FL 33630-3570 | |
| 24OCT | | 24OCT | | USD YOUR: PHN OF 01/10/24 OUR: 0018500297GP | 2,492,550.31 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 16 of 20

| Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | |
| 24OCT | 24OCT | | USD YOUR: PHN OF 01/10/24 OUR: 0041103297GP | 5,300,000.00 | A/C: W.R. GRACE AND COMPANY REF: /TIME/13:00 IMAD: 1024B1QGC08C002621 FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: WR GRACE AND CO REF: /TIME/17:48 IMAD: 1024B1QGC07C004426 | | |
| 25OCT | | | USD OUR: 0032370114XF | 350.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| 25OCT | 25OCT | | USD YOUR: PHN OF 01/10/25 OUR: 0039802298GP | 22,988.32 | BOOK TRANSFER DEBIT A/C: NATEXIS BANQUE POPULAIRES PARIS CEDEX 09 FRANCE 75427- BEN: /30021530030409411501476 RHODIA TERRES REF: GRACE DAVISON 3RD QUARTER 2001 ROYALTY PAYMENT | | |
| 25OCT | 25OCT | | USD YOUR: PHN OF 01/10/25 OUR: 0012901298GP | 38,565.69 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENT | | |
| 25OCT | 25OCT | | USD YOUR: PHN OF 01/10/25 OUR: 0012902298GP | 54,447.90 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: FUNDING UNITED HEALTH CARE ACCOUNT | | |
| 25OCT | 25OCT | | USD YOUR: PHN OF 01/10/25 OUR: 0012903298GP | 367,598.48 | FEDWIRE DEBIT VIA: NORTHERN CHGO /071000152 A/C: WR GRACE & CO. RETIREMENT PLAN REF: SUPPLEMENTAL PENSION PAYMENT F OR THE MONTH OF NOVERMBER 2001/TIME /12:57 IMAD: 1025B1QGC03C002633 | | |
| 25OCT | 25OCT | | USD YOUR: PHN OF 01/10/25 OUR: 0012900298GP | 1,024,764.63 | FEDWIRE DEBIT VIA: BKAM IL CGO /071000039 A/C: WR GRACE & CO./COM REF: REF: TRANSFER OF FUNDS TO BANK OF AMERICA LOCKBOX/TIME/12:54 IMAD: 1025B1QGC01C002877 | | |
| 25OCT | 25OCT | | USD YOUR: PHN OF 01/10/25 OUR: 0039801298GP | 7,300,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:         016-001257
Statement Start Date: 16 OCT 2001
Statement End Date:   31 OCT 2001
Statement Code:       S00-USA-22
Statement No:         020

Page 17 of 20

## DEBITS CONTINUED

| Ledger Date | Value Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 25OCT | 25OCT | USD | YOUR: PHN OF 01/10/25<br>OUR: 0039800298GP | 8,400,000.00 | /053000219<br>A/C: WR GRACE AND CO.<br>REF: /TIME/16:11<br>IMAD: 1025B1QGC03C004145<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIRE INSTITUT<br>FUND<br>BEN: WR GRACE AND CO.<br>REF: /TIME/16:10<br>IMAD: 1025B1QGC06C004275 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027502299GP | 30,722.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 22101142160G<br>SWIFT HABAEE2X<br>REF: AS SILMET PYMT OF INVOICE NO.5<br>2382<br>SSN: 0223203 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027503299GP | 32,598.38 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC FUNDING ACCOUNT |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0046100299GP | 115,500.00 | FEDWIRE DEBIT<br>VIA: BK AMER SF<br>/121000358<br>A/C: BANK OF AMERICA BUSINESS CREDI<br>835<br>REF: PAYMENT OF INTEREST ON 30 MILL<br>ION DIP BORROWING/TIME/17:08<br>IMAD: 1026B1QGC07C004623 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027501299GP | 185,977.51 | FEDWIRE DEBIT<br>VIA: WACHOVIA WINSTON<br>/053100494<br>A/C: RHODIA ELECTONICS AND CATALYST<br>REF: GRACE DAVIDSON PYMT FOR INVOIC<br>ES/TIME/14:10<br>IMAD: 1026B1QGC06C002996 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027500299GP | 919,706.90 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 00163002<br>FPRS DEPOSITORY |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 20 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | A/L Ledger Date | Value Date | F T | References | Credit/Debit Amount | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | |
| 31OCT | | 31OCT | | USD YOUR: SEE WIRE OUR: 1119400304JB | 60,356.15 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | |
| 31OCT | | 31OCT | | USD YOUR: 0018225102003A OUR: 1119900304JB | 998,475.96 | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVA SCOTIA TRANSIT 24042 BEN: MONEY MOBILIZATION DIVISION ATTENTION GEORGE SEYMOUR REF: DAVISON W.R. GRACE - VALLEYFIE LD SETTLEMENT SSN: 0276459 | |
| 31OCT | | 31OCT | | USD YOUR: HOWT-FUCD OUR: 1358200304JB | 1,600,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:54 IMAD: 1031B1QGC07C004735 | |
| 31OCT | | 31OCT | | USD YOUR: SEE WIRE OUR: 1358500304JB | 1,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:55 IMAD: 1031B1QGC01C004953 | |

**CHECKS**

*No Activity*

# The Chase Manhattan Bank

## Statement of Account

### in U.S. Dollars

Account No: 016-001257
Statement Start Date: 29 SEP 2001
Statement End Date: 15 OCT 2001
Statement Code: S00-USA-22
Statement No: 019
Page 1 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 31   56,157,592.39 |
| Total Debits (incl. checks) | 47   55,180,463.29 |
| Total Checks Paid | 0    0.00 |

### BALANCES

| Opening (29 SEP 2001) | | Closing (15 OCT 2001) | |
|---|---|---|---|
| Ledger | 448,680.67 | Ledger | 1,425,809.77 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 01OCT | | | | USD YOUR: 31Y9830989274 OUR: 2741000989ZA | 3,748.26 | NET AIP INTEREST EARNED CREDIT OF NET AIP INTEREST FOR CURRENT PERIOD AND ANY PRIOR PERIOD ADJUSTMENTS. SEE ENHANCED AIP STATEMENT FOR DETAILS. |
| 01OCT | | | | USD YOUR: MAESTRO OUR: 0699508274FF | 800,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T BBI=/TIME/13:00 IMAD: 1001A1Q002GC002500 |
| 01OCT | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0315202274FF | 1,435,723.54 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/13:00 IMAD: 1001EAQFTI1A001625 |
| 01OCT | | | | USD YOUR: O/B BKAM IL CGO OUR: 0298202274FF | 2,027,253.09 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 |

### LEDGER BALANCES

| Date | Ledger | | |
|---|---|---|---|
| 01OCT | 1,182,655.90 | | |
| 02OCT | 482,198.89 | | |
| 03OCT | 437,196.12 | | |
| 04OCT | 463,925.75 | | |
| 05OCT | 819,284.86 | | |
| 09OCT | 450,105.49 | | |
| 10OCT | 445,480.63 | | |
| 11OCT | 506,713.56 | | |
| 12OCT | 564,332.93 | | |
| 15OCT | 1,425,809.77 | | |

FT CODE:
USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

The Chase Manhattan Bank

# GRACE

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 29 SEP 2001
Statement End Date: 15 OCT 2001
Statement Code: S00-USA-22
Statement No: 019

Page 2 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02OCT | | 02OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0115002275FF | 465,365.00 | B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:49<br>IMAD: 1001G1QFGY2C000797 | | |
| 02OCT | | 02OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0115009275FF | 2,081,966.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & COMPANY<br>BOCA RATON FL 33486-1010<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:40<br>IMAD: 1002EAQFTI1A000666 | | |
| 02OCT | | 02OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0084801275FF | 5,304,050.88 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:09<br>IMAD: 1002EAQFTI1A000663 | | |
| 03OCT | | 03OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0162802276FF | 1,213,644.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE<br>COLUMBIA, MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A | | |

# CHASE

## Statement of Account

The Chase Manhattan Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

In US Dollars

Account No: 016-001257
Statement Start Date: 29 SEP 2001
Statement End Date: 15 OCT 2001
Statement Code: S00-USA-22
Statement No: 019
Page 3 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03OCT | | 03OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0199908276FF | 1,398,337.90 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:38 IMAD: 1003GIQFGY2C000416 C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:37 IMAD: 1003EAQFTI1A000857 | | |
| 04OCT | | 04OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0173414277FF | 849,984.32 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE COLUMBIA, MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:33 IMAD: 1004EAQFTI1A000933 | | |
| 04OCT | | 04OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0110301277FF | 1,590,033.17 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:21 IMAD: 1004GIQFGY2C000533 | | |
| 04OCT | | 04OCT | | USD YOUR: MAESTRO OUR: 0315201277FF | 3,100,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 1004AIQ002GC001149 | | |

The Chase Manhattan Bank

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 29 SEP 2001
Statement End Date: 15 OCT 2001
Statement Code: S00-USA-22
Statement No: 019

Page 4 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | **CREDITS CONTINUED** | | | | |
| 05OCT | | 05OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0178309278FF | 1,229,315.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE COLUMBIA, MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:29 IMAD: 1005EAQFTI1A001031 | | |
| 05OCT | | 05OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0236709278FF | 1,232,858.36 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/13:40 IMAD: 1005G1QFGY2C001001 | | |
| 05OCT | | 05OCT | | USD YOUR: O/B FIRST UNION OUR: 0243713278FF | 4,288,746.05 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B FIRST UNION BBI=/TIME/13:53 IMAD: 1005F3QCAA1C001159 | | |
| 09OCT | | 09OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0208101282FF | 1,941,352.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:04 IMAD: 1009EAQFTI1A000881 | | |
| 09OCT | | 09OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0170509282FF | 3,432,914.53 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. | | |