DE : W.R. GRACE & CO    NO. DE TEL :    14 DIC. 2001 03:35PM P9



## BankBoston
### SUCURSAL DEL PERU

RUC: 20341285251

## Estado de Cuenta

Cuenta N° 154424  Moneda US.D  Del 01 al 31 OCT 2001  N° Cliente 15787  Página 2 / 11

W.R. GRACE & CO. - CONN

AV CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.- 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 03OCT01 | | COB LETRA 0006063 | | 4.00 | 324,143.14 |
| 03OCT01 | | COM.COB/DESC 0006063 | 15.37 | | 324,127.77 |
| 03OCT01 | | COB LETRA 055420 | | 1,043.84 | 325,171.61 |
| 03OCT01 | | COB LETRA 055420 | | 1.64 | 325,173.25 |
| 03OCT01 | | COM.COB/DESC 055420 | 10.00 | | 325,163.25 |
| 03OCT01 | | COB LETRA 0006196 | | 2,281.24 | 327,444.49 |
| 03OCT01 | | COB LETRA 0006196 | | 3.59 | 327,448.08 |
| 03OCT01 | | COM.COB/DESC 0006196 | 11.41 | | 327,436.67 |
| 03OCT01 | | COB LETRA 05968 | | 1,565.27 | 329,001.94 |
| 03OCT01 | | COB LETRA 05968 | | 2.46 | 329,004.40 |
| 03OCT01 | | COM.COB/DESC 05968 | 10.00 | | 328,994.40 |
| 03OCT01 | | COB LETRA 05974 | | 1,575.52 | 330,569.92 |
| 03OCT01 | | COB LETRA 05974 | | 2.97 | 330,572.89 |
| 03OCT01 | | COM.COB/DESC 05974 | 10.00 | | 330,562.89 |
| 03OCT01 | 05OCT01 | DEP CH O/BCO | | 1,038.40 | 331,601.29 |
| 04OCT01 | | COB LETRA 0006108 | | 3,170.36 | 334,771.65 |
| 04OCT01 | | COB LETRA 0006108 | | 9.93 | 334,781.58 |
| 04OCT01 | | COM.COB/DESC 0006108 | 15.85 | | 334,765.73 |
| 04OCT01 | | COB LETRA 06029 | | 1,015.98 | 335,781.71 |
| 04OCT01 | | COB LETRA 06029 | | 1.60 | 335,783.31 |
| 04OCT01 | | COM.COB/DESC 06029 | 10.00 | | 335,773.31 |
| 04OCT01 | | COB LETRA 6034 | | 1,404.20 | 337,177.51 |
| 04OCT01 | | COB LETRA 6034 | | 1.77 | 337,179.28 |
| 04OCT01 | | COM.COB/DESC 6034 | 10.00 | | 337,169.28 |
| 04OCT01 | | COB LETRA 0006214 | | 2,537.00 | 339,706.28 |
| 04OCT01 | | COB LETRA 0006214 | | 3.20 | 339,709.48 |
| 04OCT01 | | COM.COB/DESC 0006214 | 12.69 | | 339,696.79 |
| 05OCT01 | | COB LETRA 0006154 | | 912.87 | 340,609.66 |
| 05OCT01 | | COB LETRA 0006154 | | 3.96 | 340,613.62 |
| 05OCT01 | | COM.COB/DESC 0006154 | 15.21 | | 340,598.41 |
| 05OCT01 | | COB LETRA 0006197 | | 684.37 | 341,282.78 |
| 05OCT01 | | COB LETRA 0006197 | | 1.37 | 341,284.15 |
| 05OCT01 | | COM.COB/DESC 0006197 | 11.41 | | 341,272.74 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 306,401.85 | | | | | | |

" Cumplimos nuestros primeros 5 años
de presencia en el Perú, atendiendo a
las principales corporaciones locales
y multinacionales"

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

DE : W.R. GRACE & CO          NO. DE TEL :                      14 DIC. 2001 03:37PM P10


**BankBoston**
SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

Cuenta N° 154424    Moneda US D    Del 01 al 31 OCT 2001    N° Cliente 15787    Página 3 / 11

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I. 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 05OCT01 | | COB LETRA 0006215 | | 761.10 | 342,033.84 |
| 05OCT01 | | COM.COB/DESC 0006215 | 12.69 | | 342,021.15 |
| 05OCT01 | | COB LETRA 0006235 | | 992.08 | 343,013.23 |
| 05OCT01 | | COM.COB/DESC 0006235 | 16.53 | | 342,996.70 |
| 05OCT01 | | COB LETRA 0006155 | | 912.87 | 343,909.57 |
| 05OCT01 | | COM.COB/DESC 0006155 | 15.21 | | 343,894.36 |
| 05OCT01 | | COB LETRA 0006257 | | 671.71 | 344,566.07 |
| 05OCT01 | | COM.COB/DESC 0006257 | 11.20 | | 344,554.87 |
| 05OCT01 | | COB LETRA 0006259 | | 1,534.43 | 346,089.30 |
| 05OCT01 | | COB LETRA 0006259 | | 3.37 | 346,092.67 |
| 05OCT01 | | COM.COB/DESC 0006259 | 10.00 | | 346,082.67 |
| 05OCT01 | | COB LETRA 0006254 | | 1,196.57 | 347,279.24 |
| 05OCT01 | | COB LETRA 0006254 | | 3.01 | 347,282.25 |
| 05OCT01 | | COM.COB/DESC 0006254 | 10.00 | | 347,272.25 |
| 05OCT01 | | COM CASH MGT MULTIPAY | 88.00 | | 347,184.25 |
| 09OCT01 | | COB LETRA 0006019 | | 3,223.64 | 350,407.89 |
| 09OCT01 | | COB LETRA 0006019 | | 14.25 | 350,422.14 |
| 09OCT01 | | COM.COB/DESC 0006019 | 16.12 | | 350,406.02 |
| 09OCT01 | | COB LETRA 5918 | | 2,061.34 | 352,467.36 |
| 09OCT01 | | COB LETRA 5918 | | 9.11 | 352,476.47 |
| 09OCT01 | | COM.COB/DESC 5918 | 10.31 | | 352,466.16 |
| 09OCT01 | | COB LETRA 0006065 | | 1,536.77 | 354,002.93 |
| 09OCT01 | | COB LETRA 0006065 | | 5.84 | 354,008.77 |
| 09OCT01 | | COM.COB/DESC 0006065 | 15.37 | | 353,993.40 |
| 09OCT01 | | COB LETRA 0006064 | | 1,536.77 | 355,530.17 |
| 09OCT01 | | COB LETRA 0006064 | | 7.68 | 355,537.85 |
| 09OCT01 | | COM.COB/DESC 0006064 | 15.37 | | 355,522.48 |
| 09OCT01 | | COB LETRA 0006255 | | 1,196.57 | 356,719.05 |
| 09OCT01 | | COB LETRA 0006255 | | 2.63 | 356,721.68 |
| 09OCT01 | | COM.COB/DESC 0006255 | 10.00 | | 356,711.68 |
| 10OCT01 | | COB LETRA 0006066 | | 1,536.77 | 358,248.45 |
| 10OCT01 | | COB LETRA 0006066 | | 4.92 | 358,253.37 |
| 10OCT01 | | COM.COB/DESC 0006066 | 15.37 | | 358,238.00 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 306,401.85 | | | | | | |

" Cumplimos nuestros primeros 5 años
de presencia en el Perú, atendiendo a
las principales corporaciones locales
y multinacionales"

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

DE : W.R. GRACE & CO          NO. DE TEL :           14 DIC. 2001 03:40PM P11


**BankBoston**
SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

| Cuenta N° | 154424 | Moneda | USD | Del | 01 | al | 31 OCT 2001 | N° Cliente | 15787 | Página | 4 / 11 |

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 10OCT01 | | COB LETRA  0006076 | | 1,306.26 | 359,544.26 |
| 10OCT01 | | COB LETRA  0006076 | | 3.40 | 359,547.66 |
| 10OCT01 | | COM.COB/DESC 0006076 | 13.06 | | 359,534.60 |
| 10OCT01 | | COB LETRA  0006067 | | 1,536.77 | 361,071.37 |
| 10OCT01 | | COB LETRA  0006067 | | 2.77 | 361,074.14 |
| 10OCT01 | | COM.COB/DESC 0006067 | 15.37 | | 361,058.77 |
| 10OCT01 | | COB LETRA  0006083 | | 1,534.00 | 362,592.77 |
| 10OCT01 | | COB LETRA  0006083 | | 3.99 | 362,596.76 |
| 10OCT01 | | COM.COB/DESC 0006083 | 15.34 | | 362,581.42 |
| 10OCT01 | | COB LETRA  0006260 | | 1,534.43 | 364,115.85 |
| 10OCT01 | | COB LETRA  0006260 | | 3.36 | 364,119.21 |
| 10OCT01 | | COM.COB/DESC 0006260 | 10.00 | | 364,109.21 |
| 11OCT01 | | COB LETRA  0006050 | | 3,398.40 | 367,507.61 |
| 11OCT01 | | COB LETRA  0006050 | | 14.93 | 367,522.54 |
| 11OCT01 | | COM.COB/DESC 0006050 | 16.99 | | 367,505.55 |
| 11OCT01 | | COB LETRA  5919 | | 2,061.34 | 369,566.89 |
| 11OCT01 | | COB LETRA  5919 | | 8.41 | 369,575.30 |
| 11OCT01 | | COM COB/DESC 5919 | 10.31 | | 369,564.99 |
| 11OCT01 | | COB LETRA  5920 | | 2,301.83 | 371,866.82 |
| 11OCT01 | | COB LETRA  5920 | | 7.22 | 371,874.04 |
| 11OCT01 | | COM.COB/DESC 5920 | 11.51 | | 371,862.53 |
| 11OCT01 | | COB LETRA  0006109 | | 3,170.36 | 375,032.89 |
| 11OCT01 | | COB LETRA  0006109 | | 11.93 | 375,044.82 |
| 11OCT01 | | COM.COB/DESC 0006109 | 15.85 | | 375,028.97 |
| 11OCT01 | | COB LETRA  0006020 | | 3,223.64 | 378,252.61 |
| 11OCT01 | | COB LETRA  0006020 | | 11.12 | 378,263.73 |
| 11OCT01 | | COM.COB/DESC 0006020 | 16.12 | | 378,247.61 |
| 11OCT01 | | COB LETRA  6014 | | 1,934.18 | 380,181.79 |
| 11OCT01 | | COB LETRA  6014 | | 6.67 | 380,188.46 |
| 11OCT01 | | COM.COB/DESC 6014 | 10.00 | | 380,178.46 |
| 11OCT01 | | COB LETRA  0006236 | | 992.08 | 381,170.54 |
| 11OCT01 | | COB LETRA  0006236 | | 0.99 | 381,171.53 |
| 11OCT01 | | COM.COB/DESC 0006236 | 16.53 | | 381,155.00 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 306,401.85 | | | | | | |

" Cumplimos nuestros primeros 5 años
de presencia en el Perú, atendiendo a
las principales corporaciones locales
y multinacionales"

**Importante:** Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

DE : W.R. GRACE & CO          NO. DE TEL :                14 DIC. 2001 03:42PM P12



**BankBoston**
SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

Cuenta Nº 154424   Moneda USD   Del 01 al 31 OCT 2001   Nº Cliente 15787   Página 5 / 11

W.R. GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 11OCT01 | | COB LETRA 0006156 | | 912.87 | 382,067.87 |
| 11OCT01 | | COM.COB/DESC 0006156 | 15.21 | | 382,052.66 |
| 11OCT01 | | COB LETRA 0006277 | | 406.39 | 382,459.05 |
| 11OCT01 | | COM.COB/DESC 0006277 | 10.00 | | 382,449.05 |
| 11OCT01 | 15OCT01 | DEP CH O/BCO | | 24,453.09 | 406,902.14 |
| 12OCT01 | | COM.COB/DESC 0006306 | 11.23 | | 409,140.89 |
| 12OCT01 | | COB LETRA 0006311 | | 857.46 | 409,998.35 |
| 12OCT01 | | COB LETRA 0006311 | | 1.89 | 410,000.24 |
| 12OCT01 | | COM.COB/DESC 0006311 | 10.00 | | 409,990.24 |
| 12OCT01 | | COB LETRA 0006306 | | 2,245.02 | 409,147.16 |
| 12OCT01 | | COB LETRA 0006306 | | 4.96 | 409,152.12 |
| 15OCT01 | | COB LETRA 0006051 | | 1,121.47 | 411,111.71 |
| 15OCT01 | | COB LETRA 0006051 | | 13.93 | 411,125.64 |
| 15OCT01 | | COM.COB/DESC 0006051 | 16.99 | | 411,108.65 |
| 15OCT01 | | COB LETRA 0006323 | | 857.46 | 411,966.11 |
| 15OCT01 | | COB LETRA 0006323 | | 2.17 | 411,968.28 |
| 15OCT01 | | COM.COB/DESC 0006323 | 10.00 | | 411,958.28 |
| 15OCT01 | | COB LETRA 0006256 | | 1,196.58 | 413,154.86 |
| 15OCT01 | | COB LETRA 0006256 | | 3.03 | 413,157.89 |
| 15OCT01 | | COM.COB/DESC 0006256 | 10.00 | | 413,147.89 |
| 16OCT01 | | COB LETRA 5921 | | 1,133.74 | 414,281.63 |
| 16OCT01 | | COB LETRA 5921 | | 8.75 | 414,290.38 |
| 16OCT01 | | COM.COB/DESC 5921 | 11.51 | | 414,278.87 |
| 16OCT01 | | COB LETRA 6110 | | 1,046.22 | 415,325.09 |
| 16OCT01 | | COB LETRA 6110 | | 12.05 | 415,337.14 |
| 16OCT01 | | COM.COB/DESC 6110 | 15.85 | | 415,321.29 |
| 16OCT01 | | COB LETRA 6031 | | 1,038.34 | 416,359.63 |
| 16OCT01 | | COB LETRA 6031 | | 9.86 | 416,369.49 |
| 16OCT01 | | COM.COB/DESC 6031 | 12.98 | | 416,356.51 |
| 16OCT01 | | COB LETRA 6261 | | 1,534.41 | 417,890.92 |
| 16OCT01 | | COB LETRA 6261 | | 3.88 | 417,894.80 |
| 16OCT01 | | COM.COB/DESC 6261 | 10.00 | | 417,884.80 |
| 17OCT01 | | COB LETRA 6021 | | 1,063.80 | 418,948.60 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 306,401.85 | | | | | | |

" Cumplimos nuestros primeros 5 años
de presencia en el Perú, atendiendo a
las principales corporaciones locales
y multinacionales"

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones

Case 01-01139-AMC    Doc 1442-9    Filed 01/04/02    Page 5 of 18

DE : W.R. GRACE & CO         NO. DE TEL :         14 DIC. 2001 03:44PM P13



# BankBoston
### SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

| Cuenta N° | Moneda | Del | al | N° Cliente | Página |
|---|---|---|---|---|---|
| 154424 | USD | 01 | 31 OCT 2001 | 15787 | 6 / 11 |

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 17OCT01 | | COB LETRA 6021 | | 12.25 | 418,960.85 |
| 17OCT01 | | COM.COB/DESC 6021 | 16.12 | | 418,944.73 |
| 17OCT01 | | COB LETRA 6070 | | 1,536.77 | 420,481.50 |
| 17OCT01 | | COB LETRA 6070 | | 4.00 | 420,485.50 |
| 17OCT01 | | COM.COB/DESC 6070 | 15.37 | | 420,470.13 |
| 17OCT01 | | COB LETRA 6068 | | 1,536.77 | 422,006.90 |
| 17OCT01 | | COB LETRA 6068 | | 7.68 | 422,014.58 |
| 17OCT01 | | COM.COB/DESC 6068 | 15.37 | | 421,999.21 |
| 17OCT01 | | COB LETRA 6182 | | 1,583.34 | 423,582.55 |
| 17OCT01 | | COB LETRA 6182 | | 5.07 | 423,587.62 |
| 17OCT01 | | COM.COB/DESC 6182 | 15.83 | | 423,571.79 |
| 17OCT01 | | COB LETRA 6069 | | 1,536.77 | 425,108.56 |
| 17OCT01 | | COB LETRA 6069 | | 5.84 | 425,114.40 |
| 17OCT01 | | COM.COB/DESC 6069 | 15.37 | | 425,099.03 |
| 17OCT01 | | COB LETRA 6052 | | 1,121.47 | 426,220.50 |
| 17OCT01 | | COB LETRA 6052 | | 10.87 | 426,231.37 |
| 17OCT01 | | COM.COB/DESC 6052 | 16.99 | | 426,214.38 |
| 17OCT01 | | COB LETRA 6278 | | 903.19 | 427,117.57 |
| 17OCT01 | | COB LETRA 6278 | | 1.81 | 427,119.38 |
| 17OCT01 | | COM.COB/DESC 6278 | 15.05 | | 427,104.33 |
| 17OCT01 | | COB LETRA 6157 | | 912.87 | 428,017.20 |
| 17OCT01 | | COB LETRA 6157 | | 0.91 | 428,018.11 |
| 17OCT01 | | COM.COB/DESC 6157 | 15.21 | | 428,002.90 |
| 17OCT01 | 19OCT01 | DEP CH O/BCO | | 24,473.44 | 452,476.34 |
| 18OCT01 | | COB LETRA 0006022 | | 1,063.80 | 453,540.14 |
| 18OCT01 | | COB LETRA 0006022 | | 8.06 | 453,548.20 |
| 18OCT01 | | COM.COB/DESC 0006022 | 16.12 | | 453,532.08 |
| 18OCT01 | | COB LETRA 0006221 | | 44,630.55 | 498,162.63 |
| 18OCT01 | | COM.COB/DESC 0006221 | 50.00 | | 498,112.63 |
| 19OCT01 | | COB LETRA 0006216 | | 2,301.00 | 500,413.63 |
| 19OCT01 | | COB LETRA 0006216 | | 2.89 | 500,416.52 |
| 19OCT01 | | COM.COB/DESC 0006216 | 11.51 | | 500,405.01 |
| 19OCT01 | | COB LETRA 6056 | | 1,536.78 | 501,941.79 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 306,401.85 | | | | | | |

" Cumplimos nuestros primeros 5 años
de presencia en el Perú, atendiendo a
las principales corporaciones locales
y multinacionales"

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

DE : W.R.GRACE & CO        NO. DE TEL :                14 DIC. 2001 03:46PM P14



**BankBoston**
SUCURSAL DEL PERU

RUC: 20131285251

## Estado de Cuenta

Cuenta N° 154424   Moneda US.D   Del 01 al 31 OCT 2001   N° Cliente 15787   Página 7 / 11

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 19OCT01 | | COB LETRA 6056 | | 1.93 | 501,943.72 |
| 19OCT01 | | COM.COB/DESC 6056 | 10.00 | | 501,933.72 |
| 19OCT01 | | COB LETRA 0006071 | | 1,536.77 | 503,470.49 |
| 19OCT01 | | COB LETRA 0006071 | | 4.00 | 503,474.49 |
| 19OCT01 | | COM.COB/DESC 0006071 | 15.37 | | 503,459.12 |
| 19OCT01 | | COB LETRA 0006183 | | 1,583.34 | 505,042.46 |
| 19OCT01 | | COB LETRA 0006183 | | 4.12 | 505,046.58 |
| 19OCT01 | | COM.COB/DESC 0006183 | 15.83 | | 505,030.75 |
| 19OCT01 | | COB LETRA 006343 | | 1,368.80 | 506,399.55 |
| 19OCT01 | | COB LETRA 006343 | | 2.57 | 506,402.12 |
| 19OCT01 | | COM.COB/DESC 006343 | 10.00 | | 506,392.12 |
| 19OCT01 | | COB LETRA 0006342 | | 584.08 | 506,976.20 |
| 19OCT01 | | COB LETRA 0006342 | | 1.28 | 506,977.48 |
| 19OCT01 | | COM.COB/DESC 0006342 | 10.00 | | 506,967.48 |
| 19OCT01 | | COB LETRA 0006158 | | 912.87 | 507,880.35 |
| 19OCT01 | | COM.COB/DESC 0006158 | 15.21 | | 507,865.14 |
| 19OCT01 | | COB LETRA 0006279 | | 903.19 | 508,768.33 |
| 19OCT01 | | COM.COB/DESC 0006279 | 15.05 | | 508,753.28 |
| 19OCT01 | 23OCT01 | DEP CH O/BCO | | 3,703.73 | 512,457.01 |
| 19OCT01 | 23OCT01 | DEP CH O/BCO | | 130,054.18 | 642,511.19 |
| 22OCT01 | | COB LETRA 0006111 | | 1,046.22 | 643,557.41 |
| 22OCT01 | | COB LETRA 0006111 | | 13.00 | 643,570.41 |
| 22OCT01 | | COM.COB/DESC 0006111 | 15.85 | | 643,554.56 |
| 22OCT01 | | COM VARIAS DEVOLUC/PROT | 31.51 | | 643,523.05 |
| 22OCT01 | | COM VARIAS DEVOLUC/PROT | 30.80 | | 643,492.25 |
| 23OCT01 | | COB LETRA 06058 | | 1,536.78 | 645,029.03 |
| 23OCT01 | | COB LETRA 06058 | | 2.89 | 645,031.92 |
| 23OCT01 | | COM.COB/DESC 06058 | 10.00 | | 645,021.92 |
| 23OCT01 | | COB LETRA 6074 | | 1,306.26 | 646,328.18 |
| 23OCT01 | | COB LETRA 6074 | | 2.87 | 646,331.05 |
| 23OCT01 | | COM.COB/DESC 6074 W.R.GRA | 10.00 | | 646,321.05 |
| 23OCT01 | | COB LETRA 0006077 | | 2,612.52 | 648,933.57 |
| 23OCT01 | | COB LETRA 0006077 | | 5.73 | 648,939.30 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 305,401.85 | | | | | | |

*Cumplimos nuestros primeros 5 años*



# BankBoston
SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

Cuenta N° 154424  Moneda US.D  Del 01 al 31 OCT 2001  N° Cliente 15787  Página 8 / 11

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| | | | 13.06 | | 648,926.24 |
| 23OCT01 | | COM.COB/DESC 0006077 | 13.06 | | 648,926.24 |
| 23OCT01 | | COB LETRA  0006072 | | 1,536.80 | 650,463.04 |
| 23OCT01 | | COB LETRA  0006072 | | 5.84 | 650,468.88 |
| 23OCT01 | | COM.COB/DESC 0006072 | 15.37 | | 650,453.51 |
| 23OCT01 | | COB LETRA  0006053 | | 1,121.47 | 651,574.98 |
| 23OCT01 | | COB LETRA  0006053 | | 11.89 | 651,586.87 |
| 23OCT01 | | COM.COB/DESC 0006053 | 16.99 | | 651,569.88 |
| 23OCT01 | | COM VARIAS  DEVOL LT5913 | 30.00 | | 651,539.88 |
| 23OCT01 | | COM VARIAS  DEVOL LT6016 | 30.80 | | 651,509.08 |
| 23OCT01 | | COM VARIAS  DEVOL LT5923 | 31.51 | | 651,477.57 |
| 24OCT01 | | CH DE GEREN  NETWORK SYST | 3,407.27 | | 646,625.03 |
| 24OCT01 | | CH DE GEREN  ESTUDIO BELL | 3,911.18 | | 642,713.85 |
| 24OCT01 | | CH DE GEREN  CLI ADUANAS | 196.92 | | 642,516.93 |
| 24OCT01 | | COB LETRA  6017 | | 2,159.84 | 653,637.41 |
| 24OCT01 | | COB LETRA  6017 | | 6.08 | 653,643.49 |
| 24OCT01 | | COM.COB/DESC 6017 | 10.80 | | 653,632.69 |
| 24OCT01 | | COB LETRA  0006184 | | 1,583.34 | 655,216.03 |
| 24OCT01 | | COB LETRA  0006184 | | 6.02 | 655,222.05 |
| 24OCT01 | | COM.COB/DESC 0006184 | 15.83 | | 655,206.22 |
| 24OCT01 | | COB LETRA  05914 | | 1,168.09 | 656,374.31 |
| 24OCT01 | | COB LETRA  05914 | | 4.02 | 656,378.33 |
| 24OCT01 | | COM.COB/DESC 05914 | 10.00 | | 656,368.33 |
| 24OCT01 | | COB LETRA  05924 | | 2,301.83 | 658,670.16 |
| 24OCT01 | | COB LETRA  05924 | | 7.92 | 658,678.08 |
| 24OCT01 | | COM.COB/DESC 05924 | 11.51 | | 658,666.57 |
| 24OCT01 | | COB LETRA  0006112 | | 1,046.22 | 659,712.79 |
| 24OCT01 | | COB LETRA  0006112 | | 9.83 | 659,722.62 |
| 24OCT01 | | COM.COB/DESC 0006112 | 15.85 | | 659,706.77 |
| 24OCT01 | | COB LETRA  0006032 | | 1,038.34 | 660,745.11 |
| 24OCT01 | | COB LETRA  0006032 | | 8.05 | 660,753.16 |
| 24OCT01 | | COM.COB/DESC 0006032 | 12.98 | | 660,740.18 |
| 24OCT01 | | CH DE GEREN  COTECNA INSP | 1,000.00 | | 659,740.18 |
| 24OCT01 | | CH DE GEREN  VINCES ARRIE | 3,882.20 | | 655,857.98 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 306,401.85 | | | | | | |



# BankBoston
### SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

Cuenta N° 154424   Moneda US.D   Del 01 al 31 OCT 2001   N° Cliente 15787   Página 9 / 11

W.R. GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 24OCT01 | | CH DE GEREN  RUBEN ROJAS | 465.26 | | 655,392.72 |
| 24OCT01 | | CH DE GEREN  GMD S.A. | 3,477.14 | | 651,915.58 |
| 24OCT01 | | CH DE GEREN  TELECOMUNICA | 70.80 | | 651,844.78 |
| 24OCT01 | | CH DE GEREN  DAXMER SERVI | 650.18 | | 651,194.60 |
| 24OCT01 | | CH DE GEREN  EPRISERVI E. | 1,025.42 | | 650,169.18 |
| 24OCT01 | | CH DE GEREN  DHL INTERNAT | 136.88 | | 650,032.30 |
| 25OCT01 | | COB LETRA    6059 | | 1,536.78 | 644,053.71 |
| 25OCT01 | | COB LETRA    6059 | | 1.92 | 644,055.63 |
| 25OCT01 | | COM.COB/DESC 6059 | 10.00 | | 644,045.63 |
| 25OCT01 | | COB LETRA    06082 | | 1,534.00 | 645,579.63 |
| 25OCT01 | | COB LETRA    06082 | | 1.92 | 645,581.55 |
| 25OCT01 | | COM.COB/DESC 06082 | 10.00 | | 645,571.55 |
| 25OCT01 | | COB LETRA    06058 | | 1,536.78 | 647,108.33 |
| 25OCT01 | | COB LETRA    06058 | | 2.88 | 647,111.21 |
| 25OCT01 | | COM.COB/DESC 06058 | 10.00 | | 647,101.21 |
| 25OCT01 | | COB LETRA    0006224 | | 2,655.00 | 649,756.21 |
| 25OCT01 | | COB LETRA    0006224 | | 4.98 | 649,761.19 |
| 25OCT01 | | COM.COB/DESC 0006224 | 13.28 | | 649,747.91 |
| 25OCT01 | | COB LETRA    0006185 | | 1,583.34 | 651,331.25 |
| 25OCT01 | | COB LETRA    0006185 | | 3.80 | 651,335.05 |
| 25OCT01 | | COM.COB/DESC 0006185 | 15.83 | | 651,319.22 |
| 25OCT01 | | COB LETRA    0006084 | | 1,534.00 | 652,853.22 |
| 25OCT01 | | COB LETRA    0006084 | | 3.68 | 652,856.90 |
| 25OCT01 | | COM.COB/DESC 0006084 | 15.34 | | 652,841.56 |
| 25OCT01 | | VENTA DE ME EUR T/C 0.92 | 125,559.36 | | 527,282.20 |
| 26OCT01 | | TRANS INT DE SEALED AIR P | | 236.00 | 527,518.20 |
| 26OCT01 | | COB LETRA    0006054 | | 1,121.47 | 528,639.67 |
| 26OCT01 | | COB LETRA    0006054 | | 9.52 | 528,649.19 |
| 26OCT01 | | COM.COB/DESC 0006054 | 16.99 | | 528,632.20 |
| 26OCT01 | | COB LETRA    0006307 | | 2,245.02 | 530,877.22 |
| 26OCT01 | | COB LETRA    0006307 | | 4.18 | 530,881.40 |
| 26OCT01 | | COM.COB/DESC 0006307 | 11.23 | | 530,870.17 |
| 26OCT01 | 30OCT01 | DEP CH O/BCO | | 25,511.60 | 556,381.77 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 306,401.85 | | | | | | |

"Cumplimos nuestros primeros 5 años
de presencia en el Perú, atendiendo a
las principales corporaciones locales
y multinacionales"

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

DE : W.R. GRACE & CO          NO. DE TEL :                    14 DIC. 2001 03:53PM P16


**BankBoston**
SUCURSAL DEL PERU

RUC 20331285251

## Estado de Cuenta

Cuenta N° 154424   Moneda USD   Del 01 al 31 OCT 2001   N° Cliente 15787   Página 10 / 11

W.R. GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 29OCT01 | 31OCT01 | DEP CH O/BCO | | 3,894.00 | 560,275.77 |
| 29OCT01 | 31OCT01 | DEP CH O/BCO | | 2,009.48 | 562,285.25 |
| 29OCT01 | 31OCT01 | DEP CH O/BCO | | 2,206.60 | 564,491.85 |
| 29OCT01 | 31OCT01 | DEP CH O/BCO | | 1,031.32 | 565,523.17 |
| 30OCT01 | | COB LETRA 6060 | | 1,536.78 | 567,059.95 |
| 30OCT01 | | COB LETRA 6060 | | 3.34 | 567,063.29 |
| 30OCT01 | | COM.COB/DESC 6060 | 10.00 | | 567,053.29 |
| 30OCT01 | | COB LETRA 0006217 | | 2,301.00 | 569,354.29 |
| 30OCT01 | | COB LETRA 0006217 | | 3.57 | 569,357.86 |
| 30OCT01 | | COM.COB/DESC 0006217 | 11.51 | | 569,346.35 |
| 30OCT01 | | COB LETRA 6061 | | 1,536.78 | 570,883.13 |
| 30OCT01 | | COB LETRA 6061 | | 2.38 | 570,885.51 |
| 30OCT01 | | COM.COB/DESC 6061 | 10.00 | | 570,875.51 |
| 30OCT01 | | COB LETRA 0006341 | | 1,123.36 | 571,998.87 |
| 30OCT01 | | COB LETRA 0006341 | | 1.05 | 571,999.92 |
| 30OCT01 | | COM.COB/DESC 0006341 | 10.00 | | 571,989.92 |
| 30OCT01 | | COB LETRA 0006262 | | 1,626.37 | 573,616.29 |
| 30OCT01 | | COB LETRA 0006262 | | 7.16 | 573,623.45 |
| 30OCT01 | | COM.COB/DESC 0006262 | 16.26 | | 573,607.19 |
| 30OCT01 | | COB LETRA 0006186 | | 1,583.34 | 575,190.53 |
| 30OCT01 | | COB LETRA 0006186 | | 6.02 | 575,196.55 |
| 30OCT01 | | COM.COB/DESC 0006186 | 15.83 | | 575,180.72 |
| 30OCT01 | | COB LETRA 6107 | | 1,046.22 | 576,226.94 |
| 30OCT01 | | COB LETRA 6107 | | 7.22 | 576,234.16 |
| 30OCT01 | | COM.COB/DESC 6107 | 10.62 | | 576,223.54 |
| 30OCT01 | | COB LETRA 0006280 | | 903.19 | 577,126.73 |
| 30OCT01 | | COB LETRA 0006280 | | 4.82 | 577,131.55 |
| 30OCT01 | | COM.COB/DESC 0006280 | 15.05 | | 577,116.50 |
| 30OCT01 | | COB LETRA 0006113 | | 1,046.22 | 578,162.72 |
| 30OCT01 | | COB LETRA 0006113 | | 10.78 | 578,173.50 |
| 30OCT01 | | COM.COB/DESC 0006113 | 15.85 | | 578,157.65 |
| 30OCT01 | | COB LETRA 5940 | | 1,294.83 | 579,452.48 |
| 30OCT01 | | COB LETRA 5940 | | 8.15 | 579,460.63 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 306,401.85 | | | | | | |

" Cumplimos nuestros primeros 5 años
de presencia en el Perú, atendiendo a
las principales corporaciones locales
y multinacionales"

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.



**BankBoston**
SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

Cuenta N° 154424    Moneda US.D    Del 01 al 31 OCT 2001    N° Cliente 15787    Página 11 / 11

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 30OCT01 | | COM.COB/DESC 5940 | 13.14 | | 579,447.49 |
| 30OCT01 | | COB LETRA 6018 | | 1,063.80 | 580,511.29 |
| 30OCT01 | | COB LETRA 6018 | | 6.70 | 580,517.99 |
| 30OCT01 | | COM COB/DESC 6018 | 10.80 | | 580,507.19 |
| 30OCT01 | | COB LETRA 0006325 | | 1,065.89 | 581,573.08 |
| 30OCT01 | | COB LETRA 0006325 | | 5.68 | 581,578.76 |
| 30OCT01 | | COM.COB/DESC 0006325 | 17.76 | | 581,561.00 |
| 30OCT01 | | COB LETRA 0006345 | | 811.84 | 582,372.84 |
| 30OCT01 | | COB LETRA 0006345 | | 1.62 | 582,374.46 |
| 30OCT01 | | COM.COB/DESC 0006345 | 13.53 | | 582,360.93 |
| 31OCT01 | | COB LETRA 0006237 | | 1,101.85 | 583,462.78 |
| 31OCT01 | | COB LETRA 0006237 | | 9.35 | 583,472.13 |
| 31OCT01 | | COM.COB/DESC 0006237 | 16.69 | | 583,455.44 |
| 31OCT01 | | COB LETRA 0006391 | | 1,368.80 | 584,824.24 |
| 31OCT01 | | COB LETRA 0006391 | | 2.95 | 584,827.19 |
| 31OCT01 | | COM.COB/DESC 0006391 | 10.00 | | 584,817.19 |
| 31OCT01 | | PAGO CHEQUE 00000302 | 800.00 | | 584,017.19 |
| 31OCT01 | 06NOV01 | DEP CH O/BCO | | 1,752.44 | 585,769.63 |
| | | SALDO CIERRE | | | 585,769.63 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 306,401.85 | 128 | 146,325.02 | 219 | 425,692.80 | 585,769.63 | 445,622.35 |

" Cumplimos nuestros primeros 5 años de presencia en el Perú, atendiendo a las principales corporaciones locales y multinacionales"

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

The Chase Manhattan Bank

# Statement of Account

In US Dollars

REMEDIUM GROUP INC
ATTN: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 323-883842
Statement Start Date: 29 SEP 2001
Statement End Date: 31 OCT 2001
Statement Code: 000-USA-22
Statement No: 010
Page 1 of 1

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 0 | 0.00 |
| Total Debits (incl. checks) | 0 | 0.00 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (29 SEP 2001) | | Closing (31 OCT 2001) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

## ENCLOSURES

Credits
Debits
Checks

### CREDITS

| Ledger Date | Value Date | R T | References | Credit / Debit |
|---|---|---|---|---|

*No Activity*

### DEBITS

*No Activity - Exclusive of Checks*

### CHECKS

| Date | Description | Amount |
|---|---|---|

*No Activity*

FT CODE:
USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS       US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT       USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

# JPMorganChase

## Statement of Account

In US Dollars

REMEDIUM GROUP INC
W R GRACE & CO
MARY BOUCHARD
62 WHITMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 601-831985 |
| Statement Start Date: | 29 SEP 2001 |
| Statement End Date: | 31 OCT 2001 |
| Statement Code: | 000-USA-12 |
| Statement No: | 010  131 |
| | Page 1 of 3 |

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 18 |
| Total Debits (incl. checks) | 77 |
| Total Checks Paid | 77 |

223,265.07
223,265.07
223,265.07

### BALANCES

| Opening (29 SEP 2001) | | Closing (31 OCT 2001) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Val Ledger Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|
| 29 SEP | | | | **** Balance **** | 0.00 | OPENING LEDGER BALANCE |
| 01 OCT | | USD OUR: | 011001198SWC | | 16,888.54 | CDS FUNDING / MONEY TRANSFER, CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE / PACKAGE LISTING |
| 01 OCT | | USD OUR: | 011100104PP | 16,888.54 | | |
| 01 OCT | | USD OUR: | 01100219SWC | **** Balance **** | 8,856.26 | CLOSING LEDGER BALANCE |
| 02 OCT | | | | | | CDS FUNDING / MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE / PACKAGE LISTING |
| 02 OCT | | USD OUR: | 021100988PP | 8,856.26 | | |
| 02 OCT | | | | **** Balance **** | 8,856.26 | CLOSING LEDGER BALANCE |
| 03 OCT | | USD OUR: | 011003198SWC | | 63,700.22 | CDS FUNDING / MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE / PACKAGE LISTING |
| 03 OCT | | USD OUR: | 031100102PP | 63,700.22 | | |
| 03 OCT | | | | **** Balance **** | 63,700.22 | CLOSING LEDGER BALANCE |
| 05 OCT | | USD OUR: | 011005198SWC | | 13,028.62 | CDS FUNDING / MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE / PACKAGE LISTING |
| 05 OCT | | USD OUR: | 051100994PP | 13,028.62 | | |
| 05 OCT | | | | **** Balance **** | 13,028.62 | CLOSING LEDGER BALANCE |
| 09 OCT | | USD OUR: | 011009198SWC | | 7,741.21 | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE / PACKAGE LISTING |
| 09 OCT | | USD OUR: | 091100102PP | 7,741.21 | | |
| 09 OCT | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

FT CODE:  USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS.

**Chase Manhattan Bank**
Information Services
6040 Tarbell Road
Syracuse, N.Y. 13206



BRYANTT                          STATEMENT PROOF

========================================================================

| ACCOUNT TITLE | ACCOUNT NUMBER | CUTOFF DATE |
|---|---|---|
| REMEMIUM GROUP, INC. | 601831985 | 10/31/01 |

========================================================================

|  |  |  |
|---|---|---|
|  | OPENING BALANCE.................+/- | 0.00 |
| TOTAL DEPOSITS.................. | 223,265.07 |  |
| CREDIT MEMOS..................... | 0.00 |  |
| RETURN ITEM CREDITS......... | 0.00 |  |
| OTHER CREDITS..................... | 0.00 |  |
|  | TOTAL NEW CREDITS...................+ | 223,265.07 |
|  | TOTAL AMOUNT OF CREDITS....= | 223,265.07 |

========================================================================

|  |  |  |
|---|---|---|
| CHECKS PAID......................... | 223,265.07 |  |
| DEBIT MEMOS....................... | 0.00 |  |
| CERTIFIED CHECKS............... | 0.00 |  |
| OTHER DEBITS....................... | 0.00 |  |
|  | TOTAL AMOUNT OF DEBITS........- | 223,265.07 |

PREP BY BT

PHONE (315) 433-2460

STATEMENT BALANCE.............= 0.00

========================================================================

SEE ATTACHED ADJUSTMENT SCHEDULE(S) AND NOTES ON FOLLOWING PAGES

---

Telephone
315-433-2460

# JPMorganChase

SETTLEMENT OF OUTSTANDING ITEMS

BRYANTT
=================================================================

| ACCOUNT TITLE | ACCOUNT NUMBER | CUTOFF DATE |
|---|---|---|
| REMEMIUM GROUP, INC. | 601831985 | 10/31/01 |

=================================================================

```
       OUTSTANDING ITEMS FROM PREVIOUS MONTH... +              95,959.18


ISSUE FILE RECEIVED...................        388,350.09
MANUAL ISSUES.........................               .00
CURRENT PAID-NO-ISSUES................               .00
ADJUSTED ISSUES.......................               .00
EXPIRED STOPS.........................               .00
ISSUES DATED AFTER CUTOFF-PRIOR RECON                .00
REVOKED STOPS/REVOKED CANCELS........                .00


       TOTAL ISSUED THIS PERIOD................. +             388,350.09
                                                            ------------------
       TOTAL OUTSTANDING ITEMS ................ =              484,309.27
```

=================================================================

```
TOTAL PAID............................        223,265.07
CURRENT STOP PAYMENTS.................               .00
CANCELLED ITEMS (ISSUED)..............               .00
STOP AMOUNTS CHANGED TO $0.00.........               .00
DELETED ISSUES........................               .00
ISSUES FOR PREVIOUS PAID-NO-ISSUES...                .00
ADJUSTED ISSUES.......................               .00
REJECTED ISSUES.......................               .00
ISSUES DATED AFTER THE CUTOFF........                .00
ISSUES POSTED TO PRIOR STOP/CANCELS..                .00


       TOTAL DEDUCTED FROM OUTSTANDING......... -              223,265.07
                                                            ------------------
       TOTAL OUTSTANDING ITEMS............ =                   261,044.20
```

=================================================================

SEE ATTACHED ADJUSTMENT SCHEDULE(S) AND NOTES ON FOLLOWING PAGES



DAREX PR                    0/300153/011       AS OF: 26 OCT 01       PAGE   1 OF   3

```
                              4704
DAREX PUERTO RICO INC
C/O W.R. GRACE & CO.
ATTN: PAUL MILLIKEN
62 WHITTEMORE AVE
CAMBRIDGE, MA                 02140
```

REGULAR STATEMENT       405493

## SUMMARY OF BALANCE - CITIBANK PUERTO RICO

| | | |
|---|---|---|
| **OPENING BALANCE AS OF 28 SEP 01** | | 2,810,188.64 |
| 54 | DEBITS | 415,498.54 |
| 52 | CHECKS | 412,136.58 |
| 2 | NON-CHECKS | 3,361.96 |
| 13 | CREDITS | 567,969.30 |
| 13 | DEPOSITS | 567,969.30 |
| 0 | NON-DEPOSITS | 0.00 |
| **CLOSING LEDGER AS OF 26 OCT 01** | | 2,962,659.40 |

Handwritten annotations: 412,136.58 / (9,073.13) / 403,063.45

## DEPOSIT LIST

| DEPOSIT-NO | DATE | AMOUNT | DEPOSIT-NO | DATE | AMOUNT |
|---|---|---|---|---|---|
| | 09/28 | 8,879.53 | | 09/28 | 22,722.88 |
| | 10/01 | 14,217.60 | | 10/04 | 11,181.29 |
| | 10/09 | 2,450.40 | | 10/09 | 119,987.49 |
| | 10/15 | 8,388.15 | | 10/19 | 24,947.13 |
| | 10/22 | 121,836.09 | | 10/24 | 49,185.63 |
| | 10/24 | 130,142.43 | | 10/26 | 23,316.60 |
| | 10/26 | 30,714.08 | | | |

## CHECK LIST

| SERIAL-NUM | DATE | AMOUNT | SERIAL-NUM | DATE | AMOUNT |
|---|---|---|---|---|---|
| 15130 | 10/19 | 800.00 | 15214 | 10/02 | 19,592.09 |
| 15222 | 10/05 | 22,916.25 | 15223 | 10/03 | 6,317.38 |
| 15224 | 10/03 | 16,965.85 | 15225 | 10/02 | 1,296.00 |
| 15226 | 10/02 | 695.00 | 15227 | 10/02 | 158.90 |
| 15228 | 10/08 | 151.20 | 15229 | 10/03 | 18.50 |
| 15230 | 10/02 | 54,641.46 | 15231 | 10/01 | 161.73 |


```
DAREX PR                    0/300153/011     AS OF: 26 OCT 01      PAGE   2 OF   3
```

## CHECK LIST

| SERIAL-NUM | DATE  | AMOUNT     | SERIAL-NUM | DATE  | AMOUNT    |
|------------|-------|------------|------------|-------|-----------|
| 15232      | 10/05 | 19.25      | 15233      | 10/02 | 120.00    |
| 15234      | 10/03 | 20,681.10  | 15235      | 10/03 | 8,607.94  |
| 15236      | 10/01 | 770.00     | 15237      | 10/01 | 100.00    |
| 15238      | 10/10 | 50.00      | 15242      | 10/03 | 248.00    |
| 15246      | 10/22 | 1,343.20   | 15250      | 10/22 | 167.38    |
| 15254      | 10/16 | 3,714.29   | 15258      | 10/22 | 73.76     |
| 15259      | 10/24 | 22,781.25  | 15260      | 10/22 | 3,706.29  |
| 15261      | 10/22 | 49,393.95  | 15262      | 10/23 | 3,541.40  |
| 15263      | 10/23 | 457.58     | 15264      | 10/25 | 984.08    |
| 15266      | 10/18 | 720.00     | 15268      | 10/24 | 9,340.00  |
| 15269      | 10/23 | 28.25      | 15270      | 10/23 | 3,000.00  |
| 15271      | 10/23 | 185.97     | 15272      | 10/22 | 68.00     |
| 15273      | 10/22 | 304.04     | 15274      | 10/24 | 264.74    |
| 15275      | 10/22 | 144.00     | 15276      | 10/18 | 770.00    |
| 15277      | 10/25 | 16,060.00  | 15279      | 10/23 | 400.00    |
| 15284      | 10/24 | 71,655.91  | 15288      | 10/24 | 59,648.71 |
| 101168     | 09/28 | (A) 822.50 | 101169     | 10/01 | (A) 1,681.48 |
| 101171     | 10/02 | (A) 1,059.93 | 101172   | 10/17 | (B) 822.50 |
| 101173     | 10/16 | (B) 1,681.48 | 101174   | 10/16 | (B) 956.74 |
| 101175     | 10/17 | (B) 1,075.75 | 101178   | 10/26 | 972.75    |

(B) = 4,536.47

## DESCRIPTIVE ITEMS

Total = 9,073.13

| DATE  | TRANSACTION DESCRIPTION | SERIAL-NO | DEBITS     | CREDITS    | BALANCE      |
|-------|-------------------------|-----------|------------|------------|--------------|
| 09/28 | OPENING BALANCE         |           |            |            | 2,810,188.64 |
| 09/28 | TOTAL CHECKS PAID       |           | 822.50     |            |              |
| 09/28 | TOTAL DEPOSITS          |           |            | 31,602.41  | 2,840,968.55 |
| 10/01 | TOTAL CHECKS PAID       |           | 2,713.21   |            |              |
| 10/01 | TOTAL DEPOSITS          |           |            | 14,217.60  | 2,852,472.94 |
| 10/02 | TOTAL CHECKS PAID       |           | 77,563.38  |            | 2,774,909.56 |
| 10/03 | TOTAL CHECKS PAID       |           | 52,838.77  |            | 2,722,070.79 |
| 10/04 | TOTAL DEPOSITS          |           |            | 11,181.29  | 2,733,252.08 |
| 10/05 | TOTAL CHECKS PAID       |           | 22,935.50  |            | 2,710,316.58 |
| 10/08 | TOTAL CHECKS PAID       |           | 151.20     |            | 2,710,165.38 |
| 10/09 | TOTAL DEPOSITS          |           |            | 122,437.89 | 2,832,603.27 |
| 10/10 | TOTAL CHECKS PAID       |           | 50.00      |            | 2,832,553.27 |
| 10/11 | NAME: BNF CTS           |           | 1,677.85   |            |              |
|       | ENTRY DESC: PR TAXES    |           |            |            |              |
|       | INDIVIDUAL ID: C3953-009663524 |    |            |            | 2,830,875.42 |
| ?/15  | TOTAL DEPOSITS          |           |            | 8,388.15   | 2,839,263.57 |
| 10/16 | TOTAL CHECKS PAID       |           | 6,352.51   |            | 2,832,911.06 |
| 10/17 | TOTAL CHECKS PAID       |           | 1,898.25   |            | 2,831,012.81 |
| 10/18 | TOTAL CHECKS PAID       |           | 1,490.00   |            | 2,829,522.81 |
| 10/19 | TOTAL CHECKS PAID       |           | 800.00     |            |              |



DAREX PR                    0/300153/011        AS OF: 26 OCT 01        PAGE   3 OF   3

## DESCRIPTIVE ITEMS

| DATE | TRANSACTION DESCRIPTION | SERIAL-NO | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 10/19 | TOTAL DEPOSITS | | | 24,947.13 | 2,853,669.94 |
| 10/22 | TOTAL CHECKS PAID | | 55,200.62 | | |
| 10/22 | TOTAL DEPOSITS | | | 121,836.09 | 2,920,305.41 |
| 10/23 | TOTAL CHECKS PAID | | 7,613.20 | | 2,912,692.21 |
| 10/24 | TOTAL CHECKS PAID | | 163,690.61 | | |
| 10/24 | TOTAL DEPOSITS | | | 179,328.06 | 2,928,329.66 |
| 10/25 | NAME: BNF CTS<br>ENTRY DESC: PR TAXES<br>INDIVIDUAL ID: C3953-009717863 | | 1,684.11 | | |
| 10/25 | TOTAL CHECKS PAID | | 17,044.08 | | 2,909,601.47 |
| 10/26 | TOTAL CHECKS PAID | | 972.75 | | |
| 10/26 | TOTAL DEPOSITS | | | 54,030.68 | 2,962,659.40 |
| 10/26 | CLOSING BALANCE | | | | 2,962,659.40 |

ANY ERROR OR OMISSION ON THIS STATEMENT MUST BE NOTIFIED IN WRITING TO THE ATTENTION OF THE CONTROL DIVISION WITHIN THIRTY (30) DAYS FROM MAILING DATE. FAILURE TO DO SO WILL SIGNIFY THAT THE STATEMENT IS CORRECT.

*[handwritten]* Txs = 3,361.96.

FIRST NATIONAL BANK OF MONTANA  
504 MINERAL AVENUE  
LIBBY, MONTANA  59923  

PHONE: 406-293-0280



# ACCOUNT STATEMENT

KOOTENAI DEVELOPMENT COMPANY  
PO BOX 695  
LIBBY MT  59923-1055  

30-2  
0  
0  

Business Checking  
ACCOUNT: 1049097  

09/29/01 THRU 10/31/01  
DOCUMENT COUNT: 0  
PAGE 1  

OUR TOLL FREE CUSTOMER SERVICE CENTER NUMBER 1-800-824-2692

=====================================================================
Business Checking ACCOUNT 1049097
=====================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .............................. | | | 09/28/01 | 36,935.75 |
| BALANCE THIS STATEMENT .............................. | | | 10/31/01 | 36,935.75 |
| TOTAL CREDITS (0) | .00 | MINIMUM BALANCE | | 36,935.75 |
| TOTAL DEBITS (0) | .00 | AVG AVAILABLE BALANCE | | 36,935.75 |
| TAX ID NUMBER | 81-0495013 | AVERAGE BALANCE | | 36,935.75 |

=====================================================================
CERTIFICATES OF DEPOSIT
=====================================================================

| CERTIFICATE NUMBER | INTEREST RATE | MATURITY DATE | NEXT INT DATE | NEXT INT AMOUNT | INTEREST PAID 2001 | CURRENT BALANCE |
|---|---|---|---|---|---|---|
| 115386 | 4.3000 | 11/22/02 | 08/21/02B | 271.76 | 260.55 | 6,319.95 |
| *TOTAL* | 4.3000 | | | | 260.55 | 6,319.95 |

(B) INTEREST WILL BE PAID BY COMPOUNDING