Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | W.R. Grace & Co. - Conn | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 55,061,506 | $ - | $ 42,295 | $ - | $ (1,599,153) | $ - |
| Notes and accounts receivable, net | 131,577,205 | | 116,448 | | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 263,683,127 | (387,992,177) | 2,812,333 | 12,985,223 | (27,788,484) | (9,239,756) |
| Inventories | 97,285,477 | - | - | | - | - |
| Deferred income taxes | 40,489,409 | | 4,008,553 | | - | - |
| Asbestos-related insurance expected to be realized within one year | 6,197,793 | | - | | - | - |
| Other current assets | 52,096,046 | | - | | - | - |
| **Total Current Assets** | 646,390,564 | (387,992,177) | 6,979,629 | 12,985,223 | (29,387,636) | (9,239,756) |
| | | | | | | |
| Properties and equipment, net | 379,571,298 | - | 507,866 | | - | - |
| Goodwill, net | 13,838,695 | | - | | - | - |
| Cash value of company owned life insurance, net of policy loans | 75,971,812 | | - | | - | - |
| Deferred income taxes | 636,101,870 | - | 45,020,666 | | - | - |
| Asbestos-related insurance expected to be realized after one year | 287,228,827 | | - | | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (979,804,843) | 750,790,025 | 118,118,909 | 4,342,209 | 187,230,974 | - |
| Investment in filing and non-filing entities | 773,152,181 | 241,512,111 | | | - | - |
| Other assets | 314,621,648 | | - | | - | - |
| **Total Assets** | $ 2,147,072,051 | $ 604,309,959 | $ 170,627,070 | $ 17,327,432 | $ 157,843,338 | $ (9,239,756) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ (79,372) | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 25,869,749 | | 20,296 | | - | - |
| Income taxes payable | 268 | - | - | | - | - |
| Asbestos-related liability expected to be disbursed within one year | (0) | | - | | - | - |
| Other current liabilities | 61,042,637 | - | 25,768 | | (0) | 12,046 |
| **Total Current Liabilities** | 86,833,282 | - | 46,064 | | (0) | 12,046 |
| | | | | | | |
| Long-term debt - DIP facility | 29,561,866 | | - | | - | - |
| Deferred income taxes | 213,323,123 | | - | | - | - |
| Asbestos-related liability expected to be disbursed after one year | (0) | | - | | - | - |
| Other liabilities | 25,526,723 | 0 | 0 | | - | - |
| **Total Liabilities Not Subject to Compromise** | 355,244,994 | 0 | 46,064 | - | (0) | 12,046 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 523,243,401 | - | - | | - | - |
| Accounts payable | 31,477,288 | - | 643,700 | | - | - |
| Income taxes payable | 183,077,313 | 11,897,224 | 610,439 | (1,374) | 5,321,331 | (218,713) |
| Asbestos-related liability | 997,722,452 | | - | | - | - |
| Other liabilities | 385,863,254 | 188,091 | 139,215,167 | | 30,671,114 | - |
| **Total Liabilities Subject to Compromise** | 2,121,383,708 | 12,085,315 | 140,469,306 | (1,374) | 35,992,445 | (218,713) |
| **Total Liabilities** | 2,476,628,701 | 12,085,315 | 140,515,370 | (1,374) | 35,992,445 | (206,667) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | | - | - |
| Common Stock | 84,469,000 | 768,991 | 12,223 | 1,000 | 56,011,577 | 1,000 |
| Paid in capital | 142,339,878 | 429,322,837 | 9,724,449 | 34,052,467 | 65,839,316 | (9,034,089) |
| (Accumulated deficit)/Retained earnings | (486,189,979) | 298,559,417 | 20,375,028 | (16,724,661) | | - |
| Treasury stock, at cost | | (136,426,701) | - | | - | - |
| Consolidation of Investments | (11,620,367) | | - | | - | - |
| Cumulative Translation Adjustments | (58,555,182) | | - | | - | - |
| Deferred compensation trust | - | 100 | - | | - | - |
| **Total Shareholders' Equity (Deficit)** | (329,556,651) | 592,224,644 | 30,111,700 | 17,328,806 | 121,850,893 | (9,033,089) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,147,072,051 | $ 604,309,959 | $ 170,627,070 | $ 17,327,432 | $ 157,843,338 | $ (9,239,756) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ 3,213,129 | $ - |
| Notes and accounts receivable, net | | 71,928 | | | 2,389,248 | |
| Receivables from/(payables to) filing and non-filing entities, net | (404,117,336) | 5,761,010 | 140,487,055 | (61,266,371) | (1,952,337) | (4,893,237) |
| Inventories | - | (0) | - | - | 120,626 | - |
| Deferred income taxes | - | 64,489 | - | - | 17,655 | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | 2,219 | - |
| **Total Current Assets** | (404,117,336) | 5,897,426 | 140,487,055 | (61,266,371) | 3,790,541 | (4,893,237) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 814,936 | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | 38,161 | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | 440,309,353 | (3,420,261) | - | (75,621,679) | - | - |
| Investment in filing and non-filing entities | - | - | - | 58,669,464 | - | - |
| Other assets | - | (16,090) | - | - | 192,567 | 874,424 |
| **Total Assets** | $ 36,192,018 | $ 2,499,237 | $ 140,487,055 | $ (78,218,585) | $ 4,798,044 | $ (4,018,813) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ 11,279 | $ - | $ - | $ - | $ - |
| Accounts payable | - | 19,000 | - | - | 7,553 | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | 337,762 | (5,613) | - | 84,186 | - |
| **Total Current Liabilities** | - | 368,042 | (5,613) | - | 91,740 | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | 0 | - | - | 141,872 | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | 368,042 | (5,613) | - | 233,612 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | 133,532 | - |
| Income taxes payable | 8,199,213 | (607,376) | (41,901) | (2,678,545) | 337,361 | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | 184,253 | - | - | - | - |
| **Total Liabilities Subject to Compromise** | 8,199,213 | (423,123) | (41,901) | (2,678,545) | 470,893 | - |
| **Total Liabilities** | 8,199,213 | (55,081) | (47,514) | (2,678,545) | 704,505 | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | - | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | - | 25,358,993 | 27,697,489 | - | 274,606 |
| (Accumulated deficit)/Retained earnings | 57,259,102 | (418,181) | 115,175,576 | (29,860,422) | 4,092,539 | (4,293,619) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | 2,971,499 | - | (73,378,107) | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 27,992,805 | 2,554,317 | 140,534,569 | (75,540,040) | 4,093,539 | (4,018,813) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 36,192,018 | $ 2,499,237 | $ 140,487,055 | $ (78,218,585) | $ 4,798,044 | $ (4,018,813) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (2,143,370) | - | (57,817,172) | - | - | (130) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one yea | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (2,143,370) | - | (57,817,172) | - | - | (130) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (2,143,370) | $ - | $ (23,763,706) | $ 54,500,000 | $ 54,500,000 | $ 56,011,447 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | | | | | | |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | (130) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | - | - | - | - | (130) |
| **Total Liabilities** | - | - | - | - | - | (130) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | - | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | - | (34,103,706) | - | - | 1,511,577 |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 56,011,577 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,370) | $ - | $ (23,763,706) | $ 54,500,000 | $ 54,500,000 | $ 56,011,447 |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil Resin & Fiberglass, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 36,936 | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables) to filing and non-filing entities, net | - | (26,718,257) | 57,347,191 | (7,288,586) | - | - |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one yea | - | - | - | - | - | - |
| Other current assets | 6,059 | - | - | - | - | - |
| **Total Current Assets** | 42,995 | (26,718,257) | 57,347,191 | (7,288,586) | - | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | 3,982,166 | - | - | - | - | - |
| **Total Assets** | $ 4,025,161 | $ (26,718,257) | $ 57,347,191 | $ (7,288,586) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | 1,161,843 | 5,000 | - | (4,990) | - | - |
| **Total Current Liabilities** | 1,161,843 | 5,000 | - | (4,990) | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 1,161,843 | 5,000 | - | (4,990) | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (104,430) | 10,346,794 | - | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | (104,430) | 10,346,794 | - | - | - |
| **Total Liabilities** | 1,161,843 | (99,430) | 10,346,794 | (4,990) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | - | 5,150 | - | - |
| Paid in capital | 2,852,045 | 859,233 | 3,671,658 | 5,144,850 | - | - |
| (Accumulated deficit)/Retained earnings | 11,273 | (27,478,060) | 43,427,950 | (12,433,596) | - | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | (99,212) | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 2,863,318 | (26,618,827) | 47,000,396 | (7,283,596) | - | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 4,025,161 | $ (26,718,257) | $ 57,347,191 | $ (7,288,586) | $ - | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ 1,000 | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | 5,824,394 | (102,989) | (1,118,993) | 10,284,534 | 740 | (2,417,464) |
| Inventories | | | | | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance expected to be realized within one yea | - | - | - | - | | - |
| Other current assets | - | - | - | - | | - |
|     Total Current Assets | 5,824,394 | (101,989) | (1,118,993) | 10,284,534 | 740 | (2,417,464) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | - |
| Goodwill, net | - | - | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | | - |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | - | - | | - |
| Investment in filing and non-filing entities | - | 94,022 | - | - | | - |
| Other assets | - | - | - | - | | - |
| **Total Assets** | **$ 5,824,394** | **$ (7,966)** | **$ (1,118,993)** | **$ 10,284,534** | **$ 740** | **$ (2,417,464)** |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
|   **Current Liabilities** | | | | | | |
|     Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
|     Accounts payable | - | - | - | - | | - |
|     Income taxes payable | - | - | - | - | | - |
|     Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | - |
|     Other current liabilities | - | - | - | 3 | | - |
|       Total Current Liabilities | - | - | - | 3 | | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | | - |
| Other liabilities | - | - | - | - | | - |
|     Total Liabilities Not Subject to Compromise | - | - | - | 3 | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
|   Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
|   Accounts payable | - | - | - | - | | - |
|   Income taxes payable | - | - | - | (150) | (150) | (200) |
|   Asbestos-related liability | - | - | - | - | | - |
|   Other liabilities | - | - | - | - | | - |
|     Total Liabilities Subject to Compromise | - | - | - | (150) | (150) | (200) |
|     **Total Liabilities** | - | - | - | (147) | (150) | (200) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
|   Preferred Stock | - | - | - | - | | - |
|   Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
|   Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
|   (Accumulated deficit)/Retained earnings | (52) | (9,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
|   Treasury stock, at cost | - | - | - | - | | - |
|   Consolidation of Investments | - | - | - | - | | - |
|   Cumulative Translation Adjustments | - | - | - | - | | - |
|   Deferred compensation trust | - | - | - | - | | - |
|     Total Shareholders' Equity (Deficit) | 5,824,394 | (7,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 5,824,394** | **$ (7,966)** | **$ (1,118,993)** | **$ 10,284,534** | **$ 740** | **$ (2,417,464)** |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---|---|---|---|---|---|
| ASSETS | | | | | | |
| Current Assets | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (26,312,455) | (5,132,274) | (3,350,524) | (2,509,739) | 950 | (1,230,598) |
| Inventories | | | | | | |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one yea | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| Total Current Assets | (26,312,455) | (5,132,274) | (3,350,524) | (2,509,739) | 950 | (1,230,598) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | 1,184,871 |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| Total Assets | $ (26,312,455) | $ (5,132,274) | $ (3,350,524) | $ (2,509,739) | $ 950 | $ (45,727) |
| | | | | | | |
| LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT) | | | | | | |
| Liabilities Not Subject to Compromise | | | | | | |
| Current Liabilities | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| Total Current Liabilities | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise | - | - | - | - | - | - |
| | | | | | | |
| Liabilities Subject to Compromise | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (159) | - | (100) | - | (15) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Subject to Compromise | - | (159) | - | (100) | - | (15) |
| Total Liabilities | - | (159) | - | (100) | - | (15) |
| | | | | | | |
| Shareholders' Equity (Deficit) | | | | | | |
| Preferred Stock | | | | | | |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (45,812) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| Total Shareholders' Equity (Deficit) | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (45,712) |
| Total Liabilities and Shareholders' Equity (Deficit) | $ (26,312,455) | $ (5,132,274) | $ (3,350,524) | $ (2,509,739) | $ 950 | $ (45,727) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 36,708,837 | 25,045 | (72,951) | (12,559,268) | 174,205 | (19,464,242) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 36,708,837 | 25,045 | (72,951) | (12,559,268) | 174,205 | (19,463,742) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 438,445 | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 6,284,806 | - | - | - | - | - |
| Other assets | - | - | - | - | - | 4,066 |
| **Total Assets** | $ 42,993,643 | $ 25,045 | $ (72,951) | $ (12,559,268) | $ 612,650 | $ (19,459,676) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | 4,066 |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 199 | - |
| **Total Current Liabilities** | - | - | - | - | 199 | 4,066 |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | 438,134 | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 438,333 | 4,066 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (299) | - | - | (15) | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (299) | - | - | (15) | - | - |
| **Total Liabilities** | (299) | - | - | (15) | 438,333 | 4,066 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | 25,045 | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | 25,045 | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,643 | $ 25,045 | $ (72,951) | $ (12,559,268) | $ 612,650 | $ (19,459,676) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W.R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables) to filing and non-filing entities, net | 23,479,958 | 6,345,636 | 810,500 | (59,581,272) | (25) | (86,611) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 23,479,958 | 6,345,636 | 810,500 | (59,581,272) | (25) | (86,611) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | - |
| Goodwill, net | - | - | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | | - |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | - | - | | - |
| Investment in filing and non-filing entities | - | - | - | - | | - |
| Other assets | - | - | - | - | | - |
| **Total Assets** | $ 23,479,958 | $ 6,345,636 | $ 810,500 | $ (59,581,272) | $ (25) | $ (86,611) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (190) | (25) | (100) | (40) | (25) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (190) | (25) | (100) | (40) | (25) | - |
| **Total Liabilities** | (190) | (25) | (100) | (40) | (25) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | - | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | - | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | - | (1,986,611) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,479,958 | $ 6,345,636 | $ 810,500 | $ (59,581,272) | $ (25) | $ (86,611) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, inc. | Grace A-B II Inc. | Grace H-G II Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | - | |
| Receivables from/(payables) to filing and non-filing entities, net | 352,712,818 | 4,384,412 | (15,750,664) | 5,297,099 | 875,569 | (5,054) |
| Inventories | | | | | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related insurance expected to be realized within one year | | | - | - | - | |
| Other current assets | - | - | - | - | - | |
| **Total Current Assets** | 352,712,818 | 4,384,412 | (15,750,664) | 5,297,099 | 875,569 | (5,054) |
| | | | | | | |
| Properties and equipment, net | - | | | - | | |
| Goodwill, net | - | - | | - | | |
| Cash value of company owned life insurance, net of policy loans | | | | - | | |
| Deferred income taxes | - | - | | - | | |
| Asbestos-related insurance expected to be realized after one year | | | - | - | | |
| Loans receivable from/(payable) to filing and non-filing entities, net | (35,903,123) | (14,135,725) | | - | | |
| Investment in filing and non-filing entities | 187,272,210 | | | - | | |
| Other assets | - | - | | - | | |
| **Total Assets** | $ 504,081,905 | $ (9,751,313) | $ (15,750,664) | $ 5,297,099 | $ 875,569 | $ (5,054) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | - | - | | - | - | |
| Asbestos-related liability expected to be disbursed within one year | | | - | - | - | |
| Other current liabilities | - | (5,310) | - | - | - | |
| **Total Current Liabilities** | - | (5,310) | - | - | - | |
| | | | | | | |
| Long-term debt - DIP facility | - | - | | - | | |
| Deferred income taxes | - | - | | - | | |
| Asbestos-related liability expected to be disbursed after one year | - | - | | - | | |
| Other liabilities | - | - | | - | | |
| **Total Liabilities Not Subject to Compromise** | - | (5,310) | - | - | | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | | - | - | |
| Accounts payable | - | - | | - | | |
| Income taxes payable | - | - | - | (100) | (100) | |
| Asbestos-related liability | - | - | | - | | |
| Other liabilities | | | | | | |
| **Total Liabilities Subject to Compromise** | - | - | - | (100) | (100) | |
| **Total Liabilities** | - | (5,310) | - | (100) | (100) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | | | | | - | |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | | - | |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | - | - | | - | | |
| Consolidation of investments | - | - | - | - | | |
| Cumulative Translation Adjustments | - | - | | - | | |
| Deferred compensation trust | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,905 | $ (9,751,313) | $ (15,750,664) | $ 5,297,099 | $ 875,569 | $ (5,054) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | |
| Receivables from/(payables to) filing and non-filing entities, net | 108,340 | 130,478,318 | 145,501,916 | (81,114,708) | 47,407,906 | |
| Inventories | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | |
| Other current assets | - | - | - | - | - | |
| **Total Current Assets** | 108,340 | 130,478,318 | 145,501,916 | (81,114,708) | 47,407,906 | |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | |
| Goodwill, net | - | - | - | - | - | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | |
| Investment in filing and non-filing entities | - | - | - | - | - | |
| Other assets | - | - | - | - | - | |
| **Total Assets** | $    108,340 | $ 130,478,318 | $ 145,501,916 | $  (81,114,708) | $   47,407,906 | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | - | - | - | - | - | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | |
| Other current liabilities | - | - | - | - | - | |
| **Total Current Liabilities** | - | - | - | - | - | |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | |
| Deferred income taxes | - | 29,290,346 | 29,290,346 | - | - | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| **Total Liabilities Not Subject to Compromise** | - | 29,290,346 | 29,290,346 | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | (100) | (100) | - | (75) | - | |
| Asbestos-related liability | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| **Total Liabilities Subject to Compromise** | (100) | (100) | - | (75) | - | - |
| **Total Liabilities** | (100) | 29,290,246 | 29,290,346 | (75) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | |
| Paid in capital | - | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | |
| Treasury stock, at cost | - | - | - | - | - | |
| Consolidation of Investments | - | - | - | - | - | |
| Cumulative Translation Adjustments | - | - | - | - | - | |
| Deferred compensation trust | - | - | - | - | - | |
| **Total Shareholders' Equity (Deficit)** | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $    108,340 | $ 130,478,318 | $ 145,501,916 | $  (81,114,708) | $   47,407,906 | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 2001**

| | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | Reporting Reclasses | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 56,756,214 |
| Notes and accounts receivable, net | - | - | - | - | - | 134,154,829 |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | - | - | - | 31,470,074 |
| Inventories | - | - | - | - | - | 97,406,103 |
| Deferred income taxes | - | - | - | - | (935,550) | 43,644,556 |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | 6,197,793 |
| Other current assets | - | - | - | - | - | 52,104,325 |
| **Total Current Assets** | - | - | - | - | (935,550) | 421,733,894 |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | 382,517,416 |
| Goodwill, net | - | - | - | - | - | 13,838,695 |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | 75,971,812 |
| Deferred income taxes | - | - | - | - | (272,045,687) | 409,115,010 |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | 287,228,827 |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | 391,905,840 |
| Investment in filing and non-filing entities | - | - | (1,298,732,757) | (18,505,086) | - | 148,811,994 |
| Other assets | - | - | (2,852,045) | - | - | 316,806,735 |
| **Total Assets** | $ - | $ - | $ (1,301,584,802) | $ (18,505,086) | $ (272,981,237) | $ 2,447,930,222 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | | | $ (68,092) |
| Accounts payable | - | - | - | | | 25,920,665 |
| Income taxes payable | - | - | - | | | 268 |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | | | (0) |
| Other current liabilities | - | - | - | - | (935,550) | 61,717,980 |
| **Total Current Liabilities** | - | - | - | - | (935,550) | 87,570,821 |
| | | | | | | |
| ng-term debt - DIP facility | - | - | - | | | 30,000,000 |
| erred income taxes | - | - | - | - | (272,045,687) | (0) |
| .sbestos-related liability expected to be disbursed after one year | - | - | - | | | (0) |
| Other liabilities | - | - | - | - | - | 25,526,724 |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | (272,981,237) | 143,097,544 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | 523,243,401 |
| Accounts payable | - | - | - | - | - | 32,254,520 |
| Income taxes payable | - | - | - | - | - | 216,135,264 |
| Asbestos-related liability | - | - | - | - | - | 997,722,452 |
| Other liabilities | - | - | - | - | - | 556,121,879 |
| **Total Liabilities Subject to Compromise** | - | - | - | - | - | 2,325,477,516 |
| **Total Liabilities** | - | - | - | - | (272,981,237) | 2,468,575,060 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | | | | | | 112 |
| Common Stock | | | | | | 771,667 |
| Paid in capital | | | (86,994,000) | - | - | 432,964,982 |
| (Accumulated deficit)/Retained earnings | | | (1,176,650,763) | 14,960,946 | - | (143,807,596) |
| Treasury stock, at cost | | | (37,940,039) | | | (136,426,701) |
| Consolidation of Investments | | | | (40,407) | | (11,660,774) |
| Cumulative Translation Adjustments | | | | (33,425,625) | | (162,486,628) |
| Deferred compensation trust | | | | - | | 100 |
| **Total Shareholders' Equity (Deficit)** | - | - | (1,301,584,802) | (18,505,086) | - | (20,644,836) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ - | $ - | $ (1,301,584,802) | $ (18,505,086) | $ (272,981,237) | $ 2,447,930,222 |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

11 of 11

Chart 5

| W. R. Grace & Co. - Conn<br>Status of Postpetition Taxes<br>MOR-4<br>November 2001 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ 786,958 | $ 2,986,840 | $ (3,099,102) | $ 674,696 |
| FICA - Employee | 31,289 | 1,141,295 | (1,207,944) | (35,360) |
| FICA and payroll- Employer | (1,319,052) | 923,641 | (949,481) | (1,344,893) |
| Unemployment | - | 6,651 | (6,651) | - |
| Other | | | | |
| Total Federal Taxes | $ (500,805) | $ 5,058,427 | $ (5,263,178) | $ (705,557) |
| **State and Local** | | | | |
| Withholding | $ 89,887 | $ 1,085,269 | $ (1,111,325) | $ 63,831 |
| Sales & Use | 1,774,350 | 456,610 | (472,791) | 1,758,169 |
| Property Taxes | 2,485,747 | 190,150 | (565,496) | 2,110,401 |
| Other | - | | | - |
| Total State and Local | $ 4,349,984 | $ 1,732,029 | $ (2,149,612) | $ 3,932,401 |
| Total Taxes | $ 3,849,179 | $ 6,790,456 | $ (7,412,790) | $ 3,226,844 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

## Remedium Group, Inc.
## Status of Postpetition Taxes
## MOR-4
## November 2001

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ 12,788 | $ 14,401 | $ (28,447) | $ (1,258) |
| FICA - Employee | 3,135 | 2,769 | (5,904) | - |
| FICA and payroll- Employer | 1,876 | 2,769 | (5,905) | (1,260) |
| Unemployment | - | | - | |
| Other | | | | |
| Total Federal Taxes | $ 17,799 | $ 19,939 | $ (40,256) | $ (2,518) |
| **State and Local** | | | | |
| Withholding | $ 363 | $ 609 | $ (1,189) | $ (217) |
| Sales & Use | - | | | - |
| Property Taxes | - | | - | - |
| Other | | | | |
| Total State and Local | $ 363 | $ 609 | $ (1,189) | $ (217) |
| Total Taxes | $ 18,162 | $ 20,548 | $ (41,445) | $ (2,735) |

### Note #4

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Grace Washington, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>November 2001 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ (2,288) | $ 4,747 | $ (4,747) | $ (2,288) |
| FICA - Employee | (751) | 228 | (228) | (751) |
| FICA and payroll- Employer | (1,250) | 228 | (228) | (1,250) |
| Unemployment | - | | | - |
| Other | | | | |
| Total Federal Taxes | $ (4,289) | $ 5,203 | $ (5,203) | $ (4,289) |
| **State and Local** | | | | |
| Withholding | $ 1,425 | $ 871 | $ (871) | $ 1,425 |
| Sales & Use | - | | - | - |
| Property Taxes | - | - | - | - |
| Other | | | | |
| Total State and Local | $ 1,425 | $ 871 | $ (871) | $ 1,425 |
| Total Taxes | $ (2,864) | $ 6,074 | $ (6,074) | $ (2,864) |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| L B Realty, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>November 2001 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ (5,964) | $ - | $ - | $ (5,964) |
| FICA - Employee | (2,542) | - | - | (2,542) |
| FICA and payroll- Employer | (2,542) | - | - | (2,542) |
| Unemployment | - | - | - | - |
| Other | | - | | |
| Total Federal Taxes | $ (11,048) | $ - | $ - | $ (11,048) |
| **State and Local** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| Sales & Use | - | - | | - |
| Property Taxes | - | - | | - |
| Other | | - | | |
| Total State and Local | $ - | $ - | $ - | $ - |
| Total Taxes | $ (11,048) | $ - | $ - | $ (11,048) |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Darex Puerto Rico, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>November 2001 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| FICA - Employee | 1,038 | 913 | (1,813) | 138 |
| FICA and payroll- Employer | 7,587 | 913 | (1,247) | 7,253 |
| Unemployment | - | | - | - |
| Other | | | | |
| Total Federal Taxes | $ 8,625 | $ 1,826 | $ (3,060) | $ 7,391 |
| **State and Local** | | | | |
| Withholding | $ 1,562 | $ 1,607 | $ (3,201) | $ (32) |
| Sales & Use | - | - | - | - |
| Property Taxes | 63,260 | 6,873 | (33) | 70,100 |
| Other | - | - | | - |
| Total State and Local | $ 64,822 | $ 8,480 | $ (3,234) | $ 70,068 |
| Total Taxes | $ 73,447 | $ 10,306 | $ (6,294) | $ 77,459 |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 6

## W. R. Grace & Co. - Conn
## Accounts Receivable Reconciliation and Aging
## MOR-5
## November 2001

**Trade Accounts Receivable Reconciliation**

| | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $ 130,055,980 |
| Amounts billed during the period | 70,284,156 |
| Amounts collected during the period | (80,920,015) |
| Other | 1,265,655 |
| Trade accounts receivable at the end of month, gross | $ 120,685,776 |

**Trade Accounts Receivable Aging**

| | |
|---|---:|
| Current | $ 81,569,023 |
| 1-30 days past due | 23,457,819 |
| 31-60 days past due | 7,257,825 |
| +61 days past due | 8,401,108 |
| Trade accounts receivable, gross | 120,685,776 |
| Allowance for doubtful accounts | (1,513,590) |
| Trade accounts receivable, net | $ 119,172,186 |

**Notes and Accounts Receivable Reconciliation**

| | |
|---|---:|
| Trade accounts receivable, net | $ 119,172,186 |
| Customer notes and drafts receivable | 30,119 |
| Pending customer credit notes | (365,218) |
| Advances and deposits | 7,922,724 |
| Nontrade receivables, net | 4,817,393 |
| Total notes and accounts receivable, net | $ 131,577,204 |

*Chart 6*

| Remedium Group, Inc. |
| :---: |
| Accounts Receivable Reconciliation and Aging |
| MOR-5 |
| November 2001 |

**Trade Accounts Receivable Reconciliation**

| | | |
| :--- | :--- | ---: |
| Trade accounts receivable, beginning of month, gross | $ | (21,616) |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| | | |
| Trade accounts receivable at the end of month, gross | $ | (21,616) |

**Trade Accounts Receivable Aging**

| | | |
| :--- | :--- | ---: |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | (21,616) |
| Trade accounts receivable, gross | | (21,616) |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | (21,616) |

**Notes and Accounts Receivable Reconciliation**

| | | |
| :--- | :--- | ---: |
| Trade accounts receivable, net | $ | (21,616) |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | 3,270 |
| Nontrade receivables, net | | 134,794 |
| Total notes and accounts receivable, net | $ | 116,448 |

Chart 6

## Darex Puerto Rico, Inc.
## Accounts Receivable Reconciliation and Aging
## MOR-5
## November 2001

| Trade Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, beginning of month, gross | $ | 2,580,581 |
| Amounts billed during the period | | 426,945 |
| Amounts collected during the period | | (540,951) |
| Other | | (16,775) |
| | | |
| Trade accounts receivable at the end of month, gross | $ | 2,449,800 |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | 1,204,382 |
| 1-30 days past due | | 388,520 |
| 31-60 days past due | | 347,349 |
| +61 days past due | | 509,549 |
| Trade accounts receivable, gross | | 2,449,800 |
| Allowance for doubtful accounts | | (50,443) |
| Trade accounts receivable, net | $ | 2,399,357 |

| Notes and Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, net | $ | 2,399,357 |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | (10,617) |
| Advances and deposits | | - |
| Nontrade receivables, net | | 508 |
| Total notes and accounts receivable, net | $ | 2,389,248 |

*Chart 6*

## Grace Europe, Inc.
## Accounts Receivable Reconciliation and Aging
## MOR-5
## November 2001

| Trade Accounts Receivable Reconciliation | | |
|---|---:|---:|
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| Trade accounts receivable at the end of month, gross | $ | - |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| Notes and Accounts Receivable Reconciliation | | |
|---|---:|---:|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | 71,928 |
| Total notes and accounts receivable, net | $ | 71,928 |