Chart 7

| W.R. Grace & Co., et al<br>Debtor Questionnaire<br>MOR - 5<br>November 2001 | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period? If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect? If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date? If no, provide an explanation. | X<br>(unless disputed in normal course of business) | |

**Note #5**
As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included. The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| List assets sold/transferred outside the normal course of business over $25,000:<br>Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

# Combined Chapter 11 Filing Entity Statements

Chart 8

### W. R. Grace & Co. - Chapter 11 Filing Entities
### Combined Statement of Operations

| Amounts in millions | Month Ended November 30, 2001 | Cumulative Since Filing |
|---|---:|---:|
| Net sales to third parties | $ 70.7 | $ 601.2 |
| Net sales to non-filing entities | 11.2 | 95.0 |
| Interest and royalties from non-filing entities | 3.3 | 29.2 |
| Other income | (0.1) | 6.6 |
|  | 85.1 | 732.0 |
| Cost of goods sold to third parties | 44.8 | 364.1 |
| Cost of goods sold to non-filing entities | 8.5 | 67.3 |
| Selling, general and administrative expenses | 17.2 | 147.6 |
| Research and development expenses | 2.9 | 24.8 |
| Depreciation and amortization | 4.4 | 35.5 |
| Interest expense | 2.1 | 24.7 |
|  | 79.9 | 664.0 |
| Income before Chapter 11 reorganization expenses, income taxes and equity in net income of non-filing entities | 5.2 | 68.0 |
| Chapter 11 reorganization expenses, net | (0.9) | (12.2) |
| (Provision for) income taxes | (4.2) | (33.6) |
| Equity in net income of non-filing entities | 7.2 | 36.1 |
| **Net income** | $ 7.3 | $ 58.3 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 9

## W. R. Grace & Co. - Chapter 11 Filing Entities
### Combined Functional Basis Statement of Cash Flows

| Amounts in millions | Month Ended November 30, 2001 | Cumulative Since Filing |
|---|---:|---:|
| **Core operations cash flow** | | |
| Pre-tax income from core operations | $ 7.4 | $ 98.5 |
| Depreciation and amortization | 4.4 | 35.5 |
| | 11.8 | 134.0 |
| Changes in all core assets/liabilities and other | 9.8 | (12.0) |
| Change in accounts receivable sold under securitization program | - | (99.7) |
| Change in subordinated interest of accounts receivable sold | - | 34.9 |
| | 21.6 | 57.2 |
| Capital expenditures | (4.5) | (20.1) |
| **Core Pre-tax Operating Cash Flow** | 17.1 | 37.1 |
| **Charges against core reserves** | | |
| Restructuring costs | - | - |
| Pension liabilities | (0.4) | (3.8) |
| Deferred compensation | (0.2) | (1.4) |
| Self insurance | (0.1) | (0.7) |
| Total Spending Against Core Reserves | (0.7) | (5.9) |
| **Core Cash Flow** | 16.4 | 31.2 |
| **Noncore cash flow** | | |
| Proceeds from asset sales | - | 2.7 |
| Benefit proceeds under life insurance policies | 0.1 | 9.1 |
| Other noncore pretax cash flow | (0.1) | (0.8) |
| **Noncore Pre-tax Cash Flow** | - | 11.0 |
| **Charges against noncore reserves** | | |
| Asbestos | | |
|   Asbestos claims processing | (0.5) | (5.1) |
|   Less - insurance recovery | 1.0 | 46.8 |
| Net asbestos (payments) receipts | 0.5 | 41.7 |
| Environmental remediation | (1.6) | (17.0) |
| Retained obligations and other | (0.3) | (2.8) |
| Postretirement benefits | (1.4) | (12.3) |
| Total Spending Against Noncore Reserves | (2.8) | 9.6 |
| **Noncore Cash Flow** | (2.8) | 20.6 |
| **Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow** | 13.6 | 51.8 |
| Cash paid for taxes, net of refunds | (1.7) | (3.6) |
| Cash paid for interest | (0.3) | (2.4) |
| Chapter 11 reorganization expenses paid | (0.8) | (5.4) |
| **Cash Flow before Strategic Investments** | 10.8 | 40.4 |
| **Strategic Investments** | | |
| Cash paid for businesses acquired | - | - |
| Proceeds from option exercises | - | - |
| Repurchase of treasury stock | - | - |
| Cash used for Strategic Investments | - | - |
| **Cash Flow after Strategic Investments** | 10.8 | 40.4 |
| Borrowings (repayments) under DIP facility | (20.0) | 27.2 |
| Net (investing)/financing activities under life insurance policies | (0.1) | (19.4) |
| **Net Cash Flow** | $ (9.3) | $ 48.2 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

## W. R. Grace & Co. - Chapter 11 Filing Entities
## Combined Balance Sheet

| Amounts in millions | November 30, 2001 | April 2, 2001 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 56.8 | $ 8.6 |
| Notes and accounts receivable, net | 134.2 | 43.8 |
| Receivables from non-filing entities, net | 31.5 | 51.2 |
| Inventories | 97.4 | 86.4 |
| Deferred income taxes | 43.6 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | 6.2 | 17.0 |
| Other current assets | 52.2 | 21.9 |
| Total Current Assets | 421.9 | 309.8 |
| Properties and equipment, net | 382.5 | 400.4 |
| Goodwill, net | 13.9 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 76.0 | 64.1 |
| Deferred income taxes | 409.1 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 287.2 | 323.4 |
| Loans receivable from non-filing entities, net | 391.9 | 387.5 |
| Investment in non-filing entities | 148.7 | 115.2 |
| Other assets | 316.9 | 308.5 |
| **Total Assets** | **$ 2,448.1** | **$ 2,323.5** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | |
| **Liabilities Not Subject to Compromise** | | |
| **Current Liabilities** | | |
| Accounts payable | $ 25.8 | $ - |
| Other current liabilities | 61.6 | - |
| Total Current Liabilities | 87.4 | - |
| Long-term debt - DIP facility | 30.0 | - |
| Other liabilities | 25.5 | 31.8 |
| Total Liabilities Not Subject to Compromise | 142.9 | 31.8 |
| **Liabilities Subject to Compromise** | | |
| Debt, pre-petition plus accrued interest | 523.3 | 511.5 |
| Accounts payable | 32.3 | 43.0 |
| Income taxes payable | 216.1 | 210.1 |
| Asbestos-related liability | 997.7 | 1,002.8 |
| Other liabilities | 556.2 | 598.6 |
| Total Liabilities Subject to Compromise | 2,325.6 | 2,366.0 |
| Total Liabilities | 2,468.5 | 2,397.8 |
| **Shareholders' Equity (Deficit)** | | |
| Common stock | 0.8 | 0.8 |
| Paid in capital | 433.0 | 432.6 |
| Accumulated deficit | (143.7) | (201.8) |
| Treasury stock, at cost | (136.4) | (136.4) |
| Accumulated other comprehensive income (loss) | (174.1) | (169.5) |
| Total Shareholders' Equity (Deficit) | (20.4) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 2,448.1** | **$ 2,323.5** |

The Notes to Combined Financial Statements are an integral part of these statements.

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is primarily engaged in specialty chemicals and specialty materials businesses on a worldwide basis. These businesses consist of catalysts and silica products (Davison Chemicals) and construction chemicals, building materials and container products (Performance Chemicals). W. R. Grace & Co. is a publicly held company with its shares traded on the New York Stock Exchange.

**Voluntary Bankruptcy Filing**

On April 2, 2001 (the "Filing Date"), W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including its primary U.S. operating subsidiary W. R. Grace & Co. - Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case numbers 01-1139 through 01-1200. Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not a part of the Filing.

**Basis of Presentation**

The interim combined financial statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more exelevensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W. R. Grace & Co.'s 2000 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim consolidated financial statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed.

The Debtors' follow a calendar fiscal year. The results of operations for the periods presented are not necessarily indicative of the results of operations for the year ending December 31, 2001.

**Use of Estimates**

The preparation of financial statements in conformity with generally accepted accounting principles requires that management make estimates and assumptions affecting the assets and liabilities (including contingent assets and liabilities) reported at the date of the combined financial statements and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates.

## 2. Liabilities Subject to Compromise

As a result of the Filing, Grace's balance sheet as of November 30, 2001 separately identifies the liabilities that are "subject to compromise" under the Chapter 11 proceedings. In Grace's case, liabilities "subject to compromise" represent pre-petition amounts as determined under generally accepted accounting principles based on facts and circumstances prior to the Filing. Changes to the recorded amount of such liabilities will be based on

Bankruptcy Court orders and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities are for: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities and assets.

Set forth below is a reconciliation of the changes in pre-Filing Date liability balances for the periods presented.

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period | $ 2,338.1 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under bankruptcy court orders: | | |
| Freight and distribution order | — | (5.6) |
| Trade accounts payable order | (0.8) | (7.9) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs | (5.2) | (58.3) |
| Expense/(income) items: | | |
| Interest on pre-petition debt | 1.4 | 19.4 |
| Current period employment-related accruals | 1.2 | 12.7 |
| Environmental accrual | — | 5.8 |
| Interest on income tax contingencies | — | 6.5 |
| Balance sheet reclassifications | 1.9 | (2.0) |
| Balance, end of period | $ 2,336.6 | $ 2,336.6 |
| Pre-Filing Date Liabilities Not Subject to Compromise | $ 11.0 | $ 11.0 |
| Pre-Filing Date Liabilities Subject to Compromise | $ 2,325.6 | $ 2,325.6 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the resolution of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (Dollars in millions) | November 30, 2001 | Filing Date |
|---|---|---|
| **Notes and accounts receivable, net** | | |
| Trade receivables, less allowance of $1.6; (Filing Date – $0.7) | $ 121.2 | $ 32.3 |
| Other receivables, less allowance of $1.9; (Filing Date – $2.1) | 13.0 | 11.5 |
| | $ 134.2 | $ 43.8 |
| **Inventories** | | |
| Raw materials | $ 16.8 | $ 20.3 |
| In process | 20.4 | 16.2 |
| Finished products | 79.6 | 69.6 |
| General merchandise | 9.9 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis | (29.3) | (29.3) |
| | $ 97.4 | $ 86.4 |
| **Other Assets** | | |
| Plan assets in excess of defined benefit pension obligation | $ 139.7 | $ 131.3 |
| Unamortized costs of overfunded pension plans | 99.6 | 96.6 |
| Deferred charges | 39.9 | 40.4 |
| Long-term receivables | 1.7 | 1.9 |
| Long-term investments | 2.1 | 2.1 |
| Paelevents, licenses and other intangible assets | 33.9 | 36.2 |
| | $ 316.9 | $ 308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation | $ 23.6 | $ — |
| Accrued commissions | 4.7 | — |
| Customer programs | 12.7 | — |
| Accrued utilities | 2.7 | — |
| Accrued freight | 2.5 | — |
| Other accrued liabilities | 15.4 | — |
| | $ 61.6 | $ — |
| **Other Liabilities** | | |
| Deferred royalty income – nonfiling entities | $ 24.1 | $ 31.8 |
| Other liabilities | 1.4 | — |
| | $ 25.5 | $ 31.8 |
| **Liabilities Subject to Compromise** | | |
| Other postretirement benefits | $ 178.5 | $ 185.4 |
| Environmental remediation | 154.9 | 164.8 |
| Retained obligations of divested businesses | 81.4 | 75.5 |
| Defined benefit obligation in excess of pension plan assets | 94.4 | 95.3 |
| Unamortized costs of underfunded pension plans | (20.3) | (24.5) |
| Deferred compensation | 6.8 | 8.2 |
| Accrued compensation | — | 13.5 |
| Self insurance reserve | 11.2 | 11.8 |
| Other accrued liabilities | 49.3 | 68.6 |
| | $ 556.2 | $ 598.6 |

## 4. Life Insurance

The Debtors' are the beneficiary of life insurance policies on current and former employees with benefits in force of approximately $2,291.0 million and a net cash surrender value of $76.0 million at November 30, 2001. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at November 30, 2001 and Filing Date:

| Components of Net Cash Value | November 30, 2001 | Filing Date |
|---|---|---|
| Gross cash value | $ 474.8 | $ 453.7 |
| Principal – policy loans | (377.5) | (390.3) |
| Accrued interest – policy loans | (21.3) | 0.7 |
| Net cash value | $ 76.0 | $ 64.1 |
| Insurance benefits in force | $ 2,291.0 | $ 2,286.0 |

Policy loans bore interest at an average annualized rate of 9.9% through November 30, 2001, compared to an average of 9.3% for the year ended December 31, 2000. Policy assets are invested primarily in general accounts of the insurance carriers and earned returns at an average annualized rate of 9.0% through November 30, 2001 (calculated on a trailing twelve months basis), compared to an average of 8.3% for the year ended December 31, 2000.

The Debtors' financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5. Debt

On November 30, 2001, and Filing Date, the Debtors' were obligated for the following:

| Components of Debt (Dollars in millions) | November 30, 2001 | Filing Date |
|---|---|---|
| **Short-Term Debt** | | |
| Other short-term borrowings | $ – | – |
| | $ – | $ – |
| **Long-Term Debt** | | |
| DIP facility | $ 30.0 | $ – |
| | $ 30.0 | $ – |
| **Debt Subject to Compromise** | | |
| Bank borrowings | $ 500.0 | $ 500.0 |
| 8.0% Notes Due 2004 | – | 5.7 |
| 7.75% Notes Due 2002 | – | 2.0 |
| Other borrowings | 1.6 | 1.2 |
| Accrued interest | 21.7 | 2.6 |
| | $ 523.3 | $ 511.5 |

The Debtors have negotiated a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term of two years, is secured by a priority lien on substantially all assets of the Debtors, and bears interest at either Bank of America's prime rate or a formula based on the London Inter-Bank Offered Rate (LIBOR) plus 2.00 to 2.25 percentage points. The Bankruptcy Court issued a final approval of the DIP facility on May 3, 2001. In December 2001, the company paid $30.0 million against the DIP facility.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of November 30, 2001.

# Bank Statements

# The Chase Manhattan Bank

## Statement of Account

In US Dollars

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 29 SEP 2001
Statement End Date: 31 OCT 2001
Statement Code: 000-USA-21
Statement No: 010

Page 1 of 4

### ENCLOSURES
- Credits
- Debits
- Checks

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 3 | 181,181.49 |
| Total Debits (incl. checks) | 22 | 193,836.72 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| | Opening (29 SEP 2001) | Closing (31 OCT 2001) |
|---|---|---|
| Ledger | 93,490.09 | 80,834.86 |
| Collected | 93,490.09 | 80,834.86 |

| Ledger Date | Ad Ledger Date | Value Date | F C | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 05OCT | | 05OCT | | USD YOUR: TEBC OF 01/10/05 OUR: 0899500278JB | 54,000.00 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |
| 18OCT | | 18OCT | | USD YOUR: PHN OF 01/10/18 OUR: 0019801291GP | 72,733.59 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: TRANSFER OF FUNDS |
| 25OCT | | 25OCT | | USD YOUR: PHN OF 01/10/25 OUR: 0012902298GP | 54,447.90 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: FUNDING UNITED HEALTH CARE ACCOUNT |
| **DEBITS** | | | | | | |
| 01OCT | 28SEP | 28SEP | | USD OUR: 0127400087WA | 3,724.85 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 09/28/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 02OCT | 01OCT | 01OCT | | USD OUR: 0127500092WA | 6,595.47 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/01/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

| Date | Closing Balances Amount |
|---|---|
| **LEDGER BALANCES** | |
| 01OCT | 89,765.24 |
| 02OCT | 83,169.77 |
| 03OCT | 78,319.12 |
| 04OCT | 70,738.54 |
| 05OCT | 119,212.04 |
| 09OCT | 111,083.24 |
| 10OCT | 103,329.61 |
| 11OCT | 92,268.60 |
| 12OCT | 80,768.48 |
| 15OCT | 73,741.64 |
| 16OCT | 60,296.45 |
| 17OCT | 52,266.40 |
| 18OCT | 111,142.67 |
| 19OCT | 105,784.94 |
| 22OCT | 100,273.10 |
| 23OCT | 84,916.74 |
| 24OCT | 70,552.10 |
| 25OCT | 112,378.00 |
| 26OCT | 105,695.85 |
| 29OCT | 97,812.19 |
| 30OCT | 86,809.50 |
| 31OCT | 80,834.86 |
| **COLLECTED BALANCES** | |
| 01OCT | 89,765.24 |
| 02OCT | 83,169.77 |
| 03OCT | 78,319.12 |
| 04OCT | 70,738.54 |
| 05OCT | 119,212.02 |

| FT CODE: | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

Statement of Account

In US Dollars

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 29 SEP 2001
Statement End Date: 31 OCT 2001
Statement Code: 000-USA-21
Statement No: 010
Page 2 of 4

| Ledger Date | Ad/Ledger Date | Value Date | F.T. | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 03OCT | 02OCT | 02OCT | | USD OUR: 0127600090WA | 4,850.60 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/02/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 09OCT | 111,083.24 |
| 04OCT | 03OCT | 03OCT | | USD OUR: 0127700086WA | 7,580.63 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/03/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 10OCT | 103,329.61 |
| 05OCT | 04OCT | 04OCT | | USD OUR: 0127800090WA | 5,526.52 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/04/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 11OCT | 92,268.65 |
| 09OCT | 05OCT | 05OCT | | USD OUR: 0128200088WA | 8,128.78 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/05/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 12OCT | 80,768.48 |
| 10OCT | 09OCT | 09OCT | | USD OUR: 0128300087WA | 7,753.63 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/09/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 15OCT | 73,741.64 |
| 11OCT | 10OCT | 10OCT | | USD OUR: 0128400090WA | 11,060.96 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/10/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 16OCT | 60,296.46 |
| 12OCT | 11OCT | 11OCT | | USD OUR: 0128500087WA | 11,500.17 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/11/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 17OCT | 52,266.41 |
| 15OCT | 12OCT | 12OCT | | USD OUR: 0128800089WA | 7,026.84 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | 18OCT | 111,142.67 |
| | | | | | | | 19OCT | 105,784.95 |
| | | | | | | | 22OCT | 100,273.13 |
| | | | | | | | 23OCT | 84,916.78 |
| | | | | | | | 24OCT | 70,552.10 |
| | | | | | | | 25OCT | 112,378.00 |
| | | | | | | | 26OCT | 105,695.85 |
| | | | | | | | 29OCT | 97,812.19 |
| | | | | | | | 30OCT | 86,809.57 |
| | | | | | | | 31OCT | 80,834.86 |

Statement of Account

In US Dollars

Account No: 910-1-013572
Statement Start Date: 29 SEP 2001
Statement End Date: 31 OCT 2001
Statement Code: 000-USA-21
Statement No: 010

Page 3 of 4

Chase Manhattan Bank

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

| Ledger Date | Value Date | F T | References | Credit/Debit Amount | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | |
| 16OCT | 15OCT | | USD OUR: 012890089WA | 13,445.18 | 002-2-416598 FOR WORK OF 10/12/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 17OCT | 16OCT | | USD OUR: 012900084WA | 8,030.05 | 002-2-416598 FOR WORK OF 10/15/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 18OCT | 17OCT | | USD OUR: 012910086WA | 13,857.33 | 002-2-416598 FOR WORK OF 10/16/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 19OCT | 18OCT | | USD OUR: 012920083WA | 5,357.72 | 002-2-416598 FOR WORK OF 10/17/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 22OCT | 19OCT | | USD OUR: 012950082WA | 5,511.82 | 002-2-416598 FOR WORK OF 10/18/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 23OCT | 22OCT | | USD OUR: 012960085WA | 5,356.35 | 002-2-416598 FOR WORK OF 10/19/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 24OCT | 23OCT | | USD OUR: 012970082WA | 14,364.68 | 002-2-416598 FOR WORK OF 10/22/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/23/01 W R GRACE & CO C/O CORPORATE | | |

Statement of Account

Account No: 910-1-013572
Statement Start Date: 29 SEP 2001
Statement End Date: 31 OCT 2001
Statement Code: 000-USA-21
Statement No: 010

Page 4 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | |
| 25OCT | 24OCT | 24OCT | USD | OUR: 0129800086WA | 2,622.00 | W R GRACE & CO CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/24/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 26OCT | 25OCT | 25OCT | USD | OUR: 0129900086WA | 6,682.15 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/25/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 29OCT | 26OCT | 26OCT | USD | OUR: 0130200083WA | 1,883.66 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/26/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 30OCT | 29OCT | 29OCT | USD | OUR: 0130300085WA | 1,002.62 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/29/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 31OCT | 30OCT | 30OCT | USD | OUR: 0130400091WA | 5,974.71 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/30/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |

*handwritten notes: "1 items / watch of drafts - cases neg payments"; "not posted in 9/1 account" (circled on 5,974.71)*

**CHECKS**

*No Activity*

**WACHOVIA**

191 Peachtree ST       03       **TAXPAYER ID**       13-5114230
Atlanta    GA 30303

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement
October 16, 2001 - October 31, 2001 ( 16 days)

No Enclosures
c    0

Page 1 of 2

### FOR INFORMATION OR ASSISTANCE CONTACT:
Your Wachovia Banker
Visit our web site at www.wachovia.com

## Commercial Checking Account Summary

Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $761,705.63 | $.00 | $872,388.57 | $.00 | $952,100.63 | $681,993.57 |

Average Ledger Balance    $683,121.94

### Daily Activity and Balance

| Date | Deposits & Credits | | Checks & Debits | | Balance |
|---|---|---|---|---|---|
| | Qty | Amount | Qty | Amount | |
| 10-16 | 1 | 79,546.57 | 1 | 214,600.63 | 626,651.57 |
| 10-29 | 1 | 792,842.00 | 0 | 0.00 | 1,419,493.57 |
| 10-30 | 0 | 0.00 | 1 | 737,500.00 | 681,993.57 |

### Other Credits

| Date | Amount | Description |
|---|---|---|
| 10-16 | 79,546.57 | Wholesale Lockbox #0075195 Credits - Charlotte |
| 10-29 | 792,842.00 | Wholesale Lockbox #0075195 Credits - Charlotte |

### Other Debits

| Date | Amount | Description |
|---|---|---|
| 10-16 | 214,600.63 | Wire Ref#03352 Seq#03352: Chase NYC |
| 10-30 | 737,500.00 | Wire Ref#03985 Seq#03985: Chase NYC |

**WACHOVIA**

| | | | |
|---|---|---|---|
| 191 Peachtree ST<br>Atlanta    GA 30303 | 03 | TAXPAYER ID | 13-5114230 |

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement
October 1, 2001 - October 15, 2001 ( 15 days)

No Enclosures
C   0

Page 1 of 2

**FOR INFORMATION OR ASSISTANCE CONTACT:**

Your Wachovia Banker

Visit our web site at www.wachovia.com

## Commercial Checking Account Summary

Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $613,000.00 | $.00 | $861,480.01 | $.00 | $712,774.38 | $761,705.63 |

Average Ledger Balance    $697,498.66

### Daily Activity and Balance

| Date | Deposits & Credits | | Checks & Debits | | Balance |
|---|---|---|---|---|---|
| | Qty | Amount | Qty | Amount | |
| 10-01 | 1 | 500,365.00 | 0 | 0.00 | 1,113,365.00 |
| 10-02 | 0 | 0.00 | 1 | 465,365.00 | 648,000.00 |
| 10-09 | 1 | 233,409.38 | 0 | 0.00 | 881,409.38 |
| 10-10 | 0 | 0.00 | 1 | 247,409.38 | 634,000.00 |
| 10-15 | 1 | 127,705.63 | 0 | 0.00 | 761,705.63 |

### Other Credits

| Date | Amount | Description |
|---|---|---|
| 10-01 | 500,365.00 | Wholesale Lockbox #0075195 Credits - Charlotte |
| 10-09 | 233,409.38 | Wholesale Lockbox #0075195 Credits - Charlotte |
| 10-15 | 127,705.63 | Wholesale Lockbox #0075195 Credits - Charlotte |

### Checks

There were no checks paid this statement period.

### Other Debits

| Date | Amount | Description |
|---|---|---|
| 10-02 | 465,365.00 | Wire Ref#03084 Seq#03084: Chase NYC |
| 10-10 | 247,409.38 | Wire Ref#03820 Seq#03820: Chase NYC |



## Commercial Checking

01  2199500021812  036  130    0   0    60,925

W R GRACE AND CO-CONN  
GENERAL ACCOUNT  
ATTN CORP ACCOUNTING  
7500 GRACE DRIVE  
COLUMBIA MD 21044-4098

CB

## Commercial Checking

9/29/2001 thru 10/31/2001

Account number: 2199500021812  
Account holder(s): W R GRACE AND CO-CONN  
GENERAL ACCOUNT

Taxpayer ID Number: 135114230

### Account Summary

| | |
|---|---|
| Opening balance 9/29 | $0.00 |
| Deposits and other credits | 7,284,447.91 + |
| Other withdrawals and service fees | 7,284,447.91 - |
| Closing balance 10/31 | $0.00 |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 10/03 | 4,288,897.68 | DEPOSIT |
| 10/11 | 760,070.38 | DEPOSIT |
| 10/16 | 695,405.02 | DEPOSIT |
| 10/18 | 271,976.34 | DEPOSIT |
| 10/25 | 1,268,098.49 | DEPOSIT |
| Total | $7,284,447.91 | |

### Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 10/05 | 4,288,746.05 | FUNDS TRANSFER (ADVICE 011005013441) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=           10/05/01  01:53PM |
| 10/10 | 458.06 | COMMERCIAL SERVICE CHARGES FOR SEPTEMBER 2001 |
| 10/15 | 757,798.12 | FUNDS TRANSFER (ADVICE 011015014192) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=           10/15/01  12:20PM |
| 10/17 | 695,575.39 | FUNDS TRANSFER (ADVICE 011017011800) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=           10/17/01  12:49PM |

*Other Withdrawals and Service Fees continued on next page.*



## Commercial Checking

| | | | | | | |
|---|---|---|---|---|---|---|
| 02 | 2199500021812 | 036 | 130 | 0 | 0 | 60,926 |

## Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|---|---|---|
| 10/22 | 273,771.80 | FUNDS TRANSFER  (ADVICE 011022013664)<br>SENT TO  CHASE MANHATTAN B/<br>BNF = W R GRACE AND CO CONN<br>OBI =<br>RFB =                  10/22/01  12:42PM |
| 10/29 | 1,268,098.49 | FUNDS TRANSFER  (ADVICE 011029016151)<br>SENT TO  CHASE MANHATTAN B/<br>BNF = W R GRACE AND CO CONN<br>OBI =<br>RFB =                  10/29/01  12:49PM |

| Total | $7,284,447.91 |
|---|---|

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/03 | 4,288,897.68 | 10/15 | 1,965.83 | 10/22 | 0.00 |
| 10/05 | 151.63 | 10/16 | 697,370.85 | 10/25 | 1,268,098.49 |
| 10/10 | 306.43 - | 10/17 | 1,795.46 | 10/29 | 0.00 |
| 10/11 | 759,763.95 | 10/18 | 273,771.80 | | |

*INTRODUCING FIRST UNION'S VOICE SERVICE. BANKING BY PHONE JUST GOT EASIER. NOW WHEN YOU CALL 1-800-222-FUNB OPTION 1, YOU CAN "JUST SAY WHAT YOU WANT TO DO". TRY IT. SEE INSERT FOR MORE DETAILS.*



# Commercial Checking

03  2199500021812  036  130  0  0  60,927

## Customer Service Information

**For questions about your statement or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | P.O. BOX 2870 |
| TDD (For the Hearing Impaired) | 1-800-388-2234 | JACKSONVILLE FL 32231 |

### To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.
2. Write in the closing balance shown on the front of account statement.
3. Write in any deposits you have made since the date of this statement.
4. Add together amounts listed above in steps 2 and 3.
5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.
6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.



# FIRST UNION

## Commercial Checking

01    2079900003615  005  108        12  160         13,630

W R GRACE & CO-CONN
ATTN CINDY LEE                             CB   025
7500 GRACE DRIVE
COLUMBIA MD   21044-4098

---

# Commercial Checking                                           9/29/2001 thru 10/31/2001

Account number:        2079900003615
Account holder(s):     W R GRACE & CO-CONN

Taxpayer ID Number:    133461988

## Account Summary

| | |
|---|---|
| Opening balance 9/29 | $0.00 |
| Deposits and other credits | 2,178,747.87 + |
| Other withdrawals and service fees | 2,178,747.87 - |
| Closing balance 10/31 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| ~/01 | 1,701.14 | AUTOMATED CREDIT W.R. GRACE    REVERSAL CO. ID.       011001 PPD MISC SETTL NCVCDBATL |
| 10/02 | 3,698.26• | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/03 | 1,681.46 | ACH MANUAL RETURN REASON: ORIGINATOR'S RECALL CUSTOMER NAME: ZAVADSKIY,PAVEL FOR DATE OF: EFF 9-12-01,W/O 10-3-01 0700W |
| 10/03 | 1,894.85 • | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/04 | 4,352.90 • | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/10 | 1,709.40 • | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/11 | 5,773.34 • | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/11 | 278,453.52 • | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/12 | 2,068.59 | AUTOMATED CREDIT W.R. GRACE    REVERSAL CO. ID.       011012 PPD MISC SETTL NCVCDBATL |
| 10/12 | 2,068.60 | ACH MANUAL RETURN REASON: ORIGINATOR'S RECALL CUSTOMER NAME: POTERMAN,NATALIE E FOR DATE OF: EFF 9-12-01,W/O 10-12-01 0700W |
| 10/12 | 2,068.60 | AUTOMATED CREDIT RETURN SETTLE    RETURN CO. ID.       011012 PPD MISC SETTL CHRETIRE |

osits and Other Credits continued on next page.

---

FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI                       page 1 of 6

## Deposits and Other Credits continued

| Date | Amount | Description |
|---|---|---|
| 10/12 | 21,702.22 | AUTOMATED CREDIT GRACE MANAGEMENT REVERSAL CO. ID. 011012 PPD MISC SETTL NCVCDBATL |
| 10/12 | 486,438.16 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/15 | 3,020.03 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/16 | 6,836.28 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/17 | 16,857.13 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/18 | 3,156.41 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/18 | 6,525.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/22 | 1,992.25 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/23 | 480.11 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| '4 | 2,148.88 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/25 | 6,499.55 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/25 | 479,846.56 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/26 | 828,603.03 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/29 | 4,016.78 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/30 | 1,134.09 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/31 | 4,020.73 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| Total | $2,178,747.87 | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 10/01 | 816.31 | ZBA TRANSFER DEBIT TRANSFER TO 2000000282172 W.R. GRACE & CO |
| 10/01 | 884.83 | LIST OF DEBITS POSTED |
| 10/02 | 3,698.26 | LIST OF DEBITS POSTED |
| 10/03 | 452.90 | ZBA TRANSFER DEBIT TRANSFER TO 2000000282172 W.R. GRACE & CO |

Other Withdrawals and Service Fees continued on next page.