W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 3 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 18OCT | 18OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0144709291FF | 1,617,521.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:56 IMAD: 1018EAQFT11A000870 |
| 18OCT | 18OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0105501291FF | 2,928,147.86 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:12 IMAD: 1018G1QFGY2C000499 |
| 19OCT | 19OCT | | USD YOUR: O/B BANK ONE NA OUR: 0272808292FF | 65,456.46 | FEDWIRE CREDIT VIA: BANK ONE CHICAGO /071000013 B/O: GODWINS BOOKE AND DICKENSON TP CHICAGO IL USA REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BANK ONE NA BBI=/TIME/14:45 IMAD: 1019G1QH052C003460 |
| 19OCT | 19OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0112903292FF | 989,975.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 4 of 20

| Ledger Date | Adj Ledger Date | Value Date | F.T. | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19OCT | | 19OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0092507292FF | 1,061,397.27 | ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:15 IMAD: 1019EAQFTI1A000721 | | |
| 22OCT | | 22OCT | | USD YOUR: O/B FIRST UNION OUR: 0178813295FF | 273,771.80 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:46 IMAD: 1019G1QFGY2C000364 | | |
| 22OCT | | 22OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0141808295FF | 2,076,786.00 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B FIRST UNION BBI=/TIME/12:42 IMAD: 1022F3QCAA1C000807 | | |
| 22OCT | | 22OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0101403295FF | 4,571,705.83 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:03 IMAD: 1022EAQFTI1A000806 | | |
| | | | | | | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:09 IMAD: 1022G1QFGY2C000331 | | |

```
W.R. GRACE AND COMPANY                              Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                            Statement Start Date: 16 OCT 2001
ATT:MARY BOUCHARD                                   Statement End Date:   31 OCT 2001
62 WHITTEMORE AVENUE                                Statement Code:       S00-USA-22
CAMBRIDGE MA 02140                                  Statement No:         020
                                                                  Page 5 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 23OCT | | 23OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0135514296FF | 679,485.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0000160O1257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:17<br>IMAD: 1023EAQFTI1A000771 | | |
| 23OCT | | 23OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0095613296FF | 2,423,596.53 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0000160O1257 RFB=O/B BKAM IL CGO<br>OBI=HQWT BBI=/TIME/11:15<br>IMAD: 1023G1QFGY2C000377 | | |
| 23OCT | | 23OCT | | USD YOUR: MAESTRO<br>OUR: 0316403296FF | 3,000,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0000160O1257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S I ML PREMIER FUND BBI=/T<br>IMAD: 1023AIQ002DC001327 | | |
| 24OCT | | 24OCT | | USD YOUR: O/B BARCLAYS PLC<br>OUR: 2348200297FC | 13,256.00 | CHIPS CREDIT<br>VIA: BARCLAYS BANK PLC<br>/0257<br>B/O: INEOS SILICAS LIMITED<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-0001600125<br>7 ORG=INEOS SILICAS LIMITED OGB=BAR<br>CLAYS BANK PLC LONDON EC3 NHJ, ENGL<br>AND OBI=ROYALTY PAYMENT BBI=/BNF/LE<br>SSN: 0111293 | | |
| 24OCT | | 24OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0096702297FF | 695,277.63 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO. | | |

```
W.R. GRACE AND COMPANY                          Account No:          016-001257
SYRACUSE FUNDING ACCOUNT                        Statement Start Date: 16 OCT 2001
ATT:MARY BOUCHARD                               Statement End Date:   31 OCT 2001
62 WHITTEMORE AVENUE                            Statement Code:       S00-USA-22
CAMBRIDGE   MA   02140                          Statement No:         020
                                                                      Page 6 of 20
```

| Ledger Date | Adj Date | Ledger | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit | Description |
|---|---|---|---|---|
| 24OCT | 24OCT | USD YOUR: O/B WACHOVIA WIN OUR: 0139509297FF | 2,754,424.02 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:01 IMAD: 1024G1QFGY2C000389 |
| 24OCT | 24OCT | USD YOUR: MAESTRO OUR: 0381014297FF | 5,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 1024EAQFTI1A000836 |
| 25OCT | 25OCT | USD YOUR: O/B WACHOVIA WIN OUR: 0109502298FF | 652,700.72 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:39 IMAD: 1025EAQFTI1A000626 |
| 25OCT | 25OCT | USD YOUR: REFERENCE OUR: 0129907298FF | 5,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=REFERENCE OBI=F |

```
W.R. GRACE AND COMPANY                    Account No:          016-001257
SYRACUSE FUNDING ACCOUNT                  Statement Start Date: 16 OCT 2001
ATT:MARY BOUCHARD                         Statement End Date:  31 OCT 2001
62 WHITTEMORE AVENUE                      Statement Code:      S00-USA-22
CAMBRIDGE MA 02140                        Statement No:        020
                                                               Page 7 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25OCT | | 25OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0371408298FF | 11,562,139.00 | 318-P 8-S 43 ML PREMIER INSTITUTION<br>IMAD: 1025A1Q002GC000275<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/15:36<br>IMAD: 1025EAQFTI1A001565 | |
| 26OCT | | 26OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0099801299FF | 1,355,828.98 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160001257 RFB=O/B BKAM IL CGO<br>OBI=HQWT BBI=/TIME/11:04<br>IMAD: 1026GIQFGY2C000376 | |
| 26OCT | | 26OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0130913299FF | 1,711,624.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:41<br>IMAD: 1026EAQFTI1A000846 | |
| 26OCT | | 26OCT | | USD YOUR: 6008298125270001<br>OUR: 0810900299FC | 2,599,068.66 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-000016000125<br>7 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0048762 | |
| 26OCT | | 26OCT | | USD YOUR: 6008297132310001<br>OUR: 0801300299FC | 5,376,455.30 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A. | |

```
W.R. GRACE AND COMPANY                                    Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                        Statement Start Date:         16 OCT 2001
ATT:MARY BOUCHARD                                 Statement End Date:         31 OCT 2001
62 WHITTEMORE AVENUE                                Statement Code:           S00-USA-22
CAMBRIDGE MA 02140                                  Statement No:             020
                                                                              Page 8 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 29OCT | | USD YOUR: PHN OF 01/10/26 OUR: 0257800302II | 30,722.00 | /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0000160125 7 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY SSN: 0048562 BOOK TRANSFER CREDIT B/O: CB FUNDS TRANS PREVIOUS DAY TAMPA FL 33610- ORG: MBR/0103 BANKERS TRUST COMPANY REF: REVERSAL OF ENTRY DD10/26/01 T RN0027502299GPBECAUSE UTA BENEF ACC T NO AND SWI FT ADDRESS DO NOT AGRE E/BNF/OUR REF.CMB2859-29OCT01 CHASE REF3321300302FC REFPHN OF 01/10/26 | | |
| | | 29OCT | | USD OUR: 0018950114XF | 181,596.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 0003231365244 | | |
| | | 29OCT | | USD YOUR: O/B FIRST UNION OUR: 0191114302FF | 1,268,098.49 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION BBI=/TIME/12:49 IMAD: 1029F3QCAA1C000890 | | |
| | | 29OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0171514302FF | 1,561,877.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:20 IMAD: 1029EAQFTI1A000873 | | |
| | | 29OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0161802302FF | 2,919,001.65 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. | | |

```
W.R. GRACE AND COMPANY                         Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                       Statement Start Date: 16 OCT 2001
ATT:MARY BOUCHARD                              Statement End Date:   31 OCT 2001
62 WHITTEMORE AVENUE                           Statement Code:       S00-USA-22
CAMBRIDGE MA  02140                            Statement No:         020
                                                                     Page 9 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 30OCT | | 30OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0147009303FF | 737,500.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /0531004094 B/O: W R GRACE & COMPANY BOCA RATON FL 33486-1010 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/12:07 IMAD: 1029G1QFGY2C000572 | | |
| 30OCT | | 30OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0141708303FF | 2,150,626.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /0531004094 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:56 IMAD: 1030EAQFTI1A000815 | | |
| 30OCT | | 30OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0096614303FF | 2,303,517.88 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:49 IMAD: 1030G1QFGY2C000434 | | |
| 31OCT | | 31OCT | | USD YOUR: O/B PNCBANK PHIL OUR: 0397202304FF | 32,783.33 | FEDWIRE CREDIT VIA: PNC BANK, NA PHILADELPHIA /031000053 B/O: E-CATALYSTS INC HORSHAM,PA 19044-2206 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000160001257 RFB=O/B PNCBANK PHIL | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 10 of 20

| Ledger Date | Ad Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | 31OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0118913304FF | 1,849,547.57 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:53<br>IMAD: 1031G1QFGY2C000441 | | |
| | | 31OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0227208304FF | 2,761,601.03 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/13:06<br>IMAD: 1031EAQFT11A001130 | | |

### DEBITS

| | | 16OCT | | USD OUR: 0031310114XF | 51.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196З | | |
| | | 16OCT | | USD YOUR: ACH OF 01/10/16<br>OUR: 0020000289HP | 14,621.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| | | 16OCT | | USD YOUR: PHN OF 01/10/16<br>OUR: 0015304289GP | 20,501.60 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTCHE BANK AG SW CD DEUTNLQA<br>AMSTERDAM<br>BEN: A & M MINERALS AND METALS LTD<br>REF: GRACE AND DAVISON PYMT OF INVO<br>ICE 10576<br>SSN: 0201279 | | |
| | | 16OCT | | USD YOUR: PHN OF 01/10/16<br>OUR: 0015302289GP | 42,781.10 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | | |
| | | 16OCT | | USD YOUR: PHN OF 01/10/16<br>OUR: 0015303289GP | 271,294.47 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 11 of 20

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | 16OCT | | | USD YOUR: PHN OF 01/10/16<br>OUR: 0015300289GP | 753,103.06 | /05300219<br>A/C: W R GRACE AND COMPANY<br>BEN: W R GRACE AND COMPANY<br>REF: REF: MARIE WIMBLE/CMG/BSG VA 3<br>271/TIME/12:15<br>IMAD: 1016B1QGC08C002139<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/05200113<br>A/C: W R GRACE<br>REF: /TIME/12:13<br>IMAD: 1016B1QGC08C002092 | | |
| | | 16OCT | | | USD YOUR: PHN OF 01/10/16<br>OUR: 0015301289GP | 935,719.44 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 00163002<br>FPRS DEPOSITORY<br>BEN: NO ACCT GIVEN<br>WR GRACE & COMPANY PLAN 89995-8994<br>REF: WEEK ENDING 10/8/01 AND 10/9/0<br>1 CPD-DAVISON-SALARIES<br>SSN: 0200692 | | |
| | | 16OCT | | | USD YOUR: PHN OF 01/10/16<br>OUR: 0037500289GP | 4,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/05300219<br>A/C: W.R. GRACE AND COMPANY<br>REF: WR GRACE PAYMENT FOR CONTROL D<br>ISBURSTMENT ACCT./TIME/15:35<br>IMAD: 1016B1QGC03C003209 | | |
| | | 17OCT | | | USD YOUR: PHN OF 01/10/17<br>OUR: 0018802290GP | 50,648.68 | CHIPS DEBIT<br>VIA: ABN AMRO BANK N V<br>/0958<br>A/C: ACC 4561585371O<br>ECOPETROL<br>REF: CONTRACT VRM-013-2001 IMPUESTO<br>DE TIMBRE (STAMP TAX)<br>SSN: 0213190 | | |
| | | 17OCT | | | USD YOUR: PHN OF 01/10/17<br>OUR: 0018800290GP | 51,189.93 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | | |
| | | 17OCT | | | USD YOUR: PHN OF 01/10/17<br>OUR: 0018804290GP | 54,270.22 | CHIPS DEBIT<br>VIA: ABN AMRO BANK N V<br>/0958 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 12 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit/Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | 17OCT | USD YOUR: PHN OF 01/10/17 OUR: 0018803290GP | A/C: ACC 4561583537l0 ECOPETROL REF: CONTRACT VRM-012-2001 IMPUESTO DE TIMBRE (STAMP TAX) SSN: 0213353 CHIPS DEBIT VIA: ABN AMRO BANK N V /0958 | 68,363.89 |
|---|---|---|---|---|

| | 17OCT | USD YOUR: PHN OF 01/10/17 OUR: 0018801290GP | A/C: ACC 4561583537l0 ECOPETROL REF: CONTRACT VRM-014-2001 IMPUESTO DE TIMBRE (STAMP TAX) SSN: 0213348 CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: HANSAPANK 20000l TALLINN, ESTONIA BEN: AS SILMET REF: GRACE DAVISON PAYMENT OF INVOICES SSN: 0213077 | 80,668.00 |

| | 17OCT | USD YOUR: PHN OF 01/10/17 OUR: 0035700290GP | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: WR GRACE & CO. CONN REF: WR GRACE PAYMENT FOR CONTROLLED DISBURSMENT ACCT./TIME/15:51 IMAD: 1017B1QGC04C003559 | 1,000,000.00 |

| | 17OCT | USD YOUR: PHN OF 01/10/17 OUR: 0035701290GP | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRIL LYNCH PREMEIR INSTITUTI FUND BEN: N/O W.R. GRACE & CO-CONN REF: ATTN.MERRIL GROUP TRANSFER OF FUNDS/TIME/15:53 IMAD: 1017B1QGC07C003804 | 1,500,000.00 |

| | 18OCT | USD OUR: 0032010114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 003238l963 | 10,759.40 |

| | 18OCT | USD YOUR: PHN OF 01/10/18 OUR: 0019800291GP | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: TRANSFER OF FUNDS | 72,733.59 |

```
W.R. GRACE AND COMPANY                                Account No:        016-001257
SYRACUSE FUNDING ACCOUNT                      Statement Start Date:      16 OCT 2001
ATT: MARY BOUCHARD                              Statement End Date:      31 OCT 2001
62 WHITTEMORE AVENUE                             Statement Code:         S00-USA-22
CAMBRIDGE MA 02140                               Statement No:           020
                                                                         Page 13 of 20
```

| Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | |
| 18OCT | 18OCT | | USD YOUR: PHN OF 01/10/18<br>OUR: 0019801291GP | 72,733.59 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: TRANSFER OF FUNDS | | |
| 18OCT | 18OCT | | USD YOUR: ACH OF 01/10/18<br>OUR: 0011600291HP | 92,582.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 18OCT | 18OCT | | USD YOUR: PHN OF 01/10/18<br>OUR: 0044100291GP | 5,700,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R GRACE & CO-CONN<br>REF: WR GRACE PYMT FOR FOR CONTROLE<br>D DISBURSTMENT ACCOUNT/TIME/17:10<br>IMAD: 1018B1QGC06C004093 | | |
| 19OCT | | | USD OUR: 0032610114XF | 5,503.05 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323881963 | | |
| 19OCT | 19OCT | | USD YOUR: PHN OF 01/10/19<br>OUR: 0030701292GP | 120,042.62 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PYMT | | |
| 19OCT | 19OCT | | USD YOUR: PHN OF 01/10/19<br>OUR: 0030700292GP | 153,880.98 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 00163002<br>FPRS DEPOSITORY<br>REF: PLAN 89995/89994 WEEK ENDING 1<br>0/15/01<br>SSN: 0230175 | | |
| 19OCT | 19OCT | | USD YOUR: PHN OF 01/10/19<br>OUR: 0039700292GP | 700,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: WR GRACE AND CO-CONN<br>REF: PAYMENT FOR CONTROL DISBURSEME<br>NTS/TIME/16:43<br>IMAD: 1019B1QGC04C004079 | | |
| 19OCT | 19OCT | | USD YOUR: PHN OF 01/10/19<br>OUR: 0039701292GP | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUNDS<br>BEN: N/O WR GRACE AND CO-CONN<br>REF: TRANSFER FUNDS/TIME/16:33<br>IMAD: 1019B1QGC06C003969 | | |

```
                                          Account No:         016-001257
                                          Statement Start Date: 16 OCT 2001
                                          Statement End Date:   31 OCT 2001
                                          Statement Code:       S00-USA-22
                                          Statement No:         020
                                                          Page 14 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140
```

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| DEBITS CONTINUED | | | | | | | | |
| 22OCT | | | | USD OUR: 0032230114XF | 2,068.94 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238196 | | |
| 22OCT | | 22OCT | | USD YOUR: PHN OF 01/10/22<br>OUR: 0034603295GP | 4,399.75 | BOOK TRANSFER DEBIT<br>A/C: BANK OF NEW YORK AS TTEE & BAN<br>LIMA 12 PERU<br>BEN: /193075645458<br>TERESOPOLIS S.A.<br>REF: PMT INV 020-01 ON BEHALF OF GR<br>ACE DAVISON | | |
| 22OCT | | 22OCT | | USD YOUR: PHN OF 01/10/22<br>OUR: 0034602295GP | 56,844.24 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | | |
| 22OCT | | 22OCT | | USD YOUR: PHN OF 01/10/22<br>OUR: 0034600295GP | 2,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: WR GRACE AND CO-CONN<br>REF: WR GRACE PMTS FOR CONTROLLED D<br>ISBURSEMENT ACCOUNTS/TIME/16:25<br>IMAD: 1022B1QGC04C003886 | | |
| 22OCT | | 22OCT | | USD YOUR: PHN OF 01/10/22<br>OUR: 0034601295GP | 4,800,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRIL LYNCH PREMIER INSTITUTI<br>FUND<br>BEN: N/O WR GRACE AND CO-CONN<br>REF: TRANSFER OF FUNDS/REC/ATTN MER<br>RILL GROUP/TIME/16:25<br>IMAD: 1022B1QGC07C004065 | | |
| 23OCT | | | | USD OUR: 0031070114XF | 786.01 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238196 | | |
| 23OCT | | 23OCT | | USD YOUR: PHN OF 01/10/23<br>OUR: 0023402296GP | 2,476.14 | BOOK TRANSFER DEBIT<br>A/C: METROPOLITAN LIFE INSURANCE CO<br>TAMPA FL 33630-3370<br>REF: EMPLOYEE GUL CONTRIBUTION FOR<br>SEPT 2001 | | |
| 23OCT | | 23OCT | | USD YOUR: PHN OF 01/10/23<br>OUR: 0023404296GP | 4,506.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION FL<br>/063000021<br>A/C: RODRIGO AYERBE<br>REF: WR GRACE PAYMENT FOR 4TH QUART<br>ER 2001<br>IMAD: 1023B1QGC04C003396 | | |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 15 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---:|---|---|---|
| *DEBITS CONTINUED* | | | | | | | | |
| 23OCT | | 23OCT | USD | YOUR: PHN OF 01/10/23<br>OUR: 0023403296GP | 6,040.09 | BOOK TRANSFER DEBIT<br>A/C: METROPOLITAN LIFE INSURANCE CO<br>TAMPA FL 33630-3370<br>REF: EMPLOYEE LTC CONTRIBUTION FOR<br>SEPT 2001 | | |
| 23OCT | | 23OCT | USD | YOUR: PHN OF 01/10/23<br>OUR: 0023401296GP | 31,660.87 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | | |
| 23OCT | | 23OCT | USD | YOUR: PHN OF 01/10/23<br>OUR: 0023400296GP | 757,847.31 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: WR GRACE<br>REF: FUNDING HOURLY PAYROLL/TIME/16<br>:07<br>IMAD: 1023B1QGC06C003477 | | |
| 23OCT | | 23OCT | USD | YOUR: PHN OF 01/10/23<br>OUR: 0039300296GP | 5,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND COMPANY-CONN<br>REF: W.R. GRACE PAYMENTS FOR CONTRO<br>L DISBURSMENT ACCOUNT/TIME/16:57<br>IMAD: 1023B1QGC05C003772 | | |
| 24OCT | | 24OCT | USD | OUR: 0031290114XF | 2,715.74 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238819 63 | | |
| 24OCT | | 24OCT | USD | YOUR: ACH OF 01/10/24<br>OUR: 0043700297HP | 8,188.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634-<br>REF: /TIME/17:42 | | |
| 24OCT | | 24OCT | USD | YOUR: PHN OF 01/10/24<br>OUR: 0041100297GP | 51,489.09 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | | |
| 24OCT | | 24OCT | USD | YOUR: PHN OF 01/10/24<br>OUR: 0041102297GP | 186,102.65 | FEDWIRE DEBIT<br>VIA: BANK ONE NA CHGO<br>/071000013<br>A/C: UNITED HEALTHCARE<br>REF: /TIME/17:42<br>IMAD: 1024B1QGC04C004216 | | |
| 24OCT | | 24OCT | USD | YOUR: PHN OF 01/10/24<br>OUR: 0041101297GP | 336,629.00 | BOOK TRANSFER DEBIT<br>A/C: METROPOLITAN LIFE INSURANCE CO<br>TAMPA FL 33630-3370 | | |
| 24OCT | | 24OCT | USD | YOUR: PHN OF 01/10/24<br>OUR: 0018500297GP | 2,492,550.31 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113 | | |

```
W.R. GRACE AND COMPANY                           Account No:           016-001257
SYRACUSE FUNDING ACCOUNT                         Statement Start Date: 16 OCT 2001
ATT: MARY BOUCHARD                               Statement End Date:   31 OCT 2001
62 WHITTEMORE AVENUE                             Statement Code:       S00-USA-22
CAMBRIDGE   MA   02140                           Statement No:         020
                                                                       Page 16 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 24OCT | 24OCT | USD | YOUR: PHN OF 01/10/24<br>OUR: 0041103297GP | 5,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: WR GRACE AND CO<br>REF: /TIME/17:48<br>IMAD: 1024B1QGC07C004426 |
| 25OCT | 25OCT | USD | OUR: 0032370114XF | 350.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 |
| 25OCT | 25OCT | USD | YOUR: PHN OF 01/10/25<br>OUR: 0039802298GP | 22,988.32 | BOOK TRANSFER DEBIT<br>A/C: NATEXIS BANQUE POPULAIRES<br>PARIS CEDEX 09 FRANCE 75427-<br>BEN: /30021530030409411501476<br>RHODIA TERRES<br>REF: GRACE DAVISON 3RD QUARTER 2001<br>ROYALTY PAYMENT |
| 25OCT | 25OCT | USD | YOUR: PHN OF 01/10/25<br>OUR: 0012901298GP | 38,565.69 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT |
| 25OCT | 25OCT | USD | YOUR: PHN OF 01/10/25<br>OUR: 0012902298GP | 54,447.90 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: FUNDING UNITED HEALTH CARE ACC OUNT |
| 25OCT | 25OCT | USD | YOUR: PHN OF 01/10/25<br>OUR: 0012903298GP | 367,598.48 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: WR GRACE & CO. RETIREMENT PLAN<br>REF: SUPPLEMENTAL PENSION PAYMENT F<br>OR THE MONTH OF NOVERMBER 2001/TIME<br>/12:57<br>IMAD: 1025B1QGC03C002633 |
| 25OCT | 25OCT | USD | YOUR: PHN OF 01/10/25<br>OUR: 0012900298GP | 1,024,764.63 | FEDWIRE DEBIT<br>VIA: BKAM IL CGO<br>/071000039<br>A/C: WR GRACE & CO./COM<br>REF: REF: TRANSFER OF FUNDS TO BANK<br>OF AMERICA LOCKBOX/TIME/12:54<br>IMAD: 1025B1QGC01C002877 |
| 25OCT | 25OCT | USD | YOUR: PHN OF 01/10/25<br>OUR: 0039801298GP | 7,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 17 of 20

## DEBITS CONTINUED

| Ledger Date | Val Ledger Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 25OCT | 25OCT | USD | YOUR: PHN OF 01/10/25<br>OUR: 0039800298GP | 8,400,000.00 | /053000219<br>A/C: WR GRACE AND CO.<br>REF: /TIME/16:11<br>IMAD: 1025B1QGC03C004145<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIRE INSTITUT<br>FUND<br>BEN: WR GRACE AND CO.<br>REF: /TIME/16:10<br>IMAD: 1025B1QGC06C004275 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027502299GP | 30,722.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 22101421606<br>SWIFT HABAEE2X<br>REF: AS SILMET PYMT OF INVOICE NO.5<br>2382<br>SSN: 0223203 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027503299GP | 32,598.38 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC FUNDING ACCOUNT |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0046100299GP | 115,500.00 | FEDWIRE DEBIT<br>VIA: BK AMER SF<br>/121000358<br>A/C: BANK OF AMERICA BUSINESS CREDI<br>835<br>REF: PAYMENT OF INTEREST ON 30 MILL<br>ION DIP BORROWING/TIME/17:08<br>IMAD: 1026B1QGC07C004623 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027501299GP | 185,977.51 | FEDWIRE DEBIT<br>VIA: WACHOVIA WINSTON<br>/053100494<br>A/C: RHODIA ELECTONICS AND CATALYST<br>REF: GRACE DAVIDSON PYMT FOR INVOIC<br>ES/TIME/14:10<br>IMAD: 1026B1QGC06C002996 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027500299GP | 919,706.90 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 00163002<br>FPRS DEPOSITORY |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 20 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | A/L Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | |
| 31OCT | | 31OCT | | USD YOUR: SEE WIRE OUR: 1119400304JB | 60,356.15 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | |
| 31OCT | | 31OCT | | USD YOUR: 0018225102003A OUR: 1119900304JB | 998,475.96 | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVA SCOTIA TRANSIT 24042 BEN: MONEY MOBILIZATION DIVISION ATTENTION GEORGE SEYMOUR REF: DAVISON W.R. GRACE - VALLEYFIE LD SETTLEMENT SSN: 0276459 | |
| 31OCT | | 31OCT | | USD YOUR: HOWT-FUCD OUR: 1358200304JB | 1,600,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:54 IMAD: 1031B1QGC07C004735 | |
| 31OCT | | 31OCT | | USD YOUR: SEE WIRE OUR: 1358500304JB | 1,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:55 IMAD: 1031B1QGC01C004953 | |

**CHECKS**

*No Activity*

# The Chase Manhattan Bank

## Statement of Account

in U.S. Dollars

Account No: 016-001257
Statement Start Date: 29 SEP 2001
Statement End Date: 15 OCT 2001
Statement Code: S00-USA-22
Statement No: 019

Page 1 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 31    56,157,592.39 |
| Total Debits (incl. checks) | 47    55,180,463.29 |
| Total Checks Paid | 0          0.00 |

### BALANCES

| Opening (29 SEP 2001) | | Closing (15 OCT 2001) | |
|---|---|---|---|
| Ledger | 448,680.67 | Ledger | 1,425,809.77 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### LEDGER BALANCES

| Date | Closing Balances Amount |
|---|---|
| 01OCT | 1,182,655.90 |
| 02OCT | 482,198.89 |
| 03OCT | 437,196.12 |
| 04OCT | 463,925.75 |
| 05OCT | 819,284.86 |
| 09OCT | 450,105.49 |
| 10OCT | 445,480.63 |
| 11OCT | 506,713.56 |
| 12OCT | 564,332.93 |
| 15OCT | 1,425,809.77 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 01OCT | | | | USD YOUR: 31Y9830989274<br>OUR: 2741000989ZA | 3,748.26 | NET AIP INTEREST EARNED<br>CREDIT OF NET AIP INTEREST FOR<br>CURRENT PERIOD AND ANY PRIOR<br>PERIOD ADJUSTMENTS. SEE ENHANCED<br>AIP STATEMENT FOR DETAILS. |
| 01OCT | | | | USD YOUR: MAESTRO<br>OUR: 0699508274FF | 800,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>BBI=/TIME/13:00<br>IMAD: 1001A1Q002GC002500 |
| 01OCT | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0315202274FF | 1,435,723.54 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>IMAD: 1001EAQFT11A001625 |
| 01OCT | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0298202274FF | 2,027,253.09 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039 |

FT CODE:  USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

Case 01-01139-AMC    Doc 1443-5    Filed 01/04/02    Page 18 of 20

The Chase Ma... ...an Bank

Statement of Account

In US Dollars

Account No:           016-001257
Statement Start Date: 29 SEP 2001
Statement End Date:   15 OCT 2001
Statement Code:       S00-USA-22
Statement No:         019

Page 2 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | 02OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0115002275FF | 465,365.00 | B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:49<br>IMAD: 1001G1QFGY2C000797 | | |
| | | 02OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0115009275FF | 2,081,966.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & COMPANY<br>BOCA RATON FL 33486-1010<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:40<br>IMAD: 1002EAQFTI1A000666 | | |
| | | 02OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0084801275FF | 5,304,050.88 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:09<br>IMAD: 1002EAQFTI1A000663 | | |
| | | 03OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0162802276FF | 1,213,644.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE<br>COLUMBIA, MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A | | |

# The Chase Manhattan Bank

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 29 SEP 2001
Statement End Date: 15 OCT 2001
Statement Code: S00-USA-22
Statement No: 019

Page 3 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| 03OCT | | 03OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0199908276FF | 1,398,337.90 | C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:37<br>IMAD: 1003EAQFTI1A000857<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:38<br>IMAD: 1003G1QFGY2C000416 | | |
| 04OCT | | 04OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0173414277FF | 849,984.32 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE<br>COLUMBIA, MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:33<br>IMAD: 1004EAQFTI1A000933 | | |
| 04OCT | | 04OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0110301277FF | 1,590,033.17 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:21<br>IMAD: 1004G1QFGY2C000533 | | |
| 04OCT | | 04OCT | | USD YOUR: MAESTRO<br>OUR: 0315201277FF | 3,100,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 1004A1Q002GC001149 | | |

Case 01-01139-AMC    Doc 1443-5    Filed 01/04/02    Page 20 of 20

The Chase Manhattan Bank

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 29 SEP 2001
Statement End Date: 15 OCT 2001
Statement Code: S00-USA-22
Statement No: 019
Page 4 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 05OCT | | 05OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0178309278FF | 1,229,315.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE COLUMBIA, MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:29 IMAD: 1005EAQFTI1A001031 | | |
| 05OCT | | 05OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0236709278FF | 1,232,858.36 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/13:40 IMAD: 1005G1QFGY2C001001 | | |
| 05OCT | | 05OCT | | USD YOUR: O/B FIRST UNION OUR: 0243713278FF | 4,288,746.05 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B FIRST UNION BBI=/TIME/13:53 IMAD: 1005F3QCAA1C001159 | | |
| 09OCT | | 09OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0208101282FF | 1,941,352.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:04 IMAD: 1009EAQFTI1A000881 | | |
| 09OCT | | 09OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0170509282FF | 3,432,914.53 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. | | |