**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Shelley A. Hollinghead, certify that I am not less than 18 years of age, and that service of a copy of the following:

    **(a)    Certification of No Objection Regarding Docket No. 1068**

    **(b)    Certification of No Objection Regarding Docket No. 1230**

    **(c)    Certification of No Objection Regarding Docket No. 1231**

    **(d)    Certification of No Objection Regarding Docket No. 1290**

    **(e)    Certification of No Objection Regarding Docket No. 1239**

was made January 4, 2002, upon:

    All of the parties indicated on the attached Service List by first class mail, postage prepaid, or as otherwise indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: January 4, 2002                    /s/ Shelley A. Hollinghead
                                            Shelley A. Hollinghead, Paralegal
                                            DUANE MORRIS LLP
                                            1100 N. Market Street, Suite 1200
                                            Wilmington, DE 19801-1246
                                            Telephone:    (302) 657-4900
                                            Facsimile:     (302) 657-4901
                                            Email:         sahollinghead@duanemorris.com

WLM\153847.1