IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

W. R. Grace & Co., one of the above-captioned debtors and debtors in possession

wishes to amend its Statements of Financial Affairs by the addition of the following responses to the

Statements of Financial Affairs, and as more fully set forth on Exhibit A attached hereto.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Dated: January 4, 2002

Respectfully submitted,

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

# Exhibit A

## SOFA Item 17 Response
## STATEMENT 17(A)

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and if known, the Environmental Law:

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. | Wauconda Landfill Wauconda Sand & Gravel Site Wauconda, IL 60084 | U.S. Environmental Protection Agency Region 5 230 South Dearborn St. Chicago, IL 60604 | January 31, 1983 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. | Wauconda Landfill Wauconda Sand & Gravel Site Wauconda, IL 60084 | U.S. Environmental Protection Agency Region 5 230 South Dearborn St. Chicago, IL 60604 | December 28, 1988 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. | Wauconda Landfill Wauconda Sand & Gravel Site Wauconda, IL 60084 | U.S. Environmental Protection Agency Region 5 230 South Dearborn Street Chicago, IL 60604 | | Comprehensive Environmental Response Compensation and Liability Act | Administrative Order by Consent 1986 Supplemental Remedium Investigation/ Feasibility Study Interim Remedial Measures | None | Closed |

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. | Wauconda Landfill Site Wauconda Sand & Gravel Site Wauconda, IL 60084 | U.S. Environmental Protection Agency Region V 230 South Dearborn Street Chicago, IL 60604 And Illinois Environmental Protection Agency 230 South Dearborn Street Chicago, IL 60604 | | Comprehensive Environmental Response Compensation and Liability Act | Modification of Administrative Order by Consent Issued on June 10, 1986 Supplemental Remedium Investigation/ Feasibility Study Interim Remedial Measures | U.S. Environmental Protection Agency Docket No. VW-86-C006 | Closed |
| W.R. Grace & Co. | Wauconda Landfill Site Wauconda Sand & Gravel Site Wauconda, IL 60084 | U.S. Environmental Protection Agency Region 5 230 South Dearborn Street Chicago, IL 60604 | | Comprehensive Environmental Response Compensation and Liability Act | Administrative Order 1989 | None | Ongoing |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

2

01/04/02

24. Tax Consolidation Group

April 1, 1998 to Present

Parent Corporation Name        W. R. Grace & Co.

FEIN                          65-0773649

September 29, 1996 to March 31, 1998

Parent Corporation Name        Sealed Air Corporation
                              (f/k/a W. R. Grace & Co.)

FEIN                          65-0654331
Address                       Park 80 East
                              Saddle Brook, NJ 07663

September 28, 1996 and prior years

Parent Corporation Name        Fresenius National Medical Care Holding, Inc.
                              (f/k/a W. R. Grace & Co.)

FEIN                          13-3461988
Address                       Two Ledgemont Center
                              95 Hayden Avenue
                              Lexington, MA 02173

25.   Pension Funds

### W. R. Grace & Co. - 2000 Planlist - PENSION PLANS

#### EIN - 65-0773649

001      Retirement Plan for Salaried Employees

### W. R. Grace & Co. - CT  -  EIN 13-5114230

| Plan No. | Plan Name |
|---|---|
| 008 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Zonolite Plan |
| 036 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees of Curtis Bay Plant |
| 037 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees of Lake Charles Plant |
| 038 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees of Cincinnati Plant |
| 051 | Retirement Plan of W.R. Grace & Co. CT Chemical Group  - Cambridge Plant |
| 052 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Acton Plant |
| 053 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Chicago Dewey & Almy Plant |
| 057 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - North Bergen Plant |
| 060 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - CPD-West Chicago, IL |
| 061 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Libby, Montana |
| 069 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - South Gate, California |
| 134 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees - Tennessee |
| 139 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - DePere Plant |
| 164 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Amicon |
| 190 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Fallsington Plant |
| 193 | W.R. Grace & Co. CT - Retirement Plan for Non-union Hourly Employees of Subsidiary Corporations |
| 200 | Retirement Plan of W.R. Grace & Co. CT  - Du Pont Hourly Plan |
| 201 | Owensboro Plan |

2000-WRG\Planlist\mrm

## W.R. Grace & Co. - 2000 Planlist

### Savings and Welfare Plans

**EIN - 65-0773649**

<u>Plan No</u>.    <u>Plan Name</u>

123          W.R. Grace & Co. Salaried Employees Savings and Investment Plan

183          W.R. Grace & Co. Hourly Employees Savings and Investment  Plan


502          W.R. Grace & Co. Long Term Disability Plan

503          W.R. Grace & Co.  Voluntary Group Accident Plan

504          W.R. Grace & Co. Business Travel Accident Plan

521          W.R. Grace & Co. Group Life and Medical Plan for Retirees

522          W.R. Grace & Co. Healthcare Reimbursement Plan

523          W.R. Grace & Co. Dependent Care Plan

525          W.R. Grace & Co. Group Life, AD&D, Medical, Dental and Disability Plan for Active Ees.

526          W.R. Grace & Co. Severance Pay Plan for Salaried Employees

527          W.R. Grace & Co. Severance Pay Plan for U.S. Employees

528          Libby Medical Program

560          W.R. Grace & Co. Tuition Assistance Plan

2000-WRG\Planlist\mrm

## W.R. Grace & Co. - 2000 Planlist - PENSION PLANS

### EIN - 65-0773649

| | |
|---|---|
| 001 | Retirement Plan for Salaried Employees |

#### W.R. Grace & Co. - CT  -  EIN 13-5114230

Plan No.      Plan Name

| | |
|---|---|
| 008 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Zonolite Plan |
| 036 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees of Curtis Bay Plant |
| 037 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees of Lake Charles Plant |
| 038 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees of Cincinnati Plant |
| 051 | Retirement Plan of W.R. Grace & Co. CT Chemical Group  - Cambridge Plant |
| 052 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Acton Plant |
| 053 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Chicago Dewey & Almy Plant |
| 057 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - North Bergen Plant |
| 060 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - CPD-West Chicago, IL |
| 061 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Libby, Montana |
| 069 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - South Gate, California |
| 134 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees - Tennessee |
| 139 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - DePere Plant |
| 164 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Amicon |
| 190 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Fallsington Plant |
| 193 | W.R. Grace & Co. CT - Retirement Plan for Non-union Hourly Employees of Subsidiary Corporations |
| 200 | Crossfield or DuPont Plan |
| 201 | DuPont or Crossfield Plan |

Plan No.      Plan Name

| | |
|---|---|
| 123 | W.R. Grace & Co. Salaried Employees Savings and Investment Plan |
| 183 | W.R. Grace & Co. Hourly Employees Savings and Investment  Plan |
| | |
| 502 | W.R. Grace & Co. Long Term Disability Plan |
| 503 | W.R. Grace & Co.  Voluntary Group Accident Plan |
| 504 | W.R. Grace & Co. Business Travel Accident Plan |
| 521 | W.R. Grace & Co. Group Life and Medical Plan for Retirees |
| 522 | W.R. Grace & Co. Healthcare Reimbursement Plan |
| 523 | W.R. Grace & Co. Dependent Care Plan |
| 525 | W.R. Grace & Co. Group Life, AD&D, Medical, Dental and Disability Plan for Active Ees. |
| 526 | W.R. Grace & Co. Severance Pay Plan for Salaried Employees |
| 527 | W.R. Grace & Co. Severance Pay Plan for U.S. Employees |
| 560 | W.R. Grace & Co. Tuition Assistance Plan |

**W.R. Grace & Co. - CT  -  EIN 13-5114230**

**Attachment to Form 5558 – 1/1/2000-12/31/2000**

<u>Plan No.</u>      <u>Plan Name</u>

| Plan No. | Plan Name |
|---|---|
| 008 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Zonolite Plan |
| 036 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees of Curtis Bay Plant |
| 037 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees of Lake Charles Plant |
| 038 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees of Cincinnati Plant |
| 051 | Retirement Plan of W.R. Grace & Co. CT Chemical Group  - Cambridge Plant |
| 052 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Acton Plant |
| 053 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Chicago Dewey & Almy Plant |
| 057 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - North Bergen Plant |
| 060 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - CPD-West Chicago, IL |
| 061 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Libby, Montana |
| 069 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - South Gate, California |
| 134 | W.R. Grace & Co. CT - Retirement Plan for Hourly Employees - Tennessee |
| 139 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - DePere Plant |
| 164 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Amicon |
| 190 | Retirement Plan of W.R. Grace & Co. CT Chemical Group - Fallsington Plant |
| 193 | W.R. Grace & Co. CT - Retirement Plan for Non-union Hourly Employees of Subsidiary Corporations |
| 200 | DuPont Hourly Plan |
| 201 | Owensboro Plan |

401(k)/Defined Contribution plans, the EIN number is: 13-3461988