IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

ECARG, Inc., one of the above-captioned debtors and debtors in possession wishes to amend its Statements of Financial Affairs by the addition of the following responses to the Statements of Financial Affairs, and as more fully set forth on Exhibit A attached hereto.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Dated: January 4, 2002

                    Respectfully submitted,

                    KIRKLAND & ELLIS
                    James H.M. Sprayregen
                    James W. Kapp III
                    Samuel A. Schwartz
                    Roger J. Higgins
                    200 East Randolph Drive
                    Chicago, Illinois 60601
                    (312) 861-2000

                          and

                    PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

                    _/s/ David W. Carickhoff_____
                    Laura Davis Jones (Bar No. 2436)
                    David W. Carickhoff, Jr. (Bar No. 3715)
                    919 North Market Street, 16th Floor
                    P.O. Box 8705
                    Wilmington, DE 19899-8705 (Courier 19801)
                    Telephone: (302) 652-4100
                    Facsimile:  (302) 652-4400

                    Co-Counsel for the Debtors and Debtors in Possession

# Exhibit A

## SOFA Item 17 Response
## STATEMENT 17(B)

List the name and address of every site for which the debtor provided notice to a governmental a unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| ECARG, Inc. | Clean Machine Car Wash<br>425 New Jersey Route 440<br>Jersey City, NJ | New Jersey Department of Environmental Protection<br>401 East State Street<br>CN-433<br>Trenton, NJ 08625 | June 28, 1995 | Underground Storage of Hazardous Substances Act | | Case No. 95-06-28-1647 | Complete |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

1

01/04/02

# SOFA Item 17 Response
# STATEMENT 17(C)

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name of Debtor | Proceeding Caption | Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|---|---|
| ECARG, Inc. | W.R. Grace & Co. and ECARG, Inc. v. WEJA, Inc., et al. | Superior Court of New Jersey, Law Division, Hudson County | L7908-95 | Settlement negotiations and awaiting judicial decision |

1

01/04/02