IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS**

Grace Energy Corporation, one of the above-captioned debtors and debtors in possession wishes to amend its Statements of Financial Affairs by the addition of the following responses to the Statements of Financial Affairs, and as more fully set forth on Exhibit A attached hereto.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Dated: January 4, 2002

        Respectfully submitted,

        KIRKLAND & ELLIS
        James H.M. Sprayregen
        James W. Kapp III
        Samuel A. Schwartz
        Roger J. Higgins
        200 East Randolph Drive
        Chicago, Illinois 60601
        (312) 861-2000

            and

        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

        /s/ David W. Carickhoff, Jr.
        Laura Davis Jones (Bar No. 2436)
        David W. Carickhoff, Jr. (Bar No. 3715)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile:  (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession

# Exhibit A

# SOFA Item 17 Response
# STATEMENT 17(A)

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and if known, the Environmental Law:

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| Grace Energy Corporation | Casmalia Disposal Site Santa Barbara County, CA | U.S. Environmental Protection Agency Region 9 75 Hawthorne Street San Francisco, CA 94105-3901 | February 7, 2000 | Comprehensive Environmental Response Compensation and Liability Act, and Resource Conservation and Recovery Act | | | |
| Grace Energy Corporation | East Poplar Oil Field Fort Peck Indian Reservation Roosevelt County, MT | U.S. Environmental Protection Agency, Region 8 999 18th Street, Suite 500 Denver, CO 80202-2466 | Nov 5, 1999 | Safe Drinking Water Act | | | |
| Grace Energy Corporation (Sold to Sonat Exploration Company in 1993) | Grace Petroleum Corp. Bear Grass Field, TX | Texas Natural Resource Conservation Commission P.O. Box 13087 Austin, TX 78711 | March 15, 1993 | Texas Statewide Rule 8 | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

# SOFA Item 17 Response
# STATEMENT 17(C)

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name of Debtor | Proceeding Caption | Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|---|---|
| Grace Energy Corporation | Cary Youpee, et al. v. Murphy Exploration & Production Co., et al. | United States District Court, Billings Division, Montana | | Pending |
| Grace Energy Corporation | Commonwealth of Massachusetts v. W.R. Grace & Co. | U.S. District Court for the District of Massachusetts | 95-10027MLW | Consent Decree |
| Grace Energy Corporation (W.R. Grace & Co. - Conn. by indemnity) | Exxon Corp. v. Samson Hydrocarbons | District Court of Creek County, Oklahoma | | Pending; Trial set September 2001 |
| Grace Energy Corporation (W.R. Grace & Co. - Conn. by indemnity) | Grace Energy Corporation v. Kaneb Pipe LineOperating Partnership, L.P., et al. | District Court of Dallas, Texas | 9705135 | On appeal |

1

01/04/02