IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

Homco International, Inc., one of the above-captioned debtors and debtors in possession wishes to amend its <u>Statements of Financial Affairs</u> by the addition of the following responses to the Statements of Financial Affairs, and as more fully set forth on <u>Exhibit A</u> attached hereto.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Dated: January 4, 2002

        Respectfully submitted,

        KIRKLAND & ELLIS
        James H.M. Sprayregen
        James W. Kapp III
        Samuel A. Schwartz
        Roger J. Higgins
        200 East Randolph Drive
        Chicago, Illinois 60601
        (312) 861-2000

           and

        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

        /s/ David W. Carickhoff
        Laura Davis Jones (Bar No. 2436)
        David W. Carickhoff, Jr. (Bar No. 3715)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession

# Exhibit A

# SOFA Item 17 Response
# STATEMENT 17(A)

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and if known, the Environmental Law:

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| Homco International | Homco International 3701 Fruitvale Ave. Baskerfield, CA | California Department. of Toxic Substances Control 1001 I Street Sacramento, CA 95812-2828 | October 10, 1991 | California Health and Safety Code | | | |
| Homco International | Homco International Loc 166 424 E. Dresden Road Kalkaska, MI 49646 | Michigan Department of Natural Resources P. O. Box 30028 Lansing, MI 48909 | February 9, 1993 | Michigan Water Resources Commission Act | | | |
| Homco International | Homco International Loc 133 2122 Maurice Road Odessa, Ector County, TX | Texas Water Commission 1700 North Congress Austin, TX 78711-3087 | February 10, 1992 | 31 Texas Administrative Code | | | |
| Homco International | Homco International Loc 179 1224 E. Santa Clara St. Santa Paula, CA | Ventura Regional Sanitation District 1001 Partridge Dr. Ventura, CA 93003 | July 2, 1991 | Industrial Wastewater Discharge Ordinance of Santa Paula | | | |
| Homco International | Homco International Loc 127 129 Fred Road Lake Charles, LA | Louisiana Department of Environmental Quality Radiological Health Protection Division Baton Rouge, LA 70884 | September 6, 1990 | Naturally Occurring Radiological Health Material | | | |
| Homco International | Homco International Loc 124 4009 Cameron Street Lafayette, LA | Louisiana Department of Environmental Quality Office of Water Resources Baton Route, LA 70884 | August 12, 1992 | LR R. S. 30:2001 | | | |
| Homco International | Homco International 3632 South Main Pearland, TX | Texas Department of Health 1100 West 49th St. Austin, TX 78756 | November 8, 1991 | Texas Radioactive Material License | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Environmental Law | Date(s) of Notice | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| Homco International | Homco International Loc 133 2122 Maurice Road Odessa, Ector County, TX | Texas Natural Resource Conservation Commission Corrective Action Section 12100 Park 35 Circle Austin, TX 78753 | Comprehensive Environmental Response Compensation and Liability Act | | 1992 Notice of Solid Waste Violation | None | Ongoing |
| Homco International | Homco International Loc 166 424 E. Dresden Road Kalkaska, MI 49646 | Michigan Department of Natural Resources P. O. Box 30028 Lansing, MI 48909 | Comprehensive Environmental Response Compensation and Liability Act | | 1994 Consent Decree | 94-78818-CE | Ongoing |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

2

01/04/02

# SOFA Item 17 Response
# STATEMENT 17(C)

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name of Debtor | Proceeding Caption | Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|---|---|
| Homco International | Homco International, Inc. v. NL Industries, Inc. and NL Acme Tool, Inc. | U.S. District Court Southern District of Texas Houston Division | CV-H-89-3112 | Settled |

1

01/04/02