IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

Remedium Group, Inc., one of the above-captioned debtors and debtors in possession wishes to amend its Statements of Financial Affairs by the addition of the following responses to the Statements of Financial Affairs, and as more fully set forth on Exhibit A attached hereto.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Dated: January 4, 2002

Respectfully submitted,

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

      and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

---

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

# Exhibit A

# SOFA Item 17 Response
# STATEMENT 17(A)

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and if known, the Environmental Law:

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| Remedium Group, Inc. (Emerson & Cuming, Inc.) | Dewey & Almy 59 Walpole Street Canton, MA | Massachusetts Department of Environmental Protection 20 Riverside Drive Lakeville, MA 02347 | February 14, 1990 | Resource Conservation and Recovery Act | | | |
| Remedium Group, Inc. (Emerson & Cuming, Inc.) | Dewey & Almy 59 Walpole Street Canton, MA | Canton Conservation Commission Canton, MA | November 29, 1994 | Massachusetts Wetlands Protection Act | | | |
| Remedium Group, Inc. (Emerson & Cuming, Inc.) | Dewey & Almy 59 Walpole Street Canton, MA | U.S. Environmental Protection Agency Region 1 JFK Building Boston, MA 02203-0001 | April 5, 1990 | Resource Conservation and Recovery Act | | | |
| Remedium Group, Inc. (Emerson & Cuming, Inc.) | Operating Industries, Inc. Superfund Site Monterey, CA | U.S. Environmental Protection Agency Region 9 75 Hawthorne Street Mail Code RC-3-3 San Francisco, CA 94105 | May 23, 1993 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(B)

List the name and address of every site for which the debtor provided notice to a governmental a unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| Remedium Group, Inc. (Emerson & Cuming, Inc.) | Iron Horse Park Superfund Site Schaffer Landfill Pond Street Billerica, MA | U.S. Environmental Protection Agency Region 1 Waste Management Division JFK Building Boston, MA 02203 | December 30, 1991 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

1