IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

W. R. Grace & Co. - Conn., one of the above-captioned debtors and debtors in possession wishes to amend its Statements of Financial Affairs by the addition of the following responses to the Statements of Financial Affairs, and as more fully set forth on Exhibit A attached hereto.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Dated: January 4, 2002

Respectfully submitted,

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

# Exhibit A

## SOFA Item 17 Response
## STATEMENT 17(A)

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and if known, the Environmental Law:

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R Grace & Co. — Conn. (Chomerics, Inc.) | Chomerics 380 South Street Plainville, MA | Massachusetts Department of Environmental Protection 20 Riverside Drive Lakeville, MA 02347 | December 9, 1999 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R Grace & Co. — Conn. (Chomerics, Inc.) | Chomerics Division 10 State Street Woburn, MA 01801 | Massachusetts Water Resources Authority 100 First Avenue Boston, MA 02129 | September 6, 1991 | Clean Water Act | | | |
| W.R Grace & Co. — Conn. (Chomerics, Inc.) | Chomerics Division 10 State Street Woburn, MA 01801 | Massachusetts Department of Environmental Protection 20 Riverside Drive Lakeville, MA 02347 | September 17, 1991 | Clean Air Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and if known, the Environmental Law:

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Agricultural Chemical Refinery Road & Interstate 20 East Big Springs, TX | Texas Water Commission 1700 North Congress Ave. Austin, TX 78711 | March 5, 1990 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Agriculture Street Landfill Orleans Parish New Orleans, LA | U.S. Environmental Protection Agency Region 6 1445 Ross Avenue Suite 1200 Dallas, TX 75202-2733 | March 1, 2001 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Amicon – W.R.Grace 17 Cherry Hill Drive Danvers, MA | South Essex Sewerage District 50 Fort Ave. Salem, MA 01970 | September 11, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Amicon – W.R.Grace 17 Cherry Hill Drive Danvers, MA | South Essex Sewerage District 50 Fort Ave. Salem, MA 01970 | November 18, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Aqua-Tech Environmental County Road Greer, SC | U.S. Environmental Protection Agency Region 4 Atlanta Federal Center 61 Forsyth Street Atlanta, GA 30303 | May 1992 | Comprehensive Environmental Response Compensation and Liability Act | 1992 Unilateral Administrative Order | USEPA 95-33-C | Ongoing |
| W.R. Grace & Co. - Conn. | Aqua-Tech Environmental County Road Greer, SC | South Carolina Department of Health and Environmental Control 8901 Farrow Road Stem Business Center Columbia, SC 29223 | August 1991 | Comprehensive Environmental Response Compensation and Liability Act | 1991 Emergency Administrative Order | 91-52-SW | Ongoing |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | ArChem Company Site, Thames Chelsea Chemical Company USA Houston, TX | Texas Water Commission P.O. Box 13087 1700 North Congress Ave. Austin, TX 78711 | May 12, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Bay Area Drum Property 1212 Thomas Avenue San Francisco, CA | California Department of Toxic Substances Control 1001 I Street Sacramento, CA 95812-2828 | March 2001 | Comprehensive Environmental Response Compensation and Liability Act | Settlement Agreement and Consent Decree | U.S. District Court Northern District of California No C00-4796 PJH | Ongoing |
| W. R. Grace & Co. - Conn. | Bay Drums Superfund Site State Road 574 Near Interstate 4 Tampa, FL | U.S. Environmental Protection Agency Region 4 Waste Management Division Emergency and Remedial Response Branch 345 Courtland Street, N.E. Atlanta, GA 30365 | March 25, 1986 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Bay Drums Superfund Site State Road 574 Near Interstate 4 Tampa, FL | U.S. Environmental Protection Agency Region 4 Waste Management Division 345 Courtland Street, N.E. Atlanta, GA 30365 | December 29, 1993 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Bay Drums Superfund Site State Road 574 Near Interstate 4 Tampa, FL | U.S. Environmental Protection Agency Region 4 Waste Management Division 345 Courtland Street, N.E. Atlanta, GA 30365 | | Comprehensive Environmental Response Compensation and Liability Act | Consent Order (May 30, 1990) Withdrawal from Remedium Investigation/ Feasibility Study (conflict of interest) | 90-42-C | Completed |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. - Conn. | Bay Drums Superfund Site State Road 574 Near Interstate 4 Tampa, FL | U.S. District Court for The Middle District of Florida Tampa Division 611 North Florida Ave. Room 105 Tampa, FL 33602 | | Comprehensive Environmental Response Compensation and Liability Act | Consent Decree (May 1, 1995) Nos.: 97-1564-CIV-T-26(A) 97-1565-CIV-T-26(E) 97-1566-CIV-T-26(C) | Civil Action | Ongoing |
| W. R. Grace & Co. - Conn. | Bay Drums Superfund Site State Road 574 Near Interstate 4 Tampa, FL | U.S. Environmental Protection Agency Region 4 Waste Management Division 345 Courtland Street, N.E. Atlanta, GA 30365 | | Comprehensive Environmental Response Compensation and Liability Act | Consent Decree Remedium Design/ Remedium Action Operations Unit 1, 2 & 4 (re-executed on 1/21/97) | | |
| W. R. Grace & Co. - Conn. | Bel-Fab Manufacturing Corp. 380 Hudson River Road Half Moon, NY | U.S. Environmental Protection Agency Region 4 290 Broadway New York, NY 10077-1866 | July 21, 2000 | Comprehensive Environmental Response Compensation and Liability Act | Consent Order (May 30, 1990) Withdrawal from Remedium Investigation/ Feasibility Study (conflict of interest) | 89-16-C | Completed |
| W. R. Grace & Co. - Conn. | Benedict Enterprises, Inc. 707 S. Edgewood Ave. Urbana, OH | Ohio Environmental Protection Agency 122 South Front Street Columbus, OH 43216 | November 4, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Bill Johns Waste Oil 3831 William Street Jacksonville, FL | U.S. Environmental Protection Agency Region 4 Atlanta Federal Center 61 Forsyth Street SW Atlanta, GA 30303-3104 | April 2000 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. - Conn. | Blackburn and Union Privileges Site South Street Walpole, MA 02081 | U.S. Environmental Protection Agency Region 1 60 Westview Street Lexington, MA 02173 | December 15, 1987 October 6, 1988 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Blackburn and Union Privileges Site South Street Walpole, MA 02081 | U.S. Environmental Protection Agency Region 1 JFK Federal Building Boston, MA 02203-0001 | July 15, 1998 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Blackburn and Union Privileges Site South Street Walpole, MA 02081 | U.S. Environmental Protection Agency Region 1 JFK Federal Building Boston, MA 02203-0001 | March 31, 1999 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Blackburn and Union Privileges Site South Street Walpole, MA 02081 | U.S. Environmental Protection Agency Region 1 JFK Federal Building Boston, MA 02203-0001 | | Comprehensive Environmental Response Compensation and Liability Act | Second Administrative Order for Removal Action – 1992 | U.S. Environmental Protection Agency Region 1 Comprehensive Environmental Response Compensation and Liability Act Docket No. 92-1033 | Ongoing |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

4

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. - Conn. | Blackburn and Union Privileges Site South Street Walpole, MA 02081 | U.S. Environmental Protection Agency Region 1 JFK Federal Building Boston, MA 02203-0001 | | Comprehensive Environmental Response Compensation and Liability Act | Administrative Order by Consent for Remedial Investigation/ Feasibility Study – 1999 Comprehensive Environmental Response Compensation and Liability Act Docket No. 99-0027 | U.S. Environmental Protection Agency Region 1 | Ongoing |
| W. R. Grace & Co. - Conn. | Blackburn and Union Privileges Site South Street Walpole, MA 02081 | U.S. Environmental Protection Agency Region 1 JFK Federal Building Boston, MA 02203-0001 | | Comprehensive Environmental Response Compensation and Liability Act | Agreement for Recovery of Past Response Costs – 1999 | U.S. Environmental Protection Agency Region 1 Comprehensive Environmental Response Compensation and Liability Act Docket No. 99-0027 | Closed |
| W. R. Grace & Co. - Conn. | Boarhead Farms Site (Boarhead Corporation and DeRewal Chemical Co.) Bridgeton Township, PA | U.S. Environmental Protection Agency Region III 841 Chestnut Building, Philadelphia, PA 19107 | October 30, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Burns Hill Road Site Hudson, NH | New Hampshire Department of Environmental Services 6 Hazen Drive Concord, NH 03302 | October 29, 1999 | NH Code of Administrative Rules Env-Wm 1403 | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

5

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Central Chemical Hagerstown, MD | U.S. Environmental Protection Agency Region 3 841 Chestnut Building Philadelphia, PA. 18107 | February 18, 1998 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 6851 Smith Avenue Newark, CA | Bay Area Air Quality Management District 939 Ellis Street San Francisco, CA 94109 | November 28, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 6851 Smith Avenue Newark, CA | California Division of Toxic Substances Administration | October 23, 1992 | Toxic Substances Control Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 6051 W. 65th Street, Bedford Park Chicago, IL 60638 | Metropolitan Water Reclamation District of Greater Chicago P.O. Box 10654 Chicago, IL 60610 | October 14, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 6051 W. 65th Street, Bedford Park Chicago, IL 60638 | Illinois Environmental Protection Agency 1021 North Grand Ave. East Springfield IL 62794 | February 25, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 6051 W. 65th Street, Bedford Park Chicago, IL 60638 | Metropolitan Water Reclamation District of Greater Chicago P.O. Box 10654 Chicago, IL 60610 | March 1, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 6051 W. 65th Street, Bedford Park Chicago, IL 60638 | Illinois Environmental Protection Agency 1021 North Grand Ave. East Springfield IL 62794 | June 30, 1992 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 6051 W. 65th Street, Bedford Park Chicago, IL 60638 | Illinois Environmental Protection Agency 1021 North Grand Ave. East Springfield IL 62794 | December 17, 1999 | Clean Air Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Construction Products 6051 W. 65th Street, Bedford Park Chicago, IL 60638 | Illinois Environmental Protection Agency 1021 North Grand Ave. East Springfield IL 62794 | June 22, 2000 | Leaking Underground Storage Tank | | | |
| W.R. Grace & Co. - Conn. | Construction Products Trenton, NJ | Department of Environmental Protection, Division of Hazardous Waste Management Trenton, NJ 08625 | April 16, 1991 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 1005 Blue Mound Road Fort Worth, TX | Texas Air Control Board 6330 Hwy 290 E. Austin, TX 78723 | July 13, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 1005 Blue Mound Road Fort Worth, TX | Texas Air Control Board 6330 Hwy 290 E. Austin, TX 78723 | August 13, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 1005 Blue Mound Road Fort Worth, TX | Texas Air Control Board 6330 Hwy 290 E. Austin, TX 78723 | August 31, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 1005 Blue Mound Road Fort Worth, TX | Texas Air Control Board 6330 Hwy 290 E. Austin, TX 78723 | October 4, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 1005 Blue Mound Road Fort Worth, TX | Texas Air Control Board 6330 Hwy 290 E. Austin, TX 78723 | Unknown | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 1005 Blue Mound Road Fort Worth, TX | Texas Water Commission 1700 North Congress Ave. Austin, TX 78711 | May 21, 1990 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products Libby, Montana | U.S. Environmental Protection Agency Region 1 JFK Federal Building Boston, MA 02203-0001 | December 27, 1990 | Toxic Substances Control Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products Libby, Montana | U.S. Environmental Protection Agency Region 1 JFK Federal Building Boston, MA 02203-0001 | Unknown, 1993 | Toxic Substances Control Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Construction Products Division Easthampton, MA | Massachusetts Department of Environmental Protection One Winter Street Boston, MA 02108 | March 18, 1991 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products Division 7772 Park Place Brighton, MI | State of Michigan Department of Natural Resources P.O. Box 30028 Lansing, MI 48909 | June 20, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac P.O. Box 464 Duncan, SC | South Carolina Department of Health and Environmental Control 2600 Bull Street Columbia, SC 29201 | December 14, 1995 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac P.O. Box 464 Duncan, SC | South Carolina Department of Health and Environmental Control 2600 Bull Street Columbia, SC 29201 | May 23, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac P.O. Box 338 Greenville, SC | South Carolina Department of Health and Environmental Safety 301 University Ridge, Suite 5800 Greenville, SC 29601 | April 1, 1997 | Hazardous Waste Management Regulations | | | |
| W.R. Grace & Co. - Conn. | Cryovac P.O. Box 338 Simpsonville, SC | South Carolina Department of Health and Environmental Control 2600 Bull Street Columbia, SC 29201 | March 7, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac P.O. Box 338 Simpsonville, SC | South Carolina Department of Health and Environmental Control 2600 Bull Street Columbia, SC 29201 | January 22, 1990 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

8

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Cryovac P.O. Box 338 Simpsonville, SC | South Carolina Department of Health and Environmental Control 2600 Bull Street Columbia, SC 29201 | May 26, 1994 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac P.O. Box 338 Simpsonville, SC | South Carolina Department of Health and Environmental Control 2600 Bull Street Columbia, SC 29201 | April 15, 1992 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac P.O. Box 338 Simpsonville, SC | Western Carolina Regional Sewer Authority 581 Mauldin Road Greenville, SC 29607 | September 29, 1995 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac P.O. Box 338 Simpsonville, SC | Western Carolina Regional Sewer Authority 581 Mauldin Road Greenville, SC 29607 | | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac 1301 West Magnolia Ave. Iowa Park, TX | Texas Natural Resource Conservation Commission, Office Park West 209 S. Danville, Ste B200 Abilene, TX 79605 | February 6, 1995 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac Division P.O. Box 1157 Seneca, SC | Oconee County Sewer Commission 623 Return Church Road Seneca, SC 29678 | April 17, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac Division P.O. Box 1157 Seneca, SC | Oconee County Sewer Commission 623 Return Church Road Seneca, SC 29678 | July 27, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Cryovac Division P.O. Box 1157 Seneca, SC | Oconee County Sewer Commission 623 Return Church Road Seneca, SC 29678 | October 26, 1992 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

9

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Daramic 51 Independence Rd. Acton, MA 01720 | Massachusetts Department of Environmental Protection Central Regional Office 75 Grove Street Worcester, MA 01605 | October 12, 1996 | Massachusetts Contingency Plan | | | Closed November 11, 1999 |
| W.R. Grace & Co. - Conn. | Daramic 51 Independence Rd. Acton, MA 01720 | Massachusetts Department of Environmental Protection One Winter Street Boston, MA 02108 | October 29, 1996 | Clean Water Act | Groundwater Discharge Permit 1994 | Permit #O-395 | |
| W.R. Grace & Co. - Conn. | Daramic 51 Independence Rd. Acton, MA 01720 | Massachusetts Department of Environmental Protection Central Regional Office 75 Grove Street Worcester, MA 01605 | 1996 | | MCP Permit Re-classification – 1996 | Tier 1B Permit #84874 | Ongoing |
| W.R. Grace & Co. - Conn. | Daramic 51 Independence Rd. Acton, MA 01720 | Massachusetts Department of Environmental Protection Central Regional Office 627 Main Street Worcester, MA 01608 | December 13, 2000 | Massachusetts Contingency Plan | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | April 10, 1990 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | July 20, 1990 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | May 3, 1990 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | October 4, 1990 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Georgia Department of Natural Resources 205 Butler Street, SE Atlanta, GA 30303 | August 3, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Georgia Department of Natural Resources 205 Butler Street, SE Atlanta, Georgia 30334 | September 26, 1990 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, Georgia 30334 | January 1, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | December 11, 1990 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | February 2, 1991 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

11

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | May 30, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | April 16, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | April 26, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | November 13, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | July 24, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | August 1, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | March 21, 1991 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

12

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | January 8, 1991 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | January 29, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | March 2, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | April 30, 1992 | Publically Owned Treatment Work | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | July 27, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | August 6, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | December 31, 1992 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

13

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | August 19, 1993 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | March 30, 1993 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | October 6, 1993 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | October 23, 1993 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | February 26, 1993 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | September 30, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | March 2, 1994 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | April 13, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | April 19, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | May 9, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | August 31, 1995 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | January 18, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | March 21, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | May 28, 1996 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

15

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | June 14, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | November 14, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | November 22, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | March 21, 1997 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works, Fulton County 141 Pryor Street, SW Suite 6001 Atlanta, GA 30303 | July 21, 1997 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | January 28, 1998 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | April 21, 1998 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | July 1, 1998 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

16

01/04/02