SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | August 7, 1998 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | November 24, 1998 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | February 11, 1998 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | July 20, 1999 | Georgia Environmental Protection Department Hazardous Waste | Fulton County, Georgia Department of Public Works Water & Sewer Services In the Matter of: Darex Container Products | None | Consent Order |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | July 1 – August 31, 1999 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | September 1 – October 31, 1999 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | November 1 – November 31, 1999 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

17

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | May 26, 2000 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Department of Public Works 1030 Marietta Hwy Roswell, GA 30075 | September 1, 1999– October 31, 2000 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 213 Kaolin Road Rt. 1 N Aiken, SC 29801 | South Carolina Department of Health and Environmental Control, 2500 Bull Street Columbia, SC 29201 | October 11, 1994 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 213 Kaolin Road Rt. 1 N Aiken, SC 29801 | South Carolina Department of Health and Environmental Control, 2500 Bull Street Columbia, SC 29201 | October 15, 1991 | South Carolina Radiological Health Control Regulations | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | City of Chattanooga, Department of Public Works 453 Moccasin Bend Road Chattanooga, TN 37405 | September 24, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | City of Chattanooga Department of Public Works 453 Moccasin Bend Road Chattanooga, TN 37405 | November 25, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | City of Chattanooga Department of Public Works 453 Moccasin Bend Road Chattanooga, TN 37405 | June 24, 1992 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

18

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | City of Chattanooga Department of Public Works 453 Moccasin Bend Road Chattanooga, TN 37405 | August 14, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | City of Chattanooga Department of Public Works 453 Moccasin Bend Road Chattanooga, TN 37405 | September 15, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | Tennessee Department of Environment and Conservation 540 McCallie Ave, Suite 550 Chattanooga, TN 37402 | September 8, 1993 | Radiological Health | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | City of Chattanooga Department of Public Works 453 Moccasin Bend Road Chattanooga, TN 37405 | September 28, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | City of Chattanooga Department of Public Works 453 Moccasin Bend Road Chattanooga, TN 37405 | March 12, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | Tennessee Department of Environment and Conservation 540 McCallie Ave, Suite 550 Chattanooga, TN 37402 | September 1, 1998 | State Regulations for Protection Against Radiation | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

# SOFA Item 17 Response
# STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | Tennessee Department of Environment and Conservation 540 McCallie Ave, Suite 550 Chattanooga, TN 37402 | March 25, 1999 | State Regulations for Protection Against Radiation | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | Tennessee Department of Environment and Conservation 540 McCallie Ave, Suite 550 Chattanooga, TN 37402 | August 1999 | State Regulations for Protection Against Radiation | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | Tennessee Department of Environment and Conservation 540 McCallie Ave, Suite 550 Chattanooga, TN 37402 | August 9 – November 1999 | Radiological Health | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | Tennessee Department of Environment and Conservation 540 McCallie Ave, Suite 550 Chattanooga, TN 37402 | August 3, 2000 | Radiological Health | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | Tennessee Department of Environment and Conservation 540 McCallie Ave, Suite 550 Chattanooga, TN 37402 | September 27, 2000 | Solid Waste Management | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | Tennessee Department of Environment and Conservation 540 McCallie Ave, Suite 550 Chattanooga, TN 37402 | February 20, 2001 | Tennessee Water Quality Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

20

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | Tennessee Department of Environment and Conservation 540 McCallie Ave, Suite 550 Chattanooga, TN 37402 | February 5-9, 2001 | Radiological Health | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 5500 Chemical Road Curtis Bay, MD 21226 | Maryland Department of the Environment Air Management Administration 2500 Broening Hwy Baltimore, Maryland 21224 | September 17, 1990 | Maryland Air Regulations; Superfund Amendment Reauthorization Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 5500 Chemical Road Curtis Bay, MD 21226 | Maryland Department of the Environment 2500 Broening Hwy Baltimore, Maryland 21224 | January 25, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 5500 Chemical Road Curtis Bay, MD 21226 | U.S. Environmental Protection Agency Region III Philadelphia, PA | January 10, 1992 | Toxic Substances Control Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 5500 Chemical Road Curtis Bay, MD 21226 | Maryland Department of the Environment, Air Management Administration 2500 Broening Hwy Baltimore, Maryland 21224 | May 4, 1992 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 5500 Chemical Road Curtis Bay, MD 21226 | State of Maryland Department of the Environment Radiological Health Program 2500 Broening Hwy Baltimore, MD 21224 | September 12, 1995 | Radiological Health | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Davison Chemical Road 5500 Chemical Road Curtis Bay, MD 21226 | State of Maryland Department of the Environment Radiological Health Program 2500 Broening Hwy Baltimore, MD 21224 | July 7, 1998 | Radiological Health | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality P.O. Box 82231 Baton Rouge, LA 70884 | January 22, 1990 | Radiation Area Remediation Action | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality P.O. Box 82231 Baton Rouge, LA 70884 | May 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality P.O. Box 82231 Baton Rouge, LA 70884; National Response Center | February 27, 1991 | Radiological Health | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality P.O. Box 82231 Baton Rouge, LA 70884 | April 7, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Health and Hospitals 325 Loyola Ave, Rm 319 New Orleans, LA 70112 | June 14, 1995 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Health and Hospitals 325 Loyola Ave, Rm 319 New Orleans, LA 70112 | December 19, 1995 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality P.O. Box 82231 Baton Rouge, LA 70884 | August 15, 1992 | Clean Air Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

22

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality P.O. Box 82231 Baton Rouge, LA 70884 | September 30, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality P.O. Box 82231 Baton Rouge, LA 70884 | December 9, 1999 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality P.O. Box 82231 Baton Rouge, LA 70884 | August 7, 1998 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. Washington Research Center 7500 Grace Drive, Columbia, MD 21044 | U.S. Environmental Protection Agency Region III Philadelphia, PA | 1993 | Toxic Substances Control Act | In the Matter of: W.R. Grace Co. Proceedings Under the Environmental Quality Act | AE-P-98-0266 | Closed |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. Washington Research Center 7500 Grace Drive, Columbia, MD 21044 | Maryland Department of the Environment 2500 Broening Hwy Baltimore, MD 21224 | November 3, 1995 | Radiological Health | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. Washington Research Center 7500 Grace Drive, Columbia, MD 21044 | Maryland Department of the Environment 2500 Broening Hwy Baltimore, MD 21224 | February 25, 2000 | Maryland Regulations | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Southwestern Ohio Air Pollution Control Agency | August 29, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Southwestern Ohio Air Pollution Control Agency | October 2, 1990 | Clean Air Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | May 24, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | November 6, 1991 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | February 3, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | March 10, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | March 11, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | May 1, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | May 22, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | July 22, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | November 20, 1992 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | April 18, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | December 13, 1994 | Washington State Radiological Health Material License | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Metropolitan Sewer District 1600 Gest Street Cincinnati, OH 45204 | February 9, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Ohio Environmental Protection Agency Southwest District Office 401 E. Fifth Street Dayton, OH 45402 | October 21, 1999 | Ohio Hazardous Waste | | | |
| W.R. Grace & Co. - Conn. | | Tennessee Department of Environment and Conservation Environmental Assistance Center 540 McCallie Ave, Su 550 Chattanooga, TN 37402 | April 1990 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | | Village of Lake Zurich Pretreatment Program 70 East Main Street Lake Zurich, IL 60047 | March 13, 1990 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Dearborn 300 Genesee Street Lake Zurich, IL 60047 | Village of Lake Zurich Pretreatment Program 70 East Main Street Lake Zurich, IL 60047 | December 11, 1990 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Dearborn 300 Genesee Street Lake Zurich, IL 60047 | Village of Lake Zurich Pretreatment Program 70 East Main Street Lake Zurich, IL 60047 | January 18, 1991 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

25

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Dearborn 300 Genesee Street Lake Zurich, IL 60047 | State of Illinois Environmental Protection Agency 2200 Churchill Road Springfield, IL 62794 | April 18, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Dearborn 300 Genesee Street Lake Zurich, IL 60047 | Village of Lake Zurich Pretreatment Program 70 East Main Street Lake Zurich, IL 60047 | April 25, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Dewey & Almy 2140 Davis Street San Leandro, CA 94577 | Bay Area Air Quality Management District 939 Ellis Street San Francisco, CA 94109 | October 11, 1991 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Dewey & Almy 2140 Davis Street San Leandro, CA 94577 | City of San Leandro San Leandro, CA | January 1, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Dewey & Almy 2140 Davis Street San Leandro, CA 94577 | California Department of Toxic Substances Control 1001 I Street Sacramento, CA 95812-2828 | October 23, 1992 | Toxic Substances Control Act | | | |
| W.R. Grace & Co. - Conn. | Dewey & Almy 2140 Davis Street San Leandro, CA 94577 | Bay Area Air Quality Management District 939 Ellis Street San Francisco, CA 94109 | January 2, 1998 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Dewey & Almy 55 Hayden Avenue Lexington, MA 02173 | Massachusetts Department of Environmental Protection 75 Grove Street Worcester, MA 01605 | July 30, 1991 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Dewey & Almy 55 Hayden Avenue Lexington, MA 02173 | Massachusetts Water Resources Authority 100 First Ave Boston, MA 02129 | December 4, 1991 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

26

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Dewey & Almy 55 Hayden Avenue Lexington, MA 02173 | California Department of Toxic Substances Control 1001 I Street Sacramento, CA 95812-2828 | October 14, 1992 | Toxic Substances Control Act | | | |
| W.R. Grace & Co. - Conn. | Dewey & Almy 55 Hayden Avenue Lexington, MA 02173 | U.S. Environmental Protection Agency Region 1 JFK Federal Building Boston, MA 02203-0001 | February 22, 1994 | Emergency Planning and Community Right-to-Know Act | In the matter of: W.R. Grace & Co., Inc. 55 Hayden Ave, Lexington, MA 02173 | EPCRA IV-93-535 | Consent Agreement/ Order Issued |
| W.R. Grace & Co. - Conn. | Dewey & Almy 55 Hayden Avenue Lexington, MA 02173 | Massachusetts Water Resources Authority 100 First Ave Boston, MA 02129 | July 11, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Dewey & Almy 55 Hayden Avenue Lexington, MA 02173 | Massachusetts Water Resources Authority 100 First Ave Boston, MA 02129 | February 27, 1995 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Dewey & Almy 55 Hayden Avenue Lexington, MA 02173 | Unknown | July 1998 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Dewey & Almy 55 Hayden Avenue Lexington, MA 02173 | Massachusetts Department of Environmental Protection 205a Lowell Street Wilmington, MA 01887 | December 22, 1998 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Drumco Drum Dump Site Baltimore City/Anne Arundel County, MD | U.S. Environmental Protection Agency Region 3 841 Chestnut Building Philadelphia, PA 19107 | October 3, 1996 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Enoree Mill 26383 Hwy 221 Enoree, SC 29335 | South Carolina Department of Health and Environmental Control 2500 Bull Street Columbia, SC 29201 | January 2000 | Clean Air Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

27

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Enoree Mill 26383 Hwy 221 Enoree, SC 29335 | South Carolina Department of Health and Environmental Control 2500 Bull Street Columbia, SC 29201 | February 12, 1993 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Enoree Mill 26383 Hwy 221 Enoree, SC 29335 | South Carolina Department of Health and Environmental Control 2500 Bull Street Columbia, SC 29201 | May 11, 1999 | Pollution Control Act | | | |
| W.R. Grace & Co. - Conn. | Enoree Mill 26383 Hwy 221 Enoree, SC 29335 | South Carolina Department of Health and Environmental Control 2500 Bull Street Columbia, SC 29201 | January 20, 2000 | Radiological Health | | | |
| W.R. Grace & Co. - Conn. | Enoree Mill 26383 Hwy 221 Enoree, SC 29335 | South Carolina Department of Health and Environmental Control 2500 Bull Street Columbia, SC 29201 | January 2, 2001 | Discharge Monitoring report | | | |
| W.R. Grace & Co. - Conn. | Fertilizer Blend Plant W 6698 County Highway C Atwater, WI | Wisconsin Department of Agriculture, Radiological Health and Consumer Protection 2811 Agriculture Drive Madison, WI 53708-8911 | February 10, 1998 | Ch. 292.11, Wis. Stats. | | | |
| W.R. Grace & Co. - Conn. | Fertilizer Blend Plant 2540 North Old Dixie Highway Ft. Pierce, FL 33450 | Florida Department of Environmental Protection Southeast District P.O. Box 15425 West Palm Beach, FL 33416 | December 30, 1983 | Florida Administrative Code Rule 17-103.110 | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

28

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Fertilizer Blend Plant 2540 North Old Dixie Highway Ft. Pierce, FL 33450 | Florida Department of Environmental Protection Southeast District P. O. Box 15425 West Palm Beach, FL 33416 | 1986 | Florida Administrative Code Rule 17-103.110 | State of Florida Department of Environmental Regulation, Complainant, vs. W. R. Grace & Co., Respondent | OGC Case No. 85-0015 | Ongoing |
| W.R. Grace & Co. - Conn. | Fertilizer/Pesticide Plant 1820 Harmon Street Charleston, SC | South Carolina Department of Health and Environmental Control 2500 Bull Street Columbia, SC 29201 | | Clean Water Act | Administrative Consent Agreement 1989 | 89-34-SW,S | Ongoing |
| W.R. Grace & Co. - Conn. | Grace Cocoa 150 Oakland Street Mansfield, MA | Town of Mansfield 50 West Street Mansfield, MA 02048 | October 5, 1995 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Cocoa 364 North Fifth Street Newark, NJ | Passaic Valley Sewerage Commission 600 Wilson Ave. Newark, NJ 07105 | June 7, 1990 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Cocoa 364 North Fifth Street Newark, NJ | U.S. Environmental Protection Agency Region 2 290 Broadway New York, NY 10077-1866 | September 28, 1995 | Toxic Substances Control Act | In the matter of: DWW Enterprises, Inc. and Grace Cocoa Associates, L.P. | II-95-0116 | Closed |
| W.R. Grace & Co. - Conn. | Grace Construction Products | Orange County Environmental Protection Department | December 16, 1994 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Grace Solvent Disposal Site Harper Road Corinth, MS 38834 | Mississippi Department of Environmental Quality Office of Pollution Control P. O. Box 10385 Jackson, MS 39289 | | Comprehensive Environmental Response Compensation and Liability Act | 1999 Consent Order | 3784-99 | Ongoing |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | January 30, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Department of Environmental Protection Division of Waste Management Frankfort, KY 40601 | March 1, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | U.S. Environmental Protection Agency Region 4 345 Courtland Street, NE Atlanta, GA 30365 | September 30, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | May 10, 1993 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | August 13, 1993 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | November 9, 1993 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | U.S. Environmental Protection Agency Region 4 345 Courtland Street, NE Atlanta, GA 30365 | January 7, 1994 | Resource Conservation and Recovery Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | February 9, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | February 23, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | April 5, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | May 9, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | May 13, 1994 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | November 14, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | August 9, 1994 | Resource Conservation and Recovery Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | August 16, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | June 21, 1994 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | February 13, 1995 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Specialty Chemicals Co. 5525 U.S. 60 East Owensboro, KY 42303 | Kentucky Natural Resources Protection Cabinet 14 Reilly Road Frankfort, KY 40601 | February, 2001 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Grace Vermiculite Expansion Plant 101 City Service Road Libby, MT 59923 | U.S. Environmental Protection Agency Region 8 999 18th Street Suite 500 Denver, CO 80202-2466 | May 24, 2000 | Comprehensive Environmental Response Compensation and Liability Act | Unilateral Administrative Order | | Ongoing |
| W.R. Grace & Co. - Conn. | Green River Disposal Landfill Superfund Site Maceo, KY 42355 | U.S. Environmental Protection Agency, Region 4 345 Courtland Street, NE Atlanta, GA 30365 | | Comprehensive Environmental Response Compensation and Liability Act | Administrative Order by Consent 1990- Remedium Investigation/ Feasibility Study | Comprehensive Environmental Response Compensation and Liability Act-8-2000-10 | Closed |
| | | | | | | None | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

32

01/04/02

# SOFA Item 17 Response
# STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Green River Disposal Landfill Superfund Site Maceo, KY 42355 | U.S. Environmental Protection Agency, Region 4 345 Courtland Street, NE Atlanta, GA 30365 | | Comprehensive Environmental Response Compensation and Liability Act | Administrative Order 1990 Removal Action | Environmental Protection Agency Docket No. 90-34-C | Closed |
| W.R. Grace & Co. - Conn. | Green River Disposal Landfill Superfund Site Maceo, KY 42355 | U.S. Environmental Protection Agency, Region 4 345 Courtland Street, NE Atlanta, GA 30365 | | Comprehensive Environmental Response Compensation and Liability Act | Unilateral Administrative Order for Remedial Action – 1996 | U.S. Environmental Protection Agency Docket No. 96-06-C | Ongoing |
| W.R. Grace & Co. - Conn. | Hatco Corporation 1020 King George Post Road Fords, NJ 08863 | New Jersey Department of Environmental Protection Division of Responsible Party Site Remediation CN 028 Trenton, NJ 08625 | July 22, 1992 | New Jersey Spill Compensation and Control Act | | | |
| W.R. Grace & Co. - Conn. | Hatco Corporation 1020 King George Post Road Fords, NJ 08863 | U.S. District Court for District of New Jersey U.S.D.J. Alfred M. Wolin M.L. King JR. Federal Building & Courthouse P. O. Box 999 Newark, NJ 07101 | | Comprehensive Environmental Response Compensation and Liability Act | Hatco Corporation v. W. R. Grace & Co.-Conn. | Civil Action No. 89-1031 | Hatco/Grace Settlement Agreement 7/01/96 |
| W.R. Grace & Co. - Conn. | Herman's Warehouse Gulino Pl Pendro Avenue Carteret, NJ | New Jersey Department of Environmental Protection Bureau of Field Operations P. O. Box 434 Trenton, NJ 08625-0434 | September 9, 1991 | NJAC 7:1E-1 | Memorandum of Agreement | Case #97-3-17-1048-32 | Completed (No Further Action) |
| W.R. Grace & Co. - Conn. | Iron Horse Park Superfund Site Schaffer Landfill Pond Street Billerica, MA | U.S. Environmental Protection Agency Region 1 Waste Management Division JFK Building Boston, MA 02203 | December 30, 1991 May 22, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

33

01/04/02

# SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Iron Horse Park Superfund Site<br>Schaffer Landfill<br>Pond Street<br>Billerica, MA | U.S. Environmental Protection Agency Region 1<br>Waste Management Division<br>JFK Building<br>Boston, MA 02203 | April 19, 2001 | Comprehensive Environmental Response Compensation and Liability Act | Consent Decree and Cost Recovery Actions Consolidated | 95-10027MLW and 95-10023MLW | Ongoing/ Remedial Action |
| W.R. Grace & Co. - Conn. | Li Tungsten Superfund Site<br>Glen Cove, NY | U.S. Environmental Protection Agency Region 2<br>290 Broadway<br>New York, NY 10007-1866 | August 14, 2001 | Comprehensive Environmental Response Compensation and Liability Act | Administrative Order | Index Number: CERCLA-02-2001-2035 | |
| W.R. Grace & Co. - Conn. | Materials Recovery Enterprises, Inc.<br>Taylor County<br>Ovalo, TX | Texas Natural Resource Conservation Commission Pollution Cleanup Division<br>P. O. Box 13087<br>Austin, TX 78711-3087 | May 7, 1998 | Texas Solid Waste Disposal Act | Agreed Administrative Order | 98-0408-SPF | Active |
| W.R. Grace & Co. - Conn. | Maxey Flats Disposal Site<br>Morehead, KY | U.S. Environmental Protection Agency Region 4<br>345 Courtland Street<br>Atlanta, GA 30365 | November 26, 1986 | Comprehensive Environmental Response Compensation and Liability Act | 1994 De Minimis Settlement | Unknown | |
| W.R. Grace & Co. - Conn. | Memphis Site Retained Land<br>5750 Old Millington Rd.<br>Millington, TN 38053 | Tennessee Department of Environment and Conservation Division of Superfund<br>4th Floor, L&C Annex<br>401 Church Street<br>Nashville, TN 37243 | | Comprehensive Environmental Response Compensation and Liability Act | 1996 Consent Order | Case No. 95-0591<br>Site No. 79-536 | Ongoing |
| W.R. Grace & Co. - Conn. | Michie, Tennessee Dump Site<br>TN Highway 22<br>Michie, TN 38357 | Tennessee Department of Environment and Conservation Division of Superfund<br>362 Carriage House Drive<br>Jackson, TN 38305 | | Comprehensive Environmental Response Compensation and Liability Act | 1996 Consent Order | Site No. 55-508 | De-listed from National Priorities List June 8, 2000, continuing maintenance requirements |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Microwave Specialties 380 South Street Plainville, MA | Massachusetts Department of Environmental Protection 20 Riverside Drive Lakeville, MA 02347 | April 26, 1991 December 8, 1999 | M.G.L.C.21E M.G.L.C.21E | MCP Permit Approval 3/23/95 | | |
| W.R. Grace & Co. - Conn. | Motor Wheel Disposal Site 1401 Lake Lansing Road Lansing, MI 48906 | U.S. Environmental Protection Agency Region 5 Waste Management Division CERCLA Enforcement Section 20 South Dearborn Street Chicago, IL 60604 | March 25, 1987 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Motor Wheel Disposal Site 1401 Lake Lansing Road Lansing, MI 48906 | U.S. Environmental Protection Agency Region 5 CERCLA Enforcement Section 230 South Dearborn Street Chicago, IL 60604 | | Comprehensive Environmental Response Compensation and Liability Act | Consent Order (June 26, 1987) Remedial Investigation/ Feasibility Study | V-W-87-C-018 | Completed |
| W.R. Grace & Co. - Conn. | Motor Wheel Disposal Site 1401 Lake Lansing Road Lansing, MI 48906 | U.S. Environmental Protection Agency Region 5 Remedial and Enforcement Response Branch 77 West Jackson Blvd. Chicago, IL 60604 | July 19, 1991 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Motor Wheel Disposal Site 1401 Lake Lansing Road Lansing, MI 48906 | U.S. Environmental Protection Agency Region 5 Remedial and Enforcement Response Branch 77 West Jackson Blvd. Chicago, IL 60604 | December 6, 1991 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

35

01/04/02

# SOFA Item 17 Response
# STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Motor Wheel Disposal Site 1401 Lake Lansing Road Lansing, MI 48906 | U.S. Environmental Protection Agency Region 5 CERCLA Enforcement Section 230 South Dearborn Street Chicago, IL 60604 | | Comprehensive Environmental Response Compensation and Liability Act | Consent Order (May 11, 1992) Remedial Design | V-W-92-C-151 | Completed |
| W.R. Grace & Co. - Conn. | Motor Wheel Disposal Site 1401 Lake Lansing Road Lansing, MI 48906 | U.S. Environmental Protection Agency Region 5 CERCLA Enforcement Section 230 South Dearborn Street Chicago, IL 60604 | | Comprehensive Environmental Response Compensation and Liability Act | Consent Decree (February 16, 1994) Remedial Action | Civil Action No. 1:94-CV-96 | Completed |
| W.R. Grace & Co. - Conn. | Motor Wheel Disposal Site 1401 Lake Lansing Road Lansing, MI 48906 | U.S. Environmental Protection Agency Region 5 CERCLA Enforcement Section 77 West Jackson Blvd. Chicago, IL 60604 | October 1, 1998 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Motor Wheel Disposal Site 1401 Lake Lansing Road Lansing, MI 48906 | U.S. Environmental Protection Agency Region 5 Safe Drinking Water Branch 77 West Jackson Blvd. Chicago, IL 60604 | | Comprehensive Environmental Response Compensation and Liability Act | Emergency Administrative Order (July 29, 1999) | No. 9900276 | Ongoing- Goodyear assumed Grace liability in Court Settlement |
| W.R. Grace & Co. - Conn. | Motor Wheel Disposal Site 1401 Lake Lansing Road Lansing, MI 48906 | U.S. District Court Western District of Michigan Federal Bldg. 110 Michigan NW Grand Rapids, MI 49503 | | Comprehensive Environmental Response Compensation and Liability Act | W. R. Grace & Co.-Conn. v. Goodyear Tire & Rubber Co., et al. | No. 1:99-CV-305 | Consent Judgment and Order of Dismissal (11/7/00) |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02