## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Motor Wheel Disposal Site 1401 Lake Lansing Road Lansing, MI 48906 | U.S. Court of Appeals for the Third Circuit 21400 U.S. Courthouse 601 Market Street Philadelphia, PA 19106-1790 | | Comprehensive Environmental Response Compensation and Liability Act | W. R. Grace & Co.-Conn. v. U.S. Environmental Protection Agency | Case No. 99-5662 | Vacate and Remand Environmenta l Protection Agency's July 29 Order |
| W.R. Grace & Co. - Conn. | Organic Chemicals Poisson Avenue Nashua, NH | New Hampshire Department of Environmental Services Waste Management Division | March 8, 1990 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Organic Chemicals Poisson Avenue Nashua, NH | New Hampshire Department of Environmental Safety | April 19, 1991 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Organic Chemicals Poisson Avenue Nashua, NH | New Hampshire Department of Environmental Safety | January 31, 1992 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Organic Chemicals Deer Park, TX | Texas Air Control Board | June 12, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Organic Chemicals Deer Park, TX | U.S. Environmental Protection Agency Region 6 1445 Ross Ave. Suite 1200 Dallas, TX 75202-2733 | March 15, 1994 | Toxic Substances Control Act | In the matter of: W.R. Grace & Co.-Conn. Deer Park, Texas | VI-627C(T) | Closed |
| W.R. Grace & Co. - Conn. | Peak Oil Superfund Site State Road 574 Near Interstate 4 Tampa, FL | U.S. Environmental Protection Agency Region 4 Waste Management Division Hazardous Waste Branch 345 Courtland Street, N.E. Atlanta, GA 30365 | May 30, 1986 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Peak Oil Superfund Site State Road 574 Near Interstate 4 Tampa, FL | U.S. Environmental Protection Agency Region 4 Waste Management Division Hazardous Waste Branch 345 Courtland Street, N.E. Atlanta, GA 30365 | January 6, 1994 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Pesticide Blend Plant Cary, NC Former 411 East Durham Road Cary, NC | North Carolina Department of Environment Health and Natural Resources Division of Environmental Management Groundwater Section 3800 Barrett Drive, Suite 101 Raleigh, NC 27609 | July 26, 1995 | North Carolina Administrative Code Title 15A (Groundwater) | | | |
| W.R. Grace & Co. - Conn. | Refuse Hideaway Landfill Middleton, WI | U.S. Environmental Protection Agency - Region 5 Superfund Division 77 West Jackson Blvd Chicago, IL 60604 | May 25, 2000 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Scuffletown Road Landfill State Road 705 Laurens County Simpsonville, SC | South Carolina Department of Health and Environmental Control 8901 Farrow Road Stern Business Center Columbia, SC 29223 | 1991 | SC Code Ann. 44-56-200 | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

38

01/04/02

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Solvents Recovery Service of New England Southington, CT | U.S. Environmental Protection Agency Region 1 One Congress Street Suite 1100 Boston, MA 02114-2023 | April 2000 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Sulfur/Pesticide Formulating Plant 13000 West Murphy Street Odessa, TX | Texas Natural Resource Conservation Commission P. O. Box 13087 Austin, TX 78711 | April 1990 | Texas Solid Waste Disposal Act and Texas Water Code | Administrative Order | SWR #34599 | Work completed; awaiting TNRCC approval |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. 369 Washington Street Woburn, MA 01810 | U.S. Environmental Protection Agency Waste Management Division JFK Building Boston, MA 02203 | April 20, 1990 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. 50 Independence Road Acton, MA 01720 | U.S. Environmental Protection Agency Waste Management Division JFK Building Boston, MA 02203 | | Comprehensive Environmental Response Compensation and Liability Act | Consent Decree | #80-748-C | Ongoing |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. 1200 NW 15 Avenue Pompano Beach, FL 33069 | Broward County Office of Natural Resource Protection 500 E. Broward Blvd. Suite 104 Fort Lauderdale, FL 33394 | January 27, 1993 | Clean Air Act | Broward County Office of Natural Resource Protection v. W.R.Grace & Co. | IA-10221992-4121 | Settled |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. 1200 NW 15 Avenue Pompano Beach, FL 33069 | Broward County Department of Planning and Environmental Protection, Air Quality Division 218 SW 1st Avenue Fort Lauderdale, FL 33301 | August 2, 2000 | Clean Air Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 45 North Fourth Street Quakertown, PA | Commonwealth of Pennsylvania Department of Environmental Protection 555 North Lane, Ste. 6010 Conshohocken, PA 19428 | April 23, 1993 | Clean Air Act | | | Ongoing |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 50 Independence Rd. Acton, MA 01720 | Massachusetts Department of Environmental Protection 20 Riverside Drive Lakeville, MA 02347 | | Comprehensive Environmental Response Compensation and Liability Act | Administrative Order | Not numbered | Ongoing |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. 369 Washington Street Woburn, MA 01810 | U.S. Environmental Protection Agency Waste Management Division. JFK Building Boston, MA 02203 | | Comprehensive Environmental Response Compensation and Liability Act | Consent Decree | 91-11807MA | Ongoing |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. Brewer Road Waterloo, NY | New York State Department of Environmental Protection 50 Wolf Road Albany, NY 12233 | | Comprehensive Environmental Response Compensation and Liability Act | Consent Order | 1-90-1035 | Closed |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. 5513 U.S. Highway 60 East Owensboro, KY 42303 | Kentucky Natural Resources and Environmental Protection Cabinet Office of Legal Services Fifth Floor Capital Plaza Tower Frankfort, KY 40601 | | Comprehensive Environmental Response Compensation and Liability Act | Order on Consent | #B8-0033-8407 | Ongoing/ Operation & maintenance |
| | | | | Comprehensive Environmental Response Compensation and Liability Act | Agreed Order – 1997 | File No. DWM-30270-029 | Ongoing |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. 5513 U.S. Highway 60 East Owensboro, KY 42303 | Kentucky Natural Resources and Environmental Protection Cabinet Office of Legal Services Fifth Floor Capital Plaza Tower Frankfort, KY 40601 | | Comprehensive Environmental Response Compensation and Liability Act | Agreed Order - 1997 | File No. DWM-19664:DOW-19650 | Ongoing |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. Grace Construction Products 6851 Smith Ave. Newark, CA 94560 | Alameda County Water District 43885 South Grimmer Blvd. Fremont, CA 94538 | Circa 1996 | County Underground Storage Tank | | | |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. Grace Construction Products 2651 Manila Road Dallas, TX | Texas Natural Resource Conservation Commission P. O. Box 13087 Austin, TX 78711 | 1999 | Texas Administrative Code Chapter 335 | | | |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. 4220 West Glenrosa Phoenix, AZ 85019 | U.S. Environmental Protection Agency Region 9 75 Hawthorne St. San Francisco, CA 94105 | August 2, 2001 | Comprehensive Environmental Response Compensation and Liability Act | Environmental Protection Agency Notice Letter of Potential Liability | N/A | Awaiting Administrative Order on Consent |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co. - Grace Construction Products 6051 W. 65th St. Bedford Park, IL | Illinois Environmental Protection Agency 4500 South 6th Street Road Springfield, IL 62706 | On or about 1989 | State Underground Storage Tank | | | |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co.- Grace Construction Products 1200 NW 15 Ave. Pompano Beach, FL 33069 | Broward County Department of Natural Resource Protection SW 1st Ave. Fort Lauderdale, FL 33301 | On or about 1995 | F.A.C. 62-770 | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | W. R. Grace & Co.- Grace Construction Products 830 Hwy 25 Bypass Travelers Rest, SC | South Carolina Department of Health and Environmental Control 2600 Bull Street Columbia, SC 29201 | June 18, 1991 | State Underground Storage Tank | | | |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co.- Grace Construction Products 900 North 43rd Milwaukee, WI | Wisconsin DNR 101 S Webster St. Madison WI 53703 | Circa 1991 | State Underground Storage Tank | | | |
| W.R. Grace & Co. - Conn. | W. R. Grace & Co.-Grace Construction Products 62 Whittemore Ave. Cambridge, MA 02140 | Massachusetts DEP One Winter Street, 2nd Fl Boston, MA 0210 | Notice of Responsibility February 9, 1987 | Massachusetts Contingency Plan | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace 50 Independence Ave. Acton, MA | Department of Environmental Protection Commonwealth of Massachusetts 75 Grove Street Worcester, MA 01605 | June 29, 1990 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace 2133 85th Street North Bergen, NJ 07047 | New Jersey Department of Environmental Protection Division of Fish, Game and Wildlife CN 400 Trenton, NJ 08625 | January 20, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace 2133 85th Street North Bergen, NJ 07047 | Hudson Regional Health Commission 215 Harrison Ave. Harrison, NJ 07029 | June 26, 1994 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace 2133 85th Street North Bergen, NJ 07047 | New Jersey Department of Environmental Protection CN 424 Trenton, NJ 08625 | February 17, 1995 | New Jersey Spill Compensation and Control Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace 2133 85th Street North Bergen, NJ 07047 | New Jersey Department of Environmental Protection CN 424 Trenton, NJ 08625 | February 28, 1998 | Resource Conservation and Recovery Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 7237 E. Gage Avenue Los Angeles, CA 90040 | California Regional Water Quality Control Board 101 Centre Plaza Drive Monterey Park, CA 91754 | January 22, 1999 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co 62 Whittemore Ave. Cambridge, MA 02140 | Massachusetts Department of Environmental Protection 5 Commonwealth Ave. Woburn, MA 01801 | October 17, 1991 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co 62 Whittemore Ave. Cambridge, MA 02140 | Massachusetts Water Resources Authority Charlestown Navy Yard 100 First Avenue Boston, MA 02129 | August 18, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co 62 Whittemore Ave. Cambridge, MA 02140 | Massachusetts Water Resources Authority Charlestown Navy Yard 100 First Avenue Boston, MA 02129 | September 30, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co 62 Whittemore Ave. Cambridge, MA 02140 | Massachusetts Water Resources Authority Charlestown Navy Yard 100 First Avenue Boston, MA 02129 | July 26, 1993 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co 62 Whittemore Ave. Cambridge, MA 02140 | Massachusetts Water Resources Authority Charlestown Navy Yard 100 First Avenue Boston, MA 02129 | June 21, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co 62 Whittemore Ave. Cambridge, MA 02140 | Massachusetts Department of Environmental Protection 5 Commonwealth Ave. Woburn, MA 01801 | September 20, 1996 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | W.R. Grace & Co 62 Whittemore Ave. Cambridge, MA 02140 | Massachusetts Water Resources Authority Charlestown Navy Yard 100 First Avenue Boston, MA 02129 | August 17, 1999 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. Harmony Street Adams, MA | Massachusetts Department of Environmental Protection Western Division 436 Dwight St. Springfield, MA 01103 | August 7, 1991 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 2500 S Gamsey Street Santa Anna, CA 92707 | California Department of Toxic Substances Control Manifest Enforcement Unit P.O. Box 806 Sacramento, CA 95812 | October 23, 1992 | Toxic Substances Control Act Hazardous Waste Control Act | In the matter of: W.R. Grace & Co. c/o J Doyle, 55 Hayden Street, Lexington, MA 02173 | Environmental Protection Agency ID# CAD98145489 5 | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. Harmony Street Adams, MA | Massachusetts Department of Environmental Protection Western Division 436 Dwight St. Springfield, MA 01103 | March 30, 1992 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. Harmony Street Adams, MA | Massachusetts Department of Environmental Protection Western Division 436 Dwight St. Springfield, MA 01103 | August 21, 1991 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. Harmony Street Adams, MA | U.S. Environmental Protection Agency Region 1 JFK Building Boston, MA 02203-0001 | January 2, 1992 | Clean Water Act | | Environmental Enforcement Order | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 228 East Main Street Waterloo, NY | U.S. Environmental Protection Agency Region 2 26 Federal Plaza New York, NY 10278 | June 25, 1991 | Clean Water Act | In the matter of: W.R. Grace & Co., Evans Chemetic Organic Chemicals Division | Environmental Protection Agency-Clean Water Act-II-91-198 | Settled |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 7500 Grace Drive Columbia, MD 21044 | U.S. Environmental Protection Agency Region 3 1650 Arch Street Philadelphia, PA 19103 | | Resource Conservation and Recovery Act | 1992 Resource Conservation and Recovery Act | MDD 07 493 3961 | Ongoing |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 7500 Grace Drive Columbia, MD 21044 | Maryland Department of the Environment Hazardous Waste Enforcement Division 2500 Broening Highway Baltimore, MD 21224 | | Resource Conservation and Recovery Act | 1989 Consent Agreement | C-89-086 | Ongoing |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. Darex Container Products 5225 Phillip Lee Drive Atlanta, GA 30336 | Georgia Environmental Protection Division 205 Butler Street SE Suite 1152 East Tower Atlanta, GA 30334 | Circa 1986 | Underground Storage Tank | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. Brewer Road Waterloo, NY | New York State Department of Environmental Conservation 50 Wolf Road Albany, NY 12233 | December 13, 1984 January 17, 1986 | New York State Environmental Conservation Law | | | |
| W.R. Grace & Co. - Conn. | Watson Johnson Landfill 680 Pumping Station Road Quakertown, PA | U.S. Environmental Protection Agency Region 3 1650 Arch Street Philadelphia, PA 19103 | June 8, 2001 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | West Lake Landfill Bridgeton, MO | US Environmental Protection Agency Region 7 726 Minnesota Avenue Kansas City, KS | March, 1994 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Western Mineral Products Site 1720 Madison Street, NE and 1815 Jefferson St., NE Minneapolis, MN | U.S. Environmental Protection Agency Region 5 77 West Jackson Blvd Chicago, IL 60604 | June 16, 2000 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Western Mineral Products Site Residential Properties Minneapolis, MN | U.S. Environmental Protection Agency Region 5 77 West Jackson Blvd. Chicago, IL 60604 | September 14, 2000 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Western Mineral Products Site Additional Residential Properties Minneapolis, MN | U.S. Environmental Protection Agency Region 5 77 West Jackson Blvd. Chicago, IL 60604 | February 6, 2001 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Western Mineral Products Site 1720 Madison Street NE, and 1815 Jefferson St., NE Minneapolis, MN | U.S. Environmental Protection Agency, Region 5 77 West Jackson Boulevard Chicago, IL 60604 | September 2, 2001 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Williams Industries 235 West 1st Street Bayonne, NJ | New Jersey Department of Environmental Protection 2 Babcock Place West Orange, NJ 07052 | September 17, 1993 | NJAC 7:26C-Sub Chapter 3 Administrative Process for Voluntary Cleanups | 1993 Memorandum of Agreement | Case #91-03- 13-SPO2 | Ongoing |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(A)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Woodbury, NJ 2000 Nolte Drive Paulsboro, NJ 08066 | New Jersey Department of Environmental Protection CN028 Trenton, NJ 08625 | September 7, 1992 | Environmental Cleanup Responsibility Act | | | |
| W.R. Grace & Co. - Conn. | Woodbury, NJ 200 Nolte Drive Paulsboro, NJ 08066 | New Jersey Department of Environmental Protection CN028 Trenton, NJ 08625 | | Environmental Cleanup Responsibility Act | Administrative Consent Order 1986 | ECRA Case #85458 | Ongoing |
| W.R. Grace & Co. - Conn. | Woodbury, NJ 200 Nolte Drive Paulsboro, NJ 08066 | New Jersey Department of Environmental Protection P. O. Box 432 Trenton, NJ 08625 | | Clean Water Act | NJ Pollutant Discharge Elimination System/ Discharge to Groundwater Permit | Permit No. NJ0086321 | Ongoing |
| W.R. Grace & Co. - Conn. | Woodbury, NJ 200 Nolte Drive Paulsboro, NJ 08066 | New Jersey Department of Environmental Protection P. O. Box 432 Trenton, NJ 08625 | | Clean Water Act | Freshwater Wetlands Statewide General Permit | File No. 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.1-GP#4 | Closed |
| W.R. Grace & Co. - Conn. | Zellwood Superfund Site Orange County Zellwood, FL | U.S. Environmental Protection Agency Region 4 345 Courtland Street, NE Atlanta, GA 30365 | April 6, 1992 and April 3, 1994 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| [Unknown] | Chemical Handling Corporation Broomfield, CO 80038 | U.S. Environmental Protection Agency 999 18th Street, Suite 500 Denver, CO | Unknown | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

47

## SOFA Item 17 Response
## STATEMENT 17(B)

List the name and address of every site for which the debtor provided notice to a governmental a unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Name of Debtor | Site Name and Address | me and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Ambrosia Chocolate Plant 364 North 5th Street Newark, NJ | New Jersey Department of Environmental Protection 401 East State Street CN-028 Trenton, NJ 08625 | April 10, 1991 | State Superfund | | Case No. 91-4-10-1615 | Complete |
| W.R. Grace & Co. - Conn. | Amicon, Inc. 17 Cherry Hill Drive Danvers, MA 01923 | Chief of Monitoring and Enforcement, South Essex Sewerage District 50 Fort Ave P.O. Box 989 Salem, MA 01970 | October 5, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Atlanta, GA | National Response Center (Report #300639); Georgia Emergency Response; Fulton County Emergency Planning | July 20, 1995 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 6051 W. 65th Street Bedford Park, IL | Illinois Environmental Protection Agency; Bedford Park Fire Department; Metropolitan Water Reclamation District of Greater Chicago P.O. Box 10654 Chicago, IL 60610 | March 2, 1992 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 6051 W. 65th Street Bedford Park, IL | Metropolitan Water Reclamation District of Greater Chicago P.O. Box 10654 Chicago, IL 60610 | January 10, 2001 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products Hwy 221 Enoree, SC | South Carolina Department of Health and Environmental Safety 3600 Bull Street Columbia, SC 29201 | September 18, 1992 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(B)

| Name of Debtor | Site Name and Address | me and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Construction Products Hwy 221 Enoree, SC | South Carolina Department of Health and Environmental Safety 3600 Bull Street Columbia, SC 29201; U.S. Environmental Protection Agency Region IV; National Response Center | December 3, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products Hwy 221 Enoree, SC | National Response Center; U.S. Environmental Protection Agency, Region 4; South Carolina Department of Health and Environmental Control 3600 Bull Street Columbia, SC 29201 | June 20, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Construction Products 1200 N.W. 15th Street Pompano Beach, FL | Broward County Environmental Quality Control Board 500 SW 14th Street Ft. Lauderdale, FL 33315 | May 10, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Daramic – Acton, MA 51 Independence Rd. Acton, MA 01720 | Massachusetts Department of Environmental Quality Central Region 75 Grove Street Worcester, MA 01605 | August 26, 1982 April 14, 1983 May 5, 1983 June 21, 1983 | | | | |
| W.R. Grace & Co. - Conn. | Daramic – Acton, MA 51 Independence Rd. Acton, MA 01720 | Massachusetts Department of Environmental Protection One Winter Street Boston, MA 02108 | January 11, 1995 | M.G.L. Chapter 21 | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical 5500 Chemical Road, Curtis Bay, MD 21224 | Maryland Department of the Environment, Water Management Administration, Inspection and Compliance Program 2500 Broening Hwy Baltimore, MD 21224 | August 29, 1994 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

2

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(B)

| Name of Debtor | Site Name and Address | me and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Davison Chemical 5500 Chemical Road, Curtis Bay, MD 21224 | Maryland Department of the Environment, Water Management Administration, Inspection and Compliance Program 2500 Broening Hwy Baltimore, MD 21224 | March 31, 1995 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical 5500 Chemical Road, Curtis Bay, MD 21224 | Maryland Department of the Environment, Water Management Administration, Inspection and Compliance Program 2500 Broening Hwy Baltimore, MD 21224 | November 3, 1995 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical 5500 Chemical Road, Curtis Bay, MD 21224 | Maryland Department of the Environment, Water Management Administration, Inspection and Compliance Program 2500 Broening Hwy Baltimore, MD 21224 | October 2, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical 5500 Chemical Road, Curtis Bay, MD 21224 | Maryland Department of the Environment, Water Management Administration, Inspection and Compliance Program 2500 Broening Hwy Baltimore, MD 21224 | July 7, 1998 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical 5500 Chemical Road, Curtis Bay, MD 21224 | Maryland Department of the Environment, Water Management Administration, Inspection and Compliance Program 2500 Broening Hwy Baltimore, MD 21224 | December 27, 2000 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | City of Chattanooga, Department of Public Works 453 Moccasin Bend Road Chattanooga, TN 37405 County Air Pollution Control Board | April 7, 1997 | Clean Air Act; Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

3

## SOFA Item 17 Response
## STATEMENT 17(B)

| Name of Debtor | Site Name and Address | me and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | City of Chattanooga, Department of Public Works 453 Moccasin Bend Road Chattanooga, TN 37405 County Air Pollution Control Board | October 6, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4000 N. Hawthorne Street Chattanooga, TN 37406 | City of Chattanooga, Department of Public Works 453 Moccasin Bend Road Chattanooga, TN 37405 County Air Pollution Control Board | July 7, 1999 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. Research Center Maryland 7500 Grace Drive Columbia, MD 21044 | Howard County Bureau of Utilities 8270 Old Montgomery Road Columbia, MD 21045 | July 12, 1999 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality P.O. Box 82231 Baton Rouge, LA 70884 | April 25, 2000 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality Office of Water Resources Baton Route, LA 70884 | December 8, 1999 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 1800 Davison Road S of Sulpher Lake Charles, LA 70663 | Louisiana Department of Environmental Quality Office of Water Resources Baton Route, LA 70884 | October 12, 2000 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Division of Industrial Waste, Metropolitan Sewer District 1600 Gest St Cincinnati, OH 45204 | February 9, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Division of Industrial Waste, Metropolitan Sewer District 1600 Gest St Cincinnati, OH 45204 | September 3, 1996 | Clean Air Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(B)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Division of Industrial Waste, Metropolitan Sewer District 1600 Gest St Cincinnati, OH 45204 | September 30, 1996 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Division of Industrial Waste, Metropolitan Sewer District 1600 Gest St Cincinnati, OH 45204 | October 17, 1997 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Davison Chemical Co. 4775 Paddock Road Cincinnati, OH 45229 | Division of Industrial Waste, Metropolitan Sewer District 1600 Gest St Cincinnati, OH 45204 | April 8, 1998 | Clean Water Act | | | |
| W. R. Grace & Co- Conn. | Eastham Ready Mix North Eastham, MA | Massachusetts Department of Public Health; Hazmat team | February 10, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Florida Rock Concrete Plant St. Louis, FL | Florida Department of Environmental Protection | August 27, 1997 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Ft. Worth, TX | Texas Air Control Board | June 10, 1992 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | Grace Dearborn St. Louis, MO | Fire Department and Hazmat | July 24, 1995 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Hercules Cement Nazareth, PA | Department of Environmental Protection | July 9, 1993 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(B)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. - Conn. | Houston, TX | Hazmat Team, Houston Fire Department Houston, TX | September 19, 1999 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Iron Horse Park Superfund Site Schaffer Landfill Pond Street Billerica, MA | U.S. Environmental Protection Agency Waste Management Division JFK Building Boston, MA 02203 | May 22, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | J. Lestichian Warehouse NJ | New Jersey Department of Environmental Protection Station Plaza 4 22 S. Clinton Ave. Trenton, NJ 08625 | September 14, 1994 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Kenvil Newerete Kenvil, NJ | New Jersey Department of Environmental Protection Station Plaza 4 22 S. Clinton Ave. Trenton, NJ 08625 | November 19, 1993 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Mack Industries Vienna, OH | Fowler Fire Department; Ohio Environmental Protection Agency | July 8, 1999 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | McCoy Redi-Mix Niles, MI | | September 7, 1995 | Clean Water Act; Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Milwaukee, WI | Wisconsin Department of Natural Resources; Milwaukee City Health Department | April 9, 1992 | Clean Water Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

6

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(B)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Miron Rapid Mix Concrete Corp. Fyke Road Catskill, NY | New York Department of Environmental Conservation 625 Broadway Albany, NY 12233-1010 | December 10, 1993 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Mixed Fertilizer Plant AA HWY Joplin, MO 64802 | Missouri Department of Natural Resources Hazardous Waste Program 318 Park Central East, Suite 500 Springfield, MO 65806 | April 20, 1978 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Mixed Fertilizer Plant AA HWY Joplin, MO 64802 | Missouri Department of Natural Resources Hazardous Waste Program 318 Park Central East, Suite 500 Springfield, MO 65806 | April 11, 1979 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Mixed Fertilizer Plant AA HWY Joplin, MO 64802 | Missouri Department of Natural Resources Hazardous Waste Program 318 Park Central East, Suite 500 Springfield, MO 65806 | July 10, 1981 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | Mixed Fertilizer Plant AA HWY Joplin, MO 64802 | Missouri Department of Natural Resources Hazardous Waste Program 318 Park Central East, Suite 500 Springfield, MO 65806 | October 2, 1987 | Resource Conservation and Recovery Act | | | |
| W.R. Grace & Co. - Conn. | North Bergen, NJ | New Jersey Department of Environmental Protection Station Plaza 4 22 S. Clinton Ave. Trenton, NJ 08625 | November 11, 2000 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Organic Chemicals Deer Park, TX | EPCRA Reporting Center P.O. Box 3348 Merrifield, VA 22116 | May 17, 1995 | Clean Air Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(B)

| Name of Debtor | Site Name and Address | me and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. - Conn. | Owensboro, KY | National Response Center; Local Emergency Planning Committee – Davis County Sheriff's Office 212 St. Anne Street Owensboro, KY 42303<br><br>Kentucky Department of Natural Resources 663 Teton Trail, Frankfort, KY 40601 | June 1, 2001 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Owensboro, KY | National Response Center; Local Emergency Planning Committee – Davis County Sheriff's Office 212 St. Anne Street Owensboro, KY 42303<br><br>Kentucky Department of Natural Resources 663 Teton Trail Frankfort, KY 40601<br><br>National Response Center c/o U.S. Coast Guard 2100 2nd Street, SW, Rm. 2611 Washington, DC 20591-0001 | June 5, 2001 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Paul Ringer, Inc. Rochester, NY | New York Department of Environmental Conservation 625 Broadway Albany, NY 12233-1010 | January 29, 1996 | Clean Water Act | | | |
| W. R. Grace & Co. - Conn. | Perimeter Road & Woodland Road Burke, GA | Burke County Fire Department Burke, GA | April 19, 2000 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(B)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. - Conn. | Port of Savannah Savannah, GA | Port Authority of Savannah Savannah, GA | October 24, 2000 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Portage Concrete Portage, WI | National Response Center; Wisconsin Department of Natural Resources; Columbia County Local Emergency Planning Committee | September 20, 1994 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Quad City Airport IL | Illinois Environmental Protection Agency 1021 North Grand Ave. East Springfield IL 62794 | August 1, 1995 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Ready Mix Jacksonville, NC | North Carolina Environmental Protection Agency; U.S. Coast Guard | June 22, 1999 | Clean Water Act | | | |
| W. R. Grace & Co. - Conn. | Ready Mix Concrete Construction Products 36 & L Street Omaha, NE | Nebraska Department of Environmental Control | April 23, 1992 | | | | |
| W. R. Grace & Co. - Conn. | Rockford, IL | Illinois Environmental Protection Agency 1021 North Grand Ave. East Springfield IL 62794 | April 29, 1999 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Tews Company S. 26 & 33 Juneau, WI | National Spill Hotline; Wisconsin Department of Natural Resources 1210 N. Palmatory Street Horicon, WI 53032 | March 30, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | Tilcon Connecticut, Inc. Saybrook, CT | National Response Center | September 26, 1994 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

9

01/04/02

## SOFA Item 17 Response
## STATEMENT 17(B)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | TXI Concrete Dallas, TX | Dallas Health Department | September 30, 1994 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 50 Independence Rd. Acton, MA 01720 | U.S. Environmental Protection Agency Region 1 Waste Management Division JFK Building Boston, MA 02203 | | | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 50 Independence Rd. Acton, MA 01720 | Massachusetts Department of Environmental Protection One Winter Street Boston, MA | September 12, 1980 | | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 369 Washington Street Woburn, MA 01810 | U.S. Environmental Protection Agency Region 1 Waste Management Division JFK Building Boston, MA 02203 | January 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 5513 U.S. Hwy 60 East Owensboro, KY 42303 | Kentucky Department of Natural Resources and Environmental Protection Division of Water 625 Hospital Drive Madisonville, KY 42431-1683 | June 14, 1998 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 6051 W. 65th Street Bedford Park Chicago, IL 60638 | Illinois Environmental Protection Agency 1021 North Grand Ave. East Springfield IL 62794 | June 1, 1993 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

01/04/02

**SOFA Item 17 Response**
**STATEMENT 17(B)**

| Name of Debtor | Site Name and Address | me and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | W.R. Grace & Co.- Conn. Grace Construction Products Russell Parkway Access Rd to Interstate 75 GA | Georgia Environmental Protection Division 205 Butler Street, Suite 1152 East Tower Atlanta, GA 30334 | March 15, 2001 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W. R. Grace & Co. - Conn. | W.R. Grace & Co. Los Angeles, CA | National Response Center; California OES and San Mateo County | September 14, 1999 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. Los Angeles, CA | California Water Resources Control Board | August 20, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 62 Whittemore Ave. Cambridge, MA 02140 | National Response Center; U.S. Environmental Protection Agency Region 4 61 Forsyth Street Atlanta, GA 30303 | June 20, 1994 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 1200 N.W. 15th Ave. Pompano Beach, Fl | Broward County Environmental Quality Control Board 500 SW 14th St. Ft. Lauderdale, FL 33315 | May 10, 1990 | Clean Air Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 1200 N.W. 15th Ave. Pompano Beach, Fl | National Response Center | October 20, 1994 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

## SOFA Item 17 Response
## STATEMENT 17(B)

| Name of Debtor | Site Name and Address | Name and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 26383 Hwy 221 Enoree, SC 29335 | South Carolina Department of Health and Environmental Control 3600 Bull Street Columbia, SC 29201 | June 25, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. Rochester Tank Farm Rochester, NY | New York Department of Environmental Conservation 625 Broadway Albany, NY 12233-1010 | April 2, 1991 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. 4776 Paddock Road Cincinnati, OH 45229 | Division of Industrial Waste, Metropolitan Sewer District 1600 Gest St Cincinnati, OH 45204 | August 19, 1994 | Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Winyah Concrete & Block Georgetown, SC | National Response Center, South Carolina Department of Health and Environmental Control; Georgetown County Local Emergency Planning Committee | May 3, 2000 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Cal-Mat Bakersfield, CA | Kern County Environmental Health Services Department Bakersfield, CA | August 20, 1992 | Comprehensive Environmental Response Compensation and Liability Act; Proposition 65 | | | |
| W.R. Grace & Co. - Conn. | Houston Shell Houston, TX | Texas Natural Resource Conservation Commission, Office Park West 209 S. Danville, Ste B200 Abilene, TX 79605 | December 6, 1996 | Comprehensive Environmental Response Compensation and Liability Act, Clean Water Act | | | |
| W.R. Grace & Co. - Conn. | Rogers Airport Louisiana | Local Emergency Planning Committee; Water Resource Board | September 14, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

12

01/04/02

## SOFA Item 17 Response
### STATEMENT 17(B)

| Name of Debtor | Site Name and Address | me and Address of Governmental Unit | Date(s) of Notice | Environmental Law | Proceeding Caption* | Docket* | Status* |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Site Unknown | Fire Department; Offices of Emergency Services | April 30, 1990 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Site Unknown | Department of Environmental Safety | December 21, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |
| W.R. Grace & Co. - Conn. | Site Unknown | Department of Environmental Protection; Local Emergency Planning Committee | September 18, 1992 | Comprehensive Environmental Response Compensation and Liability Act | | | |

Information contained in these entries also relate to sites where responses to Statement 17(c) apply.

SOFA Item 17 Response
STATEMENT 17(C)

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.
Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name of Debtor | Proceeding Caption | Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | Cease and Desist Order W.R. Grace & Co. 62 Whittemore Ave. Cambridge, MA 02140 | Massachusetts Water Resources Authority 100 First Ave. Boston, MA 02129 | September 30, 1992 | Closed |
| W.R. Grace & Co. - Conn. | City of Trenton Missouri, et al. v. W.R. Grace & Co., et al. | Circuit Court of Grundy County of Missouri | 00-CV-62160 | Pending |
| W.R. Grace & Co. - Conn. | City of Trenton Missouri, Nestle USA, Inc., Modine Manufacturing Company v. W.R. Grace & Co. – Conn d/b/a W.R. Grace & Co. (sic) | City of Trenton | Circuit Court of Grundy County, Missouri #00 CV 62160 | Ongoing |
| W.R. Grace & Co. - Conn. | In Re: DE MICROMIS Settlement; Former Seaboard Chemical Corporation Facility, Jamestown, NC | North Carolina Department of Environment Health and Natural Resources Division of Solid Waste Management | Unknown | Administrative Order on Consent |
| W.R. Grace & Co. - Conn. | In the matter of the Site known as the Chemical Enterprises Plan, S.W. Reg no. 34599 Chemical Enterprises, Inc., Martin Chemical Inc. and W.R. Grace & Co.-Conn. | Texas Water Commission | None | Pending |
| W.R. Grace & Co. - Conn. | In the Matter of: The Marvin Jonas Transfer Station Site and the Marvin Jonas Transfer Station Group | State of New Jersey Department of Environmental Protection and Energy Division of Responsible Party Site Remediation CN 028 Trenton, NJ 08625-0028 | Unknown | Memorandum of Agreement between NJDEPE and Jonas PRP Group |
| W.R. Grace & Co. - Conn. | Interfaith Community Association et al. v. AlliedSignal, W.R. Grace & Co., et al. | U.S. District Court for the District of New Jersey | 95-2097 | Trial set September, 2001 |
| W.R. Grace & Co. - Conn. | John H. Morgan, Elizabeth Morgan and Angela MacConkey v. John Dinapoli d/b/a Menotomy Trucking, Inc., W.R. Grace, Inc. and William Shannon | Superior Court for the Commonwealth of Massachusetts Middlesex County, MA | Civil Action No: 95-4314 | Summary Judgment granted for W.R. Grace |

1

## SOFA Item 17 Response
## STATEMENT 17(C)

| Name of Debtor | Proceeding Caption | Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | John Morgan, et al. v. W.R. Grace, Inc., et al. | Commonwealth of Massachusetts Appeals Court for the Commonwealth | 99-P-1965 | On Appeal. |
| W.R. Grace & Co. - Conn. | Kathleen Tennison, et al. v. W.R. Grace & Co., W.R. Grace & Co.-Conn, Sealed Air Corporation | United States District Court for the District of Montana | | Pending |
| W.R. Grace & Co. - Conn. | Miami-Dade County, Florida v. Advance Cargo Services, Inc., et al. | In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida – General Jurisdiction Division | Case No. 01-8758CA25 | Pending |
| W.R. Grace & Co. - Conn. | N.Y. Hillside, Inc., et al. v. W.R.Grace & Co., et al. | Superior Court of California for County of Los Angeles | BC222456 | Mediation |
| W.R. Grace & Co. - Conn. | Petition for a Waiver or Variance Pursuant to Section 120.542 Florida Statutes by W.R. Grace & Co. for Calcium Chloride Aboveground Storage Tanks | Florida Department of Environmental Protection Twin Towers Bldg. 2600 Blair Stone Road Tallahassee, FL 32399 | OGC Case #00-1101 | Variance Granted |
| W.R. Grace & Co. - Conn. | Seneca Meadows Inc. and Madelon Homes, Inc. v. Evans Chemetrics, Inc., et al. | U.S. District Court for Western District of New York | 95-CV-64-00L | Discovery Pending |
| W.R. Grace & Co. - Conn. | State of California Department of Toxic Substances Control v. Aerojet-General Corporation, et al. | United States District Court Northern District of California | Case No. C 00-4796 FJH | Settlement Agreement and Consent Decree |
| W.R. Grace & Co. - Conn. | State of Texas v. W.R. Grace & Co., including Cryovac | State administrative proceeding | 98-0408-SPF | Pending |
| W.R. Grace & Co. - Conn. | Township of Voorhees v. Adelphi Industries, Inc., et al. | United States District Court for the District of New Jersey Camden | Civil Action No. 87-4263 (JHR) | Administrative Consent Order |
| W.R. Grace & Co. - Conn. | Trinity Industries, Inc. v. Coachmen Industries of Texas, Inc. v. W.R. Grace & Co.-Conn. | District Court Tarrant County Texas, 96th Judicial District | 96-184470-00 | Answer and Counterclaim filed |
| W.R. Grace & Co. - Conn. | United States v. Burton Shaffer and Commonwealth v. Burton Shaffer et al. | U.S. District Court – District of Massachusetts | 95-10023-MLW and 95-10027-MLW | Consent Decree |
| W.R. Grace & Co. - Conn. | U.S. v. W.R. Grace & Company (sic) Kootenai Development Corporation | U.S. District Court, District of Montana, Missoula Division | CV 00-167-M-DWM | Order issued |
| W.R. Grace & Co. - Conn. | U.S. v. W.R. Grace & Company, et al. | U.S. District Court, District of Montana, Missoula Division | CV 01-72-M-DWM | Complaint Filed |
| W.R. Grace & Co. v. U.S. Environmental Protection Agency | U.S. Court of Appeals for the 3rd Circuit | 00-3302 | Vacate and Remand Environmental Protection Agency's July 29 Order |

2

## SOFA Item 17 Response
## STATEMENT 17(C)

| Name of Debtor | Proceeding Caption | Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|---|---|
| W.R. Grace & Co. - Conn. | W.R. Grace & Co. Kearney Mill Laurens County | South Carolina Department of Health and Environmental Control 3600 Bull Street Columbia, SC 29201 | Consent Order #00-096W | Closed |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co.-Conn. v. Goodyear Tire and Rubber Co. and Textron, Inc. | U.S. District Court for Western District of Michigan, Southern Division | 1:99-CV-305 | Settled |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co.-Conn. v. Illinois Environmental Protection Agency Petition for Variance | Illinois Pollution Control Board 100 W. Randolph Street, Su. 11-500 Chicago, IL 60601 | 94-328 | Variance Granted |
| W.R. Grace & Co. - Conn. | W.R. Grace & Co.-Conn. v. Zotos International, Inc. | U.S. District Court for Western District of New York | 98-CV-0838S(F) | Summary Judgment motion pending |
| W.R. Grace & Co. - Conn | United States of America v. A.H. Robins Co., et al. | United States Environmental Protection Agency, Region VIII 999 18th Street, Suite 500 Denver, CO 80202-2466 United States District Court for the District of Colorado | Unknown | Consent Decree |
| W.R. Grace & Co. - Conn | United States of America v. AAI Corporation, et al. | U.S. District Court for the District of Colorado | 00-N-1909 | Consent Decree approved |
| W.R. Grace & Co. - Conn | United States of America v. Alcan Aluminum Corporation, et al. | United States District Court for the District of New Jersey | Case Number: CIV 88-4646 (NHP) | Consent Decree |
| W.R. Grace & Co. - Conn | In the Matter of: Spectron, Inc. Site Spectron Site Waste Generator and Transporter Groups | United States Environmental Protection Agency, Region 3 841 Chestnut Bldg. Philadelphia, PA 19107 | Docket No: III-89-29-DC | Consent Agreement |

3