**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2001**
**MOR-1**

| | First Union Daleen Deposit 2090002554779 | | First Union SBA Deposit 2090003135045 | | JP Morgan Chase Concentration 16001257 | | Fleet Bank Payroll 44987004 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | | $ 62,887 | | $ 165,072 | | $ 535,338 | | $ - |
| | | | | | | | | |
| Bank Balance | | $ 62,972 | | $ 165,421 | | $ 559,486 | | $ - |
| (+) Deposits in transit | | | | | | | | |
| (-) Outstanding checks | | | | | | | | |
| Other | | (85) | | (349) | | (24,148) | | |
| Adjusted bank balance | | $ 62,887 | | $ 165,072 | | $ 535,338 | | $ - |
| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
| | | | | | | | | |
| Outstanding Checks | Ck. # | Amt | Ck. # | Amt | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| Other | | | | | | | | |
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | (85) | | (349) | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | (24,148) | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

W. R. Grace & Co. - Conn
Bank Reconciliations
October 2001
MOR-1

| | Bank of America Payroll 3750245235 | | Bank of America Payroll 8188003115 | | Bank of America Lockbox 8188203114 | | First Union Concentration 2000000282172 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | - | $ | 8,154 | $ | 1,953,417 | | $ 1,878,109 |
| Bank Balance | $ | - | $ | 8,154 | $ | 1,958,997 | | $ 2,247,121 |
| (+) Deposits in transit | | | | | | | | |
| (-) Outstanding checks | | | | | | | | |
| Other | | | | | | (5,580) | | (369,012) |
| Adjusted bank balance | $ | - | $ | 8,154 | $ | 1,953,417 | | $ 1,878,110 |
| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| Other | | | | | | | | |
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | | (5,580) | (369,012) |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2001**
**MOR-1**

|  | First Union Payroll 2079900016741 | | First Union Petty Cash 2079900005600 | | Civic Bank Payroll 15502015736 | | Fleet Bank Payroll 51217666 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books |  | $ 1,407,644 |  | $ 5,708 |  | $ 20,163 |  | $ 3,544 |
| Bank Balance |  | $ - |  | $ - |  | $ 20,163 |  | $ 3,274 |
| (+) Deposits in transit |  |  |  |  |  |  |  |  |
| (-) Outstanding checks |  | (190,241) |  |  |  |  |  |  |
| Other |  | 1,597,885 |  | 5,708 |  |  |  | 270 |
| Adjusted bank balance |  | $ 1,407,644 |  | $ 5,708 |  | $ 20,163 |  | $ 3,544 |
| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|  |  |  |  |  |  |  |  |  |
| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|  | detail available |  |  |  |  |  |  |  |
| Other |  |  |  |  |  |  |  |  |
| Transfers between bank accounts |  |  |  |  |  |  |  |  |
| Accounting error |  |  |  |  |  |  |  |  |
| Interest not recorded on books |  |  |  |  |  |  |  |  |
| Bank fees not recorded on books |  |  |  |  |  |  |  |  | 270 |
| Payroll tax payments not recorded |  | 1,786,352 |  |  |  |  |  |  |
| Unreconciled bank activity |  |  |  |  |  |  |  |  |
| Unreconciled ledger activity |  | (188,467) |  |  |  |  |  |  |
| Returned item adjustment |  |  |  | 5,708 |  |  |  |  |
| Payroll/other activity in transit |  |  |  |  |  |  |  |  |
| Petty cash funds |  |  |  |  |  |  |  |  |
| Unrecorded deposit |  |  |  |  |  |  |  |  |

## W. R. Grace & Co. - Conn
## Bank Reconciliations
## October 2001
## MOR-1

| | First Union Libby Medical 2079900065006 | | First Union Accts Payable 2079920005761 | | First Union Payroll 2079900067554 | | Wachovia Lockbox 1866-082535 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | | $ 30,376 | | $ (5,414,869) | | $ 796,351 | | $ 1,898,408 |
| | | | | | | | | |
| Bank Balance | | $ - | | $ - | | $ - | | $ 857,313 |
| (+) Deposits in transit | | | | | | | | |
| (-) Outstanding checks | | | | (6,571,549) | | (66,051) | | |
| Other | | 30,376 | | 1,156,680 | | 862,402 | | 1,041,095 |
| Adjusted bank balance | | $ 30,376 | | $ (5,414,869) | | $ 796,351 | | $ 1,898,408 |
| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
| | | | | | | | | |
| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | detail available | | detail available | | | |
| Other | | | | | | | | |
| Transfers between bank accounts | | | | | | | | 852,325 |
| Accounting error | | | | | | | | 268,630 |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | 1,645 |
| Payroll tax payments not recorded | | | | | | 676,206 | | (86,628) |
| Unreconciled bank activity | | | | (215,511) | | 44,461 | | |
| Unreconciled ledger activity | | 30,376 | | 1,372,191 | | 141,735 | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | 5,123 |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2001**
**MOR-1**

| | First Union Accts payable 2079900005260 | | First Union Accts Payable 2079900005231 | | Allfirst Payroll 16298631 | | SunTrust Payroll 00000141309 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | | $ (3,400,444) | | $ (1,204,643) | | $ 195,000 | | $ 45,000 |
| | | | | | | | | |
| Bank Balance | | $ - | | $ - | | $ 685,980 | | $ 45,291 |
| (+) Deposits in transit | | | | | | | | |
| (-) Outstanding checks | | (3,112,917) | | | | (249,714) | | (291) |
| Other | | (287,527) | | (1,204,643) | | (241,266) | | |
| Adjusted bank balance | | $ (3,400,444) | | $ (1,204,643) | | $ 195,000 | | $ 45,000 |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | SAP | (3,087,927) | | | detail available | | 7725 | (84) |
| | 5065 | (2,050) | | | | | 74778 | (84) |
| | 6731 | (11) | | | | | 74939 | (123) |
| | 7670 | (1,348) | | | | | | |
| | 8610 | (1,719) | | | | | | |
| | 11880 | (2,568) | | | | | | |
| | 11990 | (192) | | | | | | |
| | 12057 | (300) | | | | | | |
| | 12255 | (135) | | | | | | |
| | 14661 | (1,635) | | | | | | |
| | 15077 | (1,129) | | | | | | |
| | 17294 | (54) | | | | | | |
| | 17328 | (7,438) | | | | | | |
| | 19200 | (4,727) | | | | | | |
| | 19495 | (1,142) | | | | | | |
| | 19501 | (543) | | | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | (284,872) | | (1,206,589) | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | |
| Returned item adjustment | | 185 | | 1,946 | | | | |
| Payroll/other activity in transit | | 600 | | | | | | |
| Petty cash funds | | (3,440) | | | | (241,266) | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2001**
**MOR-1**

| | PNC 4002641360 | | Hibernia Natl Disbursement 101391210 | | Bank of America Payroll 0000 0002 2137 | | Allfirst Payroll 16298657 | | First Union Petty Cash 2040000016900 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | | $ 25,000 | | $ 10,000 | | $ 25,000 | | $ 40,760 | | $ 32,416 |
| | | | | | | | | | | |
| Bank Balance | | $ 25,000 | | $ 9,830 | | $ 30,610 | | $ 188,290 | | $ 39,860 |
| (+) Deposits in transit | | | | | | | | | | |
| (-) Outstanding checks | | | | | | (337) | | (17,953) | | |
| Other | | | | 170 | | (5,273) | | (129,578) | | (7,444) |
| Adjusted bank balance | | $ 25,000 | | $ 10,000 | | $ 25,000 | | $ 40,760 | | $ 32,416 |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 40820 | (337) | 4434 | (2,103) | | |
| | | | | | | | 100316 | (1,655) | | |
| | | | | | | | 100282 | (371) | | |
| | | | | | | | 4575 | (2,918) | | |
| | | | | | | | 4592 | (693) | | |
| | | | | | | | 4746 | (1,823) | | |
| | | | | | | | 4767 | (3,146) | | |
| | | | | | | | 4770 | (1,093) | | |
| | | | | | | | 4773 | (1,195) | | |
| | | | | | | | 4774 | (2,350) | | |
| | | | | | | | 100359 | (606) | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | (5,384) | | (140,816) | | (8,042) |
| Accounting error | | | | | | (2) | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | 170 | | 112 | | | 8 |
| Payroll tax payments not recorded | | | | | | | | | | (410) |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | 11,238 | | |
| Unrecorded deposit | | | | | | | | | | 1,000 |

| W. R. Grace & Co. - Conn<br>Bank Reconciliations<br>October 2001<br>MOR-1 | | Banco de Credito<br>Operating Acct<br>1931115122058 | | Banco de Credito<br>Operating Acct<br>1931125963172 | | Banco de Credito<br>Time Deposit | | Bank of Boston<br>Operating Acct<br>0154519 | | Bank of Boston<br>Operating Acct<br>0154424 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | (Soles) | $ | 2,005 | (US$) | $ 196,332 | | $  - | (Soles) | $ 35,854 | (US$) | $ 585,770 |
| Bank Balance | | $ | 4,529 | | $ 196,814 | | $  - | | $ 35,854 | | $ 585,770 |
| (+) Deposits in transit | | | | | | | | | | | |
| ( -) Outstanding checks | | | (2,524) | | (483) | | | | | | |
| Other | | | | | | | | | | | |
| Adjusted bank balance | | $ | 2,005 | | $ 196,332 | | $  - | | $ 35,854 | | $ 585,770 |
| Deposits in Transit | | Date | | Date | | Date | | Date | | Date | |
| Outstanding Checks | | Ck. # | | Ck. # | | Ck. # | | Ck. # | | Ck. # | |
| | | 7609365 | (500) | 2809129 | (250) | | | | | | |
| | | 7609372 | (2,024) | 2809124 | (188) | | | | | | |
| | | | | 2809128 | (45) | | | | | | |
| Other | | | | | | | | | | | |
| Transfers between bank accounts | | | | | | | | | | | |
| Accounting error | | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | | |

**W. R. Grace & Co.**
**Bank Reconciliations**
**October 2001**
**MOR-1**

| | JP Morgan Chase Pass Through 323881963 |
|---|---|
| Balance per books | $ - |
| Bank Balance | - |
| (+) Deposits in transit | |
| ( -) Outstanding checks | |
| Other | |
| Adjusted bank balance | $ - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | Date | Amt |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**Remedium Group, Inc.**
**Bank Reconciliations**
**October 2001**
**MOR-1**

| | JP Morgan Chase Pass Through 323883842 | | JP Morgan Chase Disbursement 601831985 | |
|---|---|---|---|---|
| Balance per books | $ (22,006) | | $ (231,877) | |
| | | | | |
| Bank Balance | - | | - | |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | | (291,433) | |
| Other | (22,006) | | 59,556 | |
| Adjusted bank balance | $ (22,006) | | $ (231,877) | |
| | | | | |
| Deposits in Transit | Date | Amount | Date | Amount |
| | | | | |
| | | | | |
| Outstanding Checks | Ck. # | Amount | Ck. # | Amount |
| | | | 2514 | (60) |
| | | | 3005 | (415) |
| | | | 3010 | (115) |
| | | | 3217 | (87) |
| | | | 3346 | (2,934) |
| | | | 3355 | (200) |
| | | | 3447 | (200) |
| | | | 3448 | (2,083) |
| | | | 3452 | (27) |
| | | | 3455 | (2,342) |
| | | | 3456 | (157) |
| | | | 3457 | (11) |
| | | | 3458 | (225) |
| | | | 3459 | (12,663) |
| | | | 3460 | (18) |
| | | | 3461 | (5,617) |
| | | | 3462 | (873) |
| | | | 3463 | (171) |
| | | | 3464 | (2,071) |
| | | | 3465 | (28) |
| | | | 3466 | (12,148) |
| | | | 3467 | (14) |
| | | | 3468 | (6,080) |
| | | | 3469 | (2,496) |
| | | | 3470 | (73) |
| | | | 3471 | (114,189) |
| | | | 3472 | (3) |
| | | | 3473 | (881) |
| | | | 3474 | (2) |
| | | | 3475 | (109) |
| | | | 3476 | (20) |
| | | | 3477 | (96) |
| | | | 3478 | (86,957) |
| | | | 3479 | (5,163) |
| | | | 3480 | (122) |
| | | | 3481 | (32) |
| | | | 3485 | (32,753) |
| | | | | |
| Other | | | | |
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | (22,006) | | 59,556 |
| Unreconciled ledger activity | | | | |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

| CC Partners<br>Bank Reconciliations<br>October 2001<br>MOR-1 | | |
|---|---|---|
| | First Union Deposit Acct 2199500031802 | |
| Balance per books | \$ (1,599,153) | |
| Bank Balance | | |
| (+) Deposits in transit | | |
| ( -) Outstanding checks | | |
| Other | (1,599,153) | |
| Adjusted bank balance | \$ (1,599,153) | |
| Deposits in Transit | Date | Amt |
| | | |
| Outstanding Checks | Ck. # | Amt |
| | | |
| Other | | |
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | (1,599,153) |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**October 2001**
**MOR-1**

| | Citibank Operating Acct 300153011 |
|---|---|
| Balance per books | $ 3,038,269 |
| | |
| Bank Balance | 2,962,659 |
| (+) Deposits in transit | 93,628 |
| ( -) Outstanding checks | (18,551) |
| Other | 532 |
| Adjusted bank balance | $ 3,038,268 |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | 10/29/2001 | 93,628 |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | 13767 | (5,002) |
| | 15207 | (1,591) |
| | 15265 | (6,200) |
| | 15267 | (495) |
| | 15278 | (4,628) |
| | 15280 | (634) |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | 532 |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

*Chart 2*

## Kootenai Development Company
## Bank Reconciliations
## October 2001
## MOR-1

| | First National Bank of Montana Checking 1049097 |
|---|---|
| Balance per books | $ 36,936 |
| Bank Balance | 36,936 |
| (+) Deposits in transit | |
| ( -) Outstanding checks | |
| Other | |
| Adjusted bank balance | $ 36,936 |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | Date | Amt |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

## Grace Europe, Inc.
## Bank Reconciliations
## October 2001
## MOR-1

|  | Barclays Bank PLC |
|---|---|
| Balance per books | $ (11,520) |
| Bank Balance | |
| (+) Deposits in transit | |
| ( -) Outstanding checks | |
| Other | (11,520) |
| Adjusted bank balance | $ (11,520) |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | (11,520) |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**November 2001**

| | W.R. Grace & Co. - Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 70,284,156 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | 11,205,942 | - | - | - | - | - | - | - | - |
| Net sales to filing entities | 231,293 | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,361,473 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (5,231,841) | 3,720,295 | 648,094 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Other income | (150,000) | - | - | - | - | - | - | - | - |
| | 77,701,023 | 3,720,295 | 648,094 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 44,534,536 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | 8,468,945 | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | 203,356 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | 17,023,717 | - | 2,657 | - | - | 34,853 | - | - | - |
| Research and development expenses | 2,984,044 | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 4,389,130 | - | 2,256 | - | - | - | - | - | - |
| Interest expense | 2,067,629 | - | - | - | - | - | - | - | - |
| | 79,671,357 | - | 4,913 | - | - | 34,853 | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (1,970,335) | 3,720,295 | 643,181 | 19,173 | 845,233 | (34,853) | 2,602,915 | - | - |
| Chapter 11 reorganization expenses, net | (928,975) | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | (4,181,553) | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net income** | $ (7,080,863) | $3,720,295 | $ 643,181 | $ 19,173 | $ 845,233 | $ (34,853) | $2,602,915 | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**November 2001**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. | Kootenai Development Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ 426,945 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,986,830 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (2,603,838) | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | (617,007) | 426,945 | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 221,133 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 27,936 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 108,710 | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,059 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | 364,837 | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (617,007) | 62,107 | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | (44,981) | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ (661,988) | $ 62,107 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**November 2001**

| | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

# W.R. Grace & Co. - Chapter 11 Filing Entities
## Combining Statement of Operations
### MOR - 2
### November 2001

| | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**November 2001**

| | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. | Grace Energy Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**November 2001**

| | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. | Coalgrace II, Inc. | Gracecoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**November 2001**

| | Axial Basin Ranch Company | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ 70,711,100 |
| Net sales to non-filing entities | - | - | - | - | - | 11,205,942 |
| Net sales to filing entities | - | - | - | (231,293) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | 3,348,303 |
| Interest and royalties from filing entities, net | - | - | - | (31) | - | - |
| Other income | - | - | - | - | - | (150,000) |
| | - | - | - | (231,324) | - | 85,115,346 |
| Cost of goods sold to third parties | - | - | - | - | - | 44,755,669 |
| Cost of goods sold to non-filing entities | - | - | - | - | - | 8,468,945 |
| Cost of goods sold to filing entities | - | - | - | (231,293) | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | 17,169,936 |
| Research and development expenses | - | - | - | - | - | 2,984,044 |
| Depreciation and amortization | - | - | - | - | - | 4,398,445 |
| Interest expense | - | - | - | - | - | 2,067,629 |
| | - | - | - | (231,293) | - | 79,844,668 |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | (31) | - | 5,270,678 |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | (928,975) |
| (Provision for) benefit from income taxes | - | - | - | - | - | (4,226,534) |
| Minority interest in income of subsidiary | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | 7,121,183 | 7,121,183 |
| **Net income** | $ - | $ - | $ - | $ (31) | $7,121,183 | $ 7,236,352 |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.