```
W.R. GRACE AND COMPANY                              Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                   Statement Start Date:        16 OCT 2001
ATT:MARY BOUCHARD                            Statement End Date:        31 OCT 2001
62 WHITTEMORE AVENUE                          Statement Code:           S00-USA-22
CAMBRIDGE    MA    02140                      Statement No:             020
                                                                        Page 3 of 20
```

| Ledger Date | Add Ledger Date | Value Date | F T | References | Credit/Debit Amount | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| | | | | **CREDITS CONTINUED** | | | |
| 18OCT | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0144709291FF | 1,617,521.00 | /011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 1018A1Q002GC001381 | |
| 18OCT | | | | USD YOUR: O/B BKAM IL CGO OUR: 0105501291FF | 2,928,147.86 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:56<br>IMAD: 1018EAQFTI1A000870 | |
| 19OCT | | | | USD YOUR: O/B BANK ONE NA OUR: 0272808292FF | 65,456.46 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:12<br>IMAD: 1018G1QFGY2C000499 | |
| 19OCT | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0112903292FF | 989,975.00 | FEDWIRE CREDIT<br>VIA: BANK ONE CHICAGO<br>/071000013<br>B/O: GODWINS BOOKE AND DICKENSON TP<br>CHICAGO IL USA<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BANK ONE NA<br>BBI=/TIME/14:45<br>IMAD: 1019G1QH052C003460 | |
| | | | | | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 4 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 19OCT | | 19OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0092507292FF | 1,061,397.27 | ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:15 IMAD: 1019EAQFTI1A000721 | |
| 22OCT | | 22OCT | | USD YOUR: O/B FIRST UNION OUR: 0178813295FF | 273,771.80 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:46 IMAD: 1019G1QFGY2C000364 | |
| 22OCT | | 22OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0141808295FF | 2,076,786.00 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B FIRST UNION BBI=/TIME/12:42 IMAD: 1022F3QCAA1C000807 | |
| 22OCT | | 22OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0101403295FF | 4,571,705.83 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:03 IMAD: 1022EAQFTI1A000806 | |
| | | | | | | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:09 IMAD: 1022G1QFGY2C000331 | |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 5 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 23OCT | | 23OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0135514296FF | 679,485.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:17 IMAD: 1023EAQFTI1A000771 |
| 23OCT | | 23OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0095613296FF | 2,423,596.53 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B BKAM IL CGO OBI=HQWT BBI=/TIME/11:15 IMAD: 1023GIQFGY2C000377 |
| 23OCT | | 23OCT | | USD YOUR: MAESTRO OUR: 0316403296FF | 3,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000l600l257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 1023AIQ002DC001327 |
| 24OCT | | 24OCT | | USD YOUR: O/B BARCLAYS PLC OUR: 2348200297FC | 13,256.00 | CHIPS CREDIT VIA: BARCLAYS BANK PLC /0257 B/O: INEOS SILICAS LIMITED REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0000l600l25 7 ORG=INEOS SILICAS LIMITED OGB=BAR CLAYS BANK PLC LONDON EC3 NHJ, ENGL AND OBI=ROYALTY PAYMENT BBI=/BNF/LE SSN: 0111293 |
| 24OCT | | 24OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0096702297FF | 695,277.63 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:       016-001257
Statement Start Date: 16 OCT 2001
Statement End Date:   31 OCT 2001
Statement Code:   S00-USA-22
Statement No:     020
Page 6 of 20

| Ledger Date | Adj Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 24OCT | | 24OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0139509297FF | 2,754,424.02 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN OBI=HOWT BBI=/TIME/11:01 IMAD: 1024G1QFGY2C000389 CAMBRIDGE MA 02140 | | |
| 24OCT | | 24OCT | | USD YOUR: MAESTRO OUR: 0381014297FF | 5,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T BBI=/TIME/12:01 IMAD: 1024EAQFTI1A000836 | | |
| 25OCT | | 25OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0109502298FF | 652,700.72 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:39 IMAD: 1025EAQFTI1A000626 | | |
| 25OCT | | 25OCT | | USD YOUR: REFERENCE OUR: 0129907298FF | 5,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=REFERENCE OBI=F | | |

```
                                                              Account No:    016-001257
         W.R. GRACE AND COMPANY                    Statement Start Date:     16 OCT 2001
         SYRACUSE FUNDING ACCOUNT                    Statement End Date:     31 OCT 2001
         ATT:MARY BOUCHARD                              Statement Code:      S00-USA-22
         62 WHITTEMORE AVENUE                             Statement No:      020
         CAMBRIDGE  MA   02140                                               Page  7 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | T | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | | |
| 25OCT | | 25OCT | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0371408298FF | 11,562,139.00 | 318-P 8-S 43 ML PREMIER INSTITUTION<br>IMAD: 1025A1Q002GC000275<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/15:36<br>IMAD: 1025EAQFTI1A001565 | | |
| 26OCT | | 26OCT | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0099801299FF | 1,355,828.98 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:04<br>IMAD: 1026GIQFGY2C000376 | | |
| 26OCT | | 26OCT | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0130913299FF | 1,711,624.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:41<br>IMAD: 1026EAQFTI1A000846 | | |
| 26OCT | | 26OCT | | | USD YOUR: 6008298125270001<br>OUR: 0810900299FC | 2,599,068.66 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-0000160012 5<br>7 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0048762 | | |
| 26OCT | | 26OCT | | | USD YOUR: 6008297132310001<br>OUR: 0801300299FC | 5,376,455.30 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A. | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 8 of 20

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| | | 29OCT | | USD YOUR: PHN OF 01/10/26 OUR: 0257800302II | 30,722.00 | /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0000160012S 7 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY SSN: 0048562 BOOK TRANSFER CREDIT B/O: CB FUNDS TRANS PREVIOUS DAY TAMPA FL 33610- ORG: MBR/0103 BANKERS TRUST COMPANY REF: REVERSAL OF ENTRY DD10/26/01 T RN0027502299GPBECAUSE UTA BENEF ACC T NO AND SWI FT ADDRESS DO NOT AGRE E/BNF/OUR REF.CMB2859-29OCT01 CHASE REF3321300302FC REFPHN OF 01/10/26 |
| | | 29OCT | | USD OUR: 0018950114XF | 181,596.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 000323136524 |
| | | 29OCT | | USD YOUR: O/B FIRST UNION OUR: 0191114302FF | 1,268,098.49 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION BBI=/TIME/12:49 IMAD: 1029F3QCAA1C000890 |
| | | 29OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0171514302FF | 1,561,877.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:20 IMAD: 1029EAQFTI1A000873 |
| | | 29OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0161802302FF | 2,919,001.65 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. |

```
                                                              Account No:    016-001257
W.R. GRACE AND COMPANY                              Statement Start Date:    16 OCT 2001
SYRACUSE FUNDING ACCOUNT                              Statement End Date:    31 OCT 2001
ATT:MARY BOUCHARD                                        Statement Code:     S00-USA-22
62 WHITTEMORE AVENUE                                      Statement No:      020
CAMBRIDGE   MA   02140                                                       Page 9 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances / Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 30OCT | | 30OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0147009303FF | 737,500.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & COMPANY<br>BOCA RATON FL 33486-1010<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:07<br>IMAD: 1029G1QFGY2C000572 | | |
| 30OCT | | 30OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0141708303FF | 2,150,626.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:56<br>IMAD: 1030EAQFTI1A000815 | | |
| 30OCT | | 30OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0096614303FF | 2,303,517.88 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:49<br>IMAD: 1030EAQFTI1A000812 | | |
| 31OCT | | 31OCT | | USD YOUR: O/B PNCBANK PHIL<br>OUR: 0397202304FF | 32,783.33 | FEDWIRE CREDIT<br>VIA: PNC BANK, NA PHILADELPHIA<br>/031000053<br>B/O: E-CATALYSTS INC<br>HORSHAM,PA 19044-2206<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B PNCBANK PHIL | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 10 of 20

| Ledger Date | Ad Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 31OCT | | 31OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0118913304FF | 1,849,547.57 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:53 IMAD: 1031G1QFGY2C000441 BBI=/TIME/15:43 IMAD: 1031D3QCI2GC001422 | | |
| 31OCT | | 31OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0227208304FF | 2,761,601.03 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600l257 RFB=O/B WACHOVIA WIN BBI=/TIME/13:06 IMAD: 1031EAQFT11A001130 | | |
| **DEBITS** | | | | | | | | |
| 16OCT | | 16OCT | | USD OUR: 0031310114XF | 51.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238881963 | | |
| 16OCT | | 16OCT | | USD YOUR: ACH OF 01/10/16 OUR: 0020000289HP | 14,621.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 16OCT | | 16OCT | | USD YOUR: PHN OF 01/10/16 OUR: 0015304289GP | 20,501.60 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: DEUTCHE BANK AG SW CD DEUTNLQA AMSTERDAM BEN: A & M MINERALS AND METALS LTD REF: GRACE AND DAVISON PYMT OF INVO ICE 10576 SSN: 0201279 | | |
| 16OCT | | 16OCT | | USD YOUR: PHN OF 01/10/16 OUR: 0015302289GP | 42,781.10 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENT | | |
| 16OCT | | 16OCT | | USD YOUR: PHN OF 01/10/16 OUR: 0015303289GP | 271,294.47 | FEDWIRE DEBIT VIA: FIRST UNION NC | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 11 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16OCT | | 16OCT | | USD YOUR: PHN OF 01/10/16 OUR: 0015300289GP | 753,103.06 | /05300219 A/C: W R GRACE AND COMPANY BEN: W R GRACE AND COMPANY REF: REF: MARIE WIMBLE/CMG/BSG VA 3 271/TIME/12:15 IMAD: 1016B1QGC08C002139 FEDWIRE DEBIT VIA: ALLFIRST BANK /05200113 A/C: W R GRACE REF: /TIME/12:13 IMAD: 1016B1QGC08C002092 | | |
| 16OCT | | 16OCT | | USD YOUR: PHN OF 01/10/16 OUR: 0015301289GP | 935,719.44 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: ACC 00163002 FPRS DEPOSITORY BEN: NO ACCT GIVEN WR GRACE & COMPANY PLAN 89995-8994 REF: WEEK ENDING 10/8/01 AND 10/9/0 1 CPD-DAVISON-SALARIES SSN: 0200692 | | |
| 16OCT | | 16OCT | | USD YOUR: PHN OF 01/10/16 OUR: 0037500289GP | 4,400,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /05300219 A/C: W.R. GRACE AND COMPANY REF: WR GRACE PAYMENT FOR CONTROL D ISBURSTMENT ACCT./TIME/15:35 IMAD: 1016B1QGC03C003209 | | |
| 17OCT | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0018802290GP | 50,648.68 | CHIPS DEBIT VIA: ABN AMRO BANK N V /0958 A/C: ACC 4561583 53710 ECOPETROL REF: CONTRACT VRM-013-2001 IMPUESTO DE TIMBRE (STAMP TAX) SSN: 0213190 | | |
| 17OCT | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0018800290GP | 51,189.93 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENT | | |
| 17OCT | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0018804290GP | 54,270.22 | CHIPS DEBIT VIA: ABN AMRO BANK N V /0958 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 12 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0018803290GP | 68,363.89 | A/C: ACC 4561585353710 ECOPETROL REF: CONTRACT VRM-012-2001 IMPUESTO DE TIMBRE (STAMP TAX) SSN: 0213353 CHIPS DEBIT VIA: ABN AMRO BANK N V /0958 | |
| | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0018801290GP | 80,668.00 | A/C: ACC 4561585353710 ECOPETROL REF: CONTRACT VRM-014-2001 IMPUESTO DE TIMBRE (STAMP TAX) SSN: 0213348 CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: HANSAPANK 200001 TALLINN, ESTONIA BEN: AS SILMET REF: GRACE DAVISON PAYMENT OF INVOICES SSN: 0213077 | |
| | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0035700290GP | 1,000,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: WR GRACE & CO. CONN REF: WR GRACE PAYMENT FOR CONTROLLED DISBURSMENT ACCT./TIME/15:51 IMAD: 1017B1QGC04C003559 | |
| | | 17OCT | | USD YOUR: PHN OF 01/10/17 OUR: 0035701290GP | 1,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRIL LYNCH PREMEIR INSTITUTI FUND BEN: N/O W.R. GRACE & CO-CONN REF: ATTN.MERRIL GROUP TRANSFER OF FUNDS/TIME/15:53 IMAD: 1017B1QGC07C003804 | |
| | | 18OCT | | USD OUR: 0032010114XF | 10,759.40 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238196 | |
| | | 18OCT | | USD YOUR: PHN OF 01/10/18 OUR: 0019800291GP | 72,733.59 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: TRANSFER OF FUNDS | |

```
W.R. GRACE AND COMPANY                           Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                         Statement Start Date: 16 OCT 2001
ATT: MARY BOUCHARD                               Statement End Date:   31 OCT 2001
62 WHITTEMORE AVENUE                             Statement Code:       S00-USA-22
CAMBRIDGE MA 02140                               Statement No:         020
                                                                       Page 13 of 20
```

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 18OCT | | 18OCT | | USD YOUR: PHN OF 01/10/18 OUR: 0019801291GP | 72,733.59 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: TRANSFER OF FUNDS | | |
| 18OCT | | 18OCT | | USD YOUR: ACH OF 01/10/18 OUR: 0011600291HP | 92,582.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 18OCT | | 18OCT | | USD YOUR: PHN OF 01/10/18 OUR: 0044100291GP | 5,700,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R GRACE & CO-CONN REF: WR GRACE PYMT FOR FOR CONTROLE D DISBURSTMENT ACCOUNT/TIME/17:10 IMAD: 1018B1QGC06C004093 | | |
| 19OCT | | 19OCT | | USD OUR: 0032610114XF | 5,503.05 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 19OCT | | 19OCT | | USD YOUR: PHN OF 01/10/19 OUR: 0030701292GP | 120,042.62 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PYMT | | |
| 19OCT | | 19OCT | | USD YOUR: PHN OF 01/10/19 OUR: 0030700292GP | 153,880.98 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: ACC 00163002 FPRS DEPOSITORY REF: PLAN 89995/89994 WEEK ENDING 1 0/15/01 SSN: 0230175 | | |
| 19OCT | | 19OCT | | USD YOUR: PHN OF 01/10/19 OUR: 0039700292GP | 700,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: WR GRACE AND CO-CONN REF: PAYMENT FOR CONTROL DISBURSEME NTS/TIME/16:43 IMAD: 1019B1QGC04C004079 | | |
| 19OCT | | 19OCT | | USD YOUR: PHN OF 01/10/19 OUR: 0039701292GP | 1,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUNDS BEN: N/O WR GRACE AND CO-CONN REF: TRANSFER FUNDS/TIME/16:33 IMAD: 1019B1QGC06C003969 | | |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 14 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj. Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 22OCT | | | | USD OUR: 0032230114XF | 2,068.94 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| 22OCT | | | | USD YOUR: PHN OF 01/10/22 OUR: 0034603295GP | 4,399.75 | BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TTEE & BAN LIMA 12 PERU BEN: /193075645158 TERESOPOLIS S.A. REF: PMT INV 020-01 ON BEHALF OF GR ACE DAVISON | | |
| 22OCT | | | | USD YOUR: PHN OF 01/10/22 OUR: 0034602295GP | 56,844.24 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENT | | |
| 22OCT | | | | USD YOUR: PHN OF 01/10/22 OUR: 0034600295GP | 2,000,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: WR GRACE AND CO-CONN REF: WR GRACE PMTS FOR CONTROLLED D ISBURSEMENT ACCOUNTS/TIME/16:25 IMAD: 1022B1QGC04C003886 | | |
| 22OCT | | | | USD YOUR: PHN OF 01/10/22 OUR: 0034601295GP | 4,800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRIL LYNCH PREMIER INSTITUTI FUND BEN: N/O WR GRACE AND CO-CONN REF: TRANSFER OF FUNDS/REC/ATTN MER RILL GROUP/TIME/16:25 IMAD: 1022B1QGC07C004065 | | |
| 23OCT | | | | USD OUR: 0031070114XF | 786.01 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| 23OCT | | | | USD YOUR: PHN OF 01/10/23 OUR: 0023402296GP | 2,476.14 | BOOK TRANSFER DEBIT A/C: METROPOLITAN LIFE INSURANCE CO TAMPA FL 33630-3370 REF: EMPLOYEE GUL CONTRIBUTION FOR SEPT 2001 | | |
| 23OCT | | | | USD YOUR: PHN OF 01/10/23 OUR: 0023404296GP | 4,506.00 | FEDWIRE DEBIT VIA: FIRST UNION FL /063000021 A/C: RODRIGO AYERBE REF: WR GRACE PAYMENT FOR 4TH QUART ER 2001 IMAD: 1023B1QGC04C003396 | | |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020
Page 15 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj | Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date / Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 23OCT | | | | USD | YOUR: PHN OF 01/10/23<br>OUR: 0023403296GP | 6,040.09 | BOOK TRANSFER DEBIT<br>A/C: METROPOLITAN LIFE INSURANCE CO<br>TAMPA FL 33630-3370<br>REF: EMPLOYEE LTC CONTRIBUTION FOR<br>SEPT 2001 | |
| 23OCT | | | | USD | YOUR: PHN OF 01/10/23<br>OUR: 0023401296GP | 31,660.87 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | |
| 23OCT | | | | USD | YOUR: PHN OF 01/10/23<br>OUR: 0023400296GP | 757,847.31 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: WR GRACE<br>REF: FUNDING HOURLY PAYROLL/TIME/16<br>:07<br>IMAD: 1023B1QGC06C003477 | |
| 23OCT | | | | USD | YOUR: PHN OF 01/10/23<br>OUR: 0039300296GP | 5,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND COMPANY-CONN<br>REF: W.R. GRACE PAYMENTS FOR CONTRO<br>L DISBURSMENT ACCOUNT/TIME/16:57<br>IMAD: 1023B1QGC05C003772 | |
| 24OCT | | | | USD | OUR: 0031290114XF | 2,715.74 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238881963 | |
| 24OCT | | | | USD | YOUR: ACH OF 01/10/24<br>OUR: 0043700297HP | 8,188.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | |
| 24OCT | | | | USD | YOUR: PHN OF 01/10/24<br>OUR: 0041100297GP | 51,489.09 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | |
| 24OCT | | | | USD | YOUR: PHN OF 01/10/24<br>OUR: 0041102297GP | 186,102.65 | FEDWIRE DEBIT<br>VIA: BANK ONE NA CHGO<br>/071000013<br>A/C: UNITED HEALTHCARE<br>REF: /TIME/17:42<br>IMAD: 1024B1QGC04C004216 | |
| 24OCT | | | | USD | YOUR: PHN OF 01/10/24<br>OUR: 0041101297GP | 336,629.00 | BOOK TRANSFER DEBIT<br>A/C: METROPOLITAN LIFE INSURANCE CO<br>TAMPA FL 33630-3570 | |
| 24OCT | | | | USD | YOUR: PHN OF 01/10/24<br>OUR: 0018500297GP | 2,492,550.31 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113 | |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 24OCT | | 24OCT | | USD YOUR: PHN OF 01/10/24<br>OUR: 0041103297GP | 5,300,000.00 | A/C: W.R. GRACE AND COMPANY<br>REF: /TIME/13:00<br>IMAD: 1024B1QGC08C002621<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: WR GRACE AND CO<br>REF: /TIME/17:48<br>IMAD: 1024B1QGC07C004426 | | |
| 25OCT | | | | USD OUR: 0032370114XF | 350.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 25OCT | | 25OCT | | USD YOUR: PHN OF 01/10/25<br>OUR: 0039802298GP | 22,988.32 | BOOK TRANSFER DEBIT<br>A/C: NATEXIS BANQUE POPULAIRES<br>PARIS CEDEX 09 FRANCE 75427-<br>BEN: /3002153003040941501476<br>RHODIA TERRES<br>REF: GRACE DAVISON 3RD QUARTER 2001<br>ROYALTY PAYMENT | | |
| 25OCT | | 25OCT | | USD YOUR: PHN OF 01/10/25<br>OUR: 0012901298GP | 38,565.69 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENT | | |
| 25OCT | | 25OCT | | USD YOUR: PHN OF 01/10/25<br>OUR: 0012902298GP | 54,447.90 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: FUNDING UNITED HEALTH CARE ACC<br>OUNT | | |
| 25OCT | | 25OCT | | USD YOUR: PHN OF 01/10/25<br>OUR: 0012903298GP | 367,598.48 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: WR GRACE & CO. RETIREMENT PLAN<br>REF: SUPPLEMENTAL PENSION PAYMENT F<br>OR THE MONTH OF NOVERMBER 2001/TIME<br>/12:57<br>IMAD: 1025B1QGC03C002633 | | |
| 25OCT | | 25OCT | | USD YOUR: PHN OF 01/10/25<br>OUR: 0012900298GP | 1,024,764.63 | FEDWIRE DEBIT<br>VIA: BKAM IL CGO<br>/071000039<br>A/C: WR GRACE & CO./COM<br>REF: REF: TRANSFER OF FUNDS TO BANK<br>OF AMERICA LOCKBOX/TIME/12:54<br>IMAD: 1025B1QGC01C002877 | | |
| 25OCT | | 25OCT | | USD YOUR: PHN OF 01/10/25<br>OUR: 0039801298GP | 7,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC | | |

```
                                              Account No:        016-001257
W.R. GRACE AND COMPANY               Statement Start Date:    16 OCT 2001
SYRACUSE FUNDING ACCOUNT              Statement End Date:     31 OCT 2001
ATT:MARY BOUCHARD                      Statement Code:        S00-USA-22
62 WHITTEMORE AVENUE                   Statement No:          020
CAMBRIDGE  MA  02140                                      Page 17 of 20
```

| Ledger Date | Val Ledger Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 25OCT | 25OCT | USD | YOUR: PHN OF 01/10/25<br>OUR: 0039800298GP | 8,400,000.00 | /053000219<br>A/C: WR GRACE AND CO.<br>REF: /TIME/16:11<br>IMAD: 1025B1QGC03C004145<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIRE INSTITUT<br>FUND<br>BEN: WR GRACE AND CO.<br>REF: /TIME/16:10<br>IMAD: 1025B1QGC06C004275 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027502299GP | 30,722.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 22101142 1606<br>SWIFT HABAEE2X<br>REF: AS SILMET PYMT OF INVOICE NO.5<br>2382<br>SSN: 0223203 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027503299GP | 32,598.38 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC FUNDING ACCOUNT |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0046100299GP | 115,500.00 | FEDWIRE DEBIT<br>VIA: BK AMER SF<br>/121000358<br>A/C: BANK OF AMERICA BUSINESS CREDI<br>835<br>REF: PAYMENT OF INTEREST ON 30 MILL<br>ION DIP BORROWING/TIME/17:08<br>IMAD: 1026B1QGC07C004623 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027501299GP | 185,977.51 | FEDWIRE DEBIT<br>VIA: WACHOVIA WINSTON<br>/053100494<br>A/C: RHODIA ELECTONICS AND CATALYST<br>REF: GRACE DAVIDSON PYMT FOR INVOIC<br>ES/TIME/14:10<br>IMAD: 1026B1QGC06C002996 |
| 26OCT | 26OCT | USD | YOUR: PHN OF 01/10/26<br>OUR: 0027500299GP | 919,706.90 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: ACC 00163002<br>FPRS DEPOSITORY |

Account No: 016-001257
Statement Start Date: 16 OCT 2001
Statement End Date: 31 OCT 2001
Statement Code: S00-USA-22
Statement No: 020

Page 20 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | A/L Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 31OCT | | 31OCT | | USD YOUR: SEE WIRE<br>OUR: 1119400304JB | 60,356.15 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | |
| 31OCT | | 31OCT | | USD YOUR: 0018225102003A<br>OUR: 1119900304JB | 998,475.96 | CHIPS DEBIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: MONEY MOBILIZATION DIVISION<br>ATTENTION GEORGE SEYMOUR<br>REF: DAVISON W.R. GRACE - VALLEYFIE<br>LD SETTLEMENT<br>SSN: 0276459 | |
| 31OCT | | 31OCT | | USD YOUR: HOWT-FUCD<br>OUR: 1358200304JB | 1,600,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:54<br>IMAD: 1031B1QGC07C004735 | |
| 31OCT | | 31OCT | | USD YOUR: SEE WIRE<br>OUR: 1358500304JB | 1,600,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:55<br>IMAD: 1031B1QGC01C004953 | |

**CHECKS**

*No Activity*

# The Chase Manhattan Bank

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 29 SEP 2001
Statement End Date: 15 OCT 2001
Statement Code: S00-USA-22
Statement No: 019
Page 1 of 14

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 31    56,157,592.39 |
| Total Debits (incl. checks) | 47    55,180,463.29 |
| Total Checks Paid | 0    0.00 |

### BALANCES

| Opening (29 SEP 2001) | | Closing (15 OCT 2001) | |
|---|---|---|---|
| Ledger | 448,680.67 | Ledger | 1,425,809.77 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### LEDGER BALANCES

| Date | Closing Balances Amount |
|---|---|
| 01OCT | 1,182,655.90 |
| 02OCT | 482,198.89 |
| 03OCT | 437,196.12 |
| 04OCT | 463,925.75 |
| 05OCT | 819,284.86 |
| 09OCT | 450,105.49 |
| 10OCT | 445,480.63 |
| 11OCT | 506,713.56 |
| 12OCT | 564,332.93 |
| 15OCT | 1,425,809.77 |

### CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 01OCT | | | | USD YOUR: 31Y983098927A<br>OUR: 2741000989ZA | 3,748.26 | NET AIP INTEREST EARNED<br>CREDIT OF NET AIP INTEREST FOR<br>CURRENT PERIOD AND ANY PRIOR<br>PERIOD ADJUSTMENTS. SEE ENHANCED<br>AIP STATEMENT FOR DETAILS. |
| 01OCT | | | | USD YOUR: MAESTRO<br>OUR: 0699508274FF | 800,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 1001A1Q002GC002500 |
| 01OCT | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0315202274FF | 1,435,723.54 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/13:00<br>IMAD: 1001EAQFT11A001625 |
| 01OCT | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0298202274FF | 2,027,253.09 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039 |

FT CODE:
USD - SAME DAY FUNDS       US1 - ONE DAY FLOAT       US3 - THREE DAY FLOAT       US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS       US2 - TWO DAY FLOAT       US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

The Chase Manhattan Bank

# Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:         016-001257
Statement Start Date:   29 SEP 2001
Statement End Date:     15 OCT 2001
Statement Code:         S00-USA-22
Statement No:           019

Page 2 of 14

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Description | Credit/Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Description | Credit/Debit |
|---|---|---|---|---|
| 02OCT | 02OCT | USD YOUR: O/B WACHOVIA WIN  OUR: 0115002275FF | FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W.R. GRACE & CO.  CAMBRIDGE MA 02140  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-000016001257 RFB=O/B BKAM IL CGO  OBI=HOWT BBI=/TIME/12:49  IMAD: 1001G1QFGY2C000797 | 465,365.00 |
| 02OCT | 02OCT | USD YOUR: O/B WACHOVIA WIN  OUR: 0115009275FF | FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W R GRACE & COMPANY  BOCA RATON FL 33486-1010  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-000016001257 RFB=O/B WACHOVIA WIN  BBI=/TIME/11:40  IMAD: 1002EAQFTI1A000666 | 2,081,966.00 |
| 02OCT | 02OCT | USD YOUR: O/B BKAM IL CGO  OUR: 0084801275FF | FEDWIRE CREDIT  VIA: BANK OF AMERICA CHICAGO  /071000039  B/O: W.R. GRACE & CO.  CAMBRIDGE MA 02140  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-000016001257 RFB=O/B BKAM IL CGO  OBI=HOWT BBI=/TIME/11:09  IMAD: 1002EAQFTI1A000663 | 5,304,050.88 |
| 03OCT | 03OCT | USD YOUR: O/B WACHOVIA WIN  OUR: 0162802276FF | FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W R GRACE  COLUMBIA, MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A | 1,213,644.00 |

The Chase Ma  )an Bank

# Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

Account No: 016-001257
Statement Start Date: 29 SEP 2001
Statement End Date: 15 OCT 2001
Statement Code: S00-USA-22
Statement No: 019

Page 3 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 03OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0199908276FF | 1,398,337.90 | C-00001600l257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:37<br>IMAD: 1003EAQFTI1A000857<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=O/B BKAM IL CG0<br>OBI=HOWT BBI=/TIME/11:38<br>IMAD: 1003GlQFGY2C000416 | | |
| | | 04OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0173414277FF | 849,984.32 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE<br>COLUMBIA, MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:33<br>IMAD: 1004EAQFTI1A000933 | | |
| | | 04OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0110301277FF | 1,590,033.17 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=O/B BKAM IL CG0<br>OBI=HOWT BBI=/TIME/11:21<br>IMAD: 1004GlQFGY2C000533 | | |
| | | 04OCT | | USD YOUR: MAESTRO<br>OUR: 0315201277FF | 3,100,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 1004AlQ02GC001149 | | |

The Chase Manhattan Bank

# CHASE

## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 29 SEP 2001 |
| Statement End Date: | 15 OCT 2001 |
| Statement Code: | S00-USA-22 |
| Statement No: | 019 |
| | Page 4 of 14 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **CREDITS CONTINUED** | | |
| 05OCT | | 05OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0178309278FF | 1,229,315.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE COLUMBIA, MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:29 IMAD: 1005EAQFTI1A001031 | | |
| 05OCT | | 05OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0236709278FF | 1,232,858.36 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/13:40 IMAD: 1005G1QFGY2C001001 | | |
| 05OCT | | 05OCT | | USD YOUR: O/B FIRST UNION OUR: 0243713278FF | 4,288,746.05 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B FIRST UNION BBI=/TIME/13:53 IMAD: 1005F3QCAA1C001159 | | |
| 09OCT | | 09OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0208101282FF | 1,941,352.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:04 IMAD: 1009EAQFTI1A000881 | | |
| 09OCT | | 09OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0170509282FF | 3,432,914.53 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. | | |