UNITED STATES BANKRUPTCY COURT **FILED**
DISTRICT OF DELAWARE

2001 DEC 26  PM 3: 26

------------------------------------------------x
In re:                                          )    In Proceeding for a
                                                )    Reorganization Under
W.R. GRACE & CO., et al.,           )    Chapter 11
                                                )
                                                )
            Debtors.                     )    Case No. 01-1139-JKF
                                                )
                                                )    Jointly Administered
------------------------------------------------x

# NOTICE OF APPEARANCE
# AND DEMAND FOR SERVICE

PLEASE TAKE NOTICE, that Jon Bauer, pursuant to section 1109(b) of the Bankruptcy Code, 11 U.S.C. Section 1109(b), and Rule 9010 of Bankruptcy Procedure, hereby appears in the above-captioned case and demands that notice of all matters therein be duly served at the addressed set forth below.

PLEASE TAKE FURTHER NOTICE, that demand is hereby also made for services of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, disclosure statements, plans of reorganizations and answering or reply papers filed in the above-captioned case by mail or otherwise, to the address set forth below:

        Jon Bauer
        Contrarian Capital Management, L.L.C.
        411 West Putnam Avenue, Suite 225
        Greenwich, CT 06830

Date:  December 17, 2001                         By: _____
       Greenwich, CT                                                  Jon Bauer

United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801