ordinary course professionals; and (2) reviewed, analyzed and addressed issues relating to the retention of professionals by Debtors, and filed and served the applications relating thereto.

Fees: $1,987.00;      Total hours: 10.00

### L.    Stay Litigation

Time listed in this category relates to services provided to Debtors in connection with automatic stay issues. During the Interim Period, PSZY&J reviewed and analyzed a motion for relief from stay.

Fees: $59.00;      Total Hours: .20

### Valuation of Services

Attorneys and paraprofessionals of PSZY&J expended a total of 117.00 hours in connection with these cases during the Interim Period, as follows:

| Name of Professional Individual | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Laura Davis Jones | $455.00 | 3.80 | $1,729.00 |
| Ira D. Kharasch | $445.00 | 1.10 | $ 489.50 |
| Hamid R. Rafatjoo | $295.00 | 5.70 | $1,681.50 |
| Michael R. Seidl | $245.00 | .40 | $ 98.00 |
| David W. Carickhoff | $245.00 | 31.30 | $7,668.50 |
| Kathe F. Finlayson | $120.00 | .90 | $ 108.00 |
| Karina K. Yee | $115.00 | 5.00 | $ 575.00 |
| Cherie L. Hare | $115.00 | 2.60 | $ 299.00 |
| Patricia E. Cuniff | $105.00 | 31.00 | $3,255.00 |
| Amy L. Espinosa | $105.00 | .60 | $ 63.00 |
| Helen D. Martin | $ 45.00 | 2.10 | $ 94.50 |
| Rita M. Olivere | $ 45.00 | .30 | $ 13.50 |
| Ashley L. Grasty | $ 30.00 | 28.00 | $ 840.00 |
| Violet E. Mobley | $ 30.00 | 4.20 | $ 126.00 |

The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZY&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZY&J to Debtors during the Interim Period is $17,040.00.

In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZY&J is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, PSZY&J has reviewed the requirements of the Delaware Local Rules and believes that this Application complies with such Rules.

WHEREFORE, PSZY&J respectfully requests that the Court approve, for the period July 1, 2001, through July 31, 2001, an allowance be made to PSZY&J in the sum of $17,040.50 as compensation for necessary professional services rendered, and the sum of $20,323.76 for reimbursement of actual necessary costs and expenses, for a total of $37,364.26,

that such sums be authorized for payment pursuant to the Administrative Order; and provide

PSZY&J such other and further relief as this Court may deem just and proper.

Dated: _____10|10, 2001

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.


_____
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

<u>VERIFICATION</u>

STATE OF DELAWARE          :

                                          :

COUNTY OF NEW CASTLE  :

      David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

      a)      I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

      b)      I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZY&J.

      c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

                                             _____

                                           David W. Carickhoff, Jr.

SWORN AND SUBSCRIBED

before me this 10th day of Oct . , 2001.

Mary Ritchie Johnson
Notary Public
My Commission Expires: 9-12-02

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2001

Invoice Number    **48485**        **91100**  **00001**      **HRR**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

Balance forward as of last invoice, dated:   June 30, 2001                                         $126,053.14

Net balance forward                                                                                $126,053.14

Re:   W.R. Grace and Co.

| | | Statement of Professional Services Rendered Through | **07/31/2001** | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| | | **ASSET DISPOSITION [B130]** | | | |
| 07/10/01 | DWC | Review Property Damage Committee's Response to Debtors' Motion for De Minimis Sale Procedures. | 0.20 | 245.00 | $49.00 |
| 07/25/01 | LDJ | Telephone conference with Sam Schwartz, Esq. re: sales procedure motion | 0.20 | 455.00 | $91.00 |
| 07/26/01 | DWC | Research DE cases where Courts have entered order establishing de minimis sale procedures. | 0.40 | 245.00 | $98.00 |
| 07/26/01 | LDJ | Conference with David Carickhoff, Esq. re: de minimus sale procedures | 0.20 | 455.00 | $91.00 |
| | | **Task Code Total** | **1.00** | | **$329.00** |
| | | **BANKRUPTCY LITIGATION [L430]** | | | |
| 07/09/01 | LDJ | Conference with David Carickhoff, Esq. re: amended adversary complaint | 0.20 | 455.00 | $91.00 |
| 07/10/01 | DWC | Address filing and service of Amended Adversary Complaint and Summons and Notice in Connection therewith. | 0.40 | 245.00 | $98.00 |
| 07/11/01 | PEC | File and serve Debtors' Opposition to the Joint Motion by the Asbestos Property Damage and Personal Injury Committee for Authority to Prosecute Fraudulent Transfer Claims (.3); draft affidavit of service (.2). | 0.50 | 105.00 | $52.50 |
| 07/11/01 | DWC | Review and revise Debtors' Opposition Brief to Asbestos Committees' Motion for Authority to Pursue Fraudulent Transfers. | 1.20 | 245.00 | $294.00 |
| 07/12/01 | DWC | Review and revise Debtors' Response to Committee's Motion to Centralize Documents (.6); address filing and service thereof (2). | 0.80 | 245.00 | $196.00 |
| 07/13/01 | DWC | Review and revise response to Former Executives' Motion for Reimbursement of Expenses as per Indemnification | 0.60 | 245.00 | $147.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Provisions (.4); address filing and service thereof (.2). | | | |
| 07/20/01 | DWC | Review paperflow items including objections and responses to Committees' Motion for Authority to Pursue Fraudulent Conveyance Actions and Debtors' Case Management Motion. | 0.50 | 245.00 | $122.50 |

**Task Code Total**                                                          **4.20**                 **$1,001.00**

**CASE ADMINISTRATION [B110]**

| | | | | | |
|---|---|---|---|---|---|
| 05/25/01 | LDJ | Telephone conference with Jay Capp, Esq. re: omnibus hearing dates; scheduling issues | 0.20 | 455.00 | $91.00 |
| 05/29/01 | LDJ | Telephone conference with Jay Kapp, Esq. re: omnibus hearing dates | 0.20 | 455.00 | $91.00 |
| 05/29/01 | LDJ | Telephone conference with scheduling clerk re: omnibus hearing dates | 0.20 | 455.00 | $91.00 |
| 05/30/01 | LDJ | Conference with David Carickhoff, Esq. re: scheduling issues | 0.20 | 455.00 | $91.00 |
| 07/02/01 | DWC | Telephone conference with Jay Kapp re: August 2, 2001 hearing date and scheduling issues. | 0.20 | 245.00 | $49.00 |
| 07/02/01 | KKY | Review docket | 0.20 | 115.00 | $23.00 |
| 07/02/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 07/03/01 | DWC | Telephone conference with Jay Kapp re: scheduling issues. | 0.20 | 245.00 | $49.00 |
| 07/03/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.50 | 115.00 | $57.50 |
| 07/04/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 07/05/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 07/06/01 | ALE | Review Daily Correspondence & Pleadings and Circlulate to the Appropriate Individuals. | 0.60 | 105.00 | $63.00 |
| 07/06/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.20 | 115.00 | $23.00 |
| 07/09/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 1.10 | 105.00 | $115.50 |
| 07/09/01 | ALG | Match pleadings with Court docket. | 4.00 | 30.00 | $120.00 |
| 07/09/01 | DWC | Address request for form motion to shorten notice period. | 0.20 | 245.00 | $49.00 |
| 07/09/01 | DWC | Telephone conference with Jay Kapp re: scheduling issues (.1); Telephone conference with Joyce Winter re: same (.1); draft e-mail to Jay Kapp re: August 2 hearing time (.1). | 0.10 | 245.00 | $24.50 |
| 07/09/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: 8/2 omnibus hearing | 0.20 | 455.00 | $91.00 |
| 07/10/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.70 | 105.00 | $73.50 |
| 07/10/01 | PEC | File Summons and Notice re: Margaret Chakarian, et al. | 0.40 | 105.00 | $42.00 |
| 07/10/01 | PEC | Review docket for updates and update critical dates memo. | 0.70 | 105.00 | $73.50 |
| 07/10/01 | DWC | Review NY Times article re: Debtors' fireproofing materials and risks thereof (.3); review Debtors' response thereto (.2). | 0.50 | 245.00 | $122.50 |
| 07/11/01 | PEC | Return calls to various potential creditors. | 0.60 | 105.00 | $63.00 |
| 07/11/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/11/01 | ALG | Match pleadings with Court docket. | 3.00 | 30.00 | $90.00 |
| 07/12/01 | KFF | Prepare Debtors' Response to Committee re: Central Depository for filing and service, including Affidavit of Service | 0.90 | 120.00 | $108.00 |
| 07/12/01 | HRR | Telephone call from and to D. Kreutzer regarding status of the case. | 0.10 | 295.00 | $29.50 |

**Invoice number  48485**        91100    00001

| | | | | | |
|---|---|---|---|---|---|
| 07/12/01 | HRR | Telephone call from and to K. McDonald regarding status of the case. | 0.10 | 295.00 | $29.50 |
| 07/12/01 | DWC | Review articles on W.R. Grace bankruptcy in Daily Bankruptcy Review 7/10 and 7/12 issues re: NYT Article and response. | 0.30 | 245.00 | $73.50 |
| 07/13/01 | CLH | Correct issues RE: paperflow. | 0.20 | 115.00 | $23.00 |
| 07/13/01 | CLH | Review and address issues RE: paperflow. | 0.40 | 115.00 | $46.00 |
| 07/13/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 1.00 | 105.00 | $105.00 |
| 07/13/01 | PEC | Return calls to various potential creditors. | 0.60 | 105.00 | $63.00 |
| 07/14/01 | PEC | Review docket and begin drafting Agenda Notice for 7/19/01 Hearing. | 1.80 | 105.00 | $189.00 |
| 07/16/01 | HRR | Review and revise notice of agenda. | 0.30 | 295.00 | $88.50 |
| 07/16/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/16/01 | PEC | Draft Agenda Notice for 7/19/01 hearing. | 2.50 | 105.00 | $262.50 |
| 07/16/01 | DWC | Address preparation of agenda notice for 7/19 hearing. | 1.20 | 245.00 | $294.00 |
| 07/17/01 | PEC | Revise and review Agenda Notice (.5). Prepare service list and faxcoversheet (1). File and serve Agenda Notice and draft Affidavit of Service (.5). | 2.00 | 105.00 | $210.00 |
| 07/17/01 | PEC | File and serve Debtors' Objection to Continuance of the Hearing on its' Motion for Entry of Case Management Order (.3); Draft Affidavit of Service (.2). | 0.50 | 105.00 | $52.50 |
| 07/17/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/17/01 | PEC | Return calls to various potential creditors. | 0.50 | 105.00 | $52.50 |
| 07/17/01 | DWC | Address preparation of agenda for 7/19 hearing. | 0.80 | 245.00 | $196.00 |
| 07/18/01 | HRR | Review and analyze notice of agenda. | 0.20 | 295.00 | $59.00 |
| 07/18/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 07/18/01 | ALG | Prepare hearing notebook for 7/19/01. | 6.00 | 30.00 | $180.00 |
| 07/18/01 | VEM | Prepare hearing notebook for w.r. grace. | 1.00 | 30.00 | $30.00 |
| 07/18/01 | PEC | File and serve Amended Agenda Notice for the 7/19/01 hearing (.4); draft Affidavit of Service (.2) | 0.60 | 105.00 | $63.00 |
| 07/18/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/18/01 | PEC | Review docket for updates. | 0.40 | 105.00 | $42.00 |
| 07/18/01 | PEC | Return calls to various potential creditors. | 0.80 | 105.00 | $84.00 |
| 07/18/01 | DWC | Prepare for 7/19 hearing. | 0.40 | 245.00 | $98.00 |
| 07/19/01 | HRR | Telephone call to D. Kreutzer regarding notice issues. | 0.10 | 295.00 | $29.50 |
| 07/19/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.30 | 295.00 | $88.50 |
| 07/19/01 | RMO | Maintain document control . | 0.30 | 45.00 | $13.50 |
| 07/19/01 | DWC | Confer with Sam Schwartz re: results of July 19th hearing. | 0.30 | 245.00 | $73.50 |
| 07/19/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/19/01 | PEC | Return calls to various potential creditors. | 1.10 | 105.00 | $115.50 |
| 07/19/01 | PEC | Update critical dates memo. | 0.10 | 105.00 | $10.50 |
| 07/19/01 | DWC | Meet with Debtors and K&E attorneys to prepare for 7/19 hearing. | 2.50 | 245.00 | $612.50 |
| 07/19/01 | DWC | Attend July 19th Omnibus hearing. | 1.50 | 245.00 | $367.50 |
| 07/20/01 | ALG | Match pleadings with Court docket. | 4.00 | 30.00 | $120.00 |
| 07/20/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.80 | 105.00 | $84.00 |
| 07/20/01 | PEC | Return calls to potential creditors and forward information requested. | 1.10 | 105.00 | $115.50 |
| 07/23/01 | PEC | Return calls to various potential creditors. | 0.40 | 105.00 | $42.00 |
| 07/24/01 | ALG | Match pleadings with Court docket. | 6.00 | 30.00 | $180.00 |
| 07/25/01 | DWC | Telephone conference with Jay Kapp and Sam Schwartz re: scheduling issues (.2); follow up with Court re: same (.1). | 0.30 | 245.00 | $73.50 |
| 07/25/01 | ALG | Match pleadings with Court docket. | 5.00 | 30.00 | $150.00 |
| 07/25/01 | PEC | Review critical dates memo and gather documents needed to draft Agenda Notice (1.0). Draft Agenda Notice for | 2.00 | 105.00 | $210.00 |

| | | 8/2/01 hearing (1.0) | | | |
|---|---|---|---|---|---|
| 07/25/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.50 | 105.00 | $52.50 |
| 07/25/01 | LDJ | Review open issues on cash management order | 0.50 | 455.00 | $227.50 |
| 07/26/01 | PEC | Review docket and revise Agenda Notice for 8/2/01 hearing | 1.30 | 105.00 | $136.50 |
| 07/27/01 | DWC | Address preparation of agenda for August 2, 2001 hearing. | 0.50 | 245.00 | $122.50 |
| 07/27/01 | HDM | Match pleadings with Court docket. | 2.10 | 45.00 | $94.50 |
| 07/27/01 | PEC | Return calls to various potential creditors. | 0.80 | 105.00 | $84.00 |
| 07/30/01 | DWC | Review and revise agenda for August 2, 2001 hearing (.5); Telephone conference with Sam Schwartz re: same (.2). | 0.70 | 245.00 | $171.50 |
| 07/31/01 | HRR | Review and analyze notice of agenda. | 0.10 | 295.00 | $29.50 |
| 07/31/01 | VEM | Prepare hearing notebook for w.r. grace. | 3.20 | 30.00 | $96.00 |
| | | **Task Code Total** | **76.80** | | **$7,685.50** |

### CLAIMS ADMIN/OBJECTIONS [B310]

| | | | | | |
|---|---|---|---|---|---|
| 07/10/01 | DWC | Review Ward Electrical Inc's notice of perfection of mechanic's lien. | 0.20 | 245.00 | $49.00 |
| 07/30/01 | DWC | Review and revise Motion granting valid reclamation claims administrative priority status and exhibits thereto (.6); draft notice in connection therewith (.4); address filing and service thereof (.2). | 1.20 | 245.00 | $294.00 |
| | | **Task Code Total** | **1.40** | | **$343.00** |

### COMPENSATION PROF. [B160]

| | | | | | |
|---|---|---|---|---|---|
| 07/02/01 | HRR | Draft, and review response to, email regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/02/01 | KKY | Draft Certification of No Objection to First Monthly Application for Compensation and Reimbursement of Expenses of Kirkland & Ellis for April 1, 2001 through April 30, 2001 | 0.20 | 115.00 | $23.00 |
| 07/02/01 | LDJ | Telephone conference with Jay Kapp, Esq. re: interim compensation order | 0.20 | 455.00 | $91.00 |
| 07/03/01 | HRR | Review, analyze and address issues regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/03/01 | DWC | Review and execute Cert. of No Obj. re: K&E First Monthly Fee App. | 0.20 | 245.00 | $49.00 |
| 07/03/01 | KKY | File and serve Certification of No Objection to First Montly Application for Compensation and Reimbursement of Expenses of Kirkland & Ellis for April 1, 2001 through April 30, 2001 | 0.30 | 115.00 | $34.50 |
| 07/03/01 | KKY | Draft and file Affidavit of Service for Certification of No Objection to First Montly Application for Compensation and Reimbursement of Expenses of Kirkland & Ellis for April 1, 2001 through April 30, 2001 | 0.20 | 115.00 | $23.00 |
| 07/04/01 | IDK | Telephone conference with Hamid Rafatjoo regarding 4/01 fee application status. | 0.10 | 445.00 | $44.50 |
| 07/04/01 | HRR | Review and revise April fee application. | 0.60 | 295.00 | $177.00 |
| 07/04/01 | HRR | Review and revise May fee application. | 0.60 | 295.00 | $177.00 |
| 07/04/01 | HRR | Draft email to M. Johnson regarding April and May fee applications. | 0.10 | 295.00 | $29.50 |
| 07/04/01 | HRR | Conference with I. Kharasch regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/06/01 | IDK | Emails to Larry Gabriel and Hamid Rafatjoo regarding status of issues of 4/01 and 5/01 applications. | 0.20 | 445.00 | $89.00 |
| 07/06/01 | KKY | Draft Notice to First Monthly Application for | 0.10 | 115.00 | $11.50 |

Invoice number  48485        91100    00001                                        Page   5

| | | Compensation and Reimbursement of Expenses of Wallace King Marraro & Branson for April 1, 2001 through April 30, 2001 | | | |
|---|---|---|---|---|---|
| 07/06/01 | KKY | Fax to Chris Marraro local rules re: compensation of professionals | 0.10 | 115.00 | $11.50 |
| 07/06/01 | KKY | E-mail to Chris Marraro of Wallace King re: summary coversheet for fee apps | 0.10 | 115.00 | $11.50 |
| 07/09/01 | DWC | Review and revise Wallace King's first and second monthly fee application and addressed drafting of notices in connection therewith. | 0.70 | 245.00 | $171.50 |
| 07/10/01 | HRR | Review and revise April bill (.10); and Review and revise April fee application (.20). | 0.30 | 295.00 | $88.50 |
| 07/10/01 | PEC | File and serve Application of Wallace, King, Marraro & Branson's Fee Application for the month of April (.4); draft Affidavit of Service(.2) | 0.50 | 105.00 | $52.50 |
| 07/10/01 | PEC | File and serve Application of Wallace, King, Marraro & Branson's Fee Application for the month of May (.4); draft Affidavit of Service(.2) | 0.50 | 105.00 | $52.50 |
| 07/10/01 | DWC | Reviewed Creditors' Committee Request for Reimbursement of Members' Expenses. | 0.20 | 245.00 | $49.00 |
| 07/10/01 | DWC | Review Second Fee Application of Stroock Stroock & Lavan. | 0.20 | 245.00 | $49.00 |
| 07/10/01 | KKY | Draft Certification of No Objection to Kirkland & Ellis Monthly Application for Compensation and Reimbursement of Expenses for May 2001 | 0.20 | 115.00 | $23.00 |
| 07/10/01 | KKY | File and serve Certification of No Objection to Kirkland & Ellis Monthly Application for Compensation and Reimbursement of Expenses for May 2001 | 0.30 | 115.00 | $34.50 |
| 07/10/01 | KKY | Draft and file Affidavit of Service for Certification of No Objection to Kirkland & Ellis Monthly Application for Compensation and Reimbursement of Expenses for May 2001 | 0.20 | 115.00 | $23.00 |
| 07/10/01 | LDJ | Review and finalize interim fee application (April 2-30, 2001) | 0.30 | 455.00 | $136.50 |
| 07/11/01 | IDK | Emails and telephone conference with MaryRitchie Johnson and Hamid Rafatjoo regarding 5/01 application. | 0.20 | 445.00 | $89.00 |
| 07/11/01 | HRR | Conference with M. Johnson regarding fee applications (.10); and Review and analyze email from I. Kharasch regarding fee application (.10). | 0.20 | 295.00 | $59.00 |
| 07/12/01 | DWC | Review fee application of Property Damage Committee Members for reimbursement of expenses. | 0.20 | 245.00 | $49.00 |
| 07/12/01 | DWC | Review Fee Application of Property Damage Committee Counsel, Bilzin Sumberg. | 0.20 | 245.00 | $49.00 |
| 07/12/01 | DWC | Address revision and re-filing of Wallace King's summary sheet for second fee application. | 0.20 | 245.00 | $49.00 |
| 07/13/01 | IDK | Telephone conference with Hamid Rafatjoo and MaryRitchie Johnson regarding 5/01 fee application. | 0.20 | 445.00 | $89.00 |
| 07/16/01 | IDK | Telephone conference with Hamid Rafatjoo regarding 5/01 fee application status. | 0.10 | 445.00 | $44.50 |
| 07/16/01 | HRR | Telephone conference with I. Kharasch regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/18/01 | MRS | Email to Laura Davis Jones re: call from trustee's office with respect to fee application of Wallace King. | 0.30 | 245.00 | $73.50 |
| 07/18/01 | MRS | Calls from office of the U.S. Trustee re: Wallace King fee applications. | 0.10 | 245.00 | $24.50 |
| 07/19/01 | HRR | Review and revise prebills. | 0.30 | 295.00 | $88.50 |
| 07/20/01 | IDK | Telephone conference with Hamid Rafatjoo regarding 5/01 application issues. | 0.10 | 445.00 | $44.50 |
| 07/20/01 | HRR | Conference with I. Kharasch regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/20/01 | DWC | Review April and May Fee Applications of Ferry & Joseph. | 0.10 | 245.00 | $24.50 |

**Invoice number** 48485          91100    00001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/20/01 | DWC | Review Fee Application of Bilzin Sumberg for April through May 30th. | 0.30 | 245.00 | $73.50 |
| 07/21/01 | HRR | Draft email to I. Kharasch regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 07/21/01 | HRR | Review and revise fee application. | 0.40 | 295.00 | $118.00 |
| 07/23/01 | HRR | Prepare and finalize May fee application. | 0.30 | 295.00 | $88.50 |
| 07/25/01 | DWC | Review and provide comments to draft of Blackstone First Monthly Fee Application (.4); office conference with Laura Jones re: same (.1). | 0.50 | 245.00 | $122.50 |
| 07/25/01 | LDJ | Conference with David Carickhoff, Esq. re; Blackstone interim fee application | 0.20 | 455.00 | $91.00 |
| 07/26/01 | DWC | Review and revise Blackstone's first monthly fee application and address inquiries re: filing of quarterly fee application, | 0.60 | 245.00 | $147.00 |
| 07/27/01 | PEC | File and serve Supplemental List of Ordinary Course Professionals (.5); Draft Affidavit of Service (.3) | 0.80 | 105.00 | $84.00 |
| 07/27/01 | PEC | Draft Affidavit of Service re: Kirkland & Ellis' May Fee Application (.4); Draft Affidavit of Service (.2) | 0.60 | 105.00 | $63.00 |
| 07/27/01 | PEC | File and serve Debtors' Statement of Money Paid to Ordinary Course Professionals from April 2, 2001 through June 30, 2001 (.4); Draft Affidavit of Service (.2) | 0.60 | 105.00 | $63.00 |
| 07/30/01 | HRR | Conference with I. Kharasch regarding fee application issues. | 0.10 | 295.00 | $29.50 |
| 07/30/01 | IDK | Telephone conference and emails with MaryRitchie Johnson and Hamid Rafatjoo regarding fee application status and issues. | 0.20 | 445.00 | $89.00 |
| 07/31/01 | DWC | Review K&E June Monthly Fee Application (.6); draft notice in connection therewith (.4); address filing and service thereof (.2). | 1.20 | 245.00 | $294.00 |
| 07/31/01 | DWC | Review First Quarterly Fee Application of Blackstone (.3); draft notice in connection therewith (.4); address filing and service thereof (.2) | 0.90 | 245.00 | $220.50 |
| 07/31/01 | DWC | Review First Monthly Fee Application of Blackstone (.4); draft notice in connection therewith (.4); address filing and service thereof (.2). | 1.00 | 245.00 | $245.00 |
| 07/31/01 | HRR | Review and analyze fee application of Caplin & Drysdale. | 0.10 | 295.00 | $29.50 |
| 07/31/01 | HRR | Review and analyze fee application issues. | 0.20 | 295.00 | $59.00 |

|  | **Task Code Total** |  | **17.20** |  | **$4,130.00** |
|---|---|---|---|---|---|

**EMPLOYEE BENEFIT/PENSION- B220**

| 07/18/01 | HRR | Telephone conference with counsel for Jean Paul Bolduc et al. regarding motion to pay certain benefits to former employees (.10); Draft email regarding same (.10); and Telephone conference with S. Schwartz regarding same (.10). | 0.30 | 295.00 | $88.50 |
|---|---|---|---|---|---|

|  | **Task Code Total** |  | **0.30** |  | **$88.50** |
|---|---|---|---|---|---|

**FINANCIAL FILINGS [B110]**

| 05/17/01 | LDJ | Correspondence with David Carickhoff, Esq. re: service of schedules | 0.20 | 455.00 | $91.00 |
|---|---|---|---|---|---|
| 07/02/01 | DWC | Review May Monthly Operating Report (.6); Telephone conference with Francine Gilbert re: same (.1); address filing and service thereof (.2) | 0.90 | 245.00 | $220.50 |
| 07/02/01 | KKY | File and serve Monthly Operating Report for May 2001 | 0.30 | 115.00 | $34.50 |
| 07/02/01 | KKY | Draft and file Affidavit of Service for Monthly Operating Report for May 2001 | 0.20 | 115.00 | $23.00 |

Invoice number    48485          91100    00001

| | | | | | |
|---|---|---|---|---|---|
| 07/02/01 | KKY | Update monthly operating report service list | 0.20 | 115.00 | $23.00 |
| 07/06/01 | DWC | Review letter from EPA re: amending Debtors' schedules and statements to include additional environmental information. | 0.40 | 245.00 | $98.00 |
| 07/20/01 | DWC | Review letter from Goodwin Procter re: environmental issues concerning Debtors' schedules and statements and address inquiries raised therein. | 0.30 | 245.00 | $73.50 |

|  |  |  |
|---|---|---|
| **Task Code Total** | **2.50** | **$563.50** |

### LITIGATION (NON-BANKRUPTCY]

| | | | | | |
|---|---|---|---|---|---|
| 07/05/01 | DWC | Research DE cases for precedent re: settlement procedures. | 0.30 | 245.00 | $73.50 |
| 07/09/01 | DWC | Research DE cases re: precedent for settlement procedures motion. | 0.30 | 245.00 | $73.50 |
| 07/13/01 | DWC | Review and revise Debtors' Response to Objections of Asbestos Committees to Motion for Settlement Procedures. | 0.60 | 245.00 | $147.00 |
| 07/13/01 | PEC | File and serve Debtors' Response to Objection of the Committees to Debtors' Motion Approving Procedures for Litigation (.4); draft Affidavit of Service (.2). | 0.60 | 105.00 | $63.00 |

|  |  |  |
|---|---|---|
| **Task Code Total** | **1.80** | **$357.00** |

### MEETING OF CREDITORS[B150]

| | | | | | |
|---|---|---|---|---|---|
| 05/17/01 | LDJ | Teleconference with James Sprayregen, Esq. re: Section 341 meeting | 0.30 | 455.00 | $136.50 |
| 05/18/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: Section 341 meeting | 0.20 | 455.00 | $91.00 |

|  |  |  |
|---|---|---|
| **Task Code Total** | **0.50** | **$227.50** |

### PLAN & DISCLOSURE STMT. [B320]

| | | | | | |
|---|---|---|---|---|---|
| 07/25/01 | DWC | Review and revise motion to extend exclusivity (.6); draft notice in conection therewith (.3); address filing and service thereof (.2). | 1.10 | 245.00 | $269.50 |

|  |  |  |
|---|---|---|
| **Task Code Total** | **1.10** | **$269.50** |

### RETENTION OF PROF. [B160]

| | | | | | |
|---|---|---|---|---|---|
| 07/02/01 | DWC | Review and revise application to retain Reed Smith as special counsel (.8); draft notice in connection therewith (.4); address filing and service thereof (.2); Telephone conference with Sam Schwartz re: same (.2). | 1.60 | 245.00 | $392.00 |
| 07/02/01 | KKY | Draft Certification of No Objection to Application to Retain and Employ Nelson Mullins Riley & Scarborough as Special Counsel to the Debtors | 0.20 | 115.00 | $23.00 |
| 07/02/01 | KKY | Draft Certification of No Objection to Application to Retain and Employ Holme Roberts & Owen as Special Environmental Counsel to the Debtors | 0.20 | 115.00 | $23.00 |
| 07/03/01 | DWC | Review and execute Cert. of No Obj. re: Nelson Mullins employment. | 0.20 | 245.00 | $49.00 |
| 07/03/01 | DWC | Review and execute Cert. of No Obj. re: Holme Roberts employment. | 0.20 | 245.00 | $49.00 |
| 07/03/01 | KKY | File and serve Certification of No Objection to Application | 0.30 | 115.00 | $34.50 |

| | | | | | |
|---|---|---|---|---|---|
| 07/03/01 | KKY | to Retain and Employ Nelson Mullins Riley & Scarborough as Special Counsel to the Debtors Draft and file Affidavit of Service for Certification of No Objection to Application to Retain and Employ Nelson Mullins Riley & Scarborough as Special Counsel to the Debtors | 0.20 | 115.00 | $23.00 |
| 07/03/01 | KKY | File and serve Certification of No Objection to Application to Retain and Employ Holme Roberts & Owen as Special Environmental Counsel to the Debtors | 0.30 | 115.00 | $34.50 |
| 07/03/01 | KKY | Draft and file Affidavit of Service for Certification of No Objection to Application to Retain and Employ Holme Roberts & Owen as Special Environmental Counsel to the Debtors | 0.20 | 115.00 | $23.00 |
| 07/06/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: retention of professionals | 0.30 | 455.00 | $136.50 |
| 07/10/01 | DWC | Review and address filing and service of various ordinary course professionals affidavits. | 0.50 | 245.00 | $122.50 |
| 07/11/01 | DWC | Telephone conference with Sam Schwartz re: ordinary course professionals' issues. | 0.20 | 245.00 | $49.00 |
| 07/11/01 | CLH | Office conference w/Patti Cuniff RE: W.R. Grace & Co. - affidavits of service - 10 affidavits of disinterestedness. | 0.20 | 115.00 | $23.00 |
| 07/11/01 | CLH | Prepare affidavits of service RE:  10 affidavits of disinterestedness; notarize and prepare for filing w/court. | 0.80 | 115.00 | $92.00 |
| 07/11/01 | CLH | Prepare 10 Affidavits of Service (RE:  10 Affidavits of Disinterestedness) for filing with Bankruptcy Court. | 0.30 | 115.00 | $34.50 |
| 07/11/01 | CLH | Review 10 Affidavits of Disinterestedness and prepare each for filing w/Bankruptcy Court and service. | 0.70 | 115.00 | $80.50 |
| 07/25/01 | DWC | Address preparation of Supplemental List of Ordinary Course Professionals and filing thereof. | 0.60 | 245.00 | $147.00 |
| 07/25/01 | PEC | File and serve Third Supplemental Affidavit of James H.M. Sprayregan Under 11 U.S.C. §327(a) nad Fed.R.Bankr.P. 2014 (.4); draft Affidavit of Service (.2) | 0.60 | 105.00 | $63.00 |
| 07/26/01 | DWC | Finalize Supplement to Ordinary Course Professional Motion (.3); address filing and service thereof (.2) | 0.50 | 245.00 | $122.50 |
| 07/26/01 | DWC | Review affidavits of disinterestedness of 23 Oridinary Course Professionals and update chart re: same (1.7); and address filing and service thereof (.2). | 1.90 | 245.00 | $465.50 |

| Task Code Total | 10.00 | $1,987.00 |
|---|---|---|

**STAY LITIGATION [B140]**

| 07/04/01 | HRR | Review and analyze renoticed Morris stay relief motion. | 0.20 | 295.00 | $59.00 |
|---|---|---|---|---|---|

| Task Code Total | 0.20 | $59.00 |
|---|---|---|

| Total professional services: | 117.00 | $17,040.50 |
|---|---|---|

**Costs Advanced:**

| | | | |
|---|---|---|---|
| 07/02/2001 | DC | Delivery/ Courier Service--Parcels [E107] | $30.00 |
| 07/02/2001 | FE | Federal Express [E108] | $225.20 |
| 07/02/2001 | FE | Federal Express--DHL [E108] | $73.79 |
| 07/02/2001 | RE | (CORR 692 @0.15 PER PG) | $103.80 |
| 07/02/2001 | RE | (CORR 1392 @0.15 PER PG) | $208.80 |
| 07/02/2001 | RE | (CORR 1938 @0.15 PER PG) | $290.70 |
| 07/02/2001 | RE | (CORR 525 @0.15 PER PG) | $78.75 |
| 07/02/2001 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 07/02/2001 | RE | (CORR 476 @0.15 PER PG) | $71.40 |
| 07/02/2001 | RE | (CORR 3354 @0.15 PER PG) | $503.10 |

Invoice number   48485   91100   00001

| Date | Code | Description | Amount |
|---|---|---|---|
| | | | $404.55 |
| 07/02/2001 | RE | (CORR 2697 @0.15 PER PG) | $25.50 |
| 07/02/2001 | RE | (CORR 170 @0.15 PER PG) | $7.50 |
| 07/03/2001 | DC | Delivery/ Courier Service--Parcels [E107] | $66.21 |
| 07/03/2001 | FE | Federal Express--DHL [E108] | $9.00 |
| 07/03/2001 | FX | (CORRA 9 @1.00 PER PG) | $1.50 |
| 07/03/2001 | RE | Reproduction Expense. [E101] | $22.05 |
| 07/03/2001 | RE | (CORR 147 @0.15 PER PG) | $14.70 |
| 07/03/2001 | RE | (DEC 98 @0.15 PER PG) | $18.15 |
| 07/03/2001 | RE | (CORR 121 @0.15 PER PG) | $99.30 |
| 07/03/2001 | RE | (CORR 662 @0.15 PER PG) | $244.20 |
| 07/03/2001 | RE | (CORR 1628 @0.15 PER PG) | $13.80 |
| 07/03/2001 | RE | (CORR 92 @0.15 PER PG) | $13.50 |
| 07/03/2001 | RE | (CORR 90 @0.15 PER PG) | $76.87 |
| 07/03/2001 | TR | Transcript--Valerie J. Gunning [E116] | $48.16 |
| 07/05/2001 | DH | DHL- Worldwide Express | $5.20 |
| 07/05/2001 | PO | Postage [E108] | $21.90 |
| 07/05/2001 | RE | (CORR 146 @0.15 PER PG) | $74.40 |
| 07/05/2001 | RE | (CORR 496 @0.15 PER PG) | $18.50 |
| 07/06/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $7.58 |
| 07/06/2001 | DH | DHL- Worldwide Express | $9.00 |
| 07/06/2001 | FX | (CORR 9 @1.00 PER PG) | $7.00 |
| 07/06/2001 | FX | (CORR 7 @1.00 PER PG) | $8.55 |
| 07/06/2001 | RE | (CORR 57 @0.15 PER PG) | $14.84 |
| 07/07/2001 | DH | DHL- Worldwide Express | $247.50 |
| 07/07/2001 | TSC | Tristate Courier Messenger Service [E107] | $38.00 |
| 07/09/2001 | FX | Fax Transmittal. [E104] | $4.50 |
| 07/09/2001 | RE | Reproduction Expense. [E101] | $12.30 |
| 07/09/2001 | RE | (CORR 82 @0.15 PER PG) | $14.85 |
| 07/09/2001 | RE | (CORR 99 @0.15 PER PG) | $237.75 |
| 07/09/2001 | RE | (CORR 1585 @0.15 PER PG) | $30.00 |
| 07/10/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $193.97 |
| 07/10/2001 | DH | DHL- Worldwide Express | $14.00 |
| 07/10/2001 | FX | (AGR 14 @1.00 PER PG) | $3.00 |
| 07/10/2001 | FX | (CORR 3 @1.00 PER PG) | $0.75 |
| 07/10/2001 | RE | (CORR 5 @0.15 PER PG) | $1.80 |
| 07/10/2001 | RE | (CORR 12 @0.15 PER PG) | $8.85 |
| 07/10/2001 | RE | (CORR 59 @0.15 PER PG) | $109.35 |
| 07/10/2001 | RE | (CORR 729 @0.15 PER PG) | $117.60 |
| 07/10/2001 | RE | (CORR 784 @0.15 PER PG) | $158.10 |
| 07/10/2001 | RE | (CORR 1054 @0.15 PER PG) | $2.10 |
| 07/10/2001 | RE | (CORR 14 @0.15 PER PG) | $242.40 |
| 07/10/2001 | RE | (CORR 1616 @0.15 PER PG) | $150.15 |
| 07/10/2001 | RE | (CORR 1001 @0.15 PER PG) | $32.31 |
| 07/10/2001 | SO | Secretarial Overtime--Vanessa Preston | $260.18 |
| 07/11/2001 | DH | DHL- Worldwide Express | $288.34 |
| 07/11/2001 | DH | DHL- Worldwide Express | $3.00 |
| 07/11/2001 | FX | (AGR 3 @1.00 PER PG) | $14.00 |
| 07/11/2001 | FX | (CORR 14 @1.00 PER PG) | $162.54 |
| 07/11/2001 | PO | Postage Delaware Document Imaging [E108] | $223.60 |
| 07/11/2001 | PO | Postage Delaware Document Imaging [E108] | $0.45 |
| 07/11/2001 | RE | Reproduction Expense. [E101] | $304.92 |
| 07/11/2001 | RE | Reproduction Expense Delaware Document Imaging [E101] | $544.05 |
| 07/11/2001 | RE | Reproduction Expense Delaware Document Imaging [E101] | $19.80 |
| 07/11/2001 | RE | (CORR 132 @0.15 PER PG) | $76.80 |
| 07/11/2001 | RE | (CORR 512 @0.15 PER PG) | $67.20 |
| 07/11/2001 | RE | (CORR 448 @0.15 PER PG) | $41.25 |
| 07/11/2001 | RE | (CORR 275 @0.15 PER PG) | $73.20 |
| 07/11/2001 | RE | (CORR 488 @0.15 PER PG) | $37.50 |
| 07/12/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $98.94 |
| 07/12/2001 | DH | DHL- Worldwide Express | |

Invoice number   48485          91100    00001

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 07/12/2001 | FX | (CORR 9 @1.00 PER PG) | $9.00 |
| 07/12/2001 | FX | (CORR 9 @1.00 PER PG) | $9.00 |
| 07/12/2001 | PO | Postage [E108] | $210.28 |
| 07/12/2001 | RE | (CORR 64 @0.15 PER PG) | $9.60 |
| 07/12/2001 | RE | (CORR 112 @0.15 PER PG) | $16.80 |
| 07/12/2001 | RE | (CORR 1256 @0.15 PER PG) | $188.40 |
| 07/13/2001 | DH | DHL- Worldwide Express | $98.94 |
| 07/13/2001 | RE | (CORR 384 @0.15 PER PG) | $57.60 |
| 07/13/2001 | RE | (CORR 434 @0.15 PER PG) | $65.10 |
| 07/13/2001 | RE | (CORR 36 @0.15 PER PG) | $5.40 |
| 07/13/2001 | RE | (CORR 144 @0.15 PER PG) | $21.60 |
| 07/13/2001 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 07/13/2001 | RE | (CORR 2350 @0.15 PER PG) | $352.50 |
| 07/13/2001 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 07/13/2001 | RE | Reproduction Expense. [E101] | $45.30 |
| 07/14/2001 | DH | DHL- Worldwide Express | $62.79 |
| 07/14/2001 | TSC | Tristate Courier Messenger Service [E107] | $765.00 |
| 07/15/2001 | FE | Federal Express [E108] | $60.48 |
| 07/15/2001 | TSC | Tristate Courier Messenger Service [E107] | $150.00 |
| 07/16/2001 | RE | (CORR 6340 @0.15 PER PG) | $951.00 |
| 07/17/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $4.80 |
| 07/17/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $15.00 |
| 07/17/2001 | FX | (CORR 33 @1.00 PER PG) | $33.00 |
| 07/17/2001 | FX | (CORR 39 @1.00 PER PG) | $39.00 |
| 07/17/2001 | FX | (CORR 70 @1.00 PER PG) | $70.00 |
| 07/17/2001 | FX | (CORR 23 @1.00 PER PG) | $23.00 |
| 07/17/2001 | FX | (CORR 23 @1.00 PER PG) | $23.00 |
| 07/17/2001 | FX | Fax Transmittal. [E104] | $65.00 |
| 07/17/2001 | FX3 | FX-(CORR. 15 @ 1.00 PER PG) [E104] | $15.00 |
| 07/17/2001 | PO | Postage [E108] | $44.40 |
| 07/17/2001 | PO | Reproduction Expense--DDI. [E101] Postage [E108] | $165.06 |
| 07/17/2001 | PO | Postage--DDI [E108] | $165.06 |
| 07/17/2001 | RE | Reproduction Expense.--DDI [E101] | $308.88 |
| 07/17/2001 | RE | Reproduction Expense.--DDI [E101] | $308.88 |
| 07/17/2001 | RE | (CORR 2556 @0.15 PER PG) | $383.40 |
| 07/17/2001 | RE | (CORR 543 @0.15 PER PG) | $81.45 |
| 07/17/2001 | RE | (AGR 15 @0.15 PER PG) | $2.25 |
| 07/18/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $15.00 |
| 07/18/2001 | FE | Federal Express [E108] | $60.48 |
| 07/18/2001 | FE | Federal Express [E108] | $15.60 |
| 07/18/2001 | FX | (CORR 19 @1.00 PER PG) | $19.00 |
| 07/18/2001 | FX | (CORR 4 @1.00 PER PG) | $4.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |

**Invoice number  48485**        91100    00001

| | | | |
|---|---|---|---|
| 07/18/2001 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (AGR 5 @1.00 PER PG) | $5.00 |
| 07/18/2001 | FX | (AGR 6 @1.00 PER PG) | $6.00 |
| 07/18/2001 | FX | (CORR 7 @1.00 PER PG) | $7.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 07/18/2001 | FX | Fax Transmittal. [E104] | $33.00 |
| 07/18/2001 | FX | (CORR 6 @1.00 PER PG) | $6.00 |
| 07/18/2001 | RE | (AGR 15 @0.15 PER PG) | $2.25 |
| 07/18/2001 | RE | (AGR 23 @0.15 PER PG) | $3.45 |
| 07/18/2001 | RE | (CORR 624 @0.15 PER PG) | $93.60 |
| 07/18/2001 | RE | (CORR 486 @0.15 PER PG) | $72.90 |
| 07/18/2001 | RE | (CORR 206 @0.15 PER PG) | $30.90 |
| 07/18/2001 | RE | (CORR 1288 @0.15 PER PG) | $193.20 |
| 07/18/2001 | RE | (CORR 381 @0.15 PER PG) | $57.15 |
| 07/18/2001 | RE | (CORR 502 @0.15 PER PG) | $75.30 |
| 07/18/2001 | RE | (CORR 1326 @0.15 PER PG) | $198.90 |
| 07/19/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $27.50 |
| 07/19/2001 | FX | (CORR 17 @1.00 PER PG) | $17.00 |
| 07/19/2001 | FX | (CORR 55 @1.00 PER PG) | $55.00 |
| 07/19/2001 | PO | Postage [E108] | $15.45 |
| 07/19/2001 | RE | (CORR 61 @0.15 PER PG) | $9.15 |
| 07/19/2001 | RE | (CORR 101 @0.15 PER PG) | $15.15 |
| 07/19/2001 | SO | Secretarial Overtime--Vanessa Preston | $86.16 |
| 07/20/2001 | DC | Delivery/ Courier Service - Parcels [E107] | $22.50 |
| 07/20/2001 | PO | Postage [E108] | $6.00 |
| 07/20/2001 | RE | (CORR 44 @0.15 PER PG) | $6.60 |
| 07/20/2001 | RE | (CORR 278 @0.15 PER PG) | $41.70 |
| 07/21/2001 | DH | DHL- Worldwide Express | $179.77 |
| 07/21/2001 | DH | DHL- Worldwide Express | $160.08 |
| 07/23/2001 | RE | (CORR 247 @0.15 PER PG) | $37.05 |
| 07/24/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 07/25/2001 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
| 07/25/2001 | FX3 | FX-(CORR. 10 @1.00 PER PG) [E104] | $10.00 |
| 07/25/2001 | PO | Postage [E108] | $140.08 |
| 07/25/2001 | RE | (CORR 31 @0.15 PER PG) | $4.65 |
| 07/25/2001 | RE | (CORR 341 @0.15 PER PG) | $51.15 |
| 07/25/2001 | RE | (CORR 126 @0.15 PER PG) | $18.90 |
| 07/25/2001 | RE | (CORR 41 @0.15 PER PG) | $6.15 |
| 07/26/2001 | FX | (CORRA 4 @1.00 PER PG) | $4.00 |

**Invoice number   48485**    91100   00001

|            |     |                                                          |            |
|------------|-----|----------------------------------------------------------|------------|
|            |     |                                                          | $447.72    |
| 07/26/2001 | PO  | Postage--DDI [E108]                                       | $447.72    |
| 07/26/2001 | PO  | Postage Delaware Document Imaging [E108]                  | $11.40     |
| 07/26/2001 | RE  | (CORR 76 @0.15 PER PG)                                    | $1,093.95  |
| 07/26/2001 | RE  | Reproduction Expense.--DDI [E101]                         | $1,093.95  |
| 07/26/2001 | RE  | Reproduction Expense Delaware Document Imaging [E101]     | $0.90      |
| 07/26/2001 | RE  | (CORR 6 @0.15 PER PG)                                     | $52.80     |
| 07/26/2001 | RE  | (CORR 352 @0.15 PER PG)                                   | $131.10    |
| 07/26/2001 | RE  | (CORR 874 @0.15 PER PG)                                   | $142.95    |
| 07/26/2001 | RE  | (CORR 953 @0.15 PER PG)                                   | $356.85    |
| 07/26/2001 | RE  | (CORR 2379 @0.15 PER PG)                                  | $123.20    |
| 07/27/2001 | PO  | Postage Delaware Document Imaging [E108]                  | $123.20    |
| 07/27/2001 | PO  | Postage--DDI [E108]                                       | $26.25     |
| 07/27/2001 | RE  | (CORR 175 @0.15 PER PG)                                   | $3.60      |
| 07/27/2001 | RE  | (CORR 24 @0.15 PER PG)                                    | $2.40      |
| 07/27/2001 | RE  | (CORR 16 @0.15 PER PG)                                    | $233.10    |
| 07/27/2001 | RE  | Reproduction Expense Delaware Document Imaging [E101]     | $233.10    |
| 07/27/2001 | RE  | Reproduction Expense.--DDI [E101]                         | $7.00      |
| 07/30/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $243.18    |
| 07/30/2001 | PO  | Postage [E108]                                            | $43.65     |
| 07/30/2001 | RE  | (CORR 291 @0.15 PER PG)                                   | $9.90      |
| 07/30/2001 | RE  | (CORR 66 @0.15 PER PG)                                    | $354.45    |
| 07/30/2001 | RE  | (CORR 2363 @0.15 PER PG)                                  | $110.25    |
| 07/30/2001 | RE  | (CORR 735 @0.15 PER PG)                                   | $172.80    |
| 07/30/2001 | RE  | (CORR 1152 @0.15 PER PG)                                  | $166.65    |
| 07/30/2001 | RE  | (CORR 1111 @0.15 PER PG)                                  | $275.85    |
| 07/30/2001 | RE  | (CORR 1839 @0.15 PER PG)                                  | $0.75      |
| 07/30/2001 | RE  | (CORR 5 @0.15 PER PG)                                     | $10.00     |
| 07/31/2001 | FE  | Federal Express [E108]                                    | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $282.00    |
| 07/31/2001 | FX  | Fax Transmittal. [E104]                                   | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $10.00     |
| 07/31/2001 | FX  | (CORRA 10 @1.00 PER PG)                                   | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $7.00      |
| 07/31/2001 | FX  | (AGR 7 @1.00 PER PG)                                      | $74.55     |
| 07/31/2001 | RE  | (CORR 497 @0.15 PER PG)                                   | $1.05      |
| 07/31/2001 | RE  | (CORR 7 @0.15 PER PG)                                     | $9.90      |
| 07/31/2001 | RE  | (CORR 66 @0.15 PER PG)                                    | $1.05      |
| 07/31/2001 | RE  | (AGR 7 @0.15 PER PG)                                      |            |

**Total Expenses:**                                                                         **$20,323.76**


*Summary:*

| | | |
|---|---|---|
| Total professional services | | $17,040.50 |
| Total expenses | | $20,323.76 |
| Net current charges | | $37,364.26 |
| Net balance forward | | $126,053.14 |
| **Total balance now due** | | $163,417.40 |
| Remaining Trust Account Balance | | |

---

## Billing Summary

| | | | | |
|---|---|---|---|---|
| ALE | Espinosa, Amy L. | 0.60 | $105.00 | $63.00 |
| ALG | Grasty, Ashley L. | 28.00 | $30.00 | $840.00 |
| CLH | Hare, Cherie L. | 2.60 | $115.00 | $299.00 |
| DWC | Carickhoff, David W | 31.30 | $245.00 | $7,668.50 |
| HDM | Martin, Helen D. | 2.10 | $45.00 | $94.50 |
| HRR | Rafatjoo, Hamid R. | 5.70 | $295.00 | $1,681.50 |
| IDK | Kharasch, Ira D. | 1.10 | $445.00 | $489.50 |
| KFF | Finalyson, Kathe F. | 0.90 | $120.00 | $108.00 |
| KKY | Yee, Karina K. | 5.00 | $115.00 | $575.00 |
| LDJ | Jones, Laura Davis | 3.80 | $455.00 | $1,729.00 |
| MRS | Seidl, Michael R. | 0.40 | $245.00 | $98.00 |
| PEC | Cuniff, Patricia E. | 31.00 | $105.00 | $3,255.00 |
| RMO | Olivere, Rita M. | 0.30 | $45.00 | $13.50 |
| VEM | Mobley, Violet E. | 4.20 | $30.00 | $126.00 |
| | | 117.00 | | $17,040.50 |

---

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | ASSET DISPOSITION [B130] | 1.00 | $329.00 |
| BL | BANKRUPTCY LITIGATION [L430] | 4.20 | $1,001.00 |
| CA | CASE ADMINISTRATION [B110] | 76.80 | $7,685.50 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 1.40 | $343.00 |
| CP | COMPENSATION PROF. [B160] | 17.20 | $4,130.00 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 0.30 | $88.50 |
| FF | FINANCIAL FILINGS [B110] | 2.50 | $563.50 |
| LN | LITIGATION (NON-BANKRUPTCY] | 1.80 | $357.00 |
| MC | MEETING OF CREDITORS[B150] | 0.50 | $227.50 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 1.10 | $269.50 |
| RP | RETENTION OF PROF. [B160] | 10.00 | $1,987.00 |
| SL | STAY LITIGATION [B140] | 0.20 | $59.00 |
| | | 117.00 | $17,040.50 |

---

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $208.30 |
| DHL- Worldwide Express | $1,413.59 |
| Federal Express [E108] | $511.76 |
| Fax Transmittal. [E104] | $1,553.00 |
| FX-(CORR. 1 @ 1.00 PER PG) [E1 | $25.00 |
| Postage [E108] | $2,522.69 |
| Reproduction Expense. [E101] | $12,731.58 |
| Overtime | $118.47 |
| Transcript [E116] | $76.87 |
| Delivery/Courier Service | $1,162.50 |
| | $20,323.76 |