| Name of Professional Individual | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Laura Davis Jones | $455.00 | 4.70 | $2,138.50 |
| Ira D. Kharasch | $445.00 | .30 | $ 133.50 |
| Hamid R. Rafatjoo | $295.00 | 4.70 | $1,386.50 |
| David W. Carickhoff | $245.00 | 18.20 | $4,459.00 |
| Rachel S. Lowy | $225.00 | 2.10 | $ 472.50 |
| Peter J. Duhig | $195.00 | .90 | $ 175.50 |
| Karina K. Yee | $115.00 | 1.20 | $ 138.00 |
| Cheryl A. Knotts | $105.00 | 2.10 | $ 220.50 |
| Rita M. Olivere | $ 55.00 | .50 | $ 27.50 |
| April M. Tabor | $ 50.00 | .50 | $ 25.00 |
| Violet E. Mobley | $ 50.00 | 4.60 | $ 230.00 |
| Brian Slough | $ 30.00 | 2.00 | $ 60.00 |

The nature of work performed by these persons is fully set forth in Exhibit A attached hereto.

These are PSZY&J's normal hourly rates for work of this character. The reasonable value of the

services rendered by PSZY&J to Debtors during the Interim Period is $9,407.50.

In accordance with the factors enumerated in Section 330 of the Bankruptcy

Code, it is respectfully submitted that the amount requested by PSZY&J is fair and reasonable

given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the

services rendered, (d) the value of such services, and (e) the costs of comparable services other

than in a case under this title. Moreover, PSZY&J has reviewed the requirements of the

Delaware Local Rules and believes that this Application complies with such Rules.

WHEREFORE, PSZY&J respectfully requests that the Court approve, for the

period August 1, 2001, through August 31, 2001, an allowance be made to PSZY&J in the sum

of $9,407.50 as compensation for necessary professional services rendered, and the sum of

$20,486.61 for reimbursement of actual necessary costs and expenses, for a total of $29,894.11,

that such sums be authorized for payment pursuant to the Administrative Order; and provide

PSZY&J such other and further relief as this Court may deem just and proper.

Dated: ____10|30__, 2001

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:32570.1

-12-

## VERIFICATION

STATE OF DELAWARE          :

                                         :

COUNTY OF NEW CASTLE   :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a)      I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young &
Jones P.C., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Pachulski,
Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with
the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of
PSZY&J.

c)      I have reviewed the foregoing Application and the facts set forth therein are true
and correct to the best of my knowledge, information and belief. Moreover, I have reviewed
the Local Bankruptcy Rules for the District of Delaware, and submit that the Application
substantially complies with such rules.

David W. Carickhoff, Jr.

SWORN AND SUBSCRIBED

before me this _31st_ day of _Oct._, 2001.

Mary Ritchie Johnson
Notary Public
My Commission Expires: _9-12-02_

91100-001\DOCS_DE:32570.1

-1-

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

August 31, 2001

Invoice Number   **48896**        **91100   00001**      **HRR**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

Balance forward as of last invoice, dated:   July 31, 2001                                   $163,417.40
Payments received since last invoice, last payment received --   October 9, 2001      $39,613.84
                                                                                          —————————
Net balance forward                                                                         $123,803.56

Re:   W.R. Grace and Co.

| | | Statement of Professional Services Rendered Through | 08/31/2001 | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| | | **ASSET DISPOSITION [B130]** | | | |
| 08/02/01 | DWC | Review and revise Order regarding procedures for sale and abandonment of de minimis assets. | 0.40 | 245.00 | $98.00 |
| | | **Task Code Total** | 0.40 | | $98.00 |
| | | **BANKRUPTCY LITIGATION [L430]** | | | |
| 06/21/01 | LDJ | Final preparation for 6/21 omnibus hearings | 0.60 | 455.00 | $273.00 |
| 06/21/01 | LDJ | Attend omnibus hearings | 1.10 | 455.00 | $500.50 |
| | | **Task Code Total** | 1.70 | | $773.50 |
| | | **CASE ADMINISTRATION [B110]** | | | |
| 06/03/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: overall case issues, strategy | 0.30 | 455.00 | $136.50 |
| 06/07/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: omnibus hearings | 0.10 | 455.00 | $45.50 |
| 06/20/01 | LDJ | orrespondence with Jay Kapp, Esq. re: 6/21 hearings | 0.20 | 455.00 | $91.00 |
| 06/20/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: 6/21 hearings; overall case status and open issues | 0.30 | 455.00 | $136.50 |
| 06/29/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: hearings schedule | 0.20 | 455.00 | $91.00 |
| 08/01/01 | VEM | Prepare hearing notebook for W.R. Grace. | 0.90 | 50.00 | $45.00 |
| 08/02/01 | HRR | Review and analyze paperflow. | 0.20 | 295.00 | $59.00 |
| 08/02/01 | DWC | Review electronic filings. | 0.40 | 245.00 | $98.00 |
| 08/02/01 | DWC | Prepare for August 2nd hearing. | 0.40 | 245.00 | $98.00 |
| 08/02/01 | DWC | Attend August 2nd hearing. | 0.80 | 245.00 | $196.00 |

Invoice number  48896      91100    00001                                        Page   2

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/02/01 | DWC | Confer with Jay Kapp in preparation for hearing this afternoon. | 0.30 | 245.00 | $73.50 |
| 08/03/01 | BS | Maintaining document control. | 2.00 | 30.00 | $60.00 |
| 08/03/01 | DWC | Review electronic filings and address paperflow thereof. | 0.80 | 245.00 | $196.00 |
| 08/06/01 | DWC | Review electronic filings and address paperflow thereof. | 0.40 | 245.00 | $98.00 |
| 08/07/01 | DWC | Review paperflow documents. | 0.40 | 245.00 | $98.00 |
| 08/09/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 08/09/01 | DWC | Review paperflow documents. | 0.40 | 245.00 | $98.00 |
| 08/09/01 | KKY | Review pleading and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 08/13/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 08/13/01 | LDJ | Correspondence with David Carickhoffm, Esq. re: scheduling hearings; omnibus hearing dates | 0.20 | 455.00 | $91.00 |
| 08/14/01 | RMO | Maintain document control . | 0.50 | 55.00 | $27.50 |
| 08/21/01 | VEM | Match pleadings with Court docket . | 3.70 | 50.00 | $185.00 |
| 08/27/01 | AMT | Maintain document control . | 0.50 | 50.00 | $25.00 |
| 08/27/01 | PJD | Conference with Rachel S. Lowy re; various pending motions | 0.10 | 195.00 | $19.50 |
| 08/27/01 | PJD | Draft correspondence re: pending motions | 0.10 | 195.00 | $19.50 |
| 08/28/01 | PJD | Conference with Patricia E. Cuniff re: notice requirements for various pleadings | 0.10 | 195.00 | $19.50 |
| 08/29/01 | RSL | Telephone call to Jay Kapp re: Caterpiller lift truck | 0.10 | 225.00 | $22.50 |

Task Code Total                                              13.90                      $2,159.00

### CLAIMS ADMIN/OBJECTIONS [B310]

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/12/01 | LDJ | Telephone conference with Sam Schwartz, Esq. re: settlement procedures motion | 0.20 | 455.00 | $91.00 |
| 06/27/01 | LDJ | Telephone conference with Janet Baer, Esq. re: case management, bar date motion | 0.30 | 455.00 | $136.50 |
| 06/27/01 | LDJ | Conference with David Carickhoff, Esq. re: same | 0.30 | 455.00 | $136.50 |
| 08/01/01 | LDJ | Conference with David Carickhoff, Esq. re: bar date issues | 0.20 | 455.00 | $91.00 |
| 08/14/01 | DWC | Telephone conference with Sam Schwartz re: claims agent issues. | 0.20 | 245.00 | $49.00 |
| 08/21/01 | DWC | Review State of NJ Proof of Claim. | 0.20 | 245.00 | $49.00 |
| 08/21/01 | DWC | Review letter from National Health Ins. Co. re: claim on behalf of policy holder. | 0.20 | 245.00 | $49.00 |
| 08/21/01 | DWC | Review letter and corresponding claim forms from Excalibur. | 0.20 | 245.00 | $49.00 |
| 08/22/01 | DWC | Review objection of PPG to Debtors' Reclamation Allowance Motion. | 0.30 | 245.00 | $73.50 |
| 08/29/01 | PJD | Conference with Roger Higgins re: service of reclamation motion | 0.10 | 195.00 | $19.50 |
| 08/29/01 | PJD | Conference with Patricia E. Cuniff re: service of reclamation motion | 0.20 | 195.00 | $39.00 |

Task Code Total                                               2.40                        $783.00

### COMPENSATION PROF. [B160]

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/04/01 | LDJ | Correspondence with David Carickoff, Esq. re: interim fee application | 0.20 | 455.00 | $91.00 |
| 08/01/01 | DWC | Review First Quarterly Fee App of K&E (.4); draft notice in connection therewith (.4); address filing and service thereof (.4). | 1.20 | 245.00 | $294.00 |
| 08/02/01 | IDK | Emails to Hamid Rafatjoo regarding CNO for 4/01 application. | 0.10 | 445.00 | $44.50 |
| 08/09/01 | HRR | Telephone conference with M. Johnson regarding May fee application. | 0.10 | 295.00 | $29.50 |

**Invoice number** 48896     91100   00001

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/09/01 | DWC | Review and revise Pachulski Stang Second Monthly Fee Application (.5); address filing and service thereof (.2). | 0.70 | 245.00 | $171.50 |
| 08/09/01 | LDJ | Review and finalize interim fee application (May 2001) | 0.30 | 455.00 | $136.50 |
| 08/10/01 | DWC | Review and address filing and service of Pitney Hardin's First, Second, and Third Monthly Fee Application as well. | 0.80 | 245.00 | $196.00 |
| 08/13/01 | HRR | Review and analyze issues regarding fee applications. | 0.20 | 295.00 | $59.00 |
| 08/13/01 | HRR | Draft third fee application. | 1.50 | 295.00 | $442.50 |
| 08/14/01 | HRR | Review and revise fee application. | 0.40 | 295.00 | $118.00 |
| 08/14/01 | DWC | Review and address filing of Wallace King's June Monthly Fee Application. | 0.30 | 245.00 | $73.50 |
| 08/14/01 | DWC | Review and address filing and service of Pitney Hardin's April Monthly Fee Application (.2); May Monthly Fee Application (.2); June Monthly Fee Application (.2); Quarterly Fee Application (.2). | 0.80 | 245.00 | $196.00 |
| 08/15/01 | CAK | Prepare documents for efiling re: WKMB fee application | 0.90 | 105.00 | $94.50 |
| 08/16/01 | CAK | Efile WKMB fee application | 1.20 | 105.00 | $126.00 |
| 08/20/01 | HRR | Review, revise and finalize fee application. | 0.60 | 295.00 | $177.00 |
| 08/21/01 | HRR | Telephone conference with M. Johnson regarding June fee application. | 0.10 | 295.00 | $29.50 |
| 08/22/01 | HRR | Telephone conference with M. Johnson regarding fee application. | 0.10 | 295.00 | $29.50 |
| 08/22/01 | HRR | Review, analyze and address issues regarding fee applications (.30); and Telephone conference with P. Cuniff regarding same (.10). | 0.40 | 295.00 | $118.00 |
| 08/22/01 | DWC | Review and execute Cert. of No Objection re: First Fee App. of Blackstone. | 0.20 | 245.00 | $49.00 |
| 08/24/01 | DWC | Review and address filing of Blackstone's July Fee App. | 0.40 | 245.00 | $98.00 |
| 08/27/01 | HRR | Telephone conference with M. Johnson regarding fee application (.10); and Draft email to I. Kharasch regarding fee applications (.10). | 0.20 | 295.00 | $59.00 |
| 08/27/01 | RSL | Telephone call to Roger Higgins re: CNO for June K&E fee application, e-mail PEC re: same | 0.20 | 225.00 | $45.00 |
| 08/27/01 | IDK | Telephone conference and email with Hamid Rafatjoo regarding 6/01 application issues, CNO and letter. | 0.20 | 445.00 | $89.00 |
| 08/28/01 | PJD | Review and consider fee application, cause to be filed | 0.10 | 195.00 | $19.50 |
| 08/28/01 | RSL | Telephone call to Roger Higgins re: quarterly fee applications | 0.10 | 225.00 | $22.50 |
| 08/30/01 | HRR | Telephone conference with M. Johnson regarding June fee application (.10); and Address issues regarding fee applications (.20). | 0.30 | 295.00 | $88.50 |

**Task Code Total**                                                              11.60                    $2,897.00

### EXECUTORY CONTRACTS [B185]

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/01 | DWC | Telephone conference with Sam Schwartz re: resolution reached with First Union regarding leased equipment | 0.20 | 245.00 | $49.00 |
| 08/27/01 | RSL | Draft notice of motion for motion to assume executory contract (.30); and telephone call to Sam Schwartz re: hearing date for same (.20) | 0.50 | 225.00 | $112.50 |
| 08/27/01 | RSL | Telephone call from Sam Schwartz re: assumption motions that must be filed on Tues (.20); and conference with PEC and PJD re: same (.10) | 0.30 | 225.00 | $67.50 |
| 08/28/01 | PJD | Review, consider and revise motion to assume and assign lease and related pleadings; cause to be filed | 0.20 | 195.00 | $39.00 |
| 08/28/01 | RSL | Telephone call to PEC re: motion to assume lease | 0.10 | 225.00 | $22.50 |

**Task Code Total**                                                              1.30                     $290.50

Invoice number  48896        91100   00001                                    **Page   4**

### FINANCIAL FILINGS [B110]

| | | | | | |
|---|---|---|---|---|---|
| 08/01/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: operating reports | 0.20 | 455.00 | $91.00 |
| 08/02/01 | DWC | Review June Monthly Operating Report (.4); and address filing thereof (.2). | 0.60 | 245.00 | $147.00 |
| 08/09/01 | DWC | Review and revise Debtors' response to Motion of United States Compelling Debtors to Supplement Schedules and Statements (.4); address filing and service thereof (.2). | 0.60 | 245.00 | $147.00 |
| 08/09/01 | KKY | File and serve Respons of the Debtors' to Motion of the US Attorney and EPA for Entry of and Order Compelling the Debtors to Supplement Statement of Financial Affairs | 0.30 | 115.00 | $34.50 |
| 08/09/01 | KKY | Prepare for filing and service Respons of the Debtors' to Motion of the US Attorney and EPA for Entry of and Order Compelling the Debtors to Supplement Statement of Financial Affairs | 0.30 | 115.00 | $34.50 |
| 08/09/01 | KKY | Prepare service list to Respons of the Debtors' to Motion of the US Attorney and EPA for Entry of and Order Compelling the Debtors to Supplement Statement of Financial Affairs | 0.20 | 115.00 | $23.00 |
| 08/09/01 | KKY | Draft and file Certificate of Service to Respons of the Debtors' to Motion of the US Attorney and EPA for Entry of and Order Compelling the Debtors to Supplement Statement of Financial Affairs | 0.20 | 115.00 | $23.00 |
| 08/09/01 | KKY | Prepare for filing Certificate of Service to Respons of the Debtors' to Motion of the US Attorney and EPA for Entry of and Order Compelling the Debtors to Supplement Statement of Financial Affairs | 0.10 | 115.00 | $11.50 |
| 08/31/01 | RSL | Review MOR (.10), and conference with PEC re: filing and service (.10) | 0.20 | 225.00 | $45.00 |

**Task Code Total**                                                    **2.70**                   **$556.50**

### LITIGATION (NON-BANKRUPTCY]

| | | | | | |
|---|---|---|---|---|---|
| 08/07/01 | DWC | Telephone conference with Sam Schwartz re: Order Establishing procedures for settlement of claims and error therein. | 0.20 | 245.00 | $49.00 |
| 08/10/01 | DWC | Draft 9019 Motion regarding settlement of certain tax dispute with the State of Washington. | 2.30 | 245.00 | $563.50 |
| 08/21/01 | DWC | Review Answer of Exxon to Complaint for Injunction and Related Relief. | 0.20 | 245.00 | $49.00 |
| 08/22/01 | DWC | Review letter of Exxon dated August 21, 2001 to Judge Farnan. | 0.20 | 245.00 | $49.00 |

**Task Code Total**                                                    **2.90**                   **$710.50**

### PLAN & DISCLOSURE STMT. [B320]

| | | | | | |
|---|---|---|---|---|---|
| 08/15/01 | DWC | Draft notice of hearing and objection deadline in connection with Exclusivity Extension Motion. | 0.40 | 245.00 | $98.00 |

**Task Code Total**                                                    **0.40**                   **$98.00**

### RETENTION OF PROF. [B160]

| | | | | | |
|---|---|---|---|---|---|
| 08/08/01 | DWC | Telephone conference with Sam Schwartz re: issues | 0.20 | 245.00 | $49.00 |

Invoice number   48896          91100   00001                                      Page   5

| | | | | | |
|---|---|---|---|---|---|
| | | concerning ordinary course professionals. | | | |
| 08/13/01 | DWC | Review and revise Application to retain Casner & Edwards (.5); Draft notice of application (.4); address filing and service thereof (.2). | 1.10 | 245.00 | $269.50 |
| | | **Task Code Total** | **1.30** | | **$318.50** |

**STAY LITIGATION [B140]**

| | | | | | |
|---|---|---|---|---|---|
| 08/24/01 | DWC | Review Motion and Order to lift stay to allow debtors to pursue environmental remediation litigation (1.2); draft notice in connection therewith (.4); address filing and service thereof (.4); Telephone conference with J. Baer re same (.2); email to C. Marraro re: same (.2). | 2.40 | 245.00 | $588.00 |
| 08/30/01 | RSL | Review Motion for Relief from Stay for Patent Infringment case (.30); and prepare to file and serve (.30) | 0.60 | 225.00 | $135.00 |
| | | **Task Code Total** | **3.00** | | **$723.00** |

| | | | | |
|---|---|---|---|---|
| | **Total professional services:** | **41.60** | | **$9,407.50** |

**Costs Advanced:**

| | | | |
|---|---|---|---|
| 06/04/2001 | FE | Federal Express [E108] | $15.60 |
| 07/11/2001 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $10.00 |
| 07/17/2001 | FE | Federal Express [E108] | $60.48 |
| 07/18/2001 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $149.58 |
| 07/19/2001 | AT | Auto Travel Expense - Eagle Limo [E109] | $64.40 |
| 07/24/2001 | DC | Parcel/Delivery/ Courier Service [E107] | $5.00 |
| 07/26/2001 | DC | Delivery/ Courier Service--Parcels, Inc, [E107] | $30.00 |
| 07/27/2001 | DC | Parcel/Delivery/ Courier Service [E107] | $8.50 |
| 07/28/2001 | DH | DHL- Worldwide Express | $458.88 |
| 08/01/2001 | FE | Federal Express [E108] | $60.48 |
| 08/01/2001 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 08/01/2001 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 08/01/2001 | PO | Postage [E108] | $10.50 |
| 08/01/2001 | RE | (CORR 133 @0.15 PER PG) | $19.95 |
| 08/01/2001 | RE | (CORR 244 @0.15 PER PG) | $36.60 |
| 08/01/2001 | RE | (CORR 28 @0.15 PER PG) | $4.20 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | FE | Federal Express [E108] | $15.00 |
| 08/02/2001 | IOM | In office meal--Greenery [E111] | $23.00 |
| 08/02/2001 | IOM | In office meal--Aramark [E111] | $10.32 |
| 08/02/2001 | IOM | In office meal--Grotto [E111] | $54.65 |
| 08/02/2001 | PO | Postage [E108] | $10.40 |
| 08/02/2001 | RE | (CORR 312 @0.15 PER PG) | $46.80 |
| 08/02/2001 | RE | (CORR 474 @0.15 PER PG) | $71.10 |

Invoice number  48896       91100   00001                          Page   6

| 08/02/2001 | RE | (CORR 12034 @0.15 PER PG) | $1,805.10 |
| 08/03/2001 | FE | Federal Express [E108] | $303.52 |
| 08/03/2001 | FE | Federal Express [E108] | $8.13 |
| 08/03/2001 | FE | Federal Express [E108] | $2.05 |
| 08/03/2001 | FX | (AGR 30 @1.00 PER PG) | $30.00 |
| 08/03/2001 | OS | USBC Government Services-- (LDJ) | $75.00 |
| 08/03/2001 | RE | (3 2441 @0.15 PER PG) | $366.15 |
| 08/04/2001 | TSC | Tristate Courier Messenger Service [E107] | $480.00 |
| 08/05/2001 | DC | Parcel/Delivery/ Courier Service [E107] | $7.50 |
| 08/05/2001 | DC | Parcel/Delivery/ Courier Service [E107] | $72.50 |
| 08/06/2001 | FE | Federal Express [E108] | $51.69 |
| 08/06/2001 | PO | Postage [E108] | $12.00 |
| 08/06/2001 | RE | (CORR 123 @0.15 PER PG) | $18.45 |
| 08/06/2001 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 08/06/2001 | RE | (3 1179 @0.15 PER PG) | $176.85 |
| 08/06/2001 | RE | (CORR 1649 @0.15 PER PG) | $247.35 |
| 08/06/2001 | RE | (CORR 2423 @0.15 PER PG) | $363.45 |
| 08/06/2001 | RE | (CORR 59 @0.15 PER PG) | $8.85 |
| 08/06/2001 | RE | (CORR 1698 @0.15 PER PG) | $254.70 |
| 08/06/2001 | RE | (CORR 2418 @0.15 PER PG) | $362.70 |
| 08/06/2001 | RE | (CORR 1806 @0.15 PER PG) | $270.90 |
| 08/06/2001 | RE | (CORR 36 @0.15 PER PG) | $5.40 |
| 08/06/2001 | RE | (CORR 375 @0.15 PER PG) | $56.25 |
| 08/07/2001 | FE | Federal Express [E108] | $53.32 |
| 08/07/2001 | PO | Postage [E108] | $4.50 |
| 08/08/2001 | PO | Postage [E108] | $0.34 |
| 08/08/2001 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 08/08/2001 | RE | (CORR 456 @0.15 PER PG) | $68.40 |
| 08/08/2001 | SO | Secretarial Overtime--Vanessa Preston | $64.62 |
| 08/09/2001 | FE | Federal Express [E108] | $102.54 |
| 08/09/2001 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 08/09/2001 | PO | Postage [E108] | $92.91 |
| 08/09/2001 | PO | Postage [E108] | $3.00 |
| 08/09/2001 | RE | (CORR 1005 @0.15 PER PG) | $150.75 |
| 08/09/2001 | RE | (CORR 711 @0.15 PER PG) | $106.65 |
| 08/09/2001 | RE | (CORR 592 @0.15 PER PG) | $88.80 |
| 08/10/2001 | PO | Postage [E108] | $1.71 |
| 08/10/2001 | RE | (CORR 158 @0.15 PER PG) | $23.70 |
| 08/10/2001 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 08/11/2001 | DC | Delivery/ Courier Service [E107] | $225.00 |
| 08/11/2001 | DH | DHL- Worldwide Express | $168.61 |
| 08/13/2001 | FE | Federal Express [E108] | $9.55 |
| 08/13/2001 | FE | Federal Express [E108] | $11.82 |
| 08/13/2001 | FE | Federal Express [E108] | $11.82 |
| 08/13/2001 | FE | Federal Express [E108] | $16.74 |
| 08/13/2001 | FE | Federal Express [E108] | $11.82 |
| 08/13/2001 | FE | Federal Express [E108] | $11.82 |
| 08/13/2001 | FE | Federal Express [E108] | $16.74 |
| 08/13/2001 | FE | Federal Express [E108] | $15.60 |
| 08/13/2001 | PO | Postage [E108] | $208.24 |
| 08/13/2001 | RE | (CORR 161 @0.15 PER PG) | $24.15 |
| 08/13/2001 | RE | (CORR 4356 @0.15 PER PG) | $653.40 |
| 08/13/2001 | RE | (CORR 548 @0.15 PER PG) | $82.20 |
| 08/13/2001 | RE | (CORR 1545 @0.15 PER PG) | $231.75 |
| 08/14/2001 | FE | Federal Express [E108] | $20.38 |
| 08/14/2001 | FE | Federal Express [E108] | $13.64 |
| 08/14/2001 | FE | Federal Express [E108] | $13.64 |
| 08/14/2001 | FE | Federal Express [E108] | $13.64 |
| 08/14/2001 | FE | Federal Express [E108] | $20.38 |
| 08/14/2001 | FE | Federal Express [E108] | $13.64 |

**Invoice number  48896**    91100    00001

| | | | |
|---|---|---|---|
| | | | $20.38 |
| 08/14/2001 | FE | Federal Express [E108] | $13.64 |
| 08/14/2001 | FE | Federal Express [E108] | $13.64 |
| 08/14/2001 | FE | Federal Express [E108] | $33.90 |
| 08/14/2001 | PO | Postage [E108] | $15.90 |
| 08/14/2001 | PO | Postage [E108] | $1.05 |
| 08/14/2001 | RE | (AGR 7 @0.15 PER PG) | $3.00 |
| 08/14/2001 | RE | (AGR 20 @0.15 PER PG) | $3.00 |
| 08/14/2001 | RE | (AGR 20 @0.15 PER PG) | $408.60 |
| 08/14/2001 | RE | (CORR 2724 @0.15 PER PG) | $64.50 |
| 08/14/2001 | RE | (CORR 430 @0.15 PER PG) | $191.10 |
| 08/17/2001 | RE | (CORR 1274 @0.15 PER PG) | $9.30 |
| 08/17/2001 | RE | Reproduction Expense. [E101] | $285.00 |
| 08/18/2001 | TSC | Tristate Courier Messenger Service [E107] | $15.60 |
| 08/20/2001 | FE | Federal Express [E108] | $16.74 |
| 08/20/2001 | FE | Federal Express [E108] | $11.82 |
| 08/20/2001 | FE | Federal Express [E108] | $11.82 |
| 08/20/2001 | FE | Federal Express [E108] | $11.82 |
| 08/20/2001 | FE | Federal Express [E108] | $11.82 |
| 08/20/2001 | FE | Federal Express [E108] | $16.74 |
| 08/20/2001 | FE | Federal Express [E108] | $98.04 |
| 08/20/2001 | PO | Postage [E108] | $189.00 |
| 08/20/2001 | RE | (CORR 1260 @0.15 PER PG) | $27.00 |
| 08/20/2001 | RE | (CORR 180 @0.15 PER PG) | $121.80 |
| 08/20/2001 | RE | (CORR 812 @0.15 PER PG) | $26.00 |
| 08/21/2001 | FX | (AGR 26 @1.00 PER PG) | $10.00 |
| 08/21/2001 | FX | (AGR 10 @1.00 PER PG) | $12.00 |
| 08/21/2001 | FX | Fax Transmittal. [E104] | $24.15 |
| 08/21/2001 | RE | (CORR 161 @0.15 PER PG) | $2.40 |
| 08/21/2001 | RE | Reproduction Expense. [E101] | $40.04 |
| 08/22/2001 | FE | Federal Express [E108] | $11.82 |
| 08/22/2001 | FE | Federal Express [E108] | $16.74 |
| 08/22/2001 | FE | Federal Express [E108] | $11.82 |
| 08/22/2001 | FE | Federal Express [E108] | $11.82 |
| 08/22/2001 | FE | Federal Express [E108] | $11.82 |
| 08/22/2001 | FE | Federal Express [E108] | $16.74 |
| 08/22/2001 | FE | Federal Express [E108] | $11.82 |
| 08/22/2001 | FE | Federal Express [E108] | $16.74 |
| 08/22/2001 | FE | Federal Express [E108] | $11.82 |
| 08/22/2001 | FE | Federal Express [E108] | $19.80 |
| 08/22/2001 | RE | Reproduction Expense. [E101] | $48.00 |
| 08/22/2001 | RE | (CORR 320 @0.15 PER PG) | $20.55 |
| 08/22/2001 | RE | (CORR 137 @0.15 PER PG) | $2.00 |
| 08/23/2001 | FX | (CORR 2 @1.00 PER PG) | $7.50 |
| 08/23/2001 | RE | Reproduction Expense. [E101] | $18.74 |
| 08/24/2001 | FE | Federal Express [E108] | $18.74 |
| 08/24/2001 | FE | Federal Express [E108] | $18.74 |
| 08/24/2001 | FE | Federal Express [E108] | $28.56 |
| 08/24/2001 | FE | Federal Express [E108] | $16.74 |
| 08/24/2001 | FE | Federal Express [E108] | $11.82 |
| 08/24/2001 | FE | Federal Express [E108] | $11.82 |
| 08/24/2001 | FE | Federal Express [E108] | $11.82 |
| 08/24/2001 | FE | Federal Express [E108] | $11.82 |
| 08/24/2001 | FE | Federal Express [E108] | $16.74 |
| 08/24/2001 | FE | Federal Express [E108] | $11.82 |
| 08/24/2001 | FE | Federal Express [E108] | $11.82 |
| 08/24/2001 | FE | Federal Express [E108] | $16.74 |
| 08/24/2001 | FE | Federal Express [E108] | $180.36 |
| 08/24/2001 | PO | Postage [E108] | $33.60 |
| 08/24/2001 | RE | (CORR 224 @0.15 PER PG) | $22.80 |
| 08/24/2001 | RE | (CORR 152 @0.15 PER PG) | |

Invoice number  48896        91100   00001                              Page   8

| | | | |
|---|---|---|---|
| 08/24/2001 | RE | (CORR 1286 @0.15 PER PG) | $192.90 |
| 08/24/2001 | RE | (CORR 2518 @0.15 PER PG) | $377.70 |
| 08/24/2001 | SO | Secretarial Overtime--Vanessa Preston | $107.70 |
| 08/26/2001 | DC | Delivery/ Courier Service [E107] | $577.50 |
| 08/27/2001 | FX | (AGR 1 @1.00 PER PG) | $1.00 |
| 08/27/2001 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 08/27/2001 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 08/27/2001 | OS | USBC Government Services--(LDJ) | $75.00 |
| 08/27/2001 | PO | Postage [E108] | $0.34 |
| 08/27/2001 | RE | (CORR 11 @0.15 PER PG) | $1.65 |
| 08/27/2001 | RE | (CORR 170 @0.15 PER PG) | $25.50 |
| 08/27/2001 | RE | (CORR 737 @0.15 PER PG) | $110.55 |
| 08/27/2001 | RE | Reproduction Expense. [E101] | $1.35 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | FE | Federal Express [E108] | $11.14 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | FE | Federal Express [E108] | $11.14 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | FE | Federal Express [E108] | $11.14 |
| 08/28/2001 | FE | Federal Express [E108] | $15.65 |
| 08/28/2001 | FE | Federal Express [E108] | $11.82 |
| 08/28/2001 | FE | Federal Express [E108] | $11.82 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | FE | Federal Express [E108] | $11.14 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | FE | Federal Express [E108] | $11.14 |
| 08/28/2001 | FE | Federal Express [E108] | $9.55 |
| 08/28/2001 | PO | Postage [E108] | $23.70 |
| 08/28/2001 | PO | Postage [E108] | $671.50 |
| 08/28/2001 | RE | (CORR 134 @0.15 PER PG) | $20.10 |
| 08/28/2001 | RE | (CORR 75 @0.15 PER PG) | $11.25 |
| 08/28/2001 | RE | (CORR 83 @0.15 PER PG) | $12.45 |
| 08/28/2001 | RE | (CORR 6900 @0.15 PER PG) | $1,035.00 |
| 08/28/2001 | RE | (CORR 284 @0.15 PER PG) | $42.60 |
| 08/28/2001 | RE | (CORR 3421 @0.15 PER PG) | $513.15 |
| 08/28/2001 | RE | (CORR 2480 @0.15 PER PG) | $372.00 |
| 08/28/2001 | RE | (CORR 9902 @0.15 PER PG) | $1,485.30 |
| 08/28/2001 | RE | (CORR 4038 @0.15 PER PG) | $605.70 |
| 08/28/2001 | RE | (CORR 1719 @0.15 PER PG) | $257.85 |
| 08/29/2001 | FE | Federal Express [E108] | $14.20 |
| 08/29/2001 | FE | Federal Express [E108] | $9.55 |
| 08/29/2001 | FE | Federal Express [E108] | $9.55 |
| 08/29/2001 | FE | Federal Express [E108] | $9.55 |
| 08/29/2001 | FE | Federal Express [E108] | $9.55 |
| 08/29/2001 | FE | Federal Express [E108] | $9.55 |
| 08/29/2001 | FE | Federal Express [E108] | $9.55 |
| 08/29/2001 | FX | (CORR 35 @1.00 PER PG) | $35.00 |
| 08/29/2001 | FX | (AGR 52 @1.00 PER PG) | $52.00 |
| 08/29/2001 | FX | (CORR 24 @1.00 PER PG) | $24.00 |
| 08/29/2001 | RE | (CORR 1073 @0.15 PER PG) | $160.95 |
| 08/29/2001 | RE | (CORR 434 @0.15 PER PG) | $65.10 |
| 08/29/2001 | RE | (CORR 186 @0.15 PER PG) | $27.90 |
| 08/29/2001 | RE | (CORR 911 @0.15 PER PG) | $136.65 |
| 08/29/2001 | RE | (CORR 514 @0.15 PER PG) | $77.10 |
| 08/29/2001 | RE | (CORR 791 @0.15 PER PG) | $118.65 |

Invoice number  48896        91100   00001                                      Page   9

| Date | | | Amount |
|---|---|---|---|
| 08/29/2001 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 08/29/2001 | RE | Reproduction Expense. [E101] | $1.80 |
| 08/29/2001 | SO | Secretarial Overtime--Rasheda Stewart | $20.19 |
| 08/30/2001 | FE | Federal Express [E108] | $9.55 |
| 08/30/2001 | FE | Federal Express [E108] | $9.55 |
| 08/30/2001 | FE | Federal Express [E108] | $11.14 |
| 08/30/2001 | FE | Federal Express [E108] | $10.96 |
| 08/30/2001 | FE | Federal Express [E108] | $9.55 |
| 08/30/2001 | FE | Federal Express [E108] | $9.55 |
| 08/30/2001 | FE | Federal Express [E108] | $15.60 |
| 08/30/2001 | FE | Federal Express [E108] | $9.55 |
| 08/30/2001 | FE | Federal Express [E108] | $11.14 |
| 08/30/2001 | FE | Federal Express [E108] | $11.14 |
| 08/30/2001 | FE | Federal Express [E108] | $11.14 |
| 08/30/2001 | FE | Federal Express [E108] | $9.55 |
| 08/30/2001 | FE | Federal Express [E108] | $9.55 |
| 08/30/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 08/30/2001 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 08/30/2001 | PO | Postage [E108] | $135.20 |
| 08/30/2001 | RE | (CORR 986 @0.15 PER PG) | $147.90 |
| 08/30/2001 | RE | (CORR 392 @0.15 PER PG) | $58.80 |
| 08/30/2001 | RE | (CORR 3077 @0.15 PER PG) | $461.55 |
| 08/30/2001 | RE | (CORR 218 @0.15 PER PG) | $32.70 |
| 08/30/2001 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 08/31/2001 | FX | (CORRA 7 @1.00 PER PG) | $7.00 |
| 08/31/2001 | RE | (CORR 478 @0.15 PER PG) | $71.70 |
| 08/31/2001 | RE | (CORR 4040 @0.15 PER PG) | $606.00 |

**Total Expenses:**                                                             **$20,486.61**


## Summary:

| | | |
|---|---|---|
| Total professional services | $9,407.50 | |
| Total expenses | $20,486.61 | |
| Net current charges | $29,894.11 | |
| Net balance forward | $123,803.56 | |
| **Total balance now due** | **$153,697.67** | |


## Billing Summary

| | | | | |
|---|---|---|---|---|
| AMT | Tabor, April M. | 0.50 | $50.00 | $25.00 |
| BS | Slough, Brian | 2.00 | $30.00 | $60.00 |
| CAK | Knotts, Cheryl A. | 2.10 | $105.00 | $220.50 |
| DWC | Carickhoff, David W | 18.20 | $245.00 | $4,459.00 |
| HRR | Rafatjoo, Hamid R. | 4.50 | $295.00 | $1,327.50 |
| IDK | Kharasch, Ira D. | 0.30 | $445.00 | $133.50 |
| KKY | Yee, Karina K. | 1.20 | $115.00 | $138.00 |
| LDJ | Jones, Laura Davis | 4.70 | $455.00 | $2,138.50 |

Invoice number  **48896**      91100    00001

| | | | | |
|---|---|---|---|---|
| PJD | Duhig, Peter J. | 0.90 | $195.00 | $175.50 |
| RMO | Olivere, Rita M. | 0.50 | $55.00 | $27.50 |
| RSL | Lowy, Rachel S. | 2.10 | $225.00 | $472.50 |
| VEM | Mobley, Violet E. | 4.60 | $50.00 | $230.00 |
| | | 41.60 | | $9,407.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | ASSET DISPOSITION [B130] | 0.40 | $98.00 |
| BL | BANKRUPTCY LITIGATION [L430] | 1.70 | $773.50 |
| CA | CASE ADMINISTRATION [B110] | 13.90 | $2,159.00 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 2.40 | $783.00 |
| CP | COMPENSATION PROF. [B160] | 11.60 | $2,897.00 |
| EC | EXECUTORY CONTRACTS [B185] | 1.30 | $290.50 |
| FF | FINANCIAL FILINGS [B110] | 2.70 | $556.50 |
| LN | LITIGATION (NON-BANKRUPTCY] | 2.90 | $710.50 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 0.40 | $98.00 |
| RP | RETENTION OF PROF. [B160] | 1.30 | $318.50 |
| SL | STAY LITIGATION [B140] | 3.00 | $723.00 |
| | | 41.60 | $9,407.50 |

## Expense Code Summary

| | |
|---|---|
| Auto Travel Expense [E109] | $64.40 |
| Delivery/Courier Service | $1,085.58 |
| DHL- Worldwide Express | $627.49 |
| Federal Express [E108] | $2,004.67 |
| Fax Transmittal. [E104] | $224.00 |
| Working Meals[e111] | $87.97 |
| Outside Services | $150.00 |
| Postage [E108] | $1,502.54 |
| Reproduction Expense. [E101] | $13,782.45 |
| Overtime | $192.51 |
| Delivery/Courier Service | $765.00 |
| | $20,486.61 |