The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZY&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZY&J to Debtors during the Interim Period is $13,158.00.

In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZY&J is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, PSZY&J has reviewed the requirements of the Delaware Local Rules and believes that this Application complies with such Rules.

WHEREFORE, PSZY&J respectfully requests that the Court approve, for the period September 1, 2001, through September 30, 2001, an allowance be made to PSZY&J in the sum of $13,158.00 as compensation for necessary professional services rendered, and the sum of

91100-001\DOCS_DE:34004.1

$10,035.46 for reimbursement of actual necessary costs and expenses, for a total of $23,193.46,

that such sums be authorized for payment pursuant to the Administrative Order; and provide

PSZY&J such other and further relief as this Court may deem just and proper.

Dated: November 13, 2001

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE        :

                         :

COUNTY OF NEW CASTLE  :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a)      I am a shareholder with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZY&J.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Laura Davis Jones

SWORN AND SUBSCRIBED

before me this 13th day of May , 2001.

Notary Public
My Commission Expires: 9-12-02

91100-001\DOCS_DE:34004.1

-1-

# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

September 30, 2001

Invoice Number  **49096**      **91100**  **00001**      **HRR**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:   August 31, 2001 | $153,697.67 |
| Payments received since last invoice, last payment received --   October 30, 2001 | $61,919.85 |
| Net balance forward | $91,777.82 |

Re:   W.R. Grace and Co.

| Statement of Professional Services Rendered Through | | 09/30/2001 | | |
|---|---|---|---|---|
| | | **Hours** | **Rate** | **Amount** |
| **ASSET DISPOSITION [B130]** | | | | |
| 09/07/01 | DWC | Draft Certification of Counsel regarding Debtor's Motion to Assume and Assign Certain Leases (.8); teleconference with Sam Schwartz regarding  same (.2); review blackline order with changes (.2); revise order (.2); address filing and service thereof (.4) | 1.80 | 245.00 | $441.00 |
| **Task Code Total** | | **1.80** | | **$441.00** |
| **CASE ADMINISTRATION [B110]** | | | | |
| 08/01/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.90 | 110.00 | $99.00 |
| 08/02/01 | PEC | File and serve Supplemental List of Ordinary Course Professionals. | 1.00 | 110.00 | $110.00 |
| 08/02/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.70 | 110.00 | $77.00 |
| 08/03/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.80 | 110.00 | $88.00 |
| 08/03/01 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.60 | 110.00 | $66.00 |
| 08/06/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.90 | 110.00 | $99.00 |
| 08/06/01 | PEC | Return calls to various potential creditors. | 1.50 | 110.00 | $165.00 |
| 09/05/01 | DWC | Address preparation of Agenda Notice for Sept, 7th hearing, execute the same and address service thereof (.8); Telephone conference with Jay Kapp re: same (.2). | 1.00 | 245.00 | $245.00 |
| 09/05/01 | DWC | Telephone conference with Sam Schwartz re: certifications of counsel to be filed in connection with various orders. | 0.20 | 245.00 | $49.00 |
| 09/06/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |

| 09/06/01 | DWC | Address preparation of revised agenda letter for September 7th hearing and service thereof. | 0.40 | 245.00 | $98.00 |
|---|---|---|---|---|---|
| 09/06/01 | DWC | Telephone conference with Vikki from Judge Farnan's chambers re: cancellation of September 7th hearing (.2); Telephone conference with Jay Kapp re: same (.3); Telephone conference with Laura Jones re: same (.2); office conference with Patty Cuniff regarding telephonic notice of cancellation and amendment to agenda notice (.2) | 0.90 | 245.00 | $220.50 |
| 09/06/01 | LDJ | Telephone conference with David Carickhoff, Esq. re: cancellation of 9/7 hearing | 0.20 | 455.00 | $91.00 |
| 09/06/01 | LDJ | Telephone conference with Jay Kapp, Esq. re: same | 0.20 | 455.00 | $91.00 |
| 09/06/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: same; overall case issues | 0.40 | 455.00 | $182.00 |
| 09/10/01 | HRR | Review and analyze paperflow. | 0.20 | 295.00 | $59.00 |
| 09/16/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: scheduling; overall case issues | 0.30 | 455.00 | $136.50 |
| 09/17/01 | LDJ | Telephone conference with Jay Kapp, Esq. re: pending case issues, scheduling | 0.30 | 455.00 | $136.50 |
| 09/18/01 | CJL | Review notice of agenda for 9/20/01 hearing. | 0.20 | 225.00 | $45.00 |
| 09/18/01 | RMO | Maintain document control. | 1.00 | 55.00 | $55.00 |
| 09/20/01 | CJL | Telephone call to B. Buechler, returning call | 0.10 | 225.00 | $22.50 |
| 09/24/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 09/26/01 | DCC | Maintain document control. | 1.00 | 55.00 | $55.00 |
| 09/27/01 | DWC | Meeting with Will Sparks re: status of case generally and DE office lease. | 0.40 | 245.00 | $98.00 |

|  | **Task Code Total** |  | **13.60** |  | **$2,406.00** |
|---|---|---|---|---|---|

### CLAIMS ADMIN/OBJECTIONS [B310]

| 09/04/01 | DWC | Telephone conference with Jay Kapp and Jan Baer re: anticipated objections to Debtors' Case Management Motion. | 0.30 | 245.00 | $73.50 |
|---|---|---|---|---|---|
| 09/07/01 | DWC | Review Property Damage Committee's Objection to Case Adminstration Motion and address circulation of objection | 1.20 | 245.00 | $294.00 |
| 09/09/01 | DWC | Review docket regarding objections to Case Administration Motion and email Jan Baer regarding same | 0.20 | 245.00 | $49.00 |
| 09/10/01 | DWC | Review Response of Creditors' Committee and Objection of Personal Injury Committee to Case Administration Motion and address circulation of responses | 1.60 | 245.00 | $392.00 |
| 09/11/01 | DWC | Review revised order regarding Settlement Procedures | 0.20 | 245.00 | $49.00 |
| 09/12/01 | DWC | Review and revise Amended Order re: Settlement Procedures (.3); draft Certification of Counsel re same (.6); address filing and service thereof (.4); Telephone conference with Sam Schwartz re: same (.2) | 1.50 | 245.00 | $367.50 |
| 09/27/01 | HRR | Telephone conference with R. Higgins regarding bar date (.10); and Telephone conference with E. Hansen regarding same (.10). | 0.20 | 295.00 | $59.00 |

|  | **Task Code Total** |  | **5.20** |  | **$1,284.00** |
|---|---|---|---|---|---|

### COMPENSATION PROF. [B160]

| 08/01/01 | PEC | Draft Certificate of No Objection regarding K&E May Fee Application (.4); File and serve(1.0) | 1.40 | 110.00 | $154.00 |
|---|---|---|---|---|---|
| 08/02/01 | PEC | Prepare K&E Quarterly Fee Application for e-filing (1.0). File and serve First Quarterly Interim Verified Application of K&E (2..1) | 3.10 | 110.00 | $341.00 |
| 09/04/01 | HRR | Telephone conference with L. Jones regarding fee | 0.10 | 295.00 | $29.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | application. | | | |
| 09/05/01 | DWC | Review Marraro's July Monthly Fee Application (.3); revise notice in connection therewith (.2); Telephone conference with Chris Marraro re: same. | 0.60 | 245.00 | $147.00 |
| 09/06/01 | HRR | Review and analyze fee issues. | 0.20 | 295.00 | $59.00 |
| 09/06/01 | HRR | Draft letter to W. Sparks regarding fee applications. | 0.30 | 295.00 | $88.50 |
| 09/06/01 | DWC | Review First Quarterly Fee App. of Duane Morris. | 0.20 | 245.00 | $49.00 |
| 09/06/01 | DWC | Review Trustee's objection to Fee Application of Bilzin Sumberg, et al. | 0.20 | 245.00 | $49.00 |
| 09/07/01 | HRR | Telephone conference with M. Johnson regarding June fee application. | 0.10 | 295.00 | $29.50 |
| 09/10/01 | HRR | Telephone conference with M. Johnson regarding June fee application. | 0.10 | 295.00 | $29.50 |
| 09/10/01 | HRR | Address issues regarding fee applications. | 0.20 | 295.00 | $59.00 |
| 09/10/01 | IDK | Telephone conference with Hamid Rafatjoo regarding 4/01 and 5/01CNO's and letter. | 0.20 | 445.00 | $89.00 |
| 09/14/01 | IDK | Emails to David Carickhoff regarding 6/01 application status and information. | 0.20 | 445.00 | $89.00 |
| 09/17/01 | HRR | Telephone conference with M. Johnson regarding fee application. | 0.10 | 295.00 | $29.50 |
| 09/19/01 | DWC | Review and execute Certificates of No Objection regarding PSZYJ first monthly fee application; Kirkland & Ellis' July fee application; Blackstone's July fee application; Pitney Hardin's April, May and June fee applications; and Reed Smith's first monthly fee application | 1.40 | 245.00 | $343.00 |
| 09/20/01 | HRR | Review and analyze fax from P. Cuniff regarding fee application (.10); Telephone conference with P. Cuniff regarding same (.10); and Address issues regarding same (.20). | 0.40 | 295.00 | $118.00 |
| 09/20/01 | HRR | Telephone conference with I. Kharasch regarding fee application. | 0.10 | 295.00 | $29.50 |
| 09/20/01 | HRR | Review and revise july prebill. | 0.30 | 295.00 | $88.50 |
| 09/20/01 | HRR | Begin drafting fourth fee application. | 0.50 | 295.00 | $147.50 |
| 09/21/01 | IDK | Emails and telephone conference with Hamid Rafatjoo and MaryRitchie Johnson regarding CNO's, 6/01 and 7/01 application issues. | 0.30 | 445.00 | $133.50 |
| 09/23/01 | HRR | Draft fourth fee application. | 1.10 | 295.00 | $324.50 |
| 09/24/01 | HRR | Review and analyze fee application (.10); and Draft email to I. Kharasch regarding same (.10). | 0.20 | 295.00 | $59.00 |
| 09/24/01 | HRR | Revise fee application. | 0.30 | 295.00 | $88.50 |
| 09/24/01 | HRR | Draft email to M. Johnson regarding fee application. | 0.10 | 295.00 | $29.50 |
| 09/24/01 | HRR | Review and analyze issues regarding outstanding fee applications. | 0.10 | 295.00 | $29.50 |
| 09/24/01 | IDK | Telephone conference and emails with Hamid Rafatjoo and MaryRitchie Johnson regarding fee application for 7/01 and CNO issues and quarterlies. | 0.30 | 445.00 | $133.50 |
| 09/25/01 | HRR | Review and analyze collection issues. | 0.10 | 295.00 | $29.50 |
| 09/27/01 | DWC | Review Pitney Hardin's July Fee Application and address preparation of notice and service and filing thereof. | 0.70 | 245.00 | $171.50 |
| 09/28/01 | DWC | Review Kirkland & Ellis August Fee Application and address preparation of notice and filing and service thereof. | 0.70 | 245.00 | $171.50 |
| 09/28/01 | LAG | Follow up regarding status of fee application, deadline, and/or payment. | 0.20 | 125.00 | $25.00 |

**Task Code Total**                                                    **13.80**                  **$3,164.50**

**EXECUTORY CONTRACTS [B185]**

| | | | | | |
|---|---|---|---|---|---|
| 09/06/01 | DWC | Review Motion of Debtors' to assume and assign leases re: New Jersey retail store space. | 0.20 | 245.00 | $49.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/12/01 | DWC | Telephone conference with counsel for landlord re: assumption and assignment of lease re: extension to object (.2); Telephone conference with Sam Schwartz re: same (.1). | 0.30 | 245.00 | $73.50 |
| 09/25/01 | DWC | Review and execute Stipulation with First Union resolving its motion to compel debtors to assume or reject certain equipment lease (.3); teleconference with Same Schwartz re: same (.2). | 0.50 | 245.00 | $122.50 |
| 09/27/01 | DWC | Review and execute Stipulation with First Union re: assumption of contract and address filing and service of the same. | 0.50 | 245.00 | $122.50 |
| | **Task Code Total** | | **1.50** | | **$367.50** |

**FINANCIAL FILINGS [B110]**

| | | | | | |
|---|---|---|---|---|---|
| 09/05/01 | DWC | Address status of hearing on U.S.'s Motion to compel Debtors to Supplement Statement of Financial Affairs (.8); Telephone conference with Jat Kapp re: same (.3). | 0.80 | 245.00 | $196.00 |
| 09/05/01 | LDJ | Conference with David Carickhoff, Esq. re: Trustee motion to compel supplements to schedules | 0.20 | 455.00 | $91.00 |
| | **Task Code Total** | | **1.00** | | **$287.00** |

**LITIGATION (NON-BANKRUPTCY]**

| | | | | | |
|---|---|---|---|---|---|
| 09/17/01 | DWC | Review revisions to draft of 9019 Motion with State of Washington regarding tax dispute prepared by Michael Young of Perkins Coie | 0.90 | 245.00 | $220.50 |
| 09/18/01 | DWC | Teleconference with Jan Baer regarding environmental remediation action in New Jersey Court (.3); review pleadings in connection therewith (.7) | 1.00 | 245.00 | $245.00 |
| 09/26/01 | DWC | Draft 9019 Motion to resolve tax dispute with state of Washington. | 0.90 | 245.00 | $220.50 |
| 09/27/01 | DWC | Draft 9019 Motion re: tax dispute (1.0); draft e-mail to David Siegel re: same (.2). | 1.20 | 245.00 | $294.00 |
| | **Task Code Total** | | **4.00** | | **$980.00** |

**OPERATIONS [B210]**

| | | | | | |
|---|---|---|---|---|---|
| 09/26/01 | DWC | Review information from Vicki Finkelstein re: Debtors' other real estate interests and draft letter to landlord re: lease of DE office space. (1.2); Telephone conference with Debtors re: same (.2). | 1.40 | 245.00 | $343.00 |
| 09/26/01 | LDJ | Conference with David Carickhoff, Esq. re: new lease of real estate; landlord requirements | 0.30 | 455.00 | $136.50 |
| | **Task Code Total** | | **1.70** | | **$479.50** |

**PLAN & DISCLOSURE STMT. [B320]**

| | | | | | |
|---|---|---|---|---|---|
| 09/05/01 | DWC | Telephone conference with Sam Schwartz re: certification of counsel to be filed in connection with revised order regarding exclusivity. | 0.20 | 245.00 | $49.00 |
| 09/11/01 | DWC | Review revised order regarding Exclusivity extension | 0.20 | 245.00 | $49.00 |
| 09/12/01 | DWC | Review and revise Amended Order re: Exclusivity extension (.3); draft Certification of Counsel re same (.6); | 1.50 | 245.00 | $367.50 |

Case 01-01139-AMC   Doc 1468-7   Filed 01/08/02   Page 9 of 14

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | address filing and service thereof (.4); Telephone conference with Sam Schwartz re: same (.2) | | | |
| 09/12/01 | LDJ | Conference with David Carickhoff, Esq. re: amended order for extension of exclusivity | 0.20 | 455.00 | $91.00 |

**Task Code Total** | | | **2.10** | | **$556.50**

**RETENTION OF PROF. [B160]**

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/01 | DWC | Telephone conference with Sam Schwartz re: Stipulation with AON, previously listed as an ordinary course professional. | 0.20 | 245.00 | $49.00 |
| 09/06/01 | LDJ | tcJeff Stegenga re: retention of PWC | 0.30 | 455.00 | $136.50 |
| 09/07/01 | DWC | Review and revise retention application of Rust Consulting as claims agent (1.4); draft notice in connection therewith (.4); address filing and service thereof (.4); teleconference with Sam Schwartz regarding same (.2) | 2.40 | 245.00 | $588.00 |
| 09/11/01 | DWC | Review and revise Stipulation regarding AON Consulting's retention and address execution of the same | 1.20 | 245.00 | $294.00 |
| 09/11/01 | DWC | Review revised order regarding Casner & Edwards retention | 0.20 | 245.00 | $49.00 |
| 09/12/01 | DWC | Finalize AON Stipulation (.3); Telephone conference with Sam Schwartz re same (.2). | 0.50 | 245.00 | $122.50 |
| 09/12/01 | DWC | Review and revise Revised Order re: Retention of Casner & Edwards (.3); draft Certification of Counsel re same (.6); address filing and service thereof (.4); Telephone conference with Sam Schwartz re: same (.1). | 1.40 | 245.00 | $343.00 |
| 09/13/01 | DWC | Draft notice of AON Stipulation (.5); address filing and service thereof (.3). | 0.80 | 245.00 | $196.00 |
| 09/13/01 | DWC | Address filing and service of K&E Fourth Supplemental Affidavit. | 0.20 | 245.00 | $49.00 |
| 09/19/01 | DWC | Teleconference with Sam Schwartz regarding retention of Rust Consulting | 0.20 | 245.00 | $49.00 |

**Task Code Total** | | | **7.40** | | **$1,876.00**

**STAY LITIGATION [B140]**

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/06/01 | DWC | Review Debtors' Motion to Lift Stay to pursue patent infringement litigation. | 0.20 | 245.00 | $49.00 |
| 09/06/01 | DWC | Review Honeywell's Motion to Lift Stay. | 0.30 | 245.00 | $73.50 |
| 09/13/01 | DWC | Review and revise opposition to Smolker's Lift Stay Motion and Exhibit thereto (.9); Telephone conference with Scott McMillan re: same (.2); address filing and service thereof (.3). | 1.40 | 245.00 | $343.00 |
| 09/14/01 | DWC | Prepare response to Honeywell's motion for stay relief (1.2); Telephone conference with Sam Schwartz re: same (.2); address filing and service thereof (.3); Telephone conference with K. Mangan re: same (.2). | 1.90 | 245.00 | $465.50 |
| 09/20/01 | LDJ | Telephone conference with Jan Baer, Esq. re: motion to modify stay | 0.20 | 455.00 | $91.00 |
| 09/26/01 | DWC | Draft Certification of Counsel regarding Order Lifting Stay to allow Zapata litigation to proceed (.8); Telephone conference with Sam Schwartz re: same (.2); address filing and service thereof (.2). | 1.20 | 245.00 | $294.00 |

**Task Code Total** | | | **5.20** | | **$1,316.00**

| | | Total professional services: | 57.30 | $13,158.00 |
|---|---|---|---|---|

**Costs Advanced:**

| | | | |
|---|---|---|---|
| 05/13/2001 | DC | Delivery/ Courier Service [E107] | $46.30 |
| 05/21/2001 | DC | Delivery/ Courier Service [E107] | $60.30 |
| 05/21/2001 | DC | Delivery/ Courier Service [E107] | $12.90 |
| 05/21/2001 | DC | Delivery/ Courier Service [E107] | $35.00 |
| 05/21/2001 | DC | Delivery/ Courier Service [E107] | $35.50 |
| 08/02/2001 | AT | Auto Travel Expense--Eagle Limo [E109] | $64.40 |
| 08/03/2001 | DC | Delivery/ Courier Service [E107] | $50.55 |
| 08/05/2001 | DC | Delivery/ Courier Service [E107] | $72.50 |
| 08/05/2001 | DC | Delivery/ Courier Service [E107] | $7.50 |
| 08/09/2001 | DC | Delivery/ Courier Service [E107] | $13.50 |
| 08/14/2001 | DC | Delivery/ Courier Service [E107] | $24.00 |
| 08/18/2001 | DC | Delivery/ Courier Service [E107] | $38.19 |
| 08/21/2001 | FE | Federal Express [E108] | $212.05 |
| 08/26/2001 | DC | Delivery/ Courier Service [E107] | $28.30 |
| 08/27/2001 | AT | Auto Travel Expense--Eagle Limo [E109] | $109.25 |
| 09/04/2001 | FE | Federal Express [E108] | $13.21 |
| 09/04/2001 | PO | Postage [E108] | $1.49 |
| 09/04/2001 | RE | (CORR 141 @0.15 PER PG) | $21.15 |
| 09/04/2001 | RE | (CORR 6 @0.15 PER PG) | $0.90 |
| 09/04/2001 | RE | (CORR 385 @0.15 PER PG) | $57.75 |
| 09/04/2001 | RE | (CORR 541 @0.15 PER PG) | $81.15 |
| 09/04/2001 | RE | (CORR 2546 @0.15 PER PG) | $381.90 |
| 09/04/2001 | RE | Reproduction Expense. [E101] | $0.90 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $11.14 |
| 09/05/2001 | FE | Federal Express [E108] | $11.14 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $9.55 |
| 09/05/2001 | FE | Federal Express [E108] | $11.14 |
| 09/05/2001 | PO | Postage [E108] | $100.36 |
| 09/05/2001 | RE | (CORR 12 @0.15 PER PG) | $1.80 |
| 09/05/2001 | RE | (CORR 52 @0.15 PER PG) | $7.80 |
| 09/05/2001 | RE | (CORR 57 @0.15 PER PG) | $8.55 |
| 09/05/2001 | RE | (CORR 855 @0.15 PER PG) | $128.25 |
| 09/06/2001 | FE | Federal Express [E108] | $56.06 |
| 09/06/2001 | FE | Federal Express [E108] | $11.82 |
| 09/06/2001 | FX | (CORR 62 @1.00 PER PG) | $62.00 |
| 09/06/2001 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 09/06/2001 | FX | (AGR 18 @1.00 PER PG) | $18.00 |
| 09/06/2001 | RE | (CORR 47 @0.15 PER PG) | $7.05 |
| 09/06/2001 | RE | (CORR 372 @0.15 PER PG) | $55.80 |
| 09/06/2001 | RE | (CORR 27 @0.15 PER PG) | $4.05 |
| 09/06/2001 | RE | (CORR 57 @0.15 PER PG) | $8.55 |
| 09/06/2001 | RE | (CORR 868 @0.15 PER PG) | $130.20 |
| 09/07/2001 | FX | (CORR 6 @1.00 PER PG) | $6.00 |
| 09/07/2001 | RE | (CORR 183 @0.15 PER PG) | $27.45 |
| 09/07/2001 | RE | (CORR 37 @0.15 PER PG) | $5.55 |
| 09/09/2001 | DC | Delivery/ Courier Service [E107] | $17.22 |
| 09/10/2001 | FX3 | FX-(CORR. 3 @ 1.00 PER PG) [E104] | $3.00 |
| 09/10/2001 | PO | Postage [E108] | $832.23 |
| 09/10/2001 | RE | (CORR 199 @0.15 PER PG) | $29.85 |
| 09/10/2001 | RE | (CORR 69 @0.15 PER PG) | $10.35 |
| 09/10/2001 | RE | (CORR 1597 @0.15 PER PG) | $239.55 |
| 09/10/2001 | RE | (CORR 297 @0.15 PER PG) | $44.55 |

| 09/11/2001 | RE | (CORR 28 @0.15 PER PG) | $4.20 |
| 09/11/2001 | RE | (CORR 871 @0.15 PER PG) | $130.65 |
| 09/11/2001 | RE | (CORR 1259 @0.15 PER PG) | $188.85 |
| 09/11/2001 | RE | (CORR 455 @0.15 PER PG) | $68.25 |
| 09/11/2001 | RE | (CORR 333 @0.15 PER PG) | $49.95 |
| 09/11/2001 | RE | (CORR 303 @0.15 PER PG) | $45.45 |
| 09/12/2001 | FE | Federal Express [E108] | $9.55 |
| 09/12/2001 | FE | Federal Express [E108] | $9.55 |
| 09/12/2001 | FE | Federal Express [E108] | $11.14 |
| 09/12/2001 | FE | Federal Express [E108] | $9.55 |
| 09/12/2001 | FE | Federal Express [E108] | $9.55 |
| 09/12/2001 | FE | Federal Express [E108] | $9.55 |
| 09/12/2001 | FE | Federal Express [E108] | $11.14 |
| 09/12/2001 | FX | (CORR 15 @1.00 PER PG) | $15.00 |
| 09/12/2001 | PO | Postage--DDI [E108] | $389.40 |
| 09/12/2001 | RE | (CORR 906 @0.15 PER PG) | $135.90 |
| 09/12/2001 | RE | Reproduction Expense--DDI [E101] | $790.40 |
| 09/13/2001 | FE | Federal Express [E108] | $9.55 |
| 09/13/2001 | FE | Federal Express [E108] | $11.14 |
| 09/13/2001 | FE | Federal Express [E108] | $9.55 |
| 09/13/2001 | FE | Federal Express [E108] | $26.02 |
| 09/13/2001 | FE | Federal Express [E108] | $11.82 |
| 09/13/2001 | FE | Federal Express [E108] | $11.14 |
| 09/13/2001 | FE | Federal Express [E108] | $9.55 |
| 09/13/2001 | FE | Federal Express [E108] | $9.55 |
| 09/13/2001 | FE | Federal Express [E108] | $9.55 |
| 09/13/2001 | FX | (CORR 50 @1.00 PER PG) | $50.00 |
| 09/13/2001 | PO | Postage [E108] | $5.16 |
| 09/13/2001 | RE | (CORR 2709 @0.15 PER PG) | $406.35 |
| 09/13/2001 | RE | (CORR 540 @0.15 PER PG) | $81.00 |
| 09/13/2001 | RE | (CORR 262 @0.15 PER PG) | $39.30 |
| 09/14/2001 | FE | Federal Express [E108] | $11.82 |
| 09/14/2001 | FE | Federal Express [E108] | $16.74 |
| 09/14/2001 | FE | Federal Express [E108] | $11.82 |
| 09/14/2001 | FE | Federal Express [E108] | $11.82 |
| 09/14/2001 | FE | Federal Express [E108] | $9.55 |
| 09/14/2001 | FE | Federal Express [E108] | $11.14 |
| 09/14/2001 | FE | Federal Express [E108] | $11.82 |
| 09/14/2001 | FE | Federal Express [E108] | $16.74 |
| 09/14/2001 | FE | Federal Express [E108] | $15.60 |
| 09/14/2001 | FE | Federal Express [E108] | $11.14 |
| 09/14/2001 | FE | Federal Express [E108] | $9.55 |
| 09/14/2001 | FE | Federal Express [E108] | $9.55 |
| 09/14/2001 | FE | Federal Express [E108] | $9.55 |
| 09/14/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/14/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/14/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/14/2001 | RE | (CORR 103 @0.15 PER PG) | $15.45 |
| 09/14/2001 | RE | (CORR 25 @0.15 PER PG) | $3.75 |
| 09/14/2001 | RE | (CORR 204 @0.15 PER PG) | $30.60 |
| 09/14/2001 | RE | (CORR 31 @0.15 PER PG) | $4.65 |
| 09/14/2001 | RE | (CORR 2299 @0.15 PER PG) | $344.85 |
| 09/14/2001 | RE | (CORR 25 @0.15 PER PG) | $3.75 |
| 09/14/2001 | RE | (CORR 217 @0.15 PER PG) | $32.55 |
| 09/14/2001 | RE | (CORR 498 @0.15 PER PG) | $74.70 |
| 09/14/2001 | RE | (CORR 596 @0.15 PER PG) | $89.40 |
| 09/14/2001 | RE | (CORR 22 @0.15 PER PG) | $3.30 |
| 09/14/2001 | RE | (CORR 37 @0.15 PER PG) | $5.55 |
| 09/14/2001 | RE | (CORR 73 @0.15 PER PG) | $10.95 |
| 09/14/2001 | RE | (CORR 222 @0.15 PER PG) | $33.30 |

Case 01-01139-AMC  Doc 1468-7    Filed 01/08/02    Page 12 of 14

| | | | |
|---|---|---|---|
| 09/14/2001 | RE | (CORR 347 @0.15 PER PG) | $52.05 |
| 09/14/2001 | RE | (CORR 572 @0.15 PER PG) | $85.80 |
| 09/14/2001 | RE | (CORR 107 @0.15 PER PG) | $16.05 |
| 09/14/2001 | RE | (CORR 77 @0.15 PER PG) | $11.55 |
| 09/15/2001 | FE | Federal Express [E108] | $16.74 |
| 09/15/2001 | FE | Federal Express [E108] | $11.82 |
| 09/15/2001 | FE | Federal Express [E108] | $11.82 |
| 09/15/2001 | FE | Federal Express [E108] | $11.82 |
| 09/16/2001 | DC | Delivery/ Courier Service [E107] | $7.50 |
| 09/17/2001 | FE | Federal Express [E108] | $18.74 |
| 09/17/2001 | RE | (CORR 347 @0.15 PER PG) | $52.05 |
| 09/18/2001 | FE | Federal Express [E108] | $55.67 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 5 @1.00 PER PG) | $5.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 09/18/2001 | FX3 | FX-(CORR. 8 @ 1.00 PER PG) [E104] | $8.00 |
| 09/19/2001 | FE | Federal Express [E108] | $100.27 |
| 09/19/2001 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 09/19/2001 | RE | (CORR 152 @0.15 PER PG) | $22.80 |
| 09/19/2001 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 09/19/2001 | RE | (CORR 198 @0.15 PER PG) | $29.70 |
| 09/20/2001 | FX3 | FX-(CORR. 5 @ 1.00 PER PG) [E104] | $5.00 |
| 09/20/2001 | RE | (AGR 4 @0.15 PER PG) | $0.60 |
| 09/20/2001 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 09/20/2001 | RE | (CORR 152 @0.15 PER PG) | $22.80 |
| 09/20/2001 | RE | (CORR 110 @0.15 PER PG) | $16.50 |
| 09/20/2001 | RE | (FEE 21 @0.15 PER PG) | $3.15 |
| 09/20/2001 | RE | (CORR 30 @0.15 PER PG) | $4.50 |

Case 01-01139-AMC   Doc 1468-7   Filed 01/08/02   Page 13 of 14

| 09/20/2001 | RE | (CORR 104 @0.15 PER PG) | $15.60 |
|---|---|---|---|
| 09/20/2001 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 09/21/2001 | PO | Postage [E108] | $1.71 |
| 09/21/2001 | PO | Postage--DDI [E108] | $431.39 |
| 09/21/2001 | RE | (CORR 22 @0.15 PER PG) | $3.30 |
| 09/21/2001 | RE | (CORR 98 @0.15 PER PG) | $14.70 |
| 09/21/2001 | RE | (CORR 109 @0.15 PER PG) | $16.35 |
| 09/21/2001 | RE | (CORR 417 @0.15 PER PG) | $62.55 |
| 09/21/2001 | RE | (CORR 100 @0.15 PER PG) | $15.00 |
| 09/21/2001 | RE | Reproduction Expense--DDI [E101] | $1,055.60 |
| 09/22/2001 | RE | (CORR 362 @0.15 PER PG) | $54.30 |
| 09/24/2001 | FX | Fax Transmittal. [E104] | $104.00 |
| 09/24/2001 | RE | (CORR 1686 @0.15 PER PG) | $252.90 |
| 09/25/2001 | RE | (CORR 106 @0.15 PER PG) | $15.90 |
| 09/26/2001 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 09/26/2001 | PO | Postage [E108] | $1.71 |
| 09/26/2001 | PO | Postage [E108] | $1.71 |
| 09/26/2001 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 09/26/2001 | RE | (CORR 538 @0.15 PER PG) | $80.70 |
| 09/27/2001 | PO | Postage [E108] | $1.71 |
| 09/27/2001 | RE | (CORR 198 @0.15 PER PG) | $29.70 |
| 09/27/2001 | RE | (CORR 50 @0.15 PER PG) | $7.50 |
| 09/27/2001 | RE | (CORR 78 @0.15 PER PG) | $11.70 |
| 09/27/2001 | RE | (CORR 153 @0.15 PER PG) | $22.95 |
| 09/27/2001 | RE | (CORR 290 @0.15 PER PG) | $43.50 |
| 09/27/2001 | RE | (CORR 70 @0.15 PER PG) | $10.50 |
| 09/27/2001 | RE | (CORR 509 @0.15 PER PG) | $76.35 |
| 09/27/2001 | RE | (CORR 54 @0.15 PER PG) | $8.10 |
| 09/28/2001 | RE | (CORR 546 @0.15 PER PG) | $81.90 |
| 09/28/2001 | RE | (CORR 42 @0.15 PER PG) | $6.30 |
| 09/28/2001 | SO | Secretarial Overtime--Rasheda Stewart | $23.85 |

**Total Expenses:**                                    **$10,035.46**

### Summary:

| | | |
|---|---|---|
| Total professional services | $13,158.00 | |
| Total expenses | $10,035.46 | |
| | ——————— | |
| Net current charges | $23,193.46 | |
| Net balance forward | $91,777.82 | |
| **Total balance now due** | **$114,971.28** | |

---

### Billing Summary

| | | | | |
|---|---|---|---|---|
| CJL | Lhulier, Christopher J. | 0.30 | $225.00 | $67.50 |
| DCC | Crossan, Donna C. | 1.00 | $55.00 | $55.00 |
| DWC | Carickhoff, David W | 35.20 | $245.00 | $8,624.00 |
| HRR | Rafatjoo, Hamid R. | 5.10 | $295.00 | $1,504.50 |

| | | | | |
|---|---|---|---|---|
| IDK | Kharasch, Ira D. | 1.00 | $445.00 | $445.00 |
| LAG | Gilbert, Laurie A. | 0.20 | $125.00 | $25.00 |
| LDJ | Jones, Laura Davis | 2.60 | $455.00 | $1,183.00 |
| PEC | Cuniff, Patricia E. | 10.90 | $110.00 | $1,199.00 |
| RMO | Olivere, Rita M. | 1.00 | $55.00 | $55.00 |
| | | 57.30 | | $13,158.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | ASSET DISPOSITION [B130] | 1.80 | $441.00 |
| CA | CASE ADMINISTRATION [B110] | 13.60 | $2,406.00 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 5.20 | $1,284.00 |
| CP | COMPENSATION PROF. [B160] | 13.80 | $3,164.50 |
| EC | EXECUTORY CONTRACTS [B185] | 1.50 | $367.50 |
| FF | FINANCIAL FILINGS [B110] | 1.00 | $287.00 |
| LN | LITIGATION (NON-BANKRUPTCY) | 4.00 | $980.00 |
| OP | OPERATIONS [B210] | 1.70 | $479.50 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 2.10 | $556.50 |
| RP | RETENTION OF PROF. [B160] | 7.40 | $1,876.00 |
| SL | STAY LITIGATION [B140] | 5.20 | $1,316.00 |
| | | 57.30 | $13,158.00 |

## Expense Code Summary

| | |
|---|---|
| Auto Travel Expense [E109] | $173.65 |
| Delivery/Courier Service | $449.26 |
| Federal Express [E108] | $945.48 |
| Fax Transmittal. [E104] | $583.00 |
| FX-(CORR. 1 @ 1.00 PER PG) [E1 | $16.00 |
| Postage [E108] | $1,766.87 |
| Reproduction Expense. [E101] | $6,077.35 |
| Overtime | $23.85 |
| | $10,035.46 |