**EXHIBIT C**

# W R GRACE & COMPANY
## SUMMARY OF FEES
## THROUGH NOVEMBER 30, 2001

| Summary of Hours | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNERS** | | | |
| Greenberg, Mayer | 23.9 | 500 | 11,950.00 |
| Kruger, Lewis | 10.7 | 650 | 6,955.00 |
| Levy, Mark | 12.0 | 615 | 7,380.00 |
| Pasquale, Kenneth | 53.6 | 475 | 25,460.00 |
| Raskin, Robert | 26.4 | 550 | 14,520.00 |
| | | | |
| **ASSOCIATES** | | | |
| Berg, Madelaine | 10.2 | 415 | 4,233.00 |
| Brandes, Ronnie H. | 30.3 | 185 | 5,605.50 |
| Eichler, Mark | 0.5 | 350 | 175.00 |
| Krieger, Arlene | 129.5 | 425 | 55,037.50 |
| Sasson, Moshe | 16.0 | 360 | 5,760.00 |
| | | | |
| **PARAPROFESSIONALS** | | | |
| Defreitas, Vaughn | 32.3 | 100 | 3,230.00 |
| Mohamed, David | 0.3 | 100 | 30.00 |
| Serrette, Rosemarie | 11.2 | 150 | 1,680.00 |
| | | | |
| **Total** | **356.9** | | **$ 142,016.00** |