**EXHIBIT D**

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

**DISBURSEMENT REGISTER**

RE:   699842 W R Grace & Co

| Date | Description | Amount |
|---|---|---|
| **Outside Messenger Service** | | |
| 11/07/2001 | FedEx Log 10/03/01 L.KRUGER TO S.HOLLINGHEAD | 9.40 |
| 11/07/2001 | 10/30/2001 Federal Express T#829433679070 ROSE SERRETTE to: MICHAEL LASTOWSKI ES | 9.40 |
| 11/07/2001 | 10/31/2001 Federal Express T#829433679059 SERRETTTE to: MICHAEL LASTOWSKI WILMIN | 12.37 |
| 11/14/2001 | Federal Express T#824852619390 SERETTE to: BO CHIPMAN WASHINGTON,DC | 13.45 |
| **Outside Messenger Service Total** | | **44.62** |
| **Meals** | | |
| 11/21/2001 | VENDOR: Fisher & Levy; INVOICE#: 33895; DATE: 10/31/01 M Levy 10/1/01 | 19.24 |
| 11/21/2001 | VENDOR: Fisher & Levy; INVOICE#: 33895; DATE: 10/31/01 L Kruger 10/2/01 | 51.48 |
| **Meals Total** | | **70.72** |
| **Local Transportation** | | |
| 11/07/2001 | VENDOR: Lewis Kruger; INVOICE#: 10/15/01; DATE: 11/7/01 - 09/01  CREDITOR MTG. - CABFARE | 9.00 |
| 11/07/2001 | NYC Two Ways Inc. SERRETTE 10/18/01 21:55 M from 180 MAIDEN LA to SOUTH RICHMON | 38.31 |
| 11/09/2001 | NYC Two Ways Inc. BRANDES 10/29/01 21:16 M from 180 MAIDEN LA to W 57 ST M | 20.69 |
| 11/12/2001 | VENDOR: Petty Cash; INVOICE#: 11/09/01; DATE: 11/12/01 - 10/07  NY PETTY CASH  M.GREENBERG | 23.00 |
| 11/13/2001 | NYC Two Ways Inc. BERG 11/07/01 19:41 M from 180 MAIDEN LA to E 42 ST M | 20.69 |

| | | |
|---|---|---|
| 11/29/2001 | VENDOR: Ken Pasquale; INVOICE#: 11/20/01; DATE: 11/29/01 - 11/19   CABFARE TO MTG. | 12.00 |

**Local Transportation Total**  123.69

**Long Distance Telephone**

| | | |
|---|---|---|
| 11/01/2001 | EXTN.5492, TEL.201-384-1279, S.T.08:27, DUR.03:42 | 1.30 |
| 11/01/2001 | EXTN.5492, TEL.703-993-8070, S.T.10:41, DUR.20:36 | 6.80 |
| 11/01/2001 | EXTN.5492, TEL.201-384-1279, S.T.12:42, DUR.02:48 | 0.97 |
| 11/01/2001 | EXTN.5492, TEL.302-657-4924, S.T.15:36, DUR.02:42 | 0.97 |
| 11/02/2001 | EXTN.5492, TEL.201-384-1279, S.T.13:39, DUR.03:30 | 1.30 |
| 11/02/2001 | EXTN.5544, TEL.302-652-4100, S.T.14:20, DUR.01:54 | 0.65 |
| 11/02/2001 | EXTN.5562, TEL.312-861-2124, S.T.12:00, DUR.01:48 | 0.65 |
| 11/02/2001 | EXTN.5562, TEL.312-861-2124, S.T.12:05, DUR.01:36 | 0.65 |
| 11/02/2001 | EXTN.5562, TEL.202-371-9770, S.T.17:29, DUR.06:00 | 1.94 |
| 11/05/2001 | EXTN.5492, TEL.703-993-8070, S.T.11:07, DUR.05:12 | 1.94 |
| 11/05/2001 | EXTN.5492, TEL.201-384-1279, S.T.13:25, DUR.01:18 | 0.65 |
| 11/06/2001 | EXTN.5422, TEL.973-424-2031, S.T.09:53, DUR.01:06 | 0.65 |
| 11/06/2001 | EXTN.5422, TEL.302-651-7700, S.T.09:57, DUR.00:54 | 0.32 |
| 11/06/2001 | EXTN.5492, TEL.868-625-1091, S.T.13:19, DUR.11:24 | 33.23 |
| 11/06/2001 | EXTN.5492, TEL.201-384-1279, S.T.13:21, DUR.10:30 | 3.56 |
| 11/06/2001 | EXTN.5544, TEL.201-556-4040, S.T.10:09, DUR.02:30 | 0.97 |
| 11/06/2001 | EXTN.5823, TEL.312-861-2162, S.T.17:23, DUR.25:24 | 8.42 |
| 11/07/2001 | VENDOR: Lewis Kruger; INVOICE#: 10/17/01A; DATE: 11/7/01 - 06/08 - 08/19   PHONE CHARGES | 1.80 |
| 11/07/2001 | EXTN.3544, TEL.312-861-2162, S.T.16:04, DUR.00:48 | 0.32 |
| 11/07/2001 | EXTN.5492, TEL.201-384-1279, S.T.11:13, DUR.00:54 | 0.32 |
| 11/07/2001 | EXTN.5823, TEL.312-861-2162, S.T.09:55, DUR.01:18 | 0.65 |
| 11/08/2001 | EXTN.5002, TEL.214-741-0792, S.T.11:08, DUR.00:48 | 0.32 |
| 11/08/2001 | EXTN.5002, TEL.612-667-1916, S.T.11:10, DUR.01:24 | 0.65 |
| 11/08/2001 | EXTN.5544, TEL.312-861-2162, S.T.16:48, DUR.02:42 | 0.97 |
| 11/08/2001 | EXTN.5544, TEL.201-556-4040, S.T.17:57, DUR.12:48 | 4.21 |

| Date | Description | Amount |
|---|---|---|
| 11/09/2001 | EXTN.4062, TEL.630-513-1416, S.T.14:01, DUR.08:12 | 2.92 |
| 11/09/2001 | EXTN.5422, TEL.312-828-7225, S.T.11:44, DUR.01:48 | 0.65 |
| 11/09/2001 | EXTN.6062, TEL.312-861-2485, S.T.12:07, DUR.01:42 | 0.65 |
| 11/12/2001 | EXTN.5422, TEL.312-904-6166, S.T.11:12, DUR.05:30 | 1.94 |
| 11/12/2001 | EXTN.5422, TEL.561-433-1441, S.T.18:45, DUR.05:06 | 1.94 |
| 11/13/2001 | EXTN.5422, TEL.302-657-4942, S.T.12:03, DUR.00:54 | 0.32 |
| 11/13/2001 | EXTN.5422, TEL.302-657-4942, S.T.12:10, DUR.01:12 | 0.65 |
| 11/13/2001 | EXTN.5562, TEL.312-861-2000, S.T.13:11, DUR.01:42 | 0.65 |
| 11/13/2001 | EXTN.5744, TEL.202-225-1772, S.T.16:00, DUR.01:18 | 0.65 |
| 11/15/2001 | EXTN.5422, TEL.314-259-2000, S.T.15:16, DUR.01:00 | 0.32 |
| 11/15/2001 | EXTN.5492, TEL.202-454-6617, S.T.13:12, DUR.01:24 | 0.65 |
| 11/15/2001 | EXTN.5562, TEL.312-861-2000, S.T.13:09, DUR.01:30 | 0.65 |
| 11/16/2001 | EXTN.5422, TEL.302-657-4942, S.T.10:15, DUR.01:30 | 0.65 |
| 11/16/2001 | EXTN.5422, TEL.302-657-4942, S.T.12:51, DUR.00:54 | 0.32 |
| 11/16/2001 | EXTN.5422, TEL.312-904-7301, S.T.16:04, DUR.07:00 | 2.27 |
| 11/19/2001 | EXTN.5544, TEL.201-556-4040, S.T.17:18, DUR.11:18 | 3.89 |
| 11/19/2001 | EXTN.6015, TEL.312-861-2162, S.T.14:55, DUR.00:54 | 0.32 |
| 11/19/2001 | EXTN.6015, TEL.312-861-2162, S.T.17:59, DUR.02:00 | 0.65 |
| 11/19/2001 | EXTN.6015, TEL.305-374-7580, S.T.18:01, DUR.04:36 | 1.62 |
| 11/20/2001 | EXTN.5422, TEL.312-861-2124, S.T.15:33, DUR.03:12 | 1.30 |
| 11/27/2001 | EXTN.5422, TEL.973-424-2031, S.T.11:29, DUR.00:54 | 0.32 |
| 11/27/2001 | EXTN.5422, TEL.732-390-9000, S.T.12:13, DUR.01:18 | 0.65 |
| 11/27/2001 | EXTN.5422, TEL.617-880-3556, S.T.12:41, DUR.00:18 | 0.32 |
| 11/27/2001 | EXTN.5544, TEL.201-556-4040, S.T.15:25, DUR.01:12 | 0.65 |
| 11/28/2001 | VENDOR: Deraventures, Inc.; INVOICE#: 11061-02201-01; DATE: 11/5/01 - Telecommunications service | 463.50 |
| 11/28/2001 | EXTN.5544, TEL.201-556-4040, S.T.10:34, DUR.01:48 | 0.65 |
| 11/29/2001 | EXTN.5544, TEL.202-307-6555, S.T.13:12, DUR.08:24 | 2.92 |

| | | |
|---|---|---:|
| 11/29/2001 | EXTN.6286, TEL.312-861-2485, S.T.15:58, DUR.05:30 | 1.94 |
| 11/30/2001 | EXTN.5544, TEL.312-861-3103, S.T.13:22, DUR.23:54 | 7.78 |
| | **Long Distance Telephone Total** | **575.95** |

**Duplicating Costs-in House**

| | |
|---|---:|
| 11/01/2001 | 7.90 |
| 11/01/2001 | 1.40 |
| 11/01/2001 | 3.60 |
| 11/01/2001 | 17.00 |
| 11/02/2001 | 98.70 |
| 11/02/2001 | 0.50 |
| 11/02/2001 | 14.70 |
| 11/02/2001 | 9.00 |
| 11/02/2001 | 1.00 |
| 11/02/2001 | 53.30 |
| 11/02/2001 | 160.80 |
| 11/05/2001 | 32.80 |
| 11/05/2001 | 0.40 |
| 11/06/2001 | 38.00 |
| 11/08/2001 | 3.00 |
| 11/08/2001 | 1.50 |
| 11/09/2001 | 3.80 |
| 11/09/2001 | 36.10 |
| 11/09/2001 | 7.10 |
| 11/09/2001 | 19.10 |
| 11/09/2001 | 10.90 |
| 11/09/2001 | 6.40 |
| 11/09/2001 | 0.60 |
| 11/09/2001 | 0.20 |
| 11/09/2001 | 5.20 |

| Date | Amount |
|---|---|
| 11/09/2001 | 0.60 |
| 11/15/2001 | 7.80 |
| 11/15/2001 | 0.40 |
| 11/15/2001 | 1.00 |
| 11/15/2001 | 10.20 |
| 11/15/2001 | 2.00 |
| 11/16/2001 | 8.30 |
| 11/16/2001 | 10.00 |
| 11/16/2001 | 3.00 |
| 11/16/2001 | 5.30 |
| 11/16/2001 | 0.70 |
| 11/16/2001 | 6.40 |
| 11/19/2001 | 7.60 |
| 11/19/2001 | 0.20 |
| 11/19/2001 | 0.80 |
| 11/19/2001 | 5.50 |
| 11/19/2001 | 1.50 |
| 11/20/2001 | 3.00 |
| 11/20/2001 | 0.40 |
| 11/20/2001 | 17.40 |
| 11/20/2001 | 4.60 |
| 11/21/2001 | 0.40 |
| 11/21/2001 | 0.60 |
| 11/21/2001 | 5.70 |
| 11/21/2001 | 3.40 |
| 11/26/2001 | 0.10 |
| 11/26/2001 | 0.60 |
| 11/26/2001 | 5.40 |

| Date | Description | Amount |
|---|---|---|
| 11/26/2001 | | 0.10 |
| 11/27/2001 | | 2.70 |
| 11/27/2001 | | 7.00 |
| 11/28/2001 | | 1.40 |
| 11/28/2001 | | 0.70 |
| 11/28/2001 | | 0.50 |
| 11/29/2001 | | 0.50 |
| 11/29/2001 | | 0.20 |
| 11/29/2001 | | 0.40 |
| 11/29/2001 | | 0.40 |
| **Duplicating Costs-in House Total** | | **659.80** |

**Postage**

| Date | Description | Amount |
|---|---|---|
| 11/07/2001 | Postage Charged by on 11/01/2001 | 0.34 |
| 11/13/2001 | Postage Charged by on 11/09/2001 | 5.20 |
| 11/13/2001 | Postage Charged by on 11/09/2001 | 8.50 |
| **Postage Total** | | **14.04** |

**Process Service & Calendar Watch**

| Date | Description | Amount |
|---|---|---|
| 11/08/2001 | VENDOR: Pacer Service Center; INVOICE#: 101001A; DATE: 10/10/01 - 7/1-9/30/01 | 11.76 |
| 11/19/2001 | VENDOR: Parcels/ Virtual Docket; INVOICE#: 3885; DATE: 10/31/01 - U.S. bankruptcy court | 31.00 |
| 11/19/2001 | VENDOR: Parcels/ Virtual Docket; INVOICE#: 3885; DATE: 10/31/01 - U.S. bankruptcy court | 2.50 |
| 11/19/2001 | VENDOR: Parcels/ Virtual Docket; INVOICE#: 3885; DATE: 10/31/01 - U.S. bankruptcy court | 31.00 |
| **Process Service & Calendar Watch Total** | | **76.26** |

**O/S Information Services**

| Date | Description | Amount |
|---|---|---|
| 11/19/2001 | VENDOR: Disclosure Incorporated; INVOICE#: 93049389; DATE: 10/31/01 - 10/17/01 | 245.75 |
| 11/19/2001 | VENDOR: Disclosure Incorporated; INVOICE#: 93049389; DATE: 10/31/01 - 10/22/01 | 283.64 |
| 11/19/2001 | VENDOR: Disclosure Incorporated; INVOICE#: 93049389; DATE: 10/31/01 - 10/17/01 | 58.46 |

| Date | Description | Amount |
|---|---|---:|
| 11/20/2001 | VENDOR: Global Securities Information, Inc; INVOICE#: IN000099716; DATE: 10/31/01 | 16.24 |
| 11/20/2001 | VENDOR: Global Securities Information, Inc; INVOICE#: IN000099716; DATE: 10/31/01 Call on 10/1/01 | 41.95 |
| **O/S Information Services Total** | | **646.04** |

**Lexis/Nexis**

| | | |
|---|---|---:|
| 11/16/2001 | | 102.50 |
| **Lexis/Nexis Total** | | **102.50** |

**Facsimile Charges**

| | | |
|---|---|---:|
| 11/06/2001 | FAX # 201-843-8044 | 3.00 |
| 11/06/2001 | FAX # 540-755-4334 | 2.00 |
| 11/28/2001 | FAX # 570-1803 | 8.00 |
| 11/29/2001 | FAX # 202-514-6866 | 2.00 |
| 11/29/2001 | FAX # 202-514-6866 | 2.00 |
| 11/29/2001 | FAX # 202-514-6866 | 2.00 |
| 11/29/2001 | FAX # 202-514-6866 | 2.00 |
| 11/29/2001 | FAX # 202-514-6866 | 2.00 |
| 11/29/2001 | FAX # 202-514-6866 | 2.00 |
| **Facsimile Charges Total** | | **25.00** |

**Travel Expenses - Transportation**

| | | |
|---|---|---:|
| 11/29/2001 | VENDOR: Ken Pasquale; INVOICE#: 11/20/01; DATE: 11/29/01 - 11/05  COURT HEARING IN WILMINGTON, DEL.  AMTRAK & PARKING | 163.00 |
| 11/29/2001 | VENDOR: Ken Pasquale; INVOICE#: 11/20/01; DATE: 11/29/01 - 11/16   DEPOSITION OF KINSELLA & HILSEE IN PHILADELPHIA, PA - MILEAGE & PARKING | 89.97 |
| **Travel Expenses - Transportation Total** | | **252.97** |

**Westlaw**

| | | |
|---|---|---:|
| 11/09/2001 | ; Duration 0:03:30 | 17.28 |
| 11/16/2001 | ; Duration 0:00:00; By KRIEGER ARLENE G | 91.70 |
| 11/20/2001 | ; Duration 0:09:04; By KRIEGER ARLENE G | 81.43 |
| 11/26/2001 | ; Duration 0:00:00; By KRIEGER ARLENE G | 55.02 |
| 11/26/2001 | ; Duration 0:00:00 | 87.08 |

SSL-DOCS1 1169130v1

| | |
|---|---:|
| 11/27/2001   ; Duration 0:09:36 | 61.14 |
| 11/28/2001   ; Duration 0:39:51; By SASSON MOSHE | 346.00 |
| 11/30/2001   ; Duration 0:00:12 | 1.00 |
| **Westlaw Total** | **740.65** |

**Word Processing - Logit**

| | |
|---|---:|
| 11/02/2001 | 60.00 |
| 11/13/2001 | 18.00 |
| 11/20/2001 | 6.00 |
| **Word Processing - Logit Total** | **84.00** |

| | |
|---|---:|
| **Expert Fees and Costs** | **5,431.10** |

## Bill Disbursement Summary

| | |
|---|---:|
| Outside Messenger Service | $ 44.62 |
| Meals | 70.72 |
| Local Transportation | 123.69 |
| Long Distance Telephone | 575.95 |
| Duplicating Costs-in House | 659.80 |
| Postage | 14.04 |
| Process Service & Calendar Watch | 76.26 |
| O/S Information Services | 646.04 |
| Lexis/Nexis | 102.50 |
| Facsimile Charges | 25.00 |
| Travel Expenses -- Transportation | 252.97 |
| Westlaw | 740.65 |
| Word Processing – Logit | 84.00 |
| Expert Fees and Costs | 5,431.10 |

| | |
|---|---:|
| **Total Disbursements** | **$8,847.34** |