# EXHIBIT A

# W.R. GRACE & CO.
## EQUITY SECURITY HOLDERS' COMMITTEE MEMBER EXPENSE REPORT

NAME: Ted Weschler

COMPANY: Peninsula Partners, L.P.
(if applicable)

ADDRESS: 404B East Main Street
Charlottesville, VA 22902

| DATE | CITIES VISITED (if applicable) | PURPOSE OF TRIP/ EXPENSE INCURRED | PARKING | AIR-FARE | TAXI OR CAR RENTAL | LODGING | MEALS | MISCELLANEOUS (SPECIFY) |
|---|---|---|---|---|---|---|---|---|
| 7/18 | Philadelphia | WR Grace Meeting | | 728.25 | | | 40.66 | Meeting Space $490.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTALS | | | $ | $728.25 | $ | $ | $ 40.66 | $ 490.00 |

ADDITIONAL INFORMATION: _____

RECEIPTS ATTACHED.         TOTAL DUE $1,258.91

KL2 2114057.1

## US AIRWAYS
### PASSENGER TICKET AND BAGGAGE CHECK
*** ELECTRONIC TICKET ***       PASSENGER RECEIPT

ISSUED BY US AIRWAYS NOT TRANSFERABLE
SUBJECT TO CONDITIONS OF CONTRACT

10609826                FLIGHT COUPON  TOUR CODE            AIRLINE CODE FCI
00000000  7037727558         1 OF 1        PLACE OF ISSUE   ISO CODE  DATE OF ISSUE    C0372 06
PASSENGER NAME              PNR CODE    CARRIER FARE BASIS/TICKET DESIGNATOR    PNS    US 17JUL01
WESCHLER/RICHARD TED   ESKSFX/US
                       COUPON FLIGHT  CLASS DATE  TIME  STATUS  NOT VALID BEFORE NOT VALID AFTER

**NOT VALID FOR****** RETAIN THIS RECEIPT ***
**TRANSPORTATION*** THROUGHOUT YOUR JOURNEY*
ENDORSEMENTS/RESTRICTIONS

FP *UI4427110003072372 /FCCHO US PHL Q18.60 373.95Y8 US BTV Q18.60 426.05Y8 US X/PH
L Q18.60 US ORF481.86B8US 1337.66 END ZPCHOPHLBTUPHL XFCH03PHL4.5

Grace
Eq. Comm.
$728.25

XF   FARE     7.50
USD  1337.66          EQUIVALENT FARE PAID
ZP   TAX     11.00    STOCK CONTROL NUMBER TX037  CK
US   100.34           09438850783      | 037 7037727558  1
USD  1456.50                           | *****DUPLICATE*****

### US AIRWAYS BOARDING PASS
CHO
PHL US 3294 Y 18 JUL
NAME OF PASSENGER
BTV US 1557 Y 18 JUL
PHL US 221 B 19 JUL
ORF US 536 B 19 JUL

CODE  FLIGHT  CLASS  DATE  TIME

DIVIDEND MILES NUMBER

NOT VALID FOR TRAVEL
037 7037727558  1

---

### US AIRWAYS
PASSENGER TICKET AND BAGGAGE CHECK

ISSUED BY US AIRWAYS         FQTV CLUB         6
                         MEMBERS RECEIPT    RSI     ISO    ADMN
                         ISS. AGENT ID  18 JUL 01  PLAC 39000684    US
NAME OF PASSENGER (NOT TRANSFERABLE)    PHL N39   FARE BASIS  /PHILADELPHIA    FCI
WESCHLER/RICHARD        CARR  FLIGHT  CLASS DATE  TIME  STATUS  NOT VALID BEFORE—NOT VALID AFTER
**NOT VALID FOR**  REVALIDATION
**TRANSPORTATION**  ***ALL CHARGES NON-REFUNDABLE***
                              PNR CODE        PNR CODE
                                             CONJ. TKT. NO.
ORIGINAL ISSUE    ISSUED IN EXCHANGE FOR
FARE CALCULATION  01 CLB - CONFERENCE ROOM     490.00
                  01 CLB - FOOD SERVICE         40.66

FARE           EQUIV. FARE PAID    FORM OF PAYMENT
USD  530.66                        FP BA4427110003072372 000064
TAX   NA                           COUPON  AIRLINE  FORM SERIAL NO.  CK
TAX   NA        03708677508210  |  0 037 0618590397 6
TOTAL NA
USD  530.66

WESCHLER/RICHARD

REVALIDATION

NOT VALID FOR TRAVEL
037 0618590397 6

# W.R. GRACE & CO.
## EQUITY SECURITY HOLDERS' COMMITTEE MEMBER EXPENSE REPORT

NAME: R. Ted Weschler

COMPANY: Peninsula Capital Advisors
(if applicable)

ADDRESS: 404B East Main Street, 2nd Floor
Charlottesville, VA 22902

| DATE | CITIES VISITED (if applicable) | PURPOSE OF TRIP/ EXPENSE INCURRED | PARKING | AIR-FARE | TAXI OR CAR RENTAL | LODGING | MEALS | MISCELLANEOUS (SPECIFY) |
|---|---|---|---|---|---|---|---|---|
| 11/1/01 | Baltimore | Grace Equity Committee Meeting | | 269.13* | 0 | 0 | 0 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTALS | | | $ | $269.13 | $ | $ | $ | $ |

ADDITIONAL INFORMATION: *One-half of airfare charged due to Mr. Weschlers other travel obligations for the date above.
RECEIPTS ATTACHED.

TOTAL DUE $ 269.13

1538.04

# US AIRWAYS

Home  Customer Service  Search & Index

usairways.com -> login, review itinerary and rules

## Reservations

usairways.com
- Reservations
- Timetable
- Dividend Miles
- Promotions

Please Review Itinerary and Login to Complete Reservation

**Welcome Sandra**

Password: [ ]   Forgot my password
              Change my password

Change user

☐ Next time, disable automatic login

### Itinerary

| Flight Number | Date | Time Cities | Fare Rules Adult Child |
|---|---|---|---|
| United Airlines 7418 | November 15 | 7:20A depart Charlottesville, VA / 8:00A arrive Washington DC Dulles | ● |
| US Airways 3214 | November 15 | 5:30P depart Washington DC Dulles / 6:40P arrive Philadelphia, PA | ● |

———— Connecting To ————

| | | | |
|---|---|---|---|
| US Airways 3314 | November 15 | 7:44P depart Philadelphia, PA / 9:08P arrive Charlottesville, VA | |

### Price Breakdown
1 adult

|  |  | Total |
|---|---|---|
| Base Price: | 481.86 | 481.86 |
| Taxes & Fees: | 56.39 | 56.39 |
| Total: | USD 538.25 | USD 538.25 |

USD 538.25

½ charge to Gra[?]
Eq - Committ[ee]

### Rules and Restrictions
- Ticket changes may incur increased fares.
- Once ticket is issued, it may not be reassigned to a different passenger.

Do you agree to the rules and restrictions of this fare?

 

Help

http://reservations.usairways.com/airgprice.ctl?airsOption=Y&hold_flag=N&SEQ=1005572507156448&last_  11

## W.R. GRACE & CO.
### EQUITY SECURITY HOLDERS' COMMITTEE MEMBER EXPENSE REPORT

NAME: LAWRENCE SPIETH

COMPANY: DFA
(if applicable)

ADDRESS: 10 S. WACKER DR. #2275
CHICAGO, IL. 60606

| DATE | CITIES VISITED (if applicable) | PURPOSE OF TRIP/ EXPENSE INCURRED | PARKING | AIR-FARE | TAXI OR CAR RENTAL | LODGING | MEALS | MISCELLANEOUS (SPECIFY) |
|---|---|---|---|---|---|---|---|---|
| 18 JUL | PHILADELPHIA | Chase Legal Counsel | | 1942. 50/$50/$50 | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTALS | | | $ | $ 1942.50 | $ 100 | $ | $ | $ |

ADDITIONAL INFORMATION: _____

RECEIPTS ATTACHED. _____

TOTAL DUE $ 2042.50

KL2 2114857.1



## W.R. GRACE & CO.
## EQUITY SECURITY HOLDERS' COMMITTEE MEMBER EXPENSE REPORT

NAME: Angus W. Mercer

COMPANY: _____
(if applicable)

ADDRESS: 4500 Carmel Estates Road
Charlotte, NC. 28226-3417

| DATE | CITIES VISITED (if applicable) | PURPOSE OF TRIP/ EXPENSE INCURRED | PARKING | AIR-FARE | TAXI OR CAR RENTAL | LODGING | MEALS | MISCELLANEOUS (SPECIFY) |
|---|---|---|---|---|---|---|---|---|
| July 18, 2001 | Philadelphia | Interview & Select Law Firm | | $831.17 | $7.00 | | | |
| Aug. 9, 2001 | | | | | | | | Office Supplies $45.22 |
| Nov. 1, 2001 | Columbia, MD. via Baltimore | Grace Management Presentation | | $781.20 | | | | |
| TOTALS | | | $ | $1612.37 | $7.00 | $ | $ | $45.22 |

ADDITIONAL INFORMATION: _____

RECEIPTS ATTACHED.

TOTAL DUE $ 1664.59

A.W.M.
11-08-01

```
              OFFICE DEPOT
         9610 PINEVILLE MATHEWS ROAD
              PINEVILLE, NC 28134
               (704) 544-8185

Employee 253054         08/09/01 13:38
Store #0319    Reg #005   Tran #0388
SALE              POS Version 4.07A

4249199020     CLIP,BINDER,      .69
   MFG. LIST $ 1.09
7897349153     RRFILEPKT5-1     7.99
   MFG. LIST $ 11.70
076402561322   PPR,COPY,11"    26.99
   MFG. LIST $ 88.47
8635663325     BOX,LTR/LGL,     6.79
   MFG. LIST $ 24.80
               SUBTOTAL        42.46
NC 6.5% SALES TAX               2.76
                  TOTAL        45.22

ACCOUNT NUMBER   XXXXXXXXXXXX3668
VISA                          45.22
APPROVAL CODE   046824


               CHANGE           .00

          Try our COPY CENTER for
       Printing, Copying & UPS Shipping
```

*a.w.m.*



**THE WORLD AT YOUR FINGER TIPS AT (704) 527-1182**

Suite 221 • 5200 Park Road • Charlotte, NC 28209-3650

Angus Mercer
4500 Carmel Estates Rd
Charlotte, NC 28226

DATE: August 2, 2001

| DESCRIPTION | TOTAL |
|---|---|
| US Airways roundtrip airfare Charlotte Philadelphia = July 18, 2001 | $831.17 |

(July 18 MEETING OF EQUITY SECURITY HOLDER'S COMMITTEE, INTERVIEW & SELECT LAW FIRM)

BY _____

**THE WORLD AT YOUR FINGER TIPS AT (704) 527-1182**



Suite 221 • 5200 Park Road • Charlotte, NC 28209-3650

- Angus Mercer
- 4500 Carmel Estates Rd
- Charlotte, NC 28226

DATE: November 6, 2001

| DESCRIPTION | TOTAL |
|---|---|
| Charlotte Baltimore round trip airfare ≡ *Nov. 1, 2001* (NOV. 1 MEETING W/ GRACE EXECUTIVES) | $781.20 |

BY_____

NAME: Simon ATLAS
COMPANY: GRACE Equity Committee
(if applicable)
ADDRESS: 8314 MEADOWLARK LANE
Bethesda, MD 20817

| DATE | CITIES VISITED (if applicable) | PURPOSE OF TRIP/ EXPENSE INCURRED | PARKING | AIR-FARE | TAXI OR CAR RENTAL | LODGING | MEALS | MISCELLANEOUS (SPECIFY) |
|---|---|---|---|---|---|---|---|---|
| 7/18/01 | Phila Int'l Airport | Equity Comm Mtg - Select Counsel | 16.00 | — | — | — | 3.73 | 6.50 Tolls 97.50 Mileage |
| 6/19 to 9/2) | | Faxes - 6 | | | | | | 2.10 Faxes |
| 8/8/01 | | | | | | | | .80 postage |
| TOTALS | | | $ 16.00 | $ | $ | $ | $ 3.73 | $ 106.90 |

ADDITIONAL INFORMATION: Used personal car to drive to Philadelphia Airport on 7/18/01

RECEIPTS ATTACHED.

TOTAL DUE $ 126.63

EQUITY SECURITY HOLDERS COMMITTEE MEMBER EXPENSE REPORT
W. R. GRACE & CO.