# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
| --- | ---: |
| Outside Messenger | $37.86 |
| Copies- Internal and Outside | $10,447.92 |
| Facsimile | $111.75 |
| Lexis/Westlaw | $2,391.20 |
| Telephone | $116.14 |
| FedEx | $164.59 |
| Overtime Transportation | $244.50 |
| | |
| Total | $13,513.96 |

| | |
|---|---|
| Wallace King & Marraro & Branson | WALLACE KING MARRARO & BRANSON, PLLC<br>1050 THOMAS JEFFERSON STREET, N.W.<br>WASHINGTON, DC 20007<br>Phone 202.204.1000<br>Fax 202.204.1001 |

January 02, 2002

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12551

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Disbursements:

| | **Amount** |
|---|---:|
| Certificate of Good Standing for ECARG, Inc. | 10.00 |
| Copy Costs - Internal | 1,317.30 |
| Delivery Service | 37.86 |
| Facsimile Costs | 111.75 |
| FedEx Costs | 164.59 |
| Lexis Costs | 442.02 |
| Long Distance Charges | 116.14 |
| Outside Copies | 9,120.62 |
| Overtime Transportation | 244.50 |
| Westlaw | 1,949.18 |
| | |
| Total Disbursements | $13,513.96 |