## EXHIBIT A

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
ONE FEDERAL STREET
BOSTON, MASSACHUSETTS 02110
F.I.N.  04-2778062

December 28, 2001

Bill Number  28337
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Thru November 30, 2001

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/06/01 | ARA | Organize files at Winthrop Square. | 1.70 Hrs | $127.50 |
| 11/07/01 | ARA | Organize files at Winthrop Square. | 3.50 Hrs | $262.50 |
| 11/14/01 | RAM | Review latest additions to plaintiffs' master list of exhibits used against Grace. | 0.20 Hrs | $39.00 |
| 11/14/01 | ARA | Organize files at Winthrop Square. | 2.50 Hrs | $187.50 |
| 11/15/01 | RAM | Conference with MTM re: plaintiff's attorney wanting to interview a former Grace plant manager; I said to advises Mr. Hughes. | 0.10 Hrs | $19.50 |
| 11/15/01 | MTM | Telephone call from Scott Britton-Melisch re: his request for Grace to authenticate documents and be present for his interview of former Grace plant manager re: trial in Gainer (.1); conference with RAM re: same (.1); telephone call to in-house counsel re: same (.1). | 0.30 Hrs | $49.50 |
| 11/15/01 | ARA | Telephone calls to and from MTM re: documents produced to plaintiffs in Gainer and James cases. | 0.20 Hrs | $15.00 |
| 11/16/01 | MTM | Telephone call from in-house counsel re: request from Scott Britton-Melisch re: document authentication and interview of former plant manager. | 0.10 Hrs | $16.50 |

David B. Siegel

Re: Special Litigation Counsel - Work In Connection
     With General Asbestos Matters

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/19/01 | MTM | Telephone call to in-house counsel (.1) and to Scott Britton-Melisch (.1) re: latter's request for document authentication and interview with former plant manager. | 0.20 Hrs | $33.00 |
| 11/27/01 | RAM | Prepare fee application for filing in bankruptcy court. | 0.30 Hrs | $58.50 |
| | | TOTAL LEGAL SERVICES | | $808.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.60 Hrs | 195/hr | $117.00 |
| MATTHEW T. MURPHY | 0.60 Hrs | 165/hr | $99.00 |
| ANGELA R. ANDERSON | 7.90 Hrs | 75/hr | $592.50 |
| | 9.10 Hrs | | $808.50 |

TOTAL THIS BILL          $808.50

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW
ONE FEDERAL STREET
BOSTON, MASSACHUSETTS 02110
F.I.N.  04-2778062

December 28, 2001

Bill Number  28338
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Thru November 30, 2001

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/01/01 | RAM | Review expert's deposition testimony in Commonwealth of Massachusetts re: simulations (.1). Read outlines prepared by Kirkland Ellis and Reed Smith for preparing Chapter 11 cases (1.3). Locate brochures and interview notes re: particular use for fireproofing product; telephone call to in-house counsel re: same (.2). Conference with MTM re: preparing for meeting in two weeks; telephone conferences with in-house counsel re: same (.1). | 1.70 Hrs | $331.50 |
| 11/01/01 | MTM | Prepare for document review resumption (1.1); review and respond to e-mail and telephone call from Holme Roberts attorney re: issues re: same (1.0); conference with PM re: temporary paralegal staffing (.3). Telephone call from in-house counsel and conference with RAM re: meeting in Cambridge on 11/6/01 to discuss document issues. (.1) | 2.50 Hrs | $412.50 |
| 11/01/01 | ARA | Per RAM's request, obtain expert's deposition binders; deliver same. | 0.70 Hrs | $52.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/02/01 | RAM | Read emails re: restart of document review (.3); conference with MTM re: same and related issues(.3). Telephone conference with in-house counsel with my comments re: outlines prepared by Kirkland Ellis and Reed Smith and what he wants me to do concerning them (.5). | 1.10 Hrs | $214.50 |
| 11/02/01 | MTM | Review and respond to e-mail from Holme Roberts attorney re: issues concerning document review and numbering of documents to be coded by Onsite, unscanned materials and paralegal allocation (3.0); conference with RAM re: same (.3). Identify materials to resume review on Monday at Winthrop Square (3.3). | 6.60 Hrs | $1,089.00 |
| 11/05/01 | RAM | Meet with attorneys and paralegals to discuss restart of document review (.9). Conference with MTM and telephone conference with Reed Smith attorney re: scope of review; read email from Reed Smith attorney re: same (.6). Telephone conference with in-house counsel re: getting resource materials to him for meetings with former employees (.2). Telephone conference with in-house counsel re: what I have located re: type of fireproofing (.1); have interview notes typed and send them to in-house counsel with other documents re: fireproofing (.2). | 2.00 Hrs | $390.00 |
| 11/05/01 | MTM | Meeting with firm's paralegals and Reed Smith and Holme Roberts' paralegals re: resumption of review at Winthrop Square (5.5); conference with RAM re: scope of review and temporary paralegal staffing through week of Thanksgiving (.5); telephone call to Reed Smith attorney re: scope of review (.5); telephone call to in-house counsel re: paralegal staffing issues (.4). | 6.90 Hrs | $1,138.50 |
| 11/05/01 | ARA | Prepare training materials for temporary paralegals (.5); meeting/training session with temporary paralegals, MTM and Reed Smith (5.5). Per Reed Smith paralegal's request, prepare cover letter and fax documents to scanning company (.6). Conference with Reed Smith paralegal re: document review (.4). | 7.00 Hrs | $525.00 |
| 11/05/01 | JKW | Download and print document for use in submitting fee application to bankruptcy court. | 0.30 Hrs | $22.50 |
| 11/05/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/05/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/05/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/05/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $547.50 |
| 11/05/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 11/05/01 | SMS | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $547.50 |
| 11/05/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/06/01 | RAM | Review transcripts and documents for in-house counsel to use in meetings with former employees; telephone conference with in-house counsel re: same (.3). Read notice of status conference from J. Saris re: ZAI cases; fax to in-house counsels; telephone conference with in-house counsel re: same; telephone call to T. Sobol; leave message suggesting we jointly seek to postpone status conference because of Chapter 11 filing (.2). Conferences with MTM, ARA and PM re: temporary paralegals' instructions for document review (.2). | 0.70 Hrs | $136.50 |
| 11/06/01 | MTM | Review and respond to e-mails and telephone calls from Onsite and Holme Roberts paralegal re: scanning issues (.9); meeting with temporary paralegals at Winthrop Square re: issues that have arisen to date re: scanning and documents reviewed (1.4); e-mail to Onsite re: same (.1). Review and respond to e-mail from Reed Smith paralegal re: problems with Lason database (.1). Conference with RAM and ARA re: instructions to temporary paralegals (.1). | 2.60 Hrs | $429.00 |
| 11/06/01 | ARA | Organize and review documents (3.8). Answer questions from temporary paralegals re: project (1.0). Per RAM's request, search for former Grace employee's deposition transcript; telephone call re: transcript not found (.5). Telephone call from RAM and MTM re: instructions for temporary paralegals (.1). | 5.40 Hrs | $405.00 |
| 11/06/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/06/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/06/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 11/06/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 11/06/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 11/06/01 | SMS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 11/06/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/07/01 | RAM | Review transcripts of former employee's testimony to prepare for meeting (2.0). Read email re: earlier scanning of documents by Lason; conference with MTM re: same and re: other issues relating to the document review (.3). | 2.30 Hrs | $448.50 |
| 11/07/01 | MTM | Respond to email re: projects with Lason coding including number of Lason boxes at Cambridge (2.3). Receipt and respond to emails and telephone calls re: scanning (.6); conference with RAM re: same (.3). Telephone call to in-house counsel re: Lason issues (.6). Meeting with temporary paralegals at Winthrop Square re: questions on new guidelines (3.0). | 6.80 Hrs | $1,122.00 |
| 11/07/01 | ARA | Answer questions of temporary paralegals re: review of documents (.2). Telephone call from MTM re: number of boxes that came to Winthrop Square from Lason in October; review boxes; prepare list of boxes for MTM (1.5). Oversee review of documents (.8). | 2.50 Hrs | $187.50 |
| 11/07/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/07/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/07/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 5.80 Hrs | $435.00 |
| 11/07/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 11/07/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $712.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/07/01 | SMS | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 11/07/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/08/01 | RAM | Telephone conference with T. Sobol who wants to defer seeking postponement of hearing before J. Saris until after November 21 hearing on case management order before J. Farnum; telephone conference with in-house counsel re: same (.2). Review documents and memoranda re: former employees for in-house counsel to use in his meetings (4.3). | 4.50 Hrs | $877.50 |
| 11/08/01 | MTM | Review and respond to emails and telephone calls re: scanning issues, unscannable procedures, box pick-up at Cambridge and Winthrop Square, status of contract with Onsite and general review questions (1.7). Review and respond to emails and telephone calls re: Lason boxes and obtaining disks for boxes scanned by Lason just prior to bankruptcy (1.1). Meeting with temporary paralegals at Winthrop Square re: review questions (2.0). | 4.80 Hrs | $792.00 |
| 11/08/01 | ARA | Oversee review of documents (5.5). Answer questions from temporary paralegals re: list of Grace employees, patents and quality control of boxes (.5). Discussion re: versions of scanning sheets (.5). Review documents and notes re: document review (1.0). | 7.50 Hrs | $562.50 |
| 11/08/01 | JKW | Update bankruptcy court docket entries for RAM. | 0.30 Hrs | $22.50 |
| 11/08/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $450.00 |
| 11/08/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/08/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 11/08/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/08/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 11/08/01 | SMS | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/08/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/09/01 | RAM | Review and select documents for in-house counsel to use in his meeting with former employee; have my notes of earlier interview of former employee typed; review same to send to in-house counsel (2.6). Review updated entries from bankruptcy court's docket to select documents to read (.1). Read emails re: documents still at Lason (.1). Conference with MTM and telephone conference with in-house counsel for approval to upgrade equipment to be able to read scanned documents. (.1). | 2.90 Hrs | $565.50 |
| 11/09/01 | MTM | Review and respond to e-mails re: unscannable procedures, patents, issues with Lason boxes, test data for first four boxes scanned by Onsite, and boxes of unscannable material found by Lason (2.1). Review notes of meeting at Lason in October re: Lason boxes in Cambridge (.8). Work with temporary paralegals at Winthrop Square (2.8). | 5.70 Hrs | $940.50 |
| 11/09/01 | ARA | Oversee review of documents (5.0). Conference with Holme Roberts paralegal re: document review (.2). Prepare notes re: answers to temporary paralegals' questions concerning plant and other subjects (.2). Organize and quality control documents (2.0). Telephone call from MTM re: unscannable materials Lason will send to us next week (.1). | 7.50 Hrs | $562.50 |
| 11/09/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/09/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/09/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/09/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/09/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 4.80 Hrs | $360.00 |
| 11/09/01 | SMS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/12/01 | RAM | Telephone call from in-house counsel approving equipment upgrade; advise PM and MTM (.1). Review transcripts of former employee's testimony to select representative testimony to send to in-house counsel for meeting with him; draft memo re: same and send material for pickup by in-house counsel (3.3). Telephone conference with in-house counsel; obtain and fax plaintiffs' proposed MDL class notices to him; determine | 4.10 Hrs | $799.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | that motion pending before J. Saris when Grace filed for Chapter 11 protection was Grace's motion for protective order to stay discovery re: Sealed Air transaction; advise in-house counsel (.5). Telephone conference with in-house counsel re: former employee's interview (.2). | | |
| 11/12/01 | MTM | Conference with ARA re: documents found by temporary paralegals re: plant (.3). Receive and respond to e-mails re: boxes of unscannable material at Lason in CT, test boxes at Onsite, status of contract with Onsite, and Lason boxes (1.8). Work with temporary paralegals at Winthrop Square (2.4). | 4.50 Hrs | $742.50 |
| 11/12/01 | ARA | Answer temporary paralegals' questions re: plants; discussion with MTM re: same; show MTM documents in question (.5). Per MTM's request, search for vermiculite product binder; conference with MTM re: same (.2). Telephone calls from and telephone calls to Holme Roberts paralegal re: document review (.5). Oversee review of documents (6.3). | 7.50 Hrs | $562.50 |
| 11/12/01 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 0.50 Hrs | $37.50 |
| 11/12/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/12/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/12/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/12/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 11/12/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $697.50 |
| 11/12/01 | SMS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 11/12/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/13/01 | RAM | Prepare for and meet with in-house counsel, attorneys from Reed Smith and Kirkland Ellis, MTM and former employee (3.5). Also discuss issues relating to document review and other matters (1.0). Begin to prepare fee application to file in bankruptcy court (1.2). | 5.70 Hrs | $1,111.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/13/01 | MTM | Attend meeting in Cambridge with in-house counsel, attorneys from Reed Smith and Kirkland Ellis and RAM re: document issues (1.0). Conference call with former Grace employee (3.5). Work with temporary paralegals at Winthrop Square (2.0). | 6.50 Hrs | $1,072.50 |
| 11/13/01 | ARA | Conference with Reed Smith paralegal re: document review; oversee review of documents (1.8). Quality control documents (2.5). Review reference materials; decide which ones are still relevant; prepare to put reference packet together for temporary paralegals' use in document review (2.5). | 6.80 Hrs | $510.00 |
| 11/13/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/13/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/13/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 11/13/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 11/13/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/13/01 | SMS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 11/13/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/14/01 | RAM | Continue to work on fee application as required by bankruptcy court rules. | 1.00 Hrs | $195.00 |
| 11/14/01 | MTM | Review and respond to e-mails regarding changes to written instructions, questions regarding plants, contract with Onsite, scanning issues and information from Lason re: boxes returned (1.7). Work with temporary paralegals at Winthrop Square (2.3). | 4.00 Hrs | $660.00 |
| 11/14/01 | ARA | Quality control documents (2.0). Conference with Onsite re: issues re: scanning of documents (.3). Conference with Reed Smith paralegal re: information packet and review notebook-quick reference guide and possible changes (.5); review documents for the information packet (1.0). Telephone conference with MTM re: scanning of documents (.3). Oversee review of documents (.8). | 4.90 Hrs | $367.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/14/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/14/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/14/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/14/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 11/14/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 11/14/01 | SMS | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 11/14/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/15/01 | RAM | Revise memo to staff re: fee application requirements of bankruptcy court. | 0.10 Hrs | $19.50 |
| 11/15/01 | MTM | Review e-mail from in-house counsel re: particular document (.2); conference with temporary paralegal at Winthrop Square re: same (.2); review original box and surrounding documents to find original version of document (.4); e-mail to Reed Smith attorney re: original document (.2). Receipt and respond to e-mails re: Onsite document series numbers, changes to product list and review instructions and issue with first test boxes (1.0). Receipt and review of draft outline which will be subject of conference call tomorrow (.9). | 2.90 Hrs | $478.50 |
| 11/15/01 | ARA | Per MTM's instructions, search for particular document; telephone call to MTM to discuss document and look for other documents (.9). Discussion re: scanning of documents (.5). Review guideline for information packet for temporary paralegals to use for document review (1.0). Discussion with Holme Roberts paralegal re: document review schedules and training procedures for temporary paralegals (.3). Oversee review of documents (1.4). | 4.10 Hrs | $307.50 |
| 11/15/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/15/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/15/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/15/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/15/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/15/01 | SMS | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/15/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/16/01 | RAM | Review material sent by Kirkland Ellis attorney; review indices to resource materials to send to him (.2). Conference call with in-house counsel, attorneys from Reed Smith, Kirkland Ellis and MTM to discuss preparation for Chapter 11 cases (1.2). Conference with MB and memo to staff re: fee application requirements (.1). | 1.50 Hrs | $292.50 |
| 11/16/01 | MTM | Review resource materials to prepare for conference call (1.2); conference call with in-house counsel, attorneys from Reed Smith, Kirkland Ellis and RAM re: preparation for Chapter 11 cases (1.2). Meeting with copy company at Winthrop Square re: copies of documents for Reed Smith and Kirkland Ellis attorneys (.6). Work with temporary paralegals at Winthrop Square (.9). Review and respond to e-mails regarding changes to helpful hints memo and notice guidelines and procedures for handling overflow boxes (.8). | 4.70 Hrs | $775.50 |
| 11/16/01 | ARA | Conference with Reed Smith paralegal re: revisions to training manual for temporary paralegals (.5). Telephone call from MTM re: need two copies of particular documents; arrange for copying of same (.5). Review information for training packets; per MTM's request prepare training packets for new temporary paralegals (3.0). Identify boxes for scanning company (1.5). Meeting with temporary paralegals re: which boxes of documents to review in my absence (.5). Oversee review of documents (1.0). | 7.00 Hrs | $525.00 |
| 11/16/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/16/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/16/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/16/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/16/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $300.00 |
| 11/16/01 | SMS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/16/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/19/01 | RAM | Prepare fee applications to submit to client and bankruptcy court (3.0). Send material to in-house counsel (.1). | 3.10 Hrs | $604.50 |
| 11/19/01 | MTM | Review and respond to e-mails re: revised helpful hints memo, notice memo, product list and split boxes of documents. | 0.60 Hrs | $99.00 |
| 11/19/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/19/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/19/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/19/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 11/19/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/19/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/20/01 | RAM | Prepare note and fax resource materials to Kirkland Ellis attorney (.1). Telephone conference with Grace employee and Reed Smith re: procedure for submitting fee applications to bankruptcy court (.2). | 0.30 Hrs | $58.50 |
| 11/20/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/20/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/20/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/20/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 11/20/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 11/20/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/21/01 | RAM | Review and assemble resource material to use in preparing memo on product (1.3). Receive email from in-house counsel re: cancellation of hearing in bankruptcy court; email response (.1). Draft explanatory note and fax fee applications to in-house counsels (.1). | 1.50 Hrs | $292.50 |
| 11/21/01 | MTM | Review e-mails from Lason re: missing discs and overdue shipment of two boxes of unscannable materials (.2). Letter to Kirkland Ellis and Reed Smith re: certain advertising materials (.2). Work with temporary paralegals at Winthrop Square (1.0). | 1.40 Hrs | $231.00 |
| 11/21/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/21/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/21/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/21/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 11/21/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/26/01 | RAM | Telephone conference with in-house counsels re: postponement of hearing in bankruptcy court; I'm to call T. Sobol to discuss J. Saris' status conference and whether to seek postponement (.1). Also discuss other Chapter 11 issues (.1). | 0.20 Hrs | $39.00 |
| 11/26/01 | MTM | Review e-mail re: change in paralegal staffing; telephone call to Reed Smith paralegal re: same (.3). Review e-mail from in-house counsel re: consolidation of bankruptcy actions in Third Circuit (.1). Review and revise old temporary paralegal training packets with new material; conference with ARA re: same (3.3).Review and respond to e-mails re: boxes to OnSite, scanning sheets and boxes of unscannable material from Lason (.3). Work with temporary paralegals at Winthrop Square (1.0). | 5.00 Hrs | $825.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/26/01 | ARA | Organize documents for training packets for temporary paralegals (7.0); conference with copy service re: copying same (.5); meeting with MTM re: same (.3). Oversee review of documents (2.2). | 10.00 Hrs | $750.00 |
| 11/26/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/26/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/26/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/26/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/26/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/26/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/27/01 | RAM | Continue to work on fee application for filing in bankruptcy court (.7). Telephone call from in-house counsel re: filing of motion to dismiss ZAI cases alleging that bankruptcy filing was fraudulent; will have it sent to me (.1). | 0.80 Hrs | $156.00 |
| 11/27/01 | MTM | Conduct orientation for new temporary paralegals at Winthrop Square (3.5). Review and respond to e-mails re: test data from Onsite and attachment issues, plant and changes to helpful hints memo (.9). Telephone call from Holme Roberts attorney re: privileged memo; review document binder re: such memos; telephone call and e-mail to Holme Roberts attorney re: same (2.3). Work on revised helpful hints memo (.4). | 7.10 Hrs | $1,171.50 |
| 11/27/01 | ARA | Telephone call to and from Merrill Corp.; coordinate delivery of training materials from copy service to Winthrop Square for new temporary paralegals; quality control materials (.5). Training session with new temporary paralegals; answer questions re: training packet information (4.5). Answer questions re: new guidelines (.5) Prepare information packets for two new temporary paralegals to start document review tomorrow (.5). Discussion with Reed Smith paralegal re: pick-up of boxes by Onsite and discussion re: scanning (.5). Discussion with PM, MTM, Holme Roberts and Reed Smith paralegals re: the delivery of boxes from Cambridge to Winthrop Square for the document review (.5). Oversee review of documents (2.6). | 9.60 Hrs | $720.00 |

David B. Siegel

| 11/27/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
|---|---|---|---|---|
| 11/27/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/27/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 11/27/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 11/27/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 11/27/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/27/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 11/27/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/27/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/27/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 11/27/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/27/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/27/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/28/01 | RAM | Read memo in support of plaintiffs' motion to dismiss ZAI cases (.5). Telephone call to T. Sobol and leave message asking if he will agree to seek postponement of hearing before J. Saris (.1). Review and revise fee application before filing in bankruptcy court (2.6). | 3.20 Hrs | $624.00 |
| 11/28/01 | MTM | Review and respond to e-mails re: worker's comp documents, test data, employee lists and payroll records and possible pick-up by OnSite (.8). Meeting with two new temporary paralegals for orientation (2.2). Work with temporary paralegals at Winthrop Square (.7). | 3.70 Hrs | $610.50 |
| 11/28/01 | ARA | Meet with new temporary paralegals; supply them with training information materials; explain project (1.5). Prepare for movers to deliver 51 boxes of documents from Cambridge; telephone calls to Cambridge and PM re: delivery. Inventory boxes for location codes per Holme Roberts paralegal's request (1.8); fax inventory to her and attempt to email re: box location inventory (.5). Organize packet information according to index; telephone call to MTM re: index to packet; pick-up index guide from MTM (2.2). Oversee review of documents (1.0). | 7.00 Hrs | $525.00 |

David B. Siegel

| 11/28/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
|---|---|---|---|---|
| 11/28/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/28/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 11/28/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $577.50 |
| 11/28/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 11/28/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/28/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/28/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/28/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 11/28/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/28/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/28/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/28/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 11/28/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/29/01 | RAM | Telephone calls to/from T. Sobol re: sending a letter to J. Saris telling her about omnibus status conference on 12/17 and suggesting postponement of her status conference (.1); telephone call from and telephone conference with D. Pastor re: same; advise in-house counsel re: same (.2). Email from in-house counsel re: developments in bankruptcy court (.1).Finalize fee application and have it sent to Delaware counsel for filing (.8). | 1.20 Hrs | $234.00 |
| 11/29/01 | MTM | Receipt and review of e-mails re: test data and pick-ups by Onsite (.2). Telephone call from Holme Roberts attorney re: scheduling; telephone call to ARA re: same (.3). Conference with ARA re: revised helpful hints memo (.1). Conference with Holme Roberts attorney re: review of documents in Cambridge (.2). | 0.80 Hrs | $132.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/29/01 | ARA | Telephone call to Holme Roberts paralegal re: pick up of boxes of documents for scanning, start date for temporary paralegals in Cambridge and index guide packet for temporary paralegals (.3). Answer temporary paralegals' questions re: review of documents; oversee review of documents (3.0). Organize documents in the document review binder (3.5). Review revised Helpful Hints memo from MTM to pass on to temporary paralegals (.1). | 6.90 Hrs | $517.50 |
| 11/29/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/29/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/29/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.90 Hrs | $667.50 |
| 11/29/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/29/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 6.30 Hrs | $472.50 |
| 11/29/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/29/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/29/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/29/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/29/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/29/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 11/29/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 11/29/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 11/29/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $487.50 |
| 11/29/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/30/01 | RAM | Telephone calls from D. Pastor and T. Sobol's office re: postponement of J. Saris' hearing until 1/9; advise in-house counsel (.1). Telephone conference with MB re: locating correspondence and memo for reference in commenting on plaintiffs' motion to dismiss ZAI cases (.1). | 0.20 Hrs | $39.00 |
| 11/30/01 | MTM | Conference with ARA re: pick-up by Onsite on Monday; e-mail to Onsite re: same (.3). Work with temporary paralegals at Winthrop Square (2.1). Review e-mail re: unscannable procedure changes (.2). Conference with ARA re: questions from temporary paralegals on unions and helpful hints memo (.1). | 2.70 Hrs | $445.50 |
| 11/30/01 | ARA | Conference with Holme Roberts paralegal re: staffing of temporary paralegals in Cambridge (.5). Review updated Helpful Hints memo with temporary paralegals (.8). Inventory boxes of reviewed documents with Holme Roberts paralegal; prepare for pick-up of same by OnSite (.4). Answer questions re: certain documents and how to review same per MTM's instructions; ask MTM re: notice document and email re: ledgers (.2). Organize training packet reference materials (1.3). Oversee review of documents (3.5). | 6.70 Hrs | $502.50 |
| 11/30/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/30/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/30/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/30/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/30/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $412.50 |
| 11/30/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/30/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/30/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/30/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/30/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 11/30/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 11/30/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 11/30/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 6.30 Hrs | $472.50 |
| 11/30/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 11/30/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 6.30 Hrs | $472.50 |
| | | TOTAL LEGAL SERVICES | | $116,401.50 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 38.10 Hrs | 195/hr | $7,429.50 |
| MATTHEW T. MURPHY | 79.80 Hrs | 165/hr | $13,167.00 |
| ANGELA R. ANDERSON | 101.10 Hrs | 75/hr | $7,582.50 |
| JOSEPH K. WINRICH | 1.10 Hrs | 75/hr | $82.50 |
| GARY R. BELLINGER | 142.00 Hrs | 75/hr | $10,650.00 |
| FRANK O. ASHENUGA | 144.00 Hrs | 75/hr | $10,800.00 |
| EUGENE D. KRASS | 145.00 Hrs | 75/hr | $10,875.00 |
| MARIA PATRACEA SCIALLA | 143.60 Hrs | 75/hr | $10,770.00 |
| BRIAN R. HACHEY | 132.00 Hrs | 75/hr | $9,900.00 |
| STEPHEN M. SCIALLA | 80.00 Hrs | 75/hr | $6,000.00 |
| EDWARD K. LAW | 136.00 Hrs | 75/hr | $10,200.00 |
| STEVEN BAILEY JR. | 32.00 Hrs | 75/hr | $2,400.00 |
| ARIANA KUSHAK | 32.00 Hrs | 75/hr | $2,400.00 |
| JAMES D. LEAVER | 23.50 Hrs | 75/hr | $1,762.50 |
| RISA PERIS | 31.00 Hrs | 75/hr | $2,325.00 |
| AMY PREBLE | 24.30 Hrs | 75/hr | $1,822.50 |
| SONYA STATON | 21.00 Hrs | 75/hr | $1,575.00 |
| A. BROCK EDMUNDS | 31.30 Hrs | 75/hr | $2,347.50 |
| CHRISTINE DISAIA | 27.00 Hrs | 75/hr | $2,025.00 |
| DANNY FACTOR | 30.50 Hrs | 75/hr | $2,287.50 |

David B. Siegel

| 1,395.30 Hrs | $116,401.50 |
| --- | --- |

TOTAL THIS BILL      $116,401.50