# EXHIBIT B

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
ONE FEDERAL STREET
BOSTON, MASSACHUSETTS 02110
F.I.N. 04-2778062

December 28, 2001

Bill Number 28339
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Thru November 30, 2001

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

## DISBURSEMENTS

OUTSIDE PHOTOCOPYING

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 11/07/01 | MERRILL CORPORATION - 1 copy of MSA documents responsive to plaintiffs' subpoena (Plaintiff to pay 100%) | 263.32 | |
| 11/07/01 | MERRILL CORPORATION - copy of records requested by in-house counsel | 22.82 | |
| | | | $286.14 |

MISCELLANEOUS

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 11/07/01 | RECORDKEEPER ARCHIVE - monthly storage fee (11/1) | 383.40 | |
| | | | $383.40 |

TOTAL DISBURSEMENTS    $669.54

David B. Siegel

|  |  |
|---|---|
| Page 2 | |
| TOTAL THIS BILL | $669.54 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
ONE FEDERAL STREET
BOSTON, MASSACHUSETTS 02110
F.I.N. 04-2778062

December 28, 2001

Bill Number 28340
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Thru November 30, 2001

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## DISBURSEMENTS

TELEPHONE

| Date | Code | Number | Amount |
|---|---|---|---|
| 11/01/01 | 329 | 3038660408 | 1.32 |
| 11/02/01 | 329 | 3038660408 | 0.33 |
| 11/07/01 | 329 | 5613621533 | 1.22 |
| 11/11/01 | | | 0.92 |
| 11/11/01 | | | 4.29 |
| 11/11/01 | | | 2.82 |
| 11/15/01 | 329 | 3035239020 | 0.44 |
| 11/15/01 | 329 | 3035239020 | 0.39 |
| 11/25/01 | | | 7.84 |
| 11/25/01 | | | 3.69 |
| 11/25/01 | | | 0.87 |
| 11/26/01 | 329 | 2159010759 | 0.19 |
| 11/30/01 | | | 10.44 |
| 11/30/01 | | | 5.39 |

$40.15

EXCESS POSTAGE

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

**DISBURSEMENTS**

EXCESS POSTAGE

| | | |
|---|---|---|
| 11/12/01 | 3.95 | |
| 11/19/01 | 1.03 | |
| | | $4.98 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 11/06/01 | To Kathy Kinsella from MTM on 10/22/01 | 17.32 | |
| 11/06/01 | To in-house counsel from RAM on 10/24/01 | 32.76 | |
| 11/26/01 | To Onsite from MTM on 11/5/01 | 175.66 | |
| 11/26/01 | To in-house counsel from RAM on 11/09/01 | 36.18 | |
| | | | $261.92 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 11/07/01 | MERRILL CORPORATION - Laser copies of original Advertisements from WR Grace, Cambridge | 9.96 | |
| 11/07/01 | MERRILL CORPORATION - Laser copies of original Advertisements from WR Grace Cambridge | 40.43 | |
| 11/07/01 | MERRILL CORPORATION - 2 copies of work product indices for plaintiffs' counsel | 4,939.97 | |
| | | | $4,990.36 |

PHOTOCOPYING

| | | |
|---|---|---|
| 11/01/01 | 7 copies | 0.84 |
| 11/01/01 | 6 copies | 0.72 |
| 11/05/01 | 111 copies | 13.32 |
| 11/05/01 | 2 copies | 0.12 |
| 11/05/01 | 16 copies | 1.92 |
| 11/06/01 | 41 copies | 4.92 |
| 11/06/01 | 168 copies | 20.16 |
| 11/06/01 | 104 copies | 12.48 |
| 11/06/01 | 10 copies | 1.20 |
| 11/06/01 | 71 copies | 8.52 |
| 11/06/01 | 6 copies | 0.72 |
| 11/06/01 | 7 copies | 0.84 |
| 11/06/01 | 12 copies | 1.44 |
| 11/06/01 | 69 copies | 8.28 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**DISBURSEMENTS**

PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 11/07/01 | 216 copies | 25.92 |
| 11/07/01 | 4 copies | 0.48 |
| 11/07/01 | 16 copies | 1.92 |
| 11/07/01 | 562 copies | 67.44 |
| 11/07/01 | 57 copies | 6.84 |
| 11/07/01 | 7 copies | 0.84 |
| 11/07/01 | 1 copy | 0.12 |
| 11/07/01 | 235 copies | 28.20 |
| 11/07/01 | 63 copies | 7.56 |
| 11/07/01 | 72 copies | 8.64 |
| 11/07/01 | 1 copy | 0.12 |
| 11/07/01 | 475 copies | 57.00 |
| 11/07/01 | 25 copies | 3.00 |
| 11/07/01 | 2 copies | 0.24 |
| 11/07/01 | 19 copies | 2.28 |
| 11/07/01 | 26 copies | 3.12 |
| 11/07/01 | 46 copies | 5.52 |
| 11/07/01 | 46 copies | 5.52 |
| 11/07/01 | 102 copies | 12.24 |
| 11/07/01 | 142 copies | 17.04 |
| 11/08/01 | 10 copies | 1.20 |
| 11/09/01 | 61 copies | 7.32 |
| 11/09/01 | 2 copies | 0.24 |
| 11/09/01 | 4 copies | 0.48 |
| 11/09/01 | 475 copies | 57.00 |
| 11/09/01 | 92 copies | 11.04 |
| 11/09/01 | 176 copies | 21.12 |
| 11/09/01 | 171 copies | 20.52 |
| 11/09/01 | 2 copies | 0.24 |
| 11/09/01 | 8 copies | 0.96 |
| 11/12/01 | 13 copies | 1.56 |
| 11/12/01 | 4 copies | 0.48 |
| 11/12/01 | 2 copies | 0.24 |
| 11/12/01 | 2 copies | 0.12 |
| 11/12/01 | 5 copies | 0.60 |
| 11/15/01 | 2 copies | 0.24 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

**DISBURSEMENTS**

PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 11/16/01 | 6 copies | 0.72 |
| 11/21/01 | 2 copies | 0.24 |
| 11/21/01 | 23 copies | 2.76 |
| 11/21/01 | 134 copies | 16.08 |
| 11/21/01 | 145 copies | 17.40 |
| 11/21/01 | 32 copies | 3.84 |
| 11/21/01 | 61 copies | 7.32 |
| 11/26/01 | 22 copies | 2.64 |
| 11/26/01 | 1 copy | 0.12 |
| 11/26/01 | 5 copies | 0.60 |
| 11/26/01 | 108 copies | 12.96 |
| 11/26/01 | 4 copies | 0.48 |
| 11/26/01 | 215 copies | 25.80 |
| 11/27/01 | 1 copy | 0.12 |
| 11/27/01 | 6 copies | 0.72 |
| 11/27/01 | 10 copies | 1.20 |
| 11/28/01 | 7 copies | 0.84 |
| 11/28/01 | 2 copies | 0.12 |
| 11/29/01 | 258 copies | 30.96 |
| 11/29/01 | 30 copies | 3.60 |
| 11/29/01 | 100 copies | 12.00 |
| 11/29/01 | 20 copies | 2.40 |
| 11/30/01 | 3 copies | 0.36 |
| 11/30/01 | 67 copies | 8.04 |

$604.20

TOTAL DISBURSEMENTS   $5,901.61

TOTAL THIS BILL   $5,901.61