# EXHIBIT B

**EXHIBIT B**

**TIME REPORTS FOR THE INTERIM FEE PERIOD**
**JULY 1, 2001 THROUGH SEPTEMBER 30, 2001**
**BROKEN DOWN BY MATTERS**


TOTAL HOURS FOR ALL MATTERS:                          820.4

TOTAL DOLLARS FOR ALL MATTERS:                     186,646.50

TOTAL TIME BILLED FOR ALL MATTERS:                 186,646.50

804372A02112601

CLIENT:   082910 W. R. GRACE & CO.

Matter:      072757 Intercat, Inc., *et al*.


07/02/01   Forward requested documents to S. Zuber.
           D. Florence                        0.50 hrs.

07/05/01   Telephone  conversation  with  J.  Drake  regarding
           Debtor's plan and Trustee's plan/sale.
           S. Zuber                           0.20 hrs.

07/09/01   Review motion re sale and telephone call with client
           re same; conference with S. Zuber re same.
           A. Marchetta                       0.90 hrs.

07/09/01   Receipt  and  review  of  Intercat's  application  (and
           proposed  order)  to  retain  Seitz  Firm  as  special
           litigation counsel to move for stay relief in W. R.
           Grace    bankruptcy   case    to    proceed   with   Mott
           examination;  and  prepare  correspondence  to  N.  Alt
           regarding above-noted application.
           S. Zuber                           0.50 hrs.

07/09/01   Receipt  and  review  of  correspondence  from  D.  Adams
           regarding Intercat's motion to retain special counsel
           and Trustee's bidding procedures motion; and prepare
           correspondence to D. Adams regarding same.
           S. Zuber                           0.20 hrs.

07/09/01   Telephone  conversation  with  I.  Greene  regarding
           Trustee's bidding procedures motion and Debtor's plan.
           S. Zuber                           0.30 hrs.

07/09/01   Receipt,  review  and  analysis  of  Trustee's  motion  to
           establish bidding procedures and for related relief.
           S. Zuber                           1.40 hrs.

07/09/01   Correspondence  to  N.  Alt  regarding  Trustee's  bidding
           procedures motion.
           S. Zuber                           0.20 hrs.

07/09/01   Conference call with T. Marchetta and N. Alt regarding
           bidding procedures motion.
           S. Zuber                           0.20 hrs.

07/10/01   Work with S. Zuber re issues concerning motion on
           sale; telephone calls and follow up with client re
           same.
           A. Marchetta                       0.80 hrs.

-2-

07/10/01   Continued attention to Trustee's motion to establish
           bidding procedures.
           S. Zuber                             0.30 hrs.

07/10/01   Telephone conversation with N. Alt regarding Trustee's
           bidding procedures motion; and plan vs. sale issues.
           S. Zuber                             0.30 hrs.

07/10/01   Prepare letter to J. Drake outlining Grace's position
           regarding   Trustee's   motion   to   establish   bidding
           procedures.
           S. Zuber                             1.40 hrs.

07/11/01   Prepare   draft   of   limited   objection   to   Trustee's
           bidding procedures motion.
           S. Zuber                             1.20 hrs.

07/11/01   Finalize   and   transmit   letter   to   J.   Drake   outlining
           Grace's position as to bidding procedures.
           S. Zuber                             0.20 hrs.

07/12/01   Forwarded requested documents to A. Chan.
           D. Florence                          0.50 hrs.

07/13/01   E-mails   re   response   to   Trustee   motion;   review   re
           issues.
           A. Marchetta                         0.30 hrs.

07/13/01   Telephone   conversation   with   D.   Posner   regarding
           bidding procedures motion and Debtors' plan.
           S. Zuber                             0.20 hrs.

07/16/01   Conference on objections to sale motion; review same
           and e-mails re same.
           A. Marchetta                         0.50 hrs.

07/16/01   Telephone conversation with J. Drake regarding Grace's
           position on bidding procedures motion.
           S. Zuber                             0.50 hrs.

07/16/01   Prepare memo regarding Trustee's position on Grace's
           comments to bidding procedures motion; and finalize
           objection to motion.
           S. Zuber                             0.90 hrs.

07/16/01   Telephone conversation with D. Adams regarding filing
           and serving objection to bidding procedures motion.
           S. Zuber                             0.20 hrs.

- 3 -

07/17/01  Update case file and pleading board.
          D. Florence                          0.80 hrs.

07/18/01  Telephone conversation with I. Greene regarding
          Debtors' plan.
          S. Zuber                             0.20 hrs.

07/19/01  Update the case file.
          D. Florence                          1.70 hrs.

07/19/01  Receipt and review of proposed order regarding bidding
          procedures motion; and prepare correspondence to N.
          Alt regarding same.
          S. Zuber                             0.50 hrs.

07/20/01  Preparation of Exhibits for April 2001 Fee
          Application.
          D. Jenkins                           3.90 hrs.

07/20/01  Prepare letter to J. Drake regarding Trustee's
          proposed order on bidding procedures motion.
          S. Zuber                             0.30 hrs.

07/20/01  Telephone conversation with D. Posner regarding Plan,
          Disclosure Statement, and Trustee's bidding procedures
          motion.
          S. Zuber                             0.30 hrs.

07/20/01  Preliminary review and analysis of Debtor's proposed
          Plan of Reorganization.
          S. Zuber                             1.50 hrs.

07/20/01  Receipt and review of Debtor's objection to bidding
          procedures motion.
          S. Zuber                             0.50 hrs.

07/20/01  Prepare correspondence to N. Alt regarding Debtor's
          Plan and Debtor's objection to bidding procedures
          motion.
          S. Zuber                             0.20 hrs.

07/23/01  Conference with S. Zuber re plan as proposed by debtor
          re counsel to client.
          A. Marchetta                         0.50 hrs.

07/23/01  Further attention to Plan and bidding procedures
          motion.
          S. Zuber                             0.50 hrs.

07/24/01  Forward Special Counsel order to client and telephone

- 4 -

                calls re same; review Englehard bid and follow up re same; conference with S. Zuber re bid and telephone call with debtor's counsel.

                A. Marchetta                    1.00 hrs.

07/24/01  Correspondence to N. Alt regarding Debtor's retention of Seitz firm as special litigation counsel.

          S. Zuber                      0.20 hrs.

07/24/01  Receipt and preliminary review and analysis of Engelhard bid; and prepare correspondence to N. Alt regarding same.

          S. Zuber                      0.80 hrs.

07/24/01  Telephone conversation with I. Greene regarding plan and asset sale.

          S. Zuber                      0.40 hrs.

07/25/01  Prepare for hearings tomorrow, including further review and analysis of Debtor's proposed plan of reorganization; further review and analysis of Trustee's bidding procedures motion and Debtor's objection thereto; further review and analysis of Engelhard bid; telephone conversation with D. Adams regarding sale, plan and hearing; discuss hearings with A. Marchetta; prepare several file memos; and telephone conversation with N. Alt regarding Grace's position on plan and bidding procedures/sale.

          S. Zuber                      4.40 hrs.

07/26/01  Prepare information re court hearing; telephone call with S. Zuber re meeting with debtor's counsel; telephone calls re Englehard plan and objections and court hearing on sale issues.

          A. Marchetta                    1.50 hrs.

07/26/01  Various meetings with I. Greene; discuss hearings and strategy with A. Marchetta; meeting with I. Greene, T. Butler, D. Adams, B. Roach, J. Drake and J. Sylvester to discuss sale, plan and related matters; attend hearing on Trustee's bidding procedures motion; meetings and attend meetings after hearing.

          S. Zuber                      9.00 hrs.

07/27/01  Conference with S. Zuber re meeting with debtor, Englehard, etc. on plan/purchase issues.

          A. Marchetta                    0.70 hrs.

- 5 -

07/27/01    Conference   with   A.   Marchetta   regarding   bidding
            procedures   hearing   and   related   matters,   including
            Debtor's plan.
            S. Zuber                                0.50 hrs.

07/27/01    Prepare memo to N. Alt regarding bidding procedures
            motion and related matters.
            S. Zuber                                0.70 hrs.

07/30/01    Work with B. Moffitt gathering documents needed for an
            upcoming conference.
            D. Florence                             3.90 hrs.

07/31/01    Update the correspondence files.
            D. Florence                             NO CHARGE

07/31/01    Conference with S. Zuber re follow up to settlement
            with client as regards plan.
            A. Marchetta                            0.70 hrs.

07/31/01    Receipt and review of proposed letter from J. Baer to
            creditors of W. R. Grace; make proposed modifications
            to letter; and discuss letter and competing plans with
            N. Alt.
            S. Zuber                                0.50 hrs.

Billing Summary

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| A. Marchetta | 6.9 | 395.00 | 2,725.50 |
| S. Zuber | 28.7 | 265.00 | 7,605.50 |
| D. Florence | 7.4 | 80.00 | 592.00 |
| D. Jenkins | 3.9 | 80.00 | 312.00 |
| 7/01 TOTAL W. R. GRACE & CO./Intercat, Inc., *et al* | 46.9 | | 11,235.00 |

- 6 -

CLIENT:   082910 W.R. GRACE & CO.
Matter:     082757 Intercat, Inc. et al.

08/01/01   Update pleading boards and orders binder.
D. Florence                              2.30 hrs.

08/01/01   Conference with client re plan issues and follow up
with S. Zuber re same.
A. Marchetta                            0.90 hrs.

08/01/01   Further review of Debtor's plan, and formulate
negotiating position.
S. Zuber                                1.40 hrs.

08/02/01   Update correspondence, pleadings and discovery files.
D. Florence                             1.50 hrs.

08/02/01   Work with S. Zuber re plan, negotiation issues;
forward to client; telephone call with client re same
and with S. Zuber as to the negotiations.
A. Marchetta                            1.30 hrs.

08/02/01   Continued attention to Debtor's proposed plan and
Grace's position regarding plan, including meeting
with A. Marchetta and revision of correspondence to
N. Alt.
S. Zuber                                0.80 hrs.

08/02/01   Prepare for, and participate in, conference call with
A. Marchetta and N. Alt to discuss Grace's position
respecting Debtor's proposed plan of reorganization.
S. Zuber                                0.50 hrs.

08/03/01   Conference with S. Zuber re plan discussions; follow
up re same with client.
A. Marchetta                            0.50 hrs.

08/03/01   Telephone conversation with I. Greene regarding
Debtor's proposed plan of reorganization.
S. Zuber                                0.80 hrs.

08/07/01   Update the case file.
D. Florence                             1.00 hrs.

08/08/01   Telephone call to local DE counsel to make
arrangements for filing and service of fee
application; commence preparation of numerous

- 7 -

                      documents for electronic transmission to DE.
                      D. Jenkins                          4.50 hrs.

08/09/01   Preparation of numerous Applications and Exhibits in
           pdf. format for electronic transmission, as well as
           preparation of hard copies of same for transmittal to
           DE local counsel for filing and service.
           D. Jenkins                          4.70 hrs.

08/14/01   Receipt and review of motions and orders filed in
           Intercat, Inc. and Intercat Savannah, Inc. cases
           regarding retention of valuation consultants.
           S. Zuber                            0.20 hrs.

08/15/01   Attendance at motion and hearing; conferences with
           attorney's and court re various case issues and
           plans.
           A. Marchetta                        8.00 hrs.

08/15/01   Receipt and review of Trustee's amended motion for
           approval of bidding procedures in connection with
           potential sale of Debtors' assets.
           S. Zuber                            0.50 hrs.

08/21/01   Receipt and review of amended bidding procedures
           motion.
           S. Zuber                            0.50 hrs.

08/21/01   Receipt and preliminary review of proposed Asset
           Purchase Agreement by and between Intercat, Inc. et
           al. and Engelhard.
           S. Zuber                            1.50 hrs.

08/21/01   Prepare correspondence to N. Alt regarding modified
           bidding procedures motion and proposed asset purchase
           agreement.
           S. Zuber                            0.30 hrs.

08/21/01   Telephone conversation with I. Greene regarding plan
           issues.
           S. Zuber                            0.20 hrs.

08/22/01   Follow up with S. Zuber re court hearing.
           A. Marchetta                        0.30 hrs.

08/22/01   Telephone conversation with I. Greene regarding asset
           purchase agreement, sale, and plan issues.
           S. Zuber                            0.30 hrs.

08/22/01   Prepare status memorandum.

- 8 -

S. Zuber                                          0.30 hrs.

08/23/01  Update case file.
          D. Florence                             2.00 hrs.

08/23/01  Telephone conversation with D. Adams regarding
          bidding procedures hearing and asset purchase
          agreement.
          S. Zuber                                0.20 hrs.

08/27/01  Review with S. Zuber proposals of Debtor and Trustee
          and discuss options to obtain highest bid from
          Trustee's proposal.
          P. Forgosh                              0.70 hrs.

08/27/01  Review of memo regarding position to take at hearing
          on dual Plans.
          P. Forgosh                              0.40 hrs.

08/27/01  Lengthy telephone call with S. Zuber and follow up re
          strategy re proposed asset sale versus debtor's plan
          and ability of creditors to choose; work on strategy
          re negotiating Grace objections in context of same.
          A. Marchetta                            1.30 hrs.

08/27/01  Numerous telephone conversations with J. Drake
          regarding asset purchase agreement, bidding
          procedures motion, and Trustee's plan of liquidation.
          S. Zuber                                1.00 hrs.

08/27/01  Continued review and analysis of Trustee's amended
          bidding procedures motion, including formulation of
          competing bid process and review of caselaw involving
          competing plans.
          S. Zuber                                5.30 hrs.

08/27/01  Discuss competing plan process with A. Marchetta.
          S. Zuber                                0.30 hrs.

08/27/01  Continued review and analysis of proposed asset
          purchase agreement.
          S. Zuber                                2.20 hrs.

08/27/01  Further review and analysis of Debtor's proposed plan
          of reorganization.
          S. Zuber                                0.80 hrs.

08/27/01  Telephone conversation with K. Horne regarding plan
          and sale issues.
          S. Zuber                                0.30 hrs.

- 9 -

08/27/01  Telephone conversation with I. Greene regarding
          Debtors' plan vs. sale issues.
          S. Zuber                              0.70 hrs.

08/28/01  Work on issues relating to control of voting on
          proposed Plans with S. Zuber.
          P. Forgosh                            0.40 hrs.

08/28/01  Work with S. Zuber re plan problems and hearing
          preparation; review outline for meeting; work with S.
          Zuber re strategy for meeting with debtor and Trustee
          concerning competing plans and Grace position re
          same.
          A. Marchetta                          2.30 hrs.

08/28/01  Several telephone conversations with J. Drake
          regarding bidding procedures and competing plan
          issues.
          S. Zuber                              0.50 hrs.

08/28/01  Telephone conversation with D. Adams regarding
          hearings tomorrow.
          S. Zuber                              0.20 hrs.

08/28/01  Numerous telephone conversations with I. Greene
          regarding competing plans and bidding process.
          S. Zuber                              0.90 hrs.

08/28/01  Continued preparation for hearing tomorrow, including
          revisions to proposed, modified bidding procedures,
          further review and analysis of asset purchase
          agreement and amended bidding procedures motion,
          further review and analysis of Debtors' proposed
          plan, and prepare oral argument on motion.
          S. Zuber                              6.20 hrs.

08/28/01  Meeting with A. Marchetta regarding bidding
          procedures and meetings and hearings tomorrow.
          S. Zuber                              0.50 hrs.

08/28/01  Meeting with I. Greene and J. Sylvester regarding
          Chapter 11 issues, including Debtor's plan and
          Trustee's proposed sale.
          S. Zuber                              2.80 hrs.

08/28/01  Several discussions with A. Marchetta regarding
          strategy relative to Trustee's bidding procedures
          motion.
          S. Zuber                              0.40 hrs.

- 10 -

08/29/01   Meeting with I. Greene, J. Drake, B. Roach, J. Sylvester, D. Adams and K. Horne to discuss Chapter 11 case going forward and Trustee's bidding procedures motion (3.5); attend hearings on bidding procedures motion (3.8); and attend numerous meetings after hearings (3.6).
S. Zuber                                    10.90 hrs.

08/30/01   Memos re meeting with client and follow up re plan issues with S. Zuber (1.2); review form of order (.2); telephone call with S. Zuber re same (.2); follow up re client meeting (.2); work with S. Zuber and A. Chan re plan issues and follow up with e-mail to client re same and meeting (.6).
A. Marchetta                                 2.40 hrs.

08/30/01   Meeting with A. Marchetta regarding status and strategy going forward.
S. Zuber                                     0.70 hrs.

08/30/01   Follow-up on meetings and hearings in Savannah.
S. Zuber                                     0.50 hrs.

08/30/01   Preliminary review and revision of draft bidding procedures order.
S. Zuber                                     1.30 hrs.

08/31/01   Updated correspondence file and pleading board; Updated orders binder.
D. Florence                                  0.50 hrs.

08/31/01   Work with S. Zuber re plan issues; follow up re same.
A. Marchetta                                 1.70 hrs.

08/31/01   Meeting with A. Marchetta regarding competing plans and Grace's position.
S. Zuber                                     0.50 hrs.

08/31/01   Continued, proposed revisions to bidding procedures order, including revising initial draft and subsequent drafts, as well as review and analysis of Debtor's comments.
S. Zuber                                     2.40 hrs.

08/31/01   Numerous telephone discussions with J. Drake regarding bidding procedures order.
S. Zuber                                     0.70 hrs.

- 11 -

Billing Summary

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| P. Forgosh | 1.5 | 345.00 | 517.50 |
| A. Marchetta | 18.7 | 395.00 | 7,386.50 |
| S. Zuber | 46.6 | 265.00 | 12,349.00 |
| D. Florence | 7.3 | 80.00 | 584.00 |
| D. Jenkins | 9.2 | 80.00 | 736.00 |
| 8/01 TOTAL W. R. GRACE & CO./ Intercat, et *al*. | 83.3 | | 21,573.00 |


Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.


09/04/01    Follow up with S. Zuber re plan issues and meeting
            with client re same.
            A. Marchetta                        0.5
                                                hrs.

09/04/01    Telephone conversation with J. Drake regarding
            bidding process.
            S. Zuber                            0.2
                                                hrs.

09/04/01    Receipt and review of Order approving amended
            bidding procedures; and prepare correspondence to
            N. Alt regarding same.
            S. Zuber                            0.3
                                                hrs.

09/04/01    Receipt and review of summaries of statements for
            professional fees and reimbursement of expenses
            for BRR International, Inc., J. Drake, S. Harris,
            and Dabbs, Hickman.
            S. Zuber                            0.4
                                                hrs.

09/04/01    Monitor Docket for Objections to Fee Applications

- 12 -

(objection deadline 9/3/2001).
D. Jenkins                                          0.3
                                                    hrs.

09/05/01    Follow up with S. Zuber re plan issues; telephone
            calls re same; follow up re client meeting.
            A. Marchetta                            0.6
                                                    hrs.

09/05/01    Review and preliminary analysis of Trustee's
            evaluation of Debtor's plan; review and
            preliminary analysis of comparative analysis of
            alternative plans; and prepare letter to N. Alt
            regarding above.
            S. Zuber                                0.9
                                                    hrs.

09/05/01    Meeting with A. Marchetta to discuss Trustee's
            comparative plan analysis and status.
            S. Zuber                                0.5
                                                    hrs.

09/06/01    Telephone call with client and follow up with S.
            Zuber re information for plan for client meeting.
            A. Marchetta                            0.6
                                                    hrs.

09/06/01    Discuss competing plans and strategy with A.
            Marchetta.
            S. Zuber                                0.5
                                                    hrs.

09/07/01    Work on issues for client meeting.
            A. Marchetta                            0.5
                                                    hrs.

09/07/01    Continued review and analysis of Trustee's
            comparisons of Intercat, Inc.'s plan and Engelhard
            bid.
            S. Zuber                                1.3
                                                    hrs.

09/10/01    Work on information re client meeting.
            A. Marchetta                            0.8
                                                    hrs.

09/10/01    Review  Fee  Applications  filed  by  BRR

- 13 -

International, J. Drake, S. Harris, and D. Hickman.

S. Zuber                                    0.7
                                            hrs.

09/10/01   Preparation of July 2001 Fee Application and
           Exhibits.
           D. Jenkins                       5.8
                                            hrs.

09/11/01   Conference with S. Zuber re client presentation.
           A. Marchetta                     0.5
                                            hrs.

09/11/01   Meeting with A. Marchetta to discuss Debtor's plan
           and Trustee's sale.
           S. Zuber                         0.5
                                            hrs.

09/11/01   Continued review and analysis of Debtor's plan,
           asset purchase agreement, financial information
           and projections, and Engelhard bid; and begin
           preparing outline of presentation to client
           relative to competing plans.
           S. Zuber                         4.9
                                            hrs.

09/12/01   Work with S. Zuber re client presentation; review
           re issues.
           A. Marchetta                     1.0
                                            hrs.

09/12/01   Telephone conversation with I. Greene regarding
           competing plans.
           S. Zuber                         0.4
                                            hrs.

09/12/01   Preparation of numerous memoranda analyzing plan
           overview process, Debtor's plan, and asset
           purchase agreement; and compare and contrast
           plans.
           S. Zuber                         7.8
                                            hrs.

09/12/01   Preparation of July 2001 Fee Application and
           Exhibits.
           D. Jenkins                       4.5

- 14 -

804613A05112601

                                                   hrs.

09/13/01    Work on client materials.
            A. Marchetta                             0.7
                                                   hrs.

09/13/01    Continued review and analysis of Debtor's plan,
            asset purchase agreement and related documents;
            and continued preparation of numerous memoranda
            regarding Debtor's plan, asset purchase agreement
            and confirmation process.
            S. Zuber                                 4.7
                                                   hrs.

09/14/01    Telephone conversation with J. Drake regarding
            status of potential offers for sale assets.
            S. Zuber                                 0.3
                                                   hrs.

09/14/01    Discuss competing plans with A. Marchetta.
            S. Zuber                                 0.3
                                                   hrs.

09/14/01    Preparation of July 2001 Fee Application and
            Exhibits.
            D. Jenkins                               2.8
                                                   hrs.

09/17/01    Continued review and analysis of Intercat, Inc.'s
            proposed plan and   Engelhard asset purchase
            agreement; review Intercat's schedules and amended
            schedules; review various background financial
            information previously provided by Intercat; and
            review various financial information provided by
            Trustee.
            S. Zuber                                 3.3
                                                   hrs.

09/17/01    Telephone conversation with I. Greene regarding
            Intercat, Inc.'s liquidation analysis.
            S. Zuber                                 0.3
                                                   hrs.

09/17/01    Receipt, review and analysis of Intercat's
            analysis of Engelhard bid, and discuss same with
            I. Greene.
            S. Zuber                                 0.9

                                                                    hrs.

09/17/01    Conference    regarding    debtors;    analysis    of
            Englehard offer.
            A. Marchetta                          0.3
                                                  hrs.

09/18/01    Forward   information   to   Kirkland   &   Ellis   per
            client; prepare information re client meeting.
            A. Marchetta                          1.0
                                                  hrs.

09/18/01    Continued preparation for meeting with clients in
            MD.
            S. Zuber                              1.9
                                                  hrs.

09/19/01    Meeting  with  client  re  strategy  concerning  plan
            issues;  complete  review  of  same  and  work  with  S.
            Zuber re same.
            A. Marchetta                          9.5
                                                  hrs.

09/19/01    Meeting  with  clients  in  MD  to  review  status,
            competing plans, and strategy.
            S. Zuber                             10.5
                                                  hrs.

09/19/01    Update orders binder;  Forward requested documents
            to A. Chan.
            D. Florence                           1.4
                                                  hrs.

09/19/01    Preparation  of  July  2001  Fee  Application  and
            Exhibits,  including  review  of  Docket  and  telephone
            call from P. Cuniff, PSZY&J, regarding electronic-
            filing procedures.
            D. Jenkins                            2.4
                                                  hrs.

09/20/01    Receipt   and   review   of   J.   H.   Cohn's   fee
            application.
            S. Zuber                              0.2
                                                  hrs.

09/20/01    Legal research regarding competing plan issues.
            S. Zuber                              0.9

                                    - 16 -

hrs.

09/20/01    Telephone conversation with I. Greene regarding
Debtor's plan, including financial projections.
S. Zuber                              0.3
hrs.

09/20/01    Telephone conversation with D. Adams regarding
status, including auction next week.
S. Zuber                              0.2
hrs.

09/20/01    Discuss patent assignment issues with A.
Marchetta, F. Whitmer and A. Chan.
S. Zuber                              0.5
hrs.

09/20/01    Legal research regarding whether Intercat can
assume and assign Akzo Nobel patent license
agreements to asset purchaser without consent of
Akzo Nobel.
S. Zuber                              1.7
hrs.

09/20/01    Conference with S. Zuber and F. Whitmer re patent
assignment issue; work with S. Zuber re
information for client.
A. Marchetta                          0.7
hrs.

09/21/01    Telephone conversation with J. Drake and Ben Roach
regarding competing bids.
S. Zuber                              0.3
hrs.

09/21/01    Research regarding assignabilty of patent
licenses. Analysis of cases.
J. Testa                              2.9
hrs.

09/21/01    Preparation of July 2001 Fee Application and
Exhibits, including conversion of numerous
documents to pdf format for electronic transmittal
and filing.
D. Jenkins                            7.2
hrs.

804613A05112601

09/24/01   Telephone  calls  re  auction  and  plan  issues;
           conference  with  S.  Zuber  re  Englehard  issues;
           follow up re hearing on plan.
           A. Marchetta                              0.8
                                                     hrs.

09/24/01   Numerous  discussions  with  J.  Greenberg  regarding
           Engelhard asset purchase agreement.
           S. Zuber                                  0.9
                                                     hrs.

09/24/01   Numerous  discussions  with  J.  Drake  and  B.  Roach
           regarding auction and competing plans.
           S. Zuber                                  0.9
                                                     hrs.

09/24/01   Continued preparation for auction and accompanying
           meetings.
           S. Zuber                                  3.2
                                                     hrs.

09/24/01   Several  discussions  with  A.  Marchetta  regarding
           auction and competing plan issues.
           S. Zuber                                  0.7
                                                     hrs.

09/24/01   Research,  including  Westlaw  research,  regarding
           issues  of  assignability  and  assumption  of  non
           exclusive patents, and patents.
           J. Testa                                  5.0
                                                     hrs.

09/25/01   Final  preparation  for  auction;  meetings  with  D.
           Adams,  J.  Drake,  and  B.  Roach  prior  to  auction;
           meeting  with  I.  Greene  and  J.  Sylvester  prior  to
           auction;  meeting  with  B.  Usadi,  J.  Greenberg  and
           E.  Benton  prior  to  auction;  attend  auction;  and
           numerous  meetings  following  auction  with  Trustee,
           accountants    to    Trustee    and    Engelhard
           representatives.
           S. Zuber                                  7.2
                                                     hrs.

09/25/01   Discuss status with A. Marchetta.
           S. Zuber                                  0.2
                                                     hrs.

- 18 -

09/25/01     Conference with client re Englehart issues and
             auction.
             A. Marchetta                          0.4
                                                   hrs.

09/25/01     Prepare memorandum re assignability and assumption
             of nonexclusive patents.
             J. Testa                              5.5
                                                   hrs.

09/26/01     Telephone conversation with R. Talisman regarding
             competing plans and Mobil's position on each plan.
             S. Zuber                              0.3
                                                   hrs.

09/26/01     Several telephone conversations with J. Drake
             regarding Engelhard's position as to possible
             modification of asset purchase agreement.
             S. Zuber                              0.5
                                                   hrs.

09/26/01     Review case law regarding assumption and
             assignment of license agreements without
             licensor's consent, and prepare memo to N. Alt
             regarding applicable law.
             S. Zuber                              1.5
                                                   hrs.

09/26/01     Prepare memo to N. Alt regarding auction results
             and subsequent discussions with Trustee.
             S. Zuber                              0.6
                                                   hrs.

09/26/01     Discuss competing plan issues with A. Marchetta.
             S. Zuber                              0.5
                                                   hrs.

09/26/01     Telephone call with Scott Zuber regarding
             Ingelhard plan; issues related to same; follow up
             regarding e-mails to client; arrange conference
             call.
             A. Marchetta                          0.7
                                                   hrs.

09/26/01     Update pleading board and orders binder.
             D. Florence                           1.2
                                                   hrs.

804613A05112601

09/27/01     Attention to competing plan issues.
             S. Zuber                                   0.5
                                                        hrs.

09/27/01     Telephone call with client re plan issues and
             arrange conference call re same; follow up with S.
             Zuber re same.
             A. Marchetta                               0.7
                                                        hrs.

09/28/01     Prepare for conference call with N. Alt and J.
             Rightmyer; conference call with A. Marchetta, N.
             Alt and J. Rightmyer; and discuss status and
             strategy with A. Marchetta after call.
             S. Zuber                                   1.0
                                                        hrs.

09/28/01     Telephone conversation with J. Greenberg of
             Engelhard regarding Engelhard offer, and prepare
             correspondence to N. Alt regarding possible
             meeting with Engelhard.
             S. Zuber                                   0.6
                                                        hrs.

09/28/01     Conference with S. Zuber and follow up conference
             with client re plan issues re Englehard.
             A. Marchetta                               0.8
                                                        hrs.

09/28/01     work with AJM & S. Zuber re: plan and client
             concerns re: Lippert
             A. Chan                                    0.3
                                                        hrs.

09/28/01     Preparation of August 2001 Fee Application and
             Exhibits, including calculation of Expenses,
             Project Categories, and each Timekeeper's Hours
             and Compensation.
             D. Jenkins                                 2.1
                                                        hrs.

09/30/01     E-mails and follow up re plan issues.
             A. Marchetta                               0.3
                                                        hrs.

- 20 -

Billing Summary

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| A. Marchetta | 20.40 | 395.00 | 8,058.00 |
| S. Zuber | 63.30 | 265.00 | 16,774.50 |
| A. Chan | 0.30 | 220.00 | 66.00 |
| J. Testa | 13.40 | 185.00 | 2,479.00 |
| D. Florence | 2.60 | 80.00 | 208.00 |
| D. Jenkins | 25.10 | 80.00 | 2,008.00 |

9/01 TOTAL W.R.GRACE    125.10                    29,593.50
& CO./Intercat, Inc.,
*et al.*


        CLIENT:   082913 W. R. GRACE & CO.\INSURANCE COVERAGE
        Matter:   000009 NY Superfund Action

07/02/01   Review letter from T. Weaver with attached proposed
           protective order (.1); Draft memo to T. Weaver re:
           review of same by Grace (.2) and Receive response to
           same (.1); Receive telephone call from T.  Burack re:
           confidentiality order, settlement of matter, and
           payment of Hampshire's legal fees re: confidentiality
           order (.4); Draft memo to A. Marchetta re: call from
           T. Burack (.1).
           M. Waller                              0.90 hrs.

07/03/01   Preparation of stipulations regarding handling of
           documents currently missing from District Court's
           files and re: sealed documents with M. Waller ; and
           review docket entries and file material re: same
           (2.5); Preparation of correspondence to CNA counsel
           re: same (.8).
           B. Moffitt                             3.30 hrs.

07/03/01   Confer with B. Moffitt regarding preparation of
           stipulations re: missing documents and to enlarge
           record to include documents that appear to have been
           filed but do not appear on docket (.6); Working with
           B. Moffitt prepare same and letter to CNA counsel
           (.7); Research files for protective order previously

executed and protective order executed in connection with production of Hampshire Chemical documents (.4); Comparing terms of CU proposed order with previous orders (.6).

M. Waller                              2.30 hrs.

07/05/01    Work on revising and editing orders binder; Confer with B. Moffitt re: visit to the Federal Courthouse to obtain documents from the file.

D. Florence                            2.20 hrs.

07/05/01    Conference with M. Waller re in limine motion and discovery; work on strategy re settlement.

A. Marchetta                           0.60 hrs.

07/05/01    Confer with M. Waller and preparation of stipulation re: enlarging record and re: sealed documents.

B. Moffitt                             0.50 hrs.

07/05/01    Complete comparison of proposed protective order from CU counsel, with similar orders agreed to by Grace in Hatco and Maryland Cas. Matters (.2); Draft memorandum to A. Marchetta re: same and suggesting revisions to CU proposed order (.2); Meeting with A. Marchetta regarding CU proposed protective order; call from T. Burack (Hampshire Chemical) re: same and legal fees; and schedule to complete appellate briefing (.6); Confer with  B. Moffitt re: stipulation to enlarge records and deadline to complete certification of record (.5); Considering need for Hampshire Chemical to execute new CU protective order (.3).

M. Waller                              1.80 hrs.

07/06/01    Work with B. Moffitt gathering documents and editing charts of missing documents for certifying the record.

D. Florence                            7.50 hrs.

07/06/01    Continued preparation of stipulation re: enlarging record and re: sealed documents with M. Waller and review file material and docket entries re: same.

B. Moffitt                             7.20 hrs.

07/06/01    Reviewing documents believed to be either missing or filed under seal with B. Moffitt to certify records (1.3); Working with same to resolve issues re: "sealed" documents and revisions to stipulation re: missing documents (.8); Draft additions and revisions to letter to CNA counsel regarding stipulation re: missing documents (.3);

- 22 -

M. Waller                                          2.40 hrs.

07/07/01  Work with M. Waller re issues in case.
          A. Marchetta                            0.30 hrs.

07/09/01  Visit U.S. District Court in Manhattan to review &
          organize files and copy missing documents.
          D. Florence                             7.50 hrs.

07/09/01  Conference with M. Waller re briefing.
          A. Marchetta                            0.40 hrs.

07/09/01  Continued preparation of stipulation re: enlarging
          record and re: sealed documents; and review file
          material and docket entries re: same; and preparation
          of letter to all other counsel that filed sealed
          documents below re: consenting to maintenance of
          sealed status on appeal.
          B. Moffitt                              2.60 hrs.

07/09/01  Work with B. Moffitt re: letter to all counsel in
          matter re: maintaining seal on documents filed under
          seal (.2); Working with B. Moffitt re: review of
          documents to prepare records for certification by
          District Court (.3).
          M. Waller                               0.50 hrs.

07/10/01  Follow up with M. Waller re issues.
          A. Marchetta                            0.30 hrs.

07/10/01  Continued preparation of stipulation re: enlarging
          record and re: sealed documents and review file
          material and docket entries re: same; confer with D.
          Florence re: his review of original court file on
          07/09/01 (4.6); Continued preparation of letter to all
          other counsel that filed sealed documents below re:
          consenting to maintenance of sealed status on appeal
          (.9).
          B. Moffitt                              5.50 hrs.

07/10/01  Worked with B. Moffitt and D. Florence re: preparation
          of stipulations for certification of record on appeal.
          S. Parker                               1.40 hrs.

07/10/01  Review summary of final review of record at SDNY
          clerk's office by D. Florence (.2) and Reply to same
          (.1); Working with B. Moffitt re: completing review
          of pleadings, etc. to prepare stipulations associated
          with preparing record for certification (.5); Receive
          telephone call from T. Weaver (AE/CU) re: proposed

- 23 -

protective order in AE/CU's reinsurance litigation (.8); Finalizing with B. Moffitt stipulation re: documents "missing" from record and letter to CNA counsel with same (.4); Conferring with B. Moffitt regarding letter to all counsel, past and present, in matter re: intent to file motion with Second Circuit to maintain 'seal' on documents filed in SDNY under seal (.2);   Draft status memo to A. Marchetta (.3); Working with B. Moffitt re: preparation of letter to all counsel re: motion to maintain documents under seal and review attachments to same (.2).
M. Waller                                    2.70 hrs.

07/11/01  Update the case file, database and orders binder with documents obtained from the court.
D. Florence                                  3.00 hrs.

07/11/01  Conference with M. Waller re issues and follow up re same.
A. Marchetta                                 0.40 hrs.

07/11/01  Review responses of Unigard and PEIC re: motion to maintain sealed status (.1); review D. Florence memo re: results of file review (.2); Confer with A. Marchetta re: status (.1).
B. Moffitt                                   0.40 hrs.

07/11/01  Draft memo to B. Moffitt regarding appeal deadlines and tasks (.2); Receive memo from counsel for Unigard re: consent to motion in Second Circuit to maintain seal on filed documents (.1); Confer with B. Moffitt regarding same (.1); Review memo from PEIC re consent to motion in Second Circuit to maintain seal on filed documents (.2); Respond to memos from PEIC and Unigard (.2); Drafting memo to A. Marchetta regarding execution of AE/CU proposed confidentiality order (.2); Meeting with A. Marchetta and B. Moffitt regarding stipulation to enlarge the record to include submitted documents (.4); Receive telephone call from T. Weaver re: AE/CU's consent for order maintaining sealed status of documents (.3); Follow up conference with B. Moffitt re: order to enlarge record, form of order (.2).
M. Waller                                    1.90 hrs.

07/12/01  Follow up re agreement to seal record re prior documents.
A. Marchetta                                 0.30 hrs.

07/12/01   Confer with M. Waller re: stipulation enlarging record
           on appeal to include additional documents; and
           preparation of stipulation re: same (2.5); Preparation
           of correspondence forwarding same to CNA counsel (.5);
           Confer with M. Waller re: briefing schedule (.2).
           B. Moffitt                              3.20 hrs.

07/12/01   Continue to work with B. Moffitt re: preparation and
           filing of stipulation to enlarge record on appeal
           (.4); Receive call from attorney A. Newsome for London
           insurers and memo re: same (.2); Preparing letter to
           CNA counsel re: stipulation to enlarge the record
           (.6).
           M. Waller                              1.20 hrs.

07/13/01   Update the case file create new pleading board for
           appellate pleadings.
           D. Florence                            2.00 hrs.

07/13/01   Reviewing stipulations and letter to CNA as prepared
           by B. Moffitt (.2); Reviewing files and preparing
           outline of procedural history and statement of facts
           for appellate brief (1.2).
           M. Waller                              1.40 hrs.

07/16/01   Follow up with M. Waller and comments to
           confidentiality issue.
           A. Marchetta                           0.30 hrs.

07/16/01   Work with M. Waller re: preparation of index of record
           on appeal and various stipulations and motions re:
           same.
           B. Moffitt                             0.50 hrs.

07/16/01   Receive telephone call from T. Burack, counsel re:
           Hampshire Chemical re: revised protective order
           distributed by AE/CU (.4); Draft memo to and confer
           with A. Marchetta regarding same (.3); Memo to B.
           Moffitt re: deadline to prepare record for
           certification (.1); Compare initial version of
           proposed protective order with revised version (1.0);
           Draft memo to A. Marchetta regarding unacceptable
           changes (.5); Review memo from A. Marchetta regarding
           protective order and follow up with AE/CU counsel re:
           same (.1); Working with B. Moffitt re: pre-argument
           motions re: sealed documents and to oversized briefs,
           and re: briefing schedule and preparation of
           appendices (.5); Telephone call to T. Weaver/AE/CU
           counsel re: problems with revised proposed Protective

- 25 -

Order (.8).
M. Waller                                    3.70 hrs.

07/18/01   Telephone call with J. Posner re status and follow up
           with M. Waller re: briefing schedule.
           A. Marchetta                         0.50 hrs.

07/18/01   Work with M. Waller re: record on appeal and telephone
           call to CNA counsel re: same (.4); Telephone call with
           Maryland Casualty counsel re: consent to maintain
           sealed status of documents filed under seal (.2).
           B. Moffitt                           0.60 hrs.

07/18/01   Draft memo to appellate team regarding drafts of
           briefs in support of appeal (.2); Confer with B.
           Moffitt and call CNA counsel re: various stipulations
           to prepare record for certification, and follow up
           with Maryland Cas. counsel re: sealed documents (.3);
           Review memo from B. Moffitt regarding conference with
           Maryland Cas. counsel (.1); Discussing status of
           matter with A. Marchetta and follow up re: settlement
           from discussions with CNA at pre-argument conference
           (.3).
           M. Waller                            0.90 hrs.

07/19/01   Update the case file.
           D. Florence                          1.80 hrs.

07/19/01   Confer with M. Waller re: completing record on appeal
           (1.0); Telephone calls with CNA counsel and Second
           Circuit re: same (.4).
           B. Moffitt                           1.40 hrs.

07/19/01   Receive telephone call from AE/CU counsel re: status
           of protective order; Telephone call to T. Burack re:
           objections to revised protective order received from
           AE/CU in their reinsurance case (.2); Drafting letter
           to T. Weaver re: objections to proposed Protective
           Order (2.2); Receive telephone call from E.
           DeCristofaro re: time to review proposed stipulations,
           review file, etc. (.3); Telephone conference with B.
           Moffitt to E. DeCristofaro re: extension of time to
           certify record, sealed documents, and oversized brief
           (.5); Conference call with Second Circuit staff
           counsel re: procedures re: oversized briefs, and
           maintaining seal on documents (.3); Follow up call to
           E. DeCristofaro regarding same (.3);
           Working with B. Moffitt re: letter to Second Circuit
           staff counsel re: extension of time to certify record

- 26 -

and size of briefs (.8); Follow up memo to T. Burack
re: response to T. Weaver (.3); Draft memo to A.
Marchetta regarding same (.3).
M. Waller                              5.60 hrs.

07/20/01  Preparation of letter to Second Circuit requesting
          extension of deadline to complete index to record on
          appeal; work with M. Waller re: same.
          B. Moffitt                          NO CHARGE

07/20/01  Working with B. Moffitt regarding letter to Second
          Circuit re: request for additional time to complete
          review, certification of record, and prepare index for
          submission in connection with appeal (.5); Confer with
          A. Marchetta regarding letter to AE/CU counsel
          objecting to proposed protective order in their re-
          insurance litigation (.1); Telephone conference with
          CNA counsel regarding same and oversized brief issue
          (.3); Revise letter to S. Bass at Second Circuit (.7);
          Receive telephone call  from S. Bass re: extension of
          time and oversized briefs (.3);   Draft memo re: same
          (.3); Finalize letter to AE/CU counsel re: proposed
          protective order and confer with D. Florence re: PCS
          Nitrogen contact (.5);  Reviewing files and preparing
          outline of procedural history and statement of facts
          for appellate brief (3.5)
          M. Waller                              6.20 hrs.

07/23/01  Review letter from Hampshire Chemical counsel, T.
          Burack, re: objections the proposed, revised
          protective order in AE/CU's reinsurance litigation;
          Follow up with E. DeCristofaro re: extension of time
          to complete review to certify record and page length
          of briefs.
          M. Waller                              0.40 hrs.

07/24/01  Follow up with M. Waller re status report on motion re
          overlength brief and appendix filing; correspondence
          re same; Review Hampshire Chemical order issues.
          A. Marchetta                           0.60 hrs.

07/24/01  Work with M . Waller re: communications with CNA
          counsel re: record on appeal.
          B. Moffitt                             0.10 hrs.

07/24/01  Work with B. Moffitt regarding status memorandum for
          report to client and follow up with E. DeCristofaro
          re: preparing record.
          M. Waller                              0.20 hrs.

- 27 -

07/25/01   Conference with M. Waller and B. Moffitt regarding
           post-trial motions to be filed; began reviewing case
           file.
           J. Clark                          3.40 hrs.

07/25/01   Work with B. Moffitt and J. Clark and follow up with
           M. Waller re: work on brief and appendix.
           A. Marchetta                      0.50 hrs.

07/25/01   Work with M. Waller and J. Clark to assemble file
           materials needed for J. Clark re: motion to maintain
           sealed status of documents and to enlarge record on
           appeal.
           B. Moffitt                        1.20 hrs.

07/25/01   Confer with B. Moffitt regarding status memorandum for
           report to client (.1); Review endorsed letter from
           Second Circuit granting request for additional time to
           prepare record on appeal (.1); Draft letter to E.
           DeCristofaro regarding same (.1); Confer with J. Clark
           and B. Moffitt regarding filing pre-argument motions
           re: sealed documents and enlarging the record (.3).
           M. Waller                         0.60 hrs.

07/26/01   Review case file prior to drafting motion.
           J. Clark                          2.40 hrs.

07/26/01   Preparation of memo to A. Marchetta re: status of
           appeal; confer with M. Waller re: same.
           B. Moffitt                        1.30 hrs.

07/26/01   Follow up with B. Moffitt regarding status memo for
           client; Review memorandum regarding same and drafting
           additions and revisions.
           M. Waller                         0.40 hrs.

07/27/01   Confer with S. Zuber regarding status of matter and
           activities during past months.
           M. Waller                         0.50 hrs.

07/30/01   Work on drafting motion.
           J. Clark                          4.70 hrs.


Billing Summary

- 28 -

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 4.2 | 395.00 | 1,659.00 |
| M. Walker | 33.6 | 265.00 | 8,904.00 |
| J. Clark | 10.5 | 210.00 | 2,205.00 |
| B. Moffitt | 27.8 | 230.00 | 6,394.00 |
| D. Florence | 24.0 | 80.00 | 1,920.00 |
| S. Parker | 1.4 | 80.00 | 112.00 |

7/01 TOTAL W. R.          101.5                  21,194.00
GRACE &
CO.\INSURANCE
COVERAGE/NY
Superfund Action

CLIENT:   082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:      000009 NY Superfund Action

08/01/01   Continued reviewing background materials in file;
           reviewed rules re: pre-appeal motion.
           J. Clark                                    1.20 hrs.

08/01/01   Review prior briefing on self-insurance and 1990
           settlement agreement issues; e-mail to S. Parker
           regarding affidavit exhibits.
           K. Helmer                                   2.70 hrs.

08/01/01   Continued attention to preparation of record on
           appeal; preparation of memo outlining remaining tasks.
           B. Moffitt                                  1.30 hrs.

08/01/01   Identified and retrieved documents requested by K.
           Helmer re: preparation of appeal brief.
           S. Parker                                   0.70 hrs.

08/01/01   Review memorandum from K. Helmer regarding case re:
           interpretation of pollution exclusion under various
           states laws; Reviewing Glidden case re same.
           M. Waller                                   0.70 hrs.

08/02/01   Continued drafting motion.
           J. Clark                                    2.40 hrs.

08/02/01   Update correspondence and pleadings files; Create new

- 29 -

orders binder for Appellate pleadings.
D. Florence                          0.80 hrs.

08/02/01  Discuss appeal issues and briefing schedule with A.
          Marchetta.
          M. Waller                          0.3 hrs.

08/02/01  Review deCristofaro affidavits and exhibits.
          K. Helmer                          1.60 hrs.

08/02/01  Follow up with M. Waller  re: items re appeal.
          A. Marchetta                       0.30 hrs.

08/03/01  Update case file; Create an index to all orders in the
          litigation.
          D. Florence                        2.30 hrs.

08/03/01  Continued review of prior briefing and documents in
          connection with appeal of rulings as to self-insurance
          and enforcement of 1990 settlement agreement.
          K. Helmer                          3.00 hrs.

08/03/01  Follow up re information on CNA and briefing; work
          with M. Waller re same.
          A. Marchetta                       0.50 hrs.

08/03/01  Compiled and organized documents needed to prepare
          appeal brief.
          S. Parker                          1.60 hrs.

08/03/01  Review news article regarding CNA's payment of
          asbestos and "old" pollution claims (.2); Confer with
          A. Marchetta re: status of appeal filing (.3); Draft
          memorandum to drafting team regarding meeting on 8/6
          re: briefing; Confer with K. Helmer regarding same
          (.1).
          M. Waller                          0.60 hrs.

08/06/01  Continued drafting motion to enlarge record; reviewed
          file to determine dates on which materials were
          received; began drafting brief and certification of M.
          Waller.
          J. Clark                           5.70 hrs.

08/06/01  Update case file; Review pleadings files for memo
          endorsed orders to add to orders binder; Update and
          revise orders binder.
          D. Florence                        2.00 hrs.

08/06/01  Follow up with all previous counsel of record re:

- 30 -

maintaining documents filed under seal (.2); Follow up with B. Moffitt regarding same;   Follow up with K. Helmer, B. Moffitt and H. Nau regarding appeal issues and draft brief (.5).

M. Waller                                    0.70 hrs.

08/07/01  Conference with M. Waller and B. Moffitt concerning stipulation in case.

J. Clark                                     0.50 hrs.

08/07/01  Follow up re: briefing.

A. Marchetta                                 0.20 hrs.

08/07/01  Attention to finalization of record on appeal.

B. Moffitt                                   0.30 hrs.

08/07/01  Receive letter from CNA counsel rejecting stipulation re: supplementing the record (.1); Confer with B. Moffitt regarding same (.3); Draft memorandum to A. Marchetta regarding same and preparation of pre-appeal motion (.1).

M. Waller                                    0.50 hrs.

08/08/01  Follow up with M. Waller re: issues with opposing counsel; review re same.

A. Marchetta                                 0.40 hrs.

08/08/01  Work with M. Waller re obtaining Respondents' counsel cooperation re finalizing record on appeal.

B. Moffitt                                   0.40 hrs.

08/08/01  Confer with B. Moffitt regarding failure of CNA to respond to stipulations re: missing documents and supplementing the record (.2); Conference calls with E. DeCristofaro regarding same with B. Moffitt (.2); Draft memorandum to A. Marchetta regarding same and procedure to finalize record for appeal (.3); Telephone conference with A. Marchetta regarding status (.2); Follow up telephone call with E. DeCristofaro regarding signed stipulation re: "missing" documents and remainder of stipulation re" documents to add to record (.3);   Follow up with B. Moffitt regarding same (.2); and follow up with Second Circuit staff counsel re: same (.3).

M. Waller                                    1.70 hrs.

08/09/01  Reviewed case law governing supplementation of record; work with M. Waller re: continued drafting brief.

J. Clark                                     2.20 hrs.

- 31 -

08/09/01   Follow up re issues for response to Court.
           A. Marchetta                         0.40 hrs.

08/09/01   Work with M. Waller re preparation of record on appeal
           (1.0); telephone call with District Court appeals
           coordinator re same (.2); telephone call with Second
           Circuit re same (.2); work with M. Waller re
           preparation of letter to Staff Counsel's office re
           extension of deadline to complete index of record on
           appeal and re revisions to stipulations (.7);
           preparation of correspondence to Respondents' counsel
           re same (.3).
           B. Moffitt                           2.40 hrs.

08/09/01   Telephone conference with E. DeCristofaro regarding
           signed stipulations and revisions to stipulation re:
           documents to add to the record (.3); Work with B.
           Moffitt re: letter to Second Circuit staff counsel re:
           same and schedule to complete preparation of record
           and preparing revised stipulation to supplement the
           record (1.7); Draft letter to CNA counsel regarding
           same (.3); Follow up conference with CNA counsel re:
           letter requesting time to finalize record on appeal;
           Finalize same and serve (.4); Draft memorandum re:
           preparation of factual statement (.8).
           M. Waller                            2.50 hrs.

08/14/01   Confer with B. Moffit regarding failure by CNA counsel
           to return stipulations and motion to supplement record
           (.1); Reviewing form for issues presented by appeal
           and brief outline (.6).
           M. Waller                            0.70 hrs.

08/15/01   Conference with M. Waller regarding additions to
           motion to settle record; continued drafting motion.
           J. Clark                             1.40 hrs.

08/15/01   Work with M. Waller re: stipulations to complete
           record and preparation of letter to adversary re same.
           B. Moffitt                           0.40 hrs.

08/15/01   Work with B. Moffitt regarding CNA counsel's failure
           to respond to request re: stipulations to finalize
           record on appeal and motion to supplement the records
           (FRAP 10) (.4); Draft letter to CNA counsel requesting
           execution of remaining stipulation to finalize record
           on appeal (.4); Receive telephone call from CNA
           counsel regarding same (.3).

- 32 -