|            | M. Waller                                                                                                                                                                          | 1.10 hrs. |
|------------|-------------|-------------|

08/15/01   Work with J. Clark regarding appeal issues re: Section 46 argument.
           M. Waller                                         0.20 hrs.

08/16/01   Research regarding duty to defend.
           K. Helmer                                         2.40 hrs.

08/16/01   Work with M. Waller re: preparation of letter forwarding another copy of stipulation enlarging record to Respondent's counsel.
           B. Moffitt                                        0.40 hrs.

08/17/01   Continued research on duty to defend claims within deductible
           K. Helmer                                         3.20 hrs.

08/20/01   Telephone calls with M. Waller re: time extension on submissions; follow up re confidentiality issue re settlement agreements.
           A. Marchetta                                      0.60 hrs.

08/20/01   Work with M. Bennett re: Section 46 appeal issues (1.3); Continuing to review case law, arguments, and briefs (1.3); Outlining arguments on appeal regarding same (1.1).
           M. Waller                                         3.70 hrs.

08/21/01   Work with Mike Waller regarding research for appeal.
           M. Bennett                                        1.30 hrs.

08/21/01   Review pleadings in connection with brief point re: insurance issues.
           M. Bennett                                        3.00 hrs.

08/21/01   Continued drafting motion, certification of M. Waller, Notice, and Order.
           J. Clark                                          5.80 hrs.

08/21/01   Review with M. Waller re issues for appeal.
           A. Marchetta                                      0.40 hrs.

08/21/01   Working with M. Bennett re: Section 46 arguments on appeal.
           M. Waller

                                                             1.50 hrs.

08/22/01   Shepardize and edit motion to supplement the record.
           M. Bennett                                        0.80 hrs.

- 33 -

804613A05112601

08/22/01   Research regarding duty to defend; review claim
           service agreement.
           K. Helmer                           3.80 hrs.

08/22/01   Work with M. Waller re: executed stipulation enlarging
           the record and re further steps re finalizing record
           on appeal (1.0); travel to SDNY (1.0) re expedited
           execution of same by Judge Martin; confer with Judge
           Martin's chambers re: same; confer with clerk's office
           and Appeals Coordinator re: expedited filing of
           stipulation pertaining to documents missing from
           Court's file (3.0)
           B. Moffitt                          5.00 hrs.

08/22/01   Review letter and signed stipulation to supplement the
           record pursuant to FRAP 10 from CNA counsel (.1);
           Confer with B. Moffitt re: finalizing record for
           appeal purposes; Working with B. Moffitt in preparing
           final stipulations and to certify record (1.0);
           Meeting with Judge Martin's law clerk at SDNY re:
           expedited execution of Stipulation and Order to
           enlarge record; Meeting with SDNY clerk with B.
           Moffitt re: finalizing record on appeal and index of
           record once remaining stipulations docketed (4.0);
           Reviewing and drafting revisions to motion to
           supplement record per FRAP 10 (.2)
           M. Waller                           5.30 hrs.

08/23/01   Reviewed file for appeal; conference with M. Waller
           concerning motion to supplement.
           J. Clark                            3.40 hrs.

08/23/01   Forwarded requested document to M. Waller.
           D. Florence                         0.70 hrs.

08/23/01   Research regarding duty to defend.
           K. Helmer                           4.30 hrs.

08/23/01   Follow up re: J. Posner telephone call.
           A. Marchetta                        0.30 hrs.

08/23/01   Work with M. Waller re: execution by Judge Martin of
           stipulation enlarging record (.3); work in New York
           City with Clerk's office to file and docket
           stipulation; work with S. Parker re: preparation of
           index of record on appeal and confer with SDNY Appeals
           Coordinator re: same ( 4.7);  appearance at Second
           Circuit clerk's office re: filing of certified docket
           entries, clerk's certificate, and index to record on

- 34 -

appeal. (.5)
B. Moffitt                                    5.50 hrs.

08/23/01   Worked with B. Moffitt and SDNY Clerk's office re:
           docketing of stipulation enlarging record and
           preparation of index of record on appeal (5.0); Filed
           certified docket, clerk's certificate and index to
           record on appeal with 2nd Circuit (.5).
           S. Parker                             5.50 hrs.

08/23/01   Work with A. Marchetta regarding finalizing record and
           motion to supplement the record (.1); Receive
           telephone call from Judge Martin's chambers re: signed
           stipulation and order enlarging record (.1); Draft
           memo to A. Marchetta regarding status (.3); Meeting
           with J. Clark re: additions and revisions to brief to
           supplement record (.5);Reviewing past briefs
           referencing affidavits sought to be included in the
           record i/c/w same (.9); Working with B. Moffitt re:
           obtaining signed stipulation and order and finalizing
           record on appeal and index of same; Confer with S.
           Parker regarding same (.4); Follow up telephone call
           to Judge Martin's chambers re: same (.2); Receive
           telephone call from J. Posner re: status of matter
           (.3); Draft memorandum regarding same and briefing
           schedule for J. Posner (.2); confer with M. Bennett
           re: section 46 appeal issues (.3).
           M. Waller                             3.30 hrs.

08/24/01   Appellate Brief: Research case law regarding
           retroactive application of repealed statutes in the
           public interest; sudden and accidental; review
           pleadings; confer with Mike Waller.
           M. Bennett                            6.50 hrs.

08/24/01   Review 1990 Settlement Agreement and Posner affidavits
           regarding caps on deductibles
           K. Helmer                             2.90 hrs.

08/24/01   Working with B. Moffitt re: finalizing index of
           record and appellate briefing.
           M. Waller                             0.3 hrs.
08/24/01   Working with M. Bennett re: appeal argument relating
           to NY Insurance law Section 46.
           M. Waller                             2.4 hrs.

08/24/01   Work with M. Waller re: follow up re index to record
           on appeal and re briefing.

- 35 -

804613A05112601

| | | |
|---|---|---|
| | B. Moffitt | 0.30 hrs. |
| 08/25/01 | Drafting appeal brief | |
| | K. Helmer | 3.50 hrs. |
| 08/27/01 | Research; review pleadings; draft point for appeal. | |
| | M. Bennett | 6.00 hrs. |
| 08/27/01 | Drafting brief on appeal | |
| | K. Helmer | 2.30 hrs. |

08/27/01 Preparation of correspondence to Respondents' counsel forwarding filed stipulations and advising re record on appeal; work with M. Waller re same.
B. Moffitt     0.50 hrs.

08/27/01 Finalize letter with B. Moffitt to CNA counsel regarding status of record and stipulations (.3); Drafting additions and revisions to brief in support of motion to supplement records with Posner affidavits (.9);
M. Waller     1.20 hrs.

08/28/01 Work with Michael Waller regarding appellate brief.
M. Bennett     0.20 hrs.

08/28/01 Research and draft appellate brief point re: section 46..
M. Bennett     6.80 hrs.

08/28/01 Researched issues presented on appeal; reviewed revisions to motion to supplement record.
J. Clark     6.70 hrs.

08/28/01 Continued work on appellate brief
K. Helmer     4.30 hrs.

08/28/01 Review prior briefing re arguments for appeal of choice of law issue to Second Circuit; update internal docket entries.
B. Moffitt     1.40 hrs.

08/28/01 Confer with M. Bennett regarding Section 46 issues for appeal.
M. Waller     0.30 hrs.

08/28/01 Receive telephone call from T. Burack (Hampshire Chem.) re: revised protective order in AE/CU's reinsurance case.
M. Waller     0.30 hrs.

- 36 -

08/28/01  Confer with K. Helmer and B. Bennett regarding
          preparation of draft briefs.
          M. Waller                         0.40 hrs.

08/30/01  Discuss appellate issues with K. Helmer.
          M. Waller                         0.50 hrs.

08/30/01  Follow up with A. Marchetta regarding status of
          appeal and issues.
          M. Waller                         0.50 hrs.

08/29/01  Grace Appeal; research; review pleadings; draft
          appellate brief point re: section 46.
          M. Bennett                        5.50 hrs.

08/29/01  Continued researching issues re: supplementing the
          record, pre-appeal motions, and section 46 issues.
          J. Clark                          4.70 hrs.

08/29/01  Forward documents requested by K. Helmer.
          D. Florence                       0.30 hrs.

08/29/01  Calls to S. Parker regarding exhibits to affidavits;
          continued work on brief points.
          K. Helmer                         6.90 hrs.

08/29/01  Memos with M. Waller re order; review re issues.
          A. Marchetta                      0.30 hrs.

08/29/01  Identified and retrieved additional documents
          requested by K. Helmer re: preparation of appeal
          brief.
          S. Parker                         0.70 hrs.

08/30/01  Continued appellate research re: pre-appeal motions
          and effect of repealed statutes.
          J. Clark                          2.10 hrs.

08/30/01  Continued work on brief points; call to M. Waller
          regarding same.
          K. Helmer                         7.20 hrs.

08/30/01  Follow up with M. Waller re status; review re issues.
          A. Marchetta                      0.50 hrs.

08/30/01  Identified and retrieved requested documents re:
          preparation of appeal brief.
          S. Parker                         0.80 hrs.

- 37 -

08/31/01   Confer with B. Moffitt re: meeting with clients at
           Second Circuit Court; Gather documents needed for
           same.
           D. Florence                          0.60 hrs.

08/31/01   Worked with B. Moffitt and D. Florence re: record on
           appeal;   Contacted   Second   Circuit   clerk   re:
           confirmation of record and procedures for retrieving
           of  certified  docket  entries,  index  and  clerk's
           certificate.
           S. Parker                            1.20 hrs.

08/31/01   Review   notice   from   the   District   Court   re:
           certification and filing of record (.1);   Follow up
           with B. Moffitt regarding service of notice and index
           on CNA and follow up with S. Parker regarding same
           (.2); Conferring with M. Bennett regarding Superfund
           appeal issues and briefing issues (.1); Reviewing oral
           argument  testimony  re:  pollution  exclusion  issues
           (1.4); Telephone conference with attorney C. Acree at
           PCS Nitrogen re: protective order in CU reinsurance
           matter  (.3);  Drafting  letter  to  T.  Weaver  re:
           revisions to same (.7).
           M. Waller                            2.80 hrs.


Billing Summary

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| A. Marchetta | 3.9 | 395.00 | 1,540.50 |
| M. Waller | 25.0 | 265.00 | 6,625.00 |
| K. Helmer | 48.1 | 250.00 | 12,025.00 |
| M. Bennett | 30.1 | 175.00 | 5,267.50 |
| J. Clark | 36.1 | 210.00 | 7,581.00 |
| B. Moffitt | 17.9 | 230.00 | 4,117.00 |
| D. Florence | 6.7 | 80.00 | 536.00 |
| S. Parker | 10.5 | 80.00 | 840.00 |
| 8/01 TOTAL W. R. GRACE & CO.\INSURANCE COVERAGE/ NY Superfund | 178.3 | | 38,532.00 |

804613A05112601

Action

CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:   000009 NY Superfund Action

09/03/01     Conference with B. Moffitt and follow up re
             briefing and timing to enlarge record.
             A. Marchetta              0.3 hrs.

09/04/01     Conference with B. Moffitt and M. Waller re
             briefing and issues re same.
             A. Marchetta              0.6 hrs.

09/04/01     Review letter from counsel to Hampshire Chemical
             joining in Grace's comments re: protective order
             proposed in AE/CU re-insurance action.
             M. Waller                 0.1 hrs.

09/04/01     Confer with A. Marchetta re same.
             M. Waller                 0.6 hrs.

09/04/01     Analyzing statutory issues re: Section 46 and
             contract issues and reviewing briefs and
             affidavits re: same to confirm issues preserved on
             appeal.
             M. Waller                 0.9 hrs.

09/04/01     Review record and prepare insert for procedural
             history and statement of facts.
             K. Helmer                 3.6 hrs.

09/04/01     Research for appeal.
             M. Bennett                2.5 hrs.

09/04/01     Confer with A. Marchetta and M. Waller and
             continued preparation of brief section on choice
             of law; review case law re same.
             B. Moffitt                3.3 hrs.

09/04/01     Visit the U.S. Appellate Court in Manhattan to
             obtain filed documents; Update the case file and
             letters of submission binder.
             D. Florence               6.5 hrs.

- 39 -

| | | |
|---|---|---|
| 09/05/01 | Follow up with K. Helmer regarding appellate briefing schedule. | |
| | M. Waller | 0.2 hrs. |

| | | |
|---|---|---|
| 09/05/01 | Draft inserts for procedural history and statement of facts; requests to S. Parker for copies of affidavits and policies; research regarding retrospective premiums. | |
| | K. Helmer | 4.5 hrs. |

| | | |
|---|---|---|
| 09/05/01 | Continued work on motion to supplement record; incorporated changes made by M. Waller; amended affidavit to include additional facts. | |
| | J. Clark | 2.9 hrs. |

| | | |
|---|---|---|
| 09/05/01 | Research case law regarding the effect of a repeal of a prohibitory statute; draft brief point; revise. | |
| | M. Bennett | 5.8 hrs. |

| | | |
|---|---|---|
| 09/05/01 | Worked with K. Helmer, conducted database searches and reviewed file documents re: identification and retrieval of additional documents, including insurance policies and exhibits to affidavits, needed to prepare appeal brief and responded to various requests for information. | |
| | S. Parker | 2.6 hrs. |

| | | |
|---|---|---|
| 09/06/01 | Confer and revise letter with B. Moffitt to CNA counsel re: record on appeal. | |
| | M. Waller | 0.1 hrs. |

| | | |
|---|---|---|
| 09/06/01 | Discuss same with B. Moffitt. | |
| | M. Waller | 0.1 hrs. |

| | | |
|---|---|---|
| 09/06/01 | Working with J. Clark re: same. | |
| | M. Waller | 0.2 hrs. |

| | | |
|---|---|---|
| 09/06/01 | Review latest choice of law decision (Judge Scheinlin). | |
| | M. Waller | 0.9 hrs. |

| | | |
|---|---|---|
| 09/06/01 | Working with M. Bennett re: appellate brief and issues (repealed statutes/public policy). | |
| | M. Waller | 0.6 hrs. |

09/06/01    Drafting additions and revisions to motion and
            certification re: supplementing the records.
            M. Waller                    1.0 hrs.

09/06/01    Review policies and affidavits regarding
            application of retrospective premiums and
            deductibles; research regarding retrospective
            premium endorsement and calls to locate copy of
            same; prepare inserts for statement of facts and
            procedural history.
            K. Helmer                    5.2 hrs.

09/06/01    Confer with Michael Waller regarding research
            issues.
            M. Bennett                   0.6 hrs.

09/06/01    Research and draft brief point of appellate brief
            re: section 46.
            M. Bennett                   3.0 hrs.

09/06/01    Continued drafting motion papers; revised
            affidavits of M. Waller and brief in support;
            reviewed file papers including protective orders
            entered by Court during 1990s.
            J. Clark                     2.0 hrs.

09/06/01    Assemble information and work with J. Clark re
            various stipulations for use in motion to
            supplement record.
            B. Moffitt                   0.7 hrs.

09/06/01    Review recent class action applying the laws of
            numerous states; continued preparation of brief
            section on choice of law; review case law re same.
            B. Moffitt                   4.2 hrs.

09/06/01    Create a new case file for appellate documents;
            Update case file and pleading board; Assist J.
            Clark with request for information.
            D. Florence                  1.1 hrs.

09/06/01    Worked with K. Helmer and reviewed file documents
            re: retrieval of additional information needed to
            prepare appeal brief; Worked with B. Moffitt and
            conducted internet searches re: retrieval of
            recent opinions in the Southern District of NY and
            additional information needed to prepare appeal

- 41 -

brief.
S. Parker                        1.0 hrs.

09/07/01   Work on issues; follow up with M. Waller re same.
A. Marchetta                     0.4 hrs.

09/07/01   Working with B. Moffitt regarding choice of law
issues on appeal.
M. Waller                        0.3 hrs.

09/07/01   Confer with A. Marchetta re: status of briefing.
M. Waller                        0.3 hrs.

09/07/01   Review letter from Hampshire Chemical counsel re:
protective order in AE/CU's reinsurance matter.
M. Waller                        0.1 hrs.

09/07/01   Review and draft additions and revisions to
affidavit in support of motion to maintain seal on
documents on appeal.
M. Waller                        0.3 hrs.

09/07/01   Confer with J. Clark regarding same.
M. Waller                        0.1 hrs.

09/07/01   Continued work on inserts for procedural history
and statement of facts; research regarding
retrospective premiums.
K. Helmer                        3.0 hrs.

09/07/01   Research; appellate brief Section 46 point.
M. Bennett                       4.0 hrs.

09/07/01   Continued preparation of appellate brief re:
choice of law; review case law re same.
B. Moffitt                       5.4 hrs.

09/07/01   Worked with M. Waller regarding introduction of
additional documents; continued revising motion
papers.
J. Clark                         2.1 hrs.

09/07/01   Create chart of all Superfund discovery; Review
files for missing documents; Work with J. Clark
re: protective orders.
D. Florence                      1.3 hrs.

- 42 -

09/07/01    Worked with B. Moffitt, conducted database searches and reviewed file documents re: identification and retrieval of additional documents needed to prepare appeal brief.
S. Parker                    1.2 hrs.

09/08/01    Continued work on inserts for brief on appeal
K. Helmer                    4.5 hrs.

09/10/01    Reviewing previous arguments, affidavits and exhibits re: same and considering issues re: additional supplements to record.
M. Waller                    0.5 hrs.

09/10/01    Reviewing and drafting additions and revisions to brief.
M. Waller                    1.1 hrs.

09/10/01    Conferring with S. Parker regarding preparation of appendix and printing briefs.
M. Waller                    0.1 hrs.

09/10/01    Working with J. Clark re: motion to supplement the record.
M. Waller                    0.8 hrs.

09/10/01    Working with B. Moffitt regarding choice of law issues.
M. Waller                    0.5 hrs.

09/10/01    Confer with K. Helmer regarding briefing schedule and preparation of brief, recent choice of law opinions and CNA retrospective premium issues.
M. Waller                    0.6 hrs.

09/10/01    Continued work on inserts for procedural history and statement of facts.
K. Helmer                    5.0 hrs.

09/10/01    Conference with M. Waller regarding admissibility of documents.
J. Clark                     0.8 hrs.

09/10/01    Finalized motion to supplement record and to permit records to remain sealed.
J. Clark                     0.8 hrs.

09/10/01    Draft  appeal;  review  1971  and  1982  legislation;
            edit.
            M. Bennett                    3.0 hrs.

09/10/01    Confer  with  M.  Waller  re:  appellate  briefing;
            continued preparation of brief.
            B. Moffitt                    0.5 hrs.

09/10/01    Worked with B. Moffitt and K. Helmer, conducted
            database searches and reviewed file documents re:
            identification     and     retrieval     of     additional
            briefing and related documents needed to prepare
            appeal brief.
            S. Parker                     1.4 hrs.

09/11/01    Follow up re briefing.
            A. Marchetta                  0.4 hrs.

09/11/01    Edit Appellate Brief.
            M. Bennett                    1.2 hrs.

09/12/01    Work with M. Waller re staffing and case issues.
            A. Marchetta                  0.4 hrs.

09/12/01    Confer   with   J.   Clark   regarding   further
            supplementing the record.
            M. Waller                     0.3 hrs.

09/12/01    Reviewing   earlier   briefs   re:   arguments   re:
            retrospective premiums and deductibles re:  issues
            preserved for appeal.
            M. Waller                     0.9 hrs.

09/12/01    Drafting  memorandum  re:  strategy  to  seek  to
            further supplement the record on appeal.
            M. Waller                     1.0 hrs.

09/12/01    Confer  with  A.  Marchetta  regarding  issues  re:
            supplementing the record.
            M. Waller                     0.4 hrs.

09/12/01    Continued     work     on     argument     regarding
            deductibles/retrospective premium
            K. Helmer                     4.0 hrs.

09/12/01    Reviewed  changes  made  by  M.  Waller;  finalized
            motion   papers;   conference   with   M.   Waller

- 44 -

concerning additional papers to include in record.
J. Clark                     1.5 hrs.

09/13/01   Working with M. Bennett re: brief point re: appeal
           of Section 46 decisions.
           M. Waller                    0.5 hrs.

09/13/01   Reviewing   previous   arguments   re:   legislative
           history and terms of contract.
           M. Waller                    0.7 hrs.

09/13/01   Continued     drafting     argument     regarding
           deductibles/retrospective premium; revise inserts
           for procedural history and statement of facts
           K. Helmer                    5.1 hrs.

09/13/01   Confer   with   Michael   Waller   regarding   appeal;
           section 46 argument.
           M. Bennett                   0.5 hrs.

09/14/01   Continued preparation of brief section on choice
           of law; review case law re same.
           B. Moffitt                   3.6 hrs.

09/15/01   Drafting          argument          regarding
           deductibles/retrospective premiums;
           research regarding same.
           K. Helmer                    3.8 hrs.

09/17/01   Work   with   Mike   Waller   regarding   case   strategy
           regarding record and briefing of issues.
           A. Marchetta                 0.5 hrs.

09/17/01   Reviewing   draft   arguments   on   appeal   (choice of
           law, Section 46, and contract issues); Preparing
           comments to same.
           M. Waller                    3.2 hrs.

09/17/01   Continued     work     on     inserts     regarding
           deductible/retrospective   premiums   for   appellate
           brief
           K. Helmer                    3.8 hrs.

09/18/01   Revise   argument   regarding   deductibles   and
           retrospective   premiums;   research   regarding
           insurer's burden of proof
           K. Helmer                    5.2 hrs.

09/19/01     Conference with B. Moffitt and D. Bueresse re:
             updating choice of law case law.
             M. Waller                    0.3 hrs.

09/19/01     Confer with K. Helmer re: appellate brief points
             re: self insurance and 1990 settlement agreement.
             M. Waller                    0.3 hrs.

09/19/01     Working with B. Moffitt re: choice of law brief
             point.
             M. Waller                    0.4 hrs.

09/19/01     Reviewing brief re: supplementing record to add
             argument re: mischaracterization by CNA.
             M. Waller                    0.9 hrs.

09/19/01     Continued    work    on    deductibles/retrospective
             premium argument
             K. Helmer                    4.8 hrs.

09/19/01     Checking and updating cites in appellate brief.
             D. Buerrose                  2.7 hrs.

09/19/01     Confer with M. Waller re: appellate briefing;
             continued preparation of brief re choice of law.
             B. Moffitt                   4.4 hrs.

09/20/01     Discussing brief point re: Section 46 issues with
             M. Bennett.
             M. Waller                    0.2 hrs.

09/20/01     Working on appellate brief arguments.
             M. Waller                    3.2 hrs.

09/20/01     Confer with J. Clark regarding additions and
             revisions to Motion to Supplement Record.
             M. Waller                    0.3 hrs.

09/20/01     Draft additions and revisions to brief in support
             of  motion  to  supplement  record  per  strategy
             against CNA.
             M. Waller                    2.7 hrs.

09/20/01     Conferring with K. Helmer regarding appellate
             brief point re: contract issues and statement of
             the case.

                                - 46 -

M. Waller                    0.2 hrs.

09/20/01   Draft memorandum to J. Clark re: same and filing motions.
M. Waller                    0.3 hrs.

09/20/01   Research and drafting insert for brief on appeal.
K. Helmer                    4.5 hrs.

09/20/01   Confer with Brian Moffit; Edit Appellate Brief point re: section 46 and application of status.
M. Bennett                   3.0 hrs.

09/20/01   Finalized   motion   papers   incorporating   new argument.
J. Clark                     1.5 hrs.

09/20/01   Confer with M. Waller and M. Bennett re: appellate briefing; continued preparation of brief re choice of law.
B. Moffitt                   4.1 hrs.

09/20/01   Updated citations in appellate brief.
D. Buerrose                  1.7 hrs.

09/21/01   Meeting with M. Bennett and B. Moffitt re: appellate brief points.
M. Waller                    0.6 hrs.

09/21/01   Working with J. Clark re: finalizing motion to supplement the record and to maintain sealed status of documents.
M. Waller                    0.2 hrs.

09/21/01   Drafting additions and revisions to Section 46 brief point.
M. Waller                    1.5 hrs.

09/21/01   Confer with Mike Waller and Brian Moffit regarding appellate brief.
M. Bennett                   0.3 hrs.

09/21/01   Updated citations in appellate brief.
D. Buerrose                  1.7 hrs.

09/21/01   Confer with D. Buerrosse re: shepardizing cases and updating case law cited.

- 47 -

B. Moffitt                    4.7 hrs.

09/23/01    Review and revise inserts for brief on appeal.
            K. Helmer                     3.3 hrs.

09/24/01    Confer with A. Marchetta re: status of appellate
            brief and finalizing pre-appeal motions.
            M. Waller                     0.4 hrs.

09/24/01    Review   and   execute   motion   to   supplement;
            conference with M. Waller re brief.
            A. Marchetta                  0.8 hrs.

09/24/01    Discuss scheduling with B. Moffitt and follow up
            with clerk re: timing of motion and briefing
            schedule.
            M. Waller                     0.3 hrs.

09/24/01    Confer with K. Helmer regarding brief points re:
            contract issues and to compile brief.
            M. Waller                     0.7 hrs.

09/24/01    Working on appellate brief point re: choice of
            law.
            M. Waller                     1.9 hrs.

09/24/01    Working with J. Clark and B. Moffit finalize
            motions to supplement record and maintain sealed
            status of documents.
            M. Waller                     0.5 hrs.

09/24/01    Working with M. Bennett re: additions and
            revisions to argument re: application of former
            Section 46 of NY Insurance Law.
            M. Waller                     0.4 hrs.

09/24/01    Continued work on argument regarding retrospective
            premiums/deductible; meet with M. Waller regarding
            same
            K. Helmer                     3.8 hrs.

09/24/01    Confer with Michael Waller regarding appellate
            brief point re: Section 46. Review file;
            edit brief point.
            M. Bennett                    2.5 hrs.

09/24/01    Work with M. Waller and J. Clark re motion to

- 48 -

supplement record; confer with M. Waller re: conference with Second Circuit staff counsel re same.
B. Moffitt                    1.3 hrs.

09/24/01    Checked citations and updated case law in appellate brief.
D. Buerrose                    3.8 hrs.

09/25/01    Forward motion papers to client; review re schedule.
A. Marchetta                    0.2 hrs.

09/25/01    Working with J. Clark re: finalizing and preparing motions to supplement record and re: sealed documents for submission.
M. Waller                    0.4 hrs.

09/25/01    Working with B. Moffit regarding procedural statement and statement of the case.
M. Waller                    2.0 hrs.

09/25/01    Draft memo to J. Clark and B. Moffitt re: finalizing motions to supplement record and maintain status of sealed documents.
M. Waller                    0.5 hrs.

09/25/01    Conferring with B. Moffitt regarding schedule to submit briefs in light of motion to supplement record and communications with appellate court re: same.
M. Waller                    0.4 hrs.

09/25/01    Telephone conference with B. Moffitt to E. DeCristofaro regarding schedule for submitting briefs in support of motion for oversized briefs and corresponding changes to briefing schedule.
M. Waller                    0.5 hrs.

09/25/01    Appellate brief; review pleadings; edit.
M. Bennett                    3.2 hrs.

09/25/01    Finalized motions for filing.
J. Clark                    0.4 hrs.

09/25/01    Checked citations and updated cases in appellate brief.

- 49 -

D. Buerrose                    4.0 hrs.

09/25/01   Numerous telephone calls to Second Circuit in effort to reach Staff Counsel's office; confer with Staff Counsel's office re motion to supplement record and re proposed extension to submit appellant's brief; work with M. Waller re same.
B. Moffitt                     0.5 hrs.

09/25/01   Preparation of correspondence to Staff Counsel re motion to supplement record and re proposed extension to submit appellant's brief; work with M. Waller re same; telephone call to CNA counsel re same.
B. Moffitt                     0.9 hrs.

09/25/01   Confer with M. Waller re: Statement of Case and preparation of same; review prior submissions re same.
B. Moffitt                     2.8 hrs.

09/26/01   Working on brief points re: choice of law and Section 46 issues.
M. Waller                      2.0 hrs.

09/26/01   Working with B. Moffitt regarding same.
M. Waller                      0.3 hrs.

09/26/01   Conferring with J. Clark re: submission of pre-appeal motions and follow up re: submissions.
M. Waller                      0.1 hrs.

09/26/01   Call with CNA counsel re: briefing schedule and draft letter to same re: schedule.
M. Waller                      0.4 hrs.

09/26/01   Confer with M. Bennett re: Section 46 issues.
M. Waller                      0.3 hrs.

09/26/01   Preparing letter to staff counsel re: time to submit motions for leave to file over-length brief and to supplement record.
M. Waller                      0.6 hrs.

09/26/01   Continued work on inserts for brief on appeal.
K. Helmer                      1.6 hrs.

09/26/01    Checked citations and updated cases in appellate
            brief.
            D. Buerrose                 4.6 hrs.

09/26/01    Research; edit and draft appellate brief point.
            M. Bennett                  2.0 hrs.

09/26/01    Preparation of correspondence to Staff Counsel re
            extension to serve appellant's brief and work with
            M. Waller re same; telephone call to CNA counsel
            re same.
            B. Moffitt                  0.7 hrs.

09/27/01    Follow up with CNA counsel.
            M. Waller                   0.3 hrs.

09/27/01    Confer with B. Moffitt re: letter to Second
            Circuit staff counsel re: briefing schedule.
            M. Waller                   0.5 hrs.

09/27/01    Reviewing and drafting additions and revisions to
            statement of case; Reviewing past briefs and
            working with B. Moffitt regarding same.
            M. Waller                   2.0 hrs.

09/27/01    Continued work on inserts for brief on appeal
            K. Helmer                   1.4 hrs.

09/27/01    Continued preparation of correspondence to Staff
            Counsel re extension to serve appellant's brief
            and work with M. Waller re same.
            B. Moffitt                  0.5 hrs.

09/27/01    Confer with M. Waller re: Statement of Case and
            preparation of same; review prior submissions re
            same.
            B. Moffitt                  3.4 hrs.

09/28/01    Confer with A. Marchetta re: same.
            M. Waller                   0.5 hrs.

09/28/01    Work with staff re follow up to motions.
            A. Marchetta                0.5 hrs.

09/28/01    Reviewing and drafting additions and revisions to
            appeal argument re: choice of law.

- 51 -

|           |                        |            |
|-----------|------------------------|------------|
| M. Waller |                        | 0.3 hrs.   |

09/28/01   Continued work on appellate brief points.
           K. Helmer                 2.0 hrs.

09/28/01   Westlaw research re: unreported decisions cited in
           prior briefs on choice of law; review case law re
           same.
           B. Moffitt                2.8 hrs.

09/30/01   Research; review Second Circuit September 2001
           case regarding contract interpretation.
           M. Bennett                0.6 hrs.

Billing Summary

| Attorney       | Hours  | Rate   | Dollars    |
|----------------|--------|--------|------------|
| A. Marchetta   | 4.10   | 395.00 | 1,619.50   |
| M. Waller      | 49.30  | 265.00 | 13,064.50  |
| K. Helmer      | 69.10  | 250.00 | 17,275.00  |
| M. Bennett     | 32.20  | 175.00 | 5,635.00   |
| D. Buerrose    | 18.50  | 140.00 | 2,590.00   |
| J. Clark       | 12.00  | 210.00 | 2,520.00   |
| B. Moffitt     | 43.80  | 230.00 | 10,074.00  |
| D. Florence    | 8.90   | 80.00  | 712.00     |
| S. Parker      | 6.20   | 80.00  | 496.00     |
|                |        |        |            |
| 9/01 TOTAL  W.R. GRACE & CO.\INSURANCE COVERAGE/NY Superfund Action | 244.1 |  | 53,986.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 071814 Sale of Ambrosia Chocolate Property

08/24/01     Telcon Finkelstein & Cornell.
             L. Reilly                      0.2 hrs.

09/06/01     Telcon Cornell & send affidavit & indemnity to
             him.
             L. Reilly                      0.3 hrs.


Billing Summary

| Attorney |  | Hours | Rate | Dollars |
|---|---|---|---|---|
| L. Reilly |  | 0.50 | 325.00 | 162.50 |
|  | TOTALS | 0.50 |  | 162.50 |


Client: 082910 W.R. GRACE & CO.
Matter: 060897 Ambrosia Chocolate Facility

09/19/01     Review and comment on draft CEA report from URS;
             call with B. Miller on matter.
             W. Hatfield                    1.5 hrs.

09/20/01     Attend to Draft CEA; call with S. Honl with
             comments on draft report; attend to same.
             W. Hatfield                    1.2 hrs.

09/21/01     Attend to CEA; call to A. Nagy on matter.
             W. Hatfield                    0.2 hrs.

09/24/01     Review revised draft CEA report; call to S. Honl
             at URS on same; review contract of sale and survey
             of site; confer with L. Rielly on RE matters.
             W. Hatfield                    1.6 hrs.

09/26/01     Attend to lot designation issues in CEA; call with

- 53 -

```
                    S. Honl on matter.
                    W. Hatfield              0.3 hrs.
```

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 4.80 | 225.00 | 1,080.00 |
| TOTALS | 4.80 | | 1,080.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases

| | | |
|---|---|---|
| 09/06/01 | Telcons Pierson & Ross, review subleases & draft amendment to AMF sublease. | |
| | L. Reilly | 2.0 hrs. |
| 09/11/01 | Telcon Dornbush. | |
| | L. Reilly | 0.1 hrs. |
| 09/12/01 | Telcon Dornbush, e-mail Pierson & send form of amendment to AMF sublease to him. | |
| | L. Reilly | 0.4 hrs. |
| 09/17/01 | Telcon Pierson. | |
| | L. Reilly | 0.1 hrs. |
| 09/19/01 | Sent lease amendment to Ross. | |
| | L. Reilly | 0.1 hrs. |
| 09/21/01 | Telcon Pierson. | |
| | L. Reilly | 0.1 hrs. |

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| L. Reilly | 2.80 | 325.00 | 910.00 |

804613A05112601

TOTALS     2.80                    910.00


Client: 082910 W.R. GRACE & CO.
Matter: 075663 Clementon Environmental


08/16/01    Telcon Finkelstein re Clementon.
            L. Reilly                0.2 hrs.

08/21/01    Telcon Finkelstein re Clementon.
            L. Reilly                0.1 hrs.

08/22/01    Draft estop. certif. for Consolidated at Clement &
            send to Finkelstein & Langfan & telcons with them
            & Pierson & telcon & send estoppel to Alton of
            Consolidated.
            L. Reilly                1.3 hrs.

08/27/01    Review revised assignment docs. for Clementon from
            Finkelstein.
            L. Reilly                0.2 hrs.

08/30/01    Telcons Pierson & Alton re Clementon.
            L. Reilly                0.2 hrs.


Billing Summary

| Attorney |        | Hours | Rate   | Dollars |
|----------|--------|-------|--------|---------|
| L. Reilly |       | 2.00  | 325.00 | 750.00  |
|          | TOTALS | 2.80  |        | 910.00  |


Client: 082910 W.R. GRACE & CO.
Matter: 075663 Clementon Environmental


09/19/01    Telcon Turner of Big Lots re estoppel for
            Clementon lease.
            L. Reilly                0.1 hrs.

- 55 -

09/21/01    Telcon Pierson.
            L. Reilly                    0.1 hrs.

09/27/01    Telcon Turner of Big Lots re Clementon.
            L. Reilly                    0.1 hrs.

09/28/01    Review Vicki Finkelstein's e-mail re Clementon &
            telcons with Finkelstein & Pierson.
            L. Reilly                    0.5 hrs.


Billing Summary

| Attorney  | Hours | Rate   | Dollars |
|-----------|-------|--------|---------|
| L. Reilly | .80   | 325.00 | 260.00  |
| TOTALS    | .80   |        | 260.00  |

804613A05112601

Client: 082910 W.R. GRACE & CO.
Matter: 097440 Phoenix City, Alabama Lease

09/19/01    Review response re demand for insurance proceeds
            and follow up.
            A. Marchetta                0.3 hrs.

09/20/01    Review  issues  related  to  whether  insurance
            proceeds constitute property of Grace's bankruptcy
            estate.
            S. Zuber                    0.3 hrs.

09/20/01    Conference with S. Zuber re response on insurance
            issue.
            A. Marchetta                0.4 hrs.

09/21/01    Work on insurance and bankruptcy issues with A.
            Marchetta and J. Scordo.
            S. Zuber                    0.3 hrs.

09/21/01    Work  on  issues  re  insurance  recovery  versus
            landlord's claim; conference with J. Scordo and S.
            Zuber re same.
            A. Marchetta                0.4 hrs.

09/24/01    E-mails and follow up with W. Green re research.
            A. Marchetta                0.2 hrs.

09/24/01    Review insurance and bankruptcy issues with A.
            Marchetta and then with W. Green.
            S. Zuber                    0.4 hrs.

09/24/01    Attention to status of question of landlord's
            rights to proceeds of Grace's insurance policy.
            W. Green                    0.2 hrs.

09/25/01    Review of letter from G. Furst, review case
            provided. Conduct legal research re: insurance
            proceeds as property of bankruptcy estate,
            additional insured's right to same.
            W. Green                    1.7 hrs.

09/26/01    Continued legal research re: landlord's claimed
            rights to insurance proceeds.
            W. Green                    1.6 hrs.

- 57 -

09/26/01    Continued research and analysis of party or
            parties entitled to claim interest in insurance
            proceeds where bankruptcy has intervened.
            W. Green                    4.3 hrs.

09/27/01    Conference with W. Green re insurance/bankruptcy
            issue; review re same.
            A. Marchetta                0.6 hrs.

09/27/01    Preparation of memorandum regarding results to
            date of ongoing legal research.
            W. Green                    0.8 hrs.

09/27/01    Continued research and analysis of landlord's
            claimed right to insurance proceeds for fire
            damage to leased property.
            W. Green                    3.2 hrs.

09/27/01    Complete first draft of legal memorandum re:
            results of research re: claimed rights to proceeds
            of insurance policies.
            W. Green                    1.6 hrs.

09/28/01    Review and revise memo regarding landlord's right,
            if any, to proceeds of insurance policy; and
            discuss law with A. Marchetta and W. Green.
            S. Zuber                    0.7 hrs.

09/28/01    Review memo and work with W. Green and S. Zuber re
            same; follow up with J. Posner re same.
            A. Marchetta                0.5 hrs.

09/28/01    Review and analysis issues with S. Zuber,
            meet with A. Marchetta, telephone conferences with
            J. Scordo, general follow up on determinative
            legal issues.
            W. Green                    0.7 hrs.

Billing Summary

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.40 | 395.00 | 948.00 |

804613A05112601

```
S. Zuber                        1.70    265.00              450.50
W. Green                       14.10    220.00            3,102.00

              TOTALS           18.20                      4,500.50
```

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.


09/05/01     Telephone calls re request from Third Circuit and
             follow up with client re same; work with staff re
             same; telephone call with USG counsel re same.
             A. Marchetta              0.6 hrs.

09/05/01     Conducted  database  searches,  reviewed  numerous
             indices and file documents re: identification and
             retrieval of most recent filing of a corporate
             disclosure statement re: preparation of corporate
             disclosure   statement   and   related   documents
             required in appeal process; Conducted internet
             searches  re:  identification  and  retrieval  of
             Grace's last 10-Q filing re: same.
             S. Parker                 2.3 hrs.

09/06/01     Follow up re issues with co-counsel; conference
             with C. Nanos re completion of information for
             Court.
             A. Marchetta              0.5 hrs.

09/06/01     Work on FRAP 26.1 disclosure.
             C. Nanos                  1.3 hrs.

09/06/01     Worked with C. Nanos, conducted database searches
             and  reviewed  file  documents  re:  retrieval  of
             additional information needed to prepare corporate
             disclosure statement required in appeal process.
             S. Parker                 0.8 hrs.

09/07/01     Work with C. Nanos re information for form for
             court.
             A. Marchetta              0.4 hrs.

09/10/01     Review client information for submission to Third
             Circuit.
             A. Marchetta              0.3 hrs.

09/12/01     Filing of Third Circuit forms; work on same.
             A. Marchetta                    0.6 hrs.


Billing Summary

| Attorney | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 2.40 | 395.00 | 948.00 |
| C. Nanos | | 1.30 | 230.00 | 299.00 |
| S. Parker | | 3.10 | 80.00 | 248.00 |
| | TOTALS | 6.80 | | 1,495.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

08/02/01     Review motions in limine to address C. Mararo
             request for information.
             W. Hatfield                    0.3 hrs.

08/28/01     Conference with W. Hatfield re follow up with
             court; review re issues.
             A. Marchetta                    0.2 hrs.

08/28/01     Attend to Post-Trial issues.
             W. Hatfield                    0.2 hrs.

08/29/01     Follow up re request of court re decision.
             A. Marchetta                    0.3 hrs.


Billing Summary

| Attorney | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 0.50 | 395.00 | 197.50 |
| W. Hatfield | | 0.50 | 225.00 | 360.00 |
| | TOTALS | 2.10 | | 557.50 |

804613A05112601

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

09/04/01    Attend to post trial issues.
            W. Hatfield                    0.2 hrs.

09/20/01    Call with S. Honl at URS on status of CEA revision
            with DEP; memo to RGR and AJM.
            W. Hatfield                    0.4 hrs.

09/21/01    Call to A. Nagy on DEP and case matters.
            W. Hatfield                    0.2 hrs.

09/28/01    Call with J. Trela on matter.
            W. Hatfield                    0.3 hrs.


Billing Summary

| Attorney | | Hours | Rate | Dollars |
|---|---|---|---|---|
| W. Hatfield | | 1.10 | 225.00 | 247.50 |
| | TOTALS | 1.10 | | 247.50 |


Client: 082910 W.R. GRACE & CO.
Matter: 051680 West Deptford Property

09/05/01    Telephone   conference   with   P.Bucens   regarding
            client's decision not to continue ISRA compliance
            at West Deptford facility.
            C. Donovan                     0.3 hrs.

09/13/01    Reply to inquiry from C. Donovan.
            D. Payne                       0.5 hrs.

09/19/01    Telephone   conference   with   P.Bucens   regarding
            shutdown of treatment unit and disposal issues
            relating to same and issues regarding air and
            NJPDES permit.
            C. Donovan                     0.3 hrs.

09/20/01    Telephone   conference   with   P.Bucens   regarding

- 61 -

possible termination options for various operating permits for remediation system.
C. Donovan                    0.4 hrs.

09/21/01    Begin review of permits received from P.Bucens.
C. Donovan                    0.3 hrs.

09/26/01    Telephone conference with P.Bucens regarding shut down of system, discussions with property owner and issues regarding permits and whether same should be terminated.
C. Donovan                    0.4 hrs.

09/28/01    Review correspondence.
C. Donovan                    0.2 hrs.

Billing Summary

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| C. Donovan | 1.90 | 280.00 | 532.00 |
| D. Payne | 0.50 | 295.00 | 147.50 |
| TOTALS | 2.40 | | 679.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 054251 Williams Industries

08/23/01    Telephone conversation with Robert Emmett and Bob Marriam regarding status of matter vis-a-vis Grace bankruptcy;  Obtain  the  Williams  settlement agreement and memo summarizing case for R. Emmett.
M. Waller                     0.6 hrs.

Billing Summary

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| M. Waller | 0.60 | 265.00 | 159.00 |

- 62 -

TOTALS     0.60                    159.00

Client: 082910 W.R. GRACE & CO.
Matter: 054251 Williams Industries

09/04/01     Follow up with M. Waller re information for B.
             Emmett.
             A. Marchetta               0.2 hrs.

Billing Summary

| Attorney | | Hours | Rate | Dollars |
|----------|---|-------|------|---------|
| A. Marchetta | | 0.20 | 395.00 | 79.00 |
| | TOTALS | 0.20 | | 79.00 |

804613A05112601

SUMMARY OF COMPENSATION FOR THE INTERIM FEE PERIOD
JULY 1, 2001 THROUGH SEPTEMBER 30, 2001

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 63.7 | 25,161.50 |
| Lawrence F. Reilly | 1965 | 325.00 | 6.1 | 1,982.50 |
| David W. Payne | 1985 | 295.00 | .5 | 147.50 |
| Colleen R. Donovan | 1987 | 280.00 | 1.9 | 532.00 |
| Peter A. Forgosh | 1968 | 345.00 | 1.5 | 517.50 |
| Michael E. Waller | 1991 | 265.00 | 108.5 | 28,752.50 |
| Scott A. Zuber | 1987 | 265.00 | 140.3 | 37,179.50 |
| COUNSEL | | | | |
| Kathy Dutton Helmer | 1981 | 250.00 | 117.2 | 29,300.00 |
| ASSOCIATES | | | | |
| Denise L. Buerrose | Pending | 140.00 | 18.5 | 2,590.00 |
| Meghan Ann Bennett | 1998 | 175.00 | 62.3 | 10,902.50 |
| Christopher W. Nanos | 1992 | 230.00 | 1.3 | 299.00 |
| Jeffrey T. Testa | 1999 | 185.00 | 13.4 | 2,479.00 |
| Joseph A. Clark | 1999 | 210.00 | 58.6 | 12,306.00 |
| Brian E. Moffitt | 1992 | 230.00 | 89.5 | 20,585.00 |
| William S. Hatfield | 1993 | 225.00 | 6.4 | 1,440.00 |
| Alashia L. Chan | 1994 | 220.00 | .3 | 66.00 |
| Wendy B. Green | 1999 | 220.00 | 14.1 | 3,102.00 |
| PARAPROFESSIONALS | | | | |
| Douglas S. Florence | N/A | 80.00 | 56.9 | 4,552.00 |
| Susan Parker | N/A | 80.00 | 21.2 | 1,696.00 |
| Deborah A. Jenkins | N/A | 80.00 | 38.2 | 3,056.00 |
| Grand Total Time Reports (Hours and | | | 820.4 Hours | |

64

804613A06112701

| | | | | |
|---|---|---|---|---|
| Dollars) for the Interim Fee Period July 1, 2001 through September 30, 2001 | | | TOTAL | 186,646.50 |

65

COMPENSATION BY PROJECT CATEGORY FOR THE INTERIM FEE PERIOD
JULY 1, 2001 THROUGH SEPTEMBER 30, 2001

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 29.0 | 8,496.50 |
| Correspondence Drafted | 312.2 | 73,764.50 |
| Correspondence and Pleadings Reviewed | 81.5 | 21,820.50 |
| Legal Research | 113.0 | 23,961.00 |
| Court Appearances, including preparation | 39.0 | 10,325.00 |
| Court Conference, including preparation | 0 | 0 |
| Internal Office Meetings | 58.5 | 18,294.50 |
| Out of Office Meetings, excluding Court Conference | 59.6 | 16,099.00 |
| File Review | 31.1 | 4,038.00 |
| Travel Time | 3.3 | 1,618.50 |
| Other Services | 93.2 | 8,229.00 |
| Grand Total Time Reports for the Interim Fee Period July 1, 2001 through September 30, 2001 | 820.4 Hours TOTAL | 186,646.50 |

66