# EXHIBIT C

# EXHIBIT C

## EXPENSES FOR THE INTERIM FEE PERIOD
## JULY 1, 2001 THROUGH SEPTEMBER 30, 2001

EXPENSES FOR JULY 1, 2001 THROUGH JULY 31, 2001:

CLIENT:   082910 W.R. GRACE & CO.
Matter:   072757 Intercat, Inc., *et al.*

Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $ | 2.50 |
| Document Access Facility - July 2001 | $ | 716.00 |
| Duplicating | $ | 39.20 |
| Express Delivery | $ | 18.44 |
| Telephone | $ | 19.50 |
| ENGAGEMENT COSTS | | 795.64 |

CLIENT:   082913 W.R. GRACE & Co.\INSURANCE COVERAGE
Matter:   000009 NY Superfund Action

Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $ | 188.91 |
| Document Access Facility - August 2001 | $ | 5,140.88 |
| Duplicating | $ | 84.98 |
| Express Delivery | $ | 73.26 |
| Facility Copying Expense | $ | 62.72 |
| Postage | $ | 1.02 |
| Telephone | $ | 21.86 |
| Travel and Miscellaneous Expense | $ | 225.47 |
| ENGAGEMENT COSTS | | 5,610.19 |

CLIENT:   082910 W.R. GRACE & CO.
Matter:   070965 Gahrs, Inc., *et al.*

Engagement Costs

| | | |
|---|---|---|
| Computer-Assisted Research | $ | 385.33 |
| Duplicating | $ | 969.76 |
| Express Delivery | $ | 256.08 |
| Postage | $ | 71.50 |
| Telephone | $ | 56.74 |

1

| | | |
|---|---|---|
| Travel and Miscellaneous Expense | $   690.69 | |
| Vendor: Paid Doerner & Goldberg for services | $ 2,239.25 | |
| ENGAGEMENT COSTS | | 4669.35 |

| Total Expenses for July 1, 2001 through July 31, 2001 | 11,075.18 |
|---|---|

EXPENSES FOR AUGUST 1, 2001 THROUGH AUGUST 31, 2001:

CLIENT:  082910 W. R. GRACE & CO.
Matter:     072757 Intercat, Inc., et al.
  Engagement Costs

| | | |
|---|---|---|
| Computer Assisted Research | $     7.50 | |
| Document Access Facility - August 2001 | $   716.00 | |
| Duplicating | $   129.36 | |
| Telephone | $    14.71 | |
| Travel & Miscellaneous Expense | $ 1,806.38 | |
| ENGAGEMENT COSTS | | 2,673.95 |

CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:     000009 NY Superfund Action
  Engagement Costs

| | | |
|---|---|---|
| Document Access Facility - August 2001 | $ 5,140.88 | |
| Duplicating | $   286.30 | |
| Express Delivery | $    15.92 | |
| Facility Copying Expense | $    74.20 | |
| Telephone | $     0.68 | |
| Travel and Miscellaneous Expense | $     8.56 | |
| ENGAGEMENT COSTS | | 5,526.54 |

CLIENT:  082910 W.R. GRACE & CO.
Matter:     070965 Gahrs, Inc., et al.
  Engagement Costs:

| | |
|---|---|
| Computer-Assisted Research | 55.18 |
| Duplicating | 60.62 |

2

```
Express Delivery                                   299.10
Postage                                              7.00
Telephone                                           10.75
Travel and Miscellaneous Expense                    37.00
Vendor: Paid Law Pros Legal Placement               45.63
Service for services rendered.
                      ENGAGEMENT COSTS                            515.28
```

| Total Expenses for August 1, 2001 through August 31, 2001 | 8715.77 |
|---|---|

EXPENSES FOR SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001:

CLIENT: 082910 W.R. GRACE & CO.
Matter:    075662 Clementon Environmental

| Engagement Costs | | |
|---|---|---|
| Telephone | $ 1.78 | |
| ENGAGEMENT COSTS | | 1.78 |

CLIENT:  082910 W. R. GRACE & CO.
Matter:      072757 Intercat, Inc., et al.
Engagement Costs

```
Computer Assisted Research                    $      5.00
Document Access Facility - September          $    716.00
2001
Duplicating                                   $     46.20
Postage                                       $     10.40
Telephone                                     $     10.21
Travel & Miscellaneous Expense                $     11.00
                      ENGAGEMENT COSTS                            898.81
```

CLIENT:  082913 W. R. GRACE & CO.\INSURANCE COVERAGE
Matter:     000009 NY Superfund Action
Engagement Costs

```
Computer Assisted Research                    $    167.58
Document Access Facility - September          $  5,140.88
2001
Duplicating                                   $     26.46
```

3

804473A01112601

|  |  |  |
|---|---|---|
| Facility Copying Expense | $ 194.32 | |
| Postage | $ 16.90 | |
| Telephone | $ 3.67 | |
| Travel and Miscellaneous Expense | $ 155.47 | |
| ENGAGEMENT COSTS | | 5,705.28 |

CLIENT: 082910 W.R. GRACE & CO.
Matter:    070965 Gahrs, Inc., et al.
  Engagement Costs:

|  |  |  |
|---|---|---|
| Postage | $ 8.40 | |
| Telephone | $ 5.70 | |
| Vendor: Paid Doerner & Goldberg for services | $ 3616.35 | |
| Vendor: Paid Treasurer of the State of New Jersey | $ 464.56 | |
| ENGAGEMENT COSTS | | 4,095.01 |

CLIENT: 082910 W.R. GRACE & CO.
Matter:    062416 Prudential, et al.
  Engagement Costs:

|  |  |  |
|---|---|---|
| Duplicating | $ 14.00 | |
| ENGAGEMENT COSTS | | 14.00 |

| Total Expenses for September 1, 2001 through September 30, 2001 | 10,714.88 |
|---|---|

4

## SUMMARY OF EXPENSES FOR THE INTERIM FEE PERIOD
## JULY 1, 2001 THROUGH SEPTEMBER 30, 2001

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | 623.09 |
| Document Access Facility | 17,570.64 |
| Duplicating | 1,656.88 |
| Express Delivery | 662.80 |
| Telephone | 153.48 |
| Vendor: Paid Doerner & Goldberg for services | 5,855.60 |
| Vendor: Paid Law Pros Legal Placement Services for services rendered | 45.63 |
| Vendor: Paid Treasurer of the State of New Jersey | 510.19 |
| Facility Copying Expense | 331.24 |
| Postage | 115.90 |
| Travel and Miscellaneous | 3,026.01 |
| **Grand Total Expenses for the Interim Fee Period July 1, 2001 through September 30, 2001** | **30,505.83** |