# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth W. Lund | Partner | Environmental | $325.00 | 31.50 | $10,237.50 |
| Charlotte L. Neitzel | Partner | Environmental | $275.00/ 300.00 | 90.00 | $26,930.00 |
| Jay D. McCarthy | Partner | Environmental | $250.00 | 12.00 | $3,000.00 |
| Katheryn J. Coggon | Sr. Associate | Environmental | $240.00 | 40.30 | $9,672.00 |
| Elizabeth K. Flaagan | Sr. Associate | Bankruptcy | $250.00 | 7.90 | $1,975.00 |
| Brent A. Tracy | Associate | Environmental | $210.00 | 42.00 | $8,820.00 |
| Geoffrey M. Barry | Associate | Environmental | $210.00 | 17.90 | $3,759.00 |
| Mark Gordon | Associate | Litigation | $180.00 | 1.60 | $288.00 |
| Travis Tygart | Associate | Litigation | $175.00 | 54.70 | $9,572.50 |
| Jennifer Hall | Associate | Litigation | $220.00 | 43.70 | $9,614.00 |
| Thomas W. Korver | Sr. Paralegal | Environmental | $110.00 | 53.50 | $5,885.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $ 90.00 | 116.30 | $10,467.00 |
| Joan M. Sherman | Sr. Paralegal | Environmental | $110.00 | 102.80 | $11,308.00 |
| Natalie K. Aberle | Paralegal | Environmental | $100.00 | 14.10 | $1,410.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 60.50 | $5,142.50 |
| Susan Haag | Paralegal | Bankruptcy | $ 85.00 | 12.30 | $1,045.50 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 1.40 | $126.00 |
| Johncie Wingard | Paralegal | Commercial | $110.00 | 101.00 | $11,110.00 |
| William E. Payne | Info. Spec. | Environmental | $ 75.00 | 82.80 | $6,210.00 |
| TOTAL | | | | 886.37 | $136,572.00 |

#778090 v1