# EXHIBIT C

# EXHIBIT C

| Description | November, 2001 |
|---|---:|
| Photocopies | $831.00 |
| Facsimiles | $108.00 |
| Long Distance Telephone | $43.26 |
| Outside Courier | $298.35 |
| Travel Expense | $11,887.19 |
| Lexis | $739.90 |
| Westlaw | $0.00 |
| Meal Expenses | $759.39 |
| Word Processing | $0.00 |
| Overtime | $3,601.25 |
| Other Expenses | $5,587.30 |
| Secretarial Support | $0.00 |
| Velo Binding | $8.00 |
| Outside Reproduction | $0.00 |
| TOTALS | $23,863.64 |

#778090 v1