# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL WIRELESS OPERATIONS INC. DBA RADIOSHACK et al., | Case No. 17-10506 (BLS) |
| Debtors. | (Jointly Administered) |

## ORDER SETTING AN OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following hearing date has been scheduled in the above-captioned case:

- November 14, 2018 at 10:30 a.m. (ET)

**Dated: October 3rd, 2018**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

#50320837 v1