IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL WIRELESS OPERATIONS INC. d/b/a RADIOSHACK,[1] | Case No. 17-10506 (BLS) |
| Reorganized Debtor. | Related to Docket Nos. 1484 & 1487 |

### AFFIDAVIT OF SERVICE

I, Monica A. Molitor, being duly sworn according to law, depose and say that I am employed by the law firm of Pepper Hamilton LLP, counsel to the above-captioned Reorganized Debtor.

On October 3, 2018, I caused the following documents to be served: (i) by Email on the Master Service List attached hereto as Exhibit A; and (ii) by First Class Mail on the Master Service List attached hereto as Exhibit B:

- *Certification of Counsel Regarding Order Setting Omnibus Hearing Date* [Docket No. 1484];

- *Order Setting Omnibus Hearing Date* [Docket No. 1487]

_____
Monica A. Molitor
Senior Paralegal

SWORN TO AND SUBSCRIBED
by me on the 3rd day of October, 2018.

_____
Notary Public
My Commission Expires:

DAVID A. SMITH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires December 2, 2018

---

[1] The Reorganized Debtor in this chapter 11 case and the last four digits of its U.S. tax identification number are as follows: General Wireless Operations Inc. dba RadioShack (8040). The notice address for the Reorganized Debtor is: 801 NE 38th Street, Fort Worth, TX 76106. The chapter 11 cases of the Reorganized Debtor's affiliated debtors have been closed.

#50358049 v1

# Exhibit A

In re: General Wireless Operations Inc. dba RadioShack, Reorganized Debtor
Master Service List [Email]
Case No. 17-10506 (BLS)

| ster | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to City of Thomasville, Georgia | Alexander & Vann, LLP | Attn: John Turner Holt | 411 Gordon Avenue | | Thomasville | GA | 31792 | | 229-226-2565 | 229-228-0444 | jtholt@alexandervann.com |
| Counsel to Shapell SoCal Rental Properties, LLC | Attn: Allan D. Sarver, Esq. | Attorney at Law | 16000 Ventura Boulevard | Suite 1000 | Encino | CA | 91436 | | 818-981-0581 | 818-981-0026 | ads@asarverlaw.com |
| Counsel to Brixmor Property Group, Inc. | Ballard Spahr, LLP | Attn: David L. Pollack, Esq. | 51st Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | pollack@ballardspahr.com |
| Associates, LLC, New Paltz Properties, L.P., EklecCo NewCo LLC, Poughkeepsie Galleria LLC, Boiling Springs (Boiling Springs (WMS, LLC, Durham (Parkway) UY, LLC, Gaffney (Piedmot) WMS, LLC, Hendersonville (Highlands) WMS, LLC, Shelby (Creekside) WMS, LLC, Surfside Beach (Surfside) WMB, LLC, Villa Rica (Villa Rica) SRX, LLC, P&N Callaway, LLC, Inland Western Bay Shore Gardiner, L.L.C., RPAI Newman Crossing, L.L.C., PMI NewCo, LLC, Inland Real Estate Income Trust, Inc., KRG Las Vegas Eastern Beltway, LLC, KRG Temple Terrace, LLC, KRG Pine Ridge, LLC | Ballard Spahr, LLP | Attn: Leslie C. Heilman, Esq.; Matthew G. Summers, Esq.; Chantelle D. McClamb, Esq. | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | heilmanl@ballardspahr.com; summersm@ballardspahr.com; mcclambc@ballardspahr.com |
| Counsel to Acadia Realty Trust, Fairview Shopping Center, LLC, The Macerich Company, and Watt Management Company | Ballard Spahr, LLP | Attn: Dustin P. Branch, Esq. | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-3012 | | 424-204-4354 | 424-204-4350 | branchd@ballardspahr.com |
| Counsel to B.H. 900 Terminal Land, LLC | Barnes & Thornburg, LLP | Attn: Paula K. Jacobi | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-214-4866 | 312-759-5646 | pjacobi@btlaw.com |
| Counsel to B.H. 900 Terminal Land, LLC | Barnes & Thornburg, LLP | Attn: David M. Powlen, Kevin G. Collins | 1000 N. West Street | Suite 1500 | Wilmington | DE | 19801 | | 302-300-3434 | 302-300-3456 | david.powlen@btlaw.com; kevin.collins@btlaw.com |
| Counsel to United HealthCare | Bayard, P.A. | Attn: Justin R. Alberto & Gregory J. Flasser | 600 N. King St. | Suite 400 | Wilmington | DE | 19801 | | 302-655-5000 | 302-658-6395 | jalberto@bayardlaw.com; gflasser@bayardlaw.com |
| Counsel to B-21, LLC | Belkin Burden Wenig & Goldman, LLP | Attn: Stewart Smith | 270 Madison Avenue | | New York | NY | 10016 | | | | ssmith@bbwg.com |
| Counsel to Mission Plaza, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | 13215 E. Penn Street | Suite 510 | Whittier | CA | 90602-1797 | | 562-698-9771 | 562-309-8063 | ernie.park@bewleylaw.com |
| Counsel to East Malboro Associates | Bielli & Klauder, LLC | Attn: David M. Klauder, Esq. | 1204 N. King Street | | Wilmington | DE | 19801 | | | 302-397-2557 | dklauder@bk-legal.com |
| Counsel to Marathon Oil Company | Bonds Ellis Eppich Schafer Jones, LLP | Attn: Clay M. Taylor | 420 Throckmorton Street | Suite 1000 | Fort Worth | TX | 76102 | | 817-405-6900 | 817-405-6902 | clay.taylor@bondsellis.com |
| Counsel to Mayo Family Limited Liability Company | Brouse McDowell, LPA | Attn: Timothy M. Reardon | 6550 Seville Drive | | Canfield | OH | 44406 | | 330-533-6195 | 330-533-6198 | treardon@brouse.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 55 Second | 17th Floor | San Francisco | CA | 94105 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Counsel to Wal-Mart Stores East, Inc. | Building Sales, National Accounts & Relationships | Attn: Denise West, Shopping Center Manager | 2001 SE 10th Street | | Bentonville | AR | 72716 | | 479-204-3354 | | denise.west@walmart.com |
| Counsel to Wadsworth Retail I, LLC | Burns White, LLC | Attn: Maria R. Granaudo, Esq. | Delaware Corporate Center I | 1 Righter Parkway, Suite 130 | Wilmington | DE | 19803 | | 302-295-2250 | | mrgranaudo@burnswhite.com |
| Counsel to Ohio Valley Mall Company, dba Ohio Valley Mall | Cafaro Management Company | Attn: Richard T. Davis | 5577 Youngstown-Warren Rd. | | Niles | OH | 44446 | | 330-747-2661 | | rdavis@cafarocompany.com |
| Counsel to Federal Warranty Service Corporation, Assurant Service Protection, United Service Protection, Inc. and Sureway, Inc. | Carlton Fields Jordan Burt, PA | Attn: Raul A. Cuervo, Esq. | Miami Tower | 100 S.E. Second Street, Suite 4200 | Miami | FL | 33131-2113 | | 305-347-6815 | 305-530-0055 | rcuervo@carltonfields.com |
| Counsel to Federal Warranty Service Corporation, Assurant Service Protection, United Service Protection, Inc. and Sureway, Inc. | Carlton Fields Jordan Burt, PA | Attn: Donald R. Kirk, Esq. | Corporate Center Three at International Plaza | 4221 W. Boy Scout Blvd, Suite 1000 | Tampa | FL | 33607-5780 | | 813-229-4334 | 813-229-4133 | dkirk@carltonfields.com |
| Counsel to 3600 Long Beach Road, LLC and 349-351 WFP Shirley, LLC | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq. | 90 Merrick Avenue | 9th Floor | East Meadow | NY | 11554 | | 516-296-7000 | | rmccord@certilmanbalin.com; cglick@certilmanbalin.com |
| Counsel to IA Denver Quebec Square, LLC, IA Oklahoma City Rockwell, LLC and IA Oklahoma City Penn, LLC | Chapman and Cutler, LLP | Attn: James P. Sullivan Attn: John E. Chapoton Jr./Gwyneth A. Campbell | 111 W. Monroe Street | | Chicago | IL | 60603 | | 312-845-3445 | 312-516-1445 | jsullivan@chapman.com; jchapoton@css-firm.com; gcampbell@css-firm.com |
| Counsel to Mafrige Building Company, Ltd./Ron Mafrige, Trustee | Chapoton Sanders Scarborough, LLP | | 2 Riverway | Suite 1500 | Houston | TX | 77056 | | | 713-357-9690 | |
| Tax Commissioner | Chatham County Tax Commissioner | Attn: Theresa C. Harrelson | PO Box 8324 | | Savannah | GA | 31412-8324 | | 912-652-7109 | 912-652-7101 | bknot@chathamcounty.org |
| Counsel to SHP Washington Center, LLC, SHP Pool One Shopping Center, LP, SFP Pool Six, LLC, SFP Pool Seven, LLC, SFP Pool Two Shopping Center, LP, Ramco West Oaks II, LLC, Wyoming Mall, Ltd., and Scottsdale Towne Center, LLC | Clark Hill, PLC | Attn: Karen M. Grivner | 824 N. Market St. | Suite 710 | Wilmington | DE | 19801 | | 302-250-4749 | 302-421-9439 | kgrivner@clarkhill.com |
| Counsel to SHP Washington Center, LLC, SHP Pool One Shopping Center, LP, SFP Pool Six, LLC, SFP Pool Seven, LLC, SFP Pool Two Shopping Center, LP, Ramco West Oaks II, LLC, Wyoming Mall, Ltd., and Scottsdale Towne Center, LLC | Clark Hill, PLC | Attn: David M. Blau | 151 S. Old Woodward Ave. | Suite 200 | Birmingham | MI | 48009 | | 248-988-1878 | 248-988-2336 | dblau@clarkhill.com |
| Counsel to Laurencelle Properties, Inc. and Falcon View Plaza Owners, LLC | Clark Hill, PLC | Attn: David M. Blau | 151 S. Old Woodward Ave. | Suite 200 | Birmingham | MI | 48009 | | 248-988-1817 | 248-988-2336 | dblau@clarkhill.com |
| Counsel to Laurencelle Properties, Inc. and Falcon View Plaza Owners, LLC | Clark Hill, PLC | Attn: Karen M. Grivner | 824 N. Market St. | Suite 710 | Wilmington | DE | 19801 | | 302-250-4749 | 302-421-9439 | kgrivner@clarkhill.com |
| Counsel to 777 Tamalpais Drive, Inc. | Colliers International | Attn: Monty Stephens | Town Center Corte Madera | 100 Corte Madera Town Center | Corte Madera | CA | 94925 | | 415-924-2961 | 415-924-7062 | Monty.Stephens@colliers.com |
| Counsel to Office of Unemployment Compensation Tax | Commonwealth of Pennsylvania, Collections Support Unit | Attn: Deb Secrest | 651 Boas Street, Room 702 | | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to BRE RC Cinco Ranch TX LP, Excel FT Union LLC, Excel Riverpoint LP, IRC Greentree, L.L.C, IRC Aurora Commons, LLC, IN Retail Fund Cobbler Crossing, LLC, and IRC Retail Centers LLC, as Managing Agent | Connolly Gallagher, LLP | Attn: Karen C. Bifferato & Kelly M. Conlan | 1000 N. West Street | Suite 1400 | Wilmington | DE | 19801 | | 302-757-7300 | 302-757-7299 | kbifferato@connollygallagher.com; kconlan@connollygallagher.com |
| Co-Counsel to Peter Kravitz, as Liquidating Trustee of the RSH Liquidating Trust | Cooley, LLP | Attn: Jay R. Indyke, Cathy Hershcopf, Seth Van Aalten | 1114 Avenue of the Americas | | New York | NY | 01136 | | 212-479-6000 | 212-479-6275 | jindyke@cooley.com; chershcopf@cooley.com; svanaalten@cooley.com |
| | Cortland Capital Market Service, LLC | Attn: Jeffrey Vaughn and Legal Department | 225 West Washington Street | 21st Floor | Chicago | IL | 60606 | | 312-564-5100 | 312-376-0751 | lora.peloquin@cortlandglobal.com; joanna.anderson@cortlandglobal.com; jeffrey.vaughn@courtlandglobal.com |
| Agent for Certain Junior Secured Lenders | DDR Corp. | Attn: Renee B. Weiss, Esq. | 3300 Enterprise Parkway | PO Box 228042 | Beachwood | OH | 44122 | | 216-755-5662 | 216-755-1659 | RWeiss@ddr.com |
| Counsel to BRE DDR IVB Wedgewood, FL LLC, DDRM | | | | | | | | | | | |

In re: General Wireless Operations Inc. dba RadioShack, Reorganized Debtor
Master Service List [Email]
Case No. 17-10506 (BLS)

| ster | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Standard General, LP and Certain Affiliated Entities | Debevoise & Plimpton LLP | Attn: Richard F. Hahn, Nick S. Kaluk, III | 919 Third Avenue | | New York | NY | 10022 | | 212-909-6000 | 212-909-6836 | rfhahn@debevoise.com; nskaluk@debevoise.com; |
| Counsel to Rensselaer County Plaza Associates, LP | Deily & Glastetter, LLP | Attn: Joann Sternheimer | 8 Thurlow Terrace | | Albany | NY | 12203 | | 518-436-0344 | | jsternheimer@deilylawfirm.com |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept. | Carvel State Office Building | 820 N French Street, 6th Floor | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton | 820 N. French St. | | Wilmington | DE | 19801 | | 302-577-8461 | 302-577-8632 | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Attn: Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept. | 820 Silver Lake Boulevard | Suite 100 | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| Counsel to Master Hill Electric Wire & Cable | Drescher & Associates | Attn: Ronald J. Drescher | 1 Commerce Center | 1201 North Orange Street, Suite 722 | Wilmington | DE | 19801 | | 302-257-5163 | | rondrescher@drescherlaw.com |
| Counsel to ROIC Washington, LLC, ROIC Casitas Plaza, LLC, ROIC Bouquet Center, LLC | Dunn Carney Allen Higgins & Tongue, LLP | Attn: Kenneth S. Antell | 851 SW 5th Avenue | Suite 1500 | Portland | OR | 97204 | | 503-417-5364 | 503-224-7324 | kantell@dunncarney.com; dboyer@dunncarney.com; |
| Counsel to City of Laredo | Flores, Flores & Canales, PLLC | Attn: Christina Flores | 5517 McPherson | Ste. 14 | Laredo | TX | 78041 | | 956-728-7474 | 956-728-7406 | ffccpllc14@gmail.com |
| Counsel to Texas 531 W. Hyde Park, LLC, 5336 93rd Street, LLC, Texas Trani, LLC, Texas Electric Properties, LLC, Westview Center, LP | Forshey & Prostok, LLP | Attn: Jeff P. Prostok Matthew G. Maben | 777 Main Street | Suite 1290 | Fort Worth | TX | 76102 | | 817-877-8855 | 817-877-4151 | jprostok@forsheyprostok.com; mmaben@forsheyprostok.com; |
| Counsel to Bonnie Management Corp. as Manager for Brewster Creek, Inc. | FrankGecker, LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | 325 North LaSalle Street | Suite 625 | Chicago | IL | 60654 | | 312-276-1400 | 312-276-0035 | jfrank@fgllp.com; jkleinman@fgllp.com |
| Counsel to Washington Prime Group, Inc. | Frost Brown Todd, LLC | Attn: Ronald E Gold, A.J. Webb | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | 513-651-6800 | 513-651-6981 | rgold@fbtlaw.com; awebb@fbtlaw.com |
| Interested Party | GACP Finance Co., LLC | Attn: Robert Louzan | 1100 Santa Monica Boulevard | | Los Angeles | CA | 90025 | | | | rlouzan@gacpcapitalpartners.com |
| Counsel to Federal Warranty Service Corporation, Assurant Service Protection, United Service Protection, Inc., Sureway, Inc., SPD 18726 Nogales Highway, LLC, W & W Partnership, and DC Logistics, Inc. | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Charles J. Brown, III, Shannon Dougherty Humiston, Ronald S. Gellert | 1201 North Orange Street | Suite 300 | Wilmington | DE | 19801 | | 302-416-3341 | 302-425-5814 | mbusenkell@gsbblaw.com; cbrown@gsbblaw.com; shumiston@gsbblaw.com; rgellert@gsbblaw.com |
| Debtor | General Wireless Operations Inc. dba RadioShack | | 300 RadioShack Circle | | Forth Worth | TX | 76102-1964 | | | | Bradford.Tobin@radioshack.com |
| Counsel to Kirkman Center, Ltd., WCO Capital, LLC | Genovese Joblove & Battista, PA | Attn: Glenn D. Moses | 100 S.E. Second Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | gmoses@gjb-law.com |
| Counsel to Tech Data Corporation | Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk, Esq. | 1201 N. Orange Street | Suite 7380 | Wilmington | DE | 19801 | | 302-444-6710 | 302-444-6709 | marias@restructuringshop.com; tomf@goldmclaw.com; |
| Counsel to Trustees of Boston University, Richard E. Kaplan and David E. Kaplan | Goldstein & McClintock, LLP | Attn: Thomas R. Fawkes, Esq., Brian J. Jackiw, Esq. | 208 S. LaSalle St. | Suite 1750 | Chicago | IL | 60604 | | 312-777-7700 | 312-216-0734 | brianj@goldmclaw.com; drosner@goulstonstorrs.com; tcarter@goulstonstorrs.com |
| | Goulston & Storrs, PC | Attn: Douglas B. Rosner, Esq., Timothy J. Carter, Esq. | 400 Atlantic Avenue | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | |
| Counsel to JMH Associates, LLC | Green & Levine, LLP | Attn: Tamara Kagan Levine | 231 Farmington Avenue | | Farmington | CT | 06032 | | 860-677-7004 | 860-677-7005 | tlevine@greenlevine.com |
| Counsel to Crown Castle USA, Inc. | Hahn Loeser & Parks, LLP | Attn: Christopher B. Wick | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | 216-274-2489 | | cwick@hahnlaw.com |
| Counsel to James Campbell Company, LLC | Hanson Bridgett, LLP | Attn: Nancy J. Newman | 425 Market Street | 26th Floor | San Francisco | CA | 94105 | | 415-777-3200 | 415-541-9366 | nnewman@hansonbridgett.com |
| Counsel to Doug Belden, Hillsborough County Tax Collector | Hillsborough County Tax Collector | Attn: Brian T. FitzGerald, Esq. | Post Office Box 1110 | | Tampa | FL | 33601-1110 | | 813-272-5670 | 813-272-9231 | fitzgeraldb@hillsboroughcounty.org |
| Counsel to Kensington Technology Holdings, LLC and Expona Global Sourcing, LLC | Honigman Miller Schwartz and Cohn, LLP | Attn: Joseph R. Sgroi | 660 Woodward Avenue | 2290 First National Building | Detroit | MI | 48226 | | 313-465-7570 | 313-465-7571 | jsgroi@honigman.com |
| Counsel to QXC Maui Owner, LLC | Honigman Miller Schwartz and Cohn, LLP | Attn: Lawrence A. Lichtman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7590 | 313-465-7591 | llichtman@honigman.com |
| Counsel to Kensington Technology Holdings, LLC and Expona Global Sourcing, LLC | Honigman Miller Schwartz and Cohn, LLP | Attn: Rian C. Dawson, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7730 | 313-465-7731 | rdawson@honigman.com |
| Counsel to Main Street Station of NC, LLP | Horack Talley Pharr & Lowndes, PA | Attn: John H. Capitano | 2600 One Wells Fargo Center | 301 South College Street | Charlotte | NC | 28202-6038 | | 704-377-2500 | 704-372-2619 | jcapitano@HorackTalley.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| | International Business Machines Corporations | Attn: Marie-Josee Dube | 275 Viger East | | Montreal | QC | H2X 3R7 | Canada | 514-964-0694 | 845-491-5032 | mjdube@ca.ibm.com |
| Counsel to International Business Machines Corp (IBM) | Jaspan Schlesinger LLP | Attn: Jeffrey H. Schwartz, Esq. | 300 Garden City Plaza | | Garden City | NY | 11530 | | 516-746-8000 | 516-393-8282 | jschwartz@jaspanllp.com |
| Counsel to Requerido Co. Limited Partnership | Jones Day | Attn: Scott J. Greenberg | 250 Vesey Street | | New York | NY | 10281 | | 212-326-3939 | 212-755-7306 | sgreenberg@jonesday.com |
| Counsel to Debtor | Jones Day | Attn: Mark A. Cody | 77 West Wacker | | Chicago | IL | 60601 | | 312-782-3939 | 312-782-8585 | macody@jonesday.com |
| Counsel to Debtor | K&L Gates, LLP | Attn: Steven L. Caponi | 600 N. King St. | Suite 901 | Wilmington | DE | 19801 | | 302-416-7080 | 302-416-7020 | steven.caponi@klgates.com |
| Counsel to Sprint Solutions, Inc., Sprint Spectrum LP, | Kelley Drye & Warren, LLP | Attn: Eric Wilson, Jason R. Adams, Lauren Schlussel | 101 Park Avenue | | New York | NY | 10017 | | 212-808-7800 | 212-808-7897 | jadams@kelleydrye.com; lschlussel@kelleydrye.com; ewilson@kelleydrye.com |
| Counsel to the Official Committee of Unsecured Creditors | Kensington Technology Holdings, LLC | Attn: Alison Mosca and Ken Rosa | c/o Kensington Capital Holdings, Ll 26 Patriot Place, Suite 301 | | Foxboro | MA | 02035 | | 508-549-9955 | 508-546-0292 | amosca@kensingtoncapital.com; krosa@kensingtoncapital.com |
| Interested Party | Kern County Treasurer and Tax Collector Office | Attn: Lina Delgado | Bankruptcy Division | PO Box 579 | Bakersfield | CA | 93302-0579 | | | | bankruptcy@co.kern.ca.us |
| County to County of Kern, State of California | Klehr Harrison Harvey Branzburg, LLP | Attn: Richard M. Beck, Michael W. Yurkewicz | 919 Market Street | Suite 1000 | Wilmington | DE | 19801 | | 302-426-1189 | 302-426-9193 | myurkewicz@klehr.com; rbeck@klehr.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Klein, LLC | Attn: Julia B. Klein, Esq. | 919 North Market Street | Suite 600 | Wilmington | DE | 19801 | | 302-438-0456 | 302-300-1733 | klein@kleinllc.com |
| Counsel to Protop International, Inc. | Kroll, McNamara, Evans & Delehanty, LLP | Attn: Douglas M. Evans, Esq. | 65 Memorial Road | Suite 300 | West Hartford | CT | 06107 | | 860-561-7070 | 860-561-7075 | bankr@kmelaw.com |
| Counsel to Gateway Center Associates; Urstadt Biddle | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman, Esq | 401 S. 2nd Street | Suite 200 | Philadelphia | PA | 19147 | | 215-839-1222 | | kurtzman@kurtzmansteady.com |
| Counsel to The Robbins Companies and PREIT Services, | Kutak Rock, LLP | Attn: Michael A. Condyles, Esq., Jeremy S. Williams, Esq. | 901 East Byrd Street | Suite 1000 | Richmond | VA | 23219 | | 804-644-1700 | 804-783-6192 | michael.condyles@kutakrock.com; jeremy.williams@kutakrock.com |
| Counsel to Whitestone Fountain Hills, LLC | Landwehr Law Firm | Attn: Darryl T. Landwehr | 1010 Common Street | Suite 1710 | New Orleans | LA | 70112 | | 504-561-8086 (?) | | tland@landwehrlaw.com |
| Counsel to Kostmayer Mortgage Corporation | Lathrop & Gage, LLP | Attn: Stephen K. Dexter | 1515 Wynkoop Street | Suite 600 | Denver | CO | 80202 | | 720-931-3200 | 720-931-3201 | sdexter@lathropgage.com |
| Counsel to Midland Radio Corporation | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | 919 North Market Street | Suite 460 | Wilmington | DE | 19801 | | 302-472-7420 | 302-792-7427 | skaufman@skaufmanlaw.com |
| Counsel to Smart & Final Stores, LLC | Law Offices of Ronald K. Brown, Jr. | Attn: Ronald K. Brown, Jr. | 901 Dove Street | Suite 120 | Newport Beach | CA | 92660 | | 949-250-3322 | 949-250-3387 | ron@rkbrownlaw.com |
| Counsel to Westfield, LLC and Montgomery Mall Owner LLC | LeClairRyan, a Professional Corporation | Attn: Niclas A. Ferland, Esq. | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 06511 | | 203-672-3211 | 203-672-3232 | niclas.ferland@leclairryan.com; ilan.markus@leclairryan.com |
| Counsel to Westfield, LLC and Montgomery Mall Owner LLC | LeClairRyan, a Professional Corporation | Attn: Andrew L. Cole | 800 North King Street | Suite 303 | Wilmington | DE | 19801 | | 302-394-6817 | | andrew.cole@leclairryan.com |
| Counsel to VR Trabuco Kona Coast, LLC, VR Trabuco Kona Coast, LLC | Lee & Sakumoto, LLC | Attn: Denis Lee, Esq. | 1164 Bishop Street | Suite 1201 | Honolulu | HI | 96813 | | 808-218-6770 | 808-218-6779 | dlee@leesakumoto.com |

46985799v1

In re: General Wireless Operations Inc. dba RadioShack, Reorganized Debtor
Master Service List [Email]
Case No. 17-10506 (BLS)

| ster | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Tarrant County & Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| Counsel to Bexar County and City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 711 Navarro Street | Suite 300 | San Antonio | TX | 87205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com |
| Counsel to Kleberg County, Nueces County, Cameron County, Fairbanks ISD, Agelina County, Harris | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | PO Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com |
| Counsel to Cypress Fairbanks ISD, Agelina County, Harris | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston.bankruptcy@publicans.com |
| Counsel to Oracle America, Inc. | Magnozzi & Kye, LLP | Attn: Amish R. Doshi, Esq. | 23 Green Street | Suite 302 | Huntington | NY | 11743 | | 631-923-2858 | | adoshi@magnozzikye.com |
| Ken Burton, Jr, Manatee County Tax Collector | Manatee County, Florida | Attn: Kerri Ward, Field Deputy, CFCA | 4333 US Hwy. 301 N | | Ellenton | FL | 34222 | | 941-741-4832 | 941-721-2008 | legal@taxcollector.com |
| Counsel to Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Denton, Texas, Pine Tree Independent School District, The County of Guadalupe, Texas, The County of Hays, Texas, Kerrville Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Lee Gordon | PO Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | lgordon@mvbalaw.com |
| Counsel to Sprint Solutions, Inc., Sprint Spectrum LP, SprintCom, Inc., Sprint PCS Assets, LLC, APC Realty and Equipment Company, LLC and Sprint eWireless, Inc. | McGuirewoods, LLP | Attn: David L. Swan | 1750 Tysons Boulevard | Suite 1800 | Tysons | VA | 22102 | | 703-712-5365 | 703-712-5246 | dswan@mcguirewoods.com |
| Counsel to Sprint Solutions, Inc., Sprint Spectrum LP, SprintCom, Inc., Sprint PCS Assets, LLC, APC Realty and Equipment Company, LLC and Sprint eWireless, Inc. | McGuirewoods, LLP | Attn: James E. Van Horn | 7 Saint Paul Street | Suite 1000 | Baltimore | MD | 21202 | | 410-659-4468 | 410-659-4488 | jvanhorn@mcguirewoods.com |
| Properties, LP EkleccCo NewCo LLC, Poughkeepsie Galleria LLC, Boiling Springs (Boiling Springs) WMS, LLC, Durham (Parkway) UY, LLC, Gaffney (Piedmont) WMS, LLC, Hendersonville (Highlands) WMS, LLC, Shelby (Creekside) WMS, LLC, Surfside Beach (Surfside) WMB, LLC, Villa Rica (Villa Rica) SRX, LLC, P&N Callaway, LLC, Inland Western Bay Shore Gardiner, LLC, RPAI Newman Crossing, LLC, PMI NewCo, LLC, Inland Real Estate Income Trust, Inc., KRG Las Vegas Eastern Beltway, LLC, KRG Pine Ridge, LLC, and KRG Temple Terrace, LLC | Barclay Damon Tower | Attn: Kevin M. Newman, Esq. | 125 East Jefferson Street | | Syracuse | NY | 13202 | | 315-413-7115 | 315-703-7349 | knewman@barclaydamon.com |
| Counsel to Tred Avon, LLC | Michael R. Cogan, PC | Attn: David P. Caravaggio | 12 South Summit Avenue | Suite 250 | Gaithersburg | MD | 20877 | | 240-406-1411 | 240-406-1441 | dcaravaggio@randclegal.com |
| | Michigan Office of the Attorney General | Attn: Bill Schuette, Attorney General | Cadillac Place, Suite 10-200 | 3030 W. Grand Blvd. | Detroit | MI | 48202 | | 313-456-0140 | | donaldh@michigan.gov |
| Counsel to State of Michigan, Department of Treasury | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | 100 Front Street | | Worcester | MA | 01608 | | 508-791-8500 | 508-791-8502 | pcarey@mirickoconnell.com |
| Counsel to Beverly Plaza, LLC and MEC Lenox Associates Limited Partnership | Mirman, Bubman & Nahmias, LLP | Attn: Alan I. Nahmias | 21860 Burbank Blvd. | Suite 360 | Woodland Hills | CA | 91367 | | 818-995-2555 | 818-451-4620 | anahmias@mbnlawyers.com |
| Counsel to Adobe Plaza, LLC | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | 301 W. High Street, Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | deecf@dor.mo.gov |
| Counsel to the Missouri Department of Revenue | Monzack Mersky McLaughlin and Browder, PA | Attn: Rachel B. Mersky | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Counsel to 93 FLRPT LLC, RB-3 Associates, Cocoplum Associates, 93 NYRPT, LLC, Benderson-Monroe Associates, Benderson 85-1 Trust and MPDKNY, LLC | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | 101 Park Avenue | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | neil.herman@morganlewis.com |
| Counsel to Kimco Realty | Morris Nichols Arsht & Tunnell, LLP | Attn: Robert J. Dehney, Andrew R. Remming | 1201 N. Market St., 16th Floor | PO Box 1347 | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | rdehney@mnat.com; aremming@mnat.com |
| Counsel to Cortland Capital Market Services, LLC Counsel to ACF Property Management, Inc., ACF Lakewood 11, LLC, and Arapahoe Village Holdings, LP | Moye White LLP | Attn: Timothy M. Swanson, Esq. | 1400 16th Street | 6th Floor | Denver | CO | 80202 | | 303-292-2900 | 303-292-4510 | tim.swanson@moyewhite.com |
| Counsel to TRT Orleans LLC, TRT Wareham LLC | Munsch Hardt Kopf & Harr, PC | Attn: Deborah M. Perry | 500 N. Akard Street | Suite 3800 | Dallas | TX | 75201-6659 | | 214-855-7500 | 214-855-7584 | dperry@munsch.com |
| Interested Party | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW, 12th Floor | | Washington | DC | 20036 | | 202-326-6025 | | kcordry@naag.org |
| Counsel to Shapell SoCal Rental Properties, LLC | O'Kelly Ernst, LLC | Attn: Michael J. Joyce, Esq. | 901 N. Market Street | 10th Floor | Wilmington | DE | 19801 | | 302-778-4003 | 302-295-2873 | mjoyce@oelegal.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian | 215. 12th Street | 3rd Floor | Philadelphia | PA | 19107-3603 | | 215-560-2128 | 717-772-4526 | cmomjian@attorneygeneral.gov |
| Counsel to County of Imperial, California | Office of the Tax Collector | Attn: Karen Vogel | 940 West Main Street | Suite 106 | El Centro | CA | 92243 | | 442-265-1270 | 442-265-1272 | |
| US Department of Justice | Office of the United States Trustee | Attn: Richard Schepacarter | 844 King Street, Suite 2207 | Lockbox #35 | Wilmington | DE | 19801 | | 302-573-6491 | 302-573-6497 | richard.schepacarter@usdoj.gov |
| Counsel to Little River Limited Liability Company | Offit Kurman, PA | Attn: Frank E. Noyes, Esq. | 1201 N. Orange St. | 7th Floor | Wilmington | DE | 19801 | | 302-351-0900 | 267-338-1355 | fnoyes@offitkurman.com |
| Counsel to Little River Limited Liability Company | Offit Kurman, PA | Attn: Bryn H. Sherman, Esq., Stephen Nichols, Esq. | 4800 Montgomery Lane | 9th Floor | Bethesda | MD | 20814 | | 240-507-1700 | 240-507-1735 | bsherman@offitkurman.com; snichols@offitkurman.com |
| Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford, Assistant District Attorney | 320 Robert S. Kerr | Room 505 | Oklahoma City | OK | 73102 | | 405-713-1685 | | grecra@oklahomacounty.org; mbarocas@otterbourg.com; jhelfat@otterbourg.com; dfiorillo@otterbourg.com; csimon@otterbourg.com |
| Counsel to Royal Bank of Canada | Otterbourg, PC | Attn: Michael Barocas, Johnathan Helfat, Daniel Fiorillo Chad Simon | 230 Park Avenue | | New York | NY | 10169 | | 212-905-3602; 212-661-9100 | 212-682-6104 | |
| Counsel to GACP Finance Co., LLC | Paul Hastings, LLP | Attn: Andrew V. Tenzer, Leslie A. Plaskon | 200 Park Avenue | | New York | NY | 10166 | | 212-312-6000 | 212-319-4090 | andrewtenzer@paulhastings.com |
| Counsel to Prisma Capital Partner, LP, KKR Credit Advisors (US), LLP | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Diane Meyers | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | dmeyers@paulweiss.com |
| Counsel to Debtor | Pepper Hamilton LLP | Attn: David Fournier, Marcy J. McLaughlin | Hercules Plaza, Suite 5100 | 1313 N. Market Street, PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | fournierd@pepperlaw.com; mclaughlinm@pepperlaw.com |

In re: General Wireless Operations Inc. dba RadioShack, Reorganized Debtor
Master Service List [Email]
Case No. 17-10506 (BLS)

| ster | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Richardson ISD, Arlington ISD, Eagle Mountain-Saginaw ISD, City of Benbrook, City of Haltom City, City of Azle | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe | PO Box 817 | | Lubbock | TX | 79408 | | 806-744-5091 | 806-704-9953 | lmbkr@pbfcm.com |
| City of Witchita Falls, Witchita Falls Independent Schhol District, Witchita County | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Jeanmarie Baer | PO Box 8188 | | Wichita Falls | TX | 76307 | | 940-723-4323 | 940-723-8553 | jbaer@pbfcm.com |
| Counsel to Clear Creek Independent School District | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Owen M. Sonik | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com |
| Counsel to Synchrony Bank | PRA Receivables Management, LLC | Attn: Valerie Smith | PO Box 41021 | | Norfolk | VA | 23541 | | 877-829-8298 | 757-351-3257 | claims@recoverycorp.com |
| Claims Agent | Prime Clerk, LLC | Attn: Josh Karotkin | 830 3rd Avenue | 9th Floor | New York | NY | 10022 | | 212-257-5450 | 646-328-2851 | generalwirelessteam@PrimeClerk.com; serviceqa@primeclerk.com |
| Counsel to T.G.F. Company | Procopio, Cory, Hargreaves & Savitch, LLP | Attn: Gerald P. Kennedy, Esq. | 525 B Street | Suite 2200 | San Diego | CA | 92101 | | 619-238-1900 | 619-235-0398 | gerald.kennedy@procopio.com |
| Interested Party | Radio Shack | Attn: Robert Lavan | 300 RadioShack Circle | | Forth Worth | TX | 76102 | | | | Robert.Lavan@radioshack.com |
| Counsel to EQYInvest Owner II, Ltd, LLP | Rashti and Mitchell, Attorneys at Law | Attn: Timothy T. Mitchell | 4422 Ridgeside Drive | | Dallas | TX | 75244 | | 972-661-9471 | 972-503-9611 | tim@rashtiandmitchell.com |
| Counsel to Etinge & Graziadio Development Company | Roemer & Harnik, LLP | Attn: Richard A. Umbenhauer, Esq. | 45-025 Manitou Drive | | Indian Wells | CA | 92210 | | 760-360-2400 | 760-360-1211 | rumbenhauer@rhlawfirm.com |
| Counsel to Shrewsbury Commons Limited Partnership c/o Chesapeake Commercial Properties, Inc. | Rosenberg Martin Greenberg, LLP | Attn: Bob Van Galoubandi | 1105 Market Street | Suite 1800 | Wilmington | DE | 19801 | | 410-727-6600 | 410-727-1115 | bgaloubandi@rosenbergmartin.com |
| Counsel to Shrewsbury Commons Limited Partnership c/o Chesapeake Commercial Properties, Inc. | Rosenberg Martin Greenberg, LLP | Attn: Bob Van Galoubandi | 25 South Charles Street | 21st Floor | Baltimore | MD | 21201 | | 410-727-6600 | 410-727-1115 | bgaloubandi@rosenbergmartin.com |
| Counsel to Casto Investments Company, LLP, Capital Group MDJ, LLC | Roth & Scholl | Attn: Jeffrey C. Roth | 866 South Dixie Highway | | Coral Gables | FL | 33146 | | 305-662-4141 | 305-662-3816 | jeff@rothandscholl.com |
| Counsel to Albany Road-Springfield Plaza, LLC | Saul Ewing, LLP | Attn: Lucian B. Murley, Esq. | 1201 North Market Street, Suite 2: PO Box 1266 | | Wilmington | DE | 19899 | | 302-421-6898 | 302-421-5864 | lmurley@saul.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F. Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov; SECBankruptcy-OGC-AD@SEC.GOV; bankruptcynoticesch@sec.gov; NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept. | 200 Vesey Street, Suite 400 | | New York | NY | 10281-1022 | | 212-336-1100 | | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept. | Brookfield Place | 1617 JFK Boulvard, Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Counsel to Shanri Holdings Corp. / The Pelican Group | Sessions, Fishman, Nathan & Israel, LLP | Attn: J. David Forsyth | One Penn Center | Suite 3815 | New Orleans | LA | 70170 | | 504-582-1521 | 504-582-1555 | jdf@sessions-law.com |
| Counsel to Crown Castle USA, Inc. | Shaw Fishman Glantz & Towbin, LLC | Attn: Thomas M. Horan | 201 St. Charles Ave. | Suite 1370 | Wilmington | DE | 19801 | | 302-480-9412 | | thoran@shawfishman.com |
| | | | 300 Delaware Ave. | | | | | | | | egoldstein@goodwin.com; bankruptcyparalegal@goodwin.com; |
| Counsel to UnitedHealthcare Insurance Company United HealthCare Services, Inc. | Shipman & Goodwin, LLP | Attn: Eric S. Goldstein, Esq., Latonia C. Williams, Esq. | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | lwilliams@goodwin.com |
| Counsel to ADLUP-U&A, LLC and AmCap Copaco, LLC | Silver & DeBoskey, P.C. | Attn: Steven W. Kelly, Esq. | 1801 York Street | | Denver | CO | 80206 | | 303-399-3000 | 303-399-2650 | skelly@s-d.com |
| Interested Landlord | Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com |
| Counsel to Gustine Wind Gap Associates, Ltd., Morrisville Plaza Associates, North Mall Associates | Sirlin Lesser & Benson, PC | Attn: Dana S. Plon, Esq. | 123 South Broad Street | Suite 2100 | Philadelphia | PA | 19109 | | 215-864-9700 | | dplon@sirlinlaw.com |
| Counsel to Hillcrest Shopping Center Equities, LLC | Sirote & Permutt, PC | Attn: Stephen B. Porterfield | 2311 Highland Avenue South | Post Office Box 55727 | Birmingham | AL | 35255-5727 | | 205-930-5278 | | sporterfield@sirote.com; gsteiner@standgen.com; JMause@standgen.com |
| Interested Party | Standard General Master Fund, LP | Attn: Gail Steiner | 757 Fifth Avenue, 12th Floor | | New York | NY | 10153 | | 212-257-4701 | 212-257-4709 | tonder@stark-stark.com; jlemkin@stark-stark.com |
| Counsel to Levin Properties, LP | Stark & Stark, PC | Attn: Thomas S. Onder, Joseph H. Lemkin | PO Box 5315 | | Princeton | NJ | 08543 | | 609-219-7458; 609-791-7022 302-425-3310-3311 | 609-896-0629 | jhh@stevenslee.com |
| Counsel to PaySpot, Inc. | STEVENS & LEE, PC | Attn: Joseph H. Huston, Jr. | 919 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | 610-371-7972 | | paul.hoffmann@stinson.com |
| Counsel to PaySpot, Inc. | STINSON LEONARD STREET, LLP | Attn: Paul M. Hoffmann | 1201 Walnut Street | Suite 2900 | Kansas City | MO | 64106-2150 | | 816-691-2746 | 816-412-1191 | zallinson@sha-llc.com |
| Counsel to Porterville Property, LLC | Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson III | 901 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com |
| Counsel to Waldorf Shoppers' World, LLC | Sullivan Hazeltine Allinson, LLC | Attn: William A. Hazeltine, Esq. | 901 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | brost@tspclaw.com |
| Counsel to Niagara Plaza, LLC | Tenenbaum & Saas, PC | Attn: Bradshaw Rost, Esq. | 4504 Walsh Street | Suite 200 | Chevy Chase | MD | 20815 | | 301-961-5300 | 240-330-4535 | bk-jstarks@oag.texas.gov; |
| Counsel to the Texas Comptroller of Public Accounts | Texas Attorney General, Bankruptcy & Collections Division | Attn: Jason Starks, Asst Attny General | PO Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4562 | 512-936-1409 | sherri.simpson@oag.texas.gov |
| Counsel to b-21, LLC | The Rosner Law Group, LLC | Attn: Scott J. Leonhardt | 824 N. Market St. | Suite 810 | Wilmington | DE | 19801 | | 302-777-1111 | | leonhardt@teamrosner.com |
| Counsel to Donahue Schriber Realty Group | Trainor Fairbrook | Attn: Jennifer L. Pruski, Esq. | PO Box 255824 | | Sacramento | CA | 95865 | | 916-929-7000 | 916-929-7111 | jpruski@trainorfairbrook.com |
| Counsel to Travis County | Travis County Attorney's Office | Attn: Kay D. Brock, Assistant County Attorney | PO Box 1748 | | Austin | TX | 78767 | | 512-854-9092 | 512-854-9316 | kay.brock@traviscountytx.gov |
| Counsel to Publix Super Markets, Inc. | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA | Attn: Lara Fernandez | Bank of America Plaza, Suite 2700 | 101 East Kennedy Boulevard | Tampa | FL | 33602 | | 813-223-7474 | 813-229-6553 | lfernandez@trenam.com |
| Counsel to 224 Seventh Avenue Realty, LLC | Trenk, DiPasquale, Della Fera & Sodono, PC | Attn: Adam D. Wolper, Esq. | 347 Mt. Pleasant Avenue | Suite 300 | West Orange | NJ | 07052 | | 973-243-8600 | 973-243-8677 | awolper@trenklawfirm.com |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly c/o Ellen Slights | 1007 Orange Street, Suite 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Counsel to 777 Tamalpais Drive, Inc. | Valinoti, Specter & Dito, LLP | Attn: Jeffrey A. Dito, Esq. | 353 Sacramento Street | Suite 400 | San Francisco | CA | 94111 | | 415-986-1338 | 650-745-1126 | jdito@valinoti-dito.com |
| Counsel to 69th Leasing, LLC, Counsel to Styertowne Shopping Center, LLC and West Caldwell Plaza, LLC | Wasserman, Jurista & Stolz, PC | Attn: Steven Z. Jurista | 110 Allen Road | Suite 304 | Basking Ridge | NJ | 07920 | | 973-467-2700 | 973-467-8126 | sjurista@wjslaw.com |
| Co-Counsel to Peter Kravitz, as Liquidating Trustee of the RSH Liquidating Trust | Whiteford, Taylor & Preston, LLC | Attn: Christopher M. Samis, L. Katherine Good | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington | DE | 19801 | | 302-353-4144 | 302-661-7950 | csamis@wtplaw.com; kgood@wtplaw.com |
| Counsel to Eastgate Center, LLC | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams, Esq. | 169 Ramapo Valley Road | Suite 106 | Oakland | NJ | 07436 | | 888-475-5552 | 866-542-1385 | awilliams@williamsadvisors.com |
| Counsel to Pittsford Plaza SPE, LLC | Wilmorite Management Group, LLC | Attn: Donald C. Cowan, Jr. | 1265 Scottsville Road | | Rochester | NY | 14624 | | 585-464-9400 | 585-464-8419 | owens@wrightclose.com |
| Counsel to Crescent 4HC Investors, LLC | Wright & Close, LLP | Attn: Randall C. Owens | One Riverway | Suite 2200 | Houston | TX | 77056 | | 713-572-4321 | 713-572-4320 | pmorgan@ycst.com; jrucki@ycst.com; |
| Counsel to Danpar Associates Limited Partnership; Counsel to GACP Finance Co., LLC and Royal Bank of Canada | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Justin H. Rucki, Allison S. Mielke | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | amielke@ycst.com |

In re: General Wireless Operations Inc. dba RadioShack, Reorganized Debtor
Master Service List [Email]
Case No. 17-10506 (BLS)

| ster | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Requerdo Co. Limited Partnership | Jaspan Schlesinger LLP | Steven R. Schlesinger, Esq. | 300 Garden City Plaza | | Garden City | NY | 11530 | | 516-746-8000 | 516-393-8282 | sschlesinger@jaspanllp.com |
| Counsel to Capital One, N.A. | Jackson Walker LLP | Michael S. Held, Esq. | 2323 Ross Avenue | Suite 600 | Dallas | TX | 75201 | | 214-953-6000 | 214-953-5822 | mheld@jw.com |

# Exhibit B

# GENERAL WIRELESS OPERATIONS
## D/B/A RADIOSHACK 17-10506 2002/MSL
## FCM SERVICE LIST

Delaware Attorney General
Attn: Bankruptcy Dept.
Carvel State Office Building
820 N French Street, 6th Floor
Wilmington, DE 19801

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French St.
Wilmington, DE 19801

Delaware Secretary of State
Attn: Corporations Franchise Tax
PO Box 898
Dover, DE 19903

Delaware State Treasury
Attn: Bankruptcy Dept.
820 Silver Lake Boulevard
Suite 100
Dover, DE 19904

Internal Revenue Service
Attn: Centralized Insolvency Operation
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

Internal Revenue Service
Attn: Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Office of the Tax Collector
Attn: Karen Vogel
940 West Main Street
Suite 106
El Centro, CA 92243

Office of the United States Trustee
Attn: Richard Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Securities & Exchange Commission
Attn: Secretary of the Treasury
100 F. Street, NE
Washington, DC 20549

Securities & Exchange Commission - NY Office
Attn: Bankruptcy Dept.
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Dept.
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103

US Attorney for Delaware
Attn: Charles Oberly c/o Ellen Slights
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

Wilmorite Management Group, LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

The Laredo Community College, The Laredo Independent School District
Attn: George R. Meurer, Esq., Sigifredo Perez, III
Kazen, Meurer & Perez
211 Calle Del Norte, Ste. 200
P.O. Box 6237
Laredo, TX 78042

#47345842 v1

-2-

| | |
|---|---|
| Javier Montemayor Tax Collection, PC<br>Attn: Javier Montemayor, Jr.<br>1016 Juarez Avenue<br>Laredo, TX 78040 | The Financial Services Group and<br>　Bankruptcy Law Group<br>Attn: John W. Kim, Esq.<br>601 S. Figueroa Street, Suite 4050<br>Los Angeles, CA 90017 |