IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENERAL WIRELESS OPERATIONS INC. DBA RADIOSHACK,[1]<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 17-10506 (BLS)<br><br>**Related to Docket No. 1462** |

**CERTIFICATION OF COUNSEL REGARDING ELEVENTH NOTICE OF THE REORGANIZED DEBTOR OF THE SATISFACTION OF CERTAIN FULLY SATISFIED ADMINISTRATIVE EXPENSE, PRIORITY AND SECURED CLAIMS**

  The undersigned hereby certifies as follows:

  1. On September 14, 2018, the *Eleventh Notice of the Reorganized Debtor of the Satisfaction of Certain Fully Satisfied Administrative Expense, Priority and Secured Claims* [Docket No. 1462] (the "Notice") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Notice set an objection deadline of September 28, 2018 at 4:00 p.m. (ET).

  2. The undersigned hereby certifies that the Reorganized Debtor has received no formal or informal objection or response to the Notice, other than the informal response of Contra Costa County Treasurer - Tax Collector with respect to Claim No. 2324 (the "Contra Costa County Claim"), and the filing of the Withdrawal of Claim No. 804 filed by Cochrane, Peyton C., Tax Collector, Tuscaloosa County, Alabama (Dkt. No. 1481) (the "Tuscaloosa County Claim"). The undersigned further certifies that she has reviewed the docket in these cases and that no other objection or response to the Notice appears thereon.

---

[1] The Reorganized Debtor in this chapter 11 case and the last four digits of its U.S. tax identification number are as follows: General Wireless Operations Inc. dba RadioShack (8040). The notice address for the Reorganized Debtor is: 801 NE 38th Street, Fort Worth, TX 76106. The chapter 11 cases of the Reorganized Debtor's affiliated debtors have been closed.

#50340379 v1

3. The Reorganized Debtor resolved the informal response with respect to the Contra Costa County Claim by paying additionally owed interest on the Contra Costa County Claim to the Contra Costa County Treasurer.

4. The Reorganized Debtor has prepared a proposed *Order Authorizing the Reorganized Debtor to Designate That Certain Administrative Expense, Priority and Secured Claims Included in the Debtors' Eleventh Notice Have Been Fully Satisfied* (the "Order"), which excludes the Tuscaloosa County Claim which has already been withdrawn.

WHEREFORE, it is respectfully requested that Court enter the Order, attached hereto as **Exhibit 1**, at its earliest convenience.

Dated: October 3, 2018
      Wilmington, Delaware

Respectfully submitted,

*/s/ Marcy J. McLaughlin*
PEPPER HAMILTON LLP
David M. Fournier (DE Bar No. 2812)
Marcy J. McLaughlin (DE Bar No. 6184)
1313 N. Market Street, Suite 5100
Wilmington, Delaware 19801
Tel: (302) 777-6500
Fax: (302) 421-8390
Email: fournied@pepperlaw.com
      mclaughm@pepperlaw.com

*Attorneys for the Reorganized Debtor*

#50340379 v1