# Exhibit 1

#50340379 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENERAL WIRELESS OPERATIONS INC. DBA RADIOSHACK,[1]<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 17-10506 (BLS)<br><br><br>**Re: Docket No. 1462** |

**ORDER AUTHORIZING THE REORGANIZED DEBTOR TO DESIGNATE
THAT CERTAIN ADMINISTRATIVE EXPENSE, PRIORITY AND SECURED
CLAIMS INCLUDED IN THE REORGANIZED DEBTOR'S
<u>ELEVENTH NOTICE HAVE BEEN FULLY SATISFIED</u>**

The Reorganized Debtor having filed the *Eleventh Notice of the Reorganized Debtor of the Satisfaction of Certain Fully Satisfied Administrative Expense, Priority and Secured Claims* (the "<u>Notice</u>")[2] on September 14, 2018; and the Reorganized Debtor having received no objections or responses to the Notice other than the informal response of Contra Costa County Treasurer - Tax Collector with respect to Claim No. 2324 (the "<u>Contra Costa County Claim</u>"), and the filing of the Withdrawal of Claim No. 804 filed by Cochrane, Peyton C., Tax Collector, Tuscaloosa County, Alabama (Dkt. No. 1481) (the "<u>Tuscaloosa County Claim</u>"); the Reorganized Debtor having resolved the informal response with respect to the Contra Costa County Claim by paying additionally owed interest on the Contra Costa County Claim to the Contra Costa County Treasurer; and this Court having jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C.

---

[1] The Reorganized Debtor in this chapter 11 case and the last four digits of its U.S. tax identification number are as follows: General Wireless Operations Inc. dba RadioShack (8040). The notice address for all of the Reorganized Debtor is: 801 NE 38th Street, Fort Worth, TX 76106. The chapter 11 cases of the Reorganized Debtor's affiliated debtors have been closed.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Notice.

#50338529 v1

§§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the Notice was properly served upon claimants listed in the Notice, and such service was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

1. Except with respect to the Tuscaloosa County Claim which has already been withdrawn, the Reorganized Debtor is hereby authorized to instruct Prime Clerk, the claims agent in these cases, to designate on the Claim Register in these cases that the administrative expense, priority and secured portions of the claims listed on Exhibit A to the Notice are Fully Satisfied.

2. Nothing in this Order shall be construed to prejudice the rights of the Reorganized Debtor, or any other party in interest, to object to any non-administrative expense, priority or secured amount to the claims listed on Exhibit A.

3. This Court shall retain jurisdiction over all affected parties to determine any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2018
      Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

§§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the Notice was properly served upon claimants listed in the Notice, and such service was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

1. Except with respect to the Tuscaloosa County Claim which has already been withdrawn, the Reorganized Debtor is hereby authorized to instruct Prime Clerk, the claims agent in these cases, to designate on the Claim Register in these cases that the administrative expense, priority and secured portions of the claims listed on Exhibit A to the Notice are Fully Satisfied.

2. Nothing in this Order shall be construed to prejudice the rights of the Reorganized Debtor, or any other party in interest, to object to any non-administrative expense, priority or secured amount to the claims listed on Exhibit A.

3. This Court shall retain jurisdiction over all affected parties to determine any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2018
   Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE