# UNITED STATES BANKRUPTCY COURT FILED
## FOR THE DISTRICT OF DELAWARE

2002 JAN -2 PM 2:07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: )
) CHAPTER 11
W.R. GRACE & CO., ET AL., ) CASE NO. 01-1139 through
) 01-1200 (JJF)
Debtors. )
)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that Chambliss, Bahner & Stophel, P.C., 1000 Tallan Building, Two Union Square, Chattanooga, Tennessee 37402-2552, serves as counsel for Lawson Electric Co., Inc., and requests receipt of all notices and pleadings herein and that the Court add the following to the mailing matrix:

> Ronald D. Gorsline
> Chambliss, Bahner & Stophel, P.C.
> 1000 Tallan Building
> Two Union Square
> Chattanooga, TN  37402-2552

This 27th day of December, 2001.

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: _____
Ronald D. Gorsline (#013253)
TN BPR No.

Attorneys for Lawson Electric Co., Inc.
1000 Tallan Building
Two Union Square
Chattanooga, TN  37402-2552
423/756-3000

{PENDING/PENDING/00482999.DOC.}

## CERTIFICATE OF SERVICE

I, Ronald D. Gorsline, do hereby certify that I have served a copy of the foregoing pleading upon the following:

>James H. M. Sprayregen, Esq.
>James W. Kapp, III, Esq.
>Samuel A. Schwartz, Esq.
>Roger J. Higgins, Esq.
>Kirkland & Ellis
>200 East Randolph Drive
>Chicago, IL  60601
>
>Laura Davis Jones, Esq.
>Hamid R. Rafatjoo, Esq.
>David W. Carickhoff, Jr., Esq.
>Pachulski, Stang, Ziehl, Young & Jones, P.C.
>919 North Market Street, 16th Floor
>P.O. Box 8705
>Wilmington, DE  19899-8705
>
>Don Walton, United States Trustee
>J. Calbe Boggs Federal Building
>844 King Street, Suite 2313
>Lockbox 35
>Wilmington, DE  19801

via hand-delivery or by deposit in the United States Mail with sufficient postage thereon to ensure prompt delivery to the address listed above.

This the 27th day of December, 2001.

_____
Ronald D. Gorsline