IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORAM HEALTHCARE CORP. and | ) | Case Nos. 00-3299 |
| CORAM, INC. | ) | through 00-3300 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE ) | |
| ) | SS: |
| COUNTY OF NEW CASTLE ) | |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C. and that on the 11th day of January, 2002 she caused a copy of the following document(s) to be served upon the individuals on the attached service list in the manner indicated.

1. **SUPPLEMENTAL AFFIDAVIT OF ANNE E. MORAN IN SUPPORT OF THE APPLICATION OF THE DEBTORS TO EMPLOY STEPTOE & JOHNSON LLP AS SPECIAL TAX COUNSEL TO DEBTORS.**

Dated: January 11, 2002

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 11th day of January, 2002

_Mary Ritchie Johnson_
Notary Public

My Commission Expires: 9-12-02

15570-001\DOCS_DE:13826.27
01/11/02 10:48 AM