IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## ORDER

AND NOW, to wit, this __3__ day of __Jan__, 200_2_, the Court having heard and considered the Motion of the Official Committee of Property Damage Claimants for a Protective Order, IT IS HEREBY ORDERED as follows:

1. The Motion is G~~RA~~NTED _in part as follows:_

2. The Notice of Deposition filed by the debtors on November 12, 2001 is hereby ~~vacated~~ _modified_ as to Francine F. Rabinovitz and W.D. Hilton, Jr. The debtors may reschedule their depositions at a date and time mutually agreeable to the parties, _but not later than Feb. 8, 2002._

_____
Judge ~~Joseph J. Farnan, Jr.~~ JK Fitzgerald

_motion withdrawn_
_JK Fitzgerald_

1112
11-14-06