ORIGINAL

1 | MARTHA E. ROMERO, State Bar No. 128144
LAW OFFICES OF MARTHA E. ROMERO AND ASSOCIATES
2 | 7743 South Painter Avenue, Suite E
Whittier, California 90602
3 | (562) 907-6800 facsimile (562)907-6820

4 | Attorneys for SECURED CREDITOR
COUNTY OF SAN DIEGO, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | Case No. 01-1139 (JJF) |
| W.R. GRACE & CO., et al., | Chapter 11 |
| Debtor. | JOINTLY ADMINISTERED |
| | REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA |
| | (NO HEARING REQUIRED) |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of SAN DIEGO, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy code, Bankruptcy Rules, local rules

/

/

1

1 | or any other rule or law, to be noticed and served on creditors,
2 | creditors' committees or other parties of interest to the following
3 | addresses:

       Martha E. Romero
       LAW OFFICES OF MARTHA E. ROMERO AND ASSOCIATES
       7743 South Painter Avenue, Suite E
       Whittier, California 90602

Dated: January 08, 2002    LAW OFFICES OF MARTHA E. ROMERO AND ASSOCIATES

By _____/s/ Martha E. Romero_____
MARTHA E. ROMERO
Attorneys for County of SAN DIEGO

28 | /

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is 7743 South Painter Avenue, Suite E, Whittier, CA 90602.

On January 08, 2002, I served the within REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Whittier, California addressed to those parties indicated on the attached service list.

__X__ **BY REGULAR MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Whittier, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

_____ **BY FACSIMILE TRANSMISSION:** I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Axel A. Morales, declare that I am employed by a member of the bar of this court at whose direction this service is made. Executed on January 08, 2002, at Whittier, California.

_____
Axel A. Morales

3

## SERVICE LIST

*In re W.R. Grace & Co., et al.*
U.S.B.C. Case No. 01-01139(JJF)

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for Debtors

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, Suite 1600
P. O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Co-Counsel for Debtors

Office of the United States Trustee
Attn: Frank J. Perch, Esq.
844 N. King Street
Wilmington, Delaware 19801

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Counsel to Official Committee of Property Damage Claimants

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, Delaware 19899
Counsel to Official Committee of Property Damage Claimants

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, New York 10022
Counsel to Official Committee of Personal Injury Claimants

Matthew G. Zaleski, III, Esq.
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, Delaware 19899
Counsel to Official Committee of Personal Injury Claimants

REQUEST FOR SPECIAL NOTICE

| | |
|---|---|
| 1 | Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, New York 10038-4982<br>Counsel to Official Committee of Unsecured Creditors |
| | Michael R. Lastowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, Delaware 19801-1246<br>Counsel to Official Committee of Unsecured Creditors |