IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORAM HEALTHCARE CORP. and | ) | Case Nos. 00-3299 |
| CORAM, INC. | ) | through 00-3300 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### CERTIFICATION OF NO OBJECTION [DOCKET NO. 1319]

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Motion of the Debtors for an Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. §365(d)(4)* (the "Motion") filed on December 28, 2001. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than January 15, 2002 at 4:00 p.m.

15570-001\DOCS_DE:38390.1
01/17/02 10:34 AM

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: January 17, 2002

Respectfully submitted,
PACHULSKI STANG ZIEHL YOUNG & JONES P.C.

*/s/ Rachel S. Lowy*

Laura Davis Jones (Bar No. 2436)
Rachel Sarah Lowy (Bar No. 3753)
Christopher J. Lhulier (Bar No. 3850)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

-and-

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
David M. Friedman
Adam L. Shiff
Athena F. Foley
1633 Broadway
New York, New York 10019
(212) 506-1700

Counsel To Debtors and Debtors-In-Possession