IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORAM HEALTHCARE CORP. and CORAM, INC.<br><br>Debtors. | Case No. 00-3299 (MFW)<br>through 00-3300 (MFW)<br><br>Chapter 11<br><br>Jointly Administered |

CERTIFICATE OF SERVICE

I, Rachel S. Lowy, hereby certify that on the 17th day of January 2002, I caused a copy of the following document(s) to be served on the individuals on the attached service list in the manner indicated:

1. **CERTIFICATION OF NO OBJECTION [DOCKET NO. 1319]**

*Rachel S. Lowy*
Rachel S. Lowy (DE Bar No. 3753)
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel:   (302) 652-4100
Fax:  (302) 652-4400

15570-001\DOCS_DE:35199.18
01/17/02 10:41 AM