Coram Certificate of No Obj. Service List
Case No. 00-3299
January 17, 2002
Doc. # 14169
03 - Hand Delivery+
03- First Class Mail

*Hand Delivery*
*(Counsel to the Debtors)*
Pachulski Stang Ziehl Young & Jones
Laura Davis Jones, Esquire
 Rachel S. Lowy, Esq.
Christopher L. Lhulier, Esq.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
*(Copy Service)*
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

*Hand Delivery*
*(Counsel for Committee)*
Deborah E. Spivack, Esq.
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Hand Deliviery*
*(U.S. Trustee)*
Don A. Beskrone, Esquire
J. Caleb Boggs Federal Building
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE  19801

*First Class Mail*
*(Debtor)*
Scott R. Danitz, Senior Vice President,
Finance and Chief Accounting Officer
Coram Healthcare
1125 Seventeenth Street, Suite 2100
Denver, CO  80202

*First Class Mail*
*(Counsel for Committee of Unsecured Creditors)*
Chaim J. Fortgang, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019-6150

*First Class Mail*
*(Counsel to the Debtors)*
David M. Friedman, Esq.
Adam L. Shiff, Esq.
Athena Foley, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway, 22nd Floor
New York, NY  10019