**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE          X

In re:                                          In Proceeding for a
                                                Reorganization Under
W.R. GRACE                    X                 Chapter 11
                Debtor

                                                Case No. 01-01139

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO
## F.R.B.P. RULE 3001(E) (2)

Transferor:   AT&T Corporation
              55 Corporation Drive, Room 24A80
              Bridgewater, NJ 08807
              Attn: Jackie Callandriello

*Your claim in the amount of $952,979.56 against the Debtors has been transferred to:*

Transferee:   Contrarian Capital Trade Claims, L.P.
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn: Alisa Minsch

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  United States Bankruptcy Court
  District of Delaware
  824 Market Street, 5th Floor
  Wilmington, DE 19801

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

---

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2001.
INTERNAL CONTROL NO. _____
Copy:  (check) Claims Agent_____  Transferee_____  Debtor's Attorney _____

                                                _____
                                                Deputy Clerk

## NOTICE OF ASSIGNMENT OF CLAIM

AT&T, a New York corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Agreement for Assignment of Bankruptcy Claim dated December 18, 2001, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Capital Trade Claims, LP, by Contrarian Capital Management, LLC as general partner, its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $952,979.56, of Assignor against WR Grace (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, (currently Bankruptcy Case Docket Number 01-01139), or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Notice of Assignment of Claim by its duly authorized representative this 19 day of Dec, 2001.


(Assignor)
AT&T Corporation
By: _____
Title: Bankruptcy Manager


WITNESS:

By: _____
Title: Bankruptcy Associate