**W. R. Grace  Additional Landlord Service List**
Case No. 01-1139 (RJN)
Doc. No. 20466
January 18, 2002
33 - First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*First Class Mail*
Coast Business Credit, a Division of Southern Pacific
Bank
12121 Wilshire Blvd., Suite 1111
Los Angeles, CA 90025-1174

*First Class Mail*
General Electric Capital Corporation
1400 Computer Drive
Westborough, MA 01581

*First Class Mail*
Jonathan Neil & Associates, Inc.
c/o Bruce A. Hatkoff, a Law Corporation
18321 Ventura Blvd., Suite 1000
Tarzana, CA 91356

*First Class Mail*
Hamilton Hallmark Electronics
a Division of Avnet, Inc.
c/o Gary Wexler, Esq.
Reish & Luftman
11755 Wilshire Blvd., 10th Floor
Los Angeles, CA 90025-1516

*First Class Mail*
De Lage Landen Financial Services, Inc.
File #43,024
c/o Cook, Perkiss & Lew, PLC
333 Pine Street, Third Floor
San Francisco, CA 94101

*First Class Mail*
Azlan Akam, N.V.
C/o Charles B. Carey, Law Offices
24012 Calle De La Plata, Suite 230
Laguna Hills, CA 92653-7610

*First Class Mail*
NTFC Capital Corporation
501 Corporate Centre Drive
Suite 600
Franklin, TN 37067

*First Class Mail*
Comprador Corporation
700 North Woodward Avenue
Suite 300
Birmingham, MI 48009

*First Class Mail*
Climax Molydenum Co.
101 Marritt 7 Corp. Park
Norwalk, CT 06856-5113

*First Class Mail*
Comprador Corporation
350 North Woodward Avenue
Suite 200
Birmingham, MI 48009

*First Class Mail*
Masterlift-Yale
208 Azar Court
Baltimore, MD 21227

*First Class Mail*
Safeco Credit Co., Inc.
Safeco Plaza, A-Bldg.
Seattle, WA 98185

*First Class Mail*
Grace Receivables Purchasing, Inc.
501 Elm Street, Suite 410
Dallas, TX 75202-3333

*First Class Mail*
Internal Revenue Service
California Office
1650 Mission St., Ste. 511
San Francisco, CA 94103
Attn: Robert Trujillo

*First Class Mail*
Internal Revenue Service
Central California Area Office
55 S. Market Street
San Jose, CA 95113
Attn: Don Hallenbeck

*First Class Mail*
Modern Handling Equipment, Co.
2501 Durham Road
Bristol, PA  19007

*First Class Mail*
Hyster Credit Company
5335 SW Meadows Road
Suite 300
Lake Oswego, OR  97035

*First Class Mail*
Citicorp Dealer Finance
450 Mamaroneck Avenue
Harrison, NY  10528

*First Class Mail*
Mellon U.S. Leasing Corp.
525 Market Street
#3500
San Francisco, CA  94105

*First Class Mail*
Mitchell Distributing Company
3535 N. Graham Street
Charlotte, NC  28206

*First Class Mail*
Newcourt Communications Finance Corporation
2 Gatehall Drive
Parsippany, NJ  07054

*First Class Mail*
First Access
6400 W. 73rd Street
Bedford Park, IL  60638

*First Class Mail*
Nationsbank, N.A., as Agent
101 N. Tryon St., 15th Floor
Charlotte, NC  28255
Attn: Molly Canup

*First Class Mail*
Torrance Electric Company, Inc.
700 16th Street, NE
Cedar Rapids, IA  52402

*First Class Mail*
Yale Financial Services, Inc.
15 Junction Road
Flemington, NJ  08822

*First Class Mail*
Dell Financial Services, LP
14050 Summit Drive
Building A, Suite 101
Austin, TX  78758

*First Class Mail*
Safeco Credit Co. Inc.
DBA Safeline Leasing
10915 Willows Rd. NE
Redmond, WA  98052

*First Class Mail*
Lease Plan U.S.A., Inc.
180 Interstate North Parkway
Atlanta, GA  30339

*First Class Mail*
The CIT Group/Equipment Financing, Inc.
900 Ashwood Parkway, 6th Floor
Atlanta, GA  30338

*First Class Mail*
BSFS Equipment Leasing
501 Corporate Centre Drive
Suite 600
Franklin, TN  37067

*First Class Mail*
Kirkpatrick & Lockhart LLP
1251 Avenue of the Americas
45th Floor
New York, NY  10020-1104

*First Class Mail*
James P Hasset, as Trustee for CMI Corporation
One CSI Parkway
P.O. Box 4785
Syracuse, NY  13221-4785

*First Class Mail*
Butler Leasing Company
P.O. Box 677
Hunt Valley, MD  21030-0677

W.R. Grace Landlord Service List
Case No.01-1139 (RJN)
January 18, 2002
Doc. #20125
001 – Hand Delivery
295 – First Class Mail
001 – First Class Mail Foreign


(Co-Counsel for Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
(Parcels)
Vito I. DiMiao
Parcels, Inc.
917 King Street
Wilmington,DE  19801

**First Class Mail**
1114 TrizecHahn-Swig, LLC
c/o TrizecHahn Office Properties
1114 Ave of the Americas
New York, NY  10036

**First Class Mail**
Salant Corporaton
1114 Ave of the Americas
New York, NY  10036

**First Class Mail**
Kronish, Lieb, Weiner & Hellman
1114 Ave of the Americas
New York, NY  10036

**First Class Mail**
Tahari Ltd
1114 Ave of the Americas
New York, NY  10036

**First Class Mail**
Coudert Brothers
1114 Ave of the Americas
New York, NY  10036

**First Class Mail**
Victoria's Secret Catalogue NY, Inc
1114 Ave of the Americas
New York, NY  10036

**First Class Mail**
Norddeutsche Landesbank Girozentrale
1270 Ave of the Americas
New York, NY  10020

**First Class Mail**
KeyBank National Association
2025 Ontario
4th Floor
Cleveland, OH  44115

**First Class Mail**
Caithness Corporation
1114 Ave of the Americas
New York, NY  10020

**First Class Mail**
Kronish, Lieb, Weiner & Hellman
1114 Ave of the Americas
New York, NY  10020

**First Class Mail**
Barrington Consulting Group Inc
1114 Ave of the Americas
New York, NY  10020

**First Class Mail**
TrizecHahn-Swig, LLC
1114 Ave of the Americas
New York, NY  10020

**First Class Mail**
Burke & Parsons
1114 Ave of the Americas
New York, NY  10020

*First Class Mail*
Mullin & Associates
1114 Ave of the Americas
New York, NY  10020

*First Class Mail*
Winterthur Investment
1114 Ave of the Americas
New York, NY  10020

*First Class Mail*
Swig Weller & Arnow
1114 Ave of the Americas
New York, NY  10020

*First Class Mail*
Cumberland Associates, LLC
1114 Ave of the Americas
New York, NY  10020

*First Class Mail*
Comptroller of the Currency
1114 Ave of the Americas
New York, NY  10020

*First Class Mail*
The City University of New York
1114 Ave of the Americas
New York, NY  10020

*First Class Mail*
Inktomi Corporation
4100 East Third Avenue
Foster City, CA  94404

*First Class Mail*
Garbarini Scher & DeCicco P.C.
1114 Ave of the Americas
New York, NY  10020

*First Class Mail*
South Jersey Health Corp.
Attn:  General Counsel
310 Woodstown Rd
Salem, NJ  08079

*First Class Mail*
Beckett Association, Inc.
Attn:  General Counsel
P. O. Box 4264
Lindenwold, NJ  08021

*First Class Mail*
Sherwood Country Estates, Inc.
c/o Charles Spector
P. O. Box 306
Huntingdon, PA  19006

*First Class Mail*
PA Gloucester Land Development Co.,
Inc.
Attn:  General Counsel
52 Woodbine Court
Horsham, PA  19004

*First Class Mail*
PA Gloucester Land Development Co.,
Inc.
c/o Charles Spector
P. O. Box 306
Huntingdon, PA  19006

*First Class Mail*
Great Meadows Development Co., Inc.
c/o Charles Spector
P. O. Box 306
Huntingdon, PA  19006

*First Class Mail*
Whitman Land Co., Inc.
c/o Charles Spector
P. O. Box 306
Huntingdon, PA  19006

*First Class Mail*
Thomas Lail
Attn:  General Counsel
358 Union Rd
Mickleton, NJ  08056

*First Class Mail*
Consumers NJ Water Co.
Attn: General Counsel
10 Black Forest Rd
Hamilton, NJ 08691

*First Class Mail*
Summit Land
Attn: General Counsel
Village Green East. Ste 700
152 Himmelein Rd
Medford, NJ 08055

*First Class Mail*
Summit Ventures, LLC
Attn: General Counsel
1920 Frontage Rd. Ste 107
Landmark II
Cherry Hill, NJ 08034-2270

*First Class Mail*
GPM Associates, Inc.
Dave Monie
100 Dobbs Lane, PO Box 605
Suite 212
Cherry Hill, NJ 08003

*First Class Mail*
Mr. Peter D. Fonberg, Trustee
5452 Glen Lakes Drive
Suite 203
Dallas, TX 75231

*First Class Mail*
Inge Investment, Inc.
Mr. Charles Inge
3415 Milton Street
Dallas, TX 75205

*First Class Mail*
Cedar Square
General Counsel
1600 Airport Freeway
Suite 500
Bedford, TX 76022

*First Class Mail*
Pepper Sq. Venture 1
c/o McCutchin Properties - Attn:
General Counsel
14902 Preston Rd.
Suite 201
Dallas, TX 75240

*First Class Mail*
Virginia Sq. Ltd.
c/o Sterling Projects, Inc.-Attn: General
Counsel
5949 Sherry Lane
Suite 1700
Dallas, TX 75225

*First Class Mail*
Sun Belt Properties, Inc.
General Counsel
P. O. Box 17805
San Antonio, TX 78127

*First Class Mail*
Amrecorp Realty, Inc.
General Counsel
16415 Addison Road
Suite 200 LB #6
Dallas, TX 75248

*First Class Mail*
Longview Realty
General Counsel
401 East 7th St.
Odessa, TX 79760

*First Class Mail*
John H. Baker, III
1177 W. Loop South
Suite 1177
Houston, TX 77027

*First Class Mail*
Northborough Square Limited
General Counsel
580 Westlake Park Blvd.
Suite 810
Houston, TX  77079

*First Class Mail*
J.P. Forney, Jr., Trustee
947 Nellie Esperson Bldg.
Houston, TX  77002

*First Class Mail*
Principal Mutual Life Ins. Co.
General Counsel
P. O. Box 10387
Des Moines, IA  50306

*First Class Mail*
Principal Mutual Life Ins. Co.
General Counsel
P. O. Box 10387
Des Moines, IA  50306

*First Class Mail*
Pinata, Inc.
c/o Newco Management Co., Inc. - Attn:
General Counsel
6320 Canoga Ave.
Suite 1430
Woodland Hills, CA  91367-2591

*First Class Mail*
Gulf Pacific America, Inc.
c/o Mar-Gulf Management Co.-Attn:
General Counsel
7083 Hollywood Blvd.
Suite 304
Los Angeles, CA  90028

*First Class Mail*
SW Jones Road, L.P.
General Counsel
1675 Larimer St.
Suite 720
Denver, CO  80202

*First Class Mail*
Column Financial, Inc.
General Counsel
3414 Peachtree Rd., NE
Suite 1140
Atlanta, GA  30326-1113

*First Class Mail*
Bissnott/Beltway Plaza, Ltd.
General Counsel
1250 W. Belt South
Suite 602
Houston, TX  77042

*First Class Mail*
Jim Dandy's Fast Food, Inc.
Ross Peterson
3301 Plaza Del Paz
Las Vegas, NV  89102

*First Class Mail*
Sybra, Inc.
Attn:  Real Estate Department
9255 Towne Center Drive
6th Floor
San Diego, CA  92121

*First Class Mail*
Hornberger Bros. Properties, Inc.
General Counsel
P. O. Box 542178
Houston, TX  77254-2178

*First Class Mail*
1st National Bank of Bloomington
Trustee under Last Will & Testament of
Jane Allen Ellis, deceased
P. O. Box 608
Trust Department
Bloomington, IN  47401

*First Class Mail*
Mamiye Brothers
General Counsel
26 Englehard Ave.
Avenel, NJ 07001

*First Class Mail*
Mamiye Brothers, Inc.
General Counsel
300 MacLane
Keasbey, NJ 08832

*First Class Mail*
BEEKMAN STREET
PARTNERS/COLLIERS
General Counsel
1300 Post Oak Blvd.
Suite 225
Houston, TX 77056

*First Class Mail*
Q95 Associates, L.P.
General Counsel
P. O. Box 413952
Kansas City, MO 64141

*First Class Mail*
OTR
General Counsel
275 East Broad Street
Columbus, OH 43215

*First Class Mail*
M.S. Management Associates, Inc.
General Counsel
P.O. Box 7033
Indianapolis, IN 46207

*First Class Mail*
MCC Group Northglen Joint Venture
c/o MaClay Properties Co.-Attn: General
Counsel
3838 Oaklawn
Suite 810
Dallas, TX 75219

*First Class Mail*
Northglen Lease Venture
General Counsel
10200 E. Girard Ave.
Bldg. C,Suite 355
Denver, CO 80231

*First Class Mail*
MCC Group-Mequite #1 Joint Venture
General Counsel
3131 Turtle Creek Blvd.
Suite 416
Dallas, TX 75219

*First Class Mail*
$C^2 H^2$ Ltd.
General Counsel
30 Harbor Island Drive
Newport Beach, CA 92660

*First Class Mail*
Bear Brand Ranch Company
General Counsel
230 Newport Center Dr.
Suite M 100
Newport Beach, CA 92660

*First Class Mail*
The Hungarian Reformed Church of
Carteret
General Counsel
175 Pershing Ave.
Carteret, NJ 07008

*First Class Mail*
Jay Birnbaum Company
General Counsel
Eight Tobey Road
Pittsford, NY 14534

*First Class Mail*
A1 Store Realty Corp.
General Counsel
61st Ave. and Douglaston Pkwy.
Little Neck, NY 11363

*First Class Mail*
Lehigh Valley Associates
c/o Kravco Co.-Attn: General Counsel
234 Goddard Blvd.
King of Prussia, PA  19046

*First Class Mail*
Track II Associates
c/o Rosenberg & Rich-Attn: General
Counsel
149 Grand St.
White Plains, NY  10601

*First Class Mail*
Catherine C. Buccola & First Intertate
Bank, Co-Trustees of the Buccola
Family Trust
c/o First Interstate Bank-Attn: General
Counsel
P. O. Box 9900
A87-3
Calabasas, CA  91302

*First Class Mail*
WRG Assoc. Six
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY  11021

*First Class Mail*
Vintage Faire Associates
c/o Ernest W. Hahn, Inc.
4350 La Jolla Village Dr.
Suite 700
San Diego, CA  92122-1233

*First Class Mail*
WRG Assoc. Six
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY  11021

*First Class Mail*
WRG Assoc. Six
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY  11021

*First Class Mail*
WRG Assoc. Six
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY  11021

*First Class Mail*
Elizabeth S. Forshaw
c/o Forshaw of St. Louis, Inc.
825 S. Lindbergh Blvd
St. Louis, MO  63131

*First Class Mail*
WRG III, L.P. a Missouri limited
partnership
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY  11021

*First Class Mail*
Robert H. Smellage, Jr.
2700 E. Valley Pkwy
#51
Escondido, CA  92027

*First Class Mail*
AMCAP/Denver Ltd. Partnership
c/o AmCap, Inc.-Attn: General Counsel
201 Steele Street
Suite 201
Denver, CO  80206

*First Class Mail*
Robert Sylvor
605 Third Avenue
Suite 1501
New York, NY  10017

*First Class Mail*
John C. & Susan E. Youngson
885 San Vicent
Arcadia , CA 91006

*First Class Mail*
James Rodney Youngson
c/o Youngson Co., Inc.-Attn: General
Counsel
1155 Coast Village Rd.
Suite F
Montecito, CA 93108

*First Class Mail*
WRG Assoc. Six
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
Robert Sylvor
605 Third Avenue
Suite 1501
New York, NY 10017

*First Class Mail*
WRG III, L.P. a Missouri limited
partnership
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
WRG Associates Five
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
Plaza Camino Real, a CA Ltd. PS,
Centermark Properties, Inc. it's gen'l
partner & the May Department Stores
c/o Westfield Corp., Inc.-General
Counsel
11601 Wilshire Blvd.
Los Angeles, CA 90025-0177

*First Class Mail*
WRG III, L.P. a Missouri limited
partnership
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
Kwo-Tai Richard Sun & Ivy Hsiao-
Ming Chen Sun, husband & wife as jt.
Tenants to an undivided 30% interest,
George Kua-Tin Sun, a single man as to
30% interest, & Wei-Shin Change &
Kau-Yen Chang, husband & wife as jt.
Tenants as to an undivided 40% interest
(Tenants-in-Common)
Valley Garden Plaza-Attn: General
Counsel
1720 S. San Gabriel Blvd.
Suite 212
San Gabriel, CA 91766

*First Class Mail*
WRG III, L.P. a Missouri limited
partnership
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
WRG Associates Four
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
WRG III, L.P. a Missouri limited
partnership
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
Orien L. Woolf joined proforma by her
husband, & Jack Wolf
4231 Lawther Drive
Dallas, TX 75214

*First Class Mail*
Dr. & Mrs. Robert Schmit
4305 Torrance Blvd.
Torrance, CA

*First Class Mail*
WRG Associates Five
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
Broadway Place I, L.L.C.
c/o Arnco & Assoc of AZ - Attn:
General Counsel
1951 West Grant Rd.
#110
Tucson, AZ 85711

*First Class Mail*
WRG Assoc. Six
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
Investcal Develop Co., Investcal Realty
Corp., Peter H. Peckman & Nancy M.
Peckman
c/o Investcal Realty Corp. - Attn:
General Counsel
1400 Fifth Ave.
Suite 101
San Diego, CA 92101

*First Class Mail*
Joyce L. Alyn
15963 Woodvale Ave.
Encino, CA 91436

*First Class Mail*
WRG Associates Seven, David Jacobs
c/o Totales' De Bevoise - Attn:  General
Counsel
36 Maple Place
Manhasset, NY 11030

*First Class Mail*
WRG Associates Five
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
Cassco Land Co.
General Counsel
4200 S. Hulen
Suite 614
Fort Worth, TX 76109

*First Class Mail*
WRG Associates Five
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
WRG Assoc. Six
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
MGSC Corp.
c/o Heitman Properties Ltd. - Attn:
General Counsel
1255 W. 7th Street
Upland, CA 91786

*First Class Mail*
WRG Associates Seven, a NJ Ltd PS
c/o David Jacobs
8843 76th Avenue
Glendale, NY 11385

*First Class Mail*
Seymour Powers & Richard Gretsch
P. O. Box 581 Commerce Park
Danbury, CT  06810-0581

*First Class Mail*
WRG Associates Four
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY  11021

*First Class Mail*
WRG Associates Seven, David Jacobs
c/o Totales' De Bevoise - Attn:  General
Counsel
36 Maple Place
Manhasset, NY  11030

*First Class Mail*
Allan G. Byer & Marian Byer
c/o Byer Properties - Attn:  General
Counsel
1000 Brannan St.
Suite 2
San Francisco, CA  94103

*First Class Mail*
T/H Associates a PA Ltd. Partnership
c/o Bolger & Company, Inc. - Attn:
General Counsel
79 Chestnut St.
Ridgewood, NJ  07450

*First Class Mail*
PH Associates (Steakhouse)
c/o Bolger & Company, Inc. - Attn:
General Counsel
79 Chestnut St.
Ridgewood, NJ  07450

*First Class Mail*
Robert Sylvor
605 Third Avenue
New York, NY  10017

*First Class Mail*
Winfield Group
c/o Argus Grp., Ltd. - Attn:  General
Counsel
901 Bellevue Way
Bellevue, WA  98004

*First Class Mail*
Robert Sylvor
605 Third Avenue
New York, NY  10017

*First Class Mail*
Robert V. McKeen
Robert McKeen & Co., Inc. - Attn:
General Counsel
3650 Mt. Diablo Blvd.
Suite 101
La Fayette, CA  94549

*First Class Mail*
WRG Associates Seven
c/o David Jacobs
8843 76th Avenue
Glendale, NY  11385

*First Class Mail*
REEF USA Fund-III/Southglenn
c/o Southglenn Mall Mgmt Office -
Attn:  General Counsel
6911-399 South University Blvd.
Littleton, CO  80122

*First Class Mail*
T/H Associates a PA Ltd. Partnership
c/o Bolger & Company, Inc. - Attn:
General Counsel
79 Chestnut St.
Ridgewood, NJ  07450

*First Class Mail*
WRG Associates Four
c/o Sheldon J. Streisand
111 Great Neck Rd.
Suite 412
Great Neck, NY  11021

*First Class Mail*
Robert Sylvor
605 Third Avenue
New York, NY 10017

*First Class Mail*
WRG III, L.P. a Missouri limited
partnership
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
Paccar, Inc. a Delaware Corp.
General Counsel
P.O. Box 1518
Bellevue, WA 98009

*First Class Mail*
WRG Associates III
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
WRG Associates Five
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
Cassco Land Co.
General Counsel
4200 S. Hulen
Suite 614
Fort Worth, TX 76109

*First Class Mail*
WRG Associates Seven, David Jacobs
c/o Totales' De Bevoise - Attn: General
Counsel
36 Maple Place
Manhasset, NY 11030

*First Class Mail*
The Hewlett W. Lewis Revocable Real
Estate Trust (1/3), John L. Sherman
(1/9), Nicole I. Lewis-Oakes (1/6), &
Noelle F. Lewis (1/6); Laurel S.
Sherman (1/9); Susanna S. Membrino
(1/9)
General Counsel
P.O. Box 15051
Surfside Beach, SC 29587

*First Class Mail*
Two Forty Assoc., a PA Ltd. Partnership
c/o Bolger & Company, Inc. - Attn:
General Counsel
79 Chestnut St.
Ridgewood, NJ 07450

*First Class Mail*
WRG Assoc. Six
c/o Sheldon J. Streisand
111 Great Neck Rd.
Great Neck, NY 11021

*First Class Mail*
Springs Associates, L.P.
General Counsel
400 Colony Sq.
Suite 1630
Atlanta, GA 30361

*First Class Mail*
WRG III, L.P. a Missouri limited
partnership
c/o Sheldon J. Streisand
111 Great Neck Rd.
Suite 412
Great Neck, NY 11021

*First Class Mail*
Green Pastures, Inc.
General Counsel
2859 Paces Ferry Road
Suite 810
Atlanta, GA 30339

*First Class Mail*
Lynda L. Ward
1023 Bonnie Doone
Corona del Mar, CA  92625

*First Class Mail*
Joseph K. & Inez Foundation
General Counsel
270 N. Canyon Dr.
Suite 1191
Beverly Hills, CA  90210

*First Class Mail*
Robert D. Voit
c/o The Voit Companies - Attn:  General
Counsel
21600 Oxnard St.
Suite 300
Woodland Hills, CA  91367

*First Class Mail*
Gerald Vance Dicker
c/o GVD Commercial Properties - Attn:
General Counsel
1160 S. Harbor Blvd.
Fullerton, CA  92632

*First Class Mail*
Westbar
c/o Westcor Partners - Attn:  General
Counsel
11411 N. Tatum Blvd.
Phoenix, AZ  85028-2399

*First Class Mail*
Clayton J. Dean
19 Chanelle Circle
Sedona, AZ  86336

*First Class Mail*
Laguna Hills Investment Company
c/o Fritz Duda Company - Attn:  General
Counsel
3471 Via Lido
Suite 207
Newport Beach, CA  92663-3929

*First Class Mail*
VMS Realty, Inc.
Attn:  P. Warnock
8950 Villa La Jolla Dr.
Ste. 2141 Office of Building
La Jolla. CA  92037

*First Class Mail*
Grupe-Squaw Valley Company Ltd.
c/o Mariposa Company - Attn:  General
Counsel
3255 W. March Lane
Stockton, CA  95219

*First Class Mail*
Leo Speckert
General Counsel
P. O. Box 4
Yuba City, CA  95992

*First Class Mail*
Galahad Real Estate Corp.
c/o Duke Associates - Attn:  General
Counsel
8888 Keystone Crossing
#1200
Indianapolis, IN  46240

*First Class Mail*
Gene Biggi Properties
General Counsel
3800 S.W. Cedar Hills Blvd.
Suite 101
Beaverton, OR  97005

*First Class Mail*
Caringello Investment II
General Counsel
795 South Clover Ave.
San Jose, CA  95128

*First Class Mail*
H-T Enterprises V
General Counsel
115 S. Lacumbre Lane
Suite 302
Santa Barbara, CA  93105

*First Class Mail*
Bixby Ranch Company a CA Ltd. PS
General Counsel
3010 Old Ranch Pkwy.
Suite 100
Seal Beach, CA  90740-2750

*First Class Mail*
Dublin Associates
General Counsel
2377 Crenshaw Blvd.
Suite 300
Torrance, CA  90501

*First Class Mail*
The Oaks
c/o Key Centers - Attn:  General
Counsel
2899 Agoura Road
#590
Westlake Village, CA  91361

*First Class Mail*
La Mesa Crossroads
c/o Beauchamp Realty Inc. - Attn:
General Counsel
1641 Langley Avenue
Irvine, CA  92714

*First Class Mail*
Whittaker/Valley River Partners
c/o Commercial Investment Prop. - Attn:
General Counsel
1600 Valley River Dr.
#160
Eugene, OR  97401

*First Class Mail*
Anthony H. Jew, M.D.
General Counsel
2485 High School Ave.
Suite 208
Concord, CA  94520

*First Class Mail*
Furniture Outlet, Inc
**Attn:  General Counsel**
160 N. Delsea Drive
Vineland, NJ  08360

*First Class Mail*
Leather Creations
Attn:  Barry Gold
6527-B Jimmy Carter Blvd.
Norcross, GA  30071

*First Class Mail*
Old America Pottery Co., Corp.
**d/b/a Old America Stores; Attn:
General Counsel**
811 North Collins Fwy, Hwy #75 N
P. O. Box 370
Howe, TX  75059

*First Class Mail*
William Street Realty
**Attn:  Alan Levinson**
1258 Rock Hill Rd
Accord, NY  12404

*First Class Mail*
Wappinger Associates, L.P.
c/o Sanford Nallit
1688 Victory Blvd
Staten Island-Richmond, NY  10314-
3534

*First Class Mail*
Montgomery Ward & Co., Inc.
Attn:  Vice President Real Estate
One Montgomery Ward Plaza
Chicago, IL  60671

*First Class Mail*
The Salvation Army
**Attn: General Counsel**
440 West Nyack Rd.
West Nyack, NY  10994

*First Class Mail*
Administrator Salvation Army
**Attn: General Counsel**
333 Homestead Ave
Hartford, CT  06112

*First Class Mail*
White-Spunner Commercial
Development Inc.
**Attn: General Counsel**
3201 Dauphin St.
Mobile, AL  36616

*First Class Mail*
Wood Bell Joint Venture
**Attn: General Counsel**
3201 Dauphin St.
Mobile, AL  36616

*First Class Mail*
Goodwill Industries of Mobile Area, Inc.
**Attn: General Counsel**
2448 Gordon Smith Dr.
Mobile, AL  36617

*First Class Mail*
Belz Investment Co., Inc.
**Attn: General Counsel**
5118 Park Avenue
Memphis, TN  38117

*First Class Mail*
Belz Investment Co., Inc.
**Attn: General Counsel**
5118 Park Avenue
Memphis, TN  38117

*First Class Mail*
Fleming Furniture Inc.
**Attn: General Counsel**
2753 S. Mendenhall
Memphis, TN  39115

*First Class Mail*
Fleming Furniture Inc.
**Attn: General Counsel**
2753 S. Mendenhall
Memphis, TN  39115

*First Class Mail*
Mark Three Realty, LP
**c/o Mark Centers Trust;  Attn:
General Counsel**
600 Third Avenue
Kingston, PA  18704

*First Class Mail*
Klings Handyman Paint & Hardware
Corp.
**Attn: General Counsel**
1431 South Fourth Street
Allentown, PA  18703

*First Class Mail*
George M. Wainer
**Attn: George M. Wainer**
2201 Veterans Memorial Blvd
Suite 403
Metairie, LA  70005

*First Class Mail*
Universal Furniture House, Inc.
Attn:  Wilfred M. Kullman, Jr.
2372 St. Claude Ave.
New Orleans, LA  70117

*First Class Mail*
Raymond J. Brandt, Esq.
Attn:  Raymond J. Brandt, Esq.
Two Lakeway Ctr., Suite 1200
3850 N. Causeway Blvd
Metairie, LA  70002

*First Class Mail*
K.D.S. Associates
c/o C.A. White, Inc. Attn:  David
Schaffer
1211 Chapel St.
New Haven, CT  06511

*First Class Mail*
George M. Wainer
Attn:  George M. Wainer
2201 Veterans Memorial Blvd
Suite 403
Metairie, LA  70005

*First Class Mail*
The TJX Operating Companies, Inc.
Attn:  Vice President - Real Estate
770 Cochituate Rd.
P. O. Box 9123
Framingham, MA  01701

*First Class Mail*
Brown Group Retail, Inc.
Attn: Director Lease Admin. Cloth
World
8500 Maryland Ave.
P.O. Box 66810
St. Louis, MO  63166

*First Class Mail*
Cascade Drive Limited Partnership
c/o Stirling Properties Inc.; Attn:
General Counsel
3840 Highway 22
Suite 300
Madeville, LA  70471-2940

*First Class Mail*
Consolidated Store Corp.
Attn:  Real Estate Dept.
300 Phillips Rd.
P.O. Box 28512, Dept. 80061
Columbus, OH  42228-0512

*First Class Mail*
American Real Estate Holdings LP
Attn:  General Counsel
90 South Bedford Rd.
Mount Kisco, NY  10549

*First Class Mail*
JAYMATE ASSOCIATES
Attn:  General Counsel
237 Harrogate Rd.
Penn Wyne, PA  19151

*First Class Mail*
LEGACY, LTD.
c/o Stephen E. Herrmann, Esq.
Richards, Layton & Finger
P. O. Box 551
Wilmington, DE  19899

*First Class Mail*
LRF SLATER COMPANY
Attn:  General Counsel
301 Livingston Ave., Suite 204
P. O. Box 462
Livingston, NJ  07039

*First Class Mail*
Whippany Associates
**Attn:  General Counsel**
301 South Livingston Avenue
Livingston, NJ  07039

*First Class Mail*
Del Taco, Inc.
**Attn:  General Counsel**
1800 West Katella
Orange, CA  92667

*First Class Mail*
Kendall C. Simpson
**Attn:  Kendall C. Simpson**
4 Upper Newport Plaza
Suite 102
Newport Beach, CA  92660

*First Class Mail*
Sharon R. Ormsbee
**Attn: Sharon R. Ormsbee**
1219 Bayside Drive
Corona Del Mar, CA  92625

*First Class Mail*
Bradford Miller
**Attn: Bradford Miller**
One Brookhollow Dr.
Santa Ana, CA  92705

*First Class Mail*
Eber E. Jacques
**Attn: Eber E. Jacques**
1053 Grandville
Newport Beach, CA  92660

*First Class Mail*
Fisher Trust Agreement
**Attn: General Counsel**
2126 Cotner
Los Angeles, CA  90025

*First Class Mail*
William C. Baker
**Attn: William C. Baker**
3 Lockmoor Lane
Newport Beach, CA  92660

*First Class Mail*
Unigate Restaurants
**Casa Bonita, Inc. d/b/a Taco Bueno;
Attn: General Counsel**
8115 Preston Rd.
Suite 800
Dallas, TX  75225

*First Class Mail*
First Harris Associates, Ltd.
**c/o FHAL, Inc.; Attn: General
Counsel**
521 Fifth Ave.
New York, NY  10175

*First Class Mail*
First Harris Associates, Ltd.
**c/o FHAL, Inc.; Attn: General
Counsel**
521 Fifth Ave.
New York, NY  10175

*First Class Mail*
Royal China #9305
c/o Jack Kuang-Sui
5403 Wesley Street
Greenville, TX  75401

*First Class Mail*
First Harris Associates, Ltd.
**c/o FHAL, Inc.; Attn: General
Counsel**
521 Fifth Ave.
New York, NY  10175

*First Class Mail*
First Harris Associates, Ltd.
**c/o FHAL, Inc.; Attn: General
Counsel**
521 Fifth Ave.
New York, NY  10175

*First Class Mail*
Lalani/Reg. Food Systems #9312
**Attn: General Counsel**
1111-B Holliday
Wichita Falls, TX  76301

*First Class Mail*
First Harris Associates, Ltd.
**c/o FHAL, Inc.; Attn: General
Counsel**
521 Fifth Ave.
New York, NY  10175

*First Class Mail*
Anna Jacob Corp.
**dba Texas Burger Huntsville; Attn:
General Counsel**
P. O. Box 429
Madisonville, TX  77864

*First Class Mail*
Pinata, Inc.
**c/o Newco Management Co., Inc.;**
**Attn: General Counsel**
6320 Canoga Ave.
Suite 1430
Woodland Hills, CA 91367-2591

*First Class Mail*
Gulf Pacific America, Inc.
**c/o Mar-Gulf Management Co.; Attn:**
**General Counsel**
7083 Hollywood Blvd.
Suite 304
Los Angeles, CA 90028

*First Class Mail*
Mr. Randall K. Kopelman
c/o Dunkin Donuts
6215 S. Orange Blossom Trail
Orlando, FL 32809

*First Class Mail*
Pinata, Inc.
**c/o Newco Management Co., Inc.;**
**Attn: General Counsel**
6320 Canoga Ave.
Suite 1430
Woodland Hills, CA 91367-2591

*First Class Mail*
Landthorp Enterprises, LLC
Attn: Vice President Real Estate
Park 80 West
Plaza II
Saddle Brook, NJ 07663

*First Class Mail*
Landthorp Enterprises, LLC
Attn: Chief Financial Officer
Park 80 West
Plaza II
Saddle Brook, NJ 07663

*First Class Mail*
The Book Market
Attn: Donna J. Taylor, Lease
Administrator
5915 Casey Drive
Knoxville, TN 37909

*First Class Mail*
Sunrise Mall Associates
**Attn: General Counsel**
Church Street Station, P.O.Box 6680
New York, NY 10249

*First Class Mail*
The Corner Associates, Inc.
**Attn: General Counsel**
320 108th Ave. NE
Suite 406
Bellevue, WA 98004

*First Class Mail*
Banker's Life of Nebraska
Attn: Mortgage Loan Dept.
P. O. Box 81889
Lincoln, NE 68508

*First Class Mail*
Two Forty Associates
**c/o Bolger & Company, Inc.; Attn:**
**General Counsel**
79 Chestnut Street
Ridgewood, NJ 07450

*First Class Mail*
West Valley Partnership
**c/o May Centers, Inc.; Attn: General**
**Counsel**
611 Olive Street
St. Louis, MO 63101

*First Class Mail*
Two Forty Associates
**c/o Bolger & Company, Inc.; Attn:**
**General Counsel**
79 Chestnut Street
Ridgewood, NJ 07450

*First Class Mail*
West Valley Partnership
**c/o May Centers, Inc.; Attn:  General
Counsel**
611 Olive Street
St. Louis, MO  63101

*First Class Mail*
Two Forty Associates
**c/o Bolger & Company, Inc.; Attn:
General Counsel**
79 Chestnut Street
Ridgewood, NJ  07450

*First Class Mail*
Two Forty Associates
**c/o Bolger & Company, Inc.; Attn:
General Counsel**
79 Chestnut Street
Ridgewood, NJ  07450

*First Class Mail*
Mary E. Wurts
**Attn:  Mary E. Wurts**
P. O. Box 27
Apache Junction, AZ  85220

*First Class Mail*
Two Forty Associates
**c/o Bolger & Company, Inc.; Attn:
General Counsel**
79 Chestnut Street
Ridgewood, NJ  07450

*First Class Mail*
T/H Associates
**c/o Bolger & Company, Inc.; Attn:
General Counsel**
79 Chestnut Street
Ridgewood, NJ  07450

*First Class Mail*
Westbar, Ltd PS
**Attn:  General Counsel**
11411 North Tatum Blvd
Phoenix, AZ  85028

*First Class Mail*
T/H Associates
**c/o Bolger & Company, Inc.; Attn:
General Counsel**
79 Chestnut Street
Ridgewood, NJ  07450

*First Class Mail*
Embry Development Company, Inc.
**Attn:  General Counsel**
P. O. Box 80526
Atlanta, GA  30341

*First Class Mail*
Two Forty Associates
**c/o Bolger & Company, Inc.; Attn:
General Counsel**
79 Chestnut Street
Ridgewood, NJ  07450

*First Class Mail*
Two Forty Associates
**c/o Bolger & Company, Inc.; Attn:
General Counsel**
79 Chestnut Street
Ridgewood, NJ  07450

*First Class Mail*
Alfred, Charles & Joseph Lupinacci
c/o Colonial Land Co.
90 Brookdale Drive
Stamford, CT  06903

*First Class Mail*
Cadillac Fairview Shopping Centers
**c/o Cobb Place Associates, LP; Attn:**
**General Counsel**
900 N. Michigan Ave
Suite 1400
Chicago, IL  60611-1581

*First Class Mail*
K.V. Associates
**Attn:  General Counsel**
851 Traeger Ave.
#200
San Bruno, CA  94066

*First Class Mail*
**Westbar**
**Attn:  General Counsel**
**3550 North Central Avenue**
**Suite 1600**
**Phoenix, AZ  85012**

*First Class Mail*
**Leonard Weil, successor trustee Leon**
**S. Gold Trust**
**Attn:  Leonard Weil, trustee**
**233 Wilshire Boulevard**
**6th Floor**
**Santa Monica, CA  90401-1312**

*First Class Mail*
First Stamford Place Company
**Attn:  General Counsel**
100 First Stamford Place
Stamford, CT  06904-2085

*First Class Mail*
Trizec Properties, Inc.
Attn:  Vice President
3011 West Grand Blvd.  Fisher Bldg.
Suite 450
Detroit, MI  48202-3099

*First Class Mail*
Gerald J. Sullivan & Assoc., Inc.
Attn:  John Bigelow
800 West 6th Street
Los Angeles, CA  90010

*First Class Mail*
Gerald J. Sullivan & Assoc., Inc.
Attn:  Ron Taylor
800 West 6th Street
Los Angeles, CA  90010

*First Class Mail*
Gerald J. Sullivan & Assoc., Inc.
Attn:  Robert R. Bothamley
800 West 6th Street
7th Floor
Los Angeles, CA  90017

*First Class Mail*
Archer-Daniels-Midland Co.
Attn:  General Counsel
4666 Faries Parkway
Decater, IL  62525

*First Class Mail*
Archer-Daniels-Midland Co.
Attn:  Bradley E. Riley
4666 Faries Parkway
Decater, IL  62525

*First Class Mail*
Archer-Daniels-Midland Co.
Attn:  James C. Ielase, Group VP
4666 Faries Parkway
Decater, IL  62525

*First Class Mail*
Keyspan Energy Services, Inc.
**Attn:  General Counsel**
1404 111th Street
College Point, NY  11356-1445

*First Class Mail*
Cullen and Dykman
Attn: Paul A. Michels, Esq.
177 Montague Street
Brooklyn, NY 11201-3611

*First Class Mail*
Northstar Holdings, Inc.
Attn: Winifred S. Smith, Sr. VP
100 Washington Avenue South
Suite 800
Minneapolis, MN 55401-2121

*First Class Mail*
Northstar Holdings, Inc.
Attn: Chief Financial Officer
300 First Stamford Place
Stamford, CT 06902

*First Class Mail*
Parker Hannifin
Attn: Thomas J. Meyer
6035 Parkland Blvd.
Cleveland, OH 44124

*First Class Mail*
Phillips Foods, Inc.
Attn: Mark Sneed, President
137 South Warwick Ave.
Baltimore, MD 21223

*First Class Mail*
ATAPCO Properties, Inc.
One North Charles Street
Suite 2400
Baltimore, MD 21201

*First Class Mail*
Denick & Hyman, P.A.
Attn: John H. Denick & Gary M.
Hyman
10 East Baltimore Street
Baltimore, MD 21202

*First Class Mail*
5018 Peachtree, LLC
Attn: Raymond L. Moss, General
Manager
5018 Peachtree Industrial Road
Chamblee, GA 30341

*First Class Mail*
First Harris Associates , Inc.
c/o Loeb Partners Realty; Attn:
James M. Graves
521 Fifth Avenue
New York, NY 10175

*First Class Mail*
Taco Bueno Restaurants, Inc.
Attn: Frank Morales, Executive Vice
President
3033 Kellway
Suite 122
Carrollton, TX 75006

*First Class Mail*
Miguel Angel Pacheco Cintron and
Ana Acosta Oliveras
56 Mattei Lluberas
Yanco, PR 00698

*First Class Mail*
Ochoa Fertilizer Co., Inc.
Attn: Augusto R. Palmer, President
P.O. Box 32
Guanica, PR 00653

*First Class Mail*
HP/R LLC
c/o Hamilton Partners, Inc.; Atten:
General Counsel
300 Park Boulevard
Suite 201
Itasca, IL 60143

*First Class Mail*
Randal K. Kopelman
6215 South Orange Blossom Trail
Orlando, FL 32807

*First Class Mail*
Philips Foods, Inc.
Attn: Mark Sneed, President
137 South Warwick Avenue
Baltimore, MD 21223

*First Class Mail*
Highland Port Holdings, LLC
Attn: Jack Pires
1168 Sherlen Drive
Bridgewater, NJ 08807

*First Class Mail*
Simoes & Monteiro
Attn: Fausto Simoes, Esq.
83 Polk Street
Newark, NJ 07105

*First Class Mail*
D&B Pizza
Attn: David R. Ingram, President
Rt. 3 Box 11-A
Cumby, TX 75433

*First Class Mail*
Danny Foix & Calvin D. Towry
(Partners)
P.O. Box 4393
Wichita Falls, TX 76308

*First Class Mail*
New Boston Fund IV, Inc.
Attn: William M. McAvoy, Sr. V.P.,
Acquisitions
One Longfellow Place
Suite 3612
Boston, MA 02114-2434

*First Class Mail*
Rappaport, Aserkoff & Rappaport
Attn: Janet Aserkoff, Esq.
One Longfellow Place
Boston, MA 02114

*First Class Mail*
Towne Realty, Inc.
Attn: Tom Bernacchi, V.P. of Real
Estate
710 N. Plankinton Avenue
Milwaukee, WI 53203

*First Class Mail*
Chi Chi's, Inc.
General Counsel
10200 Linn Station Rd.
Louisville, KY 40223

**First Class Mail**
Chi Chi's, Inc.
General Counsel
10200 Linn Station Rd.
Louisville, KY 40223

**First Class Mail**
Rodco, L.C. dba Ninfa's
General Counsel
214 N. Nagle St.
Houston, TX 77003

**First Class Mail**
Chi Chi's, Inc.
General Counsel
10200 Linn Station Rd.
Louisville, KY 40223

**First Class Mail**
Aztec Restaurants, Inc.
General Counsel
133 S.W. 158th Street
Seattle, WA 98166

**First Class Mail**
Paragon Steakhouse Restaurants, Inc.
General Counsel
6620 Conway Court
San Diego, CA 92111

*First Class Mail*
General Mills
General Counsel
1751 Directors Row
Orlando, FL  32809

*First Class Mail*
De Nada Restaurants, Inc.
General Counsel
14800 Quorum Drive
Suite 140 LB-4
Dallas, TX  75240-7563

*First Class Mail*
General Mills
General Counsel
1751 Directors Row
Orlando, FL  32809

*First Class Mail*
Aztec Restaurant Enterprises, Inc.
General Counsel
133 S.W. 158th Street
Seattle, WA  98166

*First Class Mail*
Dinner's Served, Inc.
General Counsel
P. O. Box 770788
Houston, TX  77215

*First Class Mail*
De Nada Restuarants, Inc.
General Counsel
14800 Quorum Drive
Suite 140 LB-4
Dallas, TX  75240-7563

*First Class Mail*
Sergio Calderon
d/b/a Taco Mesa - General Counsel
3106 Fallow Field Dr.
Diamond Bar, CA  91765

*First Class Mail*
De Nada Restaurants, Inc.
General Counsel
14800 Quorum Drive
Suite 140 LB-4
Dallas, TX  75240-7563

*First Class Mail*
De Nada Restaurants, Inc.
General Counsel
14800 Quorum Drive
Suite 140 LB-4
Dallas,  TX  75240-7563

*First Class Mail*
Chan Dvlmt., Inc.
c/o Wendy's Int'l - General Counsel
4288 W. Dublin Granville Rd
Dublin, OH  43017

*First Class Mail*
Prandium, Inc.
General Counsel
18831 Van Karmen
Irvine, CA  92715

*First Class Mail*
Advantica Restaurant Group, Inc.
David O. Devoy: President of Coco's &
Carrows
3355 Michelson Drive
Suite 350
Irvine, CA  92612

*First Class Mail*
El Torito Restaurants, Inc.
Acapulco Restaurants
4001 Via Oro Ave
Suite 200
Long Beach, CA  90810

*First Class Mail*
Carrows Restaurants, Inc.
Attn:  General Counsel
2701 Alton Avenue
Irvine, CA  92714

**First Class Mail**
General Mills
Attn: General Counsel
1751 Directors Row
Orlando, FL  32809

**First Class Mail**
PMB Enterprises West, Inc.
Pancho's Mexican Buffet
P. O. Box 7407
3500 Noble Ave.
Fort Worth, TX
76111-0407

**First Class Mail**
Romacorp, Inc.
Attn: General Counsel
P. O. Box 643
720 W. 20th St.
Pittsburg, KS  66762

**First Class Mail**
DAS Restaurants, Inc.
Attn: General Counsel
2350 E. Southern Ave.
Tempe, AZ  85282

**First Class Mail**
Keg Restaurants
Attn: General Counsel
14655 Bel-Red Roaad
Suite 102
Bellevue, WA  98007

**First Class Mail**
Craddock Diversified Enterprises
James Berry Craddock
228 N. Cascade, P.O. Box 2929
Suite 301
Colorado Springs, CO  80903

**First Class Mail**
Konstantinos A. Aliferis & Eleni A.
Aliferis
c/o UJ's Family Restaurants; Attn:
General Counsel
700 East Victor Road
Lodi, CA  95240

**First Class Mail**
C & S Inc.
Attn: General Counsel
913 Airport Freeway
Fort Worth, TX  76117

**First Class Mail**
Jericho Restaurants Associates LLC
Attn: Robert M. Morgillo
763 Larkfield Rd
Commack, NY  11725

**First Class Mail**
Spring Associates
c/o John W. Lundeen
400 Colony Square, 1201 Peachtree St.
Suite 1600
Atlanta, GA  30361-0701

**First Class Mail**
Green Pastures, Inc.
c/o Evan D. Jennings
3340 Peachtree St. N.E.
Suite 2180
Atlanta, GA  30326

**First Class Mail**
Advantica Restaurant Group, Inc.
David O. Devoy: President of Coco's &
Carrows
3355 Michelson Drive
Suite 350
Irvine, CA  92612

***First Class Mail Foreign***
Jack Astor's Leasing
General Counsel
5360 S. Service Rd.
Suite 200
Burlington, Ontario, Canada
L7L5L1