**EXHIBIT "B"**

Time expended by Ferry & Joseph, P.A.:

**T. Tacconeli:**

| Date | Description of services provided | Hrs. | Amount |
|---|---|---|---|
| 12/01/01 | Review order re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
| 12/03/01 | Review correspondence re: e-mail from S. Baena re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
| | Review memo from S. Baena to Committee re: Judge Wolin's cases<br>*Litigation* | .50 | $100.00 |
| | Tele-conference with Judge Farnan's Clerk re: 12/19/01 hearing<br>*Litigation* | .10 | $20.00 |
| | Prepare e-mail to J. Sakalo re: 12/19/01 hearing *Case Administration/General* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Bilzin September, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review docket re: Bilzin September, 2001 Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| 12/04/01 | Prepare letter to J. Sakalo, Esq. re: CNO's re: Bilzen Fee Apps. and Committee's Expense Reimbursement Request<br>*Case Administration/General* | .10 | $20.00 |
| | Prepare e-mail to S. Baena re: 12/17/01 Meeting of Judges<br>*Case Administration/General* | .10 | $20.00 |
| 12/05/01 | Review correspondence re: letter from S. Baena to Judge Fitzgerald<br>*Case Administration/General* | .10 | $20.00 |
| 12/06/01 | Tele-conference with Committee<br>*Committee Meetings and Conferences* | .30 | $60.00 |

| 12/10/01 | Review pleading re: Stroock Oct., 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
|---|---|---|---|
| | Review pleading re: Reed Smith Oct., 2001 Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Pachulski, Stang, et al. Oct., 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Blackstone Oct., 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Order Referring Cases and Allocating Responsibilities<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Pitney Hardin Sept., 2001 Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Wallace King 1st Quarterly Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Caplin Drysdale Oct., 2001 Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Holme Roberts Oct., 2001 Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: Kramer Levin Oct., 2001 Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| | Review pleading re: FTI Policano Oct., 2001 Fee App.<br>*Case Administration/General* | .10 | $20.00 |
| 12/11/01 | Review e-mail from J. Sakalo re: Assignment of W.R. Grace Case to Judge Fitzgerald<br>*Case Administration/General* | .10 | $20.00 |
| | Tele-conference with J. Sakalo re: Judge Fitzgerald<br>*Case Administration/General* | .10 | $20.00 |
| 12/13/01 | Tele-conference with Committee<br>*Committee Meetings and Conferences* | .30 | $60.00 |
| | Tele-conference with D. Carickhoff, Jr., Esq. re: Order entered by Judge Fitzgerald re: 1/3/02 hearing<br>*Case Administration/General* | .10 | $20.00 |

|  | Tele-conference with J. Sakalo re: 1/3/02 hearing<br>*Case Administration/General* | .10 | $20.00 |
|---|---|---|---|
|  | Review correspondence re: letter from D. Bernick, Esq. to Judge Fitzgerald re: Case Status<br>*Case Administration/General* | .10 | $20.00 |
| 12/14/01 | Review Order re: 1/3/02 hearing in Pittsburgh<br>*Case Administration/General* | .10 | $20.00 |
|  | Prepare e-mail to S. Baena and J. Sakalo re: Order scheduling hearing in Pittsburgh, PA on 1/3/02<br>*Case Administration/General* | .10 | $20.00 |
|  | Tele-conference with J. Sakalo re: 1/3/02 hearing in Pittsburgh<br>*Case Administration/General* | .10 | $20.00 |
|  | Review e-mail from J. Sakalo re: Bilzin October/November, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
|  | Review e-mail from J. Sakalo re: 1/3/02 hearing<br>*Litigation* | .10 | $20.00 |
| 12/15/01 | Review pleading re: Debtors' Status report and Proposed Priorities for Litigation<br>*Case Administration/General* | .20 | $40.00 |
|  | Prepare e-mail to S. Baena re: Debtors' Status Report and Proposed Priorities for Litigation<br>*Litigation* | .10 | $20.00 |
| 12/16/01 | Review correspondence re: e-mail from J. Sakalo re: Debtors' Status Report and Proposed Priorities for Litigation<br>*Litigation* | .10 | $20.00 |
| 12/17/01 | Tele-conference with J. Sakalo re: 1/3/02 hearing<br>*Litigation* | .10 | $20.00 |
|  | Tele-conference re: J. Sakalo re: bills in October/November, 2001 Fee Application<br>*Case Administration/General* | .10 | $20.00 |
| 12/18/01 | Review letter form Judge Wolin's clerk<br>*Case Administration/General* | .10 | $20.00 |

|  | Tele-conference with Judge Wolin's Clerk re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
|---|---|---|---|
|  | Review correspondence re: letter from B. Ostranger to Judge Wolin re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Review correspondence re: letter from M. Plevin to Judge Wolin re: 12/20/01<br>*Case Administration/General* | .10 | $20.00 |
| 12/19/01 | Review e-mail from J. Sakalo re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Tele-conference with J. Sakalo re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Tele-conference with Judge Wolin's Chambers re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Tele-conference with J. Sakalo re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Tele-conference with Judge Wolin's Chambers re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Tele-conference with J. Sakalo re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Tele-conference with J. Sakalo re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Review docket re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Prepare e-mail to J. Sakalo re: 12/20/01 hearing<br>*Case Administration/General* | .10 | $20.00 |
| 12/20/01 | Travel from Wilmington, DE to Newark, NJ<br>*Travel Time* (Billed at 50% of TJT's regular hourly rate) | 1.5 | $150.00 |
|  | Attend status conference with Judge Wolin<br>*Court Hearings* | 5.0 | $1,000.00 |
|  | Travel from Newark, NJ to Wilmington, DE<br>*Travel Time* (Billed at 50% of TJT's hourly regular rate) | 1.5 | $150.00 |

| 12/21/01 | Review 1st Case Management Order<br>*Case Administration/General* | .10 | $20.00 |
|---|---|---|---|
|  | Review amended agenda for 1/3/02 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Tele-conference with J. Sakalo re: 1st Case Management Order<br>*Case Administration/General* | .10 | $20.00 |
|  | Review pleading re: proceeding memo 12/21/01 Case Management Order<br>*Case Administration/General* | .10 | $20.00 |
| 12/23/01 | Review correspondence re: letter from D. Carickhoff, Esq. to Professionals re: Amendment to Compensation Order<br>*Case Administration/General* | .10 | $20.00 |
| 12/27/01 | Review correspondence re: e-mail from S. Baena re: Trade Committee's response to ZAI's Motion to Dismiss<br>*Litigation* | .10 | $20.00 |
|  | Review correspondence re: e-mail from J. Sakalo re: pending matters<br>*Case Administration/General* | .10 | $20.00 |
| 12/28/01 | Tele-conference with J. Sakalo, Esq. re: 1/3/02 hearing<br>*Case Administration/General* | .10 | $20.00 |
| 12/29/01 | Review e-mail from S. Baena re: appointments by Judge Wolin<br>*Case Administration/General* | .10 | $20.00 |
|  | Telephone call to J. Sakalo re: 1/3/02 hearing<br>*Case Administration/General* | .10 | $20.00 |
|  | Review correspondence re: e-mail from M. Joseph to S. Baena re: 1/3/01<br>*Case Administration/General* | .10 | $20.00 |
|  | **Subtotal:** | **15.1** | **$2,720.00** |

**R. Miller:**

| **Date** | **Description of services provided** | **Hrs.** | **Amount** |
|---|---|---|---|

| 12/07/01 | E-mail to S. Baena<br>*Case Administration/General* | .10 | $17.50 |
|---|---|---|---|
| 12/10/01 | Review Order; e-mail to S. Baena<br>*Case Administration/General* | .20 | $35.00 |
| 12/19/01 | Confer with TJT re: Scheduling matters<br>*Case Administration/General* | .30 | $52.50 |
|  | Review Court filings<br>*Case Administration/General* | .30 | $52.50 |
| 12/20/01 | Review Conway Del Genio CNO- Fee Application<br>*Case Administration/General* | .10 | $17.50 |
| 12/26/01 | Review Court Order re: change to fee applications<br>*Case Administration/General* | .50 | $87.50 |
| 12/27/01 | Attend Committee tele-conference<br>*Committee Meetings and Conferences* | .40 | $70.00 |
|  | E-mail to TJT re: Committee conference call<br>*Committee Meetings and Conferences* | .10 | $17.50 |
| 12/28/01 | Review Court Order; e-mail to S. Baena<br>*Case Administration/General* | .20 | $35.00 |
|  | **Subtotal:** | **2.2** | **$385.00** |

**L. Coggins:**

| <u>Date</u> | <u>Description of services provided</u> | <u>Hrs.</u> | <u>Amount</u> |
|---|---|---|---|
| 12/03/01 | Draft CNO re: Docket No. 1104 and Certificate of Service<br>*Case Administration/General* | .20 | $16.00 |
|  | Draft CNO re: Docket No. 1105 and Certificate of Service<br>*Case Administration/General* | .20 | $16.00 |
|  | Draft CNO re: Docket No. 1103 and Certificate of Service<br>*Case Administration/General* | .20 | $16.00 |
|  | E-file CNO re: Docket No. 1103 and Certificate of Service<br>*Case Administration/General* | .40 | $32.00 |
|  | E-file CNO re: Docket No. 1104 and Certificate of Service<br>*Case Administration/General* | .40 | $32.00 |

|  | E-file CNO re: Docket No. 1105 and Certificate of Service<br>*Case Administration/General* | .40 | $32.00 |
|---|---|---|---|
| 12/12/01 | Prepare Exhibit C to 7th Fee Application<br>*Fee Applications* | .40 | $32.00 |
| 12/17/01 | Prepare 5th Bilzin Fee Application and Exhibits for e-filing<br>*Case Administration/General* | .60 | $48.00 |
|  | Draft Certificate of Service re: 5th Bilzin Fee Application<br>*Case Administration/General* | .10 | $8.00 |
|  | E-file and serve Bilzin 5th Fee Application<br>*Case Administration/General* | 1.2 | $96.00 |
| 12/19/01 | Prepare Exhibit C to 7th Fee Application<br>*Fee Applications* | 3.2 | $256.00 |
| 12/19/01 | Review e-mail from D. Katz re: CDG 2nd Fee Application<br>*Case Administration/General* | .10 | $8.00 |
| 12/20/01 | Prepare CNO re: Docket No. 1267 and Certificate of Service<br>*Case Administration/General* | .20 | $16.00 |
|  | E-file and serve CNO re: Docket No. 1267 and Certificate of Service<br>*Case Administration/General* | .40 | $32.00 |
|  | Review Docket re: objections to Docket No. 1267<br>*Case Administration/General* | .20 | $16.00 |
|  | Prepare Exhibit C to 7th Fee Application<br>*Fee Applications* | 1.6 | $128.00 |
| 12/21/01 | Forward copy of CNO re: Docket No. 1267 to D. Katz<br>*Case Administration/General* | .20 | $16.00 |
|  | Prepare Exhibit C to 7th Fee Application<br>*Fee Applications* | 2.6 | $208.00 |
| 12/26/01 | Prepare Exhibit C to 7th Fee Application<br>*Fee Applications* | 1.7 | $136.00 |
| 12/28/01 | Prepare Exhibit C to 7th Fee Application<br>*Fee Applications* | 3.5 | $280.00 |
|  | Prepare 7th Fee Application and Notice of same<br>*Fee Applications* | 1.0 | $80.00 |

| Date | Description | | |
|---|---|---|---|
| 12/31/01 | Prepare 7th Fee Application, exhibits and certificate of service<br>*Fee Applications* | 1.0 | $80.00 |
| | **Subtotal:** | **19.8** | **$1,584.00** |

**Total Time Expended/Fees:    37.1        $4,689.00**

**Costs Advanced:**

| Date | Type of Expense | Amount |
|---|---|---|
| 12/03/01 | Hearing Transcript (Wilcox & Fetzer Ltd.) | $47.50 |
| | Copies | $36.00 |
| | Postage | $9.27 |
| 12/04/01 | Document Scanning (Parcel's Inc.) | $353.05 |
| 12/05/01 | Computer Legal Research (Lexis-Nexis) | $26.33 |
| 12/10/01 | Courier Service (Tristate Courier & Carriage) | $50.45 |
| 12/14/01 | Fax to Scott L. Baena, Esq. & Jay Sakalo, Esq. | $6.00 |
| | Courier Service (Tristate Courier & Carriage) | $30.00 |
| 12/17/01 | Copies | $187.20 |
| | Postage | $31.50 |
| | Overnight Mail (Federal Express) | $87.37 |
| 12/19/01 | Fax to Scott L. Baena, Esq. & Jay Sakalo, Esq. | $4.00 |
| 12/20/01 | Copies | $12.00 |
| | Postage | $5.13 |
| | **Total:** | **$885.80** |

|  |  |
|---:|---:|
| **Total Fees:** | **$4,689.00** |
| **Total Expenses:** | **$885.80** |
| **Total Fees & Expense:** | **$5,574.80** |
| **Balance Due:** | **$5,574.80** |