Debt Acquisition Company of America V, LLC
2120 West Washington Street
San Diego, California 92110
Telephone: (619) 220-8900
Facsimile: (619) 220-8112

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re. | ) Chapter 11 |
| | ) Case No. 01-1139 (JJF) |
| W.R. GRACE & CO., et al., | ) |
| | ) |
| | ) **NOTICE OF TRANSFER OF** |
| Debtors. | ) **CLAIM OTHER THAN FOR** |
| | ) **SECURITY.** |
| | ) |
| _____ | Bankruptcy Rule 3001(e)(1) |

     PLEASE TAKE NOTICE that the unsecured claim of **LAKEVIEW VALVE & FITTING CO** (the "Transferor") against the Debtor in the amount of $1,243.10 and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC (the "Transferee"). The signature of the Transferor on the offer letter received (on file with the Transferee) is evidence of the transfer of the claims and all rights there under.

     The undersigned hereby submits this as evidence of the transfer pursuant to Rule 3001 (e) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the pre-petition claim originally held by **LAKEVIEW VALVE & FITTING CO** to Debt Acquisition Company of America V, LLC. The clerk of the court is authorized to change the address on the claim filed by transferor to that of the transferee listed below, following notice to the transferor.

TRANSFEROR:
LAKEVIEW VALVE & FITTING CO
11621 S AUSTIN AVE
ALSIP IL 60803

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on 1/17/02 at San Diego, California.

*Tom Scheidt*

Tom Scheidt