**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (AMW) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 01/22/02 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 1436**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Seventh Application of Ferry & Joseph, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of October 1, 2001 through November 30, 2001 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 22, 2002.

Pursuant to the Administrative Order Under 11 USC §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated May 3, 2001, the Debtors are authorized to pay Ferry & Joseph, P.A. $13,060.00 which represents 80% of the fees ($16,325.00) and $4,495.30, which represents 100% of the expenses requested in the Application for the period October 1, 2001 through

November 30, 2001, upon the filing of this certification and without the

need for entry of a Court order approving the Application.

                                        FERRY & JOSEPH, P.A.

                                        /s/Rick S. Miller
                                        Michael B. Joseph (#392)
                                        Theodore J. Tacconelli (#2678)
                                        Rick S. Miller (#3418)
                                        824 Market Street, Suite 904
                                        P.O. Box 1351
                                        Wilmington, DE. 19899
                                        (302) 575-1555
                                        Counsel to the Official Committee of Asbestos
                                        Property Damage Claimants

Dated: January 23, 2002

F:\Meredith\TJT\WRGraceCommittee\certificate.no.objection.7th.fee.app.wpd

## CERTIFICATE OF SERVICE

I, Rick S. Miller, Esquire, hereby certify that on this 23rd day of January, 2002, I caused one copy of the foregoing Certification of No Objection Regarding Docket Number 1436 to be served to the following persons in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/Rick S. Miller
Rick S. Miller, Esquire (#3418)

SERVICE LIST

**By hand:**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhatten Centre, 15th Flr.
1201 N. Market Street
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801


**By First Class Mail:**

Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd.
Los Angeles CA 90067-4100

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis

200 East Randolph Drive
Chicago, IL  60601


Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

Thomas Moers Mayer, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044