UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtor. | Chapter 11<br><br>Case Nos.: 01-1139 through 01-1200<br>(Jointly Administered)<br><br>Objection Deadline: February 15, 2002<br>at 4:00 PM<br>Hearing Date: February 25, 2002<br>at 8:00 AM |

## NOTICE OF MOTION TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE AND FOR POST-PETITION LEASE PAYMENTS

To:   All entities identified on the attached service list:

General Electric Capital Corporation has filed a **Motion to Compel Assumption or Rejection of an Unexpired Lease and for Post-Petition Lease Payments** which seeks the following relief:

Movant, General Electric Capital Corporation ("GE Capital") moves this Court pursuant to 11 U.S.C. § 365 for an order from the bankruptcy court compelling the Debtors to assume or reject certain unexpired Master Lease Agreement and for payment of post-petition amounts owed.

You are required to file a response to the attached Motion on or before **February 15, 2002 at 4:00 PM.**

At the same time, you must also serve a copy of the response upon movant's attorney:

Kevin J. Mangan, Esquire
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162

HEARING ON THE MOTION WILL BE HELD ON **February 25, 2002 at 8:00 AM.**

Document #: 8261

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

                                     **WALSH MONZACK AND MONACO, P.A.**

                                     _/s/ Kevin J. Mangan_
                                     KEVIN J. MANGAN (#3810)
                                     1201 Orange Street, Suite 400
                                     Wilmington, DE  19801
                                     (302) 656-8162

Date:  January 23, 2002          Attorneys for General Electric Capital Corporation