**Exhibit B**
August Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY COVERSHEET TO FIFTH MONTHLY INTERIM APPLICATION OF
WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
<u>AUGUST 1, 2001 THROUGH AUGUST 31, 2001</u>**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2001 through August 31, 2001. |
| Amount of compensation sought as actual, reasonable and necessary | $85,722.80 for the period August 1, 2001 through August 31, 2001 (80% of $107,153.50 in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $56,387.04 for the period August 1, 2001 through August 31, 2001. |

This is a:       Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | No objections served on Counsel | No objections served on Counsel |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | No objections served on Counsel | No objections served on Counsel |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | No objections served on Counsel | No objections served on Counsel |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | No objections served on Counsel | No objections served on Counsel |

As indicated above, this is the fifth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $420 | 136.4 | $57,288.00 |
| Angela Pelletier | Associate | $200 | 71.1 | $14,220.00 |
| William Hughes | Counsel | $305 | 158.6 | $48,373.00 |
| Tamara Parker | Associate | $260 | 25.3 | $6,578.00 |
| Anthony F. King | Partner | $375 | 1.2 | $450.00 |
| Alec Zacaroli | Associate | $185 | 14.6 | $2,701.00 |

| Peter Condron | Counsel | $335 | 1.8 | $603.00 |
|---|---|---|---|---|
| Sean R. Ward | Associate | $165 | 8.8 | $1,452.00 |
| Letta Sneed | Associate | $215 | 23.7 | $5,095.50 |
| David Dorsen | Counsel | $350 | .3 | $105.00 |
| Barbara Banks | Paralegal | $130 | 114.4 | $14,872.00 |
| Darlene Boozer | Legal Clerk | $95 | 40.5 | $3,847.50 |
| Natasha Bynum | Legal Clerk | $95 | 55.0 | $5,225.00 |
| Mahmoude Moasser | Paralegal | $130 | 49.4 | $6,422.00 |
| Rebecca Mitchell | Paralegal | $115 | 11.7 | $1,345.50 |
| Keith Kaider | Paralegal | $130 | 1.6 | $208.00 |
| Reilly Smith | Paralegal | $115 | 26.6 | $3,059.00 |
| | | | | |

Total Fees             $171,844.50

Total Hours            741.0

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfares | $12,392.38 |
| Outside Messenger | $49.91 |
| Auto Rental | $2,488.48 |
| Copies- Internal and Outside | $7,563.18 |
| Hotels | $14,164.68 |
| Facsimile | $291.00 |
| Lexis | $4,362.00 |
| Meals during Travel | $1,621.38 |
| Telephone | $780.22 |
| FedEx | $1,100.00 |
| Parking | $517.00 |
| Taxis/Miscellaneous Travel Expenses | $692.53 |
| Westlaw | $5,015.45 |
| Overtime Meals | $153.00 |
| Overtime Meals - Attorneys/Paralegals | $109.87 |
| Overtime Transportation | $590.63 |
| Secretarial Overtime | $540.12 |
| Postage | $31.21 |
| Deposition Costs | $3,780.00 |
| Amtrak | $144.00 |
| | |
| Total | $56,387.04 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by

the lawyers and other persons in the firm.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.    The facts set forth in the foregoing Application are true and correct to the best

of my knowledge, information and belief.

_____
Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 18th day of October 2001.

_____
Notary Public

My Commission Expires: *July 14, 2006*

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**VERIFIED APPLICATION OF WALLACE KING MARRARO & BRANSON FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE FIFTH INTERIM PERIOD FROM AUGUST 1, 2001 THROUGH AUGUST 31, 2001**

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as

amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below),

the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim

Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Wallace King Marraro & Branson

PLLC ("WKMB") as special litigation and environmental counsel for the above-captioned debtors

and debtors in possession (collectively, "Debtors") in connection with their chapter 11 cases, hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

applies for an order allowing it (i) compensation in the amount of $169,844.50 for the reasonable and necessary legal services WKMB has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that WKMB incurred in the amount of $56,387.04 (the ,"Application"), in each case for the period from August 1, through August 31, 2001 (the "Fee Period"). In support of this Application, WKMB respectfully states as follows:

### Retention of WKMB

1.       On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee."). On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders (the "Equity Security Holders' Committee," collectively with the Creditors' Committee, the Asbestos Personal Injury Committee and the Asbestos Property Damage Committee, the "Committees").

2.       By this Court's order dated June 21, 2001, the Debtors were authorized to retain WKMB as their special counsel, effective as of the Petition Date, with regard to environmental and litigation matters (the "Retention Order").  The Retention Order authorizes the Debtors to compensate WKMB at hourly rates charged by WKMB for services of this type and to be

reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

      *3.*     The Retention Order also allowed for a special fee arrangement with the Debtors in connection with a pending litigation matter, *Interfaith Community Organization v. Honeywell International, Inc. et al ('Honeywell litigation").* By Agreement with the Debtors, WKMB was entitled to receive its full standard hourly rates until June 21, 2001 when its standard hourly rates billed for the Honeywell litigation was reduced by 40% in return for an interest in the outcome of the Honeywell litigation. Thus, a 40% discount is applied to all professional fees billed after June 21, 2001.

      4.     As disclosed in the following affidavit:

> Affidavit of Christopher H. Marraro in Support of Application for Order Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Wallace King Marraro & Branson as Special Litigation and Environmental Counsel for the Debtors and Debtors in Possession (the "Original Affidavit"), filed June 4, 2001;

WKMB does not represent any interest adverse to the estates.

      5.     WKMB does not currently represent, but could in the future represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases. WKMB will update the Affidavits when WKMB becomes aware of material new information.

      6.     WKMB performed the services for which it is seeking compensation on behalf of the Debtors and their estates, and not on behalf of any committee, creditor or other person.

      7.     Pursuant to Fed. R. Bank. P. 2016(b), WKMB has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than

with the partners, counsel and associates of WKMB, or (b) any compensation another person or party

has received or may receive in connection with the Chapter 11 Cases.

       8.      This is the fifth application for interim compensation for services rendered

that WKMB has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

### Reasonable and Necessary Services Rendered by WKMB-- Generally

       9.      The WKMB attorneys who rendered professional services during this Fee

Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Christopher Marraro | Partner | 18 Years | Litigation | $420.00 | 136.40 | $57,288.00 |
| Anthony King | Partner | 11 Years | Litigation | $375.00 | 1.20 | $450.00 |
| William Hughes | Counsel | 10 Years | Litigation | $305.00 | 158.60 | $48,373.00 |
| Tamara Parker | Associate | 8 Years | Litigation | $260.00 | 25.30 | $6,578.00 |
| Angela Pelletier | Associate | 3 Years | Litigation | $200.00 | 71.10 | $14,220.00 |
| Peter Condron | Counsel | 13 Years | Litigation | $335.00 | 1.80 | $603.00 |
| Alec Zacaroli | Associate | 2 Years | Litigation | $185.00 | 14.60 | $2,701.00 |
| Sean R. Ward | Associate | 3 Years | Litigation | $165.00 | 8.80 | $1,452.00 |
| Letta Sneed | Associate | 4 Years | Litigation | $215.00 | 23.70 | $5,095.50 |
| David Dorsen | Counsel | 41 Years | Litigation | $350.00 | .30 | $105.00 |

10.     The paraprofessionals of WKMB who have rendered professional services in these cases during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Barbara Banks | Paralegal | 4 Years | Litigation | $130.00 | 114.40 | $14,872.00 |
| Darlene Boozer | Legal Clerk | 1 Year | Litigation | $95.00 | 40.50 | $3,847.50 |
| Natasha Bynum | Legal Clerk | 1.5 Years | Litigation | $95.00 | 55.00 | $5,225.00 |
| Mahmoude Moasser | Paralegal | 10 Years | Litigation | $130.00 | 49.40 | $6,422.00 |
| Keith Kaider | Paralegal | 4 Years | Litigation | $130.00 | 1.60 | $208.00 |
| Reilly Smith | Paralegal | 6 Months | Litigation | $115.00 | 26.60 | $3,059.00 |
| Rebecca Mitchell | Paralegal | 1.5 Years | Litigation | $115.00 | 11.70 | $1,345.50 |

Grand Total for Fees:                                      171,844.50
Less 40% Discount on Honeywell Matter 6:      ( 64,691.00)


Total Due              $107,153.50

11.     WKMB has advised and represented the Debtors in connection with certain litigation and environmental matters. These matters include the Honeywell litigation, cost recovery litigation against other private parties and representation of the Debtors before the U.S. Environmental Protection Agency in connection with the Libby, Montana asbestos remediation matter.

12.     The rates described above are WKMB 's hourly rates for services of this type. Attached as Exhibit A is a detailed itemization and description of the services that WKMB rendered during this Fee Period.  Based on these rates and the services performed by each individual, the reasonable value of such services is $161,727.50.  The WKMB attorneys and paraprofessionals

-5-

expended a total of 741.00 hours for these cases during this Fee Period. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

13.     Further, Exhibit A (a) identifies the individuals that rendered services in each Subject Matter, as defined and described below, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Each numbered tab in Exhibit A corresponds to the matter number that WKMB assigned to each Subject Matter. If a Subject Matter does not appear, then WKMB did not bill time or expenses for that Subject Matter during this Fee Period, but may bill time for that Subject Matter in the future.

## Reasonable and Necessary Services Rendered by WKMB

## Categorized by Matter

14.     The professional services that WKMB rendered during the Fee Period are grouped into the numbered and titled categories of subject matters described in Paragraphs 15-19 herein (the "Subject Matter(s)").

-6-

15.   Matter 6 – Honeywell litigation

(Fees: $161,727.50, Hours: 702.30)

This Subject Matter involves time spent in litigation against Honeywell International, Inc. to recover substantial costs and damages and to compel Honeywell to clean up nearly a million tons of chromium process waste disposed of by a Honeywell predecessor, Mutual Chemical Company. Included is time preparing and filing motions, working on fact and expert discovery, undertaking factual and legal research and analysis and attending court hearings.

16.   Matter 9 – Libby, Montana

(Fees: $5,403.50; Hours:14.10)

This Subject Matter describes activities concerning the representation of the Debtors before the U.S. Environmental Protection Agency relating to EPA's enforcement action concerning asbestos at Libby, Montana. Included is time for meetings with EPA and strategic planning.

17.   Matter 4 – Brewer Road Litigation

(Fees: $455.00; Hours: 3.50 )

This Subject Matter describes services rendered in connection with litigation against Zotos International, Inc to recover several million dollars already expended by the Debtors in the environmental cleanup of a property in Western New York State.

18.   Matter 5 – Motorwheel Superfund Site

(Fees: $4,258.50; Hours: 21.10)

This Subject Matter involves time responding to issues relating to the amendment of a Consent Decree between the U. S. Environmental Protection Agency, the Debtors and other private parties concerning the Motorwheel Superfund Site located in Lansing, Michigan. Included is time

related to advising the Debtors concerning the impact of the proposed amendment on their pending

Third Circuit appeal and on future cost recovery actions against other responsible parties.

### Actual and Necessary Expenses

19.      It is WKMB's policy to charge its clients in all areas of practice for

identifiable non-overhead expenses incurred in connection with the client's case that would not have

been incurred except for representation of that particular client. It is WKMB's policy to charge its

clients only the amount actually incurred by WKMB in connection with such items.  Examples of

such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses,

computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals,

and lodging. With respect to airfare expenses, all travel, by all individuals, is billed at the coach class

rate with allowances for class upgrades.

20.      WKMB charges:  (a) $0.15 per page for duplication and (b) $0.75 per page for

outgoing telecopier transmissions (plus related toll charges).  WKMB does not charge its clients for

incoming telecopier transmissions.  WKMB has negotiated a discounted rate for Lexis and Westlaw

computer assisted legal research, which is approximately $125/hour of online use of the standard

Westlaw databases and approximately $3.00/minute for Lexis databases. Computer assisted legal

research is used whenever the researcher determines that using Lexis/Westlaw is more cost effective

than using traditional (non-computer-based legal research) techniques.

21.      A summary of expenses by type, as well as a detailed itemization and

description of the disbursements made by WKMB on the Debtors' behalf during the Fee Period is

attached hereto as Exhibit B.  All of these disbursements comprise the requested sum for WKMB

out-of-pocket expenses, totaling $56,387.04. These disbursements are grouped in Exhibit B into the

same numbered and titled categories of Subject Matters as the fees are grouped in Exhibit A.  The

-8-

numbered tabs within <u>Exhibit B</u> correspond to the numbers assigned to the matters described in Paragraphs 15-19 herein. Any missing Subject Matters merely indicate that no expenses were attributed to such Subject Matters during the Fee Period, although expenses may be attributable to such Subject Matters in the future. A summary of expenses by category for the entire Fee Period is also set forth in <u>Exhibit B</u>.

<b><u>Representations</u></b>

22.    WKMB believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

23.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. WKMB reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

24.    In summary, by the Application, WKMB requests compensation for fees and expenses in the total amount of $226,231.54, consisting of (a) $169,844.50 for reasonable and necessary professional services rendered and (b) $56,387.04 for actual and necessary costs and expenses.

WHEREFORE, WKMB respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the reasonable and necessary professional services WKMB has rendered to the Debtors during the Fee Period ($84,122.80 after credits) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by WKMB during the Fee Period ($56,387.04); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Washington, D.C.
Dated: October 16, 2001

Respectfully submitted,

WALLACE KING MARRARO & BRANSON PLLC

_____

Christopher H. Marraro
1050 Thomas Jefferson Street N.W.
Washington, D.C. 20007
(202) 204-1000

# EXHIBIT A

# MATTER 6 - HONEYWELL
# FEES - AUGUST 2001

**Wallace**
**King**
**&**
**Marraro**
**Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 18, 2001

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12381

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 08/01/01 | NAB | Prepare supplemental production documents to be sent to Phillip Goad. | 3.50 |
|  | DB | Analyzed and incorporated new documents into case files, prepared labels, files and indices. | 7.50 |
|  | BB | Continue review and quality check of in-house CDs of production documents (.8 hrs.); cross-reference against production files and note omissions for Ms. Pelletier and draft memo of results (1.0 hrs.); review, analyze and incorporate new case documents into case files and create new files (2.8 hrs.); review new deposition transcripts and exhibits, install on server and Summation and incoproate into case files (.5 hrs.); analyze problem areas of production CDs and devise plan for correction and provide guidance and direction to Ms. Boozer for scanning additional documents onto CD (.5 hrs.). | 5.60 |

W. R. Grace & Co.                                                                  Page    2

|            |      |                                                                                                                                                                                                                                                                                                                                          | Hours |
|------------|------|------|---|
| 08/01/01 | CHM | Analyzedepositions (4.5 hrs.); conference call with experts (1.0 hrs.); prepare response to Lowenstein re privilege documents (2.0 hrs.). | 7.50 |
| 08/02/01 | DB | Assist Mrs. Banks with the review and copying of Grace documents in preparation for the up-coming deposition. | 3.00 |
|  | TP | Telephone conference with Dr. Schmiermund re site photos. | 0.20 |
|  | BB | Research Westlaw re update NJ Spill Compensation and Control Act and prepare additional statute binders (2.8 hrs.); review and provide guidance to litigation clerk regarding preparation of additional production documents for scanning (.4 hrs.); review, analyze, organize, coordinate and prepare new case and expert supporting documents and incorporate into case files (4.3 hrs.). | 7.50 |
|  | CHM | Conference call to D. Field with follow-up letter (.8 hrs.); review Mutual documents (3.5 hrs.); review Roned Realty motions (1.2 hrs.). | 5.50 |
|  | NAB | Load deposition ASCII disk onto server and summation (.5 hrs.); file and index deposition transcripts (2.0 hrs.); review, file, index and label case documents (5.0 hrs.). | 7.50 |
| 08/03/01 | BB | Incorporate new documents and pleadings into files. | 3.30 |
|  | NAB | Review, file, index and label case documents. | 7.50 |
|  | DB | Assisted Mrs. Banks with the review and preparation of Grace documents in preparation for the up coming deposition. | 7.50 |

W. R. Grace & Co.                                                    Page    3

|  |  |  | Hours |
|---|---|---|---|
| 08/03/01 | TP | Review briefs for Mr. Manuel from Weja trial related to commingled chromium and gasoline. | 0.70 |
| 08/06/01 | CHM | Conference with expert (.3 hrs.); prepare for Davis deposition (.8 hrs.). | 1.10 |
|  | BB | Review, analyze, coordinate and prepare new pleadings for incorporation into case files (5.8 hrs.); collect and prepare pertinent documents for Mr. Marraro (2.1 hrs.); consult with Mr. Marraro and Ms. Pelletier re research (.2 hrs.); research production database and review and analyze production documents and production CDs for crucial document for Mr. Marraro (1.3 hrs.). | 9.40 |
|  | NAB | Review, file, index and label case documents. | 7.50 |
|  | ACZ | Discussion with B. Hughes regarding response to questions of expert Mike Holloday and call to Mike Holloday. | 0.60 |
|  | AP | Draft Answer to Honeywell's Second Amended Cross-Claims. | 3.50 |
| 08/07/01 | MM | Office conference with Ms. Pelletier re various tasks to be completed (0.2 hrs.); search case material and produce declaration copies of Bill E. Miller, Julie Vanmiddlesworth and David Cleary and proposed order granting summary judgment on the RCRA claim and forward with cover letter to Steven German, re per Ms. Pelletier's request (1.1 hrs.); color copier at Kinko, Capitol, Hill to produce exhibits attached to the stated declaration of Julie Vanmiddlesworth (1.2 hrs.); prepare and mail package to Mr. Green form the U.S. Postal Office, Capitol Hill (0.4 hrs.); preliminary organization of recently filed motion for summary judgments, oppositions and replies | 4.10 |

W. R. Grace & Co.                                                    Page      4

                                                                **Hours**

|            |       | for future review of all counsel per Ms. Pelletier's request (1.2 hrs.). | |
|------------|-------|--------------------------------------------------|------|
| 08/07/01 | CHM | Prepare motion to strike (2.2 hrs.); conference with J. Agnello (.5 hrs.); conference with plaintiffs re various issues (1.2 hrs.); conference with client (.5 hrs.). | 4.40 |
| | BB | Research defendants' summary judgment brief, opposition briefs and reply brief for pertinent information for Mr. Marraro (1.0 hrs.); scan new documents and incorporate into electronic files (.8 hrs.) collect pertinent documents for Mr. Marraro for meeting with client (.2 hrs.); incorporate new correspondence and documents into indexed case files and create new files (7.8 hrs.). | 9.80 |
| | AP | Draft Answer to Honeywell's Second Amended Cross-Claims (2.5 hrs.); review Honeywell Reply Brief on Summary Judgment (.5 hrs.); review prior week's correspondence (1.0 hrs.). | 4.00 |
| | TP | Calls and emails with Dr. Koch, Mr. Marraro and Mr. Boenning re scheduling of deposition for Dr. Koch and arrangements to meet with her for preparation (.9 hrs.); study incoming case correspondence including Honeywell brief re Grace's late production of document re site condition (1.9 hrs.). | 2.80 |
| 08/08/01 | PCC | Telephone conference with Messrs. Agnello and Marraro regarding accounting issues. | 0.20 |
| | CHM | All-day trial preparation meeting with J. Agnello. | 9.50 |

W. R. Grace & Co.                                                           Page    5

|            |     |                                                                                                                                                                                                                                            | Hours |
|------------|-----|---|---|
| 08/08/01   | BB  | Read, coordinate, and prepare pretrial and local trial instruction materials for case attorneys. | 1.30  |
|            | TP  | Email to Dr. Koch re deposition location and preparation. | 0.20  |
|            | MM  | Review e-mail from Ms. Banks re status of case and leave coverage (.1 hrs.); continue to review and organize all filed briefs re motion for summary judgments (i.e., from 6/13; 7/10 and 7/23) into binders for future convenience, pending (4.1 hrs.). | 4.20  |
|            | AP  | Research sufficiency of Honeywell's RCRA allegations and draft answer. | 4.10  |
| 08/09/01   | ACZ | Research for P. Condron, C. Marraro on potential effect of reallocation of debt by a party on its vunerability to corporate veil-piercing arguments by opposing parties (8.3 hrs.); draft email to P. Condron regarding results of research into corporate veil-piercing issues (.6 hrs.). | 8.90  |
|            | BB  | Consult with Ms. Parker re deposition preparation for expert on 8/14 and collect and prepare supporting documents for analysis (.3 hrs.); incorporate new documents into case files (.7 hrs.). | 1.00  |
|            | AP  | Review privileged documents and privilege log to determine whether supplemental log required (2.0 hrs.); review report of Allied hearing team (1.7 hrs.); review documents relating to Chromium toxicity (.9 hrs.); review deposition of Ted Delaney (1.4 hrs.). | 6.00  |

W. R. Grace & Co.                                                                     Page     6

|  |  |  | **Hours** |
|---|---|---|---|
| 08/09/01 | WH | Conferences with Messrs. Valera and Schmiermund re review/comment on their deposition transcripts and trial preparation matters (1.8 hrs.); conference with Mr. Golliday re review and comments on Dr. Brown's and Bruce James' deposition transcripts (.8 hrs.); review Bruce James' deposition transcript (3.7 hrs.); review and analyze Honeywell's Motion To Supplement Motion Record and research re opposition to same (2.6 hrs.); review recent case correspondence/pleadings (.7 hrs.). | 9.60 |
|  | TP | Reviewed Koch expert report and began review of documents that she considered including Delaney report and call with Mr. Hughes re Dr. Koch's deposition preparation. | 3.20 |
|  | MM | Office conferences with Ms. Pelletier re various task to be completed (.6 hrs.); continue to review and organize various case files relating to briefs, oppositions and replies recently filed (i.e., 6/13/01, 7/10/01 and 7/23/01) and create binders containing same with indexes and provided all to Ms. Pelletier as requested (7.2 hrs.); review all declarations filed recently by all parties and organize them in to a binder with index and provided all to Ms. Pelletier as requested (1.3 hrs.); case management (.8 hrs.). | 9.70 |
|  | NAB | Locate and copy Walsh deposition for A. Pelletier. | 0.50 |
|  | CHM | Review Walsh deposition (1.5 hrs.); prepare letter to Golden (.5 hrs.); review Mutual documents (1.5 hrs.); prepare letter to Stewart (.5 hrs.). | 4.00 |

W. R. Grace & Co.                                                          Page      7

|  |  |  | **Hours** |
|---|---|---|---|
| 08/10/01 | TP | Reviewed documents relied upon by Dr. Koch in preparation for her deposition (7.6 hrs.); telephone conference with Mr. Hughes re strategy for preparation for Koch deposition (.2 hrs.); office conference with Ms. Banks re production of Koch documents and box of documents lost by federal express (.3 hrs.). | 8.10 |
|  | BB | Review and prepare new deposition transcripts and install on Summation and in electronic files (.8 hrs.); assist Ms. Robinson and Ms. Parker with resolving issues with experts supporting documents for local counsel (.4 hrs.); review, prepare and incorporate supporting documents of defendants' experts into case files (2.7 hrs.); review, analyze and incorporate new case documents, pleadings and deposition transcripts and exhibits into case files (3.8 hrs.); update case calendar and forward via e-mail to case attorneys, staff and local counsel (.3 hrs.). | 8.00 |
|  | WH | Conference with Mr. Marraro re status of payments to experts and trial prep matters (.6 hrs.); conferences with Mr. Nagy's staff re payment of experts (.4 hrs.); conference with paralegals re collecting expert invoices and review of same (1.7 hrs.); work on opposition to Honeywell's motion to supplement summary judgment record (2.8 hrs.); review reply brief in support of ICO's and Grace's motion for partial summary judgment on RCRA claims (.7 hrs.); confer with Mr. Davis re review of his deposition transcript and trial prep issues (.6 hrs.); review Davis' deposition transcript (3.1 hrs.). | 9.90 |
| 08/11/01 | CHM | Prepare for AAA depositions. | 6.00 |

W. R. Grace & Co.                                                          Page    8

|  |  |  | Hours |
|---|---|---|---|
| 08/12/01 | CHM | Prepare for AAA depositions. | 5.00 |
|  | TP | Reviewed documents relied upon by G. Koch and briefs on issues of recovery and response cost contribution in preparation for Koch deposition. | 5.10 |
| 08/13/01 | TP | Office conference with Mr. Hughes re documents relied upon by G. Koch in preparation for her deposition and locating particular documents to be considered in preparing Koch for deposition (.4 hrs.); e-mail with G. Koch re meeting to prepare for deposition (.1 hrs.); attorney meeting (1.7 hrs.); | 2.20 |
|  | PCC | Review Mr. Zacaroli's research regarding corporate veil issues (.3 hrs.); office conference with Mr. Marraro regarding veil issues (.2 hrs.); telephone conference with Messrs. Marraro and Agnello regarding veil issues (.1 hrs.). | 0.60 |
|  | AP | Review documents relating to chromium toxicity. | 3.00 |
|  | MM | Revise case calendar re e-mail from Ms. Banks. | 0.10 |
|  | WH | Review Brian Delaney's expert report and deposition transcript in preparation for Ms. Koch's deposition on Aug. 15th (4.2 hrs.); review new case correspondence/filings (.6 hrs.); conference with Ms. Banks re assignments (.4 hrs.); conference with Ms. Pelletier re preparing an answer to Honeywell's amended cross-claims and moving for summary judgment as to the amended claims against Grace & Co. and Grace Ltd. (.7 hrs.); review Honeywell's amended cross-claims (.6 hrs.); confer with Ms. Koch re her deposition (.8 hrs.); review Ms. Koch's documents and the | 9.70 |

W. R. Grace & Co.                                                              Page    9

                                                                              __Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | NCP in prep for Ms. Koch's deposition (2.4 hrs.). |  |
| 08/13/01 | BB | Consult with Mr. Marraro re 8/14/01 depositions and prepare materials for depositions (.5 hrs.); make call to deponent re 8/15 deposition (.1 hrs.); consult with Ms. Parker re pertinent document research CD and place call to expert re same for Ms. Parker (.1 hrs.); prepare fax with errata sheets to additional experts for Mr. Hughes and consult with Ms. Campbell re same (.1 hrs.); review record of experts review of their deposition transcripts and errata sheets and prepare summary for Mr. Hughes (3.3 hrs.); review, analyze, prepare and incorporate new correspondence and pleadings into indexed files (2.4 hrs.); collect, prepare, coordinate and organize pertinent documents for depositions (1.5 hrs.); send e-mail and consult with Mr. Hughes re 8/14 deposition preparation and 8/16 deposition (.1 hrs.); makea confirmation call to court reporter re 8/14 depositions (.3 hrs.). | 8.40 |
|  | CHM | Study Wells deposition (1.8 hrs.); conference call with H. McGuire (.5 hrs.); prepare June Fee Application (2.5 hrs.). | 4.80 |
| 08/14/01 | WH | Prepare Ms. Koch for her deposition (8.6 hrs.); site visit with Ms. Koch (1.8 hrs.). | 10.40 |
|  | AP | Review Honeywell's motion to supplement the record (.5 hrs.); research for opposition brief (3.8 hrs.). | 4.30 |
|  | BB | Respond to inquiry from case expert (.2 hrs.); prepare cover letter to case expert (.3 hrs.); collect and fax pertinent documents re reply to defendants' second amended cross-claims for Mr. Hughes (.8 hrs.); research case files, | 7.00 |

W. R. Grace & Co.                                                    Page    10

|  |  |  | Hours |
|---|---|---|---|
|  |  | collect and prepare documents to send to case expert in preparation for trial for Mr. Hughes and place follow-up call and e-mail re same (3.7 hrs.); research and cross-reference pertinent documents against production documents for Ms. Pelletier (2.0 hrs.). |  |
| 08/14/01 | CHM | All-day deposition of AAA (9.0 hrs.); prepare deposition memo (1.2 hrs.). | 10.20 |
|  | RLS | Office conference with Ms. Banks and Ms. Manago regarding document review project (.1 hrs.); conduct review of produced documents to ascertain whether a particular memorandum was produced (2.0 hrs.). | 2.10 |
|  | TP | Prepared fax to B. Hughes with document for Koch deposition. | 0.10 |
| 08/15/01 | WH | Prepare Ms. Koch for her expert deposition (1.2 hrs.); defend Ms. Koch's deposition (6.8 hrs.); confer with Ms. Koch re her deposition and follow-up assignments (.7 hrs.); confer with Ms. Banks re collecting/reviewing Honeywell's invoices and other documents relied upon by Honeywell's NCP expert (.4 hrs.); confer with Ms. Pelletier re status of draft answer and SJ motion re claims against Grace & Co. and Grace Ltd. (.3 hrs.). | 9.40 |
|  | MM | Office conference with Ms. Pelletier re producing various cases (.1 hrs.); search Lexis-Nexis and Westlaw re same (.9 hrs.); review and incorporate recent correspondence and memoranda into files and revise indexes (.7 hrs.). | 1.70 |
|  | BB | Incorporate new correspondence into indexed case files and create new files (4.2 hrs.); review, organize and prepare case documents | 6.30 |

W. R. Grace & Co.                                                                        Page    11

|  |  | Hours |
|---|---|---|
|  | and create case files (1.2 hrs.); provide pertinent information re counsel of record and prepare certificate of service re reply to defendants' motion to supplement motion record for Ms. Pelletier (.4 hrs.); assist Ms. Camptell and Ms. Robinson re expert invoices (.5 hrs.). |  |
| 08/15/01 AP | Call with D. Field regarding potential stipulation on RCRA claim (.2 hrs.); conference with C. Marraro and J. Agnello re manner of proceeding on RCRA claim (.6 hrs.); research connection between CERCLA/RCRA claims for letter brief to judge (5.3 hrs.). | 6.10 |
| CHM | Review expert depositions (3.6 hrs.); conference with J. Agnello re various issues (1.0 hrs.); conference with client re development issues (.5 hrs.). | 5.10 |
| 08/16/01 CHM | Review expert depositions (6.5 hrs.); conference with J. Agnello re motion to strike (.3 hrs.); meeting with team re pre-trial order (2.2 hrs.). | 9.00 |
| ACZ | Discussions with B. Hughes regarding assistance in preparation of upcoming trial, including tasks needed to prepare soil contamination element of case. | 0.50 |
| RLS | Office conference with Ms. Banks (.2 hrs.); review recently produced documents and create bates labels (.5 hrs.); label newly produced documents and make a copy (.3 hrs.); compose letter to Dr. Goad enclosing recent documents for incorporation into his database (.6 hrs.); review and organize file from Ms. Banks (1.5 hrs.); label files and boxes of documents | 5.80 |

W. R. Grace & Co.                                                        Page    12

                                                                           __Hours__

                    accordingly (2.3 hrs.); scan pictures received
                    from Ms. Banks (.4 hrs.).

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/16/01 | WH | Conferences with Ms. Banks and Mr. Zacaroli re organizing and analyzing Honeywell's cost documents (.8 hrs.); review same and other documents relied upon by Mr. Delaney (3.6 hrs.); legal research re NCP challenges to Honeywell's costs at the site (1.2 hrs.); review Honeywell's motion to amend record and confer with Ms. Pelletier re drafting opposition to same (1.3 hrs.); review record for documents to be used in opposition to Honeywell's motion to supplement (1.7 hrs.); confer with Ms. Koch re her review of Delaney's documents (.6 hrs.); confer with Mr. Marraro re trial prep issues (.4 hrs.). | 9.60 |
| | BB | Review, analyze, organize, prepare, coordinate and incorporate new pleadings, correspondence case and expert supporting documents, deposition transcripts and exhibits into indexed case files and create new files ((10.2 hrs.); prepare case documents for litigation clerk (.6 hrs.); consult with Mr. Hughes and Mr. Kaider re Summation project for defendants' experts' supporting invoices and consult with Ms. Pelletier re results (.3 hrs.). | 11.10 |
| 08/17/01 | CHM | Review documents re Allied fire in Baltimore re chrome (1.2 hrs.) lengthy conference call with IT re litigation preparation on health issues (1.3 hrs.). | 2.50 |
| | WH | Review Peter Deming's deposition transcript and confer with Dr. Valera re same and follow-up assignments to be used in support of related motion in limine (5.4 hrs.); confer with Mr. Marraro and Ms. Pelletier re pretrial motions and other trial prep matters (.7 hrs.); | 9.20 |

W. R. Grace & Co.                                                                      Page    13

                                                                                        __Hours__

|            |      |                                                                                                                                                                                                                                                                                                                    | Hours |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |      | review Mr. Agnello's draft sanctions motions re Honeywell's entire controversy argument and provide comments on same (.8 hrs.); review and revise Ms. Pelletier's draft answer to Honeywell's amended cross-claims (2.3 hrs.).                                                                                            |       |
| 08/17/01   | RLS  | Review boxes and folders of documents received from Ms. Banks (1.5 hrs.); organize and label boxes and folders of documents (4.4 hrs.); scan recent pictures received from Dr. Chapman (1.1 hrs.).                                                                                                                      | 7.00  |
|            | PCC  | Review motion to strike (.2 hrs.); draft memo to Mr. Marraro regarding legal basis for motion and argument (.8 hrs.).                                                                                                                                                                                                   | 1.00  |
|            | AP   | Research and draft brief in opposition to Honeywell's motion to supplement the record.                                                                                                                                                                                                                                  | 5.20  |
|            | NAB  | Scan correspondence onto server.                                                                                                                                                                                                                                                                                        | 3.50  |
|            | MM   | Office conference with Mr. Hughes re various research projects to be completed (.2 hrs.); review recently received errata sheet from Gary R. Walter, Ph.D. and compared his revised answers against actual deposition transcript (.7 hrs.); follow-up office conference with Mr. Hughes re results of comparison and Dr. Walter's serious changes (.3 hrs.); case management (.6 hrs.). | 1.90  |
|            | ACZ  | Review expert reports on groundwater and soil contamination issues to assist B. Hughes in preparation of contamination portion of trial.                                                                                                                                                                                | 1.30  |
| 08/19/01   | WH   | Review Grace's cross-claims and other pertinent document in preparation for meeting in NJ with Messrs. Marraro and Agnello re case.                                                                                                                                                                                      | 2.30  |

W. R. Grace & Co.                                                     Page    14

|  |  |  | Hours |
|---|---|---|---|
| 08/20/01 | RLS | Review and label boxes of documents received from Ms. Banks. | 1.70 |
|  | CHM | Trial preparation session in NJ with J. Agnello. | 8.00 |
|  | WH | Meeting with Messrs. Marraro and Agnello in Roseland, NJ re case strategy and trial prep matters (7.6 hrs.); conference with Ms. Pelletier re drafting letter to Judge Cavanaugh re motion for summary judgment on Honeywell's claims against Grace & Co. and Grace Ltd (.3 hrs.); confer with Mr. Golliday re trial prep issues (.3 hrs.). | 8.20 |
|  | AP | Review cases relating to supplementation of summary judgment record and cases cited by Honeywell and finalize draft of brief in opposition. | 8.30 |
|  | MM | Office conference with Ms. Pelletier re producing various correspondence for her review (.1 hrs.); review e-mail from Ms. Pelletier re same (.1 hrs.); search case material (i.e., correspondence index/correspondence binders) and produce requested correspondence to Ms. Pelletier (.3 hrs.); draft memo to Gary R. Walter, Ph.D.'s file per Mr. Hughes re his correction to his 7/10/01 deposition attaching copies of his deposition and errata sheet stating the corrections for future notice (.3 hrs.). | 1.90 |
|  | TP | Read briefs re Grace's request for sanctions against Honeywell for misrepresentation related to entire controversy argument and Rhone's reply on motion to dismiss. | 1.20 |
|  | NAB | Scan correspondence onto server. | 7.50 |

W. R. Grace & Co.                                                           Page   15

|  |  | **Hours** |
|---|---|---|
| 08/21/01 NAB | Locate Charles Brooks (Grace) letter to David Schottwell (NJDEP) dated 7/6/82 for A. Pelletier (1.0 hrs.); scan case correspondence to server (6.5 hrs.). | 7.50 |
| CHM | Conference with F. Shea (.3 hrs.); revise Grace defendant's Answer to RCRA claim (1.2 hrs.); review expert depositions (3.5 hrs.). | 5.00 |
| WH | Prepare list of defenses to Honeywell's amended cross-claims (1.3 hrs.); review and revise draft answer to Honeywell's amended claims and coordinate filing/service of same (2.8 hrs.); collect and review documents used as exhibits in fact/expert depositions in preparation for pretrial conference (4.6 hrs.). | 8.70 |
| AP | Gather, prepare and incorporate documentary evidence into brief in opposition to motion to supplement summary judgment record (4.5 hrs.); conference with Bill Hughes re brief in opposition to motion to supplement record (.5 hrs.); conference with M. Moasser regarding cite check and filing of brief (.8 hrs.). | 5.80 |
| MM | Office conferences with Ms. Pelletier re various tasks to be completed for up-coming filing on 8/27/01 (i.e., brief of W.R.Grace & Co., W.R.Grace, Ltd., and ECARG, Inc., in opposition to Honeywell's motion to supplement the records on summary judgment) (.3 hrs.); search case material and produce various documents to be used in stated brief (4.6 hrs.); search Grace databases re same (.6 hrs.); review brief and organize all exhibits accordingly with tabs (.2 hrs.); office conference with Mr. Marraro re search files for handwritten notes to Harry Pierson (.4 hrs.) | 6.10 |

W. R. Grace & Co.                                                                    Page    16

|  |  |  | Hours |
|---|---|---|---|
| 08/21/01 | LS | Office conference with Mr. Hughes re legal research (.4 hrs.); legal research re privilege waiver for consultant/expert dual role (3 hrs.). | 3.40 |
| 08/22/01 | AP | Draft letter to Judge on issue of Honeywell's new RCRA claim. | 1.50 |
|  | RLS | Review and incorporate new documents received during deposition into the case file (2.3 hrs.); office conference with Ms. Manago regarding Chapman documents (.3 hrs.). | 2.60 |
|  | MM | Follow-up with Mr. Hughes re status of pending brief to be filed on 8/27/01 (.4 hrs.); review and re-organize various exhibits (i.e., a-j) to be attached to stated brief; office conference with Ms. Pelletier re same (1.0 hrs.). | 1.40 |
|  | LS | Legal research re privilege waiver for consultant/expert dual role. | 6.10 |
|  | CHM | Conference with plaintiffs re various issues regarding status conference (.8 hrs.); review letter from Watson Johnson Landfill (.5 hrs.); conference with Obradovic re same (.2 hrs.); conference with A. Nagy re development (.8 hrs.); review Honeywell's response to Roned summary judgment (1.2 hrs.). | 3.50 |
|  | TP | Reviewed recent correspondence including briefs related to Honeywell's motion to supplement record. | 1.50 |
|  | WH | Review selected portions of the transcript of Mr. Wong's deposition in the insurance coverage case and designate for use at trial (4.2 hrs.); review selected portions of the transcript of Mr. Walerko's first deposition in the *ICO* case and designate for use at trial (2.2 hrs.); review and collect key Honeywell/DEP | 9.30 |

W. R. Grace & Co.

Page    17

**Hours**

correspondence to be used in support of NCP
challenge on Honeywell's response costs at the
Site (1.8 hrs.); review recent case
correspondence/pleadings and confer with Ms.
Banks re circulation and filing of same (.6
hrs.); review Honeywell's most recent site
inspection report (.2 hrs.); confer with Ms.
Banks re payment of expert invoices and
follow-up tasks re same (.3 hrs.).

| | | | |
|---|---|---|---|
| 08/23/01 | MM | Office conference with Ms. Pelletier re status of various tasks to be completed for filing of brief (i.e., exhibits, etc.) (.1 hrs.); office conference with Mr. Hughes re producing various case material for his review in preparation of finalizing state brief (.1 hrs.); search case material and produce various documents for Mr. Hughes' review (.4 hrs.); follow-up office conference with Mr. Hughes re pending exhibits to be attached to stated brief and their particular order and any additional exhibits to be produced (.2 hrs.); search case material for additional exhibits to be produced (2.1 hrs.); telephone conference with Ms. Flax re advising her of status of brief and that all exhibits to be attached to brief were going to be sent to her via FedEx for 8/24/01 delivery and other miscellaneous case issues (.3 hrs.); prepare all exhibits (i.e., A-K) to be FedEx to Ms. Flax and forward with memorandum accordingly (.4 hrs.); case management (.7 hrs.). | 3.60 |
| | KK | Prepare documents for bates labeling and copying (.7 hrs.); prepare litigation chart of cross claims for Mr. Hughes (.9 hrs.). | 1.60 |
| | ACZ | Research whether and under what circumstances the summary judgment record can be reopened by a party seeking to | 1.30 |

W. R. Grace & Co.                                                              Page    18

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | __Hours__ |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |      | supplement record (1.0 hrs.); discussions with B. Hughes regarding same (.3 hrs.).                                                                                                                                                                         |           |
| 08/23/01   | LS   | Legal research re privilege waiver for consultant/expert dual role.                                                                                                                                                                                        | 0.60      |
|            | WH   | Review transcript of Mr. Walerko's second deposition in the *ICO* case and designate for use at trial (4.2 hrs.); review transcripts of Mr. Kyles' (Parsons) depositions and designate for use at trial (4.5 hrs.); review recent case correspondence/pleadings (.3 hrs.). | 9.00      |
|            | AP   | Review and revise draft letter to Judge regarding new RCRA claim (.5 hrs.); review Roned briefs on summary judgment (1.5 hrs.); review deposition of David Walsh (2.0 hrs.).                                                                                 | 4.00      |
|            | RLS  | Continue review and preparation of Dr. Chapman documents (2.2 hrs.); prepare correspondence to Dr. Phillip Goad re new Chapman documents (.2 hrs.).                                                                                                         | 2.40      |
|            | CHM  | Draft opposition of motion to supplement (2.5); meeting with plaintiffs' attorneys re various issues re status conference (2.0 hrs.).                                                                                                                        | 4.50      |
| 08/24/01   | WH   | Revise and finalize Grace's opposition to Honeywell's motion to amend the summary judgment record (5.2 hrs.); confer with Ms. Flax re filing/serving Grace's opposition brief (.4 hrs.); review Judge Cavanaugh's guidelines re preparing the pretrial order and prepare file memo summarizing same (2.6 hrs.); confer with Ms. Flax re Honeywell's opposition to Grace's sanction motion (.3 hrs.); conference with Mr. Kaider and Ms. Banks re preparing Summation database of key documents for trial (.4 hrs.). | 8.90      |

W. R. Grace & Co.                                                                        Page    19

|  |  | **Hours** |
|---|---|---|
| 08/24/01 MM | Office conferences with Mr. Hughes, Ms. Pelletier and Mr. Marraro re searching case material and producing various documents to be used as references and as exhibits to pending brief to be filed on 8/27/01 (.4 hrs.); search Westlaw and produce case for Mr. Marraro (i.e., *United States v. Tarkowski*, 2473, 2001 WL 3888933 (7th Cir. 2001)) (.2 hrs.); forward (via  fax and regular mail) correspondence to Michael Caffrey from Mr. Hughes (.1 hrs.); follow-up office conference with Mr. Hughes re status of current exhibits being used in stated brief (.2 hrs.); review and cite check stated brief per Mr. Marraro's request (1.1 hrs.); search case material and forward via fax to Ms. Flax a copy of expert report of Julio Emilio Valera to be used as exhibit I to the state brief (.3 hrs.); telephone conference with Ms. Flax re same and status of brief (.2 hrs.); review final brief received from Mr. Marraro and re-organize exhibits accordingly and fill in various dates (1.2 hrs.); review final brief with all exhibits received from Mr. Hughes and forward all to Ms. Flax via e-mail for review and filling on 8/27/01 (.4 hrs.); case management (.3 hrs.). | 4.40 |
| CHM | Several calls with Grace and Kirkland re lift automatic stay (1.5 hrs.); conference with J. Agnello re same (.3 hrs.); edit motion to Court on lifting stay (.7 hrs.); prepare for status conference (1.5 hrs.); conference with Terris Pravlik re status conference (.3 hrs.). | 4.30 |
| LS | Draft summary of legal research findings (.9 hrs.); legal research re privilege waiver for consultant/expert dual role (.2 hrs.). | 1.10 |

W. R. Grace & Co.                                                    Page    20

|  |  | Hours |
|---|---|---|
| 08/24/01 AP | Review pretrial order requirements and model (1.0 hrs.); review depositions from Weja case forwarded by B. Hatfield (1.3 hrs.); review documents relating to chromium toxicity and site chromium levels (2.7 hrs.). | 5.00 |
| 08/27/01 CHM | Attend status conference in New Jersey (3.5 hrs.); work with J. Agnello on trial preparation (4.0 hrs.); prepare memo re status conference. (1.5 hrs.). | 9.00 |
| RLS | Office conference with Ms. Banks re Chapman documents (.1 hrs.); review and bates label remaining documents, including pictures (1.2 hrs.); print photographs from the scanned imagines which will be included in the mailing to Dr. Goad and Chapman (1.5 hrs.); prepare packages for Drs. Goad and Chapman (1.1 hrs.); compose letter to accompany package to Dr. Chapman (.4 hrs.); review boxes of test and reports received from Ms. Manago and properly label them (.7 hrs.); scan Langan report for Ms. Banks (.3 hrs.). | 5.00 |
| BB | Review and sort new case correspondence, pleadings and documents and incorporate into indexed case files and create new files (4.0 hrs.); consult with Mr. Hughes re trial preparation and deposition transcript corrections project (.2 hrs.). | 4.20 |
| MM | Review various case documents and incorporate into existing files according to Bates range (1.1 hrs.); office conference with Mr. Hughes re miscellaneous matters and tasks to be completed (.8 hrs.). | 1.90 |
| WH | Conferences with Ms. Flax and Mr. Marraro re status conference with Judge Cavanaugh (.7 hrs.); collect and review documents used as | 9.60 |

W. R. Grace & Co.                                                                    Page    21

                                                                              <u>Hours</u>

exhibits and in preparation for key fact/expert
depositions in preparation for pretrial
conference (5.6 hrs.); conferences with Ms.
Banks re developing plan for collecting and
cataloging Grace's trial exhibits (1.2 hrs.);
review Gary Walter's changes to his deposition
transcript and confer with Dr. Davis re same (.8
hrs.); review ASTM materials in connection
with challenge to Honeywell's expert (.6 hrs.);
begin preparing list of legal issues for inclusion
in pretrial order (.7 hrs.).

| | | | |
|---|---|---|---|
| 08/28/01 | MM | Office conference with Ms. Banks and Ms. Boozer re various documents to be produced from the Grace databases in connection privileged documents (.2 hrs.); search databases and produced various documents pursuant to Mr. Marraro's request (1.1 hrs.); review various binders containing privileged documents and produced copies of same (2.2 hrs.). | 3.50 |
| | LS | Draft letter to opposing counsel seeking production of documents on consultant's privilege log (.5 hrs.); review Mr. Deming's deposition transcript re find testimony to support privilege waiver argument for consultant/expert dual role (.5 hrs.); office conference with Mr. Hughes re legal research (.2 hrs.); legal research re disqualification of exprt on a Daubert motion (6.0 hrs.). | 7.20 |
| | DB | Assisted Mrs. Banks with the review and copying of documents. | 7.50 |
| | DB | Assisted Mrs. Banks with the review and copying of documents. | 7.50 |

W. R. Grace & Co.                                                    Page    22

                                                                    __Hours__

08/28/01 ACZ    Draft Public Records Access Act request to                1.30
                NJDEP for all information related to proposed
                human health values developed by the state
                from Chrome VI.

         BB     Research case database and records for                    7.70
                pertinent documents for Mr. Hughes in re for
                pretrial order preparation, prepare and create
                file for Mr. Hughes (1.2 hrs.); research
                production and privilege documents databases
                and pull documents re case witness for Mr.
                Marraro (3.3 hrs.); coordinate, organize and
                prepare same witness files for Mr. Marraro (2.7
                hrs.); prepare cover letter and boxes of
                documents relied upon by defendants' expert
                for Mr. Hughes and ship to case expert for
                review (.5 hrs.).

         WH     Review Honeywell's written responses to Rule              8.90
                30(b)(6) deposition questions and Mr. Walter's
                written responses to deposition questions (1.3
                hrs.); meeting with Mr. Marraro re status
                conference with Judge Cavanaugh and
                follow-up tasks/assignments (.8 hrs.); prepare
                letter to Mr. Caffrey re allegedly privileged
                documents withheld by Honeywell's testifying
                expert and conduct legal research in support of
                same (1.6 hrs.); work on lists of disputed and
                undisputed facts for pretrial order (3.1 hrs.);
                collect and review additional documents for
                use as trial exhibits and inclusion in pretrial
                order (1.7 hrs.); review recent case
                correspondence and filings (.4 hrs.).

08/29/01 LS     Legal research re disqualification of expert on            2.10
                a Daubert motion.

         WH     Confer with Dr. Valera re facts/opinions                   8.80
                needed to support motion in limine (.3 hrs.);
                legal research re *Daubert* standard applied by

W. R. Grace & Co.                                                        Page    23

                                                                        <u>Hours</u>

                    Third Circuit and NJ District Courts (1.8 hrs.);
confer with Ms. Sneed re additional legal
research on *Daubert* issue (.4 hrs.); review
model *Daubert* briefs from other cases and
begin drafting motion in limine re expert
opinions (3.6 hrs.); confer with Ms. Banks re
her progress in collecting trial exhibits and
issues related to same (.4 hrs.); work on
collecting key documents for inclusion in
Summation database for use at trial (1.7 hrs.);
review new case correspondence/pleadings (.3
hrs.).

| Date | Init. | Description | Hours |
|---|---|---|---|
| 08/29/01 | BB | Collect and prepare pertinent documents and information for Mr. Hughes (.5 hrs.); review, analyze, organize and prepare new correspondence, pleading and case documents and incorporate into indexed case files (3.8 hrs.); respond to inquiry from case expert (.5 hrs.). | 4.80 |
| | NAB | Scan case correspondence and pleadings to server. | 6.00 |
| | AP | Review Golder report and documents relating to site cap and liner repair (1.6 hrs.); conference with B. Banks and T. Manago regarding invoice documents (1.0 hrs.). | 2.60 |
| | CHM | Interview various witnesses in New York (6.5 hrs.); prepare interview notes (1.0 hrs.). | 7.50 |
| | MM | Review, organize and bind various pleadings and distribute to team members (.4 hrs.); office conference with Ms. Boozer re pleadings for binders (1.5 hrs.). | 1.90 |
| 08/30/01 | MM | Review various case documents and incorporate into files (1.8 hrs.); review all briefs and declarations by Grace and | 3.00 |

W. R. Grace & Co.                                                                    Page    24

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | Honeywell and provide copies to Mr. Hughes, Ms. Banks and for central files (1.2 hrs.). |  |
| 08/30/01 | NAB | Scan case correspondence and pleadings to server. | 4.00 |
|  | DB | Assisted Mrs. Banks with the review and copying documents. | 7.50 |
|  | WH | Finish reviewing Mr. Deming's transcript (3.2 hrs.); confer with Ms. Sneed re status of her legal research (.3 hrs.); review relevant cases on Daubert issue (.7 hrs.); work on collecting key documents for inclusion in Summation database for use at trial (1.9 hrs.); work on preparing list of disputed and undisputed facts for inclusion in daft pretrial order (3.3 hrs.). | 9.40 |
|  | BB | Review, analyze, organize and prepare new correspondence, pleadings, and case documents and incorporate into indexed case files (5.8 hrs.); make calls to client to consult on case experts and e-mail client and Mr. Hughes (.2 hrs.); cross reference expert invoice summary entries against expert invoices (.8 hrs.); consult with Mr. Hughes, Ms. Campbell and Ms. Kelley re compilation and analyses of case expert invoices and summary chart (.5 hrs.). | 7.30 |
| 08/31/01 | SRW | Research news regarding The Passaic River Restoration Initiative and its impact on cleanup of the Hackensack River. | 8.80 |
|  | WH | Conference with Mr. Marraro and Ms. Pelletier re tasks/assignments for trial prep and preparation of pretrial order (.7 hrs.); finalize list of legal issues for pretrial order for review/comment by Mr. Marraro (1.3 hrs.); revise list of disputed facts for pretrial order (1.3 hs.); review Ms. Koch's (Grace NCP | 7.70 |

W. R. Grace & Co.                                                                    Page  25

|  |  | **Hours** |
|---|---|---|
| | expert) deposition transcript (3.8 hrs.); collect and review additional exhibits for inclusion of pretrial order (.5 hrs.). | |
| 08/31/01 AP | Review D.N.J. standard jury instructions (2.0 hrs.); conference with C. Marraro and B. Hughes regarding pre-trial preparation (.9 hrs.); review and revise pre-trial list of legal issues (1.2 hrs.). | 4.10 |
| BB | Analyze expert invoice documentation and cross reference against draft summary chart (2.7 hrs.); discuss details of results of review of expert invoice documents with Ms. Campbell (.5 hrs.); respond to follow-up telephone call from Mr. Hughs (.1 hrs.); consult with Ms. Pelletier re preparation for review of documents for trial exhibits (.1 hrs.); prepare revised charge of post petition expert invoices ande-mail follow-up message to client (1.8 hrs.); collect and organize documents for trial exhibits (.7 hrs.); follow-up with expert re requested deposition signature pages (.5 hrs.). | 6.40 |
| LS | Legal research re disqualification of expert on a Daubert motion. | 3.20 |
| CHM | Review Sediment Sampling Plan and conference with Dr. Goad re same (1.6 hrs.); prepare fee applications for June, July (2.0 hrs.); conference call with J. Agnello (.5 hrs.). | 4.10 |

|  |  | **Amount** |
|---|---|---|
| | Total Fees | 702.30 $161,727.50 |
| 8/31/2001 | Less Deduction of 40% of Fees Per Agreement | ($64,691.00) |
| | Balance Due | $97,036.50 |

W. R. Grace & Co.                                                                Page   26

## Timekeeper Summary

| Name | Hours | Rate |
|------|------:|-----:|
| Barbara Banks, Paralegal | 109.10 | 130.00 |
| Darlene Boozer, Legal Clerk | 40.50 | 95.00 |
| Natasha A. Bynum, Legal Clerk | 55.00 | 95.00 |
| Peter C. Condron, Counsel | 1.80 | 335.00 |
| William Hughes, Counsel | 158.60 | 305.00 |
| Keith Kaider, Paralegal | 1.60 | 130.00 |
| Christopher H. Marraro, Partner | 120.50 | 420.00 |
| Mahmoude Moasser, Paralegal | 49.40 | 130.00 |
| Tamara Parker, Associate | 25.30 | 260.00 |
| Angela Pelletier, Associate | 67.50 | 200.00 |
| Letta Sneed, Associate | 23.70 | 215.00 |
| Reilly L. Smith, Paralegal | 26.60 | 115.00 |
| Sean R. Ward, Associate | 8.80 | 165.00 |
| Alec C. Zacaroli, Associate | 13.90 | 185.00 |

# MATTER 9 - LIBBY, MT.
# FEES - AUGUST 2001

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 18, 2001

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12382

For Professional Services Rendered in Connection with Libby, Montana - Matter 9

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 08/01/01 | CHM | Review articles re Libby (.5 hrs.); conference with R. Fabricant (.5 hrs.). | 1.00 |
| 08/03/01 | CHM | Meeting with D. Cleary in South Carolina. | 5.00 |
| 08/07/01 | CHM | Review numerous articles from W. Corcoran (.5 hrs.); conference with Dr. Goad (.6 hrs.). | 1.10 |
| 08/09/01 | CHM | Review articles from J. Davis. | 0.50 |
| 08/22/01 | CHM | Review articles (.5 hrs.); meeting with D. Cleary (1.0 hrs.). | 1.50 |
| 08/28/01 | RM | Review correspondence and separate accordingly and confer with Ms. Banks re same. | 0.50 |
|  | CHM | Review articles (.8 hrs.); conference with J. Spinello re rescheduling of meeting (1.2 hrs.); review 7th Circuit case on pre-enforcement review and e-mail to W. Corcoran (.8 hrs.). | 2.80 |

W. R. Grace & Co.                                                    Page    2

|  |  |  | **Hours** |
|---|---|---|---|
| 08/29/01 RM | Review Libby, Montana asbestos correspondence (.2 hrs.); set up case files and file accordingly (.4 hrs.); create case index (.2 hrs.). | | 0.80 |
| RM | Review correspondence and update case files accordingly. | | 0.40 |
| CHM | Conference with W. Corcoran (.3 hrs.); review Libby newspaper articles (.2 hrs.). | | 0.50 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 14.10 | $5,403.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 12.40 | 420.00 |
| Rebecca Mitchell, Paralegal | 1.70 | 115.00 |

# MATTER 4 - BREWER ROAD
# FEES - AUGUST 2001

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 18, 2001

W. R. Grace & Co.
Attention: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12384

For Professional Services Rendered In Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

| | | | Hours |
|---|---|---|---|
| 08/08/01 BB | | Review new pleadings, correspondence and documents, incorporate into indexed case files and create new case files. | 2.90 |
| | BB | Respond to telephone request from Mr. Hughes and place call to case witness for Mr. Hughes. | 0.30 |
| 08/16/01 BB | | Prepare letter to case witness and make follow up call to same for Mr. Hughes. | 0.30 |

| | Hours | Amount |
|---|---|---|
| Total Fees | 3.50 | $455.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 3.50 | 130.00 |

# MATTER 5 - MOTORWHEEL
# FEES - AUGUST 2001

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 18, 2001

W. R. Grace & Co.
Attention: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12383

For Professional Services Rendered in Connection with the Motor Wheel Site - Matter 5

Professional Services:

|  |  | **Hours** |
|---|---|---|
| 08/07/01 RM | Review websites and email Mr. Marraro Third Circuit home page information (.4 hrs.); confer with Ms. Banks re same (.1 hrs.). | 0.50 |
| 08/10/01 CHM | Study 3rd Circuit opinion; conference call with D. Cleary; conference call with R. Oslan and others. | 1.50 |
| RM | Review opinion from court (.2 hrs.); email Ms. Pelletier re same (.1 hrs.); confer with Ms. Manago, Ms. Wiltshire, Ms. Banks and Mr. Kaider re same (.3 hrs.). | 0.60 |
| AFK | Review Court of Appeals opinion (1 hrs.); office conference with Mr. Dorsen re same (.1 hrs.); telephone conferences with Messrs. Marraro and Kampman re same (.1 hrs.). | 1.20 |
| 08/13/01 ACZ | Review Court of Appeals decision in *U.S. v. Motorwheel* and provide and explain decision to BNA legal editor. | 0.40 |

W. R. Grace & Co.                                                              Page    2

|  |  |  | Hours |
|---|---|---|---|
| 08/13/01 | CHM | Conference with Obradovic, Ito, Perdfomo, and Yeager re 3rd Circuit opinon (1.2); prepare memo to client re same. | 1.80 |
| 08/14/01 | ACZ | Additional discussions with BNA legal editor regarding Motorwheel ruling. | 0.30 |
| 08/15/01 | DD | Research award of costs against EPA. | 0.30 |
| 08/16/01 | RM | Get assignment from Ms. Pelletier (.2 hrs.); confer with Ms. Rupp and Mr. Pelton re copy costs (.3 hrs.); review pleadings and create chart of costs for briefing for Bill of Costs (1.2 hrs.); confer with Ms. Pelletier (.2 hrs.). | 1.90 |
|  | BB | Review pleadings, FRAP 39 and LAR and draft affidavit for Ms. Pelletier and itemized statement for bill of costs (1.0 hrs.); confer with Ms. Pelletier and Mr. Pelton re same (.8 hrs.). | 1.80 |
| 08/17/01 | RM | Email attorneys and paralegal re previous Bill of Costs to use as guideline (.1 hrs.); confer with Ms. Manago and Ms. Sneed re same (.2 hrs.); review materials on G drive for outline to follow (.5 hrs.). | 0.80 |
| 08/21/01 | AP | Prepare application for costs to be submitted to 3rd Circuit. | 1.00 |
|  | RM | Review pleadings, FRAP 39 and LAR and draft affidavit for Ms. Pelletier and Itemized Statement for Bill of Costs (2.0 hrs.); confer with Ms. Pelletier and Mr. Pelton re same (.2 hrs.). | 2.20 |
| 08/22/01 | RM | Review pleadings and correspondence and email Ms. Pelletier re filing and docketing fees (.5 hrs.); draft cover letter to clerk (.2 hrs.). | 0.70 |

W. R. Grace & Co.                                          Page    3

|  |  |  | Hours |
|---|---|---|---|
| 08/23/01 | AP | Review local rules regarding Bill of Costs and research recoverable costs (1.1 hrs.); conference with R. Mitchell regarding preparation of filing (.3 hrs.); draft and sign Affidavit regarding calculation of costs (1.0 hrs.); review and finalize Bill of Costs (.2 hrs.). | 2.60 |
|  | RM | Prepare and file Bill of Costs (1.5 hrs.); confer with Ms. Pelletier re same (.2 hrs.). | 1.70 |
| 08/28/01 | RM | Review correspondence and separate accordingly and confer with Ms. Banks re same. | 0.40 |
| 08/29/01 | RM | Review pleadings and correspondence and attorney notes and research and update case files accordingly. | 1.20 |
| 08/31/01 | CHM | Review fee filing in 3rd Circuit. | 0.20 |

|  |  | Amount |
|---|---|---|
| Total Fees | 21.10 | $4,258.50 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 1.80 | 130.00 |
| David Dorsen, Counsel | 0.30 | 350.00 |
| Anthony F. King, Partner | 1.20 | 375.00 |
| Christopher H. Marraro, Partner | 3.50 | 420.00 |
| Rebecca Mitchell, Paralegal | 10.00 | 115.00 |
| Angela Pelletier, Associate | 3.60 | 200.00 |
| Alec C. Zacaroli, Associate | 0.70 | 185.00 |

# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfares | $12,392.38 |
| Outside Messenger | $49.91 |
| Auto Rental | $2,488.48 |
| Copies- Internal and Outside | $7,563.18 |
| Hotels | $14,164.68 |
| Facsimile | $291.00 |
| Lexis | $4,362.00 |
| Meals during Travel | $1,621.38 |
| Telephone | $780.22 |
| FedEx | $1,100.00 |
| Parking | $517.00 |
| Taxis/Miscellaneous Travel Expenses | $692.53 |
| Westlaw | $5,015.45 |
| Overtime Meals | $153.00 |
| Overtime Meals - Attorneys/Paralegals | $109.87 |
| Overtime Transportation | $590.63 |
| Secretarial Overtime | $540.12 |
| Postage | $31.21 |
| Deposition Costs | $3,780.00 |
| Amtrak | $144.00 |
|  |  |
| Total | $56,387.04 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 18, 2001

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12381

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Disbursements:

|  | **Amount** |
|---|---|
| Air Fare NY, NJ, VT for Summary Judgment Briefs - 7/4-6/01 | 943.00 |
| Air Fare for Mr. Belsito to Newark, NJ on 6/5/01 | 1,150.50 |
| Air Fare for Trip to Newark and New York on 7/13 | 705.75 |
| Air Fare for Walsh Deposition on 7/26/01 | 528.00 |
| Air Fare from New Hampshire to NJ re Ross Deposition-6/20/01 | 306.75 |
| Air Fare on 6/14 Trip to New York and Newark | 427.00 |
| Air Fare on Trip to New York and Newark - 7/5-7/6 | 705.75 |
| Air Fare on Trip to Newark and New York on 7/10 | 427.00 |
| Air Fare on trip to New York on 6/29 | 202.75 |
| Air Fare on trip to Newark on 6/11 | 260.75 |
| Air Fare on trip to Phoenix, AZ on 5/25/01 | 1,277.88 |
| Air Fare to Boston and Newark on 7/11-7/12 | 685.25 |
| Air Fare to NYC with H. McGuire - 6/8/01 | 184.75 |
| Air Fare to New Hampshire for Benjamin Ross Deposition- 6/18 | 306.75 |
| Air Fare to New Jersey - 7/23-7/27/01 | 483.00 |
| Air Fare to New Jersey for Kirk Brown Deposition - 6/18/01 | 483.00 |
| Air Fare to New York on 6/25/01 | 225.75 |
| Air Fare to Newark - 6/21-6/22/01 | 503.00 |
| Air Fare to Newark for Anderson Deposition - 6/20/01 | 503.00 |

# MATTER 6 - HONEYWELL
# EXPENSES - AUGUST 2001

W. R. Grace & Co.                                                              Page    2

|  | Amount |
|---|---:|
| Air Fare to Newark on 6/24-26/01 for Chapman Deposition | 503.00 |
| Air Fare to/from Newark on 5/18/01 | 262.25 |
| Air Fares on trips to Newark and NYC - 6/4-6/6/01 | 1,317.50 |
| Amtrak to New Jersey for Peter Chapman Deposition - 6/26/01 | 144.00 |
| Auto Rental for Walsh Deposition on 7/26/01 | 112.99 |
| Auto Rental in NJ for J. Schmiermund Deposition - 6/22 | 79.02 |
| Auto Rental in New Jersey for Brown Deposition - 6/18/01 | 236.81 |
| Auto Rental in New Jersey re Andy Davis Deposition - 6/26/01 | 294.57 |
| Auto Rental in Newark on 6/24-26/01 for Chapman Deposition | 243.04 |
| Auto Rental on 6/8/01 trip to New York | 237.07 |
| Auto Rental on Trip to New York and Newark - 7/5-6 | 82.57 |
| Auto Rental on Trip to New York on 6/25 | 82.57 |
| Auto Rental on Trip to Newark - 6/21-22/01 | 235.28 |
| Auto Rental on Trip to Newark and New York on 7/13 | 159.64 |
| Auto Rental on trip to Boston for Meeting | 126.33 |
| Auto Rental on trip to Newark on 5/18/01 | 256.15 |
| Auto Rental on trips to Newark and NYC on 6/4-6/601 | 92.96 |
| Copy Costs - Internal | 5,416.95 |
| Delivery Service | 49.91 |
| Facsimile Costs | 148.50 |
| FedEx Costs | 1,059.70 |
| Hotel in NJ for B. James and P. Deming Depositions - 7/14 | 809.10 |
| Hotel in NJ for Bruce James Deposition - 7/12 | 117.53 |
| Hotel in NJ for Gary Walter Deposition - 7/11/01 | 384.36 |
| Hotel in NJ for Gary Walter Deposition - 7/8/01 | 164.75 |
| Hotel in NJ for Work on Summary Judgment Briefs-7/1/01 | 429.04 |
| Hotel in NJ re Kirk Brown and Julio Valera Depositions- 6/21 | 1,049.49 |
| Hotel in NY for B. James and M. Costa Depositions - 7/15 | 427.27 |
| Hotel in New Jersey re Davis Deposition - 6/29/01 | 508.96 |
| Hotel in New York for Chapman Deposition - 6/23/01 | 377.02 |
| Hotel in New York for Davis Deposition - 6/28/01 | 399.93 |
| Hotel in New York on 6/25/01 | 263.65 |
| Hotel in New York on 6/29 | 363.29 |
| Hotel in New York on 6/8/01 | 150.60 |
| Hotel in New York re ICO Deposition - 6/16/01 | 532.86 |
| Hotel in Newark and New York on 7/13 Trip | 1,165.88 |
| Hotel in Newark on 5/18/01 Trip | 564.92 |
| Hotel in Newark on 6/11 Trip | 318.07 |
| Hotel in Newark on 6/24-26/01 for Chapman Deposition | 628.15 |

W. R. Grace & Co.                                                Page    3

                                                                  **Amount**

| | |
|---|---:|
| Hotel in Phoenix, AZ on 5/25/01 | 798.98 |
| Hotel on trip to Boston and Newark on 7/11 - 7/12/01 | 254.07 |
| Hotels in Newark and New York 6/13-6/14 | 2,107.02 |
| Hotels on trip to New York and Newark on 6/4 - 6/6/01 | 1,755.42 |
| Lexis Costs | 4,362.00 |
| Lodging for Walsh Deposition on 7/26/01 | 594.32 |
| Long Distance Charges | 558.43 |
| Meals on trips | 1,621.38 |
| Miscellaneous Travel Expenses | 111.58 |
| Outside Copies | 2,127.33 |
| Overtime Meals | 153.00 |
| Overtime Meals - Attorney/Paralegals | 109.87 |
| Overtime Transportation | 590.63 |
| Parking on trips | 517.00 |
| Postage | 17.00 |
| Rental Car on trip to Newark on 6/14 | 249.48 |
| Secretarial Overtime for Preparation of Briefs | 540.12 |
| Taxis on trips | 580.95 |
| Westlaw | 5,015.45 |

Total Disbursements                                          $52,169.34

# MATTER 9 - LIBBY, MT.
## EXPENSES - AUGUST 2001

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 18, 2001

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12382

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Disbursements:

|  | Amount |
|---|---|
| Copy Costs - Internal | 3.60 |
| Facsimile Costs | 90.00 |
| Long Distance Charges | 215.97 |
| Walter Myskiew - Deposition Charges | 3,780.00 |
| Total Disbursements | $4,089.57 |

# MATTER 5 - MOTORWHEEL
# EXPENSES - AUGUST 2001

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 18, 2001

W. R. Grace & Co.
Attention:  Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12383

For Professional Services Rendered in Connection with the Motor Wheel Site - Matter 5

Disbursements:

|                            | Amount   |
|----------------------------|----------|
| Copy Costs - Internal      | 15.30    |
| Facsimile Costs            | 52.50    |
| FedEx Costs                | 40.30    |
| Long Distance Charges      | 5.82     |
| Postage                    | 14.21    |
| Total Disbursements        | $128.13  |