

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                           December 14, 2001
ATTN: Lydia Duff, Esq.                                      Invoice 481795                          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06000                          For Services Through 11/30/01
Name of Matter:       General

| | | | | |
|---|---|---|---|---|
| 11/06/01 | Update information in various file materials. | | | |
| | L.K. THOMAS | 0.40 hrs. | 85.00/hr | $34.00 |
| 11/16/01 | Respond to information request from Mr. Emmett regarding Dubois Chemical and Pristine Landfill insurance documents (0.4); discussion with Paralegal Brown regarding possible Dubois locations in Ohio.(0.2) | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 11/16/01 | Telephone conference with Attorney Cleary regarding potential Dubois sites in Ohio. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 11/26/01 | Discussion with Mr. Marriam concerning Four Sites Agreement for Hampshire settlement (0.3); locate executed copies of final Agreement, scan and forward to Mr. Marriam (0.6). | | | |
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |

W. R. Grace & Co.

December 14, 2001
Invoice 481795

Page 2

| | | | | |
|---|---|---|---|---|
| 11/26/01 | Review profiled files with Paralegal Brown.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 11/26/01 | Review with Attorney Cleary profiled files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 11/30/01 | Review Remedium report.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.90 | 220.00 | 198.00 |
| D.M. CLEARY | 1.20 | 285.00 | 342.00 |
| L.K. THOMAS | 0.40 | 85.00 | 34.00 |
| K. BROWN | 0.60 | 125.00 | 75.00 |
| **TOTAL** | **3.10** | **209.35** | 649.00 |

**Fees for Legal Services**          **$649.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/05/2001 | Photocopies 7 Page(s) | 0.35 |
| 11/12/2001 | 1-410-531-4601 | 0.05 |
| 11/14/2001 | 1-410-531-4601 | 0.07 |
| 11/19/2001 | Photocopies 2 Page(s) | 0.10 |
| 11/19/2001 | Photocopies 5 Page(s) | 0.25 |
| 11/19/2001 | Photocopies 6 Page(s) | 0.30 |
| 11/21/2001 | Photocopies 1 Page(s) | 0.05 |
| 11/21/2001 | Photocopies 1 Page(s) | 0.05 |
| 11/27/2001 | VENDOR: Federal Express; INVOICE#: 647088227; DATE: 11/27/2001-<br>10/31/01 | 33.79 |
| 11/29/2001 | Photocopies 6 Page(s) | 0.30 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$35.31**

W. R. Grace & Co.

December 14, 2001
Invoice 481795

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.40 |
| Federal Express | 33.79 |
| Telephone | 0.12 |
| **TOTAL** | **35.31** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$684.31**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440677 | 04/09/2001 | 1,051.06 | 1,050.90 |
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| **TOTAL A/R BALANCE** | | | **$6,170.98** |

W. R. Grace & Co.

December 14, 2001
Invoice 481795

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | 649.00 |
| Charges for Other Services Provided/Expenses Incurred | 35.31 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$684.31** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      December 14, 2001
ATTN: Lydia Duff, Esq.                               Invoice 481796                      Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06003                    For Services Through 11/30/01
Name of Matter:       Beaco Road Site

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/01/01 | Review recent correspondence and attend Steering Committee conference call.<br>D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |
| 11/02/01 | Report on Steering Committee conference call to Ms. Duff by e-mail.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 11/06/01 | Sort material for attorney use.<br>L.K. THOMAS | 0.20 hrs. | 85.00/hr | $17.00 |
| 11/15/01 | Attend Beaco Road steering committee conference call (0.5); draft and transmit e-mail summary of meeting to Ms. Duff (0.3).<br>D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |

W. R. Grace & Co.

December 14, 2001
Invoice 481796         Page 2

## BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| D.M. CLEARY  | 2.20  | 285.00  | 627.00  |
| L.K. THOMAS  | 0.20  | 85.00   | 17.00   |
| **TOTAL**    | **2.40** | **268.33** | 644.00 |

**Fees for Legal Services**   **$644.00**

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................   **$644.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| | **TOTAL A/R BALANCE** | | **$2,455.39** |

W. R. Grace & Co.

December 14, 2001
Invoice 481796          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | 644.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$644.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    December 18, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 481797                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06011                      For Services Through 11/30/01
Name of Matter:     Enoree Site Management

---

| 11/01/01 | Review and revise Title V permit (1.7); review specific provisions with Attorney Ternes for further analysis (0.4); review results of analysis (0.4); suggest additional changes to permit language (0.3); discussion of various permit issues with Mr. O'Connell (0.3); revise and forward comments (0.4). | | | |
| --- | --- | --- | --- | --- |
| | B.F. HAWKINS | 3.50 hrs. | 220.00/hr | $770.00 |
| 11/01/01 | Research project regarding specific provisions of Enoree Title V permit (0.7); participate in conference call with Attorney Hawkins and Mr. O'Connell to discuss comments, specifically bag house inspection issues and calculation method for "tons per hour" process rate (0.3). | | | |
| | M.E. TERNES | 1.00 hrs. | 220.00/hr | $220.00 |
| 11/06/01 | Organize file materials. | | | |
| | L.K. THOMAS | 0.20 hrs. | 85.00/hr | $17.00 |

W. R. Grace & Co.

December 18, 2001
Invoice 481797

Page 2

| 11/07/01 | Review draft permit and e-mail from Mr. Haase regarding specific provisions concerning process weight rate, operating time, and emissions based upon such data (0.6); prepare comments (0.4); contact and leave a detailed message with Mr. Brian O'Connell regarding comments (0.2). | | | |
|---|---|---|---|---|
| | M.E. TERNES | 1.20 hrs. | 220.00/hr | $264.00 |

| 11/12/01 | Contact Mr. Haase to check upon status of draft Title V permit revisions. | | | |
|---|---|---|---|---|
| | M.E. TERNES | 0.10 hrs. | 220.00/hr | $22.00 |

| 11/13/01 | Discuss with Mr. Haase status of draft Title V permit review. | | | |
|---|---|---|---|---|
| | M.E. TERNES | 0.30 hrs. | 220.00/hr | $66.00 |

| 11/13/01 | Review and comment on various provisions of final draft Title V permit. | | | |
|---|---|---|---|---|
| | M.E. TERNES | 0.90 hrs. | 220.00/hr | $198.00 |

| 11/14/01 | Review issues with Attorney Ternes regarding proposed final language in Title V permit dealing with S.C. Reg. 61-62.5, Standard No. 4 opacity requirements and language in permit that has been proposed to measure compliance (0.4); review language (0.4); request scheduling of conference with Mr. O'Connell, Mr. Haase and Mr. Emmett to discuss how certification will be completed given the graduated scale in Std. No. 4 and the parameters of the final Title V permit (0.2). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.00 hrs. | 220.00/hr | $220.00 |

| 11/14/01 | Contact Mr. O'Connell regarding Enoree Plant draft Title V permit. | | | |
|---|---|---|---|---|
| | M.E. TERNES | 0.30 hrs. | 220.00/hr | $66.00 |

| 11/14/01 | Review issues with Attorney Hawkins regarding proposed final language in Title V permit dealing with S.C. Reg. 61-62.5. Standard No. 4 opacity requirements and language in permit that has been proposed to measure compliance. | | | |
|---|---|---|---|---|
| | M.E. TERNES | 0.40 hrs. | 220.00/hr | $88.00 |

| 11/19/01 | Review, profile and organize files. | | | |
|---|---|---|---|---|
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

W. R. Grace & Co.

December 18, 2001
Invoice 481797

Page 3

## BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| B.F. HAWKINS | 4.50  | 220.00  | 990.00  |
| M.E. TERNES  | 4.20  | 220.00  | 924.00  |
| L.K. THOMAS  | 0.20  | 85.00   | 17.00   |
| K. BROWN     | 0.40  | 125.00  | 50.00   |
| **TOTAL**    | **9.30** | **213.01** | 1,981.00 |

Fees for Legal Services              $1,981.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/31/2001 | 1-617-498-4594 | 5.76 |
|------------|----------------|------|
| 11/01/2001 | 1-617-498-4594 | 2.92 |
| 11/07/2001 | 1-617-498-4594 | 0.11 |
| 11/12/2001 | 1-864-232-1556 | 0.23 |
| 11/14/2001 | 1-617-498-4594 | 0.14 |
| 11/19/2001 | 1-617-876-1400 | 0.24 |
| 11/29/2001 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 10/31/01-1; DATE: 11/29/2001 - Copy expense | 18.90 |

Total Charges for Other Services Provided/Expenses Incurred      $28.30

## DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| CopyOut     | 18.90   |
| Telephone   | 9.40    |
| **TOTAL**   | **28.30** |

NET CURRENT BILLING FOR THIS INVOICE .....................................................      $2,009.30

W. R. Grace & Co.

December 18, 2001
Invoice 481797          Page 4

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440679 | 04/09/2001 | 60.70 | 60.70 |
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| | | **TOTAL A/R BALANCE** | **$4,412.45** |

W. R. Grace & Co.

December 18, 2001
Invoice 481797

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | 1,981.00 |
| Charges for Other Services Provided/Expenses Incurred | 28.30 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$2,009.30** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                 December 19, 2001
ATTN: Lydia Duff, Esq.                            Invoice 482282                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06012                        For Services Through 12/19/01
Name of Matter:     Owensboro Site Management

| 11/06/01 | Organize file materials. L.K. THOMAS / Paralegal | 0.90 hrs. | 85.00/hr | $76.50 |
|---|---|---|---|---|

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| L.K. THOMAS | 0.90 | 85.00 | 76.50 |
| **TOTAL** | **0.90** | **85.00** | 76.50 |

**Fees for Legal Services**        $76.50

W. R. Grace & Co.

December 19, 2001
Invoice 482282

Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/19/2001 | 1-615-252-2410, | 1.74 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$1.74** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.74 |
| **TOTAL** | **1.74** |

NET CURRENT BILLING FOR THIS INVOICE ......................................................... **$78.24**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| | | **TOTAL A/R BALANCE** | **$142.00** |

W. R. Grace & Co.

December 19, 2001
Invoice 482282          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 12/19/01

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---|
| Fees for Professional Services | 76.50 |
| Charges for Other Services Provided/Expenses Incurred | 1.74 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$78.24** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                          December 18, 2001
ATTN: Robert A. Emmett, Esq.               Invoice 481798           Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #           02399/06023                      For Services Through 11/30/01
Name of Matter:        Libby, MT -General Environmen

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 10/29/01 | Review and discuss EPA letter to Ms. Hayes with Mr. Corcoran.<br>D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 10/29/01 | Research definition and status of Libby amphiboles (0.6); send e-mail of abstracts to Grace team (0.1).<br>D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 10/29/01 | Discussion with Mr. Moeller regarding status of amphiboles in Libby and upcoming GSA meeting in Boston.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 10/29/01 | Complete analysis report of EPA PCM data and transmit to Grace team.<br>D.M. CLEARY | 5.30 hrs. | 285.00/hr | $1,510.50 |
| 11/06/01 | Telephone conference with Mr. Smith of URS regarding his request for a copy of the Libby Final Removal Activities Report for the Export Plant dated March 16, 2001 and appendices.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

W. K. Grace & Co.

December 18, 2001
Invoice 481798

Page 2

| 11/06/01 | Organize file materials. | | | |
| | L.K. THOMAS | 1.10 hrs. | 85.00/hr | $93.50 |
| 11/07/01 | Create CD containing the Final Removal Activities Report for the Export Plant and its appendices for Mr. Smith of URS; federal express CD to Mr. Smith. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 11/13/01 | Review additional documents, make additional corrections and transmit draft KDC memo back to Ms. Finkelstein. | | | |
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 11/13/01 | Review memo from Mr. Stringer regarding water rights at the Screening Plant. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 11/13/01 | Search for EPA statements pertaining to Libby attic fill at Ms. Kuchinsky's request and transmit responsive documents via e-mail. | | | |
| | D.M. CLEARY | 1.20 hrs. | 285.00/hr | $342.00 |
| 11/15/01 | Review articles concerning asbestos and EPA settlement. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 11/19/01 | Review, profile and organize files. | | | |
| | K. BROWN | 3.60 hrs. | 125.00/hr | $450.00 |
| 11/26/01 | Review, profile and organize files. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 11/28/01 | Discussion with Dr. Goad regarding EPA database. | | | |
| | D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 11/30/01 | Review Mr. Corcoran's letter to Governor Martz. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 10.20 | 285.00 | 2,907.00 |
| L.K. THOMAS | 1.10 | 85.00 | 93.50 |
| K. BROWN | 5.10 | 125.00 | 637.50 |
| **TOTAL** | **16.40** | **221.83** | 3,638.00 |

W. K. Grace & Co.

December 18, 2001
Invoice 481798                    Page 3

**Fees for Legal Services**        **$3,638.00**

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/12/2001 | Photocopies 18 Page(s) | 0.90 |
| 10/22/2001 | Photocopies 4 Page(s) | 0.20 |
| 10/29/2001 | 1-410-531-4203 | 0.07 |
| 11/13/2001 | VENDOR: United Parcel Service; INVOICE#: 111301-1; DATE: 11/13/2001  -  shipping charge on 09/07 | 10.69 |
| 11/19/2001 | Photocopies 3 Page(s) | 0.15 |
| 11/19/2001 | Photocopies 4 Page(s) | 0.20 |
| 11/27/2001 | VENDOR: Federal Express; INVOICE#: 647088234; DATE: 11/27/2001-11/07/01 | 13.80 |
| 11/27/2001 | VENDOR: Federal Express; INVOICE#: 595311413; DATE: 11/27/2001-09/28/01 | 7.70 |

**Total Charges for Other Services Provided/Expenses Incurred**        **$33.71**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.45 |
| Federal Express | 21.50 |
| Service | 10.69 |
| Telephone | 0.07 |
| **TOTAL** | **33.71** |

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$3,671.71**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440682 | 04/09/2001 | 7,951.50 | 7,951.50 |
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |

W. R. Grace & Co.

December 18, 2001
Invoice 481798          Page 4

| **TOTAL A/R BALANCE** | **$55,623.00** |

W. R. Grace & Co.

December 18, 2001
Invoice 481798          Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06023
Libby, MT -General Environmen

| | | |
|---|---|---|
| Fees for Professional Services | 3,638.00 | |
| Charges for Other Services Provided/Expenses Incurred | 33.71 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$3,671.71** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                December 14, 2001
ATTN: Lydia Duff, Esq.                           Invoice 481799                     Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06027                     For Services Through 11/30/01
Name of Matter:       Project Allen

| | | | | |
|---|---|---|---|---|
| 11/06/01 | Organize file materials. | | | |
| | L.K. THOMAS | 0.30 hrs. | 85.00/hr | $25.50 |
| 11/08/01 | Confer with Attorney Hawkins on objection to fees; instructions to Attorney Heiser on affidavit, etc.; review last docket. | | | |
| | G.B. CAUTHEN | 0.60 hrs. | 250.00/hr | $150.00 |
| 11/08/01 | Assist on quarterly fee application and time entries. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/08/01 | Review application fees for determination of allowable payments. | | | |
| | K.J. HEISER | 3.60 hrs. | 170.00/hr | $612.00 |
| 11/09/01 | Review invoices and billing statements for accuracy; draft chart clarifying outstanding invoices for presentation to client. | | | |
| | K.J. HEISER | 6.40 hrs. | 170.00/hr | $1,088.00 |

W. R. Grace & Co.

December 14, 2001
Invoice 481799

Page 2

| | | | | |
|---|---|---|---|---|
| 11/11/01 | Draft quarterly fee application.<br>K.J. HEISER | 2.20 hrs. | 170.00/hr | $374.00 |
| 11/12/01 | Review documents and memo drafted for bankruptcy lawyers by Ms.<br>Finkelstein relating to KDC purchase agreement.<br>D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |
| 11/12/01 | Run pacer to update docket.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 11/13/01 | Review contracts and indemnification agreements regarding KDC.<br>D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 11/16/01 | Review docket as to environmental matters.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/16/01 | Pull updated docket from pacer.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 11/17/01 | Review docket.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/21/01 | Review docket to check for deadlines.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 11/26/01 | Retrieve data on collateral attack on Chapter 11 case; memo to co-counsel on<br>possible impact.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/26/01 | Run pacer to receive updated docket.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 11/27/01 | Check docket for impact on environmental cases.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |

W. R. Grace & Co.

December 14, 2001
Invoice 481799

Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 1.70 | 285.00 | 484.50 |
| G.B. CAUTHEN | 1.90 | 250.00 | 475.00 |
| K.J. HEISER | 12.20 | 170.00 | 2,074.00 |
| L.K. THOMAS | 0.30 | 85.00 | 25.50 |
| L.D. MCINNIS | 0.40 | 85.00 | 34.00 |
| **TOTAL** | **16.50** | **187.45** | 3,093.00 |

**Fees for Legal Services**     $3,093.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/31/2001 | 1-208-373-0502 | 1.87 |
|---|---|---|
| 11/07/2001 | 1-302-652-4100 | 0.41 |
| 11/19/2001 | Photocopies 9 Page(s) | 0.45 |
| 11/29/2001 | Photocopies 66 Page(s) | 3.30 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$6.03**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 3.75 |
| Telephone | 2.28 |
| **TOTAL** | **6.03** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$3,099.03**

W. R. Grace & Co.

December 14, 2001
Invoice 481799

Page 4

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| | | **TOTAL A/R BALANCE** | **$13,891.36** |

W. R. Grace & Co.

December 14, 2001
Invoice 481799

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06027
Project Allen

| | | |
|---|---|---|
| Fees for Professional Services | 3,093.00 | |
| Charges for Other Services Provided/Expenses Incurred | 6.03 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$3,099.03** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC