# EXHIBIT A

**EXHIBIT A**

| Name of Professional Individual | Position with Klett Rooney and Year of Obtaining License(s) to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Teresa K.D. Currier | Shareholder; admitted DE 1992 & PA 1985 | $395/hr. | 6.5 | $2,567.00 |
| Kathleen P. Makowski | Associate; admitted DE 1997 & PA 1997 | $190/hr. | .2 | $38.00 |
| Jeffrey R. Waxman | Associate; admitted DE 2001 & PA 1999 | $160.00 | 1.5 | $240.00 |
| Matt Yovino | Legal Assistant | $125.00 | .4 | $50.00 |
| Victoria J.A. Dye | Legal Assistant | $125.00 | 8.0 | $1,000.00 |
| Maryann M. Zickgraf | Legal Assistant | $40/hr. | 5.6 | $224.00 |
| | **Grand Totals:** | | 22.2 | $4,119.50 |
| **Blended Rate: $185.56** | | | | |