# EXHIBIT B

## W.R. GRACE EXHIBIT "B" SUMMARY SHEET

| PROJECT BILLING CATEGORY | HOURS | VALUE |
|---|---|---|
| Business Operations | .5 | $197.50 |
| Case Administration | 12.4 | $2,354.00 |
| Fee/Employment Applications | 5.6 | $224.00 |
| Litigation | 1.6 | $632.00 |
| Meetings of Creditors | 1.6 | $632.00 |
| Relief from Stay | 0.5 | $80.00 |
| **TOTAL** | **22.2** | **$4,119.50** |
| | | |

KRLSWIL:361540.1