# EXHIBIT C

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    JANUARY 18, 2002
                                          MATTER :  W9600-004
                                          INVOICE : 130318

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/01    T C

RE:  BUSINESS OPERATIONS


| DATE     | ATTY | DESCRIPTION OF SERVICES RENDERED   | HOURS |
|----------|------|------------------------------------|-------|
| 12/07/01 | TC   | REVIEWED MONTHLY OPERATING REPORT  | .50   |


              T I M E   S U M M A R Y

                        RATE      HOURS          TOTALS

T CURRIER              395.00      .50           197.50
               TOTALS              .50           197.50

                       TOTAL FEES :                        197.50

                       TOTAL DUE  :                        197.50


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE   : JANUARY 18, 2002
                                            MATTER : W9600-005
                                            INVOICE: 130319

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/01    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/05/01 | TC | CALL WITH PHIL BENTLEY RE COMMITTEE CALL AND ISSUES RE TRANSFER OF CASE | .40 |
| 12/05/01 | TC | REVIEWED ORDER SETTING 12/20 FOR HEARING AND STATUS CONFS | .30 |
| 12/10/01 | TC | REVIEWED DISTRICT COURT ORDER RE ALLOCATION OF ISSUES | .30 |
| 12/11/01 | TC | REVIEWED ORDERS SETTING OMNIBUS DATES AND STATUS CONFERENCES FOR 12/20 | .30 |
| 12/14/01 | KPM | REVIEW NOTICE OF CANCELLATION OF OMNIBUS DATES AND REMOVE FROM CALENDAR | .20 |
| 12/20/01 | TC | REVIEWED AGENDA NOTICE FOR HEARING 1/3 | .50 |
| 12/20/01 | TC | REVIEWED OPPOSITION OF PERSONAL INJURY ASBESTOS COMMITTEE TO REQUEST OF DEBTOR TO FILE REPLY TO CASE MANAGEMENT ISSUES | .40 |
| 12/21/01 | JRW | TELEPHONE CALL TO WDPA BANKRUPTCY COURT RE: PRO HAC PROCESS | .30 |
| 12/21/01 | JRW | CONFERENCE AND EMAIL WITH TKDCURRIER RE: JANUARY 3, 2002 HEARING COVERAGE | .20 |
| 12/21/01 | JRW | CONFERENCE WITH TKDCURRIER RE: CASE ADMINISTRATION | .10 |
| 12/21/01 | JRW | REVIEW AGENDA FOR JANUARY 3, 2002 | .20 |
| 12/21/01 | TC | CALL WITH PHIL BENTLEY RE HEARING 1/3 AND FILING TODAY | .20 |

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

| | |
|---|---|
| OFFICIAL COMMITTEE OF EQUITY HOLDERS | DATE  : JANUARY 18, 2002<br>MATTER : W9600-005<br>INVOICE : 130319 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/01    T C

RE:  CASE ADMINISTRATION

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/26/01 | JRW | EMAIL TO AND FROM JDELLER RE: JAN. 9, 2002 HEARING | .10 |
| 12/27/01 | JRW | REVIEW SCHEDULING ORDER | .10 |
| 12/27/01 | MY | TELEPHONE CALL FROM TORI DYE RE: 1/3 HEARING | .20 |
| 12/27/01 | MY | TELEPHONE CALL TO TORI DYE RE: 1/3 HEARING | .20 |
| 12/27/01 | TC | REVIEWED JUDGE WOLLIN'S FIRST CASE MANAGEMENT ORDER | .40 |
| 12/27/01 | VJD | PULL DOCUMENTS FROM THE CM/ECF SYSTEM IN PREPARATION FOR HEARING ON 01/02/2002 | 3.70 |
| 12/31/01 | VJD | PREPARE BINDERS FOR HEARING ON JANUARY 3 | 4.30 |

TIME  SUMMARY
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | 1.00 | 160.00 |
| K P MAKOWSKI | 190.00 | .20 | 38.00 |
| M YOVINO | 125.00 | .40 | 50.00 |
| T CURRIER | 395.00 | 2.80 | 1106.00 |
| V J DYE | 125.00 | 8.00 | 1000.00 |
| TOTALS | | 12.40 | 2354.00 |

TOTAL FEES :                                2,354.00

TOTAL DUE  :                                2,354.00

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE    : JANUARY 18, 2002
                                               MATTER  : W9600-008
                                               INVOICE : 130320

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/01   T C

RE:   FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/21/01 | MMZ | DRAFTING OF KLETT ROONEY FIRST MONTHLY FEE APPLICATION. | 3.00 |
| 12/21/01 | MMZ | REVIEW OF COURT'S DOCKET REGARDING OBJECTIONS TO KRAMER LEVIN THIRD FEE APPLICATION (0.3); DRAFTING OF CNO TO KRAMER LEVIN THIRD FEE APPLICATION (0.1); DRAFTING OF AFFIDAVIT OF SERVICE (0.1); ELECTRONICALLY FILE SAME (0.3). | .80 |
| 12/28/01 | MMZ | REVISIONS TO KLETT ROONEY'S FIRST FEE APPLICATION (0.2); DRAFTING OF NOTICE OF APPLICATION (0.2); ELECTRONICALLY FILE SAME (0.3); SERVICE OF SAME (0.3). | 1.00 |
| 12/28/01 | MMZ | DRAFTING OF NOTICE OF KRAMER LEVIN MONTHLY FEE APPLICATION (0.2); ELECTRONICALLY FILE SAME (0.3); SERVICE OF SAME (0.3). | .80 |

T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| M M ZICKGRAF | 40.00 | 5.60 | 224.00 |
| TOTALS |  | 5.60 | 224.00 |

TOTAL FEES :                                                    224.00

TOTAL DUE  :                                                    224.00

PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE    : JANUARY 18, 2002
                                            MATTER  : W9600-011
                                            INVOICE : 130321

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/01   T C

RE: LITIGATION

| DATE     | ATTY | DESCRIPTION OF SERVICES RENDERED                                                            | HOURS |
|----------|------|---------------------------------------------------------------------------------------------|-------|
| 12/17/01 | TC   | REVIEWED DEBTORS' STATUS REPORT RE PROPOSED TREATMENT OF LITIGATION                         | .40   |
| 12/21/01 | TC   | REVIEWED OFFICIAL COMMITTEE RESPONSE TO ZONOLITE CLAIMANTS' MOTION TO DISMISS BANKRUPTCY    | .40   |
| 12/26/01 | TC   | REVIEWED OFFICIAL COMMITTEE RESPONSE TO ZONOLITE CLAIMANT'S MOTION TO DISMISS CASE          | .50   |
| 12/27/01 | TC   | REVIEWED OFFICIAL COMMITTEE RESPONSE TO GARLOCK MOTION TO TRANSFER                          | .30   |

### TIME SUMMARY

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T CURRIER  |        | 395.00 | 1.60  | 632.00 |
|            | TOTALS |        | 1.60  | 632.00 |

TOTAL FEES :                                                                632.00

TOTAL DUE  :                                                                632.00

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JANUARY 18, 2002
                                             MATTER :  W9600-012
                                             INVOICE : 130322

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/01    T C

RE:  MEETINGS OF CREDITORS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/05/01 | TC | ATTENDED COMMITTEE MEETING | 1.10 |
| 12/05/01 | TC | REVIEWED MEMO TO EQUITY COMMITTEE RE CURRENT DEVELOPMENTS | .50 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 395.00 | 1.60 | 632.00 |
| TOTALS |  | 1.60 | 632.00 |

TOTAL FEES :                                                  632.00

TOTAL DUE :                                                   632.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE    : JANUARY 18, 2002
                                             MATTER  : W9600-014
                                             INVOICE : 130323

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/01    T C

RE:   RELIEF FROM STAY PROCEEDINGS


| DATE     | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|----------|------|----------------------------------|-------|
| 12/31/01 | JRW  | REVIEW RESPONSE OF OCUC TO DEBTORS MOTION TO FILE OMNIBUS REPLY TO OBJECTIONS TO THE DEBTORS MOTION FOR CASE MANAGEMENT ORDER | .50 |


                    T I M E   S U M M A R Y

                              RATE      HOURS         TOTALS

J R WAXMAN                   160.00       .50          80.00
                   TOTALS                 .50          80.00

                   TOTAL FEES  :                              80.00

                   TOTAL DUE   :                              80.00


**PENNSYLVANIA • DELAWARE • NEW JERSEY • WASHINGTON D.C.**