# EXHIBIT D

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JANUARY 18, 2002
                                            MATTER :  W9600-001
                                            INVOICE : 130317

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/01   T C

    RE:  IN RE: W.R. GRACE & CO., ET AL.




         DESCRIPTION OF EXPENSE ADVANCES                      AMOUNT
         ------------------------------                       ------

12/03/01 PROFESSIONAL SERVICES -  PACER SERVICE CENTER          4.29
12/03/01 PROFESSIONAL SERVICES -  PACER SERVICE CENTER          3.15
12/03/01 MESSENGER SERVICES - INV 9913 -   PARCELS,            15.00
         INC.-D D R
12/05/01 DUPLICATING SERVICES -  DELAWARE DOCUMENT             13.25
         IMAGING
12/05/01 DUPLICATING SERVICES -  DELAWARE DOCUMENT            160.67
         IMAGING
12/07/01 MESSENGER SERVICES - INV 113083 -   TRISTATE         142.50
         COURIER & CARRIAGE
12/07/01 TELECOPY EXPENSES                                      2.49
12/11/01 EXPRESS/CERTIFIED MAIL                                91.84
12/13/01 TELECOPY EXPENSES                                      3.24
12/13/01 TELECOPY EXPENSES                                      3.24
12/13/01 MESSENGER SERVICES - INV 9995 -   PARCELS,            75.00
         INC.-D D R
12/13/01 TELECOPY EXPENSES                                      6.35
12/17/01 TELECOPY EXPENSES                                     25.79
12/17/01 TELECOPY EXPENSES                                     35.73
12/17/01 TELECOPY EXPENSES                                     24.57
12/20/01 TELECOPY EXPENSES                                     15.31
12/21/01 REPRODUCTION OF DOCUMENTS                              1.50
12/21/01 TELECOPY EXPENSES                                     12.32
12/21/01 TELECOPY EXPENSES                                      8.69
12/21/01 REPRODUCTION OF DOCUMENTS                              9.00
12/25/01 FEDERAL EXPRESS - INV 4-007-71410 -   FEDERAL         12.22
         EXPRESS CORPORATION
12/25/01 EXPRESS/CERTIFIED MAIL                                 3.99
12/27/01 TELECOPY EXPENSES                                     13.44
12/27/01 TELECOPY EXPENSES                                     12.61
12/27/01 TELECOPY EXPENSES                                     12.66
12/27/01 REPRODUCTION OF DOCUMENTS                              2.25
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE    : JANUARY 18, 2002
                                             MATTER  : W9600-001
                                             INVOICE : 130317

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/01   T C

    RE:  IN RE: W.R. GRACE & CO., ET AL.


12/27/01 TELECOPY EXPENSES                                      13.46
12/27/01 REPRODUCTION OF DOCUMENTS                               2.85
12/27/01 TELECOPY EXPENSES                                      13.46
12/28/01 REPRODUCTION OF DOCUMENTS                             111.30
12/28/01 REPRODUCTION OF DOCUMENTS                              69.30
12/31/01 REPRODUCTION OF DOCUMENTS                              14.70
12/31/01 REPRODUCTION OF DOCUMENTS                               4.50

                    TOTAL EXPENSE ADVANCES :           940.67

                    TOTAL DUE    :                     940.67
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**