# EXHIBIT A

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.20 | 425.00 | 85.00 |
| BECKER, GARY M. | CR | 2.00 | 370.00 | 740.00 |
| FINNERTY, CATHERINE E | CR | 13.30 | 340.00 | 4,522.00 |
| CATON, AMY | CR | 3.00 | 300.00 | 900.00 |
| MANGUAL, KATHLEEN (PARA) | CR | 10.30 | 150.00 | 1,545.00 |
| REZNICK, MARTIN (PARA) | CR | 1.50 | 150.00 | 225.00 |
| Subtotal | | 30.30 | $ | 8,017.00 |

### COMMITTEE & CREDITOR CORRESPONDENCE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 1.00 | 525.00 | 525.00 |
| BENTLEY, PHILIP | CR | 1.70 | 425.00 | 722.50 |
| BECKER, GARY M. | CR | 1.60 | 370.00 | 592.00 |
| FINNERTY, CATHERINE E | CR | 0.80 | 340.00 | 272.00 |
| Subtotal | | 5.10 | $ | 2,111.50 |

### BANKRUPTCY MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 8.40 | 425.00 | 3,570.00 |
| BECKER, GARY M. | CR | 10.00 | 370.00 | 3,700.00 |
| FINNERTY, CATHERINE E | CR | 3.40 | 340.00 | 1,156.00 |
| Subtotal | | 21.80 | $ | 8,426.00 |

### FEE APPLICATIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| SCHMIDT, ROBERT T. | CR | 0.50 | 425.00 | 212.50 |
| FINNERTY, CATHERINE E | CR | 1.10 | 340.00 | 374.00 |
| CATON, AMY | CR | 0.30 | 300.00 | 90.00 |
| MANGUAL, KATHLEEN (PARA) | CR | 7.60 | 150.00 | 1,140.00 |
| Subtotal | | 9.50 | $ | 1,816.50 |

KL4:2043423.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

**ASBESTOS CLAIM ISSUES**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 13.30 | 425.00 | 5,652.50 |
| BECKER, GARY M. | CR | 11.70 | 370.00 | 4,329.00 |
| NOVOD, GORDON | CR | 8.70 | 200.00 | 1,740.00 |
| CIPOLLA, SANTO A. (PARA) | CR | 2.50 | 150.00 | 375.00 |
| | Subtotal | 36.20 | $ | 12,096.50 |
| | Total | 102.90 | $ | 32,467.50 |

KL4:2043423.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CR | 1.00 | 525.00 | 525.00 |
| BENTLEY, PHILIP | CR | 23.60 | 425.00 | 10,030.00 |
| SCHMIDT, ROBERT T. | CR | 0.50 | 425.00 | 212.50 |
| BECKER, GARY M. | CR | 25.30 | 370.00 | 9,361.00 |
| FINNERTY, CATHERINE E | CR | 18.60 | 340.00 | 6,324.00 |
| CATON, AMY | CR | 3.30 | 300.00 | 990.00 |
| NOVOD, GORDON | CR | 8.70 | 200.00 | 1,740.00 |
| CIPOLLA, SANTO A. (PARA) | CR | 2.50 | 150.00 | 375.00 |
| MANGUAL, KATHLEEN (PARA) | CR | 17.90 | 150.00 | 2,685.00 |
| REZNICK, MARTIN (PARA) | CR | 1.50 | 150.00 | 225.00 |
| | Total | 102.90 | | $32,467.50 |

KL4 2043423.1