# EXHIBIT B

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $64.00 |
| TABS | 28.00 |
| PHOTOCOPYING | 562.80 |
| MANUSCRIPT SERVICE | 567.00 |
| RESEARCH SERVICES | 147.00 |
| LONG-DISTANCE TEL. | 13.57 |
| WESTLAW ON - LINE RESEARCH | 93.91 |
| LEXIS / NEXIS ON -LINE RESEARCH | 204.00 |
| MESSENGER SERVICE | 73.68 |
| CAB FARES | 170.27 |
| MEALS | 15.00 |
| OUT-OF-TOWN TRAVEL | 399.00 |
| Subtotal | $2,338.23 |

KL4:2043423.1