# EXHIBIT C

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $32.00 |
| PHOTOCOPYING | 300.16 |
| Subtotal | $332.16 |

KL4:2043423.1