Grace Agenda Notice Service List for
1/29/02 Hearing
Case No. 01-1139
January 25, 2002
Document # 38933
*01 – Hand Delivery*
*52 - Facsimile*

*Hand Delivery*
Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE  19801

*Facsimile 310-201-0760*
Hamid R. Rafatjoo, Esquire
(Counsel to Debtors and Debtors in
Possession)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-426-9947*
Matthew G. Zaleski, III, Esquire
(Local Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
(Counsel for National Medical Care, Inc.)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
Frederick B. Rosner, Esquire
(Counsel for Ingersoll-Rand Fluid Products)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-658-8111*
Bruce E. Jameson, Esquire
(Counsel for Travis Abner, James Gill,
Richard Mesquita and other Asbestos
Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 312-861-2200*
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
(Counsel to Debtor)
(Special Request)

*Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-977-5239*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4783*
David B. Siegel
(W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury
Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured
Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage
Claimants)
(Special Request)

*Facsimile 212-715-8000*
Thomas Moers Mayer, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile  302-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of
Unsecured Creditors)
(Special Request)

*Facsimile  302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 305-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-552-4295*
Adam G. Landis, Esquire
(Counsel for Wachovia Bank, N.A.)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5012*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile  302-656-8864*
Aaron A. Garber, Esquire
(Counsel for Potash Corp.)
(Special Request)

*Facsimile  302-552-4295*
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
(Counsel for Entergy Services, Inc.)
(Special Request)

*Facsimile  302-654-5181*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile  302-428-3180*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation
Plaintiffs and Medical Monitoring
Claimants)
(Special Request)

*Facsimile  302-654-4775*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of
Lloyd's of London)
(Special Request)

*Facsimile  302-654-5181*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar
Associates)
(Special Request)

*Facsimile 303-312-7331*
James D. Freemen, Esquire
(Counsel for the U.S. Environment and
Natural Resources Division)

*Facsimile 303-312-6312*
Matthew D. Cohn, Esquire
Andrea Madigan, Esquire
(Counsel for the U.S. Environment and
Natural Resources Division)

*Facsimile 302-651-3001*
Cheryl E. Siskin, Esquire
(Counsel for Sealed Air Corporation)

*Facsimile  212-536-3901*
Robert N. Michaelson, Esquire
(Counsel for American Real Estate
Holdings, LP)

*Facsimile 310-574-9883*
Alice Graham Smolker, Esquire
Gary S. Smolker, Esquire
(Objectors in Propria Persona)

*Facsimile  617-720-5015*
Thomas M. Sobol, Esquire
(Counsel for Jackie Lewis, Bonnie Lewis,
Thomas Lewis, Pamela Tellesch, Wayne
Tellesch, Bridget Loehner, Dennis Loehner,
Jane Zajac and Counsel for Andy
Dorrington, Susan B. Grenfell, Gayla R.
Cody, Marvin Sather, mark Macintosh,
Chris Ladera)

*Facsimile  415-956-1008*
Elizabeth J. Cabraser, Esquire
Fabrice N. Vincent, Esquire
(Counsel for Jackie Lewis, Bonnie Lewis,
Thomas Lewis, Pamela Tellesch, Wayne
Tellesch, Bridget Loehner, Dennis Loehner,
Jane Zajac and Counsel for Andy
Dorrington, Susan B. Grenfell, Gayla R.
Cody, Marvin Sather, mark Macintosh,
Chris Ladera)

*Facsimile 509-747-2323*
Darrel W. Scott, Esquire
Michael G. Black, Esquire
Mischelle R. Fulgham, Esquire
Tonya R. Hanson, Esquire
(Counsel for Jackie Lewis, Bonnie Lewis,
Thomas Lewis, Pamela Tellesch, Wayne
Tellesch, Bridget Loehner, Dennis Loehner,
Jane Zajac and Counsel for Andy
Dorrington, Susan B. Grenfell, Gayla R.
Cody, Marvin Sather, mark Macintosh,
Chris Ladera)

*Facsimile 843-216-9440*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Edward B. Cottingham, Jr., Esquire
(Counsel for Jackie Lewis, Bonnie Lewis,
Thomas Lewis, Pamela Tellesch, Wayne
Tellesch, Bridget Loehner, Dennis Loehner,
Jane Zajac and Counsel for Andy
Dorrington, Susan B. Grenfell, Gayla R.
Cody, Marvin Sather, mark Macintosh,
Chris Ladera)

*Facsimile 406-752-7124*
Jon L. Heberling, Esquire
Allan M. McGarvey, Esquire
(Counsel for Jackie Lewis, Bonnie Lewis,
Thomas Lewis, Pamela Tellesch, Wayne
Tellesch, Bridget Loehner, Dennis Loehner,
Jane Zajac and Counsel for Andy
Dorrington, Susan B. Grenfell, Gayla R.
Cody, Marvin Sather, mark Macintosh,
Chris Ladera)

*Facsimile 302-428-3180*
William d. Sullivan, Esquire
(Counsel for Jackie Lewis, Bonnie Lewis,
Thomas Lewis, Pamela Tellesch, Wayne
Tellesch, Bridget Loehner, Dennis Loehner,
Jane Zajac and Counsel for Andy
Dorrington, Susan B. Grenfell, Gayla R.
Cody, Marvin Sather, mark Macintosh,
Chris Ladera)

*Facsimile 302-658-1473*
Henry A. Heiman, Esquire
Susan E. Kaufman, Esquire
(Counsel for MCNIC Pipeline & Processing
Company)

*Facsimile 302-658-6901*
Brett D. Fallon, Esquire
Christina M. Maycen, Esquire
(Counsel for Caterpillar Financial Services
Corporation)

*Facsimile 617-951-8736*
David C. Casey, Esquire
Mary DeNevi, Esquire
Rheba Rutkowski, Esquire
(Counsel for Robert H. Locke)

*Facsimile 302-661-7360*
Soctt D. Cousins, Esquire
William E. Chipman, Jr., Esquire
(Counsel for ExxonMobile Corporation)

*Facsimile 212-688-2449*
Adam D. Cole, Esquire
(Counsel for ExxonMobile Corporation)

*Facsimile 302-652-8405*
Kathleen M. Miller, Esquire
(Counsel for Robert H. Locke)

*Facsimile 212-753-0396*
Michael S. Davis, Esquire
(Counsel for National Union Fire Insurance
Company of Pittsburgh, PA)