IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 1434 |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE FOURTH MONTHLY APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001 (DOCKET NO. 1434)**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on January 2, 2002 a fourth monthly application ("Application") [Docket No. 1434] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before January 23, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application

{D0001420:1}

were filed. In accordance with the Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

                                            CAPLIN & DRYSDALE, CHARTERED
                                            Elihu Inselbuch
                                            399 Park Avenue
                                            New York, NY  10022
                                            (212) 319-7125

                                                       -and-

                                            CAPLIN & DRYSDALE, CHARTERED
                                            Peter Van N. Lockwood
                                            One Thomas Circle, N.W.
                                            Washington, D.C.  20005
                                            (202) 862-5000

                                                      - and -

                                            CAMPBELL & LEVINE, LLC

                                                /s/ Matthew G. Zaleski, III
                                            Matthew G. Zaleski, III (I.D. #3557)
                                            1201 N. Market Street
                                            15th Floor
                                            Wilmington, DE  19899
                                            (302) 426-1900

                                            Counsel for the Official Committee
                                               of Asbestos Personal Injury Claimants

Dated: January 25, 2002

{D0001420:1 }