IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 1439** |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE FIFTH MONTHLY APPLICATION OF CAMPBELL & LEVINE, LLC, FOR SERVICES RENDERED AND REIMUBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001**
**<u>(DOCKET NO. 1439)</u>**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on January 3, 2002 a fifth monthly application ("Application") [Docket No. 1439] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.  Objections to the Application were to be filed and served on or before January 24, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application

{D0001422:1 }

{D0001422:1 }

were filed. In accordance with the Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Campbell & Levine eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

                                              CAMPBELL & LEVINE, LLC

                                              /s/ Matthew G. Zaleski, III
                                              Matthew G. Zaleski, III (I.D. #3557)
                                              1201 N. Market Street
                                              15th Floor
                                              Wilmington, DE  19899
                                              (302) 426-1900

                                              Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: January 25, 2002