## EXHIBIT A

### Asset Analysis and Recovery (1.00 Hours; $ 406.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .60 | $500 | 300.00 |
| Kimberly N. Brown | .40 | $265 | 106.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/05/01 | KNB | 265.00 | .40 | Conference with PVNL re: reply brief |
| 12/26/01 | PVL | 500.00 | .60 | Review miscellaneous filings and correspondence (.3); review agenda letter (.1); teleconference EI re status (.2). |

**Total Task Code .01**     **1.00**

### Business Operations (.10 Hours; $ 50.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $500 | 50.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/28/01 | PVL | 500.00 | .10 | Telephone conference with Tersigni re: business operations (.1) |

**Total Task Code .03**     **.10**

- 2 -

## Case Administration (106.50 Hours; $ 39,872.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 4.30 | $630 | 2,709.00 |
| Peter V. Lockwood | 26.50 | $500 | 13,250.00 |
| Julie W. Davis | 54.70 | $365 | 19,965.50 |
| Trevor W. Swett | .50 | $360 | 180.00 |
| Nathan D. Finch | 5.70 | $290 | 1,653.00 |
| Rita C. Tobin | 1.00 | $265 | 265.00 |
| Max C. Heerman | .60 | $230 | 138.00 |
| Brian A. Skretny | .40 | $215 | 86.00 |
| Beth S. Heleman | .30 | $210 | 63.00 |
| Elyssa J. Strug | 12.50 | $125 | 1,562.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 10/01/01 | JWD | 365.00 | 2.10 | Review final confidentiality agreement (1.2); memo to Committee re same (.9) |
| 10/01/01 | PVL | 500.00 | .40 | Review misc. filings (.1), telephone conference with Zaleski re: status (.3) |
| 10/02/01 | JWD | 365.00 | 2.10 | Review current pleadings for status report |
| 10/02/01 | PVL | 500.00 | .30 | Review draft minutes (.1), telephone conference with ES re: same (.1), telephone conference with EI re: status (.1) |
| 10/03/01 | JWD | 365.00 | 2.80 | Prepare, review confidentiality agreements for each Committee member and C&D |
| 10/04/01 | JWD | 365.00 | 1.90 | Draft status report to EI, PVNL, local counsel |
| 10/05/01 | EJS | 125.00 | 1.00 | Updated EI files |
| 10/07/01 | PVL | 500.00 | .10 | Review status report (.1) |
| 10/08/01 | JWD | 365.00 | 2.10 | Review filings for status report to EI, PVNL, local counsel |

- 3 -

| 10/08/01 | PVL | 500.00 | .20 | Review misc. correspondence and filings (.2) |
| 10/09/01 | PVL | 500.00 | .50 | Telephone conference with Zaleski re: status (.1), telephone conference with St. Onge (.1), telephone conference with Baena re: pending matters (.3) |
| 10/10/01 | PVL | 500.00 | .10 | Review misc. filings (.1) |
| 10/11/01 | EJS | 125.00 | .50 | Reviewed and selected court documents received 10/9/01-10/11/01 for files and internal distribution |
| 10/13/01 | PVL | 500.00 | .10 | Review misc. filings and email Zaleskie re: same (.1) |
| 10/15/01 | PVL | 500.00 | .50 | Review misc. correspondence (.1), telephone conferences with Zaleski re: status (.2), review draft calendar (.1), review misc. filings (.1) |
| 10/17/01 | EJS | 125.00 | .50 | Updated EI files |
| 10/17/01 | PVL | 500.00 | .40 | Telephone conference with Zaleski re: status (.1), telephone conference with McGarvey re: same (.3) |
| 10/18/01 | EJS | 125.00 | .50 | Updated fee payment schedule, created November's fee application schedules |
| 10/19/01 | JWD | 365.00 | 2.10 | Review filings for status report |
| 10/19/01 | PVL | 500.00 | .10 | Review misc. filings (.1) |
| 10/22/01 | JWD | 365.00 | 2.10 | Draft status report |
| 10/22/01 | PVL | 500.00 | .40 | Telephone conference with Baena re: status (.3), review draft calendar (.1) |
| 10/23/01 | PVL | 500.00 | .30 | Review misc. filings and correspondence (.1), telephone conference with Zaleski re: status (.2) |
| 10/25/01 | JWD | 365.00 | 1.90 | Review new filings for status report |

- 4 -

| 10/25/01 | PVL | 500.00 | .50 | Review misc. filings (.1), review EPA settlement motion (.4) |
| 10/26/01 | EJS | 125.00 | 1.00 | Updated players list and distributed accordingly |
| 10/27/01 | PVL | 500.00 | .10 | Review misc. filings and correspondence (.1) |
| 10/29/01 | EJS | 125.00 | 1.00 | Reviewed, duplicated and distributed recently received court documents for internal distribution and files |
| 10/29/01 | PVL | 500.00 | .30 | Telephone conference with J. McKelvie et al. (.1), telephone conference with Pasquale re: hearing and status (.2) |
| 10/30/01 | PVL | 500.00 | .80 | Review misc. filings (.3), telephone conference with EI re: status (.1), review misc. correspondence and email (.2), telephone conference with Pasquale (.2) |
| 10/31/01 | JWD | 365.00 | .90 | TC L. Tersigni re 11/1 meeting at Company re financial issues (.4); TC Sam Schwartz re same (.5) |
| 10/31/01 | PVL | 500.00 | .10 | Conference with JWD re: status (.1) |
| 11/01/01 | PVL | 500.00 | .30 | Review agenda letter and email Zaleski re: same (.2), review draft calendar (.1) |
| 11/02/01 | JWD | 365.00 | 1.90 | Review pleadings for weekly status report |
| 11/02/01 | PVL | 500.00 | .40 | Telephone conference with Baena re: 11/5 hearing (.1), telephone conferences with Zaleski re: same (.3) |
| 11/05/01 | JWD | 365.00 | 2.10 | Draft weekly status report |
| 11/05/01 | PVL | 500.00 | 3.10 | Prepare for omnibus hearing (1.0), telephone conference with Zaleski re: same (.1), attend omnibus hearing before J. Farnan (.8), conference with |

| | | | | Zaleski re: hearing (.2), conference with Baena re: pending matters (.9) telephone conference with EI re: hearing (.1) |
|---|---|---|---|---|
| 11/06/01 | PVL | 500.00 | .30 | Review misc. filings (.3) |
| 11/08/01 | JWD | 365.00 | 2.10 | Review pleadings for weekly status report |
| 11/08/01 | PVL | 500.00 | .50 | Telephone conference with Zaleski re: status (.1), telephone conference with Bernick re: 11/21 hearing (.1), telephone conferences with Baena re: same (.3) |
| 11/09/01 | PVL | 500.00 | .10 | Telephone conference with Zaleski re: status (.1) |
| 11/09/01 | EJS | 125.00 | .50 | Reviewed recently received court documents, duplicated for files and internal distribution |
| 11/12/01 | JWD | 365.00 | 2.20 | Prepare weekly status report |
| 11/12/01 | PVL | 500.00 | .30 | Telephone conference with Zaleski re: status (.2), review correspondence (.1) |
| 11/13/01 | EJS | 125.00 | .50 | Updated EI files |
| 11/14/01 | PVL | 500.00 | .50 | Review email (.1), review misc. filings (.4) |
| 11/15/01 | PVL | 500.00 | .30 | Review misc. filings (.1), telephone conference with Zaleski re: pending motions (.2) |
| 11/16/01 | EJS | 125.00 | .50 | Reviewed recently received court documents in preparation of indexing |
| 11/16/01 | TWS | 360.00 | .10 | Read status report |
| 11/17/01 | PVL | 500.00 | 1.90 | Telephone conferences with Baena re: case management motion and 11/21 hearing (1.6), prepare for hearing (.3) |
| 11/18/01 | JWD | 365.00 | 2.20 | Review filings for status report |

| | | | | |
|---|---|---|---|---|
| 11/19/01 | RCT | 265.00 | .30 | Review weekly status reports re: upcoming assignments |
| 11/19/01 | EI | 630.00 | .10 | Conference L. Tersigni re: business plan |
| 11/19/01 | JWD | 365.00 | 2.10 | Work on status report |
| 11/20/01 | PVL | 500.00 | .50 | Review ZAI motion to dismiss Ch. 11 case (.5) |
| 11/21/01 | RCT | 265.00 | .20 | Review case management reports re: scheduled issues and arrangements |
| 11/21/01 | EI | 630.00 | .70 | Telecon PVNL/Zaleski re: judge issues (.5); memos re: judge issue (.2) |
| 11/21/01 | JWD | 365.00 | 2.10 | Review pleadings for status report |
| 11/21/01 | PVL | 500.00 | 3.90 | Prepare for hearing (1.0), conferences with Zaleski re: case admin and status (1.3), telephone conference with EI and Zaleski (.2), telephone conference with Baena et al. (.7), conference with Siegal and Pasquale (.4), telephone conference with Davis re: hearing (.2), review UST objection re: CMO (.1) |
| 11/23/01 | EI | 630.00 | .50 | Telecon PVNL re: status of pending motions re: fraudulent conveyance case, bar date, PD and motion to dismiss |
| 11/23/01 | PVL | 500.00 | .30 | Telephone conference with EI re: status (.3) |
| 11/26/01 | JWD | 365.00 | 1.80 | Draft, revise, edit weekly status report |
| 11/26/01 | PVL | 500.00 | .30 | Review misc. filings (.1), review Tersigni report (.2) |
| 11/27/01 | EI | 630.00 | .10 | Memo to Committee re: new judge |
| 11/27/01 | RCT | 265.00 | .20 | Review memo re: new Judge |

| | | | | |
|---|---|---|---|---|
| 11/28/01 | JWD | 365.00 | 1.90 | Review pleadings for status report; telephone conference with M. Zaleski re same |
| 11/28/01 | EJS | 125.00 | .50 | Updated EI files including committee contact cards |
| 11/29/01 | PVL | 500.00 | .20 | Review misc. filings (.2) |
| 11/30/01 | PVL | 500.00 | .10 | Review misc. filings (.1) |
| 12/03/01 | RCT | 265.00 | .20 | Review status reports |
| 12/03/01 | EJS | 125.00 | .50 | Reviewed court documents reviewed 11/30/01-12/3/01 in preparation of indexing |
| 12/03/01 | PVL | 500.00 | .10 | Review draft calendar (.1) |
| 12/04/01 | JWD | 365.00 | 2.10 | Review pleadings for status report |
| 12/04/01 | PVL | 500.00 | 1.50 | Telephone conference with Baena re: status (.6), telephone conference with Bernick et al. re: letter to J. Fitzgerald (.4), telephone conference with EI re: same (.1), telephone conference with Baena re: same (.2), telephone conference to LeClair and Baena re: same (.1), review Exxon reply (.1) |
| 12/05/01 | PVL | 500.00 | .50 | Review Bernick letter to J. Fitzgerald (.1), telephone conference with Baena re: same (.1), draft letter to J. Fitzgerald (.2), review Baena letter (.1) |
| 12/05/01 | EJS | 125.00 | .50 | Updated EI agenda and hearing files |
| 12/06/01 | RCT | 265.00 | .10 | Telecon with KNB re: upcoming project |
| 12/06/01 | PVL | 500.00 | .20 | Review misc. filings (.2) |
| 12/07/01 | JWD | 365.00 | 2.10 | Draft weekly report |
| 12/07/01 | PVL | 500.00 | .20 | Review draft calendar (.1), telephone conference with Tersigni (.1) |

| | | | | |
|---|---|---|---|---|
| 12/10/01 | JWD | 365.00 | 1.70 | Draft status report |
| 12/10/01 | EJS | 125.00 | 1.00 | Reviewed court documents received 12/6/01-12/10/01 in preparation of indexing |
| 12/10/01 | PVL | 500.00 | .10 | Review draft calendar (.1) |
| 12/11/01 | JWD | 365.00 | 1.90 | Review pleadings for status report |
| 12/12/01 | EJS | 125.00 | .50 | Updated players list |
| 12/12/01 | EJS | 125.00 | .50 | Updated EI files |
| 12/12/01 | PVL | 500.00 | .10 | Review miscellaneous filings and correspondence |
| 12/14/01 | PVL | 500.00 | .10 | Review miscellaneous filings |
| 12/15/01 | PVL | 500.00 | .20 | Review Bernick letter to court |
| 12/17/01 | JWD | 365.00 | 2.10 | Review pleadings for status report |
| 12/17/01 | EJS | 125.00 | .50 | Worked on pending payments schedule for EI |
| 12/17/01 | PVL | 500.00 | .80 | Conference NDF et al re case management (.4); conference NDF re same (.1); review miscellaneous filings (.2); teleconference Zaleski re status (.1) |
| 12/17/01 | TWS | 360.00 | .40 | Case management meeting to discuss assignments and staffing |
| 12/17/01 | BAS | 215.00 | .40 | Case management meeting to discuss pending assignments and staffing requirements (.4) |
| 12/17/01 | NDF | 290.00 | .40 | Case management meeting to discuss pending assignments and staffing requirements (.4) |
| 12/17/01 | MCH | 230.00 | .40 | Case management meeting to discuss pending assignments and staffing requirements |

| 12/17/01 | BSH | 210.00 | .30 | Participate in case management meeting to discuss pending assignments and staffing requirements |
|----------|-----|--------|-----|--------|
| 12/18/01 | PVL | 500.00 | .50 | Teleconference Zaleski re status (.1); conference KNB re CMO brief (.2); prepare for hearing (.2) |
| 12/18/01 | MCH | 230.00 | .20 | Conference re: filing opp. to motion for leave |
| 12/18/01 | NDF | 290.00 | 5.30 | Read and outline Debtor's Motion For Leave To File Omnibus Reply to Various Objections to the Debtors' Motion For Entry of Case Mgmt Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and Approval of the Notice Program; Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtor's Motion For Entry of Case Mgmt. Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and Approval of Notice Program; Notice of Debtors' Motion for Entry of Case Mgmt. Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and Approval of Notice Program and Memo in Support (3.8); Edit SurReply (1.5) |
| 12/19/01 | JWD | 365.00 | 2.30 | Draft status report |
| 12/19/01 | EI | 630.00 | .20 | Reviewed calendar and issues for conference with Judge Wolin |
| 12/20/01 | PVL | 500.00 | 2.80 | Attend hearing (1.7); 1/5 joint hearing (.2); conference EI, Zaleski re hearing (.9) |
| 12/20/01 | EI | 630.00 | 1.70 | Joint session with Judge Wolin (.2); lunch conference with PVNL and Zaleski to prepare (1.0); conference with Judge Wolin (.5) |

| 12/21/01 | PVL | 500.00 | .20 | Review miscellaneous correspondence (.1); teleconference EI (.1) |
| 12/21/01 | EI | 630.00 | 1.00 | Memo to Committee re: court conference (.5); telecon PVNL re: response to court issues, etc. (.5) |
| 12/26/01 | JWD | 365.00 | 2.10 | Review weekly pleadings for status report |
| 12/26/01 | EJS | 125.00 | 1.00 | Reviewed court documents received 12/19-12/26 in preparation of indexing and updating files |
| 12/27/01 | JWD | 365.00 | 2.10 | Review pleadings for status report |
| 12/27/01 | JWD | 365.00 | 1.90 | Draft status report |
| 12/27/01 | EJS | 125.00 | 1.00 | Updted EI files |
| 12/27/01 | PVL | 500.00 | .30 | Teleconferences Zaleski re status and hearing |
| 12/28/01 | PVL | 500.00 | .50 | Telephone conferences Zaleski (.2); review miscellaneous correspondence (.2); review J. Wolin order (.1) |
| 12/28/01 | EJS | 125.00 | .50 | Reviewed recently received court documents in preparation of indexing and updating files |
| 12/31/01 | PVL | 500.00 | .20 | Teleconference Prol re special master |

**Total Task Code .04**    **106.5**


## Claims Administration & Objections (1.70 Hours; $ 850.00)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter V. Lockwood | 1.70 | $500 | 850.00 |

- 11 -

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/16/01 | PVL | 500.00 | .50 | Telephone conference with Churchill re: claims (.5) |
| 11/05/01 | PVL | 500.00 | .80 | Prepare for hearing re: Bolduc claims (.3), attend hearing re: Bolduc (.5) |
| 12/05/01 | PVL | 500.00 | .40 | Conference with KNB re: CMO reply (.4) |

**Total Task Code .05      1.70**

### Fee/Employment Applications (11.20 Hours; $ 2,596.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .80 | $500 | 400.00 |
| Rita C. Tobin | 6.40 | $265 | 1,696.00 |
| Elyssa J. Strug | 4.00 | $125 | 500.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/02/01 | RCT | 265.00 | .10 | Conference with ES re: status of payment and fee issues. |
| 10/04/01 | RCT | 265.00 | .50 | Review prebill for September. |
| 10/05/01 | RCT | 265.00 | .30 | Draft fee app docs. |
| 10/05/01 | PVL | 500.00 | .10 | Review KL fee app. (.1) |
| 10/08/01 | PVL | 500.00 | .20 | Review draft ret. app. re: Cozen & McKool (.2) |
| 10/09/01 | RCT | 265.00 | .70 | Review PVNL e-mail re: Peterson application (.1); telecon with M. Zaleski re: same (.3); e-mail, telecon with PVNL re: same (.3). |
| 10/09/01 | EJS | 125.00 | .50 | Created fee application working chart of C&D employees, years of |

|          |     |        |      | experience and billing rates for use when creating fee applications. |
|----------|-----|--------|------|----------------------------------------------------------------------|
| 10/12/01 | RCT | 265.00 | .20  | Conference with ES re: payments received/owed. |
| 10/12/01 | PVL | 500.00 | .50  | Review comm. joint retention app re: Cohen/McKool (.2), telephone conference with Salacoff re: same (.2); telephone conference with Zaleski re: same (.1) |
| 10/23/01 | RCT | 265.00 | 1.00 | Review monthly fee app and exhibits, finalize total. |
| 10/23/01 | EJS | 125.00 | 1.00 | Reviewed, edited and assembled quarterly fee application. |
| 10/30/01 | RCT | 265.00 | .20  | Review November fee schedule. |
| 11/09/01 | RCT | 265.00 | .50  | Review October pre-bills. |
| 11/16/01 | RCT | 265.00 | 1.00 | Prepare fee apps for October. |
| 11/20/01 | EJS | 125.00 | 1.00 | Reviewed, edited and assembled monthly fee application in preparation of filing. |
| 11/26/01 | EJS | 125.00 | .50  | Memo to RCT re missing payments from the Debtor. |
| 11/28/01 | RCT | 265.00 | .30  | Conference with ES re: upcoming fee application and billing issues. |
| 12/03/01 | RCT | 265.00 | .10  | Conference with ES re: amounts outstanding; payment schedule. |
| 12/05/01 | RCT | 265.00 | .50  | Review November prebills. |
| 12/14/01 | EJS | 125.00 | 1.00 | Proofed, edited and assembled monthly fee application. |
| 12/14/01 | RCT | 265.00 | 1.00 | Prepare monthly fee app. |

**Total Task Code .07**      **11.20**

**Fee/Employment Objections (.20 Hours; $ 86.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter V. Lockwood | .10 | $500 | 50.00 |
| Trevor W. Swett | .10 | $360 | 36.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 11/07/01 | PVL | 500.00 | .10 | Review objs. to Warren ret. (.1) |
| 11/07/01 | TWS | 360.00 | .10 | Read oppositions to E. Warren retention |

**Total Task Code .08    .20**

**Litigation (151.90 Hours; $ 38,215.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter V. Lockwood | 6.80 | $500 | 3,400.00 |
| Trevor W. Swett | 1.20 | $360 | 432.00 |
| Nathan D. Finch | 2.10 | $290 | 609.00 |
| Rita C. Tobin | 3.80 | $265 | 1,007.00 |
| Kimberly N. Brown | 50.80 | $265 | 13,462.00 |
| Max C. Heerman | 38.40 | $230 | 8,832.00 |
| Brian A. Skretny | 45.00 | $215 | 9,675.00 |
| Beth S. Heleman | 3.80 | $210 | 798.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 10/01/01 | RCT | 265.00 | .20 | Review EI memos to Committee and calendar re: upcoming litigation assignments. |
| 11/10/01 | PVL | 500.00 | .30 | Review draft Rourke aff. re: bar date (.2), telephone conference with Peterson re: same (.1) |

| Date | Initials | Rate | Hours | Description |
|------|----------|------|-------|-------------|
| 11/12/01 | PVL | 500.00 | 1.00 | Telephone conferences with Peterson re: bar date motion (.9), telephone conference with Bernick re: same (.1) |
| 11/14/01 | PVL | 500.00 | 2.40 | Review Grace bar date reply (2.4) |
| 11/15/01 | PVL | 500.00 | .70 | Conference with KNB re: bar date reply (.5), telephone conference with EI re: same (.1), conference with NDF re: same (.1) |
| 11/15/01 | KNB | 265.00 | .50 | Conference with PVNL re: reply brief |
| 11/18/01 | KNB | 265.00 | 3.00 | Review Debtors' reply brief |
| 11/20/01 | KNB | 265.00 | .20 | Read reply brief to bar date motion |
| 11/20/01 | PVL | 500.00 | .60 | Telephone conference with Zaleski re: 11/21 hearings (.2), prepare for 11/21 hearing (.4) |
| 12/05/01 | KNB | 265.00 | .30 | Read order and transcript designating Judge Wolin |
| 12/06/01 | KNB | 265.00 | 4.60 | Review reply brief |
| 12/06/01 | TWS | 360.00 | .40 | Conf KNB re claims protocol issues |
| 12/10/01 | RCT | 265.00 | .40 | E-mails to KNB re: research (.1); review motion (.3). |
| 12/10/01 | BAS | 215.00 | 2.50 | Research from KNB re: Local Rules of Dist. Court of Delaware and corresponding case law (.8); conf. w/KNB re: Local Rules of Dist. Ct. of Delaware (.1); rs re: FRCP re: Kirkland and Ellis's reply brief (1.5); conf. KNB re: Rule 42 consolidation (.1). |
| 12/10/01 | KNB | 265.00 | 5.00 | Review Debtors' reply brief (2.4); conference with BS re: research (.4); Research re: Debtors' reply brief (2.2) |
| 12/11/01 | RCT | 265.00 | 3.20 | Draft brief section re: impaired claims; research, review memos re: same. |

| 12/11/01 | BAS | 215.00 | .50 | Review cases previously researched (.2); highlight cases (.1); discuss results with KNB (.2). |
| 12/11/01 | PVL | 500.00 | .10 | Review draft calendar. |
| 12/11/01 | KNB | 265.00 | 1.00 | Confer with PVNL re opposition (.2); confer with M. Zaleski re opposition (.3); confer with BS re research (.50). |
| 12/11/01 | KNB | 265.00 | 7.00 | Draft opposition to motion for leave to file omnibus reply. |
| 12/12/01 | MCH | 230.00 | .80 | Conference with KNB re: response to omnibus reply |
| 12/12/01 | KNB | 265.00 | 6.00 | Draft opposition to motion for leave to file (5.0); confer with MH re research (1.0). |
| 12/12/01 | MCH | 230.00 | 2.80 | Review omnibus reply |
| 12/13/01 | MCH | 230.00 | 4.30 | Legal research on 3rd Circuit case law refuting opponents' omnibus reply |
| 12/13/01 | MCH | 230.00 | .50 | Conference with KNB re: response to omnibus reply |
| 12/13/01 | KNB | 265.00 | 6.00 | Draft opposition to motion for leave to file (4.6); confer with BS re research (.7); confer with MH re research (.7). |
| 12/13/01 | BAS | 215.00 | 3.30 | Research re: DEL Procedure (.2); research re: Federal Rules of Evidence (2.8); meet with KNB re: research (.3). |
| 12/14/01 | MCH | 230.00 | 3.10 | Drafting section of opposition to debtors motion for leave to file omnibus reply |
| 12/14/01 | MCH | 230.00 | .30 | Conference with TWS re: reorganization and estimation methods |
| 12/14/01 | MCH | 230.00 | 3.30 | Legal research for opp. to debtors mo. for leave to file omnibus reply |

- 16 -

| 12/14/01 | BAS | 215.00 | 6.30 | Background reading and rs re: Evidence and Admissibility (6.3). |
| 12/14/01 | TWS | 360.00 | .70 | Conf MCH re response to proposed claims protocol |
| 12/14/01 | BSH | 210.00 | .70 | Draft outline of section of response re: omnibus procedures |
| 12/16/01 | MCH | 230.00 | 1.20 | Legal research re: estimation for oppo. to debtors motion for leave to file omnibus reply |
| 12/17/01 | KNB | 265.00 | 7.30 | Draft opposition to motion for leave to file (4.8); case management meeting to discuss pending assignments and staffing requirements (1.2); confer with MCH re research (.8); confer with BS re research (.5). |
| 12/17/01 | TWS | 360.00 | .10 | Conf KNB re claims protocol issue |
| 12/17/01 | BAS | 215.00 | 7.20 | Rs and writing re: evidence, admissibility, medical claims, expert testimony for Opposition Brief due 12/19/01. |
| 12/17/01 | MCH | 230.00 | 3.50 | Conference with KNB re: opp. to debtors motion for leave to file omnibus reply |
| 12/17/01 | MCH | 230.00 | .20 | Legal research for opp to debtors motion for leave to file omnibus reply |
| 12/17/01 | BSH | 210.00 | 2.90 | Draft section of brief re: omnibus procedures (2.5); review section re: new arguments/evidence in reply brief (.4) |
| 12/17/01 | MCH | 230.00 | 3.00 | Drafting opp to debtors motion for leave |
| 12/18/01 | KNB | 265.00 | 9.90 | Confer MCA re opposition brief; confer BS re same; confer NDF re same; confer PNVL re same; draft opposition brief. |

| | | | | |
|---|---|---|---|---|
| 12/18/01 | MCH | 230.00 | 1.60 | Cite check and proof read opp. to motion for leave |
| 12/18/01 | BSH | 210.00 | .20 | Revise and edit sections of brief re: omnibus procedures |
| 12/18/01 | MCH | 230.00 | 4.00 | Draft arguments for opp. to motion for leave to file omnibus reply |
| 12/18/01 | MCH | 230.00 | 5.50 | Legal research for opp. to motion for leave to file omnibus reply |
| 12/18/01 | BAS | 215.00 | 11.00 | Opposition Brief: Rs and write (10.3); document review (.5); meetings (.2). |
| 12/19/01 | NDF | 290.00 | 2.10 | Review, revise, edit Surreply Brief (1.5); conf. KNF and PVNL re: same (.6). |
| 12/19/01 | BAS | 215.00 | 6.30 | Read, edit and do final rs on Opposition Brief(6.3). |
| 12/19/01 | PVL | 500.00 | 1.70 | Review draft CMO surreply brief (.8); teleconference NDF and KNB re same (.2); conference EI re same (.2); review final CMO surreply (.4); prepare for hearing (.1) |
| 12/19/01 | MCH | 230.00 | 4.30 | Draft final changes to opp. to motion for leave |
| 12/20/01 | BAS | 215.00 | .30 | Meeting w/ NDF and MCH re: background reading for asbestos litigation. |
| 12/26/01 | BAS | 215.00 | 1.00 | Background reading for asbestos litigation (1.0). |
| 12/27/01 | BAS | 215.00 | 2.40 | Background reading for asbestos litigation (2.4). |
| 12/28/01 | BAS | 215.00 | 2.10 | Background reading for asbestos litigation cases. |
| 12/31/01 | BAS | 215.00 | 2.10 | Reading assignment from NDF re: Brodeur (con't); B&W; Grace Inpo Brief; State. of Facts (2.1). |

- 18 -

**Total Task Code .10**      **151.90**

## Plan and Disclosure Statement (1.80 Hours; $ 657.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Julie W. Davis | 1.80 | $365 | 657.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/30/01 | JWD | 365.00 | .50 | Letters to Bob Jacobs, Ted Goldberg re submission of confidentiality agreements |
| 10/30/01 | JWD | 365.00 | .40 | TC S. Schwartz re attendance at 11/1 meeting re Debtors financial condition |
| 11/07/01 | JWD | 365.00 | .90 | Draft letters to Committee members re need to sign confidentiality agreement |

**Total Task Code .11**      **1.80**

## Committee Meetings/Conferences (6.20 Hours; $ 2,191.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $630 | 126.00 |
| Julie W. Davis | 5.50 | $365 | 2,007.50 |
| Heather M. Dowie | .50 | $115 | 57.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/01 | HMD | 115.00 | .50 | Reviewed, Copied and Distributed Court Documents. |
| 10/05/01 | EI | 630.00 | .20 | Work on minutes and memo. |

- 19 -

| 11/01/01 | JWD | 365.00 | 5.50 | Meeting with L. Tersigni, P. Zilly and Grace financial staff at Company headquarters. |

**Total Task Code .15**      **6.20**


## Travel (5.20 Hours; $ 1,313.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | .20 | $315 | 63.00 |
| Peter V. Lockwood | 5.00 | $250 | 1,250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 11/05/01 | PVL | 250.00 | 2.00 | Travel to and from Wilmington (1/2 time) (2.0) |
| 11/21/01 | PVL | 250.00 | 3.00 | Travel to and from Wilmington (3.0) |
| 12/20/01 | EI | 315.00 | .20 | Return to NY following Judge Wolin conference. |

**Total Task Code .16**      **5.20**


## Docket Review & Control (69.20 Hours; $ 8,394.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Trevor W. Swett | .10 | $360 | 36.00 |
| Robert C. Spohn | 12.60 | $135 | 1,701.00 |
| Elyssa J. Strug | 16.00 | $125 | 2,000.00 |
| Heather M. Dowie | 12.00 | $115 | 1,380.00 |
| Stacie M. Evans | 22.40 | $115 | 2,576.00 |
| Samira A. Taylor | 6.10 | $115 | 701.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/01 | RCS | 135.00 | 1.10 | Review and index received pleadings (1.1). |
| 10/02/01 | RCS | 135.00 | .60 | Review and index received pleadings (.6). |
| 10/03/01 | RCS | 135.00 | .80 | Review and index received pleadings and correspondence (.8). |
| 10/04/01 | RCS | 135.00 | 1.10 | Review and index received pleadings (1.1). |
| 10/09/01 | SAT | 115.00 | .40 | Filed correspondence and pleadings; updated index. |
| 10/10/01 | HMD | 115.00 | 8.00 | Updated Court Douments, Files and Indexes. |
| 10/12/01 | SME | 115.00 | .30 | Analyze, compile and index various materials including pleadings, correspondence and materials relating to adversary proceedings. |
| 10/12/01 | HMD | 115.00 | 1.00 | Reviewed, Copied and Distributed Court Documents. |
| 10/17/01 | EJS | 125.00 | .50 | Updated fee application files and indexes. |
| 10/18/01 | RCS | 135.00 | .70 | Review and index received pleadings and correspondence (.7). |
| 10/22/01 | HMD | 115.00 | .50 | Reviewed, Copied and Distributed Court Documents. |
| 10/23/01 | HMD | 115.00 | 1.00 | Updated Current NYC Office Bankruptcy Litigation Court Calendar. |
| 10/24/01 | EJS | 125.00 | 1.00 | Updated EI, PVNL, JWD agenda and EI case book. |
| 10/25/01 | HMD | 115.00 | .50 | Reviewed, Copied and Distributed Court Documents. |
| 10/25/01 | EJS | 125.00 | .50 | Updated EI hearing files. |

| | | | | |
|---|---|---|---|---|
| 10/25/01 | EJS | 125.00 | .50 | Prepared documents outstanding from files and indexes for HMD to file and index. |
| 10/26/01 | HMD | 115.00 | .50 | Reviewed, Copied and Distributed Court Documents. |
| 10/29/01 | RCS | 135.00 | 1.20 | Review and index received pleadings and correspondence (1.2). |
| 10/30/01 | EJS | 125.00 | 1.00 | Updated EI, PVNL, JWD agenda (.50). Updated EI hearing files (.50). |
| 10/31/01 | HMD | 115.00 | .50 | Reviewed, Copied and Distributed Court Documents. |
| 11/01/01 | RCS | 135.00 | .60 | Index received documents. |
| 11/06/01 | EJS | 125.00 | 1.00 | Updated EI hearing files. |
| 11/07/01 | SME | 115.00 | 1.60 | Analyze and index various documents including pleadings, fee applications and correspondence. |
| 11/08/01 | RCS | 135.00 | 1.10 | Review and index documents, pleadings and correspondence received (1.1). |
| 11/08/01 | TWS | 360.00 | .10 | Read hearing agenda |
| 11/09/01 | SME | 115.00 | 1.00 | Analyze and index various documents including pleadings and correspondence. |
| 11/12/01 | EJS | 125.00 | .50 | Updated EI & PVNL agenda. |
| 11/12/01 | SME | 115.00 | .50 | Analyze, review and index various documents including pleadings and correspondence. |
| 11/13/01 | SME | 115.00 | .90 | Analyze, review and index various documents including pleadings and correspondence. |

| 11/16/01 | SME | 115.00 | 1.80 | Analyze, review and index various documents including fee applications, pleadings, and correspondence. |
|----------|-----|--------|------|--------|
| 11/19/01 | EJS | 125.00 | 1.00 | Updated court document indexes. |
| 11/20/01 | RCS | 135.00 | .30 | Review and provide specified documents to attorney in preparation of court filing (.3). |
| 11/21/01 | EJS | 125.00 | .50 | Updated court document indexes. |
| 11/26/01 | RCS | 135.00 | .40 | Compile and index documents requested by attorney in preparation of filing (.4). |
| 11/26/01 | SME | 115.00 | 1.30 | Analyze, review and index various documents including fee applications, pleadings, and correspondence. |
| 11/27/01 | SAT | 115.00 | 3.00 | Organized and prepared files for first day motions. |
| 11/27/01 | EJS | 125.00 | 1.50 | Updated fee application indexes. |
| 11/27/01 | EJS | 125.00 | 2.00 | Updated court document indexes. |
| 11/27/01 | SME | 115.00 | .20 | Analyze, review and index various documents including pleadings, correspondence and fee applications. |
| 11/28/01 | SAT | 115.00 | 1.00 | Organized and prepared first day motions files. |
| 11/28/01 | SME | 115.00 | .60 | Analyze, review and index various pleadings. |
| 12/03/01 | SAT | 115.00 | 1.20 | Incorporated new pleadings and files into existing files (.6); updated index (.6) |
| 12/04/01 | EJS | 125.00 | 1.00 | Updated court document files and indexes. |
| 12/05/01 | SME | 115.00 | .70 | Analyze, review and index various pleadings. |

| 12/06/01 | RCS | 135.00 | 1.90 | Review documents, pleadings and correspondence received 12/03/01 through 12/04/01 (.7). Research document holdings for specific documents required by attorney in preparation of court (1.2). |
|---|---|---|---|---|
| 12/06/01 | SME | 115.00 | .10 | Analyze, review and index fee applications. |
| 12/10/01 | SME | 115.00 | 6.20 | Analyze, review and index various documents including pleadings in the main case and in adversary proceedings. |
| 12/10/01 | RCS | 135.00 | .80 | Research pleadings for specific documents required by attorney in preparation of filing (.8). |
| 12/11/01 | SME | 115.00 | 4.40 | Analyze, review and index various documents including pleadings in the main case and in adversary proceedings. |
| 12/11/01 | EJS | 125.00 | .50 | Updated EI hearing files. |
| 12/13/01 | EJS | 125.00 | 1.00 | Updated court document indexes and files. |
| 12/13/01 | SME | 115.00 | 1.00 | Analyze, review and index various documents including pleadings in the main case and in adversary proceedings. |
| 12/14/01 | SME | 115.00 | .30 | Assist RAS in research regarding Daubert by compiling and reviewing relevant case law. |
| 12/14/01 | SME | 115.00 | .40 | Analyze, review and index various documents including pleadings in the main case and in adversary proceedings and correspondence. |
| 12/17/01 | RCS | 135.00 | 1.60 | Review and index pleadings, correspondence and issue specific documents (12/13/01 through 12/17/01) (.8). Recover and index |

- 24 -

|  |  |  |  | specific documents requested by attorney (.6). Call NYO for copy of hearing transcript requested by attorney (.2). |
|---|---|---|---|---|
| 12/17/01 | SME | 115.00 | .50 | Analyze, review and index various documents including pleadings in the main case and in adversary proceedings and correspondence. |
| 12/18/01 | RCS | 135.00 | .40 | Prepare hearing documents for attorney in preparation for court filing (.4). |
| 12/19/01 | SME | 115.00 | .60 | Analyze, review and index various documents including pleadings, fee applications, and correspondence. |
| 12/31/01 | SAT | 115.00 | .50 | Search for brief as per BAS request. |
| 12/31/01 | EJS | 125.00 | 3.50 | Updated court document indexes and files. |

**Total Task Code .17    69.20**

Other Charges:

| | |
|---|---:|
| Long Distance Telephone - Equitrac In-House | 21.62 |
| NYO Long Distance Telephone | 9.33 |
| Telecopier | 126.60 |
| Air & Train Transportation | 566.00 |
| Travel Expenses – Ground Transportation | 17.00 |
| Meals Related to Travel | 9.74 |
| Postage | 6.85 |
| Air Freight & Express Mail | 134.91 |
| Database Research | 964.08 |
| Research Material | 8.00 |
| Duplicating | 1,903.95 |

Total:                                    $ 3,768.08