## EXHIBIT B

### Asset Analysis and Recovery (1.0 Hours; $ 406.00)

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**             1.0


### Business Operations (.1 Hours; $ 50.00)

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**             .1


### Case Administration (106.5 Hours; $ 39,872.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**             106.5


### Claims Administration & Objections (1.7 Hours; $ 850.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**             1.7


### Fee/Employment Applications (11.2 Hours; $ 2,596.00)

Services rendered in this category pertain to the preparation and review of the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .07**             11.2

- 2 -

**Fee/Employment Objections (.2 Hours; $ 86.00)**

Services rendered in this category pertain to objections to the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .08**           .2

**Litigation (151.9 Hours: $ 38,215.00)**

Services rendered in this category pertain to the litigation of adversary actions against Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .10**           151.9

**Plan and Disclosure Statement (1.8 Hours; $ 657.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .11**           1.8

**Committee Meetings/Conferences (6.2 Hours; $ 2,191.00)**

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .15**           6.2

**Travel (5.2 Hours; $ 1,313.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .16**           5.2

- 3 -

**Docket Review & Control (69.2 Hours; $ 8,394.50)**

    Services rendered in this category pertain to organization and maintenance of the filing system, maintenance of the calendar for professionals in the case and for Asbestos Committee members; and docket review for main case and pending adversary proceedings.

**Total Task Code .17**      69.2