## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Long Distance Telephone - Equitrac In-House | 21.62 |
| NYO Long Distance Telephone | 9.33 |
| Telecopier | 126.60 |
| Air & Train Transportation | 566.00 |
| Travel Expenses – Ground Transportation | 17.00 |
| Meals Related to Travel | 9.74 |
| Postage | 6.85 |
| Air Freight & Express Mail | 134.91 |
| Database Research | 964.08 |
| Research Material | 8.00 |
| Duplicating | 1,903.95 |
| Total: | $ 3,768.08 |

11/10/2001
12:46:34

Prebill Control Report

Page 1

Prebill 000001   Subpage 1
Bill Attn To:    Attn:

Client 4642                                  Client: 4642       Matter: 000
Primary Contact

Matter 000       Grace Asbestos Personal Injury Claimants   Old Ref:    Opened: 04/16/01
Disbursements                                               Old Ref:    Opened: 04/16/01

Bill Cycle: 01  Style it: 11   Start: 04/16/01   Last Billed: 10/20/01   Trans Date Range: 01/01/50 to 10/31/01
Client Retainer Available:   .00   Committed to invoices:   .00   Remaining:   .00
Client Credits  Available:   .00   Committed to invoices:   .00   Remaining:   .00
Matter Retainer Available:   .00   Committed to invoices:   .00   Remaining:   .00
Matter Credits  Available:   .00   Committed to invoices:   .00   Remaining:   .00
Budget Fees:  .00                  Billed Fees:          .00   Resp Empl: Elihu Inselbuch
Budget Exp:   .00                  Billed Exp:     21,719.81   Bill Empl: Elihu Inselbuch
Budget Tot:   .00                  Total:          21,719.81   Alt Empl:  Elihu Inselbuch

SUMMARY BY EMPLOYEE

|  |  |  |  | ------ A C T U A L ------ |  |  | ------ B I L L I N G ------ |  | Value At |
|---|---|---|---|---|---|---|---|---|---|
| Empl | Init | Name | T/E | Avg Rate | Hours | Amount | Avg Rate | Hours | Amount | Calc Rate |
| 0094 | JWD | Julie W. Davis | E |  |  | 55.69 |  |  | 55.69 | .00 |
| 0120 | EI | Elihu Inselbuch | E |  |  | 9.13 |  |  | 9.13 | .00 |
| 0999 | C&D | Caplin & Drysdale | E |  |  | 350.60 |  |  | 350.60 | .00 |
|  |  | Total Fees: |  |  | .00 | .00 |  | .00 | .00 |  |
|  |  | Total Expenses: |  |  |  | 415.42 |  |  | 415.42 |  |
|  |  | Total Fee+Exp: |  |  | .00 | 415.42 |  | .00 | 415.42 |  |

DETAIL BY TIME/EXPENSE, EMPLOYEE

|  |  | W/E | Trans. | Work |  | ------ A C T U A L ------ |  | ------ B I L L I N G ------ |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Trans | Transaction Description | Code | Date | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1229.029 | Equitrac - Photocopy charges | E 54 | 10/01/01 | 0999 C&D |  |  | .75 |  |  | .75 | .75 |
| 1229.030 | Equitrac - Photocopy charges | E 54 | 10/01/01 | 0999 C&D |  |  | 1.50 |  |  | 1.50 | 2.25 |
| 1229.031 | Equitrac - Photocopy charges | E 54 | 10/02/01 | 0999 C&D |  |  | 1.20 |  |  | 1.20 | 3.45 |
| 1229.032 | Equitrac - Photocopy charges | E 54 | 10/02/01 | 0999 C&D |  |  | 1.80 |  |  | 1.80 | 5.25 |
| 1228.121 | Federal Express adjustment on package to Matthew Zaleski from EI on 8/30 From Federal Express 002001 AUDIT * AP-0067.607.0003 Date: | E 01 | 10/04/01 | 0120 EI |  |  | 3.41 |  |  | 3.41 | 8.66 |

11/10/2001
12:46:34

Prebill Control Report

Page 2

Prebill 000001   Subpage   2

Client: 4642   Matter: 000

| Indx | Transaction Description | W/E Code | Trans Date | Work Empl | ACTUAL Rate | Hours | Amount | BILLING Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1229,626 | Equitrac - Long Distance 10/04/01 | E 64 | 10/05/01 | 0999 C&D | | | .13 | | | .13 | 8.79 |
| 1229,725 | Equitrac - Photocopy charges | E 54 | 10/05/01 | 0999 C&D | | | .45 | | | .45 | 9.24 |
| 1229,726 | Equitrac - Photocopy charges | E 54 | 10/05/01 | 0999 C&D | | | 4.50 | | | 4.50 | 13.74 |
| 1229,727 | Xeroxing | E 54 | 10/05/01 | 0999 C&D | | | 3.90 | | | 3.90 | 17.64 |
| 1229,728 | Telecopier/Equitrac | E 62 | 10/05/01 | 0999 C&D | | | 25.05 | | | 25.05 | 42.69 |
| 1229,627 | Equitrac - Long Distance | E 64 | 10/08/01 | 0999 C&D | | | .05 | | | .05 | 42.74 |
| 1229,875 | Federal Express to Matthew Zaleski on 9/14 from Ei From Federal Express 002601 AUDIT + AP-0067,655-0004 Date 10/09/01 | E 01 | 10/09/01 | 0120 EI | | | 1.79 | | | 1.79 | 44.53 |
| 1230,380 | Equitrac - Photocopy charges | E 54 | 10/09/01 | 0999 C&D | | | .45 | | | .45 | 44.98 |
| 1230,381 | Telecopier/Equitrac | E 62 | 10/09/01 | 0999 C&D | | | .45 | | | .45 | 45.43 |
| 1230,725 | Equitrac - Photocopy charges | E 54 | 10/10/01 | 0999 C&D | | | 2.55 | | | 2.55 | 47.98 |
| 1230,726 | Equitrac - Photocopy charges | E 54 | 10/10/01 | 0999 C&D | | | 7.20 | | | 7.20 | 55.18 |
| 1230,902 | Federal Express to Ian Cloud, Michael Kelley, Jon Herberling, Joseph Rice from JWD on 10/5 From Federal Express 002601 AUDIT + AP-0067,738-0007 Date 10/11/01 | E 01 | 10/11/01 | 0094 JWD | | | 55.69 | | | 55.69 | 110.87 |
| 1231,214 | Xeroxing | E 54 | 10/11/01 | 0999 C&D | | | 17.70 | | | 17.70 | 128.57 |
| 1232,001 | Long Distance-Equitrac In-House | E 64 | 10/12/01 | 0999 C&D | | | .27 | | | .27 | 128.84 |
| 1232,084 | Equitrac - Photocopy charges | E 54 | 10/12/01 | 0999 C&D | | | .45 | | | .45 | 129.29 |
| 1232,665 | Equitrac - Photocopy charges | E 54 | 10/12/01 | 0999 C&D | | | 2.40 | | | 2.40 | 131.69 |
| 1232,654 | Equitrac - Long Distance | E 64 | 10/15/01 | 0999 C&D | | | .75 | | | .75 | 132.44 |
| 1232,752 | Equitrac - Photocopy charges | E 54 | 10/15/01 | 0999 C&D | | | 6.75 | | | 6.75 | 139.19 |
| 1232,753 | Xeroxing | E 54 | 10/15/01 | 0999 C&D | | | 9.00 | | | 9.00 | 148.19 |
| 1233,181 | Equitrac - Photocopy charges | E 54 | 10/16/01 | 0999 C&D | | | 3.60 | | | 3.60 | 151.79 |
| 1233,770 | Xeroxing | E 54 | 10/17/01 | 0999 C&D | | | 6.00 | | | 6.00 | 157.79 |
| 1234,561 | Equitrac - Photocopy charges | E 54 | 10/19/01 | 0999 C&D | | | 13.80 | | | 13.80 | 171.59 |
| 1234,999 | Equitrac - Photocopy charges | E 54 | 10/22/01 | 0999 C&D | | | 7.20 | | | 7.20 | 178.79 |
| 2235,447 | Xeroxing | E 54 | 10/22/01 | 0999 C&D | | | 41.25 | | | 41.25 | 220.04 |

```
11/10/2001                                    Prebill Control Report
12:46:34

Prebill 000001   Subpage   3                                    Client: 4642            Matter: 000
                                                      ----- A C T U A L -----        ----- B I L L I N G -----
                           W/E  Trans.    Work
Trans Transaction Description  Code Date  Empl       Rate  Hours  Amount    Rate  Hours  Amount   Cumulative

1235,448 Equitrac - Photocopy   E 54 10/23/01 0999 C&D                6.75                      6.75    226.79
         charges
1236,004 Xeroxing               E 54 10/24/01 0999 C&D                4.95                      4.95    231.74
1236,005 Xeroxing               E 54 10/24/01 0999 C&D               26.10                     26.10    257.84
1236,235 Federal Express to Matthew E 01 10/25/01 0120 EI             3.93                      3.93    261.77
         Zaleski from EI on 10/23
         From Federal Express
         002001 AUDIT -
         AP 0067.999.0006 Date:
         10/25/01
1236,476 Xeroxing               B 54 10/25/01 0999 C&D               31.20                     31.20    292.97
1236,913 Xeroxing               E 54 10/26/01 0999 C&D               26.40                     26.40    319.37
1237,151 NYO Long Distance Telephone E 65 10/29/01 0999 C&D           2.87                      2.87    322.24
         charged on October 1, 2001
         statement
1237,521 Equitrac - Long Distance E 64 10/29/01 0999 C&D               .78                       .78    323.02
1237,606 Equitrac - Photocopy   E 54 10/29/01 0999 C&D               11.25                     11.25    334.27
         charges
1238,244 Equitrac - Photocopy   E 54 10/30/01 0999 C&D               71.40                     71.40    405.67
         charges
1239,385 Equitrac - Photocopy   E 54 10/31/01 0999 C&D                6.60                      6.60    412.27
         charges
1239,386 Equitrac - Photocopy   E 54 10/31/01 0999 C&D                3.15                      3.15    415.42
         charges

Total Expense Cards                                                 415.42                    415.42

Matter Total Fee                                             .00       .00       .00
Matter Total Exp                                             .00    415.42       415.42
Matter Total                                                 .00    415.42       415.42
```

```
12/11/2001                           Prebill Control Report                                    Page 1
15:08:41

Prebill 000001  Subpage  1                              Client: 4642          Matter: 000
Bill Attn To:   Attn:

Client: 4642              Grace Asbestos Personal Injury Claimants   Old Ref:    Opened: 04/16/01
Primary Contact:

Matter: 000                                                          Old Ref:    Opened: 04/16/01
Disbursements

Bill Cycle: 01  Style: it ii   Start: 04/16/01  Last Billed: 11/21/01  Trans Date Range: 01/01/50 to 11/30/01
Client Retainer Available:       .00   Committed to invoices:      .00   Remaining:       .00
Client Credits Available:        .00   Committed to invoices:      .00   Remaining:       .00
Matter Retainer Available:       .00   Committed to invoices:      .00   Remaining:       .00
Matter Credits Available:        .00   Committed to invoices:      .00   Remaining:       .00
Budget Fees         .00                        Billed Fees         .00   Resp Empl: Elihu Inselbuch
Budget Exp          .00                        Billed Exp    22,135.23   Bill Empl: Elihu Inselbuch
Budget Tot          .00                              Total    22,135.23   Alt Empl: Elihu Inselbuch


SUMMARY BY EMPLOYEE
                                                -------- A C T U A L --------   ------------- B I L L I N G -------------   Value At
Empl Init  Name                            T/E  Avg Rate  Hours   Amount        Avg Rate   Hours   Amount                   Calc Rate
0020 PVL   Peter Van N. Lockwood            E                     319.74                                                     319.74
0094 JWD   Julie W. Davis                   E                      11.68                                                      11.68
0120 KI    Elihu Inselbuch                  E                      48.19                                                      48.19
0999 C&D   Caplin & Drysdale                E                     917.96                                                     917.96
                              Total Fees:                     .00      .00                      .00       .00                   .00
                         Total Expenses:                          1,297.57                          1,297.57                    .00
                         Total Fee+Exp:                    .00    1,297.57                  .00     1,297.57                    .00


DETAIL BY TIME/EXPENSE, EMPLOYEE
                                       W/E  Trans     Work                 -------- A C T U A L --------   ------------- B I L L I N G -------------
Trans Transaction Description          Code Date      Empl      Rate   Hours   Amount    Rate   Hours   Amount   Cumulative
1230,535 ADA Travel; PVNL 9/24 travel  E 15 10/11/01 0020 PVL                          293.00                     293.00     293.00
         to Philadelphia
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0067,685.0009 Date:
         10/11/01
1240,810 Equitrac - Long Distance      E 64 11/01/01 0999 C&D                              .14                       .14     293.14
1241,130 Xeroxing                      E 54 11/01/01 0999 C&D                             4.95                      4.95     298.09
1241,131 Xeroxing                      E 54 11/01/01 0999 C&D                            10.35                     10.35     308.44
1241,132 Equitrac - Photocopy          E 54 11/02/01 0999 C&D                             6.60                      6.60     315.04
         charges
1241,133 Equitrac - Photocopy          E 54 11/05/01 0999 C&D                             3.60                      3.60     318.64
         charges
```

```
12/11/2001                                       Prebill Control Report                                              Page 2
16:08:41

Prebill 000001   Subpage   2                                         Client: 4642        Matter: 000
                                                     -------A C T U A L-------       -------B I L L I N G-------
                              W/E  Trans.    Work
Trans Transaction Description Code Date      Empl        Rate   Hours   Amount        Rate   Hours   Amount   Cumulative
1241,134 Equitrac - Photocopy E 54 11/05/01 0999 C&D                      7.80                        7.80      326.44
         charges
1240,372 Petty Cash, Travel expenses E 33 12/06/01 0020 PVL              17.00                       17.00      343.44
         for PVNL in Wilmington on
         11/5
         From Petty Cash
         005317 AUDIT *
         AP-0068,128-0040  Date:
         11/06/01
1240,373 Petty Cash, Meals on travel E 21 11/06/01 0020 PVL               9.74                        9.74      353.18
         to Wilmington for PVNL on
         11/5
         From Petty Cash
         005317 AUDIT *
         AP-0068,128-0041  Date:
         11/06/01
1241,135 Xeroxing              E 54 11/05/01 0999 C&D                    56.70                       56.70      409.88
1241,136 Xeroxing              E 54 11/06/01 0999 C&D                     1.65                        1.65      411.53
1241,752 Equitrac - Photocopy  E 54 11/07/01 0999 C&D                    17.70                       17.70      429.23
         charges
1241,753 Equitrac - Photocopy  E 54 11/07/01 0999 C&D                     5.40                        5.40      434.63
         charges
1241,754 Equitrac - Photocopy  E 54 11/07/01 0999 C&D                      .60                         .60      435.23
         charges
1241,755 Xeroxing              E 54 11/07/01 0999 C&D                     9.60                        9.60      444.83
1242,056 Long Distance-Equitrac E 64 11/08/01 0999 C&D                    1.99                        1.99      446.82
         In House
1242,137 Xeroxing              E 54 11/08/01 0999 C&D                      .75                         .75      447.57
1242,138 Equitrac - Photocopy  E 54 11/08/01 0999 C&D                     4.05                        4.05      451.62
         charges
1242,139 Equitrac - Photocopy  E 54 11/08/01 0999 C&D                     6.75                        6.75      458.37
         charges
1242,457 Federal Express to Matthew E 01 11/09/01 0120 EI                 1.60                        1.60      459.97
         Zaleski from EI on 10/23
         From Federal Express
         002001 AUDIT *
         AP-0068,240-0006  Date:
         11/09/01
1242,639 Equitrac - Photocopy  E 54 11/09/01 0999 C&D                    37.50                       37.50      497.47
         charges
1242,640 Equitrac - Photocopy  E 54 11/09/01 0999 C&D                    66.00                       66.00      563.47
         charges
1242,641 Equitrac - Photocopy  E 54 11/09/01 0999 C&D                     3.60                        3.60      567.07
         charges
1242,642 Equitrac - Photocopy  E 54 11/09/01 0999 C&D                      .45                         .45      567.52
         charges
1242,643 Equitrac - Photocopy  E 54 11/09/01 0999 C&D                     4.50                        4.50      572.02
         charges
1242,553 Long Distance-Equitrac E 64 11/10/01 0999 C&D                    1.11                        1.11      573.13
```

```
12/11/2001                          Prebill Control Report                                              Page 3
16:08.41

Prebill 000001  Subpage   3                                  Client: 4642              Master: 000
                                                    -------- A C T U A L --------    ----- B I L L I N G -----
                                   W/E  Trans     Work
Trans Transaction Description      Code  Date    Empl        Rate  Hours  Amount     Rate  Hours  Amount   Cumulative

         In-House
1242,644 Equitrac - Photocopy      E 54 11/10/01 0999 C&D                   1.35                    1.35       574.48
         charges
1242,645 Telecopier/Equitrac       E 62 11/10/01 0999 C&D                   3.00                    3.00       577.48
1242,810 Federal Express to Loreto E 01 11/12/01 0120 EI                   29.89                   29.89       607.37
         Teraigni from EI on 11/8
         From Federal Express
         002001 AUDIT *
         AP 0068,257:0003  Date:
         11/12/01
1243,090 Long Distance-Equitrac    E 64 11/12/01 0999 C&D                   1.02                    1.02       608.39
         In-House
1243,158 Equitrac - Photocopy      E 54 11/12/01 0999 C&D                    .15                     .15       608.54
         charges
1243,159 Equitrac - Photocopy      E 54 11/12/01 0999 C&D                   6.00                    6.00       614.54
         charges
1243,299 Federal Express to Loreto E 01 11/13/01 0120 EI                   11.68                   11.68       626.22
         Teraigni from EI on 11/9
         From Federal Express
         002001 AUDIT *
         AP 0068,269:0004  Date:
         11/13/01
1243,735 Xeroxing                  E 54 11/13/01 0999 C&D                   8.55                    8.55       634.77
1243,736 Xeroxing                  E 54 11/13/01 0999 C&D                 185.10                  185.10       819.87
1243,737 Xeroxing                  E 54 11/13/01 0999 C&D                    .30                     .30       820.17
1244,650 Xeroxing                  E 54 11/14/01 0999 C&D                 147.45                  147.45       967.62
1244,651 Equitrac - Photocopy      E 54 11/14/01 0999 C&D                   7.20                    7.20       974.82
         charges
1245,028 CourtLink search charges  E 06 11/15/01 0999 C&D                   8.00                    8.00       982.82
         From CourtLink
         001980 AUDIT *
         AP 0068,339:0007  Date:
         11/15/01
1245,175 Long Distance-Equitrac    E 64 11/15/01 0999 C&D                   1.18                    1.18       984.00
         In-House
1245,446 Equitrac - Photocopy      E 54 11/15/01 0999 C&D                   5.40                    5.40       989.40
         charges
1245,447 Xeroxing                  E 54 11/15/01 0999 C&D                  12.00                   12.00     1,001.40
1245,747 Equitrac - Photocopy      E 54 11/16/01 0999 C&D                   4.50                    4.50     1,005.90
         charges
1245,748 Equitrac - Photocopy      E 54 11/16/01 0999 C&D                  16.05                   16.05     1,021.95
         charges
1245,749 Xeroxing                  E 54 11/16/01 0999 C&D                   1.80                    1.80     1,023.75
1245,750 Equitrac - Photocopy      E 54 11/16/01 0999 C&D                   1.80                    1.80     1,025.55
         charges
1246,154 Long Distance-Equitrac    E 64 11/19/01 0999 C&D                   3.51                    3.51     1,029.06
         In-House
1246,235 Xeroxing                  E 54 11/19/01 0999 C&D                  96.60                   96.60     1,125.66
1246,236 Equitrac - Photocopy      E 54 11/19/01 0999 C&D                    .30                     .30     1,125.96
```

```
12/11/2001                              Prebill Control Report                                    Page 4
16:08:41

Prebill 002001  Subpage  4                                         Client: 4542     Matter: 000
                                                                --------A C T U A L--------  --B I L L I N G--
   Trans  Transaction Description       W/E  Trans.    Work
                                        Code  Date    Empl      Rate  Hours  Amount    Rate  Hours  Amount   Cumulative

1246,237  Xeroxing                      E 54  11/19/01  0999 C&D                  13.80                13.80   1,139.76
1246,601  Equitrac - Long Distance      E 64  11/20/01  0999 C&D                    .70                  .70   1,140.46
1246,678  Xeroxing                      E 54  11/20/01  0999 C&D                  31.20                31.20   1,171.66
1246,679  Equitrac - Photocopy          E 54  11/20/01  0999 C&D                  27.60                27.60   1,199.26
          charges
1246,980  Xeroxing                      E 54  11/20/01  0999 C&D                   1.95                 1.95   1,201.21
1247,342  Equitrac - Long Distance      E 64  11/21/01  0999 C&D                    .85                  .85   1,202.06
1247,442  Equitrac - Photocopy          E 54  11/21/01  0999 C&D                   1.80                 1.80   1,203.86
          charges
1247,444  Telecopier/Equitrac           E 62  11/21/01  0999 C&D                   8.85                 8.85   1,212.71
1247,443  Equitrac - Photocopy          E 54  11/23/01  0999 C&D                   2.25                 2.25   1,214.96
1247,031  Federal Express delivery to   E 01  11/26/01  0094 JWD                  11.68                11.68   1,226.64
          B. Jacobs on 11/20
          From Federal Express
          002001 AUDIT *
          AP-0068,518-0005  Date:
          11/26/01
1247,641  Equitrac - Long Distance      E 64  11/26/01  0999 C&D                    .06                  .06   1,226.70
1247,729  Xeroxing                      E 54  11/26/01  0999 C&D                    .60                  .60   1,227.30
1247,730  Equitrac - Photocopy          E 54  11/26/01  0999 C&D                   1.20                 1.20   1,228.50
          charges
1247,731  Telecopier/Equitrac           E 62  11/26/01  0999 C&D                    .45                  .45   1,228.95
1247,913  Federal Express to Matthew    E 01  11/27/01  0120 EI                   5.02                 5.02   1,233.97
          Zaleski from EI on 11/20
          From Federal Express
          002001 AUDIT *
          AP-0068,547-0006  Date:
          11/27/01
1248,389  Xeroxing                      E 54  11/27/01  0999 C&D                  24.15                24.15   1,258.12
1248,390  Telecopier/Equitrac           E 62  11/27/01  0999 C&D                   6.00                 6.00   1,264.12
1248,971  Xeroxing                      E 54  11/28/01  0999 C&D                   1.35                 1.35   1,265.47
1250,381  Telecopier/Equitrac           E 62  11/29/01  0999 C&D                  19.50                19.50   1,284.97
1250,715  Equitrac - Photocopy          E 54  11/30/01  0999 C&D                   1.80                 1.80   1,286.77
          charges
1250,716  Telecopier/Equitrac           E 62  11/30/01  0999 C&D                  10.80                10.80   1,297.57

          Total Expense Cards                                                  1,297.57

                                                              .00                   .00
          Matter Total Fee                                    .00               1,297.57
          Matter Total Exp                                    .00               1,297.57
          Matter Total
```

```
01/11/2002                                  Prebill Control Report                                              Page 1
12:30:57

Prebill 000001  Subpage    1                                               Client: 4642              Matter: 000
Bill Attn To             Attn:

Client 4642              Grace Asbestos Personal Injury Claimants   Old Ref:                Opened: 04/16/01
Primary Contact

Matter 000                                                          Old Ref:                Opened: 04/16/01
Disbursements

Bill Cycle: 01  Style: it 11   Start: 04/16/01  Last Billed:   12/14/01  Trans Date Range: 01/01/50 to 12/31/01
Client Retainer Available:         .00   Committed to invoices:       .00   Remaining:         .00
Client Credits Available:          .00   Committed to invoices:       .00   Remaining:         .00
Matter Retainer Available:         .00   Committed to invoices:       .00   Remaining:         .00
Matter Credits Available:          .00   Committed to invoices:       .00   Remaining:         .00
Budget Fees        .00                        Billed Fees             .00   Resp Empl: Elihu Inselbuch
Budget Exp         .00                        Billed Exp        23,432.80   Bill Empl: Elihu Inselbuch
Budget Tot         .00                        Total             23,432.80   Alt Empl:  Elihu Inselbuch

SUMMARY BY EMPLOYEE
                                                ------------ A C T U A L ------------  ----------- B I L L I N G -----------  Value At
Empl Init  Name                         T/E   Avg Rate    Hours     Amount     Rate   Hours     Avg Rate     Amount   Calc Rate
0020 PVL   Peter Van N. Lockwood         E                            273.00                                 273.00        .00
0120 EI    Elihu Inselbuch               E                             10.22                                  10.22        .00
0999 C&D   Caplin & Drysdale             E                          1,771.87                                1,771.87        .00
                              Total Fees:               .00              .00              .00                     .00
                          Total Expenses:                          2,055.09                                2,055.09
                          Total Fee+Exp:                .00        2,055.09              .00                2,055.09

DETAIL BY TIME/EXPENSE, EMPLOYEE
                                            W/K  Trans.     Work                 ----------- A C T U A L -----------  ----------- B I L L I N G -----------
Trans   Transaction Description            Code  Date       Empl              T/E   Rate   Hours    Amount    Rate   Hours    Amount   Cumulative
1252,213 Equitrac - Photocopy              E 54  12/03/01  0999 C&D                                    3.30                      3.30      3.30
         charges
1252,214 Equitrac - Photocopy              E 54  12/03/01  0999 C&D                                    2.25                      2.25      5.55
         charges
1252,215 Equitrac - Photocopy              E 54  12/03/01  0999 C&D                                    4.50                      4.50     10.05
         charges
1252,224 Equitrac - Fax charges            E 62  12/03/01  0999 C&D                                     .60                       .60     10.65
1251,878 Long Distance-Equitrac            E 64  12/04/01  0999 C&D                                    3.54                      3.54     14.19
         In-House
1252,216 Equitrac - Photocopy              E 54  12/04/01  0999 C&D                                    1.20                      1.20     15.39
         charges
1252,217 Xeroxing                          E 54  12/04/01  0999 C&D                                    7.50                      7.50     22.89
1251,879 Equitrac - Long Distance          E 64  12/05/01  0999 C&D                                     .09                       .09     22.98
1252,218 Xeroxing                          E 54  12/05/01  0999 C&D                                     .60                       .60     23.58
```

```
01/11/2002                                      Prebill Control Report                                                Page 2
12:30:57

Prebill 000001  Subpage   2                                                      Client: 4642              Matter: 000
                                                                        ----- A C T U A L -----      ----- B I L L I N G -----
                                          W/E  Trans.    Work
  Trans  Transaction Description          Code Date      Empl        Rate   Hours  Amount    Rate   Hours   Amount   Cumulative

1252,222 Equitrac - Postage               E 56 12/05/01  0999 C&D                    .55                      .55      24.13
1252,225 Equitrac - Fax charges           E 62 12/05/01  0999 C&D                    .45                      .45      24.58
1251,880 Long Distance-Equitrac           E 64 12/06/01  0999 C&D                   1.37                     1.37      25.95
         In-House
1252,219 Equitrac - Photocopy             E 54 12/06/01  0999 C&D                  14.85                    14.85      40.80
         charges
1253,220 Equitrac - Photocopy             E 54 12/06/01  0999 C&D                   1.80                     1.80      42.60
         charges
1252,221 Xeroxing                         E 54 12/06/01  0999 C&D                  33.30                    33.30      75.90
1252,223 Equitrac - Postage               E 56 12/06/01  0999 C&D                    .34                      .34      76.24
1252,226 Equitrac - Fax charges           E 62 12/06/01  0999 C&D                    .45                      .45      76.69
1252,227 Telecopier/Equitrac              E 62 12/06/01  0999 C&D                    .90                      .90      77.59
1252,691 Federal Express to Loreto        E 01 12/07/01  0120 EI                    5.69                     5.69      83.28
         Tersigni from EI on 11/9
         From Federal Express
         002001 AUDIT *
         AP-0068,763:0004  Date:
         12/07/01
1252,714 Federal Express to Matthew       E 01 12/07/01  0120 EI                     .46                      .46      83.74
         Zaleski from EI on 11/20
         From Federal Express
         002001 AUDIT *
         AP-0068,793:0006  Date:
         12/07/01
1252,769 Long Distance-Equitrac           E 64 12/07/01  0999 C&D                    .66                      .66      84.40
         In-House
1252,861 Equitrac - Photocopy             E 54 12/07/01  0999 C&D                  14.85                    14.85      99.25
         charges
1252,862 Equitrac - Photocopy             E 54 12/07/01  0999 C&D                   2.70                     2.70     101.95
         charges
1252,863 Equitrac - Fax charges           E 62 12/07/01  0999 C&D                   1.95                     1.95     103.90
1252,864 Equitrac - Fax charges           E 62 12/07/01  0999 C&D                    .45                      .45     104.35
1253,104 Equitrac - Photocopy             E 54 12/10/01  0999 C&D                    .90                      .90     105.25
         charges
1253,105 Xeroxing                         E 54 12/10/01  0999 C&D                  88.50                    88.50     193.75
1253,106 Equitrac - Photocopy             E 54 12/10/01  0999 C&D                   5.40                     5.40     199.15
         charges
1253,107 Equitrac - Photocopy             E 54 12/10/01  0999 C&D                   5.40                     5.40     204.55
         charges
1253,108 Equitrac - Photocopy             E 54 12/10/01  0999 C&D                   4.50                     4.50     209.05
         charges
1253,109 Equitrac - Postage               E 56 12/10/01  0999 C&D                    .76                      .76     209.81
1253,110 Telecopier/Equitrac              E 62 12/10/01  0999 C&D                  15.75                    15.75     225.56
1253,692 Long Distance-Equitrac           E 64 12/11/01  0999 C&D                    .36                      .36     225.92
         In-House
1253,710 Telecopier/Equitrac              E 62 12/11/01  0999 C&D                   1.50                     1.50     227.42
1253,875 Database Research-Westlaw        E 50 12/11/01  0999 C&D                 124.83                   124.83     352.25
         research by KNB on 12/06
1254,428 Xeroxing                         E 54 12/12/01  0999 C&D                  15.75                    15.75     368.00
```

01/11/2002
12:30:58

Prebill Control Report

Page 3

Prebill 060001  Subpage  3

Client: 4642   Matter: 000

| Trans | Transaction Description | W/E Code | Trans. Date | Work Empl | ACTUAL Rate | Hours | Amount | BILLING Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1254,429 | Xeroxing | E 54 | 12/12/01 | 0999 C&D | | | 6.15 | | | 6.15 | 374.15 |
| 1254,430 | Equitrac - Photocopy charges | E 54 | 12/12/01 | 0999 C&D | | | 47.85 | | | 47.85 | 422.00 |
| 1254,431 | Telecopier/Equitrac | E 62 | 12/13/01 | 0999 C&D | | | 13.50 | | | 13.50 | 435.50 |
| 1255,190 | Xeroxing | E 54 | 12/13/01 | 0999 C&D | | | .75 | | | .75 | 436.25 |
| 1255,191 | Equitrac - Photocopy charges | E 54 | 12/13/01 | 0999 C&D | | | 1.20 | | | 1.20 | 437.45 |
| 1255,192 | Equitrac - Photocopy charges | E 54 | 12/13/01 | 0999 C&D | | | .60 | | | .60 | 438.05 |
| 1255,193 | Equitrac - Photocopy charges | E 54 | 12/13/01 | 0999 C&D | | | 6.00 | | | 6.00 | 444.05 |
| 1255,678 | Long Distance-Equitrac In-House | E 64 | 12/14/01 | 0999 C&D | | | .33 | | | .33 | 444.38 |
| 1255,752 | Equitrac - Photocopy charges | E 54 | 12/14/01 | 0999 C&D | | | .15 | | | .15 | 444.53 |
| 1255,753 | Equitrac - Photocopy charges | E 54 | 12/14/01 | 0999 C&D | | | 16.20 | | | 16.20 | 460.73 |
| 1255,754 | Equitrac - Photocopy charges | E 54 | 12/14/01 | 0999 C&D | | | .15 | | | .15 | 460.88 |
| 1255,755 | Xeroxing | E 54 | 12/14/01 | 0999 C&D | | | 22.65 | | | 22.65 | 483.53 |
| 1255,756 | Equitrac - Photocopy charges | E 54 | 12/14/01 | 0999 C&D | | | 1.20 | | | 1.20 | 484.73 |
| 1255,757 | Equitrac - Fax charges | E 62 | 12/14/01 | 0999 C&D | | | .30 | | | .30 | 485.03 |
| 1256,264 | Equitrac - Long Distance | E 64 | 12/17/01 | 0999 C&D | | | .07 | | | .07 | 485.10 |
| 1256,351 | Equitrac - Photocopy charges | E 54 | 12/17/01 | 0999 C&D | | | 1.95 | | | 1.95 | 487.05 |
| 1256,352 | Xeroxing | E 54 | 12/17/01 | 0999 C&D | | | 59.55 | | | 59.55 | 546.60 |
| 1256,353 | Equitrac - Photocopy charges | E 54 | 12/17/01 | 0999 C&D | | | 4.50 | | | 4.50 | 551.10 |
| 1256,354 | Telecopier/Equitrac | E 62 | 12/17/01 | 0999 C&D | | | 7.65 | | | 7.65 | 558.75 |
| 1256,690 | Long Distance-Equitrac In-House | E 64 | 12/18/01 | 0999 C&D | | | .14 | | | .14 | 558.89 |
| 1256,778 | Equitrac - Photocopy charges | E 54 | 12/18/01 | 0999 C&D | | | 5.85 | | | 5.85 | 564.74 |
| 1256,779 | Equitrac - Photocopy charges | E 54 | 12/18/01 | 0999 C&D | | | 2.40 | | | 2.40 | 567.14 |
| 1256,780 | Xeroxing | E 54 | 12/18/01 | 0999 C&D | | | 210.45 | | | 210.45 | 777.59 |
| 1257,198 | Long Distance-Equitrac In-House | E 64 | 12/19/01 | 0999 C&D | | | .60 | | | .60 | 778.19 |
| 1257,264 | Xeroxing | E 54 | 12/19/01 | 0599 C&D | | | .30 | | | .30 | 778.49 |
| 1257,405 | Federal Express to Matt SateskifromEJ on 12/14 From Federal Express 002001 AUDIT * AP-0069,011:0006 Date: 12/20/01 | E 01 | 12/20/01 | 0120 EI | | | 4.07 | | | 4.07 | 782.56 |
| 1257,723 | Database Research-Westlaw research by KMB on 12/11,14 | E 50 | 12/20/01 | 0999 C&D | | | 771.86 | | | 771.86 | 1,554.42 |
| 1257,724 | Database Research-Westlaw | E 50 | 12/20/01 | 0999 C&D | | | 67.39 | | | 67.39 | 1,621.81 |

```
01/11/2002                                    Prebill Control Report                                              Page 4
12:30:58

Prebill 000001  Subpage   4                                       Client: 4642                    Matter: 000
                                                                ------A C T U A L------       ------B I L L I N G------
  Trans      Transaction Description         W/E  Trans     Work
                                             Code  Date     Empl    Rate   Hours   Amount   Rate   Hours   Amount   Cumulative

             research by SME on 12/14
1258,136  Equitrac - Photocopy               E 54  12/20/01  0999 C&D                 .30                    .30     1,622.11
          charges
1258,137  Equitrac - Photocopy               E 54  12/20/01  0999 C&D                2.70                   2.70     1,624.81
          charges
1258,740  Xeroxing                           E 54  12/21/01  0999 C&D                1.20                   1.20     1,626.01
1258,741  Xeroxing                           E 54  12/21/01  0999 C&D               32.10                  32.10     1,658.11
1258,742  Equitrac - Photocopy               E 54  12/21/01  0999 C&D                 .60                    .60     1,658.71
          charges
1258,743  Telecopier/Equitrac                E 62  12/21/01  0999 C&D                8.55                   8.55     1,667.26
1258,397  ADA Travel; PVNL 11/21             E 15  12/26/01  0020 PVL              248.00                 248.00     1,915.26
          travel to Wilmington
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0069,103:0015 Date:
          12/26/01
1258,398  ADA Travel; Agency fee for         E 15  12/26/01  0020 PVL               25.00                  25.00     1,940.26
          PVNL 11/21 travel to
          Wilmington
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0069,103:0016 Date:
          12/26/01
1259,210  Xeroxing                           E 54  12/26/01  0999 C&D                7.65                   7.65     1,947.91
1259,211  Equitrac - Photocopy               E 54  12/26/01  0999 C&D               27.00                  27.00     1,974.91
          charges
1259,212  Equitrac - Fax charges             E 62  12/26/01  0999 C&D                 .45                    .45     1,975.36
1259,554  Xeroxing                           E 54  12/27/01  0999 C&D               26.70                  26.70     2,002.06
1259,555  Equitrac - Photocopy               E 54  12/27/01  0999 C&D               14.25                  14.25     2,016.31
          charges
1259,556  Equitrac - Photocopy               E 54  12/27/01  0999 C&D                2.70                   2.70     2,019.01
          charges
1260,203  Long Distance-Equitrac             E 64  12/28/01  0999 C&D                 .66                    .66     2,019.67
          In House
1260,259  Xeroxing                           E 54  12/28/01  0999 C&D                7.50                   7.50     2,027.17
1260,375  NTD Long Distance Telephone        E 65  12/31/01  0999 C&D                6.46                   6.46     2,033.63
          from the December 1, 2001
          statement
1260,712  Equitrac - Long Distance           E 64  12/31/01  0999 C&D                1.26                   1.26     2,034.89
1260,740  Equitrac - Photocopy               E 54  12/31/01  0999 C&D               15.00                  15.00     2,049.89
          charges
1261,260  Postage for December, NY           E 56  12/31/01  0999 C&D                5.20                   5.20     2,055.09
          office

          Total Expense Cards                                                    2,055.09               2,055.09


                         Matter Total Fee                               .00                      .00
```

```
01/11/2002                          Prebill Control Report                                                    Page 5
12:30:58

Prebill 000001   Subpage    5                                 Client: 4642              Matter: 000
                                                    --------A C T U A L--------    --------B I L L I N G--------
Trans Transaction Description   W/E Trans. Work
                                Code Date   Empl   Rate    Hours    Amount   Rate    Hours    Amount  Cumulative
      Matter Total Exp                                       .00  2,055.09              .00  2,055.09
      Matter Total                                           .00  2,055.09              .00  2,055.09
```