**EXHIBIT D**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001**

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| July 2001 | $100,755.00 | $8,195.21 | | $80,604.00 | $8,195.21 | $20,151.00 |
| October 2001 | $142,881.00 | $13,524.60 | | $114,304.80 | $13,524.60 | $28,576.20 |
| January 2002 | $94,630.50 | $3,768.08 | | $75,704.40 | $3,768.08 | $18,926.10 |
| | | | | | | |
| Total | $338,266.50 | $25,487.89 | | $270,613.20 | $25,487.89 | $67,653.30 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Dec 2001 Hours | Dec 2001 Value | Cumulative Oct to Dec., 2001 Hours | Cumulative Oct to Dec., 2001 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|---|---|
| Asset Analysis and Recovery | 1.0 | $ 406.00 | 1.0 | $ 406.00 | 1.0 | $ 406.00 |
| Asset Disposition | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Business Operations | .0 | $ .00 | .1 | $ 50.00 | .1 | $ 50.00 |
| Case Administration | 43.2 | $15,570.00 | 106.5 | $ 39,872.00 | 310.6 | $ 110,774.50 |
| Claims Administration & Objections | .4 | $ 200.00 | 1.7 | $ 850.00 | 31.8 | $ 12,674.50 |
| Employee Benefits/Pensions | .0 | $ .00 | .0 | $ .00 | 4.8 | $ 2,400.00 |
| Fee/Employment Applications | 2.6 | $ 549.00 | 11.2 | $ 2,596.00 | 46.6 | $ 11,515.00 |
| Fee/Employment Objections | .0 | $ .00 | .2 | $ 86.00 | .4 | $ 158.00 |
| Financing | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Litigation | 143.0 | $34,681.50 | 151.9 | $ 38,215.00 | 446.2 | $ 136,997.50 |
| Plan and Disclosure Statement | .0 | $ .00 | 1.8 | $ 657.00 | 1.8 | $ 657.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Relief from Stay Proceedings | .0 | $ .00 | .0 | $ .00 | .7 | $ 350.00 | |
| Tax Issues | .0 | $ .00 | .0 | $ .00 | 4.3 | $ 1,569.50 | |
| Valuation | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 | |
| Committee Meetings/ Conferences | .0 | $ .00 | 6.2 | $ 2,191.00 | 45.7 | $ 23,330.50 | |
| Travel | .2 | $ 63.00 | 5.2 | $ 1,313.00 | 26.0 | $ 6,373.00 | |
| Docket Review & Control | 26.6 | $ 3,213.00 | 69.2 | $ 8,394.50 | 256.00 | $ 31,011.00 | |
| Totals | 217.0 | $54,682.50 | 355.0 | $94,630.50 | 1,176.0 | $ 338,266.50 | |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 10/1/01 – 12/31/01 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 964.08 | $ 9,368.80 |
| Research Material | 8.00 | 8.00 |
| Air Freight & Express Mail | 134.91 | 1,267.37 |
| Outside Local Deliveries | .00 | 8.01 |
| Filing Fees | .00 | .00 |
| Outside Fax Service | .00 | .00 |
| Conference Meals | .00 | 241.44 |
| Outside Photocopy Service | .00 | 31.09 |
| Miscellaneous Client Advances | .00 | 445.57 |
| Air & Train Transportation | 566.00 | 4,982.83 |
| Meals Related to Travel | 9.74 | 74.23 |
| Travel Expenses – Hotel Charges | .00 | 160.92 |
| Travel Expenses – Ground Transportation | 17.00 | 193.00 |
| Travel Expenses – Miscellaneous | .00 | .00 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | .00 |
| Local Transportation - DC | .00 | .00 |
| Local Transportation – NY | .00 | 144.14 |
| Xeroxing | 1,903.95 | 6,643.50 |
| Postage | 6.85 | 70.31 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | .00 |
| Telecopier | 126.60 | 461.55 |
| Long Distance –Credit Card | .00 | 699.99 |
| Long Distance Telephone - DC | 21.62 | 553.71 |
| NYO Long Distance Telephone | 9.33 | 106.00 |
| Use of Cell/Home Phone | .00 | 27.43 |
| TOTAL | $ 3,768.08 | $ 25,487.89 |