## CERTIFICATE OF SERVICE

I, Laurel D. Roglen, Esquire, do hereby certify that, on this 3rd day of October, 2018, I caused a true and correct copy of the foregoing *Supplemental Response and Reservation of Rights of Visiona Romantica, Inc., et al., to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order* to be served on the addresses on the attached list in the manner indicated thereon.

*/s/ Laurel D. Roglen*
Laurel D. Roglen (No. 5759)

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Mark D. Collins, Esq.<br>Paul N. Heath, Esq.<br>Zachary I. Shapiro, Esq.<br>Brett M. Haywood, Esq.<br>David T. Queroli, Esq.<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel to the Debtors* | Paul H. Zumbro, Esq.<br>George E. Zobitz, Esq.<br>Andrew Elken, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>*Counsel to the Debtors* |
| Bradford J. Sandler, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>*Counsel to the Committee* | James I. Stang, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067-4100<br>*Counsel to the Committee* |
| Jane M. Leamy, Esq.<br>Hannah Mufson McCollum, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Robert J. Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 36th Floor<br>New York, NY 10017-2024<br>*Counsel to the Committee* |
| | Debra I. Grassgreen, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500<br>*Counsel to the Committee* |