# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

|  |  |
|---|---|
| ---------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| | : Case No. 18-10601 (MFW) |
| The Weinstein Company Holdings LLC, *et al.*, | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |
| | : **Related Docket No.: 8, 190, 216, 282, 482, 571, 846, 860, 1220, 1247** |
| ---------------------------------------------------------- x | |

## CERTIFICATION OF COUNSEL REGARDING STIPULATION AMONG THE DEBTORS, LANTERN ENTERTAINMENT LLC, CONTENT PARTNERS FUND 3 SPV LP, AND CONTENT PARTNERS FUND 3 SPV1 LP

I, Evelyn J. Meltzer, counsel to Lantern Entertainment LLC ("Lantern"), hereby

certify as follows:

1.     On March 20, 2018, The Weinstein Company LLC ("TWC") and its

affiliated debtors and debtors in possession (together with TWC, the "Debtors") filed the

*Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of*

*Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C)*

*Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets,*

*(D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving*

*Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving*

*Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and*

*Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and*

*Unexpired Leases and (C) Granting Related Relief* [Docket No. 8].

---

[1]     The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

2.      On April 6, 2018, the Court entered the *Order (I) (A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief* (the "Bid Procedures Order") [Docket No. 190].

3.      On April 13, 2018, the Debtors filed the *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* (the "April 13 Notice") [Docket No. 216], which attached an exhibit listing certain contracts and leases that the Debtors may potentially assume and assign as part of the sale contemplated by the Bid Procedures Order (the "Sale"), together with associated asserted cure amounts.  The April 13 Notice included (i) that certain Production, Financing, and Distribution Agreement, effective as of August 13, 2012, as amended thereafter, between Content Partners SPV, assignee of Walden Media LLC, and TWC (the "Giver Agreement") with respect to the motion picture entitled "The Giver" ("The Giver") and (ii) that certain Exclusive License Agreement, effective as of January 29, 2010, as amended thereafter, between Content Partners SPV1, assignee of Incentive Film Distribution, LLC, and TWC (the "Blue Valentine Agreement" and, together with the Giver Agreement, the "Content Partners Agreements") with respect to the motion picture entitled "Blue Valentine" ("Blue Valentine" and, together with The Giver, the "Pictures").

4.      On April 20, 2018, the Debtors filed the *Notice of Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* (the "April 20 Notice") [Docket No. 282], which attached an exhibit listing certain additional contracts and leases that the Debtors may potentially assume and assign as part of the Sale,

#50356974 v1

together with associated asserted cure amounts.   The April 20 Notice included the Content Partners Agreements.

5.       On April 27, 2018, the Debtors filed the *Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* (the "April 27 Notice") [Docket No. 482], which attached an exhibit listing certain additional contracts and leases that the Debtors may potentially assume and assign as part of the Sale, together with associated asserted cure amounts.   The April 27 Notice did not include the Content Partners Agreements.

6.       On April 30, 2018, Content Partners filed the *Objection of Content Partners Fund 3 SPV LP and Content Partners Fund 3 SPV1 LP to Debtors Motion for Entry of an Order Approving Assumption and Assignment of Executory Contracts and Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts,* in which it objected to: (i) the Debtors' Proposed Cure Amount and (ii) the assumption and assignment of the Content Partners Agreements, and asserted a reservation of rights [Docket No. 571] (the "Objection").

7.       On May 9, 2018, the Court entered its *Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* (the "Sale Order") [Docket No. 846], which, *inter alia,* approved the sale of substantially all of the Debtors' assets to Lantern.

8.       On May 10, 2018, the Debtors filed the *Notice of Filing of Final List of Potentially Assumed Contracts and Leases* (the "May 10 Notice") [Docket No. 860], which

#50356974 v1

attached an exhibit listing certain contracts and leases that the Debtors may potentially assume and assign as part of the Sale, together with associated asserted cure amounts. The May 10 Notice included the Content Partners Agreements.

9.      On July 11, 2018, the Court entered its *Order Approving Amendment to Asset Purchase Agreement Entered into by and Between the Debtors and Lantern Entertainment LLC* [Docket No. 1220].

10.     On July 17, 2018, the Debtors filed the *Notice of Closing of Sale to Lantern Entertainment LLC* [Docket No. 1247].

11.     The Debtors, Lantern and Content Partners Fund 3 SPV LP ("Content Partners SPV") and Content Partners Fund 3 SPV1 LP ("Content Partners SPV1" and, together with Content Partners SPV, "Content Partners") have engaged in good faith discussions regarding the assumption and assignment of the Content Partners Agreements and the Objection.

12.     As a result of those discussions, the Debtors, Lantern and Content Partners have entered into the *Stipulation Among the Debtors, Lantern Entertainment LLC, Content Partners Fund 3 SPV LP, and Content Partners Fund 3 SPV1 LP* (the "Stipulation").

13.     Attached hereto as **Exhibit A** is a proposed order (the "Order") approving the Stipulation. The Stipulation is attached to the Order as **Exhibit 1**.

WHEREFORE, Lantern respectfully requests the entry of the Order attached hereto as **<u>Exhibit A</u>** approving the Stipulation at the earliest convenience of the Court.

Dated: October 3, 2018                                   Respectfully Submitted,
Wilmington, DE

                                          /s/ Evelyn J. Meltzer
                                          David B. Stratton (No. 960)
                                          Evelyn J. Meltzer (No. 4581)
                                          PEPPER HAMILTON LLP
                                          Hercules Plaza, Suite 5100
                                          1313 N. Market Street, P.O. Box 1709
                                          Wilmington, Delaware 19801
                                          Tel: (302) 777-6500

                                              *and*

                                          Michael S. Stamer
                                          Abid Qureshi
                                          Meredith A. Lahaie
                                          Jennifer L. Woodson
                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                          One Bryant Park
                                          New York, NY 10036
                                          (212) 872-1000 (Telephone)
                                          (212) 872-1002 (Facsimile)

                                          *Counsel for Lantern Entertainment LLC*