## VERIFICATION

STATE OF DELAWARE        :

                         :

COUNTY OF NEW CASTLE     :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a) I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZY&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
David W. Carickhoff, Jr.

SWORN AND SUBSCRIBED

before me this 28th day of January, 2002.

_____
Notary Public
My Commission Expires: 02/11/02

91100-001\DOCS_DE:38911.1

-1-

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

January 26, 2002

Invoice Number  **50213**        91100    00001        HRR

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:   November 30, 2001 | $117,264.93 |
| Net balance forward | $117,264.93 |

Re:   W.R. Grace and Co.

**Statement of Professional Services Rendered Through**   **12/31/2001**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | | **ASSET DISPOSITION [B130]** | | | |
| 10/30/01 | PEC | File and serve Debtors' Quarterly Report of Asset Sales from August 2, 2001 through September 30, 2001 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets (.4); Draft Certificate of Service (.2) | 0.60 | 110.00 | $66.00 |
| | | **Task Code Total** | **0.60** | | **$66.00** |
| | | **BANKRUPTCY LITIGATION [L430]** | | | |
| 12/04/01 | DWC | Call with Jay Kapp re: complaints filed against the Debtors. | 0.30 | 280.00 | $84.00 |
| 12/12/01 | LDJ | Review memo from David Carickhoff, Esq. re: 1/4 hearings agenda | 0.20 | 550.00 | $110.00 |
| 12/13/01 | DWC | Call with Chad Mitchell re: filing adversary proceeding for declaratory judgement re: NJ remediation order (.2); review adversary complaint re: same (.4); prepare the same for filing and service (.4) | 1.00 | 280.00 | $280.00 |
| 12/13/01 | DWC | Call with Kelly Fabian re: Motion to Dismiss Zonolite plaintiffs' complaint. | 0.20 | 280.00 | $56.00 |
| 12/17/01 | DWC | Review and revise Motion to Dismiss Zonolite Claimants complaint and memo in support of same and address filing and service thereof. | 3.00 | 280.00 | $840.00 |
| 12/18/01 | DWC | Call with Jay Kapp re: motions for class certification and time to respond to same (.2); draft letter to Bill Sullivan requesting extension to respond to same (.4); review J. Kapp letter re: same (.2) | 0.80 | 280.00 | $224.00 |
| 12/20/01 | LDJ | Review pending motions, responses, past agendas in preparation for 12/20 meetings with Judge Wolin | 1.70 | 550.00 | $935.00 |
| 12/20/01 | LDJ | Attend general case management meeting with J. Wolin | 2.50 | 550.00 | $1,375.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and all asbestos cases participants | | | |
| 12/20/01 | LDJ | Participate in case meeting with Judge Wolin and all Grace case participants re: case status, open issues, scheduling, case strategy | 1.80 | 550.00 | $990.00 |
| 12/21/01 | DWC | Prepare amended agenda notice and address filing and service thereof. | 0.40 | 280.00 | $112.00 |
| 12/29/01 | LDJ | Review pending matters for 1/3 status conference with Judge Fitzgerald | 2.50 | 550.00 | $1,375.00 |
| | | **Task Code Total** | **14.40** | | **$6,381.00** |

**CASE ADMINISTRATION [B110]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 110.00 | $88.00 |
| 10/03/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 110.00 | $44.00 |
| 10/05/01 | PEC | Update critical dates memo. | 0.60 | 110.00 | $66.00 |
| 10/05/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 110.00 | $88.00 |
| 10/08/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 110.00 | $88.00 |
| 10/08/01 | PEC | Return calls to various creditors regarding case status. | 0.80 | 110.00 | $88.00 |
| 10/09/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 1.00 | 110.00 | $110.00 |
| 10/09/01 | PEC | Update critical dates memo. | 1.00 | 110.00 | $110.00 |
| 10/10/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.60 | 110.00 | $66.00 |
| 10/12/01 | PEC | Serve [signed] Order Scheduling Omnibus hearing dates and draft Affidavit of Service (.4); File and serve Affidavit of Service. (.4) | 0.80 | 110.00 | $88.00 |
| 10/12/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 110.00 | $55.00 |
| 10/15/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 110.00 | $44.00 |
| 10/17/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.90 | 110.00 | $99.00 |
| 10/18/01 | PEC | Review docket and update critical dates | 1.10 | 110.00 | $121.00 |
| 10/18/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 110.00 | $55.00 |
| 10/22/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 110.00 | $55.00 |
| 10/22/01 | PEC | Return calls to creditors regarding case status. | 0.50 | 110.00 | $55.00 |
| 10/24/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.60 | 110.00 | $66.00 |
| 10/30/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 110.00 | $55.00 |
| 10/30/01 | PEC | Update critical dates memo. | 0.60 | 110.00 | $66.00 |
| 10/31/01 | PEC | Draft Agenda Notice for 11/1/01 hearing. | 1.80 | 110.00 | $198.00 |
| 12/03/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 110.00 | $44.00 |
| 12/03/01 | DWC | Meet with L. Jones re: Judge Wolin request for certain information and documents (.2); assist in preparing the same (1). | 1.20 | 280.00 | $336.00 |
| 12/04/01 | PEC | Review docket and update critical dates memo. | 0.50 | 110.00 | $55.00 |
| 12/04/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 110.00 | $88.00 |
| 12/04/01 | LDJ | Telephone conference with David Bernick, Esq. re: overall case status; pending issues | 0.20 | 550.00 | $110.00 |
| 12/04/01 | DWC | Prepare exhibit of all outstanding matters as per Judge | 2.90 | 280.00 | $812.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Wolin's request | | | |
| 12/04/01 | CMS | Maintain Document Control. | 0.30 | 40.00 | $12.00 |
| 12/05/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.90 | 110.00 | $99.00 |
| 12/05/01 | PEC | Return calls to various potential creditors. | 0.40 | 110.00 | $44.00 |
| 12/05/01 | CMS | Maintain Document Control. | 0.20 | 40.00 | $8.00 |
| 12/06/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 110.00 | $55.00 |
| 12/06/01 | LDJ | Telephone conference with James Sprayregen, Esq. re: case transition issues; overall case status | 0.30 | 550.00 | $165.00 |
| 12/06/01 | DWC | Review Judge Wolin December 5th Order re: assignment of cases and e-mail Kirkland and Ellis attorneys and Debtors re: same | 0.60 | 280.00 | $168.00 |
| 12/06/01 | CMS | Maintain Document Control. | 0.40 | 40.00 | $16.00 |
| 12/07/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 110.00 | $55.00 |
| 12/10/01 | DWC | Review Judge Wolin order re: allocation of matters between District Court and Bankruptcy Court (.3); e-mail co-counsel re: same (.2). | 0.50 | 280.00 | $140.00 |
| 12/10/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 110.00 | $88.00 |
| 12/10/01 | PEC | Review docket for updates. | 0.30 | 110.00 | $33.00 |
| 12/11/01 | HRR | Review and analyze case transfer memo. | 0.10 | 330.00 | $33.00 |
| 12/12/01 | DWC | Call with Ramona Baker re: documents requested by Judge Fitzgerald (.4); e-mail co-counsel re: same (.2); call with co-counsel re: same (.2) | 0.80 | 280.00 | $224.00 |
| 12/12/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.90 | 110.00 | $99.00 |
| 12/12/01 | PEC | Update critical dates memo. | 0.80 | 110.00 | $88.00 |
| 12/13/01 | DCC | Maintain document control. | 2.80 | 55.00 | $154.00 |
| 12/13/01 | DWC | Call with Sam Schwartz re: preparation of materials requested by Judge Fitzgerald (.3), meet with P. Cuniff re: same (.2) | 0.50 | 280.00 | $140.00 |
| 12/13/01 | DWC | Review Judge Fitzgerald's 12/12 Order re: scheduling conference on January 3, 2002 (.3); address filing and service thereof (.5) | 0.80 | 280.00 | $224.00 |
| 12/14/01 | DCC | Maintain document control. | 1.00 | 55.00 | $55.00 |
| 12/14/01 | DWC | Call with Sam Schwartz re: Status Report prepared for Judge Wolin (.2); review the Status Report and address service thereof (1.5). | 1.70 | 280.00 | $476.00 |
| 12/14/01 | PEC | Review docket for updates and update critical dates. | 1.10 | 110.00 | $121.00 |
| 12/14/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.90 | 110.00 | $99.00 |
| 12/15/01 | DCC | Maintain document control. | 4.00 | 55.00 | $220.00 |
| 12/15/01 | DWC | Address filing of Status Report. | 2.50 | 280.00 | $700.00 |
| 12/16/01 | DWC | Prepare Agenda Notice for January 3, 2002 hearing before Judge Fitzgerald. | 2.00 | 280.00 | $560.00 |
| 12/17/01 | PEC | Review docket and revise Agenda Notice for 1/3/02 Hearing (1.0) forward to Sam Schwartz for review via fax and e-mail (.2) | 1.20 | 110.00 | $132.00 |
| 12/17/01 | PEC | Respond to various requests for 2002 service list. | 0.30 | 110.00 | $33.00 |
| 12/17/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.60 | 110.00 | $66.00 |
| 12/17/01 | DWC | Finalize agenda notice for January 3, 2002 hearing. | 1.20 | 280.00 | $336.00 |
| 12/18/01 | SLP | Prepare hearing binder. | 8.00 | 50.00 | $400.00 |
| 12/18/01 | PEC | Respond to request of David Carickhoff to gather various documents to be sent to Judge Fitzgerald for the 1/3/02 Hearing. | 1.10 | 110.00 | $121.00 |
| 12/18/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 110.00 | $88.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/01 | PEC | Return calls to various creditors regarding status of the case. | 0.50 | 110.00 | $55.00 |
| 12/18/01 | DWC | Prepare binders for January 3, 2002 hearing and as per Judge Fitzgerald's document request (8.5); draft letter to Judge Fitzgerald re: same (.4) | 8.90 | 280.00 | $2,492.00 |
| 12/19/01 | DWC | Address creditors' committee request re: Judge Fitzgerald's order scheduling status hearing on January 3 and speak with Arlene Krieger re: same. | 0.90 | 280.00 | $252.00 |
| 12/19/01 | JMG | Maintain Document Control. | 1.30 | 40.00 | $52.00 |
| 12/19/01 | SLP | Prepare hearing binder. | 2.00 | 50.00 | $100.00 |
| 12/19/01 | VEM | Match pleadings with court docket. | 0.10 | 50.00 | $5.00 |
| 12/19/01 | PEC | Draft Service list for 1/3/02 Agenda Notice. | 1.60 | 110.00 | $176.00 |
| 12/19/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.60 | 110.00 | $66.00 |
| 12/19/01 | DWC | Prepare for 12/20 hearing in Newark, NJ | 2.50 | 280.00 | $700.00 |
| 12/19/01 | PEC | Draft Affidavit of Service (.2); File and serve Agenda Notice for 1/3/02 Hearing (.40) | 0.60 | 110.00 | $66.00 |
| 12/20/01 | SLP | Prepare hearing binder. | 4.50 | 50.00 | $225.00 |
| 12/20/01 | PEC | Revise and review Agenda Notice for 1/3/02 Hearing. | 0.50 | 110.00 | $55.00 |
| 12/20/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 110.00 | $44.00 |
| 12/20/01 | PEC | Update critical dates. | 0.40 | 110.00 | $44.00 |
| 12/20/01 | DWC | Review materials in preparation of Judge Wolin hearing/status conference (1.5); attend the same (8.5) | 10.00 | 280.00 | $2,800.00 |
| 12/20/01 | PEC | Telephone call with Shirley Pope at Kirkland & Ellis regarding a document request (.30); and respond to request (.20) | 0.50 | 110.00 | $55.00 |
| 12/21/01 | DWC | Review Judge Wolin's December 21st Case Administration Order and e-mail co-counsel re: same. | 0.40 | 280.00 | $112.00 |
| 12/21/01 | PEC | Draft Certificate of No Objection regarding Pitney Hardin September Fee Application and Certificate of Service. | 0.50 | 110.00 | $55.00 |
| 12/21/01 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 1.00 | 110.00 | $110.00 |
| 12/21/01 | DWC | Review opposition to Zonolite claimants motion to dismiss cases (1.30); and prepare to file the same (.30) | 1.60 | 280.00 | $448.00 |
| 12/22/01 | DCC | Maintain document control. | 2.00 | 55.00 | $110.00 |
| 12/26/01 | DCC | Maintain document control. | 5.00 | 55.00 | $275.00 |
| 12/26/01 | HRR | Review and analyze notice of agenda. | 0.20 | 330.00 | $66.00 |
| 12/26/01 | SLP | Prepare hearing binder. | 3.00 | 50.00 | $150.00 |
| 12/26/01 | DWC | Draft Amended Administrative Order and exhibits thereto (5.5); calls with co-counsel re: same and comments (.3); and address service thereof for comments (.2). | 6.00 | 280.00 | $1,680.00 |
| 12/27/01 | DWC | Calls with M. Zaleski (.2); B. Chipman (.2) and B. Sullivan (.2) re: January 3, 2002 hearing. | 0.60 | 280.00 | $168.00 |
| 12/27/01 | DWC | Call with S. Schwartz re: revisions to Amended Administrative Order (.3); revise the same as per co-counsel comments (.7) | 1.00 | 280.00 | $280.00 |
| 12/28/01 | DWC | Review Judge Wolin order appointing special masters and consultants and e-mail co-counsel re: same. | 0.30 | 280.00 | $84.00 |
| 12/28/01 | DWC | Address establishment of telephonic participation for 1/3/02 hearing | 0.30 | 280.00 | $84.00 |
| 12/28/01 | LDJ | Telephone conference with Matt Zaleski, Esq. re: next hearing agenda | 0.10 | 550.00 | $55.00 |
| | | **Task Code Total** | **117.60** | | **$19,266.00** |

### CLAIMS ADMIN/OBJECTIONS [B310]

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/01 | PEC | Return calls to various creditors regarding bar date and case status. | 0.60 | 110.00 | $66.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/01 | PEC | Return calls to various creditors regarding case status and bar date. | 1.00 | 110.00 | $110.00 |
| 10/10/01 | PEC | Draft Certificate of No Objection regarding Stipulation and Agreement Between the Debtors and AON Consulting, Inc. and Certificate of Service (.4); File and serve Certificate of Service (.4) | 0.80 | 110.00 | $88.00 |
| 10/11/01 | PEC | Return calls to creditors regarding bar date. | 0.50 | 110.00 | $55.00 |
| 10/12/01 | PEC | File and serve Debtors Motion Pursuant to 11 U.S.C. §105(a) and Fed.R. Bankr.P. 9019 for Court Approval of Stipulation Resolving Tax Dispute Between Debtor and State of Washington (.4); Draft Certificate of Service (.1) | 0.50 | 110.00 | $55.00 |
| 10/18/01 | PEC | Return calls to creditors regarding bar date and case status. | 0.60 | 110.00 | $66.00 |
| 10/30/01 | PEC | File and serve Debtors' Quarterly Report of Settlements from July 31, 2001 through September 31, 2001 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or other Action or Proceeding (.4); Draft Certificate of Service (.2) | 0.60 | 110.00 | $66.00 |
| 12/05/01 | DWC | Call with Sam Schwartz re: claims settlemements. | 0.20 | 280.00 | $56.00 |
| 12/06/01 | DWC | Review and revise Cert. of No Objection re: motion to clarify motion to honor certain pre-petition obligations. | 0.20 | 280.00 | $56.00 |
| 12/06/01 | PEC | Telecon with Diana Foster regarding W. R. Grace Proof of Claim Forms filed with the Court. | 0.20 | 110.00 | $22.00 |
| 12/06/01 | PEC | Draft Certificate of No Objection regarding Debtors' Motion to Honor Prepetition Obligations and Certificate of Service (.40); and file and serve (.20) | 0.60 | 110.00 | $66.00 |
| 12/10/01 | DWC | Address letter from State of Wisconsin regarding claim. | 0.20 | 280.00 | $56.00 |
| 12/10/01 | DWC | Call with Jay Kapp re: Former Employees Motion for Indemnification and Other Claims. | 0.20 | 280.00 | $56.00 |
| 12/10/01 | PEC | Return calls to potential creditors regarding Bar Date. | 0.50 | 110.00 | $55.00 |
| 12/12/01 | DWC | Review and revise Cert. of No Objection re: Notice of Claims Settlement dated 11/15/01 | 0.20 | 280.00 | $56.00 |
| 12/12/01 | PEC | Draft Certificate of No Objection regarding Debtors' Claims Settlement Notice dated November 15, 2001 (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 12/14/01 | PEC | Return calls to various potential creditors regarding bar date. | 1.00 | 110.00 | $110.00 |
| 12/17/01 | PEC | Return calls to various potential creditors regarding bar date and case status. | 0.50 | 110.00 | $55.00 |
| 12/19/01 | PEC | Return calls to potential creditors regarding Proof of Claim Form. | 0.50 | 110.00 | $55.00 |
| 12/20/01 | PEC | Draft Certificate of No Objection regarding Claims Settlement Notice and Certificate of Service (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 12/28/01 | DWC | Address creditor inquiries re: claims (NAI re: real estate brokerage fees; compucom, and Ed Gallagher). | 0.60 | 280.00 | $168.00 |
| | | **Task Code Total** | **11.10** | | **$1,493.00** |

### COMPENSATION PROF. [B160]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/01 | PEC | Draft Certificate of No Objection regarding Pitney Hardin Kipp & Szuch June Monthly Fee Application and Certificate of Service (.4) File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 10/09/01 | PEC | Draft Certificate of No Objection regarding Wallace King Marraro & Branson July Fee Application and Certificate of Service (.4); File and serve Certificate of No Objection (.4) | 0.80 | 110.00 | $88.00 |
| 10/09/01 | PEC | Draft Certificate of No Objection regarding PSZYJ June Monthly Fee Application and Certificate of Service (.4); | 0.80 | 110.00 | $88.00 |

Invoice number 50213    91100    00001    Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | File and serve Certificate of No Objection (.4) | | | |
| 10/12/01 | PEC | File and serve PSZYJ's July Monthly Fee Application (.4); Draft Certificate of Service (.2) | 0.60 | 110.00 | $66.00 |
| 10/15/01 | PEC | File and serve Notice of Debtors' Statement of Amounts Paid to Ordinary Course Professionals from April 2, 2001 Through September 30, 2001 (.4); Draft Certificate of Service (.1) | 0.50 | 110.00 | $55.00 |
| 10/16/01 | PEC | Draft Notice of Filing of Blackstone Group's August Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 10/17/01 | PEC | Draft Notice of Nelson Mullins Riley & Scarborough Interim Fee Application for the Period of May 1, 2001 Through June 30, 2001 and Certificate of Service (.4); File and serve Fee Application (.4) | 0.80 | 110.00 | $88.00 |
| 10/17/01 | PEC | Draft Notice of Nelson Mullins Riley & Scarborough Interim Fee Application for the Period of July 19, 2001 Through July 31, 2001 and Certificate of Service (.4); File and serve Fee Application (.4) | 0.80 | 110.00 | $88.00 |
| 10/17/01 | PEC | Draft Notice of Nelson Mullins Riley & Scarborough Interim Fee Application for the Period of August 1, 2001Through August 31, 2001 and Certificate of Service (.4); File and serve Fee Application (.4) | 0.80 | 110.00 | $88.00 |
| 10/30/01 | PEC | Draft Notice of Filing July Monthly Fee Application of Pitney Hardin Kipp & Szuch and Certificate of Service (.4); File and serve Application (.4) | 0.80 | 110.00 | $88.00 |
| 10/30/01 | PEC | Draft Notice of Filing September Monthly Fee Application of Kirkland & Ellis and Certificate of Service (.4); File and serve Application (.4) | 0.80 | 110.00 | $88.00 |
| 10/31/01 | PEC | Draft Notice of filing of PSZYJ August Monthly Fee Application and Certificate of Service (.4); File and serve Application (.4) | 0.80 | 110.00 | $88.00 |
| 10/31/01 | PEC | Draft Certificate of No Objection regarding Kirkland & Ellis August Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 10/31/01 | PEC | Draft Certificate of No Objection regarding Pitney Hardin Kipp & Suzch July Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 10/31/01 | PEC | Draft Certificate of No Objection regarding PSZYJ July Montly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 12/03/01 | DWC | Review and address filing and service of Casner & Edwards fee application for September through October 31. | 0.60 | 280.00 | $168.00 |
| 12/03/01 | PEC | Review docket for PSZYJ fee application information requested by Laurie Gilbert. | 0.50 | 110.00 | $55.00 |
| 12/04/01 | PEC | Draft Notice and Certificate of Service for Pitney Hardin Special Fee Application for the Period of April 2, 2001 Through December 3, 2001. | 0.50 | 110.00 | $55.00 |
| 12/04/01 | PEC | Draft Notice and Certificate of Service for Casner & Edwards September / October Fee Application. | 0.60 | 110.00 | $66.00 |
| 12/04/01 | DWC | Review and address filing and service of Pitney Hardin's fee application for contingency amount. | 0.60 | 280.00 | $168.00 |
| 12/06/01 | DWC | Review and revise Cert of No Objection for PSZYJ September fee application. | 0.20 | 280.00 | $56.00 |
| 12/06/01 | PEC | Fiel and serve PSZYJ Certificate of No Objection regarding PSZYJ August Fee Application. | 0.50 | 110.00 | $55.00 |
| 12/06/01 | PEC | Draft Certificate of No Objection regarding PSZYJ September Fee Application and Certificate of Service (.40) and file and serve (.20) | 0.60 | 110.00 | $66.00 |
| 12/06/01 | PEC | Draft Certificate of No Objection regarding Wallace King | 0.60 | 110.00 | $66.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Marraro & Branson August Fee Application and Certificate of Service (.40); and file and serve (.20) | | | |
| 12/07/01 | HRR | Review and analyze fee applications of professionals. | 0.20 | 330.00 | $66.00 |
| 12/07/01 | SGF | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 350.00 | $70.00 |
| 12/07/01 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 12/11/01 | DWC | Review and revise Cert. of No Objection re: fee applications of Nelson Mullins, Pitney Hardin, Kirkland & Ellis, and Holme Roberts (.2 each). | 0.80 | 280.00 | $224.00 |
| 12/11/01 | PEC | Draft Certificate of No Objection for Holme Roberts & Owen First Quarterly Fee Application (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 12/11/01 | PEC | Draft Notice of Kirkland & Ellis October Fee Application and Certificate of Service (.4); File and serve (.5) | 0.90 | 110.00 | $99.00 |
| 12/11/01 | PEC | File and serve Pitney Hardin October Fee Application (.4); Draft Certificate of Service (.2) | 0.60 | 110.00 | $66.00 |
| 12/11/01 | PEC | File and serve Kirkland & Ellis October Fee Application (.4); Draft Certificate of Service (.2) | 0.60 | 110.00 | $66.00 |
| 12/12/01 | DWC | Review and revise Cert. of No Objection re: Balckstone September fee application and PSZYJ first quarterly fee application. | 0.40 | 280.00 | $112.00 |
| 12/12/01 | PEC | Draft Certificate of No Objection regarding PSZYJ First Quarterly Fee Application (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 12/12/01 | PEC | Draft Certificate of No Objection regarding Blackstone Group September Fee Application (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 12/19/01 | DWC | Review and revise Certs. of No Objection re: Nelson Mullins October fee application and Wallace King October fee application. | 0.40 | 280.00 | $112.00 |
| 12/19/01 | PEC | Draft Notice of Wallace King Marraro & Branson October Fee Application and Certificate of Service (.4); file and serve (.4) | 0.80 | 110.00 | $88.00 |
| 12/19/01 | PEC | Draft Notice of Nelson Mullins Riley & Scarborough October Fee Application and Affidavit of Service (.4); Draft Affidavit of Service (.4) | 0.80 | 110.00 | $88.00 |
| 12/20/01 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 12/21/01 | DWC | Review Judge Fitzgerald's December 20th letter to me and Order directing Debtors to revise Administrative Order re: interim compensation procedures, and Owens Corning Order re: same (.8); calls with co-counsel re: same (.4); meet with L. Jones re: same (.2); call with R. Baker re: same (.2); draft letter to professionals in case re: same (.8) and address service thereof (.3) | 2.70 | 280.00 | $756.00 |
| 12/21/01 | DWC | Review and revise Certs. of No Objection re: Holme Roberts October fee application (.2); PSZYJ October fee application (.2); Pitney Hardin September fee application (.2) and Blackstone October fee application (.2) | 0.80 | 280.00 | $224.00 |
| 12/21/01 | PEC | Draft Certificate of No Objection regarding PSZYJ October Fee Application and Certificate of Service. | 0.50 | 110.00 | $55.00 |
| 12/21/01 | PEC | Draft Certificate of No Objection regarding Blackstone Group's October Fee Application and Certificate of Service. | 0.50 | 110.00 | $55.00 |
| 12/21/01 | PEC | Prepare Certificate of No Objection re: Pitney Hardin September Fee App for e-file. | 0.40 | 110.00 | $44.00 |
| 12/21/01 | PEC | Prepare Certificate of No Objection re: Holme Roberts & Owen October Fee App for e-file. | 0.40 | 110.00 | $44.00 |
| 12/21/01 | PEC | Draft Certificate of No Objection regarding Holme Roberts and Owen October Fee Application and Certificate of Service. | 0.50 | 110.00 | $55.00 |
| 12/21/01 | PEC | Prepare Certificate of No Objection re: PSZYJ October Fee | 0.40 | 110.00 | $44.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | App for e-file. | | | |
| 12/21/01 | PEC | Prepare Certificate of No Objection re: Blackstone Group's October Fee App for e-file. | 0.40 | 110.00 | $44.00 |
| 12/27/01 | DWC | Review and file Certs. of No Objection re: Pitney Hardin's special fee application and Casner and Edwards Septemebr fee application. | 0.60 | 280.00 | $168.00 |
| 12/27/01 | HRR | Draft second quarterly fee application. | 1.50 | 330.00 | $495.00 |
| 12/27/01 | HRR | Telephone conference with D. Carickhoff regarding fee applications. | 0.10 | 330.00 | $33.00 |
| 12/28/01 | DWC | Review Kirkland & Ellis November fee application and prepare the same for filing (.5), revise notice in connection therewith (.2); address filing and service of the same (.2). | 0.90 | 280.00 | $252.00 |
| 12/28/01 | DWC | Review and revise Blackstone Second Quarterly fee application, including adding missing exhibits (1); address filing and service of the same (.2) | 1.20 | 280.00 | $336.00 |
| 12/31/01 | HRR | Draft fee application. | 1.50 | 330.00 | $495.00 |
| | | Task Code Total | 37.10 | | $6,425.00 |

### EXECUTORY CONTRACTS [B185]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/01 | PEC | File and serve Debtors' Motion for an Order Approving the Rejection of Pharmacy Services Agreement (.60); and Draft Certificate of Service (.20) | 0.80 | 110.00 | $88.00 |
| | | Task Code Total | 0.80 | | $88.00 |

### FINANCIAL FILINGS [B110]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/01 | DWC | Review and address filing and service of October monthly operating report. | 0.50 | 280.00 | $140.00 |
| 12/04/01 | PEC | File and serve October Operating Report for W. R. Grace & Co.(.60); and Draft Affidavit of Service (.20) | 0.80 | 110.00 | $88.00 |
| | | Task Code Total | 1.30 | | $228.00 |

### LITIGATION (NON-BANKRUPTCY)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/01 | DWC | Review and revise Cert. of No Objection re: Motion for Consent Decree with the EPA. | 0.20 | 280.00 | $56.00 |
| 12/12/01 | PEC | Draft Certificate of No Objection regarding Debtors' Motion for Entry of an Order Approving Execution of a Consent Decree with the EPA (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |
| 12/27/01 | DWC | Review and revise motion to extend time to remove actions (1.0), draft notice and cert. of service in connection therewith (.40), and address filing and service thereof (.20) | 1.60 | 280.00 | $448.00 |
| | | Task Code Total | 2.60 | | $592.00 |

### PLAN & DISCLOSURE STMT. [B320]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/01 | DWC | Meet with D. Siegel re: asbestos issues generally and their implications with respect to the Plan process | 1.00 | 280.00 | $280.00 |
| | | Task Code Total | 1.00 | | $280.00 |

### RETENTION OF PROF. [B160]

| Date | TK | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/01 | PEC | File and serve Statement of the Debtors in Connection with the Supplemental Affidavit of Elihu Inselbuch Pursuant to Section 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (.4); Draft Certificate of Service (.1) | 0.50 | 110.00 | $55.00 |
| 10/16/01 | PEC | File and serve Certification of Counsel regarding Debtors' Application to Retain Rust Consulting, Inc. as Official Claims Agent (.4); Draft Certificate of Service (.1) | 0.50 | 110.00 | $55.00 |
| 12/10/01 | PEC | Draft Certificate of No Objection regarding Application to Retain Steptoe & Johnson (.4); File and serve (.4) | 0.80 | 110.00 | $88.00 |

|  | **Task Code Total** |  | 1.80 |  | **$198.00** |
|---|---|---|---|---|---|
|  | **Total professional services:** |  | 188.30 |  | **$35,017.00** |

**Costs Advanced:**

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/03/2001 | FX | Fax Transmittal. [E104] | $638.00 |
| 12/03/2001 | RE | (CORR 578 @0.15 PER PG) | $86.70 |
| 12/03/2001 | RE | (CORR 1032 @0.15 PER PG) | $154.80 |
| 12/03/2001 | RE | (CORR 338 @0.15 PER PG) | $50.70 |
| 12/03/2001 | RE | (CORR 284 @0.15 PER PG) | $42.60 |
| 12/03/2001 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 12/03/2001 | RE | (AGR 22 @0.15 PER PG) | $3.30 |
| 12/03/2001 | RE | Reproduction Expense. [E101] | $1.80 |
| 12/04/2001 | FE | Federal Express [E108] | $740.75 |
| 12/04/2001 | FX | (CORR 4 @1.00 PER PG) | $4.00 |
| 12/04/2001 | RE | (CORR 31 @0.15 PER PG) | $4.65 |
| 12/04/2001 | RE | (CORR 116 @0.15 PER PG) | $17.40 |
| 12/04/2001 | RE | (CORR 582 @0.15 PER PG) | $87.30 |
| 12/04/2001 | RE | (CORR 308 @0.15 PER PG) | $46.20 |
| 12/04/2001 | RE | (CORR 359 @0.15 PER PG) | $53.85 |
| 12/04/2001 | RE | (CORR 1106 @0.15 PER PG) | $165.90 |
| 12/04/2001 | RE | (CORR 2014 @0.15 PER PG) | $302.10 |
| 12/04/2001 | RE | (CORR 494 @0.15 PER PG) | $74.10 |
| 12/04/2001 | SO | Secretarial Overtime--Rasheda Stewart | $25.52 |
| 12/05/2001 | PO | Postage--DDI [E108] | $10.40 |
| 12/05/2001 | RE | (CORR 92 @0.15 PER PG) | $13.80 |
| 12/05/2001 | RE | (CORR 116 @0.15 PER PG) | $17.40 |
| 12/05/2001 | RE | (CORR 292 @0.15 PER PG) | $43.80 |
| 12/05/2001 | RE | (CORR 1148 @0.15 PER PG) | $172.20 |
| 12/05/2001 | RE | (CORR 20 @0.15 PER PG) | $3.00 |
| 12/05/2001 | RE | (CORR 42 @0.15 PER PG) | $6.30 |
| 12/05/2001 | RE | (CORR 162 @0.15 PER PG) | $24.30 |
| 12/05/2001 | RE | (CORR 972 @0.15 PER PG) | $145.80 |
| 12/05/2001 | RE | (CORR 1656 @0.15 PER PG) | $248.40 |
| 12/05/2001 | RE | (CORR 404 @0.15 PER PG) | $60.60 |
| 12/05/2001 | RE | (CORR 2340 @0.15 PER PG) | $351.00 |
| 12/05/2001 | RE | Reproduction Expense. [E101] | $2.70 |
| 12/05/2001 | SO | Secretarial Overtime--Vanessa Preston | $43.23 |
| 12/06/2001 | PO | Postage--DDI [E108] | $152.00 |
| 12/06/2001 | RE | (AGR 104 @0.15 PER PG) | $15.60 |
| 12/06/2001 | RE | (CORR 697 @0.15 PER PG) | $104.55 |
| 12/06/2001 | RE | (CORR 84 @0.15 PER PG) | $12.60 |
| 12/06/2001 | RE | (CORR 78 @0.15 PER PG) | $11.70 |
| 12/06/2001 | RE | Reproduction Expense--DDI (2688 copies) [E101] | $268.80 |
| 12/06/2001 | SO | Secretarial Overtime--Rasheda Stewart | $25.52 |
| 12/06/2001 | SO | Secretarial Overtime--Vanessa Preston | $46.10 |
| 12/07/2001 | FX | Fax Transmittal. [E104] | $24.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/07/2001 | RE | (CORR 95 @0.15 PER PG) | $14.25 |
| 12/07/2001 | RE | (CORR 250 @0.15 PER PG) | $37.50 |
| 12/10/2001 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
| 12/10/2001 | TR | Transcript--Valerie J. Gunning [E116] | $96.00 |
| 12/11/2001 | FE | Federal Express [E108] | $59.12 |
| 12/11/2001 | FX | (AGR 12 @1.00 PER PG) | $12.00 |
| 12/11/2001 | RE | Reproduction Expense. [E101] | $2.85 |
| 12/11/2001 | RE | (CORR 2544 @0.15 PER PG) | $381.60 |
| 12/11/2001 | RE | (CORR 215 @0.15 PER PG) | $32.25 |
| 12/11/2001 | RE | (CORR 52 @0.15 PER PG) | $7.80 |
| 12/11/2001 | RE | (CORR 79 @0.15 PER PG) | $11.85 |
| 12/12/2001 | FX | (AGR 18 @1.00 PER PG) | $18.00 |
| 12/12/2001 | RE | Reproduction Expense. [E101] | $5.55 |
| 12/12/2001 | RE | (CORR 247 @0.15 PER PG) | $37.05 |
| 12/12/2001 | RE | (CORR 1677 @0.15 PER PG) | $251.55 |
| 12/12/2001 | RE | (CORR 108 @0.15 PER PG) | $16.20 |
| 12/12/2001 | RE | (CORR 708 @0.15 PER PG) | $106.20 |
| 12/12/2001 | RE | (CORR 37 @0.15 PER PG) | $5.55 |
| 12/13/2001 | RE | (CORR 620 @0.15 PER PG) | $93.00 |
| 12/13/2001 | RE | Reproduction Expense. [E101] | $1.50 |
| 12/14/2001 | PO | Postage--DDI [E108] | $10.40 |
| 12/14/2001 | RE | (CORR 206 @0.15 PER PG) | $30.90 |
| 12/14/2001 | RE | (CORR 2957 @0.15 PER PG) | $443.55 |
| 12/14/2001 | RE | (CORR 227 @0.15 PER PG) | $34.05 |
| 12/14/2001 | RE | (CORR 613 @0.15 PER PG) | $91.95 |
| 12/14/2001 | RE | (CORR 1513 @0.15 PER PG) | $226.95 |
| 12/14/2001 | RE | (CORR 464 @0.15 PER PG) | $69.60 |
| 12/14/2001 | RE | (CORR 1604 @0.15 PER PG) | $240.60 |
| 12/14/2001 | RE | Reproduction Expense--DDI (3570 copies) [E101] | $357.00 |
| 12/15/2001 | RE | (CORR 1400 @0.15 PER PG) | $210.00 |
| 12/15/2001 | RE | (CORR 140 @0.15 PER PG) | $21.00 |
| 12/17/2001 | FX | Fax Transmittal. [E104] | $90.00 |
| 12/17/2001 | FX | (CORR 20 @1.00 PER PG) | $20.00 |
| 12/17/2001 | FX | (CORR 9 @1.00 PER PG) | $9.00 |
| 12/17/2001 | FX | (CORR 25 @1.00 PER PG) | $25.00 |
| 12/17/2001 | FX | (AGR 50 @1.00 PER PG) | $50.00 |
| 12/17/2001 | RE | Reproduction Expense. [E101] | $9.45 |
| 12/17/2001 | RE | (CORR 255 @0.15 PER PG) | $38.25 |
| 12/17/2001 | RE | Reproduction Expense. [E101] | $40.50 |
| 12/18/2001 | FE | Federal Express [E108] | $80.12 |
| 12/18/2001 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 12/18/2001 | FX | Fax Transmittal. [E104] | $64.00 |
| 12/18/2001 | RE | (CORR 264 @0.15 PER PG) | $39.60 |
| 12/18/2001 | RE | (CORR 165 @0.15 PER PG) | $24.75 |
| 12/18/2001 | RE | (CORR 1438 @0.15 PER PG) | $215.70 |
| 12/18/2001 | RE | (CORR 94 @0.15 PER PG) | $14.10 |
| 12/18/2001 | SO | Secretarial Overtime--Rasheda Stewart | $25.52 |
| 12/19/2001 | FX | (DOC 5 @1.00 PER PG) | $5.00 |
| 12/19/2001 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 12/19/2001 | FX | (AGR 22 @1.00 PER PG) | $22.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (3 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (3 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 12/19/2001 | FX | (3 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (3 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (3 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (3 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (3 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 18 @1.00 PER PG) | $18.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 22 @1.00 PER PG) | $22.00 |
| 12/19/2001 | FX | (3 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (3 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/19/2001 | RE | (CORR 314 @0.15 PER PG) | $47.10 |
| 12/19/2001 | RE | Reproduction Expense. [E101] | $24.00 |
| 12/19/2001 | RE | (CORR 4440 @0.15 PER PG) | $666.00 |
| 12/19/2001 | RE | (CORR 78 @0.15 PER PG) | $11.70 |
| 12/19/2001 | RE | (CORR 25 @0.15 PER PG) | $3.75 |
| 12/19/2001 | RE | (CORR 992 @0.15 PER PG) | $148.80 |
| 12/19/2001 | RE | (CORR 283 @0.15 PER PG) | $42.45 |
| 12/19/2001 | RE | (CORR 2937 @0.15 PER PG) | $440.55 |
| 12/19/2001 | RE | (CORR 33 @0.15 PER PG) | $4.95 |
| 12/19/2001 | RE | (CORR 1019 @0.15 PER PG) | $152.85 |
| 12/19/2001 | RE | (CORR 1312 @0.15 PER PG) | $196.80 |
| 12/19/2001 | RE | (CORR 226 @0.15 PER PG) | $33.90 |
| 12/19/2001 | RE | (CORR 1002 @0.15 PER PG) | $150.30 |
| 12/19/2001 | RE | Reproduction Expense. [E101] | $31.80 |
| 12/19/2001 | SO | Secretarial Overtime--Vanessa Preston | $17.29 |
| 12/20/2001 | RE | (CORR 4468 @0.15 PER PG) | $670.20 |
| 12/20/2001 | RE | (CORR 64 @0.15 PER PG) | $9.60 |
| 12/20/2001 | RE | (CORR 996 @0.15 PER PG) | $149.40 |
| 12/20/2001 | RE | (CORR 78 @0.15 PER PG) | $11.70 |
| 12/20/2001 | SO | Secretarial Overtime--Rasheda Stewart | $25.52 |
| 12/21/2001 | FX | (CORR 3 @1.00 PER PG) | $3.00 |
| 12/21/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/21/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/21/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/21/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/21/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/21/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/21/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/21/2001 | FX | (AGR 21 @1.00 PER PG) | $21.00 |
| 12/21/2001 | FX | Fax Transmittal. [E104] | $114.00 |
| 12/21/2001 | RE | (CORR 98 @0.15 PER PG) | $14.70 |
| 12/21/2001 | RE | Reproduction Expense. [E101] | $2.55 |
| 12/26/2001 | FX | Fax Transmittal. [E104] | $51.00 |
| 12/26/2001 | PO | Postage--DDI [E108] | $107.73 |
| 12/26/2001 | RE | (CORR 2235 @0.15 PER PG) | $335.25 |
| 12/26/2001 | RE | (CORR 156 @0.15 PER PG) | $23.40 |
| 12/26/2001 | RE | (CORR 5 @0.15 PER PG) | $0.75 |
| 12/26/2001 | RE | (CORR 330 @0.15 PER PG) | $49.50 |
| 12/26/2001 | RE | (CORR 669 @0.15 PER PG) | $100.35 |
| 12/26/2001 | RE | (CORR 446 @0.15 PER PG) | $66.90 |
| 12/27/2001 | RE | (CORR 41 @0.15 PER PG) | $6.15 |
| 12/27/2001 | RE | (CORR 36 @0.15 PER PG) | $5.40 |

| Date | | Description | Amount |
|---|---|---|---|
| 12/27/2001 | RE | Reproduction Expense. [E101] | $8.85 |
| 12/27/2001 | RE | (CORR 4243 @0.15 PER PG) | $636.45 |
| 12/28/2001 | RE | (CORR 264 @0.15 PER PG) | $39.60 |
| 12/29/2001 | RE | (CORR 1479 @0.15 PER PG) | $221.85 |
| 12/29/2001 | RE | (CORR 1176 @0.15 PER PG) | $176.40 |

**Total Expenses:**            **$13,575.07**

## Summary:

| | |
|---|---|
| Total professional services | $35,017.00 |
| Total expenses | $13,575.07 |
| Net current charges | $48,592.07 |
| Net balance forward | $117,264.93 |
| **Total balance now due** | **$165,857.00** |

## Billing Summary

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| CMS | Shaeffer, Christina M. | 0.90 | $40.00 | $36.00 |
| DCC | Crossan, Donna C. | 14.80 | $55.00 | $814.00 |
| DWC | Carickhoff, David W | 67.00 | $280.00 | $18,760.00 |
| HRR | Rafatjoo, Hamid R. | 3.60 | $330.00 | $1,188.00 |
| JMG | Griffith, Jason M. | 1.30 | $40.00 | $52.00 |
| LAG | Gilbert, Laurie A. | 0.40 | $125.00 | $50.00 |
| LDJ | Jones, Laura Davis | 9.30 | $550.00 | $5,115.00 |
| PEC | Cuniff, Patricia E. | 73.20 | $110.00 | $8,052.00 |
| SGF | Frye, Stephen G. | 0.20 | $350.00 | $70.00 |
| SLP | Pitman, L. Sheryle | 17.50 | $50.00 | $875.00 |
| VEM | Mobley, Violet E. | 0.10 | $50.00 | $5.00 |
| | | 188.30 | | $35,017.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | ASSET DISPOSITION [B130] | 0.60 | $66.00 |
| BL | BANKRUPTCY LITIGATION [L430] | 14.40 | $6,381.00 |
| CA | CASE ADMINISTRATION [B110] | 117.60 | $19,266.00 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 11.10 | $1,493.00 |
| CP | COMPENSATION PROF. [B160] | 37.10 | $6,425.00 |
| EC | EXECUTORY CONTRACTS [B185] | 0.80 | $88.00 |
| FF | FINANCIAL FILINGS [B110] | 1.30 | $228.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 2.60 | $592.00 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 1.00 | $280.00 |
| RP | RETENTION OF PROF. [B160] | 1.80 | $198.00 |

|  | 188.30 | $35,017.00 |

## Expense Code Summary

| | |
|---|---:|
| Federal Express [E108] | $879.99 |
| Fax Transmittal. [E104] | $1,910.00 |
| Postage [E108] | $280.53 |
| Reproduction Expense. [E101] | $10,199.85 |
| Overtime | $208.70 |
| Transcript [E116] | $96.00 |
| | $13,575.07 |