IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., et al

DEBTOR

§
§
§
§
§
§

US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CASE NO. 01-01139(JJF)
(CHAPTER 11)
Jointly Administered

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

WILSHIRE SCOTT & DYER, P.C., appearing on behalf of numerous asbestos claimants, by and through their attorneys Glen W. Morgan of Reaud, Morgan & Quinn, Inc. and J. William Lewis of Environmental Litigation Group, creditors and parties-in-interest in the above-captioned case, file this Notice of Change of Address:

Effective January 21, 2002, Wilshire Scott & Dyer, P.C.'s new address is 1221 McKinney, Suite 3000, Houston, Texas 77010.

DATED this the _18th_ day of January, 2002.

Respectfully submitted,

WILSHIRE SCOTT & DYER, P.C.

By: _____

KEAVIN D. MCDONALD
State Bar No. 13551200
WILSHIRE SCOTT & DYER, P.C.
1221 McKinney, Suite 4550
Houston, Texas 77010
Telephone: 713/651-1221
Facsimile: 713/651-0020

ATTORNEY FOR CREDITORS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the parties reflected on the attached Service List via U.S. Mail, first-class, postage prepaid, on this the ____18th____ day of January, 2002.

KEAVIN D. MCDONALD

**SERVICE LIST OF**
**W.R. GRACE & CO., ET AL**

COUNSEL TO DEBTOR:

LAURA DAVIS JONES
PACHULSKI, STANG, ZIEHL
P.O. BOX 8705
WILMINGTON, DE 19899-8705
(FAX: 302/652-4400)

WACHTELL, LIPTON, ROSEN & KATZ
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
(FAX:)

KIRKLAND & ELLIS
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601
(FAX: 312/861-2200)

U.S. TRUSTEE:

UNITED STATES TRUSTEE
601 WALNUT STREET, ROOM 950 WEST
PHILADELPHIA, PA 19106
(FAX: 215/597-5795)

INTERESTED PARTES AND COUNSEL FOR
ASBESTOS CREDITORS:

PETER LOCKWOOD
CAPLIN & DRYSDALE
ONE THOMAS CIRCLE, N.W.
WASHINGTON, DC 20005
(FAX: 202/429-3301)

ELIHU INSELBUCH
CAPLIN & DRYSDALE
399 PARK AVENUE, 27TH FLOOR
NEW YORK, NY 10022
(FAX: 212/644-6755)

THEODORE GOLDBERG
MARK C. MEYER
GOLDBERG, PERSKY, JENNINGS &
WHITE, PC
1030 FIFTH AVENUE, THIRD FLOOR
PITTSBURGH, PA 15219-6295
(FAX: 412/471-8308)

MARK LANIER
PATRICK N. HAINES
LANIER, PARKER & SULLIVAN, PC
1331 LAMAR, SUITE 1550
HOUSTON, TX 77010
(FAX: 713/659-2204)

ALAN RICH
RUSSELL BUDD
BARON & BUDD, PC
THE CENTRUM
3102 OAK LAWN AVENUE, SUITE 1100
DALLAS, TX 75219-4281
(FAX: 214/520-1181)

STEPHEN J. KHERKHER
THE WILLIAMS BAILY LAW FIRM
8441 GULF FREEWAY, SUITE 600
HOUSTON, TX 77017-5000
(FAX: 713/230-2314)

JOSEPH F. RICE
NANCY WORTH DAVIS
NESS MOTLEY LOADHOLD
RICHARDSON & POOLE
28 BRIDGESIDE BOULEVARD
P.O. BOX 1792
MT. PLEASANT, SC 29465
(FAX: 843/216-9450)

BRENT W. COON
PROVOST UMPHREY LAW FIRM
490 PARK STREET
BEAUMONT, TX 77704
(FAX: 409/838-8888)

PAUL L. SADLER
D. BRYAN HUGHES
WELLBORN, HOUSTON, ADKINSON,
MANN, SADLER & HILL
300 WEST MAIN STREET
P.O. BOX 1109
HENDERSON, TX 75653-1109
(FAX: 903/657-6108)

IAN CLOUD
ROBINS, CLOUD, GREENWOOD &
LUBEL
910 TRAVIS, SUITE 2020
HOUSTON, TX 77002
(FAX: 713/650-1400)

LARRY O. NORRIS
101 FERGUSON STREET
HATTIESBURGH, MS 39401-3812
(FAX: 601/584-6634)

SILBER PEARLMAN, PC
2711 NORTH HASKELL AVENUE, 5TH
FLOOR, LB 32
DALLAS, TX 75204
(FAX: 214/824-8100)

WATERS & KRAUS
4807 WEST LOVERS LANE
DALLAS, TX 75209
(FAX: 214/941-8855)

PAUL D. HENDERSON
DIES, HENDERSON & CARONA
1009 WEST GREEN
ORANGE, TX 77630-5619
(FAX: 409/883-4814)

C. SANDERS MCNEW
WEITZ & LUXENBERG
180 MAIDEN LANE
NEW YORK, NY 10038
(FAX: 212/344-5461)

SHEPHARD A. HOFFMAN
ATTORNEY AT LAW
301 NORTH CHARLES STREET
BALTIMORE, MD 21201-4306
(FAX: 410-539-8407)

BRAD B. ERENS
JONES, DAY, REAVIS & POGUE
77 WEST WACKER
CHICAGO, IL 60601-1692
(FAX: 312/782-8585)

EDWIN H. BEACHLER
CAROSELLI, BEACHLER, MCTIERNAN &
CONVOY
312 BOULEVARD OF THE ALLIES
PITTSBURGH, PA 15222
(FAX: 412/391-7453)

FRANK E. STACHYRA
STACHYRA & PENN
111 WEST WASHINGTON STREET
CHICAGO, IL 60602-2703
(FAX: 312/782-4656)

DAMON CHARGOIS
FOSTER & SEAR, LLP
1201 NORTH WATSON ROAD, SUITE 145
ARLINGTON, TX 76006
(FAX: 817/633-5507)

MICHAEL KAESKE
KAESKE REEVES, LLP
6301 GASTON, SUITE 735
DALLAS, TX 75214
(FAX: 214/821-0977)

RICHARD S. GLASSER
KENDALL, HATTEN, GLASSER, PLC
1001 EAST BROAD STREET, SUITE 450
RICHMOND, VA 23219
(FAX: 757/625-4115)

MICHAEL V. KELLEY
KELLEY & FERRARO, LLP
1901 BOND COURT BUILDING
1300 EAST 9TH STREET
CLEVELAND, OH 44114
(FAX: 216/575-0799)

GLEN W. MORGAN
REAUD, MORGAN & QUINN
801 LAUREL
BEAUMONT, TX 77701
(FAX: 409/833-8236)

TERRY JOHNSON
ATTORNEY AT LAW
455 EAST ILLINOIS STREET, SUITE 361
CHICAGO, IL 50511
(FAX: 312/922-3399)

MARK FREELANDER
SABLE PUSATERI ROSEN GORDON &
ADAMS
FRICK BUILDING, 7TH FLOOR
PITTSBURGH, PA 15219-6003
(FAX: 412/281-2859)

JON L. HEBERLING
MCGARVEY, HEBERLING, SULLIVAN &
MCGARVEY
745 SOUTH MAIN STREET
KALISPEL, MT 59901
(FAX: 406/752-7124)

PATRICK L. HUGHES
HAYNES & BOONE LLP
1000 LOUISIANA STREET, SUITE 4300
HOUSTON, TX 77002-5012
(FAX: 713/547-2600)

PETER S. GOODMAN
ANDREWS & KURTH LLP
805 THIRD AVENUE
NEW YORK, NY 10022
(FAX: 212/850-2929)

JOSEPH GREY
STEVENS & LEE, PC
300 DELAWARE AVENUE, SUITE 800
WILMINGTON, DE 19801
(FAX: 302/654-5181)

HARRY LEE
STEPTOE & JOHNSON LLP
1330 CONNECTICUT AVENUE, N.W.
WASHINGTON, DC 20036
(FAX: 202/429-3902)

LEWIS KRUGER
STROOCK & STROOCK & LAVAN, LLP
180 MAIDEN LANE
NEW YORK, NY 10038-4982
(FAX: 212/806-6006)

MICHAEL R. LASTOWSKI
DUANE, MORRIS & HECKSCHER, LLP
1100 N. MARKET STREET, SUITE 1200
WILMINGTON, DE 19801-1246
(FAX: 302/657-4901)

MICHAEL B. JOSEPH
THEODORE J. TACCONELLI
FERRY & JOSEPH, P.A.
824 MARKET STREET, SUITE 904
P.O. BOX 1351
WILMINGTON, DE 19899
(FAX: 302/575-1714)

SCOTT L. BAENA
BILZIN, SUMBERG, DUNN, BAENA &
AXELROD
2500 FIRST UNION FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-2336
(FAX: 305/374-7593)

DANIEL H. SLATE
HUGHES HUBBARD & REED LLP
350 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3442
(FAX: 213/613-2998)

ANDREA L. HAZZARD
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482
(FAX: 212/422-4726)

OFFICE OF REORGANIZATION
SECURITIES & EXCHANGE COMMISSION
3475 LENOX ROAD, N.E., SUITE 1000
ATLANTA, GA 30326
(FAX: 404/842-7666)

MICHAEL A. BERMAN
SECURITIES & EXCHANGE COMMISSION
450 FIFTH STREET, N.W.
(MAIL STOP 6-6)
WASHINGTON, D.C. 20549

JOHN D. DEMMY
STEVENS & LEE, PC
300 DELAWARE AVENUE, SUITE 800
WILMINGTON, DE 19801
(FAX: 302/654-5181)

DANIEL A. SPEIGHTS
SPEIGHTS & RUNYAN
200 JACKSON AVENUE, EAST
P.O. BOX 685
HAMPTON, SC 29924
(FAX: 803/943-4599)

MARY M. MALONEY HUSS
WOLF, BLOCK, SCHORR & SOLIS-COHEN
920 KING STREET, SUITE 300
ONE RODNEY SQUARE
WILMINGTON, DE 19801
(FAX: 302/777-5863)

SELINDA A. MELNIK
SMITH, KATZENSTEIN & FURLOW
800 DELAWARE AVENUE
P.O. BOX 410
WILMINGTON, DE 19899
(FAX: 302/652-8405)

DORINE VORK
STIBBE, P.C.
350 PARK AVENUE
NEW YORK, NY 10022
(FAX: 212/972-4949)

TED WESCHLER
PENINSULA CAPITAL ADVISORS, LLC
404B EAST MAIN STREET, 2ND FLOOR
CHARLOTTESVILLE, VA 22902
(FAX: 804/220-9321)

ANNE MARIE P. KELLEY
DILWORTH PAXSON LLP
LIBERTY VIEW - SUITE 700
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(FAX: 856/663-8855)

MICHAEL T. KAY
THE DOW CHEMICAL COMPANY
2030 DOW CENTER
MIDLAND, MI 48674
(FAX: 517/638-9393)

DONNA J. PETRONE
EXXONMOBIL CHEMICAL COMPANY
LAW DEPARTMENT - BANKRUPTCY
13501 KATY FREEWAY, ROOM W1-562
HOUSTON, TX 77079-1398
(FAX: 281/588-4606)

AARON A. GARBER
PEPPER HAMILTON LLP
1201 MARKET STREET, SUITE 1600
WILMINGTON, DE 19899-1709
(FAX: 302/656-8865)

DAVID W. WIRT
WINSTON & STRAWN
35 WEST WACKER DRIVE
CHICAGO, IL 60601
(FAX: 312/558-5700)

LAURIE SELBER SILVERSTEIN
MONICA LEIGH LOFTIN
POTTER ANDERSON & CORROON LLP
1313 N. MARKET STREET, 6TH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899
(FAX: 302/658-1192)

WILLIAM H. JOHNSON
NORFOLK SOUTHERN CORPORATION
LAW DEPARTMENT
THREE COMMERCIAL PLACE
NORFOLK, VA 23510-9242
(FAX: 533-4943)

LYNN M. RYAN
PILLSBURY WINTHROP LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1490
(FAX: 212/858-1500)

CRAIG BARBAROSH
PILLSBURY WINTHROP LLP
650 TOWN CENTER DRIVE, 7TH FLOOR
COSTA MESA, CA 92626-7122
(FAX: 714/436-2800)

DEIRDRE WOULFE PACHECO
WILENTZ, GOLDMAN & SPITZER
90 WOODBRIDGE CENTER DRIVE
P.O. BOX 10
WOODBRIDGE, NJ 07095
(FAX: 732/855-6117)

LEONARD P. GOLDBERGER
WHITE AND WILLIAMS, LLP
1800 ONE LIBERTY PLACE
PHILADELPHIA, PA 19103-7395
(FAX: 215/864-7123)

CURTIS J. CROWTHER
WHITE AND WILLIAMS LLP
824 N. MARKET STREET, SUITE 902
P.O. BOX 709
WILMINGTON, DE 19899-0709
(FAX: 302/654-0245)

RANDALL A. RIOS
FLOYD ISGUR RIOS & WAHRLICH PC
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
(FAX: 713/222-1475)

THOMAS J. MATZ
GIBSON, DUNN & CRUTCHER LLP
200 PARK AVENUE
NEW YORK, NY 10166
(FAX: 212/351-4035)

VAHE MELKONIAN
NEWCO MANAGEMENT COMPANY LLC
6320 CANOGA AVENUE, SUITE 1430
WOODLAND HILLS, CA 91367
(FAX: 818/716-2021)

DAVID W. BADDLEY
GREENBERG TRAURIG, P.A.
515 EAST LAS OLAS BOULEVARD
SUITE 1500
FORT LAUDERDALE, FL 33301
(FAX: 954/765-1477)