## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this Motion For Admission Pro Hac Vice was made on January 29, 2002, upon the 2002 service list by hand and first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

THEODORE J. TACCONELLI, ESQ.

TJT/msj
F:\Meredith\TJT\WRGraceCommittee\CertofServTurkin.wpd