IN .THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AFFIDAVIT OF DR. FRANCINE F.
RABINOVITZ IN SUPPORT OF APPLICATION
FOR ORDER PURSUANT TO SECTIONS 1103(a)
AND 328(a) OF THE BANKRUPTCY CODE AND FED.
R. BANKR. P. 2014 AND 2016 AUTHORIZING RETENTION AND
EMPLOYMENT OF HAMILTON, RABINOVITZ, & ALSCHULER,
INC. AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF
PROPERTY DAMAGE CLAIMANTS, NUNC PRO TUNC TO MAY 2, 2001**

STATE OF CALIFORNIA      )
                         )   ss.:
COUNTY OF LOS ANGELES    )

Francine F. Rabinovitz, being duly sworn, deposes and says:

1. I am a member of the firm of Hamilton, Rabinovitz, & Alschuler, Inc. ("HR&A" or, the "Firm"), which maintains an office at 6033 West Century Boulevard, #890, Los Angeles, California, 90045, telephone: (310) 645-9000; fax: (310) 645-8999.

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.	This affidavit is being submitted in support of the Application for Order Pursuant To Sections 1103(a) and 328(a) of The Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of Hamilton, Rabinovitz, & Alschuler, Inc. as Consultants to the Official Committee of Property Damage Claimants (the "PD Committee"), Nunc Pro Tunc to May 2, 2001 (the "Application").

3.	I have personal knowledge of the facts stated herein and, if called as a witness, could competently testify thereto.

4.	HR&A is a consulting firm providing, among other services, analytical services focused on the estimation of claims and the development of claims procedures with regard to payments and assets of a claims resolution trust. HR&A is well-qualified to serve as the PD Committee's consultant in that, among other things, its members have assisted and advised numerous chapter 11 debtors and creditors in the estimation of the value and number of claims in other "mass tort" reorganizations. In particular, HR&A's members have and providing services to debtors and creditors in numerous chapter 11 and complex "mass-tort" cases, including, In re: Celotex Corp., et al., In re: A.H. Robins Co., Inc., In re: Silicone Gel Breast Implant Products Liability Litigation and In re: Owens Corning, et al.

### TERMS OF HR&A'S RETENTION

5.	HR&A will render professional scientific advisory and related services for the PD Committee as needed throughout the course of the Chapter 11 Cases, including:

(a)	Estimation of the number and value of present and future asbestos claims;

(b)	Development of claims procedures to be used in the development

of financial models of payments and assets of an asbestos settlement trust;

(c) Analyzing and responding to issues relating to the setting of a bar date regarding the filing of property damage claims;

(d) Assessing proposals made by the Debtors or other parties, including and without limitation proposals from other creditors' committees;

(e) Assisting the PD Committee in negotiations with various parties;

(f) Rendering expert testimony as required by the PD Committee; and

(g) Such other advisory services as may be requested by the PD Committee from time to time.

6. HR&A has agreed to be compensated for its services on an hourly basis, in accordance with its normal billing practices, subject to allowance by this Court in accordance with applicable law. The current hourly rates HR&A charges are:

| Position | Charge Per Hour* |
| --- | --- |
| Senior Partners | $375 |
| Junior Partners | $325 |
| Principals | $275 |
| Directors | $200 |
| Managers | $175 |
| Senior Analysts | $150 |
| Analysts | $100 |
| Research Associates | $75 |
| | *Depositions, arbitration hearing or trial testimony hours are billed at time and one-half |

7. In addition, subject to allowance by this Court in accordance with applicable law, HR&A shall bill the Debtors monthly for reimbursement of all of its reasonable out-of-pocket expenses incurred in connection with HR&A's employment.

8. No promises have been received by HR&A as to compensation in connection with these cases other than as outlined in this affidavit and the Application in accordance with the provisions of the Bankruptcy Code. HR&A has no agreement with any other entity to share any compensation received.

9. The terms of HR&A's employment and compensation as described in this affidavit and the Application are consistent with employment and compensation arrangements typically entered into by HR&A when providing such advisory services, and are competitive with those arrangements entered into by other advisory firms when rendering comparable services.

## DISCLOSURE CONCERNING CONFLICTS

10. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after due inquiry, the members and professionals of HR&A do not have any connections with the Debtors, their creditors, any other parties in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

(a) In unrelated matters, HR&A has provided expert analysis on behalf of W.R. Grace in two different cases in different phases of Maryland Casualty v. WR. Grace & Co. regarding property liability damage. HR&A will not provide professional services to such entities or persons in the future on matters related to the Chapter 11 Cases.

(b)     It is possible that certain employees of HR&A hold interests in mutual funds or other investment vehicles that may own the Debtors' securities.

11.     In addition to the above relationships, given the large number of unsecured creditors and other parties in interest in the Chapter 11 Cases, there may be other unsecured creditors and parties in interest that have been served by HR&A. While HR&A may have provided, or may in the future provide, services to parties in interest in these cases, none of those relationships or matters have or will have any connection with the Chapter 11 Cases. HR&A will file supplementary affidavits regarding this retention if additional relevant information is obtained.

12.     HR&A is not and was never a creditor, an equity security holder or an insider of any of the Debtors.

13.     HR&A is not and was not, within two years before the Petition Date, a director, officer or employee of any of the Debtors or provided services to any of the Debtors.

14.     Accordingly, to the best of my knowledge, information and belief, HR&A is a "disinterested person" as such term is defined by 11 U.S.C. § 101(14).

Case No 01-01139

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of January, 2002, at Los Angeles, California.

*Francine F. Rabinovitz* (signature)
Francine F. Rabinovitz

Sworn to and subscribed before me
this 28th day of January, 2002

*Theresa Quintana* (signature)
Notary Public
State of ~~California~~ TEXAS

6