## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, hereby certify that on this 29th day of January, 2002, I caused one copy of the Application for Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of Hamilton, Rabinovitz & Alschuler, Inc. as Consultants to the Official Committee of Property Damage Claimants to be served upon the following persons in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.


/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (#2678)