IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**MOTION OF DAVID W. CARICKHOFF, JR. FOR AN ORDER
ADMITTING ATTORNEY FOR THE DEBTORS
PURSUANT TO LOCAL DISTRICT COURT RULE 83.5(c)**

David W. Carickhoff, Jr. (the "Movant"), a member in good standing of the Bar of the State of Delaware, and an attorney admitted to practice before the United States District Court for the District of Delaware, hereby moves (the "Motion") this Court for entry of an order permitting Michelle H. Browdy, an attorney with the law firm of Kirkland & Ellis ("K&E"), 200 East Randolph Drive, Chicago, Illinois 60601, to practice *pro hac vice* before the United States Bankruptcy Court and District Court for the District of Delaware, to represent, as attorneys to,

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the debtors in the above-captioned chapter 11 cases (the "Debtors"), pursuant to Local Rule 83.5(c) of the United States District Court for the District of Delaware. In support of this Motion, the Movant states as follows:

1. Ms. Browdy is a member in good standing of the Bar of the State of Illinois and is admitted to practice before the United States Court of Appeals for the Seventh Circuit, United States District Courts for the Northern District of Illinois, and for the Northern and Southern Districts of Indiana. Since January 2001 she has been admitted *pro hac vice* in Delaware for the following two matters: In re Trans World Airlines, Inc., Case No. 01-0056 (PJW), in the United States Bankruptcy Court for the District of Delaware; and McIlquham, et al. v. Feste, Case No. 19042NC, in Chancery Court of the State of Delaware, New Castle County. There are no disciplinary proceedings against her. Attached as Exhibit A is the certification of Ms. Browdy pursuant to Local District Court Rules 83.5(c) and 83.6(i).

2. Movant requests that this Court allow this Motion so that Ms. Browdy may file pleadings and appear and be heard at the hearings in these chapter 11 cases.

       3.      No prior motion for the relief sought herein has been made to this Court or any other court.

Dated: January 29 2002

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

*/s/ David W. Carickhoff, Jr.*
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Telecopier: (302) 652-4400

Co-Counsel to the Debtors and
Debtors in Possession