# EXHIBIT A

91100-001\DOCS_DE:35078.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### Certification of Michelle H. Browdy

I, Michelle H. Browdy, hereby certify that I am eligible for admission pro hac vice to appear before this Court in the above-captioned chapter 11 cases, as follows:

1. I am a member in good standing of the Bar of the State of Illinois, and am admitted to practice before the United States Court of Appeals for the Seventh Circuit, United States District Courts for the Northern District of Illinois, and for the Northern and Southern Districts of Indiana. Since January 2001 I have been admitted *pro hac vice* in Delaware in the following two matters: In re Trans World Airlines, Inc., Case No. 01-0056 (PJW), in the United States Bankruptcy Court for the District of Delaware; and McIlquham, et al. v. Feste, Case No. 19042NC, in Chancery Court of the State of Delaware, New Castle County. There are no disciplinary proceedings against me.

2. I do not reside in the State of Delaware, nor am I regularly employed or regularly engaged in business in the State of Delaware.

3. I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct that may occur in the course of, or in preparation of, this action, as provided in Local District Court Rule 83.6(i).

91100-001\DOCS_DE:35078.1

4.   I have access to, or have acquired, a copy of the local rules of this Court, and I am generally familiar with such rules.

Dated: January 23, 2002

By: _____
Michelle H. Browdy
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601
Tel:   (312) 861-2000
Fax:   (312) 861-2200

91100-001\DOCS_DE:35078.1