IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORAM HEALTHCARE CORP. and | ) | Case Nos. 00-3299 |
| CORAM, INC. | ) | through 00-3300 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

Rasheda S. Stewart, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C. and that on the 29th day of January, 2002 she caused a copy of the following document(s) to be served upon the individuals on the attached service list in the manner indicated.

1.  **Affidavit Under 11 U.S.C. 327(e) of Christopher B. Amandes partner of Vinson & Elkins, L.L.P.**

Dated: January 29, 2002

_____
Rasheda S. Stewart

Sworn to and subscribed before
me this 29th day of January, 2002

_____
Notary Public

My Commission Expires: 02/11/02

15570-001\DOCS_DE:13826.29
01/29/02