Coram Healthcare Corp. 2002 Service List
Case No. 00-3299
Doc. # 8018
*11 - Hand Delivery*
*03 - Federal Express*
*62 - First Class Mail*

*Hand Delivery*
*(Counsel to the Debtors)*
Pachulski Stang Ziehl Young & Jones
Laura Davis Jones, Esquire
Rachel S. Lowy, Esquire
Christopher J. Lhulier, Esquire
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
*(Copy Service)*
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

*Hand Delivery*
*(Counsel for Committee)*
Deborah E. Spivack, Esquire
Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Hand Delivery*
*(Proposed Counsel to Equity Committee)*
Mark Minuti, Esquire
Saul, Ewing, Remick & Saul, LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

*Hand Delivery*
*(U.S. Trustee)*
Don A. Beskrone, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35
Wilmington, DE  19801

*Hand Delivery*
*(Counsel to Coram Resources Network, Inc., Coram Independent Practice Association, Inc.)*
Richard H. Morse, Esquire
Edwin J. Harron, Esquire
Edmon L. Morton, Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
11th Floor Rodney Square North
P.O. Box 391
Wilmington, DE  19899-0391

*Hand Delivery*
*(Counsel to Brooklyn Respiratory Home Care)*
Kevin J. Mangan, Esquire
Walsh, Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801

*Hand Delivery*
*)*
Ellen W. Slights, Esquire
Assistant United States Attorney
Chase Manhattan Centre
1201 N. Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE  19899-2046

*Hand Delivery*
(Counsel to Lancaster County School District 0001,
a/k/a Lincoln Public Schools)
William D. Sullivan, Esquire
Kathryn Mayer, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630

*Hand Delivery*
*(Counsel for Brooklyn Respiratory Home Care)*
Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*Hand Delivery*
*(Counsel for the Senior Noteholders)*
Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19899-2165

*Federal Express*
*(Debtor)*
Scott R. Danitz, Senior Vice President,
Finance and Chief Accounting Officer
Coram Healthcare
1125 Seventeenth Street, Suite 2100
Denver, CO 80202

*Federal Express*
*(DIP Lender)*
Carol Morrison, Esquire
Schulte Roth & Zabel, LLP
900 Third Avenue
New York, NY 10022

*Federal Express*
*(Counsel for Committee of Unsecured Creditors)*
Theodore Gewertz, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

*First Class Mail*
*(Special Counsel)*
Eugene Tillman, Esquire
Reed Smith Shaw & McClay, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3317

*First Class Mail*
)
David M. Friedman, Esquire
Athena Foley, Esquire
Adam L. Shiff, Esquire
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway, 22nd Floor
New York, NY 10019

*First Class Mail*
)
Thomas M. Antone, IV, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
1704 Hunting Ridge Road
Raleigh, NC 27615

*First Class Mail*
)
John T. Morrier, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

*First Class Mail*
*(Counsel to Harris County, Houston ISD, City of Houston)*
John P. Dillman, Esquire
Linebarger Heard Goggan Blair Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

*First Class Mail*
)
Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, D.C. 20020

*First Class Mail*
)
District Director
IRS
409 Silverside Road
Wilmington, DE 19809

*First Class Mail*
)
Securities & Exchange Commission
Atlanta Regional Office
Branch of Reorganization
3475 Lenox Road, N.E., Suite 100
Atlanta, GA 30326-1232

*First Class Mail*
)
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax Section
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
*(Counsel to Mark W. Pasmantier, M.D., Morton Coleman, M.D., Thomas W. Nash, M.D. and Barry J. Hartman, M.D.)*
Attn: Frederick A. Nicoll, Esquire
East 80 Route 4
Sutie 220
Paramus, NJ 07652

*First Class Mail*
*(Counsel to Invacare Corporation and*
*Suburban Ostomy Supply Co.; Counsel to B. Braun*
*Medical, Inc.)*
Francis J. Lawall, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

*First Class Mail*
*(Counsel to Invacare Corporation and*
*Suburban Ostomy Supply Co.)*
Craig W. Relman, Esquire
Craig W. Relman Co., LPA
23875 Commerce Park Road
Suite 105
Beachwood, OH  44122

*First Class Mail*
*(Counsel to B. Braun Medical, Inc.)*
Cathy L. Codrea, Esquire
Assistant General Counsel
B. Braun Medical, Inc.
824 Twelfth Avenue
Bethlehem, PA 18018

*First Class Mail*
*(Counsel to Aetna US Healthcare, Inc.)*
Kevin S. Anderson, Esquire
Eric P. Wilenzik, Esquire
Elliott Reihner Siedzikowski & Egan, P.C.
Union Meeting Corporate Center V
925 Harvest Drive
Blue Bell, PA  19422

*First Class Mail*
*(Pro Se)*
Mr. Bill Angelowitz
Daily Insights
JAF Box 3127
New York, NY  10116

*First Class Mail*
*(Pro Se)*
Mr. Peter A. Chapman
24 Perdicaris Place
Trenton, NJ  08618

*First Class Mail*
*(Pro Se)*
Christopher Beard, Esquire
Beard & Beard
4601 North Park Avenue
Chevy Chase, MD  20815

*First Class Mail*
*)*
Lori Obernauf, Esquire
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*
*(Counsel to Trammell Crow Company)*
Sarah A. Hall, Esquire
Mock, Schwabe, Waldo, Elder, Reeves
& Bryant
Fourteenth Floor,  #2 Leadership Square
211 North Robinson
Oklahoma City, OK  73102

*First Class Mail*
*(Counsel to Safeco Life Insurance Company)*
Mark E. Felger, Esquire
Cozen and O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

*First Class Mail*
*(Counsel to Home Health Corporation of America,*
*Inc.)*
Robert J. Lenahan, Esquire
Adelman Lavine Gold and Levin
1900 Two Penn Center Plaza
Philadelphia, PA  19102-1799

*First Class Mail*
*(Counsel to PCD Brandt, Ltd.)*
Clyde A. Pine, Jr., Esquire
Mounce, Green, Myers, Safi & Galatzan
P.O. Drawer 1977
El Paso, TX  79950-1977

*First Class Mail*
*(Pro Se)*
Margaret A. Holland
Deputy Attorney General
Office of the Attorney General
R. J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

*First Class Mail*
*(Counsel to Mancini Properties, Inc.)*
Peter A. Kline, Esquire
Joan R. Kester, Esquire
Miller, Morton, Caillat & Nevis, LLP
50 W. San Fernando Street, #1300
San Jose, CA  95113

*First Class Mail*
*(Counsel to Richard M. Smith)*
Joseph A. Eisenberg P.C.
Jeffer, Mangels, Butler & Marmaro, LLP
2121 Avenue of the Stars, 10th Floor
Los Angeles, CA  90067

*First Class Mail*
*(Counsel to 45 South Service Road Associates, LLC)*
Leslie H. Scharaf, Esquire
Certilman, Balin, Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY  11554

*First Class Mail*
*(Counsel to North Western Mutual Life Insurance Company)*
Glen Dresser, Esquire
Law Offices of Glen Dresser
12650 Riverside Drive, Suite 100
N. Hollywood, CA  91607

*First Class Mail*
*(Pro Se)*
Blue Cross Blue Shield of Michigan
Attn:  Latonya McGrier
Office of the General Counsel
600 Lafayette East, MB 1925
Detroit, MI  48226

*First Class Mail*
*(Counsel to Resource Realty of Northern New Jersey, Inc.)*
Merrill M. O'Brien, Esquire
Dollinger & Dollinger, P.A.
Mack-Cali Centre II
One Mack Centre Drive
Paramus, NJ  07652-3906

*First Class Mail*
*(Counsel to Spieker Properties, L.P.)*
Howard J. Weg, Esquire
David B. Shemano, Esquire
Peitzman, Glassman & Weg LLP
1900 Avenue of the Stars, Suite 650
Los Angeles, CA  90067

*First Class Mail*
*(Counsel to Highwoods Realty Limited Partnership)*
M. Joseph Allman, Esquire
Allman Spry Leggett & Crumpler, P.A.
380 Knollwood Street, Suite 700
P.O. Drawer 5129
Winston-Salem, NC  27113-5129

*First Class Mail*
*(Counsel to Empire Blue Cross Blue Shield)*
Michael B. Guss, Esquire
Morrison Cohen Singer & Weinstein, LLP
750 Lexington Avenue
New York, NY  10022

*First Class Mail*
*(Counsel to Ray McCaslin)*
Michael A. Becker, Esquire
Helfrey Simon & Jones P.C.
120 S. Central, Suite 1500
St. Louis, MO  63105

*First Class Mail*
*(The Travelers Property Casualty Company)*
The Travelers Indemnity Company
Commercial Lines
Attn:  Cathy A. Davis, Litigation Management & Special Collections
1 Tower Square – 9GS
Hartford, CT  06183-4044

*First Class Mail*
*(Counsel to Locust Court Associates, L.P.)*
Peter A. Lesser, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

*First Class Mail*
)
Louis L Benza, Esquire
Empire Blue Cross Blue Shield
1440 Broadway – 9th Floor
New York, NY 10018-2301

*First Class Mail*
*(proposed Counsel to Equity Committee)*
Richard F. Levy, Esquire
Theodore J. Low, Esquire
Benjamin D. Schwartz, Esquire
Brandy A. Sargent, Esquire
Altheimer & Gray
10 South Wacker Drive, Suite 4000
Chicago, IL 60606

*First Class Mail*
*(Counsel to Cirquit.com.)*
Steven C. Delinko, Esquire
Dollinger & Dollinger, P.A.
Mack-Cali Centre II
One Mack Centre Drive
Paramus, NJ 07652-3906

*First Class Mail*
*(Counsel to Summit Health Care, Inc.)*
Steven J. Gutter, Esquire
Kahn & Gutter
Paine Webber Plaza – PH4
8211 W. Broward Blvd.
Plantation, FL 33324

*First Class Mail*
*(Pro Se)*
Attn: Vladimir Jelisavcic
Longacre Management, LLC
1700 Broadway, Suite 1403
New York, NY 10019

*First Class Mail*
*(Pro Se)*
Attn: Jim Flood, CFO
The Broadmoor Hotel
P.O. Box 1439
Colorado Springs, CO 80901

*First Class Mail*
*(Counsel to The Broadmoor Hotel, Inc.)*
Steven M. Rudner, Esquire
Law Offices of Steven M. Rudner
P.O. Box 12121
Dallas, TX 75225

*First Class Mail*
*(Counsel to Lancaster County School District 0001, a/k/a Lincoln Public Schools)*
John M. Guthery, Esquire
Perry, Guthery, Haase & Gessford, P.C., L.L.O.
233 South 13th Street, Suite 1400
Lincoln, NE 68508

*First Class Mail*
*(Counsel to Broward County Revenue Collection Division)*
Lance D. Lyons, Assistant County Attorney
Broward County Revenue Collection Division
Litigation Section
Government Center Annex
115 S. Andrews Avenue
Fort Lauderdale, FL 33301

*First Class Mail*
*(Counsel to Pharmerica, Inc.)*
John Henrichs, Esquire
Alan W. Forsley, Esquire
Henrichs Law Firm, P.C.
835 Wilshire Boulevard, Suite 300
Los Angeles, CA 90017

*First Class Mail*
)
John Cogan
Office of the General Counsel, DHHS
The Public Ledger Building
150 South Independence Mall West, Suite 418
Philadelphia, PA 19106

*First Class Mail*
)
Wendy S. Tien
United States Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

*First Class Mail*
*(Counsel to James F. Spriggs)*
Deborah Sterling-Scott
UAW Chrysler Legal Services Plan
10820 Sunset Office Drive
Suite 141
St. Louis, MO 63127

*First Class Mail*
*(Counsel to The University of Texas System on behalf of The University of Texas M.D. Anderson Cancer Center)*
Traci L. Cotton, Esquire
The University of Texas System
Office of General Counsel
201 West Seventh Street
Austin, TX 78701

*First Class Mail*
*(Counsel to Open Terrace Associates, LLC)*
Mary R. Pigorsh, Esquire
Day & Sawdey, P.C.
825 Parchment Drive, SE
Grand Rapids, MI 49546

*First Class Mail*
*(Counsel to HCA – The Healthcare Company; Health Services (Delaware), Inc.)*
John Tishler, Esquire
Waller Lansden Dortch & Davis
511 Union Street, Suite 2100
P.O. Box 198966
Nashville, TN 37219-8966

*First Class Mail*
*)*
Thomas K.F. and Vivian A. Wong
420 N. Pleasantburg Drive
Greenville, SC 29607

*First Class Mail*
*(Counsel to Senior Noteholders)*
Alan B. Miller, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*First Class Mail*
*(Counsel to Cranberry Corporate Center Partnership)*
Eric J. Zagrocki, Esquire
Grogan Graffam McGinley, P.C.
Three Gateway Center, 22nd Floor
Pittsburgh, PA 15222-1009

*First Class Mail*
*)*
Lawrence J. Tabas, Esquire
Obermayer, Rebmann, Maxwell & Hippel LLP
One Penn Center
1617 John F. Kennedy Blvd., 19th Floor
Philadelphia, PA 19103-1895

*First Class Mail*
*(Counsel to General Electric Capital Corporation, Vendor Financial Services)*
Adam M. Spence, Esquire
K. Donald Proctor, P.A.
102 W. Pennsylvania Avenue, Suite 505
Towson, MD 21204

*First Class Mail*
*(Counsel to Regen Capital I, Inc.)*
Elliot H. Herskowitz
Regen Capital I, Inc.
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

*First Class Mail*
*(Agent for Avaya Communications f/k/a Lucent Technologies)*
Avaya Communications f/k/a Lucent Technologies
c/o Dun & Bradstreet Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094

*First Class Mail*
*)*
Kenneth H. Eckstein, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
*)*
Marjan Kacurov
3650 SW 21st Street
Ft. Lauderdale, FL 33312

*First Class Mail*
*(Counsel for 45 South Service Road, LLC)*
James S. Carr, Esquire
Edward J. Leen, Esquire
Kelley, Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*First Class Mail*
)
Jason Mudrick
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830