**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                          Page: 1
W.R. Grace                                              10/31/01
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:         5

Asset Analysis and Recovery

PREVIOUS BALANCE                                    $2,700.50

                                              HOURS
10/12/01
     PEM Telephone Conference with Lockwood re:
         Joint Motion on Fraudulent Conveyance       0.20      45.00

10/24/01
     MGZ Telephone Conference with P. Lockwood re:
         Notice of Hearing on Joint Prosecution
         motion                                      0.20      55.00
     MGZ Telephone Conference with J. Sakalo re:
         same                                        0.10      27.50

10/25/01
     MGZ Telephone Conference with P. Lockwood re:
         Notice of Hearing on Joint Pros. Motion     0.10      27.50
     MGZ Telephone Conference with J. Sakalo re:
         same                                        0.20      55.00
     MGZ Telephone Conference with T. Taconelli
         re: same                                    0.10      27.50
     MGZ Draft notice of hearing                     0.30      82.50
     MGZ Telephone Conference with J. Sakalo re:
         Joint Prosec. Motion                        0.30      82.50
     MGZ Review of correspondence from P. Lockwood
         re: filing notice of hearing                0.10      27.50
     MGZ Review correspondence from J. Sakalo re:
         same                                        0.10      27.50
     MGZ Telephone Conference with T. Taconelli
         re: same                                    0.10      27.50
     MGZ Revise Notice of Hearing on Joint Pros.

W.R. Grace

ACCOUNT NO: 3000-01D
STATEMENT NO:        5

Asset Analysis and Recovery

|  | HOURS |  |
|---|---|---|
| Motion | 0.10 | 27.50 |
| MGZ Draft correspondence to T. Taconelli re: notice of hearing | 0.10 | 27.50 |

10/29/01

| MGZ Review correspondence from P. Lockwood, S. Kazan re: Joint Prosec. Counsel | 0.10 | 27.50 |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 2.10 | 567.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $225.00 | $45.00 |
| Matthew G. Zaleski | 1.90 | 275.00 | 522.50 |

TOTAL CURRENT WORK                                            567.50

10/31/01 Payment - Thank you. (7/01)(80%)                    -1,428.00

BALANCE DUE                                                  $1,840.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/01
ACCOUNT NO: 3000-02D
STATEMENT NO:        5

Asset Disposition

PREVIOUS BALANCE                                          $2,779.50

                                                    HOURS
10/31/01
    MGZ Review of Debtor's Notice of Asset Sales       0.10       27.50
    MGZ Review of Debtor's notice of settlement        0.10       27.50
                                                      ─────      ──────
    FOR CURRENT SERVICES RENDERED                      0.20       55.00

                          RECAPITULATION
TIMEKEEPER                          HOURS  HOURLY RATE        TOTAL
Matthew G. Zaleski            0.20     $275.00      $55.00

    TOTAL CURRENT WORK                                         55.00

10/31/01 Payment - Thank you.  (7/01)(80%)                  -1,629.60

    BALANCE DUE                                           $1,204.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                        Page: 1
W.R. Grace                                            10/31/01
Wilmington  DE                          ACCOUNT NO: 3000-04D
                                        STATEMENT NO:        5

Case Administration


PREVIOUS BALANCE                              $15,584.90


                                              HOURS
10/01/01
    SLP Review pleadings and electronic filing
        notices (.5); preparation and
        distribution of daily memo (.3)        0.80      72.00
    MGZ Review of and revisions to Supplemental
        Retention Affidavit                    0.20      55.00
    PEM Review correspondence and memos from
        counsel                                0.30      67.50

10/02/01
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)        0.50      45.00

10/03/01
    SLP Review pleadings and electronic filing
        notices (.5); preparation and
        distribution of daily memo (.2);
        docketing (.5)                         1.20     108.00

10/05/01
    SLP Review pleadings and electronic filing
        notices (.5); preparation and
        distribution of daily memo (.2)        0.70      63.00

10/08/01
    MK  Interoffice filing of miscellaneous
        documents                              0.10       9.00

W.R. Grace

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| PEM | Review correspondence and orders re: motions and pending litigation | 0.40 | 90.00 |

**10/09/01**

| SLP | Review pleadings and electronic filing notices for 10/5 and 10/8 (.3); preparation and distribution of daily memo (.2) | 0.50 | 45.00 |
|---|---|---|---|

**10/10/01**

| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2)) | 0.50 | 45.00 |
|---|---|---|---|

**10/11/01**

| MK | Interoffice filing of miscellaneous documents | 0.30 | 27.00 |
|---|---|---|---|
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.1) | 0.40 | 36.00 |

**10/12/01**

| SLP | Review pleadings and electronic filing notices (.5) | 0.50 | 45.00 |
|---|---|---|---|

**10/15/01**

| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo for 10/11 and 10/12 filings (.5) | 0.80 | 72.00 |
|---|---|---|---|
| MK | File organization; copy documents; distribute | 0.10 | 9.00 |

**10/16/01**

| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.2) | 0.70 | 63.00 |
|---|---|---|---|

**10/17/01**

| SLP | Review pleadings and electronic filing notices (.7); preparation and distribution of daily memo (.3) | 1.00 | 90.00 |
|---|---|---|---|
| DAC | Review 10/15/01 status report | 0.20 | 70.00 |

W.R. Grace

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| **10/19/01** | | | |
| SLP | Review pleadings and electronic filing notices for 10/17 and 10/18 (.3); preparation and distribution of daily memo (.2); docketing (.5) | 1.00 | 90.00 |
| **10/22/01** | | | |
| SLP | Review pleadings and electronic filing notices | 0.20 | 18.00 |
| **10/23/01** | | | |
| SLP | Review pleadings and electronic filing notices (.1); distribute critical dates memorandum to counsel and Committee (.2) | 0.30 | 27.00 |
| MGZ | Telephone Conference with W. LaFluer re: case status and case management motion | 0.30 | 82.50 |
| **10/24/01** | | | |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.1) | 0.60 | 54.00 |
| **10/25/01** | | | |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.5); update 2002 service list (.5) | 1.00 | 90.00 |
| **10/26/01** | | | |
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daly memo (.3); docketing (.2) | 1.00 | 90.00 |
| **10/29/01** | | | |
| MK | Update attorneys' work files | 0.20 | 18.00 |
| MK | File maintenance | 0.10 | 9.00 |
| SLP | Review pleadings and electronic filing notices (.7); preparation and distribution of daily memo (.3); docketing (.1) | 1.10 | 99.00 |
| DAC | Review calendar of dates and positions | 0.20 | 70.00 |

```
                                                          Page: 4
W.R. Grace                                               10/31/01
                                              ACCOUNT NO: 3000-04D
                                              STATEMENT NO:       5
Case Administration
```

                                                    HOURS

**10/30/01**

SLP Teleconference with Amy Levin of Kramer
    Levin re: service list (.1); update
    service lists (.2); review pleadings and
    electronic filing notices (.5);
    preparation and distribution of daily
    memo (.2                                    1.00      90.00

**10/31/01**

SLP Review Pleadings and electronic filing
    notices (1.2)); preparation and
    distribution of daily memo (.5); revise
    2002 service list and core group service
    list to reflect changes in manner of
    service (.2)                                1.90     171.00
CJB Office conference with MGZ re: altering
    method of service to core group and
    update same                                 0.20      24.00
                                               _____  _____
    FOR CURRENT SERVICES RENDERED             18.30   1,944.00

                      RECAPITULATION
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $350.00 | $140.00 |
| Philip E. Milch | 0.70 | 225.00 | 157.50 |
| Matthew G. Zaleski | 0.50 | 275.00 | 137.50 |
| Cathie J. Boyer | 0.20 | 120.00 | 24.00 |
| Stephanie L. Peterson | 15.70 | 90.00 | 1,413.00 |
| Michele Kennedy | 0.80 | 90.00 | 72.00 |

    TOTAL CURRENT WORK                                  1,944.00


10/31/01 Payment - Thank you. (7/01)(80%)              -9,487.60


    BALANCE DUE                                        $8,041.30

W.R. Grace

Page: 5
10/31/01
ACCOUNT NO: 3000-04D
STATEMENT NO:        5

Case Administration

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace
10/31/01
Wilmington  DE
ACCOUNT NO: 3000-05D
STATEMENT NO:        5

Claims Administration and Objections

PREVIOUS BALANCE                                    $6,551.50

|  |  | HOURS |  |
|---|---|---|---|
| 10/05/01 |  |  |  |
| MGZ | Review Niro Notice of  Withdrawal | 0.10 | 27.50 |
| 10/15/01 |  |  |  |
| MGZ | Review correspondence from P. Lockwood re: Debtor's Claims Settlement Notice | 0.10 | 27.50 |
| MGZ | Review of Debtor's claims Settlement Motion | 0.30 | 82.50 |
| MGZ | Review of Debtor's claims settlement notice | 0.30 | 82.50 |
| MGZ | Telephone Conference with P. Lockwood (x2) re: same | 0.40 | 110.00 |
| MGZ | Telephone Conference with S. Schwartz re: same | 0.30 | 82.50 |
| MGZ | Telephone Conference with J. Kapp re: same | 0.10 | 27.50 |
| 10/26/01 |  |  |  |
| MGZ | Review of Caterpillar admin. claim motion | 0.30 | 82.50 |
| MGZ | Telephone Conference with J. Kapp re: same | 0.20 | 55.00 |
| MGZ | Review correspondence from S. Schwartz re: same | 0.10 | 27.50 |
| MGZ | Review Debtors Motion to Approve EPA compromise | 0.10 | 27.50 |
|  | FOR CURRENT SERVICES RENDERED | 2.30 | 632.50 |

```
                                                Page: 2
W.R. Grace                                     10/31/01
                                    ACCOUNT NO: 3000-05D
                                    STATEMENT NO:        5
Claims Administration and Objections
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Matthew G. Zaleski | 2.30 | $275.00 | $632.50 |

```
    TOTAL CURRENT WORK                              632.50


10/31/01 Payment - Thank you. (7/01)(80%)          -396.00


    BALANCE DUE                                  $6,788.00
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                      Page: 1
W.R. Grace                                          10/31/01
Wilmington  DE                         ACCOUNT NO: 3000-06D
                                       STATEMENT NO:       5
```

Employee Benefits/Pensions

PREVIOUS BALANCE                                  $1,958.50

                                              HOURS
10/03/01
   MGZ Telephone Conference with J. Kapp re:
       teleconference on motion to pay fees for
       former employees                      0.10      27.50

10/26/01
   MGZ Review notice of scheduling conference on
       former employees motion              0.10      27.50

       FOR CURRENT SERVICES RENDERED         0.20      55.00

                          RECAPITULATION
   TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
   Matthew G. Zaleski              0.20     $275.00      $55.00

       TOTAL CURRENT WORK                               55.00

10/31/01 Payment - Thank you. (7/01)(80%)            ~1,210.00

       BALANCE DUE                                     $803.50

W.R. Grace

Page: 2
10/31/01
ACCOUNT NO: 3000-06D
STATEMENT NO:      5

Employee Benefits/Pensions

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    10/31/01
Wilmington   DE                            ACCOUNT NO: 3000-07D
                                           STATEMENT NO:         5

Fee/Employment Applications

PREVIOUS BALANCE                                         $7,642.50

                                             HOURS
10/02/01
    CJB Draft first supplemental affidavit of M.
        Zaleski disclosing the Foxmeyer
        representation (.3); electronically file
        and serve same (.4); coordinate hard copy
        of service of same (.2)                    0.90      108.00

10/03/01
    CJB Several telephone calls to George Wallace
        of Clerk's office to correct docket to
        reflect a filing error for Inselbuch's
        supplemental affidavit (.2); office
        conference with MGZ re: certificates of
        no objection for Caplin's first interim
        and first monthly (.1); assemble
        certificates of no objection and forward
        to John Port and Sam Schwartz (.3)         0.60       72.00
    MGZ Telephone Conference with E. Strug re:
        outstanding fees and expenses              0.10       27.50
    MGZ Telephone Conference with J. Kapp re:
        Caplin & Drysdale fees                     0.10       27.50
    MGZ Telephone Conference with S. Schwartz re:
        outstanding counsel fees                   0.40      110.00
    MGZ Review correspondence from S. Schwartz
        re: same                                   0.10       27.50
    MGZ Office conference with C. Boyer re:
        copies of no obj. certificates             0.10       27.50

```
                                                     Page: 2
     W.R. Grace                                      10/31/01
                                        ACCOUNT NO: 3000-07D
                                     STATEMENT NO:         5
     Fee/Employment Applications
```

|  |  | HOURS |  |
|---|---|---|---|
| **10/04/01** | | | |
| CJB | Begin draft of LAS' first monthly fee application | 0.30 | 36.00 |
| **10/05/01** | | | |
| CJB | Finish draft of LAS' first monthly fee application (.3); prepare draft notice for same (.2) | 0.50 | 60.00 |
| **10/09/01** | | | |
| CJB | Telephone Conference with Dottie Collins of Tersigni Consulting re: September fees and expenses | 0.10 | 12.00 |
| **10/11/01** | | | |
| MGZ | Review of Draft Warren Retention Documents | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Milch re: Warren retention issues | 0.20 | 55.00 |
| MGZ | Telephone Conference with J. Sakalo re: Application to Retain McKool & Cozen; review corresondence from J. Sakalo re: same | 0.20 | 55.00 |
| **10/12/01** | | | |
| MGZ | Review of draft Application to Retain McKool and Cozen firms | 0.30 | 82.50 |
| MGZ | Telephone Conference with P. Lockwood re: Warren retention | 0.20 | 55.00 |
| MGZ | Review correspondence from E. Strug re: outstanding fee requests | 0.10 | 27.50 |
| **10/15/01** | | | |
| MGZ | Review correspondence from P. Lockwood re: Debtors' chambers settlement | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Kapp re: Warren retention | 0.30 | 82.50 |
| MGZ | Review correspondence from S. Schwartz re: Debtors statement on Warren retention | 0.10 | 27.50 |
| MGZ | Review Debtors statement on Warren retention | 0.30 | 82.50 |
| MGZ | Draft correspondence to P. Lockwood re: same | 0.10 | 27.50 |

W.R. Grace

Fee/Employment Applications

Page: 3
10/31/01
ACCOUNT NO: 3000-07D
STATEMENT NO:        5

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Review correspondence from P. Milch re: same | 0.10 | 27.50 |
| MGZ | Review correspondence from P. Lockwood re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: Application to Retain co-counsel | 0.20 | 55.00 |
| MGZ | Meeting with T. Taconelli re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with Lockwood re: Debtors statement on Walker | 0.20 | 55.00 |
| MGZ | Telephone Conference with Milch re: Warren retention documents | 0.10 | 27.50 |

10/16/01

|  |  |  |  |
|---|---|---|---|
| SLP | Review docket (.2); draft verified statement of Professor Warren (.5); revisions to same (.3) | 1.00 | 90.00 |

10/17/01

|  |  |  |  |
|---|---|---|---|
| SLP | Draft supplemental application of Professor Warren (.3); further revisions to verified statement of Professor Warren | 0.80 | 72.00 |
| MGZ | Telephone Conference with T. Taconelli re: Joint Application to Retain Co-counsel | 0.20 | 55.00 |
| MGZ | Review correspondence from T. Taconelli re: same | 0.10 | 27.50 |
| MGZ | Draft order re: same | 0.50 | 137.50 |
| MGZ | Draft correspondence to PD counsel re: Orders on Co-counsel Application | 0.10 | 27.50 |
| MGZ | Review correspondence from S. Breana re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo re: same | 0.20 | 55.00 |
| MGZ | Review, revise and finalize Warren Affidavit | 0.50 | 137.50 |
| MGZ | Draft correspondence to A. DeVille re: transmitting affidavit | 0.10 | 27.50 |

10/18/01

|  |  |  |  |
|---|---|---|---|
| MGZ | Review and edit prebill re: fee application preparation | 0.80 | 220.00 |
| MGZ | Review correspondence from A. DeVille re: status of Warren affidavits | 0.10 | 27.50 |

```
                                                      Page:  4
W.R. Grace                                          10/31/01
                                        ACCOUNT NO: 3000-07D
                                     STATEMENT NO:        5

Fee/Employment Applications
```

|  |  | HOURS |  |
|---|---|---|---|
| MGZ Draft correspondence to A. DeVille re: same | | 0.10 | 27.50 |
| MGZ Review and revise Draft Warren Retention Documents | | 0.70 | 192.50 |

**10/22/01**

| SLP Finalize supplemental application of Professor Elizabeth Warren | | 0.30 | 27.00 |
|---|---|---|---|

**10/23/01**

| SLP Draft notice of application (.3); prepare application and exhibits for electronic filing (.5); electronically file notice of Warren application, application and verified statement (.3); serve hard copies of same (.3) | | 1.40 | 126.00 |
|---|---|---|---|
| CJB Review docket information to verify no objections filed regarding Campbell & Levine's second monthly fee application (.2); prepare certificate of no objection re: same (.2); prepare certificate of service and service list for electronic filing (.2); electronically fie and serve same (.2); prepare hard copy service of same (.2); review Tersigni's exhibits to September, 2001 fees and expenses in preparation for drafting monthly fee application (.1); prepare exhibits for electronic filing (.2); update fee/expense calendar (.1) | | 1.40 | 168.00 |

**10/24/01**

| MGZ Telephone Conference with P. Lockwood re: Warren Retention Documents | | 0.10 | 27.50 |
|---|---|---|---|

**10/25/01**

| MGZ Telephone Conference with D. Wilder re: Warren retention | | 0.30 | 82.50 |
|---|---|---|---|
| MGZ Telephone Conference with P. Lockwood re: same | | 0.10 | 27.50 |
| MGZ Review correspondence from and draft correspondence to Lockwood re: same | | 0.10 | 27.50 |
| MGZ Review correspondence from and telephone | | | |

W.R. Grace

Fee/Employment Applications

|  |  | HOURS |  |
|---|---|---|---|
| conference with D. Wilder re: same |  | 0.10 | 27.50 |

10/29/01

| DAC | Review of Debtor's objection to the Affidavit in support of Prof. Warren's engagement | 0.30 | 105.00 |
|---|---|---|---|
| CJB | Prepare Tersigni's second monthly fee application for September, 2001 fees | 1.00 | 120.00 |

10/30/01

| MGZ | Review Debtor's Objection to co-counsel application | 0.30 | 82.50 |
|---|---|---|---|
| MGZ | Review Gen. Committees Obj. to co-counsel application | 0.20 | 55.00 |
| MGZ | Review correspondence from P. Lockwood re: objections to co-counsel application | 0.10 | 27.50 |
| MGZ | Draft correspondence to P. Lockwood re: same | 0.10 | 27.50 |
| SLP | Prepare documents for electronic filing of Caplin & Drysdale's 2nd interim fee application | 1.50 | 135.00 |

| FOR CURRENT SERVICES RENDERED | 18.80 | 3,523.50 |
|---|---|---|

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.30 | $350.00 | $105.00 |
| Matthew G. Zaleski | 8.70 | 275.00 | 2,392.50 |
| Cathie J. Boyer | 4.80 | 120.00 | 576.00 |
| Stephanie L. Peterson | 5.00 | 90.00 | 450.00 |

| TOTAL CURRENT WORK |  | 3,523.50 |
|---|---|---|

| 10/31/01 Payment - Thank you. (7/01)(80%) | -1,506.00 |
|---|---|

| BALANCE DUE | $9,660.00 |
|---|---|

W.R. Grace

Page: 6
10/31/01
ACCOUNT NO: 3000-07D
STATEMENT NO:       5

Fee/Employment Applications

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                         Page: 1
W.R. Grace                                             10/31/01
Wilmington  DE                        ACCOUNT NO: 3000-08D
                                      STATEMENT NO:        4
```

Fee/Employment Objections


PREVIOUS BALANCE                                  $1,210.00


|          |                                                                   | HOURS |        |
|----------|-------------------------------------------------------------------|-------|--------|
| 10/02/01 |                                                                   |       |        |
| MGZ      | Review Equity Committee Request for compensation                  | 0.20  | 55.00  |
| 10/04/01 |                                                                   |       |        |
| MGZ      | Review Stroock Fee Application for August 2001                    | 0.30  | 82.50  |
| 10/22/01 |                                                                   |       |        |
| MGZ      | Review of Pachulski Stang Fee Application                          | 0.30  | 82.50  |
| MGZ      | Review of Blackstone Group Fee Application                         | 0.30  | 82.50  |
| MGZ      | Review of Nelson Mullens Fee Applications, May through August     | 0.40  | 110.00 |
|          | FOR CURRENT SERVICES RENDERED                                     | 1.50  | 412.50 |

RECAPITULATION

| TIMEKEEPER         | HOURS | HOURLY RATE | TOTAL    |
|--------------------|-------|-------------|----------|
| Matthew G. Zaleski | 1.50  | $275.00     | $412.50  |


TOTAL CURRENT WORK                                       412.50


10/31/01 Payment - Thank you. (7/01)(80%)               -264.00

```
                                          Page:  2
W.R. Grace                                10/31/01
                              ACCOUNT NO: 3000-08D
                              STATEMENT NO:       4
```

Fee/Employment Objections


BALANCE DUE                               $1,358.50
                                          =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |                      |
|----------------|----------------------|
|                | Page: 1              |
| W.R. Grace     | 10/31/01             |
| Wilmington  DE | ACCOUNT NO: 3000-10D |
|                | STATEMENT NO:     5  |

Litigation

PREVIOUS BALANCE                                    $4,492.50

|          |                                                                                         | HOURS |        |
|----------|-----------------------------------------------------------------------------------------|-------|--------|
| 10/01/01 |                                                                                         |       |        |
| MGZ      | Telephone Conference with P. Lockwood re: status of hearing on pending matters          | 0.20  | 55.00  |
| 10/09/01 |                                                                                         |       |        |
| MGZ      | Review order scheduling Omnibus hearing dates                                           | 0.10  | 27.50  |
| MGZ      | Review correspondence from P. Lockwood re: new hearing dates                             | 0.10  | 27.50  |
| 10/12/01 |                                                                                         |       |        |
| MGZ      | Telephone Conference with J. Kapp re: pending matters and hearing status                | 0.20  | 55.00  |
| 10/15/01 |                                                                                         |       |        |
| MGZ      | Review correspondence from and draft correspondence to E. Strug re: hearing status      | 0.10  | 27.50  |
| 10/22/01 |                                                                                         |       |        |
| MGZ      | Telephone Conference with J. Kapp re: status of schedule conference on former employee motion | 0.10  | 27.50  |
| MGZ      | Telephone Conference with J. Phillips re: same                                           | 0.10  | 27.50  |
| 10/25/01 |                                                                                         |       |        |
| CJB      | Office conference with MGZ re: notice of                                                 |       |        |

```
                                                    Page: 2
W.R. Grace                                        10/31/01
                                      ACCOUNT NO: 3000-10D
                                      STATEMENT NO:        5
  Litigation
```

|  | HOURS |  |
|---|---|---|
| motion for joint motion re: fraudulent claims and filing of same (.1); revisions to same (.1); prepare same and certificate of service for electronic filing (.1); electronically file and serve notice of motion (.2) coordinate hard copy service of same (.1) | 0.60 | 72.00 |

**10/29/01**

| | | |
|---|---|---|
| MGZ Review correspondence from S. Schwartz re: sched. conference on former employer motion | 0.10 | 27.50 |
| MGZ Telephone Conference with P. Lockwood re: same | 0.10 | 27.50 |

**10/30/01**

| | | |
|---|---|---|
| MGZ Revise correspondence from J. Sakalo re: agenda for 11/5 hearing | 0.10 | 27.50 |
| MGZ Draft correspondence to J. Sakalo re: same | 0.10 | 27.50 |
| FOR CURRENT SERVICES RENDERED | 1.90 | 429.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 1.30 | $275.00 | $357.50 |
| Cathie J. Boyer | 0.60 | 120.00 | 72.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 429.50 |

| | |
|---|---|
| 31/01 Payment - Thank you. (7/01)(80%) | -2,550.80 |

| | |
|---|---|
| BALANCE DUE | $2,371.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    10/31/01
Wilmington  DE                                      ACCOUNT NO: 3000-11D
                                               STATEMENT NO:         3

Plan and Disclosure Statement

PREVIOUS BALANCE                                               $552.50

BALANCE DUE                                                    $552.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                      10/31/01
Wilmington  DE                              ACCOUNT NO: 3000-12D
                                            STATEMENT NO:        3

Relief From Stay Proceedings

PREVIOUS BALANCE                                             $770.00

                                                    HOURS
10/22/01
    MGZ Review of Toyota Stay Relief Motion           0.30     82.50

        FOR CURRENT SERVICES RENDERED                 0.30     82.50

                          RECAPITULATION
TIMEKEEPER                         HOURS HOURLY RATE        TOTAL
Matthew G. Zaleski                  0.30    $275.00       $82.50

    TOTAL CURRENT WORK                                       82.50

    BALANCE DUE                                           $852.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
10/31/01
W.R. Grace
Wilmington  DE
ACCOUNT NO: 3000-14D
STATEMENT NO:        3

Valuation

PREVIOUS BALANCE                                          $157.50

BALANCE DUE                                               $157.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |                     | Page: 1    |
| ------------------ | ------------------- | ---------- |
| W.R. Grace         |                     | 10/31/01   |
| Wilmington  DE     | ACCOUNT NO: 3000-15D |           |
|                    | STATEMENT NO:       | 5          |

Committee Administration

PREVIOUS BALANCE                                    $12,862.00

                                              HOURS
10/01/01
    MGZ Review correspondence from P. Milch re:
        further revised conf. documents              0.10      27.50
    MGZ Review of further revised conf. documents    0.10      27.50
    PEM Telephone Conference with Sam Schwartz
        re: Financial Advisor Addendum and memo
        to J. Davis re: same                         0.30      67.50

10/02/01
    CJB Office conference with MGZ re: calendar
        (.1); set up 10/5/01 calendar and begin
        updating (.3)                                0.40      48.00
    MGZ Review correspondence from E. Strug re:
        Committee Meeting Minute correction          0.10      27.50
    MGZ Draft correspondence to E. Strug re: same    0.10      27.50

10/03/01
    CJB Review docket information for objection
        deadlines for various fee applications
        for the calendar (.2) finish updating
        10/05/01 calendar (.2)                       0.40      48.00

10/05/01
    CJB Continue to update critical dates
        calendar                                     0.50      60.00
    MGZ Review of pending pleadings and begin
        draft of Weekly Rec. Memo                    1.00     275.00
    PEM Telephone Conference with J. Davis re:

W.R. Grace

Committee Administration

|  |  | HOURS |  |
|---|---|---|---|
| Grace confidentiality | | 0.30 | 67.50 |
| **10/10/01** | | | |
| CJB Revision to critical dates calendar (.1) | | 0.10 | 12.00 |
| **10/12/01** | | | |
| MGZ Review pending pleadings and begin preparation of weekly rec. memo | | 1.00 | 275.00 |
| **10/15/01** | | | |
| MGZ Review correspondence from E. Strug re: Weekly Rec. Memo | | 0.10 | 27.50 |
| MGZ Draft correspondence to E. Strug re: same | | 0.10 | 27.50 |
| MGZ Continue preparation of weekly rec. memo | | 0.60 | 165.00 |
| MGZ Draft correspondence to co-counsel re: weekly rec. memo | | 0.10 | 27.50 |
| MGZ Review correspondence from P. Lockwood re: same | | 0.10 | 27.50 |
| PEM Telephone Conference with S. Schwartz re: final Agreement and Blackstone documents (.1); letter and memo re: same (.2) | | 0.30 | 67.50 |
| **10/16/01** | | | |
| MGZ Review caplin & Drysdale case status report | | 0.20 | 55.00 |
| **10/17/01** | | | |
| CJB Begin draft of 10/10/01 critical dates calendar | | 0.30 | 36.00 |
| MGZ Review correspondence from A. McCarney re: case status inquiry | | 0.10 | 27.50 |
| MGZ Telephone Conference with P. Lockwood re: McGarvey inquiry | | 0.20 | 55.00 |
| **10/18/01** | | | |
| PEM Review status reports to counsel | | 0.30 | 67.50 |
| **10/19/01** | | | |
| MGZ Review of Pleadings and begin drafting Weekly Rec. Memo | | 0.50 | 137.50 |
| **10/22/01** | | | |
| CJB Update critical dates calendar | | 0.40 | 48.00 |

```
                                                          Page: 3
    W.R. Grace                                          10/31/01
                                            ACCOUNT NO: 3000-15D
                                          STATEMENT NO:        5

    Committee Administration
```

```
                                                  HOURS
    MGZ Continue preparation of weekly rec. memo   0.60     165.00

10/25/01
    CJB Set up weekly recommendation memo and
        update same (.5)                           0.50      60.00

10/26/01
    MGZ Review pending pleadings and prepare
        weekly rec. memo                           1.10     302.50
    MGZ Draft corres. to co-counsel re: same       0.10      27.50

10/29/01
    PEM Review Calendar and recommendations to
        Committee                                  0.30      67.50

10/31/01
    CJB Setup weekly recommendation memo and
        update same                                0.30      36.00
                                                          _____

    FOR CURRENT SERVICES RENDERED                 10.60   2,390.50
```

```
                         RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE       TOTAL
    Philip E. Milch               1.50    $225.00     $337.50
    Matthew G. Zaleski            6.20     275.00    1,705.00
    Cathie J. Boyer               2.90     120.00      348.00


        TOTAL CURRENT WORK                           2,390.50



10/31/01 Payment - Thank you. (7/01)(80%)           -5,179.60


        BALANCE DUE                                $10,072.90
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                           Page: 1
W.R. Grace                                               10/31/01
Wilmington  DE                            ACCOUNT NO:    3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 6,363.58 | 0.00 | 3,455.88 | 0.00 | -2,147.27 | $7,672.19 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 2,700.50 | 567.50 | 0.00 | 0.00 | -1,428.00 | $1,840.00 |
| 3000-02 Asset Disposition | | | | | |
| 2,779.50 | 55.00 | 0.00 | 0.00 | -1,629.60 | $1,204.90 |
| 3000-04 Case Administration | | | | | |
| 15,584.90 | 1,944.00 | 0.00 | 0.00 | -9,487.60 | $8,041.30 |
| 3000-05 Claims Administration and Objections | | | | | |
| 6,551.50 | 632.50 | 0.00 | 0.00 | -396.00 | $6,788.00 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 1,958.50 | 55.00 | 0.00 | 0.00 | -1,210.00 | $803.50 |
| 3000-07 Fee/Employment Applications | | | | | |
| 7,642.50 | 3,523.50 | 0.00 | 0.00 | -1,506.00 | $9,660.00 |
| 3000-08 Fee/Employment Objections | | | | | |
| 1,210.00 | 412.50 | 0.00 | 0.00 | -264.00 | $1,358.50 |
| 3000-10 Litigation | | | | | |
| 4,492.50 | 429.50 | 0.00 | 0.00 | -2,550.80 | $2,371.20 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 552.50 | 0.00 | 0.00 | 0.00 | 0.00 | $552.50 |

```
                                                       Page: 2
W.R. Grace                                           10/31/01
                                          ACCOUNT NO:     3000
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Relief From Stay Proceedings | | | | | |
| 770.00 | 82.50 | 0.00 | 0.00 | 0.00 | $852.50 |
| 3000-14 Valuation | | | | | |
| 157.50 | 0.00 | 0.00 | 0.00 | 0.00 | $157.50 |
| 3000-15 Committee Administration | | | | | |
| 12,862.00 | 2,390.50 | 0.00 | 0.00 | −5,179.60 | $10,072.90 |
| 63,625.48 | 10,092.50 | 3,455.88 | 0.00 | −25,798.87 | $51,374.99 |

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    10/31/01
Wilmington  DE                              ACCOUNT NO: 3000-00D
                                            STATEMENT NO:        5

Costs and Expenses

PREVIOUS BALANCE                              $6,363.58

| | |
|---|---:|
| 10/01/01 Parcels, Inc. - Delaware Document Retrieval (09/14/01) | 7.50 |
| 10/03/01 Ikon Office Solutions - Document Reproduction | 806.70 |
| 10/03/01 Ikon Office Solutions - Document Reproduction | 327.55 |
| 10/03/01 FAX to John Port - 10 pages (Certificates) | 5.00 |
| 10/03/01 FAX to Sam Schwartz - 10 pages (Certificates) | 5.00 |
| 10/05/01 FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 10/05/01 FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 10/05/01 FAX to Elyssa Strug - 4 pages | 2.00 |
| 10/05/01 Federal Express to Denise Clement on 9/25/01 | 30.18 |
| 10/10/01 FAX to Elyssa Strug - 18 pages (Interim Fee App.) | 9.00 |
| 10/12/01 Federal Express to Elyssa Strug, Paralegal on 9/28/01 | 15.20 |
| 10/12/01 Federal Express to Larry Tersigni on 10/5/01 | 11.79 |
| 10/14/01 Parcels, Inc. - Delaware Document Retrieval (10/11/01) | 219.82 |
| 10/15/01 FAX to Samuel Schwartz - 11 pages (Agreement) | 5.50 |
| 10/15/01 FAX t 15 Committee Members - 10 pages | 75.00 |
| 10/16/01 FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 10/16/01 FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 10/16/01 FAX to Elyssa Strug - 4 pages | 2.00 |
| 10/16/01 AT&T Long Distance Phone Calls | 25.68 |
| 10/23/01 FAX to 15 Committee Members - 10 pages | 75.00 |
| 10/23/01 Parcels, Inc. - Delaware Document Retrieval | 52.50 |
| 10/24/01 Ikon Office Solutions - Document Reproduction and Mailing | 674.78 |
| 10/24/01 FAX to Peter Van N. Lockwood - 4 pages (Notice) | 2.00 |
| 10/26/01 Ikon Office Solutions - Document Reproduction and | |

```
                                                    Page: 2
W.R. Grace                                          10/31/01
                                    ACCOUNT NO: 3000-00D
                                    STATEMENT NO:        5
```

Costs and Expenses


| | | |
|---|---|---:|
| | Mailing | 246.11 |
| 10/26/01 | FAX to Douglas A. Campbell - 6 pages | 3.00 |
| 10/26/01 | Federal Express to James Sprayregen on 10/23/01 | 13.76 |
| 10/29/01 | Photocopying - Two copies of Calendar for Committee (10 pages) | 2.00 |
| 10/29/01 | Photocopying - Two copies of Players List (7 pages) | 1.40 |
| 10/29/01 | FAX to 15 Parties of Record - 10 pages | 75.00 |
| 10/30/01 | FAX to Peter Van N. Lockwood - 18 pages | 9.00 |
| 10/31/01 | Ikon Office Solutions - Document Reproduction and Mailing | 389.01 |
| 10/31/01 | Ikon Office Solutions - Document Reproduction and Mailing | 353.40 |
| 10/31/01 | FAX to Jay Sakalo - 6 pages | 3.00 |

```
          TOTAL EXPENSES                            3,455.88

          TOTAL CURRENT WORK                        3,455.88


10/31/01 Payment - Thank you. (7/01)(100%)         -2,147.27


          BALANCE DUE                              $7,672.19
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.