**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/01 |
| Wilmington   DE | ACCOUNT NO: 3000-00D |
|  | STATEMENT NO:        6 |

Costs and Expenses

PREVIOUS BALANCE                                      $7,672.19

| | | |
|---|---|---|
| 11/01/01 | FAX to Peter Van N. Lockwood – 4 pages | 2.00 |
| 11/01/01 | FAX to Douglas A. Campbell – 4 pages | 2.00 |
| 11/01/01 | FAX to Elyssa Strug – 4 pages | 2.00 |
| 11/02/01 | Federal Express to Elihu Inselbuch on 10/25/01 | 11.79 |
| 11/02/01 | Federal Express to Peter Van N. Lockwood on 10/25/01 | 11.79 |
| 11/02/01 | Federal Express to Lewis Kreuger on 10/25/01 | 11.79 |
| 11/02/01 | Federal Express to Lewis T. LeClair on 10/25/01 | 14.41 |
| 11/02/01 | Federal Express to Thomas Moers Mayer on 10/25/01 | 11.79 |
| 11/02/01 | Federal Express to D.J. Baker on 10/25/01 | 11.79 |
| 11/02/01 | Federal Express to Hamid R. Rafat Joo on 10/25/01 | 15.07 |
| 11/02/01 | Federal Express to Scott Baena on 10/25/01 | 13.76 |
| 11/02/01 | Federal Express to J. Douglas Bacon on 10/25/01 | 13.76 |
| 11/02/01 | Federal Express to David Rosenbloom on 10/25/01 | 13.76 |
| 11/02/01 | Federal Express to James H.M. Sprayregen on 10/25/01 | 13.76 |
| 11/08/01 | FAX to 15 Committee Members – 10 pages | 75.00 |
| 11/09/01 | Federal Express to Hamid R. Rafat Joo on 11/06/01 | 14.92 |
| 11/09/01 | Federal Express to Philip Bentley on 11/01/01 | 11.68 |
| 11/09/01 | Federal Express to Scott Baena on 11/06/01 | 13.63 |
| 11/09/01 | Federal Express to Lewis Kruger on 11/06/01 | 11.68 |
| 11/09/01 | Federal Express to J. Douglas Bacon on 11/06/01 | 13.63 |
| 11/09/01 | Federal Express to James H.M. Sprayregen on 11/06/01 | 13.63 |
| 11/09/01 | Federal Express to James H.M. Sprayregen on 10/30/01 | 13.76 |
| 11/09/01 | FAX to Peter Van N. Lockwood – 4 pages | 2.00 |
| 11/09/01 | FAX to Douglas A. Campbell – 4 pages | 2.00 |

W.R. Grace

Costs and Expenses

| | |
|---|---:|
| 11/09/01 FAX to Elyssa Strug - 4 pages | 2.00 |
| 11/09/01 FAX to Jon Heberling - 40 pages (Motion) | 20.00 |
| 11/09/01 FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 11/09/01 FAX to Douglas A. Campbell - 3 pages | 1.50 |
| 11/09/01 FAX to Elyssa Strug - 3 pages | 1.50 |
| 11/12/01 Ikon Office Solutions - Document Reproduction | 226.70 |
| 11/12/01 Parcels, Inc. - Delaware Document Retrieval on 11/06/01 | 45.00 |
| 11/13/01 Ikon Office Solutions - Document Reproduction | 590.00 |
| 11/14/01 FAX to Peter Van N. Lockwood - 19 pages (Motion) | 9.50 |
| 11/16/01 Federal Express to Bob Spohn on 11/08/01 | 17.38 |
| 11/16/01 Federal Express to Elyssa Strug on 11/08/01 | 21.68 |
| 11/16/01 Federal Express to Peter Van N. Lockwood on 11/12/01 | 16.45 |
| 11/16/01 Federal Express to Frederick M. Baron on 11/12/01 | 24.79 |
| 11/16/01 Federal Express to John D. Cooney on 11/12/01 | 23.87 |
| 11/16/01 Federal Express to Steven Kazan on 11/12/01 | 26.18 |
| 11/16/01 Federal Express to Ian P. Cloud on 11/12/01 | 24.79 |
| 11/16/01 Federal Express to C. Sanders McNew on 11/12/01 | 16.45 |
| 11/16/01 Federal Express to Mark Peterson on 11/12/01 | 26.18 |
| 11/16/01 Federal Express to russell Budd on 11/12/01 | 24.79 |
| 11/16/01 Federal Express to Steven Baron on 11/12/01 | 24.79 |
| 11/16/01 Federal Express to Mark C. Meyer on 11/12/01 | 18.08 |
| 11/16/01 Federal Express to Michael V. Kelley on 11/12/01 | 22.25 |
| 11/16/01 Federal Express to Jon L. Heberling on 11/12/01 | 26.18 |
| 11/16/01 Federal Express to Robert Jacobs on 11/12/01 | 16.45 |
| 11/16/01 AT&T Long Distance Phone Calls | 17.09 |
| 11/19/01 FAX to Peter Van N. Lockwood - 4 pages (Agenda) | 2.00 |
| 11/19/01 FAX to Peter Van N. Lockwood - 36 pages (Memorandum of Law) | 18.00 |
| 11/19/01 FAX to Peter Van N. Lockwood - 7 pages | 3.50 |
| 11/20/01 FAX to P. Lockwood - 2 pages | 1.00 |
| 11/23/01 Federal Express to Philip E. Milch on 11/12/01 | 18.08 |
| 11/23/01 Federal Express to Douglas A. Campbell on 11/12/01 | 18.08 |
| 11/23/01 Federal Express to Nancy W. Davis on 11/12/01 | 22.25 |
| 11/23/01 Federal Express to Joseph Rice on 11/12/01 | 22.25 |
| 11/23/01 Federal Express from Edward Carney to Elyssa Strug on 11/09/01 | 31.05 |
| 11/30/01 Ikon Office Solutions - Photocopying, Envelopes, Mailing | 69.70 |
| 11/30/01 Ikon Office Solutions - Photocopying, Envelopes, Mailing, Hand Deliveries | 282.80 |
| 11/30/01 Ikon Office Solutions - Photocopying, Envelopes, | |

```
                                                         Page:  3
W.R. Grace                                             11/30/01
                                        ACCOUNT NO: 3000-00D
                                        STATEMENT NO:        6
    Costs and Expenses
```

|  |  |  |
|---|---|---|
|  | Mailing, Hand Deliveries | 282.80 |
| 11/30/01 | Ikon Office Solutions - Photocopying, Envelopes, Mailing, Hand Deliveries | 78.80 |
| 11/30/01 | Federal Express to Peter Van N. Lockwood on 11/21/01 | 23.87 |
|  | TOTAL EXPENSES | 2,440.68 |
|  | TOTAL CURRENT WORK | 2,440.68 |
|  | BALANCE DUE | $10,112.87 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                          Page: 1
W.R. Grace                                              11/30/01
Wilmington  DE                             ACCOUNT NO: 3000-01D
                                           STATEMENT NO:        6
```

Asset Analysis and Recovery

```
PREVIOUS BALANCE                                     $1,840.00
```

|  | HOURS |  |
|---|---|---|
| 11/06/01 | | |
| MGZ Review correspondence from and telephone conference with J. Carroll re: status of Fraudulent Conveyance Motions | 0.30 | 82.50 |
| 11/26/01 | | |
| PEM Review update from Financial advisor | 0.60 | 135.00 |
| FOR CURRENT SERVICES RENDERED | 0.90 | 217.50 |

```
                        RECAPITULATION
TIMEKEEPER                       HOURS HOURLY RATE      TOTAL
Philip E. Milch                   0.60   $225.00      $135.00
Matthew G. Zaleski                0.30    275.00        82.50


TOTAL CURRENT WORK                                     217.50


BALANCE DUE                                          $2,057.50
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington   DE

Page: 1
11/30/01
ACCOUNT NO: 3000-02D
STATEMENT NO:        6

Asset Disposition

PREVIOUS BALANCE                                                        $1,204.90

|  |  | HOURS |  |
|---|---|---|---|
| **11/06/01** | | | |
| MGZ | Review correspondence from J. Grey re: American Real Estate Motion for Relief | 0.10 | 27.50 |
| MGZ | Review American Real Estates Motion and related documents | 0.80 | 220.00 |
| **11/15/01** | | | |
| MGZ | Telephone Conference with P. Lockwood re: Coupon Motion | 0.20 | 55.00 |
| MGZ | Review of Coupon Motion | 0.20 | 55.00 |
| MGZ | Legal research re: Coupon Motion | 0.60 | 165.00 |
| **11/19/01** | | | |
| MGZ | Telephone Conference with P. Lockwood re: Motion to Continue Customer Coupons | 0.10 | 27.50 |
| | FOR CURRENT SERVICES RENDERED | 2.00 | 550.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 2.00 | $275.00 | $550.00 |

TOTAL CURRENT WORK                                                          550.00

BALANCE DUE                                                              $1,754.90

Page: 2
W.R. Grace                                           11/30/01
                                        ACCOUNT NO: 3000-02D
                                        STATEMENT NO:        6

Asset Disposition

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                              11/30/01
Wilmington   DE                           ACCOUNT NO: 3000-03D
                                          STATEMENT NO:        1

Business Operations

                                                  HOURS
11/26/01
    MGZ Review correspondence and materials from
        L. Tersigni re; Company business plan      0.20      55.00
                                                  _____    _____
        FOR CURRENT SERVICES RENDERED              0.20      55.00

                        RECAPITULATION
    TIMEKEEPER                        HOURS HOURLY RATE        TOTAL
    Matthew G. Zaleski                 0.20    $275.00       $55.00

        TOTAL CURRENT WORK                                   55.00

        BALANCE DUE                                         $55.00
                                                           ========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    11/30/01
Wilmington  DE                              ACCOUNT NO: 3000-04D
                                            STATEMENT NO:       6

Case Administration

PREVIOUS BALANCE                                         $8,041.30

                                                  HOURS
11/01/01
    SLP Review pleadings and electronic filing
        notices (.7); preparation and
        distribution of daily memo (.5)          1.20      108.00

11/02/01
    SLP Review pleadings and electronic filing
        notices (.5); preparation and
        distribution of daily memo (.3);
        docketing (.2)                           1.00       90.00

11/05/01
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);
        docketing (.5)                           0.80       72.00

11/07/01
    CJB Update core group service list          0.10       12.00
    CJB Review pleadings and electronic filing
        notices (.7); preparation and
        distribution of daily memo (.5)          1.20      144.00

11/08/01
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2);
        docketing (.3)                           0.80       72.00

W.R. Grace
Page: 2
11/30/01
ACCOUNT NO: 3000-04D
STATEMENT NO:        6

Case Administration

|                                                                                                    | HOURS |          |
|----------------------------------------------------------------------------------------------------|-------|----------|
| **11/09/01**                                                                                       |       |          |
| MK  Interoffice filing of misc. documents                                                          | 0.40  | 36.00    |
| DAC Review case status report                                                                      | 0.10  | 35.00    |
| **11/12/01**                                                                                       |       |          |
| SLP Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.3); docketing (.3) | 1.10  | 99.00    |
| MGZ Review of Debtor's Reply Brief re: bar date motion                                             | 0.80  | 220.00   |
| MGZ Draft correspondence to and review correspondence from P. Lockwood re: bar date reply          | 0.10  | 27.50    |
| MGZ Review correspondence from Lockwood re: Bar Date Reply Brief                                   | 0.10  | 27.50    |
| MGZ Telephone Conference with P. Lockwood re: Bar Date Reply Brief                                 | 0.20  | 55.00    |
| MGZ Draft memo to committee re: same                                                               | 0.30  | 82.50    |
| MGZ Draft correspondence to co-counsel re: Memo to Committee on Bar Date Reply                      | 0.10  | 27.50    |
| **11/13/01**                                                                                       |       |          |
| SLP Review electronic filing notices (.3); docketing (.7)                                           | 1.00  | 90.00    |
| DAC Review of Debtor's Consolidated Reply in Support of Motion for Entry of Case Management Order, Bar Date, CLaims Forms, and Notice Program | 4.00  | 1,400.00 |
| PEM Review case management pleadings (2.0); discuss issues with DAC (.3)                            | 2.30  | 517.50   |
| MGZ Review Notice of Rabinowitz deposition re: Bar Date Motion                                      | 0.10  | 27.50    |
| MGZ Review declaration of D. Rourke re: same                                                        | 0.20  | 55.00    |
| **11/14/01**                                                                                       |       |          |
| SLP Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.2) | 0.70  | 63.00    |
| **11/15/01**                                                                                       |       |          |
| SLP Review electronic filing notices                                                               | 0.20  | 18.00    |

                                                    HOURS
11/16/01
    SLP Review pleadings and electronic filing
        notices (.5); preparation and
        distribution of daily memo for 11/14 and
        11/15 (.3)                                   0.80      72.00

11/19/01
    SLP Review pleadings and electronic filing
        notices (.5); preparation and
        distribution of daily memo (.3);
        docketing (.2)                               1.00      90.00

11/20/01
    PEM Review of pleadings re; case management
        issues and responses                         1.50     337.50

11/21/01
    SLP Review pleadings and electronic filing
        notices for 11/19 and 11/20 (.3);
        preparation and distribution of daily
        memo (.2)                                    0.50      45.00

11/27/01
    MGZ Telephone Conference with R. Raskin, D.
        Wildes, J. Sakalo re: Zonolite Motion to
        Dismiss                                      0.10      27.50
    MGZ Meeting with P. Lockwood re: Order
        reassigning case                             0.10      27.50
    SLP Review pleadings and electronic filing
        notices for 11/21 through 11/26 (.7);
        preparation and distribution of daily
        memo (.3)                                    1.00      90.00

11/29/01
    SLP Review pleadings and electronic filing
        notices for 11/27 and 11/28 (.5);
        preparation and distribution of daily
        memo (.2)                                    0.70      63.00

11/30/01
    PEM Review letters and transcript re:
        assignment (.1); review calendar of
        recommendations (.2)                         0.30      67.50

```
                                                        Page:  4
W.R. Grace                                             11/30/01
                                           ACCOUNT NO: 3000-04D
                                           STATEMENT NO:       6
Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 45.00 |
| MGZ | Review of Zonolite Claimants Motion to Dismiss Chapter 11 cases | 0.80 | 220.00 |
| MGZ | Legal research, inclujding Westlaw, re: same | 0.50 | 137.50 |
| MGZ | Review of Zonolite Claimants Motion for Class Certification and Adversary Complaint | 0.70 | 192.50 |
| | FOR CURRENT SERVICES RENDERED | 25.30 | 4,694.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 4.10 | $350.00 | $1,435.00 |
| Philip E. Milch | 4.10 | 225.00 | 922.50 |
| Matthew G. Zaleski | 4.10 | 275.00 | 1,127.50 |
| Cathie J. Boyer | 1.30 | 120.00 | 156.00 |
| Stephanie L. Peterson | 11.30 | 90.00 | 1,017.00 |
| Michele Kennedy | 0.40 | 90.00 | 36.00 |

```
    TOTAL CURRENT WORK                                 4,694.00


    BALANCE DUE                                      $12,735.30
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    11/30/01
Wilmington   DE                                    ACCOUNT NO: 3000-05D
                                                   STATEMENT NO:        6

Claims Administration and Objections

PREVIOUS BALANCE                                            $6,788.00

|  |  | HOURS |  |
|---|---|---|---|
| **11/05/01** | | | |
| MGZ | Meeting with P. Lockwood re: RDA stipulation | 0.20 | 55.00 |
| **11/08/01** | | | |
| MGZ | Telephone Conference with P. Lockwood re: EPA motion | 0.30 | 82.50 |
| MGZ | Telephone Conference with J. Heberling re: same | 0.20 | 55.00 |
| **11/09/01** | | | |
| SLP | Review pleadings and electronic filing notices (.7); preparation and distribution of daily memo (.3); docketing (.5) | 1.50 | 135.00 |
| MGZ | Review of correspondence from J. Heberling re: teleconference on EPA Motion | 0.10 | 27.50 |
| MGZ | Legal research re: CERCLA claims in bankruptcy | 0.80 | 220.00 |
| **11/12/01** | | | |
| MGZ | Review of Debtor's Consent Decree EPA Motion | 0.40 | 110.00 |
| MGZ | Draft correspondence to J. Heberling re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Heberling re: same | 0.10 | 27.50 |

W.R. Grace

Claims Administration and Objections

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Telephone Conference with J. Kapp re: same | 0.10 | 27.50 |

**11/13/01**

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Review correspondence from J. Heberling re: Grace/EPA Motion | 0.10 | 27.50 |
| MGZ | Review of Grace/EPA Consent Motion | 0.30 | 82.50 |
| MGZ | Telephone Conference with J. Heberling and A. McGarvey re: same | 0.50 | 137.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.20 | 55.00 |

**11/14/01**

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Telephone Conference with J. Kapp and J. Baer re: EPA Consent Motion | 0.20 | 55.00 |
| MGZ | Telephone Conference with P. Lockwood re: EPA Consent Motion | 0.10 | 27.50 |
|  | FOR CURRENT SERVICES RENDERED | 5.20 | 1,152.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 3.70 | $275.00 | $1,017.50 |
| Stephanie L. Peterson | 1.50 | 90.00 | 135.00 |

TOTAL CURRENT WORK                                          1,152.50

BALANCE DUE                                                $7,940.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/01
ACCOUNT NO: 3000-06D
STATEMENT NO:        6

Employee Benefits/Pensions

PREVIOUS BALANCE                                      $803.50

                                               HOURS
11/02/01
    MGZ Telephone Conference with P. Lockwood re:
        hearing on former employees' motion          0.20        55.00
    MGZ Telephone Conference with S. Schwartz re:
        same                                         0.10        27.50
                                                     ____        _____
        FOR CURRENT SERVICES RENDERED                0.30        82.50

                          RECAPITULATION
TIMEKEEPER                       HOURS HOURLY RATE        TOTAL
Matthew G. Zaleski                0.30    $275.00       $82.50

    TOTAL CURRENT WORK                                    82.50

    BALANCE DUE                                         $886.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                         11/30/01
Wilmington   DE                              ACCOUNT NO: 3000-07D
                                             STATEMENT NO:        6

Fee/Employment Applications

PREVIOUS BALANCE                                      $9,660.00

HOURS

11/06/01
      CJB Prepare chart of fee applications for
          which certificates of no objection have
          not been filed and office conference with
          MGZ re: same (.2); prepare certificate of
          no objection for Caplin & Drysdale's
          second monthly application (.2); prepare
          certificate of no objection for
          Tersigni's first monthly application
          (.2); prepare certificates of service,
          service lists and certificates for
          electronic filing (.2); electronically
          file and serve same (.3); prepare hard
          copy service for same (.5)                    1.60     192.00
      MGZ Review of objections to Warren retention      0.40     110.00
      MGZ Office conference with C. Boyer re:
          pending fee applications                      0.10      27.50
      MGZ Review no objection certificates re: same     0.10      27.50
      PEM Review all filings and object re: Suppl.
          Application of Committee                       0.40      90.00

11/07/01
      CJB Update fee application status calendar         0.20      24.00
      MGZ Telephone Conference with P. Lockwood re:
          Response to Warren Objections                  0.10      27.50

11/08/01
      CJB Research related to Warren retention

W.R. Grace

Fee/Employment Applications

Page: 2
11/30/01
ACCOUNT NO: 3000-07D
STATEMENT NO:          6

|  |  | HOURS |  |
|---|---|---|---|
| | application | 2.50 | 300.00 |
| **11/12/01** | | | |
| CJB | Research related to Warren retention application | 5.50 | 660.00 |
| **11/13/01** | | | |
| CJB | Research related to Warren retention application | 5.50 | 660.00 |
| **11/14/01** | | | |
| CJB | Research related to Warren retention application | 3.00 | 360.00 |
| MGZ | Telephone Conference with P. Lockwood re: Warren Retention issues | 0.10 | 27.50 |
| **11/15/01** | | | |
| CJB | Research related to Warren retention application | 1.00 | 120.00 |
| **11/16/01** | | | |
| CJB | Finalize research related to Warren retention application | 2.00 | 240.00 |
| **11/28/01** | | | |
| MGZ | Meeting with S. Peterson re: preparation of Supplemental Affidavit for E. Warren | 0.10 | 27.50 |
| SLP | Draft verified statement of Professor Elizabeth Warren | 0.30 | 27.00 |
| CJB | Draft correspondence to and telephone conference with D. Collins and Tersigni re: cumulative payment report | 0.20 | 24.00 |
| **11/29/01** | | | |
| CJB | Prepare Caplin & Drysdale's third monthly application for electronic filing (.5); prepare notice for same (.2); prepare certificates of service and service lists for electronic and hard copy filing and service (.2); prepare certificate of no objection for Caplin's second interim fee application (.2) | 1.10 | 132.00 |

Page: 3
W.R. Grace                                                    11/30/01
                                            ACCOUNT NO: 3000-07D
                                            STATEMENT NO:        6
Fee/Employment Applications


                                                      HOURS
11/30/01
   CJB Update fee/expense application calendar
       (.1); prepare certificate of no objection
       for Tersigni's second monthly application
       (.2); office conference with MGZ re:
       status of payments to Tersigni (.1);
       prepare Tersigni's third monthly
       application (.5); prepare exhibits to
       same for electronic filing (.2);
       electronically file and serve
       applications, notice and certificate of
       no objection (.8); prepare hard copy
       service of same (.2)                            2.10     252.00
                                                      ─────    ───────
       FOR CURRENT SERVICES RENDERED                  26.30   3,328.50

                        RECAPITULATION
TIMEKEEPER                           HOURS HOURLY RATE       TOTAL
Philip E. Milch                       0.40    $225.00      $90.00
Matthew G. Zaleski                    0.90     275.00      247.50
Cathie J. Boyer                      24.70     120.00    2,964.00
Stephanie L. Peterson                 0.30      90.00       27.00


       TOTAL CURRENT WORK                                 3,328.50


       BALANCE DUE                                      $12,988.50
                                                        ══════════


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    11/30/01
Wilmington   DE                              ACCOUNT NO: 3000-08D
                                             STATEMENT NO:         5

Fee/Employment Objections


PREVIOUS BALANCE                                           $1,358.50


BALANCE DUE                                                $1,358.50
                                                          ═══════════


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

Page: 1
W.R. Grace                                              11/30/01
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:        6

Litigation

PREVIOUS BALANCE                                    $2,371.20

                                              HOURS
11/01/01
     MGZ Review correspondence from S. Schwartz
         re: agenda for 11/5 hearing                0.10     27.50
     MGZ Draft correspondence to P. Lockwood re:
         same                                       0.10     27.50
     MGZ Review agenda for 11/5 hearing             0.10     27.50
     MGZ Telephone Conference with J. Sakalo re:
         same                                       0.20     55.00
     MGZ Review correspondence from L. LeClair re:
         status of hearing on Committee Hearing
         Motions                                    0.10     27.50
     MGZ Review correspondence from J. Sakalo re:
         same                                       0.10     27.50
     MGZ Review correspondence from P. Lockwood
         re: same                                   0.10     27.50

11/02/01
     MGZ Review correspondence from P. Lockwood
         re: status of matters for 11/5 hearing     0.10     27.50
     MGZ Telephone Conference with S. Baena re:
         same                                       0.30     82.50
     MGZ Telephone Conference with J. Kapp re;
         same                                       0.10     27.50
     MGZ Telephone Conference with D. Carickhoff
         re; same                                   0.10     27.50
     MGZ Telephone Conference with Judge Farrens'
         chambers re: same                          0.10     27.50
     MGZ Telephone Conference with J. Wimers re:

W.R. Grace

Litigation

|  | HOURS |  |
|---|---|---|
| same | 0.10 | 27.50 |
| MGZ Telephone Conference with S. Schwartz re: same | 0.10 | 27.50 |
| MGZ Telephone Conference with P. Lockwood re: same | 0.20 | 55.00 |
| MGZ Telephone Conference with P. Lockwood re: preparation for 11/5 hearing | 0.20 | 55.00 |

11/05/01

| | | |
|---|---|---|
| MGZ Telephone Conference with J. Carroll re: status of hearing on Committee's motion | 0.20 | 55.00 |
| MGZ Meeting with P. Lockwood re: hearing preparation | 0.70 | 192.50 |
| MGZ Review of pleadings re: hearing preparation | 0.50 | 137.50 |
| MGZ Attend omnibus hearing/scheduling conferences | 0.60 | 165.00 |
| MGZ Attend hearing on former employees motion | 0.60 | 165.00 |

11/14/01

| | | |
|---|---|---|
| MGZ Review Notices of Deposition of P.D. witnesses | 0.10 | 27.50 |
| MGZ Draft correspondence to and review correspondence from P. Lockwood re: same | 0.10 | 27.50 |
| MGZ Telephone Conference with J. Sakalo re: witnesses on Bar Date Motion | 0.20 | 55.00 |
| MGZ Review Motions for Protective Order | 0.10 | 27.50 |

11/20/01

| | | |
|---|---|---|
| MGZ Review of Judge Farnar's scheduling order | 0.10 | 27.50 |
| MGZ Telephone Conference with P. Lockwood re: hearing procedure | 0.20 | 55.00 |
| MGZ Telephone Conference with S. Baena re: same | 0.10 | 27.50 |

11/21/01

| | | |
|---|---|---|
| MGZ Review Scheduling Order re: hearing on bar date motion | 0.10 | 27.50 |
| MGZ Telephone Conference with W. Sullivan re: same | 0.10 | 27.50 |
| MGZ Review correspondence and telephone conference with S. Baena re: same | 0.60 | 165.00 |
| MGZ Review pleadings re: preparation for | | |

W.R. Grace

Litigation

|  |  | HOURS |  |
|---|---|---|---|
| | hearing | 2.50 | 687.50 |
| MGZ | Review PD Committee evidentiary submissions re: same | 1.00 | 275.00 |
| MGZ | Telephone Conference with D. Carickhoff re: cancellation of hearing | 0.20 | 55.00 |
| MGZ | Telephone Conference with S. Baena re: same | 0.30 | 82.50 |
| MGZ | Telephone Conference with Judge Farnan's Chambers re: same | 0.10 | 27.50 |
| MGZ | Multiple meetings with P. Lockwood re: same | 1.50 | 412.50 |
| MGZ | Telephone Conference with P. Lockwood and E. Inselbuch re: same | 0.30 | 82.50 |
| MGZ | Review correspondence from and telephone conference with Sudell re: same | 0.30 | 82.50 |
| MGZ | Telephone Conference with P. Milch (x2) re: same | 0.30 | 82.50 |
| MGZ | Telephone Conference with D. Campbell re: same | 0.30 | 82.50 |
| MGZ | Telephone Conference with J. Patton re: same | 0.50 | 137.50 |
| | FOR CURRENT SERVICES RENDERED | 13.70 | 3,767.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 13.70 | $275.00 | $3,767.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 3,767.50 |
| BALANCE DUE | $6,138.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    11/30/01
Wilmington   DE                                  ACCOUNT NO: 3000-11D
                                                 STATEMENT NO:        4

Plan and Disclosure Statement


PREVIOUS BALANCE                                               $552.50


BALANCE DUE                                                    $552.50
                                                              =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA   15219**
**412-261-0310**

Page: 1
W.R. Grace                                              11/30/01
Wilmington   DE                           ACCOUNT NO: 3000-12D
                                          STATEMENT NO:        4

Relief From Stay Proceedings

PREVIOUS BALANCE                                        $852.50

BALANCE DUE                                             $852.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                        11/30/01
Wilmington  DE                                     ACCOUNT NO: 3000-14D
                                                   STATEMENT NO:        4

Valuation

PREVIOUS BALANCE                                                  $157.50

BALANCE DUE                                                       $157.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA   15219
412-261-0310

W.R. Grace
Wilmington   DE

Page: 1
11/30/01
ACCOUNT NO: 3000-15D
STATEMENT NO:         6

Committee Administration


PREVIOUS BALANCE                                      $10,072.90


|  |  | HOURS |  |
|---|---|---|---|
| **11/01/01** | | | |
| CJB | Update weekly recommendation memo | 0.40 | 48.00 |
| **11/02/01** | | | |
| MGZ | Review pleadings and prepare Weekly Recommendation Memo | 1.10 | 302.50 |
| MGZ | Draft correspondence to co-counsel re: same | 0.10 | 27.50 |
| **11/05/01** | | | |
| PEM | Review calendar and recommendations of counsel to Committee | 0.10 | 22.50 |
| **11/06/01** | | | |
| MGZ | Review pending matters and begin Weekly Recommendation Memo | 0.60 | 165.00 |
| **11/07/01** | | | |
| PEM | Review status report for counsel to Committee | 0.30 | 67.50 |
| MGZ | Review correspondence from M. Patrick re: case status report | 0.10 | 27.50 |
| **11/08/01** | | | |
| MGZ | Continue preparation of weekly recommendation memo | 0.80 | 220.00 |
| MGZ | Draft correspondence to co-counsel re: same | 0.10 | 27.50 |

W.R. Grace

Committee Administration

|  |  | HOURS |  |
|---|---|---|---|
| MGZ Review correspondence from P. Lockwood re: same | | 0.10 | 27.50 |

11/09/01
|  |  |  |  |
|---|---|---|---|
| PEM Review calendar and recommendation to Committee | | 0.30 | 67.50 |

11/19/01
|  |  |  |  |
|---|---|---|---|
| PEM Review Caplin & Drysdale status memo to Committee | | 0.30 | 67.50 |

11/20/01
|  |  |  |  |
|---|---|---|---|
| CJB Set up and update weekly informational memo | | 0.50 | 60.00 |

11/27/01
|  |  |  |  |
|---|---|---|---|
| PEM Review status reports, updates and recommendations | | 0.30 | 67.50 |

11/28/01
|  |  |  |  |
|---|---|---|---|
| MGZ Review pending pleadings and begin preparation of Weekly Recommendation Memo | | 0.40 | 110.00 |

11/29/01
|  |  |  |  |
|---|---|---|---|
| CJB Setup and update weekly recommendation memo | | 0.50 | 60.00 |

11/30/01
| | | | |
|---|---|---|---|
| CJB Update weekly recommendation memo | | 0.30 | 36.00 |
| MGZ Review pending pleadings and prepare Weekly Recommendation Memo for Committee members | | 1.50 | 412.50 |
| MGZ Revise Weekly Recommendation Memo | | 0.20 | 55.00 |
| MGZ Draft correspondence to co-counsel re: same | | 0.10 | 27.50 |
| FOR CURRENT SERVICES RENDERED | | 8.10 | 1,899.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.30 | $225.00 | $292.50 |
| Matthew G. Zaleski | 5.10 | 275.00 | 1,402.50 |
| Cathie J. Boyer | 1.70 | 120.00 | 204.00 |

W.R. Grace

Committee Administration

Page: 3
11/30/01
ACCOUNT NO: 3000-15D
STATEMENT NO:          6

TOTAL CURRENT WORK                                    1,899.00

BALANCE DUE                                         $11,971.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington   DE

Page: 1
11/30/01
ACCOUNT NO:    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 7,672.19 | 0.00 | 2,440.68 | 0.00 | 0.00 | $10,112.87 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 1,840.00 | 217.50 | 0.00 | 0.00 | 0.00 | $2,057.50 |
| 3000-02 Asset Disposition | | | | | |
| 1,204.90 | 550.00 | 0.00 | 0.00 | 0.00 | $1,754.90 |
| 3000-03 Business Operations | | | | | |
| 0.00 | 55.00 | 0.00 | 0.00 | 0.00 | $55.00 |
| 3000-04 Case Administration | | | | | |
| 8,041.30 | 4,694.00 | 0.00 | 0.00 | 0.00 | $12,735.30 |
| 3000-05 Claims Administration and Objections | | | | | |
| 6,788.00 | 1,152.50 | 0.00 | 0.00 | 0.00 | $7,940.50 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 803.50 | 82.50 | 0.00 | 0.00 | 0.00 | $886.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 9,660.00 | 3,328.50 | 0.00 | 0.00 | 0.00 | $12,988.50 |
| 3000-08 Fee/Employment Objections | | | | | |
| 1,358.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,358.50 |
| 3000-10 Litigation | | | | | |
| 2,371.20 | 3,767.50 | 0.00 | 0.00 | 0.00 | $6,138.70 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Plan and Disclosure Statement | | | | | |
| 552.50 | 0.00 | 0.00 | 0.00 | 0.00 | $552.50 |
| 3000-12 Relief From Stay Proceedings | | | | | |
| 852.50 | 0.00 | 0.00 | 0.00 | 0.00 | $852.50 |
| 3000-14 Valuation | | | | | |
| 157.50 | 0.00 | 0.00 | 0.00 | 0.00 | $157.50 |
| 3000-15 Committee Administration | | | | | |
| 10,072.90 | 1,899.00 | 0.00 | 0.00 | 0.00 | $11,971.90 |
| 51,374.99 | 15,746.50 | 2,440.68 | 0.00 | 0.00 | $69,562.17 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.