**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


                                                    Page: 1
W.R. Grace                                          12/31/01
Wilmington  DE                       ACCOUNT NO: 3000-01D
                                     STATEMENT NO:        7

Asset Analysis and Recovery


        PREVIOUS BALANCE                          $2,057.50


12/01/01 Payment - Thank you. (8/01/01) (80%)       -206.00

        BALANCE DUE                               $1,851.50
                                                  ===========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 12/31/01 |
|  | ACCOUNT NO: 3000-02D |
|  | STATEMENT NO:        7 |

Asset Disposition

|  |  |
|---|---|
| PREVIOUS BALANCE | $1,754.90 |

| | | |
|---|---|---|
| 12/01/01 Payment - Thank you. (8/01/01) (80%) | | -418.00 |
| 12/19/01 Payment - Thank you. ( 9/30/01)(80%) | | -132.00 |
| TOTAL PAYMENTS | | -550.00 |
| BALANCE DUE | | $1,204.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                          Page: 1
W.R. Grace                                               12/31/01
Wilmington   DE                        ACCOUNT NO: 3000-03D
                                       STATEMENT NO:          2

Business Operations


        PREVIOUS BALANCE                              $55.00


        BALANCE DUE                                   $55.00
                                                     =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


                                              Page: 1
W.R. Grace                                    12/31/01
Wilmington   DE                    ACCOUNT NO: 3000-04D
                                   STATEMENT NO:        7


Case Administration



        PREVIOUS BALANCE                      $12,735.30



                                       HOURS
11/01/01
    SLP Review pleadings and electronic filing
        notices (.8); preparation and
        distribution of daily memo (.5)        1.30    117.00

12/03/01
    MK  Interoffice filing of miscellaneous
        documents; create new files; update
        aspects                                0.20     18.00
    SLP Review pleadings and electronic filing
        notices (.5); preparation and
        distribution of daily memo (.3)        0.80     72.00
    MGZ Review correspondence from Debtors'
        counsel/Judge Fitzgerald re: Request for
        Status Report                          0.10     27.50

12/04/01
    SLP Review pleadings and electronic filing
        notices (.5); preparation and
        distribution of daily memo (.3);
        docketing (.5)                         1.30    117.00

12/06/01
    SLP Review pleadings and electronic filing
        notices for 12/4 and 12/5 (.3);
        preparation and distribution of daily
        memo (.2); docketing (.3)              0.80     72.00
    MGZ Telephone Conference with K. brown re:

```
                                                  Page: 2
    W.R. Grace                                   12/31/01
                                   ACCOUNT NO: 3000-04D
                                   STATEMENT NO:        7

    Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| | Standards for Motions to Strike | 0.20 | 55.00 |
| MGZ | Meeting with C. Boyer (x2) re: Motion for Leave to File Reply on Bar Date Motion | 0.10 | 27.50 |
| MGZ | Telephone Conference with K. Brown re: same | 0.10 | 27.50 |
| **12/07/01** | | | |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 45.00 |
| MGZ | Telephone Conference with S. Clark re: copies of status letters | 0.10 | 27.50 |
| MGZ | Review correspondence from D. Bernick Judge Fitzgerald re: status of proceedings | 0.10 | 27.50 |
| **12/10/01** | | | |
| MK | File organization; copy and distribute; update attorney binders | 0.10 | 9.00 |
| MGZ | Review Judge Wolin's Order referring cases | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.20 | 55.00 |
| MGZ | Telephone Conference with E. Inselbuch re: status of pending matters and preparation of report thereon | 0.10 | 27.50 |
| **12/11/01** | | | |
| MGZ | Telephone Conference with K. Brown re; Debtors' Bar Date Reply | 0.10 | 27.50 |
| **12/12/01** | | | |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
| **12/13/01** | | | |
| PEM | Review internal admin. matters re: filings, etc. and meeting with paralegal | 0.40 | 90.00 |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 45.00 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/14/01 |  |  |  |  |
|  | SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 45.00 |
| 12/15/01 |  |  |  |  |
|  | DAC | Review 12/10 status report | 0.30 | 105.00 |
| 12/17/01 |  |  |  |  |
|  | SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.5) | 0.80 | 72.00 |
| 12/18/01 |  |  |  |  |
|  | SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
|  | MGZ | Telephone Conference with B. Sullivan re: response deadline on Zonolite motions | 0.10 | 27.50 |
|  | MGZ | Telephone Conference with P. Lockwood re: same | 0.10 | 27.50 |
| 12/19/01 |  |  |  |  |
|  | SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
|  | MGZ | Telephone Conference with J. Sakalo re: status conference with Judge Wolin | 0.10 | 27.50 |
|  | MGZ | Review correspondence from K. Brown (x2) re: Objection to Motion to File Reply Brief | 0.10 | 27.50 |
|  | MGZ | Review draft Table of Authorities and citation checking related thereto (including Westlaw) | 0.70 | 192.50 |
|  | MGZ | Review of revised Objection to Motion to File Reply Brief and finalize same | 1.00 | 275.00 |
|  | MGZ | Meeting with S. Peterson re: Service of Objection to Motion to File Reply Brief | 0.10 | 27.50 |
|  | MGZ | Draft status memo to Inselbuch and Lockwood re: preparation for conferences with Judge Wolin | 0.70 | 192.50 |
|  | MGZ | Telephone Conference with K. Brown re: |  |  |

W.R. Grace

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| | Objection to Motion to File Reply Brief | 0.10 | 27.50 |
| MGZ | Telephone Conferences with L. LeClair re: status conference with Judge Wolin | 0.30 | 82.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.10 | 27.50 |

**12/20/01**

| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
|---|---|---|---|
| MGZ | Travel to Newark, NJ re: attendance at multi-case conference with Judge Wolin | 0.20 | 55.00 |
| MGZ | Attend multi-case conference with Judge Wolin, including meetings with co-counsel regarding same (1/5th total time) | 1.50 | 412.50 |
| MGZ | Return travel from Newark to Wilmington | 0.20 | 55.00 |

**12/21/01**

| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
|---|---|---|---|

**12/24/01**

| DAC | Review Debtor's Status Report and Priorities Proposal | 0.50 | 175.00 |
|---|---|---|---|

**12/26/01**

| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.2) | 0.70 | 63.00 |
|---|---|---|---|

**12/27/01**

| MGZ | Telephone Conference with L. LeClair re: Conference with Judge Wolin | 0.10 | 27.50 |
|---|---|---|---|
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.2) | 0.70 | 63.00 |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |

```
                                                    Page: 5
   W.R. Grace                                     12/31/01
                                   ACCOUNT NO: 3000-04D
                                   STATEMENT NO:        7
   Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| 12/28/01 |  |  |  |
| MGZ | Draft correspondence to Committee members re: Judge Wolin's 1st case management order | 0.10 | 27.50 |
|  | FOR CURRENT SERVICES RENDERED | 17.90 | 3,112.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $350.00 | $280.00 |
| Philip E. Milch | 0.40 | 225.00 | 90.00 |
| Matthew G. Zaleski | 6.70 | 275.00 | 1,842.50 |
| Stephanie L. Peterson | 9.70 | 90.00 | 873.00 |
| Michele Kennedy | 0.30 | 90.00 | 27.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 3,112.50 |

|  |  |
|---|---|
| 12/01/01 Payment - Thank you. (8/01/01) (80%) | -1,437.60 |
| 12/19/01 Payment - Thank you. ( 9/30/01)(80%) | -1,236.00 |
| TOTAL PAYMENTS | -2,673.60 |
| BALANCE DUE | $13,174.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    12/31/01
Wilmington   DE                          ACCOUNT NO: 3000-05D
                                         STATEMENT NO:        7

Claims Administration and Objections

PREVIOUS BALANCE                                         $7,940.50

                                                      HOURS
12/03/01
     PEM Review pleadings re: Zonolite claims and
         debtor's pleadings re: claims and
         management                                    1.50    337.50

12/06/01
     CJB Office conferences with MGZ re: Debtors'
         motion for leave to file reply to bar
         date motion (.1); review docket
         information for same (.1)                      0.20     24.00

12/18/01
     MGZ Review correspondence from and telephone
         conference with K. Brown re: Motion to
         Strike                                         0.20     55.00

12/19/01
     SLP Preparation of Committee's opposition to
         debtors' motion for leave to file omnibus
         reply for electronic filing (.3);
         electronically file same (.2); prepare
         and arrange service for same (.2)              0.70     63.00

         FOR CURRENT SERVICES RENDERED                 2.60    479.50

                          RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.50 | $225.00 | $337.50 |

W.R. Grace

Page: 2
12/31/01
ACCOUNT NO: 3000-05D
STATEMENT NO:        7

Claims Administration and Objections

| | | | |
|---|---|---|---|
| Matthew G. Zaleski | 0.20 | 275.00 | 55.00 |
| Cathie J. Boyer | 0.20 | 120.00 | 24.00 |
| Stephanie L. Peterson | 0.70 | 90.00 | 63.00 |
| | | | |
| TOTAL CURRENT WORK | | | 479.50 |

| | |
|---|---|
| 12/01/01 Payment - Thank you. (8/01/01) (80%) | -858.00 |
| 12/19/01 Payment - Thank you. ( 9/30/01)(80%) | -3,516.00 |
| TOTAL PAYMENTS | -4,374.00 |
| BALANCE DUE | $4,046.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |                       |
|--------------------|-----------------------|
|                    | Page: 1               |
| W.R. Grace         | 12/31/01              |
| Wilmington  DE     | ACCOUNT NO: 3000-06D  |
|                    | STATEMENT NO:      7  |

Employee Benefits/Pensions


PREVIOUS BALANCE                                    $886.00


BALANCE DUE                                         $886.00
                                                  ==========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          12/31/01
Wilmington  DE                         ACCOUNT NO: 3000-07D
                                       STATEMENT NO:        7

Fee/Employment Applications

PREVIOUS BALANCE                                $12,988.50

                                           HOURS
12/03/01
    CJB Prepare Campbell & Levine's fourth fee
        application and notice of same (1.0);
        electronically file and serve same (.4);
        prepare certificate of no objection for
        Campbell & Levine's third monthly
        application (.2); electronically file and
        serve same (.6); update fee/expense
        calendar (.2)                           2.40     288.00

12/05/01
    CJB Prepare Warren's verified statements for
        electronic filing (.2); electronically
        file and serve same (.3); prepare hard
        copy service of same (.2)                0.70      84.00

12/07/01
    CJB Telephone Conference with D. Collins of
        Tersigni re: payment for August, 2001
        fees and expenses and payment for August,
        2001 fees and expenses and payment for
        April through July fees and expenses (.2) 0.20     24.00

12/13/01
    MGZ Review and edit November prebill re: Fee
        Application preparation                  0.80     220.00

```
                                              Page:  2
    W.R. Grace                                12/31/01
                                ACCOUNT NO: 3000-07D
                                STATEMENT NO:        7

    Fee/Employment Applications
```

```
                                         HOURS
12/17/01
    CJB Prepare notice of hearing re: Warren
        retention application (.2); office
        conference with MGZ re: status of filing
        same (.1)                               0.30      36.00

12/27/01
    MGZ Telephone Conference with P. Lockwood re:
        proposed revised Admin. Comp. Order      0.10      27.50
                                                 ____      ____
        FOR CURRENT SERVICES RENDERED            4.50     679.50

                     RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
    Matthew G. Zaleski          0.90   $275.00    $247.50
    Cathie J. Boyer             3.60    120.00     432.00


        TOTAL CURRENT WORK                            679.50


12/01/01 Payment - Thank you. (8/01/01) (80%)       -1,187.20
12/19/01 Payment - Thank you. ( 9/30/01)(80%)       -3,116.40
                                                     _____
        TOTAL PAYMENTS                              -4,303.60

        BALANCE DUE                                 $9,364.40
                                                    ========
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                  12/31/01
Wilmington  DE                              ACCOUNT NO: 3000-08D
                                            STATEMENT NO:        6


Fee/Employment Objections


PREVIOUS BALANCE                                     $1,358.50


                                                  HOURS
12/10/01
    MGZ Review Professionals' Fee Applications      0.50      137.50
                                                    ————      ————
        FOR CURRENT SERVICES RENDERED               0.50      137.50

                        RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski               0.50    $275.00    $137.50


        TOTAL CURRENT WORK                                  137.50


12/01/01 Payment - Thank you. (8/01/01) (80%)              -264.00
12/19/01 Payment - Thank you. ( 9/30/01)(80%)              -440.00
                                                           ————
        TOTAL PAYMENTS                                     -704.00

        BALANCE DUE                                        $792.00
                                                           ══════


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

```
                         Campbell & Levine, LLC
                          1700 Grant Building
                         Pittsburgh, PA  15219
                             412-261-0310
```

```
                                                    Page: 1
      W.R. Grace                                    12/31/01
      Wilmington  DE                    ACCOUNT NO: 3000-10D
                                        STATEMENT NO:       7


      Litigation



         PREVIOUS BALANCE                         $6,138.70



                                             HOURS
      12/14/01
          MGZ Review Judge Fitzgerald's Order on
              January Hearing date               0.10      27.50
          MGZ Telephone Conference with P. Milch re:
              same                               0.10      27.50

      12/17/01
          MGZ Review Order setting January 3, 2001
              hearing date                       0.10      27.50
          MGZ Telephone Conference with J. Kapp re:
              schedule for 1/3/02 Omnibus hearing 0.10     27.50
          MGZ Meeting with C. Boyer re: Notice of
              Hearing on Warren Application       0.10      27.50

      12/18/01
          PEM Review status report and exhibits re:
              litigation priorities filed by Debtors 1.00  225.00

      12/26/01
          MGZ Review correspondence from and telephone
              conference with T. Tacconnelli re: 1/3/02
              Omnibus Hearing                    0.10      27.50

      12/27/01
          MGZ Review Debtors' proposed agenda for
              1/3/02 hearing                     0.10      27.50
          MGZ Telephone Conference with J. Kapp's
              office (x2) and review correspondence
```

W.R. Grace

Litigation

|  |  | HOURS |  |
|---|---|---|---|
| | form J. Kapp re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with L. Jones and telephone conference with D. Carickhoff re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with D. Carickhoff re: same | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: Amended Agenda for 1/3/02 hearing | 0.10 | 27.50 |
| MGZ | Telephone Conference with J. Sakalo re: same | 0.10 | 27.50 |

12/28/01

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Telephone Conference with J. Kapp re: 1/3/02 Omnibus Hearings | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.10 | 27.50 |
| MGZ | Review Judge Wolin's Order Appointing Special Masters | 0.10 | 27.50 |
| MGZ | Telephone Conference with P. Lockwood re: same | 0.30 | 82.50 |
| | FOR CURRENT SERVICES RENDERED | 2.80 | 720.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.00 | $225.00 | $225.00 |
| Matthew G. Zaleski | 1.80 | 275.00 | 495.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 720.00 |

| | |
|---|---|
| 12/01/01 Payment - Thank you. (8/01/01) (80%) | -277.60 |
| 12/19/01 Payment - Thank you. ( 9/30/01)(80%) | -440.00 |
| TOTAL PAYMENTS | -717.60 |
| BALANCE DUE | $6,141.10 |

W.R. Grace

Litigation

Page: 3
12/31/01
ACCOUNT NO: 3000-10D
STATEMENT NO:          7

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          12/31/01
Wilmington   DE                                ACCOUNT NO: 3000-11D
                                               STATEMENT NO:           5

Plan and Disclosure Statement

PREVIOUS BALANCE                                                    $552.50

12/01/01 Payment - Thank you. (8/01/01) (80%)                      -442.00

BALANCE DUE                                                         $110.50
                                                                  =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              12/31/01
Wilmington  DE                            ACCOUNT NO: 3000-12D
                                          STATEMENT NO:       5


Relief From Stay Proceedings




PREVIOUS BALANCE                                        $852.50



12/01/01 Payment - Thank you. (8/01/01) (80%)          -154.00
12/19/01 Payment - Thank you. ( 9/30/01)(80%)          -462.00
                                                       _____
         TOTAL PAYMENTS                                 -616.00

         BALANCE DUE                                    $236.50
                                                       ========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 12/31/01 |
| Wilmington   DE | ACCOUNT NO: 3000-14D |
|  | STATEMENT NO:        5 |

Valuation


PREVIOUS BALANCE                                           $157.50


12/01/01 Payment - Thank you. (8/01/01) (80%)              -126.00


BALANCE DUE                                                $31.50
                                                          =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


                                                       Page: 1
W.R. Grace                                            12/31/01
Wilmington  DE                         ACCOUNT NO: 3000-15D
                                       STATEMENT NO:        7


Committee Administration



        PREVIOUS BALANCE                          $11,971.90



                                            HOURS
12/03/01
     MGZ Review correspondence from P. Lockwood
         re: Weekly Recommendation Memo               0.10      27.50

12/06/01
     CJB Set-up weekly recommendation memo for
         12/7/01                                      0.40      48.00

12/07/01
     MGZ Review pending pleadings and prepare
         Weekly Recommendation Memo for Committee
         Members                                      0.80     220.00
     MGZ Draft correspondence to co-counsel re:
         same                                         0.10      27.50

12/10/01
     MGZ Review correspondence from P. Lockwood
         re: Weekly Recommendation Memo               0.10      27.50
     MGZ Revise and finalize Weekly Recommendation
         Memo                                         0.20      55.00
     PEM Review calendar and recommendations to
         counsel                                      0.10      22.50

12/12/01
     PEM Review status report from counsel re:
         case proceedings and new developments        0.20      45.00

```
                                                 Page:  2
W.R. Grace                                      12/31/01
                                   ACCOUNT NO: 3000-15D
                                   STATEMENT NO:        7
Committee Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| 12/14/01 | | | |
| CJB | Set-up and update weekly recommendation memo | 0.50 | 60.00 |
| PEM | Review update from Tersigni and report to Committee | 0.30 | 67.50 |
| 12/16/01 | | | |
| MGZ | Review pending pleadings and prepare Weekly Recommendation Memo for Committee Members | 0.70 | 192.50 |
| MGZ | Draft correspondence to co-counsel re: same | 0.10 | 27.50 |
| 12/17/01 | | | |
| MGZ | Review correspondence from P. Lockwood re: Weekly Recommendation Memo | 0.10 | 27.50 |
| PEM | Review calendar and recommendations to counsel | 0.10 | 22.50 |
| 12/21/01 | | | |
| MGZ | Review pleadings and begin preparation of Weekly Recommendation Memo for Committee Members | 0.50 | 137.50 |
| 12/26/01 | | | |
| MGZ | Review memo from E. Inselbuch re: conference with Judge Wolin | 0.10 | 27.50 |
| PEM | Review memo from counsel to Committee | 0.20 | 45.00 |
| 12/27/01 | | | |
| CJB | Set-up and update weekly recommendation memo | 0.30 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 4.90 | 1,116.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.90 | $225.00 | $202.50 |
| Matthew G. Zaleski | 2.80 | 275.00 | 770.00 |
| Cathie J. Boyer | 1.20 | 120.00 | 144.00 |

```
                                                    Page: 3
   W.R. Grace                                       12/31/01
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:       7
   Committee Administration
```

```
      TOTAL CURRENT WORK                            1,116.50


12/01/01 Payment - Thank you. (8/01/01) (80%)      -1,796.00
12/19/01 Payment - Thank you. ( 9/30/01)(80%)      -2,930.00
                                                   ----------
      TOTAL PAYMENTS                               -4,726.00

      BALANCE DUE                                  $8,362.40
                                                   ==========
```

```
   Any payments received after the statement date will be
   applied to next month's statement.  Please note your
   account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            12/31/01
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:        7


Costs and Expenses



PREVIOUS BALANCE                              $10,112.87



12/03/01 FAX to 15 Committee Members - 10 pages              75.00
12/03/01 FAX to Peter Van N. Lockwood - 5 pages               2.50
12/03/01 FAX to Douglas A. Campbell - 5 pages                 2.50
12/03/01 FAX to Elyssa Strug - 5 pages                        2.50
12/03/01 Photocopying - 3 copies of various documents (41
         pages)                                              61.50
12/04/01 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries                                    102.20
12/04/01 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries                                    282.80
12/06/01 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries                                    570.94
12/10/01 Parcels, Inc. - Delaware Document Retrieval
         (Scanning Services) on 11/29/01                      4.80
12/10/01 FAX to 15 Committee Members - 10 pages              75.00
12/11/01 FAX to Peter Van N. Lockwood - 3 pages               1.50
12/11/01 FAX to Peter Van N. Lockwood - 3 pages               1.50
12/11/01 FAX to Douglas A. Campbell - 3 pages                 1.50
12/11/01 FAX to Elyssa Strug - 3 pages                        1.50
12/14/01 Federal Express to Larry Tersigni on 12/6/01        16.29
12/14/01 Federal Express to Thomas Mayers on 11/30/01        11.68
12/14/01 Federal Express to J. Douglas Bacon on 12/5/01      13.49
12/14/01 Federal Express to James Strayregen on 12/5/01      13.49
12/14/01 Federal Express to Elihu Inselbuch on 12/5/01       11.57
12/14/01 Federal Express to Scott Baena on 12/5/01           13.49
12/14/01 Federal Express to Peter Van N. Lockwood on
         12/5/01                                             11.57
12/14/01 Federal Express to Lewis Kruger on 12/5/01          11.57

W.R. Grace

Costs and Expenses

| | |
|---|---|
| 12/14/01 Federal Express to thomas Moers Mayer on 12/5/01 | 11.57 |
| 12/14/01 Federal Express to J. Douglas Bacon on 11/29/01 | 13.63 |
| 12/14/01 Federal Express to David Bernick on 12/29/01 | 13.63 |
| 12/14/01 Federal Express to Elihu Inselbuch on 12/29/01 | 11.88 |
| 12/14/01 Federal Express to Scott Baena on 11/29/01 | 13.63 |
| 12/14/01 Federal Express to Peter Van N. Lockwood on 11/29/01 | 11.88 |
| 12/14/01 Federal Express to Lewis Kruger on 12/29/01 | 11.68 |
| 12/14/01 Federal Express to Philip Bentley on 11/29/01 | 11.68 |
| 12/14/01 Federal Express to James Sprayregen on 11/29/01 | 13.63 |
| 12/14/01 Federal Express to Hamid Rafatgoo on 12/29/01 | 14.92 |
| 12/14/01 Federal Express to Lewis Kruger on 11/29/01 | 11.68 |
| 12/14/01 Federal Express to Thomas Mayer on 11/29/01 | 11.88 |
| 12/14/01 Federal Express to Richard Dunn on 11/29/01 | 13.63 |
| 12/14/01 Federal Express to James Kapp on 11/29/01 | 13.63 |
| 12/14/01 Federal Express to David Bernick on 12/30/01 | 13.63 |
| 12/14/01 Federal Express to Hamid Rafatjoo on 11/30/01 | 14.92 |
| 12/14/01 Federal Express to Lewis Kruger on 11/30/01 | 11.68 |
| 12/14/01 Federal Express to Thomas Mayer on 11/30/01 | 11.68 |
| 12/14/01 Federal Express to Elihu Inselbuch on 11/30/01 | 11.68 |
| 12/14/01 Federal Express to Scott Baena on 11/30/01 | 13.63 |
| 12/14/01 Federal Express to J. Douglas Bacon on 11/30/01 | 13.63 |
| 12/14/01 Federal Express to J. Douglas Bacon on 11/30/01 | 13.63 |
| 12/14/01 Federal Express to James Sprayregen on 11/30/01 | 13.63 |
| 12/14/01 Federal Express to Richard Dunn on 11/30/01 | 13.63 |
| 12/14/01 Federal Express to Rita Tobin on 11/30/01 | 11.68 |
| 12/14/01 Federal Express to Lewis Kruger on 11/30/01 | 11.68 |
| 12/14/01 Federal Express to Scott Baena on 12/3/01 | 13.49 |
| 12/14/01 Federal Express to Peter Lockwood on 12/3/01 | 11.57 |
| 12/14/01 Federal Express to Thomas Mayer on 12/3/01 | 11.57 |
| 12/14/01 Federal Express to Lewis Kruger on 12/3/01 | 11.57 |
| 12/14/01 Federal Express to Elihu Inselbuch on 12/3/01 | 11.57 |
| 12/14/01 Federal Express to J. Douglas Bacon on 12/3/01 | 13.49 |
| 12/14/01 Federal Express to James Sprayregen on 12/3/01 | 13.49 |
| 12/14/01 Federal Express to Philip Bentley on 12/3/01 | 11.57 |
| 12/14/01 Federal Express to Lewis Kruger on 12/3/01 | 11.57 |
| 12/14/01 Federal Express to Hamid Rafatjoo on 12/3/01 | 23.41 |
| 12/14/01 Federal Express to Richard Dunn on 12/3/01 | 21.11 |
| 12/16/01 AT&T Long Distance Phone Calls | 9.78 |
| 12/17/01 FAX to 15 Committee Members - 9 pages | 67.50 |
| 12/17/01 FAX to Philip Milch - 13 pages (Status Report) | 6.50 |
| 12/18/01 FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 12/18/01 FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 12/18/01 FAX to Elyssa Strug - 4 pages | 2.00 |

```
                                                    Page: 3
W.R. Grace                                        12/31/01
                                    ACCOUNT NO: 3000-00D
                                    STATEMENT NO:        7
      Costs and Expenses
```

| Date | Description | Amount |
|---|---|---|
| 12/19/01 | FAX to David Bernick - 49 pages (Opposition to Motion) | 24.50 |
| 12/21/01 | Federal Express to Bob Spohn on 12/17/01 | 14.91 |
| 12/21/01 | Federal Express to Elyssa Strug on 12/17/01 | 11.57 |
| 12/21/01 | Federal Express to Philip E. Milch on 12/17/01 | 16.75 |
| 12/23/01 | Parcels, Inc. - Delaware Document Retrieval on 12/19/01 | 52.50 |
| 12/27/01 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 12/27/01 | FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 12/27/01 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 12/28/01 | Federal Express to James Sprayregen on 12/19/01 | 21.11 |
| 12/28/01 | Federal Express to Lewis Kruger on 12/19/01 | 14.91 |
| 12/28/01 | Federal Express to Philip Bentley on 12/19/01 | 14.91 |
| 12/28/01 | Federal Express to Elihu Inselbuch on 12/19/01 | 11.57 |
| 12/28/01 | Federal Express to J. Douglas Bacon on 12/19/01 | 21.11 |
| 12/28/01 | Federal Express to Hamid R. Rafat Joo on 12/19/01 | 23.41 |
| 12/28/01 | Federal Express to Peter Van N. Lockwood on 12/19/01 | 14.91 |
| 12/28/01 | Federal Express to Scott Baena on 12/19/01 | 21.11 |
| 12/31/01 | Parcels, Inc. - Delaware Document Retrieval (Scanning Services) on 12/28/01 | 19.35 |

```
      TOTAL EXPENSES                              2,155.75

      TOTAL CURRENT WORK                          2,155.75


12/01/01 Payment - Thank you. (8/01/01) (100%)   -1,024.63
12/19/01 Payment - Thank you. ( 9/30/01)(100%)   -3,191.68

      TOTAL PAYMENTS                              -4,216.31

      BALANCE DUE                                 $8,052.31
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
12/31/01

W.R. Grace
Wilmington  DE

ACCOUNT NO:    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 10,112.87 | 0.00 | 2,155.75 | 0.00 | -4,216.31 | $8,052.31 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 2,057.50 | 0.00 | 0.00 | 0.00 | -206.00 | $1,851.50 |
| 3000-02 Asset Disposition | | | | | |
| 1,754.90 | 0.00 | 0.00 | 0.00 | -550.00 | $1,204.90 |
| 3000-03 Business Operations | | | | | |
| 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | $55.00 |
| 3000-04 Case Administration | | | | | |
| 12,735.30 | 3,112.50 | 0.00 | 0.00 | -2,673.60 | $13,174.20 |
| 3000-05 Claims Administration and Objections | | | | | |
| 7,940.50 | 479.50 | 0.00 | 0.00 | -4,374.00 | $4,046.00 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 886.00 | 0.00 | 0.00 | 0.00 | 0.00 | $886.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 12,988.50 | 679.50 | 0.00 | 0.00 | -4,303.60 | $9,364.40 |
| 3000-08 Fee/Employment Objections | | | | | |
| 1,358.50 | 137.50 | 0.00 | 0.00 | -704.00 | $792.00 |
| 3000-10 Litigation | | | | | |
| 6,138.70 | 720.00 | 0.00 | 0.00 | -717.60 | $6,141.10 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Plan and Disclosure Statement | | | | | |
| 552.50 | 0.00 | 0.00 | 0.00 | -442.00 | $110.50 |
| 3000-12 Relief From Stay Proceedings | | | | | |
| 852.50 | 0.00 | 0.00 | 0.00 | -616.00 | $236.50 |
| 3000-14 Valuation | | | | | |
| 157.50 | 0.00 | 0.00 | 0.00 | -126.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 11,971.90 | 1,116.50 | 0.00 | 0.00 | -4,726.00 | $8,362.40 |
| | | | | | |
| 69,562.17 | 6,245.50 | 2,155.75 | 0.00 | -23,655.11 | $54,308.31 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.