IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING AND ALLOWING THIRD INTERIM FEE APPLICATION REQUEST OF CAMPBELL & LEVINE, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001**

The Court considered the Third Interim Application of Campbell & Levine, LLC ("Campbell & Levine"), for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants (the "Application"), which Application requests allowance and payment of compensation and reimbursement of expenses in accordance with §330 and §331 of the Bankruptcy Code, and it appearing that notice of the Application was duly given in accordance with the provisions of the Bankruptcy Rules, and no further notice being necessary, and upon the record being made before this Court, and after due deliberation, and sufficient cause appearing therefore, it is hereby;

ORDERED that the Court approves and allows the compensation of Campbell & Levine in the amount of $32,084.50 and expenses in the amount of $8,052.31.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

Dated: _____, 2002

{D0001449:1}                                         1