**EXHIBIT A**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 24, 2002

Bill Number 28958
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through December 31, 2001

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/03/01 | RAM | Read notices of court action in several Massachusetts cases. | 0.10 Hrs | $19.50 |
| 12/03/01 | MTM | Telephone calls from in-house counsel and to ARA re: obtain personnel files for 3 Libby employees. | 0.40 Hrs | $66.00 |
| 12/03/01 | ARA | Telephone calls from and to MTM re: personnel files requested by in-house counsel; search for files; discussion with MTM re: same. | 1.80 Hrs | $135.00 |
| 12/04/01 | MTM | Letter to in-house counsel re: Libby personnel files. | 0.10 Hrs | $16.50 |
| 12/04/01 | ARA | Per telephone call from MTM, retrieve personnel files (.5). Organize files at Winthrop Square (.7). | 1.20 Hrs | $90.00 |
| 12/05/01 | ARA | Organize files at Winthrop Square. | 0.30 Hrs | $22.50 |
| 12/07/01 | RAM | Read Orders of Dismissal of Grace from MDL 875 cases; send to in-house counsels. | 0.10 Hrs | $19.50 |
| 12/12/01 | MTM | Receipt and review of e-mail from Gary Graham re: Lovick photos of Libby requested by plaintiff's counsel; review list of documents added to Winthrop Square re: same. | 0.50 Hrs | $82.50 |

Re: Special Litigation Counsel - Work In Connection
   With General Asbestos Matters

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/12/01 | ARA | Telephone calls from and to MTM re: search for photos of Libby; review production set for same. | 0.30 Hrs | $22.50 |
| 12/17/01 | RAM | Telephone conference with in-house counsel re: checking on effect of dismissal of MDL 875 cases (.1). Conference with MTM re: G. Graham's request for photographs found by E. Lovick (.1). | 0.20 Hrs | $39.00 |
| 12/17/01 | MTM | Receipt and review of e-mail from Gary Graham re: Libby photos (.2); telephone calls to Holme Roberts paralegal to confirm same are in Boulder (.2). | 0.40 Hrs | $66.00 |
| 12/18/01 | RAM | Telephone conference with Clerk of MDL 875 cases re: orders of dismissal entered by J. Weiner; she referred me to J. Saris' clerk (.2); telephone call to J. Saris' docket clerk and leave message re: same (.1). | 0.30 Hrs | $58.50 |
| 12/18/01 | ARA | Organize files at Winthrop Square. | 0.90 Hrs | $67.50 |
| 12/19/01 | RAM | Conference with MTM re: request from in-house counsel for certain deposition transcripts (.1); check lists to see if we have them (.1). | 0.20 Hrs | $39.00 |
| 12/19/01 | MTM | Telephone call from John Heberling re: follow-up on prior offer to produce railroad documents at Winthrop Square; telephone call to in-house counsel re: same (.4). Telephone call to in-house counsel re: his request for deposition transcript (.1); conference with ARA re: locating deposition transcript (.1); conference with RAM re: same (.1); review files for case file requested by in-house counsel (.4). | 1.10 Hrs | $181.50 |
| 12/19/01 | ARA | Telephone call from MTM re: search for deposition transcript requested by in-house counsel; telephone call to MTM re: same; search for and locate box numbers where transcript might be; advise MTM of box numbers. | 1.00 Hrs | $75.00 |
| 12/20/01 | RAM | Work on fee application. | 0.30 Hrs | $58.50 |
| 12/21/01 | RAM | Second telephone call to J. Saris' docket clerk re: MDL 875 orders of dismissal; leave message. | 0.10 Hrs | $19.50 |
| 12/21/01 | MTM | Receipt and review of two boxes of file materials requested by in-house counsel (.1); telephone call and letter to in-house counsel re: same (.2). | 0.30 Hrs | $49.50 |
| 12/26/01 | RAM | Finalize fee application (.1). Read pleadings in several Massachusetts cases (.1). | 0.20 Hrs | $39.00 |

|  | TOTAL LEGAL SERVICES | $1,167.00 |
|---|---|---|

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.50 Hrs | 195/hr | $292.50 |
| MATTHEW T. MURPHY | 2.80 Hrs | 165/hr | $462.00 |
| ANGELA R. ANDERSON | 5.50 Hrs | 75/hr | $412.50 |
| | 9.80 Hrs | | $1,167.00 |

|  | TOTAL THIS BILL | $1,167.00 |
|---|---|---|

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 24, 2002

Bill Number 28959
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through December 31, 2001

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/03/01 | RAM | Read updated docket entries to select documents to be printed. | 0.30 Hrs | $58.50 |
| 12/03/01 | MTM | Work with temporary paralegals at Winthrop Square (.7). Review and respond to e-mails regarding quality control of scanning sheets (.4). | 1.10 Hrs | $181.50 |
| 12/03/01 | ARA | Telephone calls to MTM and Holme Roberts paralegal re: pick-up of boxes of documents for scanning by Onsite; oversee and inventory boxes re: same; give copy of inventory to MTM; telephone call from Reed Smith paralegal re: same (.7). Oversee review of documents (1.5). | 2.20 Hrs | $165.00 |
| 12/03/01 | JKW | Update bankruptcy court docket entries for RAM. | 0.30 Hrs | $22.50 |
| 12/03/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/03/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/03/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/03/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/03/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/03/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/03/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/03/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/03/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/03/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/03/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 12/03/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/03/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/03/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 12/04/01 | RAM | Read notice of rescheduled status conference with J. Saris; send to in-house counsel. | 0.10 Hrs | $19.50 |
| 12/04/01 | MTM | Work with temporary paralegals at Winthrop Square (.9). Receipt and review of executed contract with Onsite (.2). | 1.10 Hrs | $181.50 |
| 12/04/01 | ARA | Arrange for copying of documents re: certain vermiculite products (.2). Telephone conference with Onsite re: location of certain documents (.2). Telephone conference with Holme Roberts paralegal re: pick-up and delivery schedule of Onsite (.2). Answer temporary paralegals' questions re: review of documents (.2). Oversee review of documents (1.3). | 2.10 Hrs | $157.50 |
| 12/04/01 | JKW | Obtain information re: bankruptcy court documents for RAM. | 0.60 Hrs | $45.00 |
| 12/04/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/04/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

Re: Special Litigation Counsel - Work in Connection
  with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/04/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/04/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/04/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $487.50 |
| 12/04/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/04/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/04/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/04/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/04/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.60 Hrs | $570.00 |
| 12/04/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.60 Hrs | $645.00 |
| 12/04/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $300.00 |
| 12/04/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/04/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/04/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $712.50 |
| 12/05/01 | RAM | Conference with MTM re: status of document review. | 0.20 Hrs | $39.00 |
| 12/05/01 | MTM | Send e-mail to Lason to follow up on previous request for missing discs (.2). Conference with ARA re: questions on expanding plants and telephone call to Holme Roberts paralegal re: same (.2). Work with temporary paralegals at Winthrop Square (2.4). Conference with RAM re: review (.2). | 3.00 Hrs | $495.00 |
| 12/05/01 | ARA | Organize documents to be reviewed (.8). Answer questions from temporary paralegals re: review of documents (.2). Receive box tracking form/list from MTM; review list (.3). Conference with MTM re: expanding plant questions; telephone call to Holme Roberts paralegal re: same (.2). Oversee review of documents (1.7). | 3.20 Hrs | $240.00 |

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/05/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/05/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/05/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 12/05/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/05/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/05/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/05/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/05/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/05/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 12/05/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $690.00 |
| 12/05/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/05/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/05/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 12/05/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $712.50 |
| 12/06/01 | MTM | Conference with ARA re: temporary paralegals (.1). Review and respond to e-mail re: Onsite status, pick-ups next week of documents to be scanned and unscannable procedures (.5). Review MTM correspondence for August and September, 2000 to determine which original Libby Storage Boxes were sent to Libby at that time (.3). | 0.90 Hrs | $148.50 |
| 12/06/01 | ARA | Conference with MTM re: procedure for returning nonresponsive quality controlled documents to Cambridge (.1). Conference with MTM re: pick-up schedule with Onsite; conference with temporary paralegals re: same (.6). Telephone call to MTM re: email; confirmed it was in the Helpful tips section of the quick-reference guide for temporary paralegals (.1). Oversee review of documents (1.1). Conference with Reed Smith paralegal re: Onsite schedule for picking up | 2.30 Hrs | $172.50 |

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | boxes (.4). | | |
| 12/06/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/06/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/06/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/06/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/06/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/06/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/06/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/06/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/06/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $690.00 |
| 12/06/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/06/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/06/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 12/06/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/07/01 | ARA | Organize documents to be reviewed; conferences with Reed Smith paralegal re: same (.6). Answer questions of temporary paralegals re: review of documents (.3). Oversee review of documents (2.4). | 3.30 Hrs | $247.50 |
| 12/07/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/07/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/07/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/07/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/07/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $337.50 |
| 12/07/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/07/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/07/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/07/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/07/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/07/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 4.20 Hrs | $315.00 |
| 12/07/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/07/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 12/07/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $300.00 |
| 12/07/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 5.20 Hrs | $390.00 |
| 12/10/01 | ARA | Receipt of boxes of scanning sheets; quality control same for document review (.6). Telephone conference with Reed Smith paralegal re: supervisory coverage this week and next week of the document review (.3). Arrange for delivery of more boxes of documents to be reviewed; conferences with Holme Roberts paralegal and PM re: same; consult with temporary paralegals re: same (.7). Oversee review of documents (1.6). | 3.20 Hrs | $240.00 |
| 12/10/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/10/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/10/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 12/10/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.60 Hrs | $570.00 |

Re: Special Litigation Counsel - Work in Connection
  with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/10/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 12/10/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/10/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/10/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/10/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/10/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/10/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $690.00 |
| 12/10/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/10/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/10/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $652.50 |
| 12/10/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/11/01 | RAM | Conference with MTM re: having paralegals review advertising documents to try and locate a specific one (.1). Review updated docket entries and indicate which documents to be printed (.2). | 0.30 Hrs | $58.50 |
| 12/11/01 | MTM | Conference with ARA re: status of review (.2). Telephone call from in-house counsel re: review of certain advertising documents; conference with RAM re: same (.1); telephone call to ARA and temporary paralegals re: same (.3). | 0.60 Hrs | $99.00 |
| 12/11/01 | ARA | Conferences with Holme Roberts and Reed Smith paralegals re; shipping boxes to Winthrop Square for review; discussion with temporary paralegals re: same; telephone conference with PM to arrange for shipment of documents to Winthrop Square (.8). Telephone call from MTM re: issues re: document review (.1), pick-up schedule by Onsite and re: what boxes can be returned to Cambridge (.2). Discussions with Reed Smith paralegal and temporary paralegal re: non-responsive boxes not being quality controlled and what to do about it. (.5). Discussions with Reed Smith paralegal re: unscannable boxes from Lason (.2) and re: status of review (.2). Per telephone call from MTM, search for | 3.50 Hrs | $262.50 |

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | certain documents for in-house counsel with temporary paralegals (.8). Oversee review of documents (.7). | | |
| 12/11/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/11/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/11/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/11/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.60 Hrs | $570.00 |
| 12/11/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $697.50 |
| 12/11/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/11/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/11/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/11/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/11/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $547.50 |
| 12/11/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 12/11/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/11/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/11/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/11/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/12/01 | RAM | Conference with MTM to identify whether certain individuals were Grace in-house counsel to advise paralegals re: same. | 0.10 Hrs | $19.50 |
| 12/12/01 | MTM | Review and respond to e-mails regarding changes to instruction packets to reviewers and revise list of possible Grace counsel (1.0); conference with RAM re: whether particular individuals were in-house counsel (.1). Telephone call from in-house counsel re: air sampling (.3). | 1.40 Hrs | $231.00 |

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/12/01 | ARA | Conferences with temporary paralegals to answer questions re: search for vermiculite documents, per MTM's request; review documents; telephone call to MTM re: completion of review of documents (1.5). Discussion with Reed Smith paralegal re: revised Grace plants and facilities list; distribute list to MTM and temporary paralegals (1.6). Telephone calls to PM and to Holme Roberts paralegal re: pick-up of documents in Cambridge tomorrow (.3). Review Libby documents per MTM's request (1.3). Discussion with Reed Smith paralegal and temporary paralegal re: quality control of documents (.4). Oversee review of documents (1.2). | 6.30 Hrs | $472.50 |
| 12/12/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/12/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/12/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |
| 12/12/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.60 Hrs | $570.00 |
| 12/12/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/12/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/12/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/12/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/12/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/12/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $592.50 |
| 12/12/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/12/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/12/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/12/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/12/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/13/01 | ARA | Prepare for delivery of boxes of documents from Cambridge (.3); oversee delivery and inventory same (2.5); telephone calls to Holme Roberts paralegal re: inventory of boxes from Cambridge (.3). Conference with Reed Smith paralegal re: review of documents (.3). Answer questions of temporary paralegals re: plants; locate list re: same (.5). Conference with Reed Smith paralegal re: pick-up of documents by Onsite at Winthrop Square and Cambridge (.7). Oversee review of documents (.6). | 5.20 Hrs | $390.00 |
| 12/13/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/13/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/13/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/13/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $487.50 |
| 12/13/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $412.50 |
| 12/13/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/13/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/13/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/13/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 12/13/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |
| 12/13/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/13/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/13/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/13/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.70 Hrs | $502.50 |

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/13/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/14/01 | ARA | Organize information re: delivery of boxes to Winthrop Square for PM (.4). Conference with temporary paralegal re: reviewing responsive documents (.3). Discussion with temporary paralegal re: expanding plant (.1). Compare inventory sheets re: boxes from Cambridge; check boxes against inventory and locate missing box on inventory sheet; prepare copy of inventory for MTM (3.0). Review box inventory from Onsite (.3); discussions with Holme Roberts paralegal re: same and pick-up schedule of Onsite (.5). Oversee review of documents (2.0). | 6.60 Hrs | $495.00 |
| 12/14/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 12/14/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/14/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 12/14/01 | MEV | Download and print selected documents filed in bankruptcy cases (1.2); update docket entries for RAM (.5). | 1.70 Hrs | $127.50 |
| 12/14/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.60 Hrs | $570.00 |
| 12/14/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 3.50 Hrs | $262.50 |
| 12/14/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/14/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/14/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/14/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 12/14/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $607.50 |
| 12/14/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $337.50 |
| 12/14/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/14/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 12/14/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $300.00 |
| 12/14/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 12/17/01 | RAM | Read selected documents and pleadings filed in bankruptcy court. | 1.80 Hrs | $351.00 |
| 12/17/01 | MTM | Review and respond to e-mails re: temporary paralegal (.3), boxes with no target sheets and pickup by Onsite of documents to be scanned this week (.5). Telephone call from in-house counsel re: review of advertising materials (.2). Telephone call to in-house counsel to discuss air sampling (.3). | 1.30 Hrs | $214.50 |
| 12/17/01 | ARA | Per telephone call from Holme Roberts paralegal, contact Merrill Corp. to order stop sheets for the document review (.5). Telephone call from MTM re: questions about document review (.2). Discussion with temporary paralegals re: notice documents (.3). Oversee document review (1.7); conferences with Holme Roberts (.7) and Reed Smith paralegals re: same (.7). | 4.10 Hrs | $307.50 |
| 12/17/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/17/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/17/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 12/17/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 5.30 Hrs | $397.50 |
| 12/17/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/17/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/17/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/17/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/17/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/17/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/17/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/17/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.80 Hrs | $735.00 |
| 12/17/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 12/17/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/18/01 | MTM | Review and respond to e-mails re: pickup of documents to be scanned by Onsite and number of boxes returned by them. | 0.30 Hrs | $49.50 |
| 12/18/01 | ARA | Conferences with temporary paralegals re: review and inventory of documents (1.0). Telephone call from Reed Smith paralegal re: scanning sheets (.1). Prepare for Onsite to pick-up documents (.5). Oversee review of documents (2.3). | 3.90 Hrs | $292.50 |
| 12/18/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/18/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/18/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/18/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 12/18/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 5.20 Hrs | $390.00 |
| 12/18/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/18/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/18/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/18/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 12/18/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

Re: Special Litigation Counsel - Work in Connection
  with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/18/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.10 Hrs | $682.50 |
| 12/18/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/18/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.60 Hrs | $645.00 |
| 12/18/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/19/01 | RAM | Conference with MTM re: various aspects of document review. | 0.50 Hrs | $97.50 |
| 12/19/01 | MTM | Review notes and telephone call to Reed Smith and Holme Roberts paralegals re: estimate of document review timeline for RAM (.9). Conference with RAM (.5) and e-mail to Holme Roberts and Reed Smith personnel re: additions to Grace attorney list and problems with boxes returned by Onsite today (.2). Work with temporary paralegals at Winthrop Square (.8). Telephone calls to in-house counsel re: air sampling and fax sampling documents to in-house counsel (.4). | 2.80 Hrs | $462.00 |
| 12/19/01 | ARA | Telephone calls from and to Holme Roberts paralegal re: Onsite pick-up and delivery of boxes today; prepare boxes for pickup; telephone call from MTM re: same (2.3). Conference with Reed Smith paralegal re: nonresponsive boxes from Onsite that need to be re-reviewed (.1). Conference with temporary paralegals re: information on boxes received from Onsite (1.1). Oversee review of documents (1.2). | 4.70 Hrs | $352.50 |
| 12/19/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/19/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/19/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $547.50 |
| 12/19/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/19/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/19/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/19/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 3.50 Hrs | $262.50 |
| 12/19/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/19/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/19/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 3.10 Hrs | $232.50 |
| 12/19/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/19/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 12/19/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 12/19/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/20/01 | RAM | Read emails from Holmes Roberts paralegal and MTM re: how to characterize an in-house counsel memo; draft note to MTM re: same. (.1). Work on fee application (1.8). | 1.90 Hrs | $370.50 |
| 12/20/01 | MTM | Review and respond to e-mails re: test data results (.3), questions from reviewers (.6) and status of project from Onsite (.4). | 1.30 Hrs | $214.50 |
| 12/20/01 | ARA | Organize dead storage box list for MTM and produce same to him (.2). Complete Libby review and list per MTM's request (1.5). Conference with Holme Roberts paralegal re: inventory box list for Onsite pick-up and deliveries (.5). Oversee review of documents; conferences with MTM, paralegals and temporary paralegals re: same (1.6). | 3.80 Hrs | $285.00 |
| 12/20/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/20/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/20/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/20/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/20/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/20/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/20/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/20/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/20/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/20/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $712.50 |
| 12/20/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $697.50 |
| 12/20/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/20/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 12/20/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.60 Hrs | $645.00 |
| 12/20/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/21/01 | RAM | Work on fee application (2.9). Read selected documents and pleadings filed in bankruptcy court (.3). | 3.20 Hrs | $624.00 |
| 12/21/01 | MTM | Review and work on inventories of Libby storage boxes and boxes to be returned to Cambridge as not responsive (.5). Work with temporary paralegals at Winthrop Square (1.3). | 1.80 Hrs | $297.00 |
| 12/21/01 | JKW | Update bankruptcy court docket entries (.3); download and print selected documents filed in bankruptcy court for RAM (.3). | 0.60 Hrs | $45.00 |
| 12/21/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/21/01 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 12/21/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $300.00 |
| 12/21/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 12/21/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 3.50 Hrs | $262.50 |

Re: Special Litigation Counsel - Work in Connection
  with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/21/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/21/01 | SB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/21/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/21/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/21/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/21/01 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 3.50 Hrs | $262.50 |
| 12/21/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/21/01 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $337.50 |
| 12/21/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $225.00 |
| 12/21/01 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $337.50 |
| 12/26/01 | RAM | Work on fee application (.9). Read updated bankruptcy court docket entries to select documents to be printed (.1). | 1.00 Hrs | $195.00 |
| 12/26/01 | JKW | Obtain information re: selected documents filed in bankruptcy court for RAM. | 0.30 Hrs | $22.50 |
| 12/27/01 | RAM | Work on fee application and send to clients for review. | 1.30 Hrs | $253.50 |
| 12/27/01 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 0.80 Hrs | $60.00 |
| 12/28/01 | RAM | Read selected documents and pleadings filed in bankruptcy court (1.7). Finalize fee application and send it to Delaware local counsel for filing (1.0). | 2.70 Hrs | $526.50 |
| 12/28/01 | MTM | Work with temporary paralegals at Winthrop Square. | 1.00 Hrs | $165.00 |
| 12/28/01 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 1.10 Hrs | $82.50 |
| 12/28/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/28/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 6.70 Hrs | $502.50 |

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/28/01 | MPS | Review documents for production in Chapter 11cases and to the EPA. | 7.00 Hrs | $525.00 |
| 12/28/01 | EKL | Review documents for production in Chapter 11cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/28/01 | JDL | Review documents for production in Chapter 11cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/28/01 | ABE | Review documents for production in Chapter 11cases and to the EPA. | 8.50 Hrs | $637.50 |
| 12/31/01 | RAM | Read documents re: EPA and Libby (.3). Read updated entries from bankruptcy court docket to select documents to be printed (.1). | 0.40 Hrs | $78.00 |
| 12/31/01 | MTM | Work with temporary paralegals at Winthrop Square (2.3). E-mail to Lason re: follow-up on earlier request for missing discs (.2). | 2.50 Hrs | $412.50 |
| 12/31/01 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/31/01 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 4.80 Hrs | $360.00 |
| 12/31/01 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $487.50 |
| 12/31/01 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 12/31/01 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 12/31/01 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 12/31/01 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 12/31/01 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 12/31/01 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $300.00 |
| 12/31/01 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

TOTAL LEGAL SERVICES    $145,635.00

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 13.80 Hrs | 195/hr | $2,691.00 |
| MATTHEW T. MURPHY | 19.10 Hrs | 165/hr | $3,151.50 |
| ANGELA R. ANDERSON | 54.40 Hrs | 75/hr | $4,080.00 |
| JOSEPH K. WINRICH | 3.70 Hrs | 75/hr | $277.50 |
| GARY R. BELLINGER | 136.00 Hrs | 75/hr | $10,200.00 |
| FRANK O. ASHENUGA | 120.00 Hrs | 75/hr | $9,000.00 |
| EUGENE D. KRASS | 112.50 Hrs | 75/hr | $8,437.50 |
| MARCI E. VANDERHEIDE | 1.70 Hrs | 75/hr | $127.50 |
| MARIA PATRACEA SCIALLA | 120.10 Hrs | 75/hr | $9,007.50 |
| BRIAN R. HACHEY | 89.30 Hrs | 75/hr | $6,697.50 |
| EDWARD K. LAW | 135.50 Hrs | 75/hr | $10,162.50 |
| STEVEN BAILEY JR. | 120.00 Hrs | 75/hr | $9,000.00 |
| ARIANA KUSHAK | 123.00 Hrs | 75/hr | $9,225.00 |
| JAMES D. LEAVER | 135.00 Hrs | 75/hr | $10,125.00 |
| RISA PERIS | 128.10 Hrs | 75/hr | $9,607.50 |
| AMY PREBLE | 114.00 Hrs | 75/hr | $8,550.00 |
| SONYA STATON | 112.00 Hrs | 75/hr | $8,400.00 |
| A. BROCK EDMUNDS | 120.60 Hrs | 75/hr | $9,045.00 |
| CHRISTINE DISAIA | 118.50 Hrs | 75/hr | $8,887.50 |
| DANNY FACTOR | 119.50 Hrs | 75/hr | $8,962.50 |
| | 1,896.80 Hrs | | $145,635.00 |

TOTAL THIS BILL          $145,635.00