# EXHIBIT B

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 24, 2002

Bill Number 28960
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through December 31, 2001

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

## DISBURSEMENTS

### TELEPHONE

| Date | | | Amount | |
|---|---|---|---|---|
| 12/11/01 | | | 1.04 | |
| 12/17/01 | 329 | 3026524100 | 0.56 | |
| 12/17/01 | 329 | 4065232543 | 0.22 | |
| 12/19/01 | 329 | 5613621532 | 1.33 | |
| 12/25/01 | | | 2.39 | |
| | | | | $5.54 |

### EXCESS POSTAGE

| Date | Amount | |
|---|---|---|
| 12/04/01 | 7.70 | |
| | | $7.70 |

### OUTSIDE PHOTOCOPYING

| Date | Description | Amount | |
|---|---|---|---|
| 12/10/01 | MERRILL CORPORATION - 2 copies of personnel files for 3 Libby employees per request of in-house counsel. | 258.71 | |
| | | | $258.71 |

Page 1

Re: Special Litigation Counsel - Work In Connection
   With General Asbestos Matters

**DISBURSEMENTS**

PHOTOCOPYING

| | | |
|---|---|---:|
| 12/04/01 | 3 copies | 0.36 |
| 12/04/01 | 1 copy | 0.12 |
| 12/04/01 | 2 copies | 0.24 |
| 12/05/01 | 1 copy | 0.12 |
| 12/07/01 | 5 copies | 0.60 |
| 12/07/01 | 6 copies | 0.72 |
| 12/10/01 | 1 copy | 0.12 |
| 12/10/01 | 8 copies | 0.96 |
| 12/12/01 | 180 copies | 21.60 |
| 12/12/01 | 2 copies | 0.24 |
| 12/17/01 | 2 copies | 0.24 |
| 12/18/01 | 6 copies | 0.72 |
| 12/20/01 | 2 copies | 0.24 |
| 12/21/01 | 1 copy | 0.12 |
| 12/21/01 | 3 copies | 0.36 |
| 12/21/01 | 1 copy | 0.12 |
| 12/21/01 | 3 copies | 0.36 |
| 12/28/01 | 48 copies | 5.76 |

$33.00

MISCELLANEOUS

| | | |
|---|---|---:|
| 12/10/01 | RECORDKEEPER ARCHIVE - monthly storage fee (12/01) | 382.50 |
| 12/31/01 | Reimbursement for outside photocopying by McGarvey, Heberling, Sullivan (MT) | -263.32 |

$119.18

TOTAL DISBURSEMENTS    $424.13

TOTAL THIS BILL    $424.13

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 24, 2002

Bill Number 28961
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through December 31, 2001

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

## DISBURSEMENTS

### TELEPHONE

| Date | | | | Amount | |
|---|---|---|---|---|---|
| 12/11/01 | 329 | 3026524100 | | 0.21 | |
| 12/18/01 | 357 | 2155977704 | | 0.35 | |
| 12/19/01 | 329 | 2158518232 | | 0.22 | |
| 12/25/01 | | | | 11.53 | |
| | | | | | $12.31 |

### FEDERAL EXPRESS

| Date | Description | Amount | |
|---|---|---|---|
| 12/10/01 | To Reed Smith Attorney from MTM on 11/21/01 | 110.31 | |
| 12/10/01 | To in-house counsel from RAM on 11/19/01 | 44.55 | |
| 12/10/01 | To Kirkland Ellis Attorney from MTM on 11/21/01 | 117.73 | |
| 12/28/01 | To David W. Carickhoff Jr., Esq. from RAM on 11/30/01 | 12.55 | |
| 12/28/01 | To Reed Smith Attorney from RAM on 11/29/01 | 24.57 | |
| | | | $309.71 |

### PACER ONLINE SEARCH

| Date | Description | Amount | |
|---|---|---|---|
| 12/31/01 | 11/5, 11/8 & 11/12/01 - JKW - computer access to bankruptcy court docket and documents | 8.40 | |
| | | | $8.40 |

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

**DISBURSEMENTS**

OTHER DELIVERY SERVICES

| | | |
|---|---|---|
| 12/10/01 | WALSH MOVERS INC. - Move boxes from WR Grace in Cambridge to One Winthrop Square | 495.00 |
| 12/28/01 | BOSTON EXPRESS DELIV - To in-house counsel from RAM on 11/12/01 | 16.00 |
| | | $511.00 |

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 12/10/01 | MERRILL CORPORATION - 2 sets of advertising documents for Reed Smith and Kirkland & Ellis | 2,272.77 |
| 12/10/01 | MERRILL CORPORATION - Training Packet Information copies re: start of Document Review - EPA | 496.52 |
| | | $2,769.29 |

PHOTOCOPYING

| | | |
|---|---|---|
| 12/21/01 | 19 copies | 2.28 |
| 12/28/01 | 1 copy | 0.12 |
| | | $2.40 |

TELEPHONE

| | | |
|---|---|---|
| 12/07/01 | AT&T Service | 22.25 |
| | | $22.25 |

MISCELLANEOUS

| | | |
|---|---|---|
| 12/03/01 | MCI - monthly charge for usage of Searchlink 10/15/01-11/14/01. | 23.79 |
| | | $23.79 |
| | TOTAL DISBURSEMENTS | $3,659.15 |

|  |  |
|---|---|
| TOTAL THIS BILL | $3,659.15 |