L TERSIGNI CONSULTING P.C.
Certified Public Accountant

NEW ADDRESS:
2001 West Main Street-Suite #220
Stamford, CT. 06902
Main Telephone #203-569-9090
Fax # 203-569-9098

November 14, 2001

Invoice No. 049

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period of October 1, 2001 through and including November 1, 2001 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni, Managing Director | 16.00 | $6,320.00 |
| Michael Berkin, Managing Director | 13.00 | $5,135.00 |
| Patrick McArdle, Director | 2.00 | $600.00 |
| Dottie-Jo Collins, Manager | 1.25 | $281.25 |

Expenses

| | |
|---|---|
| Travel (Air and Ground Transportation) and Telephone, Fax. Xerox, Postage (see Schedule B) | $2,036.35 |
| **TOTAL** | $14,372.60 |

1

11/29/2001

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

NEW ADDRESS:
2001 West Main Street-Suite #220
Stamford, CT. 06902
Main Telephone #203-569-9090
Fax # 203-569-9098

November 14, 2001

Invoice No. 049

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

# RE:    W.R. Grace

Summary of Professional Services Rendered:

October 1, 2001 through and including November 1, 2001

| Name | Schedule | Rate (2001) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $395 | 16.00 | $6,320.00 |
| Michael Berkin | Schedule A | $395 | 13.00 | $5,135.00 |
| Patrick McArdle | Schedule A | $300 | 2.00 | $600.00 |
| Dottie-Jo Collins | Schedule A | $225 | 1.25 | $281.25 |
| Total Professional Services- Schedule A: | | | 32.25 | $12,336.25 |
| Total Out of Pocket Expenses- Schedule B: | | | | $2,036.35 |
| **TOTAL DUE THIS INVOICE** | | | | **$14,372.60** |

1

11/29/2001

# W.R. Grace

**Schedule A**

## Loreto T. Tersigni

Services Rendered during the Period: October 1, 2001 through and including November 1, 2001

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/12/2001 | Analysis of engagement status regarding work product produced, fee applications, work programs & schedules | 1.50 | $395.00 | $592.50 |
| 10/31/2001 | Review business plan in preparation for meeting with representatives of debtor on November 1st | 4.50 | $395.00 | $1,777.50 |
| 11/1/2001 | Meeting with W.R.Grace management and The Blackstone Group to discuss 2001-5 detailed business plan. | 10.00 | $395.00 | $3,950.00 |
| | Sub-Total | 16.00 | | $6,320.00 |

## Michael Berkin

Services Rendered during the Period: October 1, 2001 through and including November 1, 2001

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/30/2001 | Review W.R.Grace 2001-5 Business Plan in preparation for meeting on 11/1/01 to discuss the aforementioned Plan | 3.00 | $395.00 | $1,185.00 |
| 11/1/2001 | Meeting with W.R.Grace management and The Blackstone Group to discuss 2001-5 detailed business plan. | 10.00 | $395.00 | $3,950.00 |
| | Sub-Total | 13.00 | | $5,135.00 |

## Patrick McArdle

Services Rendered during the Period: October 1, 2001 through and including November 1, 2001

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/26/2001 | Research and review case file for historical prospective of company's past performance | 2.00 | $300.00 | $600.00 |
| | Sub-Total | 2.00 | | $600.00 |

## Dottie-Jo Collins

Services Rendered during the Period: October 1, 2001 through and including November 1, 2001

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/1/2001 | Compilation and consolidation of monthly services rendered | 1.25 | $225.00 | $281.25 |
| | Sub-Total | 1.25 | | $281.25 |

| | TOTAL Schedule A | 32.25 | | $12,336.25 |
|---|---|---|---|---|

1

11/29/2001

Schedule B

# W.R. Grace

Summary of Expenses Incurred by L Tersigni Consulting P.C.
Accountant and Financial Advisor

| Descriptions | Amount |
|---|---|
| **Purpose of trip: Meeting with Debtor in Columbia, Maryland** | |
| Airfare -ROUND TRIP- WestChester County, New York/ Baltimore, Maryland | |
| LoretoTersigni   11/1/01 | $876.75 |
| Michael Berkin   11/1/01 | $876.75 |
| Ground Transportation: | |
| Car Milage TO/FROM CT/WestChester County Airport + Parking | $28.80 |
| Taxi TO/FROM Baltimore Airport and Cloumbia, Maryland | $74.00 |
| | |
| Telephone - October 2001 | $139.51 |
| Report Reproduction/Xerox and Postage of monthly billing reports | $3.36 |
| Report Reproduction/Xerox- 2 Copies of Business Plan | $37.18 |
| Total Expenses incurred from Oct.1, 2001 through & including November 1, 2001 | $2,036.35 |

11/29/2001