# SCHEDULE A

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

January 11, 2002

Invoice No. 0 6 7

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

**RE:   W.R. Grace**

For services rendered in connection with the above-captioned matter during the period December 1, 2001 - December 31, 2001 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni - Managing Director | 8.50 | $3,357.50 |
| Michael Berkin - Managing Director | 5.00 | $1,975.00 |
| Patrick McArdle - Director | 1.00 | $300.00 |
| Dottie-Jo Collins - Manager | 3.35 | $753.75 |

| Expenses (see Schedule B) | | |
|---|---|---|
| Telephone, Transportaion, Xerox, Postage, Fax | | $133.70 |
| **TOTAL** | | $6,519.95 |

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

January 11, 2002

Invoice No. 0 6 7

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

# RE:    W.R. Grace

Summary of Professional Services Rendered:  December 1, 2001 - December 31, 2001

| Name | Schedule | Rate (2001) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $395 | 8.50 | $3,357.50 |
| Michael Berkin | Schedule A | $395 | 5.00 | $1,975.00 |
| Patrick McArdle | Schedule A | $300 | 1.00 | $300.00 |
| Dottie-Jo Collins | Schedule A | $225 | 3.35 | $753.75 |
| **Total Professional Services- Schedule A:** | | | 17.85 | $6,386.25 |
| **Total Out of Pocket Expenses- Schedule B:** | | | | $133.70 |
| **TOTAL DUE THIS INVOICE** | | | | $6,519.95 |

W.R. Grace																Schedule A

### Loreto T. Tersigni

*Services Rendered during the Period: December 1 - 31, 2001.*

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/5/2001 | Review of Chi Project memorandum and analysis | 2.00 | $395.00 | $790.00 |
| 12/7/2001 | Preparation of document request | 2.00 | $395.00 | $790.00 |
| 12/20/2001 | Review of business plan for ACC | 2.50 | $395.00 | $987.50 |
| 12/21/2001 | Review and analysis of engagement scope and analysis for ACC | 0.50 | $395.00 | $197.50 |
| 12/27/2001 | Review of monthly operating report - November 2001 | 1.50 | $395.00 | $592.50 |
| | Sub-Total | 8.50 | | $3,357.50 |

### Michael Berkin

*Services Rendered during the Period: December 1 - 31, 2001.*

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/4/2001 | Discussion with Grace's Director of Business and Grace's financial advisor to update Project Chi. Preparation of memorandum to discuss findings. | 5.00 | $395.00 | $1,975.00 |
| | Sub-Total | 5.00 | | $1,975.00 |

### Patrick McArdle

*Services Rendered during the Period: December 1 - 31, 2001.*

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/14/2001 | Review historical files, update case files with results of current analysis | 1.00 | $300.00 | $300.00 |
| | Sub-Total | 1.00 | | $300.00 |

### Dottie-Jo Collins

*Services Rendered during the Period: December 1 - 31, 2001.*

| Date | Comment | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/18/2001 | Final edit and distribution of enclosure #16 in due diligence binder | 2.00 | $225.00 | $450.00 |
| 12/31/2001 | Compilation and consolidation of monthly services rendered | 1.35 | $225.00 | $303.75 |
| | Sub-Total | 3.35 | | $753.75 |

| | TOTAL Schedule A | 17.85 | | $6,386.25 |
|---|---|---|---|---|

# W. R. Grace

# Schedule B

**Summary of Expenses Incurred by L Tersigni Consulting P.C.
Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone - December 2001 | $45.21 |
| Federal Express (12/5/01 Pkg to Mr. Peter Lockwood) | $24.23 |
| Xerox  ( 203 x $0.10 per page) | $20.30 |
| Postage & Materials   ( 28 x $1.57 per envelope) | $43.96 |
| **Total Expenses incurred from Dec. 1, 2001 through Dec. 31, 2001** | **$133.70** |