IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: February 20, 2001 at 4:00 pm** |
| | ) | **Hearing Date: May 20, 2002 @ 10:00 a.m.** |

**THIRD INTERIM FEE APPLICATION REQUEST OF FERRY & JOSEPH, P.A.
FOR APPROVAL AND ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS FOR THE
PERIOD OF OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS FOR THE PERIOD OCTOBER 1, 2002 THROUGH DECEMBER 31, 2001**:

| Date Filed; Docket No. | Total Fee Requested | Total Expenses Requested | Cert. of No Objection Date Filed; Docket No. | Amount of Fees Paid/ To Be Paid (80%) | Amount of Expenses Paid/To Be Paid (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|
| 01/02/02 #1436 | $16,325.00 | $4,495.30 | 01/23/02 #1536 | $13,060.00 | $4,495.30 | $3,265.00 |
| 01/21/02 #1533 | $4,689.00 | $885.80 | To Be Filed | $3,751.20 (if no objections are filed) | $885.80 (if no objections are filed) | $937.80 (if no objections are filed) |
| **Total:** | **$21,014.00** | **$5,381.10** | | **$16,811.20** | **$5,381.10** | **$4,202.80** |

**CUMULATIVE SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS:**

| Name of professional person | Position of the Applicant, Number of Years in Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael B. Joseph | Partner, 25, Various, 1976, Bankruptcy | $300.00 | 0.0 | $0.00 |
| Theodore J. Tacconelli | Associate, 13, Various, 1988, Bankruptcy, Commercial Litigation | $200.00 | 66.0 | $12,900.00 |
| Rick S. Miller | Associate, 5, 1995, Various, Bankruptcy, General Litigation | $160.00 $175.00 | 26.3 | $4,514.00 |
| Lisa L. Coggins | Legal Assistant, < 1 year | $80.00 | 45.0 | $3,600.00 |
| Grant Total: | | | 137.3 | $21,014.00 |
| Blended Rate: | | | | $153.05 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY:**

| Project Category | Total Hours for the Interim Period | Total Hours from the Petition Date | Total Fees for the Interim Period | Total Fees from the Petition Date |
|---|---|---|---|---|
| Case Administration/ General | 62.0 | 143.5 | $9,847.00 | $24,596.00 |
| Fee Applications | 31.0 | 62.1 | $2,796.50 | $7,013.50 |
| Litigation | 18.2 | 76.7 | $3,640.00 | $14,641.50 |
| Retention of Professionals | 6.5 | 13.4 | $1,240.00 | $2,494.00 |
| Committee Mtgs. and Teleconferences | 11.0 | 57.7 | $2,070.50 | $10,765.00 |
| Court Hearings | 5.6 | 13.4 | $1,120.00 | $2,633.00 |
| Travel Time | 3.0 | 20.0 | $300.00 | $1,822.50 |
| **Total** | **137.3** | **386.8** | **$21,014.00** | **$63,965.50** |


...


**CUMULATIVE EXPENSE SUMMARY:**

| Expense Category | Total Expenses for the Interim Period | Total Expenses from the Petition Date |
|---|---|---|
| Computer Legal Research | $104.75 | $104.75 |
| Facsimile ($1.00 per page) | $192.00 | $1,294.00 |
| In-House Reproduction | $1,161.75 | $2,009.40 |
| Outside Reproduction | $1,786.71 | $4,925.37 |
| Document Scanning, Service or Retrieval | $353.05 | $1,798.84 |
| Filing/Court Fees | $0.00 | $0.00 |
| Out-of-Town Travel | $635.17 | $3,788.68 |
| Courier & Express Carriers | $590.32 | $1,050.43 |
| Postage | $168.03 | $313.66 |
| Web Pacer | $92.26 | $92.26 |
| Hearing transcripts | $290.36 | $564.23 |
| Other (Working Meal) | $6.70 | $6.70 |
| **Total** | **$5,381.10** | **$15,948.32** |

FERRY & JOSEPH, P.A.

 /s/ Rick S. Miller
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Counsel to the Official Committee of Asbestos Property Damage Claimants

Dated: January 31, 2002