IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: February 20, 2001 at 4:00 pm** |
| | ) | **Hearing Date: May 20, 2002 @ 10:00 a.m.** |

**NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST OF FERRY & JOSEPH, P.A. FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001**

**PLEASE TAKE NOTICE** that on January 31, 2002, an Interim Fee Application Request (the "Application") seeking interim payment of fees and expenses was filed with the United States Bankruptcy Court for the District of Delaware.

| | |
|---|---|
| Name of Applicant: | Ferry & Joseph, P.A. |
| Authorized to provide professional services to: | Official Committee of Asbestos Property Damage Claimants |
| Date of retention: | April 18, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2001 through December 31, 2001 |
| Total Amount of compensation sought as actual, reasonable and necessary: | $21,014.00 |
| Total Amount of reimbursement sought as actual, reasonable and necessary: | $5,381.10 |
| Total Amount of compensation paid/to be paid as actual, reasonable and necessary: | $16,811.20[1] |
| Total Amount of reimbursement paid/to be paid as actual, reasonable and necessary: | $5,381.10 |

---

[1] $3,751.20 of this amount to be paid so long as no objections are filed to the Applicant's Eighth Monthly Application for the period of December 1, 2001 through December 31, 2001.

Total Amount of Holdback Fees Sought:      $4,202.80

This is a: _____ monthly   X   interim _____ final fee application.

   **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be filed with the United States Bankruptcy Court for the District of Delaware and served upon; (i) counsel to the Official Committee of Asbestos Property Damage Claimants: (a) Bilzin Sumberg Dunn Baena Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Attn: Scott L. Baena, Esq.), and Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (Attn: Michael B. Joseph, Esq.); (ii) Debtors, W.R. Grace, 7500 Grace Drive, Columbia, Maryland 21044 (Attn: David B. Siegel, Senior VP and General Counsel); (iii) Debtors' counsel: (a) Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (Attn: James H.M. Sprayregen, Esq.) and (b) Pachulski Stang Ziehl Young & Jones, 919 Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Attn: Laura Davis Jones, Esq.); (iv) Office of the United States Trustee, 844 King Street, Room 2311, Wilmington, Delaware 19801 (Attn: Frank Perch, Esq.); (v) counsel to the Official Committee of Unsecured Creditors: (a) Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Lewis Kruger, Esq.) and (b) Duane Morris & Heckscher LLP, P.C., 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (Attn: Michael Lastowski, Esq.); (vi) counsel to the Official Committee of Asbestos Personal Injury Claimants: (a) Campbell & Levine, LLC, 1201 N. Market Street, 15th Floor, Wilmington, Delaware 19801 (Attn: Matthew G. Zaleski, III, Esq.), (b) Caplin & Drysdale, Chartered, 399 Park Avenue, 36th Floor, New York, New York 10022 (Attn: Elihu Inselbuch, Esq.) and Caplin & Drysdale, Chartered, One Thomas Circle, N.W., Washington, D.C. 20005-5802 (Attn: Peter Van N. Lockwood, Esq.); (vii) counsel to the Post Petition Lenders: (a) Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (Attn: J. Douglas Bacon, Esq.) and (b) The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (Attn: Steven M. Yoder, Esq.); and (viii) counsel to the Official Committee of Equity Holders: (a) Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (Attn: Thomas M. Mayer, Esq.) and (b) Klett Rooney Leber & Schorling, 1000 West Street, Suite 1410, Wilmington, DE 19801 (Attn: Teresa K.D. Currier, Esq.) **so as to be received by February 20, 2002 at 4:00 p.m. prevailing Eastern Time**.

              FERRY & JOSEPH, P.A.

              /s/Rick S. Miller
              Michael B. Joseph (#392)
              Theodore J. Tacconelli (#2678)
              Rick S. Miller (#3418)
              824 Market Street, Suite 904
              P.O. Box 1351
              Wilmington, DE. 19899
              (302) 575-1555
              Local Counsel to the Official Committee of Asbestos
              Property Damage Claimants

Dated: January 31, 2002