IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER APPROVING THIRD INTERIM FEE APPLICATION
REQUEST OF FERRY & JOSEPH, P.A.
FOR APPROVAL AND ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS FOR THE
PERIOD OF OCTOBER 1, 2001 THROUGH DECEMBER  31, 2001**

AND NOW, to wit this ____ day of _____, 2002, the Court having heard the

Third Interim Fee Application Request of Ferry & Joseph, P.A. for Approval and Allowance of

Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Asbestos Property Damage Claimants for the Period of October 1, 2001 through

December 31, 2001, and the Court having found that the relief sought therein is reasonable and

necessary, IT IS HEREBY ORDERED as follows:

1. The Request is GRANTED

2. The Court approves and allows the legal fees of Ferry & Joseph, P.A. in the amount of

$21,014.00  and expenses in the amount of  $5,381.10   .

_____
UNITED STATES BANKRUPTCY COURT JUDGE

F:\Meredith\TJT\WRGraceCommittee\3rd.interim.fee.request.order.wpd