# EXHIBIT A

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/01 | Samuel A Schwartz | 0.20 | Telephone conferences with the client re pending transactions and the business plan. |
| 12/07/01 | Samuel A Schwartz | 0.70 | Telephone conferences with the client re various asset related matters, including acquisitions and divestitures. |
| 12/12/01 | Samuel A Schwartz | 0.80 | Telephone conferences with the client re various asset related matters, including acquisitions. |
| 12/13/01 | James W Kapp | 0.60 | Address issues re particular acquisition (.2); telephone conference with M. Favorito re potential acquisition (.4). |
| 12/13/01 | Samuel A Schwartz | 0.80 | Telephone conferences with the client re various asset related matters, including letters of credit and manufacturing operations. |
| 12/14/01 | James W Kapp | 0.70 | Review correspondence from M. Favorito re potential acquisition and attend to issues re same and telephone conference with M. Favorito re same. |
| 12/17/01 | Samuel A Schwartz | 2.20 | Telephone conferences with the client re various asset related matters and draft correspondence re same. |
| 12/18/01 | James W Kapp | 0.30 | Telephone conference with B. McGowan re GE issues and attend to same. |
| 12/18/01 | Samuel A Schwartz | 1.50 | Attention to and telephone conferences with the client re various acquisition sales and DIP related matters. |
| 12/19/01 | James W Kapp | 0.20 | Attend to issues re executory contracts. |
| 12/19/01 | Samuel A Schwartz | 1.50 | Attention to and telephone conferences with the client re various acquisition sales and DIP related matters. |
| 12/20/01 | Samuel A Schwartz | 1.50 | Attention to and telephone conferences with the client re various acquisition sales and DIP related matters. |

A-1

## Matter 17 - Automatic Stay Matters/Relief from Stay Proceedings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/14/01 | Janet Baer | 0.50 | Attend to matters re Kane response and coordinate filing same. |
| 12/13/01 | Janet Baer | 0.30 | Review Exxon Mobil pleadings re stay motion. |
| 12/26/01 | Janet Baer | 0.40 | Conference with counsel for T. Kane on upcoming status re motion for relief from stay and prepare transmittal re same. |
| 12/28/01 | James W Kapp | 0.20 | Review correspondence from M. Levitsky re T. Kane motion for relief from automatic stay. |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/12/01 | Shirley A Pope | 0.50 | Attend to matters re update pleadings database. |
| 12/03/01 | Shirley A Pope | 8.00 | Review correspondence and file (1.3); produce financial documents project for attorney review (2.5); prepare documents to be forwarded to Holme Roberts & Owen (.5); prepare additional documents and forward graphics specialist (.5); prepare projects for attorney review (1.0); revise document indices (1.0); review pleadings (1.0). |
| 12/03/01 | Samuel A Schwartz | 5.10 | Review and analysis of the docket (1.6); draft summary chart outlining matters pending before Judge Wolin (1.2); draft the Agenda letter re same (1.7); attend to matters re same (.6). |
| 12/03/01 | Brigitte F Windley | 0.90 | Respond to attorney request for case transfer order (.3); review various case documents received from attorneys to assign central file categories to same in preparation for central file supplementation (.6). |
| 12/03/01 | Benjamin J Alke | 5.50 | Prepare copies of correspondence and orders re the designation of Judge Wolin to the Delaware asbestos cases (1.6); update Concordance re new pleadings (.8); prepare copy of the Abner complaint for attorney review (.4); create report from Grace Hi Temp Cement documents re shipping receipts (2.7). |
| 12/03/01 | Marguerite M Melvin | 1.50 | Review the Daily Bankruptcy review and duplicate articles of interest and distribute same (.5); review and maintain asbestos bankruptcy files (1.0). |
| 12/04/01 | David M Bernick, P.C. | 1.00 | Telephone conference with D. Siegel re status of work (.5); prepare submission to Judge Wolin(.5). |
| 12/04/01 | James W Kapp | 0.80 | Review chart of pending matters for Judge Wolin and attend to issues re same (.3); review various pleadings and correspondence and distribute same (.5). |

A-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/01 | Shirley A Pope | 7.00 | Review correspondence and file same (1.0); review documents for witness files to be set up (1.0); participate in telephone conference with S. Baena (.5); update document review chart (.5); review docket re November filings (.6); update reference files re Grace main file (2.0); attend to matters re pleadings database (.4); review documents for filing (1.0). |
| 12/04/01 | Samuel A Schwartz | 3.20 | Review and analysis of the docket (1.1); review and revise the letter to J. Wolin (1.1); telephone conferences with the committees re same (.5); attend to matters re same (.5). |
| 12/04/01 | Benjamin J Alke | 7.00 | Prepare Hi Temp Cement boxes for review at attorney request (3.2); prepare Agricultural/Horticultural advertisements materials for attorney review (2.6); update Grace Case File re new Witness Files (1.2). |
| 12/05/01 | James W Kapp | 3.40 | Attend to issues re communication program and telephone conference with D. Carickhoff re same and prepare correspondence re same (3.1); review docket (.1); review article re bankruptcy cases and forward to D. Siegal (.2) |
| 12/05/01 | Reed S Oslan | 1.00 | Meet with W. Sparks re various administration issues. |
| 12/05/01 | Shirley A Pope | 6.50 | Review correspondence and file same (1.5); prepare documents for G. Novod (.5); review callouts in preparation for hearing (.5); prepare documents re fraudulent conveyance (1.0): prepare documents for attorney review (1.0); update legal research re Grace main file (1.0); telephone conference with C. Neitzel re articles cited in Babcock & Wilcox roadmap brief (.2); request article from Library Research (.3); update scientific articles re Grace main file (.5). |
| 12/05/01 | Samuel A Schwartz | 2.50 | Draft letter to Judge Fitzgerald (.3); revise attachments to the same (1.2); meetings re same (.6); draft correspondence to the commercial committee re same (.4). |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/01 | Brigitte F Windley | 3.30 | Respond to attorney request for case documents from online docket and distribute same (1.6); review various case documents received from attorneys and assign central file categories to same in preparation for central file supplementation (1.7). |
| 12/05/01 | Sabrina M Mitchell | 0.30 | Update the case file index with new documents and prepare for inclusion into central files (.3). |
| 12/05/01 | Benjamin J Alke | 7.00 | Update and edit database re new pleadings (3.6); prepare copies of new take-outs for attorney review (.8); review 01-01139 docket sheet and compare with Grace Pleadings file (1.4); prepare copies of pleadings re fraudulent conveyance at attorney request (1.2). |
| 12/06/01 | James W Kapp | 1.20 | Review various pleadings and correspondence and distribute to appropriate parties (.5); review docket and attend to issues re same (.2); review motion status chart and attend to issues re same (.3); review December 5, 2001, order from Judge Wolin and attend to issues re same (.2). |
| 12/06/01 | Shirley A Pope | 6.00 | Review docket sheet (.5); review correspondence and file same (.5); review interview memos re players in zonolite products (1.5); prepare articles for attorney review (1.0); prepare projects for attoney review (.5); update media files re Grace main file (1.0); update document production indices (1.0). |
| 12/06/01 | Brigitte F Windley | 3.40 | Review online docket and download pleadings for attorney review (1.1); review various case documents received from attorneys and assign central file categories to same in preparation for central file supplementation (1.4); respond to client request for identification of pleadings on docket (.9). |
| 12/06/01 | Sabrina M Mitchell | 0.30 | Update the case file index with new documents and prepare for inclusion into central files. |
| 12/06/01 | Benjamin J Alke | 5.60 | Create reports re 01-01139 pleadings filed (3.0); update database re new pleadings filed (1.2); update case file re new asbestos articles (1.4). |

A-5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/01 | Marguerite M Melvin | 0.50 | Review Daily Bankruptcy Review to locate articles of interest about asbestos bankruptcy cases (.3); duplicate and forward articles for attorney review (.2) |
| 12/07/01 | James W Kapp | 0.40 | Review pleadings recently filed with the Court and distribute same (.2); attend to issues re reassignment of case to Judge Wolin (.2). |
| 12/07/01 | Shirley A Pope | 6.50 | Review correspondence and file same (2.0); review documents re M-K-3 (1.0); review docket sheet re filings (.5); review letter and attachments to Judge Fitzgerald (1.0); review ZAI briefs (1.5); update media files re Grace main file (.5). |
| 12/07/01 | Brigitte F Windley | 2.50 | Review and download new docket entries (.8); review various case documents received from attorneys to assign central file categories in preparation for central file supplementation (1.7). |
| 12/07/01 | Sabrina M Mitchell | 0.90 | Download lender information from precedent cases. |
| 12/07/01 | Benjamin J Alke | 7.00 | Review 5 boxes re document production for asbestos product information at attorney request (3.2); prepare chart re same (.6); create report of entire Grace database (.8); edit Livenote re directories on I: drive with hearing transcripts (1.2); review database re recently filed court orders (1.2). |
| 12/07/01 | Marguerite M Melvin | 2.10 | Update, duplicate and forward lists of key professionals for each of the asbestos cases the firm is following for attorney review (.5); review the Daily Bankruptcy Review to locate articles of interest about asbestos bankruptcy cases (.3); duplicate and distribute same to attorneys (.2); locate and download from the Bankruptcy Court's website,  DIP financing pleadings in related bankruptcy cases for attorney review (1.1). |
| 12/08/01 | James W Kapp | 1.00 | Review pleadings and correspondence and attend to issues re same (.3); review dockets (.6); attend to issues re related precedent (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/01 | Michelle H Browdy | 0.20 | Prepare for and attend K&E internal team meeting. |
| 12/10/01 | James W Kapp | 1.90 | Review order referring certain cases to bankruptcy court and telephone conference with D. Siegel re same and attend to issues re same (.4); review pleadings and correspondence and attend to same (.1); prepare for and participate in litigation strategy meeting and attend to issues re same (.4); revise communication program and attend to issues re same (.3); review pending matters re potential withdrawal of reference and attend to issues re same (.7). |
| 12/10/01 | Shirley A Pope | 5.50 | Prepare for and attend team meeting (.5); review documents re M-K 3 references (1.0); review pleadings (1.0); review correspondence and file same (1.0); update document production indices re zonolite documents forwarded by Casner & Edwards (.5); update database with pleadings filed in November and December (.5); update background documents file re Grace main file (.5). prepare and fax documents to D. Carickhoff. (.5). |
| 12/10/01 | Andrew R Running | 0.30 | Prepare for and participate in internal meeting re case status. |
| 12/10/01 | Christopher B Sullivan | 0.50 | Prepare for and attend team meeting. |
| 12/10/01 | Kellye L Fabian | 0.30 | Prepare for and attend team meeting. |
| 12/10/01 | Samuel A Schwartz | 0.60 | Review and analysis of the docket (.3); meetings re critical dates and pending hearings (.3). |
| 12/10/01 | Brigitte F Windley | 3.40 | Work on updating critical dates memorandum (2.8); research precedent case pleading for attorney review (.6). |
| 12/10/01 | Sabrina M Mitchell | 0.60 | Update the case file index with new documents and prepare for inclusion into central files. |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/01 | Sabrina M Mitchell | 0.10 | Retrieve specific schedules for attorney and legal assistant review. |
| 12/10/01 | Benjamin J Alke | 6.50 | Review 7 boxes of Plaintiffs documents (4.5); update database re new pleadings filed (1.2); update Grace file re Production Documents (.8). |
| 12/10/01 | Marguerite M Melvin | 1.50 | Obtain DIP Financing pleadings and all non imaged exhibits from the Armstrong World Industries bankruptcy case through Virtual Docket for attorney review (1.0); integrate a copy of such pleadings into the firm's asbestos bankruptcy case (.3); update file index (.2). |
| 12/11/01 | Shirley A Pope | 5.00 | Review pleadings and instruct project assistant re database entry of same (2.0); organize documents referenced in attachment to D.Bernick's letter to Judge Fitzgerald (1.5); organize selected pleadings for attorney review (1.0); request additional documents and instruct project assistant re same (.5). |
| 12/11/01 | Samuel A Schwartz | 0.90 | Review and analyze critical dates list and docket (.5); attend to matters re same (.2); telephone conferences with local counsel re same (.2). |
| 12/11/01 | Brigitte F Windley | 3.70 | Review and download new docket entries and distribute same (1.8); review and revise critical dates list and distribute same (1.2); prepare attorney application for CM/ECF access with court (.4); review various case documents received from attorneys to assign cetral file category in preparation for central file supplementation (.3) |
| 12/11/01 | Sabrina M Mitchell | 0.20 | Update the case file index with new documents and prepare for inclusion into central files. |
| 12/11/01 | Benjamin J Alke | 4.00 | Review two boxes of Plaintiffs Documents (3.2); prepare backup disks of Concordance database (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/01 | James W Kapp | 1.20 | Review various pleadings and correspondence and attend to issues re same and distribute same (.4); review and revise docket and attend to issues re same (.2); review motion status chart (.1); review D. Carickhoff correspondence re status hearing and attend to issues re same (.3); attend to issues re status survey for district court (.2). |
| 12/12/01 | Shirley A Pope | 6.00 | Review online filings (1.5); review correspondence and file same (1.0); review documents re Agenda Notice to Judge (1.0); prepare documents for attorney review (1.0); prepare projects re response to Lewis complaint (Zonolite matter) (1.5). |
| 12/12/01 | Brigitte F Windley | 4.10 | Update and circulate critical dates list (1.8); review and download new pleadings from docket (1.1); respond to D. Boll's request for case documents (1.2) |
| 12/12/01 | Janet Baer | 1.00 | Review various pleadings and orders re case reassignment and related issues (.5); attend to matters re same (.2); attend to matters re requirements for reports to judges on same (.3). |
| 12/12/01 | Sabrina M Mitchell | 2.50 | Review the online docket and update the motion status chart (.6); distribute court dockets to attorneys (.2); identify new pleadings using the court's website and include in the central file docket binders (1.7). |
| 12/12/01 | Sabrina M Mitchell | 0.50 | Distribute new pleadings to attorneys (.2); update the case file index with new documents and prepare for inclusion into central files (.3). |
| 12/12/01 | Benjamin J Alke | 7.00 | Review boxes of Plaintiffs (4.4); create memo with chart re boxes reviewed (1.2); update Concordance database re new pleading (.6); review CD with files re particular trial transcripts (.8). |
| 12/12/01 | Marguerite M Melvin | 0.50 | Review the Daily Bankruptcy Review to locate articles of interest regarding asbestos bankruptcy cases and duplicate and distribute same for attorney review. |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/13/01 | James W Kapp | 3.50 | Review and revise status report and proposal for priorities for litigation to be submitted to Court, attend to exhibits re same, and attend to issues re same (3.3); review pleadings and correspondence and distribute same (.2). |
| 12/13/01 | Scott A McMillin | 1.50 | Revise status brief and draft section re stay and preliminary injunction. |
| 12/13/01 | Shirley A Pope | 4.50 | Organize documents forwarded by Perkins Coie re Zonolite matter (.5); prepare documents re exhibits to Status Report (1.0); check Status Report exhibits binders and forward to D. Carickhoff for filing (2.0); review correspondence and file same (1.0). |
| 12/13/01 | Samuel A Schwartz | 7.50 | Review and revise motion status chart (1.5); research and analysis re same (3.0); telephone conferences with the client and local counsel re same (1.2); draft correspondence re same (1.0); attend to matters re same (.8). |
| 12/13/01 | Deanna D Boll | 0.50 | Review draft of status to Judge Wolin re issues related to opposition to ZAI motion to dismiss. |
| 12/13/01 | Sabrina M Mitchell | 0.40 | Update the case file index with new documents and prepare for inclusion into central files. |
| 12/13/01 | Benjamin J Alke | 4.20 | Compare pleadings indices to docket sheet re Zonolite Attic Insulation (1.4); search WebPacer for and prepare copy of the transfer order (1.0); update Concordance re new pleadings filed (1.0); edit caption and signature block re Exhibits to Status Report (.8). |
| 12/14/01 | James W Kapp | 1.50 | Review Judge Fitzgerald's scheduling order and attend to issues re same (.4); review pleadings and correspondence and distribute same (.2); review and revise status report to Judge Wolin and attend to issues re same (.8); review and revise correspondence to Judge Wolin re status summary (.1). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/14/01 | Shirley A Pope | 4.50 | Prepare documents re Status Report filing for attorney review (.5); prepare chart re filing dates of class actions in Zonolite cases (.5); review online filings and print for inclusion on concordance database (1.5); update subject files re Grace main file (1.0); revise Grace main file indices (1.0). |
| 12/14/01 | Samuel A Schwartz | 5.30 | Review and revise status report for Judge Wolin (1.8); attention to the preparation and filing of the same (2.2); telephone conferences with the client and with local counsel (.8); meetings re same (.5). |
| 12/14/01 | Deanna D Boll | 0.30 | Review W. Sparks comments to status report for Judge Wolin. |
| 12/14/01 | Janet Baer | 0.30 | Review case transfer orders and courtroom procedures memo. |
| 12/14/01 | Sabrina M Mitchell | 5.80 | Review online docket and create orders index for Judge Fitzgerald (2.6); retrieve and duplicate summaries of schedules for Grace entities and create an index of same for review by Judge Fitzgerald (3.2). |
| 12/14/01 | Benjamin J Alke | 6.50 | Update database re new pleadings filed (3.5); review 01-01139 docket sheet re Zonolite pleadings (1.8); update Docket No. 1376 files (1.2). |
| 12/14/01 | Marguerite M Melvin | 6.80 | Obtain updated docket sheets for asbestos bankruptcy cases and review to locate pleadings of interest (2.5); download recently filed asbestos bankruptcy case pleadings of interest (2.3); prepare subfolders for each (.3); integrate pleadings into the asbestos case files (.2); update indices for each case (.3); update list of key employees (.4); update schedule of events chart (.3); review the Daily Bankruptcy Review to locate articles of interest regarding asbestos bankruptcy cases and duplicate and distribute same (.2). |
| 12/17/01 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same. |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/17/01 | Shirley A Pope | 8.00 | Prepare Zonolite documents re response to motion to dismiss (4.5); prepare documents for expert review (1.0); review correspondence and file same (.5); revise pleadings indices re Zonolite cases pending in other jurisdictions (1.0); revise chart re Zonolite attic insulation cases pending in other jurisdictions (1.0). |
| 12/17/01 | Samuel A Schwartz | 4.50 | Prepare and organize information requested by Judge Fitzgerald (3.5); telephone conferences with local counsel re same (.5); draft correspondence re same (.5). |
| 12/17/01 | Brigitte F Windley | 3.90 | Download and prepare distribution of numerous new pleadings received electronically. |
| 12/17/01 | Janet Baer | 1.00 | Review charts re litigation/case status prepared for Judge Fitzgerald and respond to inquiries re same (.5); review litigation/case status report to Judge Wolin (.5). |
| 12/17/01 | Sabrina M Mitchell | 0.40 | Retrieve and duplicate pleadings re relief from stay. |
| 12/17/01 | Sabrina M Mitchell | 2.30 | Retrieve orders for binders requested by Judge Fitzgerald and prepare for duplication by reprographics. |
| 12/17/01 | Benjamin J Alke | 7.00 | Prepare copies of pleadings for attorney review (2.3); update database re new pleadings (1.4); prepare copies of Zonolite pleadings and forward to New York office (2.6); prepare copies of declarations of Hilton and Rabinovitz for attorney review (.7). |
| 12/17/01 | Marguerite M Melvin | 4.40 | Review Daily Bankruptcy Review to locate articles of interest on bankruptcy asbestos cases (.5); download objection to request for case management order, status report with exhibits, etc. (1.5); search Grace docket to locate pleadings re Woodward and download same for attorney review (1.5); forward brief via facsimile for attorney review (.3); attend to matters re pleadings to be gathered for attorney review (.2); pull W.R. Grace press releases from Lexis re: their bankruptcy being a result of the asbestos litigations (.6). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/18/01 | James W Kapp | 0.80 | Review pleadings and correspondence and distribute same (.3); review correspondence re Judge Fitzgerald's December 14, 2001, order and attend to issues re same (.2); review status summary of pending motions for Judge Fitzgerald (.3). |
| 12/18/01 | Shirley A Pope | 6.00 | Review correspondence and file same (1.5); review pleadings re Zonolite claimants (1.0); prepare documents re response to Zonolite Claimants' motion to dismiss (1.5); search Grace main file re correspondence to Judge Fitzgerald (.5); review pleadings database against docket (.5); revise database entries re Zonolite matters (.5); revise and organize electronic versions of key pleadings re I-drive maintenance (.5). |
| 12/18/01 | Brigitte F Windley | 3.20 | Review central files for correspondence to judges re outstanding matters for attorney review (.4); update critical dates list (1.7); review and download new pleadings received via mail and distribute same to attorneys (1.1). |
| 12/18/01 | Janet Baer | 0.50 | Attend to matters re status of case and transfer related issues. |
| 12/18/01 | Sabrina M Mitchell | 4.40 | Distribute new pleadings to attorneys (.2); create order index and summary schedules binders and prepare the same for transmittal to Judge Fitzgerald and D. Carickhoff (4.2). |
| 12/18/01 | Sabrina M Mitchell | 0.20 | Update the case file index with new documents and prepare for inclusion into central files. |
| 12/18/01 | Sabrina M Mitchell | 1.30 | Review the court online dockets and distribute the same to attorneys (.2); create Medical Monitoring central files docket binder (.2); identify new pleading using the court's website and include in the central file docket binder (.9). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/18/01 | Benjamin J Alke | 7.00 | Update Concordance re new pleadings (2.4); review docket sheet re motions by ZAI claimants for dismissal of bankruptcy case and class certification (1.4); prepare copy of Medical Monitoring Claimants Motion for Class Action at attorney request (1.2); review exhibit to Rabinovitz's Declaration in Support of Zonolite Motion for Class Certification (1.2); begin constructing table re pleadings of current 01-01139 issues (.8). |
| 12/18/01 | Marguerite M Melvin | 1.30 | Obtain transcript of hearing before Judge Weinstein in the Eastern District of NY District Court and transmit same for attorney review (.8); locate docket and forward information regarding same for attorney review (.5) |
| 12/19/01 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same (.2); review docket and attend to issues re same (.2). |
| 12/19/01 | Shirley A Pope | 5.50 | Review correspondence (1.0); review pleadings (1.0); prepare chart re pending Zonolite cases (federal and state) (1.0); retrieve documents re exhibits to December 21 response brief at attorney request and forward to New York office (2.5). |
| 12/19/01 | Brigitte F Windley | 4.10 | Review and download new pleadings received via mail and distribute same to attorneys (1.3); review on-line dockets for adversary pleadings re class certification for attorney review (1.4); review various case documents received from attorneys to assign central file categories in preparation for central file supplementation (1.4). |
| 12/19/01 | Sabrina M Mitchell | 1.30 | Identify new pleadings using the court's website and include in the central file docket binders. |
| 12/19/01 | Sabrina M Mitchell | 0.30 | Update the case file index with new documents and prepare for inclusion into central files. |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/19/01 | Benjamin J Alke | 5.10 | Complete table of pleadings in case (1.3); update Concordance re new pleading filed (.6); update Grace Case File re new media articles (.8); prepare copy of Zonolite Motion for class certification at attorney request (.6); prepare various pleadings re Motion by Zonolite claimants for attorney review (1.8). |
| 12/19/01 | Marguerite M Melvin | 0.50 | Review the Daily Bankruptcy Review to locate articles of interest re bankruptcy asbestos cases (.3); duplicate and distribute same for attorney review (.2). |
| 12/20/01 | Shirley A Pope | 5.50 | Review article re Libby, MT. medical monitoring matter and update file (.5); prepare project re medical monitoring matters recently filed for attorney review (1.0); search database and Grace main file re Orders entered by Judge Farnan for attorney review (1.0); review docket sheet (.5);review pleadings (2.0); organize for database entry (.5). |
| 12/20/01 | Samuel A Schwartz | 1.50 | Review, revise and attend to filing of various amendments. |
| 12/20/01 | Janet Baer | 1.00 | Review numerous pleadings filed in case electronically and distribute same as appropriate. |
| 12/20/01 | Sabrina M Mitchell | 0.20 | Distribute court pleadings to attorneys. |
| 12/20/01 | Sabrina M Mitchell | 1.90 | Review the court online dockets and download the same for attorneys (.3); identify new pleadings using the court's website and include in the central file docket binders (1.6). |
| 12/20/01 | Sabrina M Mitchell | 0.50 | Create the central files Zonolite adversary binder (.2); download agendas from the online docket (.1); update the case file index with new documents and prepare for inclusion into central files (.2). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/20/01 | Benjamin J Alke | 7.00 | Search for pleading re Zonolite action for attorney review (1.4); prepare copies of files created by attorney re Zonolite (1.2); review transcript of May 3, 2001, hearing re relief from the automatic stay (.6); update Concordance database re new pleadings (2.2); update media file re new articles re asbestos (.8); edit pleadings file re new entries (.8). |
| 12/20/01 | Marguerite M Melvin | 3.00 | Cite check brief supporting opposition to motion to dismiss (.8); download multiple pleadings from the docket for use as exhibits to the brief (1.0); Shepardize citations in opposition brief (.6); pull additional pleadings from the Grace docket (.6). |
| 12/21/01 | James W Kapp | 0.90 | Review docket (.2); review pleadings and correspondence and attend to issues re same and distribute same (.7). |
| 12/21/01 | Shirley A Pope | 5.50 | Review docket and pleadings (3.0); prepare Zonolite documents at attorney request (.5); organize key pleadings re Zonolite matters (1.0); review correspondence, e-mail and file same (1.0). |
| 12/21/01 | Janet Baer | 1.50 | Internal conferences re results of hearing before J. Wolin (.5); review order on housekeeping matters and conference internally re same (.3); review correspondence and electronic filings re 12/21 and 12/24 (.7). |
| 12/21/01 | Sabrina M Mitchell | 0.30 | Distribute court pleadings to attorneys (.2); retrieve proceedings memo for attorney review (.1). |
| 12/21/01 | Benjamin J Alke | 6.50 | Prepare copy of powerpoint file forwarded by S. Michaels (1.0); prepare copies of pleadings re Zonolite claimants motion for class certification (1.2); prepare copies of complaints filed in ZAI MDL case (.8); update Concordance re new pleadings (1.6); prepare docket sheet printout re Dorrington pleadings (.8); update Concordance reports re pleadings filed in 01-01139 (1.1). |
| 12/21/01 | Marguerite M Melvin | 0.50 | Review Daily Bankruptcy Review and Wall Street Journal for any articles about the hearing before Judge Wolin. |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/26/01 | Janet Baer | 1.50 | Review and circulate daily pleadings filed and received in case (1.0); coordinate team conference and prepare transmittal re same (.5). |
| 12/26/01 | Sabrina M Mitchell | 0.10 | Retrieve and duplicate the case management order for attorney review. |
| 12/26/01 | Sabrina M Mitchell | 0.30 | Update the case file index with new documents and prepare for inclusion into central files. |
| 12/26/01 | Marguerite M Melvin | 0.50 | Review the Daily Bankruptcy Review for articles of interest about asbestos bankruptcy cases and duplicate and distribute same for attorney review. |
| 12/27/01 | Janet Baer | 0.80 | Review daily pleadings filed in case and distribute as appropriate. |
| 12/27/01 | Sabrina M Mitchell | 0.20 | Review the online dockets and distribute the same to attorneys (.2); identify new pleadings using the court's website and include in the central file docket binders (.6). |
| 12/28/01 | Michelle H Browdy | 1.20 | Prepare for and participate in team meeting. |
| 12/28/01 | Theodore L Freedman | 1.10 | Prepare for and attend team telephone conference. |
| 12/28/01 | Mark E Grummer | 0.60 | Prepare and participate in team conference call. |
| 12/28/01 | James W Kapp | 1.30 | Prepare for and participate in status telephone conference and attend to issues re same. |
| 12/28/01 | Shirley A Pope | 7.00 | Review correspondence and file same (1.5); prepare for and attend Grace team telephone conference (1.5); prepare Zonolite documents at attorney request (1.0); review and organize pleadings (1.0); prepare fraudulent conveyance documents at attorney request (1.0) revise pleadings database (.5); check webpacer docket against pleadings database (.5). |
| 12/28/01 | Andrew R Running | 1.20 | Prepare for and participate in internal case status telephone conference. |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/28/01 | Kellye L Fabian | 1.00 | Prepare for and attend team conference call. |
| 12/28/01 | Deanna D Boll | 1.00 | Prepare for and participate in team conference call. |
| 12/28/01 | Janet Baer | 1.50 | Attend Grace team meeting re status of all issues (1.0); review daily pleadings filed in case and circulate as appropriate (.5). |
| 12/28/01 | Sabrina M Mitchell | 0.20 | Retrieve and duplicate the settlement order (.1); download adversary docket for attorney review (.1). |
| 12/28/01 | Marguerite M Melvin | 0.30 | Review Daily Bankruptcy Review to locate articles of interest regarding asbestos bankruptcy cases. |
| 12/30/01 | Janet Baer | 0.50 | Review electronic filings from late 12/28 and 12/31 re case and electronic correspondence re same. |

## Matter 21 - Claim Estimate, Objection and Resolution - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/01 | Shirley A Pope | 8.00 | Cite check revised draft of CMO reply brief (5.0); revise table of authorities (3.0). |
| 11/01/01 | Benjamin J Alke | 2.50 | Prepare Table of Authorities for CMO reply brief. |
| 11/02/01 | Shirley A Pope | 4.70 | Cite check revised versions of CMO reply brief. |
| 11/02/01 | Benjamin J Alke | 1.80 | Cite check new version of CMO reply brief. |
| 11/05/01 | Shirley A Pope | 7.00 | Review and verify revsions to CMO Reply brief (2.0); cite check brief (5.0). |
| 11/05/01 | Benjamin J Alke | 2.40 | Review revised draft CMO reply brief (1.4); cite check CMO reply brief (1.0). |
| 11/06/01 | Shirley A Pope | 7.50 | Cite check revised sections of CMO reply brief. |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/06/01 | Benjamin J Alke | 7.00 | Cite check added cites in revised CMO reply brief (7.0). |
| 11/07/01 | Shirley A Pope | 10.50 | Cite check revised sections re CMO Reply brief. |
| 11/07/01 | Benjamin J Alke | 9.00 | Revise CMO reply brief exhibits and table of contents (1.0); remove citations to exhibits stricken from brief (.8); cite check revised copy of CMO reply brief (7.2). |
| 11/08/01 | Shirley A Pope | 11.50 | Cite check revised drafts of CMO reply brief. |
| 11/08/01 | Benjamin J Alke | 9.00 | Cite check revised versions of the CMO reply brief (7.2); prepare new version of CMO exhibits (1.8). |
| 11/09/01 | Shirley A Pope | 7.80 | Cite check CMO reply brief (6.8); coordinate with local counsel re filing exhibits and electronic versions of exhibits to the CMO reply brief (1.0). |
| 11/09/01 | Benjamin J Alke | 7.50 | Cite check of the new version of the CMO reply brief (3.7); prepare for contents of Exhibit K (2.2); create index of cases cited in the CMO reply brief (1.6). |
| 11/12/01 | Shirley A Pope | 0.50 | Attend to matters re CMO reply brief. |
| 11/13/01 | Benjamin J Alke | 1.60 | Complete case indexing project re CMO reply brief. |
| 12/06/01 | Samuel A Schwartz | 1.20 | Draft correspondence to A. Krieger in response to inquires re the 2nd and 3rd settlement notice (.8); telephone conferences with the client re same (.4). |
| 12/06/01 | Benjamin J Alke | 0.90 | Search for articles cited in CMO reply brief for attorney review. |
| 12/07/01 | Samuel A Schwartz | 1.20 | Telephone conferences with the client and A. Krieger re settled claims (.6); draft correspondence re same (.6). |
| 12/11/01 | James W Kapp | 0.70 | Attend to issues re Trustees' objection to case-management order and develop response re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/01 | James W Kapp | 2.10 | Address issues re Trustee's objection to case management order and develop strategy re same and review same (1.1); review affidavit of W. D. Hilton and attend to issues re same (.2); address issues re inventory settlement agreements (.8). |
| 12/12/01 | Samuel A Schwartz | 1.40 | Attend to matters re inventory settlements and review of the documents re same (.6); attend to matters re the Trustee response and review of the same (.8). |
| 12/12/01 | Brigitte F Windley | 1.10 | Review and categorize new proofs of claims. |
| 12/13/01 | Benjamin J Alke | 0.80 | Prepare copies of the PI & PD committees briefs in opposition to the CMO and Grace reply brief. |
| 12/18/01 | Janet Baer | 0.40 | Telephone conference with A. Kreiger concerning questions about proof of claim form and information re same. |
| 12/19/01 | James W Kapp | 2.40 | Review memorandum re response to Trustee's objection to CMO reply brief and attend to issues re same (1.1); review Personal Injury Committee's objection to Debtors CMO reply brief and attend to issues re same (2.3). |
| 12/19/01 | Janet Baer | 1.00 | Review PI Committee's opposition re CMO reply brief and conference with various parties re same. |
| 12/19/01 | Benjamin J Alke | 4.20 | Prepare materials to be forwarded to New York office re CMO reply brief. |
| 12/27/01 | James W Kapp | 0.20 | Review first case management order and attend to issues re same. |

A-20

## Matter 22 - Contested Matters/Adversary Proceedings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/01 | David M Bernick, P.C. | 4.00 | Work on CMO reply brief (3.8), conference with P. Zilly re same (.2). |
| 11/08/01 | Scott A McMillin | 0.30 | Prepare for WLRK document review. |
| 11/09/01 | David M Bernick, P.C. | 1.30 | Conference with D. Siegel re Manville Trust development (.5); draft letters to P. Lockwood and S. Baena re same (.8). |
| 11/15/01 | Andrew R Running | 2.40 | Telephone conferences with W. Sparks and J. Hughes re draft response to protective order (.4); revise same (.4); attend to matters re protective order response (.4); telephone interview with J. Hughes of potential expert witness (1.2). |
| 11/26/01 | J Chad Mitchell | 1.50 | Analyze issues re declaratory relief complaint. |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/01 | Theodore L Freedman | 1.50 | Review materials re opposition to motion to dismiss. |
| 12/01/01 | Scott A McMillin | 1.20 | Prepare for interviews of R. Lamm and D. Konhken re Fresenius and Sealed Air Transaction. |
| 12/02/01 | Theodore L Freedman | 2.00 | Review materials re opposition to motion to dismiss. |
| 12/02/01 | Scott A McMillin | 3.30 | Review Rourke documents (1.0); prepare for interviews re Fresenius and Sealed Air Transaction (2.3). |
| 12/03/01 | Michelle H Browdy | 7.50 | Witness interviews in anticipation of fraudulent conveyance claims and preparation. |
| 12/03/01 | Theodore L Freedman | 3.50 | Draft opposition to motion to dismiss. |
| 12/03/01 | Scott A McMillin | 8.00 | Prepare for and meet with B. Beberand others re Fresenius and Sealed Air transactions. |
| 12/03/01 | Christopher B Sullivan | 4.70 | Prepare for witness interviews of (2.1); review witness documents for interviews (2.6). |
| 12/03/01 | Kellye L Fabian | 4.50 | Draft outline of memorandum in support of motion to dismiss ZAI adversary complaint. |
| 12/03/01 | Roger J Higgins | 3.60 | Research for memorandum supporting on motion to dismiss ZAI adversary complaint. |
| 12/03/01 | Sabrina M Mitchell | 0.20 | Retrieve motion to dismiss and all relating documents. |
| 12/04/01 | Michelle H Browdy | 1.50 | Witness interview in anticipation of fraudulent conveyance claims and preparation. |
| 12/04/01 | Theodore L Freedman | 6.50 | Draft opposition to motion to dismiss. |
| 12/04/01 | Scott A McMillin | 4.50 | Prepare for and meet with A. Costello, B. Beber and M. Browdy re Fresenius and Sealed Air transactions (2.0); conferences with B. Beber re fraudulent transfer claims (.8); review SEC documents re Fresenius and Sealed Air transactions (1.7). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/01 | Christopher B Sullivan | 8.00 | Interview fact witness. |
| 12/04/01 | Deanna D Boll | 6.80 | Research good faith principles for ZAI opposition to ZAI motion to dismiss and SGL Carbon grounds for dismissal (4.0); review precedent motions to dismiss and opposition thereto (2.8). |
| 12/04/01 | Roger J Higgins | 9.10 | Research and outline memorandum supporting motion to dismiss ZAI adversary complaint. |
| 12/05/01 | Theodore L Freedman | 6.50 | Draft opposition to motion ZAI to dismiss. |
| 12/05/01 | James W Kapp | 1.30 | Attend to issues re Medical Monitoring complaint (.3); develop strategy re response to Zonolite adversary complaint and attend to issues re same (.9); review United States Trustee's statement re case management order (.1). |
| 12/05/01 | Scott A McMillin | 5.20 | Draft memoranda re interviews of A. Costello, D. Kohnken and R. Lamm. |
| 12/05/01 | Christopher B Sullivan | 7.20 | Interview R. Wright (6.5); meet with W. Sparks and R. Smith re on going witness interviews (.7). |
| 12/05/01 | Kellye L Fabian | 8.00 | Attend to matters re motion to dismiss ZAI adversary complaint (.5); draft memorandum in support of same (7.5). |
| 12/05/01 | Deanna D Boll | 5.00 | Continue research and analysis of precedent for motion to dismiss chapter 11. |
| 12/05/01 | Roger J Higgins | 13.10 | Research, outline and draft memorandum supporting motion to dismiss ZAI adversary complaint (12.1); attend to matters re same (1.0). |
| 12/06/01 | James W Kapp | 1.20 | Develop strategy re response to Zonolite adversary complaint and address issues re same. |
| 12/06/01 | Christopher B Sullivan | 1.50 | Draft notes of witness interview. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/01 | Christopher B Sullivan | 8.00 | Interview fact witness. |
| 12/04/01 | Deanna D Boll | 6.80 | Research good faith principles for ZAI opposition to ZAI motion to dismiss and SGL Carbon grounds for dismissal (4.0); review precedent motions to dismiss and opposition thereto (2.8). |
| 12/04/01 | Roger J Higgins | 9.10 | Research and outline memorandum supporting motion to dismiss ZAI adversary complaint. |
| 12/05/01 | Theodore L Freedman | 6.50 | Draft opposition to motion ZAI to dismiss. |
| 12/05/01 | James W Kapp | 1.30 | Attend to issues re Medical Monitoring complaint (.3); develop strategy re response to Zonolite adversary complaint and attend to issues re same (.9); review United States Trustee's statement re case management order (.1). |
| 12/05/01 | Scott A McMillin | 5.20 | Draft memoranda re interviews of A. Costello, D. Kohnken and R. Lamm. |
| 12/05/01 | Christopher B Sullivan | 7.20 | Interview R. Wright (6.5); meet with W. Sparks and R. Smith re on going witness interviews (.7). |
| 12/05/01 | Kellye L Fabian | 8.00 | Attend to matters re motion to dismiss ZAI adversary complaint (.5); draft memorandum in support of same (7.5). |
| 12/05/01 | Deanna D Boll | 5.00 | Continue research and analysis of precedent for motion to dismiss chapter 11. |
| 12/05/01 | Roger J Higgins | 13.10 | Research, outline and draft memorandum supporting motion to dismiss ZAI adversary complaint (12.1); attend to matters re same (1.0). |
| 12/06/01 | James W Kapp | 1.20 | Develop strategy re response to Zonolite adversary complaint and address issues re same. |
| 12/06/01 | Christopher B Sullivan | 1.50 | Draft notes of witness interview. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/01 | Kellye L Fabian | 7.50 | Draft and revise memorandum supporting motion to dismiss ZAI adversary complaint (7.0); attend to matters re same (.5). |
| 12/06/01 | Deanna D Boll | 5.40 | Attend to matters re ZAI adversary complaint (.2); review and consider issues related to same (.5); research law re opposition to motion to dismiss (3.5); outline draft of opposition (1.2). |
| 12/06/01 | Roger J Higgins | 6.90 | Draft and revise memorandum supporting motion to dismiss ZAI adversary complaint. |
| 12/07/01 | Theodore L Freedman | 1.00 | Review materials re oppostion to motion to dismiss. |
| 12/07/01 | Reed S Oslan | 1.00 | Review e-mails re Pipeline dispute. |
| 12/07/01 | Christopher B Sullivan | 0.50 | Review 12/6 Order from Judge; speak to W. Sparks re same. |
| 12/07/01 | Kellye L Fabian | 8.00 | Revise and edit memorandum supporting motion to dismiss ZAI plaintiffs' adversary complaint. |
| 12/07/01 | Deanna D Boll | 4.50 | Draft opposition to ZAI motion to dismiss. |
| 12/07/01 | Roger J Higgins | 4.30 | Draft and revise memorandum supporting motion to dismiss ZAI adversary complaint. |
| 12/08/01 | James W Kapp | 0.10 | Attend to issues re American Real Estate complaint. |
| 12/08/01 | Deanna D Boll | 11.50 | Research law and draft opposition to ZAI motion to dismiss. |
| 12/09/01 | David M Bernick, P.C. | 0.80 | Prepare for team meeting. |
| 12/09/01 | Deanna D Boll | 13.80 | Draft and edit opposition to ZAI motion to dismiss. |
| 12/10/01 | David M Bernick, P.C. | 1.50 | Prepare for and attend team meeting. |

A-24

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/01 | Michelle H Browdy | 0.60 | Follow up on issue of withdrawal of reference as it relates to fraudulent conveyance claims. |
| 12/10/01 | Theodore L Freedman | 7.00 | Draft opposition to motion to dismiss. |
| 12/10/01 | James W Kapp | 3.80 | Review and revise memorandum in support of Debtor's motion to dismiss adversary conflict and attend to issues re same (3.6); attend to issues re reply of Exxon Mobile Corporation in support of summary judgment motion (.2). |
| 12/10/01 | Christopher B Sullivan | 1.80 | Review proposed MK-3 application witnesses. |
| 12/10/01 | Kellye L Fabian | 2.80 | Attend to matters re memorandum supporting motion to dismiss ZAI adversary complaint (.3); revise draft of same (2.5). |
| 12/10/01 | Roger J Higgins | 6.80 | Revise memorandum supporting motion to dismiss ZAI adversary complaint (6.0); attend to matters re same (.8). |
| 12/11/01 | David M Bernick, P.C. | 0.80 | Telephone conference with D. Siegel re recent case developments. |
| 12/11/01 | Theodore L Freedman | 3.50 | Draft opposition to motion to dismiss. |
| 12/11/01 | James W Kapp | 0.50 | Attend to issues re response to Zonolite complaint. |
| 12/11/01 | Scott A McMillin | 1.50 | Review Exxon reply brief (.5); revise fraudulent transfer outlines (1.0). |
| 12/11/01 | Shirley A Pope | 1.50 | Prepare fraudulent conveyance briefs for attorney review. |
| 12/11/01 | Andrew R Running | 0.80 | Participate in telephone conference with J. Hughes, R. Finke, W. Sparks and D. Cameron to discuss expert witness assignments. |
| 12/11/01 | Kellye L Fabian | 5.50 | Revise and edit sections 2 and 3 of memorandum supporting motion to dismiss ZAI adversary complaint |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/11/01 | Deanna D Boll | 4.00 | Edit and revise opposition brief to motion to dismiss. |
| 12/11/01 | Roger J Higgins | 7.70 | Revise memorandum supporting motion to dismiss ZAI adversary complaint (6.6); attend to matters re same (1.1). |
| 12/12/01 | David M Bernick, P.C. | 2.80 | Draft submission to Judge Wolin. |
| 12/12/01 | Theodore L Freedman | 3.50 | Draft opposition to motion to dismiss. |
| 12/12/01 | James W Kapp | 4.90 | Review and revise motion to dismiss Zonolite complaint and attend to issues re same. |
| 12/12/01 | Kellye L Fabian | 1.00 | Draft motion to dismiss ZAI adversary complaint. |
| 12/12/01 | Deanna D Boll | 3.00 | Continue edits to opposition to motion to dismiss. |
| 12/12/01 | Janet Baer | 0.80 | Review correspondence re PGI matter (.3); attend to issues re status of various contested matters (.5). |
| 12/12/01 | Roger J Higgins | 8.40 | Revise memorandum supporting motion to dismiss ZAI complaint (7.6); attend to matters re same (.8). |
| 12/13/01 | David M Bernick, P.C. | 3.80 | Revise status report to Judge Wolin (.8); revise motions to dismiss and to strike (3.0) |
| 12/13/01 | James W Kapp | 2.70 | Review and revise motion to dismiss Zonolite complaint and attend to issues re same and review and revise order and related pleadings re same. |
| 12/13/01 | Scott A McMillin | 6.50 | Review interview notes, WLRK documents, SEC correspondence and other documents and update fraudulent transfer outlines. |
| 12/13/01 | Shirley A Pope | 3.00 | Prepare projects for attorney review re motion to dismiss adversary compliant. |
| 12/13/01 | Christopher B Sullivan | 2.50 | Prepare outline of fact witness interviews conducted. |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/13/01 | Kellye L Fabian | 1.00 | Revise motion to dismiss (.8); track down citations to Barbanti, Abner, and Price to put into memorandum in support thereof (.2). |
| 12/13/01 | Janet Baer | 0.30 | Review U.S. Trustee's statement with respect to case management order request. |
| 12/13/01 | Roger J Higgins | 4.00 | Draft and revise motion and order to dismiss ZAI complaint. |
| 12/14/01 | Theodore L Freedman | 3.00 | Revise opposition to draft motion to dismiss. |
| 12/14/01 | James W Kapp | 4.20 | Review and revise motion to dismiss Zonolite complaint (.1); attend to issues re same (3.7); telephone conference with D. Siegel re motion to dismiss adversary complaint and attend to issues re same (.4). |
| 12/14/01 | Scott A McMillin | 3.20 | Review WLRK documents and revise fraudulent transfer outlines. |
| 12/14/01 | Shirley A Pope | 0.50 | Review class action complaints re Zonolite cases. |
| 12/14/01 | Andrew R Running | 1.50 | Telephone conversation with P. Bentley of Kramer Levin re ZAI claimants' motion to dismiss (.3); telephone conversation with potential litigation consultant (.4); review recent court filings (.8). |
| 12/14/01 | Janet Baer | 0.50 | Review status of various litigation matters, including outstanding negative notice matters. |
| 12/14/01 | Roger J Higgins | 9.10 | Revise memorandum in support of motion to dismiss ZAI adversary complaint (7.0); attend to matters re same (1.2); revise motion and order re same (.9). |
| 12/15/01 | James W Kapp | 5.00 | Review and revise motion to dismiss Zonolite adversary complaint and attend to issues re same. |
| 12/15/01 | Scott A McMillin | 1.20 | Revise fraudulent transfer outlines. |
| 12/15/01 | Roger J Higgins | 6.30 | Revise memorandum in support of motion to dismiss ZAI adversary complaint (5.5); attend to matters re same (.8). |