| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/16/01 | David M Bernick, P.C. | 4.30 | Draft alternative outline re motion to dismiss (2.0); revise motion to strike (1.5); attend to matters re same (.8). |
| 12/16/01 | James W Kapp | 0.50 | Attend to issues re motion to dismiss ZAI adversary complaint. |
| 12/16/01 | Scott A McMillin | 3.00 | Revise fraudulent transfer outlines. |
| 12/16/01 | Roger J Higgins | 5.90 | Revise memorandum in support of motion to dismiss ZAI Complaint (5.0); attend to matters re same (.9). |
| 12/17/01 | David M Bernick, P.C. | 2.00 | Revise motions to strike. |
| 12/17/01 | Theodore L Freedman | 6.50 | Revise opposition to motion to dismiss. |
| 12/17/01 | James W Kapp | 4.40 | Review and revise motion to dismiss ZAI adversary complaint and memorandum in support re same, attend to issues re same, and prepare filing re same (3.1); review declaration of F. Vincent in support of Zonolite Plaintiff Motion for Claims Certification and attend to issues re same and telephone conference with F. Vincent re same (.6); review class certification motions filed by Zonolite plaintiffs and distribute same and attend to issues re same (.7). |
| 12/17/01 | Scott A McMillin | 1.80 | Research and draft section of brief re Woodward action (1.6); attend to matters re same (.2). |
| 12/17/01 | Andrew R Running | 3.00 | Attend to matters re preparation of response to ZAI claimants' motion to dismiss (.3); review Grace's SEC filings and identify key provisions to be cited in response memorandum (1.9); draft memorandum re same (.8). |
| 12/17/01 | Deanna D Boll | 15.30 | Edit and revise opposition to ZAI motion to dismiss and in conjunction with same, review 10Ks 10Qs, Dow Jones reports, and pleadings from collateral litigation. |
| 12/17/01 | Janet Baer | 0.50 | Attend to matters re removal motion and related issues and review same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/17/01 | Janet Baer | 1.10 | Review Intercat correspondence and pleadings re status and asset issues (.5); conference with S. Zuber re same and prepare letter to creditors re status of Intercat (.6). |
| 12/17/01 | Roger J Higgins | 8.80 | Revise memorandum in support of motion to dismiss ZAI adversary complaint (3.8); attend to matters related thereto (2.5); prepare removal extension motion (2.0); file motion to dismiss ZAI adversary complaint and supporting memorandum (.5). |
| 12/18/01 | David M Bernick, P.C. | 6.50 | Telephone conference with Evans Wohlforth (.5); team call and preparation for same (2.0); responses to motions to dismiss (2.0); prepare for status conference before Judge Wolin (1.5); telephone conference with D. Siegel (.5). |
| 12/18/01 | Theodore L Freedman | 7.50 | Revise opposition to motion to dismiss. |
| 12/18/01 | James W Kapp | 3.10 | Review Medical Monitoring Motion for Class Certification and attend to issues re same and distribute same (.3); telephone conference with D. Carickhoff re local rules re motion for class certification and attend to issues re same (.3); address issues re extension of removal period (.3); attend to issues re class certification objection deadline and telephone conferences with F. Vincent re same (.8); review and revise letter to F. Vincent re class certification issues and attend to issues re same (.3); attend to issues re Medical Monitoring complaint (.2); attend to issues re motion to dismiss bankruptcy proceedings (.3); review Hilton Claim Resolution Handbook and attend to issues re same (.1); review motion seeking extension of removal period (.5). |
| 12/18/01 | Scott A McMillin | 0.30 | Attend to matters re opposition to motion to dismiss. |
| 12/18/01 | Andrew R Running | 1.60 | Review Hilton and Rabinowitz affidavits and exhibits (1.4); write letter to S. Baena re their depositions (.1); attend to matters re same (.1). |

A-29

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/18/01 | Kellye L Fabian | 0.30 | Draft letter to Fabrice Vincent re extension of objection time for ZAI plaintiffs and medical monitoring plaintiffs motions for class certification. |
| 12/18/01 | Kellye L Fabian | 3.00 | Review motions and exhibits filed for class certification by ZAI and medical monitoring claimants in order to prepare a response. |
| 12/18/01 | Deanna D Boll | 8.20 | Edit and revise opposition to ZAI motion to dismiss. |
| 12/18/01 | Roger J Higgins | 2.80 | Draft motion for further extension of removal period. |
| 12/19/01 | David M Bernick, P.C. | 6.50 | Review newly filed briefs. |
| 12/19/01 | David M Bernick, P.C. | 0.30 | Further work on motion to dismiss. |
| 12/19/01 | Theodore L Freedman | 8.50 | Finalize response to motion to dismiss. |
| 12/19/01 | James W Kapp | 4.20 | Telephone conference with F. Vincent re class certification and prepare correspondence re same and attend to issues re same (.8); attend to class certification motion and distribute same (.2); attend to issues re potential removal of particular litigation (.3); review new motion for class certification and attend to issues re same (1.9). |
| 12/19/01 | Andrew R Running | 2.40 | Telephone conference with W. Sparks re case status (.2); telephone conference with S. Michaels re preparation of exhibits for next day's hearing (.3); attend to matters re hearing preparations (1.4); telephone conference with F. Dunbar re Hilton and Rabinowitz affidavits (.5). |
| 12/19/01 | Kellye L Fabian | 1.50 | Review medical monitoring plaintiffs' motion for class certification and gather cases they cite in their brief. |
| 12/19/01 | Deanna D Boll | 10.20 | Edit and revise opposition to ZAI motion to dismiss and analyze and review exhibits for same. |

A-30

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/19/01 | Janet Baer | 0.50 | Review additional Intercat pleadings and revise letter re same. |
| 12/20/01 | David M Bernick, P.C. | 10.00 | Prepare for hearing in Newark, NJ. |
| 12/20/01 | Michelle H Browdy | 2.50 | Meeting with D. Rourke re asbestos analysis in anticipation of fraudulent conveyance litigation. |
| 12/20/01 | Michelle H Browdy | 5.20 | Review/analyze fact documents re historic asbestos liability to update outline. |
| 12/20/01 | Theodore L Freedman | 3.50 | Final review of draft response to ZAI motion to dismiss. |
| 12/20/01 | Andrew R Running | 1.70 | Attend to matters re briefing of class action issues (.3); review class action motions and briefs filed by medical monitoring and ZAI claimants (1.4). |
| 12/20/01 | Kellye L Fabian | 4.00 | Research medical monitoring class action decisions to respond to medical monitoring claimants' motion for class certification. |
| 12/20/01 | Deanna D Boll | 11.50 | Edit and revise Opposition to ZAI motion to dismiss and review exhibits for same. |
| 12/20/01 | Janet Baer | 3.30 | Review 12/18 Motion for class certification and related materials and attend to matters re same (1.6); review documents and transcripts for information re response to Motion to Dismiss and attend to matters re the same(.7); review previously filed motions/memos for class certification re Medical Monitoring and ZAI (1.0). |
| 12/21/01 | David M Bernick, P.C. | 2.30 | Outline for case strategy (1.0); telephone conference with D. Siegel re same (.8); telephone conference with F. McGovern re same (.5). |
| 12/21/01 | James W Kapp | 2.80 | Attend to issues re strategy re certain settlement agreements and telephone conference with M. Shelnitz, D. Siegel, J. McFarland and M. Hunter re same (1.9); review and revise removal motion and attend to issues re same (.3); attend to issues re motion to dismiss and telephone conference with D. Carickhoff re same (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/21/01 | Andrew R Running | 2.70 | Telephone conference with F. Dunbar re Hilton and Rabinowitz affidavits (1.0); draft memorandum outlining responses to those affidavits (1.5); attend to matters re preparation of response to ZAI factual allegations (.2). |
| 12/21/01 | Christopher B Sullivan | 2.50 | Review motion for class certification and exhibits (2.0); attend to matters re same (.2); telephone conferences with W. Sparks re same (.3). |
| 12/21/01 | Kellye L Fabian | 6.00 | Research medical monitoring cases cited in medical monitoring plaintiffs' motion for class certification. |
| 12/21/01 | Deanna D Boll | 4.30 | Telephone conference with D. Carickoff re opposition to ZAI motion to dismiss and attend to matters re same (.9); finalize ZAI motion to dismiss (3.0); telephone conference with equity committee re same (.2); telephone conference with F. Zaremby re same (.2). |
| 12/21/01 | Janet Baer | 1.40 | Review memo in support of motion to dismiss ZAI complaint (.5); review letter agreement re Intercat plan (.3); prepare correspondence re same (.3); conference with various parties re motion to dismiss and related pleadings (.3). |
| 12/22/01 | Michelle H Browdy | 0.50 | Revise fraudulent conveyance outlines. |
| 12/24/01 | David M Bernick, P.C. | 1.50 | Prepare for and attend team meeting. |
| 12/25/01 | David M Bernick, P.C. | 1.50 | Prepare letter to Judge Wolin. |
| 12/26/01 | David M Bernick, P.C. | 1.00 | Prepare letter to Judge Wolin. |
| 12/26/01 | James W Kapp | 0.30 | Attend to issues re removal order (.1); attend to issues re potential restructuring orders (.2). |
| 12/26/01 | Janet Baer | 1.10 | Review Privest draft release and letters and prepare correspondence and comments re same (.6); review recently filed pleadings re Motion to Dismiss (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/26/01 | Roger J Higgins | 1.50 | Revise removal motion (1.0); attend to matters re filing removal motion (.5). |
| 12/27/01 | David M Bernick, P.C. | 1.50 | Prepare Judge Wolin letter. |
| 12/27/01 | Christopher B Sullivan | 1.60 | Review medical monitoring class action motion (1.0); attend to matters re same (.3); telephone conferences with W. Sparks re same (.3). |
| 12/27/01 | Deanna D Boll | 0.50 | Read and consider creditors' committee opposition to ZAI Motion to Dismiss. |
| 12/27/01 | Janet Baer | 0.30 | Conference with counsel for Exxon Mobil re Motion for Summary Judgment. |
| 12/28/01 | David M Bernick, P.C. | 0.50 | Review of proposed response by F. Dunbar in the Grace case. |
| 12/28/01 | David M Bernick, P.C. | 3.30 | Telephone conference with F. McGovern re recent order (1.0); team meeting (1.5); prepare for same (.8). |
| 12/28/01 | Michelle H Browdy | 0.60 | Follow up on issues re pending preliminary injunction motion. |
| 12/28/01 | Michelle H Browdy | 4.70 | Work on updates to fraudulent conveyance outline. |
| 12/28/01 | Timothy S Hardy | 0.70 | Participate in case status conference call. |
| 12/28/01 | Janet Baer | 1.90 | Prepare transmittal re preliminary injunction matter (.3); conference with Exxon Mobil's counsel re matter and upcoming hearing before Judge Fitzgerald (.3); review Libby consent decree motion re medical monitoring concern (.5); review Youpee order, pleadings and issues re preliminary injunction (.5); internal conferences re injunction issues (.3). |
| 12/29/01 | David M Bernick, P.C. | 1.00 | Further work on Judge Wolin letter. |
| 12/30/01 | David M Bernick, P.C. | 2.50 | Draft letter to Judge Wolin. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/31/01 | David M Bernick, P.C. | 1.50 | Prepare Judge Wolin letter. |

## Matter 24 - Creditors Committee - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/01 | David M Bernick, P.C. | 0.50 | Conference with creditor's committee re letter to Judge Fitzgerald. |
| 12/04/01 | James W Kapp | 0.10 | Review correspondence to A. Krieger re customers programs/coupon motion. |
| 12/13/01 | James W Kapp | 0.20 | Telephone conference with R. Raskin re outstanding issues. |
| 12/27/01 | James W Kapp | 0.10 | Telephone conference with M. Zaleski re outstanding issues. |

**Matter 25 - Creditors/Shareholders Inquiries - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/01 | Samuel A Schwartz | 1.40 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 12/05/01 | James W Kapp | 0.20 | Review correspondence from L. Lattig re financial advisors (.1); review correspondence from First Union (.1). |
| 12/05/01 | Samuel A Schwartz | 0.60 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 12/06/01 | Samuel A Schwartz | 0.40 | Telephone conferences with various creditors and attorneys re the status of the cases. |

A-35

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/07/01 | Brigitte F Windley | 0.30 | Respond to creditor inquiry re claim transfer. |
| 12/10/01 | James W Kapp | 0.10 | Review correspondence from GE Capital re status of Chapter 11 cases. |
| 12/12/01 | Samuel A Schwartz | 1.40 | Telephone conferences with various professionals and creditors re the status of the bankruptcy cases. |
| 12/17/01 | Samuel A Schwartz | 0.20 | Telephone conferences with various creditors and attorneys re the status of the cases and the bar date. |
| 12/18/01 | Janet Baer | 1.00 | Conference with K. Kinsella re status of case and related matters (.4); conference with D. Tay (Canadian counsel) re status of case (.6). |
| 12/21/01 | Samuel A Schwartz | 1.50 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 12/27/01 | Janet Baer | 0.30 | Respond to various creditor inquiries re case and hearing status. |
| 12/28/01 | Janet Baer | 0.40 | Respond to inquiries re upcoming omnibus hearing. |

## Matter 26 - DIP Financing/Cash Collateral - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/26/01 | Samuel A Schwartz | 0.20 | Telephone conferences with the client re DIP related matters. |

**Matter 27 - Employee Matters - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/01 | James W Kapp | 0.30 | Telephone conference with B. McGowan re issues concerning particular employee program. |

A-37

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/01 | James W Kapp | 0.30 | Telephone conference with B. Berber re employee indemnification order and telephone conference with D. Carickhoff re same. |
| 12/12/01 | James W Kapp | 0.60 | Review transcript of employee indemnification hearing and attend to issues re same (.3); telephone conference with B. Beber re employee indemnification motion and attend to issues re same (.3). |

**Matter 28 - Environmental Issues - Fees**

A-38

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/01 | Janet Baer | 0.60 | Review file and attend to matters in preparation for Hatco site clean up meeting. |
| 12/02/01 | Reed S Oslan | 2.00 | Prepare for meetings in D.C. re Hatco site clean up. |
| 12/03/01 | Mark E Grummer | 7.20 | Conference with L. Duff in preparation for meeting with Hatco (.7); prepare for and participate in meeting with Grace team re Hatco site to prepare for meeting with Hatco and later meeting with New Jersey DEP (3.8); participate in meeting between Grace team and Hatco representatives re Hatco site and plans for meeting with NJ DEP (2.5); prepare edits to memorandum re Hatco site legal issues (.2). |
| 12/03/01 | J Chad Mitchell | 5.80 | Analysis of declaratory judgment issues (2.0); draft memo re same (2.8); continue drafting complaint (1.0). |
| 12/03/01 | Reed S Oslan | 7.00 | Prepare for and meet with client, Hatco, and NJDEP representatives re future proceedings at site. |
| 12/03/01 | Janet Baer | 9.00 | Attend meetings in Washington, DC re Hatco site clean up issues (.5); review documents and case law in preparation re same (.3); attend to matters re Hatco meeting and related matters (1.0). |
| 12/04/01 | Mark E Grummer | 0.20 | Review various Hatco site materials. |
| 12/04/01 | J Chad Mitchell | 2.00 | Research re jurisdiction and claims against NJDEP (1.0); revise declaratory judgment complaint (1.0). |
| 12/04/01 | Reed S Oslan | 2.00 | Review strategy re Hatco in light of meeting (1.7); review cost estimates re same (.3). |
| 12/05/01 | Mark E Grummer | 0.10 | Exchange emails with team re agenda for meeting with New Jersey DEP. |
| 12/05/01 | J Chad Mitchell | 1.00 | Review sample pleadings re complaints for declaratory relief. |
| 12/06/01 | Mark E Grummer | 0.40 | Attend to matters re treatment of stipulated penalties claims in bankruptcy (.3); review correspondence re Woodbury site and attend to matters re same (.1). |

A-39

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/01 | J Chad Mitchell | 0.50 | Attend to matters re stipulated penalties as a claim. |
| 12/07/01 | Reed S Oslan | 2.50 | Study correspondence re Hatco strategy. |
| 12/10/01 | J Chad Mitchell | 1.30 | Review draft of declaratory relief complaint (.6); review case law re same (.3); research re legislative history (.7). |
| 12/10/01 | Samuel A Schwartz | 0.50 | Telephone conferences with K. James re environmental matters (.2); draft correspondence re same (.3). |
| 12/10/01 | Sabrina M Mitchell | 0.80 | Retrieve certain schedules for environmental inquiry (.6); draft correspondence and prepare the same for transmittal to K. James (.2). |
| 12/11/01 | Mark E Grummer | 0.10 | Attend to matters re Hatco site status. |
| 12/11/01 | J Chad Mitchell | 0.50 | Review case law re stipulated penalties as claims. |
| 12/12/01 | Mark E Grummer | 0.90 | Review list of New Jersey sites prepared by Remedium in preparation for meeting with NJDEP re Hatco site (.4); prepare for and participate in telephone conference preparations for meeting with Hatco and NJDEP re Hatco site (.5). |
| 12/12/01 | J Chad Mitchell | 0.30 | Telephone conferences to local counsel re filing complaint (.2); attend to matters re same (.1). |
| 12/12/01 | Reed S Oslan | 2.50 | Prepare for meeting with state re Hatco. |
| 12/12/01 | Janet Baer | 1.20 | Review correspondence re upcoming NJDEP meeting on Hatco (.3); participate in conference re upcoming NJDEP meeting (.4);attend to matters re Hatco meeting (.3); review correspondence re Samson related matter (.2). |
| 12/13/01 | J Chad Mitchell | 4.50 | Discussions with local counsel re filing complaint (.5); continue drafting and revising complaint for declaratory relief (3.5); attend to matters re same (.5). |
| 12/13/01 | Reed S Oslan | 6.00 | Prepare for and meet with client, Hatco, and NJDEP re status and future actions at site. |

A-40

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/13/01 | Janet Baer | 6.50 | Review various correspondence pleadings and memos in preparation for meeting with NJDEP on Hatco site (2.0); attend meeting with clients and Hatco re same (1.5); attend meeting with NJDEP on Hatco site (1.5); attend meeting with clients and Hatco re results of NJDEP meeting (.5); attend to matters re same (1.0). |
| 12/14/01 | Mark E Grummer | 0.60 | Attend to matters re results of meeting with NJDEP and Hatco re Hatco site. |
| 12/14/01 | Janet Baer | 0.70 | Attend to matters re outcome of Hatco/NJDEP meeting and legal issues on potential Declatory Judgment action. |
| 12/18/01 | Reed S Oslan | 2.00 | Review status of negotiations with Hatco and State and consider correspondence re same. |
| 12/21/01 | Mark E Grummer | 0.20 | Review letter from T. Reitano re Grace commitments at Hatco site. |
| 12/21/01 | Janet Baer | 0.50 | Review letter from Hatco counsel re New Jersey meeting and status and M. Grummer comments re same. |
| 12/24/01 | Mark E Grummer | 0.80 | Review recent Hatco site materials including letter from T. Reitano (.5); organize recent Hatco site and other materials (.3). |
| 12/26/01 | Mark E Grummer | 0.10 | Attend to matters re response to Reitano letter re Hatco site. |
| 12/26/01 | Janet Baer | 1.90 | Review letter re Hatco and comments re same (.4); review Bankruptcy Code and Grace orders re employment/payment of Environmental consultants re Hatco (1.0); prepare correspondence re same (.5). |
| 12/27/01 | Janet Baer | 0.70 | Revise Hatco memo on consultants and prepare transmittal re same (.4); further conversions re same (.3). |
| 12/28/01 | Mark E Grummer | 0.30 | Attend to matters re response to Reitano letter re Hatco site (.2); telephone voice message to attorney for debtor in G-1 Holdings case re status of motion re environmental liabilities (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/28/01 | Janet Baer | 0.60 | Attend to matters re Hatco issues (.3); prepare correspondence re same (.3). |
| 12/29/01 | Timothy S Hardy | 0.50 | Review EPA Consent Order re HCP. |

**Matter 29 - File, Docket, Calendar Maintenance - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/01 | Sabrina M Mitchell | 2.40 | Identify new pleadings using the court's website and include in the central file docket binders. |
| 12/06/01 | Sabrina M Mitchell | 3.30 | Distribute Grace dockets to attorneys (.2); identify new pleadings using the court's website and include in the central file docket binders (3.1). |
| 12/07/01 | Sabrina M Mitchell | 0.30 | Review and distribute court dockets to attorneys. |
| 12/10/01 | Sabrina M Mitchell | 3.10 | Identify new pleadings using the court's website and include in the central file docket binders. |
| 12/11/01 | Sabrina M Mitchell | 1.30 | Distribute court dockets to attorneys (.2); identify new pleadings using the court's website and include in the central file docket binders (1.1). |
| 12/13/01 | James W Kapp | 0.10 | Review dockets. |
| 12/13/01 | Sabrina M Mitchell | 1.80 | Review the online docket and update the motion status chart (.4); distribute dockets to attorneys (.1); identify new pleadings using the court's website and include in the central file docket binders (1.3). |
| 12/14/01 | Sabrina M Mitchell | 0.70 | Review the online dockets and distribute the same to attorneys (.3); identify new pleadings using the court's website and include in the central file docket binders (.4). |
| 12/17/01 | James W Kapp | 0.20 | Review docket and attend to issues re same. |
| 12/17/01 | Sabrina M Mitchell | 0.80 | Review the online court dockets and distribute the same to attorneys (.3); download pleadings from the online docket (.3); search the online docket for the class certification motion (.2). |
| 12/21/01 | Sabrina M Mitchell | 1.60 | Review the court dockets and distribute the same to attorneys (.2); identify new pleadings using the court's website and include in the central file docket binders (1.4). |

A-43

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/26/01 | Sabrina M Mitchell | 1.70 | Review the online dockets and distribute the same to attorneys (.2); identify new pleadings using the court's website and include in the central file docket binders (1.5). |
| 12/27/01 | Sabrina M Mitchell | 0.80 | Review the online dockets and distribute the same to attorneys (.2); identify new pleadings using the court's website and include in the central file docket binders (.6). |
| 12/28/01 | Sabrina M Mitchell | 0.30 | Review the online docket and update the motion status chart (.2); distribute Grace dockets to attorneys (.1). |

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/15/01 | Andrew R Running | 0.50 | Attend to matters re preparations for case management order hearing exhibits. |
| 12/03/01 | Theodore L Freedman | 1.10 | Prepare materials in connection with hearing on consolidated cases. |
| 12/03/01 | Benjamin J Alke | 2.00 | Prepare take-outs for the next Grace hearing. |
| 12/17/01 | James W Kapp | 0.20 | Telephone conference with M. Zaleski re January 3, 2002, hearing. |
| 12/17/01 | James W Kapp | 1.10 | Review agenda for January 3, 2002, hearing and attend to issues re same (.7); review materials requested by Judge Fitzgerald for January 3, 2002, hearing and attend to issues re same (.4). |
| 12/17/01 | Andrew R Running | 0.20 | Attend to matters re preparations for next court hearing. |
| 12/17/01 | Janet Baer | 0.50 | Review Libby consent decree status report and conference with J. Freeman and A. Kreiger re same. |
| 12/18/01 | James W Kapp | 1.10 | Review agenda for January 3, 2002, hearing and attend to issues re same (.5); attend to issues re December 20, 2001, hearing (.2); review Travelers letters to Judge Wolin re December 20, 2001, hearing and attend to issues re same (.2); review correspondence from Judge Wolin's chambers re December 20, 2001, hearing and attend to issues re same (.2). |
| 12/18/01 | Shirley A Pope | 1.00 | Prepare documents re December 20 Hearing. |
| 12/18/01 | Christopher B Sullivan | 2.50 | Prepare various materials in anticipation of December 20 hearing. |
| 12/18/01 | Samuel A Schwartz | 2.00 | Prepare for December 20 hearing. |

A-45

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/19/01 | James W Kapp | 1.20 | Attend to issues re amended agenda (.2); telephone conference with D. Carickhoff re December 20, 2001, hearing (.2); prepare for December 20, 2001, hearing, review materials related thereto and attend to issues re same (.8). |
| 12/19/01 | Shirley A Pope | 2.50 | Prepare projects re December 20 hearing. |
| 12/19/01 | Andrew R Running | 3.70 | Research case filings and exhibits to assist in preparing for next day's court hearing. |
| 12/19/01 | Samuel A Schwartz | 2.00 | Prepare for December 20 hearing. |
| 12/20/01 | James W Kapp | 12.20 | Attend hearing in front of Judge Wolin and attend to issues re same and conference with D. Siegel and W. Sparks re same and review materials related to December 20, 2001, hearing. |
| 12/20/01 | Samuel A Schwartz | 2.00 | Attention to and preparation for December 21 hearing. |
| 12/26/01 | James W Kapp | 0.10 | Attend to issues re January 3, 2002, hearing. |
| 12/26/01 | Janet Baer | 0.30 | Review J. Fitzgerald's amended hearing agenda. |

## Matter 32 - K&E Fee Application, Preparation of - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/01 | James W Kapp | 3.00 | Review and revise October K&E fee application |
| 12/03/01 | Roger J Higgins | 0.50 | Attend to matters re October K&E Fee Application. |
| 12/04/01 | Sabrina M Mitchell | 4.50 | Review and revise October billing information (.6); create October fee application exhibits and review pleadings (3.9). |
| 12/05/01 | Sabrina M Mitchell | 0.10 | Prepare copy of fee application for review. |
| 12/07/01 | Roger J Higgins | 2.80 | Review and revise November K&E fee application detail. |
| 12/09/01 | Roger J Higgins | 4.00 | Review and revise detail for November K&E fee application. |
| 12/10/01 | Roger J Higgins | 1.80 | Review and revise detail for November K&E fee application. |
| 12/10/01 | Sabrina M Mitchell | 0.10 | Attend to matters re Grace fee application. |
| 12/11/01 | Sabrina M Mitchell | 0.30 | Telephone conferences re filing of the Grace fee application. |
| 12/13/01 | Roger J Higgins | 1.80 | Revise November K&E fee application detail. |
| 12/13/01 | Sabrina M Mitchell | 0.20 | Attend to matters re fee application. |
| 12/14/01 | Roger J Higgins | 3.00 | Prepare November K&E fee application detail. |
| 12/14/01 | Sabrina M Mitchell | 1.30 | Review November billing information. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/17/01 | James W Kapp | 0.70 | Review and revise November K&E fee application. |
| 12/17/01 | Roger J Higgins | 1.30 | Review November K&E fee application detail. |
| 12/18/01 | James W Kapp | 2.10 | Review and revise November K&E fee application. |
| 12/18/01 | Sabrina M Mitchell | 0.10 | Attend to matter re November K&E fee application. |
| 12/19/01 | Sabrina M Mitchell | 0.90 | Prepare templates for the November K&E fee application. |
| 12/20/01 | Sabrina M Mitchell | 2.10 | Review and revise the November K&E billing information. |
| 12/21/01 | Sabrina M Mitchell | 5.80 | Create the November fee application pleadings and exhibits (5.5); various telephone conferences re the November fee application (.3). |
| 12/26/01 | Sabrina M Mitchell | 3.10 | Work on the November K&E fee application and prepare the same for filing with the court. |

## **Matter 33 - Lease Rejection Claims - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/01 | Samuel A Schwartz | 0.90 | Telephone conferences with the client and opposing counsel re the Dragon Court lease (.5); review of the docket (.1); review of the transcript of the November 5 hearing re same (.3). |
| 12/04/01 | Samuel A Schwartz | 0.80 | Attention to the negotiation of the Dragon Court Assignment. |
| 12/06/01 | Samuel A Schwartz | 1.10 | Telephone conferences with the client and B. Michaelson re the Dragon Court lease and the rejection of the same (.6); drafting of correspondence re same (.2); telephone conferences with the client and opposing counsel re Toyota and Caterpillar motions (.3). |
| 12/07/01 | Samuel A Schwartz | 1.60 | Telephone conferences with the client, B. Michaelson and K. Doughty re various lease rejection and assumption issues (1.1); drafting of correspondence re same (.5). |
| 12/12/01 | Janet Baer | 0.30 | Review Phenix City, Alabama Lease Stipulation. |
| 12/13/01 | James W Kapp | 0.40 | Review and revise American Real Estate stipulation and attend to issues re same. |
| 12/14/01 | Samuel A Schwartz | 1.10 | Review and revision of the Dragon Court Stipulation (.7); drafting of correspondence re same (.4). |
| 12/17/01 | Samuel A Schwartz | 0.90 | Review and revise the Dragon Court Stipulation (.3); telephone conferences with the client re same (.6); attention to the Caterpillar motion (.2). |
| 12/18/01 | Samuel A Schwartz | 1.10 | Telephone conferences with the client re the Dragon Court Stipulation (.5); revise same (.2); draft correspondence re same (.4). |
| 12/19/01 | Samuel A Schwartz | 1.10 | Attention to various lease rejection and assumption issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/21/01 | Samuel A Schwartz | 0.50 | Review and revision of the AREA Stipulation (.2); negotiation with B. Michaelson of same (.3). |
| 12/21/01 | Samuel A Schwartz | 2.50 | Review and analysis of the inventory settlement agreements and bonds (.8); telephone conferences with the client (.9); meetings re same (.8). |
| 12/26/01 | Samuel A Schwartz | 1.20 | Attention to various open executory contract and lease issues. |

## Matter 35 - Other Fee Applications - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/04/01 | Samuel A Schwartz | 1.30 | Review various professionals' fee applications. |
| 11/06/01 | Samuel A Schwartz | 1.70 | Review various fee applications. |
| 11/18/01 | Samuel A Schwartz | 0.50 | Review of various professionals fee applications. |
| 11/20/01 | J Chad Mitchell | 0.30 | Telephone conference with W. Ito re payment (.1); draft correspondence to client and Wallace King re same (.2). |
| 11/30/01 | Samuel A Schwartz | 2.20 | Review and analyze various professionals' fee applications (1.8); draft correspondence re same (.4). |
| 12/18/01 | Samuel A Schwartz | 1.50 | Review and analysis of various fee applications. |
| 12/19/01 | Samuel A Schwartz | 1.50 | Review and analysis of various fee applications. |
| 12/20/01 | Samuel A Schwartz | 1.50 | Review and analysis of various fee applications. |

## Matter 38 - Retention of Professionals/Fees - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/01 | Samuel A Schwartz | 1.40 | Telephone conferences with various professionals and the client re payment and retention issues. |
| 12/05/01 | James W Kapp | 0.40 | Review statement of E. Warren and attend to issues re same. |
| 12/05/01 | Samuel A Schwartz | 0.40 | Telephone conferences with the client re various retention issues. |
| 12/07/01 | Samuel A Schwartz | 1.10 | Telephone conference with local counsel, the client and various professionals re retention issues. |
| 12/08/01 | James W Kapp | 0.10 | Review supplemental application of K. Hagen. |
| 12/08/01 | Samuel A Schwartz | 3.50 | Research and analysis re retention of professionals in the ordinary course (2.3); review and revision of the PwC retention pleadings (1.2). |
| 12/10/01 | Samuel A Schwartz | 1.20 | Telephone conferences with the client and various professionals re retention issues. |
| 12/11/01 | Samuel A Schwartz | 1.60 | Review and analysis of various fee applications (.8); telephone conferences with the client and various professionals re payment and retention issues (.8). |
| 12/12/01 | Samuel A Schwartz | 1.50 | Telephone conferences with the client and various professionals re retention and payment issues (1.2); meetings re same (.3). |
| 12/12/01 | Samuel A Schwartz | 1.90 | Telephone conferences with J. Goodchild, L. Lipski and M. Shelnitz re the PwC retention pleadings (.6); review and revision of the pleadings re same (.8); drafting of correspondence re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/14/01 | Samuel A Schwartz | 0.70 | Telephone conferences with P. Seamon and J. Farmer re the PwC retention pleadings (.4); revision of the same (.3). |
| 12/17/01 | James W Kapp | 0.10 | Review proposed order re retention of E. Warren and attend to issues re same. |
| 12/17/01 | Samuel A Schwartz | 1.10 | Telephone conferences with various professionals and the client re payment and retention issues. |
| 12/18/01 | Samuel A Schwartz | 1.50 | Telephone conferences with the client and various professionals re retention and payment issues. |
| 12/19/01 | James W Kapp | 1.50 | Review application to retain PricewaterhouseCoopers and attend to issues re same. |
| 12/19/01 | Samuel A Schwartz | 1.50 | Telephone conferences with the client and various professionals re retention and payment issues. |
| 12/20/01 | Samuel A Schwartz | 1.50 | Telephone conferences with the client and various professionals re retention and payment issues. |
| 12/26/01 | James W Kapp | 0.70 | Review Fitzgerald Administrative Fee Order and attend to issues re same. |
| 12/26/01 | Samuel A Schwartz | 1.10 | Review of Judge Fitzgerald's order re payment of professionals (.3); telephone conferences with local counsel re same (.5); review of same (.3). |
| 12/26/01 | Janet Baer | 0.30 | Review J. Fitzgerald's letter on fee procedures. |
| 12/27/01 | James W Kapp | 1.30 | Review and revise amended compensation order and attend to issues re same. |
| 12/27/01 | Samuel A Schwartz | 1.00 | Finalize the new interim compensation order and meetings re same. |
| 12/27/01 | Janet Baer | 0.30 | Review revised fee order and conference internally re same. |

## Matter 39 - Schedules/Statement of Financial Affairs - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/01 | Deanna D Boll | 0.40 | Correspond with D. Lyddle re Grace schedules and analysis of assets and liabilities listed therein. |
| 12/05/01 | Deanna D Boll | 0.40 | Review memorandum re Grace schedules. |

## Matter 41 - Tax Matters - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/01 | Samuel A Schwartz | 0.90 | Draft letter to A. Krieger re tax requests (.6); telephone conferences with A. Krieger re same (.3). |
| 12/05/01 | James W Kapp | 0.10 | Review correspondence to A. Krieger re tax information. |
| 12/06/01 | Samuel A Schwartz | 1.20 | Review correspondence to and from client and commercial committee re various tax matters (.6); draft correspondence re same (.6). |
| 12/10/01 | Samuel A Schwartz | 1.10 | Review and analyze schedules and statements of CCHP, CC Partners and Remedium for far-related information (.7); draft correspondence re same (.4). |
| 12/10/01 | Brigitte F Windley | 0.90 | Review creditors listed in schedules for various debtor entities for far-related information. |
| 12/11/01 | Samuel A Schwartz | 1.30 | Draft of correspondence to the commercial committee, the Blackstone group and the debtors re various open tax matters (1.2); attend to matters re same (.1). |
| 12/13/01 | Samuel A Schwartz | 1.00 | Prepare for and participate in telephone conference with the commercial committee and the debtors re various tax matters. |

A-55

**Matter 42 - Travel - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/02/01 | Michelle H Browdy | 3.00 | Travel to Florida for witness interviews (billed at 1/2 time). |
| 12/02/01 | Scott A McMillin | 1.60 | Travel to Boca Raton, Florida for meetings with former Grace executives (billed at 1/2 time). |
| 12/03/01 | Janet Baer | 2.00 | Travel to/from Washington DC re Hatco meetings (1/2 time). |
| 12/04/01 | Michelle H Browdy | 1.00 | Travel from Florida (billed at 1/2 time). |
| 12/04/01 | Scott A McMillin | 2.00 | Travel to Chicago from Boca Raton (billed at 1/2 time). |
| 12/13/01 | Janet Baer | 3.50 | Travel from Chicago to New Jersey and back to attend Hatco site meetings (1/2 time). |
| 12/19/01 | David M Bernick, P.C. | 4.00 | Travel to Newark, NJ in preparation for hearing (billed at 1/2 time). |
| 12/20/01 | David M Bernick, P.C. | 4.00 | Travel to Newark, NJ to attend hearing (billed at 1/2 time). |

A-56

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 12/20/01 | Michelle H Browdy | 2.00 | Travel from Chicago to DC for witness interview in anticipation of fraudulent conveyance litigation (billed at 1/2 time). |

## Matter 43 - Use, Sale or Lease/Abandonment Property - Fees

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 11/02/01 | Janet Baer | 0.50 | Prepare memo re rejection of executory contracts. |

## Matter 46 - IRS Tax Litigation - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/01 | Pratibha J Shenoy | 0.70 | Review client's Form 886-A to ensure that it is the version cited in 1998 Protest (.5); telephone conference with M. Greenberg re same (.2). |
| 12/05/01 | Pratibha J Shenoy | 3.40 | Organize tax litigation related documents and attend to matters re same. |
| 12/18/01 | Pratibha J Shenoy | 1.00 | Attend to matters re tax litigation related documents and prepare questions for M. Dyson re same (.7); prepare and send correspondence to M. Dyson re same (.3). |
| 12/19/01 | Pratibha J Shenoy | 0.70 | Prepare for telephone conference  with M. Dyson (.5); forward questions re documents to L. Fine (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/20/01 | Pratibha J Shenoy | 5.00 | Prepare for telephone conference with M. Dyson (.3); discuss stipulation of facts and case status with M. Dyson (.8); prepare memorandum re litigation strategy points arising from telephone conference with M. Dyson (3.0); continue research on various issues including tax status itinerants, notice and sufficiency of documents (.9). |
| 12/21/01 | Pratibha J Shenoy | 3.50 | Attend to matters re strategy memorandum (.5); research re various tax issues (3.0). |
| 12/26/01 | Pratibha J Shenoy | 3.00 | Research various tax issues. |
| 12/27/01 | Pratibha J Shenoy | 4.50 | Research various tax issues (1.5); begin drafting memorandum re same (3.0). |
| 12/28/01 | Pratibha J Shenoy | 2.00 | Research various tax issues. |