# EXHIBIT B

## Matter 16 – Asset Analysis and Recovery - Expenses

| Description | Amount |
|---|---|
| Outside Messenger | $20.00 |
| **TOTAL** | $20.00 |

## Matter 16 – Asset Analysis and Recovery - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/18/01 | 20.00 | Comet Messenger Services to:  BERNICK |

B-2

## Matter 20 – Case Administration - Expenses

| Description | Amount |
|---|---|
| Telephone | $434.53 |
| Facsimile Charges | $552.63 |
| Standard Copies | $3,547.65 |
| Color Copies | $121.50 |
| Oversize Copies | $89.10 |
| Binding | $92.75 |
| Tabs/Indexes/Dividers | $19.30 |
| Postage | $4.63 |
| Overnight Delivery | $801.44 |
| Outside Printing | $150.00 |
| Outside Copy | $247.50 |
| Computer Database Research | $1,376.25 |
| Word Processing Overtime | $22.47 |
| Information Broker Doc/Svcs | $321.77 |
| Calendar/Court Svcs | $20.00 |
| Library Document Procurement | $10.00 |
| Overtime Transportation | $17.00 |
| Overtime Meals | $9.00 |
| Overtime Meals - Attorney | $37.53 |
| Secretarial Overtime | $447.84 |
| **TOTAL** | $8,322.89 |

B-3

## Matter 20 – Case Administration - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/04/01 | 10.68 | West Publishing-TP,Database Usage 10.01 |
| 10/09/01 | 5.84 | West Publishing-TP,Database Usage 10.01 |
| 10/10/01 | 22.84 | West Publishing-TP,Database Usage 10.01 |
| 10/15/01 | 40.00 | CHICAGO COPY SOLUTIONS, LTD. - Outside Copy/Binding Services, PO-A1130 |
| 10/18/01 | 30.55 | West Publishing-TP,Database Usage 10.01 |
| 10/25/01 | 34.74 | West Publishing-TP,Database Usage 10.01 |
| 10/26/01 | 0.20 | West Publishing-TP,Database Usage 10.01 |
| 10/26/01 | 208.70 | West Publishing-TP,Database Usage 10.01 |
| 10/27/01 | 9.42 | West Publishing-TP,Database Usage 10.01 |
| 10/27/01 | 13.18 | West Publishing-TP,Database Usage 10.01 |
| 10/27/01 | 107.18 | West Publishing-TP,Database Usage 10.01 |
| 10/28/01 | 8.77 | West Publishing-TP,Database Usage 10.01 |
| 10/28/01 | 30.69 | West Publishing-TP,Database Usage 10.01 |
| 10/29/01 | 33.87 | West Publishing-TP,Database Usage 10.01 |
| 10/29/01 | 90.12 | Trf fax page charges to 410-531-4783 (2 faxes) |
| 10/30/01 | 0.24 | West Publishing-TP,Database Usage 10.01 |
| 10/30/01 | 8.58 | West Publishing-TP,Database Usage 10.01 |
| 10/30/01 | 49.85 | West Publishing-TP,Database Usage 10.01 |
| 10/31/01 | 1.42 | West Publishing-TP,Database Usage 10.01 |
| 10/31/01 | 2.17 | West Publishing-TP,Database Usage 10.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 10/31/01 | 3.30 | Tabs/Indexes/Dividers |
| 10/31/01 | 4.55 | West Publishing-TP,Database Usage 10.01 |
| 10/31/01 | 22.60 | Standard Copies |
| 10/31/01 | 24.74 | West Publishing-TP,Database Usage 10.01 |
| 10/31/01 | 63.20 | Standard Copies |
| 10/31/01 | 128.80 | West Publishing-TP,Database Usage 10.01 |
| 11/01/01 | 22.50 | Standard Copies |
| 11/02/01 | 4.20 | Tabs/Indexes/Dividers |
| 11/02/01 | 12.25 | Binding |
| 11/02/01 | 60.60 | Standard Copies |
| 11/02/01 | 116.20 | Standard Copies |
| 11/06/01 | 9.30 | Standard Copies |
| 11/06/01 | 57.80 | Standard Copies |
| 11/07/01 | 1.75 | Binding |
| 11/07/01 | 9.80 | Standard Copies |
| 11/07/01 | 49.80 | Standard Copies |
| 11/08/01 | 71.80 | Standard Copies |
| 11/09/01 | 1.75 | Binding |
| 11/09/01 | 2.60 | Tabs/Indexes/Dividers |
| 11/09/01 | 7.73 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 11/09/01 | 8.50 | Standard Copies |
| 11/09/01 | 9.12 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 11/09/01 | 25.30 | Standard Copies |
| 11/09/01 | 25.80 | Standard Copies |
| 11/09/01 | 60.20 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 11/09/01 | 262.24 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(242.25)Lien/Litigation work, CA |
| 11/12/01 | 1.25 | Telephone call to: NEWYORKCTY,NY 212-446-5970 |
| 11/12/01 | 53.05 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 11/13/01 | 9.48 | Fed Exp to: ,PHILADELPHIA,PA from:MAILROOM |
| 11/14/01 | 49.44 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 11/15/01 | 0.20 | Tabs/Indexes/Dividers |
| 11/15/01 | 14.40 | Standard Copies |
| 11/15/01 | 23.20 | Standard Copies |
| 11/16/01 | 3.50 | Binding |
| 11/16/01 | 4.50 | Color Copies |
| 11/16/01 | 7.30 | Standard Copies |
| 11/16/01 | 12.00 | Color Copies |
| 11/16/01 | 105.00 | Color Copies |
| 11/19/01 | 16.16 | Fed Exp to:SHIRLEY POPE C/O DAVID CARICKH WILMINGTON,DE from:MAILROOM |
| 11/19/01 | 19.19 | Fed Exp to:SHIRLEY POPE C/O DAVID CARICKH WILMINGTON,DE from:MAILROOM |
| 11/19/01 | 19.19 | Fed Exp to:SHIRLEY POPE C/O DAVID CARICKH WILMINGTON,DE from:MAILROOM |
| 11/19/01 | 20.20 | Fed Exp to:SHIRLEY POPE C/O DAVID CARICKH WILMINGTON,DE from:MAILROOM |
| 11/19/01 | 32.32 | Fed Exp to:SHIRLEY POPE C/O DAVID CARICKH WILMINGTON,DE from:MAILROOM |
| 11/19/01 | 43.43 | Fed Exp to:SHIRLEY POPE C/O DAVID CARICKH WILMINGTON,DE from:MAILROOM |

| Date | Amount | Description |
|------|--------|-------------|
| 11/19/01 | 47.47 | Fed Exp to:SHIRLEY POPE C/O DAVID CARICKH WILMINGTON,DE from:MAILROOM |
| 11/19/01 | 47.47 | Fed Exp to:SHIRLEY POPE C/O DAVID CARICKH WILMINGTON,DE from:MAILROOM |
| 11/19/01 | 50.50 | Fed Exp to:SHIRLEY POPE C/O DAVID CARICKH WILMINGTON,DE from:MAILROOM |
| 11/19/01 | 91.16 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 11/20/01 | 81.63 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 11/21/01 | 20.81 | Fed Exp from:SHIRLEY POPE,WILMINGTON,DE to:SHIRLEY POPE |
| 11/21/01 | 68.50 | Fed Exp from:SHIRLEY A POPE C/O VANESSA PRE WILMINGTON,DE to:SHIRLEY A POPE |
| 11/21/01 | 114.59 | Fed Exp from:D BERNICK/CARRING STAFF,WILMINGTON DE to:DAVID BERNICK ESQ |
| 11/26/01 | 58.90 | Standard Copies |
| 11/27/01 | 0.50 | Tabs/Indexes/Dividers |
| 11/27/01 | 1.00 | Tabs/Indexes/Dividers |
| 11/27/01 | 9.00 | Overtime Meals    MEYERS,NATHANAEL F |
| 11/27/01 | 21.00 | Binding |
| 11/27/01 | 90.10 | Standard Copies |
| 11/27/01 | 151.90 | Standard Copies |
| 11/27/01 | 310.00 | Standard Copies |
| 11/27/01 | 312.40 | Standard Copies |
| 11/28/01 | 7.00 | Binding |
| 11/28/01 | 14.00 | Binding |
| 11/28/01 | 17.50 | Binding |
| 11/28/01 | 248.70 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 11/28/01 | 292.80 | Standard Copies |
| 11/28/01 | 344.20 | Standard Copies |
| 11/29/01 | 2.90 | Tabs/Indexes/Dividers |
| 11/29/01 | 12.20 | West Publishing-TP,Database Usage 11.01 |
| 11/29/01 | 26.30 | Standard Copies |
| 11/29/01 | 37.00 | Standard Copies |
| 11/30/01 | 0.34 | Postage-TRACKING ID# 1133360786639 |
| 11/30/01 | 3.00 | Tabs/Indexes/Dividers |
| 11/30/01 | 5.25 | Binding |
| 11/30/01 | 16.20 | Oversize Copies |
| 11/30/01 | 18.10 | Standard Copies |
| 11/30/01 | 20.50 | PARCELS, INC - Information Broker Doc/Svcs, Document Retrieval from U.S. Bankruptcy Court, 11/26/01 |
| 11/30/01 | 32.60 | Standard Copies |
| 11/30/01 | 51.30 | Oversize Copies |
| 11/30/01 | 52.40 | Standard Copies |
| 11/30/01 | 92.20 | Standard Copies |
| 11/30/01 | 146.40 | SAMUEL A SCHWARTZ - Telephone, AT&T Wireless stmt dtd 11.4.01 |
| 11/30/01 | 147.48 | SAMUEL A SCHWARTZ - Telephone, AT&T Wireless stmt dtd 10.4.01 |
| 11/30/01 | 150.00 | Standard Copies |
| 11/30/01 | 170.50 | Standard Copies |
| 11/30/01 | 215.28 | Computer Database Research, Dun & Bradstreet, 11/01 |
| 11/30/01 | 410.87 | REED ELSEVIER, INC. - Computer Database Research, Lexis-Nexis database usage November 2001 |

B-8

| Date | Amount | Description |
|------|--------|-------------|
| 12/03/01 | 0.10 | Standard Copies |
| 12/03/01 | 0.30 | Standard Copies |
| 12/03/01 | 0.62 | Telephone call to:  WASHINGTON,DC  202-862-5000 |
| 12/03/01 | 0.83 | Telephone call to:  DENVER,CO  303-866-0487 |
| 12/03/01 | 1.20 | Standard Copies |
| 12/03/01 | 1.70 | Standard Copies |
| 12/03/01 | 2.29 | Telephone call to:  COLUMBIA,MD  410-531-4191 |
| 12/03/01 | 3.90 | Standard Copies |
| 12/03/01 | 21.60 | Oversize Copies |
| 12/03/01 | 53.00 | Standard Copies |
| 12/03/01 | 65.60 | Standard Copies |
| 12/03/01 | 198.80 | Standard Copies |
| 12/04/01 | 1.50 | Fax page charge to 212-806-6006 |
| 12/04/01 | 150.00 | SHIRLEY A POPE - Outside Printing Services, 11.17.01 |
| 12/05/01 | 0.89 | THE DIALOG CORPORATION - Computer Database Research, Dialog Database usage November 2001 |
| 12/05/01 | 0.98 | Fax phone charge to 202-862-5000 |
| 12/05/01 | 0.98 | Fax phone charge to 305-374-7593 |
| 12/05/01 | 1.04 | Telephone call to:  STATE OF,DE  302-252-2949 |
| 12/05/01 | 1.04 | Telephone call to:  STATE OF,DE  302-252-2949 |
| 12/05/01 | 1.18 | Fax phone charge to 410-531-4783 |
| 12/05/01 | 1.25 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/05/01 | 1.50 | Fax page charge to 561-362-1323 |
| 12/05/01 | 1.50 | Fax page charge to 410-531-4783 |
| 12/05/01 | 2.36 | Fax phone charge to 212-715-7640 |

B-9

| Date | Amount | Description |
|------|--------|-------------|
| 12/05/01 | 2.70 | Telephone call to: STATE OF,DE 302-778-6464 |
| 12/05/01 | 3.95 | Postage-TRACKING ID# 1133854839906 |
| 12/05/01 | 6.10 | Standard Copies |
| 12/05/01 | 6.75 | Fax page charge to 561-362-1583 |
| 12/05/01 | 10.00 | Library Document Procurement - Chest (6/93). |
| 12/05/01 | 12.00 | Fax page charge to 305-374-7593 |
| 12/05/01 | 12.00 | Fax page charge to 202-862-5000 |
| 12/05/01 | 12.00 | Fax page charge to 410-531-4783 |
| 12/05/01 | 26.25 | Fax page charge to 212-715-7640 |
| 12/05/01 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 12/06/01 | 1.04 | Fax phone charge to 303-866-0200 |
| 12/06/01 | 2.08 | Fax phone charge to 303-866-0200 |
| 12/06/01 | 2.25 | Fax page charge to 561-362-1583 |
| 12/06/01 | 3.53 | Fax phone charge to 303-866-0200 |
| 12/06/01 | 5.25 | Fax page charge to 303-866-0200 |
| 12/06/01 | 7.50 | Fax page charge to 561-362-1583 |
| 12/06/01 | 14.25 | Fax page charge to 303-866-0200 |
| 12/06/01 | 35.25 | Fax page charge to 303-866-0200 |
| 12/07/01 | 0.56 | PETTY CASHIER, HELEN S. RUHNKE - Outside Copy/Binding Services, Copies for S. Pope, 11.5.01 |
| 12/07/01 | 1.04 | Fax phone charge to 415-421-2433 |
| 12/07/01 | 9.00 | Fax page charge to 415-421-2433 |
| 12/07/01 | 14.85 | Standard Copies |
| 12/08/01 | 18.57 | JAMES W KAPP - AT&T, Stmt dated 11.16.2001 |
| 12/10/01 | 0.70 | Standard Copies |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 12/10/01 | 0.79 | Fax phone charge to 212-583-5707 |
| 12/10/01 | 0.83 | Fax phone charge to 302-652-4400 |
| 12/10/01 | 1.04 | Fax phone charge to 302-652-4400 |
| 12/10/01 | 1.57 | Fax phone charge to 410-531-4783 |
| 12/10/01 | 8.25 | Fax page charge to 302-652-4400 |
| 12/10/01 | 12.00 | Fax page charge to 302-652-4400 |
| 12/10/01 | 16.80 | Standard Copies |
| 12/10/01 | 23.25 | Fax page charge to 410-531-4783 |
| 12/10/01 | 24.75 | Fax page charge to 212-583-5707 |
| 12/10/01 | 39.03 | PARCELS, INC - Information Broker Doc/Svcs, Document retrieval, 11/28, 12/5/01 |
| 12/10/01 | 206.94 | CHICAGO COPY SOLUTIONS, LTD. - Outside Copy/Binding Services, PO-A1316 |
| 12/11/01 | 0.34 | Postage-TRACKING ID# 1134464852455 |
| 12/11/01 | 40.00 | Standard Copies |
| 12/13/01 | 0.40 | Tabs/Indexes/Dividers |
| 12/13/01 | 0.75 | Fax page charge to 212-702-5051 |
| 12/13/01 | 1.18 | Fax phone charge to 212-702-5051 |
| 12/13/01 | 1.20 | Tabs/Indexes/Dividers |
| 12/13/01 | 1.25 | Fax phone charge to 212-446-4900 |
| 12/13/01 | 2.55 | Fax phone charge to 212-702-5051 |
| 12/13/01 | 3.50 | Binding |
| 12/13/01 | 5.25 | Binding |
| 12/13/01 | 9.00 | Fax page charge to 212-702-5051 |
| 12/13/01 | 12.75 | Fax page charge to 212-446-4900 |

B-11

| Date | Amount | Description |
|------|-------|-------------|
| 12/13/01 | 12.75 | Fax page charge to 212-702-5051 |
| 12/13/01 | 17.00 | JAMES W KAPP - Overtime Transportation, 12.12.2001 |
| 12/13/01 | 24.30 | Standard Copies |
| 12/13/01 | 65.80 | Standard Copies |
| 12/13/01 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 12/14/01 | 0.15 | Standard Copies |
| 12/14/01 | 0.45 | Standard Copies |
| 12/14/01 | 0.79 | Fax phone charge to 305-374-7593 |
| 12/14/01 | 0.98 | Fax phone charge to 202-429-3301 |
| 12/14/01 | 0.98 | Fax phone charge to 305-374-7593 |
| 12/14/01 | 1.04 | Fax phone charge to 212-446-4900 |
| 12/14/01 | 1.04 | Fax phone charge to 212-446-4900 |
| 12/14/01 | 1.04 | Fax phone charge to 212-446-4900 |
| 12/14/01 | 1.50 | Standard Copies |
| 12/14/01 | 2.25 | Fax page charge to 305-374-7593 |
| 12/14/01 | 9.00 | Fax page charge to 212-446-4900 |
| 12/14/01 | 9.75 | Fax page charge to 715-8000 |
| 12/14/01 | 9.75 | Fax page charge to 202-429-3301 |
| 12/14/01 | 9.75 | Fax page charge to 806-6006 |
| 12/14/01 | 9.75 | Fax page charge to 302-573-6497 |
| 12/14/01 | 9.75 | Fax page charge to 212-446-4900 |
| 12/14/01 | 9.75 | Fax page charge to 302-652-4400 |
| 12/14/01 | 9.75 | Fax page charge to 305-374-7593 |
| 12/14/01 | 9.75 | Fax page charge to 212-446-4900 |
| 12/14/01 | 9.75 | Fax page charge to 410-531-4783 |

B-12

| Date | Amount | Description |
|------|--------|-------------|
| 12/14/01 | 37.19 | SCOTT MCMILLIN - Cingular, 11.11.2001 |
| 12/14/01 | 37.32 | CRABB,BA. -  Secretarial Overtime |
| 12/16/01 | 9.00 | Fax page charge to 212-446-4900 |
| 12/17/01 | 1.66 | Fax phone charge to 212-446-4900 |
| 12/17/01 | 2.08 | Fax phone charge to 212-446-4900 |
| 12/17/01 | 21.75 | Fax page charge to 212-446-4900 |
| 12/17/01 | 30.75 | Fax page charge to 212-446-4900 |
| 12/17/01 | 73.87 | SAMUEL A SCHWARTZ - Telephone, AT&T stmt dtd 12.4.01 |
| 12/18/01 | 1.50 | Fax page charge to 305-374-7593 |
| 12/18/01 | 2.25 | Fax page charge to 410-531-4414 |
| 12/18/01 | 2.25 | Fax page charge to 410-531-4414 |
| 12/18/01 | 2.25 | Fax page charge to 402-346-1148 |
| 12/18/01 | 2.25 | Fax page charge to 410-531-4414 |
| 12/18/01 | 3.50 | Standard Copies |
| 12/18/01 | 10.00 | Calendar/Court Services 12/01 |
| 12/18/01 | 10.00 | Calendar/Court Services 12/01 |
| 12/18/01 | 102.63 | CRABB,BA. -  Secretarial Overtime |
| 12/19/01 | 1.50 | Fax page charge to 212-702-5051 |
| 12/19/01 | 22.47 | C.Mercado Secretarial Overtime |
| 12/19/01 | 37.53 | SAMUEL A SCHWARTZ - Overtime Meals - Attorney, 12.18.01 |
| 12/19/01 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 12/20/01 | 6.00 | Fax page charge to 561-362-1583 |
| 12/26/01 | 1.50 | Fax page charge to 410-531-4783 |
| 12/26/01 | 1.50 | Standard Copies |
| 12/28/01 | 2.30 | Standard Copies |

B-13

| Date | Amount | Description |
|------|--------|-------------|
| 12/28/01 | 3.40 | Standard Copies |
| 12/28/01 | 5.30 | Standard Copies |

## Matter 21 – Claim Estimate/Adversary Proceedings - Expenses

| Description | Amount |
|-------------|--------|
| Telephone | $11.19 |
| Standard Copies | $255.30 |
| Binding | $5.25 |
| Tabs/Indexes/Dividers | $5.80 |
| Overnight Delivery | $183.31 |
| Overtime Transportation | $44.86 |
| Computer Database Research | $669.48 |
| Secretarial Overtime | $707.63 |
| **TOTAL** | $1,882.82 |

**Matter 21 – Claim Estimate/Adversary Proceedings - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 10/01/01 | 13.63 | West Publishing-TP,Database Usage 10.01 |
| 10/02/01 | 8.37 | FEDERAL EXPRESS CORPORATION - Overnight Delivery, W Cody 8.31.01 |
| 10/02/01 | 88.06 | West Publishing-TP,Database Usage 10.01 |
| 10/03/01 | 11.45 | West Publishing-TP,Database Usage 10.01 |
| 10/03/01 | 58.19 | West Publishing-TP,Database Usage 10.01 |
| 10/05/01 | 9.99 | West Publishing-TP,Database Usage 10.01 |
| 10/08/01 | 128.79 | West Publishing-TP,Database Usage 10.01 |
| 10/10/01 | 246.69 | West Publishing-TP,Database Usage 10.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 10/11/01 | 43.34 | West Publishing-TP,Database Usage 10.01 |
| 10/28/01 | 12.65 | West Publishing-TP,Database Usage 10.01 |
| 10/30/01 | 40.24 | West Publishing-TP,Database Usage 10.01 |
| 10/30/01 | 44.86 | Vital Transportation - Overtime Transportation, Deanna D Boll |
| 10/31/01 | 16.45 | West Publishing-TP,Database Usage 10.01 |
| 11/09/01 | 13.49 | Fed Exp to: ,BEVERLY HILLS,CA from:MAILROOM |
| 11/09/01 | 28.10 | Standard Copies |
| 11/12/01 | 13.24 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 11/12/01 | 229.50 | Kalemba, K. - Secretarial Overtime |
| 11/13/01 | 1.75 | Binding |
| 11/13/01 | 5.80 | Tabs/Indexes/Dividers |
| 11/13/01 | 11.12 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 11/13/01 | 36.40 | Standard Copies |
| 11/13/01 | 53.40 | Standard Copies |
| 11/13/01 | 172.13 | Ukinski, J. - Secretarial Overtime |
| 11/14/01 | 1.75 | Binding |
| 11/14/01 | 35.10 | Standard Copies |
| 11/14/01 | 58.20 | Standard Copies |
| 11/14/01 | 104.03 | Fed Exp to: ,PHILADELPHIA,PA from:MAILROOM |
| 11/14/01 | 124.31 | Woelfer, S. - Secretarial Overtime |
| 11/16/01 | 1.75 | Binding |
| 11/19/01 | 33.06 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 11/19/01 | 181.69 | Hillegonds, N. - Secretarial Overtime |
| 12/03/01 | 1.90 | Standard Copies |
| 12/03/01 | 42.20 | Standard Copies |

B-16

| Date | Amount | Description |
|------|--------|-------------|
| 12/10/01 | 1.37 | Telephone call to:  NORTH WEST,NJ  973-839-0702 |
| 12/10/01 | 3.73 | Telephone call to:  NORTH WEST,NJ  973-839-0702 |
| 12/10/01 | 4.91 | Telephone call to:  NORTH WEST,NJ  973-839-0702 |
| 12/11/01 | 1.18 | Telephone call to:  NORTH WEST,NJ  973-839-0702 |

## Matter 22- Contested Matters/Adversary Proceedings- Expenses

| Description | Amount |
|-------------|--------|
| Telephone | $129.39 |
| Facsimile Charges | $176.57 |
| Standard Copies | $594.90 |
| Binding | $7.00 |

B-17

| | |
|---|---|
| Tabs/Indexes/Dividers | $0.60 |
| Color Copies | $3.00 |
| Postage | $2.04 |
| Overnight Delivery | $86.72 |
| Working Meals | $374.00 |
| Outside Messenger | $23.80 |
| Court Reporter Fee/Deposition | $3,027.20 |
| Computer Database Research | $508.58 |
| Overtime Transportation | $14.00 |
| Overtime Meals - Attorney | $74.15 |
| Secretarial Overtime | $335.88 |
| **TOTAL** | $5,357.83 |

## Matter 22- Contested Matters/Adversary Proceedings- Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 10/03/01 | 12.09 | West Publishing-TP,Database Usage 10.01 |
| 10/04/01 | 4.56 | West Publishing-TP,Database Usage 10.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 10/04/01 | 9.51 | West Publishing-TP,Database Usage 10.01 |
| 10/04/01 | 24.80 | West Publishing-TP,Database Usage 10.01 |
| 10/05/01 | 9.74 | West Publishing-TP,Database Usage 10.01 |
| 10/05/01 | 13.12 | West Publishing-TP,Database Usage 10.01 |
| 10/05/01 | 71.12 | West Publishing-TP,Database Usage 10.01 |
| 10/05/01 | 131.03 | West Publishing-TP,Database Usage 10.01 |
| 10/08/01 | 52.89 | West Publishing-TP,Database Usage 10.01 |
| 10/09/01 | 0.89 | West Publishing-TP,Database Usage 10.01 |
| 10/09/01 | 37.30 | West Publishing-TP,Database Usage 10.01 |
| 10/11/01 | 17.92 | West Publishing-TP,Database Usage 10.01 |
| 10/14/01 | 374.00 | EUREST - Working Meals/K&E and Others, 11/07/01, D. Bernick, 17 |
| 10/17/01 | 8.87 | West Publishing-TP,Database Usage 10.01 |
| 10/18/01 | 19.77 | West Publishing-TP,Database Usage 10.01 |
| 10/25/01 | 11.24 | West Publishing-TP,Database Usage 10.01 |
| 10/26/01 | 0.08 | West Publishing-TP,Database Usage 10.01 |
| 10/26/01 | 16.46 | West Publishing-TP,Database Usage 10.01 |
| 10/27/01 | 4.45 | West Publishing-TP,Database Usage 10.01 |
| 10/28/01 | 54.55 | West Publishing-TP,Database Usage 10.01 |
| 10/29/01 | 0.92 | West Publishing-TP,Database Usage 10.01 |
| 10/31/01 | 2.59 | West Publishing-TP,Database Usage 10.01 |
| 11/14/01 | 3.00 | Color Copies |
| 11/14/01 | 9.48 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 11/14/01 | 9.84 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 11/14/01 | 10.15 | Fed Exp to: ,SANTA MONICA,CA from:MAILROOM |

B-19

| Date | Amount | Description |
|------|--------|-------------|
| 11/14/01 | 12.40 | Standard Copies |
| 11/15/01 | 24.50 | Standard Copies |
| 11/16/01 | 9.94 | Fed Exp to: ,PITTSBURGH,PA from:MAILROOM |
| 11/21/01 | 6.00 | Telephone call to:  WHITEPLAIN,NY  914-686-7975 |
| 11/21/01 | 17.46 | Fed Exp from:SANDRA MICHAELS,WILMINGTON,DE to:SANDRA MICHAELS |
| 11/21/01 | 21.89 | Fed Exp from:SANDRA MICHAELS,WILMINGTON,DE to:SANDRA MICHAELS |
| 11/26/01 | 2.91 | Telephone call to:  S SAN,CA  650-592-8337 |
| 11/28/01 | 0.59 | Telephone call to:  NORTH WEST,NJ  973-643-7000 |
| 11/28/01 | 0.60 | Telephone call to:  NEWARK,NJ  201-555-1212 |
| 11/28/01 | 1.04 | Telephone call to:  WILMINGTON,DE  302-654-1888 |
| 11/28/01 | 1.45 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 11/28/01 | 2.49 | Telephone call to:  VAN NUYS,CA  818-783-2669 |
| 11/28/01 | 11.02 | Telephone call to:  SE PART,FL  954-797-5363 |
| 11/28/01 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 11/28/01 | 3,027.20 | ESQUIRE DEPOSITION SERVICES - Court Reporter Fee/Deposition, Transcript of Deposition, 11/16/01 |
| 11/29/01 | 1.45 | Telephone call to:  SANFRNCSCO,CA  415-773-5712 |
| 11/29/01 | 2.08 | Telephone call to:  WESTERN,KY  502-874-2858 |
| 11/30/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 11/30/01 | 0.83 | Telephone call to:  S SAN,CA  650-592-8337 |
| 11/30/01 | 1.04 | Telephone call to:  HOUSTON,TX  713-961-3730 |
| 12/01/01 | 27.99 | THOMPSON,SU. - Secretarial Overtime |
| 12/03/01 | 0.62 | Telephone call to:  PITTSBURGH,PA  412-288-3106 |
| 12/03/01 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4795 |

| Date | Amount | Description |
| --- | --- | --- |
| 12/03/01 | 0.83 | Fax phone charge to 215-925-1263 |
| 12/03/01 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/03/01 | 1.04 | Fax phone charge to 304-347-8737 |
| 12/03/01 | 1.18 | Fax phone charge to 561-479-2280 |
| 12/03/01 | 1.50 | Fax page charge to 215-925-1263 |
| 12/03/01 | 1.50 | Fax page charge to 304-347-8737 |
| 12/03/01 | 4.16 | Telephone call to:  EASTERN,MI  810-694-7494 |
| 12/03/01 | 7.50 | Fax page charge to 215-925-1263 |
| 12/03/01 | 7.50 | Fax page charge to 304-347-8737 |
| 12/03/01 | 14.80 | Standard Copies |
| 12/03/01 | 18.00 | Fax page charge to 561-479-2280 |
| 12/03/01 | 18.10 | OUR PLACE II - Overtime Meals - Attorney, D. Boll 11/27/01 |
| 12/04/01 | 1.04 | Telephone call to:  MIAMI,FL  305-375-6156 |
| 12/04/01 | 1.66 | Telephone call to:  COLUMBIA,MD  410-531-4789 |
| 12/04/01 | 3.00 | Standard Copies |
| 12/04/01 | 9.00 | Standard Copies |
| 12/04/01 | 13.44 | RYAN NADICK - Overtime Meals - Attorney, 11.29.2001, (f/S. Schwartz) |
| 12/04/01 | 13.80 | Standard Copies |
| 12/05/01 | 0.60 | Standard Copies |
| 12/05/01 | 1.04 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 12/05/01 | 1.66 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 12/05/01 | 2.29 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 12/05/01 | 4.68 | THE DIALOG CORPORATION - Computer Database Research, Dialog Database usage November 2001 |

B-21

| Date | Amount | Description |
|------|--------|-------------|
| 12/05/01 | 4.78 | Telephone call to:  MIAMI,FL  305-866-9542 |
| 12/05/01 | 7.96 | Fed Exp from:LIBBY DAVIS,NEW YORK,NY to:MARGUERITE MELVIN |
| 12/06/01 | 0.83 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 12/06/01 | 1.04 | Telephone call to:  SE PART,FL  954-491-3669 |
| 12/06/01 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 12/06/01 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 12/06/01 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 12/06/01 | 1.66 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/06/01 | 2.04 | Postage-TRACKING ID# 1133965827460 |
| 12/07/01 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 12/07/01 | 1.20 | Standard Copies |
| 12/07/01 | 1.25 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 12/07/01 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4751 |
| 12/07/01 | 2.08 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 12/07/01 | 2.29 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 12/07/01 | 3.74 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 12/07/01 | 6.03 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 12/10/01 | 0.20 | Tabs/Indexes/Dividers |
| 12/10/01 | 0.40 | Tabs/Indexes/Dividers |
| 12/10/01 | 0.75 | Fax page charge to 410-531-4783 |
| 12/10/01 | 0.75 | Fax page charge to 410-531-4783 |
| 12/10/01 | 0.83 | Telephone call to:  EASTERN,MI  248-539-9904 |
| 12/10/01 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4557 |
| 12/10/01 | 1.10 | Standard Copies |

B-22

| Date | Amount | Description |
|------|--------|-------------|
| 12/10/01 | 1.50 | Fax page charge to 508-519-8381 |
| 12/10/01 | 1.50 | Fax page charge to 508-519-8381 |
| 12/10/01 | 1.80 | Standard Copies |
| 12/10/01 | 3.50 | Binding |
| 12/10/01 | 3.50 | Binding |
| 12/10/01 | 3.53 | Telephone call to: EASTERN,MI 810-694-7494 |
| 12/10/01 | 4.30 | Standard Copies |
| 12/10/01 | 10.40 | Standard Copies |
| 12/10/01 | 12.30 | Standard Copies |
| 12/10/01 | 25.50 | Standard Copies |
| 12/10/01 | 32.25 | Fax page charge to 984-7700 |
| 12/10/01 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 12/11/01 | 0.10 | Standard Copies |
| 12/11/01 | 1.04 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 12/11/01 | 1.04 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 12/11/01 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 12/11/01 | 2.91 | Telephone call to: STATE OF,DE 302-778-6464 |
| 12/12/01 | 0.83 | Telephone call to: MIAMI,FL 305-375-6156 |
| 12/12/01 | 1.25 | Telephone call to: LOSANGELES,CA 213-892-4905 |
| 12/12/01 | 1.87 | Telephone call to: MIAMI,FL 305-375-6156 |
| 12/12/01 | 2.49 | Telephone call to: BLUEFIELD,VA 703-326-4140 |
| 12/12/01 | 2.49 | Telephone call to: E CENTRAL,FL 561-362-1506 |
| 12/12/01 | 3.53 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 12/12/01 | 4.16 | Telephone call to: PHILADELPH,PA 215-963-5585 |
| 12/13/01 | 0.62 | Telephone call to: STATE OF,DE 302-778-6464 |

B-23

| Date | Amount | Description |
|------|--------|-------------|
| 12/13/01 | 0.62 | Telephone call to: FORT WORTH,TX 817-332-9500 |
| 12/13/01 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 12/13/01 | 1.25 | Telephone call to: EASTERN,MI 810-341-9800 |
| 12/13/01 | 1.50 | Fax page charge to 312-660-0203 |
| 12/13/01 | 2.08 | Telephone call to: STATE OF,DE 302-778-6464 |
| 12/13/01 | 2.49 | Telephone call to: PHLP AREA,PA 267-330-3005 |
| 12/13/01 | 17.61 | ANUP SATHY - Overtime Meals - Attorney f/S. Schwartz, 12.11.01 |
| 12/14/01 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 12/14/01 | 0.83 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 12/14/01 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |
| 12/14/01 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 12/14/01 | 1.66 | Telephone call to: EASTERN,MI 810-341-9800 |
| 12/14/01 | 23.80 | Comet Messenger Services to: J. KAPP |
| 12/17/01 | 0.59 | Telephone call to: FALLSCHRCH,VA 703-204-9300 |
| 12/17/01 | 0.75 | Fax page charge to 215-568-2539 |
| 12/17/01 | 0.75 | Fax page charge to 215-937-6383 |
| 12/17/01 | 0.83 | Fax phone charge to 212-446-4900 |
| 12/17/01 | 0.92 | Telephone call to: NEWYORKCTY,NY 212-351-3952 |
| 12/17/01 | 1.20 | Standard Copies |
| 12/17/01 | 1.20 | Standard Copies |
| 12/17/01 | 1.77 | Telephone call to: TAOS,NM 505-776-5790 |
| 12/17/01 | 2.77 | Telephone call to: NEWYORKCTY,NY 212-557-2546 |
| 12/17/01 | 4.50 | Fax page charge to 212-446-4900 |
| 12/17/01 | 14.00 | JAMES W KAPP - Overtime Transportation, 12.15.2001 |
| 12/17/01 | 102.63 | CRABB,BA. - Secretarial Overtime |

B-24

| Date | Amount | Description |
|---|---|---|
| 12/18/01 | 0.10 | Standard Copies |
| 12/18/01 | 0.40 | Standard Copies |
| 12/18/01 | 0.50 | Standard Copies |
| 12/18/01 | 0.60 | Standard Copies |
| 12/18/01 | 0.60 | Standard Copies |
| 12/18/01 | 0.75 | Fax page charge to 305-374-7593 |
| 12/18/01 | 0.92 | Telephone call to: COLUMBIA,MD  410-531-4170 |
| 12/18/01 | 1.50 | Fax page charge to 973-645-4549 |
| 12/18/01 | 1.50 | Fax page charge to 561-362-1583 |
| 12/18/01 | 1.50 | Fax page charge to 561-362-1583 |
| 12/18/01 | 1.77 | Fax phone charge to 801-933-2119 |
| 12/18/01 | 15.00 | Fax page charge to 801-933-2119 |
| 12/18/01 | 15.90 | Standard Copies |
| 12/19/01 | 1.37 | Telephone call to: STATE OF,DE  302-778-6464 |
| 12/19/01 | 3.00 | Standard Copies |
| 12/19/01 | 3.90 | Standard Copies |
| 12/19/01 | 4.90 | Standard Copies |
| 12/19/01 | 6.67 | Fax phone charge to 212-702-5051 |
| 12/19/01 | 7.90 | Standard Copies |
| 12/19/01 | 16.70 | Standard Copies |
| 12/19/01 | 59.25 | Fax page charge to 212-702-5051 |
| 12/20/01 | 0.92 | Telephone call to: COLUMBIA,MD  410-531-4170 |
| 12/20/01 | 1.50 | Standard Copies |
| 12/20/01 | 17.40 | Standard Copies |
| 12/20/01 | 358.50 | Standard Copies |

B-25

| Date | Amount | Description |
|------|--------|-------------|
| 12/21/01 | 0.10 | Standard Copies |
| 12/21/01 | 0.40 | Standard Copies |
| 12/21/01 | 1.77 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 12/21/01 | 21.90 | Standard Copies |
| 12/21/01 | 25.00 | SAMUEL A SCHWARTZ - Overtime Meals - Attorney, 12.20.01 |
| 12/26/01 | 1.50 | Fax page charge to 703-729-8587 |
| 12/26/01 | 3.00 | Fax page charge to 212-753-0396 |
| 12/27/01 | 3.40 | Standard Copies |

## Matter 24 – Creditors Committee - Expenses

| Description | Amount |
|-------------|--------|
| Telephone | $1.04 |
| **TOTAL** | $1.04 |

**<u>Matter 24 – Creditors Committee - Itemized Expenses</u>**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 12/04/01 | 1.04 | Telephone call to:  TRENTON, NJ  609-292-8470 |

## <u>Matter 28 – Environmental Issues - Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Telephone | $74.65 |
| Facsimile Charges | $3.00 |
| Standard Copies | $14.00 |
| Working Meals | $123.22 |
| Computer Database Research | $282.01 |
| **TOTAL** | $496.88 |

**Matter 28 – Environmental Issues - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 10/05/01 | 55.83 | West Publishing-TP,Database Usage 10.01 |
| 10/30/01 | 12.79 | West Publishing-TP,Database Usage 10.01 |
| 11/02/01 | 33.55 | West Publishing-TP,Database Usage 11.01 |
| 11/05/01 | 31.77 | West Publishing-TP,Database Usage 11.01 |
| 11/07/01 | 25.90 | West Publishing-TP,Database Usage 11.01 |
| 11/08/01 | 55.61 | West Publishing-TP,Database Usage 11.01 |
| 11/12/01 | 44.05 | West Publishing-TP,Database Usage 11.01 |
| 11/13/01 | 17.96 | West Publishing-TP,Database Usage 11.01 |
| 11/14/01 | 3.72 | West Publishing-TP,Database Usage 11.01 |
| 11/16/01 | 0.83 | West Publishing-TP,Database Usage 11.01 |
| 11/28/01 | 25.38 | Telephone call to:  SE PART,FL  954-797-5363 |
| 12/03/01 | 0.92 | Telephone call to:  CHICAGO,IL  312-861-3400 |
| 12/03/01 | 0.92 | Telephone call to:  EASTERN,MD  410-230-3852 |
| 12/03/01 | 0.92 | Telephone call to:  COLUMBIA,MD  410-531-4000 |
| 12/03/01 | 0.92 | Telephone call to:  PHLP AREA,PA  215-814-3423 |
| 12/03/01 | 1.38 | Telephone call to:  WESTERN,TN  901-820-2027 |
| 12/03/01 | 1.38 | Telephone call to:  COLUMBIA,MD  410-531-4129 |
| 12/03/01 | 1.85 | Telephone call to:  COLUMBIA,MD  410-531-4646 |

| Date | Amount | Description |
|------|--------|-------------|
| 12/03/01 | 2.77 | Telephone call to:  COLUMBIA,MD  410-531-4129 |
| 12/03/01 | 4.61 | Telephone call to:  NORTH WEST,SC  864-834-7461 |
| 12/03/01 | 5.08 | Telephone call to:  NORTH WEST,SC  864-354-2440 |
| 12/03/01 | 9.23 | Telephone call to:  EASTERN,MD  410-230-3852 |
| 12/03/01 | 9.44 | Telephone call to:  CHICAGO,IL  312-951-6349 |
| 12/03/01 | 11.00 | Standard Copies |
| 12/03/01 | 15.00 | Working Meals/K&E and Others 12/3/01 - Beverages for conference room use |
| 12/03/01 | 108.22 | WHO'S COOKIN - Working Meals/K&E and Others Lunch on 12/3/01 for Mark Grummer and group for meeting |
| 12/04/01 | 0.60 | Standard Copies |
| 12/12/01 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 12/12/01 | 9.23 | Telephone call to:  AROUND DT,MI  734-414-0270 |
| 12/21/01 | 1.60 | Standard Copies |
| 12/21/01 | 3.00 | Fax page charge to 312-861-2200 |
| 12/26/01 | 0.80 | Standard Copies |

## **Matter 38- Retention of Professionals/Fees - Expenses**

| **Description** | **Amount** |
|---|---|
| Overnight Delivery | $7.73 |
| Computer Database Research | $20.78 |
| **TOTAL** | $28.51 |

## Matter 38- Retention of Professionals/Fees - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/03/01 | 14.27 | West Publishing-TP,Database Usage 10.01 |
| 10/11/01 | 6.51 | West Publishing-TP,Database Usage 10.01 |
| 11/20/01 | 7.73 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |

## Matter 42 -Travel - Expenses

| Description | Amount |
|---|---|
| Telephone | $330.97 |
| Travel Expense | $2,757.89 |
| Airfare | $6,641.28 |
| Travel Meals | $369.46 |
| Travel to/from Airport | $942.84 |
| Other Travel Expenses | $120.52 |
| **TOTAL** | $11,162.96 |

**Matter 42-Travel - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 11/04/01 | 56.05 | Crown Coach - Transportation to/from airport, Samuel A Schwartz |
| 11/05/01 | 56.05 | Crown Coach - Transportation to/from airport, Samuel A Schwartz |
| 11/05/01 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 11/06/01 | 56.05 | Crown Coach - Transportation to/from airport, Scott A McMillin |
| 11/07/01 | 36.19 | Vital Transportation - Transportation to/from airport, Ngozi Enyia |
| 11/12/01 | 58.40 | Crown Coach - Transportation to/from airport, Scott A McMillin |
| 11/12/01 | 59.50 | Crown Coach - Transportation to/from airport, Kellye L Fabian |
| 11/13/01 | 58.40 | Crown Coach - Transportation to/from airport, Scott A McMillin |
| 11/13/01 | 69.83 | Vital Transportation - Transportation to/from airport, Scott A McMillin |
| 11/15/01 | 56.05 | Crown Coach - Transportation to/from airport, Roger J Higgins |
| 11/15/01 | 87.57 | FOUR SEASONS HOTEL - Travel Meals, Room Service 11.15.01 during depositions |
| 11/15/01 | 202.69 | FOUR SEASONS HOTEL - Travel Meals, Soft Drinks during deposition 11.15, 11.16.01 |
| 11/15/01 | 1,605.00 | FOUR SEASONS HOTEL - Hotel, Room rental 11.15, 11.16.01 for deposition |
| 11/20/01 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 11/21/01 | 56.05 | Crown Coach - Transportation to/from airport, Emily J Knox |
| 11/21/01 | 63.20 | Crown Coach - Transportation to/from airport, Janet Baer |
| 11/23/01 | 35.57 | FOUR SEASONS HOTEL - Travel Meals, Room service during depositions on 11.16.01 |
| 11/23/01 | 330.97 | FOUR SEASONS HOTEL - Telephone, Phone call 11.15, 11.16.01 during depositions |
| 11/27/01 | 63.70 | Crown Coach - Transportation to/from airport, Janet Baer |
| 12/02/01 | 56.05 | Crown Coach - Transportation to/from airport, Scott A McMillin |

| Date | Amount | Description |
|------|--------|-------------|
| 12/04/01 | 8.00 | SHIRLEY A POPE - Meals Expense, Wilmington, DE 11.20.01 - 11.21.01 (Set Hearing Date) |
| 12/04/01 | 214.92 | SHIRLEY A POPE - Hotel Expense f/E. Knox, Wilmington, DE 11.20.01 - 11.21.01 (Set Hearing Date) |
| 12/04/01 | 297.44 | SHIRLEY A POPE - Travel Expense, Wilmington, DE 11.20.01 - 11.21.01 (Set Hearing Date) |
| 12/04/01 | 639.50 | SHIRLEY A POPE - Airfare Expense, Wilmington, DE 11.20.01 - 11.21.01 (Set Hearing Date) |
| 12/04/01 | 639.50 | SHIRLEY A POPE - Airfare Expense f/E. Knox, Wilmington, DE 11.20.01 - 11.21.01 (Set Hearing Date) |
| 12/05/01 | 28.63 | SCOTT MCMILLIN - Meals, Boca Raton, FL, 12.02 - 12.04.2001, (Document Review) |
| 12/05/01 | 386.35 | SCOTT MCMILLIN - Travel Expense, Boca Raton, FL, 12.02 - 12.04.2001, (Document Review) |
| 12/05/01 | 630.66 | SCOTT MCMILLIN - Airfare, Boca Raton, FL, 12.02 - 12.04.2001, (Document Review) |
| 12/08/01 | 80.52 | JAMES W KAPP - Transportation to/from airport, Philadelphia, PA, 11.05.2001, (Attend hearing; Suppl to trv exp rpt 11.07.2001) |
| 12/10/01 | 7.00 | REED S OSLAN - Meal, Washington, DC, 12.03.2001, (Mtg @ DC Office) |
| 12/10/01 | 40.00 | REED S OSLAN - Cabfare & other trans, Washington, DC, 12.03.2001, (Mtg @ DC Office) |
| 12/10/01 | 1,317.12 | REED S OSLAN - Airfare, Washington, DC, 12.03.2001, (Mtg @ DC Office; Including an $250 upgrade cert) |
| 12/13/01 | 1,067.11 | JANET BAER - Airfare Expense, Washington,D.C., 12.03.01, (Mtg) |
| 12/17/01 | 65.00 | JANET BAER - Travel Expense, Philadelphia,PA, 12.13.01, (Mtgs w/NJDEP on Hatco site) |
| 12/17/01 | 189.18 | REED S OSLAN - Travel Expense, Philadelphia, PA, 12.12 - 12.13.2001, (Mtg w/Client) |

B-36

| Date | Amount | Description |
|------|--------|-------------|
| 12/17/01 | 1,131.08 | JANET BAER - Airfare Expense, Philadelphia,PA, 12.13.01, (Mtgs w/NJDEP on Hatco site) |
| 12/17/01 | 1,216.31 | REED S OSLAN - Airfare, Philadelphia, PA, 12.12 - 12.13.2001, (Mtg w/Client) |
| 12/20/01 | 80.52 | JANET BAER - Boston Coach to mtg 11.26.01 |

## Matter 46 - IRS Tax Litigation - Expenses

| Description | Amount |
|---|---|
| Computer Database Research | $4.02 |
| **TOTAL** | $4.02 |

## Matter 46 - IRS Tax Litigation - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/22/01 | 0.53 | West Publishing-TP,Database Usage 10.01 |
| 10/25/01 | 2.58 | West Publishing-TP,Database Usage 10.01 |
| 10/26/01 | 0.91 | West Publishing-TP,Database Usage 10.01 |