**EXHIBIT A**

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR W.R. GRACE AND CO.
### NOVEMBER 1, 2001 - NOVEMBER 30, 2001

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 70.0 |
| Richard Shinder | Vice President | 43.0 |
| David Blechman | Associate | 72.5 |
| Michael Alexander | Analyst | 36.5 |
| | | 222.0 |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
NOVEMBER 1, 2001 - NOVEMBER 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 11/01/01 | 7.5 | Meeting with Equity Committee and Tort Committee advisors: review of Business Plan |
| Pamela Zilly | 11/01/01 | 3.0 | Travel to New York |
| Pamela Zilly | 11/02/01 | 1.0 | Discussion with D. Blechman re: update to Business Plan for year end results and 2002 operating plan |
| Pamela Zilly | 11/02/01 | 1.0 | Discussion with D. Blechman, M. Alexander re: transactions in ch11 examples |
| Pamela Zilly | 11/02/01 | 0.5 | Read motion re: retention of E. Warren |
| Pamela Zilly | 11/02/01 | 2.5 | Research cases' status and preparation of remarks for Board Meeting |
| Pamela Zilly | 11/04/01 | 1.0 | Preparation of remarks for 11/7/01 meeting |
| Pamela Zilly | 11/05/01 | 0.5 | Discussion with R. Shinder re: update to Business Plan, 2002 Plan |
| Pamela Zilly | 11/05/01 | 1.0 | Review draft compensation presentation |
| Pamela Zilly | 11/06/01 | 3.0 | Reconciliation of AA presentation and Blackstone compensation analysis |
| Pamela Zilly | 11/06/01 | 3.0 | Travel to Columbia |
| Pamela Zilly | 11/06/01 | 1.0 | Review AA presentation and prepare comments |
| Pamela Zilly | 11/07/01 | 1.0 | Meeting with B. McGowan, N. Bubnovich re: compensation analysis for Board |
| Pamela Zilly | 11/07/01 | 3.5 | Attend Board Meeting |
| Pamela Zilly | 11/07/01 | 3.0 | Travel to New York |
| Pamela Zilly | 11/07/01 | 1.0 | Meeting with R. Stunder, D. Blechman re: revised comp analysis |
| Pamela Zilly | 11/08/01 | 0.5 | Read Debtors' opposition re: fraudulent claims |
| Pamela Zilly | 11/08/01 | 0.5 | Call with D. Bernick re: Board meeting |
| Pamela Zilly | 11/08/01 | 0.5 | Call with D. Siegel re: case status |
| Pamela Zilly | 11/08/01 | 0.5 | Call with B. McGowan re: workplan on compensation review |
| Pamela Zilly | 11/08/01 | 0.5 | Read motion re EPA consent decree |
| Pamela Zilly | 11/08/01 | 1.0 | Review 3rd quarter results |
| Pamela Zilly | 11/08/01 | 0.5 | Call with P. Norris re: case status |
| Pamela Zilly | 11/09/01 | 1.5 | Call with financial advisors on 3rd quarter results |
| Pamela Zilly | 11/09/01 | 0.5 | Call with K. Coghlan re: case status |
| Pamela Zilly | 11/09/01 | 0.5 | Call with R. Shinder, F. Gilbert re: foregoing call |
| Pamela Zilly | 11/09/01 | 1.0 | Discussion with R. Shinder re: outcome of conference call, future update calls |
| Pamela Zilly | 11/09/01 | 0.5 | Read Debtors' motion re: Exxon summary judgement motion |
| Pamela Zilly | 11/09/01 | 2.0 | Calls with B. Tarola, S. Ahearn, M. Shelnitz re: Protein Genetics compromise of claims |
| Pamela Zilly | 11/12/01 | 3.0 | Reviewed material in Protein Genetics; calls with S. Ahearn re: same |
| Pamela Zilly | 11/13/01 | 1.0 | Grace RWG call |
| Pamela Zilly | 11/14/01 | 0.5 | Discussion with R. Shinder, D. Blechman re: P&M questions |
| Pamela Zilly | 11/15/01 | 0.5 | Call with CDG re: Q3 results |
| Pamela Zilly | 11/15/01 | 1.0 | Read memo of law in support of Zonolite motion to dismiss |
| Pamela Zilly | 11/16/01 | 0.5 | Discussion with R. Shinder re: Advisors comments re: legacy liabilities |
| Pamela Zilly | 11/16/01 | 3.0 | Review financial data re: forecast, industry comps |
| Pamela Zilly | 11/19/01 | 1.5 | Discussion with D. Blechman, M. Alexander re: Committee compensation presentation |
| Pamela Zilly | 11/19/01 | 1.0 | Review Business Plan re: 2002 update |

Page 1 of 6

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## NOVEMBER 1, 2001 - NOVEMBER 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 11/20/01 | 1.5 | Discussion with R. Shinder, D. Blechman re: Business Plan update |
| Pamela Zilly | 11/20/01 | 1.5 | Followup call with P&M re: 3rd quarter numbers |
| Pamela Zilly | 11/21/01 | 0.5 | Call with R. Shinder re: court developments |
| Pamela Zilly | 11/21/01 | 0.5 | Call with K. Coghlan re: Court developments |
| Pamela Zilly | 11/29/01 | 1.5 | Review financial data re: Business Plan, operating plans |
| Pamela Zilly | 11/30/01 | 1.0 | Call with P. Norris re: case status |
| Pamela Zilly | 11/30/01 | 1.0 | Call with D. Siegel re: court developments |
| Pamela Zilly | 11/30/01 | 0.5 | Call with K. Coghlan re: case status |
| Pamela Zilly | 11/30/01 | 1.0 | Review October operating report |
| Pamela Zilly | 11/30/01 | 0.5 | Discussion with M. Alexander re: research on ch11 cases |
| Pamela Zilly | 11/30/01 | 2.5 | Research re: industry transactions |
| Pamela Zilly | 11/30/01 | 2.0 | Analysis of 2002 operating plans |
| Pamela Zilly | 11/30/01 | 0.5 | Read motions, orders re: transfer of cases |
|  |  | **70.0** |  |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
NOVEMBER 1, 2001 - NOVEMBER 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 11/01/01 | 1.5 | Business plan presentation preparation meeting |
| Richard Shinder | 11/01/01 | 6.0 | Presentation of Grace business plan to Bodily Injury and Equity Committees |
| Richard Shinder | 11/01/01 | 3.0 | Transit to New York |
| Richard Shinder | 11/05/01 | 0.5 | Discussion with P. Zilly re: update Business Plan |
| Richard Shinder | 11/05/01 | 0.5 | Call with F. Gilbert re: quarterly update |
| Richard Shinder | 11/05/01 | 0.5 | Preparation of Chi materials for Equity Committee |
| Richard Shinder | 11/05/01 | 1.0 | Review of "settled" environmental sites material |
| Richard Shinder | 11/06/01 | 0.5 | Call with F. Gilbert re: 11/9 meeting |
| Richard Shinder | 11/07/01 | 1.0 | Call with G. Boyer re: due diligence request |
| Richard Shinder | 11/07/01 | 1.0 | Meeting with P. Zilly, D. Blechman re: revise comp analysis |
| Richard Shinder | 11/08/01 | 1.0 | Review of Grace quarterly update presentation |
| Richard Shinder | 11/08/01 | 1.5 | Review of Grace quarterly financials |
| Richard Shinder | 11/09/01 | 1.0 | Quarterly update conference call (P&M, CDG, other financial advisors) |
| Richard Shinder | 11/09/01 | 1.0 | Discussion with P. Zilly re: conference call, advisors' future updates |
| Richard Shinder | 11/09/01 | 0.5 | Call with F. Gilbert re: CDG information request/quarterly call |
| Richard Shinder | 11/09/01 | 0.5 | Call with S. Zelac re: Project Chi update |
| Richard Shinder | 11/13/01 | 1.5 | Chapter 11 update call with Grace senior management |
| Richard Shinder | 11/13/01 | 0.5 | Call with F. Gilbert re: CDG information request |
| Richard Shinder | 11/13/01 | 0.5 | Work on setting up 11/16 call |
| Richard Shinder | 11/13/01 | 1.0 | Review of incentive compensation materials |
| Richard Shinder | 11/14/01 | 1.0 | Review of P&M Q3 quarterly update call follow-up diligence request |
| Richard Shinder | 11/14/01 | 0.5 | Discussion of above with P. Zilly, D, Blechman |
| Richard Shinder | 11/16/01 | 0.5 | Call with F. Gilbert re: P&M 3Q follow-up due diligence |
| Richard Shinder | 11/16/01 | 0.5 | Call with S. Cunningham re: 3Q call, legacy liability |
| Richard Shinder | 11/16/01 | 0.5 | Discussion with P. Zilly re: same |
| Richard Shinder | 11/16/01 | 0.5 | Review of Project Chi materials for update |
| Richard Shinder | 11/16/01 | 0.5 | Call with M. Burkin re: Project Chi |
| Richard Shinder | 11/19/01 | 1.0 | Read motion to dismiss |
| Richard Shinder | 11/19/01 | 0.5 | Review of Stroock & Stroock tax request |
| Richard Shinder | 11/20/01 | 0.5 | Review of P&M legacy correspondence |
| Richard Shinder | 11/20/01 | 0.5 | Call with F. Gilbert re: P&M correspondence |
| Richard Shinder | 11/20/01 | 1.5 | 3Q financial update follow-up with P&M |
| Richard Shinder | 11/20/01 | 0.5 | Call with F. Gilbert re: logistics for OpPlan meetings without 11/26 |
| Richard Shinder | 11/20/01 | 1.5 | Discussion with P. Zilly, D. Blechman re: Business Plan update |
| Richard Shinder | 11/21/01 | 0.5 | Drafted note to S. Cunningham re: legacy liabilities |
| Richard Shinder | 11/21/01 | 5.0 | Trip to Grace hearing in Wilmington, DE |
| Richard Shinder | 11/21/01 | 0.5 | Call with P. Zilly re: Court developments |
| Richard Shinder | 11/26/01 | 1.0 | Work on fee application |

Page 3 of 6

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## NOVEMBER 1, 2001 - NOVEMBER 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 11/29/01 | 1.5 | Work on Chi update for M. Berkin (L. Tersigni & Co.) |
| | | **43.0** | |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## NOVEMBER 1, 2001 - NOVEMBER 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 11/02/01 | 1.0 | Discussion with P. Zilly re: update to Business Plan |
| David Blechman | 11/02/01 | 1.0 | Discussion with P. Zilly, M. Alexander re: ch11 transactions |
| David Blechman | 11/05/01 | 1.5 | Reviewed update on other asbestos bankruptcies |
| David Blechman | 11/05/01 | 0.5 | Update meeting with R. Shinder |
| David Blechman | 11/06/01 | 1.0 | Reviewed other asbestos bankruptcies |
| David Blechman | 11/07/01 | 1.0 | Meeting with R. Shinder, D. Blechman re: comp analysis |
| David Blechman | 11/09/01 | 1.0 | Reviewed 3rd quarter financials |
| David Blechman | 11/09/01 | 1.0 | Update calls with credit advisors re: 3rd Quarter |
| David Blechman | 11/09/01 | 1.5 | Reviewed compensation plan analysis by Anderson |
| David Blechman | 11/13/01 | 1.5 | Chapter 11 update call |
| David Blechman | 11/13/01 | 1.5 | Prepared fee app |
| David Blechman | 11/14/01 | 3.0 | Reviewed compensation analysis by Anderson, revise model |
| David Blechman | 11/14/01 | 0.5 | Discussion with P. Zilly, R. Shinder re: P&M due diligence |
| David Blechman | 11/15/01 | 1.0 | Read motion to dismiss |
| David Blechman | 11/15/01 | 1.0 | Call with CDG re: Q3 results follow-up |
| David Blechman | 11/19/01 | 1.0 | Reviewed compensation plan analysis by Anderson, revise model |
| David Blechman | 11/19/01 | 1.5 | Discussion with P. Zilly, M. Alexander re: Committee compensation presentation |
| David Blechman | 11/19/01 | 1.0 | Work on fee app. |
| David Blechman | 11/20/01 | 1.0 | Reviewed materials for hearing 11/21 |
| David Blechman | 11/20/01 | 1.5 | P&M due diligence call |
| David Blechman | 11/20/01 | 2.0 | Reviewed legal filings |
| David Blechman | 11/21/01 | 2.5 | Transit to Wilmington, DE for hearing |
| David Blechman | 11/21/01 | 0.5 | Hearing cancelled |
| David Blechman | 11/21/01 | 2.5 | Transit back to NYC from hearing in Wilmington |
| David Blechman | 11/21/01 | 1.0 | Conversation with J. Paul re: comp |
| David Blechman | 11/26/01 | 3.5 | Travel to Cambridge for operations plan meeting |
| David Blechman | 11/26/01 | 9.5 | Participated in operations plan meeting |
| David Blechman | 11/27/01 | 7.5 | Participated in operations plan meeting |
| David Blechman | 11/27/01 | 3.5 | Transit from Cambridge, MA |
| David Blechman | 11/28/01 | 3.0 | Transit to Columbia, MD |
| David Blechman | 11/29/01 | 10.0 | Participated in operations plan meeting |
| David Blechman | 11/29/01 | 3.0 | Transit to New York |
| | | **72.5** | |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
NOVEMBER 1, 2001 - NOVEMBER 30, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Alexander | 11/02/01 | 1.0 | Discussion with P. Zilly, D. Blechman re: transaction in ch11 |
| Michael Alexander | 11/04/01 | 3.0 | Updated bankruptcy journal for existing cases |
| Michael Alexander | 11/04/01 | 2.5 | Added new cases to bankruptcy journal |
| Michael Alexander | 11/05/01 | 3.5 | Continued work on bankruptcy journal, discussed with D. Blechman |
| Michael Alexander | 11/07/01 | 1.0 | Discussed business plan with S. Farnsworth |
| Michael Alexander | 11/07/01 | 1.5 | Revised business plan to reflect errata |
| Michael Alexander | 11/08/01 | 4.5 | Analyzed joint ventures consummated in bankruptcy and related court requirements |
| Michael Alexander | 11/09/01 | 1.0 | Update calls with creditor advisors, D. Blechman re: 3rd Quarter |
| Michael Alexander | 11/09/01 | 2.0 | Reviewed compensation plan |
| Michael Alexander | 11/13/01 | 1.5 | Chapter 11 update call |
| Michael Alexander | 11/14/01 | 2.5 | Reviewed compensation analysis |
| Michael Alexander | 11/14/01 | 1.0 | Call with CDG, D. Blechman re: 23 results follow-up |
| Michael Alexander | 11/19/01 | 1.5 | Discussion with P. Zilly, D. Blechman re: comp presentation |
| Michael Alexander | 11/20/01 | 1.5 | Reviewed materials for 11/21 hearing |
| Michael Alexander | 11/20/01 | 1.5 | P&M due diligence call |
| Michael Alexander | 11/20/01 | 2.5 | Reviewed legal filings |
| Michael Alexander | 11/30/01 | 4.5 | Analysis of CH11 cases re: transactions in bankruptcy |
| | | **36.5** | |