**EXHIBIT B**

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**November 30, 2001**
**2635-T**

**Word Processing**

| | | | | |
|---|---|---|---|---|
| Alexander | 10/1-31/01 | 19.83 | | |
| Alexander | 10/1-31/01 | 32.67 | | |
| Alexander | 10/1-31/01 | 732.67 | | |
| | **Subtotal - Word Processing** | | $ | **785.17** |

**Car Services**
**Elite**

| | | | |
|---|---|---|---|
| Office Services | 10/25/01 | 33.64 | |
| Shinder | 10/04/01 | 24.47 | |
| Shinder | 10/11/01 | 24.47 | |
| Shinder | 10/17/01 | 24.47 | |
| Zilly | 10/10/01 | 24.98 | |
| Zilly | 10/31/01 | 20.39 | |
| Zilly | 11/08/01 | 80.54 | |
| | **Subtotal - Car Services** | | **232.96** |

**Travel/Local**

| | | | |
|---|---|---|---|
| Blechman | 09/04/01 | 5.50 | |
| Blechman | 09/05/01 | 5.00 | |
| Blechman | 09/22/01 | 6.00 | |
| Blechman | 10/22/01 | 8.00 | |
| Blechman | 10/22/01 | 9.00 | |
| Blechman | 10/22/01 | 31.00 | |
| Shinder | 10/10/01 | 5.00 | |
| Shinder | 10/10/01 | 14.50 | |
| Shinder | 10/10/01 | 35.00 | |
| Shinder | 10/22/01 | 12.50 | |
| Shinder | 10/22/01 | 13.40 | |
| Shinder | 10/25/01 | 11.80 | |
| Shinder | 10/31/01 | 15.00 | |
| Shinder | 10/31/01 | 17.00 | |
| Shinder | 10/31/01 | 32.00 | |
| Shinder | 11/01/01 | 14.20 | |
| Shinder | 11/01/01 | 18.00 | |
| | **Subtotal - Travel/Local** | | **252.90** |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**November 30, 2001**
**2635-T**

## Travel Out-Of-Town

| | | | |
|---|---|---|---|
| Zilly | 10/10/01 | 35.00 | |
| Zilly | 10/10/01 | 35.00 | |
| | **Subtotal - Travel Out-Of-Town** | | **70.00** |

## Travel Railroad

| | | | |
|---|---|---|---|
| Shinder | 10/09/01 | 238.00 | |
| Zilly | 10/09/01 | 238.00 | |
| Zilly | 10/12/01 | (67.00) | |
| | **Subtotal - Travel Railroad** | | **409.00** |

## Meals

| | | | |
|---|---|---|---|
| Alexander | 06/30/01 | 20.00 | |
| Alexander | 07/05/01 | 20.00 | |
| Alexander | 07/16/01 | 20.00 | |
| Alexander | 07/18/01 | 20.00 | |
| Alexander | 07/21/01 | 20.00 | |
| Alexander | 07/26/01 | 20.00 | |
| Alexander | 08/07/01 | 20.00 | |
| Alexander | 08/28/01 | 20.00 | |
| Alexander | 08/30/01 | 20.00 | |
| Blechman | 07/12/01 | 15.42 | |
| Blechman | 08/24/01 | 14.88 | |
| Blechman | 08/31/01 | 18.02 | |
| Blechman | 09/05/01 | 13.10 | |
| Blechman | 09/10/01 | 10.88 | |
| Otero | 09/05/01 | 10.44 | |
| Publishing Services | 10/10/01 | 7.43 | |
| Shinder | 07/17/01 | 20.00 | |
| Shinder | 07/28/01 | 20.00 | |
| Shinder | 08/30/01 | 20.00 | |
| | **Subtotal - Meals** | | **330.17** |

## Research
## In-House

| | | | |
|---|---|---|---|
| Alexander | 11/1-15/01 | 96.68 | |
| | **Subtotal – In-House** | | **96.68** |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**November 30, 2001**
**2635-T**

**Multex**

| | | | |
|---|---|---|---|
| Alexander | 11/1-15/01 | 188.92 | |
| Shinder | 10/1-15/01 | 17.98 | |
| | **Subtotal – Multex** | | **206.90** |

**Disclosure**

| | | | |
|---|---|---|---|
| Alexander | 11/1-15/01 | 191.54 | |
| | **Subtotal - Disclosure** | | **191.54** |

**Dow Jones**

| | | | |
|---|---|---|---|
| Alexander | 11/1-15/01 | 865.19 | |
| | **Subtotal - Dow Jones** | | **865.19** |
| | **Subtotal – Research** | | **1,360.31** |

**Communications**
**Federal Express**

| | | | |
|---|---|---|---|
| Alexander | 10/25/01 | 16.96 | |
| Alexander | 11/12/01 | 17.47 | |
| Zilly | 11/12/01 | 14.56 | |
| Zilly | 11/12/01 | 15.90 | |
| | **Subtotal - Communications** | | **64.89** |

**Photocopying**

| | | | |
|---|---|---|---|
| Alexander | 09/28/01 | 3,944.90 | |
| Alexander | 10/19-23/01 | 26.80 | |
| | **Subtotal – Photocopying** | | **3,971.70** |
| | **Total Expenses** | | **$ 7,477.10** |