EXHIBIT A

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR W.R. GRACE AND CO.
### DECEMBER 1, 2001 - DECEMBER 31, 2001

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 55.5 |
| Richard Shinder | Vice President | 4.5 |
| David Blechman | Associate | 46.0 |
| Michael Alexander | Analyst | 30.0 |
| | | **136.0** |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### DECEMBER 1, 2001 - DECEMBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 12/01/01 | 2.5 | Review of divisional operating plans and consolidated 2002 preliminary forecast |
| Pamela Zilly | 12/02/01 | 4.0 | Review of divisional operating plans and consolidated 2002 preliminary forecast |
| Pamela Zilly | 12/03/01 | 1.5 | Meeting with P. Norris re: case status, 2002 forecast |
| Pamela Zilly | 12/03/01 | 1.0 | Discussion with R. Shinder re: Grace business options |
| Pamela Zilly | 12/04/01 | 0.5 | Call with K. Coghlan re: Norris meeting |
| Pamela Zilly | 12/04/01 | 1.0 | Meeting with D. Blechman re: consolidated forecast |
| Pamela Zilly | 12/04/01 | 2.5 | Review GPC financials re: business activities |
| Pamela Zilly | 12/05/01 | 2.5 | Review financial information |
| Pamela Zilly | 12/07/01 | 2.5 | Review compensation analysis |
| Pamela Zilly | 12/07/01 | 0.5 | Call with B. McGowan re: comp presentation |
| Pamela Zilly | 12/07/01 | 1.0 | Meeting with D. Blechman re: comments to comp analysis |
| Pamela Zilly | 12/08/01 | 2.0 | Review divisional forecasts |
| Pamela Zilly | 12/10/01 | 2.0 | Review comp analysis |
| Pamela Zilly | 12/10/01 | 1.0 | Meeting with D. Blechman. M. Alexander re: analysis of comp program |
| Pamela Zilly | 12/10/01 | 3.0 | Review materials re:CH 11 transactions |
| Pamela Zilly | 12/10/01 | 1.0 | Call with P. Norris re CH11 business activities |
| Pamela Zilly | 12/11/01 | 1.5 | Review financial information re: ch11 business activities |
| Pamela Zilly | 12/11/01 | 1.0 | Discussion with R. Shinder re: Grace business transactions |
| Pamela Zilly | 12/13/01 | 0.5 | Read statement of E. Warren |
| Pamela Zilly | 12/13/01 | 1.0 | Calls with other financial advisors re: Ch11 Business activities |
| Pamela Zilly | 12/13/01 | 2.0 | Review status of correspondence, distributions of material re: tax call |
| Pamela Zilly | 12/13/01 | 1.0 | Call with Creditor Committee advisors, Grace management re: tax issues |
| Pamela Zilly | 12/14/01 | 2.5 | Review divisional forecasts |
| Pamela Zilly | 12/14/01 | 1.5 | Read comparable motions re: CH11 business activities |
| Pamela Zilly | 12/17/01 | 1.5 | Preparation of materials re: 12/18 call |
| Pamela Zilly | 12/17/01 | 1.0 | Discussion with D. Blechman re: 12/10 analysis and AA response |
| Pamela Zilly | 12/17/01 | 0.5 | Call with T. Freedman re: improper filing motion |
| Pamela Zilly | 12/17/01 | 1.0 | Analysis of motion to dismiss |
| Pamela Zilly | 12/17/01 | 0.5 | Read Debtors' motion re: business customer programs |
| Pamela Zilly | 12/18/01 | 1.0 | Grace RWG Call |
| Pamela Zilly | 12/18/01 | 1.0 | Call with D. Siegel re: case matters |
| Pamela Zilly | 12/18/01 | 0.5 | Call with J. Sprayregen re: CH11 transactions |
| Pamela Zilly | 12/18/01 | 0.5 | Call with T. Freedman re: C11 transactions |
| Pamela Zilly | 12/18/01 | 4.0 | Research, markup of materials for motion re: improper filing |
| Pamela Zilly | 12/18/01 | 1.0 | Call with P. Norris re: business activities |
| Pamela Zilly | 12/31/01 | 1.0 | Call with D. Siegel re: case matters |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
DECEMBER 1, 2001 - DECEMBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 12/31/01 | 0.5 | Read Agenda re: scheduled matters |
| Pamela Zilly | 12/31/01 | 2.0 | Read November operating report |
| | | **55.5** | |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### DECEMBER 1, 2001 - DECEMBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 12/03/01 | 1.0 | Discussion with P. Zilly re: Grace business transactions |
| Richard Shinder | 12/11/01 | 1.0 | Discussion with P. Zilly re: CH11 transactions |
| Richard Shinder | 12/18/01 | 1.0 | Grace RWG call |
| Richard Shinder | 12/31/01 | 1.5 | Read November operating report |
| | | **4.5** | |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## DECEMBER 1, 2001 - DECEMBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 12/01/01 | 6.5 | Review operating plan materials |
| David Blechman | 12/01/01 | 1.0 | Prepared package for P. Zilly re operating plan |
| David Blechman | 12/03/01 | 4.5 | Analyzed Grace compensation plan |
| David Blechman | 12/03/01 | 2.5 | Preliminary review of comparable compensation plans |
| David Blechman | 12/04/01 | 1.0 | Meeting with P. Zilly re: consolidated forecast |
| David Blechman | 12/06/01 | 4.0 | Analysis of consolidated forecast and Business Plan |
| David Blechman | 12/07/01 | 1.0 | Meeting with P. Zilly re: comments to comp analysis |
| David Blechman | 12/07/01 | 3.0 | Analysis of consolidated forecast and Business Plan |
| David Blechman | 12/10/01 | 4.0 | Analyzed compensation program |
| David Blechman | 12/10/01 | 1.0 | Discussed compensation program with M. Alexander |
| David Blechman | 12/10/01 | 1.0 | Meeting with P. Zilly, M. Alexander re: analysis of compensation program |
| David Blechman | 12/12/01 | 3.0 | Analyzed compensation plan |
| David Blechman | 12/12/01 | 1.0 | Meeting with P. Zilly, M. Alexander re: analysis of compensation plan |
| David Blechman | 12/14/01 | 2.0 | Review YTD results |
| David Blechman | 12/14/01 | 0.5 | Call with M. Brown, M. Alexander re: YTD results |
| David Blechman | 12/14/01 | 4.0 | Analysis of consolidated forecast and Business Plan forecast |
| David Blechman | 12/17/01 | 1.0 | Discussion with P. Zilly re: 12/10 analysis and AA response |
| David Blechman | 12/18/01 | 1.0 | Bankruptcy update call |
| David Blechman | 12/18/01 | 2.0 | Review selected Court filings |
| David Blechman | 12/21/01 | 2.0 | Prepared second quarterly fee application |
| | | **46.0** | |

Page 4 of 5

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
DECEMBER 1, 2001 - DECEMBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Alexander | 12/03/01 | 2.0 | Read compensation plan |
| Michael Alexander | 12/04/01 | 2.0 | Read divisional plans |
| Michael Alexander | 12/05/01 | 3.0 | Read divisional plans |
| Michael Alexander | 12/06/01 | 3.5 | Analysis of consolidated forecast vs. Business Plan |
| Michael Alexander | 12/10/01 | 4.0 | Analyzed compensation program |
| Michael Alexander | 12/10/01 | 1.0 | Meeting with P. Zilly, D. Blechman re: analysis of compensation program |
| Michael Alexander | 12/10/01 | 1.0 | Discussed compensation program with D. Blechman |
| Michael Alexander | 12/11/01 | 3.0 | Analysis of consolidated forecast |
| Michael Alexander | 12/12/01 | 3.0 | Analyzed compensation plan |
| Michael Alexander | 12/12/01 | 1.0 | Meeting with P. Zilly, D. Blechman re: analysis of compensation plan |
| Michael Alexander | 12/14/01 | 5.0 | Research of comp CH11 Companies and transactions |
| Michael Alexander | 12/14/01 | 0.5 | Call with M. Brown, D. Blechman re: YTD results |
| Michael Alexander | 12/18/01 | 1.0 | Bankruptcy update call |
| | | **30.0** | |