EXHIBIT B

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**December 31, 2001**
**2665-T**

### Word Processing

| | | | |
|---|---|---:|---:|
| Alexander | 11/1-30/01 | 21.00 | |
| **Subtotal - Word Processing** | | $ | **21.00** |

### Car Services
### Elite

| | | | |
|---|---|---:|---:|
| Office Services | 11/08/01 | 24.47 | |
| Office Services | 11/20/01 | 30.58 | |
| Zilly | 11/06/01 | 22.43 | |
| **Subtotal - Car Services** | | | **77.48** |

### Travel/Local

| | | | |
|---|---|---:|---:|
| Zilly | 11/06/01 | 31.00 | |
| Zilly | 11/07/01 | 7.20 | |
| **Subtotal - Travel/Local** | | | **38.20** |

### Travel Out-Of-Town

| | | | |
|---|---|---:|---:|
| Shinder | 11/01/01 | 198.73 | |
| **Subtotal - Travel Out-Of-Town** | | | **198.73** |

### Travel Railroad

| | | | |
|---|---|---:|---:|
| Blechman | 10/22/01 | 67.00 | |
| Shinder | 10/22/01 | 67.00 | |
| Shinder | 10/31/01 | 238.00 | |
| Zilly | 10/30/01 | 238.00 | |
| Zilly | 11/06/01 | 256.00 | |
| **Subtotal - Travel Railroad** | | | **866.00** |

### Meals

| | | | |
|---|---|---:|---:|
| Blechman | 08/17/01 | 16.02 | |
| Blechman | 08/20/01 | 14.39 | |
| Blechman | 09/07/01 | 19.05 | |
| Otero | 11/30/01 | 8.90 | |
| Shinder | 09/20/01 | 17.07 | |
| Shinder | 09/24/01 | 18.00 | |
| Shinder | 10/09/01 | 13.80 | |
| **Subtotal - Meals** | | | **107.23** |

## W.R. GRACE
## Expense Detail
## Processed Through
## December 31, 2001
## 2665-T

| | | | |
|---|---|---:|---:|
| **Lodging** | | | |
| Blechman | 11/01/01 | 161.70 | |
| Zilly | 11/01/01 | 191.92 | |
| Zilly | 11/08/01 | 10.00 | |
| Zilly | 11/08/01 | 179.86 | |
| **Subtotal - Lodging** | | | 543.48 |
| | | | |
| **Communications** | | | |
| **Fax** | | | |
| Bolger | Nov-01 | 53.75 | |
| **Subtotal - Fax** | | | 53.75 |
| | | | |
| **Messenger - EDM** | | | |
| Zilly | 11/30/01 | 11.25 | |
| **Subtotal - Messenger - EDM** | | | 11.25 |
| | | | |
| **Subtotal - Communications** | | | 65.00 |
| | | | |
| **Photocopying** | | | |
| Blechman | 11/26-30/01 | 123.20 | |
| Document Production | 11/26-30/01 | 93.60 | |
| **Subtotal - Photocopying** | | | 216.80 |
| | | | |
| **Total Expenses** | | | $ 2,133.92 |