## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Chapter 11 |
| W.R. GRACE & CO., *et al.* | : | |
| | : | Case Number 01-1139 (JKF) |
| Debtors | : | |
| | : | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on January 31, 2002, I caused to be served a copy of the United States Trustee's Amended Objection to the Application of the Debtors for Entry of an Order (i) Approving the Payment of Professional Fees and Expenses and (ii) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Independent Accountants and Auditors to the Debtors via facsimile to the following person(s):

James Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Fax: (312) 861-2200

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones
919 Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899
Fax (302) 652-4400

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
Fax: (305) 374-7593

Michael Lastowski, Esquire
Duane Morris & Heckscher
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Fax 302-657-4901

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, Delaware 19801
Fax: (302) 575-1714

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022-4614
Fax: (212) 644-6755

Matthew Zaleski, Esquire
Campbell & Levine
1201 Market Street, Suite 1500
Wilmington, DE 19801
Fax: (302) 426-9947

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Fax 212-806-6006

    /s/ Frank J. Perch, III
FRANK J. PERCH, III