## EXHIBIT A

**Fifth Monthly Fee Application for the Period**

**October 1, 2001 through October 31, 2001**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                  : 

                     :     **Chapter 11**

                     : 

**W.R. GRACE & CO., et al.,**       :     **Case No. 01-01139 (JJF)**

                     : 

       **Debtors.**            :     **(Jointly Administered)**

                     : 

                     : 

                     : 

FIFTH APPLICATION OF THE BLACKSTONE GROUP
L.P. AS FINANCIAL ADVISOR TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR ALLOWANCE OF
COMPENSATION FOR ACTUAL AND NECESSARY SERVICES
RENDERED AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED
(FOR THE PERIOD OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001)

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | THE BLACKSTONE GROUP L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which Compensation and reimbursement is sought: | October 1, 2001 – October 31, 2001 |

| Amount of compensation sought as actual, reasonable and necessary: | Total | Less Holdback (@20%) |
|---|---|---|
| | $175,000.00 | $35,000.00 |

| | |
|---|---|
| Amount of reimbursement of expenses sought as actual, reasonable and necessary: | $5,042.39 |

This is a _x_ monthly __ interim ____ final application

Summary Table:

| Fee Application, Filing Date | Total Fees Requested | Amount of Holdback (20%) | Net Fees Requested | Total Expenses Requested | Objection Received/Deadline |
|---|---|---|---|---|---|
| First 4/2/2001 - 4/30/2001, 7/30/2001 | $169,166.67 | $33,833.33 | $135,333.33 | $0 | None |
| First 5/1/2001 - 5/31/2001, 7/30/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $984.00 | None |
| First 6/1/2001 – 6/30/2001, 7/30/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $6,679.95 | None |
| Second 7/1/2001 – 7/31/2001, 8/27/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $3,504.53 | None |
| Third 8/1/2001 – 08/31/2001, 10/15/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $16,124.84 | None |
| Fourth 9/1/2001 – 09/30/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $11,846.09 | None |
| Fifth 10/1/2001 – 10/31/2001, | $175,000.00 | $35,000.00 | $140,000.00 | $5,042.39 | |
| **TOTAL** | $1,219,166.67 | $243,833.33 | $975,333.33 | $44,181.80 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** | : | **Case No. 01-01139 (JJF)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | |
| | : | |

FIFTH APPLICATION OF THE BLACKSTONE GROUP
L.P. AS FINANCIAL ADVISOR TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR ALLOWANCE OF
COMPENSATION FOR ACTUAL AND NECESSARY SERVICES
RENDERED AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED
(FOR THE PERIOD OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001)

## I. Background

The Blackstone Group L.P. ("Blackstone") respectfully represents as follows:

1. Blackstone is financial advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Bankruptcy Code"). The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On April 2, 2001, the Debtors applied to the Court for an order authorizing them to retain Blackstone pursuant to an engagement agreement dated February 15, 2001 (the "Engagement Agreement") as their financial advisor, effective as of the Petition Date.

3

4.      On June 22, 2001, the Court entered an order (the "Retention Order") authorizing the Debtors to employ Blackstone as their financial advisor effective as of the Petition Date pursuant to the terms of the Engagement Agreement.

5.      Pursuant to the Order Under 11 U.S.C. §§ 105 (a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("Procedures"), Blackstone submits this fifth application (the "Fifth Application") for the monthly period October 1, 2001 through October 31, 2001 (the "Fifth Application Period").

6.      Blackstone submits this Fifth Application (i) for allowance of reasonable compensation for actual and necessary professional services by it as financial advisor to the Debtors in these cases for the Fifth Application Period, and (ii) for reimbursement of actual and necessary expenses incurred in representing the Debtors during that same period. This Fifth Application is made pursuant to the provisions of sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Retention Order and Delaware Bankruptcy Local Rule 2016-2.

7.      Professional services and expenses for which compensation and reimbursement are sought were rendered and expended on behalf of the Debtors pursuant to chapter 11 of the Bankruptcy Code. Blackstone believes it is appropriate that it be compensated for the time spent and be reimbursed for the expenses incurred in connection with these matters.

8.      For the Fifth Application Period, Blackstone has provided professional services to the Debtors and incurred fees for such services totaling $175,000.00. This represents Blackstone's monthly fee of $175,000.00 for the period October 1, 2001 through October 31,

2001. For the Fifth Application Period, Blackstone has incurred actual and necessary expenses in connection therewith totaling $5,042.39. With respect to these specific amounts, Blackstone has received no payments as of the date of the Fifth Application.

9.     As was set out in the Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of the Blackstone Group L.P. as Financial Advisor to the Debtors and Debtors in Possession (the "Retention Application"), Blackstone provided advisory services to the Debtors prior to the Petition Date. Specifically, Blackstone served as financial advisor to the Debtors since February 2001.

## II. The Blackstone Engagement

10.     On April 2, 2001, the Debtors applied to the Court for an order authorizing them to retain Blackstone pursuant to the Engagement Agreement as their financial advisor effective as of April 2, 2001, the petition date (the "Effective Date"). Specifically, Blackstone was retained as Financial Advisor to provide the following professional services:

> (a) Assist in the evaluation of the Debtors' businesses and prospects;
>
> (b) Assist in the development of the Debtors' long-term business plan;
>
> (c) Analyze the Debtors' financial liquidity and financing requirements;
>
> (d) Assist in the estimation of asbestos claims including the preparation of an estimation model for payments and costs and the analyses of payment and funding scenarios;
>
> (e) Evaluate the Debtors' debt capacity and alternative capital structures;
>
> (f) Develop valuation, debt capacity and recovery analyses in connection with developing and negotiating a potential Restructuring;

(g) Analyze various restructuring scenarios and the potential impact of these scenarios on the value of the Debtor and the recoveries of stakeholders impacted by the Restructuring;

(h) Develop a negotiating strategy and assist in negotiations with the Debtors' creditors and other interested parties with respect to a potential Restructuring;

(i) Value securities offered by the Debtor in connection with a Restructuring;

(j) Make presentations to the Debtors' Board of Directors, creditor groups or other interested parties, as appropriate;

(k) Provide expert witness testimony, as requested; and,

(l) Provide such other advisory services as are customarily provided in connection with the analysis and negotiation of a Restructuring, as requested and mutually agreed.

11. Pursuant to the Engagement Agreement, the Debtors agreed to pay Blackstone the following fees in consideration for services to be rendered:

(a) A monthly advisory fee (the "Monthly Fee") in the amount of $175,000, with the first payment of such Monthly Fee payable upon the effective date and additional installments of such Monthly Fee payable in advance on monthly anniversaries of the effective date; and

(b) A $5,000,000 Restructuring Fee paid upon consummation of a Restructuring (as defined in the Engagement Agreement).

Furthermore, pursuant to the Engagement Agreement, the Debtors agreed to reimburse Blackstone for the reasonable and documented out-of-pocket expenses incurred by Blackstone in rendering the services to be provided under the Engagement Agreement.

12. For financial advisory services provided to the Debtors during the Fifth Application Period, Blackstone respectfully requests (a) approval of $180,042.39 consisting of (i) monthly fees in the amount of $175,000.00 and (ii) reimbursement of out-of-pocket expenses in the amount of $5,042.39; and (b) authorization for the Debtors to pay Blackstone's approved fees and expenses in the amount of $145,042.39 consisting of (i) monthly fees in the net amount

of $140,000.00, representing total monthly fees of $175,000.00, less a 20% holdback pursuant to

the interim compensation procedures, and (ii) out-of-pocket expenses referred to in (a) above.

## III.  The Blackstone Team

13.    The financial services set forth above were performed primarily by Pamela Zilly –

Senior Managing Director; Richard Shinder – Vice President; David Blechman – Associate; and

Michael Alexander – Analyst:

> (a) Pamela Zilly:  Pamela Zilly is a Senior Managing Director of Blackstone.
> Prior to joining Blackstone Ms. Zilly was a Vice President of Chemical Bank
> where she divided her time between the Mergers and Acquisitions Group and
> the Restructuring and Reorganization Group.  Since joining Blackstone, Ms.
> Zilly has provided services to debtors and creditors in both formal and
> informal restructuring engagements.

> (b) Richard Shinder: Richard Shinder is a Vice President of Blackstone. Prior to
> joining Blackstone Mr. Shinder was a Vice Presdent at Lehman Brothers in its
> Leveraged Finance group.  He has worked on a number of debtor and creditor
> restructuring engagements since joining Blackstone in 2000.

> (c) David Blechman: David Blechman is an Associate of Blackstone.   Mr.
> Blechman joined Blackstone in 2000 after receiving his M.B.A. with honors
> from Columbia Business School.

> (d) Michael Alexander: Michael Alexander is an Analyst of Blackstone.   Mr.
> Alexander joined Blackstone in July 1999 after graduating from the McIntire
> School of Commerce at the University of Virginia.

## IV.  Summary – Fifth Monthly Fee Application

14.    The major services provided by Blackstone during this compensation period have

included: (i) assisting with negotiating confidentiality agreements with advisors to the Official

Unsecured Creditors' Committee, the Asbestos Property Damages Committee and the Equity

Committee; (ii) assisting with the performance of due diligence by these advisors; (iii) assisting

the Debtors in the presentation of a business plan; (iv) providing quantitative and qualitative

analysis in support of the Debtors' planned acquisitions; (v) assisting the Debtors with structuring retention and incentive compensation plans in the Chapter 11 proceedings; (vi) analyzing the Debtors' legacy liabilities; (vii) assisting in the development of the Debtors' restructuring model; and (viii) providing general consultation and other bankruptcy and business advice.

15.     Blackstone respectfully submits that the compensation requested for the Fifth Application Period for services rendered by Blackstone to the Debtors is fully justified and reasonable based upon (a) the time and labor required during the proceedings, (b) the complexity of the issues presented, (c) the skills necessary to perform the financial advisory services properly, (d) the preclusion of other employment, (e) the customary fees charged to clients in non-bankruptcy situations for similar services rendered, (f) time constraints required by the exigencies of the case, and (g) the experience, reputation and ability of the professionals rendering services.

16.     Blackstone respectfully submits that the services it has rendered to the Debtors have been necessary and in the best interests of the Debtors and the estate and have furthered the goals of all parties in interest. Blackstone respectfully submits that under all of the criteria normally examined in Chapter 11 reorganization cases, the compensation requested by Blackstone is reasonable in light of the work performed by Blackstone to date in these cases.

17.     The amount of the fees and expenses sought in this Fifth Application and Blackstone's billing processes are consistent with market practices in a bankruptcy context. Blackstone has never billed its clients based on the number of hours expended by its professionals. Accordingly, Blackstone does not have hourly rates for its professionals, and Blackstone's professionals generally do not maintain detailed time records of the work

performed for clients. In the Debtors' case, however, Blackstone has recorded time records in one-half hour increments. Time records of the approximately 300.50 hours expended by Blackstone professionals in providing financial advisory and investment banking services to the Debtors during the Fifth Application Period are provided in Exhibit A by professional.

18.    Blackstone respectfully requests allowance of its out-of-pocket expenses incurred during the Fifth Application Period in connection with its performance of services for the Debtors in the aggregate amount of $5,042.39. Due to the lag in receiving invoices from certain third-party service firms, Blackstone is unable, at this time, to account for all expenses incurred during the Fifth Application Period. Ensuing compensation periods will include certain out-of-pocket expenses incurred in the Fifth Application Period but not included in the Fifth Application for relief. Details of the expenses incurred during the Fifth Application Period are provided in Exhibit B. Blackstone's charges for expenses to the Debtors are determined in the same manner as for clients in non-bankruptcy matters. Out-of-pocket expenses incurred by Blackstone are charged to a client if the expenses are incurred for the client or are otherwise necessary in connection with services rendered for such particular client. Blackstone does not factor general overhead expenses into any disbursements charged to its clients in connection with Chapter 11 cases. Blackstone has followed its general internal policies with respect to out-of-pocket expenses billed to the Debtors as set forth below, with any exceptions specifically explained.

> (a) Blackstone's general policy permits its employees to bill lunch or dinner meals to a client if the employee is required to provide services to the client during such meal-time due to extreme time constraints. Blackstone employees are permitted to order meals in the office if the Blackstone employee is required to work after 8:00 p.m. Blackstone has voluntarily capped meal expenses at $20.00 per meal.

(b) Messengers, couriers, or overnight delivery are used by Blackstone to deliver hard copy documents relating to the client matter which require receipt on an expedited basis; otherwise, Blackstone uses the regular postal system. Any charges for either messengers, couriers, or overnight delivery are billed to a client at cost.

(c) The outside financial research category consists of charges from outside services which supply, for a fee, financial documents to Blackstone. Financial research services generally consist of the retrieval of financial documents from regulatory agencies.

(d) Blackstone bills photocopying charges at the rate of $0.15 per page.

(e) With respect to local travel, Blackstone's general policy enables employees to travel by private car service or taxi to and from meetings while rendering services to a client on a client related matter, for which the client is charged. This policy is based on Blackstone's determination that travel by private car service or taxi is the most efficient use of a professional's time. Blackstone employees are not permitted to charge personal commuting expenses to a client unless, for safety reasons, the employee is traveling after 9:00 p.m. and has been required to work late as a result of the time exigencies of that client's matters.

(f) Blackstone bills its clients for time spent by its employees on its word processing system. The word processing system automatically allocates time to a client based upon the operator's "log-in" by a client matter number. Clients are charged at the personnel cost of $70.00 per hour for the actual amount of time spent by the operator while rendering word processing services to the client; however, when word processing services are being used after normal business hours, the client is not billed for both an overtime charge and a word processing charge.

(g) Blackstone bills outgoing facsimile charges at a rate of $1.00 per page. Blackstone does not bill incoming facsimile charges.

19.   Blackstone respectfully submits that the expenses for which it seeks allowance during the Fifth Application Period are necessary and reasonable both in scope and amount.

20.   No prior application for the relief requested herein has been made.

21.   All services for which compensation is requested by Blackstone were performed for and on behalf of the Debtors and not on behalf of any other person or stakeholder.

22.    No agreement or understanding exists between Blackstone and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these proceedings.

23.    Blackstone respectfully represents that its Fifth Application is in keeping with similar applications for the payment of administrative expenses in other cases.

Dated: New York, New York
November 28, 2001

THE BLACKSTONE GROUP L.P.
Financial Advisor to
W.R. Grace & Co.

By: _____

Richard Shinder
Vice President
345 Park Avenue
New York, NY 10154
(212) 583-5000
(212) 583-5707 (fax)

1127863.DOC                                    11

**EXHIBIT A**

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR W.R. GRACE AND CO.**
**OCTOBER 1, 2001 - OCTOBER 31, 2001**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 70.5 |
| Richard Shinder | Vice President | 97.0 |
| David Blechman | Associate | 63.0 |
| Michael Alexander | Analyst | 70.0 |
| | | 300.5 |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 10/01/01 | 0.5 | Discussion with R. Shinder re:status of Project Chi |
| Pamela Zilly | 10/01/01 | 1.5 | Read Chi presentation analysis to financial advisors |
| Pamela Zilly | 10/02/01 | 1.5 | Read Rand analysis |
| Pamela Zilly | 10/02/01 | 0.5 | Discussion with R. Shinder re: 10/10 due dilence meeting, status of presentation materials |
| Pamela Zilly | 10/03/01 | 0.5 | Conference call on project Chi with P&M, CDG |
| Pamela Zilly | 10/03/01 | 0.5 | Review P&M Tax Information request |
| Pamela Zilly | 10/04/01 | 2.0 | Read informational briefs, court filings in related cases |
| Pamela Zilly | 10/05/01 | 0.5 | Review of confidentiality agreements and signees with R. Shinder |
| Pamela Zilly | 10/05/01 | 0.5 | Call with R. Shinder, F. Gilbert re: 10/10 meeting |
| Pamela Zilly | 10/08/01 | 1.5 | Review materials re: legacy liabilities |
| Pamela Zilly | 10/08/01 | 1.0 | Discussion with R. Shinder re: presentation of legacy liability issues |
| Pamela Zilly | 10/09/01 | 1.0 | Call with Grace management re: preparation for 10/10 meeting |
| Pamela Zilly | 10/09/01 | 1.5 | Review of legacy liability presentation, provide comments |
| Pamela Zilly | 10/10/01 | 3.0 | Travel to Columbia for meeting with Grace management and P&M |
| Pamela Zilly | 10/10/01 | 5.0 | Meeting with Grace management, P&M re: due diligence |
| Pamela Zilly | 10/10/01 | 1.5 | Meeting with D. Siegel re: case status |
| Pamela Zilly | 10/10/01 | 1.0 | Meeting with P. Norris re: case status; 10/4 meetings |
| Pamela Zilly | 10/10/01 | 3.0 | Travel to New York |
| Pamela Zilly | 10/11/01 | 1.0 | Review and provide comments to various correspondence between Grace and K&E re: tax request |
| Pamela Zilly | 10/11/01 | 1.0 | Call with Grace management, CDG re: financial results |
| Pamela Zilly | 10/12/01 | 0.5 | Review correspondence re: tax information requests |
| Pamela Zilly | 10/12/01 | 0.5 | Read motion re: Washington IRS settlement |
| Pamela Zilly | 10/12/01 | 0.5 | Discussion with R. Shinder re: 11/01 meeting, participants, presentation |
| Pamela Zilly | 10/12/01 | 1.0 | Call with B. Tarola, D. Siegel, K. Coghlan re: Equity Committee participation |
| Pamela Zilly | 10/12/01 | 2.0 | Review operating model re: conversion to restructuring model |
| Pamela Zilly | 10/15/01 | 1.5 | Discussion with R. Shinder re: outline of restructuring model |
| Pamela Zilly | 10/15/01 | 2.0 | Read August monthly report, analysis vs. prior reports |
| Pamela Zilly | 10/17/01 | 1.5 | Review list and relevant information re: chapter 11 update call |
| Pamela Zilly | 10/17/01 | 1.5 | Chapter 11 update call with P. Norris, D. Siegel, K. Coghlan, R. Tarola, M. Shelnitz, R. Shinder |
| Pamela Zilly | 10/17/01 | 0.5 | Discussion with J. Kapp re: post petition accruals |
| Pamela Zilly | 10/17/01 | 0.5 | Discussion with R. Shinder re: post petition accruals |
| Pamela Zilly | 10/17/01 | 0.5 | Discussion with F. Gilbert re: various financial issues |
| Pamela Zilly | 10/18/01 | 1.5 | Review list of open items, responses re: tax information requests |
| Pamela Zilly | 10/18/01 | 1.0 | Call with Grace management, P&M re: tax issues |
| Pamela Zilly | 10/18/01 | 0.5 | Follow up call with R. Shinder, F. Gilbert re: legacy liabilities |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**OCTOBER 1, 2001 - OCTOBER 31, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Pamela Zilly | 10/18/01 | 1.0 | Various calls with J. Kapp re: tax issues, Strook correspondence |
| Pamela Zilly | 10/19/01 | 0.5 | Call with F. Gilbert re: Strook correspondence with K&E on tax issues |
| Pamela Zilly | 10/19/01 | 1.0 | Call with Kirkland & Ellis, Strook, Stook, Lavan, P&M re: tax issues due diligence |
| Pamela Zilly | 10/19/01 | 1.5 | Read industry, comp company operating results |
| Pamela Zilly | 10/22/01 | 0.5 | Discussion with R. Shinder re: Equity Committee participation |
| Pamela Zilly | 10/23/01 | 0.5 | Read correspondence re: P&M legacy information requests |
| Pamela Zilly | 10/24/01 | 1.0 | Review Business Plan errata information |
| Pamela Zilly | 10/25/01 | 2.0 | Read comp asbestos companies operating results |
| Pamela Zilly | 10/26/01 | 0.5 | Call with R. Shinder, K. Coghlan re: Equity Committee |
| Pamela Zilly | 10/26/01 | 1.0 | Call with D. Siegel, K. Coghlan re: Equity Committee participation |
| Pamela Zilly | 10/26/01 | 0.5 | Call with T. Weschler re: 11/01 meeting |
| Pamela Zilly | 10/26/01 | 1.0 | Provide to R. Shinder edits to confidentiality agreement |
| Pamela Zilly | 10/26/01 | 1.0 | Read 3rd Q release, review projections |
| Pamela Zilly | 10/29/01 | 0.5 | Call with R. Shinder, F. Gilbert re: 11/1 meeting |
| Pamela Zilly | 10/29/01 | 2.0 | Document review, discussions with parties re: bankruptcy cases update |
| Pamela Zilly | 10/29/01 | 0.5 | Call with K. Coghlan re: case status |
| Pamela Zilly | 10/30/01 | 1.0 | Chapter 11 update call with D. Siegel, P. Norris, B. Tarola, J. Kapp |
| Pamela Zilly | 10/30/01 | 1.0 | Read motion re: E. Warren, EPA settlement |
| Pamela Zilly | 10/30/01 | 1.0 | Review preliminary comp analysis |
| Pamela Zilly | 10/30/01 | 1.0 | Review and comment on updated asbestos case summaries |
| Pamela Zilly | 10/31/01 | 1.0 | Review presentation for 11/1 meeting |
| Pamela Zilly | 10/31/01 | 2.0 | Review preliminary comp analysis |
| Pamela Zilly | 10/31/01 | 3.0 | Travel to Columbia for 11/01/01 due diligence meeting |
| Pamela Zilly | 10/31/01 | 1.5 | Preparation of materials for Grace Board meeting |

**70.5**

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 10/01/01 | 0.5 | Call with S. Zelac re: Chi |
| Richard Shinder | 10/01/01 | 1.0 | Review of P&M due diligence information request |
| Richard Shinder | 10/01/01 | 0.5 | Call with S. Cunningham and C. Whitney re: Chi, diligence information request |
| Richard Shinder | 10/01/01 | 0.5 | Call with F. Gilbert re: 10/10 P&M meeting |
| Richard Shinder | 10/01/01 | 0.5 | Meeting with P. Zilly re: Project Chi calls |
| Richard Shinder | 10/02/01 | 0.5 | Call with M. Brown re: diligence follow-up |
| Richard Shinder | 10/02/01 | 0.5 | Discussion with P. Zilly re: 10/10 meeting materials and list of open items |
| Richard Shinder | 10/02/01 | 0.5 | Chi preparation call with S. Zelac |
| Richard Shinder | 10/03/01 | 0.5 | Chi preparation call |
| Richard Shinder | 10/03/01 | 1.5 | Review of comparable company analysis |
| Richard Shinder | 10/03/01 | 1.5 | Conference call on Project Chi with P&M and CDG |
| Richard Shinder | 10/03/01 | 0.5 | Call with G. Boyer re: information request |
| Richard Shinder | 10/04/01 | 1.0 | Discussion with D. Blechman, M. Alexander re: CDG diligence request |
| Richard Shinder | 10/05/01 | 1.0 | Work on CDG diligence request |
| Richard Shinder | 10/05/01 | 0.5 | Call with P. Zilly, F. Gilbert re: P&M meeting on 10/10 |
| Richard Shinder | 10/05/01 | 1.0 | Work on Project Chi questions |
| Richard Shinder | 10/05/01 | 0.5 | Review of committee Confidentiality Agreement status |
| Richard Shinder | 10/05/01 | 0.5 | Discussion with P. Zilly re: same |
| Richard Shinder | 10/08/01 | 0.5 | Calls with S. Zelac and G. Boyer re: Project Chi |
| Richard Shinder | 10/08/01 | 1.5 | Review of materials on legacy liabilities |
| Richard Shinder | 10/08/01 | 0.5 | Call with F. Gilbert re: P&M meeting, update calls, review of financial statements |
| Richard Shinder | 10/08/01 | 1.0 | Review of Grace fee application |
| Richard Shinder | 10/08/01 | 1.0 | Meeting with P. Zilly re: review of legacy liabilities |
| Richard Shinder | 10/09/01 | 1.0 | Call with D. Blechman, M. Alexander, F. Gilbert, M. Brown re: CDG diligence request |
| Richard Shinder | 10/09/01 | 1.0 | Call with Grace management (R. Tarola, K. Coghlan, E. Napoli-Filon, F. Gilbert, D. Siegel) preparation for P&M meeting 10/10 |
| Richard Shinder | 10/09/01 | 0.5 | Call with F. Gilbert re: P&M meeting |
| Richard Shinder | 10/09/01 | 2.0 | Review of legacy liability materials from Grace (prep for P&M Meeting) |
| Richard Shinder | 10/10/01 | 3.0 | Transit to meeting with P&M/Grace leadership team - Columbia, MD |
| Richard Shinder | 10/10/01 | 7.0 | Meeting with P&M - due diligence on legacy liabilities w/D. Siegel, R. Tarola, S Farnsworth, F. Gilbert, M. Brown, P. Zilly |
| Richard Shinder | 10/10/01 | 3.0 | Transit from meeting with P&M/Grace leadership team - Columbia, MD |
| Richard Shinder | 10/11/01 | 1.0 | Monthly financial call with CDG |
| Richard Shinder | 10/12/01 | 0.5 | Call with G. Boyer re: Chi committee presentation |
| Richard Shinder | 10/12/01 | 0.5 | Discussion with P. Zilly re: 11/01 meeting |
| Richard Shinder | 10/12/01 | 1.0 | Call on Equity Committee meeting w/ D. Siegel, R. Tarola, K. Coghlan, P. Zilly |
| Richard Shinder | 10/12/01 | 0.5 | Call with L. Tersigni re: 11/1 meeting, Confidentiality Agreement |

Page 3 of 7

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**OCTOBER 1, 2001 - OCTOBER 31, 2001**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 10/12/01 | 1.0 | Work on fee application |
| Richard Shinder | 10/12/01 | 1.0 | Work on P&M/Stroock & Stroock information request |
| Richard Shinder | 10/15/01 | 0.5 | Call with Gilbert re: tax issues raised by P&M |
| Richard Shinder | 10/15/01 | 1.0 | Compose e-mails re: Project Betty acquisition, committee call |
| Richard Shinder | 10/15/01 | 2.0 | Review of operating model, discussion with P. Zilly re same |
| Richard Shinder | 10/16/01 | 0.5 | Call with S. Cunningham re: legacy liabilities |
| Richard Shinder | 10/17/01 | 1.5 | Bi-weekly Chapter 11 update call with P. Norris, D. Siegel, K. Coghlan, R. Tarola, M. Shelnitz (w/P. Zilly) |
| Richard Shinder | 10/17/01 | 0.5 | Call with F. Gilbert re: preparation for CDG meeting on legacy liabilities |
| Richard Shinder | 10/17/01 | 0.5 | Discussion with P. Zilly re: post-petition accruals |
| Richard Shinder | 10/18/01 | 1.0 | Call with P&M on tax reserves and other liability reserves |
| Richard Shinder | 10/18/01 | 0.5 | Follow-up call with P. Zilly, F. Gilbert on legacy liabilities |
| Richard Shinder | 10/18/01 | 0.5 | Call to T. Weschler re: Equity Committee, 11/1 meeting |
| Richard Shinder | 10/18/01 | 1.0 | Prepare materials and mailing to Equity Committee |
| Richard Shinder | 10/18/01 | 1.0 | Work on CDG information request |
| Richard Shinder | 10/19/01 | 0.5 | Call with K. Coghlan re: Projects Pi, Chi, Rainbow |
| Richard Shinder | 10/19/01 | 1.0 | Call with OCC advisors/counsel (P&M, Stroock & Stroock) re: reserves information requests |
| Richard Shinder | 10/19/01 | 1.5 | Review of comparable company operating results |
| Richard Shinder | 10/19/01 | 1.0 | Call with S. Zelac re: Projects Pi, Rainbow |
| Richard Shinder | 10/22/01 | 3.0 | Transit to meeting with CDG/Grace leadership team - Columbia, MD |
| Richard Shinder | 10/22/01 | 6.0 | Meeting with CDG - due diligence on legacy liabilities w/ D. Siegel, R. Tarola, E. Filon, F. Gilbert, M. Brown, D. Blechman |
| Richard Shinder | 10/22/01 | 0.5 | Discussion with P. Zilly re: Equity Committee participation |
| Richard Shinder | 10/22/01 | 3.5 | Transit from meeting with P&M/Grace leadership team - Columbia, MD |
| Richard Shinder | 10/23/01 | 2.0 | Review of CDG due diligence scorecard and status update |
| Richard Shinder | 10/23/01 | 0.5 | Call with F. Gilbert re: P&M follow-up diligence |
| Richard Shinder | 10/23/01 | 0.5 | Memo on P&M follow-up diligence |
| Richard Shinder | 10/23/01 | 1.0 | Work on fee application |
| Richard Shinder | 10/23/01 | 1.0 | Meeting with D. Blechman re: model |
| Richard Shinder | 10/24/01 | 0.5 | Call with F. Gilbert re: 11/1 meeting |
| Richard Shinder | 10/24/01 | 0.5 | Call with T. Weschler re: 11/1 meeting |
| Richard Shinder | 10/24/01 | 1.0 | Work on business plan errata sheet w/M. Alexander |
| Richard Shinder | 10/25/01 | 1.5 | Review of financial model |
| Richard Shinder | 10/25/01 | 1.0 | Call re: 11/1 meeting logistics with F. Gilbert |
| Richard Shinder | 10/25/01 | 0.5 | Call with L. Tersigni re: Confidentiality Agreement, 11/1 meeting, Project Chi |
| Richard Shinder | 10/26/01 | 0.5 | Call with P. Zilly, K. Coghlan re: 11/1 meeting logistics/Equity Committee issues |
| Richard Shinder | 10/26/01 | 1.0 | Call with D. Siegel, K. Coghlan, P. Zilly re: Equity Committee issues, 11/1 meeting |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Richard Shinder | 10/26/01 | 0.5 | Call with T. Weschler re: Confidentiality Agreement, 11/1 meeting w/ P. Zilly |
| Richard Shinder | 10/26/01 | 1.0 | Work on Equity Committee Confidentiality Agreement with P. Zilly, S. Schwartz (K&E) |
| Richard Shinder | 10/26/01 | 0.5 | Call with L. Davis, Caplin and Drysdale re: 11/1 meeting |
| Richard Shinder | 10/29/01 | 0.5 | Call with P. Zilly, F. Gilbert re: 11/1 meeting |
| Richard Shinder | 10/29/01 | 0.5 | Call with S. Zelac re: Project Chi |
| Richard Shinder | 10/29/01 | 0.5 | Call with T. Weschler re: Equity Committee CA |
| Richard Shinder | 10/29/01 | 1.0 | Discussion of Isolatek bankruptcy call/review with D. Blechman |
| Richard Shinder | 10/30/01 | 1.5 | Review of compensation analysis |
| Richard Shinder | 10/30/01 | 1.5 | Review of bankruptcy journal update |
| Richard Shinder | 10/30/01 | 1.5 | Bi-weekly Chapter 11 update call with P. Norris, D. Siegel, R. Tarola, K. Coghlan, M. Shelnitz (w/P. Zilly) |
| Richard Shinder | 10/30/01 | 0.5 | Call with F. Gilbert re: CDG retention and fee application |
| Richard Shinder | 10/31/01 | 0.5 | Call with T. Weschler re: 11/1 meeting |
| Richard Shinder | 10/31/01 | 0.5 | Call with S. Cunningham re: tax questions follow-up |
| Richard Shinder | 10/31/01 | 0.5 | Call with F. Gilbert re: 11/1 meeting |
| Richard Shinder | 10/31/01 | 2.0 | Review of recent financial results |
| Richard Shinder | 10/31/01 | 1.0 | Review of Grace business plan presentation materials |
| Richard Shinder | 10/31/01 | 0.5 | Review of Federal-Mogul bankruptcy update |
| Richard Shinder | 10/31/01 | 3.0 | Transit to Columbia, MD for presentation of Business Plan to Equity and Bodily Injury Committees (on 11/1) |

97.0

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| David Blechman | 10/02/01 | 1.0 | Reviewed due diligence request with M. Alexander |
| David Blechman | 10/03/01 | 1.0 | Reviewed CDG/P&M due diligence items |
| David Blechman | 10/03/01 | 1.5 | Conference call on Project Chi |
| David Blechman | 10/04/01 | 3.0 | Reviewed due diligence materials, discussion w/R. Shinder re same |
| David Blechman | 10/04/01 | 1.0 | Discussion with R. Shinder, M. Alexander re: due diligence materials |
| David Blechman | 10/07/01 | 1.5 | Work on fee application |
| David Blechman | 10/08/01 | 0.5 | Call with company re: 10/10 due diligence mtg with P&M, other due diligence issues |
| David Blechman | 10/08/01 | 2.0 | Prepared draft response to CDG due diligence response, sent to F. Gilbert |
| David Blechman | 10/08/01 | 0.5 | Call with F. Gilbert re same |
| David Blechman | 10/09/01 | 2.0 | Review materials re COLI, legacy liabilities |
| David Blechman | 10/09/01 | 1.0 | Call w/company re: 10/10 meeting with P&M |
| David Blechman | 10/09/01 | 1.0 | Call with R. Shinder, M. Alexander, F. Gilbert and M. Brown re: CDG due diligence response |
| David Blechman | 10/17/01 | 1.5 | Bi-weekly Ch. 11 update call |
| David Blechman | 10/17/01 | 0.5 | Call with R. Shinder, F. Gilbert re preparation for CDG meeting on legacy liabilities |
| David Blechman | 10/18/01 | 1.0 | Call with P&M re: due diligence items |
| David Blechman | 10/18/01 | 1.5 | Work on CDG information request |
| David Blechman | 10/22/01 | 3.0 | Transit to meeting with CDG, company |
| David Blechman | 10/22/01 | 6.0 | Due diligence meeting with CDG, company |
| David Blechman | 10/22/01 | 3.5 | Transit from meeting with CDG, company |
| David Blechman | 10/23/01 | 1.0 | Meeting with R. Shinder re: operating model |
| David Blechman | 10/23/01 | 3.0 | Meeting with M. Alexander re financial model |
| David Blechman | 10/23/01 | 3.0 | Prepared materials for CDG due diligence |
| David Blechman | 10/23/01 | 2.0 | Work on fee application |
| David Blechman | 10/24/01 | 2.0 | Review Isolatek bankruptcy materials |
| David Blechman | 10/24/01 | 3.0 | Work with M. Alexander re financial model |
| David Blechman | 10/24/01 | 1.0 | Review business plan errata sheet w/M. Alexander, R. Shinder |
| David Blechman | 10/29/01 | 3.0 | Review Isolatek bankruptcy materials, call with B. Downy, M. Alexander re same |
| David Blechman | 10/29/01 | 1.0 | Discussion of Isolatek bankruptcy call/review with R. Shinder |
| David Blechman | 10/29/01 | 2.0 | Review update log of asbestos-related bankruptcies |
| David Blechman | 10/29/01 | 1.0 | Discussion with M. Alexander re same |
| David Blechman | 10/30/01 | 1.5 | Bi-weekly update call with company management and counsel |
| David Blechman | 10/30/01 | 4.0 | Review recent financial results |
| David Blechman | 10/31/01 | 2.5 | Review of Grace business plan presention materials for R. Shinder |

63.0

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2001 - OCTOBER 31, 2001

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Alexander | 10/02/01 | 1.0 | Reviewed due diligence request with D. Blechman |
| Michael Alexander | 10/02/01 | 2.0 | Perform comparable company analysis |
| Michael Alexander | 10/03/01 | 1.5 | Conference call on Project Chi |
| Michael Alexander | 10/04/01 | 2.5 | Reviewed due diligence materials |
| Michael Alexander | 10/04/01 | 3.0 | Continue comparable company analysis |
| Michael Alexander | 10/04/01 | 1.0 | Discussion with R. Shinder, D. Blechman re. due diligence materials |
| Michael Alexander | 10/09/01 | 2.5 | Review legacy liabilities and COLI information |
| Michael Alexander | 10/09/01 | 1.0 | Call with R. Shinder, D. Blechman, F. Gilbert and M. Brown re: CDG due diligence response |
| Michael Alexander | 10/17/01 | 1.5 | Bi-weekly Ch. 11 update call |
| Michael Alexander | 10/17/01 | 3.0 | review operating model re: changes for restructuring model |
| Michael Alexander | 10/17/01 | 2.0 | Comparable company analysis |
| Michael Alexander | 10/23/01 | 3.5 | Worked on fee application |
| Michael Alexander | 10/23/01 | 3.0 | Prepared materials for CDG due diligence |
| Michael Alexander | 10/23/01 | 3.0 | Meeting with D. Blechman re financial model |
| Michael Alexander | 10/24/01 | 2.5 | Work with D. Blechman re same |
| Michael Alexander | 10/24/01 | 1.0 | Work with R. Shinder re: corrections to business plan |
| Michael Alexander | 10/24/01 | 1.0 | Review business plan errata sheet w/D. Blechman, R. Shinder |
| Michael Alexander | 10/24/01 | 2.5 | Compile and review Isolatek bankruptcy materials |
| Michael Alexander | 10/25/01 | 1.0 | Call with S. Farnsworth re: corrections to business plan |
| Michael Alexander | 10/25/01 | 5.5 | Made corrections to business plan |
| Michael Alexander | 10/29/01 | 2.0 | Review Isolatek bankruptcy materials |
| Michael Alexander | 10/29/01 | 1.5 | Call with B. Downey, D. Blechman re. Isolatek bankruptcy |
| Michael Alexander | 10/29/01 | 2.5 | Drafted errata sheet for business plan |
| Michael Alexander | 10/29/01 | 1.0 | Discussion with D. Blechman re update log of asbestos bankruptcies |
| Michael Alexander | 10/29/01 | 3.5 | Updated compensation analysis |
| Michael Alexander | 10/30/01 | 4.0 | Read source materials and compiled information for log of asbestos bankruptcies |
| Michael Alexander | 10/30/01 | 5.0 | Updated log of asbestos bankruptcies |
| Michael Alexander | 10/30/01 | 1.5 | Bi-weekly update call with company management and counsel |
| Michael Alexander | 10/31/01 | 3.5 | Reviewed Federal Mogul bankruptcy materials |
| Michael Alexander | 10/31/01 | 1.5 | Updated compensation analysis |

**70.0**

**EXHIBIT B**

W.R. GRACE
Expense Detail
Processed Through
October 31, 2001
2590-T

### Word Processing

| | | | |
|---|---|---|---|
| Alexander | 9/1-30/01 | 135.33 | |
| Alexander | 9/1-30/01 | 354.67 | |
| Blechman | 9/1-30/01 | 4.67 | |
| Blechman | 9/1-30/01 | 463.17 | |
| **Subtotal - Word Processing** | | $ | **957.84** |

### Airfare

| | | | |
|---|---|---|---|
| Blechman | 07/27/01 | 204.25 | |
| Blechman | 08/02/01 | (202.75) | |
| **Subtotal - Airfare** | | | **1.50** |

### Car Services
#### Company Car

| | | |
|---|---|---|
| Document Production | 08/15/01 | 78.98 |
| Document Production | 08/16/01 | 20.40 |
| Document Production | 08/23/01 | 23.46 |
| Document Production | 08/23/01 | 29.58 |
| Document Production | 08/26/01 | 78.98 |
| Document Production | 08/27/01 | 68.78 |
| Document Production | 08/28/01 | 33.66 |
| Document Production | 08/30/01 | 23.46 |
| Plublishing Services | 08/17/01 | 21.42 |
| Plublishing Services | 09/04/01 | 63.12 |
| Plublishing Services | 09/04/01 | 83.50 |
| Plublishing Services | 09/05/01 | 67.20 |
| Plublishing Services | 09/06/01 | 23.46 |
| Plublishing Services | 09/14/01 | 33.66 |
| **Subtotal - Company Car** | | **649.66** |

#### Elite

| | | |
|---|---|---|
| Alexander | 08/24/01 | 52.50 |
| Alexander | 09/04/01 | 32.11 |
| Alexander | 09/05/01 | 29.56 |
| Blechman | 08/22/01 | 26.50 |
| Blechman | 08/28/01 | 21.41 |
| Blechman | 08/29/01 | 53.01 |

W.R. GRACE
Expense Detail
Processed Through
October 31, 2001
2590-T

| | | | |
|---|---|---|---|
| Blechman | 09/04/01 | 22.43 | |
| Office Services | 08/24/01 | 33.64 | |
| Otero | 09/04/01 | 45.87 | |
| Otero | 09/05/01 | 20.39 | |
| Otero | 09/05/01 | 48.42 | |
| Otero | 09/05/01 | 68.30 | |
| Otero | 09/05/01 | 174.32 | |
| Otero | 09/06/01 | 22.43 | |
| Otero | 09/06/01 | 22.43 | |
| Otero | 09/06/01 | 40.27 | |
| Otero | 09/06/01 | 148.53 | |
| Otero | 09/04/04 | 48.42 | |
| Otero | 09/04/04 | 48.42 | |
| Shinder | 08/31/01 | 24.47 | |
| Shinder | 09/04/01 | 32.11 | |
| Shinder | 09/05/01 | 24.47 | |
| Shinder | 09/10/01 | 29.56 | |
| Shinder | 09/17/01 | 21.41 | |
| | **Subtotal - Elite** | | **1,090.98** |

**Vital**

| | | | |
|---|---|---|---|
| De Almeida | 09/16/01 | 49.98 | |
| | **Subtotal - Vital** | | **49.98** |
| | **Subtotal - Car Services** | | **1,790.62** |

**Travel/Local**

| | | |
|---|---|---|
| Shinder | 05/02/01 | 15.00 |
| Shinder | 06/13/01 | 15.00 |
| Shinder | 06/14/01 | 26.00 |
| Shinder | 06/18/01 | 12.50 |
| Shinder | 06/20/01 | 12.50 |
| Shinder | 06/20/01 | 12.50 |
| Shinder | 06/22/01 | 11.90 |
| Shinder | 06/25/01 | 13.10 |
| Shinder | 06/27/01 | 28.00 |
| Shinder | 07/11/01 | 27.00 |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**October 31, 2001**
**2590-T**

| | | | |
|---|---|---|---|
| Shinder | 07/13/01 | 6.50 | |
| Shinder | 07/13/01 | 9.40 | |
| Shinder | 08/01/01 | 12.70 | |
| Shinder | 08/09/01 | 12.80 | |
| Shinder | 09/05/01 | 12.20 | |
| Shinder | 09/06/01 | 11.90 | |
| Shinder | 09/13/01 | 30.00 | |
| | **Subtotal - Travel/Local** | | **269.00** |
| | | | |
| **Other Auto** | | | |
| Blechman | 07/27/01 | 191.00 | |
| Blechman | 08/14/01 | 401.00 | |
| | **Subtotal - Other Auto** | | **592.00** |
| | | | |
| **Meals** | | | |
| Blechman | 08/01/01 | 13.74 | |
| Blechman | 08/08/01 | 20.00 | |
| Blechman | 08/14/01 | 13.72 | |
| Blechman | 08/23/01 | 13.48 | |
| Blechman | 08/28/01 | 20.00 | |
| Blechman | 08/28/01 | 20.00 | |
| Document Production | 08/23/01 | 8.48 | |
| Document Production | 08/23/01 | 8.49 | |
| Document Production | 08/28/01 | 12.07 | |
| Shinder | 06/25/01 | 18.92 | |
| Zilly | 09/05/01 | 312.30 | |
| Zilly | 09/06/01 | 375.08 | |
| | **Subtotal - Meals** | | **836.28** |
| | | | |
| **Lodging** | | | |
| Blechman | 08/16/01 | 260.42 | |
| | **Subtotal - Lodging** | | **260.42** |
| | | | |
| **Communications** | | | |
| **Fax** | | | |
| Bolger | Aug-01 | 15.00 | |
| | **Subtotal - Fax** | | **15.00** |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**October 31, 2001**
**2590-T**

**Federal Express**

| | | | |
|---|---|---|---|
| Alexander | 08/30/01 | 33.92 | |
| Alexander | 08/31/01 | 26.96 | |
| Alexander | 09/07/01 | 24.71 | |
| Alexander | 09/20/01 | 18.54 | |
| Alexander | 09/27/01 | 42.51 | |
| Blechman | 10/04/01 | 16.96 | |
| Shinder | 09/19/01 | 12.67 | |
| Shinder | 10/12/01 | 14.71 | |
| | **Subtotal - Federal Express** | | 190.98 |

**Messenger - EDM**

| | | | |
|---|---|---|---|
| Blechman | 10/05/01 | 8.75 | |
| | **Subtotal - Messenger - EDM** | | 8.75 |
| | **Subtotal - Communications** | | 214.73 |

**Photocopying**

| | | | |
|---|---|---|---|
| Diggs | 10/15-19/01 | 3.60 | |
| Zilly | 10/01-05/01 | 33.60 | |
| Zilly | 10/01-05/01 | 82.80 | |
| | **Subtotal - Photocopying** | | 120.00 |
| | **Total Expenses** | $ | 5,042.39 |