IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## DEBTORS' NOTICE OF AMENDMENT TO
## LIST OF ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE that pursuant to that certain Order Pursuant to 11 U.S.C. §§ 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business dated May 3, 2001, the Debtors, in their sole discretion, have the right to amend Exhibit A of their application to retain

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:39470.1

ordinary course professionals to add or remove ordinary course professionals from time to time.

Attached hereto is an amended Exhibit A that lists the Debtors' current ordinary course professionals.

Dated: January 31, 2002

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

*[signature]*

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:39470.1

# EXHIBIT A

## ORDINARY COURSE PROFESSIONALS

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| A. William Roberts, Jr., & Assoc. | 46-A State Street<br>Charleston, SC 29401 | 74.00 | Property Damage Litigation | |
| Adams & Graham | PO Drawer 1429<br>Harlingen, TX 78551 | 39,588.00 | Bodily Injury Litigation | |
| Akerman Senterfitt & Edison | 255 South Orange Avenue<br>Orlando, FL 32802 | 3,340.00 | Asbestos Litigation | |
| Allen & Overy | One New Change<br>London LOEC4M 9QQ<br>England | 5,903.00 | Corporate Law | Yes |
| Altheimer & Gray | Tesvikiye Caddesi 107<br>Tesvikiye Palas 7<br>Tesvikiye 80200<br>Istanbul, Turkey | 125.00 | Commercial Litigation | |
| Anthony J. DeLaurentis, P.A. | 2001 Jefferson Davis Highway, Suite 211<br>Arlington, VA 22202 | 6,932.00 | Intellectual Property Law | Yes |
| Arnold, Corby D., Esquire | 2965 S. Jones Blvd - Suite A<br>Las Vegas, NV 89102 | 4,233.00 | Corporate Law | |
| Arthur Andersen | 1345 Avenue of the Americas<br>New York, NY 10105 | 16,667.00 | Tax Law | Yes |
| Aultman Tyner, Ruffin & Yarborough, Ltd. | 315 Hemphill Street<br>Hattiesburg, MS 39403 | 7,094.00 | Bodily Injury Litigation | |
| Babcock, Bret S., Esquire | First National Bank Bldg, Suite 411<br>Peoria, IL 61602 | 7,651.00 | Commercial Litigation | |
| Baker & McKenzie | One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601 | 31,781.00 | Tax Law | Yes |
| Baker Botts LLP | P.O. Box 201626<br>Houston, TX 77216-1626 | 3,316.00 | General Litigation | |
| Baker, Donelson, Bearman & Caldwell | 801 Pennsylvania Ave., NW<br>Suite 800<br>Washington, DC 20004 | 17,000.00 | Lobbyist/Government Relations | Yes |
| Barnes & Thornburg | 1313 Merchants Bank Bldg<br>11 South Meridan Street<br>Indianapolis, IN 46204 | 16,667.00 | Bodily Injury Litigation/Environmental Law | |
| Benjamin, Yocum & Heather, LLC | 312 Elm Street<br>Cincinnati, OH 45202-2763 | 5,000.00 | Bodily Injury Litigation | |
| Berger, Davis & Singerman | 350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL 33301 | 513.00 | Intellectual Property Law | Yes |

1

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Bernstein, Shur, Sawyer & Nelson | 100 Middle Street<br>Portland, ME 04104-5029 | 75.00 | Energy/Commercial Law | |
| Berry & Berry | Station D<br>Oakland, CA 94612-0250 | 21,350.00 | Bodily Injury Litigation | |
| Beveridge & Diamond, P.C. | 1350 I Street, NW<br>Washington, DC 20005-3311 | 1,250.00 | Environmental Law | Yes |
| William O. Bonin, Esq. | 103 East Main Sreet<br>P. O. Box 10030<br>New Iberia, LA 70562-0030 | 166.66 | General Litigation | Yes |
| Borton, Petrini & Conron, LLP | 707 Wilshire Blvd<br>Los Angeles, CA 90017 | 17,500.00 | Bodily Injury Litigation | |
| Bradley & Riley | PO Box 2804<br>Cedar Rapids, IA 52406-2804 | 1,442.00 | Environmental/ Commercial Law | Yes |
| Bradley Arant Rose & White LLC | 2001 Park Place, Suite 1400<br>Birmingham, AL 35203-2736 | 2,215.00 | Bodily Injury Litigation | |
| Brodsky & Brodsky | 2 Bucks Lane Highway 79<br>Marlboro, NJ 07746 | 362.00 | Intellectual Property Law | |
| Brooks & Hamby, P.C. | 618 Azalea Road<br>Mobile, AL 36609 | 4,378.00 | Bodily Injury Litigation | |
| Brown Obringer Shaw Beardsley & Decandio PC | 12 East Bay St<br>Jacksonville, FL 32202 | 2,500.00 | General Litigation | |
| Freshfields Bruckhaus Deringer (formerly Bruckhaus Westrick Heller Lober) | Taunusanlage11<br>Frankfurt<br>Germany | 84,339.00 | Corporate/Commercial Law | |
| Brunini, Grantham, Grower & Hewes | 248 East Capital<br>St Jackson, MS 39201 | 292.00 | Environmental Law | |
| Bryan Cave | One Metropolitan Square<br>211 N Broadway, Suite 3600<br>Saint Louis, MO 63150-3089 | 11,293.00 | Bodily Injury Litigation/Corporate Real Estate | Yes |
| Burns, Doane, Swecker & Mathis | P.O. Box 1404<br>Alexandria, VA 22314 | 4,167.00 | Intellectual Property Law | Yes |
| Burroughs Helper Broom MacDonald & Hebra | 2 Mark Twain Plaza<br>Edwardsville, IL 62025-0510 | 24,526.00 | Bodily Injury Litigation | |
| Butler, Rubin, Saltarelli & Boyd | 70 W. Madison, Suite 1505<br>Chicago, IL 60602 | 22,414.00 | Bodily Injury Litigation | |
| Cahill Gordon & Reindel | Eighty Pine St.<br>New York, NY 10005 | 100,375.00 | Asbestos Litigation | Yes |
| Campbell Woods Bagley Emerson McNeer & Herndon | P.O. Box 1835<br>Huntington, WV 25701 | 9,143.00 | Bodily Injury Litigation | |

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Campbell, McCranie, Sistrunk, Anzelmo & Hardy PC | 3445 N. Causeway Blvd., Ste 800<br>Metairie, LA 70002 | 18,641.00 | Personal Injury Law | |
| Cassiday, Schade & Gloor | 20 North Wacker Drive, Suite 1040<br>Chicago, IL 06060 | 250.00 | Product Liability Litigation | Yes |
| Cetrullo & Capone | 53 State Street<br>Boston, MA 02109 | 1,112.00 | Bodily Injury Litigation/Environmental Law | |
| Christensen, Moore, Cockrell, Cummings & Axelberg, P.C. | Two Medicine Building<br>160 Heritage Way<br>Kalispell, MT 59901 | 933.00 | Commercial Law | |
| Christopher J. Muse | 101 Tremont St, #615<br>Boston, MA 02108 | 1,083.00 | General Litigation | |
| Connell Foley & Geiser | 85 Livingston Ave.<br>Roseland, NJ 07068 | 950.00 | Bodily Injury Litigation | Yes |
| Constantine & Partners | 477 Madison Ave<br>New York, NY 10022 | 1,136.00 | Anti-Trust/ Trade Regulation Law | |
| Coots Henke & Wheeler | 255 E. Carmel Drive<br>Carmel, IN 46032-2634 | 11,923.00 | Bodily Injury Litigation | |
| Covington & Burling | 1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401 | 1,793.00 | International Trade Law | |
| Cowles & Thompson | 901 Main Street, Suite 4000<br>Dallas, TX 75202-3793 | 17,639.00 | Bodily Injury Litigation | Yes |
| Crady, Jewett & McCulley, LLP | 1400 Two Houston Center<br>909 Fannin<br>Houston, TX 77010-1006 | 39,290.00 | General Litigation | Yes |
| Craig Jameson | 305 Middle Road<br>Brentwood, NH 03833 | 832.00 | General Litigation | Yes |
| Cravath, Swaine & Moore | Worldwide Plaza<br>New York, NY 10019-7475 | 16,313.00 | General Litigation | |
| Cummings & Lockwood. | 3001 Tamiami Trail North<br>Naples, FL 33941-3032 | 7,708.00 | Bodily Injury Litigation | |
| D'Agostine, Levine, Parra & Netburn, P.C. | 268 Main Street<br>P.O. Box 2223<br>Acton, MA 01720-6223 | 340.00 | Real Estate Law | Yes |
| Daniel B. Stephens & Associates | P.O. Box 565<br>Albuquerque, NM 87103 | 11,943.00 | General Litigation | |
| Davis, Graham & Stubbs | 370 Seventeenth Street<br>Suite 4700<br>Denver, CO 80201-0185 | 8,085.00 | Corporate Law | Yes |
| Dechert Price & Rhoads | 477 Madison Avenue<br>New York, NY 10022 | 12,461.00 | GeneralLitigation | |

3

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Decotiis, Fitzpatrick, Cluck | 500 Frank W. Burr Blvd<br>Teaneck, NJ 07666 | 2,452.00 | General Litigation | |
| Dekker Fuller Moore, Inc. | Private Bag X7<br>Benmore 2010<br>South Africa | 167.00 | Environmental Law | |
| Deloitte & Touche LLP | 1000 Wilshire Boulevard<br>Los Angeles, CA 90017-2472 | 10,116.00 | Accounting Services | |
| Deutsch Levy & Engel Chartered | 225 West Washington Street<br>Chicago, IL 60606 | 2,418.00 | Corporate Law | |
| Dickinson, Wright, PLLC | 500 Woodward, Suite 4000<br>Detroit, MI 48226-3425 | 20,730.00 | Bodily Injury Litigation | |
| Donohue, Sabo, Varley & Armstrong | P.O. Box 15056<br>Albany, NY 12212-5056 | 417.00 | Product Liability Litigation | Yes |
| Dorsey & Whitney LLP | P.O. Box 1680<br>Minneapolis, MN 55480-1680 | 3,748.00 | Asbestos Law | Yes |
| Eck, Collins & Marstiller | 16 South Second Street<br>Richmond, VA 23219 | 1,707.00 | General Litigation | |
| Finnegan, Henderson, Farabow, Garrett & Dunner | 1300 I Street, N. W.<br>Washington, D.C. 2005-3315 | 4,167.00 | Intellectual Property Law | |
| Fisher Rushmer Werrenrath Keiner | 20 N. Orange Ave, #1500<br>Orlando, FL 32801 | 9,523.00 | Bodily Injury Litigation | |
| Flemming Zulack & Williamson | One Liberty Plaza<br>New York, NY 10006-1404 | 66,385.00 | Bodily Injury Litigation | Yes |
| Foley Hoag & Eliot | One Post Office Square<br>Boston, MA 02109 | 32,579.00 | Intellectual Property Law | Yes |
| Foss, Bowe & San Filippo | 225 Broad St.<br>Red Bank, NJ 07701 | 14,022.00 | Real Estate Litigation | Yes |
| Foster Swift Collins & Smith | 313 S. Washington Square<br>Lansing, MI 48933-2193 | 321.00 | Environmental Law | Yes |
| Fragomen, Del Rey & Bernsen PC | 515 Madison Avenue<br>New York, NY 10022 | 8,333.00 | Immigation Law/H-R Consultant | Yes |
| Frilot, Partridge, Kohnke & Clements, P.C. | 1100 Poydras Street<br>New Orleans, LA 70163-3600 | 11,430.00 | Employment Litigation | Yes |
| Fukunaga, Matayoshi, Hershey & Ching | 841 Bishop Street, Suite 1200<br>Honolulu, HI 96813 | 74,955.00 | Asbestos Law | |
| Gannon, James P., Attorney at Law | 326 West State Street<br>Media, PA 19063-0902 | 23,327.00 | General Litigation | |

4

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Garlington Lohn & Robinson | 199 West Pine<br>Missoula, MT 59807-7909 | 61,863.00 | Bodily Injury Litigation | Yes |
| Gatti & Associates | 266 Main Street, S21<br>Medfield, MA 02052 | 7,548.00 | General Litigation | |
| Gibbons, Del Deo, Dolan, Griffinger & Vecchione | One Riverfront Plaza<br>Newark, NJ 07102-5497 | 554.00 | General Litigation | |
| Goins, Underkofler, Crawford & Langdon | 3300 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 | 2,737.00 | Real Estate Law | Yes |
| Gordon & Rees | Embarcadero Center West<br>275 Battery St, 20th Fl<br>San Francisco, CA 94111 | 167,479.00 | Bodily Injury Litigation | |
| Gordon Altman Weitzen Shalov & Wein | 114 West 47th Street<br>New York, NY 10036-1510 | 2,358.00 | General Litigation | |
| Goulston and Storrs | 400 Atlantic Avenue<br>Boston, MA 02110-3333 | 6,285.00 | Real Estate Law | Yes |
| Green & Ackerman | 2nd Floor, The Advocate Building<br>315 SE 7th Street<br>Fort Lauderdale, FL 33301 | 417.00 | Bodily Injury Litigation | Yes |
| Greenbaum Doll & McDonald PLLC | Section 469<br>Louisville, KY 40289 | 3,993.00 | Environmental Law | |
| Greenberg, Glusker, Fields, Claman | 1900 Ave of Stars, #2000<br>Los Angeles, CA 90067 | 3,120.00 | Corporate Reorganization/Bankruptcy Law | Yes |
| Gunster, Yoakley, Valdes-Favli & Stewart P.A. | 777 South Flager Dr, Suite 500<br>West Palm Beach, FL 33401 | 1,888.00 | Corporate Law | Yes |
| Haarmann, Hemmelrath & Partner | Neue Mainzer Strasse 75<br>Frankfurt a .M. D-60311<br>Germany | 10,095.00 | German Tax Law | Yes |
| Hahn Loeser & Parks | 200 Public Square<br>Cleveland, OH 44114-2301 | 61,344.00 | Bodily Injury Litigation | Yes |
| Hailey, McNamara, Hall, Larmann & Papale | One Galleria Blvd, Suite 1400<br>Metairie, LA 70001 | 43.00 | Asbestos Litigation | |
| Hal D. Hardin | 218 Third Ave North<br>Nashville, TN 37201 | 621.00 | Corporate Law | |
| Hale & Dorr | P.O. Box 4550<br>Boston, MA 02212-4550 | 3,625.00 | Environmental Law | |
| Hamilton, Brook, Smith & Reynolds, P.C. | Two Militia Drive<br>Lexington, MA 02173 | 1,250.00 | Patent/Trademark Law | Yes |
| Harris Turano & Mazza | 941 Chatham Lane, Suite 240<br>Columbus, OH 43221-2426 | 2,225.00 | Bodily Injury Litigation | |

5

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Hartzog Conger & Cason | 1600 Bank of Oklahoma Plz<br>Oklahoma City, OK 73102 | 1,006.00 | General Litigation | |
| Heinrich Gordon Batchelder | 500 East Broward Blvd., Suite 1000<br>Fort Lauderdale, FL 33394-3092 | 104,313.00 | General Tax Law | Yes |
| Heller Ehrman White & McAuliffe LLP | 711 Fifth Ave<br>New York, NY 10022-3194 | 445.00 | SEC Litigation/Environmental Law | |
| Hinkle Hensley, Shanor & Martin | 218 Montezuma Avenue<br>Santa Fe, NM 87504-2068 | 4,095.00 | Bodily Injury Litigation | |
| Hirschler Fleischer Weinberg Cox & Allen PC | P.O. Box 500<br>Richmond, VA 23218-0500 | 2,480.00 | Bodily Injury Litigation | |
| Hitt & Hiller | 510 SW Third Ave, Suite 309<br>Portland, OR 97204 | 17,226.00 | Bodily Injury Litigation | |
| Hodge & Dwyer | P.O. Box 5778<br>Springfield, IL 62705-5776 | 4,098.00 | Environmental Law | |
| Holland & Knight | P.O. Box 32092<br>Lakeland, FL 33802-2092 | 644.00 | Florida Tax Matters | Yes |
| Homestead Sutton | 4 King Street, Suite 1201<br>Toronto, ON M5H 1B6<br>Canada | 83.00 | Environmental Law | |
| Honigman, Miller, Schwartz and Cohan | 222 Washington Square, Suite 400<br>Lansing, MI 48933-1800 | 16.00 | Tax Law | |
| Hoyle, Morris & Kerr | One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | 118,209.00 | Bodily Injury Litigation | Yes |
| James Munsche | 8160 Mizner Lane<br>Boca Raton, FL 33433 | 4,733.00 | Tax Law | Yes |
| J. Stephen Shi | 2970 Clairmont Road, Suite 220<br>Atlanta, GA 30329 | 2,647.00 | Environmental Law | |
| Jacobberger, Micallef & Assoc., P.A. | 2720 Maplewood Drive<br>Maplewood, MN 55109 | 37,893.00 | Bodily Injury Litigation | |
| James, McElroy & Diehl, P.A. | 600 South College Street<br>Charlotte, NC 28202 | 691.00 | Corporate Law | |
| Jenkins & Gilchrist | 1100 Louisiana<br>Houston, TX 77002 | 1,223.00 | Product Liability/Environmental Law | Yes |
| Jennings Strouss & Salmon | One Renaissance Square<br>Two North Central<br>Phoenix, AZ 85004-2393 | 5,298.00 | Bodily Injury Litigation | |
| Johnson & Tomlin | 4770 Biscayne Blvd, Suite 1030<br>Miami, FL 33137 | 18,224.00 | Bodily Injury Litigation | |

6

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Jones & Keller | World Trade Center 1625 Broadway, 16th Floor Denver, CO 80202 | 83.00 | Employment Law | Yes |
| Kalin, Diane | 167 Pope Road Acton, MA 01720 | 8,333.00 | General Litigation | Yes |
| Katten, Muchin & Zavis | 1025 Thomas Jefferson Street, NW Suite 1600 Washington, DC 20007-5201 | 17,221.00 | Bodily Injury Litigation | |
| Kaye, Scholer, Fierman, Hays & Handler | 901 Fifteenth Street, NW, Suite 1100 Washington, DC 20005-2327 | 162,827.00 | Intellectual Property Law | Yes |
| Keefer Wood Allen & Rahal | 210 Walnut Street Harrisburg, PA 17108-1963 | 3,244.00 | Tax Law | Yes |
| Keller & Heckman | 1001 G Street, NW Suite 500 West Washington, DC 20001 | 833.00 | Environmental Law | |
| Kemp, Duckett, Hopkins & Spradley | 111 Center St., Suite 1300 Little Rock, AR 72201 | 15,701.00 | Bodily Injury Litigation | |
| King Clexton & Feola, LLC | 1670 York Street Denver, CO 80206 | 4,900.00 | Bodily Injury Litigation | |
| Kingston & Hodnet | One McKinley Square Boston, MA 02109 | 1,667.00 | Employment Law | Yes |
| Kirkpatrick & Lockhart LLP | One International Place Boston, MA 02110-2637 | 31,725.00 | General Litigation | |
| KPMG Legal | PO Box 10246 Wellington New Zealand | 83.00 | Environmental Law | |
| Lane Powell Spears Lubersky | 1420 Fifth Avenue, Ste 4100 Seattle, WA 98101-2338 | 24,657.00 | Bodily Injury Litigation | |
| Latham & Watkins | 53rd at Third, Suite 1000 New York, NY 10022-4802 | 28,165.00 | Lobbyist/Environmental Law | Yes |
| Lawson Lundell | 1600 Cathedral Place 925 West Georgia Street Vancouver, BC V6C 3L2, Canada | 1,319.00 | Environmental Law | Yes |
| Lerner, David, Littenberg, Krumholz & Mentlik, LLP | 600 South Avenue West Westfield, NJ 07090 | 4,167.00 | Legal Services | Yes |
| Lockridge Grindal Naulen, PLLP | 100 Washington Ave South, Suite 2200 Minneapolis, MN 55401-2179 | 7,537.00 | Asbestos Litigation | |
| Logan, Takashima & Nemoto | Mitsubishi Sogo Kenkyusho Bldg., 12F 3-6, Ohtemachi 2-Chome, Chiyoda-Ku Tokyo 100, Japan | 833.00 | Environmental Law | |
| Lugenbuhl, Burke, Wheaton, Peck, Rankin & Hubbard | 601 Poydras St, 27th Fl New Orleans, LA 70130-6027 | 37.00 | Asbestos Litigation/Property Damage | |

7

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Lum Danzis Drasco Positan & Kleinberg | 103 Eisenhower Parkway, 4th Floor Roseland, NJ 07068-1049 | 16.00 | Environmental Law | |
| M. Freedman | 1180 South Ocean Boulevard, Unit 5F Boca Raton, FL 33432 | 4,778.00 | Tax Law | Yes |
| MacPherson, Leslie & Tyerman | 1500-1874 Scarth Street Regina, Saskatchewan 24P 4E9 Canada | 4,167.00 | Employment Litigaiton | Yes |
| Maisels Attorneys | P.O. Box 2556 Saxonwold 2133 South Africa | 167.00 | Environmental Law | |
| Maready, William Frank, Law Office of | 1076 West Fourth Street – Suite 100 Winston Salem, NC 27101 | 8,742.00 | General Litigation | |
| Marten & Brown | 1911 Second Ave, Suite 2200 Seattle, WA 98101-2933 | 875.00 | Environmental Law | |
| Martin Churchill Blair Hill Cole & Hollander | 500 N. Market Wichita, KS 67214 | 14.00 | Bodily Injury Litigation | |
| Mathews, Dinsdale & Clark Barristers & Solicitors | One Queen Street East, Suite 2500 Toronto, Ontario M5C 2Z1 | 4,167.00 | Employment Litigation | Yes |
| Mattson & Sherrod, Inc. | 1801 Avenue of the Stars, Suite 640 Los Angeles, CA 90067 | 5,245.00 | Asbestos Law | |
| Mayer Smith & Roberts | 1550 Creswell Shreveport, LA 71101 | 1,577.00 | Bodily Injury Litigation | |
| Mayor, Day, Caldwell, & Keeton | 700 Louisiana Houston, TX 77002-2778 | 245,951.00 | Bodily Injury Litigation | Yes |
| McConnell Valdes | 270 Munoz Rivera Avenue San Juan, PR 00918 | 4,685.00 | Employment Litigation | |
| McDermott, Will & Emery | 1850 K Street, N.W. Washington, DC 20006-2296 | 77,023.00 | Environmental Law | Yes |
| McGuire Woods Battle & Battle | Army and Navy Club Building 1627 Eye Street, N.W. Washington, DC 20006 | 16,527.00 | General Litigation | |
| McKenna & McCormick | Shakespeare Hall 128 Dorrance St, Ste 330 Providence, RI 02903 | 7,771.00 | Bodily Injury Litigation | |
| McKinney Stringer & Webster, P.C. | 101 North Robinson, Suite 1300 Oklahoma City, OK 73102 | 49,964.00 | General Litigation | |
| McLennan Ross | 1801 Altius Centre 500 – 4th Avenue, SW Calgary, AB T2P 2V6 | 83.00 | Employment Law | Yes |
| McNeese & Hahn PLLC | Post Office Drawer 948 Columbia, MS 39429 | 3,281.00 | Bodily Injury Litigation | |

8

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Mehaffy & Weber | Interfirst Tower<br>2615 Calder Avenue<br>Beaumont, TX 77704 | 91,169.00 | Bodily Injury Litigation | Yes |
| Minter Ellison | GPO BOX 769G<br>Melbourne, Victoria AC3001<br>Australia | 3,333.00 | Corporate Law/Foreign Acquisitions | |
| Modrall, Sperling, Roehl, Harris & Sisk, P.A. | 123 East Marcy, Suite 201<br>Post Office Box 9318<br>Santa Fe, NM 87504-9318 | 149.00 | Tax Law | |
| Moffatt, Thomas, Barrett, Rock & Fields | US Bank Plaza Building<br>101 S. Capitol Blvd, 10th Floor<br>Boise, ID 83702 | 194.00 | General Litigation | |
| Morrison & Foerster | 1290 Avenue of the Americas<br>New York, NY 10104-8000 | 22,456.00 | Tax Law | Yes |
| Morrison, Mahoney & Miller, LLP | 100 Pearl Street<br>Hartford, CT 06103 | 417.00 | Environmental Law/Product Liability Law | Yes |
| Niewald Waldeck & Brown | 120 W. 12th Street, Suite 1300<br>Kansas City, MO 64105-1917 | 7,143.00 | Bodily Injury Litigation | |
| Oertel Hoffman Fernandez & Cole, P.A. | P O Box 1110<br>Tallahassee, FL 32302-1110 | 5,839.00 | Environmental Law | Yes |
| Ogletree Deakins Nash Smoak & Stewart | PO Box 2757<br>Greenville, SC 29602<br><br>3800 Atlantic Center<br>1201 West Peachtree street, N.W.<br>Atlanta, GA 30309 | 29,841.00 | Bodily Injury Litigation/Employee Benefit Law | Yes |
| Olsen & Graff | GSEA Group<br>1200 NW Naito Parkway Suite 220<br>Portland, OR 97209 | 14,075.00 | General Litigation | |
| O'Neil, Cannon & Hollman | 111 East Wisconsin Avenue<br>Bank One Plaza, Ste 1400<br>Milwaukee, WI 53202-4803 | 11,115.00 | Bodily Injury Litigation | |
| O'Neill & Borges | 250 Munoz Rivera Ave<br>San Juan, Puerto Rico 00918-1808 | 542.00 | Environmental Law/Real Estate Law | |
| O'Shea Reynolds & Cummings | Main Seneca Building<br>237 Main Street, Ste 500<br>Buffalo, NY 14203-2712 | 4,753.00 | Bodily Injury Litigation | |
| Patterson Lorentzen Duffield | 729 Insurance Exchange Bldg<br>505 5th Avenue<br>Des Moines, IA 50309-2313 | 2,669.00 | Bodily Injury Litigation | |
| Patterson, Belknap, Webb & Tyler | 1133 Avenue of the Americas<br>New York, NY 10036-6710 | 588.00 | SEC Litigation | |
| Patton Boggs LLP | 2550 M Street, NW<br>Washington, DC 20037-1350 | 6,241.00 | Lobbyist | Yes |
| Perkins Coie | 1620 26th Street<br>Santa Monica, CA 90404 | 418,219.00 | Bodily Injury Litigation | Yes |

9

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Phillips Lytle Hitchcock Blaine & Huber LLP | 3400 HSBC Center Buffalo, NY 14203 | 4,208.00 | Environmental Law | Yes |
| Phillips, Goldman & Spence | 1200 No. Broom Street Wilmington, DE 19806 | 14,270.00 | Bodily Injury Litigation | |
| Phillips, Parker Orberson & Moore | 716 West Main Street, Suite 300 Louisville, KY 40202 | 16,318.00 | General Litigation | |
| Piper Marbury Rudnick & Wolfe LLP | 6225 Smith Ave Baltimore, MD 21209-3600 | 20,834.00 | Environmental Law | |
| Plauche Smith and Nieset | 1123 Pithon Street Lake Charles, LA 70602 | 6,908.00 | Bodily Injury Litigation | Yes |
| Plunket, Schwartz, Peterson, P.A. | East Bridge At Riverplace 10 Second St. Suite 114 Minneapolis, MN 55413 | 133,572.00 | Asbestos Law | |
| Poyner & Spruill | 100 North Tryon St Suite 4000 Charlotte, NC 28202-4010 | 1,073.00 | General Litigation | |
| Preaus, Roddy Krebs, L.L.P. | 1650 Poydras Street, Suite 1650 New Orleans, LA 70130-6114 | 97.00 | Litigation/Asbestos Property Damage | |
| Attorney Richard G. Remmes | 115 Woolford Road Wrentham, MA 02093 | 4,379.00 | Employment Law | Yes |
| Riddlesperger, Anthony G. | 15 Grovenor Court Dallas, TX 75225 | 9,229.00 | Environmental Law | Yes |
| Robinson & Cole | One Commercial Plaza Hartford, CT 06103-3597 | 475.00 | Corporate Law | |
| Rosenman & Colin | 575 Madison Ave New York, NY 10022-2585 | 23,268.00 | General Litigation | |
| Sandra Michael | 5230 NE 33rd Way Fort Lauderdale, FL 33308 | 20,000.00 | General Litigation | |
| Saul Ewing Remick & Saul | 1500 Market St, 38th Floor Philadelphia, PA 19102-2186 | 1,923.00 | Environmental Law | Yes |
| Seeler, Marcia D., Esquire | PO Box 3154 Wellfleet, MA 02667 | 10,784.00 | General Litigation | Yes |
| Seyfarth Shaw Fairweather & Geraldson | 55 East Monroe St, Suite 4200 Chicago, IL 60603-5803 | 34,902.00 | Employment Litigation | Yes |
| Sidley & Austin | 1722 Eye Street, NW Washington, DC 20006 | 6,378.00 | Environmental Law | Yes |
| Shea & Gardner | 1800 Massachusetts Ave, NW Washington, DC 20036 | 20,833.00 | Lobbyist | |

10

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Siegel Barnett & Schutz | 5400 Broken Sound Blvd NW<br>Boca Raton, FL 33487-3511 | 304.00 | Bodily Injury Litigation | |
| Smith Gambrell & Russell | Promenade II, Suite 3100<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309-3592 | 84,895.00 | Bodily Injury Litigation | |
| Snow Christensen & Martineau | 10 Exchange Place, 11th Fl<br>Salt Lake City, UT 84145 | 1,700.00 | Bodily Injury Litigation | |
| Spencer Fane Britt & Browne | 1000 Walnut St<br>Suite 1400<br>Kansas City, MO 64106 | 8,817.00 | Environmental Law | |
| Starnes & Atchison | 100 Brookwood Pl 7th Flr<br>Birmingham, AL 35259-8512 | 146.00 | Bodily Injury Litigation | |
| Steptoe & Johnson LLP | 1330 Connecticutt Ave N.W.<br>Washington, DC 20036-1795 | 72,845.00 | General Tax Law | Yes |
| Stone Pigman Walther Wittman & Hutchinson LLC | 546 Carondelet Street<br>New Orleans, LA 70130-3588 | 3,259.00 | Asbestos Litigation | |
| Storslee Law Firm, P.C. | 1802 Allison Drive<br>Bismarck, ND 58501 | 7,842.00 | Bodily Injury Litigation | |
| Strasburger & Price | 901 Main Street<br>Suite 4300<br>Dallas, TX 75250 | 2,318.00 | Bodily Injury Litigation | Yes |
| Sulloway, Hollis & Soden | 9 Capitol St.<br>Concord, NH 03302-1256 | 10.00 | Environmental Law | |
| Swidler Berlin Shereff | 919 Third Avenue<br>New York, NY 10022-9998 | 6,179.00 | General Litigation | |
| Timothy Cremin | 3140 St. James Drive<br>Boca Raton, FL 33434 | 2,706.00 | Tax Consultant | Yes |
| Talarico Law Offices | 55 Madison Avenue<br>Morristown, NJ 07960 | 12,554.00 | Asbestos Litigation | |
| Taylor, Duane, Barton & Gilman | 111 Devonshire St<br>Boston, MA 02109 | 149.00 | General Litigation | |
| Thomson & Thomson | PO Box 71892<br>Chicago, IL 60694-1892 | 150.00 | Intellectual Property Law | |
| Tremblay & Smith, LLP | PO Box 1585<br>Charlottesville, VA 22902 | 21,603.00 | General Litigation | |
| Troffkin, Howard J., Esquire | 7808 Ivymont Terrace<br>Potomac, MD 20854 | 4,265.00 | Intellectual Property Law | Yes |
| Tydings & Rosenberg | 100 East Pratt Street<br>Baltimore, MD 21202 | 22,996.00 | Bodily Injury Litigation | |

11

| Name | Address | Est. Monthly Payments | Description of Services Rendered | Affidavit Received |
|---|---|---|---|---|
| Vail, Hamilton, Koch & Knox | 1717 Main Street, Suite 4400<br>Dallas, TX 75201 | 1,697.00 | Product Liability Litigation | |
| Venable Baetjer & Howard | 1800 Mercantile Bank & Trust<br>2 Hopkins Plaza<br>Baltimore, MD 21201-2978<br><br>210 Allegheney Avenue<br>P.O. Box 5517<br>Towson, MD 21285-5517 | 27,718.00 | Bodily Injury Litigation/Benefits/ Employment Law | Yes |
| Vinson & Elkins | 3500 First City Tower<br>1001 Fannin Suite 2300<br>Houston, TX 77002-6760 | 200.00 | Environmental Law | Yes |
| Von Briesen & Purtell | 411 E. Wisconsin Ave<br>Suite 700<br>Milwaukee, WI 53202-4470 | 47.00 | Environmental Law | |
| Waller Lansden Dortch & Davis | P. O. Box 198966<br>Nashville, TN 37219-8966 | 2,370.00 | Corporate Law | Yes |
| Watkins & Eager | The Emporium Bldg<br>400 E. Capital Street<br>Jackson, MS 39205 | 1,273.00 | General Litigation | |
| Weil, Gotshal & Manges | 767 Fifth Avenue<br>New York, NY 10153-0119 | 83,656.00 | Environmental Law/Tax Law | Yes |
| White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787 | 500.00 | Environmental Law | |
| Withum, Smith & Brown | 100 Overlook Center<br>Princeton, NJ 08540 | 12,123.00 | Accounting Services | Yes |
| Wollmuth Maher & Deutsch LLP | 516 Fifth Avenue<br>New York, NY 10036 | 5.00 | Property Damage Litigation | |
| Woodcock Washburn Kurtz | One Liberty Place, 46th Floor<br>Philadelphia, PA 19103 | 84,875.00 | Intellectual Property/Litigation/ Patent Law | Yes |
| Woolf, McClane, Bright & Allen | 900 Riverview Tower<br>900 South Gay Street<br>Knoxville, TN 37902 | 11,823.00 | Bodily Injury Litigation | |
| Wyche, Burgess, Freeman & Parham, P.A. | 44 East Camperdown Way<br>Greenville, SC 29602-8200 | 786.00 | Environmental Law/Tax Litigation | |

12