IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JJF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | Docket No. 1029 |

ORDER WITH RESPECT TO POTENTIAL
FRAUDULENT TRANSFER MATTER

This case came on for an Omnibus hearing on January 3, 2002 pursuant to the Amended Notice of Agenda of Matters Scheduled for Hearing (Docket No. 1415) and the Joint Motion by the Official Committee of Asbestos Property Damage Claimants and the Official Committee of Asbestos Personal Injury Claimants (collectively, the "Committees") for Authority to Prosecute Fraudulent Transfer Claims (Docket No. 1029).

After due deliberation and cause appearing therefore, accordingly:

IT IS HEREBY ORDERED that the Committee's Joint Motion for Authority to Prosecute Fraudulent Transfer Claims is continued to April 22, 2002 at 10:00 a.m. and that commencing in early February, 2002 and concluding no later than February 22, 2002, the Debtors shall provide to the Committees as well as the Official Committee of Unsecured Creditors and the Official Committee of Equity Holders, information with respect to the fraudulent transfer matter.

Dated: January 25, 2002

*Judith K. Fitzgerald*
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE