**EXHIBIT C**

| W R GRACE & CO | | | |
|---|---|---|---|
| **SUMMARY OF FEES** | | | |
| **DECEMBER 1 THROUGH DECEMBER 31, 2001** | | | |
| **Partners** | **Hours** | **Rate** | **Amount** |
| Greenberg, Mayer | 24.4 | 500 | 12,200.00 |
| Kruger, Lewis | 4.8 | 650 | 3,120.00 |
| Levy, Mark | 13.1 | 615 | 8,056.50 |
| Pasquale, Kenneth | 12.3 | 475 | 5,842.50 |
| Raskin, Robert | 2.4 | 550 | 1,320.00 |
| **Associates** | | | |
| Brandes, Ronnie H | 16.6 | 185 | 3,071.00 |
| Krieger, Arlene | 95.7 | 425 | 40,672.50 |
| Sasson, Moshe | 37.1 | 360 | 13,356.00 |
| **Paraprofessionals** | | | |
| Cotto, Lisa | 7.1 | 150 | 1,065.00 |
| Defreitas, Vaughn | 20.9 | 100 | 2,090.00 |
| Serrette, Rosemarie | 9.7 | 150 | 1,455.00 |
| **Library Staff** | | | |
| Kaufman, Eric | 1.3 | 120 | 156.00 |
| **Subtotal** | **245.4** | | $ 92,404.50 |
| **Less 50% Travel** | (0.8) | | (340.00) |
| **Total** | **244.6** | | $ 92,064.50 |

**BLENDED RATE:**    $   376.39

1183018.01