**EXHIBIT D**

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

**DISBURSEMENT REGISTER**

RE:    699842 W R Grace & Co

| Date | Description | Amount |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/11/2001 | 11/20/2001 Federal Express T#824852619404 SERRETTE to: SHELLY HOLLINGHEAD WILMIN | 9.31 |
| 12/11/2001 | Federal Express T#807279480975 KENNETH PASQUALE to: LEITITIA CHAMBERS WASHINGTON | 21.70 |
| 12/13/2001 | VENDOR: Federal Express Corporation; INVOICE#: 4-013-85107; DATE: 12/10/01 - Fed Ex Log 11/20/01 Shelly Hollinghead, Wilmington, DE | 1.90 |
| 12/14/2001 | Federal Express T#807715914569 K PASQUALE to: L CHAMBERS WASHINGTON,DC | 9.90 |
| **Outside Messenger Service Total** | | **42.81** |
| **Meals** | | |
| 12/26/2001 | VENDOR: Petty Cash; INVOICE#: 12/13/01; DATE: 12/26/01 - 12/03/01  NY PETTY CASH  M.LEVY | 15.95 |
| **Meals Total** | | **15.95** |
| **Local Transportation** | | |
| 12/11/2001 | NYC Two Ways Inc. RASKIN 11/21/01 7:51 M from 163 E 81 ST M to 343 7 AVE M | 22.64 |
| 12/11/2001 | NYC Two Ways Inc R Raskin 11/5/01 180 Maiden Lane to 343 7 Ave | 19.71 |
| 12/13/2001 | NYC Two Ways Inc. BRANDES 11/27/01 23:04 M from 180 MAIDEN LA to 322 W 57 ST M | 20.69 |
| 12/18/2001 | VENDOR: Lewis Kruger; INVOICE#: 12/10/01; DATE: 12/18/01 - 11/19   MEETING W/P. PANTALEO - CABFARE | 33.50 |
| 12/27/2001 | NYC Two Ways Inc. KRIEGER 12/20/01 7:50 M from 10 EAST | 27.74 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN.
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

END A to 343 7 AVE M

**Local Transportation Total** 124.28

**Long Distance Telephone**

| Date | Description | Amount |
|---|---|---|
| 12/03/2001 | EXTN.5002, TEL.312-904-5214, S.T.16:27, DUR.02:00 | 0.65 |
| 12/03/2001 | EXTN.5002, TEL.312-904-5214, S.T.16:36, DUR.01:42 | 0.65 |
| 12/03/2001 | EXTN.5544, TEL.312-861-3103, S.T.10:07, DUR.01:54 | 0.65 |
| 12/03/2001 | EXTN.5760, TEL.202-628-9783, S.T.16:04, DUR.00:30 | 0.32 |
| 12/03/2001 | EXTN.6286, TEL.312-861-2485, S.T.16:47, DUR.01:42 | 0.65 |
| 12/03/2001 | EXTN.6286, TEL.312-861-2845, S.T.16:47, DUR.00:06 | 0.32 |
| 12/03/2001 | EXTN.6286, TEL.312-861-2229, S.T.18:22, DUR.02:06 | 0.97 |
| 12/04/2001 | EXTN.5422, TEL.202-429-2992, S.T.14:20, DUR.04:30 | 1.62 |
| 12/04/2001 | VENDOR: Teleconferencing Services, LLC; INVOICE#: 4499981; DATE: 12/4/01  -  R Raskin | 47.46 |
| 12/05/2001 | EXTN.5422, TEL.312-782-3939, S.T.13:34, DUR.00:36 | 0.32 |
| 12/05/2001 | EXTN.5544, TEL.312-861-3103, S.T.10:04, DUR.07:48 | 2.59 |
| 12/05/2001 | EXTN.5544, TEL.312-861-3103, S.T.15:19, DUR.01:24 | 0.65 |
| 12/06/2001 | EXTN.3544, TEL.201-556-4040, S.T.12:28, DUR.01:06 | 0.65 |
| 12/06/2001 | EXTN.5492, TEL.201-556-4039, S.T.12:53, DUR.04:12 | 1.62 |
| 12/06/2001 | EXTN.6015, TEL.312-861-2481, S.T.16:54, DUR.04:36 | 1.62 |
| 12/11/2001 | EXTN.5544, TEL.201-556-4040, S.T.12:14, DUR.03:42 | 1.30 |
| 12/11/2001 | EXTN.5544, TEL.312-861-2162, S.T.16:37, DUR.00:24 | 0.32 |
| 12/11/2001 | EXTN.5706, TEL.310-393-0411, S.T.15:11, DUR.02:24 | 0.97 |
| 12/12/2001 | EXTN.5544, TEL.202-307-6555, S.T.09:56, DUR.01:42 | 0.65 |
| 12/12/2001 | EXTN.5544, TEL.713-650-6700, S.T.10:33, DUR.01:12 | 0.65 |
| 12/12/2001 | EXTN.5544, TEL.201-556-4040, S.T.14:54, DUR.01:54 | 0.65 |
| 12/12/2001 | EXTN.5544, TEL.201-556-4040, S.T.16:11, DUR.00:24 | 0.32 |
| 12/13/2001 | EXTN.4062, TEL.201-556-4040, S.T.14:27, DUR.23:18 | 7.78 |
| 12/13/2001 | EXTN.5422, TEL.312-861-2124, S.T.10:38, DUR.00:18 | 0.32 |
| 12/13/2001 | EXTN.5422, TEL.404-332-5950, S.T.14:51, DUR.02:48 | 0.97 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN.
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

| Date | Description | Amount |
|---|---|---|
| 12/13/2001 | EXTN.5544, TEL.201-556-4040, S.T.15:05, DUR.01:54 | 0.65 |
| 12/13/2001 | EXTN.6063, TEL.312-861-3103, S.T.13:33, DUR.00:30 | 0.32 |
| 12/13/2001 | EXTN.6063, TEL.201-556-4040, S.T.13:35, DUR.00:06 | 0.32 |
| 12/17/2001 | EXTN.3544, TEL.202-307-6555, S.T.09:25, DUR.02:12 | 0.97 |
| 12/17/2001 | EXTN.5544, TEL.312-861-2162, S.T.12:31, DUR.00:18 | 0.32 |
| 12/17/2001 | EXTN.5562, TEL.973-424-2031, S.T.16:47, DUR.02:30 | 0.97 |
| 12/18/2001 | EXTN.5422, TEL.312-269-4050, S.T.19:19, DUR.00:24 | 0.25 |
| 12/18/2001 | EXTN.5544, TEL.973-645-2580, S.T.11:42, DUR.00:30 | 0.32 |
| 12/18/2001 | EXTN.5562, TEL.973-467-8282, S.T.09:52, DUR.01:12 | 0.65 |
| 12/18/2001 | EXTN.5562, TEL.973-467-8282, S.T.13:11, DUR.00:42 | 0.32 |
| 12/19/2001 | EXTN.5544, TEL.302-652-4100, S.T.10:06, DUR.03:30 | 1.30 |
| 12/19/2001 | EXTN.5544, TEL.201-556-4040, S.T.17:15, DUR.01:42 | 0.65 |
| 12/19/2001 | EXTN.5562, TEL.973-467-8282, S.T.10:55, DUR.02:42 | 0.97 |
| 12/20/2001 | EXTN.5511, TEL.201-556-4040, S.T.15:50, DUR.00:42 | 0.32 |
| 12/20/2001 | EXTN.6689, TEL.201-556-4040, S.T.15:06, DUR.01:06 | 0.65 |
| 12/31/2001 | EXTN.5544, TEL.302-652-4100, S.T.10:23, DUR.03:00 | 0.97 |
| **Long Distance Telephone Total** | | **84.62** |

**Duplicating Costs-in House**

| Date | Amount |
|---|---|
| 12/03/2001 | 0.70 |
| 12/03/2001 | 16.90 |
| 12/03/2001 | 2.60 |
| 12/04/2001 | 0.90 |
| 12/04/2001 | 1.90 |
| 12/04/2001 | 9.90 |
| 12/05/2001 | 1.20 |
| 12/05/2001 | 0.60 |
| 12/05/2001 | 3.40 |
| 12/05/2001 | 7.30 |
| 12/06/2001 | 0.90 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

| Date | Amount |
|---|---|
| 12/06/2001 | 0.20 |
| 12/06/2001 | 0.90 |
| 12/06/2001 | 6.00 |
| 12/07/2001 | 0.70 |
| 12/07/2001 | 3.00 |
| 12/12/2001 | 8.10 |
| 12/12/2001 | 37.90 |
| 12/12/2001 | 22.50 |
| 12/13/2001 | 1.20 |
| 12/14/2001 | 4.30 |
| 12/14/2001 | 2.40 |
| 12/14/2001 | 7.00 |
| 12/14/2001 | 2.70 |
| 12/17/2001 | 0.80 |
| 12/18/2001 | 3.00 |
| 12/19/2001 | 1.40 |
| 12/19/2001 | 0.30 |
| 12/19/2001 | 0.90 |
| 12/21/2001 | 3.50 |
| 12/21/2001 | 4.10 |
| 12/21/2001 | 4.00 |
| 12/26/2001 | 2.10 |
| 12/27/2001 | 1.60 |
| 12/27/2001 | 0.20 |
| 12/27/2001 | 1.70 |
| 12/28/2001 | 3.30 |
| 12/31/2001 | 1.30 |
| **Duplicating Costs-in House Total** | **171.40** |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

### Postage

| Date | Description | Amount |
|---|---|---|
| 12/11/2001 | Postage Charged by on 11/19/2001 | 0.80 |
| 12/26/2001 | Postage Charged by on 12/11/2001 | 5.20 |
| | **Postage Total** | **6.00** |

### Court Reporting Services

| Date | Description | Amount |
|---|---|---|
| 12/19/2001 | VENDOR: Esquire Deposition Services,Inc.; INVOICE#: 66769EPA; DATE: 11/28/01 - re: W.R Grace | 2,531.80 |
| | **Court Reporting Services Total** | **2,531.80** |

### Process Service & Calendar Watch

| Date | Description | Amount |
|---|---|---|
| 12/03/2001 | VENDOR: U.S. Document Retrieval Service, Inc.; INVOICE#: 13612; DATE: 11/26/01 - Research & docement retrieval | 575.02 |
| 12/11/2001 | VENDOR: Parcels/ Virtual Docket; INVOICE#: 4115; DATE: 11/30/01 - U.S bankruptcy court/ dist of Delaware | 17.50 |
| 12/19/2001 | VENDOR: U.S. Document Retrieval Service, Inc.; INVOICE#: 14277; DATE: 12/19/01 - research and document retrieval | 103.60 |
| | **Process Service & Calendar Watch Total** | **696.12** |

### In House Messenger Service

| Date | Description | Amount |
|---|---|---|
| 12/11/2001 | Early Bird Messenger 11/30/2001 Bike Standard from N. MISC to ALL NATIONAL TOUR | 10.75 |
| 12/11/2001 | Early Bird Messenger 11/30/2001 Bike Standard from N. MISC to ALL NATIONS TOURS | 10.75 |
| | **In House Messenger Service Total** | **21.50** |

### Facsimile Charges

| Date | Description | Amount |
|---|---|---|
| 12/04/2001 | FAX # 570-1803 | 10.00 |
| 12/05/2001 | FAX # 570-1803 | 11.00 |
| 12/10/2001 | FAX # 202-371-6601 | 4.00 |
| 12/17/2001 | FAX # 312-660-0313 | 4.00 |
| 12/28/2001 | FAX # 570-1803 | 3.00 |
| 12/31/2001 | FAX # 914-234-6843 | 26.00 |
| | **Facsimile Charges Total** | **58.00** |

### Travel Expenses - Transportation

| Date | Description | Amount |
|---|---|---|
| 12/13/2001 | AMEX PASQUALE/KENNETH WIL MET on 11/20/2020 | 74.00 |
| 12/13/2001 | AMEX PASQUALE/KENNETH MET WIL on 11/20/2020 | 74.00 |
| 12/13/2001 | AMEX RASKIN/ROBERT NYP WIL NYP on 11/02/2020 | 192.00 |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN.
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

| | | |
|---|---|---:|
| 12/13/2001 | AMEX RASKIN/ROBERT NYP WIL NYP on 11/16/2020 | 172.00 |
| 12/18/2001 | VENDOR: Lewis Kruger; INVOICE#: 12/10/01; DATE: 12/18/01 - 11/21   COURT HEARING IN DELAWARE - CABFARES | 67.00 |
| 12/21/2001 | VENDOR: Petty Cash; INVOICE#: 12/12/01; DATE: 12/21/01 - 11/21/01   NY PETTY CASH   R.RASKIN | 14.00 |
| 12/26/2001 | VENDOR: CHASE Business Credit Card; INVOICE#: 120301; DATE: 12/3/01  -  Visa Charge 11/21/01 L Kruger  Penn Sation to Wimington | 111.00 |
| 12/26/2001 | VENDOR: CHASE Business Credit Card; INVOICE#: 120301; DATE: 12/3/01  -  Visa Charge 11/21/01 L Kruger Penn Station to Wilmington | 153.00 |
| | **Travel Expenses - Transportation Total** | **857.00** |

**Westlaw**

| | | |
|---|---|---:|
| 12/03/2001 | ; Duration 0:02:36; By BRANDES RONNIE H. | 12.77 |
| 12/10/2001 | ; Duration 0:01:00; By SASSON MOSHE | 9.49 |
| 12/10/2001 | ; Duration 0:13:49; By SASSON MOSHE | 89.06 |
| 12/11/2001 | ; Duration 0:00:00; By KAUFMAN ERIC M | 9.12 |
| 12/17/2001 | ; Duration 0:17:14; By SASSON MOSHE | 149.24 |
| 12/31/2001 | ; Duration 0:21:58; By DHANRAJ JUDY N | 105.01 |
| | **Westlaw Total** | **374.69** |

**Expert Fees and Costs**

|   |   |
|---|---:|
|   | 4,487.33 |
| **Expert Fees and Costs** | **$ 4,487.33** |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN.
ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

**Bill Disbursement Summary**

| | |
|---|---:|
| Outside Messenger Service | $ 42.81 |
| Meals | 15.95 |
| Local Transportation | 124.28 |
| Long Distance Telephone | 84.62 |
| Duplicating Costs-in House | 171.40 |
| Postage | 6.00 |
| Court Reporting Services | 2531.80 |
| Process Service & Calendar Watch | 696.12 |
| In House Messenger Service | 21.50 |
| Facsimile Charges | 58.00 |
| Travel Expenses - Transportation | 857.00 |
| Westlaw | 374.69 |
| Expert Fees and Costs | 4,487.33 |
| **Total Disbursements** | **$ 9,471.47** |

ANY DISBURSEMENT/CHARGE BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE SHOWN. ANY DISBURSEMENTS/CHARGES INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.