IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 30th

day of January 2002, I caused a true and correct copy of the Notice of Filing of Second Quarterly

Interim Verified Application of Reed Smith LLP, to be served upon the entities listed on the

attached service list in the manner indicated.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C

Continued on following page

Respectfully submitted,


By:    /s/ Kurt F. Gwynne
       Kurt F. Gwynne (No. 3951)
       REED SMITH LLP
       1201 Market Street
       Suite 1500
       Wilmington, DE 19801
       Phone:    (302) 778-7550
       Facsimile: (302) 778-7575
       E-mail: kgwynne@reedsmith.com

---

Continued from previous page

Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W. R. Grace 2002 Service List
Case No. 01-1139 (RJN)

| | |
|---|---|
| First Class Mail<br>(Counsel to Debtors and Debtors in Possession)<br>Laura Davis Jones, Esquire<br>David Carickhoff, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 | Hand Delivery<br>(Counsel for The Chase Manhattan Bank)<br>Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 |
| First Class Mail<br>(Counsel to Debtors and Debtors in Possession)<br>Hamid R. Rafatjoo, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Boulevard; Suite 1100<br>Los Angeles, CA  90067-4100 | Hand Delivery<br>Jeffrey C. Wisler, Esquire<br>Michelle McMahon, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1220 Market Street, 10th Floor<br>Wilmington, DE  19899 |
| Hand Delivery<br>(Local Counsel to DIP Lender)<br>Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | Hand Delivery<br>(Counsel for Ingersoll-Rand Fluid Products)<br>Francis A. Monaco, Jr., Esquire<br>Walsh, Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19801 |
| Hand Delivery<br>(Local Counsel to Asbestos Claimants)<br>Matthew G. Zaleski, III, Esquire<br>Campbell & Levine, LLC<br>1201 N. Market Street<br>Chase Manhatten Centre, 15th Floor<br>Wilmington, DE  19801 | Hand Delivery<br>(Counsel for Ingersoll-Rand Fluid Products)<br>Frederick B. Rosner, Esquire<br>Walsh, Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 |
| Hand Delivery<br>William H. Sudell, Jr., Esquire<br>Eric D. Schwartz, Esquire<br>Morris, Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | Hand Delivery<br>(Counsel for Property Damage Claimants)<br>Michael B. Joseph, Esquire<br>Theodore J. Tacconelli, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 |
| Hand Delivery<br>Bruce E. Jameson, Esquire<br>Prickett, Jones & Elliott<br>1310 King Street<br>P.o. Box 1328<br>Wilmington, DE  19899 | Hand Delivery<br>Mark S. Chehi<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899-0636 |

| | |
|---|---|
| Hand Delivery<br>Joseph Grey, Esquire<br>Stevens & Lee<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801 | Hand Delivery<br>(Counsel to Official Committee of<br>Unsecured<br>Creditors)<br>Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
| Hand Delivery<br>Laurie Selber Silverstein, Esquire<br>Monica Leigh Loftin, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | Hand Delivery<br>Mary M. MaloneyHuss<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>920 King Street, Suite 300<br>One Rodney Square<br>Wilmington, DE 19801 |
| Hand Delivery<br>Selinda A. Melnik, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE 19899 | Hand Delivery<br>(Counsel for First Union Leasing)<br>John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>300 Delaware Avenue<br>8th Floor, Suite 800<br>Wilmington, DE 19801 |
| Hand Delivery<br>(Counsel for Potash Corp.)<br>Aaron A. Garber, Esquire<br>Pepper Hamilton LLP<br>1201 Market Street, Suite 1600<br>Wilmington, DE 19899-1709 | Hand Delivery<br>(Counsel for Entergy Services, Inc.)<br>Eric Lopez Schnabel, Esquire<br>James H. Joseph, Esquire<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |
| Hand Delivery<br>(Zonolite Attic Litigation Plaintiffs)<br>William D. Sullivan, Esquire<br>Eluzon Austin Reardon Tarlov & Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899 | OvernightDelivery<br>(Counsel to Debtor)<br>James H.M. Sprayregen, Esquire<br>James Kapp, III, Esquire<br>Kirk land & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| Hand Delivery<br>Curtis Crowther, Esquire<br>(Counsel for Century Indemnity Company)<br>White and Williams LLP<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19801 | Hand Delivery<br>(Counsel for Wachovia Bank, N.A.)<br>Adam G. Landis, Esquire<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |

| | |
|---|---|
| OvernightDelivery<br>(Canadian counsel for Debtor)<br>Derrick Tay, Esquire<br>Meighen Demers<br>Suite 1100, Box 11<br>Merrill Lynch Canada Tower<br>200 King Street West<br>Toronto, Ontario<br>Canada  M5H 3T4 | Overnight Delivery<br>(W. R. Grace & Co.)<br>David B. Siegel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD  21044 |
| Overnight Delivery<br>(Official Committee of Personal Injury Claimants)<br>Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 36th Floor<br>New York, NY  10022 | Overnight Delivery<br>(Official Committee of Unsecured Creditors)<br>Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038-4982 |
| Overnight Delivery<br>(Official Committee of Property Damage Claimants)<br>Scott L. Baena, Esquire<br>Member<br>Bilzin Sumberg Dunn Baena Price & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL  33131 | Overnight Delivery<br>(Equity Committee Counsel)<br>Thomas Moers Mayer, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022 |
| First Class Mail<br>(Counsel to Sealed Air Corporation)<br>D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 | First Class Mail<br>(Counsel to DIP Lender)<br>J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 |
| First Class Mail<br>(Counsel to Asbestos Claimants)<br>Nancy Worth Davis, Esquire<br>Ness, Motley, Loadhold, Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC  29465 | First Class Mail<br>Todd Meyer, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA  30309 |
| First Class Mail<br>Office of Reorganization<br>Securities & Exchange Commission<br>Suite 1000<br>3475 Lenox Road, N.E.<br>Atlanta, GA  30326-1232 | First Class Mail<br>District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE  19809 |

| | |
|---|---|
| First Class Mail<br>Michael A. Berman, Esquire<br>Securities and Exchange Commission<br>450 Fifth Street, N.W. (Mail Stop 6-6)<br>Washington, D.C. 20549 | First Class Mail<br>Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 |
| First Class Mail<br>Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | First Class Mail<br>James D. Freeman, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street<br>Suite 945-North Tower<br>Denver, CO 80202 |
| First Class Mail<br>Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan & McGarvey PC<br>745 South Main Street<br>Kalispel, MT 59901 | First Class Mail<br>Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 |
| First Class Mail<br>David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | First Class Mail<br>Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 |
| First Class Mail<br>Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent & Sheinfeld, LLP<br>551 Fifth Avenue<br>New York, NY 10176 | First Class Mail<br>James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 |
| First Class Mail<br>Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 | First Class Mail<br>Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 |
| First Class Mail<br>David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | First Class Mail<br>Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 |

| | |
|---|---|
| First Class Mail<br>Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY  10154 | First Class Mail<br>Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th<br>New York, NY  10020 |
| First Class Mail<br>(Counsel for The Chase Manhattan)<br>Stephen H. Case, Esquire<br>Nancy L. Lazar, Esquire<br>David D. Tawil, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | First Class Mail<br>Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, LLC<br>650 Poydras Street, Suite 2500<br>New Orleans, LA  70130-6103 |
| First Class Mail<br>Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC  29465 | First Class Mail<br>(Attorney General of PA)<br>(Commonwealth of PA, Dept. of Revenue)<br>Christopher R. Momjian<br>Senior Deputy Attorney General<br>Office of Attorney General<br>21 S. 12Fl. Street, 3rd Floor<br>Philadelphia, PA  19107-3603 |
| First Class Mail<br>(Counsel for Asbestos Claimants)<br>Steven T. Baron, Esquire, Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor, LLP<br>Dallas, TX  75204 | First Class Mail<br>(Zonolite Attic Litigation Plaintiffs)<br>Robert M. Fishman, Esquire<br>Shaw Gussis Domanskis Fishman & Glantz<br>1144 West Fulton, St,. Suite 200<br>Chicago, IL 60607 |
| First Class Mail<br>(Attorneys for PPG Industries, Inc.)<br>W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA  19103 | First Class Mail<br>R. Scott Williams<br>PMG Capital Corp.<br>Four Falls Corporate Center<br>West Conshohocken, PA  19428-2961 |
| First Class Mail<br>Alan R Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA  94945 | First Class Mail<br>Jonathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606-1229 |

| | |
|---|---|
| First Class Mail<br>Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, P.O. Box 8705<br>Dallas, TX 75219 | First Class Mail<br>Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 |
| First Class Mail<br>Courtney M. Labson, Esquire<br>The Mills Corporation<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA 22209 | First Class Mail<br>T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| First Class Mail<br>Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P.O. Box 151<br>Bryan, OH 43506 | First Class Mail<br>Alan Kolod, Esquire<br>Moses & Singer LLP<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6076 |
| First Class Mail<br>Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street, Fourth Floor<br>New York, NY 10006 | First Class Mail<br>John P. Dillman, Esquire<br>Linebarger Heard Goggan Blair<br>Graham Pena & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| First Class Mail<br>Charles E. Gibson, III<br>Attorney at Law<br>620 North Street, Suite 100<br>Jackson, MS 39202 | First Class Mail<br>Paul M. Baisier, Esquire<br>SEYFARTH SHAW<br>1545 Peachtree Street, Suite 700<br>Atlanta, Georgia 30309 |
| First Class Mail<br>Kevin D. McDonald<br>Wilshire Scott & Dyer, P.C.<br>One Houston Center<br>1221 McKinney, Suite 4550<br>Houston, Texas 77010 | First Class Mail<br>Christopher Beard, Esquire<br>Beard & Beard<br>306 N. Market Street<br>Frederick, MD 21701 |
| First Class Mail<br>Bernice Conn, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067 | First Class Mail<br>Steven R. Schlesinger, Esquire<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 |

| | |
|---|---|
| First Class Mail<br>Steven J. Kherkher, Esquire<br>Laurence G. Tien, Esquire<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite #600<br>Houston, Texas 77017 | First Class Mail<br>Kimberly W. Osenbaugh<br>Preston Gates & Ellis LLP<br>701-5th Avenue, Suite 5000<br>Seattle, WA 98104-7078 |
| First Class Mail<br>Lewis T. LeClair, Esquire<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 | First Class Mail<br>Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD 21226-1595 |
| First Class Mail<br>Steven T. Hoort, Esquire<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | First Class Mail<br>Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N. W.<br>Washington, DC 20005 |
| First Class Mail<br>Peter A. Chapman<br>24 Perdicaris Place<br>Trenton, NJ 08618 | First Class Mail<br>Paul M. Matheny<br>The Law Offices of Peter G. Angelos, P.C.<br>5905 Harford Rd.<br>Baltimore, MD 21214 |
| First Class Mail<br>Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd, Suite G<br>Brownsville, TX 78520 | First Class Mail<br>Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ 07663 |
| First Class Mail<br>John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 | First Class Mail<br>Attn: Meridee Moore and Kirsten Lynch<br>Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 1325<br>San Francisco, CA 94111 |
| First Class Mail<br>Joseph T. Kremer, Esquire<br>Lipsiptz, Green, Fahringer, Roll, Salisbury &<br>Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY 14202 | First Class Mail<br>Paul D. Henderson, Esquire<br>Dies, Dies & Henderson<br>1009 W. Green Avenue<br>Orange, TX 77630 |

| | |
|---|---|
| First Class Mail<br>Maria Rosoff Eskin<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE  19899 | First Class Mail<br>Elizabeth S. Kardos, Esquire<br>Gibbons, Del Deo, Dolan Griffinger &<br>Vecchione, PC<br>One Riverfront Plaza<br>Newark, NJ  07102-5497 |
| First Class Mail<br>Thomas J. Noonan, Jr.<br>c/o R& S Liquidation Company<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ  07920-1928 | First Class Mail<br>Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC  20036 |
| First Class Mail<br>(Counsel for Public Service Electric and Gas<br>Company)<br>William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ  07101 | First Class Mail<br>(Counsel to Official Committee of Unsecured<br>Creditors)<br>William S. Katchen, Esquire<br>Duane, Morris & Heckscher LLP<br>1 Riverfront Plaza, 2°d Floor<br>Newark, NJ  07102 |
| First Class Mail<br>(Tennessee Department of Environment and<br>Conservation - Superfund)<br>Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN  37202-0207 | First Class Mall<br>(Counsel for numerous asbestos claimants)<br>Damon J. Chargois, Esquire<br>Foster & Sear, L.L.P.<br>360 Place Office Park<br>1201 N. Watson Road, Suite 145<br>Arlington, TX 76006 |
| First Class Mail<br>(Counsel for Berry & Berry)<br>C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway, Suite 150<br>San Rafael, CA 94903 | First Class Mail<br>Anton Volovsek<br>Rt2 - Box 200 #42<br>Kamiah, Idaho  83536-9229 |
| First Class Mail<br>Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>805 Third Avenue<br>New York, New York  10022 | First Class Mail<br>Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, FL  32399-3000 |

| | |
|---|---|
| First Class Mail<br>Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, NY  10019-0602 | First Class Mail<br>State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, Second Floor<br>Columbus, OH  43215 |
| First Class Mail<br>Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | First Class Mail<br>Robert Jacobs, Esquire<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE 19899 |
| First Class Mail<br> Greif Bros. Corp.<br>250 East Wilson Bridge Rd.<br>Suite 175<br>Worthington, OH  43085-2323 | First Class Mail<br>(Counsel for SAP America, Inc.)<br>Stephanie Nolan Deviney<br>Brown & Connery, LLP<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, NJ  08108 |
| First Class Mail<br>Barbara M. Cook, County Solicitor<br>Katherine L. Taylor, Senior Assistant County Solicitor<br>Howard County Office of Law<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD  21043 | First Class Mail<br>Danice Sims<br>P.O. Box 66658<br>Baton Rouge, LA  70896 |
| First Class Mail<br>M. Diane Jasinski, Esquire<br>Michael D. Hess<br>Corporation Counsel of the City of New York<br>100 Church Street, Room 6-127<br>New York, NY  10007 | First Class Mail<br>(The Baupost Group LLC)<br>Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 |
| First Class Mail<br>Janet Napolitano<br>Robert R. Hall<br>Russell W. Savory<br>1275 West Washington Street<br>Phoenix, AZ  85007-1278 | First Class Mail<br>Russell W. Savory<br>Gotten, Wilson & Savory, PLLC<br>200 Jefferson Avenue, Suite 900<br>Memphis, TN 38103 |

| | |
|---|---|
| First Class Mail<br>Credit Manager<br>Belz Enterprises<br>100 Peabody Place, Suite 1400<br>Memphis, TN 38103 | First Class Mail<br>James P. Ruggeri<br>Scott A. Shail<br>Hogan & Harton L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 |
| First Class Mail<br>Steven R. Bourne, Esquire<br>Nutter, McClennen & Fish, LLP<br>One International Place<br>Boston, MA 02110-2699 | First Class Mail<br>Judy D. Thompson, Esquire<br>S. Andrew Jurs, Esquire<br>Poyner & Spruill, L.L.P.<br>100 North Tryon Street, Suite 4000<br>Charlotte, NC 28202-4010 |
| First Class Mail<br>Daniel H. Slate, Esquire<br>Hughes Hubbard & Reed LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071-3442 | First Class Mail<br>Andrea L. Hazzard, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| First Class Mail<br>Mr. James A. Bane<br>KMCC 204029<br>P.O. Box 710<br>Keen Mountain, VA 24624 | First Class Mail<br>Authur Stein, Esquire<br>1041 W. Lacey Road<br>P.O. Box 1070<br>Forked River, NJ 08731-6070 |
| First Class Mail<br>Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 | First Class Mail<br>Maggie De La Rosa<br>Provost * Umphrey Law Firm, L.L.P.<br>490 Park Street<br>Beaumont, TX 77701 |
| First Class Mail<br>Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>LibertyView - Suite 700<br>457 Haddonfield Road<br>P.O. Box 2570<br>Cherry Hill, NJ 08034 | First Class Mail<br>Richard M. Meth, Esquire<br>Herrick, Feinstein LLP<br>2 Penn Plaza, 11th Floor<br>Newark, NJ 07105 |
| First Class Mail<br>Kevin James<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-1413 | First Class Mail<br>Dorine Vork, Esquire<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, NY 10022 |

-10-

| | |
|---|---|
| First Class Mail<br>Suexirda Prayaga<br>7365 MacLeod Lane<br>Ofallon, Missouri  63366 | First Class Mail<br>Bart Hartman<br>Treasurer - Tax Collector<br>Attn: Elizabeth Molina<br>1600 Pacific Highway, Room 162<br>San Diego, CA  92101 |
| First Class Mail<br>Shelley Bethea Gillette & Clark<br>3850 E. Baseline Road, Suite 125<br>Mesa, Arizona  85206 | First Class Mail<br>David Aelvoet, Esquire<br>Linebargerheard Goggan Blair<br>Graham Pena & Sampson LLP<br>1000 Tower Life Building<br>San Antonio, TX  78205 |
| First Class Mail<br>Robert Cimino, Esquire<br>Suffolk County Attorney<br>Attn: Diane Leonardo Beckmann, Asst. County<br>H. Lee Dennison Building<br>100 Veterans Memorial Highway<br>P.O. Box 6100<br>Hauppauge, NY  11788-0099 | First Class Mail<br>David Balsley Jr.<br>535 Smithfield Street, Suite 619<br>Pittsburg, PA  15222-2302 |
| First Class Mail<br>Robert T. Aulgur, Jr., Esquire<br>P.O. Box 617<br>Odessa, DE  19730<br>(Attorney for Toyota Motor Credit) | First Class Mail<br>James S. Carr, Esquire<br>Christena A. Lambrianakos, Esquire<br>101 Park Avenue<br>New York, NY  10178<br>(Counsel for Delco Development Company) |
| First Class Mail<br>Michael T. Kay, Esquire<br>Nancy Draves, Esquire<br>The Dow Chemical Company<br>2030 Dow Center<br>Midland, MI 48674<br>(Counsel for Dow Chemical Company,<br>Hampshire Chemical Corporation and Union<br>Carbide Corporation) | First Class Mail<br>(Peters, Smith & Company)<br>Mr. Charles C. Trascher III, Esquire<br>Snellings, Breard, Sartor, Inabnett &<br>Trascher, LLP<br>PO Box 2055<br>Monroe, LA 71207 |
| First Class Mail<br>Ronald S. Beacher, Esquire<br>Pitney, Hardin, Kipp & Szuch LLP<br>711 Third Avenue, 20th Floor<br>New York, NY  10017-4014<br>(Attorneys for General Electric Capital<br>Corporation) | First Class Mail<br>Attn: Diane Stewart<br>Peoples First Community Bank<br>P.O. Box 59950<br>Panama City, FL  32412-0950 |

| | |
|---|---|
| First Class Mail<br>Michael B. Willey, Esquire<br>Legal Services, 27th Floor<br>312 8th Avenue North<br>Nashville, TN 37243<br>(Counsel for Commissioner of Revenue) | First Class Mail<br>Jeffrey L. Glatzer, Esquire<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 |
| First Class Mail<br>Thomas V. Askounis, Esquire<br>Askounis & Borst, P.C.<br>303 East Wacker Drive, Suite 1000<br>Chicago, IL 60601 | First Class Mail<br>Attn: Ted Weschler<br>Peninsula Capital Advisors, L.L.C.<br>404 East Main Street, Second Floor<br>Charlottesville, VA 22902 |
| First Class Mail<br>E. Katherine Wells, Esquire<br>South Carolina Department of Health and<br>Environmental Control<br>2600 Bull Street<br>Columbia, SC 29201-1708 | First Class Mail<br>Jeffrey Kaufman, Esquire<br>Gerald F. Ellesdorfer, Esquire<br>Kaufman & Logan LLP<br>111 Pine Street, Suite 1300<br>San Francisco, CA 94111 |
| First Class Mail<br>Michael H. Pinkerson, Esquire<br>James M. Garner, Esquire<br>Sher Garner Cahill Richter Klein McAlister &<br>Hilbert,<br>L.L.C.<br>909 Poydras Street, Suite 2800<br>New Orleans, LA 70112 | First Class Mail<br>William H. Johnson, Esquire<br>Norfolk Southern Corporation<br>Law Department<br>Three Commercial Place<br>Norfolk, VA 23510-9242 |
| First Class Mail<br>Pillsbury Winthrop LLP<br>Lynn M. Ryan, Esquire<br>One Battery Park Plaza<br>New York, NY 10004-1490<br>(Counsel for Wells Fargo Bank Minnesota,<br>National<br>Association) | First Class Mail<br>Pillsbury Winthrop LLP<br>Craig Barbarosh, Esquire<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626-7122<br>(Counsel for Wells Fargo Bank Minnesota,<br>National<br>Association) |
| First Class Mail<br>Aldine Independent School District<br>Jonathan C. Hantke, Esquire<br>Pamela H. Walters, Esquire<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 | First Class Mail<br>DAP Products, Inc.<br>c/o Julien A. Hecht, Esquire<br>2400 Boston Street, Suite 200<br>Baltimore, MD 21224 |

| | |
|---|---|
| First Class Mail<br>Hertz, Schram & Saretsky, P.C.<br>(Counsel for Rupple K. Perry)<br>Robert S. Hertzberg, Esquire<br>Michael I. Zousmer, Esquire<br>1760 South Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302-0183 | First Class Mail<br>Steven B. Flancher, Esquire<br>Assistant Attorney General<br>Department of Attorney General<br>Revenue Division<br>First Floor Treasury Building<br>Lansing, MI 49992 |
| First Class Mail<br>Wilentz, Goldman & Spitzer<br>(Counsel for Asbestos Claimants)<br>Deirdre Woulfe Pacheco, Esquire<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095 | First Class Mail<br>Dechert Price & Rhoads<br>(Counsel for LaVantage Solutions)<br>Matthew A. Porter, Esquire<br>Bernard J. Bonn III, Esquire<br>Ten Post Office Square South<br>Boston, MA 02109 |
| First Class Mail<br>Burt Barr Havins & O'Dea, L.L.P.<br>(Counsel for Occidental Permian, Ltd.)<br>John W. Havins, Esquire<br>1001 McKinney, Suite 500<br>Houston, TX 77002 | First Class Mail<br>Mark Browning, Esquire, Asst Atty General<br>(Counsel for Texas Comptr. of Publ. Accts)<br>c/o Sherri K. Simpson, Legal Assistant<br>Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| First Class Mail<br>Leonard P. Goldberger, Esquire<br>(Counsel for Century Indemnity Company)<br>White & Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 | First Class Mail<br>Kay D. Brock Esquire<br>(Comptroller of Public Accounts of the State<br>of Texas)<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| First Class Mail<br>Cynthia C. Hemme, Esquire<br>Senior Counsel<br>Nortel Networks, Inc.<br>4010 E. Chapel Hill-Nelson Hwy.<br>Research Triangle Park, NC 27709 | First Class Mail<br>Daniel A. Speights, Esquire<br>(Counsel for Anderson Memorial Hospital)<br>Speights & Runyan<br>200 Jackson Avenue, East<br>P.O. Box 685<br>Hampton, SC 29924 |
| First Class Mail<br>(Counsel for WESCO Distribution, Inc.)<br>Julie Quagliano<br>Quagliano & Seeger<br>3242 P Street, NW<br>Washington, DC 20007 | First Class Mail<br>General Motors Acceptance Corporation<br>P.O. Box 5055<br>Troy, MI 48007-5055 |

| | |
|---|---|
| First Class Mail<br>(Counsel for Amalgamated Industries and Service Workers Benefit Fund)<br>Judith Greenspan, Esquire, Associate Counsel<br>The Amalgamated Industries and Service Workers Benefit Fund<br>730 Broadway, Tenth Floor<br>New York, NY 10003-9511 | First Class Mail<br>Donna J. Petrone, Esquire<br>ExxonMobil Chemical Company<br>Law Department - Bankruptcy<br>13501 Katy Freeway, Room W1-562<br>Houston, TX 77079-1398 |
| First Class Mail<br>(Counsel for Potash Corp.)<br>David W. Wirt, Esquire<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, IL 60601 | First Class Mail<br>Alan H. Katz, Esquire<br>Entergy Services, Inc.<br>693 Loyola Avenue, Suite 2600<br>New Orleans, LA 70113 |
| First Class Mail<br>Glen W. Morgan<br>Reaud, Morgan & Quinn, Inc.<br>801 Laurel<br>Beaumont, TX 77701 | First Class Mail<br>(Counsel for Huntsman Corporation)<br>Randall A. Rios<br>Floyd, Isgur, Rios & Wahrlich, P.C.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002 |
| First Class Mail<br>(Missouri Department of Revenue)<br>Missouri Department of Revenue<br>Bankruptcy Unit<br>Gary L. Barnhart<br>PO Box 475<br>Jefferson City, MO 65105-0475 | First Class Mail<br>(Zonolite Attic Litigation Plaintiffs)<br>Thomas M. Sobol, Esquire<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>214 Union Wharf<br>Boston, MA 02109-1216 |
| First Class Mail<br>(Zonolite Attic Litigation Plaintiffs)<br>Elizabeth J. Cabraser, Esquire<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embacadero Center West, 30th Floor<br>275 Battery Street<br>San Francisco, CA 94111 | First Class Mail<br>Scott Barker<br>Credit Manager<br>Climax Molybdenum Marketing Corporation<br>2600 N. Central Avenue<br>Phoenix, AZ 85004 |
| First Class Mail<br>Coudert Brothers<br>Attn: Joseph D. Farrell, Esquire and Edward H. Tillinghast, III, Esquire<br>11114 Avenue of the Americas<br>New York, NY 10036 | First Class Mail<br>Margery N. Reed, Esquire<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 |

| | |
|---|---|
| First Class Mail<br>Counsel for Marco Barbanti<br>Darrell W. Scott<br>Lukins & Annis, P.S.<br>1600 Washington Trust Financial Center<br>717 West Sprague Avenue<br>Spokane, WA 99201-0466 | Hand Delivery<br>(L.A. Unified School District)<br>William F. Taylor, Jr., Esquire<br>Elzufon Austin Reardon Tarlov & Mondell,<br>PA<br>300 Delaware Avenue, 17th Floor<br>P.O Box 1630<br>Wilmington, DE 19899 |