# EXHIBIT A

```
REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co. | Invoice Number  919846 |
| One Town Center Road | Invoice Date  01/29/02 |
| Boca Raton, FL  33486 | Client Number  172573 |
| | Matter Number  60026 |

Re: (60026)  Special Asbestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2001

| Date | Name | | Hours |
|---|---|---|---|
| 12/01/01 | Flatley | Preparation for Chicago meetings by reviewing deposition transcript and exhibits. | 3.20 |
| 12/02/01 | Cindrich | Document review. | 1.60 |
| 12/03/01 | Atkinson | Reviewing W. R. Grace documents in Boston, for production. | 3.10 |
| 12/03/01 | Butcher | Document Review | 5.70 |
| 12/03/01 | Cameron | E-mails and telephone call with R. Finke regarding conference calls concerning consultants (.7); Review e-mails and correspondence regarding current developments (.9). | 1.60 |
| 12/03/01 | Cindrich | Document review. | 9.60 |
| 12/03/01 | DeMarchi Sleigh | Document review | 10.00 |
| 12/03/01 | Devine | Document review. | 5.40 |
| 12/03/01 | Flatley | Reviewing outline for Chicago meetings (.80); reviewing documents for Chicago meetings (1.30); other preparation for Chicago meeting (.90); call with W. Sparks re: Chicago (.30). | 3.30 |

```
172573  W. R. Grace & Co.                          Invoice Number  919846
60026   Special Abestos Counsel                    Page     2
        January 29, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/03/01 | Haines | Multi memos re: test data (0.6); telephone call with Anderson re: document review (0.2); multi telephone calls with Green re: contract status (0.3); memos re: contract signatures (0.2); revise invoice miscodings in database (4.1); telephone call with Anderson re: box pick-up (0.2); memos re: same (0.3). | 5.90 |
| 12/03/01 | McDaniel | Document review | 3.10 |
| 12/03/01 | Muha | Document review. | 6.60 |
| 12/03/01 | Trevelise | Review correspondence re: document review issues (.1); conference with S. Haines re: status of document review and issues (.2). | .30 |
| 12/04/01 | Atkinson | Reviewing W. R. Grace documents in Boston, for production. | 8.00 |
| 12/04/01 | Bentz | Preparation for and attending witness interviews in Chicago. | 8.50 |
| 12/04/01 | Butcher | Document review | 6.30 |
| 12/04/01 | Cindrich | Document review. | 9.00 |
| 12/04/01 | DeMarchi Sleigh | Document review | 8.00 |
| 12/04/01 | Devine | Document review. | 8.70 |
| 12/04/01 | Flatley | Reviewing outlines and J. Bentz memos on Chicago trip (2.00); meetings in Chicago with R. Finke, W. Sparks, et al. (8.00). | 10.00 |
| 12/04/01 | Haines | Telephone call with Trevelise re: signed contract (0.1); memo re: same (0.1); memo to Atkinson re: document review schedule (0.1); telephone call with Green re: scanning progress (0.2); telephone call with Thornton re: same (0.1); revisions to database re: invoice miscodings (3.0). | 4.50 |

```
172573 W. R. Grace & Co.                         Invoice Number  919846
60026  Special Asbestos Counsel                  Page    3
       January 29, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/04/01 | Lord | Prepare and coordinate filing of supplemental Certificate of Service for Certificates of No Objection. | .70 |
| 12/04/01 | McDaniel | Document review | 5.10 |
| 12/04/01 | Muha | Document review. | 5.90 |
| 12/04/01 | Trevelise | Review correspondence re: document review issues. | .20 |
| 12/05/01 | Atkinson | Reviewing W. R. Grace documents in Boston, for production. | 8.60 |
| 12/05/01 | Bentz | Preparation for and attending witness interview in Chicago. | 8.00 |
| 12/05/01 | Butcher | Document review | 4.80 |
| 12/05/01 | Cameron | Prepare for and telephone call with R. Finke regarding possible consultant work (.5); Prepare and participate in conference call with R. Finke and consultants regarding projects, status and strategy (1.3); Review materials for fee application preparation (.9). | 2.70 |
| 12/05/01 | Cindrich | Document review. | 8.50 |
| 12/05/01 | DeMarchi Sleigh | Document review | 8.00 |
| 12/05/01 | Devine | Document review. | 7.80 |
| 12/05/01 | Flatley | Meeting in Chicago with W. Sparks, C. Sullivan, et al. and short follow up (4.70); reorganizing (.40). | 5.10 |
| 12/05/01 | Haines | Memorandum to Green re: original contract (0.1) memo to Atkinson re: document review schedule (0.1); memos to Green re: box tracking form (0.3); memo to Thornton re: unscannable procedure (0.1); revisions to database re: invoice miscodings (2.7). | 3.30 |

```
172573 W. R. Grace & Co.                          Invoice Number  919846
60026  Special Asbestos Counsel                   Page    4
       January 29, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/05/01 | McDaniel | Document review | 5.30 |
| 12/05/01 | Muha | Document review. | 6.20 |
| 12/06/01 | Atkinson | Reviewing W. R. Grace documents in Boston, for production. | 7.20 |
| 12/06/01 | Butcher | Document review | 8.00 |
| 12/06/01 | Cameron | Prepare for and participate in conference call with R. Finke, T. Hardy, L. Flatley, D. Kurchinsky and other Grace in-house lawyers regarding bankruptcy status and strategy for projects (.9); Review materials from R. Finke (.4). | 1.30 |
| 12/06/01 | Cindrich | Document review. | 9.00 |
| 12/06/01 | DeMarchi Sleigh | Document review | 4.40 |
| 12/06/01 | DelSole | Review of media reports (.4); review of EPA and CPSC reports regarding asbestos/Libby (1.0); research Daubert issues (1.0). | 2.50 |
| 12/06/01 | Devine | Document review. | 2.80 |
| 12/06/01 | Flatley | Reorganizing after Chicago trip (.80); preparation for conference call (.90); conference call with T. Harty, R. Finke, R. Senftleben, J. Hughes, D. Kuchinsky and D. Cameron (1.00); follow up with D. Cameron (.20). | 2.90 |
| 12/06/01 | Haines | Memorandum to Thornton re: unscannable procedures (0.7); memos re: box pick-up for 12/12/01 (0.5); telephone call with Thornton re: scanning progress (0.1); memos re: same (0.3); memo re: additional target sheets (0.1); memos re: unscannable procedures (0.6); revisions to database re: invoice miscodings (2.6). | 4.90 |
| 12/06/01 | McDaniel | Reviewed press clipping file | .20 |

```
172573  W. R. Grace & Co.                              Invoice Number  919846
60026   Special Asbestos Counsel                       Page    5
        January 29, 2002
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/06/01 | Muha | Document review. | 4.40 |
| 12/07/01 | Bentz | Preparation of memorandum regarding witness meetings (2.6); conference with L. Flatley regarding upcoming witness meetings (0.3). | 2.90 |
| 12/07/01 | Butcher | Document review | 8.00 |
| 12/07/01 | Cameron | Review e-mails and correspondence from Grace (.4); Prepare and revise memo and summary regarding consultant meetings and related issues (.9). | 1.30 |
| 12/07/01 | Cindrich | Document review. | 8.20 |
| 12/07/01 | Devine | Document review. | 7.40 |
| 12/07/01 | Flatley | Review files re: fact witnesses (1.60); organizing and reviewing accumulated correspondence (1.50). | 3.10 |
| 12/07/01 | Haines | Multi telephone calls with Anderson re: temp staffing at Winthrop (0.6); telephone call with Murphy re: same (0.1); revisions to database re: invoice miscodings (2.9). | 3.60 |
| 12/07/01 | Trevelise | Telephone calls with S. Haines re: status of document review (.1); review correspondence re: document review (.2). | .30 |
| 12/08/01 | Cameron | Review and provide initial comments to fee application materials (1.2); Review materials and e-mails regarding document review project and prepare draft summary of same (.9). | 2.10 |
| 12/09/01 | Atkinson | Reviewing, printing documents from Summation for associates' review. | 2.80 |
| 12/09/01 | Butcher | Document review | 1.50 |
| 12/09/01 | Cindrich | Document review. | 1.10 |

```
172573  W. R. Grace & Co.                              Invoice Number  919846
60026   Special Asbestos Counsel                       Page    6
        January 29, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/10/01 | Bentz | Reviewing and summarizing News Articles regarding Grace (0.75); preparation of memoranda regarding witness interviews (2.4). | 3.15 |
| 12/10/01 | Butcher | Document review | 8.00 |
| 12/10/01 | Cameron | E-mails regarding consultant issues and outlines for meeting. | .60 |
| 12/10/01 | Cindrich | Document review. | 9.10 |
| 12/10/01 | Devine | Document review. | 8.50 |
| 12/10/01 | Haines | Memo re: additional target sheets for Winthrop (0.1); conference with Trevelise re: document review status (0.2); memo to Trevelise re: same (0.6); revisions to database re: invoice miscodings (1.7); memo to Atkinson re: invoice miscoding corrections (0.2); telephone call with Anderson re: temp staffing (0.2). | 3.00 |
| 12/10/01 | Trevelise | Review correspondence from D. Cameron re: document review status and forward information to Cameron (.1); review correspondence re: status of document review (.1); conference with S. Haines re: progress of document review (.2). | .40 |
| 12/11/01 | Atkinson | Reviewing, printing documents from Summation for associates' review. | 1.20 |
| 12/11/01 | Bentz | Preparation of memoranda regarding witness interviews. | .80 |
| 12/11/01 | Butcher | Document review | 5.00 |
| 12/11/01 | Cameron | Prepare for and participate in conference call with A. Running and various in-house Grace counsel regarding open issues with consultants | .70 |
| 12/11/01 | Cindrich | Document review. | 9.00 |
| 12/11/01 | DeMarchi Sleigh | Document review | 4.40 |

```
172573 W. R. Grace & Co.                          Invoice Number  919846
60026  Special Asbestos Counsel                   Page    7
       January 29, 2002
```

| Date | Name | | Hours |
|------|------|---|------|
| 12/11/01 | Devine | Document review. | 8.70 |
| 12/11/01 | Flatley | Reviewing correspondence. | .20 |
| 12/11/01 | Haines | Document review (4.7); memos re: box pick-up and delivery to Cambridge (0.3); memos re: revised coding instructions (0.3); review unscannable boxes from Lason (0.6); conference with Anderson re: same (0.2); answer temps' coding questions (0.8). | 6.90 |
| 12/11/01 | Muha | Document review. | 7.20 |
| 12/12/01 | Bentz | Preparation of memoranda regarding witness interviews. | 2.00 |
| 12/12/01 | Butcher | Document review | 8.00 |
| 12/12/01 | Cameron | Telephone conference with J. Restivo re: EPA's attempt to remove attic insulation in Libby and various e-mails re: same (.50); review materials for fee applications (.30) | .80 |
| 12/12/01 | Cindrich | Document review. | 8.60 |
| 12/12/01 | DeMarchi Sleigh | Document review | 10.20 |
| 12/12/01 | Devine | Document review. | 8.60 |
| 12/12/01 | Flatley | Review correspondence (.50); review article and e-mail to D. Kuchinsky, R. Senftleben, et al. about article (1.40). | 1.90 |
| 12/12/01 | Haines | Document review (5.2); coding instructions for temps (0.7); memos re: revised name list and plant list (0.4); memos to ONSS re: problem boxes (0.2); memos to ONSS re: status of coding (0.2); telephone calls re: box count and next week's pick-up (0.3); conference with Anderson re: review status and boxes for Cambridge (0.3). | 7.30 |

```
172573  W. R. Grace & Co.                                    Invoice Number  919846
60026   Special Asbestos Counsel                             Page    8
        January 29, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/12/01 | Muha | Document review. | 1.00 |
| 12/12/01 | Restivo | Conference calls with Messrs. Finke, Beber and Senftleben | .70 |
| 12/12/01 | Trevelise | Telephone call with S. Haines re: status of document review in Boston and Cambridge. | .10 |
| 12/13/01 | Bentz | Preparation of memoranda regarding witness interviews (1.7); review of news articles regarding Grace (1.2). | 2.90 |
| 12/13/01 | Butcher | Document review | 6.50 |
| 12/13/01 | Cindrich | Document review. | 9.00 |
| 12/13/01 | DeMarchi Sleigh | Document review | 7.50 |
| 12/13/01 | Devine | Document review. | 8.90 |
| 12/13/01 | Flatley | Review DEC memo re: expert meeting and attachments to it and follow up. | 1.70 |
| 12/13/01 | Haines | Document review (1.7); memos re: box pick-up and scanning status (0.3); conference with Anderson re: temp staffing (0.2); conference with Ashenuga re: coding questions (0.3); memos re: review of problem boxes (0.3). | 2.80 |
| 12/14/01 | Bentz | Review of news articles and preparation of summaries (0.7); preparation of memoranda regarding witness interviews (1.5). | 2.20 |
| 12/14/01 | Butcher | Document review | 8.00 |
| 12/14/01 | Cameron | Prepare and revise memos regarding conference calls and strategy and review air sample data. | 1.10 |
| 12/14/01 | Cindrich | Document review. | 5.60 |
| 12/14/01 | DeMarchi Sleigh | Document review | 8.60 |
| 12/14/01 | Devine | Document review. | 7.70 |

```
172573 W. R. Grace & Co.                          Invoice Number  919846
 60026 Special Asbestos Counsel                   Page      9
       January 29, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/14/01 | Haines | Multi telephone calls re: non-responsive boxes (0.3); memos re: same (0.3); memos re: box pick-up for 12/19/01 (0.4); memo to Atkinson re: review schedule (0.2). | 1.20 |
| 12/15/01 | Cameron | Revise memos regarding consultant projects and strategy. | .90 |
| 12/16/01 | Cameron | Review draft fee applications and provide final comments regarding same. | 1.30 |
| 12/16/01 | Cindrich | Document review. | 2.60 |
| 12/17/01 | Atkinson | Reviewing W. R. Grace documents in Boston, for production. | 8.30 |
| 12/17/01 | Bentz | Preparation of memoranda regarding witness interviews (1.0); review and summary of news articles regarding Grace (0.75). | 1.75 |
| 12/17/01 | Butcher | Document review | 8.40 |
| 12/17/01 | Cameron | Finalize various memos regarding consultants and open issues. | .90 |
| 12/17/01 | Cindrich | Document review. | 4.70 |
| 12/17/01 | DeMarchi Sleigh | Document review | 4.70 |
| 12/17/01 | Devine | Document review. | 8.70 |
| 12/17/01 | Flatley | Catching up on correspondence, including D. Cameron memos, etc. (1.30); review MSHA memorandum on Libby tests and short memo outlining points (1.10). | 2.40 |
| 12/17/01 | Haines | Telephone calls re: scanning invoices for November and December (0.4); memos re: same (0.4); conference with Trevelise re: same (0.1); telephone call with Atkinson (0.1); memo to Atkinson re: January schedule (0.1); memos re: pick-up from this week (0.3); memos re: additional target sheets (0.1); review memo re: status of | 1.40 |

```
172573 W. R. Grace & Co.                        Invoice Number  919846
60026  Special Abestos Counsel                  Page   10
       January 29, 2002


    Date     Name                                                         Hours
    ----     ----                                                         -----

                              initial and attorney reviews
                              (0.2); memos re: same (0.1).

    12/17/01 Restivo          Review recently-received materials           .50

    12/17/01 Trevelise        Review and revise memo outlining             .20
                              status of document review.

    12/18/01 Atkinson         Reviewing W. R. Grace documents in          8.10
                              Boston, for production.

    12/18/01 Butcher          Document review                             8.20

    12/18/01 Cindrich         Document review.                            7.70

    12/18/01 DeMarchi Sleigh  Document review                             2.20

    12/18/01 Devine           Document review.                            8.30

    12/18/01 Haines           Multi memos re: box pick-up for             1.40
                              12/19/01 (0.3); memo re: box
                              return (0.2); memos re: invoice
                              (0.3); telephone calls with Green
                              re: invoice (0.4); telephone call
                              with Atkinson re: box status (0.2).

    12/18/01 Lord             Prepare Certificate of No                    .90
                              Objection to Reed Smith's October
                              fee application (.4); prepare
                              service and coordinate filing of
                              same (.5).

    12/19/01 Atkinson         Reviewing W. R. Grace documents in          8.00
                              Boston, for production.

    12/19/01 Bentz            Review of news articles regarding            .90
                              Grace and preparation of summary.

    12/19/01 Butcher          Document review                             8.00

    12/19/01 Cameron          Review draft fee applications and            .90
                              provide comments.

    12/19/01 Cindrich         Document review.                            7.80

    12/19/01 DeMarchi Sleigh  Document review                             5.90

    12/19/01 Devine           Document review.                            8.40
```

```
172573  W. R. Grace & Co.                          Invoice Number  919846
60026   Special Asbestos Counsel                   Page   11
        January 29, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/19/01 | Flatley | Message from A. Running and response (.10); with J. Bentz re: status (.20). | .30 |
| 12/19/01 | Haines | Multi telephone calls with Green re: invoice (0.3); telephone call with Thornton re: scanning status (0.2); multi telephone calls with Murphy re: same (0.3); memos re: box pick-up schedule (0.5); memos re: invoice (0.5); telephone call with Byrne re: same (0.1). | 1.90 |
| 12/19/01 | McDaniel | Document review | 2.80 |
| 12/19/01 | Muha | Document review. | 2.70 |
| 12/19/01 | Trevelise | Review correspondence and conference with S. Haines re: scanning company invoice. | .20 |
| 12/20/01 | Atkinson | Reviewing W. R. Grace documents in Boston, for production (2.1); travel from Boston (2.5). | 4.60 |
| 12/20/01 | Bentz | Preparation of memoranda regarding news articles regarding Grace. | .60 |
| 12/20/01 | Butcher | Document review | 7.00 |
| 12/20/01 | Cindrich | Document review. | 6.40 |
| 12/20/01 | DeMarchi Sleigh | Document review | 3.90 |
| 12/20/01 | Devine | Document review. | 4.10 |
| 12/20/01 | Haines | Memos re: review of problem boxes (0.4); memo re: change to privilege/counsel list (0.1); telephone call with Thornton re: scanning sheets and projected schedules and changes (0.6); telephone call with Syres re: On-Site invoice (0.1); memo to Thornton re: weekly status (0.3); memos re: On-Site communication procedures (0.3); two telephone calls with Hill re: On-Site invoice (0.2). | 2.00 |

```
172573  W. R. Grace & Co.                          Invoice Number  919846
60026   Special Asbestos Counsel                   Page   12
        January 29, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/20/01 | Muha | Document review. | 8.80 |
| 12/21/01 | Bentz | Conference with A. Muha regarding preparation of historical information. | .50 |
| 12/21/01 | Butcher | Document review | 6.00 |
| 12/21/01 | Cindrich | Document review. | 4.80 |
| 12/21/01 | DeMarchi Sleigh | Document review | 2.50 |
| 12/21/01 | Devine | Document review. | 6.80 |
| 12/21/01 | Haines | Telephone call with Green re: meeting at On-Site on 12/27/01 (0.1); memos re: same (0.3); memo to Atkinson re: feedback for On-Site (0.1); review status e-mails re: non-responsive boxes (0.3). | .80 |
| 12/21/01 | Muha | Document review. | 4.70 |
| 12/21/01 | Trevelise | Review correspondence re: scanning status (.1); conference with S. Haines re: status of document review and scanning project (.1). | .20 |
| 12/24/01 | Antezana | Document review re various witnesses for meetings. | 3.40 |
| 12/24/01 | Devine | Document review. | 3.30 |
| 12/26/01 | Antezana | Document review re various witnesses for meetings. | .50 |
| 12/26/01 | Atkinson | Printing documents from Summation for associates' review. | 1.30 |
| 12/26/01 | Bentz | Review of news articles regarding Grace. | .50 |
| 12/26/01 | DeMarchi Sleigh | Document review | 8.00 |
| 12/26/01 | Haines | Multi memos re: meeting with On-Site re: coding/imaging issues (0.3); telephone call with Green re: same (0.2); memo to Atkinson re: feedback for On-Site re: imaging issues (0.2); review | 2.00 |

```
172573  W. R. Grace & Co.                              Invoice Number  919846
60026   Special Asbestos Counsel                       Page   13
        January 29, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| | | scanning contract, current scanning questions/issues during travel to New York City for meeting with vendor (1.3). | |
| 12/26/01 | Lord | Review and edit fifth monthly fee application (.4); prepare service and coordinate filing of same. | .90 |
| 12/26/01 | Trevelise | Review correspondence re: status of attorney document review. | .10 |
| 12/27/01 | Antezana | Preparing witness binders for various witnesses. | 2.40 |
| 12/27/01 | Atkinson | Reviewing lists and printing documents from Summation for associates' review (2.8); e-mails to Systems, S. Haines re: loading CDs to Summation (.3). | 3.10 |
| 12/27/01 | Bentz | Reviewing and summarizing news articles regarding Grace and Libby. | 1.70 |
| 12/27/01 | Butcher | Document review | 8.50 |
| 12/27/01 | Cameron | Review materials relating to recent bankruptcy hearing (.6); Review materials regarding consultant meetings (.7). | 1.30 |
| 12/27/01 | Cindrich | Document review. | 8.10 |
| 12/27/01 | DeMarchi Sleigh | Document review | 7.90 |
| 12/27/01 | Devine | Document review. | 9.10 |
| 12/27/01 | Haines | Meeting with scanning vendor re: coding/imaging issues (4.6); draft scanning memo during return travel to Philadelphia (1.0). | 5.60 |
| 12/27/01 | McDaniel | Document review | 1.10 |
| 12/27/01 | Muha | Document review. | 2.30 |
| 12/27/01 | Trevelise | Review correspondence re: scanning project (.1); conference with S. Haines re: meeting with OSS (.1). | .20 |

```
172573 W. R. Grace & Co.                                Invoice Number  919846
60026  Special Asbestos Counsel                         Page   14
       January 29, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/28/01 | Antezana | Preparing witness binders. | 3.00 |
| 12/28/01 | Butcher | Document review | 7.50 |
| 12/28/01 | Cindrich | Document review. | 8.20 |
| 12/28/01 | DeMarchi Sleigh | Document review | 3.80 |
| 12/28/01 | Devine | Document review. | 8.50 |
| 12/28/01 | Haines | Multi memos to Atkinson re: loading of On-Site data and attorney review (0.2); telephone call with Darby re: same (0.1); memo to Hindman re: program for attachment pages in Summation (0.2); review and respond to weekly status On-Site memo (0.6). | 1.10 |
| 12/28/01 | Muha | Document review. | 4.30 |
| 12/29/01 | Atkinson | Printing documents from Summation for associates' review. | 1.60 |
| 12/31/01 | Atkinson | Reviewing Summaries and printing documents from Summation for associates' review. | 2.50 |
| 12/31/01 | Butcher | Document review | 4.30 |
| 12/31/01 | Cindrich | Document review. | 4.40 |
| 12/31/01 | DeMarchi Sleigh | Document review | 4.70 |
| 12/31/01 | Devine | Document review. | 7.90 |
| 12/31/01 | Haines | Memo to initial review team re: outstanding scanning issues (0.8); memo to Thornton re: box status spread sheet (0.1). | .90 |
| 12/31/01 | Muha | Document review. | .50 |

```
                                                        TOTAL HOURS   823.80
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Trevelise | 2.20 at | $ 325.00 = | 715.00 |
| James J. Restivo Jr. | 1.20 at | $ 380.00 = | 456.00 |

```
172573  W. R. Grace & Co.                              Invoice Number  919846
60026   Special Asbestos Counsel                       Page  15
        January 29, 2002
```

| Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Lawrence E. Flatley      |  34.10 | at | $ 340.00 | = | 11,594.00 |
| Douglas E. Cameron       |  17.50 | at | $ 325.00 | = |  5,687.50 |
| James W Bentz            |  36.40 | at | $ 260.00 | = |  9,464.00 |
| Stephen J. DelSole       |   2.50 | at | $ 250.00 | = |    625.00 |
| Patricia E. Antezana     |   9.30 | at | $ 180.00 | = |  1,674.00 |
| Scott M. Cindrich        | 143.00 | at | $ 180.00 | = | 25,740.00 |
| Lisa D. DeMarchi Sleigh  | 104.70 | at | $ 180.00 | = | 18,846.00 |
| Bryan C. Devine          | 139.60 | at | $ 180.00 | = | 25,128.00 |
| Jayme L. Butcher         | 127.70 | at | $ 180.00 | = | 22,986.00 |
| Jeffrey A. McDaniel      |  17.60 | at | $ 180.00 | = |  3,168.00 |
| Andrew J. Muha           |  56.60 | at | $ 180.00 | = | 10,188.00 |
| M. Susan Haines          |  60.50 | at | $ 135.00 | = |  8,167.50 |
| John B. Lord             |   2.50 | at | $ 130.00 | = |    325.00 |
| Maureen L. Atkinson      |  68.40 | at | $ 110.00 | = |  7,524.00 |

```
                    CURRENT FEES                             152,288.00

                                                            -------------
                    TOTAL BALANCE DUE UPON RECEIPT          $ 152,288.00
                                                            =============
```