# EXHIBIT B

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                    Invoice Number      919846
One Town Center Road                              Invoice Date      01/29/02
Boca Raton, FL   33486                            Client Number       172573
                                                  Matter Number        60026

Re: Special Abestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 30.14 |
| Documentation Charge | 117.25 |
| Duplicating/Printing | 592.00 |
| Postage Expense | 3.89 |
| Express Mail Service | 28.33 |
| Courier Service | 122.98 |
| Outside Duplicating | 23.32 |
| Secretarial Overtime | 1,095.00 |
| Lodging | 4,015.39 |
| Transportation | 90.00 |
| Air Travel Expense | 8,394.48 |
| Rail Travel Expense | 5.00 |
| Taxi Expense | 541.60 |
| Mileage Expense | 120.76 |
| Meal Expense | 442.34 |
| Telephone - Outside | 233.86 |
| General Expense | 27,168.77 |

                   CURRENT EXPENSES           43,025.11
                                             --------------

                   TOTAL BALANCE DUE UPON RECEIPT   $ 43,025.11
                                             ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                  Invoice Number        919846
One Town Center Road                             Invoice Date        01/29/02
Boca Raton, FL    33486                           Client Number         172573
                                                 Matter Number          60026

Re: (60026)  Special Abestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/09/01 | Courier Service UPS | 62.45 |
| 11/13/01 | ATKINSON/MAUREEN L<br>13NOV PIT BOS PIT | 1065.00 |
| 11/18/01 | Documentation Charge - INV 4016 - VENDOR:<br>PARCELS, INC.-D D R | 117.25 |
| 11/21/01 | FLATLEY/LAWRENCE E<br>04DEC PIT ORD PIT | 1017.00 |
| 11/21/01 | ATKINSON/MAUREEN L<br>26NOV PIT BOS PIT | 1012.99 |
| 11/26/01 | ATKINSON/MAUREEN L<br>26NOV PIT BOS PIT | 1065.00 |
| 11/27/01 | Courier Service UPS | 8.17 |
| 11/27/01 | Courier Service UPS | 8.62 |
| 11/27/01 | Express Mail Service FEDEX INV 11/27/01 | 28.33 |
| 11/29/01 | BENTZ/JAMES W<br>03DEC BWI ORD PIT | 719.00 |
| 12/03/01 | ATTY # 0396: 8 COPIES | 1.20 |
| 12/03/01 | ATTY # 0349: 9 COPIES | 1.35 |
| 12/03/01 | ATTY # 0396: 16 COPIES | 2.40 |
| 12/03/01 | ATTY # 0396: 5 COPIES | .75 |
| 12/03/01 | ATTY # 0396: 5 COPIES | .75 |

```
172573  W. R. Grace & Co.                          Invoice Number  919846
60026   Special Abestos Counsel                    Page    2
        January 29, 2002
```

| Date | Description | Amount |
|---|---|---|
| 12/03/01 | ATTY # 0235: 4 COPIES | .60 |
| 12/03/01 | ATTY # 0235: 2 COPIES | .30 |
| 12/03/01 | ATTY # 0235: 1 COPIES | .15 |
| 12/03/01 | 617-542-3025/BOSTON, MA/4 | .60 |
| 12/03/01 | ATTY # 0396; 20 COPIES | 3.00 |
| 12/03/01 | ATTY # 0349; 71 COPIES | 10.65 |
| 12/03/01 | ATTY # 0710; 4 COPIES | .60 |
| 12/03/01 | Secretarial Overtime PRINTING SUMMATION DOCUMENTS FOR REVIEW BY ATTORNEYS | 795.00 |
| 12/03/01 | 617-542-3025/BOSTON, MA/2 | .23 |
| 12/03/01 | 617-542-3025/BOSTON, MA/2 | .28 |
| 12/03/01 | Courier Service UPS | 43.74 |
| 12/03/01 | ROSSI/M SUSAN 10DEC PHL BOS PHL | 654.50 |
| 12/03/01 | FLATLEY/LAWRENCE E 04DEC PIT ORD PIT | 1119.00 |
| 12/04/01 | ATTY # 0885: 1 COPIES | .15 |
| 12/04/01 | 617-542-3025/BOSTON, MA/3 | .51 |
| 12/04/01 | ATTY # 0718; 42 COPIES | 6.30 |
| 12/04/01 | ATKINSON/MAUREEN L 11DEC PIT BOS PIT | 960.99 |
| 12/05/01 | 561-362-2800/BOCA RATON, FL/1 | .16 |
| 12/05/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/05/01 | ATTY # 0709; 3 COPIES | .45 |
| 12/05/01 | ATTY # 0856; 3 COPIES | .45 |
| 12/05/01 | ATTY # 0856; 3 COPIES | .45 |
| 12/05/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/05/01 | Secretarial Overtime PRINTING DOCUMENTS FROM SUMMATION PRINTING DOCUMENTS FROM SUMMATION | 300.00 |

```
172573  W. R. Grace & Co.                        Invoice Number  919846
60026   Special Abestos Counsel                  Page   3
        January 29, 2002
```

| | | |
|---|---|---|
| 12/06/01 | Postage Expense | 1.72 |
| 12/06/01 | ATTY # 0396: 1 COPIES | .15 |
| 12/06/01 | ATTY # 0396: 1 COPIES | .15 |
| 12/06/01 | ATTY # 0396; 35 COPIES | 5.25 |
| 12/06/01 | 212-252-9700/NEW YORK, NY/16 | 1.80 |
| 12/06/01 | ATKINSON/MAUREEN L<br>16DEC PIT BOS PIT | 529.00 |
| 12/07/01 | Meal Expense - : JAMES W. BENTZ CHICAGO<br>12/3-5/01 | 35.13 |
| 12/07/01 | Lodging - - VENDOR: JAMES W. BENTZ CHICAGO<br>12/3-5/01 | 434.32 |
| 12/07/01 | Taxi Expense : JAMES W. BENTZ CHICAGO 12/3-5/01 | 80.00 |
| 12/07/01 | Telephone - Outside - : JAMES W. BENTZ CHICAGO<br>12/3-5/01 | 153.45 |
| 12/07/01 | 617-542-7987/BOSTON, MA/11 | 1.20 |
| 12/08/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/08/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/08/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/08/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/08/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/08/01 | ATTY # 0856; 51 COPIES | 7.65 |
| 12/08/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/08/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/08/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/08/01 | ATTY # 0856; 3 COPIES | .45 |
| 12/08/01 | ATTY # 0856; 6 COPIES | .90 |
| 12/09/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/09/01 | ATTY # 0856; 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                          Invoice Number  919846
60026  Special Abestos Counsel                     Page   4
       January 29, 2002
```

| | | |
|---|---|---|
| 12/09/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/09/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/09/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/09/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/09/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/10/01 | Meal Expense -  S HELBLING - LUNCH | 5.34 |
| 12/10/01 | Meal Expense - S HELBLING - LUNCH - 12/01 | 4.81 |
| 12/10/01 | Mileage Expense -  S HELBLING - MILEAGE ON 12/01 | 6.82 |
| 12/10/01 | Meal Expense -  LUNCH - M. LASZCYNSKI | 4.06 |
| 12/10/01 | Transportation - PARKING M LASZCYNSKI | 5.00 |
| 12/10/01 | Mileage Expense - -M LASZCYNSKI | 11.52 |
| 12/10/01 | 617-542-3025/BOSTON, MA/2 | .18 |
| 12/10/01 | ATTY # 0885: 9 COPIES | 1.35 |
| 12/10/01 | ATTY # 0856: 15 COPIES | 2.25 |
| 12/10/01 | ATTY # 0885: 1 COPIES | .15 |
| 12/10/01 | ATTY # 0885: 1 COPIES | .15 |
| 12/10/01 | ATTY # 0178: 8 COPIES | 1.20 |
| 12/10/01 | ATTY # 0559: 10 COPIES | 1.50 |
| 12/10/01 | ATTY # 0559: 30 COPIES | 4.50 |
| 12/10/01 | ATTY # 0885: 4 COPIES | .60 |
| 12/11/01 | Lodging - - VENDOR: LAWRENCE E. FLATLEY CHICAGO 12/4-5/01 | 217.16 |
| 12/11/01 | Taxi Expense - : LAWRENCE E. FLATLEY CHICAGO 12/4-5/01 | 43.00 |
| 12/11/01 | Mileage Expense : LAWRENCE E. FLATLEY CHICAGO 12/4-5/01 | 18.60 |
| 12/11/01 | Transportation -: LAWRENCE E. FLATLEY CHICAGO 12/4-5/01 | 18.00 |

172573  W. R. Grace & Co.                          Invoice Number  919846
60026   Special Abestos Counsel                    Page   5
        January 29, 2002


12/11/01   Telephone - Outside - : LAWRENCE E. FLATLEY        13.50
           CHICAGO 12/4-5/01

12/11/01   ATTY # 0856; 1 COPIES                                .15

12/11/01   ATTY # 0559: 7 COPIES                               1.05

12/11/01   ATTY # 0885: 8 COPIES                               1.20

12/11/01   ATTY # 0559: 4 COPIES                                .60

12/11/01   ATTY # 0559: 4 COPIES                                .60

12/11/01   ATTY # 0559: 4 COPIES                                .60

12/11/01   ATTY # 0559: 4 COPIES                                .60

12/11/01   ATTY # 0559: 2 COPIES                                .30

12/12/01   ATTY # 0885: 13 COPIES                              1.95

12/12/01   561-362-1533/BOCA RATON, FL/19                      2.92

12/13/01   Lodging - - VENDOR: JAMES J. RESTIVO, JR.         463.98
           PHOENIX 11/2/01

12/13/01   Telephone - Outside - : JAMES J. RESTIVO, JR.      14.58
           PHOENIX 11/2/01

12/13/01   Taxi Expense -: YELLOW CAB CO.#12936 11-01-01      23.40

12/13/01   Taxi Expense -: YELLOW CAB CO.#12963 11-15-01      23.20

12/13/01   Taxi Expense -: YELLOW CAB CO.#12946 11-07-01      23.60

12/13/01   Taxi Expense - : YELLOW CAB CO.#12943 11-06-01     23.40

12/13/01   Taxi Expense - : YELLOW CAB CO.#12970 11-19-01     23.20

12/13/01   Taxi Expense - : YELLOW CAB CO.#12958 11-14-01     23.80

12/13/01   ATTY # 0885; 13 COPIES                              1.95

12/13/01   ATTY # 0885: 1 COPIES                               .15

12/14/01   Outside Duplicating - - VENDOR: DITTO DOCUMENT     23.32
           SERVICES, INC. DOC. PROD./TABS

12/14/01   302-778-7577/WILMINGTON, DE/1                       .15

12/14/01   ATTY # 0885; 32 COPIES                             4.80

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
        January 29, 2002

Invoice Number  919846
Page    6

| | | |
|---|---|---:|
| 12/14/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/14/01 | ATTY # 0885: 8 COPIES | 1.20 |
| 12/14/01 | ATTY # 0885: 2 COPIES | .30 |
| 12/14/01 | ATTY # 0885: 12 COPIES | 1.80 |
| 12/14/01 | ATTY # 0885: 13 COPIES | 1.95 |
| 12/14/01 | ATTY # 0885: 2 COPIES | .30 |
| 12/14/01 | ATTY # 0885: 8 COPIES | 1.20 |
| 12/14/01 | ATTY # 0885: 2 COPIES | .30 |
| 12/15/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/15/01 | ATTY # 0856; 45 COPIES | 6.75 |
| 12/15/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/15/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/15/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/15/01 | ATTY # 0559: 2 COPIES | .30 |
| 12/15/01 | ATTY # 0856: 30 COPIES | 4.50 |
| 12/15/01 | ATTY # 0559: 3 COPIES | .45 |
| 12/15/01 | ATTY # 0856: 14 COPIES | 2.10 |
| 12/16/01 | ATTY # 0559: 5 COPIES | .75 |
| 12/16/01 | ATTY # 0559: 3 COPIES | .45 |
| 12/16/01 | ATTY # 0559: 2 COPIES | .30 |
| 12/17/01 | Postage Expense | .57 |
| 12/17/01 | Postage Expense | .80 |
| 12/17/01 | Postage Expense | .80 |
| 12/17/01 | Meal Expense - LUNCH - M. LASZCYNSKI | 6.41 |
| 12/17/01 | Transportation - PARKING - M. LASZCYNSKI | 5.00 |
| 12/17/01 | Transportation -  PARKING - M. LASZCYNSKI | 5.00 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       January 29, 2002

| | | |
|---|---|---:|
| 12/17/01 | Mileage Expense - M. LASZYNSKI | 11.52 |
| 12/17/01 | ATTY # 0885; 24 COPIES | 3.60 |
| 12/17/01 | ATTY # 0885; 48 COPIES | 7.20 |
| 12/17/01 | ATTY # 0559; 15 COPIES | 2.25 |
| 12/17/01 | ATTY # 0396; 18 COPIES | 2.70 |
| 12/17/01 | ATTY # 0559: 4 COPIES | .60 |
| 12/17/01 | ATTY # 0885: 24 COPIES | 3.60 |
| 12/17/01 | ATTY # 0885: 3 COPIES | .45 |
| 12/17/01 | ATTY # 0885: 3 COPIES | .45 |
| 12/17/01 | ATTY # 0559: 16 COPIES | 2.40 |
| 12/17/01 | ATTY # 0559: | .15 |
| 12/17/01 | ATTY # 0885: 3 COPIES | .45 |
| 12/17/01 | ATTY # 0396: 1 COPIES | .15 |
| 12/17/01 | ATTY # 0559: 3 COPIES | .45 |
| 12/17/01 | ATTY # 0885: 1 COPIES | .15 |
| 12/17/01 | ATTY # 0349: 1 COPIES | .15 |
| 12/17/01 | ATTY # 0396: 1 COPIES | .15 |
| 12/17/01 | ATTY # 0885: 2 COPIES | .30 |
| 12/17/01 | ATTY # 0178: 2 COPIES | .30 |
| 12/17/01 | ATTY # 0178: 2 COPIES | .30 |
| 12/17/01 | ATTY # 0178: 2 COPIES | .30 |
| 12/18/01 | MEAL EXPENSE/W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON, MA 11/26 - 11/28/01 (M. SUSAN HAINES) | 28.50 |
| 12/18/01 | LODGING/W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON, MA 11/26 - 11/28/01 (M. SUSAN HAINES) | 470.04 |
| 12/18/01 | Taxi Expense -: M. SUSAN HAINES/W.R. GRACE DOCUMENT IN BOSTON, MA 11/26 - 11/28/01 | 99.00 |
| 12/18/01 | Meal Expense - MLA 12/10/01 | 12.51 |

172573 W. R. Grace & Co.                                    Invoice Number  919846
60026  Special Abestos Counsel                              Page   8
       January 29, 2002

| | | |
|---|---|---|
| 12/18/01 | Meal Expense - MLA 12/12/01 | 11.07 |
| 12/18/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/18/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/18/01 | ATTY # 0885; 2 COPIES | .30 |
| 12/18/01 | ATTY # 0856; 2 COPIES | .30 |
| 12/18/01 | ATTY # 0718; 36 COPIES | 5.40 |
| 12/18/01 | ATTY # 0885: 1 COPIES | .15 |
| 12/18/01 | ATTY # 3619: 12 COPIES | 1.80 |
| 12/18/01 | ATTY # 0685: 37 COPIES | 5.55 |
| 12/18/01 | ATTY # 3619: 18 COPIES | 2.70 |
| 12/18/01 | ATTY # 0685: 15 COPIES | 2.25 |
| 12/18/01 | 617-542-3025/BOSTON, MA/2 | .25 |
| 12/19/01 | Telephone - Outside - :JAMES J RESTIVO, JR | 24.45 |
| 12/19/01 | 561-362-1583/BOCA RATON, FL/1 | .16 |
| 12/19/01 | ATTY # 0349: 1 COPIES | .15 |
| 12/19/01 | 215-851-1457/PHILA, PA/1 | .30 |
| 12/19/01 | 212-252-9700/NEW YORK, NY/1 | .33 |
| 12/19/01 | 617-426-5900/BOSTON, MA/6 | 1.97 |
| 12/19/01 | 212-252-9700/NEW YORK, NY/2 | .66 |
| 12/20/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/20/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/20/01 | ATTY # 0885; 36 COPIES | 5.40 |
| 12/20/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/20/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/20/01 | ATTY # 0349: 4 COPIES | .60 |
| 12/20/01 | ATTY # 0885: 2 COPIES | .30 |

172573 W. R. Grace & Co.
60026  Special Asbestos Counsel
       January 29, 2002

Invoice Number  919846
Page   9

| 12/20/01 | ATTY # 0885: 3 COPIES | .45 |
|---|---|---|
| 12/20/01 | ATTY # 0349: 2 COPIES | .30 |
| 12/20/01 | ATTY # 0885: 1 COPIES | .15 |
| 12/20/01 | ATTY # 0885: 1 COPIES | .15 |
| 12/20/01 | ATTY # 0885: 3 COPIES | .45 |
| 12/20/01 | ATTY # 0885: 3 COPIES | .45 |
| 12/20/01 | 305-373-4900/MIAMI, FL/5 | 1.62 |
| 12/20/01 | 212-252-9700/NEW YORK, NY/18 | 6.25 |
| 12/21/01 | MEALS RE: TRAVEL EXPENSE/W.R. GRACE FILE MANAGEMENT IN BOSTON, MA. 12/10- 12/13/01- SUSAN HAINES | 52.54 |
| 12/21/01 | LODGING RE: TRAVEL EXPENSE/W.R. GRACE FILE MANAGEMENT IN BOSTON, MA. 12/10- 12/13/01- SUSAN HAINES - | 583.84 |
| 12/21/01 | TAXI'S RE: TRAVEL EXPENSES/W.R. GRACE FILE MANAGEMENT IN BOSTON, MA. 12/10- 12/13/01- SUSAN HAINES | 97.00 |
| 12/21/01 | Mileage Expense - S HELBLING 12/15 | 6.82 |
| 12/21/01 | Meal Expense - - S HELBLING - LUNCH 12/15 | 6.41 |
| 12/21/01 | Meal Expense -M LASZCYNSKI | 5.65 |
| 12/21/01 | Transportation -  PARKING - M LASZCYNSKI | 5.00 |
| 12/21/01 | ATTY # 0349; 3 COPIES | .45 |
| 12/21/01 | ATTY # 0349; 54 COPIES | 8.10 |
| 12/21/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/21/01 | ATTY # 0559: 4 COPIES | .60 |
| 12/21/01 | ATTY # 0559: 4 COPIES | .60 |
| 12/21/01 | ATTY # 0559: 4 COPIES | .60 |
| 12/21/01 | ATTY # 0349: 1 COPIES | .15 |
| 12/21/01 | ATTY # 0559: 7 COPIES | 1.05 |

```
172573  W. R. Grace & Co.                    Invoice Number  919846
60026   Special Abestos Counsel              Page  10
        January 29, 2002
```

| | | |
|---|---|---:|
| 12/21/01 | ATTY # 0559: 4 COPIES | .60 |
| 12/21/01 | ATTY # 0685: 18 COPIES | 2.70 |
| 12/21/01 | 727-395-6742/STPETERSBG, FL/23 | 7.45 |
| 12/22/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/22/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/22/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/22/01 | ATTY # 0856; 2 COPIES | .30 |
| 12/22/01 | ATTY # 0856; 50 COPIES | 7.50 |
| 12/22/01 | ATTY # 0856; 2 COPIES | .30 |
| 12/22/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/22/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/22/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/22/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/22/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/26/01 | ATTY # 4077; 2258 COPIES | 225.80 |
| 12/26/01 | ATTY # 4077; 1469 COPIES | 146.90 |
| 12/26/01 | ATTY # 0559; 8 COPIES | 1.20 |
| 12/26/01 | ATTY # 0718; 118 COPIES | 17.70 |
| 12/26/01 | Telephone Expense | 3.12 |
| 12/26/01 | ATTY # 1274: 3 COPIES | .45 |
| 12/26/01 | ATTY # 0235: 4 COPIES | .60 |
| 12/26/01 | ATTY # 0685: 2 COPIES | .30 |
| 12/26/01 | ATTY # 0685: 6 COPIES | .90 |
| 12/27/01 | ATTY # 0885: 2 COPIES | .30 |
| 12/27/01 | ATTY # 0856: 22 COPIES | 3.30 |
| 12/27/01 | ATTY # 0885: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  919846
60026  Special Abestos Counsel                    Page  11
       January 29, 2002


| Date | Description | Amount |
|---|---|---|
| 12/27/01 | ATTY # 0885: 2 COPIES | .30 |
| 12/27/01 | ATTY # 0885; 26 COPIES | 3.90 |
| 12/27/01 | ATTY # 4077; 11 COPIES | 1.65 |
| 12/28/01 | REIMBURSEMENT FOR PHONE CHARGES 12/18/01 (M. SUSAN HAINES) | 27.88 |
| 12/28/01 | ATTY # 4077; 82 COPIES | 12.30 |
| 12/29/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/29/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/29/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/29/01 | ATTY # 0856; 2 COPIES | .30 |
| 12/29/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/29/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/29/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/29/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/29/01 | ATTY # 0856; 1 COPIES | .15 |
| 12/29/01 | ATTY # 0856; 5 COPIES | .75 |
| 12/31/01 | Meal Expense -: MAUREEN ATKINSON BOSTON,MA 12/16-20/01 | 80.85 |
| 12/31/01 | Taxi Expense - : MAUREEN ATKINSON BOSTON,MA 12/16-20/01 | 35.00 |
| 12/31/01 | Mileage Expense - : MAUREEN ATKINSON BOSTON,MA 12/16-20/01 | 9.60 |
| 12/31/01 | Lodging  -: MAUREEN ATKINSON BOSTON,MA 2/16-20/01 | 671.20 |
| 12/31/01 | Rail Travel Expense - - VENDOR: MAUREEN ATKINSON BOSTON,MA 12/16-20/01 SUBWAY | 2.00 |
| 12/31/01 | Transportation : MAUREEN ATKINSON BOSTON,MA 12/16-20/01 AIRPORT PARKING | 23.00 |
| 12/31/01 | General Expense - - VENDOR: MAUREEN ATKINSON BOSTON,MA 12/16-20/01 TIPS | 9.50 |

```
172573 W. R. Grace & Co.                          Invoice Number  919846
60026  Special Asbestos Counsel                   Page  12
       January 29, 2002
```

| | | |
|---|---|---|
| 12/31/01 | Meal Expense ~ : MAUREEN ATKINSON BOSTON,MA 11/26-29/01 | 60.29 |
| 12/31/01 | Taxi Expense -: MAUREEN ATKINSON BOSTON,MA 11/26-29/01 | 29.00 |
| 12/31/01 | Mileage Expense -: MAUREEN ATKINSON BOSTON,MA 11/26-29/01 | 9.60 |
| 12/31/01 | Lodging ~ : MAUREEN ATKINSON BOSTON,MA 11/26-29/01 | 502.65 |
| 12/31/01 | Transportation -: MAUREEN ATKINSON BOSTON,MA 11/26-29/01 PARKING | 29.00 |
| 12/31/01 | General Expense - - VENDOR: MAUREEN ATKINSON BOSTON,MA 11/26-29/01 TIPS | 7.00 |
| 12/31/01 | General Expense - - VENDOR: MAUREEN ATKINSON BOSTON,MA 11/26-29/01 SUPPLIES | 15.08 |
| 12/31/01 | Meal Expense -: MAUREEN ATKINSON BOSTON,MA 12/2-6/01 | 102.85 |
| 12/31/01 | Air Travel Expense ~ - VENDOR: MAUREEN ATKINSON BOSTON,MA 12/2-6/01 | 252.00 |
| 12/31/01 | Taxi Expense - : MAUREEN ATKINSON BOSTON,MA 12/2-6/01 | 18.00 |
| 12/31/01 | Mileage Expense - : MAUREEN ATKINSON BOSTON,MA 12/2-6/01 | 9.60 |
| 12/31/01 | Lodging - : MAUREEN ATKINSON BOSTON,MA 12/2-6/01 | 672.20 |
| 12/31/01 | General Expense - - VENDOR: MAUREEN ATKINSON BOSTON,MA 12/2-6/01 TIPS & SUPPLIES | 17.66 |
| 12/31/01 | Rail Travel Expense ~ - VENDOR: MAUREEN ATKINSON BOSTON,MA 12/2-6/01 SUBWAY | 3.00 |
| 12/31/01 | Mileage Expense - S HELBLING - MILEAGE 12/22/01 | 6.82 |
| 12/31/01 | Meal Expense ~ S HELBLING - LUNCH - 12/29/01 | 6.41 |
| 12/31/01 | Meal Expense ~ S HELBLING - LUNCH 12/22/01 | 6.41 |
| 12/31/01 | Mileage Expense -  S HELBLING 12/29/01 | 6.82 |
| 12/31/01 | Mileage Expense -LASZCYNSKI | 11.52 |

172573 W. R. Grace & Co.                          Invoice Number  919846
60026  Special Abestos Counsel                    Page  13
       January 29, 2002


12/31/01   Meal Expense - LUNCH - M LASZCZYNSKI              9.04

12/31/01   Mileage Expense - M LASZCYNSKI                   11.52

12/31/01   Meal Expense -  LUNCH - M LASZCYNSKI              4.06

12/31/01   ATTY # 0349: 1 COPIES                             .15


01/28/02   General Expense - - VENDOR: ON-SITE SOURCING   27119.53
           INC DOCUMENT SCANNING

                             CURRENT EXPENSES              43,025.11
                                                          ------------
                             TOTAL BALANCE DUE UPON RECEIPT  $ 43,025.11
                                                          ============