IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 30th day of January 2002, I caused a true and correct copy of the Verified Application of Reed Smith LLP For Compensation and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to Debtors, for the Sixth Monthly Interim Fee Period From December 1, 2001 Through December 31, 2001, to be served upon the entities listed on the attached service list in the manner indicated.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-2-

Respectfully submitted,

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
REED SMITH LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7550
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

## SERVICE LIST

Grace Fee Applications Service List
Case Number: 01-1139 (JJF)

**Via Hand Delivery**
(Counsel to Debtors and Debtors
in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705

**Via First Class Mail**
(Counsel to Debtors and Debtors
in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

**Via Hand Delivery**
(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P. O. Box 27
Wilmington, DE 19899

**Via Hand Delivery**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899

**Via Hand Delivery**
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Center
1201 Market Street, 15th Floor
Wilmington, DE 19899

**Via Hand Delivery**
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

**Via Hand Delivery**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

**Via First Class Mail**
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**Via Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street
Room 2311
Wilmington, DE 19801

**Via First Class Mail**
(W. R. Grace & Co.)
David B. Siegel
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**Via First Class Mail**
(Official Committee of Personal
Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

**Via First Class Mail**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

**Via First Class Mail**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Mindy A. Mora, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131

**Via First Class Mail**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

**Via First Class Mail**
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

**Via First Class Mail**
(Counsel to Equity Committee)
Thomas Moers Mayer
Robert T. Schmidt, Esquire
Amy Caton, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Via First Class Mail**
Richard C. Finke, Esquire
W.R. Grace & Co.
5400 Broken Sound Boulevard, N.W.
Boca Raton, FL 33487

**Via First Class Mail**
(Canadian Counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H3T4

**Via First Class Mail**
(Counsel for Official Committee of Equity
Security Holders)
Dimensional Fund Advisors
Attn: Lawrence Spieth
10 S. Wacker Drive, #2275
Chicago, IL 60606

**Via First Class Mail**
(Counsel for Official Committee of Asbestos Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, chartered
One Thomas Circle, N.W.
Washington, DC 20005

**Via First Class Mail**
(Counsel for Official Committee of Equity Security Holders)
Peninsula Partners, L.P.
Attn: Ted Weschler, Esquire
404 B East Main Street, 2nd Floor
Charlottesville, VA 22902

**Via First Class Mail**
(Counsel for Official Committee of Equity Security Holders)
Angus W. Mercer, Esquire
4500 Carmel Estates Road
Charlotte, NC 28226

**Via First Class Mail**
(Counsel for Official Committee of Equity Security Holders)
Simon Atlas, Esquire
8314 Meadowlark Lane
Bethesda, MD 20817

**Via First Class Mail**
(Counsel for Official Committee of Equity Security Holders)
Raymond E. Smiley, Esquire
35415 Solon Road
Solon, OH 44139-2415