# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JJF) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: May 20, 2002 at 10:00 a.m.**<br>**Objection Deadline: February 19, 2002 at 4:00 p.m.** |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

PLEASE TAKE NOTICE that pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Administrative Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated May 3, 2001 (the "Administrative Order"), and Local Rule 2016-2, on January 30, 2002, Klett Rooney Lieber & Schorling ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, files this Notice of First Interim Application Request (the "First Interim Application").

PLEASE TAKE FURTHER NOTICE that Klett Rooney has filed and served monthly fee applications for the period covering October 26, 2001 through November 30, 2001 and December 1, 2001 through December 31, 2001 respectively, in accordance with the Administrative Order.[1] A summary of these monthly fee applications is attached hereto as **Exhibit A**. All Fee

---

[1] Recipients of this notice may obtain copies of these monthly statements from the Clerk of the Bankruptcy Court or by request (in writing) to the undersigned.

KRLS:28181.1

Applications filed by Klett Rooney were not objected to and Certificates of No Objection were filed.[2]

PLEASE TAKE FURTHER NOTICE that any objection to the First Interim Application must be made in writing, filed with the Bankruptcy Court and served on the Notice Parties in accordance with the Administrative Order so as to actually be received by the Bankruptcy Court and the Notice Parties on or before February 19, 2002 at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above procedures, a hearing on the First Interim Application will be held on May 20, 2002 at 10:00 a.m. before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court Judge. Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered. In the event that the Court approves the First Interim Application, the fees and expenses referenced in the First Interim Application will be so allowed on an interim basis and the Debtors will be directed to pay the balance due and owing to Klett Rooney

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K.D. Currier (No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: January 30, 2002

---

[2] The objection deadline to Klett Rooney's second fee application is February 14, 2002. If no objections are received a Certificate of No Objection will be filed with the Court.

KRLS:28181.1