## EXHIBIT A

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KLETT ROONEY LIEBER & SCHORLING - OCTOBER 26, 2001 THROUGH DECEMBER 31, 2001

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 12/28/01 1426 | $5,518.00 | $2,028.76 | 1/23/02 1541 | $-0- | $-0- | $7,546.76 |
| 1/25/02 1548 | $4,119.50 | $940.67 | Objection Deadline 2/14/02[1] | $-0- | -0- | $5,060.17 |
| Total | $9,637.50 | $2,969.43 | | $-0- | $-0- | $12,606.93 |

---

[1] The objection deadline to Klett Rooney's second fee application is February 14, 2002. If no objections are received a Certificate of No Objection will be filed with the Court.

KRLS:28181.1