# EXHIBIT A

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL - OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 11/30/01 1283 | $26,585.00 | $1,663.89 | 12/21/01 1410 | $21,268.00 | $1,663.89 | $28,248.89 |
| 12/28/01 1428 | $20,099.00 | $3,031.62 | 1/23/02 1542 | $-0- | -0- | $23,130.62 |
| 1/25/02 1549 | $32,467.50 | $2,338.23 | Objection Deadline 2/14/02[1] | $-0- | $-0- | $34,805.73 |
| **Total** | **$79,151.50** | **$7,033.74** | | **$21,268.00** | **$1,663.89** | **$86,185.24** |

---

[1]    The objection deadline to Kramer Levin's fifth fee application is February 14, 2002. If no objections are received a Certificate of No Objection will be filed with the Court.

- 3 -

KL2:2138409.1