## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 4th day of February, 2002, I caused one copy of the Limited Joinder of Official Committee of Asbestos Property Damage Claimants to Motion by Zonolite Attic Insurance Claimants to Dismiss Debtors' Chapter 11 Bankruptcy Case Pursuant to 11 U.S.C. §1112(b) to be served to the following persons in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

                                                        /s/ Theodore J. Tacconelli  
                                                        Theodore J. Tacconelli, Esquire (#2678)

**SERVICE LIST**

**By hand:**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhatten Centre, 15th Flr.
1201 N. Market Street
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

William D. Sullivan, Esquire
Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19801

**By First Class Mail:**

Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl Young & Jones

10100 Santa Monica Blvd.
Los Angeles CA 90067-4100

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

William S. Katchen, Esquire
Duane Morris & Heckscher
1 Riverfront Plaza, 2d Floor
Newark NJ 07102

Thomas Moers Mayer, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel

W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


Elizabeth J. Cabraser, Esquire
Fabrice N. Vincent, Esquire
John Low-Beer, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Fransisco, CA 94111

Thomas M. Sobol, Esquire
Matthew L. Tuccillo, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
214 Union Warf
Boston, MA 02109-1216

John J. Stoia, Jr., Esquire
Timothy G. Blood, Esquire
Jobeth Halper, Esquire
Milberg Weiss Bershad Hynes & Lerach, LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-5050

Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Ness Motley Loadholt Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Allan M. McGarvey, Esquire
McGarvey, Heberling, Sullivan & McGarvey, P.C.
745 South Main
Kalispell, MT 59904

Richard Lewis, Esquire
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue, N.W.

West Tower, Suite 500
Washington, D.C. 20005-3934

Darrell W. Scott, Esquire
Lukins & Annis, P.S.
717 W. Sprague, Suite 1600
Spokane, WA 99201