IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Original Docket No. 207** |

**FIRST SUPPLEMENTAL AFFIDAVIT OF
LORETO T. TERSIGNI UNDER 11 U.S.C. §327(a)
AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**

STATE OF CONNECTICUT     :
                        : SS.
COUNTY OF FAIRFIELD      :

Loreto T. Tersigni, being duly sworn, deposes and says:

1. Effective as of January 1, 2001, I formed and became the principal of L Tersigni Consulting P.C. ("Tersigni"), a firm providing expert accounting and financial advisory services for bankruptcy and complex litigation matters. Tersigni is located at 2001 West Main Street, Suite 220, Stamford, Connecticut. I am duly authorized to make this Supplemental Affidavit on behalf of Tersigni.

2. On April 12, 2001, the United States Trustee appointed the Official Committee of Asbestos Personal Injury Claimants (the "P.I. Committee") pursuant to section 1102 of the Bankruptcy Code.

3. On May 4, 2001, 2001 the P.I. Committee filed and served its Application of the Official Committee of Asbestos Personal Injury Claimants to Retain and Employ L Tersigni Consulting P.C. (the "Retention Application"). Through the Retention Application, the P.I. Committee sought authorization to employ L Tersigni Consulting

{D0001460.1}

P.C. as accountant and financial advisor, effective as of April 12, 2001. On June 13, 2001, the Court entered the Order of Court Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bank. P. 2014(a), 2016 and 5002, Authorizing the Employment and Retention of L Tersigni Consulting P.C. as Accountant and Financial Advisor to the Official Committee of Asbestos Personal Injury Claimants, *nunc pro tunc* to April 12, 2001.

4.  This Supplemental Affidavit supplements the information contained in my Affidavit in Support of the Retention Application (the "Original Affidavit"). This Supplemental Affidavit incorporates by reference all statements made in the Original Affidavit.

5.  The Retention Application and the Original Affidavit outlined the basis of compensation defined in an hourly rate schedule. The rate schedule included in the Retention Application and Original Affidavit identified hourly rates for 2001, but did not include hourly rates effective as of January 1, 2002. I have shared the hourly rates for 2002 with the P.I. Committee and they are as follows:

|  | 2001 Hourly Rates | 2002 Hourly Rates |
| --- | --- | --- |
| Managing Director Level | $395.00 | $425.00 |
| Director Level | $300.00 | $320.00 |
| Senior Manager Level | $275.00 | $290.00 |
| Manager Level | $225.00 | $240.00 |
| Professional Staff Level | $150-$175.00 | $160-$185.00 |
| Paraprofessional Level | $75.00 | $80.00 |

**-Remainder of page left intentionally blank-**

6. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct.

_____
Loreto T. Tersigni
Accountant and Financial Advisor to the Official Committee of Asbestos Personal Injury Claimants

Dated: February 4, 2002

SWORN AND SUBSCRIBED this 4 day of February, 2002

_____
Notary Public

JOHN S. GASIOROWSKI
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2003

{D0001460.1}

3