# EXHIBIT "B"

# DUANE MORRIS

FIRM/AFFILIATE OFFICES

PHILADELPHIA
NEW YORK
LONDON
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
BOSTON
ATLANTA
MIAMI
WILMINGTON
HARRISBURG
MALVERN
CHERRY HILL
NEWARK
WESTCHESTER
PRINCETON
PALM BEACH
ALLENTOWN
HOUSTON
BANGOR

February 5, 2002

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001       INVOICE# 835994                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2001 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                $12,885.00

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 12.10 | hrs. at | $375.00 | /hr. = | $4,537.50 |
| WS KATCHEN | PARTNER | 0.30 | hrs. at | $450.00 | /hr. = | $135.00 |
| JW WEISS | ASSOCIATE | 5.30 | hrs. at | $175.00 | /hr. = | $927.50 |
| RN SIANNI | ASSOCIATE | 19.10 | hrs. at | $200.00 | /hr. = | $3,820.00 |
| CB FOX | PARALEGAL | 0.10 | hrs. at | $110.00 | /hr. = | $11.00 |
| MM MELVIN | PARALEGAL | 2.30 | hrs. at | $110.00 | /hr. = | $253.00 |
| SA HOLLINGHEAD | PARALEGAL | 29.10 | hrs. at | $110.00 | /hr. = | $3,201.00 |

                                                                $12,885.00

DISBURSEMENTS
DOCUMENT COSTS                                  3.28
MESSENGER SERVICE                           1781.53
OVERNIGHT MAIL                               164.23
OVERTIME RELATED COSTS                         7.98
POSTAGE                                       19.44
PRINTING & DUPLICATING                      5749.33
TELECOPY                                     177.65
TOTAL DISBURSEMENTS                                             $7,903.44

BALANCE DUE THIS INVOICE                                        $20,788.44

File # K0248-00001                                            INVOICE # 835994
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/3/2001 | 004 | MM MELVIN | ACCESS INTERNET TO OBTAIN THE BANKRUPTCY PETITION FOR W.R. GRACE IN DELAWARE FOR W. KATCHEN IN ORDER TO LOCATE THE LIST OF TOP 20 CREDITORS | 0.30 | $33.00 |
| 7/8/2001 | 004 | MM MELVIN | INTEGRATE CORRESPONDENCE INTO THE MAIN FILE | 0.30 | $33.00 |
| 7/31/2001 | 004 | MR LASTOWSKI | REVIEW AGENDA NOTICE | 0.10 | $37.50 |
| 8/1/2001 | 004 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR 8/2/01 OMNIBUS HEARING | 0.10 | $37.50 |
| 8/1/2001 | 004 | SA HOLLINGHEAD | SEND APPLICATIONS FOR COPYING BY LASON FOR SERVICE ON FERRY & JOSEPH. | 0.10 | $11.00 |
| 8/2/2001 | 004 | JW WEISS | ASSISTED S. HOLLINGHEAD WITH PREPARATION, FILING AND SERVICE OF SUPPLEMENTAL AFFIDAVIT OF W. KATCHEN (CREDITORS COMMITTEE) AND DOCUMENTS APPENDED THERETO. | 0.60 | $105.00 |
| 8/2/2001 | 004 | MM MELVIN | INTEGRATE PLEADINGS INTO THE MAIN FILE | 0.40 | $44.00 |
| 8/2/2001 | 004 | MM MELVIN | UPDATE SERVICE LIST | 0.30 | $33.00 |
| 8/2/2001 | 004 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF RECLAMATION PROCEDURES | 0.20 | $75.00 |
| 8/2/2001 | 004 | SA HOLLINGHEAD | E-FILE SUPPLEMENTAL AFFIDAVIT OF W. KATCHEN. | 0.80 | $88.00 |
| 8/3/2001 | 004 | SA HOLLINGHEAD | REVIEW TIME STAMP HARD COPIES FOR NOTICES/APPLICATIONS FOR STROOCK THIRD AND QUARTERLY (.20) AND POLICANO & MANZO THIRD AND QUARTERLY (.10). | 0.30 | $33.00 |
| 8/3/2001 | 004 | SA HOLLINGHEAD | REVIEW AND APPROVE LASON BILLING. | 0.10 | $11.00 |
| 8/3/2001 | 004 | SA HOLLINGHEAD | REVIEW TIME STAMPS FOR ACCURACY; DISCARD COPIES. | 0.30 | $33.00 |
| 8/3/2001 | 004 | SA HOLLINGHEAD | FILE ORIGINAL PLEADING FOR FUTURE RETRIEVAL. | 0.10 | $11.00 |
| 8/7/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET. PLACE IN FILE. | 0.10 | $11.00 |
| 8/7/2001 | 004 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF SERVICE FOR SUPPLEMENTAL AFFIDAVIT OF LEWIS KRUGER AND SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE RE: DM&H; E-FILE; PREPARE DOCUMENTS FOR SERVICE BY LASON. T/C TO LASON. | 0.90 | $99.00 |
| 8/8/2001 | 004 | MR LASTOWSKI | REVIEW 6/01 MONTHLY OPERATING REPORT | 0.20 | $75.00 |
| 8/8/2001 | 004 | SA HOLLINGHEAD | T/CONF W/ M. MELVIN AND R. | 1.40 | $154.00 |

File # K0248-00001                                        INVOICE #  835994
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | SERRETTE RE: SERVICE OF APPLICATIONS - MONTHLY AND QUARTERLY (.40). REVIEW DOCKET FOR 1ST AND 2ND APPLICATIONS AND SERVICE OF RESPECTIVE APPLICATIONS (.40); DISCUSS W/ MIKE LASTOWSKI (.20); REVIEW LOCAL RULES AND FEDERAL BANKRUPTCY RULES FOR PROCEDURE (.40). | | |
| 8/8/2001 | 004 | SA HOLLINGHEAD | PRINT AND SORT NOTIFICATIONS OF E-FILING FOR REVIEW BY ATTORNEY. | 0.10 | $11.00 |
| 8/8/2001 | 004 | SA HOLLINGHEAD | ASSIST R. SIANNI WITH SAMPLE DOCUMENTS FOR DRAFTING FEE APPLICATIONS FOR DM&H. | 0.20 | $22.00 |
| 8/9/2001 | 004 | SA HOLLINGHEAD | RESEARCH DOCKET FOR PLEADING NUMBERS; ORGANIZE/FILE PLEADINGS. | 0.20 | $22.00 |
| 8/10/2001 | 004 | JW WEISS | MEETING WITH M. LASTOWSKI RE: SERVICE ISSUES IN THE CASE AND FOLLOW-UP ON SAME. | 0.50 | $87.50 |
| 8/10/2001 | 004 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO MOTION OF THE UNITED STATES TRUSTEE TO COMPEL DEBTORS TO SUPPLEMENT THEIR STATEMENTS OF FINANCIAL AFFAIRS | 0.20 | $75.00 |
| 8/10/2001 | 004 | SA HOLLINGHEAD | RETRIEVE UPDATED DOCKET FOR 08/01/01 - 08/10/01.  REVIEW AND ADVISE ATTORNEY OF NEW FILINGS. | 0.20 | $22.00 |
| 8/10/2001 | 004 | SA HOLLINGHEAD | REVIEW EMAIL FROM M. LASTOWSKI; REPLY RE: SERVICE LIST. | 0.10 | $11.00 |
| 8/10/2001 | 004 | SA HOLLINGHEAD | REVIEW NOTIFICATIONS OF E-FILING AND TRANSFER TO CASE MAILBOXES. | 0.10 | $11.00 |
| 8/10/2001 | 004 | SA HOLLINGHEAD | T/C FROM KATHLEEN CLANCY AT HARTER SEAQUEST RE: BAR DATE. | 0.10 | $11.00 |
| 8/13/2001 | 004 | MM MELVIN | INTEGRATE PLEADINGS INTO MAIN FILE | 0.60 | $66.00 |
| 8/13/2001 | 004 | MM MELVIN | INTEGRATE CORRESPONDENCE INTO THE MAIN FILE | 0.30 | $33.00 |
| 8/15/2001 | 004 | SA HOLLINGHEAD | REVIEW DOCKET FOR CERTIFICATE OF NO OBJECTION RE: COMMITTEE'S FIRST APPLICATION; T/CONF WITH M. MELVIN AND R. SERRETTE RE: E-FILING PROCEDURES AND CERTIFICATE OF NO OBJECTION; ALSO DISCUSSED PREPARATION OF NOTICE OF APPLICATION, INCLUDING AMOUNTS REQUESTED. | 0.70 | $77.00 |
| 8/15/2001 | 004 | SA HOLLINGHEAD | T/C TO M. MELVIN RE: T/C FROM R. SERRETTE RE: E-FILING PROCEDURES. | 0.10 | $11.00 |
| 8/15/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET. PLACE IN FILE. | 0.10 | $11.00 |
| 8/17/2001 | 004 | SA HOLLINGHEAD | EMAIL FROM R. SERRETTE RE: FEE | 0.20 | $22.00 |

File # K0248-00001                                            INVOICE # 835994
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | APPLICATION OF DUANE, MORRIS; DISCUSSION W/ J. WEISS RE: PREPARATION OF SAME. EMAIL TO R. SERRETTE RE: FEE APPLICATION/CONVERSION OF TIME ENTRY SYSTEM. | | |
| 8/20/2001 | 004 | SA HOLLINGHEAD | REVIEW LASON INVOICES AND APPROVE FOR PAYMENT. | 0.10 | $11.00 |
| 8/23/2001 | 004 | SA HOLLINGHEAD | T/C AND EMAIL TO P. CUNIFF RE: 2002 LIST FOR R. SIANNI. | 0.20 | $22.00 |
| 8/23/2001 | 004 | SA HOLLINGHEAD | REVIEW EMAIL FROM R. RASKIN RE: PREPARATION OF PRO HAC FILING. | 0.10 | $11.00 |
| 8/23/2001 | 004 | SA HOLLINGHEAD | PREPARE MOTION AND ORDER FOR PRO HAC VICE FOR: MOSHE SASSON, ROBERT RASKIN, LEWIS KRUGER, DENISE WILDES, AND KENNETH PASQUALE PER REQUEST OF R. RASKIN VIA EMAIL. | 1.10 | $121.00 |
| 8/23/2001 | 004 | SA HOLLINGHEAD | REVIEW AND REVISE FEE APPLICATION SERVICE LIST TO INCORPORATE ALL REPRESENTATION FOR COMMITTEES APPOINTED IN THE CASE. | 2.00 | $220.00 |
| 8/23/2001 | 004 | SA HOLLINGHEAD | PREPARE PRO HAC VICE PAPERS FOR E-FILING. EMAIL TO M. HALTER AT RICHARDS, LAYTON & FINGER RE: SERVICE LIST REQUESTED. | 0.30 | $33.00 |
| 8/24/2001 | 004 | SA HOLLINGHEAD | T/C TO CRAIG MCKOWEN RE: FTI POLICANO & MANZO RE: FILING OF FEE APPLICATION ON 28 AUGUST (.10). REVIEW DOCKET FOR CERTIFICATE OF NO OBJECTIONS NEEDED FOR STROOCK'S THIRD AND QUARTERLY FEE APPLICATION (.10) AND POLICANO & MANZO'S QUARTERLY AND THIRD FEE APPLICATIONS (.10). | 0.30 | $33.00 |
| 8/27/2001 | 004 | MM MELVIN | TELEPHONE CALL FROM J. WEISS RE: SUBMISSION OF DM&H'S FIRST INTERIM FEE APPLICATION | 0.10 | $11.00 |
| 8/27/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET. PLACE IN FILE. | 0.10 | $11.00 |
| 8/28/2001 | 004 | SA HOLLINGHEAD | PREPARE AND E-FILE FOURTH APPLICATION OF POLICANO & MANZO FOR COMPENSATION. PREPARE FOR SERVICE BY LASON. | 0.60 | $66.00 |
| 8/28/2001 | 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO MODIFY STAY TO PERMIT NJ REMEDIATION ACTION TO PROCEED (CROSS CLAIMS OF ESTATE) | 0.10 | $45.00 |
| 8/29/2001 | 004 | SA HOLLINGHEAD | SEND COPIES OF FTI P&M FOURTH APPLICATION TO M. MELVIN, R. SERRETTE AND C. MACCULLUM. | 0.30 | $33.00 |

File # K0248-00001                                      INVOICE # 835994
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/4/2001 | 004 | SA HOLLINGHEAD | RETRIEVE SERVICE LIST FOR CERTIFICATES OF NO OBJECTION (.20); EMAIL TO A. KRIEGER RESPONDING TO HER REQUEST RE: SERVICE ON THE COMPANY (.20). | 0.40 | $44.00 |
| 9/4/2001 | 004 | SA HOLLINGHEAD | REVIEW STROOCK & STROOCK FOURTH COMPENSATION APPLICATION (.40), NOTICES OF FILING (.40)AND COMMITTEE EXPENSE APPLICATION (.40). DISCUSS REVISIONS WITH M. LASTOWSKI (.20). | 1.40 | $154.00 |
| 9/5/2001 | 004 | MR LASTOWSKI | REVIEW 9/7/01 AGENDA NOTICE | 0.10 | $37.50 |
| 9/5/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET; PLACE IN FILE. | 0.10 | $11.00 |
| 9/5/2001 | 004 | SA HOLLINGHEAD | REVISIONS TO NOTICE OF QUARTERLY APPLICATIONS FOR FEE APPLICATIONS. | 0.30 | $33.00 |
| 9/6/2001 | 004 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR 9/7/01 AND DOCUMENTS IDENTIFIED THEREON | 2.20 | $825.00 |
| 9/6/2001 | 004 | SA HOLLINGHEAD | COPY FIRST QUARTERLY APPLICATION FOR COMPENSATION FOR DM&H; FIRST MONTHLY APPLICATION FOR COMPENSATION FOR DM&H; FOURTH APPLICATION FOR COMPENSATION FOR STROOCK; AND SECOND COMMITTEE APPLICATION FOR EXPENSES AND FORWARD TO R. SERRETTE AND M. MELVIN. | 1.00 | $110.00 |
| 9/6/2001 | 004 | SA HOLLINGHEAD | REVIEW LASON AND DDI INVOICES FOR APPROVAL AND FORWARD FOR PAYMENT. | 0.10 | $11.00 |
| 9/7/2001 | 004 | MR LASTOWSKI | REVIEW NOTICE OF CONTINUED HEARING DATE | 0.10 | $37.50 |
| 9/10/2001 | 004 | MR LASTOWSKI | REVIEW OBJECTION OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY CLAIMANTS IN OPPOSITION TO DEBTORS' MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER | 0.40 | $150.00 |
| 9/10/2001 | 004 | SA HOLLINGHEAD | PREPARE RESPONSE OF OFFICIAL COMMITTEE TO DOCKET NO. 586 FOR E-FILING AND SERVICE (1.10). DRAFT CERTIFICATE OF SERVICE FOR SAME (.20). EMAIL TO DEBTORS REQUESTING 2002 LIST (.10); EMAIL TO SECRETARIAL SERVICES REQUESTING LABELS FOR SERVICE (.10). | 1.50 | $165.00 |
| 9/12/2001 | 004 | CB FOX | RESEARCH ON ADDING CO-COUNSEL TO ELECTRONIC FILING EMAIL SERVICE GROUP | 0.10 | $11.00 |
| 9/13/2001 | 004 | SA HOLLINGHEAD | REVIEW OPEN INVOICES FROM DDI; | 0.10 | $11.00 |

File # K0248-00001                                                                    INVOICE #  835994
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| | | | FORWARD TO C. FOX FOR REVIEW. | | |
| 9/13/2001 | 004 | SA HOLLINGHEAD | E-FILE CERTIFICATES OF NO OBJECTION AND ATTACHMENTS FOR STROOCK & STROOCK THIRD (.40) AND QUARTERLY (.40) FEE APPLICATION AND FTI POLICANO & MANZO THIRD (.40) AND QUARTERLY FEE APPLICATIONS (.30). | 1.50 | $165.00 |
| 9/17/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET; PLACE IN FILE. | 0.10 | $11.00 |
| 9/18/2001 | 004 | MR LASTOWSKI | REVIEW STATUS OF 9/20/01 HEARING | 0.10 | $37.50 |
| 9/18/2001 | 004 | MR LASTOWSKI | REVIEW NOTICE OF ADJOURNMENT | 0.10 | $37.50 |
| 9/18/2001 | 004 | SA HOLLINGHEAD | RETRIEVE AGENDA NOTICE FOR HEARING SCHEDULED ON 9/20/01; FORWARD TO R. SERRETTE TO SHOW CONTINUANCE OF MATTERS. | 0.20 | $22.00 |
| 9/20/2001 | 004 | MR LASTOWSKI | REVIEW PPG INDUSTRIES WITHDRAWAL OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM | 0.10 | $37.50 |
| 9/24/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET; PLACE IN FILE. | 0.10 | $11.00 |
| 9/25/2001 | 004 | SA HOLLINGHEAD | REVIEW EMAIL FROM DENISE CLEMENT; FORWARD TO M. LASTOWSKI; FORWARD TO A. KRIEGER AND R. SERRETTE FOR RESPONSE TO INQUIRIES. | 0.20 | $22.00 |
| 9/25/2001 | 004 | SA HOLLINGHEAD | REVIEW PARCELS INVOICES FOR ACCURACY AND APPROVE FOR PAYMENT. | 0.20 | $22.00 |
| 9/26/2001 | 004 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION TO DOCKET NO. 827 RE: DM&H FIRST FEE APPLICATION (MONTHLY) (.70). PREPARE CERTIFICATE OF SERVICE FOR SAME (.10). PREPARE LIST/LABELS FOR SERVICE (.20) | 1.00 | $110.00 |
| 9/27/2001 | 004 | SA HOLLINGHEAD | EDIT EMAIL NOTIFICATION LIST TO INCLUDE ROSE SERRETTE OF STROOCK & STROOCK & LAVAN LLP. | 0.10 | $11.00 |
| 9/29/2001 | 004 | SA HOLLINGHEAD | MAINTENANCE OF INTEROFFICE PLEADINGS AND SERVICE DOCUMENTATION. | 1.00 | $110.00 |
| 9/29/2001 | 004 | SA HOLLINGHEAD | REVIEW DELAWARE DOCUMENT IMAGING INVOICES FOR ACCURACY AND APPROVE/FORWARD FOR PAYMENT. | 0.10 | $11.00 |
| | | | Code Total | 28.20 | $4,241.00 |
| 9/10/2001 | 005 | MR LASTOWSKI | REVIEW AND EXECUTE COMMITTEE OBJECTION TO PROPOSED CASE | 0.30 | $112.50 |

File # K0248-00001                                          INVOICE # 835994
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | MANAGEMENT ORDER | | |
| 9/20/2001 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO RETAIN RUST CONSULTING, INC. AS CLAIMS AGENT | 0.20 | $75.00 |
| | | | Code Total | 0.50 | $187.50 |
| 7/25/2001 | 007 | MR LASTOWSKI | REVIEW SECTION327(E) AFFIDAVITS | 0.20 | $75.00 |
| 7/27/2001 | 007 | MR LASTOWSKI | REVIEW SUPPLEMENTAL RETENTION AFFIDAVIT OF LEWIS KRUGER (LEAD COUNSEL TO THE COMMITTEE) | 0.10 | $37.50 |
| 8/8/2001 | 007 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S APPLICATION TO RETAIN KRAMER LEVIN | 0.20 | $75.00 |
| 8/8/2001 | 007 | MR LASTOWSKI | REVIEW KIRKLAND AND ELLIS QUARTERLY FEE APPLICATION | 0.20 | $75.00 |
| 8/8/2001 | 007 | MR LASTOWSKI | REVIEW STATUS OF FEE APPLICATIONS | 0.20 | $75.00 |
| 8/9/2001 | 007 | MR LASTOWSKI | REVIEW BLACKSTONE GROUP'S QUARTERLY FEE APPLICATION | 0.10 | $37.50 |
| 8/10/2001 | 007 | MR LASTOWSKI | REVIEW DEBTOR'S SECOND MONTHLY FEE APPLICATION | 0.20 | $75.00 |
| 8/10/2001 | 007 | MR LASTOWSKI | REVIEW SECOND INTERIM FEE APPLICATION OF COUNSEL TO THE ASBESTOS PROPERTY DAMAGE COMMITTEE | 0.10 | $37.50 |
| 8/13/2001 | 007 | JW WEISS | EMAIL FROM AND REPLY TO S. HOLLINGHEAD RE: STATUS OF DM&H'S FEE APPLICATION. | 0.10 | $17.50 |
| 8/17/2001 | 007 | JW WEISS | EMAIL FROM S. HOLLINGHEAD RE: FIRST FEE APPLICATION OF DM&H (.1); MEETING WITH W. HARRINGTON RE: SAME (.1). | 0.20 | $35.00 |
| 8/17/2001 | 007 | JW WEISS | REVIEWED EMAIL FROM S. HOLLINGHEAD TO R. SERRETT RE: STATUS OF DM&H FEE APPLICATIONS IN THE CASE PER R. SERRETT'S INQUIRY. | 0.10 | $17.50 |
| 8/20/2001 | 007 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO RETAIN CASNER & EDWARDS | 0.30 | $112.50 |
| 8/20/2001 | 007 | MR LASTOWSKI | REVIEW PITNEY HARDIN AND KIPP FEE APPLICATIONS (QUARTERLY AND MONTHLY). | 0.20 | $75.00 |
| 8/21/2001 | 007 | JW WEISS | MEETING WITH S. HOLLINGHEAD RE: UPDATING FEE APPLICATION SERVICE LIST. | 0.10 | $17.50 |
| 8/21/2001 | 007 | JW WEISS | MEETING WITH M. LASTOWSKI RE: PREPARATION OF DM&H'S FIRST QUARTERLY FEE APPLICATION IN THE CASE. | 0.10 | $17.50 |
| 8/21/2001 | 007 | JW WEISS | MEETING WITH S. HOLLINGHEAD RE: UPDATING FEE APPLICATION SERVICE LIST. | 0.10 | $17.50 |

File # K0248-00001                                            INVOICE # 835994
      W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/21/2001 | 007 | JW WEISS | MEETING WITH M. LASTOWSKI RE: PREPARATION OF DM&H'S FIRST QUARTERLY FEE APPLICATION IN THE CASE. | 0.10 | $17.50 |
| 8/21/2001 | 007 | MR LASTOWSKI | REVIEW LETTER FROM ARLENE KRIEGER TO THOMAS MAYER RE: EXTENDING DEADLINE FOR THE CREDITORS COMMITTEE TO RESPOND TO EQUITY COMMITTEE'S MOTION TO RETAIN KRAMER LEVIN | 0.10 | $37.50 |
| 8/21/2001 | 007 | MR LASTOWSKI | REVIEW REVISED KRAMER LEVIN RETENTION ORDER | 0.10 | $37.50 |
| 8/22/2001 | 007 | JW WEISS | MEETING WITH R. SIANNI RE: PREPARATION OF W.R. GRACE FIRST QUARTERLY FEE APPLICATION FOR DM&H. | 0.10 | $17.50 |
| 8/22/2001 | 007 | JW WEISS | TELEPHONE CALL TO D. SULLIVAN RE: PREPARATION OF BILLS FOR FIRST FEE APPLICATION OF DM&H. | 0.20 | $35.00 |
| 8/22/2001 | 007 | JW WEISS | REVIEW OF BILLS AND ENTRY OF TASK CODES IN SAME FOR PREPARATION OF DM&H'S FIRST FEE APPLICATION IN THE CASE (.7); ASSISTED R. SIANNI RE: PREPARATION OF FEE APPLICATION FOR DM&H (.3). | 1.00 | $175.00 |
| 8/22/2001 | 007 | RN SIANNI | DRAFT QUARTERLY FEE APPLICATION. | 4.70 | $940.00 |
| 8/23/2001 | 007 | JW WEISS | ASSISTED R. SIANNI WITH PREPARATION OF DM&H'S FIRST FEE APPLICATION. | 0.90 | $157.50 |
| 8/23/2001 | 007 | MR LASTOWSKI | TELEPHONE FROM CRAIG MCCALLUM (POLICANO AND MANZO) RE: FILING OF INTERIM FEE APPLICATION | 0.10 | $37.50 |
| 8/23/2001 | 007 | RN SIANNI | REVISE FEE APPLICATION AND EXHIBITS. | 1.30 | $260.00 |
| 8/23/2001 | 007 | RN SIANNI | REVIEW EXHIBITS FOR FEE APPLICATIONS; REVIEW EXPENSE ENTRIES AND CALCULATIONS. | 2.40 | $480.00 |
| 8/23/2001 | 007 | RN SIANNI | REVIEW EXHIBITS FOR FEE APPLICATIONS (.90); REVIEW EXPENSE ENTRIES AND CALCULATIONS (.90); PREPARE SUMMARIES OF EXPENSES AND SERVICES RENDERED (.80). | 2.60 | $520.00 |
| 8/24/2001 | 007 | JW WEISS | MEETING WITH R. SIANNI AND S. HOLLINGHEAD RE: SERVICE ISSUES RE: DM&H'S FIRST FEE APPLICATION IN THE CASE. | 0.10 | $17.50 |
| 8/27/2001 | 007 | JW WEISS | TELEPHONE CALL FROM AND RETURN TELEPHONE CALL TO M. MELVIN RE: DM&H'S FIRST FEE APPLICATION IN THE CASE, AND ISSUES RE: SAME. | 0.20 | $35.00 |
| 8/27/2001 | 007 | JW WEISS | EMAIL TO W. KATCHEN RE: DM&H'S FIRST FEE APPLICATION IN THE CASE | 0.10 | $17.50 |

File # K0248-00001                                              INVOICE # 835994
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| | | AND QUESTIONS RE: SAME. | | |
| 8/27/2001 007 | JW WEISS | ASSISTED R. SIANNI WITH PREPARATION OF DM&H'S FIRST FEE APPLICATION IN THE CASE. | 0.40 | $70.00 |
| 8/27/2001 007 | MR LASTOWSKI | REVIEW INITIAL FEE APPLICATION OF DUANE MORRIS & HECKSCHER | 0.60 | $225.00 |
| 8/27/2001 007 | RN SIANNI | REVISE INTERIM FEE APPLICATION. | 0.80 | $160.00 |
| 8/27/2001 007 | RN SIANNI | DRAFT FIRST MONTHLY FEE APPLICATION OF DMH (JULY). | 2.20 | $440.00 |
| 8/28/2001 007 | JW WEISS | ASSISTED R. SIANNI WITH PREPARATION OF FIRST QUARTERLY AND FIRST MONTHLY FEE APPLICATIONS OF DM&H. | 0.30 | $52.50 |
| 8/28/2001 007 | MR LASTOWSKI | REVIEW AND REVISE JULY MONTHLY FEE APPLICATIONS | 0.20 | $75.00 |
| 8/28/2001 007 | MR LASTOWSKI | REVIEW AND REVISE FIRST QUARTERLY FEE APPLICATION | 0.20 | $75.00 |
| 8/28/2001 007 | MR LASTOWSKI | REVIEW U.S. TRUSTEE'S OBJECTION TO FIRST INTERIM FEE APPLICATION OF BILZIN SUMBERG (COUNSEL TO OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS) | 0.20 | $75.00 |
| 8/30/2001 007 | JW WEISS | MEETING WITH S. HOLLINGHEAD RE: DM&H'S FIRST QUARTERLY FEE APPLICATION, AND QUESTIONS RE: SERVICE OF SAME. | 0.10 | $17.50 |
| 8/30/2001 007 | RN SIANNI | PREPARE FIRST QUARTERLY FEE APPLICATION FOR FILING, FILE SAME. | 1.20 | $240.00 |
| 8/30/2001 007 | RN SIANNI | PREPARE FIRST MONTHLY FEE APPLICATION FOR FILING, FILE SAME. | 1.20 | $240.00 |
| 8/31/2001 007 | MR LASTOWSKI | REVIEW STATUS OF STROOCK FEE APPLICATIONS | 0.20 | $75.00 |
| 8/31/2001 007 | MR LASTOWSKI | REVIEW CAPLIN AND DRYSDALE 7/01 MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 8/31/2001 007 | MR LASTOWSKI | REVIEW ASHBY AND GEDDES FINAL FEE APPLICATION | 0.10 | $37.50 |
| 9/4/2001 007 | MR LASTOWSKI | REVIEW STROOCK STROOCK & LAVAN'S FOURTH INTERIM FEE APPLICATION | 0.20 | $75.00 |
| 9/4/2001 007 | MR LASTOWSKI | REVIEW CREDITOR'S COMMITTEE'S SECOND APPLICATION FOR REIMBURSEMENT EXPENSES | 0.20 | $75.00 |
| 9/4/2001 007 | MR LASTOWSKI | REVIEW STATUS OF STROOCK FEE APPLICATIONS | 0.10 | $37.50 |
| 9/5/2001 007 | MR LASTOWSKI | TELEPHONE TO AND FROM ARLENE KRIEGER RE: APPLICATION FOR REIMBURSEMENT OF COMMITTEE FEES AND EXPENSES | 0.10 | $37.50 |
| 9/5/2001 007 | RN SIANNI | PREPARE AND FINALIZE SECOND APPLICATION OF UNSECURED CREDITORS FOR REIMBURSEMENT, FLE SAME. | 2.70 | $540.00 |
| 9/5/2001 007 | SA HOLLINGHEAD | PREPARE SECOND APPLICATION OF | 2.50 | $275.00 |

File # K0248-00001                                              INVOICE # 835994
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| | | COMMITTEE RE: EXPENSES, NOTICE AND CERTIFICATE OF SERVICE. PREPARE FOR E-FILING AND SERVICE. T/C TO LASON FOR SERVICE. | | |
| 9/6/2001 007 | MR LASTOWSKI | REVIEW FERRY AND JOSEPH FOURTH INTERIM FEE APPLICATION | 0.10 | $37.50 |
| 9/6/2001 007 | MR LASTOWSKI | REVIEW WALLACE, KING FOURTH INTERIM FEE APPLICATION | 0.10 | $37.50 |
| 9/10/2001 007 | MR LASTOWSKI | REVIEW CAMPBELL LEVINE ULY INTERIM FEE APPLICATION | 0.20 | $75.00 |
| 9/13/2001 007 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION RE: FTI POLICANO THIRD INTEREIM FEE APPLICATION | 0.20 | $75.00 |
| 9/13/2001 007 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION RE: STROOK STROOCK & LAVAN THIRD INTERIM FEE APPLICATION | 0.10 | $37.50 |
| 9/13/2001 007 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATION OF NO OBJECTION TO STROOCK STROOCK & LAVAN FIRST QUARTERLY FEE APPLICATION | 0.10 | $37.50 |
| 9/13/2001 007 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION RE: FTRI POLICANO AND MANZO FIRST QUARTERLY FEE APPLICATION | 0.10 | $37.50 |
| 9/13/2001 007 | SA HOLLINGHEAD | DRAFT CERTIFICATE OF NO OBJECTION FOR STROOCK & STROOCK THIRD FEE APPLICATION (.20); DRAFT CERTIFICATE OF SERVICE (.20); PREPARE LIST/LABELS FOR SERVICE AND PREPARE DOCUMENTS FOR E-FILING (.20). | 0.60 | $66.00 |
| 9/13/2001 007 | SA HOLLINGHEAD | DRAFT CERTIFICATE OF NO OBJECTION FOR FTI POLICANO & MANZO THIRD FEE APPLICATION (.20); DRAFT CERTIFICATE OF SERVICE (.20); PREPARE LIST/LABELS FOR SERVICE (.10); PREPARE DOCUMENTS FOR E-FILING (.10). | 0.60 | $66.00 |
| 9/13/2001 007 | SA HOLLINGHEAD | DRAFT CERTIFICATE OF NO OBJECTION FOR QUARTERLY FEE APPLICATION FOR STROOCK & STROOCK (.20); DRAFT CERTIFICATE OF SERVICE (.20); PREPARE LIST/LABELS (.20); PREPARE DOCUMENTS FOR E-FILING (.10). | 0.70 | $77.00 |
| 9/13/2001 007 | SA HOLLINGHEAD | DRAFT CERTIFICATE OF NO OBJECTION FOR QUARTERLY FEE APPLICATION FOR FTI POLICANO & MANZO (.20); DRAFT CERTIFICATE OF SERVICE (.20); PREPARE LIST/LABELS (.20); PREPARE DOCUMENTS FOR E-FILING (.10). | 0.70 | $77.00 |

Duane Morris
February 5, 2002
Page 12

File # K0248-00001                                                INVOICE # 835994
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 9/13/2001 007 | SA HOLLINGHEAD | COPIES OF CERTIFICATES OF NO OBJECTION FILED 9/13/01 FOR FEE APPLICATIONS FOR STROOCK AND POLICANO FORWARDED TO JOHN PORT PER R. SERRETTE'S REQUEST. | 0.20 | $22.00 |
| 9/14/2001 007 | MR LASTOWSKI | REVIEW SETTLEMENT STIPULATION BETWEEN DEBTORS' AND AON CONSULTING | 0.20 | $75.00 |
| 9/14/2001 007 | MR LASTOWSKI | REVIEW KIRKLAND AND ELLIS SUPPLEMENTAL RETENTION AFFIDAVIT | 0.10 | $37.50 |
| 9/17/2001 007 | MR LASTOWSKI | REVIEW PACHULSKI STANG'S THIRD MONTHLY FEE APPLICATION | 0.20 | $75.00 |
| 9/17/2001 007 | SA HOLLINGHEAD | REVIEW DOCKET (.40) AND PREPARE CERTIFICATE OF NO OBJECTION (.40); CERTIFICATE OF SERVICE (.30)FOR FTI POLICANO & MANZO'S FOURTH FEE APPLICATION FOR FILING TOMORROW. | 1.10 | $121.00 |
| 9/18/2001 007 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO FOURTH INTERIM APPLICATION OF POLICANO & MANZO | 0.10 | $37.50 |
| 9/18/2001 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION TO FTI POLICANO & MANZO FOURTH FEE APPLICATION FOR E-FILING AND SERVICE (.10); E-FILE DOCUMENT (.30); PREPARE LIST/LABELS FOR SERVICE (.20); T/C TO LASON (.10). FORWARD COPY TO JOHN PORT (.10). | 0.80 | $88.00 |
| 9/25/2001 007 | SA HOLLINGHEAD | REVIEW DOCKET FOR FILING DATES/DOCKET NUMBERS OF COMPENSATION APPLICATIONS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND DUANE, MORRIS & HECKSCHER LLP. | 0.20 | $22.00 |
| 9/28/2001 007 | MR LASTOWSKI | REVIEW KIRKLAND AND ELLIS FEE APPLICATION FOR JULY THROUGH SEPTEMBER 2001 | 0.10 | $37.50 |
| 9/28/2001 007 | MR LASTOWSKI | TELEPHONE CALL FROM ARLENE KRIEGER RE: STATUS OF FEE APPLICATIONS | 0.10 | $37.50 |
| 9/28/2001 007 | SA HOLLINGHEAD | REVIEW APPLICATION OF POLICANO & MANZO FOR ACCURACY (.20); PREPARE NOTICE OF APPLICATION AND CERTIFICATE OF SERVICE FOR FTI POLICANO & MANZO'S FIFTH FEE APPLICATION (.30); PREPARE SERVICE LIST/LABELS (.20). SEND TO PARCELS FOR SCANNING/E-FILING (.20). | 0.90 | $99.00 |
| 9/29/2001 007 | SA HOLLINGHEAD | REVIEW TIME STAMP VERIFICATION SENT BY PARCELS RE: FIFTH INTERIM | 0.10 | $11.00 |

File # K0248-00001                                              INVOICE # 835994
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| | | | FEE APPLICATION OF FTI POLICANO & MANZO. | | |
| | | | Code Total | 37.70 | $7,729.00 |
| 7/27/2001 010 | MR LASTOWSKI | | REVIEW CORRESPONDENCE FROM SMOLKER COUNSEL: RE DECISION IN TIG V. SMOLKER | 0.20 | $75.00 |
| 8/2/2001 010 | MR LASTOWSKI | | REVIEW YOUPEE RESPONSE TO AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF | 0.10 | $37.50 |
| 9/7/2001 010 | WS KATCHEN | | REVIEW POLICANO/MANZO DRAFT REPORT | 0.20 | $90.00 |
| 9/14/2001 010 | MR LASTOWSKI | | REVIEW DEBTOR'S OPPOSITION TO SMOLKER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.30 | $112.50 |
| 9/16/2001 010 | MR LASTOWSKI | | REVIEW HONEYWELL LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY | 0.20 | $75.00 |
| 9/17/2001 010 | MR LASTOWSKI | | REVIEW DEBTORS' RESPONSE TO HONEYWELL INTERNATIONAL, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.10 | $37.50 |
| 9/20/2001 010 | MR LASTOWSKI | | REVIEW LETTER FROM COUNSEL TO PPG INDUSTRIES TO THE CLERK'S OFFICE RE: SETTLEMENT OF PPG'S OBJECTION TO RECLAMATION MOTION | 0.10 | $37.50 |
| 9/21/2001 010 | MR LASTOWSKI | | REVIEW EXXON MOBILE'S MOTION FOR SUMMARY JUDGEMENT AND AFFIDAVIT IN SUPPORT THEREOF | 0.30 | $112.50 |
| 9/28/2001 010 | MR LASTOWSKI | | REVIEW ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO PURSUE ZAPATA PATENT ACTION | 0.10 | $37.50 |
| | | | Code Total | 1.60 | $615.00 |
| 8/21/2001 012 | MR LASTOWSKI | | REVIEW MOTION TO EXTEND EXCLUSIVITY | 0.20 | $75.00 |
| | | | Code Total | 0.20 | $75.00 |
| 9/27/2001 024 | MR LASTOWSKI | | REVIEW STIPULATION RESOLVING DEBTORS' DISPUTE WITH FIRST UNION COMMERCIAL CORPORATION | 0.10 | $37.50 |
| | | | Code Total | 0.10 | $37.50 |
| | | | TOTAL SERVICES | 68.30 | $12,885.00 |

Duane Morris
February 5, 2002
Page 14

File # K0248-00001                                    INVOICE #  835994
      W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 8/31/2001 | POSTAGE | | 2.64 |
| 9/30/2001 | POSTAGE | | 16.80 |
| | | Total: | $19.44 |
| | | | |
| 8/31/2001 | DOCUMENT COSTS | | 3.28 |
| | | Total: | $3.28 |
| | | | |
| 7/17/2001 | PACKAGE TO GEORGE MARCUS AT MARCUS KLEGG | | 14.88 |
| 8/2/2001 | PACKAGE TO THOMAS MAHER AT J P MORGAN CHASE | | 13.86 |
| 8/28/2001 | OVERNIGHT MAIL PACKAGE TO STROOK & STROOK & LAVAN LLP FROM S HOLLINGHEAD (AIRBILL #827102897557) | | 11.80 |
| 8/28/2001 | OVERNIGHT MAIL PACKAGE TO ROSS J ALTMAN AT PIPER MARBURY RUDNICK & WOLFE FROM S HOLLINGHEAD (AIRBILL #827102897579) | | 14.37 |
| 9/6/2001 | OVERNIGHT MAIL PACKAGE TO ROBERT A RASKIN ESQ AT STROOCK & STROOCK FROM WILLIAM KATCHEN, ESQ. (AIRBILL #825831907278) | | 21.58 |
| 9/10/2001 | OVERNIGHT MAIL PACKAGE TO DAVID B SIEGEL AT W R GRACE & CO FROM S HOLLINGHEAD (AIRBILL #827137715309) | | 11.80 |
| 9/10/2001 | OVERNIGHT MAIL PACKAGE TO THOMAS MOERS MAYER AT KRAMER LEVIN NAFTALIS & FRANK FROM S HOLLINGHEAD (AIRBILL #827137715342) | | 11.80 |
| 9/10/2001 | OVERNIGHT MAIL PACKAGE TO FRANK J PERCH AT OFFICE OF THE UNITED STATES T FROM S HOLLINGHEAD (AIRBILL #827137715294) | | 11.80 |
| 9/10/2001 | OVERNIGHT MAIL PACKAGE TO E INSELBUCH AT CAPTAIN & DRYSDALE FROM ILLEGIBLE (AIRBILL #827137715310) | | 11.80 |
| 9/10/2001 | OVERNIGHT MAIL PACKAGE TO LEWIS KRUGER AT STROOCK & STROOCK & LAVAN LLP FROM S HOLLINGHEAD (AIRBILL #827137715320) | | 11.80 |
| 9/10/2001 | OVERNIGHT MAIL PACKAGE TO SCOTT BRENNA AT BILZIR SUMBERG ET AL FROM S HOLLINGHEAD (AIRBILL #827137715331) | | 14.37 |
| 9/10/2001 | OVERNIGHT MAIL PACKAGE TO JAMES S AT KIRKLAND & ELLIS FROM S HOLLINGHEAD (AIRBILL #827137715283) | | 14.37 |
| | | Total: | $164.23 |
| | | | |
| 9/30/2001 | MESSENGER SERVICE | | 1,781.53 |
| | | Total: | $1,781.53 |
| | | | |
| 9/30/2001 | OVERTIME RELATED COSTS | | 7.98 |
| | | Total: | $7.98 |
| | | | |
| 8/31/2001 | TELECOPY | | 45.60 |

File # K0248-00001                                    INVOICE # 835994
    W.R. GRACE & CO.

| | | | |
|---|---|---|---:|
| 9/30/2001 | TELECOPY | | 132.05 |
| | | Total: | $177.65 |
| | | | |
| 8/31/2001 | PRINTING & DUPLICATING | | 4,397.23 |
| 9/30/2001 | PRINTING & DUPLICATING | | 1,352.10 |
| | | Total: | $5,749.33 |
| | TOTAL DISBURSEMENTS | | $7,903.44 |