# EXHIBIT "C"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF MICHAEL R. LASTOWSKI, ESQUIRE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

Michael R. Lastowski, being duly sworn, deposes and says:

1. I am an attorney at the law firm of Duane Morris LLP, counsel for the Official Committee of Unsecured Creditors (collectively, the "Committee").

2. I have read the *Second and Third Monthly Applications of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2001 Through And Including September 30, 2001* (the "Applications"), and know the contents thereof. The same are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I am familiar with all work performed on

behalf of the Committee by the attorneys and para-professionals in the firm of Duane Morris LLP.

Dated: February 5, 2002

*[signature]*
Michael R. Lastowski, Esquire

SWORN TO AND SUBSCRIBED before me this 5TH day of FEBRUARY, 2002.

*[signature]*
Notary Public

MICHELE C. HARRIS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 20__