FILED

2002 FEB -4 PM 1:34

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELWARE

------------------------------------------------X
:
: Index No.:01-1139-JKF
IN RE W. R. GRACE & CO., :
:
    Debtor : Chapter 11
:
:
:
:
:
:
------------------------------------------------X

### REQUEST FOR SERVICE OF PAPERS
### AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned represents National Union Fire Insurance Company of Pittsburgh, Pa. and its affiliates (together, "National Union"), and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that all notices given or required in this case, and all disclosure statements and plans (whether proposed or approved), and all other papers served in this case, be given to and served upon:

    Michael S. Davis, Esq.
    Zeichner Ellman & Krause
    575 Lexington Avenue
    New York, New York  10022
    Fax: (212) 753-0396

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtor(s) or the property of the Debtor(s).

**PLEASE TAKE FURTHER NOTICE** that National Union intends that neither this notice nor any later appearance, pleading, claim, or suit shall waive National Union's (1) right to assert arbitration; (2) right to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge; (3) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions,

defenses, setoffs, or recoupments to which National Union are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserve.

Dated:     New York, New York
           January 31, 2001

                         ZEICHNER ELLMAN & KRAUSE LLP
                         Attorneys for National Union

                         By: _____
                             Michael S. Davis
                             A Member of the Firm

                         575 Lexington Avenue
                         New York, New York 10022
                         (212) 223-0400

381734.01/2888-007/MSD

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on January 31, 2002, I served true copies of a REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS upon the following party by first class U. S. mail:

      Pachulski Stang Ziehl Young et al
      919 N. Market Street, 16th Fl.
      Wilmington, DE   19899-8705

      Stroock & Stroock & Lavan LLP
      180 Maiden Lane
      New York, NY   10038

      Duane Morris & Heckscher, LLP
      1100 N. Market Street, Suite 1200
      Wilmington, DE   19801-1246

      Kirkland & Ellis
      200 E. Randolph Drive
      Chicago, IL   60601

                         _____
                                  Michael S. Davis

January 31, 2002

381736.01/2888-007/MSD