IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2002 FEB -4 PM 1: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Attorney Appearing:

*/s/ John K. Fiorilla*

JOHN K. FIORILLA
JF 6463

Watson, Stevens, Fiorilla, & Rutter, LLP
390 George Street
P.O. Box 1185
New Brunswick, New Jersey 08903
(732) 545-2250
Attorneys for The Burlington Northern and
Santa Fe Railway Company, Creditor

| IN RE: | Bankruptcy No. |
|---|---|
| W.R. GRACE & CO., | 01-1139 – 01-1200 |
| Debtor. | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that JOHN K. FIORILLA, ESQ. of the firm of WATSON, STEVENS, FIORILLA & RUTTER, LLP, on behalf of The Burlington Northern and Santa Fe Railway Company, Claimant, hereby enters his appearance as attorney for The Burlington Northern and Santa Fe Railway Company, Creditor, in the above proceedings, and pursuant to Local Bankruptcy Rule 2002-1(d), requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> JOHN K. FIORILLA, ESQ.
> WATSON, STEVENS, FIORILLA & RUTTER, LLP,
> 390 George Street
> P.O. Box 1185
> New Brunswick, New Jersey 08903
> Tel.  (732) 545-2250
> Fax   (732) 545-3814
> E-mail JFiorilla@WSFR.net

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation,

notices of any orders, pleadings, motions, applications, complaints, demands, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise.

January 30, 2002

          Watson, Stevens, Fiorilla, & Rutter, LLP
          390 George Street
          P.O. Box 1185
          New Brunswick, New Jersey 08903
          (732) 545-2250

      BY _____
         JOHN K. FIORILLA