# EXHIBIT B

**SCHEDULE 1**

A.O. Smith Water Products Company B.V.
A.P. Green Industries, Inc.
A.P. Green Services; Inc.
Abex Corporation
AIG/AIG Capital Corporation
Allied Signal, Inc.
American International Group, Inc.
Amoco Chemical Company
Amoco Corporation
Amoco Oil Company
Aristech Chemical Corporation
B. F. Goodrich Company
Bank of America
Bank of Boston Corporation
Bank of New York
Bank of Nova Scotia
Banc One Corporation
Bank One Purchasing Card
Banc One Card Services Corporation
BASF Corporation
Basic, Inc.
Betzdearborn, Inc.
Blue Circle Materials SE
Blue Circle North America
Borg Warner Corporation
Borg Warner Security Corporation
BP Amoco Chemical Company
CBS, Inc.
Celwyn Company, Inc.
Charles H. Erhart, Jr.
Chase Manhattan Bank
Citibank, NA
Citigroup
CGC Holding Corp.
CGC, Inc.
Climax Molybdenum Company
Colgate-Palmolive Company
Commerzbank AG
Cooper Industries, Inc.
Crane Company
Credit Lyonnais
Credit Suisse First Boston Corporation
Cryovac/Cryovac Far East Holdings
Dana Corporation

Dow Chemical Corporation
Dresdner Bank AG
DuPont Chemical Company
DuPont Dow Elastics Company
Eagle Picher Industries
Eaton Corporation
Englehard Corporation
Federal Mogul Corporation
First Union Bank
Foster Wheeler Corporation
Genentech
General Electric Capital Corporation
GE Capital Fleet Services
General Mills
General Motors
General Signal Corporation
Georgia Pacific Corporation
Harold A. Eckmann
Hercules, Inc.
Hi-Tech
HSBC/Marine Midland
J.P. Morgan Chase & Co.
Kaye, Scholer, Fierman, Hays & Handler
Leeds & Northrup Company
Maremont Corporation
Marine Midland Bank, NA
Merrill, Lynch, Pierce Fenner & Smith, Inc.
Metropolitan Life Insurance Company
Mobil Chemical Company
Mobil Corporation
Mobil Oil Corporation
Monsanto Chemical Company
Monsanto Company
Mortell Company
Northern Trust Bank
Owens Corning Fiberglass Corporation
Phillips Petroleum Company
Pioneer
PPG Industries, Inc.
Premier Refractories & Chemicals
Premier Refractories, Inc.
Reynolds Metals Company
Safeway Stores, Inc.
Sequa Corporation
Stone & Webster, Inc.
Stone & Webster Oil Company, Inc.

Sun Company
Texaco Refining and Marketing, Inc.
Texaco, Inc.
The Hartford Financial Services Group, Inc.
The Lincoln National Life Insurance Company
Thomas A. Vanderslice
Tosco Corporation
Travelers Insurance Company
Tri-State Generation and Transmission
Ultramar Diamond Shamrock Corporation
Ultramar PLC
Union Carbide Corporation
Union Oil Company of California, d/b/a Unocal
Uniroyal Chemical Company, Inc.
Valero Energy
Viad Corporation
Victorian Workcover Authority
Vulcan Materials Company, Inc.
Wachovia Bank & Trust Company, N.A.
Watson Land Company, a/k/a Chomerics, Inc.
Western Fuels
Zapata Industries