## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 01-01139 (JJF)** |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | **Docket No. 893** |

### ORDER DENYING SMOLKER DEFENDANTS'
### MOTION FOR RELIEF FROM AUTOMATIC STAY

This case came on for an Omnibus hearing on January 3, 2002 pursuant to the

Amended Notice of Agenda of Matters Scheduled for Hearing (Docket No. 1415) and Motion for

Relief from the Automatic Stay filed by the Smolker defendants (Docket No. 893).

After due deliberation and cause appearing therefore, accordingly:

IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay

filed by the Smolker defendants in the action entitled TIG Ins. Co. v. Smolker, No. BC173952

(Los Angeles Superior Court) is denied without prejudice.

Dated: January 2 5 , 2002

THE HONORABLE JUDITH K. FITZGERALD.
UNITED STATES BANKRUPTCY JUDGE