*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2001**
**MOR-1**

| | JP Morgan Chase Concentration 16001257 | | Fleet Bank Payroll 44987004 | | Bank of America Payroll 3750245235 | | Bank of America Payroll 8188003115 | | Bank of America Lockbox 8188203114 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | | $ 1,296,701 | | $ - | | $ - | | $ 8,154 | | $ 1,886,649 |
| Bank Balance | | $ 542,489 | | $ - | | $ - | | $ 8,154 | | $ 1,888,629 |
| (+) Deposits in transit | | | | | | | | | | |
| ( -) Outstanding checks | | | | | | | | | | |
| Other | | 754,211 | | | | | | | | (1,980) |
| Adjusted bank balance | | $ 1,296,701 | | $ - | | $ - | | $ 8,154 | | $ 1,886,649 |
| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| Other | | | | | | | | | | |
| Transfers between bank accounts | | 753,103 | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | 3,600 |
| Unreconciled ledger activity | | 1,108 | | | | | | | | (5,580) |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2001**
**MOR-1**

| | First Union Concentration 2000000282172 | | First Union Payroll 2079900016741 | | First Union Petty Cash 2079900005600 | | Civic Bank Payroll 15502015736 | | Fleet Bank Payroll 51217666 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | | $ 1,130,001 | | $ (376,413) | | $ (4,352) | | $ 20,163 | | $ 3,544 |
| Bank Balance | | $ 1,885,300 | | $ - | | $ - | | $ 20,163 | | $ 3,274 |
| (+) Deposits in transit | | | | | | | | | | |
| ( -) Outstanding checks | | | | (191,535) | | | | | | |
| Other | | (755,298) | | (184,878) | | (4,352) | | | | 270 |
| Adjusted bank balance | | $ 1,130,001 | | $ (376,413) | | $ (4,352) | | $ 20,163 | | $ 3,544 |
| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | detail available | | | | | | | |
| Other | | | | | | | | | | |
| Transfers between bank accounts | | (753,103) | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | (2,220) | | | | | | | | 270 |
| Payroll tax payments not recorded | | | | (5) | | | | | | |
| Unreconciled bank activity | | | | (184,873) | | | | | | |
| Unreconciled ledger activity | | 25 | | | | (4,352) | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2001**
**MOR-1**

| | First Union Libby Medical 2079900065006 | First Union Accts Payable 2079920005761 | First Union Payroll 2079900067554 | Wachovia Lockbox 1866-082535 | First Union Accts payable 2079900005260 |
|---|---|---|---|---|---|
| Balance per books | $ 30,376 | $ (4,673,804) | $ (105,148) | $ 1,598,800 | $ (2,819,682) |
| Bank Balance | $ - | $ - | $ - | $ 1,218,932 | $ - |
| (+) Deposits in transit | | | | | |
| ( -) Outstanding checks | | (4,563,769) | (161,515) | | (2,885,791) |
| Other | 30,376 | (110,035) | 56,367 | 379,868 | 66,109 |
| Adjusted bank balance | $ 30,376 | $ (4,673,804) | $ (105,148) | $ 1,598,800 | $ (2,819,682) |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | detail available | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | SAP | (2,859,808) |
| | | | | | | | | | 13920 | (347) |
| | | | | | | | | | 15256 | (128) |
| | | | | | | | | | 21664 | (25,452) |
| | | | | | | | | | 21800 | (57) |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | 360,145 | | 62,362 |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | 9,963 | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | (110,035) | | 37,964 | | | | |
| Unreconciled ledger activity | | 30,376 | | | | 18,403 | | 9,585 | | |
| Returned item adjustment | | | | | | | | | | 3,747 |
| Payroll/other activity in transit | | | | | | | | 175 | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2001**
**MOR-1**

| | First Union Accts Payable 2079900005231 | | Allfirst Payroll 16298631 | | SunTrust Payroll 00000141309 | | PNC 4002641360 | | Hibernia Nat'l Disbursement 101391210 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | | $ (1,219,923) | | $ 195,000 | | $ 45,000 | | $ 25,000 | | $ 10,000 |
| Bank Balance | | $ - | | $ 423,921 | | $ 45,291 | | $ 25,000 | | $ 9,830 |
| (+) Deposits in transit | | | | - | | | | | | |
| ( -) Outstanding checks | | | | (229,062) | | (291) | | | | |
| Other | | (1,219,923) | | 141 | | | | | | 170 |
| Adjusted bank balance | | $ (1,219,923) | | $ 195,000 | | $ 45,000 | | $ 25,000 | | $ 10,000 |
| **Deposits in Transit** | Date | Amt | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
| **Outstanding Checks** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | detail available | | 7725 | (84) | | | | |
| | | | | | 74778 | (84) | | | | |
| | | | | | 74939 | (123) | | | | |
| **Other** | | | | | | | | | | |
| Transfers between bank accounts | | (1,221,870) | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | 141 | | | | | | 170 |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | 1,946 | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2001**
**MOR-1**

| | Bank of America Payroll 0000 0002 2137 | Allfirst Payroll 16298657 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|
| Balance per books | $ 25,000 | $ 40,760 | $ 32,416 | (Soles) S/. 69,520 | (US$) $ 88,601 |
| Bank Balance | $ 30,610 | $ 187,545 | $ 39,757 | S/. 69,520 | $ 103,601 |
| (+) Deposits in transit | | | | | |
| ( -) Outstanding checks | (337) | (24,983) | | | (15,000) |
| Other | (5,273) | (121,803) | (7,341) | | |
| Adjusted bank balance | $ 25,000 | $ 40,760 | $ 32,416 | S/. 69,520 | $ 88,601 |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | | Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | | Ck. # | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 40820 | (337) | 4434 | (2,103) | | | | | 2809146 | (15,000) |
| | | | 100316 | (1,655) | | | | | | |
| | | | 100282 | (371) | | | | | | |
| | | | 4575 | (2,918) | | | | | | |
| | | | 4592 | (693) | | | | | | |
| | | | 4746 | (1,823) | | | | | | |
| | | | 4767 | (3,146) | | | | | | |
| | | | 4787 | (2,324) | | | | | | |
| | | | 4790 | (1,853) | | | | | | |
| | | | 4795 | (2,324) | | | | | | |
| | | | 4796 | (5,772) | | | | | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | (5,384) | | (149,622) | | (7,042) | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | 110 | | | | 8 | | | | |
| Payroll tax payments not recorded | | | | | | (307) | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | 27,819 | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2001**
**MOR-1**

| | Banco de Credito Time Deposit | | Bank of Boston Operating Acct 0154519 | | Bank of Boston Operating Acct 0154424 | |
|---|---|---|---|---|---|---|
| Balance per books | | | (Soles) | S/. 807 | (US$) | $ 629,974 |
| Bank Balance | | | | S/. 4,256 | | $ 629,974 |
| (+) Deposits in transit | | | | | | |
| ( -) Outstanding checks | | | | -S/. 3,449 | | |
| Other | | | | | | |
| Adjusted bank balance | | | | S/. 807 | | $ 629,974 |
| **Deposits in Transit** | Date | | Date | | Date | |
| **Outstanding Checks** | Ck. # | | Ck. # | | Ck. # | |
| | | | 516 | -S/. 3,449 | | |
| **Other** | | | | | | |
| Transfers between bank accounts | | | | | | |
| Accounting error | | | | | | |
| Interest not recorded on books | | | | | | |
| Bank fees not recorded on books | | | | | | |
| Payroll tax payments not recorded | | | | | | |
| Unreconciled bank activity | | | | | | |
| Unreconciled ledger activity | | | | | | |
| Returned item adjustment | | | | | | |
| Payroll/other activity in transit | | | | | | |
| Petty cash funds | | | | | | |
| Unrecorded deposit | | | | | | |

*Chart 2*

**W. R. Grace & Co.**
**Bank Reconciliations**
**November 2001**
**MOR-1**

| | JP Morgan Chase Pass Through 323881963 | |
|---|---|---|
| Balance per books | $ - | |
| Bank Balance | - | |
| (+) Deposits in transit | | |
| ( -) Outstanding checks | | |
| Other | | |
| Adjusted bank balance | $ - | |
| **Deposits in Transit** | **Date** | **Amt** |
| | | |
| **Outstanding Checks** | **Ck. #** | **Amt** |
| | | |
| **Other** | | |
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

*Chart 2*

**Remedium Group, Inc.**
**Bank Reconciliations**
**November 2001**
**MOR-1**

| | JP Morgan Chase Pass Through 323883842 | | JP Morgan Chase Disbursement 601831985 | |
|---|---|---|---|---|
| Balance per books | | $ (22,006) | | $ 38,958 |
| Bank Balance | | - | | - |
| (+) Deposits in transit | | (22,006) | | |
| ( -) Outstanding checks | | | | (20,598) |
| Other | | | | 59,556 |
| Adjusted bank balance | | $ (22,006) | | $ 38,958 |
| **Deposits in Transit** | **Date** | **Amount** | **Date** | **Amount** |
| | 5/4/01 | (22,006) | | |
| **Outstanding Checks** | **Ck. #** | **Amount** | **Ck. #** | **Amount** |
| | | | 2514 | (60) |
| | | | 3005 | (415) |
| | | | 3010 | (115) |
| | | | 3217 | (87) |
| | | | 3346 | (2,934) |
| | | | 3355 | (200) |
| | | | 3499 | (18) |
| | | | 3531 | (200) |
| | | | 3536 | (60) |
| | | | 3538 | (3,828) |
| | | | 3540 | (12,681) |
| **Other** | | | | |
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | |
| Unreconciled ledger activity | | | | 59,556 |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

*Chart 2*

**CC Partners**
**Bank Reconciliations**
**November 2001**
**MOR-1**

| | First Union Deposit Acct 2199500031802 |
|---|---|
| Balance per books | $ (1,599,153) |
| Bank Balance | |
| (+) Deposits in transit | |
| ( -) Outstanding checks | |
| Other | (1,599,153) |
| Adjusted bank balance | $ (1,599,153) |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | (1,599,153) |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

*Chart 2*

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**November 2001**
**MOR-1**

| | Citibank Operating Acct 300153011 | |
|---|---|---|
| Balance per books | | $ 3,263,302 |
| Bank Balance | | 3,230,369 |
| (+) Deposits in transit | | 62,900 |
| ( -) Outstanding checks | | (29,945) |
| Other | | (22) |
| Adjusted bank balance | | $ 3,263,302 |
| **Deposits in Transit** | **Date** | **Amt** |
| | 11/26/01 | 62,625 |
| | 11/27/01 | 275 |
| **Outstanding Checks** | | |
| | 13767 | (5,002) |
| | 15207 | (1,591) |
| | 15334 | (16,966) |
| | 15336 | (915) |
| | 15338 | (979) |
| | 15341 | (19) |
| | 15342 | (117) |
| | 15344 | (446) |
| | 15347 | (36) |
| | 15348 | (26) |
| | Payroll cks | (3,848) |
| **Other** | | |
| Transfers between bank accounts | | 10 |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | (32) |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

*Chart 3*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**December 2001**

| | W.R. Grace & Co. - Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 62,254,777 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | 9,911,092 | - | - | - | - | - | - | - | - |
| Net sales to filing entities | 157,104 | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 3,177,870 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (5,341,808) | 3,720,473 | 911,592 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Other income | 1,261,020 | - | - | - | - | - | - | - | - |
| | 71,420,055 | 3,720,473 | 911,592 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 44,600,647 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | 7,484,369 | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | 131,238 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | 10,716,625 | 29,917 | 15,696 | 1,089 | 1,089 | 42,321 | - | 3,528 | - |
| Research and development expenses | 3,665,697 | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 4,138,526 | - | 2,258 | - | - | - | - | - | - |
| Interest expense | 2,209,012 | - | - | - | - | - | - | - | - |
| | 72,946,114 | 29,917 | 17,954 | 1,089 | 1,089 | 42,321 | - | 3,528 | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (1,526,059) | 3,690,556 | 893,639 | 18,083 | 844,144 | (42,321) | 2,602,915 | (3,528) | - |
| Chapter 11 reorganization expenses, net | (529,229) | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 7,055,816 | (4,022,316) | (730,540) | - | (887,114) | 27,256 | (2,733,029) | 2,508 | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net income** | $ 5,000,527 | $ (331,760) | $ 163,099 | $ 18,083 | $ (42,970) | $ (15,065) | $ (130,114) | $ (1,020) | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

*Chart 3*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**December 2001**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. | Kootenai Development Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ 353,252 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,998,243 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (2,757,592) | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | (759,349) | 353,252 | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 229,600 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 25,866 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 97,374 | - | - | - | - | - | - | 1,089 | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,050 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | 359,889 | - | - | - | - | - | - | 1,089 | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (759,349) | (6,638) | - | - | - | - | - | - | (1,089) | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 688,280 | (36,634) | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ (71,069) | $ (43,272) | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,089) | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

*Chart 3*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**December 2001**

| | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

*Chart 3*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**December 2001**

| | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

*Chart 3*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**December 2001**

| | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. | Grace Energy Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

*Chart 3*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**December 2001**

| | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. | Coalgrace II, Inc. | Gracecoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

*Chart 3*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**December 2001**

| | Axial Basin Ranch Company | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ 62,608,028 |
| Net sales to non-filing entities | - | - | - | - | - | 9,911,092 |
| Net sales to filing entities | - | - | - | (157,104) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | 5,176,113 |
| Interest and royalties from filing entities, net | - | - | - | 15 | - | - |
| Other income | - | - | - | - | - | 1,261,020 |
| | - | - | - | (157,089) | - | 78,956,253 |
| Cost of goods sold to third parties | - | - | - | - | - | 44,830,247 |
| Cost of goods sold to non-filing entities | - | - | - | - | - | 7,484,369 |
| Cost of goods sold to filing entities | - | - | - | (157,104) | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | 10,908,727 |
| Research and development expenses | - | - | - | - | - | 3,665,697 |
| Depreciation and amortization | - | - | - | - | - | 4,147,834 |
| Interest expense | - | - | - | - | - | 2,209,012 |
| | - | - | - | (157,104) | - | 73,245,886 |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | 15 | - | 5,710,367 |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | (529,229) |
| (Provision for) benefit from income taxes | - | - | - | - | - | (635,773) |
| Minority interest in income of subsidiary | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | 1,295,606 | 1,295,606 |
| **Net income** | $ - | $ - | $ - | $ 15 | $1,295,606 | $ 5,840,971 |

Note #2
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

*Chart 4*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | W.R. Grace & Conn | NRG Conn | Davison | Container | Texas GC Investment | GSB |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 37,864,619 | $ - | $ (2,169,726) | $ 23,750 | $ - | $ - |
| Notes and accounts receivable, net | 65,104,976 | - | 58,814,581 | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 447,365,453 | (517,973,343) | (245,405,131) | 7,620,324 | 700,010,000 | (24,597,535) |
| Inventories | 21,610,430 | - | 67,143,238 | - | - | - |
| Deferred income taxes | 12,798,214 | - | 5,676,515 | - | - | - |
| Asbestos-related insurance expected to be realized within one year | 9,697,793 | - | - | - | - | - |
| Other current assets | 25,347,297 | - | 26,488,490 | - | - | - |
| **Total Current Assets** | 619,788,783 | (517,973,343) | (89,452,034) | 7,644,074 | 700,010,000 | (24,597,535) |
| Properties and equipment, net | 120,795,267 | - | 261,030,416 | - | - | - |
| Goodwill, net | 12,035,547 | - | 1,841,238 | - | - | - |
| Cash value of company owned life insurance, net of policy loans | 75,633,169 | - | - | - | - | - |
| Deferred income taxes | 705,328,087 | - | 27,444,348 | - | - | - |
| Asbestos-related insurance expected to be realized after one year | 283,728,827 | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,049,254,230) | 50,038,848 | - | - | - | - |
| Investment in filing and non-filing entities | 1,163,953,686 | 467,934,495 | 15,000,000 | - | - | - |
| Other assets | 297,738,001 | - | 26,109,620 | - | - | - |
| **Total Assets** | $ 2,229,747,137 | $ - | $ 241,973,589 | $ 7,644,074 | $ 700,010,000 | $ (24,597,535) |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ 0 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 19,163,403 | - | 13,555,789 | (25,045) | - | - |
| Income taxes payable | 268 | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | 0 | - | - | - | - | - |
| Other current liabilities | 46,033,771 | - | 21,707,614 | - | - | - |
| **Total Current Liabilities** | 65,197,443 | - | 35,263,403 | (25,045) | - | - |
| Long-term debt - DIP facility | 1,104,866 | - | - | - | - | - |
| Deferred income taxes | 191,291,388 | - | 29,524,652 | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | (0) | - | - | - | - | - |
| Other liabilities | 226,021,989 | - | 1,947,874 | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 483,615,685 | - | 66,735,929 | (25,045) | - | - |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 524,516,965 | - | - | - | - | - |
| Accounts payable | 18,307,275 | - | 12,637,542 | - | - | - |
| Income taxes payable | 153,785,829 | - | 20,818,954 | - | - | - |
| Asbestos-related liability | 996,304,862 | - | - | - | - | - |
| Other liabilities | 354,852,871 | - | 19,798,417 | - | - | - |
| **Total Liabilities Subject to Compromise** | 2,047,767,802 | - | 53,254,913 | - | - | - |
| **Total Liabilities** | 2,531,383,488 | - | 119,990,843 | (25,045) | - | - |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 84,500,000 | - | - | - | 700,010,000 | - |
| Paid in capital | 142,269,878 | - | - | - | - | - |
| (Accumulated deficit)/Retained earnings | (333,044,037) | - | 121,982,746 | 7,669,119 | - | (24,597,535) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | (135,997,842) | - | - | - | - | - |
| Cumulative Translation Adjustments | (59,364,349) | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (301,636,350) | - | 121,982,746 | 7,669,119 | 700,010,000 | (24,597,535) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,229,747,137 | $ - | $ 241,973,589 | $ 7,644,074 | $ 700,010,000 | $ (24,597,535) |

Note #3
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

*Chart 4*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Grace Peru | National Medical Care | GC LP Notes | GC Holding | Coal Development | Grace Cocoa Consolidated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 682,114 | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | 1,777,198 | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (245,280) | - | 90,202,081 | 1,411,591 | 319 | (296,679,975) |
| Inventories | 560,727 | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 2,774,760 | - | 90,202,081 | 1,411,591 | 319 | (296,679,975) |
| Properties and equipment, net | 112,681 | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | 5,200,000 |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,509,066) | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | 700,000,000 | - | - | 139,130,000 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 1,378,375 | $ - | $ 790,202,081 | $ 1,411,591 | $ 319 | $ (152,349,975) |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 31,753 | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | 80,181 | - | - | - | - | - |
| **Total Current Liabilities** | 111,934 | - | - | - | - | - |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 111,934 | - | - | - | - | - |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (17,649) | - | - | - | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (17,649) | - | - | - | - | - |
| **Total Liabilities** | 94,286 | - | - | - | - | - |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 517,000 | - | - | - | - | - |
| Paid in capital | - | - | 707,016,000 | - | - | - |
| (Accumulated deficit)/Retained earnings | 753,068 | - | 83,186,081 | 1,411,591 | 319 | (152,349,975) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | 14,022 | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 1,284,090 | - | 790,202,081 | 1,411,591 | 319 | (152,349,975) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,378,375 | $ - | $ 790,202,081 | $ 1,411,591 | $ 319 | $ (152,349,975) |
| | - | - | - | - | - | - |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

*Chart 4*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Grace Cocoa Inc. | Eliminations between Conn | Reporting Reclasses | W.R. Grace & Co. - Conn | W.R. Grace & Co. | Remedium Group, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | | | $ 36,400,757 | $ - | $ (20,948) |
| Notes and accounts receivable, net | - | | | 125,696,755 | - | 97,361 |
| Receivables from/(payables to) filing and non-filing entities, net | (46,762,000) | | 149,300,000 | 264,246,504 | (387,997,467) | 2,707,417 |
| Inventories | - | | | 89,314,395 | - | - |
| Deferred income taxes | - | | | 18,474,729 | - | 4,460,134 |
| Asbestos-related insurance expected to be realized within one year | - | | | 9,697,793 | - | - |
| Other current assets | - | | | 51,835,788 | - | - |
| **Total Current Assets** | (46,762,000) | - | 149,300,000 | 595,666,722 | (387,997,467) | 7,243,963 |
| Properties and equipment, net | - | | | 381,938,365 | - | 505,608 |
| Goodwill, net | - | | | 13,876,786 | - | - |
| Cash value of company owned life insurance, net of policy loans | - | | | 75,633,169 | - | - |
| Deferred income taxes | - | | | 737,972,435 | - | 44,101,886 |
| Asbestos-related insurance expected to be realized after one year | - | | | 283,728,827 | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | | (1,000,724,447) | 754,510,498 | 118,821,891 |
| Investment in filing and non-filing entities | - | (1,545,400,000) | (149,300,000) | 791,318,181 | 241,512,111 | - |
| Other assets | - | | | 323,847,621 | - | - |
| **Total Assets** | $ (46,762,000) | $ (1,545,400,000) | $ - | $ 2,203,257,657 | $ 608,025,141 | $ 170,673,348 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | | | $ 0 | $ - | $ - |
| Accounts payable | - | | | 32,725,901 | - | 93,592 |
| Income taxes payable | - | | | 268 | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | | | 0 | - | - |
| Other current liabilities | - | | | 67,821,566 | - | 37,662 |
| **Total Current Liabilities** | - | - | - | 100,547,735 | - | 131,254 |
| Long-term debt - DIP facility | - | | | 1,104,866 | - | - |
| Deferred income taxes | - | | | 220,816,040 | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | | | (0) | - | - |
| Other liabilities | - | | | 227,969,863 | 0 | 0 |
| **Total Liabilities Not Subject to Compromise** | - | - | - | 550,438,504 | 0 | 131,254 |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | | 524,516,965 | - | - |
| Accounts payable | - | | | 30,944,817 | - | 645,021 |
| Income taxes payable | - | | | 174,587,135 | 15,919,540 | 873,647 |
| Asbestos-related liability | - | | | 996,304,862 | - | - |
| Other liabilities | - | | | 374,651,288 | 188,091 | 138,748,628 |
| **Total Liabilities Subject to Compromise** | - | - | - | 2,101,005,067 | 16,107,631 | 140,267,296 |
| **Total Liabilities** | - | - | - | 2,651,443,571 | 16,107,631 | 140,398,550 |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | | - | - | - |
| Common Stock | 5,242,000 | (705,800,000) | | 84,469,000 | 768,991 | 12,223 |
| Paid in capital | 132,654,000 | (839,600,000) | | 142,339,878 | 429,347,464 | 9,724,449 |
| (Accumulated deficit)/Retained earnings | (185,450,359) | | | (480,438,981) | 298,227,657 | 20,538,126 |
| Treasury stock, at cost | - | | | - | (136,426,701) | - |
| Consolidation of Investments | - | | | (135,997,842) | - | - |
| Cumulative Translation Adjustments | 792,359 | | | (58,557,968) | - | - |
| Deferred compensation trust | - | | | - | 100 | - |
| **Total Shareholders' Equity (Deficit)** | (46,762,000) | (1,545,400,000) | - | (448,185,914) | 591,917,510 | 30,274,798 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (46,762,000) | $ (1,545,400,000) | $ - | $ 2,203,257,657 | $ 608,025,141 | $ 170,673,348 |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.