**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ (1,599,153) | $ - | $ - | $ (0) | $ - |
| Notes and accounts receivable, net | | | | | 73,269 | |
| Receivables from/(payable to) filing and non-filing entities, net | 12,983,944 | (27,789,573) | (9,282,074) | (396,308,592) | 5,692,917 | 140,487,055 |
| Inventories | | | | | (0) | |
| Deferred income taxes | - | - | - | | 64,489 | |
| Asbestos-related insurance expected to be realized within one year | - | - | - | | | |
| Other current assets | | | | | | |
| **Total Current Assets** | 12,983,944 | (29,388,726) | (9,282,074) | (396,308,592) | 5,830,674 | 140,487,055 |
| | | | | | | |
| Properties and equipment, net | - | - | - | | - | |
| Goodwill, net | - | - | - | | - | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | | - | |
| Deferred income taxes | - | - | - | | 38,161 | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | 4,361,382 | 188,076,207 | | 435,103,524 | (3,424,401) | |
| Investment in filing and non-filing entities | - | - | - | | | |
| Other assets | | | | | 54,000 | |
| **Total Assets** | $ 17,345,326 | $ 158,687,481 | $ (9,282,074) | $ 38,794,932 | $ 2,498,434 | $ 140,487,055 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ 11,153 | $ - |
| Accounts payable | - | - | - | | - | |
| Income taxes payable | - | - | - | | - | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | | - | |
| Other current liabilities | - | (0) | 12,049 | | 337,762 | (5,613) |
| **Total Current Liabilities** | - | (0) | 12,049 | - | 348,915 | (5,613) |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | | - | |
| Deferred income taxes | - | - | - | | 0 | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | | - | |
| Other liabilities | - | - | - | | - | |
| **Total Liabilities Not Subject to Compromise** | - | (0) | 12,049 | - | 348,916 | (5,613) |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | |
| Accounts payable | - | - | - | | 19,697 | |
| Income taxes payable | (1,564) | 6,208,445 | (245,969) | 10,932,242 | (609,913) | (41,901) |
| Asbestos-related liability | - | - | - | | - | |
| Other liabilities | - | 30,671,114 | - | | 184,253 | |
| **Total Liabilities Subject to Compromise** | (1,564) | 36,879,559 | (245,969) | 10,932,242 | (405,963) | (41,901) |
| **Total Liabilities** | (1,564) | 36,879,559 | (233,920) | 10,932,242 | (57,047) | (47,514) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | 112 | - | |
| Common Stock | 1,000 | - | 1,000 | 1,000 | 1,000 | |
| Paid in capital | 34,052,467 | 56,011,577 | | (29,267,410) | | 25,358,993 |
| (Accumulated deficit)/Retained earnings | (16,706,577) | 65,796,346 | (9,049,154) | 57,128,988 | (419,202) | 115,175,576 |
| Treasury stock, at cost | - | - | - | | - | |
| Consolidation of Investments | - | - | - | | - | |
| Cumulative Translation Adjustments | - | - | - | | 2,973,683 | |
| Deferred compensation trust | - | - | - | | - | |
| **Total Shareholders' Equity (Deficit)** | 17,346,889 | 121,807,922 | (9,048,154) | 27,862,690 | 2,555,481 | 140,534,569 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 17,345,326 | $ 158,687,481 | $ (9,282,074) | $ 38,794,932 | $ 2,498,434 | $ 140,487,055 |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ 3,151,713 | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | 2,297,039 | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (67,157,813) | (1,792,896) | (5,010,166) | (2,143,370) | | (57,817,172) |
| Inventories | | 103,055 | | | | |
| Deferred income taxes | | 17,655 | | | | |
| Asbestos-related insurance expected to be realized within one year | | - | | | | |
| Other current assets | - | 2,219 | | | | |
| **Total Current Assets** | (67,157,813) | 3,778,786 | (5,010,166) | (2,143,370) | - | (57,817,172) |
| | | | | | | |
| Properties and equipment, net | - | 807,886 | | | | |
| Goodwill, net | - | - | | | | |
| Cash value of company owned life insurance, net of policy loans | - | - | | | | |
| Deferred income taxes | - | - | | | | |
| Asbestos-related insurance expected to be realized after one year | - | - | | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (58,663,970) | - | | | | |
| Investment in filing and non-filing entities | 58,669,464 | - | | | | 34,053,467 |
| Other assets | - | 177,721 | 991,353 | | | |
| **Total Assets** | $ (67,152,318) | $ 4,764,393 | $ (4,018,813) | $ (2,143,370) | $ - | $ (23,763,706) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | | 58,582 | | | | |
| Income taxes payable | | - | | | | |
| Asbestos-related liability expected to be disbursed within one year | | - | | | | |
| Other current liabilities | - | 5,769 | | | | |
| **Total Current Liabilities** | | 64,352 | | | | |
| | | | | | | |
| Long-term debt - DIP facility | | - | | | | |
| Deferred income taxes | | 141,872 | | | | |
| Asbestos-related liability expected to be disbursed after one year | | - | | | | |
| Other liabilities | - | - | | | | |
| **Total Liabilities Not Subject to Compromise** | - | 206,224 | | | | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | | - | | | | |
| Accounts payable | | 133,907 | | | | |
| Income taxes payable | (3,403,994) | 373,995 | | | | |
| Asbestos-related liability | | - | | | | |
| Other liabilities | | - | | | | |
| **Total Liabilities Subject to Compromise** | (3,403,994) | 507,902 | | | | |
| **Total Liabilities** | (3,403,994) | 714,126 | - | - | | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | | | | |
| Common Stock | 1,000 | 1,000 | 200 | - | | 931,540 |
| Paid in capital | 40,197,489 | - | 274,606 | | | 9,408,460 |
| (Accumulated deficit)/Retained earnings | (29,931,491) | 4,049,267 | (4,293,619) | (2,143,370) | | (34,103,706) |
| Treasury stock, at cost | - | - | | | | |
| Consolidation of Investments | - | - | | | | |
| Cumulative Translation Adjustments | (74,015,321) | - | | | | |
| Deferred compensation trust | - | - | | | | |
| **Total Shareholders' Equity (Deficit)** | (63,748,324) | 4,050,267 | (4,018,813) | (2,143,370) | | (23,763,706) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (67,152,318) | $ 4,764,393 | $ (4,018,813) | $ (2,143,370) | $ - | $ (23,763,706) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ 36,936 | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | (1,219) | - | (26,718,257) | 57,347,191 |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | - | - | (1,219) | 36,936 | (26,718,257) | 57,347,191 |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 54,500,000 | 54,500,000 | 56,011,577 | - | - | - |
| Other assets | - | - | - | 1,630,940 | - | - |
| **Total Assets** | $ 54,500,000 | $ 54,500,000 | $ 56,010,358 | $ 1,667,876 | $ (26,718,257) | $ 57,347,191 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | 551,649 | 5,000 | - |
| **Total Current Liabilities** | - | - | - | 551,649 | 5,000 | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | 551,649 | 5,000 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | (130) | - | (104,430) | 10,346,794 |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | - | (130) | - | (104,430) | 10,346,794 |
| **Total Liabilities** | - | - | (130) | 551,649 | (99,430) | 10,346,794 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1 | 130 | 130 | - | - | - |
| Paid in capital | 54,499,999 | 54,499,870 | 54,499,870 | 1,104,954 | 859,233 | 3,671,658 |
| (Accumulated deficit)/Retained earnings | - | - | 1,510,488 | 11,273 | (27,478,060) | 43,427,950 |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | (99,212) |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 54,500,000 | 54,500,000 | 56,010,488 | 1,116,227 | (26,618,827) | 47,000,396 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 54,500,000 | $ 54,500,000 | $ 56,010,358 | $ 1,667,876 | $ (26,718,257) | $ 57,347,191 |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ 1,000 | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables) to) filing and non-filing entities, net | (7,288,586) | - | - | 5,824,394 | (102,989) | (1,118,993) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (7,288,586) | - | - | 5,824,394 | (101,989) | (1,118,993) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | |
| Goodwill, net | - | - | - | - | - | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | |
| Investment in filing and non-filing entities | - | - | - | - | 94,022 | |
| Other assets | - | - | - | - | - | |
| **Total Assets** | $ (7,288,586) | $ - | $ - | $ 5,824,394 | $ (7,966) | $ (1,118,993) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | (4,990) | - | - | - | - | - |
| **Total Current Liabilities** | (4,990) | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | (4,990) | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | - | - | - | - | - |
| **Total Liabilities** | (4,990) | - | - | - | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 5,150 | - | - | 1,000 | 2,000 | 29,000 |
| Paid in capital | 5,144,850 | - | - | 5,823,446 | - | - |
| (Accumulated deficit)/Retained earnings | (12,433,596) | - | - | (52) | (9,966) | (1,147,993) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (7,283,596) | - | - | 5,824,394 | (7,966) | (1,118,993) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (7,288,586) | $ - | $ - | $ 5,824,394 | $ (7,966) | $ (1,118,993) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 10,284,534 | 740 | (2,417,464) | (26,312,455) | (5,132,274) | (3,350,524) |
| Inventories | - | - | - | | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | | |
| Other current assets | - | - | - | | | |
| **Total Current Assets** | 10,284,534 | 740 | (2,417,464) | (26,312,455) | (5,132,274) | (3,350,524) |
| Properties and equipment, net | - | - | - | - | | |
| Goodwill, net | - | - | - | - | | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | | | |
| Deferred income taxes | - | - | - | | | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | | | |
| Investment in filing and non-filing entities | - | - | - | | | |
| Other assets | - | - | - | | | |
| **Total Assets** | $ 10,284,534 | $ 740 | $ (2,417,464) | $ (26,312,455) | $ (5,132,274) | $ (3,350,524) |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | | | |
| Income taxes payable | - | - | - | | | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | | | |
| Other current liabilities | 3 | - | - | | - | |
| **Total Current Liabilities** | 3 | - | - | | - | |
| Long-term debt - DIP facility | - | - | - | | | |
| Deferred income taxes | - | - | - | | | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | | | |
| Other liabilities | - | - | - | | | |
| **Total Liabilities Not Subject to Compromise** | 3 | - | - | | - | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | | - | - |
| Accounts payable | - | - | - | | | |
| Income taxes payable | (150) | (150) | (200) | | (159) | |
| Asbestos-related liability | - | - | - | | | |
| Other liabilities | - | - | - | | | |
| **Total Liabilities Subject to Compromise** | (150) | (150) | (200) | - | (159) | - |
| **Total Liabilities** | (147) | (150) | (200) | - | (159) | - |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | | | | |
| Common Stock | 1,000 | 1,000 | 26,000 | - | - | 1,000 |
| Paid in capital | 3,136,087 | - | 9,988,414 | | | |
| (Accumulated deficit)/Retained earnings | 7,147,595 | (110) | (12,431,678) | (26,312,455) | (5,132,115) | (3,351,524) |
| Treasury stock, at cost | - | - | - | | | |
| Consolidation of Investments | - | - | - | | | |
| Cumulative Translation Adjustments | - | - | - | | | |
| Deferred compensation trust | - | - | - | | | |
| **Total Shareholders' Equity (Deficit)** | 10,284,682 | 890 | (2,417,264) | (26,312,455) | (5,132,115) | (3,350,524) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 10,284,534 | $ 740 | $ (2,417,464) | $ (26,312,455) | $ (5,132,274) | $ (3,350,524) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (2,509,739) | 950 | (1,230,598) | 36,708,837 | 25,045 | (72,951) |
| Inventories | - | - | - | - | | |
| Deferred income taxes | - | | - | - | | |
| Asbestos-related insurance expected to be realized within one year | - | | - | - | | |
| Other current assets | - | | | | | |
| **Total Current Assets** | (2,509,739) | 950 | (1,230,598) | 36,708,837 | 25,045 | (72,951) |
| | | | | | | |
| Properties and equipment, net | - | | 1,184,871 | - | | |
| Goodwill, net | - | | - | - | | |
| Cash value of company owned life insurance, net of policy loans | - | | - | - | | |
| Deferred income taxes | - | | - | - | | |
| Asbestos-related insurance expected to be realized after one year | - | | - | - | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | - | | |
| Investment in filing and non-filing entities | - | | - | 6,284,806 | | |
| Other assets | - | | - | - | | |
| **Total Assets** | $ (2,509,739) | $ 950 | $ (45,727) | $ 42,993,643 | $ 25,045 | $ (72,951) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | | - | - | | |
| Income taxes payable | - | | - | - | | |
| Asbestos-related liability expected to be disbursed within one year | - | | - | - | | |
| Other current liabilities | - | | - | - | | |
| **Total Current Liabilities** | - | | - | - | | |
| | | | | | | |
| Long-term debt - DIP facility | - | | - | - | | |
| Deferred income taxes | - | | - | - | | |
| Asbestos-related liability expected to be disbursed after one year | - | | - | - | | |
| Other liabilities | - | | - | - | | |
| **Total Liabilities Not Subject to Compromise** | - | | - | - | | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | - | | |
| Accounts payable | - | | - | - | | |
| Income taxes payable | (100) | - | (15) | (299) | | |
| Asbestos-related liability | - | | - | - | | |
| Other liabilities | - | | - | - | | |
| **Total Liabilities Subject to Compromise** | (100) | - | (15) | (299) | - | - |
| **Total Liabilities** | (100) | - | (15) | (299) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | | - |
| Common Stock | 1,000 | 1,000 | 50 | 5,000 | | 1,000 |
| Paid in capital | - | - | 50 | 19,577,160 | | - |
| (Accumulated deficit)/Retained earnings | (2,510,639) | (50) | (45,812) | 23,411,782 | 25,045 | (73,951) |
| Treasury stock, at cost | - | - | - | - | | - |
| Consolidation of Investments | - | - | - | - | | - |
| Cumulative Translation Adjustments | - | - | - | - | | - |
| Deferred compensation trust | - | | - | - | | |
| **Total Shareholders' Equity (Deficit)** | (2,509,639) | 950 | (45,712) | 42,993,942 | 25,045 | (72,951) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,509,739) | $ 950 | $ (45,727) | $ 42,993,643 | $ 25,045 | $ (72,951) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ 500 | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | (12,559,268) | 174,205 | (19,464,242) | 23,479,958 | 6,345,636 | 810,500 |
| Inventories | | | | | | |
| Deferred income taxes | - | | - | | | |
| Asbestos-related insurance expected to be realized within one year | - | | - | | | |
| Other current assets | - | | - | | | |
| **Total Current Assets** | (12,559,268) | 174,205 | (19,463,742) | 23,479,958 | 6,345,636 | 810,500 |
| | | | | | | |
| Properties and equipment, net | - | 438,445 | | | | |
| Goodwill, net | - | | - | | | |
| Cash value of company owned life insurance, net of policy loans | - | | - | | | |
| Deferred income taxes | - | | - | | | |
| Asbestos-related insurance expected to be realized after one year | - | | - | | | |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | | - | | | |
| Investment in filing and non-filing entities | - | | - | | | |
| Other assets | - | | 4,066 | | | - |
| **Total Assets** | $ (12,559,268) | $ 612,650 | $ (19,459,676) | $ 23,479,958 | $ 6,345,636 | $ 810,500 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | | | 4,066 | | | |
| Income taxes payable | | | | | | |
| Asbestos-related liability expected to be disbursed within one year | - | | - | | | |
| Other current liabilities | - | 199 | - | | | |
| **Total Current Liabilities** | | 199 | 4,066 | | - | |
| | | | | | | |
| Long-term debt - DIP facility | | 438,134 | - | | | |
| Deferred income taxes | | | - | | | |
| Asbestos-related liability expected to be disbursed after one year | | | - | | | |
| Other liabilities | | | - | | | |
| **Total Liabilities Not Subject to Compromise** | - | 438,333 | 4,066 | | - | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | | | |
| Accounts payable | | | - | | | |
| Income taxes payable | (15) | | - | (190) | (25) | (100) |
| Asbestos-related liability | - | | - | | | |
| Other liabilities | | | - | | | |
| **Total Liabilities Subject to Compromise** | (15) | | - | (190) | (25) | (100) |
| **Total Liabilities** | (15) | 438,333 | 4,066 | (190) | (25) | (100) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | - | | | |
| Common Stock | 85,539 | 1,000 | 5,000 | 1,090,000 | 1,000 | 1,000 |
| Paid in capital | 6,541,055 | 4,000 | 6,000,000 | 33,631,999 | 18,090,032 | |
| (Accumulated deficit)/Retained earnings | (19,185,847) | 169,317 | (25,468,742) | (11,241,851) | (11,745,371) | 809,600 |
| Treasury stock, at cost | - | | - | | | |
| Consolidation of Investments | - | | - | | | |
| Cumulative Translation Adjustments | - | | - | | | |
| Deferred compensation trust | - | | - | | | |
| **Total Shareholders' Equity (Deficit)** | (12,559,253) | 174,317 | (19,463,742) | 23,480,148 | 6,345,661 | 810,600 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (12,559,268) | $ 612,650 | $ (19,459,676) | $ 23,479,958 | $ 6,345,636 | $ 810,500 |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (59,581,272) | (25) | (86,611) | 352,712,818 | 4,384,412 | (15,750,664) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| Total Current Assets | (59,581,272) | (25) | (86,611) | 352,712,818 | 4,384,412 | (15,750,664) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | (35,903,123) | (14,135,725) | - |
| Investment in filing and non-filing entities | - | - | - | 187,272,210 | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (59,581,272) | $ (25) | $ (86,611) | $ 504,081,905 | $ (9,751,313) | $ (15,750,664) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | (5,310) | - |
| Total Current Liabilities | | | | - | (5,310) | |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise | - | - | - | - | (5,310) | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (40) | (25) | - | - | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Subject to Compromise | (40) | (25) | - | - | - | - |
| **Total Liabilities** | (40) | (25) | - | - | (5,310) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 303,000 | - | - | 1,000 | 1,000 | (114,960) |
| Paid in capital | 37,765,000 | - | 1,900,000 | 451,425,156 | (2,089,027) | 34,215,000 |
| (Accumulated deficit)/Retained earnings | (97,649,232) | - | (1,986,611) | 52,655,749 | (7,657,976) | (49,850,704) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| Total Shareholders' Equity (Deficit) | (59,581,232) | - | (86,611) | 504,081,905 | (9,746,003) | (15,750,664) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (59,581,272) | $ (25) | $ (86,611) | $ 504,081,905 | $ (9,751,313) | $ (15,750,664) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II, Inc. | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | 5,297,099 | 875,569 | (5,054) | 108,340 | 130,478,318 | 145,501,916 |
| Inventories | | | | | | |
| Deferred income taxes | | | | | | |
| Asbestos-related insurance expected to be realized within one year | | | | | | |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 5,297,099 | 875,569 | (5,054) | 108,340 | 130,478,318 | 145,501,916 |
| | | | | | | |
| Properties and equipment, net | | | | | | |
| Goodwill, net | | | | | | |
| Cash value of company owned life insurance, net of policy loans | | | | | | |
| Deferred income taxes | | | | | | |
| Asbestos-related insurance expected to be realized after one year | | | | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | | | | | | |
| Investment in filing and non-filing entities | | | | | | |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 5,297,099 | $ 875,569 | $ (5,054) | $ 108,340 | $ 130,478,318 | $ 145,501,916 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | | | | | | |
| Income taxes payable | | | | | | |
| Asbestos-related liability expected to be disbursed within one year | | | | | | |
| Other current liabilities | - | - | - | - | (875,000) | (875,000) |
| **Total Current Liabilities** | | | | - | (875,000) | (875,000) |
| | | | | | | |
| Long-term debt - DIP facility | | | | | | |
| Deferred income taxes | - | | | | 29,290,346 | 29,290,346 |
| Asbestos-related liability expected to be disbursed after one year | | | | | | |
| Other liabilities | | | | | | |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 28,415,346 | 28,415,346 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | | | | | - | - |
| Accounts payable | | | | | | |
| Income taxes payable | (100) | (100) | - | (100) | 874,900 | 875,000 |
| Asbestos-related liability | | | | | - | |
| Other liabilities | - | | | | | |
| **Total Liabilities Subject to Compromise** | (100) | (100) | - | (100) | 874,900 | 875,000 |
| **Total Liabilities** | (100) | (100) | - | (100) | 29,290,246 | 29,290,346 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | | | | | - | |
| Common Stock | 100 | 1,000 | 1,000 | 1,000 | 1,000 | 100 |
| Paid in capital | | | | | 30,293,750 | 13,880,108 |
| (Accumulated deficit)/Retained earnings | 5,297,099 | 874,669 | (6,054) | 107,440 | 70,893,322 | 102,331,362 |
| Treasury stock, at cost | | | | | - | |
| Consolidation of Investments | | | | | | |
| Cumulative Translation Adjustments | | | | | | |
| Deferred compensation trust | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 5,297,199 | 875,669 | (5,054) | 108,440 | 101,188,072 | 116,211,570 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 5,297,099 | $ 875,569 | $ (5,054) | $ 108,340 | $ 130,478,318 | $ 145,501,916 |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (81,114,708) | 47,407,906 | | | | - |
| Inventories | | | | | | |
| Deferred income taxes | | | | | | |
| Asbestos-related insurance expected to be realized within one year | - | | | | | - |
| Other current assets | | | | | | - |
| **Total Current Assets** | (81,114,708) | 47,407,906 | | | | - |
| | | | | | | |
| Properties and equipment, net | | | | | | - |
| Goodwill, net | - | | | | | - |
| Cash value of company owned life insurance, net of policy loans | - | | | | | - |
| Deferred income taxes | - | | | | | - |
| Asbestos-related insurance expected to be realized after one year | - | | | | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | | | | - |
| Investment in filing and non-filing entities | - | | | | | (1,311,232,757) |
| Other assets | - | | | | | (1,104,954) |
| **Total Assets** | **$ (81,114,708)** | **$ 47,407,906** | **$ -** | **$ -** | **$ -** | **$ (1,312,337,711)** |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | | | | $ - |
| Accounts payable | - | | | | | - |
| Income taxes payable | - | | | | | - |
| Asbestos-related liability expected to be disbursed within one year | - | | | | | - |
| Other current liabilities | - | | | | | - |
| **Total Current Liabilities** | | | | | | |
| | | | | | | |
| Long-term debt - DIP facility | - | | | | | - |
| Deferred income taxes | - | | | | | - |
| Asbestos-related liability expected to be disbursed after one year | - | | | | | - |
| Other liabilities | - | | | | | - |
| **Total Liabilities Not Subject to Compromise** | - | | | | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | | | | - |
| Accounts payable | - | | | | | - |
| Income taxes payable | (75) | | | | | - |
| Asbestos-related liability | - | | | | | - |
| Other liabilities | - | | | | | - |
| **Total Liabilities Subject to Compromise** | (75) | - | - | - | - | - |
| **Total Liabilities** | (75) | - | - | - | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | | | | |
| Common Stock | 124,473 | 1,000 | | | | (86,994,000) |
| Paid in capital | 51,173,713 | 7,308,934 | | | | (1,187,403,672) |
| (Accumulated deficit)/Retained earnings | (132,412,819) | 40,097,972 | | | | (37,940,039) |
| Treasury stock, at cost | - | | | | | - |
| Consolidation of Investments | - | | | | | - |
| Cumulative Translation Adjustments | - | | | | | - |
| Deferred compensation trust | | | | | | |
| **Total Shareholders' Equity (Deficit)** | (81,114,633) | 47,407,906 | - | - | | (1,312,337,711) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ (81,114,708)** | **$ 47,407,906** | **$ -** | **$ -** | **$ -** | **$ (1,312,337,711)** |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**December 2001**

| | Conversion to Equity Method | Reporting Reclasses | COMBINED FILING ENTITIES |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $ - | $ - | $ 37,970,805 |
| Notes and accounts receivable, net | - | - | 128,164,424 |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | 33,769,191 |
| Inventories | - | - | 89,417,450 |
| Deferred income taxes | - | (5,881,819) | 17,135,188 |
| Asbestos-related insurance expected to be realized within one year | - | - | 9,697,793 |
| Other current assets | - | - | 51,838,007 |
|   Total Current Assets | - | (5,881,819) | 367,992,858 |
| | | | |
| Properties and equipment, net | - | - | 384,875,175 |
| Goodwill, net | - | - | 13,876,786 |
| Cash value of company owned life insurance, net of policy loans | - | - | 75,633,169 |
| Deferred income taxes | - | (279,538,604) | 502,573,878 |
| Asbestos-related insurance expected to be realized after one year | - | - | 283,728,827 |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | 388,021,835 |
| Investment in filing and non-filing entities | (19,460,017) | - | 153,523,063 |
| Other assets | - | - | 325,600,747 |
| **Total Assets** | $ (19,460,017) | $ (285,420,423) | $ 2,495,826,337 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Short-term debt | $ - | $ - | $ 11,154 |
| Accounts payable | - | - | 32,882,142 |
| Income taxes payable | - | - | 268 |
| Asbestos-related liability expected to be disbursed within one year | - | - | 0 |
| Other current liabilities | - | (5,881,819) | 61,123,926 |
|   Total Current Liabilities | - | (5,881,819) | 94,017,490 |
| | | | |
| Long-term debt - DIP facility | - | - | 1,543,000 |
| Deferred income taxes | - | (279,538,604) | (0) |
| Asbestos-related liability expected to be disbursed after one year | - | - | - |
| Other liabilities | - | - | 227,969,863 |
|   Total Liabilities Not Subject to Compromise | - | (285,420,423) | 323,530,352 |
| | | | |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | - | - | 524,516,965 |
| Accounts payable | - | - | 31,743,442 |
| Income taxes payable | - | - | 216,581,955 |
| Asbestos-related liability | - | - | 996,304,862 |
| Other liabilities | - | - | 544,443,374 |
|   Total Liabilities Subject to Compromise | - | - | 2,313,590,598 |
|   **Total Liabilities** | - | (285,420,423) | 2,637,120,950 |
| | | | |
| **Shareholders' Equity (Deficit)** | | | |
| Preferred Stock | - | - | 112 |
| Common Stock | - | - | 771,667 |
| Paid in capital | - | - | 432,989,609 |
| (Accumulated deficit)/Retained earnings | 15,604,588 | - | (137,868,134) |
| Treasury stock, at cost | - | - | (136,426,701) |
| Consolidation of Investments | (40,407) | - | (136,038,249) |
| Cumulative Translation Adjustments | (35,024,198) | - | (164,723,017) |
| Deferred compensation trust | - | - | 100 |
|   Total Shareholders' Equity (Deficit) | (19,460,017) | - | (141,294,613) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (19,460,017) | $ (285,420,423) | $ 2,495,826,337 |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 5

| W. R. Grace & Co. - Conn<br>Status of Postpetition Taxes<br>MOR-4<br>December 2001 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Beginning Tax Liability | | Amount Withheld or Accrued | | Amount Paid | | Ending Tax Liability |
| **Federal** | | | | | | | |
| Withholding | $ | 674,696 | $ | 3,345,272 | $ | (3,348,284) | $ | 671,684 |
| FICA - Employee | | (35,360) | | 1,033,753 | | (1,038,883) | | (40,490) |
| FICA and payroll- Employer | | (1,344,893) | | 1,035,259 | | 752,256 | | 442,622 |
| Unemployment | | - | | 6,085 | | (6,085) | | - |
| Other | | | | | | | |
| Total Federal Taxes | $ | (705,557) | $ | 5,420,369 | $ | (3,640,996) | $ | 1,073,816 |
| **State and Local** | | | | | | | |
| Withholding | $ | 63,831 | $ | 888,814 | $ | (889,051) | $ | 63,594 |
| Sales & Use | | 1,758,169 | | 344,112 | | (810,215) | | 1,292,066 |
| Property Taxes | | 2,110,401 | | 414,660 | | (215,464) | | 2,309,597 |
| Other | | - | | | | | | - |
| Total State and Local | $ | 3,932,401 | $ | 1,647,586 | $ | (1,914,730) | $ | 3,665,257 |
| Total Taxes | $ | 3,226,844 | $ | 7,067,955 | $ | (5,555,726) | $ | 4,739,073 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Remedium Group, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>December 2001 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ (1,258) | $ 14,448 | $ (14,448) | $ (1,258) |
| FICA - Employee | - | 2,309 | (2,309) | - |
| FICA and payroll - Employer | (1,260) | 2,309 | (2,309) | (1,260) |
| Unemployment | - | | - | - |
| Other | | | | |
| Total Federal Taxes | $ (2,518) | $ 19,066 | $ (19,066) | $ (2,518) |
| **State and Local** | | | | |
| Withholding | $ (217) | $ 609 | $ (609) | $ (217) |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | | | | |
| Total State and Local | $ (217) | $ 609 | $ (609) | $ (217) |
| Total Taxes | $ (2,735) | $ 19,675 | $ (19,675) | $ (2,735) |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Grace Washington, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>December 2001 | | | | |
|---|---|---|---|---|
| | Beginning<br>Tax<br>Liability | Amount<br>Withheld or<br>Accrued | Amount<br>Paid | Ending<br>Tax<br>Liability |
| **Federal** | | | | |
| Withholding | $        (2,288) | $        4,747 | $        (4,747) | $        (2,288) |
| FICA - Employee | (751) | 228 | (228) | (751) |
| FICA and payroll- Employer | (1,250) | 228 | (228) | (1,250) |
| Unemployment | - | | - | - |
| Other | - | | | - |
| Total Federal Taxes | $        (4,289) | $        5,203 | $        (5,203) | $        (4,289) |
| **State and Local** | | | | |
| Withholding | $         1,425 | $          871 | $          (871) | $         1,425 |
| Sales & Use | - | | - | - |
| Property Taxes | - | | - | - |
| Other | | | | |
| Total State and Local | $         1,425 | $          871 | $          (871) | $         1,425 |
| Total Taxes | $        (2,864) | $        6,074 | $        (6,074) | $        (2,864) |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| L B Realty, Inc. Status of Postpetition Taxes MOR-4 December 2001 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ (5,964) | $ 4,255 | $ (4,255) | $ (5,964) |
| FICA - Employee | (2,542) | 224 | (224) | (2,542) |
| FICA and payroll- Employer | (2,542) | 224 | (224) | (2,542) |
| Unemployment | - | - | - | - |
| Other | | - | | - |
| Total Federal Taxes | $ (11,048) | $ 4,703 | $ (4,703) | $ (11,048) |
| **State and Local** | | | | |
| Withholding | $ - | $ 928 | $ (928) | $ - |
| Sales & Use | - | - | - | |
| Property Taxes | - | - | - | |
| Other | - | - | | |
| Total State and Local | $ - | $ 928 | $ (928) | $ - |
| Total Taxes | $ (11,048) | $ 5,631 | $ (5,631) | $ (11,048) |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Darex Puerto Rico, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>December 2001 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| FICA - Employee | 138 | 960 | (960) | 138 |
| FICA and payroll- Employer | 7,253 | 960 | (8,213) | - |
| Unemployment | - | | - | - |
| Other | | | | |
| Total Federal Taxes | $ 7,391 | $ 1,920 | $ (9,173) | $ 138 |
| **State and Local** | | | | |
| Withholding | $ (32) | $ 1,599 | $ (1,599) | $ (32) |
| Sales & Use | - | | - | - |
| Property Taxes | 70,100 | 6,840 | - | 76,940 |
| Other | - | | | - |
| Total State and Local | $ 70,068 | $ 8,439 | $ (1,599) | $ 76,908 |
| Total Taxes | $ 77,459 | $ 10,359 | $ (10,772) | $ 77,046 |

---

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 6*

## W. R. Grace & Co. - Conn
## Accounts Receivable Reconciliation and Aging
## MOR-5
## December 2001

### Trade Accounts Receivable Reconciliation

| | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $ 120,685,776 |
| Amounts billed during the period | 62,254,777 |
| Amounts collected during the period | (73,808,770) |
| Other | 5,459,235 |
| | |
| Trade accounts receivable at the end of month, gross | $ 114,591,018 |

### Trade Accounts Receivable Aging

| | |
|---|---:|
| Current | $  68,720,241 |
| 1-30 days past due | 30,803,317 |
| 31-60 days past due | 8,180,558 |
| +61 days past due | 6,886,902 |
| Trade accounts receivable, gross | 114,591,018 |
| Allowance for doubtful accounts | (1,267,905) |
| Trade accounts receivable, net | $ 113,323,113 |

### Notes and Accounts Receivable Reconciliation

| | |
|---|---:|
| Trade accounts receivable, net | $ 113,323,113 |
| Customer notes and drafts receivable | 27,649 |
| Pending customer credit notes | (219,553) |
| Advances and deposits | 7,726,101 |
| Nontrade receivables, net | 4,839,445 |
| Total notes and accounts receivable, net | $ 125,696,755 |

*Chart 6*

## Remedium Group, Inc.
## Accounts Receivable Reconciliation and Aging
## MOR-5
## December 2001

| Trade Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, beginning of month, gross | $ | (21,616) |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | (21,616) |
| | | |
| Trade accounts receivable at the end of month, gross | $ | (43,232) |

| Trade Accounts Receivable Aging | | |
|---|---|---|
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | (43,232) |
| Trade accounts receivable, gross | | (43,232) |
| Allowance for doubtful accounts | | |
| Trade accounts receivable, net | $ | (43,232) |

| Notes and Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, net | $ | (43,232) |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | 3,400 |
| Nontrade receivables, net | | 137,193 |
| Total notes and accounts receivable, net | $ | 97,361 |

*Chart 6*

| Darex Puerto Rico, Inc. |
| :---: |
| **Accounts Receivable Reconciliation and Aging** |
| **MOR-5** |
| **December 2001** |

**Trade Accounts Receivable Reconciliation**

| | | |
| :--- | :--- | ---: |
| Trade accounts receivable, beginning of month, gross | $ | 2,449,800 |
| Amounts billed during the period | | 353,252 |
| Amounts collected during the period | | (418,402) |
| Other | | (27,220) |
| | | |
| Trade accounts receivable at the end of month, gross | $ | 2,357,430 |

**Trade Accounts Receivable Aging**

| | | |
| :--- | :--- | ---: |
| Current | $ | 1,121,141 |
| 1-30 days past due | | 379,666 |
| 31-60 days past due | | 352,201 |
| +61 days past due | | 504,422 |
| Trade accounts receivable, gross | | 2,357,430 |
| Allowance for doubtful accounts | | (50,443) |
| Trade accounts receivable, net | $ | 2,306,987 |

**Notes and Accounts Receivable Reconciliation**

| | | |
| :--- | :--- | ---: |
| Trade accounts receivable, net | $ | 2,306,987 |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | (10,456) |
| Advances and deposits | | - |
| Nontrade receivables, net | | 508 |
| Total notes and accounts receivable, net | $ | 2,297,039 |

# Combined Chapter 11 Filing Entity Statements