*Chart 6*

# Grace Europe, Inc.
## Accounts Receivable Reconciliation and Aging
### MOR-5
### December 2001

### Trade Accounts Receivable Reconciliation

| | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $ - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month, gross | $ - |

### Trade Accounts Receivable Aging

| | |
|---|---:|
| Current | $ - |
| 1-30 days past due | - |
| 31-60 days past due | - |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $ - |

### Notes and Accounts Receivable Reconciliation

| | |
|---|---:|
| Trade accounts receivable, net | $ - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | - |
| Nontrade receivables, net | 73,269 |
| Total notes and accounts receivable, net | $ 73,269 |

*Chart 7*

| W.R. Grace & Co., et al<br>Debtor Questionnaire<br>MOR - 5<br>December 2001 | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period? If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect? If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date? If no, provide an explanation. | X<br>(unless disputed in normal course of business) | |

**Note #5**
As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included. The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| List assets sold/transferred outside the normal course of business over $25,000:<br>Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

*Chart 8*

| W. R. Grace & Co. - Chapter 11 Filing Entities<br>Combined Statement of Operations | | |
|---|---|---|
| Amounts in millions | Month Ended December 31, 2001 | Cumulative Since Filing |
| Net sales to third parties | $ 62.6 | $ 663.8 |
| Net sales to non-filing entities | 9.9 | 104.9 |
| Interest and royalties from non-filing entities | 5.2 | 34.4 |
| Other income | 1.3 | 7.8 |
| | 79.0 | 810.9 |
| Cost of goods sold to third parties | 44.8 | 408.9 |
| Cost of goods sold to non-filing entities | 7.5 | 74.8 |
| Selling, general and administrative expenses | 10.9 | 158.5 |
| Research and development expenses | 3.7 | 28.5 |
| Depreciation and amortization | 4.1 | 39.7 |
| Interest expense | 2.2 | 26.9 |
| | 73.2 | 737.3 |
| Income before Chapter 11 reorganization expenses, income taxes and equity in net income of non-filing entities | 5.8 | 73.6 |
| Chapter 11 reorganization expenses, net | (0.6) | (12.7) |
| (Provision for) income taxes | (0.6) | (34.3) |
| Equity in net income of non-filing entities | 1.3 | 37.3 |
| **Net income** | $ 5.9 | $ 63.9 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 9

### W. R. Grace & Co. - Chapter 11 Filing Entities
### Combined Functional Basis Statement of Cash Flows

| Amounts in millions | Month Ended December 31, 2001 | Cumulative Since Filing |
|---|---:|---:|
| **Core operations cash flow** | | |
| Pre-tax income from core operations | $ 10.1 | $ 108.3 |
| Depreciation and amortization | 4.1 | 39.7 |
| | 14.2 | 148.0 |
| Changes in all core assets/liabilities and other | 19.6 | 7.8 |
| Change in accounts receivable sold under securitization program | - | (99.7) |
| Change in subordinated interest of accounts receivable sold | - | 34.9 |
| | 33.8 | 91.0 |
| Capital expenditures | (7.3) | (27.4) |
| **Core Pre-tax Operating Cash Flow** | 26.5 | 63.6 |
| **Charges against core reserves** | | |
| Restructuring costs | - | - |
| Pension liabilities | (0.3) | (4.1) |
| Deferred compensation | (0.6) | (2.0) |
| Self insurance | (0.2) | (0.9) |
| Total Spending Against Core Reserves | (1.1) | (7.0) |
| **Core Cash Flow** | 25.4 | 56.6 |
| **Noncore cash flow** | | |
| Proceeds from asset sales | 0.2 | 2.9 |
| Benefit proceeds under life insurance policies | - | 9.1 |
| Other noncore pretax cash flow | (1.2) | (2.0) |
| **Noncore Pre-tax Cash Flow** | (1.0) | 10.0 |
| **Charges against noncore reserves** | | |
| Asbestos | | |
| Asbestos claims processing | (1.4) | (6.5) |
| Less - insurance recovery | 0.3 | 47.1 |
| Net asbestos (payments) receipts | (1.1) | 40.6 |
| Environmental remediation | (1.8) | (18.8) |
| Retained obligations and other | (2.3) | (5.1) |
| Postretirement benefits | (4.4) | (16.7) |
| Total Spending Against Noncore Reserves | (9.6) | - |
| **Noncore Cash Flow** | (10.6) | 10.0 |
| **Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow** | 14.8 | 66.6 |
| Cash paid for taxes, net of refunds | (2.3) | (5.9) |
| Cash paid for interest | (0.2) | (2.6) |
| Chapter 11 reorganization expenses paid | (1.2) | (6.6) |
| **Cash Flow before Strategic Investments** | 11.1 | 51.5 |
| **Strategic Investments** | | |
| Cash paid for businesses acquired | - | - |
| Proceeds from option exercises | - | - |
| Repurchase of treasury stock | - | - |
| Cash used for Strategic Investments | - | - |
| **Cash Flow after Strategic Investments** | 11.1 | 51.5 |
| Borrowings (repayments) under DIP facility | (30.0) | (2.8) |
| Net (investing)/financing activities under life insurance policies | 0.1 | (19.3) |
| **Net Cash Flow** | $ (18.8) | $ 29.4 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

## W. R. Grace & Co. - Chapter 11 Filing Entities
## Combined Balance Sheet

| Amounts in millions | December 31, 2001 | April 2, 2001 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 38.0 | $ 8.6 |
| Notes and accounts receivable, net | 128.2 | 43.8 |
| Receivables from non-filing entities, net | 33.8 | 51.2 |
| Inventories | 89.5 | 86.4 |
| Deferred income taxes | 17.1 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | 9.7 | 17.0 |
| Other current assets | 51.8 | 21.9 |
| Total Current Assets | 368.1 | 309.8 |
| Properties and equipment, net | 384.9 | 400.4 |
| Goodwill, net | 13.9 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 75.6 | 64.1 |
| Deferred income taxes | 502.6 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 283.7 | 323.4 |
| Loans receivable from non-filing entities, net | 388.0 | 387.5 |
| Investment in non-filing entities | 153.5 | 115.2 |
| Other assets | 325.7 | 308.5 |
| **Total Assets** | **$ 2,496.0** | **$ 2,323.5** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | |
| **Liabilities Not Subject to Compromise** | | |
| **Current Liabilities** | | |
| Accounts payable | $ 32.8 | $ - |
| Other current liabilities | 61.1 | - |
| Total Current Liabilities | 93.9 | - |
| Long-term debt | 1.6 | - |
| Other liabilities | 228.0 | 31.8 |
| Total Liabilities Not Subject to Compromise | 323.5 | 31.8 |
| **Liabilities Subject to Compromise** | | |
| Debt, pre-petition plus accrued interest | 524.5 | 511.5 |
| Accounts payable | 31.7 | 43.0 |
| Income taxes payable | 216.6 | 210.1 |
| Asbestos-related liability | 996.3 | 1,002.8 |
| Other liabilities | 544.5 | 598.6 |
| Total Liabilities Subject to Compromise | 2,313.6 | 2,366.0 |
| **Total Liabilities** | 2,637.1 | 2,397.8 |
| **Shareholders' Equity (Deficit)** | | |
| Common stock | 0.8 | 0.8 |
| Paid in capital | 433.0 | 432.6 |
| Accumulated deficit | (137.8) | (201.8) |
| Treasury stock, at cost | (136.4) | (136.4) |
| Accumulated other comprehensive income (loss) | (300.7) | (169.5) |
| Total Shareholders' Equity (Deficit) | (141.1) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 2,496.0** | **$ 2,323.5** |

The Notes to Combined Financial Statements are an integral part of these statements.

**W. R. Grace & Co. – Chapter 11 Filing Entities**
**Notes to Combined Financial Statements**
**December 31, 2001**

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is primarily engaged in specialty chemicals and specialty materials businesses on a worldwide basis. These businesses consist of catalysts and silica products (Davison Chemicals) and construction chemicals, building materials, sealants & coatings (Performance Chemicals). W. R. Grace & Co. is a publicly held company with its shares traded on the New York Stock Exchange.

**Voluntary Bankruptcy Filing**

On April 2, 2001 (the "Filing Date"), W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including its primary U.S. operating subsidiary W. R. Grace & Co. - Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case numbers 01-1139 through 01-1200. Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not a part of the Filing.

In November 2001, the Debtors' Chapter 11 case, as well as the Chapter 11 cases of four other companies with asbestos-related claims, was reassigned. Judge Alfred M. Wolin, a senior federal judge who sits in Newark, New Jersey will preside over the asbestos personal injury matters affecting all five companies. Judge Judith Fitzgerald, a U.S. Bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware, will preside over the Debtors' other bankruptcy matters. Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court.

**Basis of Presentation**

The interim combined financial statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W. R. Grace & Co.'s 2000 Form 10-K and, when filed, its 2001 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim consolidated financial statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed.

**Use of Estimates**

The preparation of financial statements in conformity with generally accepted accounting principles requires that management make estimates and assumptions affecting the assets and liabilities (including contingent assets and liabilities) reported at the date of the combined financial statements and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates.

## 2. Liabilities Subject to Compromise

As a result of the Filing, Grace's balance sheet as of December 31, 2001 separately identifies the liabilities that are "subject to compromise" under the Chapter 11 proceedings. In Grace's case, liabilities "subject to compromise" represent pre-petition amounts as determined under generally accepted accounting principles based on facts and circumstances prior to the Filing. Changes to the recorded amount of such liabilities will be based on Bankruptcy Court orders and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities are for: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities and assets.

Set forth below is a reconciliation of the changes in pre-Filing Date liability balances for the periods presented.

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period | $ 2,336.6 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under bankruptcy court orders: | | |
| Freight and distribution order | -- | (5.6) |
| Trade accounts payable order | (0.5) | (8.4) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs | (9.9) | (68.2) |
| Expense/(income) items: | | |
| Interest on pre-petition debt | 1.5 | 20.9 |
| Current period employment-related accruals | (3.3) | 9.4 |
| Environmental accrual | -- | 5.8 |
| Interest on income tax contingencies | 1.2 | 7.7 |
| Balance sheet reclassifications | (2.9) | (4.9) |
| Balance, end of period | $ 2,322.7 | $ 2,322.7 |
| Pre-Filing Date Liabilities Not Subject to Compromise | $ 9.1 | $ 9.1 |
| Pre-Filing Date Liabilities Subject to Compromise | $ 2,313.6 | $ 2,313.6 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the resolution of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (Dollars in millions) | December 31, 2001 | Filing Date |
|---|---|---|
| **Notes and accounts receivable, net** | | |
| Trade receivables, less allowance of $1.3; (Filing Date – $0.7) | $ 115.4 | $ 32.3 |
| Other receivables, less allowance of $1.9; (Filing Date – $2.1) | 12.8 | 11.5 |
| | $ 128.2 | $ 43.8 |
| **Inventories** | | |
| Raw materials | $ 18.2 | $ 20.3 |
| In process | 20.2 | 16.2 |
| Finished products | 66.9 | 69.6 |
| General merchandise | 10.1 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis | (25.9) | (29.3) |
| | $ 89.5 | $ 86.4 |
| **Other Assets** | | |
| Prepaid Pension Costs | $ 241.0 | $ 227.9 |
| Deferred charges | 33.2 | 40.4 |
| Long-term receivables | 2.4 | 1.9 |
| Long-term investments | 2.1 | 2.1 |
| Patents, licenses and other intangible assets | 47.0 | 36.2 |
| | $ 325.7 | $ 308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation | $ 23.5 | $ -- |
| Accrued commissions | 4.9 | -- |
| Customer programs | 13.5 | -- |
| Accrued utilities | 3.8 | -- |
| Accrued freight | 2.9 | -- |
| Other accrued liabilities | 12.5 | -- |
| | $ 61.1 | $ -- |
| **Other Liabilities** | | |
| Deferred royalty income– nonfiling entities | $ 23.1 | $ 31.8 |
| Pension related | 202.9 | -- |
| Other liabilities | 2.0 | -- |
| | $ 228.0 | $ 31.8 |
| **Liabilities Subject to Compromise** | | |
| Other postretirement benefits | $ 169.1 | $ 185.4 |
| Environmental remediation | 153.1 | 164.8 |
| Retained obligations of divested businesses | 80.5 | 75.5 |
| Pension Obligation | 74.6 | 70.8 |
| Deferred compensation | 6.5 | 8.2 |
| Accrued compensation | -- | 13.5 |
| Self insurance reserve | 28.2 | 11.8 |
| Other accrued liabilities | 32.5 | 68.6 |
| | $ 544.5 | $ 598.6 |

## 4. Life Insurance

The Debtors' are the beneficiary of life insurance policies on current and former employees with benefits in force of approximately $2,291.0 million and a net cash surrender value of $75.6 million at December 31, 2001. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at December 31, 2001 and Filing Date:

| Components of Net Cash Value | December 31, 2001 | Filing Date |
|---|---|---|
| Gross cash value | $ 477.5 | $ 453.7 |
| Principal – policy loans | (377.5) | (390.3) |
| Accrued interest – policy loans | (24.4) | 0.7 |
| Net cash value | $ 75.6 | $ 64.1 |
| Insurance benefits in force | $ 2,291.0 | $ 2,286.0 |

Policy loans bore interest at an average annualized rate of 9.9% through December 31, 2001, compared to an average of 9.3% for the year ended December 31, 2000. Policy assets are invested primarily in general accounts of the insurance carriers and earned returns at an average annualized rate of 8.7% through December 31, 2001 (calculated on a trailing twelve months basis), compared to an average of 8.3% for the year ended December 31, 2000.

The Debtors' financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5. Debt

On December 31, 2001, and Filing Date, the Debtors' were obligated for the following:

| Components of Debt (Dollars in millions) | December 31, 2001 | Filing Date |
|---|---|---|
| **Short-Term Debt** | | |
| Other short-term borrowings | $ -- | -- |
| | $ -- | $ -- |
| **Long-Term Debt** | | |
| DIP facility | $ -- | $ -- |
| Other long-term borrowings | 1.6 | -- |
| | $ 1.6 | $ -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings | $ 500.0 | $ 500.0 |
| 8.0% Notes Due 2004 | -- | 5.7 |
| 7.75% Notes Due 2002 | -- | 2.0 |
| Other borrowings | 1.3 | 1.2 |
| Accrued interest | 23.2 | 2.6 |
| | $ 524.5 | $ 511.5 |

The Debtors have negotiated a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term of two years, is secured by a priority lien on substantially all assets of the Debtors, and bears interest at either Bank of America's prime rate or a formula based on the London Inter-Bank Offered Rate (LIBOR) plus 2.00 to 2.25 percentage points. The Bankruptcy Court issued a final approval of the DIP facility on May 3, 2001.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of December 31, 2001.

Case 01-01139-AMC    Doc 1637-3    Filed 02/07/02    Page 9 of 20

# Bank Statements

# JPMorganChase

## Statement of Account

| | |
|---|---|
| Account No: | 910-1-013572 |
| Statement Start Date: | 01 NOV 2001 |
| Statement End Date: | 30 NOV 2001 |
| Statement Code: | 000-USA-21 |
| Statement No: | 011 |

Page 1 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 3 | 173,267.87 |
| Total Debits (incl. checks) | 20 | 175,268.93 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| | Opening (01 NOV 2001) | Closing (30 NOV 2001) |
|---|---|---|
| Ledger | 80,834.86 | 78,833.80 |
| Collected | 80,834.86 | 78,833.80 |

### ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 02NOV | | 02NOV | | USD YOUR: TEBC OF 01/11/02 OUR: 0776300306JB | 56,786.39 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |
| 15NOV | | 15NOV | | USD YOUR: TEBC OF 01/11/15 OUR: 0980300319JB | 63,038.32 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |
| 26NOV | | 26NOV | | USD YOUR: TEBC OF 01/11/26 OUR: 0514200330JB | 53,443.16 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |
| **DEBITS** | | | | | | |
| 01NOV 31OCT | | 31OCT | | USD OUR: 0130500084WA | 12,621.25 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/31/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 02NOV 01NOV | | 01NOV | | USD OUR: 0130600085WA | 5,866.27 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/01/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 05NOV 02NOV | | 02NOV | | USD OUR: 0130900087WA | 6,298.04 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

### LEDGER BALANCES

| Date | Closing Balances Amount |
|---|---|
| 01NOV | 68,213.61 |
| 02NOV | 119,133.73 |
| 05NOV | 112,835.69 |
| 06NOV | 103,881.71 |
| 07NOV | 94,901.78 |
| 08NOV | 83,960.53 |
| 09NOV | 78,460.52 |
| 13NOV | 74,825.33 |
| 14NOV | 61,961.68 |
| 15NOV | 115,816.95 |
| 16NOV | 106,954.01 |
| 19NOV | 100,911.62 |
| 20NOV | 89,617.12 |
| 21NOV | 80,735.96 |
| 23NOV | 71,556.84 |
| 26NOV | 112,887.80 |
| 27NOV | 105,761.02 |
| 28NOV | 98,596.14 |
| 29NOV | 88,602.90 |
| 30NOV | 78,833.80 |

### COLLECTED BALANCES

| Date | Closing Balances Amount |
|---|---|
| 01NOV | 68,213.61 |
| 02NOV | 119,133.73 |
| 05NOV | 112,835.69 |
| 06NOV | 103,881.71 |
| 07NOV | 94,901.78 |
| 08NOV | 83,960.53 |
| 09NOV | 78,460.52 |

FT CODE:
USD - SAME DAY FUNDS       US1 - ONE DAY FLOAT       US3 - THREE DAY FLOAT       US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS       US2 - TWO DAY FLOAT       US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

Case 01-01139-AMC   Doc 1637-3   Filed 02/07/02   Page 11 of 20

Account No: 910-1-013572
Statement Start Date: 01 NOV 2001
Statement End Date: 30 NOV 2001
Statement Code: 000-USA-21
Statement No: 011
Page 2 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| DEBITS CONTINUED | | | | | | | | |
| | | | | | | | 13NOV | 74,825.33 |
| | | | | | | | 14NOV | 61,961.68 |
| | | | | | | | 15NOV | 115,816.95 |
| | | | | | | | 16NOV | 106,954.01 |
| | | | | | | | 19NOV | 100,911.62 |
| | | | | | | | 20NOV | 89,617.12 |
| | | | | | | | 21NOV | 80,735.96 |
| | | | | | | | 23NOV | 71,556.84 |
| | | | | | | | 26NOV | 112,887.80 |
| | | | | | | | 27NOV | 105,761.02 |
| | | | | | | | 28NOV | 98,596.14 |
| | | | | | | | 29NOV | 88,602.90 |
| | | | | | | | 30NOV | 78,833.80 |
| 06NOV | 05NOV | 05NOV | USD | OUR: 0131000086WA | 8,953.98 | 002-2-416598 FOR WORK OF 11/02/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 07NOV | 06NOV | 06NOV | USD | OUR: 0131100090WA | 8,979.93 | 002-2-416598 FOR WORK OF 11/05/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 08NOV | 07NOV | 07NOV | USD | OUR: 0131200085WA | 10,941.25 | 002-2-416598 FOR WORK OF 11/06/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 09NOV | 08NOV | 08NOV | USD | OUR: 0131300087WA | 5,500.01 | 002-2-416598 FOR WORK OF 11/07/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 13NOV | 09NOV | 09NOV | USD | OUR: 0131700084WA | 3,635.19 | 002-2-416598 FOR WORK OF 11/08/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 14NOV | 13NOV | 13NOV | USD | OUR: 0131800087WA | 12,863.65 | 002-2-416598 FOR WORK OF 11/09/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 15NOV | 14NOV | 14NOV | USD | OUR: 0131900086WA | 9,183.05 | 002-2-416598 FOR WORK OF 11/13/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/14/01 W R GRACE & CO C/O CORPORATE | | |

JPMorganChase

Statement of Account

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

Account No:         910-1-013572
Statement Start Date: 01 NOV 2001
Statement End Date:   30 NOV 2001
Statement Code:     000-USA-21
Statement No:       011
Page 3 of 4

| Ledger Date | Adj Ledger Date | Value Date | F/t | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 16NOV | 15NOV | 15NOV | | USD OUR: 0132000088WA | 8,862.94 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/15/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 19NOV | 16NOV | 16NOV | | USD OUR: 0132300085WA | 6,042.39 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/16/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 20NOV | 19NOV | 19NOV | | USD OUR: 0132400084WA | 11,294.50 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/19/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 21NOV | 20NOV | 20NOV | | USD OUR: 0132500080WA | 8,881.16 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/20/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 23NOV | 21NOV | 21NOV | | USD OUR: 0132700083WA | 9,179.12 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/21/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 26NOV | 23NOV | 23NOV | | USD OUR: 0133000087WA | 12,112.20 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/23/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 27NOV | 26NOV | 26NOV | | USD OUR: 0133100086WA | 7,126.78 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/26/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |

JPMorganChase

Statement of Account

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

**Account No:** 910-1-013572
**Statement Start Date:** 01 NOV 2001
**Statement End Date:** 30 NOV 2001
**Statement Code:** 000-USA-21
**Statement No:** 011
Page 4 of 4

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 28NOV | 27NOV | 27NOV | | USD OUR: 0133200085WA | 7,164.88 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/27/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 29NOV | 28NOV | 28NOV | | USD OUR: 0133300086WA | 9,993.24 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/28/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 30NOV | 29NOV | 29NOV | | USD OUR: 0133400087WA | 9,769.10 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/29/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |

**CHECKS**

*No Activity*

**WACHOVIA**

191 Peachtree ST  03  **TAXPAYER ID**  13-5114230
Atlanta, GA 30303

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement

No Enclosures
C 0

November 16, 2001 - November 30, 2001 ( 15 days )

Page 1 of 2

**FOR INFORMATION OR ASSISTANCE CONTACT:**
Your Wachovia Banker
Visit our web site at www.wachovia.com

## Commercial Checking Account Summary

Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $647,900.00 | $.00 | $109,828.31 | $.00 | $135,928.00 | $621,800.31 |

Average Ledger Balance    $661,165.76

### Daily Activity and Balance

| Date | Deposits & Credits | | Checks & Debits | | Balance |
|---|---|---|---|---|---|
| | Qty | Amount | Qty | Amount | |
| 11-23 | 1 | 109,828.31 | 0 | 0.00 | 757,728.31 |
| 11-26 | 0 | 0.00 | 1 | 135,928.00 | 621,800.31 |

### Other Credits

| Date | Amount | Description |
|---|---|---|
| 11-23 | 109,828.31 | Wholesale Lockbox #0075195 Credits - Charlotte |

### Other Debits

| Date | Amount | Description |
|---|---|---|
| 11-26 | 135,928.00 | Wire Ref#03535 Seq#03535: Chase NYC |

**WACHOVIA**

191 Peachtree ST   03   TAXPAYER ID   13-5114230
Atlanta    GA 30303

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement

No Enclosures    November 1, 2001 - November 15, 2001 ( 15 days)    Page 1 of 2
C    0

### FOR INFORMATION OR ASSISTANCE CONTACT:
### Your Wachovia Banker
### Visit our web site at www.wachovia.com

## Commercial Checking Account Summary         Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $681,993.57 | $.00 | $424,182.93 | $.00 | $458,276.50 | $647,900.00 |

Average Ledger Balance    $644,538.86

### Daily Activity and Balance

| Date | Deposits & Credits | | Checks & Debits | | Balance |
|---|---|---|---|---|---|
| | Qty | Amount | Qty | Amount | |
| 11-01 | 0 | 0.00 | 1 | 67,993.57 | 614,000.00 |
| 11-14 | 1 | 424,182.93 | 0 | 0.00 | 1,038,182.93 |
| 11-15 | 0 | 0.00 | 1 | 390,282.93 | 647,900.00 |

### Other Credits

| Date | Amount | Description |
|---|---|---|
| 11-14 | 424,182.93 | Wholesale Lockbox #0075195 Credits - Charlotte |

### Checks

There were no checks paid this statement period.

### Other Debits

| Date | Amount | Description |
|---|---|---|
| 11-01 | 67,993.57 | Wire Ref#03782 Seq#03782: Chase NYC |
| 11-15 | 390,282.93 | Wire Ref#04348 Seq#04348: Chase NYC |





## Commercial Checking

01     2199500021812  036   130           0    0         62,257

```
W R GRACE AND CO-CONN
GENERAL ACCOUNT                                 CB
ATTN  CORP ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD  21044-4098
```

## Commercial Checking                                                 11/01/2001 thru 11/30/2001

Account number:      2199500021812
Account holder(s):   W R GRACE AND CO-CONN
                     GENERAL ACCOUNT

Taxpayer ID Number:  135114230

### Account Summary

| | |
|---|---:|
| Opening balance 11/01 | $0.00 |
| Deposits and other credits | 3,081,351.34 + |
| Other withdrawals and service fees | 2,513,098.38 - |
| Closing balance 11/30 | $568,252.96 |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| 11/05 | 555,956.29 | DEPOSIT |
| 11/14 | 93,890.83 | DEPOSIT |
| 11/15 | 1,041,697.21 | DEPOSIT |
| 11/21 | 821,554.05 | DEPOSIT |
| 11/30 | 1,350.00 | DEPOSIT CORRECTIONS CREDIT |
| 11/30 | 566,902.96 | DEPOSIT |
| Total | $3,081,351.34 | |

### Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---:|---|
| 11/07 | 555,956.29 | FUNDS TRANSFER (ADVICE 011107012449)<br>SENT TO CHASE MANHATTAN B/<br>BNF = W R GRACE AND CO CONN<br>OBI =<br>RFB =          11/07/01  12:16PM |
| 11/09 | 1,761.97 | COMMERCIAL SERVICE CHARGES FOR OCTOBER 2001 |
| 11/16 | 859,243.46 | FUNDS TRANSFER (ADVICE 011116010874)<br>SENT TO CHASE MANHATTAN B/<br>BNF = W R GRACE AND CO CONN<br>OBI =<br>RFB =          11/16/01  11:58AM |
| 11/19 | 274,582.61 | FUNDS TRANSFER (ADVICE 011119010249)<br>SENT TO CHASE MANHATTAN B/<br>BNF = W R GRACE AND CO CONN<br>OBI =<br>RFB =          11/19/01  11:41AM |

*Other Withdrawals and Service Fees continued on next page.*

FIRST UNION NATIONAL BANK , CAP MKT INV BKG FL DIVERSIFIED MANUFA                page 1 of 3



## Commercial Checking

| | | | | | | |
|---|---|---|---|---|---|---|
| 02 | 2199500021812 | 036 | 130 | 0  0 | | 62,258 |

## Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|---|---|---|
| 11/26 | 821,554.05 | FUNDS TRANSFER (ADVICE 011126011947)<br>SENT TO CHASE MANHATTAN B/<br>BNF = W R GRACE AND CO CONN<br>OBI =<br>RFB =    11/26/01  12:16PM |

**Total    $2,513,098.38**

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/05 | 555,956.29 | 11/15 | 1,133,826.07 | 11/26 | 0.00 |
| 11/07 | 0.00 | 11/16 | 274,582.61 | 11/30 | 568,252.96 |
| 11/09 | 1,761.97 - | 11/19 | 0.00 | | |
| 11/14 | 92,128.86 | 11/21 | 821,554.05 | | |

# FIRST UNION

## PARTIAL / RANGE RECONCILEMENT BALANCE SHEET

WR GRACE & CO.-CONN     025              ACCT NO.:   0001     2079900003615

ATTN: CINDY LEE

7500 GRACE DRIVE

COLUMBIA     MD 21044-4098

| RECONCILEMENT OF DEBITS | | CUTOFF DATE: 11/30/2001 |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 40,058.34 |
| MISCELLANEOUS DEBITS | + | 1,518,839.00 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/- | .00 |
| DEBIT ADJUSTMENTS | - | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 1,558,897.34 |
| TOTAL DEBITS FROM BANK STATEMENT | | 1,558,897.34 |

IF YOU HAVE ANY QUESTIONS, PLEASE

CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 025

VESTED in Quality

# Commercial Checking

01        2079900003615   005   108          10   160           14,998

W R GRACE & CO-CONN
ATTN CINDY LEE
7500 GRACE DRIVE
COLUMBIA MD  21044-4098

CB   025

# Commercial Checking

11/01/2001 thru 11/30/2001

Account number:       2079900003615
Account holder(s):    W R GRACE & CO-CONN

Taxpayer ID Number:   133461988

## Account Summary

| | |
|---|---|
| Opening balance 11/01 | $0.00 |
| Deposits and other credits | 1,558,897.34 + |
| Other withdrawals and service fees | 1,558,897.34 - |
| Closing balance 11/30 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/01 | 6,562.87 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/01 | 12,412.46 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/05 | 884.83 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/06 | 4,098.10 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/07 | 1,613.64 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/08 | 5,682.90 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/09 | 245,156.59 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/13 | 489,061.48 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/14 | 3,519.52 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/15 | 3,825.78 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/15 | 8,977.97 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/16 | 2,633.30 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/19 | 4,305.93 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/20 | 1,086.94 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

02      2079900003615  005  108      10  160      14,999

## Deposits and Other Credits continued

| Date | Amount | Description |
|---|---|---|
| 11/21 | 4,056.00 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/23 | 259,057.45 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/26 | 493,989.52 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/27 | 1,292.80 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/28 | 6,088.08 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/29 | 3,238.57 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/30 | 1,352.61 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$1,558,897.34** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 11/01 | 6,562.87 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.         011101 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 11/01 | 12,412.46 | LIST OF DEBITS POSTED | |
| 11/05 | 884.83 | LIST OF DEBITS POSTED | |
| 11/06 | 4,098.10 | LIST OF DEBITS POSTED | |
| 11/07 | 1,613.64 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011107 CCD<br>MISC C4025-029759370 | PR TAXES |
| 11/08 | 5,682.90 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.         011108 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 11/09 | 3,036.73 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011109 CCD<br>MISC C2916-009772308 | PR TAXES |
| 11/09 | 4,878.34 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011109 CCD<br>MISC C2918-009772309 | PR TAXES |
| 11/09 | 10,377.06 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011109 CCD<br>MISC C4213-009772406 | PR TAXES |
| 11/09 | 226,864.46 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011109 CCD<br>MISC C4025-019772398 | PR TAXES |
| 11/13 | 4,845.06 | AUTOMATED DEBIT  GRACE WASHINGTON PAYROLL<br>CO. ID.         011113 PPD<br>MISC SETTL NCVCDBATL | |

Other Withdrawals and Service Fees continued on next page.