# FIRST UNION
## Commercial Checking

03     2079900003615  005   108         10   160         15,000

---

## Other Withdrawals and Service Fees *continued*

| Date  | Amount     | Description |
|-------|-----------:|-------------|
| 11/13 | 25,756.31  | AUTOMATED DEBIT  W.R. GRACE     PAYROLL<br>CO. ID.         011113 PPD<br>MISC SETTL NCVCDBATL |
| 11/13 | 36,288.38  | AUTOMATED DEBIT  GRACE MANAGEMENT PAYROLL<br>CO. ID.         011113 PPD<br>MISC SETTL NCVCDBATL |
| 11/13 | 422,171.73 | AUTOMATED DEBIT  W.R. GRACE     PAYROLL<br>CO. ID.         011113 PPD<br>MISC SETTL NCVCDBATL |
| 11/14 | 1,189.42   | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 011114 CCD<br>MISC C4025-029780056 |
| 11/14 | 2,330.10   | LIST OF DEBITS POSTED |
| 11/15 | 3,825.78   | AUTOMATED DEBIT  W.R. GRACE     PAYROLL<br>CO. ID.         011115 PPD<br>MISC SETTL NCVCDBATL |
| 11/15 | 8,977.97   | LIST OF DEBITS POSTED |
| 11/16 | 2,633.30   | LIST OF DEBITS POSTED |
| 11/19 | 4,305.93   | LIST OF DEBITS POSTED |
| 11/20 | 1,086.94   | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 011120 CCD<br>MISC C4025-029813452 |
| 11/21 | 4,056.00   | AUTOMATED DEBIT  W.R. GRACE     PAYROLL<br>CO. ID.         011121 PPD<br>MISC SETTL NCVCDBATL |
| 11/23 | 3,036.73   | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 011123 CCD<br>MISC C2916-009826073 |
| 11/23 | 10,171.74  | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 011123 CCD<br>MISC C4213-009826259 |
| 11/23 | 245,848.98 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 011123 CCD<br>MISC C4025-019826237 |
| 11/26 | 4,845.06   | AUTOMATED DEBIT  GRACE WASHINGTON PAYROLL<br>CO. ID.         011126 PPD<br>MISC SETTL NCVCDBATL |
| 11/26 | 26,001.96  | AUTOMATED DEBIT  W.R. GRACE     PAYROLL<br>CO. ID.         011126 PPD<br>MISC SETTL NCVCDBATL |
| 11/26 | 463,142.50 | AUTOMATED DEBIT  W.R. GRACE     PAYROLL<br>CO. ID.         011126 PPD<br>MISC SETTL NCVCDBATL |
| 11/27 | 1,292.80   | LIST OF DEBITS POSTED |
| 11/28 | 881.05     | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 011128 CCD<br>MISC C4025-029834347 |
| 11/28 | 1,770.24   | LIST OF DEBITS POSTED |

*Other Withdrawals and Service Fees continued on next page.*



## Commercial Checking

| | | | | | |
|---|---|---|---|---|---|
| 04 | 2079900003615  005  108 | 10  160 | 15,001 | | |

---

## Other Withdrawals and Service Fees continued

| Date | Amount | Description | |
|---|---|---|---|
| 11/28 | 3,436.79 | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 011128 CCD MISC C4025-019834346 | PR TAXES |
| 11/29 | 3,238.57 | AUTOMATED DEBIT  W.R. GRACE CO. ID.           011129 PPD MISC SETTL NCVCDBATL | PAYROLL |
| 11/30 | 1,352.61 | LIST OF DEBITS POSTED | |
| **Total** | **$1,558,897.34** | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/01 | 0.00 | 11/14 | 0.00 | 11/26 | 0.00 |
| 11/05 | 0.00 | 11/15 | 0.00 | 11/27 | 0.00 |
| 11/06 | 0.00 | 11/16 | 0.00 | 11/28 | 0.00 |
| 11/07 | 0.00 | 11/19 | 0.00 | 11/29 | 0.00 |
| 11/08 | 0.00 | 11/20 | 0.00 | 11/30 | 0.00 |
| 11/09 | 0.00 | 11/21 | 0.00 | | |
| 11/13 | 0.00 | 11/23 | 0.00 | | |

# Commercial Checking

05      2079900003615  005  108         10  160         15,002

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC  28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

### To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

    2. Write in the closing balance shown on the front of account statement.

    3. Write in any deposits you have made since the date of this statement.

    4. Add together amounts listed above in steps 2 and 3.

    5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

    6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

SMS565- 32      PAGE 1

BANK NO. 0000001   TEAM NO. 025    RECAP OF POSTED ITEMS REPORT    DATE 11/30/01

ACCOUNT NO. 2079900003615    WR GRACE & CO.-CONN    025    AS OF 11-30-01

| DATE | PAID ITEMS | CHECKS AMOUNT | ISSUES ITEMS | ISSUES AMOUNT | STOPS PLACED ITEMS | STOPS PLACED AMOUNT | STOPS REMOVED ITEMS | STOPS REMOVED AMOUNT | CANCELLED ITEMS | CANCELLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-01-01 | 4 | 12,412.46 | | .00 | | .00 | | .00 | | .00 |
| 11-05-01 | 1 | 884.83 | | .00 | | .00 | | .00 | | .00 |
| 11-06-01 | 2 | 4,098.10 | | .00 | | .00 | | .00 | | .00 |
| 11-14-01 | 2 | 2,330.10 | | .00 | | .00 | | .00 | | .00 |
| 11-15-01 | 8 | 8,977.97 | | .00 | | .00 | | .00 | | .00 |
| 11-16-01 | 3 | 2,633.30 | | .00 | | .00 | | .00 | | .00 |
| 11-19-01 | 1 | 4,305.93 | | .00 | | .00 | | .00 | | .00 |
| 11-27-01 | 1 | 1,292.80 | | .00 | | .00 | | .00 | | .00 |
| 11-28-01 | 2 | 1,770.24 | | .00 | | .00 | | .00 | | .00 |
| 11-30-01 | 1 | 1,352.61 | | .00 | | .00 | | .00 | | .00 |
| TOTALS | 25 | 40,058.34 | | .00 | | .00 | | .00 | | .00 |

```
SMS565-  35                                                                                              PAGE     1
BANK NO.  0000001   TEAM NO.  025         DIAGNOSTIC SUMMARY REPORT                                 DATE 11/30/01

ACCOUNT NO. 2079900003615     WR GRACE & CO.-CONN        025    REPORT  PAID ONLY               AS OF 11-30-01

SERIAL                PD/POST     SEQUENCE       ISSUE       ADDITIONAL            PAGE    EXCEPTION
NUMBER     AMOUNT     DATE        NUMBER         DATE        DATA                  NO.     CONDITION

 5442      2,272.48   02-15-01                                                       1     STOPPED ITEM
14436      4,900.00   04-05-01                                                       1     STOPPED ITEM

                                  TOTAL CNT            TOTAL AMOUNT
           PAID, NO ISSUE              0                       .00
           CANCELED ISSUE              0                       .00
           PAID, NO ISSUE, LAST PERIOD 0                       .00
           STOPPED ITEM                2                  7,172.48
           STOPPED, CHECK PRESENTED    0                       .00
           FORCE POSTED ITEM           0                       .00
           PREV PD-NO-ISS, ISSUE RECVD 0                       .00
           PREV STOP, ISSUE RECEIVED   0                       .00
           PREV CANCEL, ISSUE RECEIVED 0                       .00
           CANCELED ITEM, NOT ISSUED   0                       .00
           CANCELED WITH STOP          0                       .00
           CANCELED WITH STOP, ISSUED  0                       .00
```

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST. ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| MISC-CREDITS | 1 | 207990000003615 | WR GRACE & CO.-CONN ATTN: CINDY LEE | 025 | 11-30-01 | 1 |

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12,412.46 | 110101 | | | | | | | | | |
| | 6,562.87 | 110101 | | | | | | | | | |
| | 884.83 | 110501 | | | | | | | | | |
| | 4,098.10 | 110601 | | | | | | | | | |
| | 1,613.64 | 110701 | | | | | | | | | |
| | 5,682.90 | 110801 | | | | | | | | | |
| | 245,156.59 | 110901 | | | | | | | | | |
| | 489,061.48 | 111301 | | | | | | | | | |
| | 3,519.52 | 111401 | | | | | | | | | |
| | 9,825.78 | 111501 | | | | | | | | | |
| | 8,977.97 | 111501 | | | | | | | | | |
| | 2,633.30 | 111601 | | | | | | | | | |
| | 4,305.93 | 111901 | | | | | | | | | |
| | 1,086.94 | 112001 | | | | | | | | | |
| | 4,056.00 | 112101 | | | | | | | | | |
| | 259,057.45 | 112301 | | | | | | | | | |
| | 493,989.52 | 112601 | | | | | | | | | |
| | 1,292.80 | 112701 | | | | | | | | | |
| | 6,088.08 | 112801 | | | | | | | | | |
| | 3,238.57 | 112901 | | | | | | | | | |
| | 1,352.61 | 113001 | | | | | | | | | |

| | DEBITS | |
|---|---|---|
| CREDITS | | GT |
| 1,558,897.34 | 21 | |

## TYPE OF REPORT

UNPAID ONLY   = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY   = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL   = OFF-CYCLE REPORT REQUEST

## EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST.ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| MISC-DEBITS | 1 | 207990003615 | WR GRACE & CO.-CONN<br>ATTN: CINDY LEE | | 11-30-01 | 1 |

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1411902914 | 6,562.87 | 110101 | 13030074 | | | | | | | | |
| | 1,513.64 | 110701 | 13974410 | | | | | | | | |
| | 5,682.90 | 110801 | 13100078 | | | | | | | | |
| 1411902914 | 4,878.34 | 110901 | 35640133 | | | | | | | | |
| 1411902914 | 226,864.46 | 110901 | 35640134 | | | | | | | | |
| 1411902914 | 3,036.73 | 110901 | 35640132 | | | | | | | | |
| 1411902914 | 10,377.06 | 110901 | 35640137 | | | | | | | | |
| | 25,756.31 | 111301 | 13110869 | | | | | | | | |
| | 36,288.38 | 111301 | 13110869 | | | | | | | | |
| | 422,171.73 | 111301 | 13110869 | | | | | | | | |
| | 4,845.06 | 111301 | 13110869 | | | | | | | | |
| 1411902914 | 1,189.42 | 111401 | 80465316 | | | | | | | | |
| | 3,825.78 | 111501 | 13170265 | | | | | | | | |
| | 1,066.94 | 112001 | 44304463 | | | | | | | | |
| | 4,056.00 | 112101 | 13230277 | | | | | | | | |
| 1411902914 | 3,036.73 | 112301 | 76259434 | | | | | | | | |
| 1411902914 | 10,171.74 | 112301 | 76259438 | | | | | | | | |
| 1411902914 | 245,848.98 | 112301 | 76259435 | | | | | | | | |
| | 463,142.50 | 112601 | 13240072 | | | | | | | | |
| | 26,001.96 | 112601 | 13240022 | | | | | | | | |
| 1411902914 | 4,845.06 | 112801 | 21720318 | | | | | | | | |
| 1411902914 | 3,436.79 | 112801 | 21720319 | | | | | | | | |
| | 881.05 | 112801 | 13310079 | | | | | | | | |
| | 3,238.57 | 112901 | | | | | | | | | |

| | DEBITS | | CREDITS | | |
|---|---|---|---|---|---|
| | 1518,839.00 | | | 24GT | |

TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079900003615 | WR GRACE & CO.-CONN ATTN: CINDY LEE | 025 | 11-30-01 | 1 |

| | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 5442 | 2,272.48 | 021501 | | | | | | | | | |
| M | 5443 TO 5681 | | | | | | | | | | | |
| | 5682 | 2,049.05 | 110601 | 12921368 | | | | | | | | |
| M | 5683 TO 5689 | | | | | | | | | | | |
| | 5690 | 480.11 | 110101 | 11165089 | | | | | | | | |
| M | 5691 | | | | | | | | | | | |
| | 5692 | 1,235.08 | 110101 | 11101454 | | | | | | | | |
| | 5693 | 2,049.05 | 110601 | 12921357 | | | | | | | | |
| | 5694 | 884.83 | 110501 | 19692246 | | | | | | | | |
| | 5695 | 3,779.83 | 110101 | 11700195 | | | | | | | | |
| M | 5696 TO 5701 | | | | | | | | | | | |
| | 5702 | 6,917.44 | 110101 | 11101453 | | | | | | | | |
| | 5703 | 108.83 | 111501 | 17203794 | | | | | | | | |
| | 5704 | 108.83 | 111501 | 17203795 | | | | | | | | |
| | 5705 | 132.85 | 111501 | 12024259 | | | | | | | | |
| | 5706 | 812.87 | 111601 | 11937113 | | | | | | | | |
| | 5707 | 1,609.08 | 111501 | 17117895 | | | | | | | | |
| M | 5708 | | | | | | | | | | | |
| | 5709 | 1,054.77 | 111401 | 11772936 | | | | | | | | |
| | 5710 | 3,779.83 | 111501 | 13025104 | | | | | | | | |
| | 5711 | 1,352.60 | 111501 | 17206835 | | | | | | | | |
| | 5712 | 4,249.77 | 111501 | 17126485 | | | | | | | | |
| | 5713 | 636.18 | 111501 | 14091806 | | | | | | | | |
| | 5714 | 686.34 | 111601 | 14317892 | | | | | | | | |
| | 5715 | 4,305.93 | 111901 | 15804562 | | | | | | | | |
| | 5716 | 1,134.09 | 111601 | 12235651 | | | | | | | | |
| | 5717 | 1,275.33 | 111401 | 11773958 | | | | | | | | |
| M | 5718 TO 5720 | | | | | | | | | | | |
| | 5721 | 1,352.61 | 113001 | 19777963 | | | | | | | | |
| | 5722 | 1,292.80 | 112701 | 17623858 | | | | | | | | |
| | 5723 | 636.16 | 112801 | 16609239 | | | | | | | | |
| | 5724 | 1,124.08 | 112801 | 17791493 | | | | | | | | |
| M | 5725 TO 14435 | | | | | | | | | | | |
| 4 | 14436 | 4,900.00 | 040501 | | | | | | | | | |

TOTAL O/S | TOTAL PAID 40,058.34 | 25GT

## TYPE OF REPORT

- UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL : OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY, NOT ADDED TO TOTALS

## EXPLANATION OF CODES

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M : MISSING (OUTSTANDING) ITEM.

## Commercial Checking

| 01 | 2000006910969 | 072 | 130 | 0 | 32 | 5,113 | | |

W R GRACE & CO - CONN
ATTN: PATTY ELLIOT-GRAY           CB
7500 GRACE DRIVE
COLUMBIA MD   21044

## Commercial Checking                            11/01/2001 thru 11/30/2001

Account number:         2000006910969
Account holder(s):      W R GRACE & CO - CONN

Taxpayer ID Number:     135114230

## Account Summary

| Opening balance 11/01 | $3,744.03 |
|---|---|
| **Closing balance 11/30** | **$3,744.03** |

**Merrill Lynch** Investment Managers  Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

12550

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4009

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 11/01/2001 - 11/30/2001

Account Number
318-3323735-8

Financial Advisor
George L Perez
(--22N07G86)

Account Value As Of 11/30/2001
$54,881,108.66

Dividends
11/01/2001 - 11/30/2001      Year To Date
$113,104.31                  $1,208,668.82

> OUR OFFICE WILL BE CLOSED ON DECEMBER 25TH,
IN OBSERVANCE OF CHRISTMAS AND ON
JANUARY 1ST, IN OBSERVANCE OF NEW YEARS.

> AVERAGE NET ANNUALIZED YIELD FOR NOVEMBER
WAS 2.49%. TRADING DEADLINES ON 12/24/01
ARE 1:00 PM AND 12/31/01 ARE 3:00 PM ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | $65,868,004.35 |
| 11/01/2001 | 11/01/2001 | Same Day Wire Redemption | $2,200,000.00 | $1.00 | $63,668,004.35 |
| 11/02/2001 | 11/02/2001 | Shares Purchased By Wire | $700,000.00 | $1.00 | $64,368,004.35 |
| 11/05/2001 | 11/05/2001 | Same Day Wire Redemption | $9,200,000.00 | $1.00 | $55,168,004.35 |
| 11/06/2001 | 11/06/2001 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $57,268,004.35 |
| 11/07/2001 | 11/07/2001 | Shares Purchased By Wire | $2,400,000.00 | $1.00 | $59,668,004.35 |
| 11/08/2001 | 11/08/2001 | Same Day Wire Redemption | $4,600,000.00 | $1.00 | $55,068,004.35 |
| 11/08/2001 | 11/08/2001 | Same Day Wire Redemption | $10,000,000.00 | $1.00 | $45,068,004.35 |
| 11/09/2001 | 11/09/2001 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $46,068,004.35 |
| 11/13/2001 | 11/13/2001 | Shares Purchased By Wire | $2,800,000.00 | $1.00 | $48,868,004.35 |
| 11/14/2001 | 11/14/2001 | Shares Purchased By Wire | $1,400,000.00 | $1.00 | $50,268,004.35 |
| 11/16/2001 | 11/16/2001 | Shares Purchased By Wire | $4,600,000.00 | $1.00 | $54,868,004.35 |
| 11/19/2001 | 11/19/2001 | Shares Purchased By Wire | $4,900,000.00 | $1.00 | $59,768,004.35 |
| 11/20/2001 | 11/20/2001 | Same Day Wire Redemption | $1,000,000.00 | $1.00 | $58,768,004.35 |
| 11/21/2001 | 11/21/2001 | Shares Purchased By Wire | $900,000.00 | $1.00 | $59,668,004.35 |
| 11/21/2001 | 11/21/2001 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $54,668,004.35 |
| 11/23/2001 | 11/23/2001 | Shares Purchased By Wire | $2,600,000.00 | $1.00 | $57,268,004.35 |
| 11/26/2001 | 11/26/2001 | Shares Purchased By Wire | $900,000.00 | $1.00 | $58,168,004.35 |
| 11/27/2001 | 11/27/2001 | Shares Purchased By Wire | $400,000.00 | $1.00 | $58,568,004.35 |

Account Number  318-3323735-8       (page 1 of 2)

519574




MLM *50100* 3639225020.12571.12571.CNSMLM01.INVMWW........MLM......000057926

**Merrill Lynch** Investment Managers — Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 11/01/2001 - 11/30/2001

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 11/28/2001 | 11/28/2001 | Same Day Wire Redemption | $600,000.00 | $1.00 | $57,968,004.35 |
| 11/29/2001 | 11/29/2001 | Same Day Wire Redemption | $5,300,000.00 | $1.00 | $52,668,004.35 |
| 11/30/2001 | 11/30/2001 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $54,768,004.35 |
| 11/30/2001 | 11/30/2001 | Div Reinvest | $113,104.31 | $1.00 | $54,881,108.66 |
| | | Ending Balance | | | $54,881,108.66 |




01    2090002554779    036    130    0    53    51,156

W R GRACE & CO - DALEEN ACCT
ATTN: W B MCGOWAN                                CB
7500 GRACE DRIVE
COLUMBIA MD   21044-4098

# Commercial Money Market Investment       11/01/2001 thru 11/30/2001

Account number:       2090002554779
Account holder(s):    W R GRACE & CO - DALEEN ACCT
                      ATTN: W B MCGOWAN

Taxpayer ID Number:   135114230

*G/L Acct #:*
*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 0298*

## Account Summary

| | |
|---|---|
| Opening balance 11/01 | $62,972.24 |
| Interest paid | 67.66 + |
| Closing balance 11/30 | $63,039.90 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/30 | 67.66 | INTEREST FROM 11/01/2001 THROUGH 11/30/2001 |
| Total | $67.66 | |

## Interest

| | |
|---|---|
| Number of days this statement period | 30 |
| Annual percentage yield earned | 1.32% |
| Interest earned this statement period | $67.66 |
| Interest paid this statement period | $67.66 |
| Interest paid this year | $935.87 |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/30 | 63,039.90 | | | | |

UNION   Commercial Jumbo Money Market Investment
01              2090003135045   036   130           0   50           57,943

W.R. GRACE & CO.-SBA ACCT
5400 BROKEN SOUND BLVD NW #BX-5050
BOCA RATON FL   33487-3511                        CB

# Commercial Jumbo Money Market Investment     11/01/2001 thru 11/30/2001

Account number:        2090003135045
Account holder(s):     W.R. GRACE & CO.-SBA ACCT

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 11/01 | $165,420.68 |
| Interest paid | 274.95 + |
| Closing balance 11/30 | $165,695.63 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/30 | 274.95 | INTEREST FROM 11/01/2001 THROUGH 11/30/2001 |
| Total | $274.95 | |

## Interest

| | |
|---|---|
| Number of days this statement period | 30 |
| Annual percentage yield earned | 2.04% |
| Interest earned this statement period | $274.95 |
| Interest paid this statement period | $274.95 |
| Interest paid this year | $5,556.69 |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/30 | 165,695.63 | | | | |

The Chase Manhattan Bank

# CHASE

## Statement of Account

in US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No: 016-001257
Statement Start Date: 16 NOV 2001
Statement End Date: 30 NOV 2001
Statement Code: S00-USA-22
Statement No: 022

Page 1 of 18

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 35 |
| Total Debits (incl. checks) | 61 |
| Total Checks Paid | 0 |

### BALANCES

| | Value Date | Ledger | Available |
|---|---|---|---|
| | 72,207,719.52 | | |
| | 72,193,114.17 | | |
| | 0.00 | | |

Opening (16 NOV 2001) Ledger 527,883.93
Closing (30 NOV 2001) Ledger 542,489.28

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### SUMMARY

LEDGER BALANCES
16NOV  489,313.51
19NOV  510,695.45
20NOV  490,082.96
21NOV  480,129.78
23NOV  2,498,524.46
26NOV  519,202.60
27NOV  471,000.79
28NOV  566,422.98
29NOV  446,367.40
30NOV  542,489.28

### CREDITS

| Date | Value Date | Amount | Description |
|---|---|---|---|
| 16NOV | | 859,243.46 | USD YOUR: O/B FIRST UNION  OUR: 0145013320FP  EDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /06300021  B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION BBI=/TIME/11:58  IMAD: 1116F3QCAA1C000936 |
| 16NOV | | 1,305,564.24 | USD YOUR: O/B BKAM IL CGO  OUR: 0106507320FF  EDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039  B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140  REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:04  IMAD: 1116G1QRGY2C000383 |
| 16NOV | | 3,856,542.00 | USD YOUR: O/B WACHOVIA WIN  OUR: 0154814320FF  EDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /05310494  B/O: W R GRACE & CO COLUMBIA MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN |

FT CODE:
USD - SAME DAY FUNDS         US1 - ONE DAY FLOAT       US3 - THREE DAY FLOAT       US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS         US2 - TWO DAY FLOAT       US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

```
W.R. GRACE AND COMPANY                              Account No:        016-001257
SYRACUSE FUNDING ACCOUNT                      Statement Start Date:    16 NOV 2001
ATT:MARY BOUCHARD                             Statement End Date:      30 NOV 2001
62 WHITTEMORE AVENUE                          Statement Code:          S00-USA-22
CAMBRIDGE    MA   02140                       Statement No:            022
                                                                       Page 2 of 18
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19NOV | | 19NOV | | USD YOUR: O/B FIRST UNION<br>OUR: 0129909323FF | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRST UNION<br>BBI=/TIME/11:41<br>IMAD: 1116EAQFTI1A000867 | 274,582.61 | |
| 19NOV | | 19NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0139303323FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:49<br>IMAD: 1119F3QCAA1C000671 | 3,493,232.00 | |
| 19NOV | | 19NOV | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0093414323FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:54<br>IMAD: 1119EAQFTI1A000792 | 5,062,509.53 | |
| 20NOV | | 20NOV | | USD YOUR: 10336190<br>OUR: 0254809324FF | FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK<br>/011500010<br>B/O: HARTFORD LIFE COLI<br>HARTFORD, CT 06101-2999<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=10336190 OBI=DEA<br>TH CLAIMS FOR MB038 AND MB039 BBI=/<br>IMAD: 1119G1QFGY2C000372 | 77,278.31 | |
| 20NOV | | 20NOV | | USD YOUR: MAESTRO<br>OUR: 0384209324FF | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>IMAD: 1120A1QF148C005455 | 1,000,000.00 | |

```
W.R. GRACE AND COMPANY                          Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                        Statement Start Date: 16 NOV 2001
ATT:MARY BOUCHARD                               Statement End Date:   30 NOV 2001
62 WHITTEMORE AVENUE                            Statement Code:       S00-USA-22
CAMBRIDGE MA  02140                             Statement No:         022
                                                                    Page 3 of 18
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit Amount | Description | Closing Balances Date |
|---|---|---|---|---|---|---|---|
| | | | | *CREDITS CONTINUED* | | | |
| 20NOV | | 20NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0149403324FF | 1,249,106.00 | /011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 1120A1Q002BC001430 | |
| 20NOV | | 20NOV | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0113314324FF | 3,818,410.65 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/11:56<br>IMAD: 1120EAQFTI1A000958 | |
| 21NOV | | 21NOV | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0208709325FF | 306,851.91 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=0/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:18<br>IMAD: 1120G1QFGY2C000431 | |
| 21NOV | | 21NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0185902325FF | 1,342,799.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=0/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:51<br>IMAD: 1121G1QFGY2C000875<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | |

```
W.R. GRACE AND COMPANY                              Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                    Statement Start Date:       16 NOV 2001
ATT:MARY BOUCHARD                             Statement End Date:       30 NOV 2001
62 WHITTEMORE AVENUE                           Statement Code:          S00-USA-22
CAMBRIDGE     MA    02140                      Statement No:            022
                                                                        Page 4 of 18
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit Amount | Description | Closing Balances Date |
|---|---|---|---|---|---|---|---|

*CREDITS CONTINUED*

| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600I257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:35 | |
| 21NOV | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0102701325FF | 1,523,960.28 | IMAD: 1121EAQFTI1A001192<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600I257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/10:54 | |
| 21NOV | | | | USD YOUR: MAESTRO<br>OUR: 0112014325FF | 5,000,000.00 | IMAD: 1121EAQFTI1A000795<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600I257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T | |
| 23NOV | | | | USD OUR: 0010470114XF | 76,307.00 | IMAD: 1121AIQ002HC000297<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 0003230790075 | |
| 23NOV | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0127114327FF | 2,055,543.69 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600I257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:13 | |
| 23NOV | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0169314327FF | 2,257,983.46 | IMAD: 1123EAQFTI1A000710<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600I257 RFB=O/B BKAM IL CGO | |

```
W.R. GRACE AND COMPANY                          Account No:           016-001257
SYRACUSE FUNDING ACCOUNT                        Statement Start Date: 16 NOV 2001
ATT: MARY BOUCHARD                              Statement End Date:   30 NOV 2001
62 WHITTEMORE AVENUE                            Statement Code:       S00-USA-22
CAMBRIDGE   MA   02140                          Statement No:         022
                                                                      Page 5 of 18
```

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 23NOV | 23NOV USD YOUR: 6008326125300001 OUR: 17237003273FC | 3,518,683.92 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-000160012 5 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY<br>SSN: 0117323<br>OBI=HOWT BBI=/TIME/12:08<br>IMAD: 1123G1QFGY2C000563 |
| 23NOV | 23NOV USD YOUR: 6008326125290001 OUR: 17235003273FC | 8,200,972.11 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-000160012 5 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY<br>SSN: 0117321<br>BBI=/TIME/12:06<br>IMAD: 1126EAQFTI1A000884 |
| 26NOV | 26NOV USD YOUR: O/B WACHOVIA WIN OUR: 0177508330FF | 135,928.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & COMPANY<br>BOCA RATON FL 33486-1010<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000160012 57 RFB=O/B WACHOVIA WIN |
| 26NOV | 26NOV USD YOUR: O/B FIRST UNION OUR: 0184403330FF | 821,554.05 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000160012 57 RFB=O/B FIRST UNION<br>BBI=/TIME/12:16<br>IMAD: 1126F3QCAA1C000713 |
| 26NOV | 26NOV USD YOUR: O/B WACHOVIA WIN OUR: 0180707330FF | 1,324,074.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO |

```
W.R. GRACE AND COMPANY                                              Account No:       016-001257
SYRACUSE FUNDING ACCOUNT                                  Statement Start Date:      16 NOV 2001
ATT:MARY BOUCHARD                                           Statement End Date:      30 NOV 2001
62 WHITTEMORE AVENUE                                          Statement Code:         S00-USA-22
CAMBRIDGE   MA  02140                                           Statement No:                022
                                                                                      Page 6 of 18
```

| Ledger Date | Adj. Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| *CREDITS CONTINUED* | | | | | | | | | |
| 26NOV | | 26NOV | | | USD YOUR: O/B BKAM IL CGO OUR: 0103502330FF | 1,679,114.13 | /053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>BBI=/TIME/12:06<br>IMAD: 1126EAQFTI1A000882<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO | | |
| 27NOV | | 27NOV | | | USD YOUR: O/B WACHOVIA WIN OUR: 0077914331FF | 1,920,630.00 | /071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>OBI=HOWT BBI=/TIME/11:00<br>IMAD: 1126G1QFGY2C000296<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO | | |
| 27NOV | | 27NOV | | | USD YOUR: O/B BKAM IL CGO OUR: 0070514331FF | 3,206,009.60 | /053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>BBI=/TIME/11:00<br>IMAD: 1127EAQFTI1A000482<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO | | |
| 28NOV | | 28NOV | | | USD YOUR: O/B BANK ONE NA OUR: 0213813332FF | 82,476.73 | /071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:42<br>IMAD: 1127G1QFGY2C000261<br>FEDWIRE CREDIT<br>VIA: BANK ONE CHICAGO<br>/071000013<br>B/O: GODWINS BOOKE AND DICKENSON TP<br>CHICAGO IL USA<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

```
W.R. GRACE AND COMPANY                        Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                      Statement Start Date: 16 NOV 2001
ATT: MARY BOUCHARD                            Statement End Date:   30 NOV 2001
62 WHITTEMORE AVENUE                          Statement Code:       S00-USA-22
CAMBRIDGE   MA   02140                        Statement No:         022
                                                                    Page 7 of 18
```

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Description | Credit / Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|---|

CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 28NOV | | 28NOV | | | USD YOUR: MAESTRO<br>OUR: 0399609332FF | ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=O/B BANK ONE NA<br>BBI=/TIME/13:50<br>IMAD: 1128G1QH052C002867 | 600,000.00 | |
| 28NOV | | 28NOV | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0073707332FF | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S I ML PREMIER FUND BBI=/T<br>IMAD: 1128A1Q002CC001416 | 1,003,488.51 | |
| 28NOV | | 28NOV | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0102407332FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:37<br>IMAD: 1128G1QFGY2C0003l4 | 5,378,301.09 | |
| 28NOV | | 28NOV | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0156108333FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:26<br>IMAD: 1128EAQFTI1A000712 | 1,180,534.27 | |
| 29NOV | | 29NOV | | | | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:54<br>IMAD: 1129G1QFGY2C000747 | | |