Account No: 016-001257
Statement Start Date: 16 NOV 2001
Statement End Date: 30 NOV 2001
Statement Code: S00-USA-22
Statement No: 022
Page 8 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Amount | Date |
|---|---|---|---|---|---|---|---|---|

CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29NOV | | 29NOV | | USD YOUR: O/B WACHOVIA WIN OUR: 0167102333FF | 1,251,124.91 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:21 IMAD: 1129EAQFTI1A000975 | | |
| 29NOV | | 29NOV | | USD YOUR: MAESTRO OUR: 0375203333FF | 5,300,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P I-S I ML PREMIER FUND BBI=/T IMAD: 1129AIQ002IC001373 | | |
| 30NOV | | 30NOV | | USD YOUR: O/B FLEET NATION OUR: 0165009334FF | 96,444.44 | FEDWIRE CREDIT VIA: FLEET NATIONAL BANK /011500010 B/O: BANKBOSTON NA 74-02-02D DEDHAM MA 02026 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FLEET NATION BBI=/TIME/11:30 IMAD: 1130AIQF148C003635 | | |
| 30NOV | | 30NOV | | USD YOUR: O/B BKAM IL CGO OUR: 0154002334FF | 1,039,368.62 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:11 IMAD: 1130GIQFGY2C000572 | | |
| 30NOV | | 30NOV | | USD YOUR: O/B WACHOVIA WIN OUR: 0164507334FF | 1,909,101.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

Account No:            016-001257
Statement Start Date:  16 NOV 2001
Statement End Date:    30 NOV 2001
Statement Code:        S00-USA-22
Statement No:          022

Page 9 of 18

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| 16NOV | | | | USD YOUR: 2400-24<br>OUR: 0902600320JB | 2,525.04 | BOOK TRANSFER DEBIT<br>A/C: D0022430680<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:25<br>IMAD: 1130EAQFT11A000891 | | |
| 16NOV | | | | USD OUR: 0033290114XF | 16,196.01 | XKALLAY (708)820-7742, GRPGUL<br>REF: EMPLOYEE GUL CONTRIBUTIONS FOR<br>OCTOBER 2001 | | |
| 16NOV | | | | USD YOUR: 0018028822000A<br>OUR: 0902500320JB | 62,853.29 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0032381963<br>FEDWIRE DEBIT<br>VIA: CAROLINA FIR GRNVL<br>/053201885<br>A/C: THE METASA GROUP, INC. AGENCY<br>(803) 343-2112<br>REF: FSA MONTHLY EMPLOYEE CONTRIBUT<br>IONS<br>IMAD: 1116B1QGC06C003585 | | |
| 16NOV | | | | USD YOUR: SEE WIRE<br>OUR: 0902200320JB | 78,345.78 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 16NOV | | | | USD YOUR: HOWT-FUGD<br>OUR: 0902700320JB | 1,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:13<br>IMAD: 1116B1QGC02C003472 | | |
| 16NOV | | | | USD YOUR: SEE WIRE<br>OUR: 0903000320JB | 4,600,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:13<br>IMAD: 1116B1QGC04C003312 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:            016-001257
Statement Start Date:  16 NOV 2001
Statement End Date:    30 NOV 2001
Statement Code:        S00-USA-22
Statement No:          022
Page 10 of 18

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 19NOV | | | | | USD OUR: 0032830114XF | 31,394.88 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238l963 | | |
| 19NOV | | | | | USD YOUR: SEE WIRE OUR: 1047300323JB | 60,695.32 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 19NOV | | | | | USD YOUR: ACH OF 01/11/19 OUR: 0019l00323HP | 116,852.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 19NOV | | | | | USD YOUR: HOWT-FUCD OUR: 1047500323JB | 3,700,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:57 IMAD: 1119B1QGC02C003953 | | |
| 19NOV | | | | | USD YOUR: SEE WIRE OUR: 1047400323JB | 4,900,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:58 IMAD: 1119B1QGC05C004003 | | |
| 20NOV | | | | | USD OUR: 0033490114XF | 242.54 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238l963 | | |
| 20NOV | | | | | USD YOUR: SEE WIRE OUR: 1176500324JB | 79,430.78 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 20NOV | | | | | USD YOUR: SEE WIRE OUR: 0150600324JB | 214,122.55 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: /D500000000016439 X BEN: W R GRACE + CO. X REF: MARILYN RAMJOHN - CMG/BSG VA32 71/TIME/10:45 IMAD: 1120B1QGC06C001709 | | |
| 20NOV | | | | | USD YOUR: SEE WIRE OUR: 0448600324JB | 771,611.58 | FEDWIRE DEBIT VIA: ALLFIRST BANK | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 NOV 2001
Statement End Date: 30 NOV 2001
Statement Code: S00-USA-22
Statement No: 022

Page 11 of 18

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | References | F/T | Description | Credit/Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20NOV | | 20NOV | USD YOUR: HOWT-FUCD  OUR: 1176700324JB | | /05200013  A/C: GRACE DAVISON  X  REF: HOURLY PAYROLL/TIME/12:10  IMAD: 1120B1QGC07C002243 | 5,100,000.00 | | |
| 21NOV | | 21NOV | USD OUR: 0032920114XF | | FEDWIRE DEBIT  VIA: FIRST UNION NC  /053000219  A/C: W.R. GRACE AND CO.  CHARLOTTE NC  REF: 0111 79 ATTN P. LAWING 704-374  -3448/TIME/16:51  IMAD: 1120B1QGC01C004474 | 5,242.77 | | |
| 21NOV | | 21NOV | USD YOUR: SEE WIRE  OUR: 0619800325JB | | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00032388l963  FEDWIRE DEBIT  VIA: BANK ONE NA CHGO  /071000013  A/C: AON CONSULTING  X  REF: SEPT 2001 PENSION ADMINISTRATI  ON/TIME/12:51  IMAD: 1121B1QGC05C002524 | 16,790.00 | | |
| 21NOV | | 21NOV | USD YOUR: SEE WIRE  OUR: 0619700325JB | | FEDWIRE DEBIT  VIA: MARSHALL MILW  /075000051  A/C: AMERICAN APPRAISAL ASSOCIATES,  X  REF: RETAINER-FOR SVCS TO BE PERFOR  MED/TIME/12:51  IMAD: 1121B1QGC06C002504 | 19,000.00 | | |
| 21NOV | | 21NOV | USD YOUR: SEE WIRE  OUR: 0575400325JB | | BOOK TRANSFER DEBIT  A/C: W R GRACE & CO CONN (UHC FUNDI  COLUMBIA MD 21044-  REF: UHC PAYMENTS | 59,193.33 | | |
| 21NOV | | 21NOV | USD YOUR: ACH OF 01/11/21  OUR: 0015700325HP | | BOOK TRANSFER DEBIT  A/C: CB/EFTS PRE-FUNDING CLEARING A  TAMPA FL 33634- | 108,133.00 | | |
| 21NOV | | 21NOV | USD YOUR: SEE WIRE  OUR: 0575200325JB | | CHIPS DEBIT  VIA: BANKERS TRUST COMPANY  /0103  A/C: FPRS DEPOSITORY  X  BEN: WR GRACE + CO | 162,573.37 | | |

```
W.R. GRACE AND COMPANY                          Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                        Statement Start Date: 16 NOV 2001
ATT:MARY BOUCHARD                               Statement End Date:   30 NOV 2001
62 WHITTEMORE AVENUE                            Statement Code:     S00-USA-22
CAMBRIDGE  MA  02140                            Statement No:       022
                                                                    Page 12 of 18
```

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 21NOV | | 21NOV | USD | | YOUR: SEE WIRE<br>OUR: 0727100325JB | 900,000.00 | ATTN FPRS (HOURLY)<br>REF: WR GRACE WEEK ENDING 11/16 + 1<br>1/19 CPD/DAVISON<br>SSN: 0213069<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/13:28<br>IMAD: 1121B1QGC02C003138 | | |
| 21NOV | | 21NOV | USD | | YOUR: SEE WIRE<br>OUR: 0575300325JB | 2,512,631.90 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/12:25<br>IMAD: 1121B1QGC03C002549 | | |
| 21NOV | | 21NOV | USD | | YOUR: HOWT-FUCD<br>OUR: 0727200325JB | 4,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/13:28<br>IMAD: 1121B1QGC03C003037 | | |
| 23NOV | | | | | USD OUR: 0030640114XF | 21,851.91 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 23NOV | | 23NOV | USD | | YOUR: SEE WIRE<br>OUR: 0612500327JB | 58,493.59 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 23NOV | | 23NOV | USD | | YOUR: HOWT-FUCD<br>OUR: 0612700327JB | 1,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/13:20<br>IMAD: 1123B1QGC08C003360 | | |
| 23NOV | | 23NOV | USD | | YOUR: SEE WIRE<br>OUR: 0612800327JB | 2,600,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS | | |

```
W.R. GRACE AND COMPANY                              Account No:          016-001257
SYRACUSE FUNDING ACCOUNT                    Statement Start Date:        16 NOV 2001
ATT: MARY BOUCHARD                            Statement End Date:        30 NOV 2001
62 WHITTEMORE AVENUE                            Statement Code:          S00-USA-22
CAMBRIDGE MA 02140                              Statement No:            022
                                                                         Page 13 of 18
```

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | 23NOV | | | USD YOUR: SEE WIRE<br>OUR: 0612600327JB | 10,110,750.00 | FEDWIRE DEBIT<br>VIA: FW121000358<br>/121000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>SONIA ROSADO PHONE 212-503-7835<br>REF: INTEREST ON 30MM DIP DUE 11/23<br>/01 INTEREST 4.430 . PAYDOWN OF 10M<br>M/TIME/13:33<br>IMAD: 1123B1QGC05C003380 | | |
| | | 23NOV | | | | | /011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/13:20<br>IMAD: 1123B1QGC07C002988 | | |
| | | 26NOV | | | USD YOUR: SEE WIRE<br>OUR: 1424200330JB | 307.57 | FEDWIRE DEBIT<br>VIA: BK AMER GLOBAL<br>/111000012<br>A/C: AQUALON COMPANY<br>ATTN GORDON STAHLY 302-594-6685<br>REF: GRACE DAVISON PREPAYMENT FOR O<br>RDER X991094<br>IMAD: 1126B1QGC02C004815 | | |
| | | 26NOV | | | USD OUR: 0030420114XF | 19,951.18 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0032388196 | | |
| | | 26NOV | | | USD YOUR: HOWT-CHASE<br>OUR: 0514200330JB | 53,443.16 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | | |
| | | 26NOV | | | USD YOUR: SUPP. PENSION<br>OUR: 0515100330JB | 366,290.13 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: W.R GRACE + CO. RETIREMENT PLA<br>ATTN: MR. BRUCE HENIKEN<br>REF: SUPPLEMENTAL PENSION PYMT FOR<br>THE MONTH OF DEC 2001./TIME/11:45<br>IMAD: 1126B1QGC05C001941 | | |
| | | 26NOV | | | USD YOUR: SEE WIRE<br>OUR: 1281000330JB | 900,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN | | |

```
W.R. GRACE AND COMPANY                                    Account No:      016-001257
SYRACUSE FUNDING ACCOUNT                          Statement Start Date:    16 NOV 2001
ATT:MARY BOUCHARD                                 Statement End Date:      30 NOV 2001
62 WHITTEMORE AVENUE                              Statement Code:          S00-USA-22
CAMBRIDGE  MA  02140                              Statement No:            022
                                                                           Page 14 of 18
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | Value Date | F/T | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 26NOV | 26NOV | USD | YOUR: HOWT-FUCD<br>OUR: 1280500330JB | 4,600,000.00 | ATTN  MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:17<br>IMAD: 1126B1QGC03C004101<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:17<br>IMAD: 1126B1QGC08C004745 |
| 27NOV | | USD | OUR: 0030610114XF | 10,043.07 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238l963 |
| 27NOV | | USD | YOUR: SEE WIRE<br>OUR: 0357500331JB | 157,316.75 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 27NOV | | USD | YOUR: SEE WIRE<br>OUR: 1279200331JB | 400,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN  MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:48<br>IMAD: 1127B1QGC06C003830 |
| 27NOV | | USD | YOUR: FPRS DEPOSITORY<br>OUR: 1279100331JB | 738,125.53 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE W.R. GRACE + CO<br>WEEK ENDING 11/19 SALARIED<br>SSN: 0240260 |
| 27NOV | | USD | YOUR: SEE WIRE<br>OUR: 0357000331JB | 869,356.06 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:31<br>IMAD: 1127B1QGC07C001656 |

```
W.R. GRACE AND COMPANY                                    Account No:      016-001257
SYRACUSE FUNDING ACCOUNT                         Statement Start Date:     16 NOV 2001
ATT:MARY BOUCHARD                                  Statement End Date:     30 NOV 2001
62 WHITTEMORE AVENUE                                 Statement Code:       S00-USA-22
CAMBRIDGE  MA  02140                                  Statement No:        022
                                                                        Page 15 of 18
```

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 27NOV | | 27NOV | | | USD YOUR: HOWT-FUCD<br>OUR: 1279300331JB | 3,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:48<br>IMAD: 1127B1QGC03C003870 | | |
| 28NOV | | 28NOV | | | USD YOUR: SEE WIRE<br>OUR: 1415800332JB | 69,776.28 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 28NOV | | 28NOV | | | USD YOUR: SEE WIRE<br>OUR: 1155800332JB | 76,323.00 | FEDWIRE DEBIT<br>VIA: FW121000358<br>/121000358<br>A/C: BANK OF AMERICA - HONG KONG<br>SWIFT CODE BOFAHKHX<br>BEN: GRACE ASIA PACIFIC INC<br>X<br>REF: GAPI PAYMENT MADE ON BEHALF OF<br>GRACE KOREA/TIME/16:15<br>IMAD: 1128B1QGC07C003551 | | |
| 28NOV | | | | | USD OUR: 0037240114XF | 83,754.61 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 3 | | |
| 28NOV | | 28NOV | | | USD YOUR: SEE WIRE<br>OUR: 1416100332JB | 185,206.29 | FEDWIRE DEBIT<br>VIA: BANK ONE NA CHGO<br>/071000013<br>A/C: UNITED HEALTHCARE INSURANCE CO<br>X<br>REF: /TIME/17:40<br>IMAD: 1128B1QGC07C004839 | | |
| 28NOV | | 28NOV | | | USD YOUR: 240009<br>OUR: 1416000332JB | 274,348.94 | BOOK TRANSFER DEBIT<br>A/C: D0022430680<br>X<br>REF: MET LIFE PREM. | | |
| 28NOV | | 28NOV | | | USD YOUR: 0018225102003A<br>OUR: 1415900332JB | 1,531,420.54 | FEDWIRE DEBIT<br>VIA: BK NOVA SCOTIA NYC<br>/026002532<br>A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: MONEY MOBILIZATION DIVISION<br>ATTENTION GEORGE SEYMOUR<br>REF: DAVISON W.R. GRACE - VALLEYFIE<br>LD SETTLEMENT | | |

Case 01-01139-AMC    Doc 1637-5    Filed 02/07/02    Page 9 of 20

016-001257
16 NOV 2001
30 NOV 2001
S00-USA-22
022
Page 16 of 18

```
W.R. GRACE AND COMPANY                              Account No:        016-001257
SYRACUSE FUNDING ACCOUNT                  Statement Start Date:        16 NOV 2001
ATT: MARY BOUCHARD                          Statement End Date:        30 NOV 2001
62 WHITTEMORE AVENUE                           Statement Code:         S00-USA-22
CAMBRIDGE  MA  02140                            Statement No:          022
                                                                       Page 16 of 18
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit Amount | Description | Closing Balances Date |
|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | |
| 28NOV | | 28NOV | | USD YOUR: SEE WIRE  OUR: 1415700332JB | 1,748,014.48 | IMAD: 1128B1QGC03C004732  FEDWIRE DEBIT  VIA: BK NOVA SCOTIA NYC  /026002532  A/C: THE BANK OF NOVIA SCOTIA  MISSISSAUGA, ONTARIO CANADA TRANSIT  BEN: MONEY MOBILIZATION DIV. - CAMB  ATTN TONY SKIFFINGTON  REF: CAMBRIDGE | |
| 28NOV | | 28NOV | | USD YOUR: HOWT-FUCD  OUR: 1416200332JB | 3,000,000.00 | IMAD: 1128B1QGC07C004838  FEDWIRE DEBIT  VIA: FIRST UNION NC  /053000219  A/C: W.R. GRACE AND CO.  CHARLOTTE NC  REF: 0111 79 ATTN P. LAWING 704-374  -3448/TIME/17:41  IMAD: 1128B1QGC03C004733 | |
| 29NOV | | | | USD OUR: 0032860114XF | 200.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 000323881963 | |
| 29NOV | | 29NOV | | USD YOUR: 2400-24  OUR: 1156600333JB | 6,485.63 | BOOK TRANSFER DEBIT  A/C: D0022430680  XKALLAY (708)820-7742, GRPGUL  REF: EMPLOYEE LTC CONTRIBUTON FOR 0  CT/2001 | |
| 29NOV | | 29NOV | | USD YOUR: SEE WIRE  OUR: 1156700333JB | 45,029.13 | BOOK TRANSFER DEBIT  A/C: W R GRACE & CO CONN (UHC FUNDI  COLUMBIA MD 21044-  REF: UHC PAYMENTS | |
| 29NOV | | 29NOV | | USD YOUR: HOWT-FUCD  OUR: 1156800333JB | 7,800,000.00 | FEDWIRE DEBIT  VIA: FIRST UNION NC  /053000219  A/C: W.R. GRACE AND CO.  CHARLOTTE NC  REF: 0111 79 ATTN P. LAWING 704-374  -3448/TIME/16:31  IMAD: 1129B1QGC05C004330 | |
| 30NOV | | 30NOV | | USD YOUR: SEE WIRE  OUR: 1673500334JB | 6,580.00 | CHIPS DEBIT  VIA: BANKERS TRUST COMPANY  /0103  A/C: AS HANSAPANK  SWIFT CODE HABA EE 2X  BEN: AS SILMET  X | |

```
Account No:        016-001257
Statement Start Date: 16 NOV 2001
Statement End Date:   30 NOV 2001
Statement Code:    S00-USA-22
Statement No:      022
```

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 30NOV | | 30NOV | USD | YOUR: SEE WIRE<br>OUR: 1838800334JB | 21,187.60 | REF: GRACE DAVISON PMT OF INV 59435<br>3<br>SSN: 0297647<br>CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTSCHE BANK AG. AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: GRACE DAVISON PREPAYMENT OF IN<br>V 10610 | |
| 30NOV | | 30NOV | USD | YOUR: SEE WIRE<br>OUR: 1838700334JB | 21,925.06 | SSN: 0305221<br>CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: CITIBANK N.A. BAHRAIN<br>SWIFT CODE CITIBHBX<br>BEN: GULF CLOSURES W.L.L.<br>X<br>REF: FINAL PAYMENT 2001<br>SSN: 0305223 | |
| 30NOV | | 30NOV | USD | YOUR: SEE WIRE<br>OUR: 1673600334JB | 32,364.78 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | |
| 30NOV | | 30NOV | USD | YOUR: SEE WIRE<br>OUR: 1673700334JB | 167,378.18 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO<br>ATTN FPRS (HOURLY)<br>REF: WR GRACE WEEK ENDING 11/26/01<br>CPD/DAVISON<br>SSN: 0297650 | |
| 30NOV | | 30NOV | USD | YOUR: 0018225102003A<br>OUR: 1839000334JB | 599,356.56 | CHIPS DEBIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: MONEY MOBILIZATION DIVISION<br>ATTENTION GEORGE SEYMOUR<br>REF: DAVISON W.R. GRACE - VALLEYFIE | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 NOV 2001
Statement End Date: 30 NOV 2001
Statement Code: S00-USA-22
Statement No: 022

Page 18 of 18

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 30NOV | | 30NOV | | | USD YOUR: SEE WIRE<br>OUR: 18391003345B | 2,100,000.00 | LD/SETTLEMENT<br>SSN: 03305198<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:27<br>IMAD: 1130B1Q6C04C005627 | | |

## CHECKS

*No Activity*

JPMorganChase

```
W.R. GRACE AND COMPANY                                    Account No:        016-001257
SYRACUSE FUNDING ACCOUNT                         Statement Start Date:       01 NOV 2001
ATT:MARY BOUCHARD                                  Statement End Date:       15 NOV 2001
62 WHITTEMORE AVENUE                                 Statement Code:         S00-USA-22
CAMBRIDGE  MA  02140                                   Statement No:         021
                                                                             Page 1 of 17
```

### TRANSACTIONS

| | | ENCLOSURES | |
|---|---|---|---|
| Total Credits | 30 | Credits | |
| Total Debits (incl. checks) | 61 | Debits | |
| Total Checks Paid | 0 | Checks | |

### BALANCES

| Opening (01 NOV 2001) | | Closing (15 NOV 2001) | |
|---|---|---|---|
| Ledger | 69,377,608.25 | Ledger | 527,883.93 |
| | 69,409,210.12 | | 559,485.80 |
| | 0.00 | | |

| Ledger Date | Adj.Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

**LEDGER BALANCES**
```
date           LEDGER BALANCES
01NOV          5,355,357.
02NOV            622,084.4
05NOV            499,356.1
06NOV            493,770.6
07NOV            476,581.
08NOV            530,669.7
09NOV            471,149.9
13NOV            575,996.1
14NOV            511,727.4
15NOV            527,883.9
```

### CREDITS

| 01NOV | | | | USD YOUR: 31Y9830984305 OUR: 3051000984ZA | NET AIP INTEREST EARNED CREDIT OF NET AIP INTEREST FOR CURRENT PERIOD AND ANY PRIOR PERIOD ADJUSTMENTS. SEE ENHANCED AIP STATEMENT FOR DETAILS. | 1,014.01 | |
| 01NOV | | 01NOV | | USD YOUR: O/B WACHOVIA WIN OUR: 0138514305FF | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & COMPANY BOCA RATON FL 33486-1010 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000160001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:00 IMAD: 1101EAQFTIIA001003 | 67,993.57 | |
| 01NOV | | 01NOV | | USD YOUR: O/B WACHOVIA WIN OUR: 0136203305FF | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000160001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:01 IMAD: 1101EAQFTIIA001008 | 742,456.10 | |
| 01NOV | | 01NOV | | USD YOUR: O/B BKAM IL CGO OUR: 0134801305FF | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 | 1,850,524.74 | |

FT CODE:    USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT       USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND JPMORGAN CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR
IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT
YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

Account No: 016-001257
Statement Start Date: 01 NOV 2001
Statement End Date: 15 NOV 2001
Statement Code: S00-USA-22
Statement No: 021

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01NOV | | 01NOV | | USD YOUR: MAESTRO<br>OUR: 0559401305FF | 2,200,000.00 | B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=0/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:55<br>IMAD: 1101G1QFGY2C000588<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009 | |
| 02NOV | | 02NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0141702306FF | 970,523.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=MAESTRO OBI=FUND<br>-318-P I-S-1 ML PREMIER FUND BBI=/T<br>IMAD: 1101A1Q002DC002113<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044 | |
| 02NOV | | 02NOV | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0125703306FF | 1,843,446.38 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/11:55<br>IMAD: 1102EAQFT11A000895<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=0/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:28<br>IMAD: 1102G1QFGY2C000498 | |
| 05NOV | | 05NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0117814309FF | 2,114,856.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A | |

Account No: 016-001257
Statement Start Date: 01 NOV 2001
Statement End Date: 15 NOV 2001
Statement Code: S00-USA-22
Statement No: 021
Page 3 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | 05NOV | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0102202309FF | 3,680,587.19 | C-00001600125 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:34<br>IMAD: 1105EAQFTI1A000723<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:07<br>IMAD: 1105GIQFGY2C000299 | |
| | | 05NOV | | USD YOUR: MAESTRO<br>OUR: 0257613309FF | 9,200,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 1105AIQ002CC000896 | |
| | | 06NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0102102310FF | 991,281.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:24<br>IMAD: 1106EAQFTI1A000659 | |
| | | 06NOV | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0086603310FF | 3,459,449.75 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:13<br>IMAD: 1106GIQFGY2C000320 | |

```
W.R. GRACE AND COMPANY                          Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                    Statement Start Date:   01 NOV 2001
ATT:MARY BOUCHARD                            Statement End Date:    15 NOV 2001
62 WHITTEMORE AVENUE                          Statement Code:       S00-USA-22
CAMBRIDGE MA 02140                            Statement No:         021
                                                                    Page 4 of 17
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit/Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| CREDITS CONTINUED | | | | | | | |
| 07NOV | | 07NOV | | USD YOUR: O/B FIRST UNION OUR: 0150308311FF | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION BBI=/TIME/12:17 IMAD: 1107F3QCAA1C000806 | 555,956.29 | |
| 07NOV | | 07NOV | | USD YOUR: O/B WACHOVIA WIN OUR: 0136007311FF | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:55 IMAD: 1107EAQFT11A000750 | 1,864,841.00 | |
| 07NOV | | 07NOV | | USD YOUR: O/B BKAM IL CGO OUR: 0128302311FF | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HQWT BBI=/TIME/11:47 IMAD: 1107G1QFGY2C000469 | 1,920,935.21 | |
| 08NOV | | 08NOV | | USD YOUR: O/B BKAM IL CGO OUR: 0094514312FF | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HQWT BBI=/TIME/10:57 IMAD: 1108G1QFGY2C000437 | 907,014.86 | |
| 08NOV | | 08NOV | | USD YOUR: O/B WACHOVIA WIN OUR: 0130809312FF | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO | 1,025,965.00 | |

Account No: 016-001257
Statement Start Date: 01 NOV 2001
Statement End Date: 15 NOV 2001
Statement Code: S00-USA-22
Statement No: 021
Page 5 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 08NOV | | USD YOUR: MAESTRO<br>OUR: 0333770131 2FF | 4,600,000.00 | COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:55<br>IMAD: 1108EAQFT11A000794<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009 | | |
| | | 08NOV | | USD YOUR: MAESTRO<br>OUR: 0046007312FF | 10,000,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 1108A1Q002DC001230<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 1108A1Q002GC000030 | | |
| | | 09NOV | | USD YOUR: 6283313807740201<br>OUR: 2682600313FC | 197,717.68 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: W R GRACE AND CO.<br>COLUMBIA, MD 21044-4098<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-00001600125<br>7 ORG=/000618I017 COLUMBIA, MD 2104<br>4-4098 OGB=BANK OF AMERICA NT SA (N<br>SSN: 0151784 | | |
| | | 09NOV | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0153702313FF | 1,153,870.38 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO | | |

Account No: 016-001257
Statement Start Date: 01 NOV 2001
Statement End Date: 15 NOV 2001
Statement Code: S00-USA-22
Statement No: 021
Page 6 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 09NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0170302313FF | 1,161,361.81 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/0531000494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:11<br>IMAD: 1109G1QFGY2C000613 | | |
| | | 13NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0258513317FF | 2,534,925.44 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/0531000494<br>B/O: W. R GRACE CO<br>COLUMBIA, MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:35<br>IMAD: 1109EAQFTI1A000953 | | |
| | | 13NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0434913317FF | 3,034,041.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/0531000494<br>B/O: W R GRACE CO<br>COLUMBIA, MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:53<br>IMAD: 1113EAQFTI1A001195 | | |
| | | 13NOV | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0149407317FF | 3,263,657.48 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>BBI=/TIME/15:36<br>IMAD: 1113EAQFTI1A001744 | | |
| | | 14NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0141001318FF | 609,660.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  01 NOV 2001
Statement End Date:    15 NOV 2001
Statement Code:        S00-USA-22
Statement No:          021
Page 7 of 17

| Ledger Date | Adj.Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | References | Description | Credit / Debit |
|---|---|---|---|---|
| 14NOV | 14NOV | USD YOUR: O/B BKAM IL CGO OUR: 0138909318FF | /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:58 IMAD: 1114EAQFTI1A000843 FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:56 IMAD: 1114G1QFGY2C000566 | 3,402,090.21 |
| 15NOV | 15NOV | USD YOUR: O/B WACHOVIA WIN OUR: 0164501319FF | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & COMPANY BOCA RATON FL 33486-1010 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:37 IMAD: 1115EAQFTI1A000997 | 390,282.93 |
| 15NOV | 15NOV | USD YOUR: O/B BKAM IL CGO OUR: 0116513319FF | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:47 IMAD: 1115G1QFGY2C000493 | 2,800,944.22 |
| 15NOV | 15NOV | USD YOUR: O/B WACHOVIA WIN OUR: 0165702319FF | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | 2,832,213.00 |

```
016-001257
01 NOV 2001
15 NOV 2001
S00-USA-22
021
Page 8 of 17
```

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 01NOV | | USD OUR: 0033050118XF | 8,162.71 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=0/B WACHOVIA WIN BBI=/TIME/11:36 IMAD: 1115EAQFTI1A000995 |

### DEBITS

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 01NOV | 01NOV | USD YOUR: SEE WIRE  OUR: 1558200305JB | 57,954.41 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 02NOV | 02NOV | USD YOUR: SEE WIRE  OUR: 0776200306JB | 8,171.74 | BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TTEE & BAN LIMA 12 PERU BEN: /1930756454158 TERESOPOLIS S.A. REF: PAYMENT OF INVOICE P/O 025-01 BEHALF OF GRACE DAVISON |
| 02NOV | | USD OUR: 0031970114XF | 26,080.38 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 |
| 02NOV | 02NOV | USD YOUR: SEE WIRE  OUR: 0776100306JB | 49,739.02 | BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TTEE & BAN LIMA 12 PERU BEN: /1930690735129 PETROPOLIS S.A. REF: SEPTEMBER FEES AND SERVICES |
| 02NOV | 02NOV | USD YOUR: SEE WIRE  OUR: 0775900306JB | 51,949.82 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 02NOV | 02NOV | USD YOUR: HOWT-CHASE  OUR: 0776300306JB | 56,786.39 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: HOWT |
| 02NOV | 02NOV | USD YOUR: SEE WIRE  OUR: 1059200306JB | 154,514.65 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO ATTN FPRS (HOURLY) REF: WEEK ENDING 10/29/01 CPD/DAVIS ON |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 NOV 2001
Statement End Date: 15 NOV 2001
Statement Code: S00-USA-22
Statement No: 021

Page 9 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 02NOV | | 02NOV | | USD YOUR: SEE WIRE<br>OUR: 10579900306JB | 700,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:56<br>SSN: 0228782<br>IMAD: 1102B1QGC03C003793 | | |
| 02NOV | | 02NOV | | USD YOUR: HOWT-FUCD<br>OUR: 10585003O6JB | 1,600,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:55<br>IMAD: 1102B1QGC07C003999 | | |
| 02NOV | | 02NOV | | USD YOUR: HOWT-FUCD<br>OUR: 15581O0305JB | 4,900,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/09:26<br>IMAD: 1102B1QGC06C000884 | | |
| 05NOV | | 05NOV | | USD OUR: 0031960114XF | 12,670.43 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323881963 | | |
| 05NOV | | 05NOV | | USD YOUR: SEE WIRE<br>OUR: 12785003O9JB | 22,299.20 | FEDWIRE DEBIT<br>VIA: BANKERS NYC<br>/021001033<br>A/C: DEUTSCHE BANK AG, AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: GRACE DAVISON PREPAYMENT OF IN<br>VOICE10591<br>IMAD: 1105B1QGC07C004507 | | |
| 05NOV | | 05NOV | | USD YOUR: SEE WIRE<br>OUR: 0978700309JB | 25,006.70 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTSCHE BANK AG, AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD | | |