```
Account No:         016-001257
Statement Start Date: 01 NOV 2001
Statement End Date:   15 NOV 2001
Statement Code:       S00-USA-22
Statement No:         021
```

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 05NOV | | 05NOV | | USD YOUR: SEE WIRE<br>OUR: 0978400309JB | 32,753.00 | REF: GRACE DAVISON PREPAYMENT OF INV 1054.<br>SSN: 0239113<br>CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: AS HANSAPANK<br>SWIFT CODE HABA EE 2X<br>BEN: AS SILMET | | |
| 05NOV | | 05NOV | | USD YOUR: SEE WIRE<br>OUR: 0978600309JB | 45,531.08 | REF: GRACE DAVISON PYMT OF INVOICE 52386, 59385.<br>SSN: 0239115<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 05NOV | | 05NOV | | USD YOUR: PHN OF 01/11/02<br>OUR: 0002400306GP | 4,900,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND COMPANY-CONN<br>REF: W.R. GRACEPAYMENTS FOR CONTROL DISBURSMENT ACCOUNT/TIME/11:37<br>IMAD: 1105B1QGC05C001797 | | |
| 05NOV | | 05NOV | | USD YOUR: SEE WIRE<br>OUR: 0978500309JB | 10,079,911.11 | FEDWIRE DEBIT<br>VIA: FW121000358<br>/121000358<br>A/C: BANK AMERICA BUSINESS CREDIT, SONIA ROSADO PHONE 212-503-7835<br>REF: PRINCIPAL PAYDOWN 10M AND INTE RESTON 20M LOAN DUE 11/5/01./TIME/1 5:49<br>IMAD: 1105B1QGC06C003624 | | |
| 06NOV | | 06NOV | | USD YOUR: SEE WIRE<br>OUR: 0678700310JB | 92,003.94 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 06NOV | | 06NOV | | USD OUR: 0030900114XF | 114,417.98 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| 06NOV | | 06NOV | | USD YOUR: SEE WIRE<br>OUR: 0678600310JB | 749,894.48 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON | | |

```
W.R. GRACE AND COMPANY                          Account No:        016-001257
SYRACUSE FUNDING ACCOUNT                        Statement Start Date: 01 NOV 2001
ATT:MARY BOUCHARD                               Statement End Date:   15 NOV 2001
62 WHITTEMORE AVENUE                            Statement Code:       S00-USA-22
CAMBRIDGE   MA  02140                           Statement No:         021
                                                                   Page 11 of 17
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06NOV | | 06NOV | | USD YOUR: HOWT-FUCD OUR: 0907500310JB | 1,400,000.00 | X REF: HOURLY PAYROLL/TIME/13:23 IMAD: 1106B1QGC06C002269 FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:24 IMAD: 1106B1QGC08C003578 | | |
| 06NOV | | 06NOV | | USD YOUR: SEE WIRE OUR: 0907400310JB | 2,100,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:25 IMAD: 1106B1QGC06C003194 | | |
| 07NOV | | 07NOV | | USD YOUR: SEE WIRE OUR: 0685300311JB | 55,463.19 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 07NOV | | 07NOV | | USD YOUR: SEE WIRE OUR: 1110300311JB | 80,480.16 | FEDWIRE DEBIT VIA: FW121000358 /121000358 A/C: BANK AMERICA BUSINESS CREDIT, SONIA ROSADO PHONE 212-503-7835 REF: MONTHLY SVCE FEE FOR OCTOBER 2 001/TIME/17:03 IMAD: 1107B1QGC02C003954 | | |
| 07NOV | | 07NOV | | USD OUR: 0031100114XF | 122,978.08 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| 07NOV | | 07NOV | | USD YOUR: HOWT-FUCD OUR: 0685200311JB | 1,700,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/14:10 IMAD: 1107B1QGC02C002613 | | |
| 07NOV | | 07NOV | | USD YOUR: SEE WIRE OUR: 0685400311JB | 2,400,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS | | |

JPMorganChase

Account No: 016-001257
Statement Start Date: 01 NOV 2001
Statement End Date: 15 NOV 2001
Statement Code: S00-USA-22
Statement No: 021

Page 12 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 08NOV | | | | USD OUR: 0031520114XF | 2,989.73 | /011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/14:11<br>IMAD: 1107B1QGC06C002700 | | |
| 08NOV | | | | USD YOUR: SEE WIRE<br>OUR: 1022000312JB | 33,668.78 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003232381963<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 08NOV | | | | USD YOUR: SEE WIRE<br>OUR: 0221800312JB | 155,464.52 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO<br>ATTN FPRS (HOURLY) WEEK ENDING 11/<br>5/01 CPD/DAVISON<br>SSN: 0183152 | | |
| 08NOV | | | | USD YOUR: SEE WIRE<br>OUR: 0220000312JB | 2,536,768.66 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/11:06<br>IMAD: 1108B1QGC06C001590 | | |
| 08NOV | | | | USD YOUR: HOWT-FUCD<br>OUR: 0220600312JB | 3,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/11:06<br>IMAD: 1108B1QGC01C001719 | | |
| 08NOV | | | | USD YOUR: 0018028660016A<br>OUR: 0221200312JB | 3,950,000.00 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: THE BANK OF BERMUDA LTD.<br>SWIFT CODE BBDABMIIM<br>BEN: MARSH + MCLENNAN GLOBAL BROKIN | | |

JPMorganChase

```
W.R. GRACE AND COMPANY                    Account No:        016-001257
SYRACUSE FUNDING ACCOUNT                  Statement Start Date:  01 NOV 2001
ATT:MARY BOUCHARD                         Statement End Date:    15 NOV 2001
62 WHITTEMORE AVENUE                      Statement Code:        S00-USA-22
CAMBRIDGE    MA   02140                   Statement No:          021
```

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08NOV | | 08NOV | USD | YOUR: HOWT-FUCD<br>OUR: 1022200312JB | 6,800,000.00 | X<br>REF: DIRECTORS + OFFICERS PREMIUM P<br>YMT PER MARSH INVOICE NO.165989<br>SSN: 0183155<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:26<br>IMAD: 1108B1QGC06C003886 | |
| 09NOV | | | USD | OUR: 0031090114XF | 25,198.55 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196З | |
| 09NOV | | 09NOV | USD | YOUR: SEE WIRE<br>OUR: 0818400313JB | 61,134.06 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | |
| 09NOV | | 09NOV | USD | YOUR: SEE WIRE<br>OUR: 0818600313JB | 101,938.50 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: AS HANSAPANK<br>SWIFT CODE HABA EE 2X<br>BEN: AS SILMET<br>X | |
| 09NOV | | 09NOV | USD | YOUR: SEE WIRE<br>OUR: 0387200313JB | 192,099.29 | CHIPS DEBIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>A/C: BANK OF AMERICA - LONDON<br>37/60564<br>BEN: GRACE COLLECTION INC.<br>X<br>REF: PAYMENT FOR NETTING CYCLE 11/0<br>5/01<br>SSN: 0216812 | |
| 09NOV | | 09NOV | USD | YOUR: SEE WIRE<br>OUR: 0507600313JB | 192,099.29 | CHIPS DEBIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>A/C: BANK OF AMERICA - LONDON<br>37/60564<br>BEN: GRACE COLLECTION INC.<br>X<br>REF: PYMT OWED TO THE GCI USD ACCOU | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 01 NOV 2001
Statement End Date: 15 NOV 2001
Statement Code: S00-USA-22
Statement No: 021
Page 14 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | Value Date | | | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 09NOV | 09NOV | USD | | YOUR: SEE WIRE<br>OUR: 0818500313JB | 1,000,000.00 | NT FOR THE 11/5/01 NETTING CYCLE<br>SSN: 0224970<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/14:17<br>IMAD: 1109B1QGC06C002895 |
| 09NOV | 09NOV | USD | | YOUR: HOWT-FUCD<br>OUR: 0818300313JB | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/14:17<br>IMAD: 1109B1QGC04C002911 |
| 13NOV | 13NOV | USD | | YOUR: SEE WIRE<br>OUR: 1742800317JB | 10,000.00 | BOOK TRANSFER DEBIT<br>A/C: BANK OF NEW YORK AS TTEE & BAN<br>LIMA 12 PERU<br>BEN: /1930756454158<br>TERESOPOLIS S.A.<br>REF: PAYMENT OF INVOICE 00154 ON BE<br>HALF OF GRACE DAVISON |
| 13NOV | 13NOV | USD | | YOUR: SEE WIRE<br>OUR: 1742400317JB | 10,640.50 | BOOK TRANSFER DEBIT<br>A/C: BANK OF NEW YORK AS TTEE & BAN<br>LIMA 12 PERU<br>REF: PAYMENT OF INVOICE 000250 ON B<br>EHALFOF GRACE DAVISON |
| 13NOV | | USD | | OUR: 0033130114XF | 19,444.52 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238819&3 |
| 13NOV | 13NOV | USD | | YOUR: 0325025102014A<br>OUR: 0333900317JB | 27,625.59 | FEDWIRE DEBIT<br>VIA: CITICORP SAVINGS<br>/266086554<br>A/C: CITIBANK KEY BISCAYNE BRANCH<br>KEY BISCAYNE, FL 33149<br>BEN: JOSE CORRES AYALA<br>DEEP SEA GROUP LTD.<br>REF: OCTOBER COMMISSIONS<br>IMAD: 1113B1QGC01C002950 |
| 13NOV | 13NOV | USD | | YOUR: SEE WIRE<br>OUR: 0334200317JB | 70,783.19 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI |

Account No: 016-001257
Statement Start Date: 01 NOV 2001
Statement End Date: 15 NOV 2001
Statement Code: S00-USA-22
Statement No: 021
Page 15 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | F/T | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 13NOV | 13NOV | USD | YOUR: SEE WIRE<br>OUR: 0333500317JB | 789,283.93 | COLUMBIA MD 21044-<br>REF: UHC PAYMENTS<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:35<br>IMAD: 1113B1QGC05C003007 |
| 13NOV | 13NOV | USD | YOUR: SEE WIRE<br>OUR: 1676400317JB | 2,800,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:12<br>IMAD: 1113B1QGC07C005609 |
| 13NOV | 13NOV | USD | YOUR: HOWT-FUCD<br>OUR: 1675700317JB | 5,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:12<br>IMAD: 1113B1QGC08C005858 |
| 14NOV | 14NOV | USD | YOUR: ACH OF 01/11/14<br>OUR: 0037600318HP | 13,933.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- |
| 14NOV | | USD | OUR: 0032330114XF | 105,907.56 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238881963 |
| 14NOV | 14NOV | USD | YOUR: SEE WIRE<br>OUR: 0838200318JB | 530,994.26 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 14NOV | 14NOV | USD | YOUR: FPRS DEPOSITORY<br>OUR: 0679000318JB | 825,184.09 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 11/07/01 SALARIED. |

```
W.R. GRACE AND COMPANY                          Account No:         016-001257
SYRACUSE FUNDING ACCOUNT                        Statement Start Date: 01 NOV 2001
ATT:MARY BOUCHARD                               Statement End Date: 15 NOV 2001
62 WHITTEMORE AVENUE                            Statement Code:     S00-USA-22
CAMBRIDGE  MA  02140                            Statement No:       021
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 14NOV | | 14NOV | USD | YOUR: HOWT-FUCD<br>OUR: 0838600318JB | 1,200,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:20<br>IMAD: 1114B1QGC05C003732 | |
| 14NOV | | 14NOV | USD | YOUR: SEE WIRE<br>OUR: 0838900318JB | 1,400,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:20<br>IMAD: 1114B1QGC07C004022 | |
| 15NOV | | | USD | OUR: 0033910114XF | 63.80 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323881963 | |
| 15NOV | | 15NOV | USD | YOUR: HOWT-CHASE<br>OUR: 0803000319JB | 63,038.32 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | |
| 15NOV | | 15NOV | USD | YOUR: SEE WIRE<br>OUR: 0799900319JB | 82,922.72 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | |
| 15NOV | | 15NOV | USD | YOUR: SEE WIRE<br>OUR: 0799400319JB | 161,258.79 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO<br>ATTN FPRS (HOURLY)<br>REF: W.R. GRACE WEEK ENDING 11/12/0<br>1 CPDDAVISON<br>SSN: 0264643 | |
| 15NOV | | 15NOV | USD | YOUR: HOWT-FUCD<br>OUR: 0980800319JB | 5,700,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO. | |

**Account No:** 016-001257
**Statement Start Date:** 01 NOV 2001
**Statement End Date:** 15 NOV 2001
**Statement Code:** S00-USA-22
**Statement No:** 021

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/15:12
IMAD: 1115B1QGC01C004189

## CHECKS

*No Activity*

# Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188003115
01 01 145 01 M0000 E#        0
Last Statement:   10/31/2001
This Statement:   11/30/2001

Customer Service
1-800-699-7188

W.R. GRACE & CO.
DEWEY AND ALMY CHEMICAL DIVISION
IMPREST ACCOUNT
ATTN  CHARLIE SEBESTYEN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Page    1 of    1

Beginning November 29th, the full account address will only print on the first page of your statement.

## ANALYZED CHECKING (BLOCKED THIRD PARTY)

### Account Summary Information

| | | |
|---|---|---:|
| Statement Period 11/01/2001 - 11/30/2001 | Statement Beginning Balance | 8,154.01 |
| Number of Deposits/Credits          0   | Amount of Deposits/Credits  | .00 |
| Number of Checks                    0   | Amount of Checks            | .00 |
| Number of Other Debits              0   | Amount of Other Debits      | .00 |
|                                         | Statement Ending Balance    | 8,154.01 |
| Number of Enclosures               0    | | |
| Number of Days in Cycle           30    | Service Charge              | .00 |

### Daily Balances

| Date  | Ledger Balance | Collected Balance | Date  | Ledger Balance | Collected Balance |
|-------|---------------:|------------------:|-------|---------------:|------------------:|
| 10/31 | 8,154.01       | 8,154.01          | 11/30 | 8,154.01       | 8,154.01          |

## Change of Address

Please call the Customer Service telephone number listed on the front of your statement to tell us about a change of address.

## How To Balance Your Bank of America Account

**FIRST**, start with your Account Register/Checkbook:

1. List your Account Register/Checkbook Balance here ............................................. $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ................................................ $ _____

**NOW**, with your Account Statement:

1. List your Statement Ending Balance here ...................................................... $ _____
2. Add any deposits not shown on this statement ................................................ $ _____

SUBTOTAL .......... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals:

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|
| Date/Check# | Amount | Date/Check# | Amount |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ....................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal.
   This balance should match your new Account Register Balance. ................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## Your Banking Rights

**Terms and Conditions**

All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front side of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic fund transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposit made to your account at least once every 60 days from the same person or company, you may telephone us at the number listed on the front side of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A.  Member FDIC and    Equal Housing Lender

*Thank You for Choosing Bank of America*                                                                42-17-1503B  5-2001


**Bank of America**

```
BANK OF AMERICA, N.A.                    Account Number     8188203114
231 S. LASALLE STREET                    01 01 142 01 M0000 E#        0
CHICAGO, IL  60697                       Last Statement:   10/31/2001
                                         This Statement:   11/30/2001

                                         Customer Service
                                         1-800-699-7188
W.R. GRACE & CO.
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE                        Page      1 of    4
CAMBRIDGE MA  02140
```

Beginning November 29th, the full account address will only print on the first page of your statement.

## ANALYZED CHECKING (BLOCKED THIRD PARTY)

### Account Summary Information

```
Statement Period 11/01/2001 - 11/30/2001    Statement Beginning Balance      1,958,997.29
Number of Deposits/Credits            40    Amount of Deposits/Credits      45,736,515.35
Number of Checks                       0    Amount of Checks                          .00
Number of Other Debits                27    Amount of Other Debits          45,806,883.21
                                            Statement Ending Balance         1,888,629.43

Number of Enclosures                   0
Number of Days in Cycle               30    Service Charge                            .00
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 11/01 | | 575,246.28 | Zero Balance Transfer | TRSF FR 8188703107 | 00722019462 |
| 11/01 | | 579,833.67 | Zero Balance Transfer | TRSF FR 8188903106 | 00722019773 |
| 11/02 | | 775,511.24 | Zero Balance Transfer | TRSF FR 8188903106 | 00722020431 |
| 11/02 | | 1,768,461.27 | Zero Balance Transfer | TRSF FR 8188703107 | 00722020122 |
| 11/05 | | 1,422,262.79 | Zero Balance Transfer | TRSF FR 8188903106 | 00722020311 |
| 11/05 | | 3,804,783.41 | Zero Balance Transfer | TRSF FR 8188703107 | 00722020007 |
| 11/06 | | 180,600.23 | Zero Balance Transfer | TRSF FR 8188903106 | 00722019750 |
| 11/06 | | 1,728,313.68 | Zero Balance Transfer | TRSF FR 8188703107 | 00722019446 |
| 11/07 | | 270,861.84 | Zero Balance Transfer | TRSF FR 8188903106 | 00722019420 |
| 11/07 | | 616,793.11 | Zero Balance Transfer | TRSF FR 8188703107 | 00722019134 |
| 11/08 | | 163,365.10 | Zero Balance Transfer | TRSF FR 8188903106 | 00722019472 |
| 11/08 | | 1,146,918.28 | Zero Balance Transfer | TRSF FR 8188703107 | 00722019176 |
| 11/09 | | 461,051.99 | Zero Balance Transfer | TRSF FR 8188903106 | 00722020336 |
| 11/09 | | 1,703,705.43 | Zero Balance Transfer | TRSF FR 8188703107 | 00722020046 |
| 11/13 | | 474,453.68 | Zero Balance Transfer | TRSF FR 8188903106 | 00722022365 |
| 11/13 | | 3,899,823.21 | Zero Balance Transfer | TRSF FR 8188703107 | 00722022053 |
| 11/14 | | 434,906.14 | Zero Balance Transfer | TRSF FR 8188903106 | 00722020300 |
| 11/14 | | 2,396,191.65 | Zero Balance Transfer | TRSF FR 8188703107 | 00722020008 |
| 11/15 | | 248,024.59 | Zero Balance Transfer | TRSF FR 8188903106 | 00722020192 |
| 11/15 | | 1,023,794.64 | Zero Balance Transfer | TRSF FR 8188703107 | 00722019879 |
| 11/16 | | 136,230.81 | Zero Balance Transfer | TRSF FR 8188903106 | 00722114097 |
| 11/16 | | 3,109,040.14 | Zero Balance Transfer | TRSF FR 8188703107 | 00722113800 |
| 11/19 | | 475,581.11 | Zero Balance Transfer | TRSF FR 8188903106 | 00722178672 |
| 11/19 | | 5,221,479.98 | Zero Balance Transfer | TRSF FR 8188703107 | 00722178360 |
| 11/20 | | 232,678.44 | Zero Balance Transfer | TRSF FR 8188903106 | 00722122875 |
| 11/20 | | 1,228,226.79 | Zero Balance Transfer | TRSF FR 8188703107 | 00722122581 |
| 11/21 | | 636,680.74 | Zero Balance Transfer | TRSF FR 8188903106 | 00722111648 |
| 11/21 | | 1,111,099.95 | Zero Balance Transfer | TRSF FR 8188703107 | 00722111358 |
| 11/23 | | 110,375.19 | Zero Balance Transfer | TRSF FR 8188703107 | 00722123456 |
| 11 | | 129,958.67 | Zero Balance Transfer | TRSF FR 8188903106 | 00722123744 |
| 11/26 | | 789,503.27 | Zero Balance Transfer | TRSF FR 8188903106 | 00722178163 |
| 11/26 | | 3,844,205.25 | Zero Balance Transfer | TRSF FR 8188703107 | 00722177837 |
| 11/27 | | 106,262.74 | Zero Balance Transfer | TRSF FR 8188903106 | 00722119295 |
| 11/27 | | 919,230.08 | Zero Balance Transfer | TRSF FR 8188703107 | 00722119002 |

## Change of Address

Please call the Customer Service telephone number listed on the front of your statement to tell us about a change of address.

## How To Balance Your Bank of America Account

FIRST, start with your Account Register/Checkbook:

1. List your Account Register/Checkbook Balance here ................................................. $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............. $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ..................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ................................................. $ _____

NOW, with your Account Statement:

1. List your Statement Ending Balance here ...................................................... $ _____
2. Add any deposits not shown on this statement ................................................ $ _____

SUBTOTAL .......... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals:

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|
| Date/Check# | Amount | Date/Check# | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ...................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal.
   This balance should match your new Account Register Balance. .................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## Your Banking Rights

**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front side of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic fund transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposit made to your account at least once every 60 days from the same person or company, you may telephone us at the number listed on the front side of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

*Thank You for Choosing Bank of America*                                    42-17-1503B  5-2001

# Bank of America

```
BANK OF AMERICA, N.A.                    Account Number     8188203114
231 S. LASALLE STREET                    01 01 142 01 M0000 E#        0
CHICAGO, IL  60697                       Last Statement:    10/31/2001
                                         This Statement:    11/30/2001

                                         Customer Service
                                         1-800-699-7188
W.R. GRACE & CO.

                                         Page      2 of      4
```

## ANALYZED CHECKING (BLOCKED THIRD PARTY)

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 11/28 | | 213,351.52 | Zero Balance Transfer | TRSF FR 8188903106 | 00722108912 |
| 11/28 | | 918,733.58 | Zero Balance Transfer | TRSF FR 8188703107 | 00722108611 |
| 11/29 | | 70,980.65 | Zero Balance Transfer | TRSF FR 8188903106 | 00722114199 |
| 11/29 | | 784,537.32 | Zero Balance Transfer | TRSF FR 8188703107 | 00722113897 |
| 11/30 | | 395,472.19 | Zero Balance Transfer | TRSF FR 8188903106 | 00722114467 |
| 11/30 | | 1,627,984.70 | Zero Balance Transfer | TRSF FR 8188703107 | 00722114166 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/01 | | 1,850,524.74 | WIRE TYPE:WIRE OUT DATE:110101 TIME:0955 CT TRN:011101011545 FDREF/SEQ:011101011545/000588 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370011545 |
| 11/02 | | 1,843,446.38 | WIRE TYPE:WIRE OUT DATE:110201 TIME:1027 CT TRN:011102011673 FDREF/SEQ:011102011673/000498 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370011673 |
| 11/05 | | 2,228.13 | Zero Balance Transfer    TRSF TO 8188703107 Effective Date is 08/15/2001 | 00722001120 |
| 11/05 | | 3,680,587.19 | WIRE TYPE:WIRE OUT DATE:110501 TIME:1007 CT TRN:011105014550 FDREF/SEQ:011105014550/000299 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370014550 |
| 11/06 | | 3,459,449.75 | WIRE TYPE:WIRE OUT DATE:110601 TIME:1012 CT TRN:011106014638 FDREF/SEQ:011106014638/000320 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370014638 |
| 11/07 | | 1,920,935.21 | WIRE TYPE:WIRE OUT DATE:110701 TIME:1046 CT TRN:011107018255 FDREF/SEQ:011107018255/000469 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370018255 |
| 11/08 | | 907,014.86 | WIRE TYPE:WIRE OUT DATE:110801 TIME:0956 CT TRN:011108015156 FDREF/SEQ:011108015156/000437 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370015156 |
| 11/09 | | 7,467.77 | Zero Balance Transfer    TRSF TO 8188903106 Effective Date is 08/31/2001 | 00722000359 |
| 11/09 | | 1,153,870.38 | WIRE TYPE:WIRE OUT DATE:110901 TIME:1111 CT TRN:011109024055 FDREF/SEQ:011109024055/000613 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370024055 |
| 11/13 | | 3,263,657.48 | WIRE TYPE:WIRE OUT DATE:111301 TIME:1006 CT TRN:011113024551 FDREF/SEQ:011113024551/000527 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370024551 |

## Change of Address

Please call the Customer Service telephone number listed on the front of your statement to tell us about a change of address.

## How To Balance Your Bank of America Account

FIRST, start with your Account Register/Checkbook:

1. List your Account Register/Checkbook Balance here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement . . . . . . . . . . . . . $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) . . . . . . . . . . . . . . . . . . . . $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

NOW, with your Account Statement:

1. List your Statement Ending Balance here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
2. Add any deposits not shown on this statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

SUBTOTAL . . . . . . . . . $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals:

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|
| Date/Check# | Amount | Date/Check# | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals . . . . . . . . . . . . . . . . . . . . . . $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal.
   This balance should match your new Account Register Balance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## Your Banking Rights

**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front side of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic fund transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposit made to your account at least once every 60 days from the same person or company, you may telephone us at the number listed on the front side of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A.  Member FDIC and    Equal Housing Lender

*Thank You for Choosing Bank of America*                        42-17-1503B 5-2001

# Bank of America

H

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:   10/31/2001
This Statement:   11/30/2001

Customer Service
1-800-699-7188

W.R. GRACE & CO.

Page    3 of   4

## ANALYZED CHECKING (BLOCKED THIRD PARTY)

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/14 | | 3,402,090.21 | WIRE TYPE:WIRE OUT DATE:111401 TIME:1056 CT TRN:011114021057 FDREF/SEQ:011114021057/000566 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370021057 |
| 11/15 | | 1,600.00 | Foreign Exchange Debit    FX DRAW DRFX641904 2920.00 SGD @ 1.825 ON 20011113 | 01790200274 |
| 11/15 | | 2,000.00 | Foreign Exchange Debit    FX DRAW DRFX641898 3650.00 SGD @ 1.825 ON 20011113 | 01790200243 |
| 11/15 | | 2,800,944.22 | WIRE TYPE:WIRE OUT DATE:111501 TIME:0947 CT TRN:011115017672 FDREF/SEQ:011115017672/000493 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370017672 |
| 11/16 | | 60,988.00 | Zero Balance Transfer    TRSF TO 8188703107 Effective Date is 11/09/2001 | 00722004576 |
| 11/16 | | 1,305,564.24 | WIRE TYPE:WIRE OUT DATE:111601 TIME:1003 CT TRN:011116016362 FDREF/SEQ:011116016362/000383 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370016362 |
| 11/19 | | 5,062,509.53 | WIRE TYPE:WIRE OUT DATE:111901 TIME:0954 CT TRN:011119014425 FDREF/SEQ:011119014425/000372 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370014425 |
| 11/20 | | 3,818,410.65 | WIRE TYPE:WIRE OUT DATE:112001 TIME:1017 CT TRN:011120018550 FDREF/SEQ:011120018550/000431 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370018550 |
| 11/21 | | 306,851.91 | WIRE TYPE:WIRE OUT DATE:112101 TIME:1150 CT TRN:011121030789 FDREF/SEQ:011121030789/000875 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370030789 |
| 11/23 | | 568,604.36 | Foreign Exchange Debit    FX DRAW DRFX025119 568604.36 USD @ 0.0 ON 20011123 | 01791300004 |
| 11/23 | | 2,257,983.46 | WIRE TYPE:WIRE OUT DATE:112301 TIME:1108 CT TRN:011123024801 FDREF/SEQ:011123024801/000563 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHEMICAL BANK ID:021000128 PMT DET:HOWT | 00370024801 |
| 11/26 | | 21,639.61 | Foreign Exchange Debit    FX DRAW DRFX662031 2648039.00 JPY @ 122.37 ON 20011120 | 01790200015 |
| 11/26 | | 1,679,114.13 | WIRE TYPE:WIRE OUT DATE:112601 TIME:1000 CT TRN:011126015173 FDREF/SEQ:011126015173/000296 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370015173 |
| 11/27 | | 3,206,009.60 | WIRE TYPE:WIRE OUT DATE:112701 TIME:0941 CT TRN:011127012884 FDREF/SEQ:011127012884/000261 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370012884 |

## Change of Address

Please call the Customer Service telephone number listed on the front of your statement to tell us about a change of address.

## How To Balance Your Bank of America Account

FIRST, start with your Account Register/Checkbook:
1. List your Account Register/Checkbook Balance here .................................................. $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............. $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) .................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE .................................................. $ _____

NOW, with your Account Statement:
1. List your Statement Ending Balance here .................................................. $ _____
2. Add any deposits not shown on this statement ............................................ $ _____
   _____
   _____
                                                                SUBTOTAL .......... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals:

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
| Date/Check# | Amount | Date/Check# | Amount |
| --- | --- | --- | --- |
| | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ..................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal.
   This balance should match your new Account Register Balance .......................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## Your Banking Rights

**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front side of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic fund transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposit made to your account at least once every 60 days from the same person or company, you may telephone us at the number listed on the front side of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

*Thank You for Choosing Bank of America*                                                         42-17-1503B  5-2001

## Bank of America

H

BANK OF AMERICA, N.A.  
231 S. LASALLE STREET  
CHICAGO, IL  60697

Account Number    8188203114  
01 01 142 01 M0000 E#        0  
Last Statement:   10/31/2001  
This Statement:   11/30/2001

Customer Service  
1-800-699-7188

W.R. GRACE & CO.

Page    4 of    4

# ANALYZED CHECKING (BLOCKED THIRD PARTY)

## Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/28 | | 1,003,488.51 | WIRE TYPE:WIRE OUT DATE:112801 TIME:0936 CT TRN:011128013542 FDREF/SEQ:011128013542/000314 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370013542 |
| 11/29 | | 1,180,534.27 | WIRE TYPE:WIRE OUT DATE:112901 TIME:1053 CT TRN:011129022524 FDREF/SEQ:011129022524/000747 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370022524 |
| 11/30 | | 1,039,368.62 | WIRE TYPE:WIRE OUT DATE:113001 TIME:1010 CT TRN:011130022837 FDREF/SEQ:011130022837/000572 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:THE CHASE MANHATTAN BAN ID:021000128 PMT DET:HOWT | 00370022837 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/31 | 1,949,301.39 | 4,097.02 | 11/16 | 3,216,801.91 | 287,493.12 |
| 11/01 | 1,253,856.60 | 30,817.60 | 11/19 | 3,851,353.47 | 437,598.16 |
| 11/02 | 1,954,382.73 | 88,227.55 | 11/20 | 1,493,848.05 | 85,552.11 |
| 11/05 | 3,500,841.74 | 139,059.45 | 11/21 | 2,934,776.83 | 1,803,303.81 |
| 11/06 | 1,950,305.90 | 266,775.88 | 11/23 | 348,522.87 | 25,652.33 |
| 11/07 | 917,025.64 | 71,544.91- | 11/26 | 3,281,477.65 | 163,381.14 |
| 11/08 | 1,320,294.16 | 59,264.84 | 11/27 | 1,100,960.87 | 87,293.76- |
| 11/09 | 2,270,193.20 | 755,331.98 | 11/28 | 1,229,557.46 | 139,526.97 |
| 11/13 | 3,380,812.61 | 152,830.89 | 11/29 | 904,541.16 | 195,851.33 |
| 11/14 | 2,809,820.19 | 30,714.16 | 11/30 | 1,888,629.43 | 157,660.03 |
| 11/15 | 1,277,095.20 | 433,725.86 | | | |

## Change of Address

Please call the Customer Service telephone number listed on the front of your statement to tell us about a change of address.

## How To Balance Your Bank of America Account

FIRST, start with your Account Register/Checkbook:

1. List your Account Register/Checkbook Balance here .................................................. $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ............ $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE .................................................. $ _____

NOW, with your Account Statement:

1. List your Statement Ending Balance here .................................................. $ _____
2. Add any deposits not shown on this statement .................................................. $ _____

SUBTOTAL ......... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals:

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|
| Date/Check# | Amount | Date/Check# | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ...................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal.
   This balance should match your new Account Register Balance ...................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## Your Banking Rights

**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front side of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic fund transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposit made to your account at least once every 60 days from the same person or company, you may telephone us at the number listed on the front side of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

*Thank You for Choosing Bank of America*                                                                                              42-17-15033  5-2001



# Commercial Checking

01         2000000282172  001  130              0    34         1,762

```
W.R. GRACE & COMPANY
ATTN: PAUL MILLIKEN                         CB
62 WHITTEMORE AVE
CAMBRIDGE MA   02140
```

# Commercial Checking

11/01/2001 thru 11/30/2001

Account number:        2000000282172
Account holder(s):     W.R. GRACE & COMPANY

Taxpayer ID Number:    133461988

## Account Summary

| | |
|---|---|
| Opening balance 11/01 | $2,247,120.55 |
| Deposits and other credits | 71,400,109.70 + |
| Other withdrawals and service fees | 71,761,930.70 - |
| Closing balance 11/30 | $1,885,299.55 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/01 | 13.43 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005600 W R GRACE & CO |
| 11/02 | 1,600,000.00 | FUNDS TRANSFER (ADVICE 011102031038)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/02 OBI=0111 79 ATTN P. LAWI<br>REF=1058500306JB       03:55PM |
| 11/02 | 4,900,000.00 | FUNDS TRANSFER (ADVICE 011102005457)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/01 OBI=0111 79 ATTN P. LAWI<br>REF=1558100305JB       09:26AM |
| 11/05 | 4,900,000.00 | FUNDS TRANSFER (ADVICE 011105012306)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=PHN OF 01/11/02 OBI=W.R. GRACEPAYMENTS F<br>REF=0002400306GP       11:36AM |
| 11/06 | 0.65 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005600 W R GRACE & CO |
| 11/06 | 1,400,000.00 | FUNDS TRANSFER (ADVICE 011106025086)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/06 OBI=0111 79 ATTN P. LAWI<br>REF=0907500310JB       03:24PM |
| 11/07 | 1,700,000.00 | FUNDS TRANSFER (ADVICE 011107020813)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/07 OBI=0111 79 ATTN P. LAWI<br>REF=0685200311JB       02:09PM |
| 11/08 | 2.99 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005260 GRACE DAVISON |

Deposits and Other Credits continued on next page.



# Commercial Checking

02          2000000282172  001  130             0    34          1,763

## Deposits and Other Credits continued

| Date | Amount | Description |
|---|---|---|
| 11/08 | 3,000,000.00 | FUNDS TRANSFER (ADVICE 011108010588)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/08 OBI=0111 79 ATTN P. LAWI<br>REF=0220600312JB          11:06AM |
| 11/09 | 70.88 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005600 W R GRACE & CO |
| 11/09 | 1,000,000.00 | FUNDS TRANSFER (ADVICE 011109023215)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/09 OBI=0111 79 ATTN P. LAWI<br>REF=0818300313JB          02:16PM |
| 11/09 | 6,800,000.00 | EFFECTIVE DATE 11/08<br>FUNDS TRANSFER (ADVICE 011108029371)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/08 OBI=0111 79 ATTN P. LAWI<br>REF=1022200312JB          04:25PM |
| 11/13 | 5,000,000.00 | FUNDS TRANSFER (ADVICE 011113040141)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/13 OBI=0111 79 ATTN P. LAWI<br>REF=1675700317JB          04:12PM |
| 11/14 | 1,200,000.00 | FUNDS TRANSFER (ADVICE 011114028331)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/14 OBI=0111 79 ATTN P. LAWI<br>REF=0838600318JB          03:19PM |
| 11/15 | 2.49 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079920005761 W R GRACE AND C |
| 11/15 | 5,700,000.00 | FUNDS TRANSFER (ADVICE 011115030927)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/15 OBI=0111 79 ATTN P. LAWI<br>REF=0980800319JB          03:12PM |
| 11/16 | 1,300,000.00 | FUNDS TRANSFER (ADVICE 011116028605)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/16 OBI=0111 79 ATTN P. LAWI<br>REF=0902700320JB          03:11PM |
| 11/19 | 5.30 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005260 GRACE DAVISON |
| 11/19 | 3,700,000.00 | FUNDS TRANSFER (ADVICE 011119029886)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/19 OBI=0111 79 ATTN P. LAWI<br>REF=1047500323JB          03:57PM |
| 11/20 | 5,100,000.00 | FUNDS TRANSFER (ADVICE 011120035118)<br>RCVD FROM CHASE MANHATTAN B/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 01/11/20 OBI=0111 79 ATTN P. LAWI<br>REF=1176700324JB          04:51PM |

*Deposits and Other Credits continued on next page.*