

# Commercial Checking

03 2000000282172 001 130 0 34 1,764

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|---|---|---|
| 11/21 | 4,400,000.00 | FUNDS TRANSFER (ADVICE 011121023548) RCVD FROM CHASE MANHATTAN B/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 01/11/21 OBI=0111 79 ATTN P. LAWI REF=0727200325JB 01:27PM |
| 11/23 | 1,300,000.00 | FUNDS TRANSFER (ADVICE 011123017739) RCVD FROM CHASE MANHATTAN B/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 01/11/23 OBI=0111 79 ATTN P. LAWI REF=0612700327JB 01:20PM |
| 11/26 | 13.96 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900005260 GRACE DAVISON |
| 11/26 | 4,600,000.00 | FUNDS TRANSFER (ADVICE 011126031371) RCVD FROM CHASE MANHATTAN B/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 01/11/26 OBI=0111 79 ATTN P. LAWI REF=1280500330JB 04:17PM |
| 11/27 | 3,000,000.00 | FUNDS TRANSFER (ADVICE 011127031664) RCVD FROM CHASE MANHATTAN B/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 01/11/27 OBI=0111 79 ATTN P. LAWI REF=1279300331JB 04:48PM |
| 11/28 | 3,000,000.00 | FUNDS TRANSFER (ADVICE 011128033517) RCVD FROM CHASE MANHATTAN B/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 01/11/28 OBI=0111 79 ATTN P. LAWI REF=1416200332JB 05:40PM |
| 11/29 | 7,800,000.00 | FUNDS TRANSFER (ADVICE 011129033516) RCVD FROM CHASE MANHATTAN B/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 01/11/29 OBI=0111 79 ATTN P. LAWI REF=1156800333JB 04:31PM |
| **Total** | **$71,400,109.70** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 11/01 | 350.00 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/01 | 2,771.24 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/01 | 4,117.07 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/01 | 6,562.87 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/01 | 7,457.77 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/01 | 12,412.46 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

04 2000000282172 001 130 0 34 1,765

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 11/01 | 33,738.70 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/01 | 117,447.77 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/01 | 215,510.54 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/01 | 421,983.65 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/01 | 438,727.09 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/02 | 181.75 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/02 | 626.86 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/02 | 11,145.59 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/02 | 13,715.35 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/02 | 329,773.70 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/02 | 525,525.38 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/02 | 1,253,201.10 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 11/02 | 2,671,269.43 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/05 | 43.40 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/05 | 56.00 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/05 | 528.52 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/05 | 884.83 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/05 | 6,653.89 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/05 | 59,221.26 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/05 | 530,546.48 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/05 | 613,669.58 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/05 | 1,131,483.80 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/06 | 571.89 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

05 2000000282172 001 130 0 34 1,766

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 11/06 | 4,098.10 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/06 | 11,828.68 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/06 | 14,333.26 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/06 | 528,571.46 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/06 | 1,129,993.15 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/06 | 1,415,061.48 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/07 | 180.21 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/07 | 403.58 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/07 | 1,613.64 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| `7 | 12,703.87 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/07 | 21,498.02 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/07 | 110,811.13 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/07 | 794,746.72 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/07 | 1,303,317.58 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 11/07 | 1,748,188.97 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/08 | 70.88 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/08 | 271.61 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/08 | 950.34 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/08 | 4,764.34 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/08 | 5,682.90 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/08 | 10,387.40 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/08 | 116,593.45 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/08 | 189,789.89 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |

*ither Withdrawals and Service Fees continued on next page.*



# Commercial Checking

06 2000000282172 001 130 0 34 1,767

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 11/08 | 331,854.99 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/08 | 776,517.14 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/09 | 2,969.51 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/09 | 13,207.51 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/09 | 205,808.91 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/09 | 245,156.59 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/09 | 304,062.46 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/09 | 1,036,472.15 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/09 | 2,232,019.74 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 11/09 | 2,593,601.52 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/13 | 476.37 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/13 | 5,326.08 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/13 | 8,613.16 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/13 | 60,340.51 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/13 | 304,878.26 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/13 | 489,061.48 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/13 | 850,632.66 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/13 | 1,861,628.56 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/14 | 49.95 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/14 | 940.00 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/14 | 3,519.52 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/14 | 6,538.38 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/14 | 50,571.85 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

07 2000000282172 001 130 0 34 1,768

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 11/14 | 119,975.20 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/14 | 466,709.97 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/14 | 488,562.46 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/14 | 1,179,034.24 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/14 | 2,226,758.06 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 11/15 | 701.14 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/15 | 3,825.78 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/15 | 8,977.97 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/15 | 9,907.49 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 5 | 15,270.84 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/15 | 38,737.36 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/15 | 62,028.71 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/15 | 121,525.53 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/15 | 348,260.75 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/15 | 420,122.36 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/16 | 583.80 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/16 | 2,633.30 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/16 | 11,939.56 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/16 | 14,141.75 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/16 | 49,493.42 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/16 | 330,499.38 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/16 | 581,829.39 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/16 | 2,199,261.39 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

08 2000000282172 001 130 0 34 1,769

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 11/16 | 2,445,706.33 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/19 | 397.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/19 | 4,305.93 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/19 | 6,358.43 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/19 | 27,251.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/19 | 61,034.55 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/19 | 162,107.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 11/19 | 400,506.08 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/19 | 468,428.91 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/19 | 1,500,832.01 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/20 | 542.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/20 | 1,086.94 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/20 | 2,668.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/20 | 6,477.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/20 | 27,919.04 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/20 | 126,648.31 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/20 | 675,179.88 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/20 | 770,279.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/20 | 1,210,912.84 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/21 | 533.18 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/21 | 761.25 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/21 | 4,056.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/21 | 6,705.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

09 2000000282172 001 130 0 34 1,770

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 11/21 | 12,441.03 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/21 | 19,912.85 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/21 | 24,425.54 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/21 | 123,611.42 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/21 | 446,667.13 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/21 | 487,619.93 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/21 | 659,924.28 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/21 | 2,762,555.46 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 11/23 | 606.21 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 23 | 1,142.30 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/23 | 2,195.15 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/23 | 23,258.68 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/23 | 34,043.80 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 11/23 | 259,057.45 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/23 | 260,529.55 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/23 | 503,196.70 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/23 | 830,732.51 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/23 | 929,317.02 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/26 | 194.80 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/26 | 1,080.00 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/26 | 14,012.45 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/26 | 64,164.83 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/26 | 493,989.52 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

10 2000000282172 001 130 0 34 1,771

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 11/26 | 562,126.03 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/26 | 922,748.71 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/26 | 1,602,778.92 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/27 | 1,292.80 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/27 | 7,635.98 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/27 | 22,092.32 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/27 | 247,768.98 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 11/27 | 503,268.70 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/27 | 899,365.41 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/27 | 2,654,214.20 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/28 | 358.99 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/28 | 543.45 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/28 | 3,948.40 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/28 | 6,088.08 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/28 | 61,333.52 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/28 | 111,059.25 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/28 | 186,691.09 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/28 | 718,169.82 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/28 | 1,303,135.81 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/28 | 1,334,908.73 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 11/29 | 54.02 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/29 | 55.00 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/29 | 3,181.92 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

11 2000000282172 001 130 0 34 1,772

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 11/29 | 3,238.57 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/29 | 4,749.58 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/29 | 11,755.43 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/29 | 48,812.37 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/29 | 108,897.52 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/29 | 120,210.50 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 11/29 | 247,791.35 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/29 | 332,693.97 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/29 | 389,194.94 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| [illegible]0 | 248.75 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 11/30 | 1,352.61 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 11/30 | 2,577.00 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 11/30 | 18,637.35 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 11/30 | 20,043.42 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 11/30 | 161,573.34 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/30 | 349,631.46 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 11/30 | 2,891,162.05 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 11/30 | 4,110,095.63 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| **Total** | **$71,761,930.70** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/01 | 986,054.82 | 11/08 | 2,802,726.86 | 11/16 | 2,380,438.88 |
| 11/02 | 2,680,615.66 | 11/09 | 3,969,499.35 | 11/19 | 3,449,221.77 |
| 11/05 | 5,237,527.90 | 11/13 | 5,388,542.27 | 11/20 | 5,727,506.27 |
| 11/06 | 3,533,070.53 | 11/14 | 2,045,882.64 | 11/21 | 5,578,292.53 |
| 7 | 1,239,606.81 | 11/15 | 6,716,527.20 | 11/23 | 4,034,213.16 |

*Daily Balance Summary continued on next page*



# Commercial Checking

12 2000000282172 001 130 0 34 1,773

## Daily Balance Summary *continued*

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/26 | 4,973,131.86 | 11/28 | 2,911,256.33 | 11/30 | 1,885,299.55 |
| 11/27 | 3,637,493.47 | 11/29 | 9,440,621.16 | | |

FIRST UNION®

# Commercial Checking

13 2000000282172 001 130 0 34 1,774

## Customer Service Information

| For questions about your statement or billing errors, contact us at: | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

_________ 2. Write in the closing balance shown on the front of account statement.

_________ 3. Write in any deposits you have made since the date of this statement.

_________

_________

_________

_________ 4. Add together amounts listed above in steps 2 and 3.

_________ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

_________ 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.



FIRST UNION
FULL RECONCILEMENT BALANCE SHEET

WR GRACE CAMBRIDGE 008 ACCOUNT NUMBER:2079900016741

62 WITTEMORE AVE
ATTN: PAUL MILIKEN
CAMBRIDGE MA 02140

RECONCILEMENT OF DEBITS CUTOFF DATE:11/30/01

| | | |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | + | 481,753.83 |
| MISCELLANEOUS DEBITS | + | 5,395,990.89 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/- | .00 |
| DEBIT ADJUSTMENTS | - | .00 |
| | | ================== |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 5,877,744.72 |
| | | ================== |
| TOTAL DEBITS FROM BANK STATEMENT | = | 5,877,744.72 |

OUTSTANDING SETTLEMENT

| | | | | |
|---|---|---|---|---|
| PREVIOUS OUTSTANDING BALANCE | | | | 190,241.06 |
| STOPS REMOVED | + | .00 | | |
| O/S AMOUNT CHANGES | +/- | .00 | | |
| O/S DELETIONS | - | .00 | | |
| TOTAL ADJUSTMENTS TO PREVIOUS OUTSTANDING | | | +/- | .00 |
| NEW ISSUES RECEIVED | + | 472,964.48 | | |
| MANUAL ISSUES | + | .00 | | |
| REJECTED ISSUES | - | .00 | | |
| NEXT PERIOD ISSUES | - | .00 | | |
| TOTAL ISSUES | | | + | 472,964.48 |
| CANCELLED ISSUES | | | - | .00 |
| STOPPED ISSUES | | | - | .00 |
| ADDITIONAL ADJUSTMENTS | | | - | .00 |
| CHECKS PAID-NO-ISSUE | + | 10,083.02 | | |
| CHECKS PAID THIS PERIOD | - | 481,753.83 | | |
| ISSUES RC'D FOR PREV PNI | - | .00 | | |
| TOTAL PAID CHECKS MATCHED TO ISSUES | | | - | 471,670.81 |
| | | | | ================== |
| TOTAL OUTSTANDING THIS RECONCILEMENT PERIOD | | | | 191,534.73 |
| | | | | ================== |
| TOTAL OUTSTANDING FROM RECONCILIATION REPORTS | | | | 191,534.73 |

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT
COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862.

TEAM NO. 008

VESTED in Quality

FIRST UNION®

# Commercial Checking

01 2079900016741 005 109 0 0 2,305

W R GRACE & CO - CONN
ATTN PAUL MILLIKEN
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

CB 008

# Commercial Checking

11/01/2001 thru 11/30/2001

Account number: 2079900016741
Account holder(s): W R GRACE & CO - CONN

Taxpayer ID Number: 135114230

## Account Summary

| | | |
|---|---|---|
| Opening balance 11/01 | $0.00 | |
| Deposits and other credits | 5,877,744.72 | + |
| Checks | 481,753.83 | - |
| Other withdrawals and service fees | 5,395,990.89 | - |
| **Closing balance 11/30** | **$0.00** | |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/01 | 2,258.48 | ACH MANUAL RETURN<br>REASON: ORIGINATOR'S RECALL<br>CUSTOMER NAME: MIHEVC,RICHARD D<br>FOR DATE OF: EFF 9-26-01,W/O 11-1-01 0700W |
| 11/01 | 7,457.77 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/01 | 33,738.70 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/02 | 11,145.59 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/05 | 6,653.89 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/06 | 14,333.26 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/07 | 12,703.87 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/08 | 950.34 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/08 | 10,387.40 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/09 | 1,036,472.15 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/13 | 1,537.08 | AUTOMATED CREDIT W.R. GRACE REVERSAL<br>CO. ID. 011113 PPD<br>MISC SETTL NCVCDBATL |
| 11/13 | 8,613.16 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

02 2079900016741 005 109 0 0 2,306

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|---|---|---|
| 11/13 | 1,861,628.56 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/14 | 50,571.85 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/15 | 9,907.49 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/15 | 62,028.71 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/16 | 49,493.42 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/19 | 27,251.81 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/20 | 27,919.04 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/21 | 6,705.67 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/21 | 24,425.54 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/23 | 830,732.51 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/26 | 14,012.45 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/26 | 1,602,778.92 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/27 | 22,092.32 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/28 | 61,333.52 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/29 | 11,755.43 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/29 | 48,812.37 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/30 | 20,043.42 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$5,877,744.72** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 60242 | 956.47 | 11/23 | 60876* | 328.08 | 11/02 | 60968* | 478.81 | 11/07 |
| 60278* | 1,026.20 | 11/07 | 60929* | 227.40 | 11/02 | 60969 | 575.10 | 11/05 |
| 60397* | 455.11 | 11/29 | 60930 | 667.27 | 11/02 | 60976* | 478.81 | 11/07 |
| 60460* | 1,026.20 | 11/07 | 60960* | 212.87 | 11/01 | 60982* | 376.00 | 11/02 |
| 60786* | 459.56 | 11/07 | 60962* | 66.50 | 11/06 | 60985* | 2,504.98 | 11/06 |

** Indicates a break in check number sequence*

*Checks continued on next page*

FIRST UNION **Commercial Checking**

• 03 2079900016741 005 109 0 0 2,307

## Checks *continued*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 60991* | 1,442.75 | 11/06 | 61118 | 2,280.96 | 11/01 | 61161 | 267.77 | 11/09 |
| 60997* | 1,168.13 | 11/01 | 61119 | 668.11 | 11/05 | 61162 | 174.04 | 11/15 |
| 60998 | 1,464.68 | 11/06 | 61120 | 1,040.00 | 11/05 | 61163 | 395.13 | 11/13 |
| 61000* | 952.06 | 11/01 | 61121 | 173.21 | 11/05 | 61164 | 436.12 | 11/14 |
| 61003* | 1,826.48 | 11/06 | 61122 | 256.56 | 11/05 | 61165 | 1,408.41 | 11/15 |
| 61006* | 2,342.14 | 11/14 | 61123 | 277.28 | 11/06 | 61166 | 10,526.98 | 11/15 |
| 61009* | 882.16 | 11/01 | 61124 | 127.39 | 11/06 | 61167 | 8,930.23 | 11/16 |
| 61010 | 1,714.97 | 11/01 | 61125 | 53.83 | 11/06 | 61168 | 3,626.10 | 11/15 |
| 61012* | 1,069.16 | 11/01 | 61126 | 517.16 | 11/05 | 61169 | 550.96 | 11/23 |
| 61020* | 1,653.18 | 11/06 | 61127 | 410.87 | 11/02 | 61170 | 667.34 | 11/16 |
| 61021 | 2,153.97 | 11/01 | 61128 | 1,137.00 | 11/06 | 61171 | 607.43 | 11/15 |
| 61024* | 1,804.24 | 11/02 | 61129 | 459.01 | 11/07 | 61172 | 663.61 | 11/16 |
| 61025 | 136.43 | 11/06 | 61130 | 478.81 | 11/13 | 61173 | 1,224.11 | 11/23 |
| 61030* | 1,186.69 | 11/01 | 61131 | 575.10 | 11/14 | 61174 | 1,442.75 | 11/26 |
| 61033* | 1,670.61 | 11/02 | 61132 | 591.04 | 11/14 | 61175 | 2,257.97 | 11/21 |
| 61047* | 765.10 | 11/05 | 61133 | 404.75 | 11/07 | 61176 | 958.68 | 11/15 |
| 61053* | 1,244.66 | 11/01 | 61134 | 424.95 | 11/16 | 61177 | 937.34 | 11/14 |
| 61055* | 1,640.48 | 11/02 | 61135 | 238.61 | 11/07 | 61178 | 1,168.12 | 11/21 |
| 61057* | 1,268.17 | 11/01 | 61136 | 478.81 | 11/07 | 61180* | 1,096.83 | 11/19 |
| 61065* | 334.73 | 11/02 | 61137 | 410.87 | 11/05 | 61181 | 950.61 | 11/15 |
| 61071* | 1,806.32 | 11/19 | 61138 | 214.31 | 11/05 | 61182 | 1,003.64 | 11/20 |
| 61072 | 1,377.76 | 11/14 | 61139 | 224.04 | 11/02 | 61183 | 1,111.83 | 11/16 |
| 61076* | 1,893.04 | 11/01 | 61140 | 1,376.05 | 11/06 | 61184 | 1,826.47 | 11/20 |
| 61079* | 1,040.62 | 11/01 | 61141 | 442.95 | 11/05 | 61185 | 1,037.23 | 11/20 |
| 61080 | 1,097.12 | 11/13 | 61142 | 366.39 | 11/06 | 61186 | 1,019.25 | 11/23 |
| 61081 | 692.76 | 11/01 | 61143 | 507.87 | 11/13 | 61187 | 2,342.14 | 11/14 |
| 61082 | 1,900.32 | 11/06 | 61144 | 1,040.00 | 11/13 | 61188 | 1,181.17 | 11/21 |
| 61085* | 1,666.33 | 11/01 | 61145 | 243.45 | 11/14 | 61189 | 1,107.66 | 11/15 |
| 61086 | 1,603.60 | 11/01 | 61146 | 273.03 | 11/14 | 61190 | 2,315.45 | 11/26 |
| 61089* | 1,704.84 | 11/02 | 61148* | 517.16 | 11/14 | 61191 | 1,037.55 | 11/21 |
| 61091* | 2,286.69 | 11/01 | 61149 | 331.00 | 11/09 | 61192 | 1,117.86 | 11/15 |
| 61093* | 944.54 | 11/13 | 61150 | 1,137.00 | 11/13 | 61193 | 1,394.55 | 11/20 |
| 61094 | 1,215.08 | 11/01 | 61151 | 459.01 | 11/14 | 61194 | 188.81 | 11/15 |
| 61095 | 3,050.01 | 11/01 | 61152 | 478.81 | 11/13 | 61195 | 1,256.95 | 11/20 |
| 61096 | 2,108.35 | 11/01 | 61153 | 575.10 | 11/14 | 61196 | 1,587.94 | 11/16 |
| 61097 | 1,757.03 | 11/02 | 61154 | 591.04 | 11/14 | 61197 | 2,143.60 | 11/15 |
| 61098 | 1,767.48 | 11/01 | 61155 | 344.10 | 11/14 | 61198 | 1,278.48 | 11/14 |
| 61099 | 2,533.88 | 11/13 | 61156 | 455.27 | 11/16 | 61199 | 1,163.62 | 11/19 |
| 61101* | 950.34 | 11/08 | 61157 | 238.61 | 11/15 | 61200 | 143.22 | 11/21 |
| 61106* | 2,234.83 | 11/15 | 61158 | 463.82 | 11/14 | 61201 | 1,313.52 | 11/21 |
| 61110* | 1,590.52 | 11/05 | 61159 | 478.81 | 11/15 | 61202 | 1,056.49 | 11/14 |
| 61117* | 2,280.94 | 11/01 | 61160 | 410.87 | 11/09 | 61203 | 1,212.57 | 11/15 |

** Indicates a break in check number sequence*

*Checks continued on next page*



# Commercial Checking

04 2079900016741 005 109 0 0 2,308

## Checks *continued*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 61204 | 1,953.77 | 11/15 | 61247 | 1,996.57 | 11/15 | 61291 | 1,122.61 | 11/29 |
| 61205 | 1,042.97 | 11/19 | 61248 | 1,893.04 | 11/15 | 61292 | 2,469.88 | 11/26 |
| 61206 | 1,357.32 | 11/16 | 61249 | 161.79 | 11/15 | 61293 | 443.20 | 11/16 |
| 61207 | 1,670.59 | 11/21 | 61250 | 1,459.51 | 11/15 | 61294 | 1,125.49 | 11/15 |
| 61208 | 1,236.59 | 11/14 | 61251 | 1,241.00 | 11/15 | 61295 | 1,245.12 | 11/14 |
| 61209 | 985.73 | 11/21 | 61252 | 95.56 | 11/15 | 61296 | 1,590.51 | 11/19 |
| 61210 | 2,015.98 | 11/20 | 61253 | 1,040.62 | 11/15 | 61297 | 2,206.56 | 11/15 |
| 61212* | 2,097.28 | 11/16 | 61254 | 1,097.11 | 11/28 | 61298 | 2,110.40 | 11/15 |
| 61213 | 1,465.40 | 11/15 | 61255 | 692.75 | 11/20 | 61299 | 851.09 | 11/15 |
| 61214 | 968.23 | 11/16 | 61256 | 2,742.19 | 11/19 | 61300 | 923.80 | 11/19 |
| 61215 | 1,451.05 | 11/16 | 61257 | 1,900.32 | 11/19 | 61301 | 1,331.69 | 11/14 |
| 61216 | 1,447.79 | 11/20 | 61258 | 238.72 | 11/19 | 61302 | 1,176.01 | 11/15 |
| 61217 | 644.78 | 11/19 | 61259 | 1,690.75 | 11/16 | 61303 | 1,561.87 | 11/15 |
| 61218 | 506.13 | 11/14 | 61260 | 138.86 | 11/19 | 61306* | 614.69 | 11/19 |
| 61219 | 583.98 | 11/14 | 61261 | 1,675.39 | 11/19 | 61307 | 1,040.00 | 11/21 |
| 61220 | 765.10 | 11/16 | 61263* | 1,666.32 | 11/15 | 61308 | 552.54 | 11/23 |
| 61221 | 585.59 | 11/14 | 61264 | 1,821.12 | 11/15 | 61309 | 667.27 | 11/23 |
| 61222 | 730.16 | 11/15 | 61265 | 1,603.61 | 11/15 | 61310 | 191.12 | 11/21 |
| 61223 | 1,060.10 | 11/14 | 61266 | 732.63 | 11/16 | 61311 | 247.81 | 11/20 |
| 61224 | 1,143.72 | 11/19 | 61267 | 1,547.55 | 11/16 | 61312 | 277.28 | 11/20 |
| 61225 | 1,340.02 | 11/19 | 61268 | 2,453.72 | 11/23 | 61313 | 27.90 | 11/19 |
| 61226 | 2,220.83 | 11/23 | 61269 | 1,791.21 | 11/23 | 61314 | 517.16 | 11/19 |
| 61227 | 1,640.47 | 11/16 | 61270 | 391.59 | 11/21 | 61315 | 410.87 | 11/16 |
| 61228 | 989.34 | 11/20 | 61271 | 1,704.85 | 11/21 | 61316 | 1,137.00 | 11/20 |
| 61229 | 1,268.17 | 11/20 | 61272 | 2,607.37 | 11/21 | 61317 | 459.01 | 11/19 |
| 61230 | 1,151.84 | 11/15 | 61274* | 2,286.70 | 11/20 | 61318 | 478.81 | 11/21 |
| 61231 | 737.57 | 11/15 | 61275 | 862.36 | 11/16 | 61319 | 575.10 | 11/21 |
| 61232 | 798.22 | 11/19 | 61276 | 11,964.95 | 11/14 | 61320 | 591.04 | 11/20 |
| 61233 | 774.33 | 11/15 | 61277 | 2,779.72 | 11/14 | 61321 | 419.90 | 11/16 |
| 61234 | 1,014.42 | 11/14 | 61278 | 944.56 | 11/28 | 61322 | 455.26 | 11/21 |
| 61235 | 344.15 | 11/16 | 61279 | 1,215.08 | 11/20 | 61323 | 238.61 | 11/21 |
| 61236 | 890.91 | 11/15 | 61280 | 2,042.45 | 11/16 | 61324 | 267.48 | 11/20 |
| 61237 | 381.19 | 11/23 | 61281 | 1,757.03 | 11/16 | 61325 | 478.81 | 11/21 |
| 61238 | 1,482.87 | 11/14 | 61282 | 1,767.50 | 11/15 | 61326 | 410.87 | 11/19 |
| 61239 | 1,575.21 | 11/14 | 61283 | 2,533.89 | 11/23 | 61327 | 203.86 | 11/16 |
| 61240 | 1,588.58 | 11/14 | 61284 | 1,646.20 | 11/16 | 61328 | 122.54 | 11/21 |
| 61241 | 14,258.74 | 11/16 | 61285 | 1,013.11 | 11/16 | 61329 | 421.18 | 11/20 |
| 61242 | 1,806.32 | 11/19 | 61286 | 950.35 | 11/26 | 61330 | 61.34 | 11/29 |
| 61243 | 1,377.76 | 11/27 | 61287 | 1,398.97 | 11/19 | 61331 | 269.66 | 11/26 |
| 61244 | 966.13 | 11/15 | 61288 | 1,173.78 | 11/14 | 61332 | 273.04 | 11/26 |
| 61245 | 875.21 | 11/15 | 61289 | 1,440.50 | 11/19 | 61335* | 517.16 | 11/28 |
| 61246 | 1,730.33 | 11/15 | 61290 | 2,330.12 | 11/19 | 61336 | 410.87 | 11/23 |

** Indicates a break in check number sequence*

*Checks continued on next page*



# Commercial Checking

05 2079900016741 005 109 0 0 2,309

## Checks *continued*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 61338* | 297.91 | 11/26 | 61395* | 2,093.68 | 11/30 | 61448 | 1,213.02 | 11/27 |
| 61341* | 389.58 | 11/30 | 61396 | 1,313.53 | 11/30 | 61450* | 692.75 | 11/29 |
| 61346* | 204.51 | 11/28 | 61397 | 1,079.14 | 11/28 | 61451 | 1,900.32 | 11/28 |
| 61347 | 214.05 | 11/23 | 61398 | 1,212.57 | 11/28 | 61452 | 1,690.75 | 11/30 |
| 61348 | 32.44 | 11/29 | 61399 | 1,024.92 | 11/28 | 61453 | 1,837.51 | 11/29 |
| 61349 | 1,376.05 | 11/26 | 61401* | 992.08 | 11/28 | 61454 | 1,666.33 | 11/27 |
| 61350 | 1,669.04 | 11/26 | 61402 | 1,248.16 | 11/28 | 61455 | 1,649.38 | 11/27 |
| 61351 | 356.88 | 11/26 | 61404* | 1,236.60 | 11/29 | 61456 | 1,547.56 | 11/29 |
| 61352 | 385.55 | 11/26 | 61408* | 2,097.27 | 11/29 | 61457 | 1,791.22 | 11/28 |
| 61353 | 249.79 | 11/28 | 61409 | 1,465.40 | 11/28 | 61458 | 1,704.85 | 11/28 |
| 61354 | 1,408.40 | 11/28 | 61410 | 968.22 | 11/28 | 61459 | 2,607.36 | 11/29 |
| 61355 | 11,948.28 | 11/29 | 61414* | 506.14 | 11/29 | 61461* | 862.35 | 11/27 |
| 61356 | 3,181.83 | 11/29 | 61416* | 624.86 | 11/28 | 61462 | 944.54 | 11/28 |
| 61357 | 3,626.10 | 11/28 | 61417 | 798.99 | 11/29 | 61464* | 1,155.01 | 11/29 |
| 61358 | 550.95 | 11/28 | 61418 | 1,060.09 | 11/27 | 61465 | 1,757.02 | 11/27 |
| 61359 | 667.34 | 11/27 | 61419 | 1,143.73 | 11/27 | 61466 | 1,767.48 | 11/27 |
| 61360 | 607.43 | 11/29 | 61420 | 1,206.51 | 11/30 | 61467 | 2,533.88 | 11/30 |
| 61361 | 661.83 | 11/30 | 61422* | 1,640.47 | 11/30 | 61468 | 1,554.64 | 11/28 |
| 61362 | 1,224.11 | 11/28 | 61423 | 989.34 | 11/29 | 61469 | 1,013.12 | 11/30 |
| 61365* | 1,051.20 | 11/27 | 61425* | 1,151.84 | 11/28 | 61471* | 1,398.96 | 11/30 |
| 61366 | 1,015.78 | 11/27 | 61426 | 713.23 | 11/29 | 61472 | 1,173.78 | 11/27 |
| 61367 | 1,168.13 | 11/29 | 61427 | 723.27 | 11/29 | 61473 | 2,330.11 | 11/27 |
| 61368 | 406.87 | 11/29 | 61429* | 1,014.42 | 11/28 | 61476* | 443.18 | 11/30 |
| 61369 | 1,032.76 | 11/28 | 61430 | 288.16 | 11/29 | 61478* | 1,288.29 | 11/28 |
| 61371* | 1,034.67 | 11/29 | 61431 | 858.52 | 11/30 | 61479 | 1,590.51 | 11/29 |
| 61373* | 1,003.64 | 11/28 | 61433* | 1,482.87 | 11/28 | 61480 | 2,206.56 | 11/29 |
| 61374 | 1,111.85 | 11/30 | 61434 | 1,575.22 | 11/28 | 61481 | 830.66 | 11/28 |
| 61375 | 1,826.47 | 11/30 | 61435 | 1,588.58 | 11/28 | 61482 | 962.37 | 11/29 |
| 61380* | 2,342.14 | 11/29 | 61438* | 938.88 | 11/29 | 61483 | 1,331.69 | 11/28 |
| 61381 | 1,123.11 | 11/28 | 61439 | 896.03 | 11/29 | 61485* | 1,390.85 | 11/27 |
| 61383* | 2,315.45 | 11/28 | 61440 | 1,730.33 | 11/29 | 61486 | 2,205.89 | 11/26 |
| 61384 | 1,037.56 | 11/28 | 61441 | 1,893.03 | 11/29 | 61504* | 228.84 | 11/30 |
| 61385 | 1,142.93 | 11/28 | 61442 | 1,459.50 | 11/27 | 900372* | 6,383.61 | 11/21 |
| 61386 | 2,762.16 | 11/28 | 61443 | 1,241.01 | 11/28 | 900373 | 1,545.35 | 11/20 |
| 61387 | 1,504.85 | 11/28 | 61444 | 95.58 | 11/28 | 900374 | 521.81 | 11/28 |
| 61388 | 255.01 | 11/28 | 61445 | 1,040.62 | 11/29 | 900529* | 1,632.25 | 11/30 |
| 61392* | 822.52 | 11/28 | 61446 | 1,097.11 | 11/28 | **Total** | **$481,753.83** | |
| 61393 | 1,115.57 | 11/28 | 61447 | 506.60 | 11/27 | | | |

** Indicates a break in check number sequence*



FIRST UNION

## Commercial Checking

06 2079900016741 005 109 0 0 2,310

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 11/01 | 9,716.25 | AUTOMATED DEBIT W.R. GRACE<br>CO. ID. 011101 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 11/07 | 993.32 | AUTOMATED DEBIT BNF CTS<br>CO. ID. 1411902914 011107 CCD<br>MISC C4025-079759371 | PR TAXES |
| 11/07 | 6,659.79 | AUTOMATED DEBIT BNF CTS<br>CO. ID. 1411902914 011107 CCD<br>MISC C4025-109759374 | PR TAXES |
| 11/08 | 10,387.40 | AUTOMATED DEBIT W.R. GRACE<br>CO. ID. 011108 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 11/09 | 113,692.57 | AUTOMATED DEBIT BNF CTS<br>CO. ID. 1411902914 011109 CCD<br>MISC C4025-069772400 | PR TAXES |
| 11/09 | 921,769.94 | AUTOMATED DEBIT BNF CTS<br>CO. ID. 1411902914 011109 CCD<br>MISC C4025-059772399 | PR TAXES |
| 11/13 | 1,863,165.64 | AUTOMATED DEBIT W.R. GRACE<br>CO. ID. 011113 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 11/14 | 1,146.38 | AUTOMATED DEBIT BNF CTS<br>CO. ID. 1411902914 011114 CCD<br>MISC C4025-079780057 | PR TAXES |
| 11/14 | 6,893.42 | AUTOMATED DEBIT BNF CTS<br>CO. ID. 1411902914 011114 CCD<br>MISC C4025-109780060 | PR TAXES |
| 11/15 | 9,907.49 | AUTOMATED DEBIT W.R. GRACE<br>CO. ID. 011115 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 11/20 | 635.43 | AUTOMATED DEBIT BNF CTS<br>CO. ID. 1411902914 011120 CCD<br>MISC C4025-079813453 | PR TAXES |
| 11/20 | 6,361.82 | AUTOMATED DEBIT BNF CTS<br>CO. ID. 1411902914 011120 CCD<br>MISC C4025-109813456 | PR TAXES |
| 11/21 | 6,705.67 | AUTOMATED DEBIT W.R. GRACE<br>CO. ID. 011121 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 11/23 | 101,121.63 | AUTOMATED DEBIT BNF CTS<br>CO. ID. 1411902914 011123 CCD<br>MISC C4025-069826239 | PR TAXES |
| 11/23 | 714,634.52 | AUTOMATED DEBIT BNF CTS<br>CO. ID. 1411902914 011123 CCD<br>MISC C4025-059826238 | PR TAXES |
| 11/26 | 1,602,778.92 | AUTOMATED DEBIT W.R. GRACE<br>CO. ID. 011126 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

07 2079900016741 005 109 0 0 2,311

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 11/28 | 524.70 | AUTOMATED DEBIT BNF CTS PR TAXES<br>CO. ID. 1411902914 011128 CCD<br>MISC C4025-079834348 |
| 11/28 | 7,140.57 | AUTOMATED DEBIT BNF CTS PR TAXES<br>CO. ID. 1411902914 011128 CCD<br>MISC C4025-109834351 |
| 11/29 | 11,755.43 | AUTOMATED DEBIT W.R. GRACE PAYROLL<br>CO. ID. 011129 PPD<br>MISC SETTL NCVCDBATL |
| **Total** | **$5,395,990.89** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/01 | 0.00 | 11/13 | 0.00 | 11/23 | 0.00 |
| 11/02 | 0.00 | 11/14 | 0.00 | 11/26 | 0.00 |
| 11/05 | 0.00 | 11/15 | 0.00 | 11/27 | 0.00 |
| 11/06 | 0.00 | 11/16 | 0.00 | 11/28 | 0.00 |
| 11/07 | 0.00 | 11/19 | 0.00 | 11/29 | 0.00 |
| 11/08 | 0.00 | 11/20 | 0.00 | 11/30 | 0.00 |
| 11/09 | 0.00 | 11/21 | 0.00 | | |

TXS = 1,881,574.09