

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

### To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.

3. Write in any deposits you have made since the date of this statement.

4. Add together amounts listed above in steps 2 and 3.

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

# FIRST UNION

## PARTIAL / RANGE RECONCILEMENT BALANCE SHEET

W.R. GRACE & CO. - CONN. 025          ACCT NO.:   0001      2079900005600

62 WHITTEMORE DR

CAMBRIDGE      MA 02140

| RECONCILEMENT OF DEBITS | | CUTOFF DATE: 11/30/2001 |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 7,850.07 |
| MISCELLANEOUS DEBITS | + | 199.24 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/− | .00 |
| DEBIT ADJUSTMENTS | − | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 8,049.31 |
| TOTAL DEBITS FROM BANK STATEMENT | | 8,049.31 |

IF YOU HAVE ANY QUESTIONS, PLEASE

CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 025



## Commercial Checking

01         2079900005600  005  108           0   184           15,006

```
W R GRACE & CO - CONN
GRACE CONSTRUCTION PRODUCTS          CB  025
ATTEN: JIM HANSON
P O BOX 464
DUNCAN SC   28334
```

## Commercial Checking

11/01/2001 thru 11/30/2001

Account number: 2079900005600
Account holder(s): W R GRACE & CO - CONN
                   GRACE CONSTRUCTION PRODUCTS

Taxpayer ID Number: 135114230

### Account Summary

| | |
|---|---|
| Opening balance 11/01 | $0.00 |
| Deposits and other credits | 8,049.31 + |
| Other withdrawals and service fees | 8,049.31 - |
| Closing balance 11/30 | $0.00 |

### Deposits and Other Credits

*from last mth.*

| Date | Amount | Description |
|---|---|---|
|  | 100.00 | POSTING EQUAL NOTIFICATION REVERSAL |
| 11/01 | 350.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/02 | 181.75 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/05 | 43.40 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/05 | 528.52 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/06 | 43.40 | POSTING EQUAL NOTIFICATION REVERSAL |
| 11/06 | 571.89 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/07 | 180.21 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/08 | 70.88 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/08 | 271.61 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/09 | 70.88 | POSTING EQUAL NOTIFICATION REVERSAL |
| 11/13 | 476.37 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/14 | 940.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/15 | 701.14 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/16 | 583.80 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

02        2079900005600   005   108             0   184          15,007

## Deposits and Other Credits continued

| Date  | Amount  | Description |
|-------|---------|-------------|
| 11/19 | 397.11  | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/20 | 542.40  | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/21 | 533.18  | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/23 | 606.21  | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/26 | 194.80  | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/28 | 358.99  | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/29 | 54.02   | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/30 | 248.75  | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| Total | $8,049.31 | |

## Other Withdrawals and Service Fees

| Date  | Amount  | Description |
|-------|---------|-------------|
| 11/01 | 13.43   | ZBA TRANSFER DEBIT<br>TRANSFER TO 2000000282172 W.R. GRACE & CO |
| 11/01 | 86.57   | LIST OF DEBITS POSTED |
| 11/01 | 350.00  | LIST OF DEBITS POSTED |
| 11/02 | 181.75  | LIST OF DEBITS POSTED |
| 11/05 | 43.40   | POSTING EQUALS NOTIFICATION ADJUST |
| 11/05 | 528.52  | LIST OF DEBITS POSTED |
| 11/06 | 0.65    | ZBA TRANSFER DEBIT<br>TRANSFER TO 2000000282172 W.R. GRACE & CO |
| 11/06 | 42.75   | LIST OF DEBITS POSTED |
| 11/06 | 571.89  | LIST OF DEBITS POSTED |
| 11/07 | 180.21  | LIST OF DEBITS POSTED |
| 11/08 | 70.88   | POSTING EQUALS NOTIFICATION ADJUST |
| 11/08 | 271.61  | LIST OF DEBITS POSTED |
| 11/09 | 70.88   | ZBA TRANSFER DEBIT<br>TRANSFER TO 2000000282172 W.R. GRACE & CO |
| 11/13 | 476.37  | LIST OF DEBITS POSTED |
| 11/14 | 940.00  | LIST OF DEBITS POSTED |
| 11/15 | 701.14  | LIST OF DEBITS POSTED |
| 11/16 | 583.80  | LIST OF DEBITS POSTED |
| 11/19 | 397.11  | LIST OF DEBITS POSTED |
| 11/20 | 542.40  | LIST OF DEBITS POSTED |

Other Withdrawals and Service Fees continued on next page.



# Commercial Checking

03   2079900005600  005  108        0   184         15,008

## Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|---|---|---|
| 11/21 | 533.18 | LIST OF DEBITS POSTED |
| 11/23 | 606.21 | LIST OF DEBITS POSTED |
| 11/26 | 194.80 | LIST OF DEBITS POSTED |
| 11/28 | 358.99 | LIST OF DEBITS POSTED |
| 11/29 | 54.02 | LIST OF DEBITS POSTED |
| 11/30 | 248.75 | LIST OF DEBITS POSTED |
| **Total** | **$8,049.31** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/01 | 0.00 | 11/13 | 0.00 | 11/23 | 0.00 |
| 11/02 | 0.00 | 11/14 | 0.00 | 11/26 | 0.00 |
| 11/05 | 0.00 | 11/15 | 0.00 | 11/28 | 0.00 |
| 11/06 | 0.00 | 11/16 | 0.00 | 11/29 | 0.00 |
| 11/07 | 0.00 | 11/19 | 0.00 | 11/30 | 0.00 |
| 11/08 | 0.00 | 11/20 | 0.00 | | |
| 11/09 | 0.00 | 11/21 | 0.00 | | |



# Commercial Checking

04          2079900005600  005  108           0  184          15,009

## Customer Service Information

**For questions about your statement**
**or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC  28288-0851 |
| TDD  (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| _____  2. Write in the closing balance shown on the front of account statement. | | | | |
| _____  3. Write in any deposits you have made since the date of this statement. | | | | |
| _____  4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____  5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| _____  6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

SMS565- 32     PAGE 1

BANK NO. 0000001   TEAM NO. 025

ACCOUNT NO. 207990000005600    W.R. GRACE & CO. - CONN. 025

RECAP OF POSTED ITEMS REPORT     DATE 11/30/01

AS OF 11-30-01

| DATE | PAID ITEMS | CHECKS AMOUNT | ISSUES ITEMS | ISSUES AMOUNT | STOPS PLACED ITEMS | STOPS PLACED AMOUNT | STOPS REMOVED ITEMS | STOPS REMOVED AMOUNT | CANCELLED ITEMS | CANCELLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIOR | 3 | .00 | | .00 | | .00 | | .00 | | .00 |
| 11-01-01 | 3 | 436.57 | | .00 | | .00 | | .00 | | .00 |
| 11-02-01 | 3 | 181.75 | | .00 | | .00 | | .00 | | .00 |
| 11-05-01 | 5 | 528.52 | | .00 | | .00 | | .00 | | .00 |
| 11-06-01 | 8 | 614.64 | | .00 | | .00 | | .00 | | .00 |
| 11-07-01 | 3 | 180.21 | | .00 | | .00 | | .00 | | .00 |
| 11-08-01 | 4 | 271.61 | | .00 | | .00 | | .00 | | .00 |
| 11-13-01 | 4 | 476.37 | | .00 | | .00 | | .00 | | .00 |
| 11-14-01 | 3 | 940.00 | | .00 | | .00 | | .00 | | .00 |
| 11-15-01 | 9 | 701.14 | | .00 | | .00 | | .00 | | .00 |
| 11-16-01 | 7 | 583.80 | | .00 | | .00 | | .00 | | .00 |
| 11-19-01 | 8 | 397.11 | | .00 | | .00 | | .00 | | .00 |
| 11-20-01 | 9 | 542.40 | | .00 | | .00 | | .00 | | .00 |
| 11-21-01 | 10 | 533.18 | | .00 | 1 | .00 | | .00 | | .00 |
| 11-23-01 | 9 | 606.21 | | .00 | | .00 | | .00 | | .00 |
| 11-26-01 | 3 | 194.80 | | .00 | | .00 | | .00 | | .00 |
| 11-28-01 | 4 | 358.99 | | .00 | | .00 | | .00 | | .00 |
| 11-29-01 | 1 | 54.02 | | .00 | | .00 | | .00 | | .00 |
| 11-30-01 | 4 | 248.75 | | .00 | | .00 | | .00 | | .00 |
| TOTALS | 97 | 7,850.07 | | .00 | 1 | .00 | | .00 | | .00 |

SMS565-35

BANK NO. 00000001  TEAM NO. 025

ACCOUNT NO. 2079900005600    W.R. GRACE & CO. - CONN. 025

DIAGNOSTIC SUMMARY REPORT    PAID ONLY

PAGE 1
DATE 11/30/01
AS OF 11-30-01

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 1430 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1431 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1432 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1433 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1434 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1435 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1436 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1437 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1438 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1439 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1441 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1442 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1443 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1444 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1445 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1446 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1447 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1448 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1449 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 1450 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2010 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2011 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2012 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2013 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2014 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2015 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2016 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2017 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2018 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2019 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2020 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2021 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2022 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2023 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2027 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2028 | .00 | 04-03-01 | | | | 1 | STOPPED, CHECK PRESENTED |
| 2029 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 2030 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3760 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3761 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3762 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3763 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3764 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3765 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3766 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3767 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3768 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3769 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3770 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3771 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |
| 3772 | .00 | 04-03-01 | | | | 1 | STOPPED ITEM |

```
SMS565-35                                                                                              PAGE    2
BANK NO.  0000001   TEAM NO.  025                                                                      DATE  11/30/01
ACCOUNT NO. 20799000005600              W.R. GRACE & CO. - CONN.  025                                  AS OF 11-30-01

                                   DIAGNOSTIC SUMMARY REPORT

                                        REPORT  PAID ONLY

SERIAL    AMOUNT   PD/POST    SEQUENCE   ISSUE    ADDITIONAL   PAGE    EXCEPTION
NUMBER             DATE       NUMBER     DATE     DATA         NO.     CONDITION
```

| SERIAL NUMBER | AMOUNT | PD/POST DATE | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|
| 3773 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 3774 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 3775 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 3784 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 3785 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 3786 | .00 | 04-03-01 | 1 | STOPPED, CHECK PRESENTED |
| 3787 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 3788 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 3789 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 3790 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4720 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4721 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4722 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4723 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4724 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4725 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4726 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4727 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4728 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4729 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4730 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4731 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4732 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4734 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4735 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4736 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4737 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4738 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4744 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4745 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4748 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4749 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 4750 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5600 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5601 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5602 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5603 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5604 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5605 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5613 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5614 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5615 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5616 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5617 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5618 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5619 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 5620 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 6940 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 6941 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 6942 | .00 | 04-03-01 | 1 | STOPPED ITEM |
| 6943 | .00 | 04-03-01 | 2 | STOPPED ITEM |

```
SMS565- 35                                                                                              PAGE    3
BANK NO.  00000001   TEAM NO.  025    DIAGNOSTIC SUMMARY REPORT                                DATE  11/30/01
ACCOUNT NO. 207990000005600        W.R. GRACE & CO. - CONN.  025   REPORT PAID ONLY         AS OF 11-30-01
```

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 6944 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6945 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6946 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6947 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6948 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6949 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6950 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6951 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6953 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6954 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6955 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6956 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6957 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6958 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6959 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6960 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6962 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6963 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6964 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6965 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6966 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6969 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6996 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 6997 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 6998 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 6999 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 7000 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 7001 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 7002 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 7003 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 7004 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 7005 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 7006 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 7007 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 7008 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 7009 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 7010 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8070 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8071 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8072 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8073 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8074 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 8075 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8076 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8077 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8079 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8091 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 8092 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 8095 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 8096 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |
| 8097 | .00 | 04-03-01 | | | | 2 | STOPPED, CHECK PRESENTED |

SMS565-35

BANK NO. 00000001   TEAM NO. 025           W.R. GRACE & CO. - CONN.  025        PAGE 4

ACCOUNT NO. 2079900005600                  DIAGNOSTIC SUMMARY REPORT            DATE 11/30/01

                                           REPORT PAID ONLY                     AS OF 11-30-01

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 8098 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8099 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 8100 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10370 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10371 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10372 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10373 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10374 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10375 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10376 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10377 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10378 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10383 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10384 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10385 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10386 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10387 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10388 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10389 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10390 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 10410 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12411 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12412 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12413 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12414 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12415 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12416 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12425 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12426 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12427 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12428 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12429 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 12430 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 14430 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 14431 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 14432 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 14433 | .00 | 04-03-01 | | | | 2 | STOPPED ITEM |
| 14434 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14435 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14436 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14437 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14438 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14440 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14451 | .00 | 04-03-01 | | | | 3 | STOPPED, CHECK PRESENTED |
| 14452 | .00 | 04-03-01 | | | | 3 | STOPPED, CHECK PRESENTED |
| 14453 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14454 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14455 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14456 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14457 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14458 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |

SMS565-   35                                                                            PAGE     5
BANK NO.   00000001   TEAM NO.   025              W.R. GRACE & CO. - CONN.    025      DATE  11/30/01
ACCOUNT NO. 207990000056000                     DIAGNOSTIC SUMMARY REPORT
                                                                                   AS OF 11-30-01
                                                       REPORT   PAID ONLY

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 14459 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 14460 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15570 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15571 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15572 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15573 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15575 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15577 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15578 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15579 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15580 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15581 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15582 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15583 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15584 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15585 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15586 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15587 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15588 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15589 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 15590 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17730 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17731 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17732 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17733 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17734 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17735 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17736 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17737 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17738 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17740 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17741 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17742 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17743 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17744 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17745 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17746 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17747 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17748 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17749 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17750 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17751 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17752 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17753 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17754 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17755 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17764 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17765 | .00 | 04-03-01 | | | | 3 | STOPPED, CHECK PRESENTED |
| 17776 | .00 | 04-03-01 | | | | 3 | STOPPED, CHECK PRESENTED |
| 17778 | .00 | 04-03-01 | | | | 3 | STOPPED, CHECK PRESENTED |
| 17779 | .00 | 04-03-01 | | | | 3 | STOPPED, CHECK PRESENTED |

```
SMS565- 35                                                                                                    PAGE    6
BANK NO.  00000001   TEAM NO.  025          W.R. GRACE & CO. - CONN.  025                                     DATE  11/30/01
ACCOUNT NO. 2079000005600                   DIAGNOSTIC SUMMARY REPORT       PAID ONLY                         AS OF 11-30-01
```

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 17780 | .00 | 04-03-01 | | | | 3 | STOPPED, CHECK PRESENTED |
| 17781 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17782 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17783 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17784 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17785 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17786 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17787 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17788 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17789 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 17790 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18420 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18421 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18422 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18423 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18424 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18425 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18426 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18427 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18428 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18429 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18434 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18435 | .00 | 04-03-01 | | | | 3 | STOPPED, CHECK PRESENTED |
| 18436 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18437 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18438 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18439 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 18440 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21370 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21371 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21372 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21373 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21374 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21375 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21376 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21377 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21378 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21380 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21381 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21382 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21383 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21384 | .00 | 04-03-01 | | | | 3 | STOPPED ITEM |
| 21386 | .00 | 04-03-01 | | | | 3 | STOPPED, CHECK PRESENTED |
| 21389 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22840 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22841 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22842 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22843 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22844 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22845 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22846 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |

SMS565- 35

BANK NO. 0000001   TEAM NO. 025

ACCOUNT NO. 2079900005600   W.R. GRACE & CO. - CONN.   025

DIAGNOSTIC SUMMARY REPORT

PAGE 7
DATE 11/30/01
REPORT PAID ONLY
AS OF 11-30-01

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 22847 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22848 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22849 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22850 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22856 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22857 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22858 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22859 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 22860 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23200 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23201 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23202 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23203 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23204 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23212 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23213 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23214 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23215 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23216 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23217 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23218 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23219 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23220 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23221 | .00 | 04-03-01 | | | | 4 | STOPPED, CHECK PRESENTED |
| 23222 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23223 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23224 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23225 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23226 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23227 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23228 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23229 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23230 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23231 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23232 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23233 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23234 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23235 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23236 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23237 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23238 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23239 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23240 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23241 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23242 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23243 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23244 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23245 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23246 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23247 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23248 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |

SMS565- 35

BANK NO.      ACCOUNT NO. 0000001    TEAM NO. 2079900005600    025    W.R. GRACE & CO. - CONN.   025    DIAGNOSTIC SUMMARY REPORT    PAID ONLY    PAGE 8    DATE 11/30/01    AS OF 11-30-01

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 23249 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23250 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23251 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23252 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23253 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23254 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23255 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23256 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23257 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23258 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23259 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23260 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23261 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23262 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23263 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23264 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23267 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23272 | .00 | 04-03-01 | | | | 4 | STOPPED, CHECK PRESENTED |
| 23273 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23274 | .00 | 04-03-01 | | | | 4 | STOPPED, CHECK PRESENTED |
| 23275 | .00 | 04-03-01 | | | | 4 | STOPPED, CHECK PRESENTED |
| 23285 | 100.00 | 06-15-01 | | | | 4 | STOPPED ITEM |
| 23280 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23279 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23278 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23277 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 23276 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28001 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28002 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28000 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28003 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28004 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28005 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28006 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28007 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28008 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28009 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28010 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28011 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28012 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28013 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28014 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28015 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28016 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28017 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28018 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28019 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28020 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28021 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28022 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |
| 28023 | .00 | 04-03-01 | | | | 4 | STOPPED ITEM |

```
SMS565- 35                                                                                              PAGE      9
BANK NO.  00000001  TEAM NO.  025          W.R. GRACE & CO. - CONN.  025                          DATE  11/30/01
ACCOUNT NO. 2079900005600             DIAGNOSTIC SUMMARY REPORT       PAID ONLY                   AS OF 11-30-01

SERIAL              PD/POST     SEQUENCE    ISSUE     ADDITIONAL                      PAGE    EXCEPTION
NUMBER    AMOUNT    DATE        NUMBER      DATE      DATA                            NO.     CONDITION
```

| SERIAL NUMBER | AMOUNT | PD/POST DATE | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|
| 28024 | .00 | 04-03-01 | 4 | STOPPED ITEM |
| 28025 | .00 | 04-03-01 | 4 | STOPPED ITEM |
| 28026 | .00 | 04-03-01 | 4 | STOPPED ITEM |
| 28027 | .00 | 04-03-01 | 4 | STOPPED ITEM |
| 28028 | .00 | 04-03-01 | 4 | STOPPED ITEM |
| 28029 | .00 | 04-03-01 | 4 | STOPPED ITEM |
| 28030 | .00 | 04-03-01 | 4 | STOPPED ITEM |
| 28031 | .00 | 04-03-01 | 4 | STOPPED ITEM |
| 28032 | .00 | 04-03-01 | 4 | STOPPED ITEM |
| 28033 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28034 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28035 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28036 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28037 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28038 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28039 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28040 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28041 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28042 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28043 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28044 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28045 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28046 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28047 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28048 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28049 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28050 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28051 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28052 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28053 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28054 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28055 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28056 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28057 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28058 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28059 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28060 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28061 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28062 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28063 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28064 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28065 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28066 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28067 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28068 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28069 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28070 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28071 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28072 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28073 | .00 | 04-03-01 | 5 | STOPPED ITEM |
| 28074 | .00 | 04-03-01 | 5 | STOPPED ITEM |

```
SMS565-  35                                                                                    PAGE    10
BANK NO.   0000001    TEAM NO.    025          W. R. GRACE & CO. - CONN.   025                 DATE  11/30/01

ACCOUNT NO. 2079000005600                      DIAGNOSTIC SUMMARY REPORT           PAID ONLY        AS OF 11-30-01

SERIAL            PD/POST      SEQUENCE     ISSUE    ADDITIONAL     PAGE     EXCEPTION
NUMBER   AMOUNT   DATE         NUMBER       DATE     DATA           NO.      CONDITION
28075    .00      04-03-01                                          5        STOPPED ITEM
28076    .00      04-03-01                                          5        STOPPED ITEM
28077    .00      04-03-01                                          5        STOPPED ITEM
28078    .00      04-03-01                                          5        STOPPED ITEM
28079    .00      04-03-01                                          5        STOPPED ITEM
28080    .00      04-03-01                                          5        STOPPED ITEM
28081    .00      04-03-01                                          5        STOPPED ITEM
28082    .00      04-03-01                                          5        STOPPED ITEM
28083    .00      04-03-01                                          5        STOPPED ITEM
28084    .00      04-03-01                                          5        STOPPED ITEM
28085    .00      04-03-01                                          5        STOPPED ITEM
28086    .00      04-03-01                                          5        STOPPED ITEM
28087    .00      04-03-01                                          5        STOPPED ITEM
28088    .00      04-03-01                                          5        STOPPED ITEM
28089    .00      04-03-01                                          5        STOPPED ITEM
28090    .00      04-03-01                                          5        STOPPED ITEM
28091    .00      04-03-01                                          5        STOPPED ITEM
28092    .00      04-03-01                                          5        STOPPED ITEM
28093    .00      04-03-01                                          5        STOPPED ITEM
28094    .00      04-03-01                                          5        STOPPED ITEM
28095    .00      04-03-01                                          5        STOPPED ITEM
28096    .00      04-03-01                                          5        STOPPED ITEM
28097    .00      04-03-01                                          5        STOPPED ITEM
28098    .00      04-03-01                                          5        STOPPED ITEM
28099    .00      04-03-01                                          5        STOPPED ITEM
28100    .00      04-03-01                                          5        STOPPED ITEM
28101    .00      04-03-01                                          5        STOPPED ITEM
28102    .00      04-03-01                                          5        STOPPED ITEM
28103    .00      04-03-01                                          5        STOPPED ITEM
28104    .00      04-03-01                                          5        STOPPED ITEM
28105    .00      04-03-01                                          5        STOPPED ITEM
28106    .00      04-03-01                                          5        STOPPED ITEM
28107    .00      04-03-01                                          5        STOPPED ITEM
28108    .00      04-03-01                                          5        STOPPED ITEM
28109    .00      04-03-01                                          5        STOPPED ITEM
28110    .00      04-03-01                                          5        STOPPED ITEM
28111    .00      04-03-01                                          5        STOPPED ITEM
28112    .00      04-03-01                                          5        STOPPED ITEM
28113    .00      04-03-01                                          5        STOPPED ITEM
28114    .00      04-03-01                                          5        STOPPED ITEM
28115    .00      04-03-01                                          5        STOPPED ITEM
28116    .00      04-03-01                                          5        STOPPED ITEM
28117    .00      04-03-01                                          5        STOPPED ITEM
28118    .00      04-03-01                                          5        STOPPED ITEM
28119    .00      04-03-01                                          5        STOPPED ITEM
28120    .00      04-03-01                                          5        STOPPED ITEM
28121    .00      04-03-01                                          5        STOPPED ITEM
28122    .00      04-03-01                                          5        STOPPED ITEM
28123    .00      04-03-01                                          5        STOPPED ITEM
28124    .00      04-03-01                                          5        STOPPED ITEM
28125    .00      04-03-01                                          5        STOPPED ITEM
```

SMS565- 35                                                                                                          PAGE     11
BANK NO.  00000001   TEAM NO.   025                  DIAGNOSTIC SUMMARY REPORT                                      DATE  11/30/01
ACCOUNT NO. 207990000005600           W.R. GRACE & CO. - CONN.   025      REPORT    PAID ONLY              AS OF 11-30-01

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 28126 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28127 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28128 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28129 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28130 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28131 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28132 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28133 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28134 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28135 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28136 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28137 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28138 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28139 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28140 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28141 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28142 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28143 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28144 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28145 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28146 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28147 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28148 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28149 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28150 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28151 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |
| 28152 | .00 | 04-03-01 | | | .00 | 5 | STOPPED ITEM |

| | TOTAL CNT | TOTAL AMOUNT |
|---|---|---|
| PAID, NO ISSUE | 0 | .00 |
| CANCELED ISSUE | 0 | .00 |
| PAID, NO ISSUE, LAST PERIOD | 0 | .00 |
| STOPPED ITEM | 507 | 100.00 |
| STOPPED, CHECK PRESENTED | 30 | .00 |
| FORCE POSTED ITEM | 0 | .00 |
| PREV PD-NO-ISS, ISSUE RECVD | 0 | .00 |
| PREV STOP, ISSUE RECEIVED | 0 | .00 |
| PREV CANCEL, ISSUE RECEIVED | 0 | .00 |
| CANCELED ITEM, NOT ISSUED | 0 | .00 |
| CANCELED WITH STOP | 0 | .00 |
| CANCELED WITH STOP, ISSUED | 0 | .00 |

# ACCOUNT RECONCILIATION PLAN

| BANK NO. | CUST/ACCOUNT NO. | CUSTOMER NAME | DATE | PAGE |
|---|---|---|---|---|
| 1 | 207990000 5600 | W. R. GRACE & CO. - CONN. 025 | 11-30-01 | 1 |

**TYPE OF REPORT:** MISC-CREDITS

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|
| | 350.00 | 10/10/01 | |
| | 100.00 | 10/10/01 | 00000005 |
| | 181.75 | 11/02/01 | |
| | 528.52 | 11/05/01 | |
| | 43.40 | 11/05/01 | |
| | 43.40 | 11/06/01 | |
| | 571.89 | 11/06/01 | 00000003 |
| | 180.21 | 11/07/01 | |
| | 70.88 | 11/08/01 | |
| | 271.61 | 11/08/01 | 00000003 |
| | 70.88 | 11/09/01 | |
| | 476.37 | 11/09/01 | 00000004 |
| | 940.00 | 11/14/01 | |
| | 701.14 | 11/15/01 | |
| | 583.80 | 11/16/01 | |
| | 397.11 | 11/19/01 | |
| | 542.40 | 11/20/01 | |
| | 533.18 | 11/21/01 | |
| | 606.21 | 11/23/01 | |
| | 194.80 | 11/26/01 | |
| | 358.99 | 11/28/01 | |
| | 54.02 | 11/29/01 | |
| | 248.75 | 11/30/01 | |

CREDITS 8,049.31    23    DEBITS    GT

## TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

## EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| BANK NO. | CUST.ACCOUNT NO. | CUSTOMER NAME | DATE | PAGE |
|---|---|---|---|---|
| 1 | 207990005600 | W.R. GRACE & CO. - CONN. 025 | 11-30-01 | 1 |

**TYPE OF REPORT: MISC-DEBITS**

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 13.43 | 110101 |  |  |  |  |  |  |  |  |  |
|  | 43.40 | 110501 | 00000003 |  |  |  |  |  |  |  |  |
|  | .65 | 110601 |  |  |  |  |  |  |  |  |  |
|  | 70.88 | 110801 | 00000004 |  |  |  |  |  |  |  |  |
|  | 70.88 | 110901 |  |  |  |  |  |  |  |  |  |

**CREDITS**       **DEBITS** 199.24       5GT

## TYPE OF REPORT
- UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL : OFF-CYCLE REPORT REQUEST

## EXPLANATION OF CODES
- 1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
- 2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
- 3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS
- 4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
- 5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
- 6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
- M = MISSING (OUTSTANDING) ITEM.