SMS565- 35

BANK NO. 00000001   TEAM NO. 004        W R GRACE CO-CONN      DIAGNOSTIC SUMMARY REPORT                PAGE     10
ACCOUNT NO. 207992000005761                                    004    REPORT CONSOLIDATED            DATE  11/30/01
                                                                                                    AS OF 11-30-01

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 203708 | 4,500.00 | 10-04-99 | | 09-15-99 | | 2 | STOPPED ITEM |
| 204862 | 161.57 | 10-15-99 | | 09-22-99 | | 2 | STOPPED ITEM |
| 205905 | 203.97 | 10-19-99 | | 09-30-99 | | 2 | STOPPED ITEM |
| 206478 | 6,213.90 | 02-04-00 | | 10-01-99 | | 2 | STOPPED ITEM |
| 206818 | 802.09 | 11-09-99 | | 10-04-99 | | 2 | STOPPED ITEM |
| 207465 | 740.58 | 10-20-99 | | 10-07-99 | | 2 | STOPPED ITEM |
| 208570 | 1,915.69 | 01-06-00 | | 10-15-99 | | 2 | STOPPED ITEM |
| 208979 | 7,789.00 | 01-20-00 | | 10-15-99 | | 2 | STOPPED ITEM |
| 209691 | 539.41 | 11-05-99 | | 10-21-99 | | 2 | STOPPED ITEM |
| 210263 | 6,733.15 | 02-01-00 | | 10-25-99 | | 2 | STOPPED ITEM |
| 210578 | 1,305.00 | 02-22-00 | | 10-27-99 | | 2 | STOPPED ITEM |
| 211651 | 480.00 | 11-18-99 | | 11-01-99 | | 2 | STOPPED ITEM |
| 211782 | 1,000.00 | 12-10-99 | | 11-01-99 | | 2 | STOPPED ITEM |
| 212143 | 1,012.00 | 01-18-00 | | 11-03-99 | | 2 | STOPPED ITEM |
| 212197 | 250.00 | 11-18-99 | | 11-04-99 | | 2 | STOPPED ITEM |
| 212245 | 130.00 | 11-18-99 | | 11-04-99 | | 2 | STOPPED ITEM |
| 212251 | 110.00 | 11-17-99 | | 11-04-99 | | 2 | STOPPED ITEM |
| 212960 | 457.95 | 02-01-00 | | 11-08-99 | | 2 | STOPPED ITEM |
| 213471 | 411.00 | 01-24-00 | | 11-11-99 | | 2 | STOPPED ITEM |
| 214554 | 70,098.00 | 11-29-99 | | 11-17-99 | | 2 | STOPPED ITEM |
| 214691 | 467.00 | 12-01-99 | | 11-18-99 | | 2 | STOPPED ITEM |
| 215679 | 190.77 | 01-18-00 | | 11-29-99 | | 2 | STOPPED ITEM |
| 219200 | 3,360.00 | 01-19-00 | | 12-21-99 | | 2 | STOPPED ITEM |
| 219338 | 208.75 | 01-20-00 | | 12-22-99 | | 2 | STOPPED ITEM |
| 220003 | 136.20 | 02-04-00 | | 12-30-99 | | 2 | STOPPED ITEM |
| 220509 | 6,505.83 | 05-16-00 | | 01-04-00 | | 2 | STOPPED ITEM |
| 220723 | 15,793.18 | 02-04-00 | | 01-04-00 | | 2 | STOPPED ITEM |
| 222854 | 11,373.00 | 02-04-00 | | 01-12-00 | | 2 | STOPPED ITEM |
| 222893 | 300.00 | 02-28-00 | | 01-12-00 | | 2 | STOPPED ITEM |
| 222900 | 359.00 | 01-27-00 | | 01-13-00 | | 2 | STOPPED ITEM |
| 224651 | 35,757.44 | 01-28-00 | | 01-25-00 | | 2 | STOPPED ITEM |
| 225380 | 16,426.80 | 02-15-00 | | 02-02-00 | | 2 | STOPPED ITEM |
| 226378 | 26,213.23 | 03-06-00 | | 02-02-00 | | 2 | STOPPED ITEM |
| 226902 | 3,750.00 | 02-28-00 | | 02-09-00 | | 2 | STOPPED ITEM |
| 227053 | 17,288.34 | 02-28-00 | | 02-09-00 | | 2 | STOPPED ITEM |
| 228046 | 1,054.85 | 02-23-00 | | 02-15-00 | | 2 | STOPPED ITEM |
| 228250 | 864.00 | 02-23-00 | | 02-16-00 | | 2 | STOPPED ITEM |
| 228424 | 255.00 | 03-10-00 | | 02-17-00 | | 2 | STOPPED ITEM |
| 229013 | 2,086.31 | 04-18-00 | | 02-23-00 | | 2 | STOPPED ITEM |
| 229237 | 1,270.45 | 12-27-00 | | 02-23-00 | | 2 | STOPPED ITEM |
| 229684 | 3,705.66 | 06-26-00 | | 02-28-00 | | 2 | STOPPED ITEM |
| 229791 | 4,054.00 | 03-22-00 | | 02-28-00 | | 2 | STOPPED ITEM |
| 230131 | 17,378.13 | 05-16-00 | | 03-01-00 | | 2 | STOPPED ITEM |
| 230203 | 3,200.00 | 05-24-00 | | 03-01-00 | | 2 | STOPPED ITEM |
| 231556 | 25,000.00 | 03-20-00 | | 03-08-00 | | 2 | STOPPED ITEM |
| 232634 | 661.17 | 04-05-00 | | 03-15-00 | | 2 | STOPPED, CHECK PRESENTED |
| 233131 | 876.88 | 05-08-00 | | 03-16-00 | | 2 | STOPPED ITEM |
| 233577 | 1,065.52 | 05-24-00 | | 03-22-00 | | 2 | STOPPED, CHECK PRESENTED |
| 233896 | 11,691.17 | 04-18-00 | | 03-22-00 | | 2 | STOPPED ITEM |
| 234607 | 161.00 | 02-12-01 | | 03-30-00 | | 2 | STOPPED ITEM |
| 234652 | 265.20 | 06-13-00 | | 03-31-00 | | 2 | STOPPED ITEM |

SMS565- 35

BANK NO. 00000001   TEAM NO. 004

ACCOUNT NO. 207992000576I   W R GRACE CO-CONN   004

DIAGNOSTIC SUMMARY REPORT CONSOLIDATED

PAGE 11
DATE 11/30/01
AS OF 11-30-01

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 234900 | 4,291.39 | 07-06-00 | | 04-05-00 | | 2 | STOPPED ITEM |
| 235038 | 1,712.56 | 05-24-00 | | 04-05-00 | | 2 | STOPPED ITEM |
| 235250 | 470.80 | 05-16-00 | | 04-05-00 | | 2 | STOPPED ITEM |
| 235513 | 1,241.72 | 05-04-00 | | 04-05-00 | | 2 | STOPPED ITEM |
| 235783 | 55,884.60 | 04-11-00 | | 04-05-00 | | 2 | STOPPED ITEM |
| 235992 | 111.00 | 01-25-01 | | 04-06-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 237240 | 37.19 | 05-24-00 | | 04-13-00 | | 2 | STOPPED ITEM |
| 237376 | 28,850.42 | 04-21-00 | | 04-19-00 | | 2 | STOPPED ITEM |
| 237732 | 6,634.32 | 05-16-00 | | 04-19-00 | | 2 | STOPPED ITEM |
| 237760 | 1,372.60 | 05-16-00 | | 04-19-00 | | 2 | STOPPED ITEM |
| 237916 | 2,184.60 | 04-26-00 | | 04-19-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 238343 | 7,738.00 | 05-24-00 | | 04-21-00 | | 2 | STOPPED ITEM |
| 238803 | 111.38 | 05-31-00 | | 05-03-00 | | 2 | STOPPED ITEM |
| 239397 | 34,007.06 | 08-01-00 | | 05-03-00 | | 2 | STOPPED ITEM |
| 240300 | 532.55 | 10-02-00 | | 05-08-00 | | 2 | STOPPED ITEM |
| 241075 | 3,318.40 | 08-01-00 | | 05-10-00 | | 2 | STOPPED ITEM |
| 241475 | 150.00 | 05-31-00 | | 05-12-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 241476 | 107.94 | 05-31-00 | | 05-12-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 241479 | 5.00 | 05-31-00 | | 05-12-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 241480 | 90.00 | 05-31-00 | | 05-12-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 241481 | 145.00 | 05-31-00 | | 05-12-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 241484 | 327.50 | 05-31-00 | | 05-12-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 241485 | 75.00 | 05-31-00 | | 05-12-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 241970 | 6,634.32 | 06-09-00 | | 05-17-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 242175 | 67.02 | 08-01-00 | | 05-17-00 | | 2 | STOPPED ITEM |
| 242244 | 100.00 | 07-10-00 | | 05-17-00 | | 2 | STOPPED ITEM |
| 242378 | 1,473.95 | 06-13-00 | | 05-17-00 | | 2 | STOPPED ITEM |
| 243541 | 227.00 | 02-12-01 | | 05-25-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 243615 | 103.00 | 06-15-00 | | 05-25-00 | | 2 | STOPPED ITEM |
| 243793 | 17,903.91 | 10-31-00 | | 06-01-00 | | 2 | STOPPED ITEM |
| 244178 | 49,059.67 | 06-05-00 | | 06-01-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 244586 | 784.00 | 06-14-00 | | 06-01-00 | | 2 | STOPPED ITEM |
| 244655 | 1,803.00 | 06-15-00 | | 06-01-00 | | 2 | STOPPED ITEM |
| 244893 | 778.96 | 08-25-00 | | 06-07-00 | | 2 | STOPPED ITEM |
| 245536 | 1,000.00 | 06-13-00 | | 06-08-00 | | 2 | STOPPED ITEM, CHECK PRESENTED |
| 245537 | 25,000.00 | 06-13-00 | | 06-08-00 | | 2 | STOPPED ITEM |
| 246081 | 12,987.11 | 07-18-00 | | 06-14-00 | | 2 | STOPPED ITEM |
| 246098 | 4,488.00 | 07-05-00 | | 06-14-00 | | 2 | STOPPED ITEM |
| 246405 | 3,000.00 | 07-21-00 | | 06-14-00 | | 2 | STOPPED ITEM |
| 247675 | 9,635.00 | 07-24-00 | | 06-21-00 | | 3 | STOPPED ITEM |
| 247986 | 913.00 | 07-05-00 | | 06-22-00 | | 3 | STOPPED ITEM |
| 248097 | 1,041.92 | 07-17-00 | | 06-28-00 | | 3 | STOPPED ITEM |
| 248136 | 105.30 | 08-01-00 | | 06-28-00 | | 3 | STOPPED ITEM |
| 248299 | 86.00 | 12-08-00 | | 06-29-00 | | 3 | STOPPED ITEM |
| 248617 | 1,350.00 | 08-04-00 | | 07-05-00 | | 3 | STOPPED ITEM |
| 248980 | 1,152.48 | 08-23-00 | | 07-05-00 | | 3 | STOPPED ITEM |
| 249217 | 1,941.19 | 09-19-00 | | 07-05-00 | | 3 | STOPPED ITEM |
| 249893 | 13,777.00 | 10-31-00 | | 07-12-00 | | 3 | STOPPED ITEM |
| 249972 | 582.32 | 08-25-00 | | 07-12-00 | | 3 | STOPPED, CHECK PRESENTED |
| 250411 | 1,153.82 | 08-10-00 | | 07-12-00 | | 3 | STOPPED, CHECK PRESENTED |
| 250594 | 411.00 | 07-26-00 | | 07-13-00 | | 3 | STOPPED ITEM |

SMS565-35

| BANK NO. 0000001 | TEAM NO. 004 | | | | DIAGNOSTIC SUMMARY REPORT | | PAGE 12 |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2079920005761 | | | W R GRACE CO-CONN | 004 | REPORT CONSOLIDATED | | DATE 11/30/01 |

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION AS OF 11-30-01 |
|---|---|---|---|---|---|---|---|
| 251548 | 282.00 | 08-09-00 | | 07-19-00 | | 3 | STOPPED, CHECK PRESENTED |
| 251736 | 3,450.00 | 08-01-00 | | 07-19-00 | | 3 | STOPPED, CHECK PRESENTED |
| 251828 | 2,893.00 | 08-08-00 | | 07-20-00 | | 3 | STOPPED ITEM |
| 252365 | 136.00 | 10-11-00 | | 07-26-00 | | 3 | STOPPED, CHECK PRESENTED |
| 252524 | 2,884.00 | 01-24-01 | | 07-26-00 | | 3 | STOPPED ITEM |
| 252560 | 193.00 | 08-10-00 | | 07-27-00 | | 3 | STOPPED ITEM |
| 252586 | 310.00 | 08-08-00 | | 07-27-00 | | 3 | STOPPED ITEM |
| 252689 | 354.00 | 08-04-00 | | 07-27-00 | | 3 | STOPPED ITEM |
| 252707 | 5,720.94 | 08-10-00 | | 08-02-00 | | 3 | STOPPED, CHECK PRESENTED |
| 253073 | 3,080.00 | 10-20-00 | | 08-02-00 | | 3 | STOPPED, CHECK PRESENTED |
| 253254 | 2,989.74 | 08-14-00 | | 08-02-00 | | 3 | STOPPED, CHECK PRESENTED |
| 254553 | 23,417.73 | 08-14-00 | | 08-02-00 | | 3 | STOPPED, CHECK PRESENTED |
| 255367 | 2,788.60 | 09-07-00 | | 08-16-00 | | 3 | STOPPED ITEM |
| 256007 | 1,640.26 | 09-07-00 | | 08-17-00 | | 3 | STOPPED, CHECK PRESENTED |
| 256175 | 1,729.94 | 09-11-00 | | 08-23-00 | | 3 | STOPPED, CHECK PRESENTED |
| 256336 | 220.16 | 02-15-01 | | 08-23-00 | | 3 | STOPPED, CHECK PRESENTED |
| 257015 | 538.00 | 09-19-00 | | 08-23-00 | | 3 | STOPPED, CHECK PRESENTED |
| 258676 | 5,052.22 | 12-08-00 | | 09-06-00 | | 3 | STOPPED ITEM |
| 259335 | 26.35 | 10-24-00 | | 09-13-00 | | 3 | STOPPED, CHECK PRESENTED |
| 260489 | 2,543.07 | 10-11-00 | | 09-20-00 | | 3 | STOPPED, CHECK PRESENTED |
| 261540 | 20,000.00 | 10-10-00 | | 09-25-00 | | 3 | STOPPED ITEM |
| 261755 | 745.98 | 11-17-00 | | 09-28-00 | | 3 | STOPPED ITEM |
| 262969 | 52,200.00 | 11-02-00 | | 10-04-00 | | 3 | STOPPED ITEM |
| 263056 | 1,170.00 | 10-24-00 | | 10-04-00 | | 3 | STOPPED, CHECK PRESENTED |
| 263246 | 271.00 | 10-20-00 | | 10-05-00 | | 3 | STOPPED, CHECK PRESENTED |
| 264963 | 100.62 | 02-12-01 | | 10-18-00 | | 3 | STOPPED ITEM |
| 265094 | 487.36 | 01-24-01 | | 10-18-00 | | 3 | STOPPED ITEM |
| 265739 | 774.32 | 12-20-00 | | 10-18-00 | | 3 | STOPPED ITEM |
| 266389 | 13,177.46 | 12-18-00 | | 10-25-00 | | 3 | STOPPED ITEM |
| 266547 | 276.00 | 12-04-00 | | 10-27-00 | | 3 | STOPPED ITEM |
| 266940 | 32,016.57 | 11-09-00 | | 11-01-00 | | 3 | STOPPED ITEM |
| 267718 | 5,633.90 | 03-08-01 | | 11-08-00 | | 3 | STOPPED, CHECK PRESENTED |
| 269105 | 13,688.50 | 03-19-01 | | 11-15-00 | | 3 | STOPPED ITEM |
| 270739 | | 12-20-00 | | 11-29-00 | | 3 | STOPPED ITEM |
| 271278 | 1,556.99 | 01-22-01 | | 12-01-00 | | 3 | STOPPED ITEM |
| 271605 | 1,815.00 | 01-16-01 | | 12-01-00 | | 3 | STOPPED ITEM |
| 272136 | 6,129.90 | 01-22-01 | | 12-06-00 | | 3 | STOPPED ITEM |
| 273141 | 876.20 | 02-01-01 | | 12-13-00 | | 3 | STOPPED ITEM |
| 273463 | 2,760.00 | 03-13-01 | | 12-13-00 | | 3 | STOPPED ITEM |
| 273597 | 1,437.15 | 12-18-00 | | 12-13-00 | | 3 | STOPPED ITEM |
| 274253 | 663.00 | 01-04-01 | | 12-21-00 | | 3 | STOPPED ITEM |
| 274254 | 522.00 | 01-09-01 | | 12-21-00 | | 3 | STOPPED ITEM |
| 274590 | 222.62 | 02-15-01 | | 12-29-00 | | 3 | STOPPED ITEM |
| 276076 | 12,509.28 | 02-02-01 | | 01-10-01 | | 3 | STOPPED ITEM |
| 276267 | 561.79 | 02-12-01 | | 01-10-01 | | 3 | STOPPED ITEM |
| 276949 | 6,800.65 | 10-15-01 | | 01-10-01 | | 3 | STOPPED ITEM |
| 276950 | 68.90 | 02-21-01 | | 01-10-01 | | 3 | STOPPED ITEM |
| 277411 | 3,650.00 | 02-12-01 | | 01-17-01 | | 3 | STOPPED ITEM |
| 277836 | 41,000.00 | 01-26-01 | | 01-17-01 | | 3 | STOPPED, CHECK PRESENTED |
| 279088 | 63.77 | 02-16-01 | | 01-24-01 | | 3 | STOPPED ITEM |
| 279399 | 1,039.00 | 02-15-01 | | 01-26-01 | | 3 | STOPPED ITEM |
| 279773 | 8,314.80 | 02-08-01 | | 02-01-01 | | 3 | STOPPED ITEM |

```
SMS565- 35                                                                                              PAGE    13
BANK NO.  00000001    TEAM NO.  004    W R GRACE CO-CONN    DIAGNOSTIC SUMMARY REPORT                   DATE 11/30/01
ACCOUNT NO. 207992000576 1                                  004    REPORT   CONSOLIDATED                AS OF 11-30-01
```

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 279800 | 9,902.88 | 02-12-01 | | 02-01-01 | | 3 | STOPPED, CHECK PRESENTED |
| 280018 | 4,013.43 | 02-09-01 | | 02-01-01 | | 3 | STOPPED, CHECK PRESENTED |
| 280049 | 1,198.09 | 02-21-01 | | 02-01-01 | | 3 | STOPPED, CHECK PRESENTED |
| 280593 | 24,944.40 | 02-08-01 | | 02-06-01 | | 3 | STOPPED ITEM |
| 280680 | 8,314.80 | 02-08-01 | | 02-07-01 | | 3 | STOPPED ITEM |
| 280856 | 292,396.24 | 03-13-01 | | 02-07-01 | | 3 | STOPPED ITEM |
| 281033 | 3,157.87 | 03-22-01 | | 02-07-01 | | 3 | STOPPED ITEM |
| 281822 | 12,016.44 | 03-22-01 | | 02-14-01 | | 3 | STOPPED ITEM |
| 283254 | 4,500.00 | 03-13-01 | | 02-21-01 | | 3 | STOPPED ITEM |
| 300199 | 1,227.70 | 09-05-01 | | | | 3 | STOPPED ITEM |
| 300217 | 112.00 | 08-02-01 | | | | 3 | STOPPED ITEM |
| 301354 | 20,580.00 | 04-23-01 | | 04-10-01 | | 3 | STOPPED ITEM |
| 301564 | 22,800.00 | 04-26-01 | | 04-12-01 | | 3 | STOPPED ITEM |
| 301745 | 119.00 | 08-02-01 | | 04-12-01 | | 3 | STOPPED ITEM |
| 301794 | 11,151.00 | 04-26-01 | | 04-12-01 | | 3 | STOPPED ITEM |
| 301839 | 23,480.16 | 06-05-01 | | 04-18-01 | | 3 | STOPPED ITEM |
| 301868 | 584.73 | 05-14-01 | | 04-18-01 | | 3 | STOPPED, CHECK PRESENTED |
| 301871 | 1,780.00 | 04-30-01 | | 04-18-01 | | 3 | STOPPED, CHECK PRESENTED |
| 301982 | 200.00 | 11-10-01 | | 04-18-01 | | 4 | CANCELED ISSUE |
| 302235 | 726.94 | 11-09-01 | | 04-18-01 | | 4 | CANCELED ISSUE |
| 302236 | 3,283.29 | 11-09-01 | | 04-18-01 | | 4 | CANCELED ISSUE |
| 302455 | 4,236.66 | 08-14-01 | | 04-19-01 | | 4 | STOPPED ITEM |
| 303128 | 1,430.75 | 06-20-01 | | 05-02-01 | | 4 | STOPPED ITEM |
| 304984 | 3,900.00 | 11-22-01 | | 05-16-01 | | 4 | CANCELED ISSUE |
| 305124 | 1,000.00 | 11-22-01 | | 05-17-01 | | 4 | CANCELED ISSUE |
| 305291 | 24,028.30 | 11-26-01 | | 05-23-01 | | 4 | STOPPED ITEM |
| 306044 | 1,651.20 | 08-29-01 | | 05-30-01 | | 4 | STOPPED ITEM |
| 306369 | 300.00 | 11-22-01 | | 05-30-01 | | 4 | STOPPED ITEM |
| 306674 | 32,328.00 | 06-27-01 | | 06-06-01 | | 4 | CANCELED ISSUE |
| 306689 | 1,681.50 | 11-02-01 | | 06-06-01 | | 4 | STOPPED ITEM |
| 306750 | 988.16 | 08-03-01 | | 06-06-01 | | 4 | STOPPED ITEM |
| 307290 | 240.00 | 06-29-01 | | 06-11-01 | | 4 | STOPPED, CHECK PRESENTED |
| 307745 | 329.48 | 11-22-01 | | 06-13-01 | | 4 | CANCELED ISSUE |
| 307830 | 5,000.00 | 07-05-01 | | 06-13-01 | | 4 | STOPPED ITEM |
| 308585 | 930.89 | 08-07-01 | | 06-20-01 | | 4 | STOPPED ITEM |
| 309176 | 120.13 | 11-10-01 | | 06-27-01 | | 4 | CANCELED ISSUE |
| 310092 | 55.00 | 07-16-01 | | 07-05-01 | | 5 | STOPPED, CHECK PRESENTED |
| 311418 | 114.42 | 09-18-01 | | 07-18-01 | | 5 | STOPPED ITEM |
| 311465 | 1,843.05 | 08-14-01 | | 07-18-01 | | 5 | STOPPED ITEM |
| 312429 | 343.00 | 08-08-01 | | 07-26-01 | | 5 | STOPPED ITEM |
| 312623 | 2,000.00 | 08-13-01 | | 08-01-01 | | 5 | STOPPED, CHECK PRESENTED |
| 312840 | 12,500.00 | 08-09-01 | | 08-01-01 | | 5 | STOPPED ITEM |
| 313478 | 844.10 | 10-09-01 | | 08-08-01 | | 5 | STOPPED ITEM |
| 313911 | 9,122.33 | 10-01-01 | | 08-15-01 | | 5 | STOPPED ITEM |
| 314455 | 4,783.00 | 08-31-01 | | 08-16-01 | | 5 | STOPPED ITEM |
| 314736 | 3,131.87 | 09-18-01 | | 08-22-01 | | 5 | STOPPED ITEM |
| 314911 | 30,552.00 | 09-18-01 | | 08-22-01 | | 5 | STOPPED ITEM |
| 315086 | 3,530.84 | 11-20-01 | | 08-22-01 | | 5 | STOPPED ITEM |
| 315089 | 355.88 | 09-05-01 | | 08-22-01 | | 5 | STOPPED ITEM |
| 315419 | 4,152.98 | 10-11-01 | | 08-29-01 | | 5 | STOPPED ITEM |
| 315847 | 1,200.00 | 09-18-01 | | 08-29-01 | | 5 | STOPPED ITEM |

```
SMS565-  35                                                                                         PAGE      14
BANK NO.  0000001   TEAM NO.  004           DIAGNOSTIC SUMMARY REPORT                           DATE   11/30/01
ACCOUNT NO.  20792000005761         W R GRACE CO-CONN       004        REPORT CONSOLIDATED    AS OF 11-30-01
```

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 316034 | 495.00 | 10-09-01 | | 08-30-01 | | 5 | STOPPED ITEM |
| 316362 | 2,550.00 | 10-01-01 | | 09-05-01 | | 5 | STOPPED ITEM |
| 316598 | 1,987.41 | 09-10-01 | | 09-05-01 | | 5 | STOPPED, CHECK PRESENTED |
| 316678 | 80.00 | 11-14-01 | | 09-07-01 | | 5 | STOPPED ITEM |
| 316710 | 4,888.00 | 09-26-01 | | 09-07-01 | | 5 | STOPPED, CHECK PRESENTED |
| 317066 | 2,157.51 | 10-03-01 | | 09-12-01 | | 5 | STOPPED ITEM |
| 317319 | 89.50 | 10-29-01 | | 09-12-01 | | 5 | STOPPED ITEM |
| 318751 | 420.00 | 11-19-01 | | 09-12-01 | | 5 | STOPPED ITEM |
| 318949 | 348.35 | 11-07-01 | | 09-26-01 | | 5 | STOPPED ITEM |
| 320434 | 1,327.50 | 11-19-01 | | 10-03-01 | | 6 | CANCELED ISSUE |
| 320736 | 254.94 | 10-23-01 | | 10-17-01 | | 7 | STOPPED ITEM |
| 320776 | 10,000.00 | 11-15-01 | | 10-17-01 | | 7 | STOPPED, CHECK PRESENTED |
| 321713 | 192.58 | 11-16-01 | | 10-24-01 | | 7 | STOPPED ITEM |
| 322540 | 5,000.00 | 11-02-01 | | 10-31-01 | | 11 | CANCELED ISSUE |
| 322557 | 5,000.00 | 11-02-01 | | 10-31-01 | | 19 | CANCELED ISSUE |
| 322559 | 5,000.00 | 11-02-01 | | 10-31-01 | | 19 | CANCELED ISSUE |
| 322789 | 1,057.04 | 11-29-01 | | 11-07-01 | | 19 | CANCELED ISSUE |
| 322794 | 1,018.46 | 11-14-01 | | 11-07-01 | | 21 | STOPPED ITEM |
| 323360 | 818.70 | 11-10-01 | | 11-07-01 | | 21 | CANCELED ISSUE |
| 323361 | 1,348.93 | 11-10-01 | | 11-07-01 | | 27 | CANCELED ISSUE |
| 323566 | .00 | 11-15-01 | | | | 27 | CANCELED ISSUE |
| 323775 | 10,800.00 | 11-19-01 | | | | 29 | CANCELED ITEM, NOT ISSUED |
| 324281 | .00 | 11-17-01 | | 11-14-01 | | 31 | STOPPED ITEM |
| | | | | | | 36 | CANCELED ITEM, NOT ISSUED |

| | | TOTAL CNT | TOTAL AMOUNT | |
|---|---|---|---|---|
| PAID, NO ISSUE | | 0 | .00 | |
| CANCELED ISSUE | | 16 | 28,625.44 | |
| PAID, NO ISSUE, LAST PERIOD | | 0 | .00 | |
| STOPPED ITEM | | 262 | 1,770,548.51 | |
| STOPPED, CHECK PRESENTED | | 49 | 304,090.03 | |
| FORCE POSTED ITEM | | 0 | .00 | |
| PREV PD-NO-ISS, ISSUE RECVD | | 0 | .00 | |
| PREV STOP, ISSUE RECEIVED | | 0 | .00 | |
| PREV CANCEL, ISSUE RECEIVED | | 0 | .00 | |
| CANCELED ITEM, NOT ISSUED | | 2 | .00 | |
| CANCELED WITH STOP | | 0 | .00 | |
| CANCELED WITH STOP, ISSUED | | 0 | .00 | |

Handwritten annotations: 16,174.51 obs — 52,800.00

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST/ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| MISC-CREDITS | 1 | 2079920005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 1 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 215,510.54 | | | 110101 | | ZBA TRANSFER CR | | | | | | | |
| | 438,727.09 | | | 110101 | | ZBA TRANSFER CR | | | | | | | |
| | 2671,269.43 | | | 110201 | | ZBA TRANSFER CR | | | | | | | |
| | 929,773.70 | | | 110201 | | ZBA TRANSFER CR | | | | | | | |
| 321411 | 207.00 | | | 110201 | 5180104 | 8DEPOSIT | | | | | | | |
| | 530,546.48 | | | 110501 | | ZBA TRANSFER CR | | | | | | | |
| | 613,669.58 | | | 110501 | | ZBA TRANSFER CR | | | | | | | |
| | 1129,993.15 | | | 110601 | | ZBA TRANSFER CR | | | | | | | |
| | 1415,061.48 | | | 110601 | | ZBA TRANSFER CR | | | | | | | |
| | 1748,188.97 | | | 110701 | | ZBA TRANSFER CR | | | | | | | |
| | 21,498.02 | | | 110701 | | ZBA TRANSFER CR | | | | | | | |
| | 189,789.89 | | | 110801 | | ZBA TRANSFER CR | | | | | | | |
| | 776,517.14 | | | 110801 | | ZBA TRANSFER CR | | | | | | | |
| | 2593,601.52 | | | 110901 | | ZBA TRANSFER CR | | | | | | | |
| | 304,062.46 | | | 110901 | | ZBA TRANSFER CR | | | | | | | |
| | 304,878.26 | | | 111301 | | ZBA TRANSFER CR | | | | | | | |
| | 1179,034.24 | | | 111401 | | ZBA TRANSFER CR | | | | | | | |
| | 466,709.97 | | | 111401 | | ZBA TRANSFER CR | | | | | | | |
| | 348,260.75 | | | 111501 | | ZBA TRANSFER CR | | | | | | | |
| | 283.27 | | | 111501 | 000000017 | P=N STOP HIT CR | | | | | | | |
| | 330,499.38 | | | 111601 | | ZBA TRANSFER CR | | | | | | | |
| | 2445,706.33 | | | 111601 | | ZBA TRANSFER CR | | | | | | | |
| | 1500,832.01 | | | 111901 | | ZBA TRANSFER CR | | | | | | | |
| | 400,506.08 | | | 111901 | | ZBA TRANSFER CR | | | | | | | |
| | 770,279.62 | | | 112001 | | ZBA TRANSFER CR | | | | | | | |
| | 1210,912.84 | | | 112001 | | ZBA TRANSFER CR | | | | | | | |
| | 200,253.04 | | | 112001 | 13200578 | AUTOMATED CREDIT | | | | | | | |
| | 487,619.93 | | | 112101 | | ZBA TRANSFER CR | | | | | | | |
| | 446,667.13 | | | 112101 | | ZBA TRANSFER CR | | | | | | | |
| | 503,196.70 | | | 112301 | | ZBA TRANSFER CR | | | | | | | |
| | 929,317.02 | | | 112301 | | ZBA TRANSFER CR | | | | | | | |
| | 922,748.71 | | | 112601 | | ZBA TRANSFER CR | | | | | | | |
| | 899,365.41 | | | 112701 | | ZBA TRANSFER CR | | | | | | | |
| | 2654,214.20 | | | 112701 | | ZBA TRANSFER CR | | | | | | | |
| | 1303,135.81 | | | 112801 | | ZBA TRANSFER CR | | | | | | | |
| | 186,691.09 | | | 112801 | | ZBA TRANSFER CR | | | | | | | |
| | 445,529.47 | | | 112901 | 13250590 | AUTOMATED CREDIT | | | | | | | |
| | 332,693.97 | | | 112901 | | ZBA TRANSFER CR | | | | | | | |
| | 389,194.94 | | | 112901 | | ZBA TRANSFER CR | | | | | | | |
| | 2891,162.05 | | | 113001 | | ZBA TRANSFER CR | | | | | | | |
| | 161,573.34 | | | 113001 | | ZBA TRANSFER CR | | | | | | | |

MISC 34,689,682.01 41GT

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM,DUPLICATE OR NO SERIAL #.
M = MISSING OUTSTANDING ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| MISC-DEBITS | | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | 004 | 11-30-01 | 1 |

| CHECK NUMBER | PAID | O/S | DATE PAID | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | D/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 215,510.54 | | 11010l | 13040837 | AUTOMATED DEBIT | | | | | | | |
| | 2671,475.43 | | 110201 | 13050597 | AUTOMATED DEBIT | | | | | | | |
| | 613,669.55 | | 110501 | 13060440 | AUTOMATED DEBIT | | | | | | | |
| 321212 | .03 | | 110501 | 47901048 | DEBIT MEMO | | | | | | | |
| | 1403,422.41 | | 110601 | 13090513 | AUTOMATED DEBIT | | | | | | | |
| | 11,639.07 | | 110601 | 13090605 | AUTOMATED DEBIT | | | | | | | |
| | 21,498.02 | | 110701 | 13100724 | AUTOMATED DEBIT | | | | | | | |
| | 189,789.89 | | 110801 | 13110759 | AUTOMATED DEBIT | | | | | | | |
| | 198,116.89 | | 110901 | 13120493 | AUTOMATED DEBIT | | | | | | | |
| | 2395,484.63 | | 110901 | 13120583 | AUTOMATED DEBIT | | | | | | | |
| | 1178,750.97 | | 111401 | 13171103 | AUTOMATED DEBIT | | | | | | | |
| | 283.27 | | 111401 | 000Q0017 | P=N STOP HIT DEB | | | | | | | |
| | 2.49 | | 111501 | | ZBA TRANSFER DR | | | | | | | |
| | 2161,323.02 | | 111601 | 13190577 | AUTOMATED DEBIT | | | | | | | |
| | 284,383.31 | | 111601 | 13190499 | AUTOMATED DEBIT | | | | | | | |
| | 200,259.04 | | 111901 | 13200517 | AUTOMATED DEBIT | | | | | | | |
| | 200,253.04 | | 111901 | 13200578 | AUTOMATED DEBIT | | | | | | | |
| | 1411,164.98 | | 112001 | 13230829 | AUTOMATED DEBIT | | | | | | | |
| 323148 | .90 | | 112001 | 84901048 | DEBIT MEMO | | | | | | | |
| | 446,667.13 | | 112101 | 13240840 | AUTOMATED DEBIT | | | | | | | |
| | 445,529.47 | | 112301 | 13250590 | AUTOMATED DEBIT | | | | | | | |
| | 38,258.08 | | 112301 | 13250668 | AUTOMATED DEBIT | | | | | | | |
| | 2654,214.20 | | 112701 | 13290578 | AUTOMATED DEBIT | | | | | | | |
| | 186,691.09 | | 112801 | 13300599 | AUTOMATED DEBIT | | | | | | | |
| | 778,223.44 | | 112901 | 13310774 | AUTOMATED DEBIT | | | | | | | |
| | 2891,162.05 | | 113001 | 13320896 | AUTOMATED DEBIT | | | | | | | |
| | | | | 13330609 | AUTOMATED DEBIT | | | | | | | |

MISC  21,043,297.41      27GT

TYPE OF REPORT

UNPAID ONLY        = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY          = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED       = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL            = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED.
MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT: CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT: CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 207992000576 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 1 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 302029 | 50.00 | | 110101 | 041801 | 117706695 | | 319614 | 38,030.00 | | 111901 | 100501 | 115802101 | |
| 311968 | 100.00 | | 110201 | 072501 | 116832355 | | 319662 | 77.75 | | 110201 | 101001 | 115388372 | |
| 313627 | 115.00 | | 110201 | 080801 | 115281165 | | 319669 | 1,248.50 | | 111301 | 101001 | 114943582 | |
| 314487 | 120.00 | | 111901 | 081601 | 125199954 | | 319690 | 1,000.00 | | 101001 | 101001 | 111772000 | |
| 315022 | 25.00 | | 111301 | 082201 | 114870296 | | 319702 | 1,069.06 | | 110201 | 101001 | 111776637 | |
| 315040 | 130.00 | | 110201 | 082201 | 115281167 | | 319734 | 4,082.39 | | 110201 | 101301 | 136183323 | |
| 315158 | 4,586.77 | | 112301 | 082201 | 171611211 | | 319747 | 12,904.42 | | 111301 | 101001 | 135351397 | |
| 315197 | 24,067.56 | | 112801 | 082301 | 178993131 | | 319814 | 3,532.40 | | 110901 | 101001 | 112211051 | |
| 315505 | 1,200.00 | | 112301 | 082901 | 113193280 | | 319820 | 1,659.00 | | 110801 | 101001 | 137160761 | |
| 315629 | 3,376.00 | | 110501 | 082901 | 110219523 | | 319821 | 11,470.80 | | 110501 | 101001 | 129939411 | |
| 315798 | 1,835.00 | | 110201 | 082901 | 111854910 | | 319852 | 291.73 | | 111301 | 101001 | 120621621 | |
| 316089 | 1,576.00 | | 110501 | 083001 | 102434341 | | 319856 | 715.00 | | 110501 | 101001 | 120449511 | |
| 316569 | 130.00 | | 112101 | 090501 | 185254881 | | 319861 | 175.00 | | 110101 | 101001 | 111603181 | |
| 316601 | 13,489.00 | | 110201 | 090501 | 153800021 | | 319875 | 102.71 | | 110801 | 101001 | 136870401 | |
| 316738 | 134.00 | | 110101 | 090701 | 110944511 | | 319882 | 373.00 | | 111301 | 101001 | 132685501 | |
| 317050 | 2,971.00 | | 110501 | 091201 | 102195221 | | 319921 | 125.25 | | 110201 | 101001 | 153854571 | |
| 317201 | 135.00 | | 110201 | 091201 | 115281166 | | 320010 | 203.60 | | 110501 | 101001 | 102448511 | |
| 317425 | 122.00 | | 110101 | 091401 | 109445521 | | 320024 | 8.94 | | 110101 | 101001 | 114285201 | |
| 317743 | 74.00 | | 110501 | 091901 | 136643361 | | 320031 | 4,213.51 | | 110701 | 101001 | 111772966 | |
| 317987 | 5,000.00 | | 111601 | 091901 | 122357321 | | 320032 | 338.77 | | 111301 | 101001 | 132715791 | |
| 318071 | 26.55 | | 110501 | 091901 | 102427371 | | 320084 | 70.00 | | 111301 | 101001 | 121394241 | |
| 318127 | 326.00 | | 101001 | 092101 | 111177641 | | 320131 | 420.00 | | 110201 | 101101 | 119428811 | |
| 318177 | 135.00 | | 110101 | 092101 | 110944541 | | 320137 | 300.00 | | 112301 | 101001 | 141238981 | |
| 318184 | 70.00 | | 112901 | 092101 | 152976201 | | 320140 | 74.67 | | 111901 | 101001 | 125484841 | |
| 318509 | 3,144.00 | | 110501 | 092601 | 102195241 | | 320152 | 50.00 | | 111401 | 101001 | 117998141 | |
| 318743 | 10,000.00 | | 110601 | 092601 | 129139241 | | 320161 | 8,537.28 | | 111301 | 101001 | 149324851 | |
| 318760 | 498.75 | | 110501 | 092601 | 122924071 | | 320199 | 139.00 | | 111901 | 101001 | 144686381 | |
| 318779 | 17,165.00 | | 112601 | 092601 | 160074841 | | 320226 | 94.00 | | 110801 | 101001 | 128283141 | |
| 318831 | 344.00 | | 110101 | 092701 | 111177621 | | 320260 | 40.00 | | 113001 | 101001 | 156172651 | |
| 318846 | 161.00 | | 110101 | 092701 | 169664721 | | 320271 | 212.22 | | 110101 | 101101 | 114100341 | |
| 318888 | 9,478.00 | | 111301 | 092701 | 114860082 | | 320289 | 136.00 | | 111501 | 101101 | 118561651 | |
| 318892 | 2,816.00 | | 110901 | 092701 | 114946041 | | 320304 | 45.00 | | 111301 | 101101 | 133528201 | |
| 318893 | 1,898.00 | | 111101 | 092701 | 142848861 | | 320309 | 61.00 | | 112801 | 101101 | 150832341 | |
| 318894 | 185.00 | | 110901 | 092701 | 125048961 | | 320323 | 913.00 | | 110801 | 101101 | 137091731 | |
| 318895 | 928.00 | | 112601 | 092701 | 161314161 | | 320327 | 136.00 | | 110101 | 101101 | 110944501 | |
| 318897 | 1,061.00 | | 110501 | 092701 | 120413401 | | 320342 | 1,405.00 | | 110201 | 101201 | 117719501 | |
| 318917 | 8,802.30 | | 110201 | 092801 | 152924031 | | 320358 | 14,666.00 | | 110501 | 101701 | 102323941 | |
| 318991 | 117.80 | | 110301 | 100301 | 163368031 | | 320375 | 10,533.33 | | 110101 | 101701 | 123039951 | |
| 319203 | 175.00 | | 110101 | 100301 | 111483381 | | 320383 | 12,347.55 | | 110101 | 101701 | 121216881 | |
| 319375 | 1,400.00 | | 110201 | 100301 | 115281169 | | 320385 | 9,122.33 | | 111201 | 101701 | 170006001 | |
| 319453 | 10.00 | | 111401 | 100301 | 170248921 | | 320388 | 13,812.84 | | 111201 | 101701 | 117697161 | |
| 319515 | 139.00 | | 110701 | 100301 | 133178841 | | 320391 | 127.25 | | 110201 | 101701 | 115269521 | |
| 319517 | 103.96 | | 112101 | 100301 | 155601461 | | 320394 | 9,020.00 | | 110501 | 101701 | 102473721 | |
| 319535 | 369.00 | | 110101 | 100401 | 111177631 | | 320397 | 25.00 | | 101001 | 101701 | 117025451 | |
| 319558 | 253.00 | | 110201 | 100401 | 116831851 | | 320406 | 9,585.00 | | 110201 | 101701 | 117690571 | |
| 319564 | 89.00 | | 111601 | 100401 | 174295951 | | 320410 | 1,800.00 | | 110701 | 101701 | 121197131 | |
| 319567 | 81.00 | | 110701 | 100401 | 133866391 | | 320415 | 121.20 | | 110701 | 101701 | 136231181 | |
| 319570 | 6,913.00 | | 110701 | 100401 | 122762501 | | 320423 | 1,498.40 | | 111301 | 101701 | 149435811 | |
| 319580 | 524.00 | | 110501 | 100401 | 140759921 | | 320424 | 39.72 | | 110501 | 101701 | 119588691 | |
| 319596 | 171.00 | | 110101 | 100401 | 110944491 | | 320438 | 3,443.16 | | 111401 | 101701 | 139023481 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED.
    MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

**TYPE OF REPORT:** PAID ONLY
**BANK NO:** 1
**CUST ACCOUNT NO:** 2079920005761
**CUSTOMER NAME:** W R GRACE CO-CONN ATTN: MARY BOUCHARD
**ACCOUNT NO:** 004

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 320451 | 173.48 | | 110201 | 101701 | 15382928 | | 320995 | 69.23 | | 110201 | 101701 | 15284579 | |
| 320474 | 239.75 | | 110501 | 101701 | 10242131 | | 320999 | 459.85 | | 110201 | 101701 | 11699671 | |
| 320482 | 179.00 | | 110501 | 101701 | 12313242 | | 321001 | 117.42 | | 110701 | 101701 | 12935225 | |
| 320498 | 36.04 | | 110101 | 101701 | 11101384 | | 321003 | 31.25 | | 110101 | 101701 | 11159976 | |
| 320500 | 6,687.18 | | 110101 | 101701 | 11704958 | | 321004 | 40.00 | | 110201 | 101701 | 11159975 | |
| 320546 | 4,500.00 | | 110701 | 101701 | 13316499 | | 321007 | 107.00 | | 110201 | 101701 | 15311708 | |
| 320547 | 800.00 | | 110201 | 101701 | 15299138 | | 321016 | 75.00 | | 110901 | 101701 | 14286482 | |
| 320559 | 5.00 | | 110501 | 101701 | 12059972 | | 321018 | 4,316.00 | | 110901 | 101701 | 14189789 | |
| 320560 | 41.82 | | 110501 | 101701 | 11935069 | | 321020 | 121.15 | | 110101 | 101701 | 11096072 | |
| 320572 | 1,600.00 | | 110501 | 101701 | 10223551 | | 321021 | 117.47 | | 110101 | 101701 | 11096073 | |
| 320580 | 1,366.50 | | 111501 | 101701 | 17199550 | | 321026 | 95.00 | | 110801 | 101701 | 13689203 | |
| 320588 | 5,810.00 | | 110101 | 101701 | 13154427 | | 321034 | 973.00 | | 110701 | 101701 | 11029577 | |
| 320595 | 76.67 | | 111201 | 101701 | 16379648 | | 321036 | 1,940.00 | | 110201 | 101701 | 11770570 | |
| 320600 | 400.95 | | 111501 | 101701 | 14114995 | | 321037 | 1,731.00 | | 110101 | 101701 | 11220745 | |
| 320601 | 152.00 | | 110501 | 101701 | 10243866 | | 321038 | 11,166.00 | | 110501 | 101701 | 11949770 | |
| 320636 | 1,267.20 | | 110201 | 101701 | 12132628 | | 321042 | 47.00 | | 110201 | 101701 | 11692814 | |
| 320637 | 390.87 | | 110501 | 101701 | 12045935 | | 321044 | 687.00 | | 110101 | 101701 | 11218124 | |
| 320658 | 94.39 | | 110101 | 101701 | 11934436 | | 321045 | 41.00 | | 110201 | 101701 | 11769231 | |
| 320659 | 68.90 | | 110201 | 101701 | 15324567 | | 321047 | 28.00 | | 111301 | 101701 | 11327147 | |
| 320664 | 487.29 | | 111301 | 101701 | 14870484 | | 321048 | 87.00 | | 110501 | 101701 | 12047516 | |
| 320672 | 175.00 | | 110201 | 101701 | 11694866 | | 321050 | 8,613.00 | | 110801 | 101701 | 13572117 | |
| 320690 | 455.48 | | 110701 | 101701 | 13385451 | | 321051 | 2,625.00 | | 110701 | 101701 | 12520235 | |
| 320692 | 83.15 | | 110701 | 101701 | 11042885 | | 321052 | 1,399.00 | | 110101 | 101701 | 11115647 | |
| 320709 | 1,680.77 | | 110201 | 101701 | 15384724 | | 321053 | 5,653.00 | | 110101 | 101701 | 11225432 | |
| 320712 | 3,000.00 | | 110501 | 101701 | 12292841 | | 321054 | 7,172.00 | | 110701 | 101701 | 11034358 | |
| 320729 | 100.00 | | 111301 | 101701 | 14937173 | | 321055 | 9,657.00 | | 111201 | 101701 | 18341039 | |
| 320740 | 306.70 | | 110101 | 101701 | 13656144 | | 321056 | 17,259.00 | | 110701 | 101701 | 12130907 | |
| 320749 | 3,128.00 | | 110501 | 101701 | 12140333 | | 321057 | 498.00 | | 110501 | 101701 | 13671318 | |
| 320750 | 90.96 | | 111301 | 101701 | 11943179 | | 321059 | 417.00 | | 110101 | 101701 | 11164873 | |
| 320751 | 3,944.50 | | 110501 | 101701 | 14936799 | | 321060 | 218.00 | | 110101 | 101701 | 11220307 | |
| 320764 | 75.00 | | 110901 | 101701 | 14286481 | | 321063 | 4,540.00 | | 110501 | 101701 | 13671377 | |
| 320773 | 151.08 | | 110201 | 101701 | 11692653 | | 321067 | 150.00 | | 110701 | 101701 | 11046788 | |
| 320781 | 15,509.22 | | 112801 | 101701 | 19254551 | | 321085 | 17,326.50 | | 110201 | 101801 | 12132422 | |
| 320823 | 71.90 | | 110201 | 101701 | 11688795 | | 321087 | 63.54 | | 110201 | 101801 | 11775519 | |
| 320838 | 3,367.00 | | 110101 | 101701 | 11226861 | | 321091 | 12,005.38 | | 110101 | 101801 | 15292206 | |
| 320845 | 655.00 | | 110501 | 101701 | 12060500 | | 321092 | 25,798.87 | | 110101 | 101801 | 11938842 | |
| 320848 | 17,439.16 | | 110601 | 101701 | 12289682 | | 321098 | 119.12 | | 111601 | 101801 | 14075993 | |
| 320879 | 87.45 | | 110201 | 101701 | 17784078 | | 321102 | 175.00 | | 110701 | 101801 | 19238021 | |
| 320905 | 325.00 | | 110101 | 101701 | 11141432 | | 321104 | 1,000.00 | | 110801 | 101801 | 13721226 | |
| 320915 | 1,374.00 | | 110101 | 101701 | 11141433 | | 321110 | 402.00 | | 110101 | 101801 | 11696648 | |
| 320941 | 184.00 | | 110101 | 101701 | 11942882 | | 321114 | 371.00 | | 110801 | 101801 | 14509681 | |
| 320942 | 285.00 | | 112001 | 101701 | 12653151 | | 321115 | 326.00 | | 110201 | 101801 | 15363280 | |
| 320943 | 1,351.50 | | 110501 | 101701 | 12035163 | | 321116 | 543.00 | | 110101 | 101801 | 13468168 | |
| 320944 | 48.66 | | 110501 | 101701 | 12060500 | | 321124 | 3,135.02 | | 110101 | 101801 | 11220139 | |
| 320955 | 450.00 | | 110601 | 101701 | 12289682 | | 321133 | 101.00 | | 111501 | 101801 | 14075993 | |
| 320972 | 1,681.00 | | 112801 | 101701 | 17784078 | | 321134 | 50.00 | | 111801 | 101801 | 19238021 | |
| 320974 | 126.54 | | 110101 | 101701 | 11141432 | | 321135 | 156.00 | | 110101 | 101801 | 11696314 | |
| 320975 | 42.00 | | 110101 | 101701 | 11141433 | | 321142 | 58.00 | | 110201 | 101801 | 15388078 | |
| 320981 | 216.16 | | 110701 | 101701 | 13313468 | | 321143 | 257.34 | | 110801 | 101801 | 12606235 | |
| 320993 | 41.20 | | 110201 | 101701 | 11531422 | | 321162 | 37,000.00 | | 110701 | 102301 | 12516396 | |

TYPE OF REPORT
- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES
1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | BANK NO | CUST ACCOUNT NO | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| PAID ONLY | | 1 | 207992 0005761 | | W R GRACE CO-CONN ATTN. MARY BOUCHARD | | 004 | 11-30-01 | 3 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321166 | 5,999.14 | | 110501 | 102401 | 11774461 | | 321265 | 1,458.12 | | 110501 | 102401 | 11953627 | |
| 321167 | 2,723.94 | | 110501 | 102401 | 11863596 | | 321269 | 250.00 | | 110701 | 102401 | 13319337 | |
| 321168 | 1,132.66 | | 110201 | 102401 | 15359888 | | 321271 | 6,987.60 | | 110701 | 102401 | 12484345 | |
| 321169 | 66.30 | | 110201 | 102401 | 11698872 | | 321275 | 640.00 | | 110101 | 102401 | 11093505 | |
| 321172 | 279.84 | | 110201 | 102401 | 15289615 | | 321277 | 1,149.01 | | 110101 | 102401 | 11165493 | |
| 321173 | 60.00 | | 110101 | 102401 | 11689780 | | 321278 | 60.00 | | 110901 | 102401 | 13273749 | |
| 321174 | 430.91 | | 110101 | 102401 | 11222664 | | 321285 | 642.57 | | 110201 | 102401 | 15388640 | |
| 321176 | 20,384.97 | | 110501 | 102401 | 11948850 | | 321291 | 6,516.33 | | 110201 | 102401 | 13618322 | |
| 321177 | 57.00 | | 110501 | 102401 | 12322696 | | 321292 | 90.00 | | 110701 | 102401 | 11042972 | |
| 321178 | 240.66 | | 110501 | 102401 | 10242382 | | 321293 | 48.69 | | 110101 | 102401 | 11695217 | |
| 321179 | 161.22 | | 110201 | 102401 | 11685990 | | 321295 | 2,901.37 | | 110201 | 102401 | 11773304 | |
| 321180 | 129.11 | | 111401 | 102401 | 17006539 | | 321296 | 78.78 | | 110101 | 102401 | 11156369 | |
| 321182 | 99,631.03 | | 110501 | 102401 | 11755128 | | 321302 | 432.70 | | 110101 | 102401 | 13146720 | |
| 321183 | 200.87 | | 110201 | 102401 | 13656206 | | 321303 | 1,522.05 | | 110101 | 102401 | 11704957 | |
| 321186 | 9,193.50 | | 110201 | 102401 | 11702587 | | 321308 | 625.00 | | 110901 | 102401 | 14712924 | |
| 321189 | 183.22 | | 110201 | 102401 | 15300002 | | 321309 | 1,595.00 | | 110101 | 102401 | 11141941 | |
| 321192 | 25,485.17 | | 110201 | 102401 | 15280723 | | 321311 | 3,818.11 | | 110101 | 102401 | 11165456 | |
| 321194 | 356.21 | | 110101 | 102401 | 11703285 | | 321315 | 330.08 | | 110201 | 102401 | 15363653 | |
| 321195 | 204.40 | | 110201 | 102401 | 11682501 | | 321320 | 3,002.00 | | 110201 | 102401 | 11773014 | |
| 321196 | 105.62 | | 110201 | 102401 | 12131273 | | 321323 | 1,800.31 | | 110801 | 102401 | 12602523 | |
| 321197 | 68.26 | | 110101 | 102401 | 11108439 | | 321326 | 422.31 | | 110801 | 102401 | 11880492 | |
| 321198 | 2,419.31 | | 110101 | 102401 | 11226957 | | 321330 | 141.54 | | 110301 | 102401 | 11954775 | |
| 321199 | 800.45 | | 110101 | 102401 | 11226114 | | 321334 | 635.85 | | 110101 | 102401 | 11146466 | |
| 321202 | 6,293.34 | | 110701 | 102401 | 13390732 | | 321335 | 127.75 | | 110701 | 102401 | 13317794 | |
| 321204 | 7,609.10 | | 110101 | 102401 | 11689140 | | 321336 | 527.88 | | 110201 | 102401 | 11697287 | |
| 321206 | 138.64 | | 110101 | 102401 | 11163658 | | 321337 | 755.50 | | 110201 | 102401 | 11695221 | |
| 321208 | 1,800.00 | | 110101 | 102401 | 11104896 | | 321339 | 108.60 | | 110101 | 102401 | 11115371 | |
| 321209 | 3,348.99 | | 110201 | 102401 | 15280481 | | 321340 | 209.02 | | 110501 | 102401 | 11194091 | |
| 321211 | 1,162.67 | | 110201 | 102401 | 12130537 | | 321341 | 6,708.21 | | 110601 | 102401 | 12987455 | |
| 321212 | 77.76 | | 110201 | 102401 | 15388373 | | 321342 | 1,250.00 | | 110201 | 102401 | 11701278 | |
| 321213 | 209.41 | | 110501 | 102401 | 13656178 | | 321343 | 240.00 | | 110801 | 102401 | 13689708 | |
| 321215 | 17,488.60 | | 110101 | 102401 | 11942096 | | 321347 | 1,964.00 | | 110201 | 102401 | 11770549 | |
| 321217 | 187.64 | | 110701 | 102401 | 10961550 | | 321348 | 1,418.10 | | 111601 | 102401 | 14319172 | |
| 321218 | 250.65 | | 110501 | 102401 | 12316522 | | 321349 | 914.00 | | 111201 | 102401 | 11970198 | |
| 321220 | 141.27 | | 110501 | 102401 | 11937304 | | 321351 | 246.75 | | 111201 | 102401 | 11357152 | |
| 321227 | 2,887.00 | | 110201 | 102401 | 15287670 | | 321352 | 4,010.00 | | 110701 | 102401 | 13390263 | |
| 321229 | 1,295.00 | | 110501 | 102401 | 11953652 | | 321354 | 691.00 | | 110201 | 102401 | 15385396 | |
| 321232 | 3,508.72 | | 110201 | 102401 | 11686517 | | 321355 | 1,035.20 | | 110101 | 102401 | 11117079 | |
| 321235 | 73.80 | | 110601 | 102401 | 10711723 | | 321359 | 1,250.00 | | 110501 | 102401 | 10219776 | |
| 321236 | 1,484.00 | | 110501 | 102401 | 10219077 | | 321362 | 1,791.05 | | 110101 | 102401 | 11217696 | |
| 321237 | 324.00 | | 110101 | 102401 | 11943565 | | 321363 | 600.00 | | 110501 | 102401 | 11213449 | |
| 321240 | 5,740.80 | | 110201 | 102401 | 11778069 | | 321364 | 181.15 | | 110201 | 102401 | 15316639 | |
| 321241 | 119.70 | | 110201 | 102401 | 15388639 | | 321366 | 2,747.24 | | 110601 | 102401 | 11299613 | |
| 321250 | 94.00 | | 111301 | 102401 | 14866460 | | 321369 | 1,178.17 | | 110701 | 102401 | 11035066 | |
| 321251 | 1,175.93 | | 110501 | 102401 | 10242039 | | 321371 | 3,436.88 | | 110201 | 102401 | 11694766 | |
| 321253 | 2,963.44 | | 110101 | 102401 | 11217172 | | 321374 | 311.17 | | 110101 | 102401 | 12320414 | |
| 321255 | 691.23 | | 110201 | 102401 | 15300174 | | 321375 | 169.09 | | 110501 | 102401 | 11705839 | |
| 321258 | 3,175.24 | | 110201 | 102401 | 11682594 | | 321378 | 129.75 | | 110101 | 102401 | 11706184 | |
| 321259 | 10,773.24 | | 110501 | 102401 | 11939650 | | 321379 | 47,015.01 | | 110101 | 102401 | 11150607 | |
| 321264 | 220.00 | | 110601 | 102401 | 12389496 | | 321380 | 77.00 | | 110501 | 102401 | 11953847 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 : CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED.
    MEMO ONLY, NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M : MISSING (OUTSTANDING) ITEM.