# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079920005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 4 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321382 | 181.14 | | 110501 | 102401 | 11978134 | | 321476 | 500.00 | | 110101 | 102401 | 11160524 | |
| 321386 | 57.32 | | 110201 | 102401 | 15299667 | | 321477 | 100.00 | | 110201 | 102401 | 11686403 | |
| 321388 | 47.24 | | 111301 | 102401 | 11702662 | | 321479 | 394.71 | | 111401 | 102401 | 13892335 | |
| 321390 | 3,417.40 | | 111301 | 102401 | 13289048 | | 321481 | 276.60 | | 111301 | 102401 | 14870485 | |
| 321391 | 400.75 | | 110501 | 102401 | 10232289 | | 321485 | 1,308.75 | | 110101 | 102401 | 11217800 | |
| 321392 | 48.00 | | 111601 | 102401 | 14386032 | | 321486 | 1,105.01 | | 110101 | 102401 | 11942607 | |
| 321393 | 98.00 | | 112101 | 102401 | 16733429 | | 321493 | 14,820.00 | | 110801 | 102401 | 13666147 | |
| 321394 | 115.00 | | 111501 | 102401 | 14106594 | | 321495 | 2,144.27 | | 110201 | 102401 | 11699796 | |
| 321396 | 4.26 | | 110501 | 102401 | 10223756 | | 321496 | 354.00 | | 110201 | 102401 | 15305084 | |
| 321397 | 150.00 | | 111901 | 102401 | 12541031 | | 321497 | 328.16 | | 111601 | 102401 | 12167279 | |
| 321399 | 3,329.42 | | 110101 | 102401 | 11222563 | | 321499 | 52.41 | | 110101 | 102401 | 11686216 | |
| 321400 | 33,086.34 | | 110901 | 102401 | 14217895 | | 321500 | 745.05 | | 110701 | 102401 | 11105591 | |
| 321402 | 6,200.00 | | 110501 | 102401 | 12292475 | | 321504 | 546.65 | | 110701 | 102401 | 13385453 | |
| 321404 | 1,734.95 | | 110501 | 102401 | 10244570 | | 321506 | 45.53 | | 110701 | 102401 | 11042886 | |
| 321410 | 1,121.75 | | 110201 | 102401 | 11771955 | | 321507 | 829.34 | | 110101 | 102401 | 11156628 | |
| 321413 | 275.00 | | 110101 | 102401 | 11143688 | | 321508 | 32.48 | | 110201 | 102401 | 11692097 | |
| 321415 | 720.58 | | 112101 | 102401 | 12914879 | | 321511 | 12,557.64 | | 110101 | 102401 | 11697301 | |
| 321416 | 1,402.22 | | 110201 | 102401 | 11768753 | | 321512 | 66.41 | | 110101 | 102401 | 10953118 | |
| 321417 | 465.00 | | 110101 | 102401 | 11932672 | | 321513 | 61.67 | | 110101 | 102401 | 11701478 | |
| 321418 | 462.00 | | 111501 | 102401 | 14118698 | | 321514 | 891.81 | | 110101 | 102401 | 11152011 | |
| 321421 | 45.00 | | 110101 | 102401 | 11116031 | | 321516 | 60.20 | | 110501 | 102401 | 11774638 | |
| 321424 | 139.29 | | 110901 | 102401 | 14735539 | | 321517 | 2,219.67 | | 110201 | 102401 | 11688264 | |
| 321425 | 41.00 | | 112301 | 102401 | 14090861 | | 321518 | 1,619.65 | | 110201 | 102401 | 15287776 | |
| 321426 | 14,246.00 | | 111501 | 102401 | 11712641 | | 321522 | 1,547.78 | | 110701 | 102401 | 15384629 | |
| 321430 | 40,529.58 | | 110501 | 102401 | 11949978 | | 321523 | 1,509.00 | | 110601 | 102401 | 12989744 | |
| 321431 | 129.60 | | 110801 | 102401 | 13712088 | | 321524 | 14,685.81 | | 110101 | 102401 | 13148228 | |
| 321432 | 195.00 | | 110501 | 102401 | 10249046 | | 321528 | 5,226.92 | | 110201 | 102401 | 15287669 | |
| 321434 | 5,662.10 | | 111301 | 102401 | 14298874 | | 321529 | 6,583.78 | | 110501 | 102401 | 10067815 | |
| 321435 | 30.60 | | 110101 | 102401 | 11142049 | | 321531 | 3,580.20 | | 110101 | 102401 | 11222083 | |
| 321440 | 1,260.00 | | 110201 | 102401 | 11989397 | | 321532 | 359.06 | | 111701 | 102401 | 11884094 | |
| 321444 | 14,794.41 | | 110501 | 102401 | 10074062 | | 321533 | 76.15 | | 110201 | 102401 | 15367617 | |
| 321446 | 422.40 | | 112101 | 102401 | 12904665 | | 321534 | 220.00 | | 110101 | 102401 | 11151915 | |
| 321448 | 637.52 | | 110101 | 102401 | 10946514 | | 321535 | 625.00 | | 110101 | 102401 | 12486207 | |
| 321450 | 227.93 | | 110101 | 102401 | 11094351 | | 321536 | 122.49 | | 110701 | 102401 | 11103618 | |
| 321451 | 50,000.00 | | 110701 | 102401 | 11043317 | | 321538 | 9,500.00 | | 110101 | 102401 | 11204750 | |
| 321452 | 378.00 | | 111501 | 102401 | 17110275 | | 321539 | 48.60 | | 110501 | 102401 | 15301048 | |
| 321454 | 5,669.02 | | 110201 | 102401 | 15385368 | | 321540 | 113.03 | | 110201 | 102401 | 15291478 | |
| 321455 | 196.09 | | 110601 | 102401 | 13623557 | | 321542 | 18.83 | | 110601 | 102401 | 11855208 | |
| 321458 | 97.69 | | 111001 | 102401 | 11937772 | | 321543 | 2,348.72 | | 110101 | 102401 | 11994655 | |
| 321460 | 1,050.99 | | 110501 | 102401 | 11685000 | | 321544 | 618.41 | | 110101 | 102401 | 11204750 | |
| 321461 | 198.72 | | 110601 | 102401 | 11986822 | | 321545 | 1,512.81 | | 111301 | 102401 | 13196691 | |
| 321462 | 2,812.78 | | 112101 | 102401 | 11948849 | | 321546 | 50.00 | | 110601 | 102401 | 12895292 | |
| 321463 | 24.48 | | 110601 | 102401 | 15285275 | | 321547 | 102.69 | | 110101 | 102401 | 11943339 | |
| 321464 | 91.90 | | 110501 | 102401 | 12708066 | | 321549 | 2,527.06 | | 110901 | 102401 | 11428477 | |
| 321466 | 382.50 | | 110101 | 102401 | 11685000 | | 321550 | 40.62 | | 110201 | 102401 | 12486207 | |
| 321469 | 285.00 | | 110101 | 102401 | 11151847 | | 321552 | 621.89 | | 110101 | 102401 | 11368978 | |
| 321470 | 697.95 | | 110201 | 102401 | 11694791 | | 321553 | 55.02 | | 110501 | 102401 | 12042013 | |
| 321471 | 75.00 | | 110201 | 102401 | 11701004 | | 321554 | 345.25 | | 110501 | 102401 | 11770348 | |
| 321473 | 919.96 | | 110501 | 102401 | 12292553 | | 321556 | 2,562.34 | | 110501 | 102401 | 11774564 | |
| 321474 | 346.18 | | 110801 | 102401 | 13716512 | | 321557 | 450.00 | | 110201 | 102401 | 15363602 | |

TYPE OF REPORT

- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECK'S ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = PAID, OUTSTANDING CHECK'S PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079920005761 | W R GRACE CO-CONN ATTN. MARY BOUCHARD | 004 | 11-30-01 | 5 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321561 | 239.40 | | 110201 | 102401 | 11688722 | | 321635 | 6,200.00 | | 110201 | 102401 | 15313846 | |
| 321562 | 742.24 | | 110101 | 102401 | 11701254 | | 321636 | 769.96 | | 110801 | 102401 | 14520025 | |
| 321563 | 8,170.00 | | 110101 | 102401 | 11932425 | | 321637 | 837.00 | | 110501 | 102401 | 11963252 | |
| 321564 | 1,128.70 | | 110601 | 102401 | 17127286 | | 321639 | 740.00 | | 110201 | 102401 | 15297878 | |
| 321567 | 30.00 | | 111501 | 102401 | 11105302 | | 321640 | 100.00 | | 110201 | 102401 | 15281345 | |
| 321568 | 1,954.00 | | 110101 | 102401 | 11105302 | | 321642 | 81.85 | | 111301 | 102401 | 13274359 | |
| 321571 | 3,142.76 | | 110201 | 102401 | 15364327 | | 321643 | 6,825.77 | | 111301 | 102401 | 14939621 | |
| 321572 | 51.85 | | 110501 | 102401 | 02478844 | | 321644 | 468.45 | | 110101 | 102401 | 11151853 | |
| 321573 | 67.00 | | 110701 | 102401 | 12501889 | | 321645 | 664.00 | | 110501 | 102401 | 10072129 | |
| 321574 | 22.00 | | 110101 | 102401 | 11093336 | | 321648 | 838.00 | | 111401 | 102401 | 12762038 | |
| 321575 | 78,040.17 | | 110501 | 102401 | 10247152 | | 321649 | 299.98 | | 110101 | 102401 | 11119546 | |
| 321576 | 17,140.56 | | 110101 | 102401 | 11146343 | | 321650 | 7,380.00 | | 110101 | 102401 | 11094905 | |
| 321577 | 4.20 | | 110701 | 102401 | 11011059 | | 321653 | 82.41 | | 110201 | 102401 | 11694949 | |
| 321579 | 636.19 | | 110501 | 102401 | 12037713 | | 321654 | 135.08 | | 110601 | 102401 | 12902068 | |
| 321581 | 23.78 | | 110201 | 102401 | 15291934 | | 321655 | 1,425.00 | | 110101 | 102401 | 11222709 | |
| 321582 | 833.37 | | 110101 | 102401 | 13470139 | | 321656 | 543.84 | | 111401 | 102401 | 11098339 | |
| 321583 | 6,264.33 | | 110101 | 102401 | 11694678 | | 321657 | 15,522.00 | | 110101 | 102401 | 11686498 | |
| 321584 | 539.82 | | 110101 | 102401 | 11142391 | | 321658 | 500.00 | | 110201 | 102401 | 12292552 | |
| 321585 | 35.00 | | 110101 | 102401 | 11146669 | | 321662 | 1,638.00 | | 110501 | 102401 | 15364267 | |
| 321587 | 132.00 | | 111020 | 102401 | 15323819 | | 321663 | 285.00 | | 112901 | 102401 | 11034507 | |
| 321588 | 567.36 | | 110201 | 102401 | 11696326 | | 321664 | 622.16 | | 110701 | 102401 | 13752265 | |
| 321589 | 982.65 | | 110501 | 102401 | 12050052 | | 321666 | 375.00 | | 110801 | 102401 | 15666812 | |
| 321590 | 70.55 | | 110201 | 102401 | 15324543 | | 321671 | 4,921.75 | | 110201 | 102401 | 11962392 | |
| 321591 | 200.00 | | 111901 | 102401 | 15924266 | | 321672 | 1,046.34 | | 110501 | 102401 | 10978921 | |
| 321592 | 3,981.47 | | 110801 | 102401 | 12606698 | | 321673 | 2,664.93 | | 110101 | 102401 | 12618671 | |
| 321593 | 71.90 | | 110201 | 102401 | 15292820 | | 321674 | 182.55 | | 110801 | 102401 | 11769666 | |
| 321600 | 400.00 | | 110501 | 102401 | 12319763 | | 321676 | 759.13 | | 110501 | 102401 | 12327816 | |
| 321601 | 216.24 | | 110101 | 102401 | 11105071 | | 321677 | 92,168.17 | | 110101 | 102401 | 11164879 | |
| 321603 | 101.65 | | 110201 | 102401 | 11691056 | | 321681 | 28.56 | | 110101 | 102401 | 13151077 | |
| 321605 | 29.35 | | 111501 | 102401 | 11940354 | | 321682 | 189.31 | | 111301 | 102401 | 13194487 | |
| 321607 | 453.27 | | 110201 | 102401 | 11838003 | | 321687 | 432.00 | | 110701 | 102401 | 11025484 | |
| 321608 | 2,150.00 | | 110201 | 102401 | 15309865 | | 321688 | 83.19 | | 110101 | 102401 | 11105593 | |
| 321609 | 297.36 | | 111401 | 102401 | 11786447 | | 321689 | 650.00 | | 110501 | 102401 | 11695693 | |
| 321611 | 53.40 | | 110101 | 102401 | 11148974 | | 321690 | 101.27 | | 111301 | 102401 | 11900502 | |
| 321612 | 1,159.08 | | 110601 | 102401 | 13001576 | | 321691 | 600.00 | | 111301 | 102401 | 11229383 | |
| 321614 | 69.93 | | 110201 | 102401 | 11698865 | | 321695 | 1,744.20 | | 110201 | 102401 | 11685761 | |
| 321615 | 778.27 | | 110201 | 102401 | 15299660 | | 321698 | 24,538.00 | | 110701 | 102401 | 13390002 | |
| 321617 | 125.00 | | 110501 | 102401 | 12293002 | | 321699 | 50.00 | | 110501 | 102401 | 10226286 | |
| 321619 | 310.61 | | 110501 | 102401 | 15368039 | | 321700 | 377.60 | | 111501 | 102401 | 14091207 | |
| 321620 | 219.57 | | 110201 | 102401 | 12125377 | | 321701 | 2,122.20 | | 110101 | 102401 | 11705577 | |
| 321622 | 2,350.00 | | 112801 | 102401 | 11773194 | | 321702 | 2,850.00 | | 110201 | 102401 | 11770593 | |
| 321624 | 7,300.00 | | 110201 | 102401 | 15281065 | | 321705 | 228.00 | | 111401 | 102401 | 13752005 | |
| 321625 | 178.56 | | 110101 | 102401 | 11119004 | | 321707 | 130.47 | | 110201 | 102401 | 11691684 | |
| 321626 | 139.49 | | 110101 | 102401 | 11511759 | | 321708 | 1,266.00 | | 111501 | 102401 | 13028900 | |
| 321627 | 63.50 | | 110201 | 102401 | 15368039 | | 321709 | 3,060.00 | | 110101 | 102401 | 11222239 | |
| 321628 | 820.00 | | 110201 | 102401 | 15281195 | | 321712 | 50.00 | | 110101 | 102401 | 11105518 | |
| 321629 | 1,911.14 | | 110101 | 102401 | 11193367 | | 321716 | 2,084.30 | | 110101 | 102401 | 13619934 | |
| 321630 | 185.00 | | 110701 | 102401 | 12123890 | | 321717 | 10.00 | | 110501 | 102401 | 12358490 | |
| 321631 | 686.10 | | 110101 | 102401 | 11151886 | | 321720 | 1,166.00 | | 110501 | 102401 | 12335484 | |
| 321632 | 1,042.85 | | 110201 | 102401 | 11694608 | | 321721 | 167.00 | | 112901 | 102401 | 19456596 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 : CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M : MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 207992005761 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | 11-30-01 | 6 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321722 | 920.00 | | 110501 | 102401 | 11950227 | | 321782 | 31.25 | | 110601 | 102401 | 12928346 | |
| 321723 | 751.72 | | 110101 | 102401 | 11093358 | | 321783 | 40.00 | | 110601 | 102401 | 12928345 | |
| 321724 | 62.00 | | 110101 | 102401 | 11697333 | | 321784 | 123.60 | | 110501 | 102401 | 11924120 | |
| 321725 | 240.00 | | 110201 | 102401 | 12138644 | | 321785 | 48,594.00 | | 110101 | 102401 | 11094332 | |
| 321726 | 20.00 | | 110201 | 102401 | 15322347 | | 321786 | 48.00 | | 110201 | 102401 | 15298234 | |
| 321727 | 18.90 | | 110701 | 102401 | 11046963 | | 321787 | 119.77 | | 110501 | 102401 | 12042884 | |
| 321731 | 175.00 | | 110101 | 102401 | 11119984 | | 321788 | 107.00 | | 110501 | 102401 | 12060703 | |
| 321732 | 331.00 | | 112301 | 102401 | 17125226 | | 321789 | 160.00 | | 110601 | 102401 | 12721968 | |
| 321733 | 21.00 | | 110501 | 102401 | 11781452 | | 321790 | 109.48 | | 110601 | 102401 | 12721967 | |
| 321734 | 524.00 | | 110101 | 102401 | 12220227 | | 321791 | 50.00 | | 110201 | 102401 | 11695377 | |
| 321735 | 13,533.00 | | 110101 | 102401 | 10235314 | | 321792 | 57.32 | | 110201 | 102401 | 11695375 | |
| 321736 | 4,136.00 | | 110201 | 102401 | 11770643 | | 321793 | 7.20 | | 110201 | 102401 | 11695376 | |
| 321739 | 25.00 | | 110201 | 102401 | 15279398 | | 321794 | 8,422.35 | | 110201 | 102401 | 11375631 | |
| 321740 | 332.00 | | 110201 | 102401 | 11148162 | | 321795 | 2,029.50 | | 111301 | 102401 | 13201621 | |
| 321741 | 42.00 | | 110101 | 102401 | 11702663 | | 321796 | 82.82 | | 110601 | 102401 | 12922456 | |
| 321742 | 3,793.62 | | 110701 | 102401 | 11026364 | | 321797 | 157.80 | | 110801 | 102401 | 13713867 | |
| 321744 | 55,701.00 | | 110501 | 102401 | 11752666 | | 321798 | 121.15 | | 110801 | 102401 | 13713865 | |
| 321746 | 8,638.79 | | 110501 | 102401 | 12050185 | | 321799 | 117.47 | | 110801 | 102401 | 13713866 | |
| 321747 | 1,538.41 | | 110501 | 102401 | 12050184 | | 321800 | 11,121.20 | | 111501 | 102401 | 17198913 | |
| 321748 | 12,559.80 | | 110101 | 102401 | 12237787 | | 321801 | 56.25 | | 111301 | 102401 | 10070560 | |
| 321749 | 6,330.00 | | 111301 | 102401 | 13194008 | | 321802 | 68.68 | | 111050 | 102401 | 10070558 | |
| 321750 | 126.54 | | 110501 | 102401 | 12319974 | | 321803 | 41.54 | | 111050 | 102401 | 10070557 | |
| 321751 | 42.00 | | 110501 | 102401 | 12319973 | | 321804 | 26.25 | | 111050 | 102401 | 10070559 | |
| 321752 | 1,820.00 | | 110801 | 102401 | 13665180 | | 321805 | 95.00 | | 110801 | 102401 | 13689202 | |
| 321753 | 135.00 | | 110501 | 102401 | 12329310 | | 321806 | 1,542.40 | | 110901 | 102401 | 14286539 | |
| 321754 | 216.16 | | 110701 | 102401 | 13313469 | | 321809 | 51.94 | | 111301 | 102401 | 14863807 | |
| 321755 | 43,673.17 | | 110501 | 102401 | 12292086 | | 321811 | 25.97 | | 111301 | 102401 | 15324560 | |
| 321756 | 236.90 | | 110501 | 102401 | 12338829 | | 321812 | 176.90 | | 111070 | 102401 | 12503418 | |
| 321757 | 66.95 | | 110501 | 102401 | 12338828 | | 321813 | 25.97 | | 111301 | 102401 | 14872216 | |
| 321758 | 99.90 | | 110501 | 102401 | 12338827 | | 321815 | 500.00 | | 111301 | 102401 | 14863592 | |
| 321759 | 87.55 | | 110601 | 102401 | 12918887 | | 321816 | 195.25 | | 111301 | 102401 | 15627082 | |
| 321760 | 30.90 | | 110601 | 102401 | 12918886 | | 321817 | 12,328.10 | | 112101 | 102401 | 11964993 | |
| 321761 | 117.18 | | 110601 | 102401 | 12918888 | | 321821 | 4,329.20 | | 110701 | 102401 | 13385937 | |
| 321762 | 35.65 | | 110601 | 102401 | 12918889 | | 321824 | 4,500.00 | | 112101 | 102401 | 16793107 | |
| 321763 | 61.80 | | 110601 | 102401 | 12918890 | | 321825 | 24,912.22 | | 110601 | 102401 | 12722319 | |
| 321764 | 71.04 | | 110601 | 102401 | 12918891 | | 321828 | 400.00 | | 111901 | 102401 | 14454004 | |
| 321765 | 85.00 | | 110701 | 102401 | 13318077 | | 321831 | 1,190.75 | | 110101 | 102501 | 11149560 | |
| 321766 | 41.20 | | 110601 | 102401 | 12288844 | | 321832 | 1,937.00 | | 110101 | 102501 | 11219879 | |
| 321768 | 69.23 | | 110601 | 102401 | 16936520 | | 321833 | 4,460.46 | | 110901 | 102501 | 12788891 | |
| 321771 | 893.55 | | 110201 | 102401 | 11028332 | | 321835 | 200.46 | | 110201 | 102501 | 11692922 | |
| 321772 | 32,627.27 | | 110201 | 102401 | 14509485 | | 321836 | 216.66 | | 110501 | 102501 | 11692923 | |
| 321773 | 277.14 | | 110601 | 102401 | 11696360 | | 321837 | 290.00 | | 110501 | 102501 | 11975507 | |
| 321774 | 459.85 | | 110701 | 102401 | 12507427 | | 321838 | 162.37 | | 110201 | 102501 | 12132540 | |
| 321775 | 91.25 | | 110601 | 102401 | 11696361 | | 321839 | 202.96 | | 110201 | 102501 | 12132541 | |
| 321776 | 136.37 | | 110701 | 102401 | 12935230 | | 321840 | 175.00 | | 110501 | 102501 | 10244585 | |
| 321777 | 86.77 | | 110501 | 102401 | 11781457 | | 321841 | 706.34 | | 110701 | 102501 | 10348844 | |
| 321778 | 16,114.10 | | 110101 | 102401 | 11223862 | | 321842 | 440.00 | | 110701 | 102501 | 11679957 | |
| 321779 | 30.00 | | 110201 | 102401 | 11700125 | | 321843 | 180.00 | | 111050 | 102501 | 10219470 | |
| 321780 | 175.00 | | 110901 | 102401 | 13273374 | | 321844 | 86.67 | | 111301 | 102501 | 15636603 | |
| 321781 | 3,484.35 | | 111501 | 102401 | 12028305 | | 321845 | 164.50 | | 111301 | 102501 | 13219599 | |

TYPE OF REPORT
UNPAID ONLY    = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY      = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED   = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL        = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
    MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079920005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 7 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321846 | 200.00 | | 110801 | 102501 | 13665331 | | 321907 | 1,108.00 | | 111401 | 102601 | 11786883 | |
| 321847 | 90.83 | | 110201 | 102501 | 15387389 | | 321908 | 96.00 | | 110501 | 102601 | 11866165 | |
| 321848 | 5.00 | | 110201 | 102501 | 15387391 | | 321910 | 82.00 | | 111501 | 102601 | 14075994 | |
| 321849 | 421.50 | | 110201 | 102501 | 11777390 | | 321911 | 1,485.00 | | 110201 | 102601 | 11700149 | |
| 321850 | 92.09 | | 110601 | 102501 | 12279020 | | 321912 | 23.63 | | 110701 | 102601 | 13305007 | |
| 321851 | 250.00 | | 110201 | 102501 | 15387390 | | 321913 | 31.00 | | 110801 | 102601 | 13703117 | |
| 321852 | 488.25 | | 110501 | 102501 | 10235206 | | 321914 | 274.89 | | 110201 | 102601 | 11777599 | |
| 321853 | 650.00 | | 111501 | 102501 | 12226685 | | 321915 | 219.00 | | 111601 | 102601 | 14326849 | |
| 321854 | 182.50 | | 110601 | 102501 | 12928342 | | 321916 | 146.00 | | 110201 | 102601 | 12134954 | |
| 321855 | 350.00 | | 111501 | 102501 | 17141185 | | 321917 | 3,900.00 | | 110701 | 102601 | 13305034 | |
| 321856 | 95.70 | | 110501 | 102501 | 12323708 | | 321918 | 2,497.00 | | 110201 | 102601 | 11704734 | |
| 321857 | 156.00 | | 110601 | 102501 | 12721969 | | 321919 | 199.00 | | 110701 | 102601 | 11702815 | |
| 321858 | 375.00 | | 110201 | 102501 | 11695374 | | 321920 | 160.00 | | 110701 | 102601 | 12487952 | |
| 321859 | 400.00 | | 111501 | 102501 | 12335190 | | 321921 | 719.21 | | 110201 | 102601 | 12134450 | |
| 321860 | 250.00 | | 110801 | 102501 | 13708891 | | 321922 | 1,472.00 | | 111401 | 102601 | 13901885 | |
| 321862 | 66.25 | | 111201 | 102601 | 11682505 | | 321923 | 363.00 | | 110601 | 102601 | 12995162 | |
| 321864 | 649.00 | | 111301 | 102601 | 14931934 | | 321924 | 232.00 | | 110201 | 102601 | 15299004 | |
| 321865 | 480.00 | | 110501 | 102601 | 11767899 | | 321925 | 489.00 | | 110101 | 102601 | 15378886 | |
| 321866 | 307.00 | | 111401 | 102601 | 11785515 | | 321926 | 475.00 | | 110201 | 102601 | 13328959 | |
| 321868 | 247.89 | | 110501 | 102601 | 12061841 | | 321927 | 40.00 | | 110701 | 102601 | 13708172 | |
| 321869 | 1,434.00 | | 110201 | 102601 | 12140062 | | 321929 | 684.00 | | 110801 | 102601 | 11945293 | |
| 321870 | 605.00 | | 110501 | 102601 | 10236107 | | 321930 | 44.00 | | 110501 | 102601 | 11094452 | |
| 321871 | 227.67 | | 111501 | 102601 | 14100339 | | 321931 | 698.00 | | 110101 | 102601 | 14023709 | |
| 321872 | 150.00 | | 110601 | 102601 | 13000890 | | 321932 | 173.17 | | 110801 | 102601 | 11162994 | |
| 321873 | 1,085.00 | | 112601 | 102601 | 13688489 | | 321933 | 345.87 | | 110101 | 102901 | 11982637 | |
| 321874 | 85.50 | | 110501 | 102601 | 12328422 | | 321938 | 3,596.25 | | 110201 | 102901 | 15292786 | |
| 321875 | 350.00 | | 110601 | 102601 | 16380008 | | 321939 | 1,006.00 | | 111401 | 102901 | 11777445 | |
| 321877 | 262.62 | | 110701 | 102601 | 12504296 | | 321941 | 1,000.00 | | 111201 | 102901 | 11697340 | |
| 321878 | 340.40 | | 110501 | 102601 | 12322281 | | 321943 | 89.50 | | 110901 | 102901 | 14284420 | |
| 321880 | 54.82 | | 110701 | 102601 | 11042160 | | 321944 | 35.00 | | 110701 | 102901 | 14284419 | |
| 321882 | 615.04 | | 110501 | 102601 | 12053003 | | 321945 | 165.00 | | 111001 | 102901 | 12493307 | |
| 321883 | 54.80 | | 111301 | 102601 | 14930615 | | 321947 | 602.45 | | 110701 | 102901 | 12913704 | |
| 321887 | 121.00 | | 110801 | 102601 | 14509680 | | 321948 | 125,159.45 | | 110601 | 102901 | 12913704 | |
| 321888 | 78.00 | | 111501 | 102601 | 11683186 | | 321949 | 424,043.29 | | 110201 | 102901 | 10943005 | |
| 321889 | 193.00 | | 110201 | 102601 | 15363279 | | 321950 | 509,353.22 | | 110701 | 102901 | 10994807 | |
| 321890 | 70.00 | | 111501 | 102601 | 12409916 | | 321951 | 277.80 | | 111301 | 103101 | 13264935 | |
| 321891 | 904.00 | | 110701 | 102601 | 13304623 | | 321952 | 744.95 | | 110801 | 103101 | 13108229 | |
| 321893 | 142.00 | | 111501 | 102601 | 17112944 | | 321953 | 1,059.02 | | 111401 | 103101 | 13903980 | |
| 321894 | 289.00 | | 110901 | 102601 | 12794883 | | 321954 | 1,170.07 | | 110901 | 103101 | 12788149 | |
| 321895 | 228.00 | | 111901 | 102601 | 12541413 | | 321955 | 2,540.42 | | 110801 | 103101 | 13711162 | |
| 321896 | 70.00 | | 111601 | 102601 | 11697338 | | 321956 | 576.83 | | 110801 | 103101 | 16354048 | |
| 321897 | 1,113.00 | | 111301 | 102601 | 12409916 | | 321957 | 3,107.09 | | 110701 | 103101 | 12482772 | |
| 321898 | 285.00 | | 110201 | 102601 | 11697339 | | 321958 | 71,788.77 | | 111301 | 103101 | 13264935 | |
| 321899 | 215.00 | | 110201 | 102601 | 15385469 | | 321959 | 1,984.50 | | 110801 | 103101 | 13903980 | |
| 321900 | 134.00 | | 110101 | 102601 | 11119629 | | 321961 | 15.00 | | 111401 | 103101 | 12406182 | |
| 321901 | 217.00 | | 110201 | 102601 | 12250869 | | 321962 | 573.92 | | 110901 | 103101 | 14197790 | |
| 321902 | 22.00 | | 111601 | 102601 | 11773421 | | 321963 | 160.59 | | 110901 | 103101 | 14216876 | |
| 321903 | 270.73 | | 111501 | 102601 | 17450893 | | 321964 | 124.44 | | 111201 | 103101 | 13310273 | |
| 321904 | 850.00 | | 110201 | 102601 | 11410621?9 | | 321965 | 166.59 | | 110601 | 103101 | 14000772 | |
| 321906 | 186.00 | | 111301 | 102601 | 14935390 | | 321966 | 49.66 | | 110801 | 103101 | 14813523 | |

TYPE OF REPORT
UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES
1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK PAID ITEMS ONLY ON THIS REPORT OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN
TYPE OF REPORT: PAID ONLY

BANK NO: 1 | CUST. ACCOUNT NO: 2079920005761 | CUSTOMER NAME: W R GRACE CO-CONN, ATTN: MARY BOUCHARD | 004 | DATE: 11-30-01 | PAGE: 8

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321967 | 14.74 | | 111401 | 103101 | 15448929 | | 322019 | 7,705.00 | | 110601 | 103101 | 1229 3082 | |
| 321968 | 700.00 | | 110601 | 103101 | 27077 79 | | 322020 | 1,515.97 | | 110801 | 103101 | 1375 2785 | |
| 321969 | 138.12 | | 110601 | 103101 | 12894067 | | 322021 | 9,469.84 | | 110701 | 103101 | 1247 9007 | |
| 321970 | 78.55 | | 110701 | 103101 | 25163347 | | 322022 | 6,051.37 | | 111901 | 103101 | 1252 0639 | |
| 321971 | 5,790.23 | | 110601 | 103101 | 12929608 | | 322023 | 400.00 | | 110801 | 103101 | 1371 2479 | |
| 321972 | 2,775.95 | | 110701 | 103101 | 11026354 | | 322024 | 5,917.59 | | 110601 | 103101 | 1227 8534 | |
| 321973 | 120.00 | | 110701 | 103101 | 12502072 | | 322025 | 1,685.00 | | 110601 | 103101 | 1298 3928 | |
| 321974 | 79.56 | | 110701 | 103101 | 12938007 | | 322026 | 620.81 | | 110601 | 103101 | 1073 4680 | |
| 321975 | 230.09 | | 110601 | 103101 | 10705592 | | 322027 | 39,634.29 | | 110701 | 103101 | 1247 7640 | |
| 321977 | 141,462.18 | | 110601 | 103101 | 10736666 | | 322028 | 12,109.80 | | 110601 | 103101 | 1298 3550 | |
| 321978 | 4,639.12 | | 110701 | 103101 | 13390146 | | 322029 | 42,880.15 | | 110801 | 103101 | 1367 2706 | |
| 321979 | 202.50 | | 110101 | 103101 | 13197339 | | 322030 | 12,195.07 | | 110601 | 103101 | 1299 5704 | |
| 321980 | 394.63 | | 110701 | 103101 | 12517419 | | 322031 | 249.47 | | 110901 | 103101 | 1473 5845 | |
| 321982 | 183.75 | | 110801 | 103101 | 12611398 | | 322032 | 3,838.86 | | 110601 | 103101 | 1291 0632 | |
| 321983 | 1,500.00 | | 110601 | 103101 | 10726701 | | 322033 | 1,614.29 | | 110801 | 103101 | 1634 6486 | |
| 321984 | 1,597.96 | | 110701 | 103101 | 12279685 | | 322034 | 164.06 | | 111401 | 103101 | 1703 1848 | |
| 321985 | 1,082.50 | | 110701 | 103101 | 13385385 | | 322035 | 871.00 | | 110301 | 103101 | 1446 8621 | |
| 321986 | 101.85 | | 110701 | 103101 | 12521038 | | 322036 | 157.59 | | 111901 | 103101 | 1433 5952 | |
| 321987 | 51.36 | | 110901 | 103101 | 14187701 | | 322037 | 706.48 | | 110701 | 103101 | 1332 8282 | |
| 321988 | 4,132.30 | | 110701 | 103101 | 13326540 | | 322038 | 645.93 | | 110801 | 103101 | 1366 6780 | |
| 321989 | 77.00 | | 110801 | 103101 | 10708151 | | 322039 | 4,261.11 | | 110701 | 103101 | 1375 3563 | |
| 321991 | 991.68 | | 110601 | 103101 | 10704832 | | 322040 | 47,601.11 | | 111401 | 103101 | 1373 0096 | |
| 321992 | 4.45 | | 110901 | 103101 | 14737327 | | 322041 | 23,595.07 | | 110701 | 103101 | 1338 6642 | |
| 321993 | 425.00 | | 110701 | 103101 | 12639811 | | 322042 | 3,523.50 | | 110701 | 103101 | 1333 0741 | |
| 321994 | 9.04 | | 111501 | 103101 | 17120565 | | 322043 | 2,970.00 | | 110701 | 103101 | 1330 8641 | |
| 321995 | 512.63 | | 110701 | 103101 | 12489700 | | 322044 | 5,476.00 | | 111301 | 103101 | 1327 5063 | |
| 321996 | 12,753.51 | | 110601 | 103101 | 12930625 | | 322045 | 364.79 | | 110701 | 103101 | 1330 8654 | |
| 321997 | 42.64 | | 110901 | 103101 | 14284212 | | 322046 | 3,526.32 | | 111301 | 103101 | 1190 1681 | |
| 321998 | 5,845.50 | | 110601 | 103101 | 12983825 | | 322047 | 7,080.94 | | 110801 | 103101 | 1262 1087 | |
| 321999 | 512.50 | | 110301 | 103101 | 14943583 | | 322048 | 972.27 | | 110701 | 103101 | 1338 6625 | |
| 322000 | 35.00 | | 110701 | 103101 | 11041952 | | 322049 | 339.00 | | 110801 | 103101 | 1262 8719 | |
| 322001 | 3,647.33 | | 110701 | 103101 | 13102603 | | 322050 | 270.00 | | 110901 | 103101 | 1420 3199 | |
| 322002 | 434.00 | | 110801 | 103101 | 12708433 | | 322051 | 110.00 | | 110801 | 103101 | 1634 4964 | |
| 322003 | 48.64 | | 110801 | 103101 | 13702772 | | 322052 | 171.25 | | 110901 | 103101 | 1657 9198 | |
| 322004 | 5,877.69 | | 110601 | 103101 | 12995387 | | 322054 | 250.00 | | 111301 | 103101 | 1241 5375 | |
| 322005 | 5,138.78 | | 110701 | 103101 | 11021178 | | 322055 | 19,433.33 | | 111601 | 103101 | 1431 8201 | |
| 322006 | 264.00 | | 111601 | 103101 | 14328098 | | 322056 | 1,221.16 | | 111501 | 103101 | 1578 5184 | |
| 322007 | 149.41 | | 110701 | 103101 | 12485968 | | 322057 | 1,660.57 | | 110601 | 103101 | 1074 0185 | |
| 322008 | 100.00 | | 110801 | 103101 | 13710271 | | 322058 | 415.68 | | 110801 | 103101 | 1366 8749 | |
| 322009 | 445.02 | | 110701 | 103101 | 11013407 | | 322059 | 786.25 | | 110901 | 103101 | 1429 7618 | |
| 322010 | 80.00 | | 110901 | 103101 | 12394125 | | 322060 | 3,458.22 | | 110701 | 103101 | 1100 4577 | |
| 322011 | 455.82 | | 110901 | 103101 | 14284763 | | 322061 | 4,797.21 | | 110701 | 103101 | 1100 4581 | |
| 322012 | 6,991.00 | | 110901 | 103101 | 17123109 | | 322062 | 511.99 | | 110901 | 103101 | 1693 7493 | |
| 322013 | 271.74 | | 111501 | 103101 | 13318171 | | 322063 | 659.40 | | 111301 | 103101 | 1327 8341 | |
| 322014 | 1,092.58 | | 110701 | 103101 | 17134659 | | 322064 | 401.13 | | 110501 | 103101 | 1175 2911 | |
| 322015 | 457.09 | | 110601 | 103101 | 12983986 | | 322065 | 14,936.04 | | 110801 | 103101 | 1370 1004 | |
| 322016 | 3,895.52 | | 110601 | 103101 | 13392029 | | 322066 | 85.38 | | 110601 | 103101 | 1299 5352 | |
| 322017 | 11,465.74 | | 110701 | 103101 | 13308188 | | 322067 | 2,800.00 | | 110801 | 103101 | 1375 0117 | |
| 322018 | 4,453.29 | | 110701 | 103101 | 13308188 | | 322068 | 701.10 | | 110801 | 103101 | 1263 9232 | |
| | | | | | | | 322069 | 4,125.74 | | 110701 | 103101 | 1333 8059 | |

TYPE OF REPORT
UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L33B 02/