# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 207992005761 | W R GRACE CO-CONN  ATTN: MARY BOUCHARD | 004 | 11-30-01 | 9 |

| CHECK NUMBER | PAYEE IDENTIFICATION | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|
| 322070 | | | 21.01 | 111401 | 103101 | 13913017 |
| 322071 | | | 450.36 | 110701 | 103101 | 11047399 |
| 322072 | | | 469.56 | 110701 | 103101 | 13386633 |
| 322073 | | | 615.00 | 110301 | 103101 | 12994620 |
| 322074 | | | 388.08 | 110701 | 103101 | 14297603 |
| 322076 | | | 187.13 | 110601 | 103101 | 12714812 |
| 322077 | | | 1,125.00 | 110801 | 103101 | 13713940 |
| 322078 | | | 50.81 | 110601 | 103101 | 14381774 |
| 322079 | | | 13,872.34 | 110601 | 103101 | 12986267 |
| 322080 | | | 5,837.63 | 110801 | 103101 | 12618377 |
| 322081 | | | 3,600.55 | 110801 | 103101 | 12611630 |
| 322082 | | | 409.43 | 110601 | 103101 | 10713473 |
| 322083 | | | 865.48 | 112601 | 103101 | 16162282 |
| 322084 | | | 130.87 | 110601 | 103101 | 13040928 |
| 322085 | | | 640.00 | 110701 | 103101 | 11034775 |
| 322086 | | | 408.00 | 111301 | 103101 | 14939476 |
| 322087 | | | 10.87 | 110701 | 103101 | 14335100 |
| 322088 | | | 2,191.32 | 110801 | 103101 | 16345109 |
| 322089 | | | 1,108.88 | 110901 | 103101 | 14184032 |
| 322090 | | | 792.00 | 110601 | 103101 | 10719820 |
| 322091 | | | 16,197.15 | 110601 | 103101 | 12994545 |
| 322092 | | | 3,024.00 | 110701 | 103101 | 11035070 |
| 322093 | | | 9,594.00 | 110601 | 103101 | 12281417 |
| 322094 | | | 9,100.00 | 110601 | 103101 | 12995244 |
| 322095 | | | 2,585.44 | 110601 | 103101 | 12707071 |
| 322096 | | | 3,320.37 | 110701 | 103101 | 13394130 |
| 322097 | | | 5,695.60 | 110701 | 103101 | 13337430 |
| 322098 | | | 792.00 | 110601 | 103101 | 16574848 |
| 322099 | | | 240.75 | 110601 | 103101 | 10714242 |
| 322100 | | | 288.36 | 110701 | 103101 | 13385952 |
| 322101 | | | 579.84 | 110601 | 103101 | 12996438 |
| 322102 | | | 94.00 | 110601 | 103101 | 12995152 |
| 322103 | | | 2,860.68 | 110601 | 103101 | 13002435 |
| 322104 | | | 2,022.48 | 110601 | 103101 | 10734656 |
| 322105 | | | 2,122.89 | 110601 | 103101 | 13001115 |
| 322106 | | | 178.17 | 110601 | 103101 | 13000895 |
| 322107 | | | 1,700.00 | 110701 | 103101 | 12936217 |
| 322108 | | | 39.23 | 110901 | 103101 | 11011958 |
| 322109 | | | 366.53 | 110801 | 103101 | 11047338 |
| 322110 | | | 628.57 | 112101 | 103101 | 16731597 |
| 322111 | | | 2,170.00 | 110801 | 103101 | 13212135 |
| 322112 | | | 82,920.54 | 110701 | 103101 | 13390812 |
| 322113 | | | 164.22 | 111301 | 103101 | 16947272 |
| 322114 | | | 40,351.11 | 110701 | 103101 | 10466667 |
| 322115 | | | 493.18 | 110701 | 103101 | 13328286 |
| 322116 | | | 785.00 | 110701 | 103101 | 13328134 |
| 322117 | | | 19,500.00 | 112101 | 103101 | 16731597 |
| 322118 | | | 239.00 | 110601 | 103101 | 11035259 |
| 322119 | | | 1,094.18 | 110701 | 103101 | 11046969 |
| 322120 | | | 190.73 | 110701 | 103101 | 11047898 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 322121 | 14,650.50 | | 110801 | 103101 | 11982837 | |
| 322122 | 131,249.27 | | 110601 | 103101 | 13989049 | |
| 322123 | 652.80 | | 110601 | 103101 | 12278526 | |
| 322124 | 34,224.34 | | 110601 | 103101 | 12990055 | |
| 322125 | 300.00 | | 110601 | 103101 | 13001080 | |
| 322126 | 983.00 | | 110701 | 103101 | 13328643 | |
| 322127 | 567.89 | | 111501 | 103101 | 13713919 | |
| 322128 | 53.08 | | 110901 | 103101 | 14203166 | |
| 322129 | 122.65 | | 110901 | 103101 | 14211727 | |
| 322130 | 36,925.38 | | 110801 | 103101 | 13716911 | |
| 322131 | 14,623.47 | | 110701 | 103101 | 13338651 | |
| 322132 | 667.50 | | 110901 | 103101 | 13272610 | |
| 322134 | 3,850.58 | | 110701 | 103101 | 13393077 | |
| 322135 | 4,706.60 | | 110701 | 103101 | 13387763 | |
| 322136 | 32,905.60 | | 110601 | 103101 | 10716905 | |
| 322137 | 15,259.19 | | 110801 | 103101 | 13753564 | |
| 322138 | 692.44 | | 110601 | 103101 | 10728343 | |
| 322139 | 1,171.65 | | 110801 | 103101 | 13719860 | |
| 322140 | 8.00 | | 110801 | 103101 | 12935973 | |
| 322141 | 520.00 | | 111401 | 103101 | 13906390 | |
| 322142 | 699.23 | | 111401 | 103101 | 13804924 | |
| 322143 | 14,317.58 | | 110801 | 103101 | 12618386 | |
| 322144 | 2,870.38 | | 111501 | 103101 | 11713110 | |
| 322145 | 9,655.00 | | 110801 | 103101 | 13711722 | |
| 322146 | 472.50 | | 110801 | 103101 | 13711995 | |
| 322147 | 25.58 | | 110801 | 103101 | 16356012 | |
| 322148 | 10,800.00 | | 110601 | 103101 | 12930855 | |
| 322149 | 987.00 | | 112001 | 103101 | 11647759 | |
| 322150 | 1,452.90 | | 110601 | 103101 | 13983855 | |
| 322151 | 1,360.00 | | 111401 | 103101 | 13898113 | |
| 322152 | 135.58 | | 111401 | 103101 | 12507016 | |
| 322153 | 467.46 | | 110601 | 103101 | 12707875 | |
| 322154 | 5,344.44 | | 110601 | 103101 | 12314038 | |
| 322155 | 9,610.36 | | 110701 | 103101 | 12480935 | |
| 322156 | 4,641.60 | | 110601 | 103101 | 12279800 | |
| 322157 | 110.50 | | 110901 | 103101 | 14213258 | |
| 322158 | 765.56 | | 110701 | 103101 | 11035145 | |
| 322159 | 101.00 | | 111301 | 103101 | 13276653 | |
| 322160 | 57.69 | | 110801 | 103101 | 13716150 | |
| 322161 | 87.40 | | 110601 | 103101 | 12727026 | |
| 322162 | 22,437.19 | | 110701 | 103101 | 13325262 | |
| 322163 | 59.54 | | 110901 | 103101 | 14205224 | |
| 322164 | 493.35 | | 110901 | 103101 | 14287562 | |
| 322165 | 2,800.00 | | 110901 | 103101 | 14283587 | |
| 322166 | 522.14 | | 110701 | 103101 | 10999403 | |
| 322167 | 390.60 | | 111301 | 103101 | 13262185 | |
| 322168 | 1,072.22 | | 110601 | 103101 | 12984876 | |
| 322169 | 844.35 | | 110601 | 103101 | 11047406 | |
| 322170 | 782.00 | | 110701 | 103101 | 11387390 | |
| 322171 | 213.37 | | 110601 | 103101 | 12382949 | |

**TYPE OF REPORT**

| | |
|---|---|
| UNPAID ONLY | = OUTSTANDING ITEMS ONLY ON THIS REPORT |
| PAID ONLY | = PAID ITEMS ONLY ON THIS REPORT |
| CONSOLIDATED | = PAID & OUTSTANDING CHECKS ON SAME REPORT |
| SPECIAL | = OFF-CYCLE REPORT REQUEST |

**EXPLANATION OF CODES**

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

BANK NO: 1  CUST ACCOUNT NO: 207992005761  CUSTOMER NAME: W R GRACE CO-CONN  ATTN: MARY BOUCHARD  004  DATE 11-30-01  PAGE 10

TYPE OF REPORT: PAID ONLY

| CHECK NUMBER | PAYEE IDENTIFICATION | PAID | O/S | DATE ISSUED | DATE PAID | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|
| 322172 | | 406.80 | | 103101 | 112001 | 16408313 | |
| 322173 | | 504.00 | | 103101 | 110701 | 12479743 | |
| 322174 | | 367.50 | | 103101 | 110801 | 14547687 | |
| 322175 | | 541.43 | | 103101 | 112301 | 17159043 | |
| 322176 | | 214.14 | | 103101 | 110701 | 12504565 | |
| 322177 | | 270.00 | | 103101 | 111901 | 12541030 | |
| 322178 | | 542.00 | | 103101 | 110701 | 13323993 | |
| 322179 | | 36,747.64 | | 103101 | 111901 | 12541011 | |
| 322180 | | 4,600.00 | | 103101 | 110801 | 13103127 | |
| 322181 | | 30.50 | | 103101 | 110901 | 12811630 | |
| 322182 | | 11.37 | | 103101 | 110801 | 12619279 | |
| 322183 | | 3,202.04 | | 103101 | 110701 | 13385788 | |
| 322184 | | 8,090.92 | | 103101 | 110701 | 12486322 | |
| 322185 | | 69.00 | | 103101 | 110801 | 12619480 | |
| 322186 | | 115.73 | | 103101 | 110701 | 12482770 | |
| 322187 | | 7,231.45 | | 103101 | 110501 | 12043200 | |
| 322188 | | 365.00 | | 103101 | 110901 | 14287554 | |
| 322189 | | 934.00 | | 103101 | 110801 | 16345975 | |
| 322190 | | 275.00 | | 103101 | 110901 | 14197495 | |
| 322191 | | 25.00 | | 103101 | 110901 | 14211837 | |
| 322192 | | 270.00 | | 103101 | 111501 | 17204454 | |
| 322193 | | 58.47 | | 103101 | 111301 | 13280217 | |
| 322194 | | 868.50 | | 103101 | 110801 | 13707467 | |
| 322195 | | 5,811.66 | | 103101 | 110701 | 13386573 | |
| 322196 | | 39,602.70 | | 103101 | 110801 | 13702685 | |
| 322197 | | 41,166.11 | | 103101 | 110701 | 14332657 | |
| 322198 | | 179.61 | | 103101 | 110601 | 12383473 | |
| 322199 | | 5,597.41 | | 103101 | 110701 | 12519713 | |
| 322200 | | 70.00 | | 103101 | 112801 | 19237268 | |
| 322201 | | 535.84 | | 103101 | 110601 | 13040145 | |
| 322202 | | 19,176.65 | | 103101 | 110601 | 12990043 | |
| 322203 | | 854.00 | | 103101 | 110701 | 13040576 | |
| 322204 | | 204.54 | | 103101 | 110701 | 13325149 | |
| 322205 | | 9,405.60 | | 103101 | 110801 | 13708196 | |
| 322206 | | 270.20 | | 103101 | 110901 | 14731158 | |
| 322207 | | 68.00 | | 103101 | 110701 | 12499801 | |
| 322208 | | 248.70 | | 103101 | 110901 | 13272864 | |
| 322209 | | 5,302.95 | | 103101 | 110701 | 12928876 | |
| 322210 | | 611.20 | | 103101 | 110701 | 12517198 | |
| 322211 | | 100.16 | | 103101 | 112101 | 12918767 | |
| 322212 | | 5,892.50 | | 103101 | 110601 | 12383787 | |
| 322213 | | 14,193.00 | | 103101 | 110701 | 12517406 | |
| 322214 | | 509.15 | | 103101 | 110601 | 12281469 | |
| 322215 | | 87.57 | | 103101 | 111301 | 14304110 | |
| 322216 | | 768.50 | | 103101 | 110901 | 16582324 | |
| 322217 | | 1,564.40 | | 103101 | 110601 | 10726540 | |
| 322219 | | 1,570.00 | | 103101 | 110701 | 13305092 | |
| 322220 | | 50.00 | | 103101 | 111501 | 17110277 | |
| 322221 | | 137.14 | | 103101 | 111301 | 14300272 | |
| 322222 | | 1,400.00 | | 103101 | 112801 | 19243982 | |

| CHECK NUMBER | PAYEE IDENTIFICATION | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|
| 322223 | | 830.80 | | 112301 | 103101 | 1864589Q | |
| 322224 | | 735.00 | | 110801 | 103101 | 1634650S | |
| 322225 | | 150.00 | | 110601 | 103101 | 12987809 | |
| 322226 | | 563.20 | | 112101 | 103101 | 12904566 | |
| 322227 | | 75.45 | | 110701 | 103101 | 14297492 | |
| 322228 | | 7,700.53 | | 111501 | 103101 | 11578252 | |
| 322229 | | 5,097.00 | | 110601 | 103101 | 12995067 | |
| 322230 | | 674.00 | | 110801 | 103101 | 13670269 | |
| 322231 | | 2,500.00 | | 111301 | 103101 | 14863560 | |
| 322232 | | 17,700.00 | | 110701 | 103101 | 13392089 | |
| 322233 | | 25,136.40 | | 110801 | 103101 | 13709361 | |
| 322234 | | 25.89 | | 111401 | 103101 | 12760307 | |
| 322235 | | 1,140.36 | | 110901 | 103101 | 14287134 | |
| 322236 | | 2,295.00 | | 110701 | 103101 | 10035137 | |
| 322237 | | 1,100.00 | | 111301 | 103101 | 16937891 | |
| 322238 | | 1,694.43 | | 110801 | 103101 | 13755320 | |
| 322240 | | 1,218.48 | | 111301 | 103101 | 14862146 | |
| 322241 | | 2,172.85 | | 110601 | 103101 | 12272710 | |
| 322242 | | 107,408.52 | | 110601 | 103101 | 12708329 | |
| 322244 | | 615.43 | | 111401 | 103101 | 13913451 | |
| 322245 | | 6,998.70 | | 110701 | 103101 | 13317349 | |
| 322246 | | 1,433.49 | | 111301 | 103101 | 12306441 | |
| 322247 | | 4,533.59 | | 110601 | 103101 | 12995375 | |
| 322248 | | 510.00 | | 110801 | 103101 | 13752585 | |
| 322249 | | 800.00 | | 110701 | 103101 | 12517087 | |
| 322250 | | 2.30 | | 110801 | 103101 | 12618139 | |
| 322251 | | 80.16 | | 111301 | 103101 | 13218160 | |
| 322252 | | 126.20 | | 110601 | 103101 | 12994555 | |
| 322253 | | 10,535.00 | | 110701 | 103101 | 13309074 | |
| 322254 | | 81.00 | | 110601 | 103101 | 10741334 | |
| 322255 | | 21,822.40 | | 110701 | 103101 | 13386532 | |
| 322256 | | 90.00 | | 110601 | 103101 | 12930836 | |
| 322257 | | 269.73 | | 110601 | 103101 | 12720749 | |
| 322258 | | 1,027.50 | | 111301 | 103101 | 13294070 | |
| 322259 | | 800.00 | | 110801 | 103101 | 13709818 | |
| 322260 | | 1,638.34 | | 110701 | 103101 | 13390459 | |
| 322261 | | 185.50 | | 110801 | 103101 | 12983911 | |
| 322262 | | 2,215.00 | | 110601 | 103101 | 13340688 | |
| 322263 | | 63.60 | | 111301 | 103101 | 16470621 | |
| 322264 | | 2,500.00 | | 112001 | 103101 | 14288674 | |
| 322265 | | 2,819.52 | | 110901 | 103101 | 12707724 | |
| 322266 | | 27,517.50 | | 110601 | 103101 | 13386757 | |
| 322267 | | 62.00 | | 110701 | 103101 | 12280334 | |
| 322268 | | 2,400.00 | | 110601 | 103101 | 12280334 | |
| 322269 | | 5,567.00 | | 110601 | 103101 | 12996211 | |
| 322270 | | 113.40 | | 111301 | 103101 | 14870847 | |
| 322271 | | 965.93 | | 111301 | 103101 | 16945291 | |
| 322272 | | 4,117.79 | | 111301 | 103101 | 14303952 | |
| 322273 | | 1,978.34 | | 110801 | 103101 | 12606215 | |
| 322274 | | 33.76 | | 110701 | 103101 | 10960916 | |

TYPE OF REPORT

| UNPAID ONLY | - OUTSTANDING ITEMS ONLY ON THIS REPORT |
|---|---|
| PAID ONLY | - PAID ITEMS ONLY ON THIS REPORT |
| CONSOLIDATED | - PAID & OUTSTANDING CHECKS ON SAME REPORT |
| SPECIAL | - OFF-CYCLE REPORT REQUEST |

EXPLANATION OF CODES

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED OUTSTANDING MASTER RECEIVED NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
MEMO ONLY NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M : MISSING OUTSTANDING ITEM

L338 02

# ACCOUNT RECONCILIATION PLAN

| | |
|---|---|
| TYPE OF REPORT | PAID ONLY |
| BANK NO | 1 |
| CUST ACCOUNT NO | 207992005761 |
| CUSTOMER NAME | W R GRACE CO-CONN / ATTN: MARY BOUCHARD |
| | 004 |
| DATE | 11-30-01 |
| PAGE | 11 |

| CHECK NUMBER | PAYEE IDENTIFICATION | SEQUENCE NUMBER | DATE ISSUED | DATE PAID | O/S | PAID |
|---|---|---|---|---|---|---|
| 322275 | | 3994991 | 103101 | 110601 | | 4,585.55 |
| 322276 | | 4809440 | 103101 | 110801 | | 50.00 |
| 322277 | | 1021140 | 103101 | 110701 | | 9,182.18 |
| 322278 | | 101750B | 103101 | 110701 | | 233.55 |
| 322279 | | 6141362 | 103101 | 112601 | | 147.00 |
| 322280 | | 4503928 | 103101 | 111301 | | 2,323.41 |
| 322281 | | 2410351 | 103101 | 111301 | | 1,400.48 |
| 322282 | | 3305678 | 103101 | 110701 | | 10,000.00 |
| 322283 | | 4930420 | 103101 | 111301 | | 3,244.03 |
| 322284 | | 0348110 | 103101 | 111301 | | 92.54 |
| 322285 | | 3681443 | 103101 | 110801 | | 65.93 |
| 322286 | | 2383435 | 103101 | 111001 | | 1,478.75 |
| 322287 | | 3324709 | 103101 | 110701 | | 3,294.72 |
| 322288 | | 6457435 | 103101 | 112001 | | 136.40 |
| 322289 | | 0466663 | 103101 | 110701 | | 371.00 |
| 322290 | | 2124736 | 103101 | 111001 | | 792.00 |
| 322291 | | 3108224 | 103101 | 110801 | | 926.25 |
| 322292 | | 2602783 | 103101 | 110801 | | 485.96 |
| 322293 | | 3681417 | 103101 | 110801 | | 17.03 |
| 322294 | | 4939725 | 093101 | 111301 | | 31.78 |
| 322295 | | 4861348 | 103101 | 111301 | | 852.23 |
| 322296 | | 7134928 | 103101 | 111501 | | 906.09 |
| 322297 | | 2795260 | 103101 | 110901 | | 14.99 |
| 322298 | | 3386576 | 103101 | 111001 | | 2,481.50 |
| 322299 | | 3107730 | 103101 | 110801 | | 247.78 |
| 322300 | | 9637859 | 103101 | 112301 | | 120.71 |
| 322301 | | 2516209 | 103101 | 110701 | | 6,320.63 |
| 322302 | | 0998756 | 103101 | 110701 | | 404.72 |
| 322303 | | 3752020 | 103101 | 110801 | | 4,425.04 |
| 322304 | | 3314312 | 103101 | 110701 | | 225.00 |
| 322305 | | 2931279 | 103101 | 110701 | | 119.11 |
| 322306 | | 2479744 | 103101 | 110701 | | 1,271.52 |
| 322307 | | 3108257 | 103101 | 110801 | | 1,200.00 |
| 322308 | | 2707874 | 103101 | 110601 | | 813.85 |
| 322309 | | 4075319 | 103101 | 111501 | | 60.00 |
| 322310 | | 3386935 | 103101 | 110701 | | 1,915.00 |
| 322311 | | 1298743O | 103101 | 110601 | | 1,137.16 |
| 322312 | | 3311818 | 103101 | 110701 | | 838.94 |
| 322313 | | 3712306 | 103101 | 110801 | | 293.36 |
| 322314 | | 3666787 | 103101 | 110701 | | 510.55 |
| 322315 | | 10958050 | 103101 | 110701 | | 1,961.25 |
| 322316 | | 3334910 | 103101 | 110701 | | 640.40 |
| 322317 | | 0961077 | 103101 | 110701 | | 2,908.35 |
| 322318 | | 8676070 | 103101 | 110801 | | 910.20 |
| 322319 | | 1863883 | 103101 | 110601 | | 21,228.72 |
| 322320 | | 3710027 | 103101 | 110801 | | 91,121.88 |
| 322321 | | 1039317 | 103101 | 110701 | | 9,109.47 |
| 322322 | | 3894125 | 103101 | 111401 | | 1,984.50 |
| 322323 | | 2618688 | 103101 | 110701 | | 73.90 |
| 322325 | | 2605834 | 103101 | 110801 | | 5,512.50 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 322326 | 411.07 | | 110501 | 103101 | 10224234 | |
| 322327 | 300.90 | | 110701 | 103101 | 3336408 | |
| 322328 | 483.93 | | 110901 | 103101 | 4212260 | |
| 322329 | 35.00 | | 110701 | 103101 | 3305105 | |
| 322330 | 542.95 | | 110601 | 103101 | 2986013 | |
| 322331 | 60.06 | | 110801 | 103101 | 2612260 | |
| 322332 | 3,051.25 | | 111301 | 103101 | 3268208 | |
| 322333 | 823.59 | | 110601 | 103101 | 0726657 | |
| 322334 | 2,980.88 | | 110601 | 103101 | 2715876 | |
| 322335 | 1,155.00 | | 110701 | 103101 | 2483512 | |
| 322336 | 97.29 | | 110801 | 103101 | 2610827 | |
| 322337 | 166.42 | | 110701 | 103101 | 2483335 | |
| 322338 | 258.45 | | 110701 | 103101 | 3320984 | |
| 322339 | 7,929.00 | | 109001 | 103101 | 4281755 | |
| 322340 | 51.00 | | 111301 | 103101 | 3271232 | |
| 322341 | 288.00 | | 112901 | 103101 | 5294305 | |
| 322342 | 543.78 | | 110601 | 103101 | 2389783 | |
| 322343 | 449.85 | | 110801 | 103101 | 3708379 | |
| 322344 | 143.92 | | 110801 | 103101 | 3701627 | |
| 322345 | 1,496.00 | | 111301 | 103101 | 4938384 | |
| 322346 | 677.00 | | 111301 | 103101 | 4863754 | |
| 322347 | 835.50 | | 111301 | 103101 | 3040503 | |
| 322348 | 17,682.50 | | 110801 | 103101 | 3667585 | |
| 322349 | 24,987.69 | | 110701 | 103101 | 1046906 | |
| 322350 | 334.33 | | 110601 | 103101 | 2708447 | |
| 322351 | 251.37 | | 110801 | 103101 | 3708918 | |
| 322352 | 531.33 | | 110701 | 103101 | 3304697 | |
| 322353 | 2,506.26 | | 110701 | 103101 | 2933764 | |
| 322354 | 3,000.00 | | 111501 | 103101 | 4099482 | |
| 322355 | 695.36 | | 110801 | 103101 | 2612908 | |
| 322356 | 840.00 | | 111301 | 103101 | 4865914 | |
| 322357 | 1,653.75 | | 110701 | 103101 | 2493069 | |
| 322358 | 10,296.53 | | 110901 | 103101 | 2792202 | |
| 322359 | 13,405.94 | | 110801 | 103101 | 3712649 | |
| 322360 | 2,413.42 | | 110901 | 103101 | 4188822 | |
| 322361 | 338.58 | | 110901 | 103101 | 2795167 | |
| 322362 | 52,155.00 | | 110601 | 103101 | 2278515 | |
| 322363 | 1,353.64 | | 111601 | 103101 | 2186948 | |
| 322364 | 3,743.10 | | 110601 | 103101 | 2712164 | |
| 322365 | 19,200.00 | | 110701 | 103101 | 3395012 | |
| 322366 | 760.97 | | 111401 | 103101 | 1782107 | |
| 322367 | 1,612.50 | | 111301 | 103101 | 4733180 | |
| 322368 | 79.50 | | 111401 | 103101 | 1703267 | |
| 322369 | 2,429.44 | | 110801 | 103101 | 1634574 | |
| 322370 | 1,012.00 | | 110901 | 103101 | 2811179O | |
| 322371 | 107.67 | | 110801 | 103101 | 3707885 | |
| 322372 | 500.00 | | 110801 | 103101 | 3370363 | |
| 322373 | 771.74 | | 110801 | 103101 | 2477768 | |
| 322374 | 3,119.95 | | 110601 | 103101 | 0707223 | |
| 322375 | 12,062.90 | | 110601 | 103101 | 1295091 | |

EXPLANATION OF CODES

TYPE OF REPORT

UNPAID ONLY   = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY     = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED  = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL       = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED.
    MEMO ONLY; NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | |
|---|---|---|
| PAID ONLY | | |

| CUSTOMER NAME | DATE | PAGE |
|---|---|---|
| W R GRACE CO-CONN  ATTN: MARY BOUCHARD | 11-30-01   004 | 12 |

| BANK NO | CUST ACCOUNT NO |
|---|---|
| 1 | 2079920005761 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 322376 | 360.00 | | 110701 | 103101 | 11034871 | |
| 322377 | 2,591.40 | | 110601 | 103101 | 12986143 | |
| 322378 | 2,334.25 | | 110701 | 103101 | 10999504 | |
| 322379 | 100.00 | | 111901 | 103101 | 14473429 | |
| 322380 | 81,673.03 | | 111501 | 103101 | 17211304 | |
| 322381 | 167.50 | | 110601 | 103101 | 12899019 | |
| 322382 | 500.00 | | 112001 | 103101 | 18369263 | |
| 322384 | 404.29 | | 111301 | 103101 | 12874423 | |
| 322385 | 295.00 | | 110901 | 103101 | 12821330 | |
| 322386 | 356.88 | | 110601 | 103101 | 12993895 | |
| 322387 | 2,439.90 | | 110701 | 103101 | 13392861 | |
| 322388 | 6,307.20 | | 110801 | 103101 | 13673058 | |
| 322389 | 3,427.80 | | 111301 | 103101 | 14296529 | |
| 322390 | 5,532.17 | | 110901 | 103101 | 13992425 | |
| 322391 | 270.00 | | 111401 | 103101 | 12762037 | |
| 322392 | 7,670.17 | | 110701 | 103101 | 11044508 | |
| 322393 | 850.00 | | 110601 | 103101 | 10726634 | |
| 322394 | 6,150.00 | | 110601 | 103101 | 10728336 | |
| 322395 | 197.16 | | 110701 | 103101 | 12928746 | |
| 322396 | 24,900.00 | | 110801 | 103101 | 13717035 | |
| 322397 | 992.50 | | 110601 | 103101 | 12715907 | |
| 322398 | 140.85 | | 110801 | 103101 | 13314763 | |
| 322399 | 285.74 | | 110801 | 103101 | 16341192 | |
| 322400 | 55.65 | | 110801 | 103101 | 12618879 | |
| 322401 | 100.00 | | 110901 | 103101 | 13279660 | |
| 322402 | 1,234.24 | | 111301 | 103101 | 14194457 | |
| 322403 | 27,777.44 | | 110701 | 103101 | 14841790 | |
| 322404 | 1,397.52 | | 110701 | 103101 | 14100914 | |
| 322405 | 745.31 | | 110701 | 103101 | 11015130 | |
| 322406 | 88.72 | | 111501 | 103101 | 10993660 | |
| 322407 | 5,178.34 | | 110801 | 103101 | 17132223 | |
| 322408 | 375.00 | | 110601 | 103101 | 13698078 | |
| 322409 | 36,886.00 | | 110601 | 103101 | 12930704 | |
| 322410 | 16,022.16 | | 110901 | 103101 | 12289564 | |
| 322411 | 2,892.30 | | 111401 | 103101 | 14198457 | |
| 322412 | 13,594.00 | | 110601 | 103101 | 12751327 | |
| 322413 | 11,331.25 | | 112301 | 103101 | 12989931 | |
| 322414 | 4,397.52 | | 110601 | 103101 | 14100914 | |
| 322415 | 520.00 | | 110701 | 103101 | 12918898 | |
| 322416 | 540.00 | | 110801 | 103101 | 12474983 | |
| 322417 | 616.00 | | 110801 | 103101 | 12628672 | |
| 322420 | 2,104.00 | | 110701 | 103101 | 10708206 | |
| 322421 | 23,997.60 | | 110701 | 103101 | 11047893 | |
| 322422 | 1,260.00 | | 110601 | 103101 | 12397674 | |
| 322423 | 375.00 | | 110601 | 103101 | 13990354 | |
| 322424 | 2,175.54 | | 112801 | 103101 | 17732027 | |
| 322425 | 267.65 | | 110801 | 103101 | 13716056 | |
| 322426 | 1,432.81 | | 110601 | 103101 | 12993607 | |
| 322427 | 524.61 | | 111401 | 103101 | 11778256 | |
| 322428 | 2,745.00 | | 111601 | 103101 | 17440327 | |
| 322429 | 2,011.60 | | 111701 | 103101 | 13386535 | |
| 322430 | 96.30 | | 110801 | 103101 | 12619949 | |
| 322431 | 455.00 | | 110701 | 103101 | 11010869 | |
| 322432 | 1,000.00 | | 110701 | 103101 | 13108685 | |
| 322433 | 5,225.98 | | 110701 | 103101 | 11025566 | |
| 322434 | 1,280.00 | | 110601 | 103101 | 11298336 | |
| 322435 | 325.00 | | 110701 | 103101 | 13309999 | |
| 322436 | 1,207.63 | | 112001 | 103101 | 16373311 | |
| 322437 | 33.74 | | 111901 | 103101 | 15832797 | |
| 322438 | 1,124.60 | | 111301 | 103101 | 14863730 | |
| 322439 | 12,367.00 | | 110601 | 103101 | 12982650 | |
| 322440 | 456.25 | | 110701 | 103101 | 13326168 | |
| 322441 | 73.50 | | 110601 | 103101 | 12292559 | |
| 322442 | 2,448.08 | | 110901 | 103101 | 14209410 | |
| 322443 | 207.79 | | 110701 | 103101 | 13387372 | |
| 322444 | 1,040.00 | | 110801 | 103101 | 16341096 | |
| 322445 | 19,399.32 | | 111301 | 103101 | 14390458 | |
| 322446 | 1,120.73 | | 110601 | 103101 | 12985093 | |
| 322447 | 80.00 | | 110601 | 103101 | 13990353 | |
| 322448 | 52.75 | | 110901 | 103101 | 14216097 | |
| 322449 | 14,650.00 | | 110801 | 103101 | 13102514 | |
| 322450 | 2,716.00 | | 110701 | 103101 | 11104161 | |
| 322451 | 660.00 | | 110801 | 103101 | 13751488 | |
| 322452 | 2,729.57 | | 111901 | 103101 | 12024871 | |
| 322453 | 732.00 | | 111401 | 103101 | 13375206 | |
| 322454 | 8,614.62 | | 110801 | 103101 | 13753096 | |
| 322455 | 261.11 | | 111901 | 103101 | 14469490 | |
| 322456 | 3,505.00 | | 110701 | 103101 | 13394119 | |
| 322457 | 169.25 | | 110801 | 103101 | 14803684 | |
| 322458 | 2,417.74 | | 110701 | 103101 | 14803651 | |
| 322459 | 300.00 | | 111901 | 103101 | 12493485 | |
| 322460 | 15.45 | | 110701 | 103101 | 13337650 | |
| 322461 | 554.00 | | 112001 | 103101 | 16369508 | |
| 322462 | 2,315.04 | | 110801 | 103101 | 13755419 | |
| 322463 | 600.00 | | 110801 | 103101 | 13755422 | |
| 322464 | 384.42 | | 110801 | 103101 | 12638136 | |
| 322465 | 1,156.09 | | 111501 | 103101 | 17124551 | |
| 322466 | 50.00 | | 110801 | 103101 | 12618454 | |
| 322467 | 2,100.00 | | 110601 | 103101 | 12725300 | |
| 322468 | 1,750.64 | | 110701 | 103101 | 11032645 | |
| 322469 | 1,460.60 | | 110801 | 103101 | 14803061 | |
| 322471 | 26.78 | | 111501 | 103101 | 17133425 | |
| 322472 | 1,080.00 | | 110601 | 103101 | 13990918 | |
| 322473 | 3,790.95 | | 110701 | 103101 | 11047035 | |
| 322474 | 3,541.94 | | 110901 | 103101 | 14284861 | |
| 322476 | 355.80 | | 110801 | 103101 | 13749944 | |
| 322477 | 598.30 | | 110701 | 103101 | 13385518 | |
| 322478 | 2,000.00 | | 110901 | 103101 | 12792762 | |
| 322479 | 911.29 | | 110801 | 103101 | 14804108 | |

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD. NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED. OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD. OUTSTANDING MASTER STILL NOT RECEIVED
    MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT. CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT. CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM. DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

L338 02/

# ACCOUNT RECONCILIATION PLAN

| | | |
|---|---|---|
| TYPE OF REPORT | PAID ONLY | |
| CUSTOMER NAME | W R GRACE CO-CONN ATTN: MARY BOUCHARD | |
| CUST ACCOUNT NO. | 2079920005761 | 004 |
| BANK NO. | 1 | |
| DATE | 11-30-01 | |
| PAGE | 13 | |

| CHECK NUMBER | PAYEE IDENTIFICATION | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|
| 322480 | | | 264.17 | 11901 | 103101 | 16398505 |
| 322481 | | | 2,250.00 | 11901 | 103101 | 14484583 |
| 322482 | | | 113.48 | 110901 | 103101 | 14284109 |
| 322483 | | | 129.00 | 110901 | 103101 | 13274555 |
| 322484 | | | 978.31 | 110801 | 103101 | 13712778 |
| 322485 | | | 340.98 | 110801 | 103101 | 13566081 |
| 322488 | | | 279.60 | 111301 | 103101 | 14872367 |
| 322489 | | | 2,640.00 | 110801 | 103101 | 13692853 |
| 322490 | | | 1,695.00 | 111301 | 103101 | 13269554 |
| 322492 | | | 180.00 | 111501 | 103101 | 14079817 |
| 322493 | | | 90.00 | 111501 | 103101 | 14079818 |
| 322495 | | | 100.00 | 111301 | 103101 | 14940384 |
| 322496 | | | 100.00 | 111301 | 103101 | 14940385 |
| 322497 | | | 100.00 | 111301 | 103101 | 14940386 |
| 322499 | | | 1,000.00 | 111401 | 103101 | 11777446 |
| 322500 | | | 25.00 | 111901 | 103101 | 14217996 |
| 322502 | | | 4,235.30 | 111301 | 103101 | 14930431 |
| 322503 | | | 5,000.00 | 111301 | 103101 | 14850064 |
| 322504 | | | 500.00 | 110901 | 103101 | 14215999 |
| 322505 | | | 126.54 | 111401 | 103101 | 13905759 |
| 322506 | | | 42.00 | 111401 | 103101 | 13905760 |
| 322507 | | | 4,659.46 | 110901 | 103101 | 12786942 |
| 322509 | | | 17,630.99 | 111301 | 103101 | 14285110 |
| 322510 | | | 135.00 | 111301 | 103101 | 14880815 |
| 322511 | | | 216.16 | 111501 | 103101 | 12036397 |
| 322512 | | | 66.95 | 110801 | 103101 | 13697600 |
| 322513 | | | 99.90 | 110801 | 103101 | 13697599 |
| 322514 | | | 236.90 | 110801 | 103101 | 13697601 |
| 322515 | | | 965.00 | 110901 | 103101 | 14191406 |
| 322516 | | | 30.90 | 110801 | 103101 | 13702690 |
| 322517 | | | 35.65 | 110801 | 103101 | 13702688 |
| 322518 | | | 117.18 | 110801 | 103101 | 13702689 |
| 322519 | | | 87.55 | 110801 | 103101 | 13702691 |
| 322520 | | | 61.80 | 110801 | 103101 | 13702687 |
| 322521 | | | 71.04 | 110801 | 103101 | 13702686 |
| 322522 | | | 135.00 | 111501 | 103101 | 14113862 |
| 322523 | | | 85.00 | 111301 | 103101 | 14930583 |
| 322524 | | | 3,260.10 | 112801 | 103101 | 17769744 |
| 322525 | | | 41.20 | 111301 | 103101 | 13221556 |
| 322526 | | | 350.25 | 110901 | 103101 | 14282870 |
| 322528 | | | 69.23 | 112001 | 103101 | 16384036 |
| 322529 | | | 81,236.42 | 111801 | 103101 | 11880942 |
| 322530 | | | 6.00 | 110701 | 103101 | 13305724 |
| 322531 | | | 43.03 | 111901 | 103101 | 16997436 |
| 322532 | | | 150.00 | 110501 | 103101 | 12292438 |
| 322534 | | | 85.09 | 111901 | 103101 | 16997438 |
| 322535 | | | 91.25 | 111301 | 103101 | 14879393 |
| 322536 | | | 459.85 | 111501 | 103101 | 12043504 |
| 322537 | | | 277.14 | 111301 | 103101 | 14879394 |
| 322538 | | | 136.37 | 112801 | 103101 | 19249960 |
| 322539 | | 86.77 | | 111301 | 103101 | 12412594 |
| 322541 | | 125.00 | | 110601 | 103101 | 12706133 |
| 322542 | | 375.00 | | 110601 | 103101 | 12706132 |
| 322543 | | 213.65 | | 111901 | 103101 | 16397437 |
| 322544 | | 31.25 | | 112301 | 103101 | 17124490 |
| 322545 | | 40.00 | | 112301 | 103101 | 17124489 |
| 322546 | | 123.60 | | 111401 | 103101 | 15407481 |
| 322547 | | 11,506.20 | | 110901 | 103101 | 12135628 |
| 322548 | | 6,141.96 | | 110801 | 103101 | 13680859 |
| 322549 | | 57,910.79 | | 110901 | 103101 | 14737543 |
| 322550 | | 1,174.85 | | 110901 | 103101 | 14737544 |
| 322551 | | 9,068.39 | | 110901 | 103101 | 14737545 |
| 322552 | | 8,625.56 | | 110901 | 103101 | 12820355 |
| 322553 | | 2,486.68 | | 110901 | 103101 | 14737542 |
| 322554 | | 45,985.51 | | 111301 | 103101 | 11927107 |
| 322555 | | 119.77 | | 111301 | 103101 | 12618471 |
| 322556 | | 48.00 | | 111301 | 103101 | 12618472 |
| 322558 | | 4,000.00 | | 111301 | 103101 | 14940470 |
| 322560 | | 107.00 | | 111401 | 103101 | 13748747 |
| 322561 | | 567.50 | | 110701 | 103101 | 13328130 |
| 322562 | | 239.71 | | 110801 | 103101 | 12638692 |
| 322563 | | 109.48 | | 110801 | 103101 | 13266154 |
| 322564 | | 160.00 | | 111401 | 103101 | 12148661 |
| 322565 | | 57.32 | | 111301 | 103101 | 14939305 |
| 322566 | | 50.00 | | 111301 | 103101 | 14939307 |
| 322567 | | 7.20 | | 111301 | 103101 | 14939306 |
| 322568 | | 150.00 | | 111601 | 103101 | 17440237 |
| 322569 | | 660.00 | | 110901 | 103101 | 14191407 |
| 322570 | | 82.82 | | 110901 | 103101 | 14193036 |
| 322571 | | 9,284.15 | | 110601 | 103101 | 07311637 |
| 322572 | | 12,874.35 | | 110601 | 103101 | 10731638 |
| 322573 | | 1,344.00 | | 111301 | 103101 | 14883897 |
| 322574 | | 90.00 | | 111301 | 103101 | 14295614 |
| 322576 | | 157.80 | | 110901 | 103101 | 12797704 |
| 322577 | | 117.47 | | 110901 | 103101 | 12797705 |
| 322578 | | 121.15 | | 110901 | 103101 | 12797706 |
| 322579 | | 56.25 | | 111301 | 103101 | 13259522 |
| 322580 | | 68.68 | | 111301 | 103101 | 13259519 |
| 322581 | | 41.54 | | 111301 | 103101 | 13259520 |
| 322582 | | 26.25 | | 111301 | 103101 | 13259521 |
| 322583 | | 95.00 | | 111601 | 103101 | 12168198 |
| 322585 | | 48.00 | | 110501 | 103101 | 12293301 |
| 322586 | | 240.00 | | 110901 | 103101 | 14215641 |
| 322587 | | 800.00 | | 112801 | 103101 | 17755143 |
| 322588 | | 800.00 | | 112001 | 103101 | 15324286 |
| 322590 | | 65.00 | | 111301 | 103101 | 12395021 |
| 322592 | | 840.00 | | 111301 | 103101 | 14865915 |
| 322593 | | 4,000.00 | | 110701 | 103101 | 09939953 |
| 322596 | | 500.00 | | 111501 | 103101 | 12023330 |
| 322598 | | 28,500.00 | | 110801 | 103101 | 14810288 |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS.
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.