# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 23 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 323631 | 3,745.00 | | 112101 | 111401 | 12902836 | | 323696 | 48,154.00 | | 112101 | 111401 | 18542769 | |
| 323632 | 782.40 | | 112101 | 111401 | 18531501 | | 323697 | 97.04 | | 112401 | 111401 | 18340099 | |
| 323633 | 576.26 | | 112301 | 111401 | 14114819 | | 323698 | 1,707.08 | | 112801 | 111401 | 16570843 | |
| 323634 | 1,100.00 | | 112001 | 111401 | 16880193 | | 323699 | 20.44 | | 112101 | 111401 | 17095842 | |
| 323636 | 31.90 | | 112101 | 111401 | 17102573 | | 323700 | 288.84 | | 112001 | 111401 | 16380210 | |
| 323637 | 3,615.72 | | 112001 | 111401 | 16481469 | | 323701 | 298.35 | | 112101 | 111401 | 17092252 | |
| 323638 | 2,310.00 | | 112101 | 111401 | 15550121 | | 323702 | 3,524.50 | | 112001 | 111401 | 16380257 | |
| 323639 | 20.00 | | 112601 | 111401 | 16138931 | | 323703 | 714.34 | | 112101 | 111401 | 15583702 | |
| 323641 | 3,800.00 | | 112701 | 111401 | 17627903 | | 323704 | 106.00 | | 112001 | 111401 | 12665232 | |
| 323642 | 835.19 | | 112101 | 111401 | 18524577 | | 323705 | 297.60 | | 112101 | 111401 | 16733116 | |
| 323643 | 581.32 | | 112101 | 111401 | 18366375 | | 323706 | 1,089.90 | | 112101 | 111401 | 18532799 | |
| 323644 | 121.00 | | 112101 | 111401 | 12924261 | | 323707 | 641.46 | | 112301 | 111401 | 18666543 | |
| 323645 | 558.86 | | 112301 | 111401 | 13196804 | | 323708 | 606.00 | | 112101 | 111401 | 15587517 | |
| 323646 | 12.50 | | 112001 | 111401 | 16598012 | | 323709 | 2,090.48 | | 112101 | 111401 | 16789171 | |
| 323647 | 242.44 | | 112301 | 111401 | 12658317 | | 323710 | 7,046.31 | | 112101 | 111401 | 11970887 | |
| 323648 | 4,162.50 | | 112301 | 111401 | 13218619 | | 323712 | 172.47 | | 112701 | 111401 | 16346178 | |
| 323649 | 25.00 | | 112601 | 111401 | 15849414 | | 323714 | 52.04 | | 112901 | 111401 | 15326285 | |
| 323650 | 3,762.00 | | 112601 | 111401 | 17477634 | | 323715 | 587.00 | | 112001 | 111401 | 15321180 | |
| 323651 | 59,714.40 | | 112101 | 111401 | 13749600 | | 323716 | 620.00 | | 112601 | 111401 | 14316052 | |
| 323652 | 14,040.73 | | 112101 | 111401 | 16783290 | | 323717 | 525.00 | | 112801 | 111401 | 16620968 | |
| 323653 | 212.00 | | 112101 | 111401 | 16732901 | | 323718 | 32,022.50 | | 112001 | 111401 | 12644684 | |
| 323654 | 848.00 | | 112001 | 111401 | 17160461 | | 323719 | 6,587.49 | | 112301 | 111401 | 17126293 | |
| 323655 | 75.19 | | 112101 | 111401 | 15581536 | | 323720 | 30,315.40 | | 112301 | 111401 | 14150056 | |
| 323656 | 1,832.00 | | 112101 | 111401 | 16789175 | | 323721 | 1,175.00 | | 112001 | 111401 | 19243428 | |
| 323657 | 127.50 | | 112101 | 111401 | 16740184 | | 323722 | 1,704.00 | | 112101 | 111401 | 16472139 | |
| 323658 | 3,540.84 | | 112101 | 111401 | 12924496 | | 323723 | 306.00 | | 112701 | 111401 | 16783108 | |
| 323659 | 4,888.90 | | 112101 | 111401 | 12926708 | | 323724 | 1,140.00 | | 112701 | 111401 | 17630231 | |
| 323660 | 11,056.36 | | 112101 | 111401 | 18531593 | | 323725 | 1,244.50 | | 112901 | 111401 | 15291237 | |
| 323661 | 28.62 | | 112301 | 111401 | 14123735 | | 323726 | 762.61 | | 112001 | 111401 | 18361233 | |
| 323662 | 583.20 | | 112001 | 111401 | 16379012 | | 323727 | 606.81 | | 112701 | 111401 | 17625649 | |
| 323664 | 540.10 | | 112101 | 111401 | 17133090 | | 323728 | 1,334.61 | | 112301 | 111401 | 14150056 | |
| 323666 | 793.94 | | 112101 | 111401 | 15556621 | | 323729 | 1,649.40 | | 112801 | 111401 | 18346070 | |
| 323667 | 5,627.18 | | 112001 | 111401 | 16690270 | | 323730 | 796.27 | | 112001 | 111401 | 17743175 | |
| 323668 | 4,641.60 | | 112001 | 111401 | 18340297 | | 323731 | 400.00 | | 112601 | 111401 | 18644166 | |
| 323669 | 840.92 | | 112101 | 111401 | 16731127 | | 323732 | 225.00 | | 112301 | 111401 | 15561365 | |
| 323670 | 724.46 | | 112101 | 111401 | 15562701 | | 323733 | 43.05 | | 112001 | 111401 | 16748532 | |
| 323671 | 885.89 | | 112601 | 111401 | 17475939 | | 323734 | 136.00 | | 112301 | 111401 | 13218439 | |
| 323672 | 20,602.51 | | 112101 | 111401 | 13595118 | | 323736 | 270.62 | | 112601 | 111401 | 13690022 | |
| 323675 | 77.00 | | 112101 | 111401 | 17090784 | | 323738 | 997.50 | | 112001 | 111401 | 17159078 | |
| 323677 | 179.25 | | 112001 | 111401 | 18665066 | | 323739 | 400.00 | | 112301 | 111401 | 17732863 | |
| 323679 | 250.44 | | 112601 | 111401 | 16477120 | | 323740 | 1,827.50 | | 112001 | 111401 | 16467692 | |
| 323680 | 3,581.05 | | 112601 | 111401 | 17749056 | | 323741 | 12,801.73 | | 112301 | 111401 | 15842319 | |
| 323681 | 1,750.20 | | 113001 | 111401 | 18059035 | | 323742 | 6,120.00 | | 112801 | 111401 | 17783030 | |
| 323685 | 68.28 | | 112301 | 111401 | 18666199 | | 323743 | 2,220.80 | | 112301 | 111401 | 14149698 | |
| 323686 | 198.87 | | 112801 | 111401 | 17769760 | | 323744 | 308.08 | | 112101 | 111401 | 18532295 | |
| 323687 | 127.00 | | 112701 | 111401 | 16356849 | | 323745 | 235.60 | | 112701 | 111401 | 19111920 | |
| 323688 | 2,160.00 | | 112101 | 111401 | 15547850 | | 323746 | 421.00 | | 112101 | 111401 | 12913107 | |
| 323690 | 200.00 | | 112601 | 111401 | 16657664 | | 323747 | 2,897.74 | | 112301 | 111401 | 14147421 | |
| 323691 | 1,825.85 | | 112001 | 111401 | 16386786 | | 323748 | 1,903.50 | | 112001 | 111401 | 16470745 | |
| 323694 | 5,390.89 | | 112301 | 111401 | 14127139 | | 323749 | 102.32 | | 112301 | 111401 | 15863369 | |

### TYPE OF REPORT

- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

### EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY. NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING OUTSTANDING ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 24 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 323750 | 380.52 | | 112001 | 111401 | 16474639 | | 323805 | 995.18 | | 112601 | 111401 | 14308383 | |
| 323751 | 1,879.22 | | 112101 | 111401 | 18529768 | | 323806 | 1,250.00 | | 112001 | 111401 | 15319809 | |
| 323752 | 2,874.04 | | 112601 | 111401 | 14312201 | | 323807 | 3,925.00 | | 112001 | 111401 | 15319808 | |
| 323754 | 219.58 | | 112301 | 111401 | 14146788 | | 323808 | 7,390.00 | | 112101 | 111401 | 15583274 | |
| 323755 | 308.88 | | 112101 | 111401 | 18493559 | | 323809 | 3,849.07 | | 112801 | 111401 | 17769485 | |
| 323756 | 1,247.16 | | 112001 | 111401 | 16721745 | | 323811 | 46.92 | | 112101 | 111401 | 12919444 | |
| 323757 | 939.05 | | 112101 | 111401 | 16731088 | | 323812 | 69.50 | | 112101 | 111401 | 16152337 | |
| 323758 | 13,936.02 | | 112601 | 111401 | 16097140 | | 323813 | 549.41 | | 112601 | 111401 | 15088497 | |
| 323759 | 152.25 | | 112601 | 111401 | 13699849 | | 323814 | 582.00 | | 112001 | 111401 | 12660391 | |
| 323761 | 172.27 | | 112601 | 111401 | 16162331 | | 323815 | 738.75 | | 113001 | 111401 | 19787184 | |
| 323762 | 91.46 | | 112601 | 111401 | 17743835 | | 323816 | 10,000.00 | | 112101 | 111401 | 19112985 | |
| 323763 | 329.33 | | 112301 | 111401 | 13207636 | | 323817 | 247.63 | | 112101 | 111401 | 12925018 | |
| 323765 | 21,908.55 | | 112301 | 111401 | 17152209 | | 323818 | 189.29 | | 112101 | 111401 | 15563753 | |
| 323766 | 6,379.90 | | 112101 | 111401 | 16413496 | | 323819 | 266.83 | | 112901 | 111401 | 16904789 | |
| 323767 | 10,118.15 | | 112101 | 111401 | 17103807 | | 323820 | 125.00 | | 112301 | 111401 | 14145780 | |
| 323768 | 67.10 | | 112101 | 111401 | 13196489 | | 323821 | 29,140.00 | | 112001 | 111401 | 18341127 | |
| 323769 | 43,917.74 | | 112101 | 111401 | 12925028 | | 323822 | 5,060.93 | | 112101 | 111401 | 15581574 | |
| 323770 | | 5.85 | 112601 | 111401 | 16062564 | | 323823 | 74.09 | | 112001 | 111401 | 18412027 | |
| 323771 | 95.00 | | 112301 | 111401 | 14146286 | | 323824 | 343.41 | | 112601 | 111401 | 16028437 | |
| 323772 | 27,082.80 | | 112601 | 111401 | 16036175 | | 323825 | 2,450.12 | | 112701 | 111401 | 16358812 | |
| 323773 | 424.51 | | 112001 | 111401 | 18340959 | | 323826 | 445.00 | | 112101 | 111401 | 15584037 | |
| 323774 | 136.40 | | 112801 | 111401 | 17791416 | | 323827 | 1,201.43 | | 112301 | 111401 | 14083549 | |
| 323776 | 3,922.05 | | 112001 | 111401 | 16477154 | | 323828 | 25.00 | | 112101 | 111401 | 16733106 | |
| 323777 | 327.86 | | 112601 | 111401 | 13698207 | | 323829 | 154.68 | | 112301 | 111401 | 18636634 | |
| 323778 | 1,947.50 | | 112101 | 111401 | 16786023 | | 323830 | 2,927.00 | | 113001 | 111401 | 15616688 | |
| 323779 | 112.86 | | 112001 | 111401 | 16368580 | | 323831 | 50.00 | | 112001 | 111401 | 12651686 | |
| 323780 | 962.36 | | 112301 | 111401 | 14106249 | | 323832 | 957.20 | | 112101 | 111401 | 15550350 | |
| 323781 | 215.19 | | 112001 | 111401 | 16089685 | | 323833 | 3,755.55 | | 112101 | 111401 | 12908386 | |
| 323782 | 7,423.37 | | 112001 | 111401 | 18362311 | | 323834 | 1,209.60 | | 112001 | 111401 | 16836673 | |
| 323783 | 192.09 | | 112001 | 111401 | 16379606 | | 323835 | 560.50 | | 112001 | 111401 | 16688483 | |
| 323784 | 821.39 | | 112101 | 111401 | 16791644 | | 323836 | 13,310.00 | | 112001 | 111401 | 16473524 | |
| 323785 | 5,333.33 | | 112101 | 111401 | 12913779 | | 323837 | 97,547.68 | | 112601 | 111401 | 16150402 | |
| 323786 | 2,977.84 | | 112001 | 111401 | 16473927 | | 323838 | 114.40 | | 112101 | 111401 | 16374190 | |
| 323787 | 37,603.85 | | 112601 | 111401 | 13700752 | | 323839 | 438.74 | | 112101 | 111401 | 16707181 | |
| 323788 | 1,100.00 | | 112301 | 111401 | 16736236 | | 323841 | 7,284.07 | | 112801 | 111401 | 16572711 | |
| 323789 | 10,000.00 | | 112301 | 111401 | 16711919 | | 323842 | 177.59 | | 112001 | 111401 | 16379627 | |
| 323791 | 178.81 | | 112101 | 111401 | 14089758 | | 323843 | 5,250.00 | | 112701 | 111401 | 17595258 | |
| 323792 | 12,554.18 | | 112301 | 111401 | 15848430 | | 323845 | 215.05 | | 112401 | 111401 | 12892439 | |
| 323793 | 325.00 | | 112601 | 111401 | 13696595 | | 323846 | 50.00 | | 113001 | 111401 | 17704427 | |
| 323794 | 445.79 | | 112001 | 111401 | 16393800 | | 323847 | 670.04 | | 112001 | 111401 | 16478018 | |
| 323795 | 128.40 | | 112801 | 111401 | 18363373 | | 323848 | 121.75 | | 112101 | 111401 | 14146610 | |
| 323796 | 1,865.11 | | 112001 | 111401 | 17748612 | | 323849 | 375.00 | | 112001 | 111401 | 18519472 | |
| 323797 | 100.00 | | 112101 | 111401 | 14145925 | | 323850 | 3,072.08 | | 112901 | 111401 | 15320168 | |
| 323798 | 957.15 | | 112701 | 111401 | 17625774 | | 323851 | 34,150.00 | | 112701 | 111401 | 19098617 | |
| 323799 | 4,058.24 | | 112601 | 111401 | 16020646 | | 323852 | 3,933.58 | | 112301 | 111401 | 14122715 | |
| 323800 | 882.00 | | 112301 | 111401 | 13195878 | | 323853 | 1,080.08 | | 112601 | 111401 | 16062203 | |
| 323801 | 42.96 | | 112601 | 111401 | 16126837 | | 323854 | 1,100.25 | | 112301 | 111401 | 14115151 | |
| 323802 | 86.66 | | 112701 | 111401 | 17587870 | | 323855 | 759.13 | | 112301 | 111401 | 14059758 | |
| 323803 | 196.00 | | 112601 | 111401 | 16028449 | | 323856 | 445.00 | | 112001 | 111401 | 16689192 | |
| 323804 | 299.52 | | 112301 | 111401 | 14090213 | | 323857 | 675.00 | | 112101 | 111401 | 16793131 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L335 02/

# ACCOUNT RECONCILIATION PLAN

TYPE OF REPORT: PAID ONLY
BANK NO: 1
CUST ACCOUNT NO: 207992005761
CUSTOMER NAME: W R GRACE CO-CONN ATTN: MARY BOUCHARD
004

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 323858 | 96.75 | | 112301 | 111401 | 18667345 | | 323981 | 12,672.00 | | 112801 | 111601 | 18662456 | |
| 323859 | 1,750.91 | | 112001 | 111401 | 16474475 | | 323982 | 450.98 | | 112801 | 111601 | 17736258 | |
| 323860 | 75.00 | | 112301 | 111401 | 14146015 | | 323983 | 360.00 | | 112701 | 111601 | 17604773 | |
| 323861 | 198.80 | | 112001 | 111401 | 16373189 | | 323984 | 46.52 | | 112301 | 111601 | 15843291 | |
| 323862 | 1,137.18 | | 112301 | 111401 | 14146531 | | 323985 | 290.91 | | 112901 | 111601 | 15304660 | |
| 323863 | 240.00 | | 112301 | 111401 | 18666651 | | 323987 | 93,354.88 | | 112601 | 111601 | 15986267 | |
| 323865 | 1,040.98 | | 112901 | 111401 | 15320220 | | 323988 | 47.87 | | 113001 | 111601 | 18310719 | |
| 323866 | 2,440.00 | | 112301 | 111401 | 15857174 | | 323989 | 33.54 | | 112601 | 111601 | 17746828 | |
| 323867 | 524.93 | | 112301 | 111401 | 13197146 | | 323990 | 13,294.09 | | 112701 | 111601 | 17700414 | |
| 323868 | 12,480.00 | | 113001 | 111401 | 19782792 | | 323991 | 14,000.00 | | 112701 | 111601 | 16346105 | |
| 323869 | 731.33 | | 112701 | 111401 | 17622012 | | 323992 | 23,791.36 | | 112801 | 111601 | 16597444 | |
| 323870 | 720.00 | | 112601 | 111401 | 16042101 | | 323995 | 408.24 | | 112801 | 111601 | 16038156 | |
| 323871 | 16.02 | | 112301 | 111401 | 18640206 | | 323996 | 775.39 | | 112601 | 111601 | 17760047 | |
| 323873 | 670.00 | | 112301 | 111401 | 16374725 | | 323997 | 34,270.84 | | 112301 | 111601 | 17129985 | |
| 323874 | 834.60 | | 112301 | 111401 | 18645405 | | 323998 | 10,888.00 | | 112701 | 111601 | 17591555 | |
| 323875 | 248.50 | | 113001 | 111401 | 16407190 | | 324002 | 10,825.00 | | 112801 | 111601 | 17784201 | |
| 323876 | 426.97 | | 112301 | 111401 | 14101662 | | 324003 | 1,657.92 | | 112101 | 111601 | 11964561 | |
| 323877 | 406.05 | | 112301 | 111401 | 13717352 | | 324004 | 459.00 | | 112801 | 111601 | 19242667 | |
| 323878 | 1,785.00 | | 112601 | 111401 | 14685507 | | 324005 | 1.64 | | 112801 | 111601 | 17896257 | |
| 323879 | 1,081.00 | | 112801 | 111401 | 17784297 | | 324006 | 164.77 | | 113001 | 111601 | 19781048 | |
| 323880 | 96.52 | | 112101 | 111401 | 18525383 | | 324007 | 91.54 | | 112701 | 111601 | 19111202 | |
| 323881 | 1,260.00 | | 112101 | 111401 | 15550450 | | 324008 | 2,250.00 | | 113001 | 111601 | 18311599 | |
| 323882 | 480.00 | | 112601 | 111401 | 16130034 | | 324009 | 315.00 | | 112301 | 111601 | 17126252 | |
| 323884 | 617.84 | | 112601 | 111401 | 16788681 | | 324010 | 10,562.40 | | 112601 | 111601 | 12438G | |
| 323885 | 1,744.19 | | 112101 | 111401 | 16789969 | | 324011 | 8,316.00 | | 112301 | 111601 | 14119146 | |
| 323886 | 520.00 | | 113001 | 111401 | 15635606 | | 324013 | 400.34 | | 112301 | 111601 | 18643521 | |
| 323888 | 7,675.00 | | 112701 | 111401 | 14128942 | | 324015 | 1,327.50 | | 113001 | 111601 | 19795231 | |
| 323892 | 1,515.00 | | 112301 | 111401 | 17129895 | | 324016 | 78.45 | | 112901 | 111601 | 19450302 | |
| 323893 | 208.00 | | 112601 | 111401 | 14313809 | | 324018 | 118.70 | | 112801 | 111601 | 17760400 | |
| 323894 | 15,572.00 | | 112801 | 111401 | 18359942 | | 324019 | 3,809.47 | | 112601 | 111601 | 17897230 | |
| 323895 | 354.00 | | 112301 | 111401 | 17369029 | | 324020 | 259.85 | | 112901 | 111601 | 17372007G | |
| 323903 | 607.92 | | 112101 | 111401 | 15567952 | | 324021 | 2,907.41 | | 112701 | 111601 | 16358066 | |
| 323923 | 45,759.40 | | 112801 | 111401 | 17781907 | | 324022 | 2,566.08 | | 112801 | 111601 | 14087037 | |
| 323924 | 42,242.96 | | 112301 | 111401 | 15843270 | | 324023 | 115.14 | | 112801 | 111601 | 17628298 | |
| 323925 | 28,617.04 | | 112901 | 111401 | 15365774 | | 324024 | 69.91 | | 112701 | 111601 | 13685156 | |
| 323929 | 18,022.74 | | 112101 | 111401 | 16786038 | | 324026 | 12.95 | | 112801 | 111601 | 17624353 | |
| 323940 | 32,300.60 | | 112801 | 111401 | 19238316 | | 324027 | 4,268.50 | | 112901 | 111601 | 16572380 | |
| 323941 | 6,250.00 | | 112701 | 111401 | 17585457 | | 324028 | 239.63 | | 112801 | 111601 | 15314808 | |
| 323942 | 58,974.44 | | 112701 | 111401 | 14145808 | | 324029 | 179.25 | | 112901 | 111601 | 16357541 | |
| 323943 | 437.50 | | 112301 | 111401 | 17132666 | | 324030 | 772.00 | | 112801 | 111601 | 15369481 | |
| 323945 | 3,776.70 | | 112301 | 111401 | 17160318 | | 324032 | 1,235.25 | | 112801 | 111601 | 19781208 | |
| 323946 | 4,745.36 | | 112801 | 111401 | 19242628 | | 324033 | 453.20 | | 112701 | 111601 | 19243691 | |
| 323960 | 11,793.70 | | 112901 | 111401 | 15325551 | | 324034 | 4,045.82 | | 112601 | 111601 | 13688156 | |
| 323961 | 571.06 | | 112101 | 111401 | 12920465 | | 324035 | 706.28 | | 112801 | 111601 | 17624353 | |
| 323962 | 236.50 | | 112901 | 111401 | 15331696 | | 324036 | 404.55 | | 112601 | 111601 | 16161786 | |
| 323963 | 250.00 | | 112101 | 111401 | 16742206 | | 324037 | 986.63 | | 112601 | 111601 | 17469810 | |
| 323966 | 13,702.68 | | 112101 | 111401 | 16785587 | | 324038 | 718.96 | | 112701 | 111601 | 19112079 | |
| 323968 | 6,245.71 | | 112801 | 111401 | 16605311 | | 324039 | 15.63 | | 112801 | 111601 | 17770833 | |
| 323970 | 8,191.03 | | 112901 | 111401 | 15311499 | | 324040 | 3,469.40 | | 112701 | 111601 | 16356303 | |
| 323974 | 1,125.00 | | 111601 | 111401 | 17452391 | | 324041 | 569.50 | | 112601 | 111601 | 16162664 | |

TYPE OF REPORT
UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES
1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | | BANK NO. | CUST. ACCOUNT NO. | | CUSTOMER NAME | | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAID ONLY | | | | | | 1 | 2079920005761 | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | 004 | | | 11-30-01 | 26 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324042 | 3,000.00 | | 112701 | 111601 | 14136922 | | | 324104 | 87.97 | | 112801 | 111601 | 17737769 | |
| 324044 | 4,330.00 | | 112901 | 111601 | 15364692 | | | 324105 | 30.98 | | 112601 | 111601 | 14323211 | |
| 324045 | 10,375.00 | | 112601 | 111601 | 16039155 | | | 324106 | 1,065.25 | | 112701 | 111601 | 16358423 | |
| 324046 | 411.60 | | 112301 | 111601 | 14146761 | | | 324107 | 47.63 | | 112601 | 111601 | 13717091 | |
| 324047 | 2,966.80 | | 112801 | 111601 | 17761081 | | | 324108 | 114.72 | | 112601 | 111601 | 17754639 | |
| 324048 | 982.09 | | 112801 | 111601 | 17763179 | | | 324109 | 800.00 | | 112101 | 111601 | 12905319 | |
| 324049 | 973.33 | | 112601 | 111601 | 16103643 | | | 324110 | 1,175.00 | | 112801 | 111601 | 17738658 | |
| 324050 | 44.72 | | 112701 | 111601 | 17699242 | | | 324111 | 616.34 | | 112901 | 111601 | 15900430 | |
| 324051 | 946.32 | | 112601 | 111601 | 17758135 | | | 324112 | 164.09 | | 112801 | 111601 | 16015594 | |
| 324052 | 1,083.11 | | 112801 | 111601 | 17767165 | | | 324113 | 272.75 | | 112601 | 111601 | 19254687 | |
| 324054 | 16.44 | | 112601 | 111601 | 16610853 | | | 324114 | 19,797.60 | | 112601 | 111601 | 13749450 | |
| 324055 | 281.04 | | 113001 | 111601 | 18057485 | | | 324115 | 5,698.20 | | 112901 | 111601 | 15366271 | |
| 324056 | 70.20 | | 112801 | 111601 | 19251580 | | | 324116 | 320.00 | | 112801 | 111601 | 11659658 | |
| 324057 | 1,341.22 | | 112901 | 111601 | 16951480 | | | 324117 | 9,995.42 | | 112601 | 111601 | 16056393 | |
| 324058 | 234.67 | | 112801 | 111601 | 17785400 | | | 324118 | 10,129.19 | | 112301 | 111601 | 15847553 | |
| 324059 | 14,040.69 | | 112601 | 111601 | 14320928 | | | 324119 | 60.06 | | 112801 | 111601 | 16604659 | |
| 324060 | 332.10 | | 112901 | 111601 | 11532727 | | | 324120 | 59.53 | | 112901 | 111601 | 11946220 | |
| 324061 | 48,699.39 | | 112801 | 111601 | 16013593 | | | 324121 | 8,665.20 | | 112701 | 111601 | 17588303 | |
| 324064 | 6,360.00 | | 112801 | 111601 | 17021641 | | | 324122 | 1,320.60 | | 112801 | 111601 | 16564929 | |
| 324068 | 1,890.00 | | 112801 | 111601 | 16611962 | | | 324123 | 1,080.00 | | 112901 | 111601 | 19243296 | |
| 324069 | 1,199.30 | | 112701 | 111601 | 18107676 | | | 324124 | 3,000.00 | | 112601 | 111601 | 14314933 | |
| 324071 | 388.74 | | 112301 | 111601 | 19250223 | | | 324125 | 3,997.68 | | 112701 | 111601 | 19103319 | |
| 324072 | 47,308.00 | | 112801 | 111601 | 17743467 | | | 324126 | 3,805.59 | | 112601 | 111601 | 16058834 | |
| 324074 | 17,174.25 | | 112801 | 111601 | 16636579 | | | 324127 | 171.34 | | 112801 | 111601 | 16024042 | |
| 324075 | 705.00 | | 112901 | 111601 | 16123038 | | | 324128 | 2,433.52 | | 112701 | 111601 | 16567128 | |
| 324076 | 13,365.78 | | 112601 | 111601 | 13718356 | | | 324129 | 8,047.73 | | 112601 | 111601 | 17784282 | |
| 324077 | 14,261.04 | | 112701 | 111601 | 17629577 | | | 324130 | 1,057.38 | | 112901 | 111601 | 18634602 | |
| 324078 | 2,279.91 | | 112801 | 111601 | 17897678 | | | 324131 | 740.00 | | 112601 | 111601 | 18146954 | |
| 324079 | 32.56 | | 112301 | 111601 | 15844714 | | | 324132 | 500.00 | | 112601 | 111601 | 16040073 | |
| 324080 | 2,336.00 | | 112901 | 111601 | 16906337 | | | 324133 | 239.97 | | 112801 | 111601 | 12012552 | |
| 324081 | 2,291.20 | | 112701 | 111601 | 14119229 | | | 324134 | 1,938.60 | | 112801 | 111601 | 16614355 | |
| 324082 | 608.60 | | 112801 | 111601 | 16009575 | | | 324135 | 105.85 | | 113001 | 111601 | 17016189 | |
| 324083 | 113.27 | | 112801 | 111601 | 12013923 | | | 324136 | 400.00 | | 112801 | 111601 | 18107230 | |
| 324084 | 78.11 | | 112701 | 111601 | 19111230 | | | 324137 | 182.16 | | 112701 | 111601 | 19243584 | |
| 324085 | 68.94 | | 113001 | 111601 | 12025584 | | | 324138 | 32,890.53 | | 112901 | 111601 | 16952300 | |
| 324086 | 584.50 | | 112601 | 111601 | 16149916 | | | 324141 | 83.32 | | 112801 | 111601 | 15368688 | |
| 324087 | 3,919.12 | | 112901 | 111601 | 17592211 | | | 324143 | 1,125.61 | | 112801 | 111601 | 15086035 | |
| 324088 | 1,012.66 | | 112301 | 111601 | 19461915 | | | 324145 | 31.76 | | 112601 | 111601 | 16604485 | |
| 324089 | 2,742.22 | | 112701 | 111601 | 17627759 | | | 324146 | 3,720.32 | | 112801 | 111601 | 16157475 | |
| 324090 | 19,205.59 | | 112601 | 111601 | 16009575 | | | 324147 | 151.08 | | 112701 | 111601 | 16568801 | |
| 324091 | 686.94 | | 112701 | 111601 | 16357914 | | | 324148 | 151.08 | | 112801 | 111601 | 18107230 | |
| 324092 | 100.16 | | 113001 | 111601 | 15789802 | | | 324149 | 22.00 | | 112701 | 111601 | 19759702 | |
| 324093 | 381.79 | | 112701 | 111601 | 17763304 | | | 324150 | 13,296.74 | | 112701 | 111601 | 14134845 | |
| 324096 | 28.00 | | 112801 | 111601 | 16608980 | | | 324151 | 1,139.16 | | 112801 | 111601 | 17745063 | |
| 324097 | 35.43 | | 112701 | 111601 | 19797264 | | | 324152 | 35.93 | | 112901 | 111601 | 17750577 | |
| 324098 | 80.15 | | 113001 | 111601 | 16356738 | | | 324153 | 13,850.00 | | 112301 | 111601 | 15365410 | |
| 324099 | 1,537.16 | | 112801 | 111601 | 16568892 | | | 324154 | 609.64 | | 112301 | 111601 | 14088142 | |
| 324101 | 582,031.94 | | 112601 | 111601 | 14320927 | | | 324156 | 116.45 | | 112601 | 111601 | 16130076 | |
| 324102 | 49.00 | | 112601 | 111601 | 16605663 | | | 324157 | 62.54 | | 112801 | 111601 | 16605663 | |
| 324103 | 10,510.50 | | 112701 | 111601 | 17595222 | | | 324158 | 2,112.24 | | 112601 | 111601 | 16024566 | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M : MISSING (OUTSTANDING) ITEM

L336 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 27 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324159 | 1,096.20 | | 112301 | 111601 | 14124574 | | 324221 | 117.00 | | 112801 | 111601 | 17767276 | |
| 324160 | 236.15 | | 112701 | 111601 | 16357457 | | 324222 | 285.93 | | 112901 | 111601 | 15305626 | |
| 324161 | 78.35 | | 112601 | 111601 | 13707624 | | 324223 | 919.26 | | 112801 | 111601 | 17767274 | |
| 324162 | 2,121.63 | | 112601 | 111601 | 16121547 | | 324224 | 40.00 | | 112301 | 111601 | 14145926 | |
| 324163 | 12,173.64 | | 112801 | 111601 | 17780963 | | 324225 | 285.00 | | 112101 | 111601 | 12904390 | |
| 324164 | 240.00 | | 112801 | 111601 | 17733026 | | 324230 | 76.00 | | 112901 | 111601 | 19457291 | |
| 324166 | 31,044.30 | | 112901 | 111601 | 15328227 | | 324231 | 81.00 | | 112901 | 111601 | 19456914 | |
| 324167 | 54.60 | | 112801 | 111601 | 17748754 | | 324232 | 200.00 | | 112301 | 111601 | 12379356 | |
| 324168 | 236.19 | | 112701 | 111601 | 17629205 | | 324233 | 196.00 | | 112601 | 111601 | 19452436 | |
| 324169 | 500.00 | | 112801 | 111601 | 14337539 | | 324235 | 474.81 | | 112801 | 111601 | 17767245 | |
| 324170 | 114.04 | | 112901 | 111601 | 16904775 | | 324237 | 186.00 | | 112701 | 111601 | 19109310 | |
| 324171 | 2,666.56 | | 112801 | 111601 | 17787045 | | 324239 | 2,963.00 | | 112101 | 111601 | 12905380 | |
| 324172 | 1,085.31 | | 112701 | 111601 | 16360639 | | 324239 | 298.00 | | 112601 | 111601 | 17623550 | |
| 324173 | 2,350.00 | | 112801 | 111601 | 17731932 | | 324240 | 548.00 | | 112801 | 111601 | 18027502 | |
| 324174 | 33.83 | | 112601 | 111601 | 13720324 | | 324242 | 540.00 | | 112901 | 111601 | 19451649 | |
| 324175 | 85.00 | | 112301 | 111601 | 15852840 | | 324243 | 504.00 | | 112601 | 111601 | 15028644 | |
| 324179 | 1,150.00 | | 112601 | 111601 | 16600113 | | 324244 | 370.05 | | 113001 | 111601 | 17051486 | |
| 324180 | 1,249.39 | | 112601 | 111601 | 16014246 | | 324245 | 165.46 | | 112601 | 111601 | 16162534 | |
| 324181 | 288.90 | | 112601 | 111601 | 16163650 | | 324247 | 176.00 | | 112301 | 111601 | 14315571 | |
| 324182 | 727.44 | | 112701 | 111601 | 17625166 | | 324249 | 1,663.00 | | 112301 | 111601 | 17133177 | |
| 324183 | 150.00 | | 112901 | 111601 | 15286676 | | 324250 | 188.00 | | 112801 | 111601 | 16620660 | |
| 324184 | 3,500.00 | | 112801 | 111601 | 16607914 | | 324252 | 231.00 | | 112701 | 111601 | 17595156 | |
| 324186 | 375.00 | | 112601 | 111601 | 13718629 | | 324254 | 238.46 | | 112801 | 111601 | 16621553 | |
| 324187 | 639.06 | | 112801 | 111601 | 17732425 | | 324255 | 58.48 | | 112901 | 111601 | 19458241 | |
| 324188 | 260.00 | | 112301 | 111601 | 18646796 | | 324256 | 359.00 | | 112101 | 111601 | 12920605 | |
| 324189 | 1,100.00 | | 112601 | 111601 | 16122216 | | 324258 | 260.00 | | 112301 | 111601 | 14153692 | |
| 324190 | 3,758.50 | | 112701 | 111601 | 16357477 | | 324259 | 208.00 | | 112801 | 111601 | 16613879 | |
| 324191 | 325.00 | | 112701 | 111601 | 14140155 | | 324260 | 4,798.00 | | 112701 | 111601 | 17585076 | |
| 324193 | 1,155.15 | | 112701 | 111601 | 17625729 | | 324262 | 1,350.00 | | 113001 | 111601 | 17016807 | |
| 324194 | 50.00 | | 112701 | 111601 | 17625985 | | 324263 | 2,823.00 | | 112601 | 111601 | 16101026 | |
| 324195 | 15.11 | | 112601 | 111601 | 17466408 | | 324268 | 201.00 | | 112601 | 111601 | 16109527 | |
| 324196 | 3,278.27 | | 112701 | 111601 | 18103892 | | 324269 | 418.00 | | 112601 | 111601 | 16405355 | |
| 324197 | 192.58 | | 112601 | 111601 | 16161731 | | 324271 | 188.00 | | 112301 | 111601 | 14102135 | |
| 324198 | 50.00 | | 112901 | 111601 | 17743305 | | 324272 | 188.00 | | 113001 | 111601 | 15626883 | |
| 324201 | 119.09 | | 112901 | 111601 | 15286741 | | 324277 | 276.04 | | 113001 | 111601 | 15311395 | |
| 324202 | 352.28 | | 112601 | 111601 | 14146563 | | 324279 | 5,258.00 | | 112001 | 111601 | 16151683 | |
| 324204 | 482.00 | | 112601 | 111601 | 17470099 | | 324280 | 254.00 | | 112701 | 111601 | 17606954 | |
| 324205 | 107.00 | | 112101 | 111601 | 18535771 | | 324282 | 2,125.00 | | 112801 | 111601 | 12643398 | |
| 324207 | 220.00 | | 112601 | 111601 | 13720331 | | 324284 | 4,950.00 | | 112801 | 111601 | 17760752 | |
| 324208 | 350.00 | | 112301 | 111601 | 17150305 | | 324285 | 3,814.26 | | 113001 | 111601 | 15626663 | |
| 324209 | 1,570.00 | | 112601 | 111601 | 13688490 | | 324286 | 31,246.74 | | 112601 | 111601 | 16151682 | |
| 324210 | 409.00 | | 112601 | 111601 | 19991414 | | 324287 | 34,713.00 | | 112601 | 111601 | 16151683 | |
| 324211 | 1,570.00 | | 112101 | 111601 | 18535729 | | 324288 | 30,774.99 | | 112801 | 111601 | 16151681 | |
| 324212 | 284.58 | | 112101 | 111601 | 16785276 | | 324290 | 60,375.61 | | 112801 | 111601 | 17770121 | |
| 324213 | 117.00 | | 112801 | 111601 | 17774782 | | 324291 | 332.88 | | 112701 | 112001 | 15325037 | |
| 324214 | 140.50 | | 112601 | 111601 | 14323236 | | 324292 | 397.75 | | 112701 | 112001 | 17601037 | |
| 324216 | 382.29 | | 113001 | 111601 | 17054248 | | 324294 | 1,283.00 | | 112601 | 112001 | 17626699 | |
| 324218 | 130.00 | | 112301 | 111601 | 17315449 | | 324295 | 14.15 | | 112801 | 112001 | 18634261 | |
| 324219 | 66.00 | | 112801 | 111601 | 16623881 | | 324296 | 7,201.76 | | 112701 | 112001 | 17590844 | |
| 324220 | 569.63 | | 112901 | 111601 | 17126454 | | 324298 | 103.55 | | 112701 | 112001 | 14135848 | |

TYPE OF REPORT

UNPAID ONLY • OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY • PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED • PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL • OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.