# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | ACCOUNT NO | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 207992000576 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 28 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324297 | 137.86 | | 112801 | 112001 | 19249407 | | 324354 | 650.00 | | 112801 | 112001 | 14335369 | |
| 324298 | 7,000.00 | | 112701 | 112001 | 19115402 | | 324355 | 22.47 | | 112801 | 112001 | 17764801 | |
| 324300 | 1,082.50 | | 112701 | 112001 | 17629752 | | 324356 | 4,982.80 | | 112801 | 112001 | 17601608 | |
| 324302 | 1,343.03 | | 113001 | 112001 | 15629976 | | 324357 | 538.00 | | 112801 | 112001 | 16606130 | |
| 324304 | 2,087.50 | | 112801 | 112001 | 17770636 | | 324358 | 34,187.44 | | 112801 | 112001 | 16134616 | |
| 324305 | 242,500.00 | | 112701 | 112001 | 17629681 | | 324359 | 431.75 | | 112701 | 112001 | 17603974 | |
| 324306 | 200.00 | | 112901 | 112001 | 15326991 | | 324360 | 592.45 | | 112701 | 112001 | 17791538 | |
| 324307 | 89.27 | | 113001 | 112001 | 14529844 | | 324361 | 92.30 | | 112801 | 112001 | 17022288 | |
| 324308 | 1,592.15 | | 112901 | 112001 | 16908113 | | 324362 | 5,849.64 | | 113001 | 112001 | 17477623 | |
| 324309 | 3,622.50 | | 112901 | 112001 | 18596729 | | 324363 | 4,743.36 | | 112601 | 112001 | 16347839 | |
| 324310 | 406.65 | | 112801 | 112001 | 17760764 | | 324364 | 1,002.85 | | 112701 | 112001 | 17751358 | |
| 324312 | 1,607.65 | | 112701 | 112001 | 19110352 | | 324365 | 8,891.53 | | 112701 | 112001 | 16356399 | |
| 324313 | 803.66 | | 112601 | 112001 | 16157282 | | 324366 | 320.00 | | 112701 | 112001 | 15643236 | |
| 324314 | 277.07 | | 112801 | 112001 | 17791125 | | 324367 | 7,981.20 | | 113001 | 112001 | 17477467 | |
| 324315 | 343.77 | | 112901 | 112001 | 15285901 | | 324368 | 1,038.00 | | 112601 | 112001 | 16356931 | |
| 324316 | 11,388.00 | | 112801 | 112001 | 17821127 | | 324369 | 1,324.00 | | 112701 | 112001 | 18369980 | |
| 324317 | 10,409.86 | | 112701 | 112001 | 14135845 | | 324370 | 410.53 | | 112801 | 112001 | 19237855 | |
| 324318 | 200.70 | | 112701 | 112001 | 17699320 | | 324371 | 4,641.60 | | 112601 | 112001 | 16124346 | |
| 324319 | 3,687.25 | | 112601 | 112001 | 16130425 | | 324375 | 158.33 | | 112601 | 112001 | 17587438 | |
| 324320 | 134.78 | | 112801 | 112001 | 16599390 | | 324376 | 598.00 | | 113001 | 112001 | 15617592 | |
| 324321 | 559.25 | | 112901 | 112001 | 16903855 | | 324377 | 291.06 | | 112801 | 112001 | 18369903 | |
| 324322 | 10,743.05 | | 112701 | 112001 | 19109526 | | 324378 | 20,463.00 | | 112701 | 112001 | 17598230 | |
| 324323 | 5,476.00 | | 112801 | 112001 | 16608653 | | 324379 | 148.00 | | 112701 | 112001 | 16035379 | |
| 324324 | 3,575.11 | | 113001 | 112001 | 18057447 | | 324380 | 1,641.47 | | 112701 | 112001 | 17627802 | |
| 324325 | 585.00 | | 112801 | 112001 | 19248517 | | 324381 | 655.47 | | 112001 | 112001 | 17761016 | |
| 324326 | 109.95 | | 112701 | 112001 | 19103442 | | 324382 | 1,446.49 | | 112701 | 112001 | 17629764 | |
| 324328 | 2,240.00 | | 112801 | 112001 | 16610821 | | 324383 | 57.22 | | 113001 | 112001 | 17018792 | |
| 324329 | 4,323.16 | | 112701 | 112001 | 17770832 | | 324385 | 3,064.59 | | 112901 | 112001 | 15368830 | |
| 324330 | 92.00 | | 112701 | 112001 | 16356302 | | 324386 | 111.28 | | 112801 | 112001 | 16617444 | |
| 324331 | 22,700.03 | | 112801 | 112001 | 19241108 | | 324387 | 7,742.70 | | 112901 | 112001 | 16908025 | |
| 324332 | 1,194.05 | | 112601 | 112001 | 15076375 | | 324388 | 6,522.30 | | 113001 | 112001 | 14529842 | |
| 324333 | 250.80 | | 112901 | 112001 | 15302990 | | 324389 | 6,995.30 | | 112801 | 112001 | 19237576 | |
| 324335 | 1,275.00 | | 113001 | 112001 | 19778334 | | 324390 | 19,820.04 | | 112701 | 112001 | 17604065 | |
| 324336 | 285.06 | | 112801 | 112001 | 17770332 | | 324391 | 2,419.87 | | 112701 | 112001 | 17704050 | |
| 324337 | 912.69 | | 112901 | 112001 | 15363409 | | 324392 | 7,080.64 | | 112701 | 112001 | 16346237 | |
| 324338 | 293.16 | | 112901 | 112001 | 19457401 | | 324393 | 93.45 | | 112701 | 112001 | 17623815 | |
| 324339 | 1,790.00 | | 112701 | 112001 | 17603273 | | 324396 | 1,006.88 | | 112901 | 112001 | 18640293 | |
| 324341 | 1,195.00 | | 112801 | 112001 | 16344838 | | 324397 | 10.61 | | 112901 | 112001 | 15327665 | |
| 324342 | 145.16 | | 112701 | 112001 | 17784221 | | 324398 | 6,522.30 | | 112901 | 112001 | 15369630 | |
| 324343 | 5,000.00 | | 112601 | 112001 | 17702405 | | 324399 | 1,392.53 | | 112801 | 112001 | 17783428 | |
| 324344 | 200.00 | | 112601 | 112001 | 14317338 | | 324400 | 74.39 | | 112001 | 112001 | 19237576 | |
| 324346 | 3,190.00 | | 112801 | 112001 | 17787951 | | 324402 | 7,248.88 | | 112701 | 112001 | 17704050 | |
| 324347 | 2,866.50 | | 112901 | 112001 | 15363409 | | 324404 | 363.26 | | 112701 | 112001 | 16346237 | |
| 324348 | 5,808.08 | | 112701 | 112001 | 19457401 | | 324405 | 3,983.18 | | 112701 | 112001 | 17623815 | |
| 324349 | 1,686.06 | | 112701 | 112001 | 16344838 | | 324407 | 1,378.48 | | 112901 | 112001 | 18640293 | |
| 324350 | 1,913.50 | | 112801 | 112001 | 17784221 | | 324408 | 450.00 | | 112901 | 112001 | 15327665 | |
| 324351 | 21,270.22 | | 112601 | 112001 | 13707288 | | 324409 | 10.00 | | 112901 | 112001 | 15369630 | |
| 324352 | 818.40 | | 112601 | 112001 | 17587736 | | 324410 | 1,392.53 | | 112801 | 112001 | 17778391 | |
| 324353 | 3,446.58 | | 112701 | 112001 | 17754864 | | 324411 | 1,300.00 | | 112801 | 112001 | 19803056 | |
| | 227.55 | | | | | | 324413 | 1,347.32 | | | | | |
| | | | | | | | 324414 | 274.85 | | 113001 | 112001 | 16036000 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
    MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 207992000005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 29 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324415 | 723.41 | | 112901 | 112001 | 15317892 | | 324473 | 212.00 | | 112901 | 112001 | 15320368 | |
| 324416 | 105.01 | | 112701 | 112001 | 17699805 | | 324474 | 617.12 | | 113001 | 112001 | 17016783 | |
| 324417 | 11,128.32 | | 112001 | 112001 | 17785008 | | 324475 | 15,522.00 | | 112801 | 112001 | 17784285 | |
| 324418 | 16,293.60 | | 112601 | 112001 | 13749449 | | 324476 | 13,145.00 | | 112701 | 112001 | 17623967 | |
| 324419 | 297.50 | | 112801 | 112001 | 17767196 | | 324477 | 74,834.26 | | 112901 | 112001 | 15287499 | |
| 324420 | 5,719.08 | | 112801 | 112001 | 17782878 | | 324478 | 10,367.50 | | 112001 | 112001 | 19453351 | |
| 324421 | 1,219.00 | | 112901 | 112001 | 15322899 | | 324480 | 16,057.18 | | 112801 | 112001 | 17778410 | |
| 324422 | 11,599.99 | | 112901 | 112001 | 18639737 | | 324481 | 87,640.00 | | 112701 | 112001 | 17023312 | |
| 324423 | 3,081.56 | | 112901 | 112001 | 16959453 | | 324482 | 60.00 | | 112801 | 112001 | 14338066 | |
| 324424 | 8,485.40 | | 112701 | 112001 | 17588097 | | 324483 | 366.83 | | 112001 | 112001 | 16604755 | |
| 324425 | 26,702.86 | | 112801 | 112001 | 17772943 | | 324484 | 792.63 | | 113001 | 112001 | 15627014 | |
| 324426 | 1,285.62 | | 112901 | 112001 | 18634600 | | 324485 | 9,856.37 | | 112701 | 112001 | 17591374 | |
| 324427 | 2,612.00 | | 112701 | 112001 | 17608017 | | 324488 | 3,390.40 | | 112001 | 112001 | 18401821 | |
| 324429 | 106.00 | | 112001 | 112001 | 16604436 | | 324489 | 15,640.40 | | 112701 | 112001 | 17629543 | |
| 324430 | 3,550.18 | | 112701 | 112001 | 16374997 | | 324490 | 4,108.00 | | 112801 | 112001 | 17784935 | |
| 324431 | 157.50 | | 112701 | 112001 | 17590183 | | 324491 | 1,000.00 | | 112801 | 112001 | 19238182 | |
| 324432 | 1,814.82 | | 112801 | 112001 | 16606187 | | 324492 | 217.97 | | 113001 | 112001 | 15639260 | |
| 324433 | 565.24 | | 112801 | 112001 | 19237832 | | 324493 | 800.76 | | 112701 | 112001 | 16358233 | |
| 324434 | 115.54 | | 112801 | 112001 | 17608390 | | 324494 | 325.00 | | 112801 | 112001 | 19251955 | |
| 324435 | 600.00 | | 112801 | 112001 | 16621992 | | 324495 | 9,003.16 | | 112001 | 112001 | 19108788 | |
| 324437 | 29,666.17 | | 112901 | 112001 | 15337837 | | 324496 | 760.00 | | 112701 | 112001 | 17627992 | |
| 324438 | 4,514.56 | | 112801 | 112001 | 17750576 | | 324497 | 1,107.90 | | 112801 | 112001 | 14337355 | |
| 324439 | 594.75 | | 112901 | 112001 | 15310619 | | 324498 | 350.00 | | 112701 | 112001 | 16358818 | |
| 324440 | 2,452.34 | | 112701 | 112001 | 17589975 | | 324499 | 69.57 | | 112901 | 112001 | 18635983 | |
| 324442 | 1,971.00 | | 112701 | 112001 | 14137165 | | 324501 | 1,112.80 | | 112801 | 112001 | 15085943 | |
| 324443 | 35.00 | | 112901 | 112001 | 16908048 | | 324502 | 1,675.00 | | 113001 | 112001 | 15617171 | |
| 324446 | 2,200.00 | | 112701 | 112001 | 14115917 | | 324503 | 409.96 | | 112701 | 112001 | 17627721 | |
| 324447 | 100.60 | | 112801 | 112001 | 16906387 | | 324505 | 647.33 | | 112901 | 112001 | 18639291 | |
| 324448 | 2,160.52 | | 112801 | 112001 | 19798112 | | 324506 | 2,110.34 | | 113001 | 112001 | 17051465 | |
| 324449 | 675.10 | | 112701 | 112001 | 17590847 | | 324508 | 1,800.00 | | 112701 | 112001 | 17785497 | |
| 324450 | 1,902.60 | | 112601 | 112001 | 16035403 | | 324509 | 220.50 | | 112801 | 112001 | 14141467 | |
| 324451 | 20,070.00 | | 112701 | 112001 | 17590341 | | 324510 | 1,800.00 | | 113001 | 112001 | 19800112 | |
| 324452 | 101.34 | | 112801 | 112001 | 17748755 | | 324513 | 2,500.00 | | 112801 | 112001 | 16605371 | |
| 324453 | 2,030.00 | | 112801 | 112001 | 17788456 | | 324515 | 307.67 | | 112701 | 112001 | 17622919 | |
| 324454 | 2,413.42 | | 112801 | 112001 | 15077336 | | 324516 | 650.00 | | 112701 | 112001 | 18122787 | |
| 324456 | 189.29 | | 112701 | 112001 | 16355722 | | 324517 | 235.00 | | 112901 | 112001 | 15318018 | |
| 324457 | 123.59 | | 113001 | 112001 | 17022451 | | 324518 | 4,032.00 | | 112701 | 112001 | 19103930 | |
| 324458 | 2,779.20 | | 112801 | 112001 | 17788282 | | 324521 | 51.56 | | 113001 | 112001 | 19787414 | |
| 324459 | 11,235.00 | | 112701 | 112001 | 17629558 | | 324522 | 526.25 | | 112701 | 112001 | 16624077 | |
| 324460 | 2,025.73 | | 113001 | 112001 | 14535782 | | 324524 | 372.42 | | 112601 | 112001 | 17470235 | |
| 324461 | 294.96 | | 112801 | 112001 | 14334057 | | 324526 | 517.03 | | 113001 | 112001 | 17054247 | |
| 324463 | 11,818.45 | | 112701 | 112001 | 17589817 | | 324527 | 1,131.00 | | 112801 | 112001 | 17757629 | |
| 324465 | 3,783.38 | | 112801 | 112001 | 18369108 | | 324528 | 754.00 | | 112801 | 112001 | 16623882 | |
| 324466 | 645.05 | | 112801 | 112001 | 16597862 | | 324530 | 93.01 | | 112701 | 112001 | 17601468 | |
| 324467 | 1,842.66 | | 112801 | 112001 | 14341281 | | 324531 | 252.00 | | 112701 | 112001 | 14139433 | |
| 324468 | 8,405.60 | | 112701 | 112001 | 14130239 | | 324534 | 652.00 | | 112601 | 112001 | 14316141 | |
| 324469 | 4,050.00 | | 112801 | 112001 | 17755505 | | 324536 | 157.00 | | 112701 | 112001 | 14146063 | |
| 324470 | 2,189.75 | | 112701 | 112001 | 17627856 | | 324538 | 54.00 | | 112901 | 112001 | 19445553 | |
| 324471 | 1,852.64 | | 112701 | 112001 | 17629560 | | 324539 | 447.00 | | 112901 | 112001 | 19451650 | |
| 324472 | 215.10 | | 112801 | 112001 | 17731763 | | 324541 | 199.00 | | 112801 | 112001 | 16620661 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY    = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL      = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

TYPE OF REPORT: PAID ONLY
BANK NO: 1
CUST ACCOUNT NO: 2079920005761
CUSTOMER NAME: W R GRACE CO-CONN ATTN: MARY BOUCHARD
004
DATE: 11-30-01
PAGE: 30

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324544 | 90.26 | | 112801 | 112001 | 16621554 | | 324670 | 30,972.23 | | 112901 | 112001 | 16959452 | |
| 324545 | 6,029.00 | | 112601 | 112001 | 14314913 | | 324671 | 645.80 | | 112901 | 112001 | 18634601 | |
| 324546 | 551.00 | | 112801 | 112001 | 16613012 | | 324672 | 240.53 | | 113001 | 112001 | 19778116 | |
| 324547 | 232.00 | | 112601 | 112001 | 13749452 | | 324673 | 38.60 | | 112801 | 112001 | 15080073 | |
| 324550 | 1,830.00 | | 112901 | 112001 | 15309738 | | 324675 | 1,639.91 | | 112801 | 112001 | 17789585 | |
| 324552 | 118.77 | | 112901 | 112001 | 15305034 | | 324677 | 4,005.25 | | 112801 | 112001 | 17629440 | |
| 324554 | 7,499.00 | | 113001 | 112001 | 18059861 | | 324678 | 448.47 | | 113001 | 112001 | 17022452 | |
| 324555 | 9,106.00 | | 112801 | 112001 | 15075868 | | 324679 | 571.14 | | 112701 | 112001 | 17626656 | |
| 324557 | 2,174.00 | | 112901 | 112001 | 15315098 | | 324680 | 432.00 | | 113001 | 112001 | 14529849 | |
| 324559 | 446.00 | | 113001 | 112001 | 19798890 | | 324681 | 3,530.84 | | 112701 | 112001 | 16345190 | |
| 324561 | 2,814.00 | | 112801 | 112001 | 17791617 | | 324682 | 226.10 | | 112801 | 112001 | 15082731 | |
| 324562 | 5,990.00 | | 112801 | 112001 | 15617705 | | 324683 | 2,642.74 | | 112001 | 112001 | 17781843 | |
| 324563 | 11,702.00 | | 112801 | 112001 | 17762720 | | 324685 | 974.00 | | 113001 | 112001 | 19803070 | |
| 324568 | 10.00 | | 112801 | 112001 | 14337854 | | 324686 | 1,000.65 | | 112801 | 112001 | 17754177 | |
| 324571 | 103.00 | | 112901 | 112001 | 15330668 | | 324687 | 303.00 | | 112801 | 112001 | 16613878 | |
| 324572 | 28.00 | | 112901 | 112001 | 15326297 | | 324693 | 162.37 | | 113001 | 112001 | 15616937 | |
| 324573 | 285.00 | | 112901 | 112001 | 15326296 | | 324694 | 202.96 | | 113001 | 112001 | 15616938 | |
| 324574 | 7,432.00 | | 113001 | 112001 | 19802146 | | 324699 | 86.67 | | 113001 | 112001 | 15636604 | |
| 324575 | 26.85 | | 113001 | 112001 | 17042170 | | 324702 | 5.00 | | 113001 | 112001 | 15618289 | |
| 324576 | 243.00 | | 113001 | 112001 | 17053241 | | 324703 | 90.83 | | 113001 | 112001 | 15618288 | |
| 324577 | 6,911.00 | | 113001 | 112001 | 18309571 | | 324707 | 250.00 | | 113001 | 112001 | 15618285 | |
| 324579 | 5,276.00 | | 112701 | 112001 | 17625744 | | 324711 | 57.84 | | 112901 | 112001 | 18634617 | |
| 324582 | 389.00 | | 112901 | 112001 | 18635839 | | 324719 | 427.35 | | 112801 | 121001 | 18369463 | |
| 324584 | 1,337.00 | | 112701 | 112001 | 17627753 | | 324720 | 150.00 | | 112701 | 121001 | 17388143 | |
| 324585 | 1,107.00 | | 112601 | 112001 | 16016621 | | 325402 | 8,435.17 | | 113001 | 112801 | 17038008 | |
| 324586 | 44.00 | | 113001 | 112001 | 17052443 | | | | | | | | |
| 324589 | 122.00 | | 112701 | 112001 | 17591308 | | | | PAID 13,646,385.53 | | | | 2,975GT |
| 324590 | 420.00 | | 112801 | 112001 | 17786856 | | | | | | | | |
| 324592 | 1,000.00 | | 112901 | 112001 | 15328028 | | | | | | | | |
| 324593 | 1,500.00 | | 113001 | 112001 | 17050057 | | | | | | | | |
| 324611 | 25.00 | | 112801 | 112001 | 15617532 | | | | | | | | |
| 324614 | 22,411.99 | | 113001 | 112001 | 17020210 | | | | | | | | |
| 324618 | 851.14 | | 112801 | 112001 | 17902451 | | | | | | | | |
| 324646 | 3,500.00 | | 113001 | 112001 | 19798965 | | | | | | | | |
| 324652 | 3,795.95 | | 113001 | 112001 | 19797079 | | | | | | | | |
| 324653 | 167.42 | | 112701 | 112001 | 17784945 | | | | | | | | |
| 324655 | 488.24 | | 113001 | 112001 | 14534500 | | | | | | | | |
| 324657 | 505.03 | | 113001 | 112001 | 14140102 | | | | | | | | |
| 324658 | 5,553.25 | | 112801 | 112001 | 14135258 | | | | | | | | |
| 324659 | 1,420.90 | | 112701 | 112001 | 14135258 | | | | | | | | |
| 324660 | 1,612.80 | | 112601 | 112001 | 17477637 | | | | | | | | |
| 324661 | 67.44 | | 112801 | 112001 | 17744144 | | | | | | | | |
| 324662 | 1,113.40 | | 113001 | 112001 | 17743917 | | | | | | | | |
| 324663 | 9.95 | | 113001 | 112001 | 18311535 | | | | | | | | |
| 324664 | 1,348.27 | | 112801 | 112001 | 16602330 | | | | | | | | |
| 324666 | 107.00 | | 113001 | 112001 | 16639900 | | | | | | | | |
| 324667 | 660.00 | | 112801 | 112001 | 17758104 | | | | | | | | |
| 324668 | 23.18 | | 112801 | 112001 | 16636543 | | | | | | | | |
| 324669 | 10,597.50 | | 112901 | 112001 | 16908553 | | | | | | | | |

TYPE OF REPORT
UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL. #
M = MISSING (OUTSTANDING) ITEM

L338 02

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 207992000576 1 | W R GRACE CO-CONN / ATTN: MARY BOUCHARD | 004 | 11-30-01 | 1 |

| | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 18007 | | 10,825.00 | | 022597 | | | 168117 | | 245.00 | 031699 | 022599 | | |
| 4 | 67586 | | 88,480.00 | 032499 | 100197 | | | 168404 | | 157.00 | 031799 | 022599 | | |
| 4 | 82539 | | 8,535.20 | 082300 | 121197 | | | 168958 | | 34,351.30 | 031599 | 030199 | | |
| 4 | 93313 | | 8,361.27 | 061099 | 020498 | | | 169539 | | 2,520.73 | 041299 | 030399 | | |
| 4 | 103490 | | 8,022.40 | 030999 | 032598 | | | 169549 | | 2,281.00 | 092799 | 030399 | | |
| 4 | 103954 | | 47.24 | 021099 | 032698 | | | 170431 | | 1,178.44 | 051399 | 031099 | | |
| 4 | 104435 | | 543.29 | 052400 | 033098 | | | 170448 | | 946.48 | 032399 | 031099 | | |
| 4 | 104617 | | 1,355.00 | 021000 | 033098 | | | 173904 | | 137.18 | 092799 | 032599 | | |
| 4 | 105527 | | 255.00 | | 040298 | | | 174836* | | 36,173.51 | 050399 | 033199 | | |
| 4 | 107856 | | 30.90 | | 041598 | | | 175997 | | 5,980.00 | 042099 | 040799 | | |
| 4 | 113429 | | 1,000.00 | 052799 | 051398 | | | 177143 | | 2,903.55 | 060399 | 041299 | | |
| 4 | 117566 | | 125.00 | 012601 | | | | 177551 | | 1,407.00 | 042099 | 041699 | | |
| 4 | 119121 | | 3,125.20 | 051399 | 061198 | | | 177560 | | 1,461.54 | 051199 | 041699 | | |
| 4 | 119188 | | 639.00 | 092999 | 061198 | | | 178203 | | 17,958.02 | 051799 | 042099 | | |
| 4 | 120921 | | 1,252.00 | 072799 | 061998 | | | 178576 | | 46.21 | 050499 | 042199 | | |
| 4 | 122128 | | 132.50 | 030699 | 062598 | | | 178591 | | 209.35 | 072099 | 042199 | | |
| 4 | 123837 | | 1,503.00 | 051399 | 070298 | | | 178869 | | 6,245.00 | 051199 | 042299 | | |
| 4 | 124570 | | 4,513.00 | 042299 | 070898 | | | 179178 | | 50.00 | 092299 | 042299 | | |
| 4 | 124657 | | 491.00 | 030600 | | | | 179191 | | 1,724.42 | 052099 | 042299 | | |
| 4 | 128407 | | 4,752.00 | 050399 | 072798 | | | 179994 | | 6,325.00 | 052199 | 042999 | | |
| 4 | 138239 | | 3,969.60 | 061699 | 091698 | | | 179997 | | 27,367.00 | 092299 | 042999 | | |
| 4 | 140505 | | 404.32 | 021099 | 092598 | | | 181212 | | 1,401.62 | 060499 | 050599 | | |
| 4 | 144005 | | 1,104.00 | 020399 | 101498 | | | 181236 | | 256.26 | 061499 | 050599 | | |
| 4 | 144788 | | 90.62 | 040299 | 101698 | | | 183081 | | 14,835.85 | 072799 | 051799 | | |
| 4 | 147452 | | 972.00 | 022299 | 102998 | | | 183467 | | 791.04 | 060499 | 051999 | | |
| 4 | 147869 | | 5,734.05 | 061099 | 103098 | | | 183550 | | 2,858.72 | 062999 | 051999 | | |
| 4 | 150079 | | 1,318.13 | 042299 | 111298 | | | 185187 | | 250.00 | 063099 | 052799 | | |
| 4 | 150423 | | 170.00 | 022299 | 111398 | | | 185727 | | 246.40 | 081299 | 063099 | | |
| 4 | 151477 | | 545.60 | 040199 | 112098 | | | 186924 | | 117.01 | 072799 | 060199 | | |
| 4 | 153482 | | 851.00 | 030999 | 112398 | | | 187265 | | 1,054.70 | 071399 | 060799 | | |
| 4 | 154255 | | 387.50 | 020399 | 120498 | | | 187756 | | 2,126.80 | 110599 | 061199 | | |
| 4 | 156101 | | 209.35 | 042099 | 121598 | | | 189126 | | 3,792.80 | 081799 | 061899 | | |
| 4 | 156512 | | 19,898.00 | 052799 | 121698 | | | 189814 | | 500.00 | 021000 | 062399 | | |
| 4 | 159230 | | 841.82 | 021799 | 010599 | | | 190599 | | 10,129.19 | 072799 | 062599 | | |
| 4 | 160446 | | 2,598.00 | 040899 | 011199 | | | 191165 | | 2,858.72 | 081299 | 063099 | | |
| 4 | 161037 | | 2,352.00 | 050399 | 011399 | | | 191677 | | 387.70 | 072099 | 070299 | | |
| 4 | 161038 | | 3,585.00 | 050399 | 011399 | | | 192305 | | 5,530.40 | 121900 | 070799 | | |
| 4 | 162212 | | 13,000.00 | 021099 | 012199 | | | 192337 | | 1,187.28 | 121900 | 070799 | | |
| 4 | 163283 | | 36,025.22 | 032599 | 012799 | | | 192340 | | 287.88 | 121900 | 070799 | | |
| 4 | 163345 | | 6,055.00 | 021099 | 012899 | | | 192396 | | 48,066.02 | 021000 | 072299 | | |
| 4 | 163546 | | 1,765.34 | 022299 | 012899 | | | 192955 | | 7,987.46 | 110599 | 071399 | | |
| 4 | 163961 | | 2,046.00 | 022299 | 012999 | | | 193803 | | 1,076.38 | 081799 | 071999 | | |
| 4 | 164457 | | 221.36 | 022299 | 020399 | | | 195107 | | 7,178.48 | 090799 | 072399 | | |
| 4 | 164688 | | 166.36 | 092799 | 020699 | | | 195343 | | 181.72 | 081799 | 072999 | | |
| 4 | 165164 | | 6,937.00 | 021099 | 020599 | | | 196109 | | 511.42 | 082699 | 080299 | | |
| 4 | 165472 | | 975.00 | 021799 | 020899 | | | 196518 | | 350.00 | 082099 | 080299 | | |
| 4 | 165700 | | 1,351.33 | 030999 | 021099 | | | 196821 | | 235.59 | 083199 | 080599 | | |
| 4 | 165814 | | 2.00 | 021699 | 021099 | | | 197225 | | 19,770.00 | 081799 | 080699 | | |
| 4 | 166913 | | 385.00 | 092799 | 021799 | | | 197268 | | 6,039.28 | 082699 | 080999 | | |
| 4 | 167598 | | 34,102.20 | 042299 | 021999 | | | 197370 | | 3,507.41 | 092799 | 080999 | | |

## EXPLANATION OF CODES

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

TYPE OF REPORT: UNPAID ONLY

BANK NO: 1   CUST.ACCOUNT NO: 207992005761   CUSTOMER NAME: W R GRACE CO-CONN ATTN: MARY BOUCHARD   004   DATE: 11-30-01   PAGE: 2

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 197876 | | 2,834.04 | 112499 | 081199 | | | 4 | 231556 | | 25,000.00 | 032000 | 030800 | | |
| 199230 | | 181.72 | 092799 | 081999 | | | 5 | 232634 | | 661.17 | 040500 | 031500 | | |
| 200080 | | 981.00 | 020900 | 082599 | | | 4 | 233131 | | 876.88 | 050800 | 031600 | | |
| 200081 | | 3,386.40 | 020900 | 082599 | | | 4 | 233577 | | 1,065.52 | 052400 | 032200 | | |
| 202561 | | 196.00 | 092299 | 090999 | | | 4 | 233896 | | 11,691.17 | 041800 | 032200 | | |
| 202600 | | 1,299.88 | 092799 | 090999 | | | 4 | 234607 | | 161.00 | 021201 | 033000 | | |
| 203708 | | 4,500.00 | 100499 | 091599 | | | 4 | 234652 | | 265.20 | 061300 | 033100 | | |
| 204862 | | 161.57 | 101599 | 092299 | | | 4 | 234900 | | 4,291.39 | 070600 | 040500 | | |
| 205905 | | 203.97 | 101999 | 093099 | | | 4 | 235038 | | 1,712.56 | 052400 | 040500 | | |
| 206478 | | 6,213.90 | 020400 | 100199 | | | 4 | 235250 | | 470.80 | 051600 | 040500 | | |
| 206818 | | 802.09 | 110999 | 100499 | | | 4 | 235513 | | 1,241.72 | 050400 | 040500 | | |
| 207465 | | 740.58 | 102099 | 100799 | | | 5 | 235783 | | 55,884.00 | 041100 | 040500 | | |
| 208570 | | 1,915.69 | 010600 | 101599 | | | 4 | 235992 | | 111.00 | 012501 | 040600 | | |
| 208979 | | 7,789.00 | 012000 | 101599 | | | 5 | 237183 | | 37.19 | 052400 | 041300 | | |
| 209691 | | 539.41 | 110599 | 102199 | | | 4 | 237376 | | 28,850.42 | 042100 | 041900 | | |
| 210263 | | 6,733.15 | 020100 | 102799 | | | 4 | 237732 | | 6,634.32 | 051600 | 041900 | | |
| 210578 | | 1,305.00 | 022200 | 110199 | | | 4 | 237760 | | 1,372.00 | 051600 | 041900 | | |
| 211651 | | 480.00 | 111899 | 110199 | | | 5 | 237916 | | 2,184.60 | 042600 | 041900 | | |
| 211782 | | 1,000.00 | 121099 | 110299 | | | 4 | 238343 | | 7,738.00 | 052400 | 042100 | | |
| 212143 | | 1,012.00 | 011800 | 110399 | | | 5 | 238803 | | 111.38 | 053100 | 050300 | | |
| 212197 | | 250.00 | 111899 | 110499 | | | 4 | 239397 | | 34,007.06 | 080100 | 050300 | | |
| 212245 | | 130.00 | 111899 | 110499 | | | 4 | 240300 | | 532.55 | 100200 | 050800 | | |
| 212251 | | 110.00 | 111799 | 110499 | | | 4 | 241075 | | 3,318.40 | 080100 | 051000 | | |
| 212960 | | 457.95 | 020100 | 110899 | | | 5 | 241475 | | 150.00 | 053100 | 051200 | | |
| 213471 | | 411.00 | 012400 | 111199 | | | 5 | 241476 | | 107.94 | 053100 | 051200 | | |
| 214554 | | 70,098.00 | 112999 | 111799 | | | 5 | 241479 | | 5.00 | 053100 | 051200 | | |
| 214691 | | 467.00 | 120199 | 111899 | | | 4 | 241480 | | 90.00 | 053100 | 051200 | | |
| 215679 | | 190.77 | 011800 | 112999 | | | 5 | 241481 | | 145.00 | 053100 | 051200 | | |
| 219200 | | 3,360.00 | 011900 | 122199 | | | 4 | 241484 | | 327.50 | 053100 | 051200 | | |
| 219338 | | 208.75 | 012000 | 122299 | | | 5 | 241485 | | 75.00 | 053100 | 051200 | | |
| 220003 | | 136.20 | 020400 | 123099 | | | 5 | 241970 | | 6,634.32 | 060900 | 051700 | | |
| 220505 | | 6,505.83 | 051500 | 010400 | | | 4 | 242175 | | 67.02 | 080100 | 051700 | | |
| 220723 | | 15,793.18 | 020400 | 010400 | | | 4 | 242244 | | 100.00 | 071000 | 051700 | | |
| 222854 | | 11,373.00 | 020400 | 011200 | | | 4 | 242378 | | 1,473.95 | 061300 | 051700 | | |
| 222893 | | 300.00 | 022800 | 011200 | | | 4 | 243541 | | 227.00 | 021201 | 052500 | | |
| 222900 | | 359.00 | 012700 | 011300 | | | 4 | 243615 | | 103.00 | 061500 | 052500 | | |
| 224651 | | 35,757.44 | 012800 | 012500 | | | 4 | 243793 | | 17,903.91 | 103100 | 060100 | | |
| 225380 | | 16,426.80 | 021500 | 020100 | | | 5 | 244178 | | 49,059.67 | 060500 | 060100 | | |
| 226378 | | 26,213.23 | 030600 | 020200 | | | 4 | 244586 | | 784.00 | 061400 | 060100 | | |
| 226902 | | 3,750.00 | 022800 | 020900 | | | 4 | 244655 | | 1,803.00 | 061500 | 060100 | | |
| 227053 | | 17,288.34 | 022800 | 020900 | | | 4 | 244893 | | 778.96 | 082500 | 060700 | | |
| 228046 | | 1,054.85 | 022300 | 021500 | | | 5 | 245536 | | 1,000.00 | 061300 | 060800 | | |
| 228250 | | 864.00 | 022300 | 021600 | | | 4 | 245537 | | 25,000.00 | 061300 | 060800 | | |
| 228424 | | 255.00 | 031000 | 021700 | | | 4 | 246061 | | 12,987.11 | 071800 | 061400 | | |
| 229013 | | 2,086.31 | 041800 | 022300 | | | 4 | 246098 | | 4,488.00 | 070500 | 061400 | | |
| 229237 | | 1,270.45 | 122700 | 022800 | | | 4 | 246405 | | 3,000.00 | 072100 | 062100 | | |
| 229684 | | 3,705.66 | 062600 | 022800 | | | 4 | 247675 | | 9,635.00 | 072400 | 062200 | | |
| 229791 | | 4,054.00 | 032200 | 022800 | | | 4 | 247986 | | 913.00 | 070500 | 062200 | | |
| 230131 | | 17,378.13 | 051600 | 030100 | | | 4 | 248097 | | 1,041.92 | 071700 | 062800 | | |
| 230203 | | 3,200.00 | 052400 | 030100 | | | 4 | 248136 | | 105.30 | 080100 | 062900 | | |

TYPE OF REPORT
- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES
1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L336 02

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | | | | | | | | | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNPAID ONLY | | | | | | | | | | | | | 3 |

| BANK NO | CUST ACCOUNT NO | | | | | CUSTOMER NAME | | | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2079920005761 | | | | | W. R. GRACE CO-CONN  ATTN: MARY BOUCHARD | | | | 004 | | 11-30-01 |

| | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 248299 | | 86.00 | 120800 | 062900 | | | 4 | 276076 | | 12,509.28 | 020201 | 011001 | | |
| 4 | 248617 | | 1,350.00 | 030400 | 070500 | | | 4 | 276267 | | 561.79 | 021201 | 011001 | | |
| 4 | 248980 | | 1,152.48 | 082300 | 070500 | | | 4 | 276949 | | 6,800.65 | 101501 | 011001 | | |
| 4 | 249217 | | 1,941.19 | 091900 | 070500 | | | 4 | 276950 | | 68.90 | 022101 | 011001 | | |
| 4 | 249893 | | 13,777.00 | 103100 | 071100 | | | 4 | 277411 | | 3,650.00 | 021201 | 011701 | | |
| 5 | 249972 | | 582.32 | 082500 | 071200 | | | 5 | 277836 | | 41,000.00 | 012601 | 011701 | | |
| 5 | 250411 | | 1,153.82 | 081000 | 071200 | | | 4 | 279088 | | 63.77 | 021601 | 012401 | | |
| 4 | 250594 | | 411.00 | 072600 | 071300 | | | 4 | 279399 | | 1,039.00 | 021501 | 012601 | | |
| 5 | 251548 | | 282.00 | 080900 | 071900 | | | 4 | 279773 | | 8,314.80 | 020801 | 020101 | | |
| 4 | 251736 | | 3,450.00 | 080100 | 071900 | | | 5 | 279800 | | 9,902.88 | 021201 | 020101 | | |
| 4 | 251828 | | 2,893.00 | 080800 | 072000 | | | 4 | 280018 | | 4,013.43 | 020901 | 020101 | | |
| 4 | 252365 | | 2,136.00 | 101100 | 072600 | | | 5 | 280049 | | 1,198.09 | 022101 | 020101 | | |
| 4 | 252524 | | 2,884.00 | 012401 | 072700 | | | 4 | 280593 | | 24,944.40 | 020801 | 020601 | | |
| 4 | 252560 | | 193.00 | 081000 | 072700 | | | 4 | 280680 | | 8,314.80 | 020801 | 020701 | | |
| 5 | 252586 | | 310.00 | 080800 | 072700 | | | 4 | 280856 | | 292,396.24 | 031301 | 020701 | | |
| 4 | 252689 | | 354.00 | 080400 | 080200 | | | 4 | 280957 | | 36,106.72 | 022101 | 020701 | | |
| 5 | 252707 | | 5,720.94 | 081000 | 080200 | | | 4 | 281033 | | 3,157.87 | 032201 | 020701 | | |
| 4 | 253073 | | 3,080.00 | 102000 | 080200 | | | 4 | 281822 | | 12,016.44 | 032201 | 021401 | | |
| 5 | 253254 | | 2,989.74 | 081400 | 080200 | | | 4 | 283254 | | 4,500.00 | 031301 | 022101 | | |
| 4 | 254553 | | 23,417.73 | 081400 | 080900 | | | 4 | 286655 | | 2,135.00 | | 031401 | | |
| 4 | 255367 | | 2,788.60 | 090700 | 081600 | | | 4 | 287365 | | 10,510.50 | | 032101 | | |
| 4 | 256007 | | 1,640.26 | 090700 | 081700 | | | 4 | 287902 | | 32.00 | | 032201 | | |
| 5 | 256175 | | 1,729.94 | 091100 | 082300 | | | 4 | 288105 | | 1,644.95 | | 032301 | | |
| 5 | 256336 | | 220.16 | 021501 | 082300 | | | 5 | 300094 | | 4,790.00 | | 040401 | | |
| 5 | 257015 | | 538.00 | 091900 | 082300 | | | 4 | 300099 | | 124.00 | | 040901 | X | |
| 4 | 258676 | | 5,052.22 | 120800 | 090800 | | | 4 | 300199 | | 11,227.79 | 090301 | 040901 | X | |
| 5 | 259335 | | 26.35 | 102400 | 091300 | | | 4 | 300217 | | 112.00 | 080201 | 040601 | X | |
| 4 | 260489 | | 2,543.07 | 101100 | 092000 | | | 4 | 300246 | | 175.00 | | 040901 | V-OK | |
| 4 | 261540 | | 20,000.00 | 101000 | 092500 | | | 4 | 300270 | | 790.53 | | 040901 | X | |
| 4 | 261755 | | 745.98 | 111700 | 092800 | | | 4 | 300530 | | 9,313.93 | | 040901 | X | |
| 4 | 262969 | | 52,200.00 | 110200 | 100400 | | | 4 | 300699 | | 37.19 | | 040901 | X | |
| 4 | 263056 | | 1,170.00 | 102400 | 100400 | | | 4 | 300782 | | 471.50 | | 040901 | X | |
| 4 | 263246 | | 271.00 | 102000 | 100500 | | | 4 | 300884 | | 214.47 | | 040901 | X | |
| 4 | 264963 | | 100.62 | 021201 | 101800 | | | 5 | 301058 | | 370.11 | | 040901 | X | |
| 4 | 265094 | | 487.36 | 012401 | 101800 | | | 4 | 301199 | | 221.58 | | 040901 | X | |
| 4 | 266389 | | 13,177.46 | 121800 | 102500 | | | 4 | 301288 | | 19.97 | | 040901 | V-OK | |
| 4 | 266547 | | 276.00 | 120400 | 102700 | | | 4 | 301294 | | 1,000.00 | | 040901 | X | |
| 5 | 266940 | | 32,016.57 | 110900 | 110100 | | | 4 | 301316 | | 355.74 | | 040901 | X | |
| 4 | 267718 | | 5,633.90 | 030801 | 110800 | | | 4 | 301354 | | 20,580.00 | 042301 | 041101 | X | |
| 4 | 269105 | | 13,688.50 | 031901 | 111500 | | | 4 | 301564 | | 22,800.00 | 042601 | 041201 | X | |
| 4 | 270739 | | 774.32 | 120000 | 112900 | | | 4 | 301598 | | 60.00 | | 041201 | X | |
| 4 | 271278 | | 1,556.99 | 012201 | 120100 | | | 4 | 301708 | | 160.00 | | 041201 | X | |
| 4 | 271605 | | 1,815.00 | 011601 | 120100 | | | 4 | 301745 | | 119.00 | 080201 | 041201 | X | |
| 4 | 272136 | | 6,129.90 | 012201 | 120600 | | | 4 | 301794 | | 13,151.00 | 042601 | 041201 | X | |
| 4 | 273141 | | 876.20 | 020101 | 121300 | | | 4 | 301828 | | 5,132.16 | | 041801 | X | |
| 4 | 273463 | | 2,760.00 | 031301 | 121300 | | | 4 | 301839 | | 23,480.16 | 060501 | 041801 | X | |
| 4 | 273597 | | 1,437.15 | 121800 | 121800 | | | 4 | 301862 | | 119.32 | | 041801 | X | |
| 4 | 274253 | | 663.00 | 010401 | 122100 | | | 5 | 301868 | | 584.73 | 051401 | 041801 | X | |
| 4 | 274254 | | 522.00 | 010901 | 122100 | | | 5 | 301871 | | 1,780.00 | 043001 | 041801 | X | |
| 4 | 274590 | | 222.62 | 021501 | 122900 | | | 4 | 301892 | | 63.65 | | 041801 | X | |

TYPE OF REPORT

UNPAID ONLY     = OUTSTANDING ITEMS ONLY ON THIS REPORT  
PAID ONLY       = PAID ITEMS ONLY ON THIS REPORT  
CONSOLIDATED    = PAID & OUTSTANDING CHECKS ON SAME REPORT  
SPECIAL         = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.  
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.  
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED.  
* = MEMO ONLY, NOT ADDED TO TOTALS  
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.  
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.  
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.  
M = MISSING (OUTSTANDING) ITEM