# ACCOUNT RECONCILIATION PLAN

**TYPE OF REPORT:** UNPAID ONLY
**BANK NO:** 1
**CUST ACCOUNT NO:** 2079920005761
**CUSTOMER NAME:** W R GRACE CO-CONN  ATTN: MARY BOUCHARD
**004**
**DATE:** 11-30-01
**PAGE:** 4

| CHECK NUMBER | O/S | PAID | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | O/S | PAID | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 301903 | 856.00 | | | 041801 | X | | | 302305 | 232.39 | ✓ | | 041801 | ✓-OK | CASH |
| 301904 | 187.00 | | | 041801 | ✓-OK | | | 302316 | 103.90 | | | 041801 | X | |
| 301908 | 232.39 | | | 041801 | ✓-OK | | | 302379 | 6.25 | | | 041901 | X | |
| 301932 | 23,016.00 | ✓ | | 041801 | X | | | 302438 | 29.98 | | | 041901 | X | |
| 301950 | 236.34 | | | 041801 | X | | | 302455 | 4,236.66 | X | 081401 | 041901 | ✓-OK | VOID |
| 301964 | 895.00 | | | 041801 | X | | | 302605 | 114.90 | ✓ | | 042501 | X | |
| 301970 | 78.00 | | | 041801 | X | | | 302629 | 69.43 | ✓ | | 042501 | ✓-OK | |
| 301982 | 200.00 | ✓ | 111001 | 041801 | X | | | 302679 | 172.27 | ✓ | | 042501 | ✓-OK | VOID |
| 301991 | 100.00 | | | 041801 | ✓-OK | | | 302756 | 395.96 | | | 042501 | ✓-OK | |
| 301998 | 150.00 | | | 041801 | X | | | 302789 | 150.00 | | | 042501 | ✓-OK | |
| 302000 | 10.00 | ✓ | | 041801 | ✓-OK | | | 302806 | 1,000.00 | | | 042501 | X | |
| 302001 | 10.00 | ✓ | | 041801 | ✓-OK | | | 302867 | 421.50 | | | 042501 | X | |
| 302002 | 15.00 | | | 041801 | ✓-OK | | | 303128 | 1,430.75 | | 062001 | 050201 | X | |
| 302003 | 15.00 | | | 041801 | X | | | 303280 | 300.00 | | | 050201 | X | |
| 302006 | 25.00 | | | 041801 | X | | | 303330 | 5,000.00 | | | 050201 | X | |
| 302007 | 45.00 | ✓ | | 041801 | ✓-OK | | | 303496 | 53.50 | X | | 050201 | ✓-OK | |
| 302008 | 25.00 | | | 041801 | ✓-OK | | | 303497 | 9,019.00 | X | | 050201 | ✓-OK | |
| 302024 | 25.00 | | | 041801 | X | | | 303527 | 157.80 | | | 050201 | ✓-OK | |
| 302030 | 50.00 | | | 041801 | X | | | 303874 | 1.15 | | | 050901 | X | |
| 302031 | 145.00 | | | 041801 | X | | | 303957 | 518.71 | | | 050901 | X | |
| 302033 | 3.50 | | | 041801 | X | | | 304170 | 25.00 | | | 050901 | X | |
| 302034 | 58.25 | | | 041801 | ✓-OK | | | 304172 | 30.00 | | | 050901 | X | |
| 302035 | 50.00 | | | 041801 | X | | | 304173 | 150.00 | | | 050901 | X | |
| 302037 | 123.49 | | | 041801 | X | | | 304909 | 230.32 | ✓ | | 051601 | X | |
| 302040 | 414.59 | | | 041801 | X | | 2 | 304984 | 3,900.00 | | 112201 | 051601 | X | |
| 302046 | 4,085.74 | | | 041801 | X | | 2 | 305124 | 1,000.00 | | 112201 | 051701 | X | |
| 302054 | 17,454.84 | | | 041801 | X | | 4 | 305291 | 24,028.30 | | 082901 | 052301 | X | |
| 302055 | 19,635.00 | | | 041801 | X | | 2 | 306044 | 1,651.20 | | 112201 | 053001 | X | |
| 302065 | 175.00 | | | 041801 | X | | 2 | 306369 | 300.00 | | 112201 | 053001 | X | |
| 302075 | 10.00 | | | 041801 | X | | 4 | 306674 | 32,328.00 | ✓ | 062701 | 060601 | X | |
| 302085 | 154.50 | | | 041801 | ✓-OK | | 4 | 306689 | 1,681.50 | | 110201 | 060601 | X | |
| 302090 | 20.00 | | | 041801 | ✓-OK | | 4 | 306750 | 988.16 | ✓ | 080301 | 060601 | X | |
| 302091 | 20.00 | | | 041801 | X | | | 306952 | 245.96 | | | 060601 | X | |
| 302095 | 8,557.00 | ✓ | | 041801 | X | | | 307062 | 250.38 | | | 060601 | X | |
| 302101 | 450.00 | | | 041801 | X | | | 307156 | 2,500.00 | | | 060601 | ✓-OK | |
| 302103 | 65,938.57 | | | 041801 | X | | 5 | 307193 | 25.00 | | | 060601 | X | |
| 302110 | 721.00 | | | 041801 | X | | | 307290 | 240.00 | | 062901 | 061101 | X | |
| 302116 | 2,415.00 | | | 041801 | X | | 2 | 307745 | 329.48 | | 112201 | 061301 | X | |
| 302117 | 957.00 | | | 041801 | X | | | 307784 | 40.00 | | | 061301 | X | |
| 302120 | 252.00 | | | 041801 | X | | 4 | 307830 | 5,000.00 | ✓ | 070301 | 061301 | X | |
| 302124 | 2,423.00 | | | 041801 | X | | | 307853 | 45.67 | | | 061301 | X | |
| 302127 | 85.00 | | | 041801 | X | | | 307893 | 700.00 | | | 061301 | X | |
| 302133 | 78.00 | | | 041801 | X | | | 307897 | 500.00 | | | 061301 | ✓-OK | |
| 302156 | 706.34 | ✓ | | 041801 | ✓-OK | | | 308109 | 223.96 | | | 062001 | ✓-OK | |
| 302211 | 130,094.00 | | | 041801 | X | | | 308306 | 66.00 | | | 062001 | X | |
| 302223 | 277.14 | | | 041801 | X | | | 308325 | 105.00 | | | 062001 | X | |
| 302224 | 134.95 | | | 041801 | X | | | 308434 | 31.50 | | | 062001 | X | |
| 302235 | 726.94 | | 110901 | 041801 | X | | 4 | 308585 | 930.89 | | 080701 | 062001 | X | |
| 302236 | 3,283.29 | | 110901 | 041801 | X | | | 308611 | 2,790.00 | | | 062001 | X | |
| 302250 | 45.00 | | | 041801 | ✓OK | | 2 | 309176 | 120.13 | ✓ | 111001 | 062701 | X | |

**TYPE OF REPORT**
UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

**EXPLANATION OF CODES**
1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L336 02/



# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST.ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 207992000576 1 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 6 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 319980 | | 660.00 | | 101001 | X | | 322486 | | 89.28 | | 103101 | X | |
| 320023 | | 56.60 | | 101001 | X | | 322487 | | 2,200.00 | | 103101 | X | |
| 320035 | | 16.88 | | 101001 | X | | 322494 | | 14,120.52 | | 103101 | X | |
| 320105 | | 1,091.92 | | 101001 | X | | 322498 | | 10.00 | | 103101 | X | |
| 320239 | | 706.34 | | 101001 | X | | 322508 | | 798.00 | | 103101 | X | |
| 320324 | | 134.00 | | 101101 | X | | 322527 | | 30.20 | | 103101 | X | |
| 320373 | | 290.91 | | 101701 | X | | 322533 | | 15.16 | | 103101 | X | |
| 4  320434 | | 1,327.50 | 111901 | 101701 | X | | 322540 | | 5,000.00 | 110201 | 103101 | X | |
| 320592 | | 3,193.55 | | 101701 | X | | 322557 | | 5,000.00 | 110201 | 103101 | X | |
| 320665 | | 2,976.00 | | 101701 | X | | 322559 | | 5,000.00 | 110201 | 103101 | X | |
| 5  320736 | | 254.94 | 102301 | 101701 | X | | 322575 | | 18,567.64 | | 103101 | X | |
| 4  320776 | | 10,000.00 | 111501 | 101701 | X | | 322584 | | 139.00 | | 103101 | X | |
| 320890 | | 9,000.00 | | 101701 | X | | 322589 | | 100.00 | | 103101 | X | |
| 321028 | | 139.00 | | 101701 | X | | 322595 | | 20,070.80 | | 103101 | X | |
| 321068 | | 300.00 | | 101701 | X | | 322600 | | 305.00 | | 110101 | X | |
| 321146 | | 108.00 | | 101801 | X | | 322648 | | 652.00 | | 110101 | X | |
| 321151 | | 226.00 | | 101801 | X | | 322649 | | 123.00 | | 110101 | X | |
| 321156 | | 843.83 | | 102301 | X | | 322651 | | 301.00 | | 110101 | X | |
| 321226 | | 69.00 | | 102401 | X | | 322662 | | 700.00 | | 110101 | X | |
| 321233 | | 2,756.34 | | 102401 | X | | 322701 | | 299.00 | | 110701 | X | |
| 321360 | | 175.00 | | 102401 | X | | 322732 | | 4,700.16 | | 110701 | X | |
| 321387 | | 5,664.00 | | 102401 | X | | 322736 | | 5,726.00 | | 110701 | X | |
| 321433 | | 1,384.79 | | 102401 | X | | 322786 | | 1,903.19 | | 110701 | X | |
| 321555 | | 124.54 | | 102401 | X | | 2  322789 | | 1,057.04 | 112901 | 110701 | X | |
| 321594 | | 1,415.00 | | 102401 | X | | 4  322794 | | 1,018.46 | 111401 | 110701 | X | |
| 321621 | | 13.70 | | 102401 | X | | 322827 | | 3,349.96 | | 110701 | X | |
| 321685 | | 7,704.00 | | 102401 | X | | 322858 | | 114.83 | | 110701 | X | |
| 2  321713 | | 192.58 | 111601 | 102401 | X | | 322863 | | 189.39 | | 110701 | X | |
| 321738 | | 775.00 | | 102401 | X | | 322932 | | 43.77 | | 110701 | X | |
| 321767 | | 9,446.80 | | 102401 | X | | 322934 | | 131.81 | | 110701 | X | |
| 321770 | | 12,140.25 | | 102401 | X | | 322957 | | 661.50 | | 110701 | X | |
| 321807 | | 139.00 | | 102401 | X | | 322978 | | 939.20 | | 110701 | X | |
| 321808 | | 104.24 | | 102401 | X | | 322987 | | 6,700.00 | | 110701 | X | |
| 321810 | | 77.91 | | 102401 | X | | 322999 | | 1,014.96 | | 110701 | X | |
| 321814 | | 176.90 | | 102401 | X | | 323000 | | 48.48 | | 110701 | X | |
| 321885 | | 60.00 | | 102601 | X | | 323010 | | 8,190.00 | | 110701 | X | |
| 321886 | | 191.00 | | 102601 | X | | 323015 | | 749.57 | | 110701 | X | |
| 321935 | | 750.00 | | 102601 | X | | 323022 | | 1,105.00 | | 110701 | X | |
| 321981 | | 49.90 | | 103101 | X | | 323031 | | 175.00 | | 110701 | X | |
| 322053 | | 85.00 | | 103101 | X | | 323062 | | 1,874.00 | | 110701 | X | |
| 322075 | | 520.04 | | 103101 | X | | 323072 | | 907.25 | | 110701 | X | |
| 322133 | | 1,095.79 | | 103101 | X | | 323115 | | 127.17 | | 110701 | X | |
| 322217 | | 362.00 | | 103101 | X | | 323145 | | 31,360.00 | | 110701 | X | |
| 322239 | | 24.15 | | 103101 | X | | 323166 | | 4,287.72 | | 110701 | X | |
| 322243 | | 176.17 | | 103101 | X | | 323169 | | 12,500.00 | | 110701 | X | |
| 322322 | | 3,464.00 | | 103101 | X | | 323173 | | 130.05 | | 110701 | X | |
| 322383 | | 512.34 | | 103101 | X | | 323177 | | 125.42 | | 110701 | X | |
| 322418 | | 45.00 | | 103101 | X | | 323178 | | 1,349.04 | | 110701 | X | |
| 322470 | | 120.75 | | 103101 | X | | 323179 | | 2,497.39 | | 110701 | X | |
| 322475 | | 240.10 | | 103101 | X | | 323185 | | 47.91 | | 110701 | X | |

Handwritten note near top right: VOIDED 1/30/0

TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | DATE | PAGE |
|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 2079920005761 | W R GRACE CO-CONN ATTN. MARY BOUCHARD | 004    11-30-01 | 7 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 323186 | | 84.00 | | 110701 | X | | 323414 | | 160.00 | | 110701 | X | |
| 323194 | | 18.25 | | 110701 | X | | 323415 | | 109.48 | | 110701 | X | |
| 323199 | | 138.85 | | 110701 | X | | 323416 | | 50.00 | | 110701 | X | |
| 323202 | | 160.18 | | 110701 | X | | 323417 | | 57.32 | | 110701 | X | |
| 323215 | | 840.00 | | 110701 | X | | 323418 | | 7.20 | | 110701 | X | |
| 323247 | | 385.24 | | 110701 | X | | 323421 | | 103.45 | | 110701 | X | |
| 323254 | | 2,160.13 | | 110701 | X | | 323422 | | 121.15 | | 110701 | X | |
| 323267 | | 81.17 | | 110701 | X | | 323423 | | 117.47 | | 110701 | X | |
| 323273 | | 423.00 | | 110701 | X | | 323424 | | 157.80 | | 110701 | X | |
| 323294 | | 6,866.77 | | 110701 | X | | 323425 | | 56.25 | | 110701 | X | |
| 323317 | | 125.55 | | 110701 | X | | 323426 | | 68.68 | | 110701 | X | |
| 323326 | | 1,935.60 | | 110701 | X | | 323427 | | 41.54 | | 110701 | X | |
| 323331 | | 178.22 | | 110701 | X | | 323428 | | 26.25 | | 110701 | X | |
| 323347 | | 655.50 | | 110701 | X | | 323430 | | 95.00 | | 110701 | X | |
| 323360 | | 818.70 | 111001 | 110701 | X | | 323432 | | 139.00 | | 110701 | X | |
| 2 323361 | | 1,348.93 | 111001 | 110701 | X | | 323433 | | 65.00 | | 110701 | X | |
| 2 323362 | | 8,051.00 | | 110701 | X | | 323474 | | 1,758.00 | | 110701 | X | |
| 323363 | | 15,904.00 | | 110701 | X | | 323475 | | 816.00 | | 110801 | X | |
| 323364 | | 2,038.00 | | 110701 | X | | 323476 | | 80.00 | | 110801 | X | |
| 323365 | | 4,341.00 | | 110701 | X | | 323477 | | 211.00 | | 110801 | X | |
| 323370 | | 9,132.00 | | 110701 | X | | 323487 | | 52.00 | | 110801 | X | |
| 323377 | | 126.54 | | 110701 | X | | 323493 | | 83.00 | | 110801 | X | |
| 323378 | | 42.00 | | 110701 | X | | 323499 | | 252.00 | | 110801 | X | |
| 323379 | | 135.00 | | 110701 | X | | 323509 | | 134.00 | | 110801 | X | |
| 323380 | | 216.16 | | 110701 | X | | 323514 | | 243.00 | | 110801 | X | |
| 323382 | | 99.90 | | 110701 | X | | 323535 | | 1,570.00 | | 110801 | X | |
| 323383 | | 66.95 | | 110701 | X | | 323548 | | 706.34 | | 110801 | X | |
| 323384 | | 236.90 | | 110701 | X | | 323560 | | 650.00 | | 110801 | X | |
| 323385 | | 35.65 | | 110701 | X | | 323566 | VOID | 120.55 | | 110801 | X | |
| 323386 | | 30.90 | | 110701 | X | | 2 323568 | | .00 | 111501 | 110801 | X | |
| 323387 | | 117.18 | | 110701 | X | | 323580 | | 9,020.48 | | 111401 | X | |
| 323388 | | 87.55 | | 110701 | X | | 323582 | | 9,641.17 | | 111401 | X | |
| 323389 | | 61.80 | | 110701 | X | | 323623 | | 11,500.00 | | 111401 | X | |
| 323390 | | 71.04 | | 110701 | X | | 323635 | | 300.00 | | 111401 | X | |
| 323391 | | 240.12 | | 110701 | X | | 323640 | | 9,675.40 | | 111401 | X | |
| 323392 | | 41.20 | | 110701 | X | | 323663 | | 175.00 | | 111401 | X | |
| 323393 | | 69.23 | | 110701 | X | | 323665 | | 250.00 | | 111401 | X | |
| 323397 | | 277.14 | | 110701 | X | | 323673 | | 1,627.50 | | 111401 | X | |
| 323398 | | 91.25 | | 110701 | X | | 323674 | | 3,555.00 | | 111401 | X | |
| 323399 | | 459.85 | | 110701 | X | | 323676 | | 3,333.60 | | 111401 | X | |
| 323401 | | 132.00 | | 110701 | X | | 323678 | | 997.50 | | 111401 | X | |
| 323402 | | 86.77 | | 110701 | X | | 323682 | | 10,173.50 | | 111401 | X | |
| 323404 | | 31.25 | | 110701 | X | | 323683 | | 21,784.13 | | 111401 | X | |
| 323405 | | 40.00 | | 110701 | X | | 323684 | | 572.00 | | 111401 | X | |
| 323408 | | 123.60 | | 110701 | X | | 323689 | | 4,503.90 | | 111401 | X | |
| 323409 | | 2,858.21 | | 110701 | X | | 323692 | | 389.00 | | 111401 | X | |
| 323410 | | 119.77 | | 110701 | X | | 323693 | | 275.60 | | 111401 | X | |
| 323411 | | 48.00 | | 110701 | X | | 323695 | | 98.54 | | 111401 | X | |
| 323412 | | 107.00 | | 110701 | X | | 323711 | | 10,293.09 | | 111401 | X | |
| 323413 | | 76.05 | | 110701 | X | | 323713 | | 115.99 | | 111401 | X | |

TYPE OF REPORT

UNPAID ONLY       = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY         = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED      = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL           = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY. NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST/ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 207992000576 1 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 8 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 323735 | | 110.25 | | 11140 1 | XX | | 323936 | | 160.00 | | 111401 | XX | |
| 323737 | | 1,213.00 | | 11140 1 | XX | | 323937 | | 7.20 | | 111401 | XX | |
| 323753 | | 449.85 | | 11140 1 | XX | | 323938 | | 50.00 | | 111401 | XX | |
| 323760 | | 691.73 | | 11140 1 | XX | | 323939 | | 57.32 | | 111401 | XX | |
| 323764 | | 5,000.00 | | 11140 1 | XX | | 323944 | | 2,926.76 | | 111401 | XX | |
| 323775 | | 10,800.00 | 111901 | 11140 1 | XX | | 323947 | | 121.15 | | 111401 | XX | |
| 323790 | | 1,200.00 | | 11140 1 | XX | | 323948 | | 117.47 | | 111401 | XX | |
| 323810 | | 174.23 | | 11140 1 | XX | | 323949 | | 157.80 | | 111401 | XX | |
| 323840 | | 574.38 | | 11140 1 | XX | | 323950 | | 68.68 | | 111401 | XX | |
| 323844 | | 300.00 | | 11140 1 | XX | | 323951 | | 41.54 | | 111401 | XX | |
| 323864 | | 100,000.00 | | 11140 1 | XX | | 323952 | | 26.25 | | 111401 | XX | |
| 323872 | | 282.00 | | 11140 1 | XX | | 323953 | | 56.25 | | 111401 | XX | |
| 323883 | | 559.36 | | 11140 1 | XX | | 323954 | | 350.00 | | 111401 | XX | |
| 323887 | | 414.00 | | 11140 1 | XX | | 323955 | | 95.00 | | 111401 | XX | |
| 323889 | | 2,016.00 | | 11140 1 | XX | | 323956 | | 139.00 | | 111401 | XX | |
| 323890 | | 7,591.46 | | 11140 1 | XX | | 323957 | | 65.00 | | 111401 | XX | |
| 323896 | | 374,205.00 | | 11140 1 | XX | | 323958 | | 1,000.00 | | 111401 | XX | |
| 323897 | | 69.00 | | 11140 1 | XX | | 323964 | | 406,890.19 | | 111401 | XX | |
| 323899 | | 42.00 | | 11140 1 | XX | | 323965 | | 2,808.84 | | 111401 | XX | |
| 323900 | | 126.54 | | 11140 1 | XX | | 323967 | | 33,956.16 | | 111401 | XX | |
| 323901 | | 135.00 | | 11140 1 | XX | | 323969 | | 2,476.94 | | 111401 | XX | |
| 323902 | | 216.16 | | 11140 1 | XX | | 323971 | | 57,949.63 | | 111401 | XX | |
| 323904 | | 3,182.64 | | 11140 1 | XX | | 323972 | | 29,236.61 | | 111401 | XX | |
| 323905 | | 236.80 | | 11140 1 | XX | | 323975 | | 230.14 | | 111401 | XX | |
| 323906 | | 99.90 | | 11140 1 | XX | | 323976 | | 80.00 | | 111401 | XX | |
| 323907 | | 66.95 | | 11140 1 | XX | | 323978 | | 4,243.21 | | 111401 | XX | |
| 323908 | | 71.04 | | 11140 1 | XX | | 323979 | | 11,929.30 | | 111401 | XX | |
| 323909 | | 61.80 | | 11140 1 | XX | | 323986 | | 10,533.33 | | 111401 | XX | |
| 323910 | | 35.65 | | 11140 1 | XX | | 323993 | | 9,122.33 | | 111401 | XX | |
| 323911 | | 117.18 | | 11140 1 | XX | | 323994 | | 9,020.00 | | 111401 | XX | |
| 323912 | | 87.55 | | 11140 1 | XX | | 323999 | | 2,278.00 | | 111601 | XX | |
| 323913 | | 149.11 | | 11140 1 | XX | | 324000 | | 12,625.50 | | 111601 | XX | |
| 323914 | | 30.90 | | 11140 1 | XX | | 324001 | | 9,585.00 | | 111601 | XX | |
| 323915 | | 85.00 | | 11140 1 | XX | | 324012 | | 1,500.00 | | 111601 | XX | |
| 323916 | | 41.20 | | 11140 1 | XX | | 324014 | | 1,691.79 | | 111601 | XX | |
| 323917 | | 69.23 | | 11140 1 | XX | | 324017 | | 1,295.41 | | 111601 | XX | |
| 323918 | | 277.14 | | 11140 1 | XX | | 324025 | | 937.54 | | 111601 | XX | |
| 323919 | | 459.85 | | 11140 1 | XX | | 324031 | | 336.00 | | 111601 | XX | |
| 323920 | | 91.25 | | 11140 1 | XX | | 324043 | | 185.96 | | 111601 | XX | |
| 323921 | | 138.55 | | 11140 1 | XX | | 324053 | | 82,347.92 | | 111601 | XX | |
| 323922 | | 86.77 | | 11140 1 | XX | | 324062 | | 1,445.85 | | 111601 | XX | |
| 323926 | | 495.00 | | 11140 1 | XX | | 324063 | | 7,747.35 | | 111601 | XX | |
| 323927 | | 40.00 | | 11140 1 | XX | | 324065 | | 4,500.00 | | 111601 | XX | |
| 323928 | | 31.25 | | 11140 1 | XX | | 324066 | | 800.00 | | 111601 | XX | |
| 323930 | | 123.60 | | 11140 1 | XX | | 324067 | | 360.00 | | 111601 | XX | |
| 323931 | | 119.77 | | 11140 1 | XX | | 324073 | | 1,600.00 | | 111601 | XX | |
| 323932 | | 48.00 | | 11140 1 | XX | | 324083 | | 2,729.09 | | 111601 | XX | |
| 323933 | | 107.00 | | 11140 1 | XX | | 324094 | | 11,960.64 | | 111601 | XX | |
| 323934 | | 76.05 | | 11140 1 | XX | | 324095 | | 642.96 | | 111601 | XX | |
| 323935 | | 109.48 | | 11140 1 | XX | | 324100 | | 523.33 | | 111601 | XX | |

handwritten note: "Needs to be voided"

TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 - CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 - CHECK VOIDED, OUTSTANDING MASTER REMOVED
3 - CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
    MEMO ONLY, NOT ADDED TO TOTALS

4 - STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 - STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 - FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M - MISSING (OUTSTANDING) ITEM

L336 02/