# ACCOUNT RECONCILIATION PLAN

| BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|
| 1 | 207920005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 9 |

TYPE OF REPORT: UNPAID ONLY

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324139 | | 581.20 | | 111601 | | | 324374 | | 341.82 | | 112001 | | |
| 324140 | | 3,128.00 | | 111601 | | | 324384 | | 7,655.00 | | 112001 | | |
| 324142 | | 3,944.50 | | 111601 | | | 324388 | | 69.00 | | 112001 | | |
| 324144 | | 10,105.00 | | 111601 | | | 324394 | | 457.00 | | 112001 | | |
| 324155 | | 7,468.88 | | 111601 | | | 324395 | | 58.47 | | 112001 | | |
| 324165 | | 65.93 | | 111601 | | | 324401 | | 160.00 | | 112001 | | |
| 324176 | | 500.00 | | 111601 | | | 324403 | | 5,344.00 | | 112001 | | |
| 324177 | | 99.05 | | 111601 | | | 324406 | | 1,126.40 | | 112001 | | |
| 324178 | | 371.10 | | 111601 | | | 324412 | | 624.13 | | 112001 | | |
| 324185 | | 25.55 | | 111601 | | | 324428 | | 37,615.00 | | 112001 | | |
| 324192 | | 46.00 | | 111601 | | | 324436 | | 96.13 | | 112001 | | |
| 324199 | | 805.00 | | 111601 | | | 324441 | | 980.64 | | 112001 | | |
| 324200 | | 1,380.00 | | 111601 | | | 324444 | | 200.00 | | 112001 | | |
| 324203 | | 312.00 | | 111601 | | | 324445 | | 215.00 | | 112001 | | |
| 324206 | | 230.30 | | 111601 | | | 324455 | | 830.07 | | 112001 | | |
| 324215 | | 390.00 | | 111601 | | | 324462 | | 61.18 | | 112001 | | |
| 324217 | | 595.00 | | 111601 | | | 324464 | | 285.00 | | 112001 | | |
| 324226 | | 55.00 | | 111601 | | | 324479 | | 96.00 | | 112001 | | |
| 324227 | | 927.00 | | 111601 | | | 324486 | | 183.62 | | 112001 | | |
| 324228 | | 337.00 | | 111601 | | | 324487 | | 15,454.50 | | 112001 | | |
| 324229 | | 130.00 | | 111601 | | | 324500 | | 2,652.95 | | 112001 | | |
| 324234 | | 3,404.00 | | 111601 | | | 324504 | | 79.92 | | 112001 | | |
| 324236 | | 65.00 | | 111601 | | | 324507 | | 176.85 | | 112001 | | |
| 324241 | | 42.00 | | 111601 | | | 324511 | | 14.00 | | 112001 | | |
| 324246 | | 960.00 | | 111601 | | | 324512 | | 400.00 | | 112001 | | |
| 324248 | | 99.00 | | 111601 | | | 324514 | | 157.50 | | 112001 | | |
| 324251 | | 176.00 | | 111601 | | | 324519 | | 209.00 | | 112001 | | |
| 324253 | | 234.00 | | 111601 | | | 324520 | | 1,819.00 | | 112001 | | |
| 324257 | | 410.00 | | 111601 | | | 324523 | | 195.90 | | 112001 | | |
| 324261 | | 86.00 | | 111601 | | | 324525 | | 319.00 | | 112001 | | |
| 324264 | | 1,311.00 | | 111601 | | | 324529 | | 21.59 | | 112001 | | |
| 324265 | | 245.43 | | 111601 | | | 324532 | | 165.10 | | 112001 | | |
| 324267 | | 84.00 | | 111601 | | | 324533 | | 123.00 | | 112001 | | |
| 324270 | | 98.00 | | 111601 | | | 324535 | | 178.00 | | 112001 | | |
| 324273 | | 35.60 | | 111601 | | | 324537 | | 422.00 | | 112001 | | |
| 324274 | | 136.00 | | 111601 | | | 324540 | | 223.96 | | 112001 | | |
| 324275 | | 169.70 | | 111601 | | | 324542 | | 533.00 | | 112001 | | |
| 324276 | | 42.00 | | 111601 | | | 324543 | | 134.00 | | 112001 | | |
| 324278 | | 102.97 | | 111601 | | | 324548 | | 266.00 | | 112001 | | |
| 2 324281 | VOID | | 111701 | VOID | | | 324549 | | 59.00 | | 112001 | | |
| 324293 | | 1,040.87 | | 112001 | | | 324551 | | 80.00 | | 112001 | | |
| 324299 | | 3,225.00 | | 112001 | | | 324556 | | 1,077.00 | | 112001 | | |
| 324301 | | 1,739.71 | | 112001 | | | 324558 | | 2,852.00 | | 112001 | | |
| 324303 | | 464.10 | | 112001 | | | 324564 | | 349.00 | | 112001 | | |
| 324311 | | 1,327.50 | | 112001 | | | 324565 | | 22.00 | | 112001 | | |
| 324327 | | 372.00 | | 112001 | | | 324566 | | 43.00 | | 112001 | | |
| 324334 | | 400.00 | | 112001 | | | 324567 | | 123.00 | | 112001 | | |
| 324340 | | 1,487.53 | | 112001 | | | 324569 | | 17,674.00 | | 112001 | | |
| 324372 | | 3,956.00 | | 112001 | | | 324570 | | 867.00 | | 112001 | | |
| 324373 | | 13.94 | | 112001 | | | 324575 | | 4,556.00 | | 112001 | | |

## EXPLANATION OF CODES

TYPE OF REPORT
- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST.ACCOUNT.NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 207992000576 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 10 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324578 | | 5,149.00 | | 112001 | XX | | 324641 | | 68.68 | | 112001 | XX | |
| 324580 | | 15,280.00 | | 112001 | XX | | 324642 | | 56.25 | | 112001 | XX | |
| 324581 | | 27,229.00 | | 112001 | XX | | 324643 | | 26.25 | | 112001 | XX | |
| 324583 | | 3,067.00 | | 112001 | XX | | 324644 | | 41.54 | | 112001 | XX | |
| 324587 | | 3,866.00 | | 112001 | XX | | 324645 | | 95.00 | | 112001 | XX | |
| 324588 | | 737.00 | | 112001 | XX | | 324647 | | 139.00 | | 112001 | XX | |
| 324594 | | 42.00 | | 112001 | XX | | 324648 | | 65.00 | | 112001 | XX | |
| 324595 | | 126.54 | | 112001 | XX | | 324649 | | 250.00 | | 112001 | XX | |
| 324596 | | 135.00 | | 112001 | XX | | 324650 | | 30.00 | | 112001 | XX | |
| 324597 | | 1,210.88 | | 112001 | XX | | 324654 | | 27.00 | | 112001 | XX | |
| 324598 | | 216.16 | | 112001 | XX | | 324656 | | 154.50 | | 112001 | XX | |
| 324599 | | 236.90 | | 112001 | XX | | 324674 | | 119.01 | | 112001 | XX | |
| 324600 | | 99.90 | | 112001 | XX | | 324676 | | 713.70 | | 112001 | XX | |
| 324601 | | 66.95 | | 112001 | XX | | 324684 | | 405.52 | | 112001 | XX | |
| 324602 | | 71.04 | | 112001 | XX | | 324688 | | 121.00 | | 112001 | XX | |
| 324603 | | 61.80 | | 112001 | XX | | 324690 | | 272.29 | | 112001 | XX | |
| 324604 | | 149.11 | | 112001 | XX | | 324692 | | 290.00 | | 112001 | XX | |
| 324605 | | 30.90 | | 112001 | XX | | 324695 | | 175.00 | | 112001 | XX | |
| 324606 | | 117.18 | | 112001 | XX | | 324696 | | 706.34 | | 112001 | XX | |
| 324608 | | 87.55 | | 112001 | XX | | 324697 | | 440.00 | | 112001 | XX | |
| 324609 | | 35.65 | | 112001 | XX | | 324698 | | 180.00 | | 112001 | XX | |
| 324610 | | 85.00 | | 112001 | XX | | 324700 | | 164.50 | | 112001 | XX | |
| 324612 | | 41.20 | | 112001 | XX | | 324701 | | 200.00 | | 112001 | XX | |
| 324613 | | 69.23 | | 112001 | XX | | 324704 | | 421.50 | | 112001 | XX | |
| 324615 | | 25.00 | | 112001 | XX | | 324705 | | 92.09 | | 112001 | XX | |
| 324616 | | 249.02 | | 112001 | XX | | 324706 | | 25.00 | | 112001 | XX | |
| 324617 | | 9,966.23 | | 112001 | XX | | 324708 | | 488.25 | | 112001 | XX | |
| 324619 | | 38.99 | | 112001 | XX | | 324709 | | 650.00 | | 112001 | XX | |
| 324620 | | 277.14 | | 112001 | XX | | 324710 | | 182.50 | | 112001 | XX | |
| 324621 | | 91.25 | | 112001 | XX | | 324712 | | 350.00 | | 112001 | XX | |
| 324622 | | 459.85 | | 112001 | XX | | 324713 | | 95.70 | | 112001 | XX | |
| 324623 | | 86.77 | | 112001 | XX | | 324714 | | 156.00 | | 112001 | XX | |
| 324624 | | 40.00 | | 112001 | XX | | 324715 | | 375.00 | | 112001 | XX | |
| 324625 | | 31.25 | | 112001 | XX | | 324716 | | 250.00 | | 112001 | XX | |
| 324626 | | 123.60 | | 112001 | XX | | 324717 | | 238.33 | | 112001 | XX | |
| 324627 | | 119.77 | | 112001 | XX | | 324722 | | 34,291.19 | | 112001 | XX | |
| 324628 | | 48.00 | | 112001 | XX | | 324723 | | 96.00 | | 112701 | XX | |
| 324629 | | 107.00 | | 112001 | XX | | 324724 | | 362.00 | | 112701 | XX | |
| 324630 | | 76.05 | | 112001 | XX | | 324725 | | 104.89 | | 112701 | XX | |
| 324631 | | 160.00 | | 112001 | XX | | 324726 | | 2,145.00 | | 112701 | XX | |
| 324632 | | 109.48 | | 112001 | XX | | 324727 | | 187.00 | | 112701 | XX | |
| 324633 | | 50.00 | | 112001 | XX | | 324728 | | 172.00 | | 112701 | XX | |
| 324634 | | 57.32 | | 112001 | XX | | 324729 | | 295.58 | | 112701 | XX | |
| 324635 | | 7.20 | | 112001 | XX | | 324730 | | 706.64 | | 112701 | XX | |
| 324636 | | 300.00 | | 112001 | XX | | 324731 | | 472.00 | | 112701 | XX | |
| 324637 | | 82.50 | | 112001 | XX | | 324732 | | 26.74 | | 112701 | XX | |
| 324638 | | 2,809.75 | | 112001 | XX | | 324733 | | 128.94 | | 112701 | XX | |
| 324639 | | 121.15 | | 112001 | XX | | 324734 | | 116.56 | | 112701 | XX | |
| 324640 | | 117.47 | | 112001 | XX | | 324735 | | 279.00 | | 112701 | XX | |
| | | 157.80 | | 112001 | XX | | 324736 | | 195.00 | | 112701 | XX | |

TYPE OF REPORT

UNPAID ONLY     - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY       - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED    - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL         - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
    MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING OUTSTANDING ITEM

L338 02/1

# ACCOUNT RECONCILIATION PLAN

| | | | | | |
|---|---|---|---|---|---|
| TYPE OF REPORT | | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | DATE | PAGE |
| UNPAID ONLY | | 1 | 207992000576 1 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 11-30-01 | 11 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324737 | | 2,095.00 | | 112701 | XX | | 324790 | | 2,644.65 | | 112801 | XX | |
| 324738 | | 1,465.00 | | 112701 | XX | | 324791 | | 426.27 | | 112801 | XX | |
| 324739 | | 318.00 | | 112701 | XX | | 324792 | | 120.00 | | 112801 | XX | |
| 324740 | | 270.00 | | 112701 | XX | | 324793 | | 331.08 | | 112801 | XX | |
| 324741 | | 749.00 | | 112701 | XX | | 324794 | | 178.55 | | 112801 | XX | |
| 324742 | | 41.00 | | 112701 | XX | | 324795 | | 99.04 | | 112801 | XX | |
| 324743 | | 249.82 | | 112701 | XX | | 324796 | | 192.00 | | 112801 | XX | |
| 324744 | | 361.00 | | 112701 | XX | | 324797 | | 2,419.31 | | 112801 | XX | |
| 324745 | | 118.98 | | 112701 | XX | | 324798 | | 343.65 | | 112801 | XX | |
| 324746 | | 162.99 | | 112701 | XX | | 324799 | | 1,108.07 | | 112801 | XX | |
| 324747 | | 147.00 | | 112701 | XX | | 324800 | | 856.78 | | 112801 | XX | |
| 324748 | | 198.45 | | 112701 | XX | | 324801 | | 127.25 | | 112801 | XX | |
| 324749 | | 1,090.00 | | 112701 | XX | | 324802 | | 6,293.34 | | 112801 | XX | |
| 324750 | | 3,435.00 | | 112701 | XX | | 324803 | | 7,227.06 | | 112801 | XX | |
| 324751 | | 3,790.00 | | 112701 | XX | | 324804 | | 16.50 | | 112801 | XX | |
| 324752 | | 472.29 | | 112701 | XX | | 324805 | | 721.67 | | 112801 | XX | |
| 324753 | | 365.00 | | 112701 | XX | | 324806 | | 160.62 | | 112801 | XX | |
| 324754 | | 392.00 | | 112701 | XX | | 324807 | | 220.44 | | 112801 | XX | |
| 324755 | | 35.00 | | 112701 | XX | | 324808 | | 929.58 | | 112801 | XX | |
| 324756 | | 982.00 | | 112701 | XX | | 324809 | | 449.00 | | 112801 | XX | |
| 324757 | | 7.00 | | 112701 | XX | | 324810 | | 304.89 | | 112801 | XX | |
| 324758 | | 1,064.00 | | 112701 | XX | | 324811 | | 213.92 | | 112801 | XX | |
| 324759 | | 467.00 | | 112701 | XX | | 324812 | | 291.50 | | 112801 | XX | |
| 324760 | | 1,046.00 | | 112701 | XX | | 324813 | | 3,235.00 | | 112801 | XX | |
| 324761 | | 52.70 | | 112701 | XX | | 324814 | | 742.67 | | 112801 | XX | |
| 324762 | | 146.45 | | 112701 | XX | | 324815 | | 164.26 | | 112801 | XX | |
| 324763 | | 438.70 | | 112701 | XX | | 324816 | | 657.28 | | 112801 | XX | |
| 324764 | | 2,802.00 | | 112701 | XX | | 324817 | | 542.89 | | 112801 | XX | |
| 324765 | | 165.70 | | 112701 | XX | | 324818 | | 207.24 | | 112801 | XX | |
| 324766 | | 54.06 | | 112701 | XX | | 324819 | | 56.00 | | 112801 | XX | |
| 324767 | | 4,217.00 | | 112701 | XX | | 324820 | | 6,537.05 | | 112801 | XX | |
| 324770 | | 44,783.95 | | 112701 | XX | | 324821 | | 19,266.19 | | 112801 | XX | |
| 324771 | | 27,451.88 | | 112701 | XX | | 324822 | | 2,772.00 | | 112801 | XX | |
| 324773 | | 231.47 | | 112801 | XX | | 324823 | | 2,147.00 | | 112801 | XX | |
| 324774 | | 2,051.99 | | 112801 | XX | | 324824 | | 8,081.00 | | 112801 | XX | |
| 324775 | | 54.06 | | 112801 | XX | | 324825 | | 140.98 | | 112801 | XX | |
| 324776 | | 157.08 | | 112801 | XX | | 324826 | | 439.47 | | 112801 | XX | |
| 324777 | | 1,266.30 | | 112801 | XX | | 324827 | | 8,909.99 | | 112801 | XX | |
| 324778 | | 195.50 | | 112801 | XX | | 324828 | | 5,257.23 | | 112801 | XX | |
| 324779 | | 398.64 | | 112801 | XX | | 324829 | | 390.10 | | 112801 | XX | |
| 324780 | | 257.19 | | 112801 | XX | | 324830 | | 157.13 | | 112801 | XX | |
| 324781 | | 850.72 | | 112801 | XX | | 324831 | | 6,991.00 | | 112801 | XX | |
| 324782 | | 921.30 | | 112801 | XX | | 324832 | | 2,341.47 | | 112801 | XX | |
| 324783 | | 30.00 | | 112801 | XX | | 324833 | | 9,752.30 | | 112801 | XX | |
| 324784 | | 89.92 | | 112801 | XX | | 324834 | | 22,935.90 | | 112801 | XX | |
| 324785 | | 174.80 | | 112801 | XX | | 324835 | | 4,453.29 | | 112801 | XX | |
| 324786 | | 1,916.67 | | 112801 | XX | | 324836 | | 2,560.00 | | 112801 | XX | |
| 324787 | | 396.37 | | 112801 | XX | | 324837 | | 8,490.47 | | 112801 | XX | |
| 324788 | | 1,727.47 | | 112801 | XX | | 324838 | | 106.13 | | 112801 | XX | |
| 324789 | | 5,187.93 | | 112801 | XX | | 324839 | | 400.00 | | 112801 | XX | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 : CHECK VOIDED; OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED.
    MEMO ONLY, NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 : FORCED POSTED ITEM/DUPLICATE OR NO SERIAL #
M : MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | BANK NO. | CUST. ACCOUNT NO. | | CUSTOMER NAME | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| UNPAID ONLY | | 1 | 2079920005761 | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | 004 | 11-30-01 | 12 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324840 | | 6,865.32 | | 112801 | XX | | 324890 | | 4,307.30 | | 112801 | XX | |
| 324841 | | 1,584.03 | | 112801 | XX | | 324892 | | 6,966.20 | | 112801 | XX | |
| 324842 | | 6,840.00 | | 112801 | XX | | 324893 | | 19,008.43 | | 112801 | XX | |
| 324843 | | 8,112.00 | | 112801 | XX | | 324894 | | 34.98 | | 112801 | XX | |
| 324844 | | 985.80 | | 112801 | XX | | 324895 | | 605.00 | | 112801 | XX | |
| 324845 | | 2,670.71 | | 112801 | XX | | 324896 | | 437.40 | | 112801 | XX | |
| 324846 | | 2,071.40 | | 112801 | XX | | 324897 | | 48,355.63 | | 112801 | XX | |
| 324847 | | 805.06 | | 112801 | XX | | 324898 | | 200.00 | | 112801 | XX | |
| 324848 | | 432.00 | | 112801 | XX | | 324899 | | 945.76 | | 112801 | XX | |
| 324849 | | 29.35 | | 112801 | XX | | 324900 | | 19,654.02 | | 112801 | XX | |
| 324850 | | 426.62 | | 112801 | XX | | 324901 | | 27.56 | | 112801 | XX | |
| 324851 | | 3,736.80 | | 112801 | XX | | 324902 | | 7,951.14 | | 112801 | XX | |
| 324852 | | 1,435.76 | | 112801 | XX | | 324903 | | 12,383.69 | | 112801 | XX | |
| 324853 | | 13,910.50 | | 112801 | XX | | 324904 | | 25.85 | | 112801 | XX | |
| 324854 | | 2,058.75 | | 112801 | XX | | 324905 | | 2,231.00 | | 112801 | XX | |
| 324855 | | 39,128.79 | | 112801 | XX | | 324906 | | 126.43 | | 112801 | XX | |
| 324856 | | 205.22 | | 112801 | XX | | 324907 | | 5,695.60 | | 112801 | XX | |
| 324857 | | 321.23 | | 112801 | XX | | 324908 | | 34,690.68 | | 112801 | XX | |
| 324858 | | 381.60 | | 112801 | XX | | 324909 | | 11,860.00 | | 112801 | XX | |
| 324859 | | 7,350.00 | | 112801 | XX | | 324910 | | 992.60 | | 112801 | XX | |
| 324860 | | 1,784.00 | | 112801 | XX | | 324911 | | 874.93 | | 112801 | XX | |
| 324861 | | 9,153.28 | | 112801 | XX | | 324912 | | 8,298.57 | | 112801 | XX | |
| 324862 | | 3,726.00 | | 112801 | XX | | 324913 | | 177.88 | | 112801 | XX | |
| 324863 | | 628.14 | | 112801 | XX | | 324914 | | 337.18 | | 112801 | XX | |
| 324864 | | 104.95 | | 112801 | XX | | 324915 | | 22,625.47 | | 112801 | XX | |
| 324865 | | 339.00 | | 112801 | XX | | 324916 | | 195.66 | | 112801 | XX | |
| 324866 | | 125.00 | | 112801 | XX | | 324917 | | 5,110.10 | | 112801 | XX | |
| 324867 | | 13,725.00 | | 112801 | XX | | 324918 | | 16,760.00 | | 112801 | XX | |
| 324868 | | 34,721.23 | | 112801 | XX | | 324919 | | 69.93 | | 112801 | XX | |
| 324869 | | 152.00 | | 112801 | XX | | 324920 | | 52.99 | | 112801 | XX | |
| 324870 | | 1,343.93 | | 112801 | XX | | 324921 | | 2,734.80 | | 112801 | XX | |
| 324871 | | 250.00 | | 112801 | XX | | 324922 | | 2,198.81 | | 112801 | XX | |
| 324872 | | 580.00 | | 112801 | XX | | 324923 | | 28.50 | | 112801 | XX | |
| 324873 | | 24,798.42 | | 112801 | XX | | 324924 | | 55.94 | | 112801 | XX | |
| 324874 | | 1,390.00 | | 112801 | XX | | 324925 | | 637.00 | | 112801 | XX | |
| 324875 | | 359.90 | | 112801 | XX | | 324926 | | 162.83 | | 112801 | XX | |
| 324876 | | 2,637.46 | | 112801 | XX | | 324927 | | 3,458.00 | | 112801 | XX | |
| 324877 | | 9,146.23 | | 112801 | XX | | 324928 | | 6,594.00 | | 112801 | XX | |
| 324878 | | 1,487.69 | | 112801 | XX | | 324929 | | 6,378.00 | | 112801 | XX | |
| 324879 | | 450.00 | | 112801 | XX | | 324930 | | 341.18 | | 112801 | XX | |
| 324880 | | 513.69 | | 112801 | XX | | 324931 | | 7,131.32 | | 112801 | XX | |
| 324881 | | 203.25 | | 112801 | XX | | 324932 | | 191.23 | | 112801 | XX | |
| 324882 | | 4,418.99 | | 112801 | XX | | 324933 | | 588.60 | | 112801 | XX | |
| 324883 | | 708.40 | | 112801 | XX | | 324934 | | 9,024.83 | | 112801 | XX | |
| 324884 | | 21.01 | | 112801 | XX | | 324935 | | 3,909.20 | | 112801 | XX | |
| 324885 | | 1,552.09 | | 112801 | XX | | 324936 | | 95.55 | | 112801 | XX | |
| 324886 | | 75.86 | | 112801 | XX | | 324937 | | 1,306.28 | | 112801 | XX | |
| 324887 | | 86.07 | | 112801 | XX | | 324938 | | 524.07 | | 112801 | XX | |
| 324888 | | 1,125.00 | | 112801 | XX | | 324939 | | 908.00 | | 112801 | XX | |
| 324889 | | 642.57 | | 112801 | XX | | 324940 | | 7,029.80 | | 112801 | XX | |

TYPE OF REPORT

UNPAID ONLY    = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY      = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED   = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL        = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
    MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST/ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 2079920005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | 11-30-01 | 13 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324941 | | 23,092.39 | | 112801 | XX | | 324991 | | 513.13 | | 112801 | XX | |
| 324942 | | 300.00 | | 112801 | XX | | 324992 | | 83.46 | | 112801 | XX | |
| 324943 | | 7,887.00 | | 112801 | XX | | 324993 | | 592.56 | | 112801 | XX | |
| 324944 | | 95,966.41 | | 112801 | XX | | 324994 | | 277.38 | | 112801 | XX | |
| 324945 | | 5,068.00 | | 112801 | XX | | 324995 | | 7,636.19 | | 112801 | XX | |
| 324946 | | 2,695.90 | | 112801 | XX | | 324996 | | 447.00 | | 112801 | XX | |
| 324947 | | 300.00 | | 112801 | XX | | 324997 | | 92.30 | | 112801 | XX | |
| 324948 | | 260.00 | | 112801 | XX | | 324998 | | 614.73 | | 112801 | XX | |
| 324949 | | 646.00 | | 112801 | XX | | 324999 | | 231.87 | | 112801 | XX | |
| 324950 | | 300.00 | | 112801 | XX | | 325000 | | 365.00 | | 112801 | XX | |
| 324951 | | 120.00 | | 112801 | XX | | 325001 | | 668.78 | | 112801 | XX | |
| 324952 | | 867.39 | | 112801 | XX | | 325002 | | 877.00 | | 112801 | XX | |
| 324953 | | 1,300.00 | | 112801 | XX | | 325003 | | 137.88 | | 112801 | XX | |
| 324954 | | 10,800.00 | | 112801 | XX | | 325004 | | 95.01 | | 112801 | XX | |
| 324955 | | 376.19 | | 112801 | XX | | 325005 | | 4,174.00 | | 112801 | XX | |
| 324956 | | 1,038.00 | | 112801 | XX | | 325006 | | 120.00 | | 112801 | XX | |
| 324957 | | 3,873.68 | | 112801 | XX | | 325007 | | 680.00 | | 112801 | XX | |
| 324958 | | 1,315.73 | | 112801 | XX | | 325008 | | 979.00 | | 112801 | XX | |
| 324959 | | 782.90 | | 112801 | XX | | 325009 | | 150.00 | | 112801 | XX | |
| 324960 | | 5,049.00 | | 112801 | XX | | 325010 | | 356.81 | | 112801 | XX | |
| 324961 | | 3,366.38 | | 112801 | XX | | 325011 | | 50.00 | | 112801 | XX | |
| 324962 | | 1,344.94 | | 112801 | XX | | 325012 | | 9,585.00 | | 112801 | XX | |
| 324963 | | 64.74 | | 112801 | XX | | 325013 | | 1,016.00 | | 112801 | XX | |
| 324964 | | 1,242.80 | | 112801 | XX | | 325014 | | 167.79 | | 112801 | XX | |
| 324965 | | 2,600.00 | | 112801 | XX | | 325015 | | 45,038.23 | | 112801 | XX | |
| 324966 | | 258.00 | | 112801 | XX | | 325016 | | 87.42 | | 112801 | XX | |
| 324967 | | 193.53 | | 112801 | XX | | 325017 | | 54.21 | | 112801 | XX | |
| 324968 | | 1,230.00 | | 112801 | XX | | 325018 | | 18,612.00 | | 112801 | XX | |
| 324969 | | 124.64 | | 112801 | XX | | 325019 | | 473.27 | | 112801 | XX | |
| 324970 | | 27,358.91 | | 112801 | XX | | 325020 | | 183.29 | | 112801 | XX | |
| 324971 | | 78.85 | | 112801 | XX | | 325021 | | 4,384.02 | | 112801 | XX | |
| 324972 | | 243.86 | | 112801 | XX | | 325022 | | 626.96 | | 112801 | XX | |
| 324973 | | 5,569.57 | | 112801 | XX | | 325023 | | 3,653.54 | | 112801 | XX | |
| 324974 | | 29.03 | | 112801 | XX | | 325024 | | 24.48 | | 112801 | XX | |
| 324975 | | 480.65 | | 112801 | XX | | 325025 | | 4,050.00 | | 112801 | XX | |
| 324976 | | 466.87 | | 112801 | XX | | 325026 | | 233.01 | | 112801 | XX | |
| 324977 | | 997.74 | | 112801 | XX | | 325027 | | 300.00 | | 112801 | XX | |
| 324978 | | 78.67 | | 112801 | XX | | 325028 | | 11,410.00 | | 112801 | XX | |
| 324979 | | 232.06 | | 112801 | XX | | 325029 | | 825.00 | | 112801 | XX | |
| 324980 | | 4,520.25 | | 112801 | XX | | 325030 | | 963.35 | | 112801 | XX | |
| 324981 | | 741.00 | | 112801 | XX | | 325031 | | 1,330.00 | | 112801 | XX | |
| 324982 | | 1,230.00 | | 112801 | XX | | 325032 | | 146.00 | | 112801 | XX | |
| 324983 | | 1,345.96 | | 112801 | XX | | 325033 | | 125.48 | | 112801 | XX | |
| 324984 | | 4.26 | | 112801 | XX | | 325034 | | 1,250.00 | | 112801 | XX | |
| 324985 | | 180.00 | | 112801 | XX | | 325035 | | 275.00 | | 112801 | XX | |
| 324986 | | 59.60 | | 112801 | XX | | 325036 | | 238.55 | | 112801 | XX | |
| 324987 | | 17,630.13 | | 112801 | XX | | 325037 | | 1,900.00 | | 112801 | XX | |
| 324988 | | 17,956.86 | | 112801 | XX | | 325038 | | 19,497.50 | | 112801 | XX | |
| 324989 | | 97.50 | | 112801 | XX | | 325039 | | 1,004.82 | | 112801 | XX | |
| 324990 | | 1,800.00 | | 112801 | XX | | 325040 | | 432.84 | | 112801 | XX | |

TYPE OF REPORT

- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.