# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 207992000576 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 14 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325041 | | 4,926.00 | | 112801 | X | | 325091 | | 433.76 | | 112801 | X | |
| 325042 | | 70.00 | | 112801 | X | | 325092 | | 185.50 | | 112801 | X | |
| 325043 | | 50.00 | | 112801 | X | | 325093 | | 35.76 | | 112801 | X | |
| 325044 | | 1,109.07 | | 112801 | X | | 325094 | | 851.57 | | 112801 | X | |
| 325045 | | 155.00 | | 112801 | X | | 325095 | 5,849.00 | | | 112801 | X | |
| 325046 | | 70.37 | | 112801 | X | | 325096 | | 500.00 | | 112801 | X | |
| 325047 | | 701.23 | | 112801 | X | | 325097 | | 224.67 | | 112801 | X | |
| 325048 | | 421.25 | | 112801 | X | | 325098 | | 2,400.00 | | 112801 | X | |
| 325049 | | 829.70 | | 112801 | X | | 325099 | | 179.35 | | 112801 | X | |
| 325050 | | 243.79 | | 112801 | X | | 325100 | 39,339.60 | | | 112801 | X | |
| 325051 | 22,721.20 | | | 112801 | X | | 325101 | | 49.19 | | 112801 | X | |
| 325052 | | 722.84 | | 112801 | X | | 325102 | | 61.99 | | 112801 | X | |
| 325053 | | 351.00 | | 112801 | X | | 325103 | | 109.20 | | 112801 | X | |
| 325054 | | 446.59 | | 112801 | X | | 325104 | | 1,240.03 | | 112801 | X | |
| 325055 | | 417.00 | | 112801 | X | | 325105 | | 965.93 | | 112801 | X | |
| 325056 | | 25.89 | | 112801 | X | | 325106 | | 530.09 | | 112801 | X | |
| 325057 | | 1,199.15 | | 112801 | X | | 325107 | | 4,522.96 | | 112801 | X | |
| 325058 | | 656.36 | | 112801 | X | | 325108 | | 1,085.92 | | 112801 | X | |
| 325059 | | 608.73 | | 112801 | X | | 325109 | | 60.00 | | 112801 | X | |
| 325060 | | 55.09 | | 112801 | X | | 325110 | | 872.55 | | 112801 | X | |
| 325061 | | 1,349.10 | | 112801 | X | | 325111 | | 1,503.62 | | 112801 | X | |
| 325062 | 48,552.95 | | | 112801 | X | | 325112 | | 22.48 | | 112801 | X | |
| 325063 | | 101.68 | | 112801 | X | | 325113 | | 1,613.82 | | 112801 | X | |
| 325064 | 19,549.14 | | | 112801 | X | | 325114 | | 3,751.37 | | 112801 | X | |
| 325065 | | 861.96 | | 112801 | X | | 325115 | 44,575.85 | | | 112801 | X | |
| 325066 | | 724.74 | | 112801 | X | | 325116 | | 963.42 | | 112801 | X | |
| 325067 | | 699.51 | | 112801 | X | | 325117 | | 769.98 | | 112801 | X | |
| 325068 | | 1,158.00 | | 112801 | X | | 325118 | | 37.77 | | 112801 | X | |
| 325069 | | 365.91 | | 112801 | X | | 325119 | | 245.00 | | 112801 | X | |
| 325070 | | 2,310.00 | | 112801 | X | | 325120 | | 625.00 | | 112801 | X | |
| 325071 | | 8,580.00 | | 112801 | X | | 325121 | 3,000.00 | | | 112801 | X | |
| 325072 | | 1,399.49 | | 112801 | X | | 325122 | | 3,294.72 | | 112801 | X | |
| 325073 | | 543.00 | | 112801 | X | | 325123 | | 117.60 | | 112801 | X | |
| 325074 | | 660.00 | | 112801 | X | | 325124 | | 272.80 | | 112801 | X | |
| 325075 | | 660.00 | | 112801 | X | | 325125 | | 762.30 | | 112801 | X | |
| 325076 | | 357.00 | | 112801 | X | | 325126 | | 58.12 | | 112801 | X | |
| 325077 | | 2,381.31 | | 112801 | X | | 325127 | | 59.40 | | 112801 | X | |
| 325078 | | 670.00 | | 112801 | X | | 325128 | | 616.21 | | 112801 | X | |
| 325079 | | 250.00 | | 112801 | X | | 325129 | | 2,189.62 | | 112801 | X | |
| 325080 | | 288.54 | | 112801 | X | | 325130 | | 2,805.69 | | 112801 | X | |
| 325081 | | 227.50 | | 112801 | X | | 325131 | | 195.14 | | 112801 | X | |
| 325082 | | 130.19 | | 112801 | X | | 325132 | 18,000.00 | | | 112801 | X | |
| 325083 | | 294.00 | | 112801 | X | | 325133 | | 100.82 | | 112801 | X | |
| 325084 | | 824.27 | | 112801 | X | | 325134 | 6,150.00 | | | 112801 | X | |
| 325085 | | 765.70 | | 112801 | X | | 325135 | | 1,426.36 | | 112801 | X | |
| 325086 | | 166.90 | | 112801 | X | | 325136 | | 84.34 | | 112801 | X | |
| 325087 | | 270.00 | | 112801 | X | | 325137 | | 2,387.29 | | 112801 | X | |
| 325088 | | 1,311.76 | | 112801 | X | | 325138 | | 248.72 | | 112801 | X | |
| 325089 | 6,546.20 | | | 112801 | X | | 325139 | 6,208.37 | | | 112801 | X | |
| 325090 | | 126.31 | | 112801 | X | | 325140 | | 71.50 | | 112801 | X | |

TYPE OF REPORT

UNPAID ONLY    - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY    - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED    - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL    - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
2 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| BANK NO | CUST. ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|
| 1 | 207992000576 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 15 |

TYPE OF REPORT: UNPAID ONLY

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325141 | | 960.00 | | 112801 | X | | | 325191 | | 5,285.00 | | 112801 | X | |
| 325142 | | 4,517.99 | | 112801 | X | | | 325192 | | 37,017.44 | | 112801 | X | |
| 325143 | | 42,255.62 | | 112801 | X | | | 325193 | | 482.90 | | 112801 | X | |
| 325144 | | 1,000.00 | | 112801 | X | | | 325194 | | 5,628.00 | | 112801 | X | |
| 325145 | | 225.00 | | 112801 | X | | | 325195 | | 18.00 | | 112801 | X | |
| 325146 | | 17,818.60 | | 112801 | X | | | 325196 | | 2,100.00 | | 112801 | X | |
| 325147 | | 3,596.25 | | 112801 | X | | | 325197 | | 695.36 | | 112801 | X | |
| 325148 | | 2,000.00 | | 112801 | X | | | 325198 | | 23,228.00 | | 112801 | X | |
| 325149 | | 3,010.50 | | 112801 | X | | | 325199 | | 122.31 | | 112801 | X | |
| 325150 | | 5,127.91 | | 112801 | X | | | 325200 | | 268.77 | | 112801 | X | |
| 325151 | | 480.00 | | 112801 | X | | | 325201 | | 2,410.80 | | 112801 | X | |
| 325152 | | 2,908.35 | | 112801 | X | | | 325202 | | 29,673.20 | | 112801 | X | |
| 325153 | | 405.01 | | 112801 | X | | | 325203 | | 375.00 | | 112801 | X | |
| 325154 | | 443.70 | | 112801 | X | | | 325204 | | 857.29 | | 112801 | X | |
| 325155 | | 42.54 | | 112801 | X | | | 325205 | | 231.00 | | 112801 | X | |
| 325156 | | 44,617.39 | | 112801 | X | | | 325206 | | 70.00 | | 112801 | X | |
| 325157 | | 16,368.32 | | 112801 | X | | | 325207 | | 50.64 | | 112801 | X | |
| 325158 | | 7,027.82 | | 112801 | X | | | 325208 | | 63.50 | | 112801 | X | |
| 325159 | | 3,635.50 | | 112801 | X | | | 325209 | | 4,503.20 | | 112801 | X | |
| 325160 | | 149.80 | | 112801 | X | | | 325210 | | 32,218.07 | | 112801 | X | |
| 325161 | | 35.93 | | 112801 | X | | | 325211 | | 451.00 | | 112801 | X | |
| 325162 | | 7,502.25 | | 112801 | X | | | 325212 | | 8,475.33 | | 112801 | X | |
| 325163 | | 1,738.32 | | 112801 | X | | | 325213 | | 1,006.26 | | 112801 | X | |
| 325164 | | 455.03 | | 112801 | X | | | 325214 | | 128.40 | | 112801 | X | |
| 325165 | | 14,720.00 | | 112801 | X | | | 325215 | | 202.81 | | 112801 | X | |
| 325166 | | 361.98 | | 112801 | X | | | 325216 | | 6,886.25 | | 112801 | X | |
| 325167 | | 2,000.00 | | 112801 | X | | | 325217 | | 250.00 | | 112801 | X | |
| 325168 | | 158.77 | | 112801 | X | | | 325218 | | 2,900.00 | | 112801 | X | |
| 325169 | | 550.00 | | 112801 | X | | | 325219 | | 4,091.46 | | 112801 | X | |
| 325170 | | 6,197.10 | | 112801 | X | | | 325220 | | 5,054.08 | | 112801 | X | |
| 325171 | | 90.63 | | 112801 | X | | | 325221 | | 885.35 | | 112801 | X | |
| 325172 | | 1,710.00 | | 112801 | X | | | 325222 | | 480.38 | | 112801 | X | |
| 325173 | | 237.42 | | 112801 | X | | | 325223 | | 3,454.50 | | 112801 | X | |
| 325174 | | 62.09 | | 112801 | X | | | 325224 | | 1,904.80 | | 112801 | X | |
| 325175 | | 14,367.50 | | 112801 | X | | | 325225 | | 6,000.00 | | 112801 | X | |
| 325176 | | 302.41 | | 112801 | X | | | 325226 | | 1,541.00 | | 112801 | X | |
| 325177 | | 160.00 | | 112801 | X | | | 325227 | | 1,094.60 | | 112801 | X | |
| 325178 | | 957.15 | | 112801 | X | | | 325228 | | 5,426.15 | | 112801 | X | |
| 325179 | | 56.15 | | 112801 | X | | | 325229 | | 1,624.35 | | 112801 | X | |
| 325180 | | 1,045.50 | | 112801 | X | | | 325230 | | 3,450.00 | | 112801 | X | |
| 325181 | | 97.29 | | 112801 | X | | | 325231 | | 850.00 | | 112801 | X | |
| 325182 | | 300.00 | | 112801 | X | | | 325232 | | 447.40 | | 112801 | X | |
| 325183 | | 14,793.00 | | 112801 | X | | | 325233 | | 13.50 | | 112801 | X | |
| 325184 | | 9,633.00 | | 112801 | X | | | 325234 | | 2,636.63 | | 112801 | X | |
| 325185 | | 165.50 | | 112801 | X | | | 325235 | | 288.87 | | 112801 | X | |
| 325186 | | 567.68 | | 112801 | X | | | 325236 | | 67.12 | | 112801 | X | |
| 325187 | | 257.76 | | 112801 | X | | | 325237 | | 16,220.49 | | 112801 | X | |
| 325188 | | 375.00 | | 112801 | X | | | 325238 | | 13,503.00 | | 112801 | X | |
| 325189 | | 12,808.96 | | 112801 | X | | | 325239 | | 8,221.23 | | 112801 | X | |
| 325190 | | 362.00 | | 112801 | X | | | 325240 | | 8,408.34 | | 112801 | X | |

TYPE OF REPORT
- UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES
- 1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
- 2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
- 3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED
- MEMO ONLY, NOT ADDED TO TOTALS
- 4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
- 5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
- 6 = FORCED PAYMENT, ITEM, DUPLICATE OR NO SERIAL #
- M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| | | |
|---|---|---|
| TYPE OF REPORT: UNPAID ONLY | BANK NO: 1 CUST ACCOUNT NO: 20799200005761 | CUSTOMER NAME: W R GRACE CO-CONN ATTN: MARY BOUCHARD |
| | ACCOUNT NO: 004 | DATE: 11-30-01 PAGE: 16 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325241 | | 305.00 | | 112801 | X | | 325291 | | 7,580.00 | | 112801 | X | |
| 325242 | | 62.85 | | 112801 | X | | 325292 | | 5,625.30 | | 112801 | X | |
| 325243 | | 8,600.44 | | 112801 | X | | 325293 | | 100.00 | | 112801 | X | |
| 325244 | | 541.36 | | 112801 | X | | 325294 | | 7,000.00 | | 112801 | X | |
| 325245 | | 5,082.00 | | 112801 | X | | 325295 | | 50.59 | | 112801 | X | |
| 325246 | | 749.39 | | 112801 | X | | 325296 | | 45.32 | | 112801 | X | |
| 325247 | | 42.00 | | 112801 | X | | 325297 | | 540.00 | | 112801 | X | |
| 325248 | | 45,250.75 | | 112801 | X | | 325298 | | 7,654.50 | | 112801 | X | |
| 325249 | | 422.23 | | 112801 | X | | 325299 | | 2,301.54 | | 112801 | X | |
| 325250 | | 8,255.00 | | 112801 | X | | 325300 | | 2,300.00 | | 112801 | X | |
| 325251 | | 228.14 | | 112801 | X | | 325301 | | 5,625.00 | | 112801 | X | |
| 325252 | | 260.00 | | 112801 | X | | 325302 | | 4,015.19 | | 112801 | X | |
| 325253 | | 1,323.00 | | 112801 | X | | 325303 | | 1,518.71 | | 112801 | X | |
| 325254 | | 7.03 | | 112801 | X | | 325304 | | 214.86 | | 112801 | X | |
| 325255 | | 800.00 | | 112801 | X | | 325305 | | 36.58 | | 112801 | X | |
| 325256 | | 630.12 | | 112801 | X | | 325306 | | 1,183.00 | | 112801 | X | |
| 325257 | | 872.62 | | 112801 | X | | 325307 | | 2,725.00 | | 112801 | X | |
| 325258 | | 393.67 | | 112801 | X | | 325308 | | 305.02 | | 112801 | X | |
| 325259 | | 193.15 | | 112801 | X | | 325309 | | 1,669.46 | | 112801 | X | |
| 325260 | | 963.32 | | 112801 | X | | 325310 | | 1,008.00 | | 112801 | X | |
| 325261 | | 256.03 | | 112801 | X | | 325311 | | 2,029.95 | | 112801 | X | |
| 325262 | | 21.83 | | 112801 | X | | 325312 | | 856.00 | | 112801 | X | |
| 325263 | | 3,174.83 | | 112801 | X | | 325313 | | 426,750.00 | | 112801 | X | |
| 325264 | | 3,057.40 | | 112801 | X | | 325314 | | 114.40 | | 112801 | X | |
| 325265 | | 350.00 | | 112801 | X | | 325315 | | 1,045.00 | | 112801 | X | |
| 325266 | | 11,128.00 | | 112801 | X | | 325316 | | 453.26 | | 112801 | X | |
| 325267 | | 1,790.75 | | 112801 | X | | 325317 | | 875.85 | | 112801 | X | |
| 325268 | | 11,400.00 | | 112801 | X | | 325318 | | 1,120.76 | | 112801 | X | |
| 325269 | | 41.41 | | 112801 | X | | 325319 | | 19.03 | | 112801 | X | |
| 325270 | | 81.37 | | 112801 | X | | 325320 | | 535.13 | | 112801 | X | |
| 325271 | | 455.00 | | 112801 | X | | 325321 | | 552.01 | | 112801 | X | |
| 325272 | | 1,830.04 | | 112801 | X | | 325322 | | 860.00 | | 112801 | X | |
| 325273 | | 2,640.00 | | 112801 | X | | 325323 | | 2,402.59 | | 112801 | X | |
| 325274 | | 1,601.52 | | 112801 | X | | 325324 | | 155.00 | | 112801 | X | |
| 325275 | | 325.00 | | 112801 | X | | 325325 | | 200.00 | | 112801 | X | |
| 325276 | | 221.00 | | 112801 | X | | 325326 | | 4,000.00 | | 112801 | X | |
| 325277 | | 165.50 | | 112801 | X | | 325327 | | 100.00 | | 112801 | X | |
| 325278 | | 600.00 | | 112801 | X | | 325329 | | 510.00 | | 112801 | X | |
| 325279 | | 130.00 | | 112801 | X | | 325330 | | 100.00 | | 112801 | X | |
| 325280 | | 50,734.00 | | 112801 | X | | 325331 | | 25.00 | | 112801 | X | |
| 325281 | | 5,640.00 | | 112801 | X | | 325332 | | 12,600.00 | | 112801 | X | |
| 325282 | | 1,799.80 | | 112801 | X | | 325333 | | 126.54 | | 112801 | X | |
| 325283 | | 45.10 | | 112801 | X | | 325335 | | 42.00 | | 112801 | X | |
| 325284 | | 84.00 | | 112801 | X | | 325336 | | 135.00 | | 112801 | X | |
| 325285 | | 2,692.80 | | 112801 | X | | 325337 | | 216.16 | | 112801 | X | |
| 325286 | | 206.90 | | 112801 | X | | 325338 | | 99.90 | | 112801 | X | |
| 325287 | | 28.00 | | 112801 | X | | 325339 | | 66.95 | | 112801 | X | |
| 325288 | | 9,919.00 | | 112801 | X | | 325340 | | 236.90 | | 112801 | X | |
| 325289 | | 1,936.64 | | 112801 | X | | 325341 | | | | | | |
| 325290 | | 27.45 | | 112801 | X | | 325342 | | | | | | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD. NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED. OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD. OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT. CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT. CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM. DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | | |
|---|---|---|---|---|---|---|
| UNPAID ONLY | | | | | | PAGE 17 |

| BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | | DATE |
|---|---|---|---|---|---|
| 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | 004 | 11-30-01 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325343 | | 35.65 | | 112801 | | | 325393 | | 233.82 | | 112801 | | |
| 325344 | | 149.11 | | 112801 | | | 325394 | | 135.50 | | 112801 | | |
| 325345 | | 61.80 | | 112801 | | | 325395 | | 3,000.00 | | 112801 | | |
| 325346 | | 30.90 | | 112801 | | | 325397 | | 404.00 | | 112801 | | |
| 325347 | | 117.18 | | 112801 | | | 325398 | | 2,461.35 | | 112801 | | |
| 325348 | | 87.55 | | 112801 | | | 325399 | | 3,075.00 | | 112801 | | |
| 325349 | | 71.04 | | 112801 | | | 325400 | | 4,427.86 | | 112801 | | |
| 325350 | | 85.00 | | 112801 | | | 325401 | | 175.00 | | 112801 | | |
| 325351 | | 41.20 | | 112801 | | | 325403 | | 3,712.13 | | 112801 | | |
| 325352 | | 69.23 | | 112801 | | | 325404 | | 6,463.40 | | 112801 | | |
| 325353 | | 1,318.88 | | 112801 | | | 325406 | | 50.00 | | 112801 | | |
| 325354 | | 749.02 | | 112801 | | | 325408 | | 2,325.00 | | 112801 | | |
| 325355 | | 277.14 | | 112801 | | | 325409 | | 3,423.00 | | 112901 | | |
| 325356 | | 91.25 | | 112801 | | | 325410 | | 84.03 | | 112901 | | |
| 325357 | | 919.70 | | 112801 | | | 325411 | | 2,226.00 | | 112901 | | |
| 325358 | | 132.00 | | 112801 | | | 325412 | | 330.00 | | 112901 | | |
| 325359 | | 86.77 | | 112801 | | | 325413 | | 282.00 | | 112901 | | |
| 325360 | | 40.00 | | 112801 | | | 325414 | | 104.29 | | 112901 | | |
| 325361 | | 31.25 | | 112801 | | | 325415 | | 1,108.00 | | 112901 | | |
| 325362 | | 123.60 | | 112801 | | | 325416 | | 170.00 | | 112901 | | |
| 325363 | | 11,639.28 | | 112801 | | | 325417 | | 432.00 | | 112901 | | |
| 325364 | | 5,965.86 | | 112801 | | | 325418 | | 62.00 | | 112901 | | |
| 325365 | | 39,986.02 | | 112801 | | | 325419 | | 75.00 | | 112901 | | |
| 325366 | | 47,265.46 | | 112801 | | | 325420 | | 121.00 | | 112901 | | |
| 325367 | | 6,148.64 | | 112801 | | | 325421 | | 737.00 | | 112901 | | |
| 325368 | | 2,486.68 | | 112801 | | | 325422 | | 147.00 | | 112901 | | |
| 325369 | | 1,172.94 | | 112801 | | | 325423 | | 189.00 | | 112901 | | |
| 325370 | | 11,395.98 | | 112801 | | | 325424 | | 229.95 | | 112901 | | |
| 325371 | | 119.77 | | 112801 | | | 325425 | | 1,029.00 | | 112901 | | |
| 325372 | | 48.00 | | 112801 | | | 325426 | | 307.00 | | 112901 | | |
| 325373 | | 107.00 | | 112801 | | | 325427 | | 1,968.00 | | 112901 | | |
| 325374 | | 76.05 | | 112801 | | | 325428 | | 80.00 | | 112901 | | |
| 325375 | | 160.00 | | 112801 | | | 325429 | | 97.88 | | 112901 | | |
| 325376 | | 109.48 | | 112801 | | | 325430 | | 82.00 | | 112901 | | |
| 325377 | | 57.32 | | 112801 | | | 325431 | | 89.60 | | 112901 | | |
| 325378 | | 50.00 | | 112801 | | | 325432 | | 20.00 | | 112901 | | |
| 325379 | | 7.20 | | 112801 | | | 325433 | | 559.00 | | 112901 | | |
| 325380 | | 500.00 | | 112801 | | | 325434 | | 638.79 | | 112901 | | |
| 325381 | | 157.80 | | 112801 | | | 325435 | | 5,188.00 | | 112901 | | |
| 325382 | | 121.15 | | 112801 | | | 325436 | | 92.00 | | 112901 | | |
| 325383 | | 117.47 | | 112801 | | | 325437 | | 755.25 | | 112901 | | |
| 325384 | | 68.68 | | 112801 | | | 325438 | | 420.00 | | 112901 | | |
| 325385 | | 41.54 | | 112801 | | | 325439 | | 61.00 | | 112901 | | |
| 325386 | | 56.25 | | 112801 | | | 325440 | | 39.00 | | 112901 | | |
| 325387 | | 26.25 | | 112801 | | | 325441 | | 28.00 | | 112901 | | |
| 325388 | | 95.00 | | 112801 | | | 325442 | | 144.00 | | 112901 | | |
| 325389 | | 695.00 | | 112801 | | | 325443 | | 56.10 | | 112901 | | |
| 325390 | | 85.00 | | 112801 | | | 325444 | | 63.09 | | 112901 | | |
| 325391 | | 25.97 | | 112801 | | | 325445 | | 81.00 | | 112901 | | |
| 325392 | | 77.95 | | 112801 | | | 325446 | | 144.00 | | 112901 | | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST. ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 207992000576 1 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | 11-30-01 | 18 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325447 | | 1,127.72 | | 112901 | | | | | | | | | |
| 325449 | | 15.00 | | 112901 | | | | | | | | | |
| 325450 | | 300.00 | | 112901 | | | | | | | | | |
| 325451 | | 28.51 | | 112901 | | | | | | | | | |
| 325452 | | 81.51 | | 112901 | | | | | | | | | |
| 325453 | | 92.48 | | 112901 | | | | | | | | | |
| 325454 | | 25.00 | | 112901 | | | | | | | | | |
| D/S | 5,283,085.28 | 1,378GT | | | | | | | | | | | |

### TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

### EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY. NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/