# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | BANK NO | CUST ACCOUNT NO | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | 1 | 20799200057611 | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | 004 | 11-30-01 | 1 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18007 | | 10,825.00 | | 022597 | | | 4 | 168117 | 245.00 | | 031699 | 022599 | | |
| 67586 | 88,480.00 | | 032499 | 100197 | | | 4 | 168404 | 3,157.00 | | 031799 | 022599 | | |
| 82539 | 8,535.20 | | 082300 | 121197 | | | 4 | 168958 | 34,351.30 | | 031599 | 030199 | | |
| 93313 | 8,361.27 | | 061099 | 020498 | | | 4 | 169539 | 2,620.73 | | 041299 | 030399 | | |
| 103490 | 8,022.40 | | 030999 | 032598 | | | 4 | 169549 | 2,281.00 | | 092799 | 030399 | | |
| 103954 | 47.24 | | 021099 | 032698 | | | 4 | 170431 | 1,178.44 | | 051399 | 031099 | | |
| 104435 | 543.29 | | 052400 | 033098 | | | 5 | 170448 | 946.48 | | 032399 | 031099 | | |
| 104617 | 1,355.00 | | 021000 | 033098 | | | 4 | 173904 | 137.18 | | 092799 | 032599 | | |
| 105527 | 255.00 | | | 040298 | | | 4 | 174836 | 36,173.51 | | 050399 | 033199 | | |
| 107856 | 30.90 | | | 041598 | | | 4 | 175997 | 5,880.00 | | 042099 | 040799 | | |
| 113429 | 1,000.00 | | 052799 | 051398 | | | 4 | 177143 | 2,903.55 | | 060399 | 041299 | | |
| 117566 | 125.00 | | 012601 | | | | 4 | 177551 | 1,407.00 | | 042099 | 041699 | | |
| 119121 | 3,125.20 | | 051399 | 061198 | | | 4 | 177560 | 1,461.54 | | 051199 | 041699 | | |
| 119188 | 639.00 | | 092999 | 061198 | | | 4 | 178203 | 17,958.02 | | 051799 | 042099 | | |
| 120921 | 1,252.00 | | 072799 | 061998 | | | 4 | 178576 | 46.21 | | 050499 | 042199 | | |
| 122128 | 132.50 | | 030999 | 062598 | | | 5 | 178591 | 209.35 | | 072099 | 042199 | | |
| 123837 | 1,503.00 | | 051399 | 070298 | | | 5 | 178869 | 6,245.00 | | 051199 | 042299 | | |
| 124570 | 4,513.00 | | 042299 | 070898 | | | 5 | 179178 | 50.00 | | 092299 | 042299 | | |
| 124657 | 491.00 | | 030600 | | | | 4 | 179191 | 1,724.42 | | 052099 | 042299 | | |
| 128407 | 4,752.00 | | 050399 | 072798 | | | 4 | 179994 | 8,325.00 | | 052199 | 042999 | | |
| 138239 | 3,969.60 | | 061699 | 091698 | | | 4 | 179997 | 27,367.00 | | 092299 | 042999 | | |
| 140505 | 404.32 | | 021099 | 092598 | | | 4 | 181212 | 1,401.62 | | 060499 | 050599 | | |
| 144005 | 1,104.00 | | 020399 | 101498 | | | 4 | 181236 | 256.26 | | 061499 | 050599 | | |
| 144788 | 90.62 | | 040299 | 101698 | | | 4 | 183081 | 14,835.85 | | 072799 | 051799 | | |
| 147452 | 972.00 | | 022299 | 102998 | | | 5 | 183467 | 791.04 | | 060499 | 051999 | | |
| 147869 | 5,734.05 | | 061099 | 103098 | | | 5 | 183550 | 2,858.72 | | 062999 | 051999 | | |
| 150079 | 1,318.13 | | 042299 | 111298 | | | 4 | 185187 | 250.00 | | 063099 | 052799 | | |
| 150423 | 170.00 | | 022299 | 111398 | | | 4 | 185727 | 246.40 | | 071399 | 060199 | | |
| 151477 | 545.60 | | 040199 | 112098 | | | 4 | 186924 | 117.01 | | 072799 | 060799 | | |
| 153482 | 851.00 | | 030999 | 112098 | | | 4 | 187265 | 1,054.70 | | 071399 | 060999 | | |
| 154255 | 387.50 | | 020399 | 120498 | | | 4 | 187756 | 2,126.80 | | 110599 | 061199 | | |
| 156101 | 209.35 | | 042099 | 121598 | | | 4 | 189126 | 3,792.80 | | 081799 | 061899 | | |
| 156512 | 19,898.00 | | 052799 | 121698 | | | 4 | 189814 | 500.00 | | 021000 | 062399 | | |
| 159230 | 841.82 | | 021799 | 010599 | | | 5 | 190599 | 10,129.19 | | 072799 | 062599 | | |
| 160446 | 2,598.00 | | 040899 | 011199 | | | 5 | 191165 | 2,858.72 | | 081299 | 063099 | | |
| 161037 | 2,352.00 | | 050399 | 011399 | | | 4 | 191677 | 387.70 | | 072099 | 070299 | | |
| 161038 | 3,585.00 | | 050399 | 011399 | | | 4 | 192305 | 5,530.40 | | 121900 | 070799 | | |
| 162212 | 13,000.00 | | 021099 | 012199 | | | 4 | 192337 | 1,187.28 | | 121900 | 070799 | | |
| 163283 | 36,055.22 | | 032599 | 012799 | | | 4 | 192340 | 287.88 | | 070799 | 070799 | | |
| 163345 | 6,055.00 | | 021099 | 012899 | | | 4 | 192396 | 48,066.02 | | 082099 | 080299 | | |
| 163546 | 1,765.34 | | 022299 | 012999 | | | 4 | 192955 | 7,987.46 | | 110599 | 071399 | | |
| 163961 | 2,046.00 | | 021699 | 012999 | | | 4 | 193803 | 1,076.39 | | 081799 | 071199 | | |
| 164457 | 221.36 | | 022299 | 020399 | | | 4 | 195107 | 7,178.48 | | 090799 | 072399 | | |
| 164688 | 166.35 | | 092799 | 020399 | | | 4 | 195343 | 181.72 | | 081799 | 072999 | | |
| 165164 | 6,937.00 | | 021099 | 020899 | | | 4 | 196109 | 511.42 | | 082699 | 080299 | | |
| 165472 | 975.00 | | 021799 | 020899 | | | 4 | 196518 | 350.00 | | 082099 | 080299 | | |
| 165700 | 1,351.33 | | 030999 | 021099 | | | 4 | 196821 | 235.59 | | 083199 | 080599 | | |
| 165814 | 2.00 | | 021699 | 021099 | | | 4 | 197225 | 19,770.00 | | 081799 | 080699 | | |
| 166913 | 385.00 | | 092799 | 021799 | | | 4 | 197268 | 6,039.28 | | 082699 | 080999 | | |
| 167598 | 34,102.20 | | 042299 | 021999 | | | 4 | 197370 | 3,507.41 | | 092799 | 080999 | | |

EXPLANATION OF CODES

TYPE OF REPORT
- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN  ATTN: MARY BOUCHARD | | 004 | 2 |
| | | | | | DATE | 11-30-01 |

| | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 197876 | | 2,834.04 | 112499 | 081199 | | | 231556 | | 25,000.00 | | 030800 | | |
| 4 | 199230 | | 181.72 | 092799 | 081999 | | | 232634 | 661.17 | | 040500 | 031500 | | |
| 4 | 200080 | | 981.00 | 020900 | 082599 | | | 233131 | 876.88 | | 050800 | 031600 | | |
| 4 | 200081 | | 3,386.40 | 020900 | 082599 | | | 233577 | 1,065.52 | | 052400 | 032200 | | |
| 4 | 202561 | | 196.00 | 092299 | 090999 | | | 233896 | 11,691.17 | | 041800 | 032200 | | |
| 4 | 202600 | | 1,299.88 | 092789 | 090999 | | | 234607 | | 151.00 | | 033000 | | |
| 4 | 203708 | | 4,500.00 | 100499 | 091599 | | | 234652 | | 265.20 | 061300 | 033100 | | |
| 4 | 204862 | | 161.57 | 101599 | 092299 | | | 234900 | 4,291.39 | | 070600 | 040500 | | |
| 4 | 205905 | | 203.97 | 101599 | 093099 | | | 235038 | 1,712.56 | | 052400 | 040500 | | |
| 4 | 206478 | | 6,213.90 | 020400 | 100199 | | | 235250 | 470.80 | | 051600 | 040500 | | |
| 4 | 206818 | | 802.09 | 110999 | 100499 | | | 235513 | 1,241.72 | | 050400 | 040500 | | |
| 4 | 207455 | | 740.58 | 102099 | 100799 | | | 235783 | 55,884.00 | | 041100 | 040500 | | |
| 4 | 208570 | | 1,915.69 | 010600 | 101599 | | | 235992 | | 111.00 | 012501 | 040600 | | |
| 4 | 208979 | | 7,789.00 | 012000 | 101599 | | | 237240 | | 37.19 | 052400 | 041300 | | |
| 4 | 209691 | | 539.41 | 110599 | 102199 | | | 237376 | 28,850.42 | | 042100 | 041900 | | |
| 4 | 210263 | | 6,733.15 | 020100 | 102599 | | | 237732 | 6,634.32 | | 051600 | 041900 | | |
| 4 | 210578 | | 1,305.00 | 022200 | 102799 | | | 237760 | 1,372.00 | | 051600 | 041900 | | |
| 4 | 211651 | | 480.00 | 111899 | 101999 | | | 237916 | 2,184.60 | | 042600 | 041900 | | |
| 4 | 211782 | | 1,000.00 | 121099 | 110199 | | | 238343 | 7,738.00 | | 052400 | 042100 | | |
| 4 | 212143 | | 1,012.00 | 011800 | 110399 | | | 238803 | | 111.38 | 053100 | 050300 | | |
| 4 | 212197 | | 250.00 | 111899 | 110499 | | | 239397 | 34,007.06 | | 080100 | 050300 | | |
| 4 | 212245 | | 130.00 | 111899 | 110499 | | | 240300 | | 532.55 | 100200 | 050800 | | |
| 4 | 212251 | | 110.00 | 111799 | 110499 | | | 241075 | 3,318.40 | | 080100 | 051000 | | |
| 4 | 212960 | | 457.95 | 020100 | 110899 | | | 241475 | 150.00 | | 053100 | 051200 | | |
| 4 | 213471 | | 411.00 | 012400 | 111199 | | | 241476 | 107.94 | | 053100 | 051200 | | |
| 4 | 214554 | | 70,098.00 | 112999 | 111799 | | | 241479 | | 5.00 | 053100 | 051200 | | |
| 4 | 214691 | | 467.00 | 120199 | 111899 | | | 241480 | | 90.00 | 053100 | 051200 | | |
| 5 | 215679 | | 190.77 | 011800 | 112999 | | | 241481 | | 145.00 | 053100 | 051200 | | |
| 4 | 219200 | | 3,360.00 | 011900 | 122199 | | | 241484 | 327.50 | | 053100 | 051200 | | |
| 4 | 219338 | | 208.75 | 012000 | 122299 | | | 241485 | 75.00 | | 053100 | 051200 | | |
| 4 | 220003 | | 136.20 | 020400 | 123099 | | | 241970 | 6,634.32 | | 060900 | 051700 | | |
| 4 | 220509 | | 6,505.83 | 051600 | 010400 | | | 242175 | 67.02 | | 080100 | 051700 | | |
| 4 | 220723 | | 15,793.18 | 020400 | 010400 | | | 242244 | | 100.00 | 071000 | 051700 | | |
| 4 | 222854 | | 11,373.00 | 020400 | 011200 | | | 242378 | 1,473.95 | | 061300 | 051700 | | |
| 4 | 222893 | | 300.00 | 012800 | 011200 | | | 243541 | 227.00 | | 021201 | 052500 | | |
| 4 | 222900 | | 359.00 | 012700 | 011300 | | | 243615 | 103.00 | | 061500 | 052500 | | |
| 4 | 224651 | | 35,757.44 | 021500 | 020200 | | | 243793 | 17,903.91 | | 103100 | 060100 | | |
| 4 | 225380 | | 16,426.80 | 021500 | 020200 | | | 244178 | 49,059.67 | | 060500 | 060100 | | |
| 4 | 226378 | | 26,213.23 | 030600 | 020900 | | | 244586 | 784.00 | | 061400 | 060700 | | |
| 4 | 226902 | | 3,750.00 | 022800 | 020900 | | | 244655 | 1,803.00 | | 061500 | 060100 | | |
| 5 | 227053 | | 17,288.34 | 022300 | 021500 | | | 244893 | 778.96 | | 082500 | 060100 | | |
| 4 | 228046 | | 1,054.85 | 022300 | 021500 | | | 245536 | 1,000.00 | | 061300 | 060800 | | |
| 4 | 228250 | | 300.00 | 012700 | 021600 | | | 245537 | 25,000.00 | | 061300 | 060800 | | |
| 4 | 228424 | | 864.00 | 022300 | 021700 | | | 246081 | 12,987.11 | | 071800 | 061400 | | |
| 4 | 229013 | | 2,086.31 | 041800 | 022200 | | | 246405 | 4,488.00 | | 070500 | 061400 | | |
| 4 | 229237 | | 1,270.45 | 122700 | 022300 | | | 247400 | 3,000.00 | | 072100 | 061400 | | |
| 4 | 229684 | | 3,705.66 | 062600 | 022800 | | | 247675 | 9,635.00 | | 072400 | 062100 | | |
| 4 | 229791 | | 4,054.00 | 032200 | 022800 | | | 247986 | | 913.00 | 070500 | 062200 | | |
| 4 | 230131 | | 17,378.13 | 051600 | 030100 | | | 248097 | 1,041.92 | | 071700 | 062800 | | |
| 5 | 230203 | | 3,200.00 | 052400 | 030100 | | | 248136 | 105.30 | | 080100 | 062800 | | |

TYPE OF REPORT
UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
    MEMO ONLY NOT ADDED TO TOTALS

EXPLANATION OF CODES
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | BANK NO | CUST ACCOUNT NO | | CUSTOMER NAME | | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | 1 | 207992000576 | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | | 004 | 11-30-01 | 3 |

| | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | 248299 | | 86.00 | 120800 | 062900 | | | 4 | 276076 | 12,509.28 | | 020201 | 011001 | | |
| 4 | 248517 | | 1,350.00 | 080400 | 070500 | | | 4 | 276267 | 561.79 | | 021201 | 011501 | | |
| 4 | 248980 | | 1,152.48 | 082300 | 070500 | | | 4 | 276949 | 6,800.65 | | 101501 | 011501 | | |
| 4 | 249217 | | 1,941.19 | 091900 | 070500 | | | 4 | 276950 | 58.90 | | 022101 | 011501 | | |
| 4 | 249893 | | 13,777.00 | 103100 | 071200 | | | 4 | 277411 | 3,650.00 | | 021201 | 011701 | | |
| 5 | 249972 | | 582.32 | 082500 | 071200 | | | 5 | 277836 | 41,000.00 | | 012601 | 011701 | | |
| 5 | 250411 | | 1,153.82 | 081000 | 071200 | | | 4 | 279088 | 63.77 | | 021601 | 012401 | | |
| 4 | 250594 | | 411.00 | 072600 | 071300 | | | 4 | 279399 | 1,039.00 | | 021501 | 012501 | | |
| 4 | 251548 | | 282.00 | 080900 | 071900 | | | 4 | 279773 | 8,314.80 | | 020801 | 020101 | | |
| 4 | 251736 | | 3,450.00 | 080100 | 071900 | | | 5 | 279800 | 9,902.88 | | 021201 | 020101 | | |
| 4 | 251828 | | 2,893.00 | 080800 | 072000 | | | 5 | 280018 | 4,013.43 | | 020901 | 020101 | | |
| 5 | 252365 | | 136.00 | 101100 | 072600 | | | 5 | 280049 | 1,198.09 | | 022101 | 020601 | | |
| 4 | 252524 | | 2,884.00 | 012401 | 072700 | | | 4 | 280593 | 24,944.40 | | 020801 | 020601 | | |
| 5 | 252550 | | 193.00 | 081000 | 072700 | | | 5 | 280680 | 8,314.80 | | 020801 | 020701 | | |
| 5 | 252586 | | 310.00 | 080800 | 072700 | | | 4 | 280856 | 292,396.24 | | 031301 | 020701 | | |
| 5 | 252689 | | 354.00 | 080400 | 080200 | | | 5 | 280957 | 36,106.72 | | | 020701 | | |
| 5 | 252707 | | 5,720.94 | 081000 | 080200 | | | 4 | 281033 | 3,157.87 | | 032201 | 020701 | | |
| 5 | 253078 | | 3,080.00 | 102000 | 080200 | | | 4 | 281822 | 12,016.44 | | 032201 | 021401 | | |
| 4 | 253254 | | 2,989.74 | 081400 | 080200 | | | 4 | 283254 | 4,500.00 | | 031301 | 022101 | | |
| 5 | 254553 | | 23,417.73 | 081400 | 080900 | | | | 286655 | 2,135.00 | | | 031401 | | |
| 5 | 255367 | | 2,788.60 | 090700 | 081600 | | | | 287365 | 10,510.50 | | | 032101 | | |
| 5 | 256007 | | 1,640.26 | 090700 | 081700 | | | | 287902 | 32.00 | | | 032201 | | |
| 5 | 256175 | | 1,729.94 | 091100 | 082300 | | | | 288105 | 1,644.95 | | | 032301 | | |
| 5 | 256336 | | 220.16 | 021501 | 082300 | | | | 300094 | 4,790.00 | | | 040401 | | |
| 5 | 257015 | | 538.00 | 091900 | 082300 | | | | 300099 | 124.00 | | | 040401 | | |
| 4 | 258676 | | 5,052.22 | 120800 | 090600 | | | 4 | 300199 | 1,227.70 | | 090501 | 040701 | | |
| 5 | 259335 | | 26.35 | 102400 | 091300 | | | 4 | 300217 | 112.00 | | 080201 | 040601 | | |
| 4 | 260489 | | 2,543.07 | 101100 | 092000 | | | | 300246 | 175.00 | | | 040901 | | |
| 4 | 261540 | | 20,000.00 | 101000 | 092500 | | | | 300270 | 790.53 | | | 040901 | | |
| | 261755 | | 745.98 | 111700 | 092800 | | | | 300530 | 9,313.93 | | | 040901 | | |
| 5 | 262969 | | 52,200.00 | 102000 | 100400 | | | | 300699 | 37.19 | | | 040901 | | |
| 5 | 263056 | | 1,170.00 | 102400 | 100400 | | | | 300782 | 471.50 | | | 040901 | | |
| 4 | 263246 | | 271.00 | 102000 | 100500 | | | | 300884 | 214.47 | | | 040901 | | |
| 4 | 264963 | | 100.62 | 021201 | 101800 | | | | 301058 | 370.11 | | | 040901 | | |
| 4 | 265094 | | 487.36 | 012401 | 101800 | | | | 301199 | 221.58 | | | 040901 | | |
| 4 | 266389 | | 13,177.46 | 121800 | 102500 | | | | 301288 | 19.97 | | | 040901 | | |
| 4 | 266547 | | 276.00 | 120400 | 102700 | | | 4 | 301294 | 1,000.00 | | 042301 | 041001 | | |
| 5 | 266940 | | 32,016.57 | 110900 | 110100 | | | 4 | 301316 | 355.74 | | 042601 | 041001 | | |
| 4 | 267718 | | 5,633.90 | 030801 | 110800 | | | 4 | 301354 | 20,580.00 | | 042301 | 041001 | | |
| 4 | 269105 | | 13,688.50 | 031901 | 111500 | | | 4 | 301564 | 22,800.00 | | 042601 | 041201 | | |
| 4 | 270739 | | 774.32 | 122000 | 112900 | | | | 301598 | 60.00 | | | 041201 | | |
| 4 | 271278 | | 1,856.99 | 012201 | 120100 | | | | 301708 | 160.00 | | | 041201 | | |
| 4 | 271605 | | 1,815.00 | 011601 | 120100 | | | 4 | 301745 | 119.00 | | 080201 | 041201 | | |
| 4 | 272196 | | 6,129.90 | 012201 | 120600 | | | 4 | 301794 | 11,151.00 | | 042601 | 041201 | | |
| 4 | 273141 | | 876.20 | 020101 | 121300 | | | | 301828 | 5,132.16 | | | 041801 | | |
| 4 | 273463 | | 2,760.00 | 031301 | 121300 | | | 4 | 301839 | 23,480.16 | | 060501 | 041801 | | |
| 4 | 273597 | | 1,437.15 | 121800 | 121300 | | | | 301862 | 119.32 | | | 041801 | | |
| 4 | 274253 | | 663.00 | 010401 | 122100 | | | 5 | 301868 | 584.79 | | 051401 | 041801 | | |
| 4 | 274254 | | 522.00 | 010901 | 122100 | | | | 301871 | 1,780.00 | | 043001 | 041801 | | |
| 4 | 274590 | | 222.62 | 021501 | 122900 | | | | 301892 | 63.65 | | | 041801 | | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 4 |

| * | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | * | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 301903 | | 856.00 | | 041801 | | | | 302250 | | 45.00 | | 041801 | | |
| | 301904 | | 187.00 | | 041801 | | | | 302305 | | 232.39 | | 041801 | | |
| | 301908 | | 232.39 | | 041801 | | | | 302316 | | 103.90 | | 041801 | | |
| | 301932 | | 23,016.00 | | 041801 | | | | 302379 | | 6.25 | | 041901 | | |
| | 301950 | | 236.34 | | 041801 | | | | 302438 | | 29.98 | | 041901 | | |
| | 301954 | | 895.00 | | 041801 | | | 4 | 302455 | | 4,236.66 | 031401 | 041901 | | |
| | 301970 | | 78.00 | | 041801 | | | | 302605 | | 114.90 | | 042501 | | |
| 2 | 301982 | | 200.00 | 111001 | 041801 | | | | 302629 | | 69.43 | | 042501 | | |
| | 301991 | | 100.00 | | 041801 | | | | 302679 | | 172.27 | | 042501 | | |
| | 301998 | | 150.00 | | 041801 | | | | 302756 | | 395.96 | | 042501 | | |
| | 302000 | | 10.00 | | 041801 | | | | 302789 | | 150.00 | | 042501 | | |
| | 302001 | | 10.00 | | 041801 | | | | 302806 | | 1,000.00 | | 042501 | | |
| | 302002 | | 15.00 | | 041801 | | | | 302867 | | 421.50 | | 042501 | | |
| | 302003 | | 15.00 | | 041801 | | | 4 | 303128 | | 1,430.75 | 062001 | 050201 | | |
| | 302006 | | 25.00 | | 041801 | | | | 303280 | | 300.00 | | 050201 | | |
| | 302007 | | 45.00 | | 041801 | | | | 303330 | | 5,000.00 | | 050201 | | |
| | 302008 | | 25.00 | | 041801 | | | | 303496 | | 53.50 | | 050201 | | |
| | 302024 | | 25.00 | | 041801 | | | | 303497 | | 9,019.00 | | 050201 | | |
| | 302029 | | 50.00 | 110101 | 041801 | 111706695 | | | 303527 | | 157.80 | | 050201 | | |
| | 302030 | | 50.00 | | 041801 | | | | 303874 | | 1.15 | | 050901 | | |
| | 302031 | | 145.00 | | 041801 | | | | 303957 | | 518.71 | | 050901 | | |
| | 302033 | | 3.50 | | 041801 | | | | 304170 | | 25.00 | | 050901 | | |
| | 302034 | | 58.25 | | 041801 | | | | 304172 | | 30.00 | | 050901 | | |
| | 302035 | | 50.00 | | 041801 | | | | 304173 | | 150.00 | | 050901 | | |
| | 302037 | | 123.49 | | 041801 | | | | 304909 | | 230.32 | | 051601 | | |
| | 302040 | | 414.59 | | 041801 | | | 2 | 304984 | | 3,900.00 | 112201 | 051501 | | |
| | 302046 | | 4,085.74 | | 041801 | | | 2 | 305124 | | 1,000.00 | 112201 | 051701 | | |
| | 302054 | | 17,454.84 | | 041801 | | | 4 | 305291 | | 24,028.30 | 112601 | 052301 | | |
| | 302055 | | 19,635.00 | | 041801 | | | 2 | 306044 | | 1,651.20 | 082901 | 053001 | | |
| | 302065 | | 175.00 | | 041801 | | | 2 | 306369 | | 300.00 | 112201 | 053001 | | |
| | 302075 | | 10.00 | | 041801 | | | 4 | 306674 | | 32,328.00 | 062701 | 060601 | | |
| | 302085 | | 154.50 | | 041801 | | | 4 | 306689 | | 1,681.50 | 110201 | 060601 | | |
| | 302090 | | 20.00 | | 041801 | | | 4 | 306750 | | 988.16 | 080301 | 060601 | | |
| | 302091 | | 20.00 | | 041801 | | | | 306952 | | 245.96 | | 060601 | | |
| | 302096 | | 8,557.00 | | 041801 | | | | 307062 | | 250.38 | | 060601 | | |
| | 302101 | | 450.00 | | 041801 | | | | 307156 | | 2,500.00 | | 060601 | | |
| | 302103 | | 65,938.57 | | 041801 | | | | 307193 | | 25.00 | | 060601 | | |
| | 302110 | | 721.00 | | 041801 | | | 5 | 307290 | | 240.00 | 062901 | 061101 | | |
| | 302116 | | 2,415.00 | | 041801 | | | 2 | 307745 | | 329.48 | 112201 | 061301 | | |
| | 302117 | | 957.00 | | 041801 | | | | 307784 | | 40.00 | | 061301 | | |
| | 302120 | | 252.00 | | 041801 | | | 4 | 307830 | | 5,000.00 | 070501 | 061301 | | |
| | 302124 | | 2,423.00 | | 041801 | | | | 307853 | | 45.67 | | 061301 | | |
| | 302127 | | 85.00 | | 041801 | | | | 307893 | | 700.00 | | 061301 | | |
| | 302133 | | 78.00 | | 041801 | | | | 307897 | | 500.00 | | 061301 | | |
| | 302156 | | 706.34 | | 041801 | | | | 308109 | | 223.96 | | 062001 | | |
| | 302211 | | 130,094.00 | | 041801 | | | | 308306 | | 66.00 | | 062001 | | |
| | 302223 | | 277.14 | | 041801 | | | | 308325 | | 105.00 | | 062001 | | |
| | 302224 | | 134.95 | | 041801 | | | | 308434 | | 31.50 | | 062001 | | |
| 2 | 302235 | | 726.94 | 110901 | 041801 | | | 4 | 308585 | | 930.89 | 080701 | 062001 | | |
| 2 | 302236 | | 3,283.29 | 110901 | 041801 | | | | 308611 | | 2,790.00 | | 062001 | | |

TYPE OF REPORT
UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED.
MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NC SERIAL #
M = MISSING (OUTSTANDING) ITEM.

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | | | 004 | 11-30-01 | 5 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 309176 | 120.13 | 111001 | 062701 | | | | 315271 | | 97.00 | | 082301 | | |
| | 309606 | 209.04 | | 070501 | | | | 315286 | | 100.00 | | 082301 | | |
| | 310080 | 964.44 | | 070501 | | | | 315287 | | 50.00 | | 082301 | | |
| 5 | 310092 | 55.00 | 071601 | 070501 | | | | 315288 | | 56.00 | | 082301 | | |
| | 310786 | 2,869.71 | | 071201 | | | | 315317 | | 398.90 | | 082301 | | |
| | 310825 | 1,032.00 | | 071201 | | | 4 | 315419 | 4,152.98 | | 101101 | 082901 | | |
| | 311000 | 170.00 | | 071801 | | | | 315505 | 1,200.00 | | 112301 | 082901 | 1319328O | |
| 4 | 311418 | 114.42 | 091801 | 071801 | | | | 315583 | | 381.00 | | 082901 | | |
| 4 | 311465 | 1,843.05 | 081401 | 071801 | | | | 315629 | 3,376.00 | | 110501 | 082901 | 1021952З | |
| | 311565 | 184.98 | | 071801 | | | | 315798 | 1,835.00 | | 110201 | 082901 | 1185491C | |
| | 311734 | 77.13 | | 072501 | | | 4 | 315847 | 1,200.00 | | 091801 | 082901 | | |
| | 311968 | 100.00 | | 072501 | 11683235 | | 4 | 316034 | 495.00 | | 100901 | 083001 | | |
| | 312114 | 15.00 | | 072501 | | | | 316084 | | 470.00 | | | 083001 | | |
| | 312269 | 514.10 | | 072501 | | | | 316089 | 1,576.00 | | 110301 | 083001 | 10243434 | |
| 4 | 312429 | 343.00 | 080801 | 072601 | | | | 316287 | | 72.00 | | 090501 | | |
| | 312464 | 850.00 | | 072601 | | | | 316346 | | 497.12 | | 090501 | | |
| 4 | 312623 | 2,000.00 | 081301 | 080101 | | | 4 | 316362 | 2,550.00 | | 100101 | 090501 | | |
| | 312803 | 320.42 | | 080101 | | | | 316369 | 130.00 | | 112301 | 090501 | 18525488 | |
| | 312838 | 141.41 | | 080101 | | | 5 | 316598 | 1,987.41 | | 091001 | 090501 | | |
| 4 | 312840 | 12,500.00 | 080901 | 080101 | | | 4 | 316601 | 13,489.00 | | 102001 | 090501 | 1538OOO2 | |
| | 312946 | 100.00 | | 080101 | | | | 316654 | | 100.00 | | 090501 | | |
| | 313043 | 3,084.67 | | 080201 | | | 4 | 316678 | | 80.00 | | 090701 | | |
| | 313118 | 48.00 | | 080201 | | | 4 | 316710 | 4,888.00 | | 111401 | 090701 | | |
| | 313132 | 103.96 | | 080201 | | | | 316735 | | 266.00 | 092601 | 090701 | | |
| | 313400 | 184.26 | | 080801 | | | | 316738 | | 134.00 | | 090701 | | |
| 4 | 313478 | 844.10 | 100901 | 080801 | | | | 317050 | 2,971.00 | | 110101 | 090701 | 11094451 | |
| | 313627 | | 115.00 | | 080801 | 15281165 | | 4 | 317066 | 2,157.51 | | 110501 | 091201 | 10219522 | |
| | 313838 | 104.00 | 110201 | 080901 | | | | 317184 | 12,000.00 | | 100301 | 091201 | | |
| | 313861 | 180.00 | | 080901 | | | | 317201 | | 135.00 | | 091201 | 15281166 | |
| | 313900 | 290.91 | | 081301 | | | | 317274 | | 747.50 | | 091201 | | |
| 4 | 313911 | 9,122.33 | 100101 | 081501 | | | 4 | 317319 | | 89.50 | | 102901 | 091201 | | |
| | 313955 | 805.95 | | 081501 | | | | 317349 | 3,590.00 | | | 091401 | | |
| | 314434 | 125.00 | | 081501 | | | | 317415 | 2,850.00 | | | 091401 | | |
| 4 | 314455 | 4,783.00 | 083101 | 081601 | | | | 317422 | | 752.00 | | 091401 | | |
| | 314487 | 120.00 | | 081601 | 12519954 | | 4 | 317425 | 122.00 | | 110101 | 091401 | 11094453 | |
| 4 | 314525 | 131.00 | 111901 | 081601 | | | | 317455 | 1,043.85 | | | 091701 | | |
| 4 | 314736 | 3,131.87 | 091801 | 082201 | | | | 317736 | 1,922.31 | | | 091901 | | |
| | 314796 | 493.76 | | 082201 | | | | 317743 | 74.00 | | 110301 | 091901 | 13564336 | |
| | 314803 | 8,870.00 | | 082201 | | | | 317796 | 3,245.06 | | | 091901 | | |
| 4 | 314911 | 30,552.00 | 091801 | 082201 | | | | 317803 | | 525.92 | | 091901 | | |
| | 314933 | 145.00 | | 082201 | | | | 317892 | 1,250.05 | | | 091901 | | |
| | 315022 | 25.00 | 111501 | 082201 | 14870296 | | | 317987 | 5,000.00 | | 091701 | 091901 | 12235732 | |
| | 315040 | 130.00 | 110201 | 082201 | 15281167 | | | 318001 | 5,000.00 | | | 091901 | | |
| 4 | 315086 | 3,530.84 | 112001 | 082201 | | | | 318071 | | 26.55 | | 110301 | 091901 | 10242737 | |
| 4 | 315089 | 355.88 | 090501 | 082201 | | | | 318105 | | 100.00 | | 091901 | | |
| | 315158 | 4,586.77 | 112301 | 082201 | 17161121 | | | 318127 | 325.00 | | 110101 | 092101 | 11177764 | |
| | 315197 | 24,067.56 | 112801 | 082201 | 17899313 | | | 318167 | | 254.00 | | 092101 | | |
| | 315202 | 7,188.00 | | 082301 | | | | 318175 | | 229.00 | | 092101 | | |
| | 315210 | 981.00 | | 082301 | | | | 318177 | | 135.00 | | 110101 | 092101 | 11094454 |
| | 315253 | 284.00 | | 082301 | | | | 318184 | | 70.00 | | 112901 | 092101 | 15297620 |

### TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

### EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #
M = MISSING OUTSTANDING ITEM