# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 6 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 318422 | 1,414.28 | | | 092601 | | | 319782 | | 1,897.35 | | 101001 | | |
| 318509 | 3,144.00 | | 110501 | 092601 | 102195241 | | 319814 | 3,532.40 | | 110101 | 101001 | 11221405 | |
| 318512 | 3,775.00 | | | 092601 | | | 319820 | 1,659.00 | | 110801 | 101001 | 13716076 | |
| 318741 | 67.00 | | | 092601 | | | 319821 | 11,470.80 | | 110601 | 101001 | 12991384 | |
| 318743 | 10,000.00 | | 110601 | 092601 | 12913924 | | 319830 | | 16,695.52 | | 101001 | | |
| 318751 | 420.00 | | 111901 | 092601 | | | 319842 | 918.01 | | 110501 | 101001 | | |
| 318760 | 498.75 | | 110501 | 092601 | 11229240 | | 319852 | 291.73 | | 110501 | 101001 | 12062162 | |
| 318779 | 17,165.00 | | 112601 | 092601 | 16007484 | | 319856 | 715.00 | | 110501 | 101001 | 12044951 | |
| 318826 | 250.00 | | | 092601 | | | 319860 | | 440.00 | | 101001 | | |
| 318831 | 344.00 | | 110101 | 092701 | 11117762 | | 319861 | 175.00 | | 110101 | 101001 | 11160318 | |
| 318846 | 161.00 | | 110101 | 092701 | 11696647 | | 319875 | 102.71 | | 110801 | 101001 | 13687040 | |
| 318882 | 121.00 | | | 092701 | | | 319882 | 373.00 | | 111301 | 101001 | 13268550 | |
| 318888 | 9,478.00 | | 111301 | 092701 | 14860082 | | 319883 | | 2,565.00 | | 101001 | | |
| 318892 | 2,816.00 | | 110101 | 092701 | 11946043 | | 319919 | 1,500.00 | | | 101001 | | |
| 318893 | 1,898.00 | | 110901 | 092701 | 14284886 | | 319962 | | 100.00 | | 101001 | | |
| 318894 | 185.00 | | 111901 | 092701 | 12504896 | | 319980 | | 660.00 | | 101001 | | |
| 318895 | 928.00 | | 112601 | 092701 | 16131416 | | 320010 | 125.25 | | 110201 | 101001 | 15385457 | |
| 318896 | 2,686.00 | | | 092701 | | | 320023 | | 56.60 | | 101001 | | |
| 318897 | 1,061.00 | | 110501 | 092701 | 12041340 | | 320024 | 203.60 | | 110501 | 101001 | 10244851 | |
| 318917 | 8,802.30 | | 110201 | 092801 | 15292403 | | 320031 | 8.94 | | 110701 | 101001 | 14281520 | |
| 318949 | 348.35 | | 110701 | 100301 | | | 320032 | 4,213.51 | | 110201 | 101001 | 11772966 | |
| 318991 | 117.80 | | 110801 | 100301 | 16356803 | | 320035 | | 16.88 | | 101001 | | |
| 319197 | 1,513.10 | | | 100301 | | | 320084 | 338.77 | | 110101 | 101001 | 13271579 | |
| 319203 | 175.00 | | 110101 | 100301 | 11148338 | | 320105 | | 1,091.92 | | 101001 | | |
| 319235 | 1,952.00 | | | 100301 | | | 320131 | 70.00 | | 110201 | 101001 | 12139424 | |
| 319241 | 1,278.26 | | | 100301 | | | 320137 | 420.00 | | 110101 | 101001 | 11942881 | |
| 319375 | 1,400.00 | | 110201 | 100301 | 15281169 | | 320140 | 300.00 | | 110101 | 101001 | 14123898 | |
| 319449 | 14,145.00 | | | 100301 | | | 320152 | 74.67 | | 112301 | 101001 | 12548484 | |
| 319453 | 10.00 | | 110201 | 100301 | 17024892 | | 320161 | 50.00 | | 111901 | 101001 | 11799814 | |
| 319468 | 115.00 | | 111401 | 100301 | | | 320199 | 8,537.28 | | 111301 | 101001 | 14932495 | |
| 319479 | 30.90 | | | 100301 | | | 320226 | 139.00 | | 111901 | 101001 | 14468638 | |
| 319515 | 139.00 | | 110701 | 100301 | 13317884 | | 320231 | 34.00 | | 110901 | 101001 | 12828314 | |
| 319517 | 103.96 | | 112101 | 100301 | 15560146 | | 320239 | | 706.34 | | 101001 | | |
| 319535 | 369.00 | | 110101 | 100301 | 11117763 | | 320260 | 40.00 | | 113001 | 101701 | 15617265 | |
| 319558 | 253.00 | | 110201 | 100401 | 11683185 | | 320271 | 212.22 | | 111501 | 101701 | 14100340 | |
| 319564 | 89.00 | | 111601 | 100401 | 17429595 | | 320289 | 136.00 | | 110201 | 101701 | 11856165 | |
| 319567 | 81.00 | | 110701 | 100401 | 13386639 | | 320304 | 45.00 | | 110101 | 101701 | 13352820 | |
| 319570 | 6,313.00 | | 110701 | 100401 | 12276250 | | 320309 | 61.00 | | 113001 | 101701 | 15083234 | |
| 319580 | 524.00 | | 111501 | 100401 | 14075992 | | 320323 | 913.00 | | 112801 | 101101 | 13708173 | |
| 319595 | 165.00 | | | 100401 | | | 320324 | | 134.00 | | 101101 | | |
| 319596 | 171.00 | | 110701 | 100401 | 11094449 | | 320327 | 136.00 | | 110101 | 101101 | 11094450 | |
| 319614 | 38,030.00 | | 111901 | 100501 | 15802101 | | 320342 | 1,405.00 | | 110201 | 101201 | 11771950 | |
| 319637 | 1,085.70 | | | 100501 | | | 320358 | 14,666.00 | | 110501 | 101701 | 10232394 | |
| 319662 | 77.76 | | 110201 | 101001 | 15388372 | | 320373 | 290.91 | | | 101701 | | |
| 319669 | 1,248.50 | | 111301 | 101001 | 14943582 | | 320375 | 10,533.33 | | 110501 | 101701 | 12303995 | |
| 319690 | 1,000.00 | | 111601 | 101001 | 11776637 | | 320383 | 12,347.55 | | 110101 | 101701 | 12166888 | |
| 319702 | 1,069.06 | | 110701 | 101001 | | | 320385 | 9,122.33 | | 110301 | 101701 | 11700060 | |
| 319704 | 205.00 | | | 101001 | | | 320388 | 13,812.84 | | 110201 | 101701 | 11769716 | |
| 319734 | 4,082.39 | | 110201 | 101001 | 13618323 | | 320391 | 127.25 | | 110101 | 101701 | 11152695 | |
| 319747 | 12,904.42 | | 111301 | 101001 | 13351397 | | 320394 | 9,020.00 | | 110501 | 101701 | 10247372 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID AND OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | BANK NO. | CUST ACCOUNT NO. | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | 1 | 207992000005761 | | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | | 11-30-01 | 7 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 320397 | 25.00 | | 110101 | 101701 | 11702545 | | 320890 | 9,000.00 | | 110101 | 101701 | 11935038 | |
| 320406 | 8,585.00 | | 110201 | 101701 | 11769057 | | 320905 | 325.00 | | 110101 | 101701 | 11830845 | |
| 320410 | 1,800.00 | | 110101 | 101701 | 11219713 | | 320915 | 1,374.00 | | 110101 | 101701 | 11942882 | |
| 320415 | 121.20 | | 110201 | 101701 | 35233118 | | 320941 | 184.00 | | 110101 | 101701 | 11942882 | |
| 320423 | 1,498.40 | | 110301 | 101701 | 14943581 | | 320942 | 285.00 | | 112001 | 101701 | 12651151 | |
| 320424 | 39.72 | | 110501 | 101701 | 11958869 | | 320943 | 1,351.50 | | 110501 | 101701 | 12085163 | |
| 320434 | | 1,327.50 | 111901 | 101701 | | | 320944 | 48.66 | | 110501 | 101701 | 12060500 | |
| 320438 | 3,443.16 | | 111401 | 101701 | 13902348 | | 320955 | 450.00 | | 110601 | 101701 | 12289582 | |
| 320451 | 173.48 | | 110201 | 101701 | 15382928 | | 320972 | 1,681.00 | | 112801 | 101701 | 11784078 | |
| 320474 | 239.75 | | 110501 | 101701 | 10242131 | | 320974 | 126.54 | | 110101 | 101701 | 11141432 | |
| 320482 | 179.00 | | 110501 | 101701 | 12313242 | | 320975 | 42.00 | | 110101 | 101701 | 11141433 | |
| 320498 | 36.04 | | 110101 | 101701 | 11101384 | | 320981 | 216.16 | | 110701 | 101701 | 33133468 | |
| 320500 | 6,687.18 | | 110101 | 101701 | 11704958 | | 320993 | 41.20 | | 110101 | 101701 | 15314292 | |
| 320546 | 4,500.00 | | 110701 | 101701 | 13316499 | | 320995 | 69.23 | | 110101 | 101701 | 15284570 | |
| 320547 | 800.00 | | 110201 | 101701 | 15299138 | | 320999 | 459.85 | | 110101 | 101701 | 11699667 | |
| 320559 | 5.00 | | 110501 | 101701 | 12059972 | | 321001 | 117.42 | | 110701 | 101701 | 12985225 | |
| 320560 | 41.82 | | 110501 | 101701 | 11935069 | | 321003 | 31.25 | | 110701 | 101701 | 11159975 | |
| 320572 | 1,600.00 | | 110501 | 101701 | 10223551 | | 321004 | 40.00 | | 110101 | 101701 | 11159975 | |
| 320580 | 1,366.50 | | 110701 | 101701 | 17199950 | | 321007 | 107.00 | | 110201 | 101701 | 15317081 | |
| 320588 | 5,810.00 | | 110101 | 101701 | 13154427 | | 321016 | 75.00 | | 110701 | 101701 | 14286482 | |
| 320592 | | 3,193.55 | | 101701 | | | 321018 | 4,316.00 | | 110901 | 101701 | 14189789 | |
| 320595 | 76.67 | | 111201 | 101701 | 16379648 | | 321020 | 121.15 | | 110101 | 101701 | 096072 | |
| 320600 | 400.95 | | 111501 | 101701 | 14114995 | | 321021 | 117.47 | | 110101 | 101701 | 11096073 | |
| 320601 | 152.00 | | 110501 | 101701 | 10243866 | | 321026 | 95.00 | | 110801 | 101701 | 13689203 | |
| 320636 | 1,267.20 | | 110201 | 101701 | 12132628 | | 321028 | 139.00 | | | 101701 | | |
| 320637 | 390.87 | | 110501 | 101701 | 12045935 | | 321034 | 973.00 | | 110701 | 101701 | 11029577 | |
| 320658 | 94.39 | | 110101 | 101701 | 11934436 | | 321036 | 1,940.00 | | 110201 | 101701 | 11770570 | |
| 320659 | 68.90 | | 110201 | 101701 | 15324567 | | 321037 | 1,791.00 | | 110101 | 101701 | 11220745 | |
| 320664 | 487.29 | | 110101 | 101701 | 14870484 | | 321038 | 11,166.00 | | 110501 | 101701 | 11194977 | |
| 320665 | | 2,976.00 | 111301 | 101701 | | | 321042 | 47.00 | | 110201 | 101701 | 11692814 | |
| 320672 | 175.00 | | 110201 | 101701 | 11694866 | | 321044 | 687.00 | | 110101 | 101701 | 11218124 | |
| 320690 | 455.48 | | 110701 | 101701 | 33385451 | | 321045 | 41.00 | | 110201 | 101701 | 11769231 | |
| 320692 | 83.15 | | 110701 | 101701 | 11042885 | | 321047 | 28.00 | | 111301 | 101701 | 13271471 | |
| 320709 | 1,680.77 | | 110501 | 101701 | 15384724 | | 321048 | 87.00 | | 110501 | 101701 | 12047516 | |
| 320712 | 3,000.00 | | 110501 | 101701 | 12292841 | | 321050 | 8,613.00 | | 110701 | 101701 | 13572117 | |
| 320729 | | 100.00 | 111101 | 101701 | 14937173 | | 321051 | 2,625.00 | | 110701 | 101701 | 11115647 | |
| 320736 | | 254.94 | 102301 | | | | 321052 | 1,399.00 | | 110101 | 101701 | 12520235 | |
| 320740 | 306.70 | | 110501 | 101701 | 13656144 | | 321053 | 5,653.00 | | 110101 | 101701 | 11225432 | |
| 320749 | 3,128.00 | | 110201 | 101701 | 12140333 | | 321054 | 7,172.00 | | 110701 | 101701 | 11034358 | |
| 320750 | 90.96 | | 110101 | 101701 | 11943179 | | 321055 | 9,657.00 | | 111201 | 101701 | 11834039 | |
| 320751 | 3,944.50 | | 111301 | 101701 | 14936799 | | 321056 | 17,259.00 | | 110201 | 101701 | 12130907 | |
| 320764 | 75.00 | | 110901 | 101701 | 14286481 | | 321057 | 498.00 | | 110501 | 101701 | 11671318 | |
| 320773 | 151.08 | | 110201 | 101701 | 11692653 | | 321059 | 417.00 | | 110101 | 101701 | 11164873 | |
| 320776 | | 10,000.00 | 111501 | 101701 | | | 321060 | 218.00 | | 110101 | 101701 | 11220307 | |
| 320781 | 15,509.22 | | 112801 | 101701 | 19254551 | | 321063 | 4,540.00 | | 110501 | 101701 | 13671377 | |
| 320823 | 71.90 | | 110201 | 101701 | 11688795 | | 321067 | 150.00 | | 110701 | 101701 | 11046788 | |
| 320838 | 3,367.00 | | 110101 | 101701 | 11226861 | | 321068 | 300.00 | | | 101701 | | |
| 320845 | 655.00 | | 110201 | 101701 | 15281193 | | 321085 | 17,326.50 | | 110201 | 101801 | 12132422 | |
| 320848 | 17,439.16 | | 110601 | 101701 | 12987883 | | 321087 | 63.54 | | 110201 | 101801 | 11775519 | |
| 320879 | 87.45 | | 110201 | 101701 | 15293124 | | 321091 | 12,005.38 | | 110201 | 101801 | 15292206 | |

TYPE OF REPORT  
UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT  
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT  
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT  
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.  
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.  
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS  
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.  
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.  
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.  
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | BANK NO | CUST ACCOUNT NO | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | 1 | 207992000576 1 | | W R GRACE CO-CONN<br>ATTN. MARY BOUCHARD | | 004 | 11-30-01 | 8 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321092 | 25,798.87 | | 110101 | 101801 | 11938842 | | 321217 | 187.64 | | 110701 | 102401 | 10961550 | |
| 321098 | 119.12 | | 111501 | 101801 | 11935617 | | 321218 | 250.65 | | 110501 | 102401 | 12316522 | |
| 321102 | 175.00 | | 110701 | 101801 | 12504295 | | 321220 | 141.27 | | 110501 | 102401 | 11937304 | |
| 321104 | 1,000.00 | | 110801 | 101801 | 13721226 | | 321226 | | 59.00 | | 102401 | | |
| 321110 | 402.00 | | 110101 | 101801 | 11696648 | | 321227 | 2,887.00 | | 110201 | 102401 | 15287670 | |
| 321114 | 371.00 | | 110301 | 101801 | 14509681 | | 321229 | 1,295.00 | | 110501 | 102401 | 11953652 | |
| 321115 | 326.00 | | 110201 | 101801 | 15363280 | | 321232 | 3,508.72 | | 110201 | 102401 | 11686517 | |
| 321116 | 543.00 | | 110101 | 101801 | 13458168 | | 321233 | 2,756.34 | | 110301 | 102401 | | |
| 321124 | 3,135.02 | | 110101 | 101801 | 11220139 | | 321235 | 73.80 | | 110601 | 102401 | 10711723 | |
| 321133 | 101.00 | | 111501 | 101801 | 14075993 | | 321236 | 1,484.00 | | 110501 | 102401 | 10219077 | |
| 321134 | 50.00 | | 112801 | 101801 | 19238021 | | 321237 | 324.00 | | 110101 | 102401 | 11943565 | |
| 321135 | 156.00 | | 110101 | 101801 | 11696314 | | 321240 | 5,740.80 | | 110201 | 102401 | 11778063 | |
| 321142 | 58.00 | | 110201 | 101801 | 15388078 | | 321241 | 119.70 | | 110201 | 102401 | 15388639 | |
| 321143 | 257.34 | | 110801 | 101801 | 12606235 | | 321250 | 94.00 | | 111301 | 102401 | 14866460 | |
| 321146 | | 108.00 | | 101801 | | | 321251 | 1,175.93 | | 110501 | 102401 | 10242039 | |
| 321151 | | 226.00 | | 101801 | | | 321253 | 2,963.44 | | 110101 | 102401 | 12171172 | |
| 321156 | | 843.83 | | 102301 | | | 321255 | 691.23 | | 110201 | 102401 | 15300174 | |
| 321162 | 37,000.00 | | 110701 | 102301 | 12516396 | | 321256 | 3,175.00 | | 110201 | 102401 | 11682594 | |
| 321166 | 5,999.14 | | 110501 | 102401 | 11774461 | | 321258 | 10,773.24 | | 110501 | 102401 | 11939650 | |
| 321167 | 2,723.34 | | 110501 | 102401 | 11863596 | | 321264 | 220.00 | | 110601 | 102401 | 12389496 | |
| 321168 | 1,132.66 | | 110201 | 102401 | 15359888 | | 321265 | 1,458.12 | | 110501 | 102401 | 11953627 | |
| 321169 | 66.30 | | 110201 | 102401 | 11698872 | | 321269 | 250.00 | | 110501 | 102401 | 13319337 | |
| 321172 | 279.84 | | 110501 | 102401 | 15289615 | | 321271 | 6,987.60 | | 110701 | 102401 | 12484345 | |
| 321173 | 60.00 | | 110101 | 102401 | 11689780 | | 321277 | 640.00 | | 110101 | 102401 | 11093505 | |
| 321174 | 430.91 | | 110101 | 102401 | 11222664 | | 321278 | 1,149.01 | | 110901 | 102401 | 11165493 | |
| 321176 | 20,384.97 | | 110501 | 102401 | 11948850 | | 321279 | 60.00 | | 110101 | 102401 | 13273749 | |
| 321177 | 57.00 | | 110201 | 102401 | 12322696 | | 321285 | 642.57 | | 110201 | 102401 | 15388640 | |
| 321178 | 240.66 | | 110501 | 102401 | 10242382 | | 321291 | 6,516.33 | | 110201 | 102401 | 13618322 | |
| 321179 | 161.22 | | 110201 | 102401 | 11685990 | | 321292 | 90.00 | | 110701 | 102401 | 11042972 | |
| 321180 | 129.11 | | 111401 | 102401 | 17006539 | | 321293 | 48.69 | | 110501 | 102401 | 11695217 | |
| 321182 | 99,631.03 | | 110501 | 102401 | 17755128 | | 321295 | 2,901.37 | | 110201 | 102401 | 11773304 | |
| 321183 | 200.87 | | 110201 | 102401 | 13656206 | | 321296 | 78.78 | | 110501 | 102401 | 11156369 | |
| 321186 | 9,193.50 | | 110201 | 102401 | 11702587 | | 321302 | 432.70 | | 110101 | 102401 | 13146720 | |
| 321189 | 183.22 | | 110501 | 102401 | 15300002 | | 321303 | 1,522.05 | | 110101 | 102401 | 11704957 | |
| 321192 | 25,485.17 | | 110201 | 102401 | 15280723 | | 321308 | 625.00 | | 110901 | 102401 | 14712924 | |
| 321194 | 356.21 | | 110201 | 102401 | 11703285 | | 321309 | 1,595.00 | | 110801 | 102401 | 11141941 | |
| 321195 | 204.40 | | 110201 | 102401 | 11682501 | | 321311 | 3,818.11 | | 111001 | 102401 | 11165456 | |
| 321196 | 105.62 | | 110201 | 102401 | 12131273 | | 321315 | 330.08 | | 110501 | 102401 | 15363653 | |
| 321197 | 68.26 | | 110101 | 102401 | 11108439 | | 321320 | 3,002.00 | | 110101 | 102401 | 11773014 | |
| 321198 | 2,419.31 | | 110101 | 102401 | 11226967 | | 321323 | 1,800.31 | | 110801 | 102401 | 12602523 | |
| 321199 | 800.45 | | 110201 | 102401 | 11226114 | | 321326 | 422.31 | | 110501 | 102401 | 11880492 | |
| 321202 | 6,293.34 | | 110201 | 102401 | 13390732 | | 321330 | 141.54 | | 111001 | 102401 | 11954775 | |
| 321204 | 7,609.10 | | 110101 | 102401 | 11689140 | | 321334 | 635.85 | | 111001 | 102401 | 11146466 | |
| 321206 | 138.64 | | 110101 | 102401 | 11163658 | | 321335 | 1,327.75 | | 110701 | 102401 | 13317794 | |
| 321208 | 1,800.00 | | 110501 | 102401 | 11104896 | | 321336 | 527.88 | | 110201 | 102401 | 11697287 | |
| 321209 | 3,348.99 | | 110201 | 102401 | 15280481 | | 321337 | 755.50 | | 110201 | 102401 | 11695221 | |
| 321211 | 1,162.67 | | 110201 | 102401 | 12130537 | | 321339 | 108.60 | | 110101 | 102401 | 11153721 | |
| 321212 | 77.76 | | 110201 | 102401 | 15388373 | | 321340 | 209.02 | | 110501 | 102401 | 11940091 | |
| 321213 | 209.41 | | 110501 | 102401 | 13656178 | | 321341 | 6,708.21 | | 110601 | 102401 | 12987455 | |
| 321215 | 17,488.60 | | 110101 | 102401 | 11942096 | | 321342 | 1,250.00 | | 110201 | 102401 | 11701278 | |

TYPE OF REPORT

UNPAID ONLY       = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY         = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED      = PAID & O/S ITEMS ON THIS REPORT
SPECIAL           = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
    MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 9 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321343 | 240.00 | | 110801 | 102401 | 13689708 | | 321434 | 5,662.10 | | 111301 | 102401 | 14298874 | |
| 321347 | 1,964.00 | | 110201 | 102401 | 11770549 | | 321435 | 130.60 | | 110101 | 102401 | 11142049 | |
| 321348 | 1,418.10 | | 111601 | 102401 | 14319172 | | 321440 | 1,260.00 | | 110501 | 102401 | 11989397 | |
| 321349 | 914.00 | | 111601 | 102401 | 11970198 | | 321444 | 14,794.41 | | 110501 | 102401 | 10074062 | |
| 321351 | 246.75 | | 110201 | 102401 | 13571521 | | 321446 | 637.52 | | 110101 | 102401 | 11094914 | |
| 321352 | 4,010.00 | | 110701 | 102401 | 13390262 | | 321448 | 227.93 | | 110101 | 102401 | 11094351 | |
| 321354 | 691.00 | | 110101 | 102401 | 15385396 | | 321450 | 50,000.00 | | 110701 | 102401 | 11043317 | |
| 321355 | 1,035.20 | | 110101 | 102401 | 11117079 | | 321451 | 378.00 | | 111501 | 102401 | 17110275 | |
| 321359 | 1,250.00 | | 110501 | 102401 | 10219776 | | 321452 | 5,669.02 | | 110201 | 102401 | 15385368 | |
| 321360 | | 175.00 | | 102401 | | | 321454 | 422.40 | | 112101 | 102401 | 12904665 | |
| 321362 | 1,791.05 | | 110101 | 102401 | 11217696 | | 321455 | 196.09 | | 110201 | 102401 | 11357108 | |
| 321363 | 600.00 | | 110501 | 102401 | 12313449 | | 321458 | 97.69 | | 110501 | 102401 | 11986822 | |
| 321364 | 181.15 | | 110201 | 102401 | 15316639 | | 321460 | 1,050.99 | | 110501 | 102401 | 11948849 | |
| 321366 | 2,747.24 | | 110601 | 102401 | 12996131 | | 321461 | 198.72 | | 110201 | 102401 | 15285275 | |
| 321369 | 1,178.17 | | 110701 | 102401 | 11035066 | | 321462 | 2,812.78 | | 110601 | 102401 | 12708066 | |
| 321371 | 3,436.88 | | 110201 | 102401 | 11694766 | | 321463 | 24.48 | | 110201 | 102401 | 13623357 | |
| 321374 | 311.17 | | 110101 | 102401 | 11705839 | | 321464 | 91.90 | | 110501 | 102401 | 11937772 | |
| 321375 | 169.09 | | 110501 | 102401 | 12320414 | | 321466 | 382.50 | | 110101 | 102401 | 11685000 | |
| 321378 | 128.75 | | 110101 | 102401 | 11706184 | | 321469 | 285.00 | | 110101 | 102401 | 11151847 | |
| 321379 | 47,015.01 | | 110101 | 102401 | 11150607 | | 321470 | 697.95 | | 110201 | 102401 | 11169479 | |
| 321380 | 77.00 | | 110501 | 102401 | 13653847 | | 321471 | 75.00 | | 110201 | 102401 | 11170100 | |
| 321382 | 181.14 | | 110501 | 102401 | 11978134 | | 321473 | 919.96 | | 110501 | 102401 | 12292853 | |
| 321386 | 57.32 | | 110201 | 102401 | 15299667 | | 321474 | 346.18 | | 110801 | 102401 | 13716512 | |
| 321387 | | 5,664.00 | | 102401 | | | 321476 | 100.00 | | 110101 | 102401 | 11660524 | |
| 321388 | 47.24 | | 110201 | 102401 | 11702662 | | 321477 | 394.71 | | 110201 | 102401 | 11686403 | |
| 321390 | 3,417.40 | | 111301 | 102401 | 13289048 | | 321479 | 2,144.27 | | 111401 | 102401 | 13892335 | |
| 321391 | 400.75 | | 110501 | 102401 | 10232289 | | 321481 | 276.60 | | 111301 | 102401 | 14870485 | |
| 321392 | 48.00 | | 110901 | 102401 | 14386032 | | 321485 | 1,308.75 | | 111601 | 102401 | 12167279 | |
| 321393 | 98.00 | | 112101 | 102401 | 12292475 | | 321486 | 1,105.01 | | 110201 | 102401 | 11686216 | |
| 321394 | | 115.00 | | 102401 | 16733429 | | 321493 | 14,820.20 | | 110701 | 102401 | 11942607 | |
| 321396 | 4.26 | | 111501 | 102401 | 14106594 | | 321495 | 2,144.27 | | 110801 | 102401 | 13666147 | |
| 321397 | 150.00 | | 111501 | 102401 | 10223756 | | 321496 | 354.00 | | 110101 | 102401 | 11699796 | |
| 321399 | 3,329.42 | | 111901 | 102401 | 12541031 | | 321497 | 328.16 | | 111601 | 102401 | 15305084 | |
| 321400 | 33,086.34 | | 110101 | 102401 | 11222563 | | 321499 | 52.41 | | 111601 | 102401 | 11095318 | |
| 321402 | 6,200.00 | | 110901 | 102401 | 14217895 | | 321500 | 745.05 | | 111601 | 102401 | 11086216 | |
| 321404 | 1,734.95 | | 110501 | 102401 | 12292475 | | 321504 | 546.65 | | 110101 | 102401 | 11105591 | |
| 321410 | 1,121.75 | | 110501 | 102401 | 10244570 | | 321506 | 45.53 | | 110701 | 102401 | 13385453 | |
| 321413 | 275.00 | | 110201 | 102401 | 11771955 | | 321507 | 829.34 | | 110101 | 102401 | 11042886 | |
| 321415 | 720.58 | | 112101 | 102401 | 11143688 | | 321508 | 32.48 | | 110101 | 102401 | 11156628 | |
| 321416 | 1,402.22 | | 110201 | 102401 | 12914879 | | 321511 | 12,557.64 | | 110201 | 102401 | 11692097 | |
| 321417 | 465.00 | | 110101 | 102401 | 11768753 | | 321512 | 66.41 | | 110101 | 102401 | 11697301 | |
| 321418 | 462.00 | | 110101 | 102401 | 11932672 | | 321513 | 51.67 | | 111601 | 102401 | 11701478 | |
| 321421 | 45.00 | | 110101 | 102401 | 14118696 | | 321514 | 891.81 | | 110201 | 102401 | 11152011 | |
| 321424 | 139.29 | | 110901 | 102401 | 11116031 | | 321516 | 60.20 | | 110101 | 102401 | 11744638 | |
| 321425 | 41.00 | | 112301 | 102401 | 14735539 | | 321517 | 2,219.67 | | 110501 | 102401 | 11686264 | |
| 321426 | 14,246.00 | | 111501 | 102401 | 14090861 | | 321518 | 1,619.65 | | 111501 | 102401 | 15287776 | |
| 321430 | 40,529.58 | | 110501 | 102401 | 17112264 | | 321521 | 1,547.78 | | 110201 | 102401 | 15384629 | |
| 321431 | 129.60 | | 110801 | 102401 | 11949978 | | 321522 | 1,509.00 | | 110601 | 102401 | 12989744 | |
| 321432 | 195.00 | | 110501 | 102401 | 13712088 | | 321523 | 14,685.81 | | 110101 | 102401 | 13148228 | |
| 321433 | | 1,384.79 | | 102401 | 10249046 | | 321524 | 5,226.92 | | 110201 | 102401 | 15287669 | |

TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED YET ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED.
       MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | | BANK NO | CUST ACCOUNT NO | | | | | CUSTOMER NAME | | | | | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | | 1 | 207992000576| | | | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | | DATE 11-30-01 | | 10 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321528 | 6,583.78 | | 110501 | 102401 | 10067815 | | 321595 | 71.90 | | 110201 | 102401 | 15292820 | |
| 321531 | 3,580.20 | | 110101 | 102401 | 12222083 | | 321600 | 400.00 | | 110501 | 102401 | 12319763 | |
| 321532 | 359.06 | | 110701 | 102401 | 11884094 | | 321601 | 216.24 | | 110101 | 102401 | 11105071 | |
| 321533 | 76.15 | | 110201 | 102401 | 15367617 | | 321603 | 101.65 | | 110201 | 102401 | 11691056 | |
| 321534 | 220.00 | | 110101 | 102401 | 11151915 | | 321605 | 29.35 | | 110201 | 102401 | 11940354 | |
| 321535 | 625.00 | | 110701 | 102401 | 12486207 | | 321607 | 453.27 | | 110201 | 102401 | 11838003 | |
| 321536 | 122.49 | | 110101 | 102401 | 11103618 | | 321608 | 2,150.00 | | 110201 | 102401 | 15309865 | |
| 321538 | 9,500.00 | | 110201 | 102401 | 15301048 | | 321609 | 297.36 | | 111401 | 102401 | 11786447 | |
| 321539 | 113.03 | | 110201 | 102401 | 15291478 | | 321611 | 53.40 | | 110101 | 102401 | 11148974 | |
| 321540 | 18.83 | | 110201 | 102401 | 18552008 | | 321612 | 1,159.08 | | 110601 | 102401 | 13001576 | |
| 321542 | 2,348.72 | | 110201 | 102401 | 11694655 | | 321614 | 69.93 | | 111201 | 102401 | 11698865 | |
| 321543 | 48.60 | | 110501 | 102401 | 12047533 | | 321615 | 778.27 | | 110201 | 102401 | 15299660 | |
| 321544 | 618.41 | | 110501 | 102401 | 13656146 | | 321617 | 125.00 | | 110501 | 102401 | 12293002 | |
| 321545 | 1,512.81 | | 111301 | 102401 | 13196691 | | 321619 | 310.61 | | 110501 | 102401 | 11935687 | |
| 321546 | 50.00 | | 110601 | 102401 | 12955292 | | 321620 | 219.57 | | 110201 | 102401 | 12125377 | |
| 321547 | 102.69 | | 110101 | 102401 | 11943339 | | 321621 | | 13.70 | | 102401 | | |
| 321549 | 2,527.06 | | 110901 | 102401 | 14284770 | | 321622 | 2,350.00 | | 112801 | 102401 | 11773194Q | |
| 321550 | 40.62 | | 110201 | 102401 | 15368978 | | 321624 | 7,300.00 | | 110201 | 102401 | 15281066 | |
| 321552 | 621.89 | | 110501 | 102401 | 11688722 | | 321631 | 686.10 | | 110101 | 102401 | 11151886 | |
| 321553 | 55.02 | | 110501 | 102401 | 12054883 | | 321625 | 178.56 | | 110101 | 102401 | 11119004 | |
| 321554 | 345.25 | | 110501 | 102401 | 12042013 | | 321626 | 139.49 | | 110201 | 102401 | 11694608 | |
| 321555 | | 124.54 | | 102401 | 11770348 | | 321627 | 63.50 | | 112901 | 102401 | 11151739 | |
| 321556 | 2,562.34 | | 110501 | 102401 | 11774564 | | 321628 | 820.00 | | 110201 | 102401 | 15281195 | |
| 321557 | 450.00 | | 110201 | 102401 | 15363602 | | 321629 | 1,911.14 | | 110101 | 102401 | 11936671 | |
| 321558 | | | | 102401 | | | 321630 | 185.00 | | 110701 | 102401 | 12123890 | |
| 321561 | 239.40 | | 110101 | 102401 | 11688722 | | 321631 | 686.10 | | 110101 | 102401 | 11151886 | |
| 321562 | 3,142.76 | | 110201 | 102401 | 10247844 | | 321632 | 1,042.85 | | 110201 | 102401 | 11327439 | |
| 321563 | 51.85 | | 110701 | 102401 | 12501889 | | 321635 | 6,200.00 | | 110201 | 102401 | 15313846 | |
| 321564 | 67.00 | | 110201 | 102401 | 11932425 | | 321636 | 769.96 | | 111001 | 102401 | 14520025 | |
| 321566 | 8,170.00 | | 110101 | 102401 | 11093336 | | 321636 | 469.96 | | 110801 | 102401 | 11151853 | |
| 321567 | 1,128.70 | | 110601 | 102401 | 12714400 | | 321637 | 837.00 | | 110501 | 102401 | 11963252 | |
| 321568 | 30.00 | | 111501 | 102401 | 17127286 | | 321639 | 740.00 | | 110201 | 102401 | 15297878 | |
| 321569 | 1,954.00 | | 110201 | 102401 | 11105302 | | 321640 | 100.00 | | 110701 | 102401 | 15281345 | |
| 321571 | | | | 102401 | | | 321641 | 81.85 | | 111301 | 102401 | 11327435 | |
| 321573 | 742.24 | | 110501 | 102401 | 10247844 | | 321643 | 6,825.77 | | 110201 | 102401 | 11694608 | |
| 321574 | 22.00 | | 110101 | 102401 | 12501889 | | 321644 | 468.45 | | 111101 | 102401 | 14939621 | |
| 321575 | 78,040.17 | | 110501 | 102401 | 10247152 | | 321645 | 664.00 | | 110501 | 102401 | 10072129 | |
| 321576 | 17,140.56 | | 110101 | 102401 | 11146343 | | 321648 | 838.00 | | 111401 | 102401 | 12762038 | |
| 321577 | 4.20 | | 110701 | 102401 | 11011059 | | 321649 | 299.98 | | 110501 | 102401 | 11119546 | |
| 321579 | 996.19 | | 110501 | 102401 | 12077713 | | 321650 | 7,380.00 | | 110101 | 102401 | 11094905 | |
| 321581 | 23.78 | | 110201 | 102401 | 15291934 | | 321653 | 82.41 | | 110201 | 102401 | 11694949 | |
| 321582 | 833.37 | | 110101 | 102401 | 13470139 | | 321654 | 135.08 | | 111401 | 102401 | 12902068 | |
| 321583 | 6,264.33 | | 110101 | 102401 | 11694678 | | 321655 | 1,425.00 | | 111001 | 102401 | 11222709 | |
| 321584 | 539.82 | | 110101 | 102401 | 11142391 | | 321656 | 543.84 | | 110601 | 102401 | 11098399 | |
| 321585 | 35.00 | | 110101 | 102401 | 11146669 | | 321657 | 15,522.00 | | 110101 | 102401 | 11686498 | |
| 321587 | 132.00 | | 110201 | 102401 | 15323819 | | 321658 | 500.00 | | 110501 | 102401 | 12925552 | |
| 321588 | 567.36 | | 110701 | 102401 | 11696326 | | 321662 | 1,638.00 | | 112901 | 102401 | 15364267 | |
| 321589 | 982.65 | | 110501 | 102401 | 12050052 | | 321663 | 285.00 | | 110701 | 102401 | 11034507 | |
| 321590 | 70.55 | | 110201 | 102401 | 15324543 | | 321664 | 622.16 | | 110701 | 102401 | 13752265 | |
| 321591 | 200.00 | | 111901 | 102401 | 15924266 | | 321666 | 375.00 | | 110201 | 102401 | 15366812 | |
| 321592 | 3,981.47 | | 110801 | 102401 | 12606698 | | 321671 | 4,921.75 | | 110501 | 102401 | 11962392 | |
| 321594 | | 1,415.00 | | 102401 | | | 321672 | 1,046.34 | | 110101 | 102401 | 11097892 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING OUTSTANDING ITEM

L338 02/