**CERTIFICATE OF SERVICE**

      I, Theodore J. Tacconelli, hereby certify that on this 7th day of February, 2002, I caused one copy of the Application for Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of Hilsoft Notifications (The Operating Unit of Hilsoft, Inc.) as a Consultants to the Official Committee of Asbestos Property Damage Claimants Nunc Pro Tunc to July 9, 2001 to be served upon the following persons in the indicated manner:

    SEE ATTACHED 2002 SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.


                                               /s/ Theodore J. Tacconelli
                                               Theodore J. Tacconelli (#2678)