# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079920005761 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | 11-30-01 | 11 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321673 | 2,664.93 | | 110801 | 102401 | 12618671 | | 321750 | 126.54 | | 110501 | 102401 | 12319974 | |
| 321674 | 182.55 | | 110501 | 102401 | 11759666 | | 321751 | 42.00 | | 102401 | 102401 | 12319973 | |
| 321676 | 759.13 | | 110801 | 102401 | 12327816 | | 321752 | 1,820.00 | | 110801 | 102401 | 13366180 | |
| 321677 | 92,168.17 | | 110101 | 102401 | 11164879 | | 321753 | 135.00 | | 110501 | 102401 | 12329310 | |
| 321681 | 28.56 | | 110101 | 102401 | 13151077 | | 321754 | 216.16 | | 110701 | 102401 | 13313469 | |
| 321682 | 189.31 | | 111301 | 102401 | 13194487 | | 321755 | 43,673.17 | | 110501 | 102401 | 12292086 | |
| 321685 | 7,704.00 | | | 102401 | | | 321756 | 236.90 | | 110501 | 102401 | 12338829 | |
| 321687 | 432.00 | | 110701 | 102401 | 11025484 | | 321757 | 66.95 | | 110501 | 102401 | 12338828 | |
| 321688 | 83.19 | | 110101 | 102401 | 11105593 | | 321758 | 99.90 | | 110501 | 102401 | 12338827 | |
| 321689 | 650.00 | | 110501 | 102401 | 19695693 | | 321759 | 87.55 | | 110601 | 102401 | 12918887 | |
| 321690 | 101.27 | | 110501 | 102401 | 14900502 | | 321760 | 30.90 | | 110601 | 102401 | 12918886 | |
| 321691 | 600.00 | | 110601 | 102401 | 12295383 | | 321761 | 117.18 | | 110601 | 102401 | 12918888 | |
| 321695 | 1,744.20 | | 110201 | 102401 | 11685761 | | 321762 | 35.65 | | 110601 | 102401 | 12918889 | |
| 321698 | 24,538.00 | | 110701 | 102401 | 13390002 | | 321763 | 51.80 | | 110601 | 102401 | 12918890 | |
| 321699 | 50.00 | | 110501 | 102401 | 10226286 | | 321764 | 71.04 | | 110201 | 102401 | 12918891 | |
| 321700 | 377.60 | | 111501 | 102401 | 14091207 | | 321765 | 85.00 | | 110601 | 102401 | 13318077 | |
| 321701 | 2,122.20 | | 110101 | 102401 | 11705577 | | 321766 | 41.20 | | 110601 | 102401 | 12288844 | |
| 321702 | 2,850.00 | | 110201 | 102401 | 11770593 | | 321767 | 9,446.80 | | 102401 | 102401 | | |
| 321705 | 228.00 | | 111401 | 102401 | 13752005 | | 321768 | 69.23 | | 110601 | 102401 | 11936520 | |
| 321707 | 130.47 | | 110201 | 102401 | 11691684 | | 321770 | 12,140.25 | | 102401 | 102401 | | |
| 321708 | 1,266.00 | | 111501 | 102401 | 13028900 | | 321771 | 893.55 | | 110701 | 102401 | 11028392 | |
| 321709 | 3,060.00 | | 110101 | 102401 | 11222239 | | 321772 | 32,627.27 | | 110801 | 102401 | 14509485 | |
| 321712 | 50.00 | | 110201 | 102401 | 11105516 | | 321773 | 277.14 | | 110201 | 102401 | 11696360 | |
| 321713 | 192.58 | | 111601 | 102401 | | | 321774 | 459.85 | | 110701 | 102401 | 12507427 | |
| 321716 | 2,084.30 | | 110201 | 102401 | 13619934 | | 321775 | 91.25 | | 110201 | 102401 | 11696361 | |
| 321717 | 10.00 | | 110501 | 102401 | 12358490 | | 321776 | 136.37 | | 110701 | 102401 | 12935230 | |
| 321720 | 1,166.00 | | 110501 | 102401 | 12335484 | | 321777 | 86.77 | | 110501 | 102401 | 11781457 | |
| 321721 | 167.00 | | 112901 | 102401 | 14566596 | | 321778 | 16,114.10 | | 110101 | 102401 | 11223862 | |
| 321722 | 920.00 | | 110501 | 102401 | 11950227 | | 321779 | 30.00 | | 110201 | 102401 | 11700125 | |
| 321723 | 751.72 | | 110101 | 102401 | 11093358 | | 321780 | 175.00 | | 110901 | 102401 | 13273374 | |
| 321724 | 62.00 | | 110101 | 102401 | 11697333 | | 321781 | 3,484.35 | | 111501 | 102401 | 12028305 | |
| 321725 | 240.00 | | 110201 | 102401 | 12138644 | | 321782 | 31.25 | | 110601 | 102401 | 12928346 | |
| 321726 | 20.00 | | 110201 | 102401 | 15322347 | | 321783 | 40.00 | | 110201 | 102401 | 12928345 | |
| 321727 | 18.90 | | 110701 | 102401 | 11046963 | | 321784 | 123.60 | | 110501 | 102401 | 11924120 | |
| 321731 | 175.00 | | 110101 | 102401 | 11119984 | | 321785 | 48,594.00 | | 110101 | 102401 | 11094332 | |
| 321732 | 331.00 | | 112301 | 102401 | 17125226 | | 321786 | 48.00 | | 110201 | 102401 | 15295234 | |
| 321733 | 21.00 | | 110501 | 102401 | 11781452 | | 321787 | 119.77 | | 110501 | 102401 | 12042884 | |
| 321734 | 524.00 | | 110101 | 102401 | 11222027 | | 321788 | 107.00 | | 110501 | 102401 | 12050703 | |
| 321735 | 13,533.00 | | 110501 | 102401 | 10235314 | | 321789 | 160.00 | | 110601 | 102401 | 12721968 | |
| 321736 | 4,136.00 | | 110201 | 102401 | 11770643 | | 321790 | 109.48 | | 110601 | 102401 | 12721967 | |
| 321738 | | 775.00 | | 102401 | | | 321791 | 50.00 | | 110201 | 102401 | 11695377 | |
| 321739 | 25.00 | | 110201 | 102401 | 15279398 | | 321792 | 57.32 | | 110201 | 102401 | 11695375 | |
| 321740 | 332.00 | | 110101 | 102401 | 11148162 | | 321793 | 7.20 | | 110201 | 102401 | 11695376 | |
| 321741 | 42.00 | | 110101 | 102401 | 11702663 | | 321794 | 8,422.35 | | 110801 | 102401 | 13756831 | |
| 321742 | 3,793.62 | | 110701 | 102401 | 11026364 | | 321795 | 2,029.50 | | 111301 | 102401 | 13201621 | |
| 321744 | 55,701.00 | | 110501 | 102401 | 11752666 | | 321796 | 82.82 | | 110601 | 102401 | 12922456 | |
| 321746 | 8,638.79 | | 110501 | 102401 | 12050185 | | 321797 | 157.80 | | 110801 | 102401 | 13713867 | |
| 321747 | 1,538.41 | | 110501 | 102401 | 12050184 | | 321798 | 121.15 | | 110801 | 102401 | 13713865 | |
| 321748 | 12,559.80 | | 110101 | 102401 | 11223787 | | 321799 | 117.47 | | 110801 | 102401 | 13713866 | |
| 321749 | 6,330.00 | | 111301 | 102401 | 13194908 | | 321800 | 11,121.20 | | 111501 | 102401 | 17198913 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992000576 1 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 12 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321801 | 56.25 | | 110501 | 102401 | 10070560 | | | 321862 | 66.25 | | 110201 | 102601 | 11682506 | |
| 321802 | 68.68 | | 110501 | 102401 | 10070558 | | | 321864 | 649.00 | | 111301 | 102601 | 14931934 | |
| 321803 | 41.54 | | 110501 | 102401 | 10070557 | | | 321865 | 480.00 | | 110501 | 102601 | 11767899 | |
| 321804 | 26.25 | | 110501 | 102401 | 10070559 | | | 321866 | 307.00 | | 111401 | 102601 | 11785515 | |
| 321805 | 95.00 | | 110801 | 102401 | 13689202 | | | 321868 | 247.89 | | 110501 | 102601 | 12061841 | |
| 321806 | 1,542.40 | | 110901 | 102401 | 14286539 | | | 321869 | 1,434.00 | | 110201 | 102601 | 12140062 | |
| 321807 | | 139.00 | | 102401 | | | | 321870 | 605.00 | | 110501 | 102601 | 10236107 | |
| 321808 | | 104.24 | | 102401 | | | | 321871 | 227.67 | | 111501 | 102601 | 14100339 | |
| 321809 | 51.94 | | 111301 | 102401 | 14863807 | | | 321872 | 150.00 | | 110601 | 102601 | 13000890 | |
| 321810 | | 77.91 | | 102401 | | | | 321873 | 1,085.00 | | 112601 | 102501 | 13688489 | |
| 321811 | 25.97 | | 111301 | 102401 | 15324560 | | | 321874 | 85.50 | | 110501 | 102601 | 12328422 | |
| 321812 | 176.90 | | 110701 | 102401 | 12503418 | | | 321875 | 350.00 | | 112001 | 102601 | 16380008 | |
| 321813 | 25.97 | | 111301 | 102401 | 14872216 | | | 321877 | 262.62 | | 110701 | 102601 | 12504296 | |
| 321814 | | 176.90 | | 102401 | | | | 321878 | 340.40 | | 110501 | 102601 | 12322281 | |
| 321815 | 500.00 | | 111301 | 102401 | 14863592 | | | 321880 | 54.82 | | 110701 | 102601 | 11042160 | |
| 321816 | 195.25 | | 113001 | 102401 | 15627082 | | | 321882 | 615.04 | | 110501 | 102601 | 12055003 | |
| 321817 | 12,218.10 | | 112101 | 102401 | 11964993 | | | 321883 | 54.80 | | 111301 | 102601 | 14930615 | |
| 321821 | 4,329.20 | | 110701 | 102401 | 13385937 | | | 321885 | | 60.00 | | 102601 | | |
| 321824 | 4,500.00 | | 112101 | 102401 | 16793107 | | | 321886 | | 191.00 | | 102601 | | |
| 321825 | 24,912.22 | | 110601 | 102401 | 12722319 | | | 321887 | 121.00 | | 110801 | 102601 | 14509680 | |
| 321828 | 400.00 | | 111901 | 102401 | 11454404 | | | 321888 | 78.00 | | 110201 | 102601 | 11683186 | |
| 321831 | 1,190.75 | | 110701 | 102501 | 11149560 | | | 321889 | 193.00 | | 110201 | 102601 | 15363279 | |
| 321832 | 1,937.00 | | 110101 | 102501 | 11219579 | | | 321890 | 70.00 | | 111501 | 102601 | 11925471 | |
| 321833 | 4,460.46 | | 110901 | 102501 | 12798891 | | | 321891 | 904.00 | | 110701 | 102601 | 13304623 | |
| 321835 | 200.00 | | 110201 | 102501 | 11692922 | | | 321893 | 142.00 | | 111501 | 102601 | 17112944 | |
| 321836 | 216.66 | | 110201 | 102501 | 16927823 | | | 321894 | 289.00 | | 110901 | 102601 | 12794883 | |
| 321837 | 290.00 | | 110501 | 102501 | 11975507 | | | 321895 | 228.00 | | 111901 | 102601 | 12541413 | |
| 321838 | 162.37 | | 110201 | 102501 | 12132540 | | | 321896 | 70.00 | | 111201 | 102601 | 11697338 | |
| 321839 | 202.96 | | 110201 | 102501 | 12132541 | | | 321897 | 1,113.00 | | 111301 | 102601 | 12409916 | |
| 321840 | 175.00 | | 110501 | 102501 | 10244585 | | | 321898 | 285.00 | | 110201 | 102601 | 11697339 | |
| 321841 | 706.34 | | 110701 | 102501 | 11034844 | | | 321899 | 215.00 | | 110201 | 102601 | 15385469 | |
| 321842 | 440.00 | | 110201 | 102501 | 11679957 | | | 321900 | 134.00 | | 110101 | 102601 | 11119629 | |
| 321843 | 180.00 | | 110501 | 102501 | 10219470 | | | 321901 | 217.00 | | 110201 | 102601 | 12125069 | |
| 321844 | 86.67 | | 113001 | 102501 | 15636603 | | | 321902 | 22.00 | | 110501 | 102601 | 11773421 | |
| 321845 | 164.50 | | 111301 | 102501 | 13219599 | | | 321903 | 270.73 | | 111601 | 102601 | 17450693 | |
| 321846 | 200.00 | | 110801 | 102501 | 13665331 | | | 321904 | 850.00 | | 111501 | 102601 | 14106219 | |
| 321847 | 90.83 | | 110201 | 102501 | 15387389 | | | 321906 | 186.00 | | 111301 | 102601 | 14935390 | |
| 321848 | 5.00 | | 110501 | 102501 | 15387391 | | | 321907 | 1,108.00 | | 111401 | 102601 | 11786883 | |
| 321849 | 421.50 | | 110201 | 102501 | 11777390 | | | 321908 | 96.00 | | 110601 | 102601 | 11866165 | |
| 321850 | 92.09 | | 110601 | 102501 | 12279020 | | | 321910 | 82.00 | | 111501 | 102601 | 14075994 | |
| 321851 | 250.00 | | 110601 | 102501 | 15387390 | | | 321911 | 1,485.00 | | 111501 | 102601 | 11700149 | |
| 321852 | 488.25 | | 110501 | 102501 | 10235206 | | | 321912 | 23.63 | | 111501 | 102601 | 13305007 | |
| 321853 | 650.00 | | 111601 | 102501 | 12226685 | | | 321913 | 31.00 | | 110801 | 102601 | 13703117 | |
| 321854 | 182.50 | | 110601 | 102501 | 12923342 | | | 321914 | 274.89 | | 110201 | 102601 | 17775599 | |
| 321855 | 350.00 | | 111501 | 102501 | 17141185 | | | 321915 | 219.00 | | 111601 | 102601 | 14326849 | |
| 321856 | | 95.70 | | 102501 | 12323708 | | | 321916 | 146.00 | | 111601 | 102601 | 12134954 | |
| 321857 | 156.00 | | 110601 | 102501 | 12721969 | | | 321917 | 3,900.00 | | 110701 | 102601 | 13305034 | |
| 321858 | 375.00 | | 110201 | 102501 | 11695374 | | | 321918 | 2,497.00 | | 110201 | 102601 | 11704734 | |
| 321859 | 400.00 | | 110501 | 102501 | 12335190 | | | 321919 | 199.00 | | 110201 | 102601 | 11702815 | |
| 321860 | 250.00 | | 110801 | 102501 | 13708891 | | | 321920 | 160.00 | | 110701 | 102601 | 12487952 | |

TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 - CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 - CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 - CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY - WILL NOT ADD TO TOTALS

4 - STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 - STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 - FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M - MISSING (OUTSTANDING) ITEM

L338 02/5

# ACCOUNT RECONCILIATION PLAN

**TYPE OF REPORT:** CONSOLIDATED
**BANK NO:** 1
**CUST.ACCOUNT NO:** 2079920005761
**CUSTOMER NAME:** W R GRACE CO-CONN, ATTN: MARY BOUCHARD
**004**
**DATE:** 11-30-01
**PAGE:** 13

| CHECK NUMBER | PAID | O/S | PAYEE IDENTIFICATION | SEQUENCE NUMBER | DATE ISSUED | DATE PAID | CHECK NUMBER | PAID | O/S | PAYEE IDENTIFICATION | SEQUENCE NUMBER | DATE ISSUED | DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321921 | 719.21 | | | 12134450 | 102601 | 110201 | 321980 | 394.63 | | | 12517419 | 103101 | 110701 |
| 321922 | 1,472.00 | | | 13901885 | 102601 | 111401 | 321981 | | 49.90 | | 12611398 | 103101 | 110301 |
| 321923 | 365.00 | | | 12995162 | 102601 | 110601 | 321982 | 183.75 | | | 12726701 | 103101 | 110801 |
| 321924 | 232.00 | | | 15299904 | 102601 | 110201 | 321983 | 1,500.00 | | | 12279685 | 103101 | 110601 |
| 321925 | 489.00 | | | 11164786 | 102601 | 110101 | 321984 | 1,597.96 | | | 13385385 | 103101 | 110701 |
| 321926 | 475.00 | | | 15378886 | 102601 | 110201 | 321985 | 1,082.50 | | | 12521038 | 103101 | 110701 |
| 321927 | 40.00 | | | 13328959 | 102601 | 110701 | 321986 | 101.85 | | | 14187701 | 103101 | 110901 |
| 321929 | 684.00 | | | 13708172 | 102601 | 111080 | 321987 | 51.36 | | | 13101751 | 103101 | 110801 |
| 321930 | 44.00 | | | 11945293 | 102601 | 110501 | 321988 | 4,132.30 | | | 13326540 | 103101 | 110601 |
| 321931 | 698.00 | | | 11094452 | 102601 | 110101 | 321989 | 77.00 | | | 17076815 | 103101 | 110301 |
| 321932 | 173.17 | | | 11402709 | 102601 | 110801 | 321990 | 1,707.30 | | | 10708432 | 103101 | 110601 |
| 321933 | 345.87 | | | 11162994 | 102601 | 110101 | 321991 | 991.68 | | | 14737327 | 103101 | 110601 |
| 321935 | | 750.00 | | | | | 321992 | 4.45 | | | 12639811 | 103101 | 110901 |
| 321938 | 3,596.25 | | | 11982637 | 102601 | 110501 | 321993 | 425.00 | | | 17120565 | 103101 | 110801 |
| 321939 | 1,006.00 | | | 15292786 | 102901 | 110201 | 321994 | 9.04 | | | 12489700 | 103101 | 111501 |
| 321941 | 1,000.00 | | | 11777445 | 102901 | 111401 | 321995 | 512.63 | | | 12930625 | 103101 | 110701 |
| 321943 | 89.50 | | | 11697340 | 102901 | 110201 | 321996 | 12,753.51 | | | 14284212 | 103101 | 110901 |
| 321944 | 35.00 | | | 14284420 | 102901 | 110901 | 321997 | 42.64 | | | 12983825 | 103101 | 110601 |
| 321945 | 165.00 | | | 14284419 | 102901 | 110901 | 321998 | 5,845.50 | | | 14945583 | 103101 | 111301 |
| 321947 | 602.45 | | | 12493007 | 102901 | 110601 | 321999 | 512.50 | | | 11041952 | 103101 | 110701 |
| 321948 | 125,159.45 | | | 12913704 | 102901 | 111601 | 322000 | 35.00 | | | 19102603 | 103101 | 110801 |
| 321949 | 424,043.29 | | | 11043305 | 102901 | 110701 | 322001 | 3,647.39 | | | 12708433 | 103101 | 110801 |
| 321950 | 509,353.22 | | | 10994807 | 102901 | 110701 | 322002 | 434.00 | | | 13702772 | 103101 | 110601 |
| 321951 | 744.95 | | | 12193156 | 103001 | 110201 | 322003 | 48.64 | | | 12995387 | 103101 | 110801 |
| 321953 | 1,059.02 | | | 11014159 | 103101 | 110701 | 322004 | 5,877.69 | | | 11021178 | 103101 | 110701 |
| 321954 | 1,170.07 | | | 12788149 | 103101 | 110901 | 322005 | 5,138.78 | | | 14328098 | 103101 | 110701 |
| 321955 | 2,540.42 | | | 13711162 | 103101 | 110801 | 322006 | 264.00 | | | 12485968 | 103101 | 111601 |
| 321956 | 576.83 | | | 16584048 | 103101 | 110801 | 322007 | 149.41 | | | 13710271 | 103101 | 110701 |
| 321957 | 3,107.09 | | | 12482772 | 103101 | 110701 | 322008 | 100.00 | | | 11013407 | 103101 | 110801 |
| 321958 | 277.80 | | | 13264935 | 103101 | 110801 | 322009 | 443.02 | | | 12394125 | 103101 | 111301 |
| 321959 | 71,788.77 | | | 13108229 | 103101 | 111401 | 322010 | 80.00 | | | 12985189 | 103101 | 110601 |
| 321960 | 1,984.50 | | | 13903860 | 103101 | 110801 | 322011 | 455.82 | | | 11428476 | 103101 | 110901 |
| 321961 | 15.00 | | | 12406182 | 103101 | 111301 | 322012 | 6,991.00 | | | 17123109 | 103101 | 110901 |
| 321963 | 573.92 | | | 14197760 | 103101 | 110901 | 322013 | 271.74 | | | 13318171 | 103101 | 111501 |
| 321964 | 160.59 | | | 14216876 | 103101 | 110901 | 322014 | 1,092.58 | | | 17134639 | 103101 | 110701 |
| 321965 | 124.44 | | | 13310273 | 103101 | 110701 | 322016 | 457.09 | | | 12983986 | 103101 | 111501 |
| 321966 | 166.59 | | | 14000772 | 103101 | 110601 | 322017 | 3,895.52 | | | 13392029 | 103101 | 110701 |
| 321967 | 49.66 | | | 14813543 | 103101 | 110801 | 322018 | 11,465.74 | | | 13308188 | 103101 | 110701 |
| 321968 | 14.74 | | | 15448929 | 103101 | 111401 | 322019 | 4,453.29 | | | 12985082 | 103101 | 110601 |
| 321969 | 700.00 | | | 12707779 | 103101 | 110601 | 322020 | 7,705.00 | | | 13752785 | 103101 | 110601 |
| 321970 | 138.12 | | | 12894067 | 103101 | 110601 | 322021 | 1,515.97 | | | 12479007 | 103101 | 110301 |
| 321971 | 78.55 | | | 12516347 | 103101 | 110701 | 322022 | 9,469.84 | | | 12520639 | 103101 | 111001 |
| 321972 | 5,790.23 | | | 12929608 | 103101 | 110601 | 322023 | 6,051.37 | | | 12278534 | 103101 | 111901 |
| 321973 | 2,775.95 | | | 10261354 | 103101 | 110701 | 322024 | 400.00 | | | 12983928 | 103101 | 110601 |
| 321974 | 120.00 | | | 12502072 | 103101 | 111001 | 322025 | 5,917.59 | | | 13712479 | 103101 | 110601 |
| 321975 | 79.56 | | | 12938007 | 103101 | 110601 | 322026 | 1,685.00 | | | 10734680 | 103101 | 110601 |
| 321977 | 230.09 | | | 10705592 | 103101 | 110601 | 322027 | 620.81 | | | 12477640 | 103101 | 110701 |
| 321978 | 141,462.18 | | | 10736666 | 103101 | 110601 | 322028 | 99,634.29 | | | 12983550 | 103101 | 110601 |
| 321979 | 4,639.12 | | | 13390146 | 103101 | 110701 | 322029 | 12,109.80 | | | 13672706 | 103101 | 111001 |
| 321980 | 202.50 | | | 13197339 | 103101 | 111301 | | 42,880.15 | | | | | |

## EXPLANATION OF CODES

**TYPE OF REPORT**

- UNPAID ONLY — OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY — PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED — PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL — OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 = FORCED POSTED IN DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST. ACCOUNT NO. | CUSTOMER NAME | | | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | | 004  DATE 11-30-01 | 14 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322030 | 12,195.07 | | 110601 | 103101 | 12996704 | | 322080 | 5,837.63 | | 110801 | 103101 | 12618377 | |
| 322031 | 249.47 | | 110901 | 103101 | 14735845 | | 322081 | 3,600.55 | | 110801 | 103101 | 12611630 | |
| 322032 | 3,838.86 | | 110601 | 103101 | 12910632 | | 322082 | 409.43 | | 103101 | 103101 | 10713473 | |
| 322033 | 1,614.29 | | 110801 | 103101 | 16346486 | | 322083 | 865.48 | | 110601 | 103101 | 16162282 | |
| 322034 | 164.06 | | 111401 | 103101 | 17031848 | | 322084 | 130.87 | | 112601 | 103101 | 13040928 | |
| 322035 | 871.00 | | 111501 | 103101 | 14468621 | | 322085 | 640.00 | | 110601 | 103101 | 11034775 | |
| 322036 | 157.59 | | 110901 | 103101 | 14335952 | | 322086 | 408.00 | | 110701 | 103101 | 14939476 | |
| 322037 | 706.48 | | 110701 | 103101 | 13328282 | | 322087 | 10.87 | | 111301 | 103101 | 14335100 | |
| 322038 | 645.93 | | 110801 | 103101 | 13666786 | | 322088 | 2,191.32 | | 110701 | 103101 | 16345109 | |
| 322039 | 4,261.11 | | 110801 | 103101 | 13753363 | | 322089 | 1,108.88 | | 110801 | 103101 | 14184032 | |
| 322040 | 47,601.11 | | 111401 | 103101 | 13730096 | | 322090 | 1,754.50 | | 110601 | 103101 | 10713820 | |
| 322041 | 23,595.07 | | 110701 | 103101 | 13386642 | | 322091 | 16,197.15 | | 103101 | 103101 | 12994545 | |
| 322042 | 3,523.50 | | 110701 | 103101 | 13330741 | | 322092 | 3,024.00 | | 110601 | 103101 | 11035070 | |
| 322043 | 2,970.00 | | 110701 | 103101 | 13308641 | | 322093 | 9,594.00 | | 110701 | 103101 | 12281417 | |
| 322044 | 5,476.00 | | 111301 | 103101 | 13275063 | | 322094 | 9,100.00 | | 110601 | 103101 | 12995244 | |
| 322045 | 364.79 | | 111301 | 103101 | 13308654 | | 322095 | 2,585.44 | | 110601 | 103101 | 12707071 | |
| 322046 | 3,526.32 | | 111301 | 103101 | 11901681 | | 322096 | 3,320.37 | | 110701 | 103101 | 13394130 | |
| 322047 | 7,080.94 | | 110801 | 103101 | 12621087 | | 322097 | 5,695.60 | | 110701 | 103101 | 13337430 | |
| 322048 | 972.27 | | 110701 | 103101 | 13386625 | | 322098 | 792.00 | | 110901 | 103101 | 16574848 | |
| 322049 | 339.00 | | 110901 | 103101 | 12628719 | | 322099 | 240.75 | | 110601 | 103101 | 10714242 | |
| 322050 | 270.00 | | 110901 | 103101 | 14203199 | | 322100 | 288.36 | | 110701 | 103101 | 13385952 | |
| 322051 | 110.00 | | 110801 | 103101 | 16344964 | | 322101 | 579.84 | | 110701 | 103101 | 11011958 | |
| 322052 | 171.25 | | 110901 | 103101 | 16579198 | | 322102 | 94.00 | | 110601 | 103101 | 12995438 | |
| 322053 | | 85.00 | | 103101 | | | 322103 | 2,860.68 | | 110601 | 103101 | 12995152 | |
| 322054 | 250.00 | | 111301 | 103101 | 12415375 | | 322104 | 2,022.48 | | 110601 | 103101 | 13002435 | |
| 322055 | 19,433.93 | | 111601 | 103101 | 14318201 | | 322105 | 2,122.89 | | 110601 | 103101 | 10734650 | |
| 322056 | 1,221.16 | | 111501 | 103101 | 15785184 | | 322106 | 178.17 | | 110601 | 103101 | 13001115 | |
| 322057 | 1,660.57 | | 110601 | 103101 | 10740185 | | 322107 | 1,700.00 | | 110701 | 103101 | 13000895 | |
| 322058 | 415.68 | | 110801 | 103101 | 13668749 | | 322108 | 39.23 | | 110701 | 103101 | 12936217 | |
| 322059 | 786.25 | | 110801 | 103101 | 14297618 | | 322109 | 366.53 | | 110701 | 103101 | 11011958 | |
| 322060 | 3,458.22 | | 110701 | 103101 | 11004577 | | 322110 | 628.57 | | 110701 | 103101 | 11047338 | |
| 322061 | 4,797.21 | | 111301 | 103101 | 10045581 | | 322111 | 2,170.00 | | 110801 | 103101 | 13212135 | |
| 322062 | 511.99 | | 111001 | 103101 | 16937493 | | 322112 | 32,920.54 | | 110801 | 103101 | 13390812 | |
| 322063 | 659.40 | | 110901 | 103101 | 13278341 | | 322113 | 164.22 | | 111301 | 103101 | 16947272 | |
| 322064 | 401.13 | | 110501 | 103101 | 11752911 | | 322114 | 40,351.11 | | 103101 | 103101 | 11046667 | |
| 322065 | 14,936.04 | | 110801 | 103101 | 13701004 | | 322115 | 493.18 | | 110701 | 103101 | 13328286 | |
| 322066 | 85.38 | | 110601 | 103101 | 12995352 | | 322116 | 785.00 | | 110701 | 103101 | 13328134 | |
| 322067 | 2,800.00 | | 110801 | 103101 | 13750117 | | 322117 | 19,500.00 | | 110701 | 103101 | 16731597 | |
| 322068 | 701.10 | | 110801 | 103101 | 12639232 | | 322118 | 239.00 | | 112101 | 103101 | 11035253 | |
| 322069 | 4,125.74 | | 110701 | 103101 | 13338059 | | 322119 | 1,094.18 | | 110701 | 103101 | 11046969 | |
| 322070 | 21.01 | | 110701 | 103101 | 13913017 | | 322120 | 190.73 | | 110801 | 103101 | 11047898 | |
| 322071 | 450.36 | | 111401 | 103101 | 11047399 | | 322121 | 14,259.27 | | 110801 | 103101 | 11982837 | |
| 322072 | 469.56 | | 110601 | 103101 | 12714812 | | 322122 | 131,249.80 | | 110601 | 103101 | 13328843 | |
| 322073 | 615.00 | | 110801 | 103101 | 13713940 | | 322123 | 652.80 | | 111501 | 103101 | 11713919 | |
| 322074 | 388.08 | | 111301 | 103101 | 14381774 | | 322124 | 34,224.34 | | 110901 | 103101 | 14203166 | |
| 322075 | | 520.04 | | 103101 | | | 322125 | 300.00 | | 110601 | 103101 | 14211727 | |
| 322076 | 187.13 | | 110601 | 103101 | 12714812 | | 322126 | 983.00 | | 110601 | 103101 | 13001080 | |
| 322077 | 1,125.00 | | 110801 | 103101 | 13713940 | | 322127 | 567.89 | | 110701 | 103101 | 13328843 | |
| 322078 | 50.81 | | 111601 | 103101 | 14381774 | | 322128 | 53.08 | | 111501 | 103101 | 11713919 | |
| 322079 | 13,872.34 | | 110601 | 103101 | 12986267 | | 322129 | 122.65 | | 110901 | 103101 | 14211727 | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID AND OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY. NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM-DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST. ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN  ATTN: MARY BOUCHARD | 004 | 11-30-01 | 15 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322130 | 36,925.38 | | 110801 | 103101 | 13716911 | | 322180 | 4,600.00 | | 110801 | 103101 | 13103127 | |
| 322131 | 14,623.47 | | 110701 | 103101 | 13386561 | | 322181 | 30.50 | | 110901 | 103101 | 12811630 | |
| 322132 | 667.50 | | 110901 | 103101 | 13272610 | | 322182 | 11.37 | | 110801 | 103101 | 12619279 | |
| 322133 | 1,095.79 | | 103101 | | | | 322183 | 3,202.04 | | 110701 | 103101 | 13385788 | |
| 322134 | 3,850.58 | | 110701 | 103101 | 13393077 | | 322184 | 8,090.92 | | 110701 | 103101 | 12486322 | |
| 322135 | 4,706.60 | | 110701 | 103101 | 13387763 | | 322185 | 69.00 | | 110801 | 103101 | 12619480 | |
| 322136 | 32,905.60 | | 110601 | 103101 | 10716905 | | 322186 | 115.73 | | 110701 | 103101 | 12482770 | |
| 322137 | 15,259.19 | | 110801 | 103101 | 13753564 | | 322187 | 7,231.45 | | 110501 | 103101 | 12043200 | |
| 322138 | 692.44 | | 110601 | 103101 | 10728343 | | 322188 | 365.00 | | 110701 | 103101 | 14287554 | |
| 322139 | 1,171.65 | | 110801 | 103101 | 13719860 | | 322189 | 934.00 | | 110801 | 103101 | 16345975 | |
| 322140 | 8.00 | | 110701 | 103101 | 12935973 | | 322190 | 275.00 | | 110901 | 103101 | 14197495 | |
| 322141 | 520.00 | | 111401 | 103101 | 13906390 | | 322191 | 25.00 | | 110901 | 103101 | 14211837 | |
| 322142 | 699.23 | | 111401 | 103101 | 13804924 | | 322192 | 270.00 | | 111501 | 103101 | 17204454 | |
| 322143 | 14,317.58 | | 110801 | 103101 | 12618386 | | 322193 | 58.47 | | 111301 | 103101 | 13280217 | |
| 322144 | 2,870.38 | | 111501 | 103101 | 17131110 | | 322194 | 868.50 | | 110801 | 103101 | 13707467 | |
| 322145 | 9,655.00 | | 110801 | 103101 | 13711722 | | 322195 | 5,811.66 | | 110701 | 103101 | 13386573 | |
| 322146 | 472.50 | | 110801 | 103101 | 13711995 | | 322196 | 39,602.70 | | 110801 | 103101 | 13702685 | |
| 322147 | 25.58 | | 110801 | 103101 | 16356012 | | 322197 | 41,165.11 | | 110701 | 103101 | 14336571 | |
| 322148 | 10,800.00 | | 110601 | 103101 | 12930855 | | 322198 | 179.61 | | 110701 | 103101 | 12383473 | |
| 322149 | 987.00 | | 110201 | 103101 | 16477592 | | 322199 | 5,597.41 | | 110701 | 103101 | 12519713 | |
| 322150 | 1,452.90 | | 110601 | 103101 | 13983855 | | 322200 | 70.00 | | 112801 | 103101 | 19237268 | |
| 322151 | 1,360.00 | | 111401 | 103101 | 13898113 | | 322201 | 535.84 | | 110601 | 103101 | 13040145 | |
| 322152 | 135.58 | | 110701 | 103101 | 12507016 | | 322202 | 19,176.65 | | 110601 | 103101 | 12990043 | |
| 322153 | 467.46 | | 110601 | 103101 | 12707875 | | 322203 | 854.00 | | 110601 | 103101 | 13040576 | |
| 322154 | 5,344.44 | | 110601 | 103101 | 12314038 | | 322204 | 204.54 | | 110701 | 103101 | 13325149 | |
| 322155 | 9,610.35 | | 110701 | 103101 | 12480335 | | 322205 | 9,405.60 | | 110801 | 103101 | 12517198 | |
| 322156 | 4,641.60 | | 110601 | 103101 | 12279800 | | 322206 | 270.20 | | 110901 | 103101 | 12918767 | |
| 322157 | 110.50 | | 110901 | 103101 | 14213258 | | 322207 | 68.00 | | 110601 | 103101 | 14731158 | |
| 322158 | 765.56 | | 110701 | 103101 | 11035145 | | 322208 | 248.70 | | 110701 | 103101 | 12499801 | |
| 322159 | 101.00 | | 111301 | 103101 | 13276653 | | 322209 | 5,302.95 | | 110601 | 103101 | 12517406 | |
| 322160 | 57.69 | | 110801 | 103101 | 13716150 | | 322210 | 611.20 | | 110701 | 103101 | 13272864 | |
| 322161 | 87.40 | | 110601 | 103101 | 12727026 | | 322211 | 100.16 | | 111201 | 103101 | 12928876 | |
| 322162 | 22,437.19 | | 110701 | 103101 | 13325262 | | 322212 | 5,892.50 | | 110601 | 103101 | 12581769 | |
| 322163 | 59.54 | | 110901 | 103101 | 14205224 | | 322213 | 14,193.00 | | 111501 | 103101 | 17110277 | |
| 322164 | 493.35 | | 110901 | 103101 | 14287562 | | 322214 | 509.15 | | 111301 | 103101 | 14304110 | |
| 322165 | 2,800.00 | | 110901 | 103101 | 14283587 | | 322215 | 87.57 | | 111201 | 103101 | 19243982 | |
| 322166 | 522.14 | | 110701 | 103101 | 10999403 | | 322216 | 768.50 | | 110901 | 103101 | 18645890 | |
| 322167 | 390.60 | | 111301 | 103101 | 13262185 | | 322217 | 362.00 | | 103101 | | | |
| 322168 | 1,072.22 | | 110601 | 103101 | 12984876 | | 322218 | 1,564.40 | | 110601 | 103101 | 16346505 | |
| 322169 | 844.35 | | 110701 | 103101 | 11047406 | | 322219 | 1,570.00 | | 110701 | 103101 | 13305092 | |
| 322170 | 782.00 | | 110701 | 103101 | 13387390 | | 322220 | 50.00 | | 111501 | 103101 | 17110277 | |
| 322171 | 213.37 | | 110601 | 103101 | 12382949 | | 322221 | 137.14 | | 111301 | 103101 | 14304110 | |
| 322172 | 406.80 | | 111201 | 103101 | 16408313 | | 322222 | 1,400.00 | | 113001 | 103101 | 19243982 | |
| 322173 | 504.00 | | 110701 | 103101 | 12479743 | | 322223 | 830.80 | | 112301 | 103101 | 18645890 | |
| 322174 | 367.50 | | 110801 | 103101 | 14547687 | | 322224 | 735.00 | | 110801 | 103101 | 16346505 | |
| 322175 | 541.43 | | 112301 | 103101 | 17159048 | | 322225 | 150.00 | | 110601 | 103101 | 12987809 | |
| 322176 | 214.14 | | 110701 | 103101 | 12504565 | | 322226 | 563.20 | | 112101 | 103101 | 12904666 | |
| 322177 | 270.00 | | 111901 | 103101 | 12541030 | | 322227 | 75.45 | | 110701 | 103101 | 14297492 | |
| 322178 | 542.00 | | 110701 | 103101 | 13323993 | | 322228 | 7,700.53 | | 111501 | 103101 | 15782521 | |
| 322179 | 36,747.64 | | 110901 | 103101 | 12540101 | | 322229 | 5,097.00 | | 110601 | 103101 | 12995067 | |

**TYPE OF REPORT**

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

**EXPLANATION OF CODES**

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM.