# ACCOUNT RECONCILIATION PLAN

| | | |
|---|---|---|
| TYPE OF REPORT: CONSOLIDATED | BANK NO: 1 | CUST. ACCOUNT NO: 207992000576 |
| CUSTOMER NAME: W R GRACE CO-CONN ATTN: MARY BOUCHARD | | DATE: 11-30-01  PAGE: 16  004 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322230 | 674.00 | | 110801 | 103101 | 113670269 | | 322280 | 2,323.41 | | 111301 | 103101 | 114303928 | |
| 322231 | 2,500.00 | | 111301 | 103101 | 114863560 | | 322281 | 1,400.48 | | 111301 | 103101 | 124103511 | |
| 322232 | 17,700.00 | | 110701 | 103101 | 113392089 | | 322282 | 10,000.00 | | 110701 | 103101 | 113305678 | |
| 322233 | 25,136.40 | | 110801 | 103101 | 113709361 | | 322283 | 3,244.03 | | 111301 | 103101 | 114930420 | |
| 322234 | 25.89 | | 111401 | 103101 | 112760307 | | 322284 | 92.54 | | 111301 | 103101 | 133481101 | |
| 322235 | 1,140.36 | | 110901 | 103101 | 114287134 | | 322285 | 65.93 | | 110801 | 103101 | 136814431 | |
| 322236 | 2,295.00 | | 110701 | 103101 | 111035137 | | 322286 | 1,478.75 | | 110601 | 103101 | 123834351 | |
| 322237 | 1,100.00 | | 111301 | 103101 | 116937891 | | 322287 | 3,294.72 | | 111301 | 103101 | 133247091 | |
| 322238 | 1,634.43 | | 110801 | 103101 | 113755320 | | 322288 | 136.40 | | 112001 | 103101 | 116467435 | |
| 322239 | | 24.15 | | 103101 | | | 322289 | 371.00 | | 110701 | 103101 | 110466631 | |
| 322240 | 1,218.48 | | 111301 | 103101 | 114862146 | | 322290 | 792.00 | | 110701 | 103101 | 121247361 | |
| 322241 | 2,172.85 | | 110601 | 103101 | 112272710 | | 322291 | 926.25 | | 110801 | 103101 | 131108224 | |
| 322242 | 107,408.52 | | 110601 | 103101 | 127083291 | | 322292 | 485.96 | | 110801 | 103101 | 126027831 | |
| 322243 | | 176.17 | | 103101 | | | 322293 | 17.03 | | 110801 | 103101 | 136814171 | |
| 322244 | 616.43 | | 111401 | 103101 | 113913451 | | 322294 | 31.78 | | 111301 | 103101 | 114939725 | |
| 322245 | 6,998.70 | | 110701 | 103101 | 133317349 | | 322295 | 852.23 | | 110801 | 103101 | 148613481 | |
| 322246 | 1,433.49 | | 111301 | 103101 | 123064411 | | 322296 | 906.09 | | 111501 | 103101 | 117134928 | |
| 322247 | 4,533.59 | | 110601 | 103101 | 129953751 | | 322297 | 14.99 | | 110901 | 103101 | 127952601 | |
| 322248 | 510.00 | | 110801 | 103101 | 137525851 | | 322298 | 2,481.50 | | 110701 | 103101 | 113386576 | |
| 322249 | 800.00 | | 111301 | 103101 | 129308361 | | 322299 | 247.78 | | 110801 | 103101 | 131077301 | |
| 322250 | | 2.30 | | 103101 | | | 322300 | 120.71 | | 112301 | 103101 | 118637859 | |
| 322251 | 80.16 | | 111301 | 103101 | 132181601 | | 322301 | 6,320.63 | | 110701 | 103101 | 125162091 | |
| 322252 | 126.20 | | 110601 | 103101 | 112294555 | | 322302 | 404.72 | | 110701 | 103101 | 109987561 | |
| 322253 | 10,535.00 | | 110701 | 103101 | 133309074 | | 322303 | 4,425.04 | | 110801 | 103101 | 137520201 | |
| 322254 | 81.00 | | 110601 | 103101 | 107413341 | | 322304 | 225.00 | | 110701 | 103101 | 133143121 | |
| 322255 | 21,822.40 | | 110701 | 103101 | 133865321 | | 322305 | 1,137.16 | | 110601 | 103101 | 129874301 | |
| 322256 | 90.00 | | 110601 | 103101 | 129308361 | | 322306 | 838.94 | | 110801 | 103101 | 133118181 | |
| 322257 | 269.73 | | 110801 | 103101 | 127207491 | | 322307 | 293.36 | | 110701 | 103101 | 124797441 | |
| 322258 | 1,027.50 | | 111301 | 103101 | 113294070 | | 322308 | 510.55 | | 110801 | 103101 | 137123061 | |
| 322259 | 800.00 | | 110801 | 103101 | 137098181 | | 322309 | 813.85 | | 111001 | 103101 | 136667871 | |
| 322260 | 1,638.34 | | 111301 | 103101 | 133904591 | | 322310 | 60.00 | | 111501 | 103101 | 140753191 | |
| 322261 | 185.50 | | 110801 | 103101 | 131036541 | | 322311 | 1,915.00 | | 110701 | 103101 | 133869351 | |
| 322262 | 2,215.00 | | 110801 | 103101 | 129839111 | | 322312 | | | 110801 | 103101 | 129874301 | |
| 322263 | 63.60 | | 111301 | 103101 | 133406881 | | 322313 | | | 110801 | 103101 | 137123061 | |
| 322264 | 2,500.00 | | 110701 | 103101 | 164706211 | | 322314 | | | 110801 | 103101 | 136667871 | |
| 322265 | 2,819.52 | | 110901 | 103101 | 142886741 | | 322315 | 1,961.25 | | 110701 | 103101 | 109580501 | |
| 322266 | 27,517.50 | | 110601 | 103101 | 127077241 | | 322316 | 640.40 | | 110701 | 103101 | 133481101 | |
| 322267 | 62.00 | | 110701 | 103101 | 133867571 | | 322317 | 2,908.35 | | 110801 | 103101 | 109610771 | |
| 322268 | 2,400.00 | | 110601 | 103101 | 122803341 | | 322318 | 910.20 | | 111001 | 103101 | 136760701 | |
| 322269 | 5,567.00 | | 110601 | 103101 | 129962111 | | 322319 | 21,228.72 | | 111301 | 103101 | 118638831 | |
| 322270 | 113.40 | | 110601 | 103101 | 148708471 | | 322320 | 91,121.86 | | 111501 | 103101 | 137160271 | |
| 322271 | 965.93 | | 111301 | 103101 | 169452911 | | 322321 | 9,109.47 | | 110701 | 103101 | 103931711 | |
| 322272 | 4,117.79 | | 111301 | 103101 | 114303952 | | 322322 | | 3,464.00 | | 103101 | | |
| 322273 | 1,978.34 | | 110801 | 103101 | 126621511 | | 322323 | 1,984.50 | | 111401 | 103101 | 139412511 | |
| 322274 | 33.76 | | 110701 | 103101 | 109609161 | | 322324 | 73.90 | | 110801 | 103101 | 126186881 | |
| 322275 | 4,585.55 | | 110601 | 103101 | 139949911 | | 322325 | 5,512.50 | | 110801 | 103101 | 126058341 | |
| 322276 | 50.00 | | 110801 | 103101 | 114809441 | | 322326 | 411.07 | | 110501 | 103101 | 102242341 | |
| 322277 | 9,182.18 | | 110701 | 103101 | 110211401 | | 322327 | 300.90 | | 110701 | 103101 | 133364081 | |
| 322278 | 233.55 | | 110701 | 103101 | 110175081 | | 322328 | 483.93 | | 110901 | 103101 | 114212261 | |
| 322279 | 147.00 | | 112601 | 103101 | 161413621 | | 322329 | 35.00 | | 110701 | 103101 | 133051051 | |

TYPE OF REPORT

- UNPAID ONLY — OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY — PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED — PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL — OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 — CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 — CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 — CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY NOT ADDED TO TOTALS

4 — STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 — STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 — FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M — MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST.ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | 11-30-01 | 17 |

| CHECK NUMBER | PAID | O/S | PAYEE IDENTIFICATION | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | | CHECK NUMBER | PAID | O/S | PAYEE IDENTIFICATION | DATE PAID | DATE ISSUED | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322330 | 542.95 | | | 110601 | 103101 | 12986013 | | 322380 | 81,673.03 | | | 111501 | 103101 | 17211304 |
| 322331 | 60.06 | | | 110301 | 103101 | 12612260 | | 322381 | 157.50 | | | 110601 | 103101 | 12899019 |
| 322332 | 3,051.25 | | | 111301 | 103101 | 13268208 | | 322382 | 500.00 | | | 112001 | 103101 | 18369263 |
| 322333 | 823.59 | | | 110601 | 103101 | 10726657 | | 322383 | | 512.34 | | | 103101 | |
| 322334 | 2,980.88 | | | 110601 | 103101 | 12715876 | | 322384 | 404.29 | | | 111301 | 103101 | 13287423 |
| 322335 | 1,155.00 | | | 110701 | 103101 | 12483512 | | 322385 | 295.00 | | | 110901 | 103101 | 12821330 |
| 322336 | 97.29 | | | 110801 | 103101 | 12610827 | | 322386 | 356.88 | | | 110901 | 103101 | 12993895 |
| 322337 | 166.42 | | | 110701 | 103101 | 12483335 | | 322387 | 2,439.90 | | | 110701 | 103101 | 13392861 |
| 322338 | 258.45 | | | 110701 | 103101 | 13320984 | | 322388 | 6,307.20 | | | 110801 | 103101 | 13367058 |
| 322339 | 7,923.00 | | | 110901 | 103101 | 14281758 | | 322389 | 3,427.80 | | | 111301 | 103101 | 14296529 |
| 322340 | 51.00 | | | 111301 | 103101 | 13271232 | | 322390 | 5,532.17 | | | 110701 | 103101 | 13392425 |
| 322341 | 288.00 | | | 112901 | 103101 | 15294305 | | 322391 | 270.00 | | | 111401 | 103101 | 12762037 |
| 322342 | 543.78 | | | 110601 | 103101 | 12389783 | | 322392 | 7,670.17 | | | 110701 | 103101 | 11044508 |
| 322343 | 449.85 | | | 110801 | 103101 | 13708379 | | 322393 | 850.00 | | | 110601 | 103101 | 10726634 |
| 322344 | 143.92 | | | 110801 | 103101 | 13701627 | | 322394 | 6,150.00 | | | 110601 | 103101 | 10728336 |
| 322345 | 1,496.00 | | | 111301 | 103101 | 14998384 | | 322395 | 197.16 | | | 110701 | 103101 | 12928746 |
| 322346 | 677.00 | | | 111301 | 103101 | 14863754 | | 322396 | 24,900.00 | | | 110801 | 103101 | 13717036 |
| 322347 | 835.50 | | | 111501 | 103101 | 13040503 | | 322397 | 992.50 | | | 110701 | 103101 | 12715907 |
| 322348 | 17,682.50 | | | 110801 | 103101 | 13667585 | | 322398 | 140.85 | | | 110701 | 103101 | 13314763 |
| 322349 | 22,987.69 | | | 110701 | 103101 | 11046906 | | 322399 | 285.74 | | | 110801 | 103101 | 16341192 |
| 322350 | 334.33 | | | 110601 | 103101 | 12708447 | | 322400 | 55.65 | | | 110801 | 103101 | 12618879 |
| 322351 | 251.37 | | | 110801 | 103101 | 13708918 | | 322401 | 100.00 | | | 110901 | 103101 | 13279660 |
| 322352 | 531.33 | | | 110701 | 103101 | 13304697 | | 322402 | 1,234.24 | | | 111301 | 103101 | 14841790 |
| 322353 | 2,506.26 | | | 110701 | 103101 | 12953764 | | 322403 | 27,777.44 | | | 110701 | 103101 | 13387313 |
| 322354 | 3,000.00 | | | 110901 | 103101 | 14099482 | | 322404 | 1,100.00 | | | 110701 | 103101 | 10151130 |
| 322355 | 695.36 | | | 110801 | 103101 | 12612908 | | 322405 | 745.31 | | | 110701 | 103101 | 10993660 |
| 322356 | 840.00 | | | 111301 | 103101 | 14865914 | | 322406 | 88.72 | | | 111501 | 103101 | 17132223 |
| 322357 | 1,653.75 | | | 110701 | 103101 | 12493069 | | 322407 | 5,178.34 | | | 110801 | 103101 | 13698078 |
| 322358 | 10,296.53 | | | 110901 | 103101 | 12792202 | | 322408 | 375.00 | | | 110601 | 103101 | 12930704 |
| 322359 | 19,406.94 | | | 110901 | 103101 | 13712649 | | 322409 | 36,886.00 | | | 110601 | 103101 | 12289564 |
| 322360 | 2,413.42 | | | 110901 | 103101 | 14188822 | | 322410 | 16,022.16 | | | 110901 | 103101 | 14198457 |
| 322361 | 338.58 | | | 110901 | 103101 | 12795157 | | 322411 | 2,892.30 | | | 111401 | 103101 | 12751327 |
| 322362 | 52,155.00 | | | 110601 | 103101 | 12278515 | | 322412 | 13,594.70 | | | 111401 | 103101 | 12989931 |
| 322363 | 1,359.64 | | | 111601 | 103101 | 12186948 | | 322413 | 111,331.25 | | | 112301 | 103101 | 14100914 |
| 322364 | 3,743.10 | | | 110601 | 103101 | 12712164 | | 322414 | 4,397.52 | | | 110601 | 103101 | 12918898 |
| 322365 | 19,200.00 | | | 110701 | 103101 | 13395012 | | 322415 | 520.00 | | | 110601 | 103101 | 12474983 |
| 322366 | 760.97 | | | 111401 | 103101 | 11782107 | | 322416 | 540.00 | | | 110701 | 103101 | 12628672 |
| 322367 | 1,612.50 | | | 111301 | 103101 | 14733180 | | 322417 | 616.00 | | | 110801 | 103101 | 13708695 |
| 322368 | 79.50 | | | 111401 | 103101 | 17031267 | | 322418 | | 45.00 | | | 103101 | |
| 322369 | 2,429.44 | | | 110801 | 103101 | 15345747 | | 322419 | 108.46 | | | 110801 | 103101 | 12613027 |
| 322370 | 1,012.00 | | | 110901 | 103101 | 12811790 | | 322420 | 2,104.00 | | | 110601 | 103101 | 10708206 |
| 322371 | 107.67 | | | 110801 | 103101 | 13707885 | | 322421 | 23,997.60 | | | 110701 | 103101 | 10478B3 |
| 322372 | 500.00 | | | 110701 | 103101 | 13703631 | | 322422 | 1,260.00 | | | 110601 | 103101 | 12397674 |
| 322373 | 771.74 | | | 110701 | 103101 | 12477768 | | 322423 | 375.00 | | | 111401 | 103101 | 13990354 |
| 322374 | 3,119.95 | | | 110601 | 103101 | 10707223 | | 322424 | 2,175.54 | | | 112801 | 103101 | 17732027 |
| 322375 | 12,062.90 | | | 110601 | 103101 | 12995091 | | 322425 | 267.65 | | | 110801 | 103101 | 17160B8 |
| 322376 | 360.00 | | | 111101 | 103101 | 11034871 | | 322426 | 1,432.81 | | | 110601 | 103101 | 12993607 |
| 322377 | 2,591.40 | | | 110601 | 103101 | 12986143 | | 322427 | 524.61 | | | 111401 | 103101 | 11778256 |
| 322378 | 2,334.25 | | | 110701 | 103101 | 10999504 | | 322428 | 2,745.00 | | | 110701 | 103101 | 17440327 |
| 322379 | 100.00 | | | 111901 | 103101 | 14473429 | | 322429 | 2,011.60 | | | 110701 | 103101 | 13386535 |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | | BANK NO | CUST ACCOUNT NO | | CUSTOMER NAME | | | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | | 1 | 2079920005761 | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | 004 | | | 11-30-01 | 18 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322430 | 96.30 | | 110801 | 103101 | 12619949 | | 322480 | 264.17 | | 111901 | 103101 | 16398505 | |
| 322431 | 455.00 | | 110701 | 103101 | 10108695 | | 322481 | 2,250.00 | | 111901 | 103101 | 14484583 | |
| 322432 | 1,000.00 | | 110801 | 103101 | 13108685 | | 322482 | 113.48 | | 110901 | 103101 | 14284109 | |
| 322433 | 5,225.98 | | 110701 | 103101 | 11025566 | | 322483 | 129.00 | | 110901 | 103101 | 13274555 | |
| 322434 | 1,280.00 | | 110601 | 103101 | 12983836 | | 322484 | 978.31 | | 110801 | 103101 | 13712778 | |
| 322435 | 325.00 | | 110701 | 103101 | 13309999 | | 322485 | 340.98 | | 110801 | 103101 | 13666081 | |
| 322436 | 1,207.63 | | 112001 | 103101 | 16373311 | | 322486 | | 89.28 | | 103101 | | |
| 322437 | 33.74 | | 111901 | 103101 | 15832797 | | 322487 | | 2,200.00 | | 103101 | | |
| 322438 | 1,124.60 | | 111301 | 103101 | 14863730 | | 322488 | 279.60 | | 111301 | 103101 | 14872367 | |
| 322439 | 12,367.00 | | 110601 | 103101 | 12982550 | | 322489 | 2,640.00 | | 110801 | 103101 | 13692853 | |
| 322440 | 456.25 | | 110701 | 103101 | 13326168 | | 322490 | 1,695.00 | | 110301 | 103101 | 13269554 | |
| 322441 | 73.50 | | 110601 | 103101 | 12292559 | | 322491 | 180.00 | | 111501 | 103101 | 14079817 | |
| 322442 | 2,448.08 | | 110901 | 103101 | 14209410 | | 322492 | 90.00 | | 111501 | 103101 | 14079818 | |
| 322443 | 207.79 | | 110801 | 103101 | 13387372 | | 322493 | 14,120.52 | | 111401 | 103101 | 14940384 | |
| 322444 | 1,040.00 | | 110801 | 103101 | 16341096 | | 322495 | 100.00 | | 111301 | 103101 | 14940385 | |
| 322445 | 19,399.32 | | 111301 | 103101 | 14300458 | | 322496 | 100.00 | | 111301 | 103101 | 14940386 | |
| 322446 | 1,120.73 | | 110601 | 103101 | 12985093 | | 322497 | 100.00 | | 111301 | | | |
| 322447 | 80.00 | | 110601 | 103101 | 13990352 | | 322498 | | 10.00 | | 103101 | | |
| 322448 | 52.75 | | 110901 | 103101 | 14216097 | | 322499 | 1,000.00 | | 111401 | 103101 | 11777446 | |
| 322449 | 14,650.00 | | 110801 | 103101 | 13102514 | | 322500 | 25.00 | | 110901 | 103101 | 14217996 | |
| 322450 | 2,716.00 | | 110801 | 103101 | 11041161 | | 322502 | 4,235.30 | | 111301 | 103101 | 14930431 | |
| 322451 | 660.00 | | 110801 | 103101 | 13751488 | | 322503 | 5,000.00 | | 111301 | 103101 | 14850064 | |
| 322452 | 2,729.57 | | 111501 | 103101 | 12024871 | | 322504 | 500.00 | | 110901 | 103101 | 14215999 | |
| 322453 | 732.00 | | 111401 | 103101 | 13752006 | | 322505 | 126.54 | | 111401 | 103101 | 13905739 | |
| 322454 | 8,614.62 | | 110801 | 103101 | 13753096 | | 322506 | 42.00 | | 110801 | 103101 | 13905760 | |
| 322455 | 261.11 | | 111901 | 103101 | 14469490 | | 322507 | 4,659.46 | | 110901 | 103101 | 12786942 | |
| 322456 | 3,505.00 | | 110701 | 103101 | 13394119 | | 322508 | | 798.00 | | 103101 | | |
| 322457 | 169.25 | | 110801 | 103101 | 14803684 | | 322509 | 17,630.99 | | 110901 | 103101 | 14285110 | |
| 322458 | 2,417.74 | | 110801 | 103101 | 14803651 | | 322510 | 135.00 | | 111301 | 103101 | 14880815 | |
| 322459 | 300.00 | | 111901 | 103101 | 12493485 | | 322511 | 216.16 | | 111501 | 103101 | 12036397 | |
| 322460 | 15.45 | | 110701 | 103101 | 13337650 | | 322512 | 66.95 | | 110801 | 103101 | 13697760 | |
| 322461 | 554.00 | | 112001 | 103101 | 16369508 | | 322513 | 99.90 | | 110801 | 103101 | 13697599 | |
| 322462 | 2,315.04 | | 110801 | 103101 | 13755419 | | 322514 | 236.90 | | 110801 | 103101 | 13697601 | |
| 322463 | 600.00 | | 110801 | 103101 | 12638136 | | 322515 | 965.00 | | 110901 | 103101 | 14191406 | |
| 322464 | 384.42 | | 111901 | 103101 | 17124551 | | 322516 | 30.90 | | 110801 | 103101 | 13702690 | |
| 322465 | 1,156.09 | | 111501 | 103101 | 12618454 | | 322517 | 35.65 | | 110801 | 103101 | 13702588 | |
| 322466 | 50.00 | | 110601 | 103101 | 12725300 | | 322518 | 117.18 | | 110801 | 103101 | 13702689 | |
| 322467 | 2,100.00 | | 110701 | 103101 | 11032645 | | 322519 | 87.55 | | 110801 | 103101 | 13702691 | |
| 322468 | 1,750.64 | | 111901 | 103101 | 14803061 | | 322520 | 61.80 | | 110801 | 103101 | 13702687 | |
| 322469 | 1,460.60 | | 110801 | | | | 322521 | 71.04 | | 110801 | 103101 | 13702588 | |
| 322470 | | 120.75 | | 103101 | | | 322522 | 135.00 | | 111501 | 103101 | 14113862 | |
| 322471 | 26.78 | | 111501 | 103101 | 17113425 | | 322523 | 85.00 | | 111301 | 103101 | 14930583 | |
| 322472 | 1,080.00 | | 110601 | 103101 | 13990918 | | 322524 | 3,260.10 | | 111301 | 103101 | 17769744 | |
| 322473 | 3,790.95 | | 110701 | 103101 | 10470358 | | 322525 | 41.20 | | 111301 | 103101 | 13221556 | |
| 322474 | 3,541.94 | | 110901 | 103101 | 14284861 | | 322526 | 350.25 | | 110901 | 103101 | 14282870 | |
| 322475 | | 240.10 | | 103101 | | | 322527 | | 30.20 | | 103101 | | |
| 322476 | 355.80 | | 110801 | 103101 | 13749944 | | 322528 | 69.23 | | 112001 | 103101 | 16384036 | |
| 322477 | 598.30 | | 110701 | 103101 | 13385518 | | 322529 | 81,236.42 | | 110801 | 103101 | 19809942 | |
| 322478 | 2,000.00 | | 110901 | 103101 | 12792762 | | 322530 | 6.00 | | 110701 | 103101 | 13305724 | |
| 322479 | 911.29 | | 110801 | 103101 | 14804108 | | 322531 | 43.03 | | 111901 | 103101 | 16397436 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
     MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO | CUSTOMER NAME | DATE | PAGE |
|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079920005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD 004 | 11-30-01 | 19 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322532 | 150.00 | | 110501 | 103101 | 12292438 | | | 322582 | 26.25 | | 111301 | 103101 | 13259521 | |
| 322533 | | 15.16 | | 103101 | 16397438 | | | 322583 | 95.00 | | 111601 | 103101 | 12168198 | |
| 322534 | 85.09 | | 111901 | 103101 | 14879393 | | | 322584 | | 139.00 | | 103101 | 12293301 | |
| 322535 | 91.25 | | 111301 | 103101 | 12043504 | | | 322585 | 48.00 | | 110501 | 103101 | 12293301 | |
| 322536 | 459.85 | | 111501 | 103101 | 14879394 | | | 322586 | 240.00 | | 110901 | 103101 | 14215641 | |
| 322537 | 277.14 | | 111301 | 103101 | 19249960 | | | 322587 | 300.00 | | 112801 | 103101 | 17735143 | |
| 322538 | 136.37 | | 112801 | 103101 | 24125294 | | | 322588 | 800.00 | | 111201 | 103101 | 15324286 | |
| 322539 | 86.77 | | 111301 | 103101 | | | | 322589 | | 100.00 | | 103101 | | |
| 322540 | | 5,000.00 | 110201 | 103101 | | | | 322590 | 65.00 | | 111301 | 103101 | 12395021 | |
| 322541 | 125.00 | | 110601 | 103101 | 12706133 | | | 322592 | 840.00 | | 111301 | 103101 | 14865915 | |
| 322542 | 375.00 | | 110601 | 103101 | 12706132 | | | 322593 | 1,000.00 | | 110701 | 103101 | 10993953 | |
| 322543 | 213.65 | | 111901 | 103101 | 16397437 | | | 322595 | 20,070.80 | | 110101 | 103101 | | |
| 322544 | 31.25 | | 112301 | 103101 | 17124490 | | | 322596 | 500.00 | | 111501 | 103101 | 12023330 | |
| 322545 | 40.00 | | 111401 | 103101 | 17124489 | | | 322598 | 28,500.00 | | 111001 | 103101 | 14810288 | |
| 322546 | 123.60 | | 111401 | 103101 | 15407481 | | | 322599 | 1,514.00 | | 110901 | 103101 | 14283796 | |
| 322547 | 11,506.20 | | 110901 | 103101 | 12135628 | | | 322600 | 305.00 | | 111001 | 103101 | | |
| 322548 | 6,141.96 | | 110801 | 103101 | 13680859 | | | 322601 | 299.00 | | 110801 | 110101 | 13674069 | |
| 322549 | 57,910.79 | | 110901 | 103101 | 14737543 | | | 322602 | 108.10 | | 110801 | 110101 | 16356701 | |
| 322550 | 1,174.85 | | 110901 | 103101 | 14737544 | | | 322603 | 2,274.00 | | 112601 | 110101 | 13688488 | |
| 322551 | 9,068.99 | | 110901 | 103101 | 14737545 | | | 322604 | 757.00 | | 110701 | 110101 | 10106031 | |
| 322552 | 8,625.56 | | 110901 | 103101 | 12820355 | | | 322605 | 286.02 | | 111501 | 110101 | 14107145 | |
| 322553 | 2,486.68 | | 110901 | 103101 | 14737542 | | | 322606 | 460.00 | | 112001 | 110101 | 16380009 | |
| 322554 | 45,985.51 | | 111301 | 103101 | 14927107 | | | 322607 | 103.69 | | 110901 | 110101 | 12282391 | |
| 322555 | 119.77 | | 110901 | 103101 | 12618471 | | | 322608 | 199.91 | | 112001 | 110101 | 15477067 | |
| 322556 | 48.00 | | 110801 | 103101 | 12618472 | | | 322609 | 328.92 | | 111301 | 110101 | 14881325 | |
| 322557 | | 5,000.00 | 110201 | 103101 | | | | 322610 | 533.00 | | 110801 | 110101 | 16341972 | |
| 322558 | | 4,000.00 | 111301 | 103101 | 14940470 | | | 322611 | 302.00 | | 110801 | 110101 | 13709018 | |
| 322559 | | 5,000.00 | 110201 | 103101 | | | | 322612 | 19.12 | | 111301 | 110101 | 12413834 | |
| 322560 | 107.00 | | 111401 | 103101 | 13748747 | | | 322613 | 263.45 | | 110801 | 110101 | 13719833 | |
| 322561 | 567.50 | | 110701 | 103101 | 13328130 | | | 322614 | 101.00 | | 110701 | 110101 | 13308969 | |
| 322562 | 239.71 | | 110801 | 103101 | 12638692 | | | 322615 | 421.42 | | 110801 | 110101 | 12629181 | |
| 322563 | 109.48 | | 111301 | 103101 | 13266154 | | | 322616 | 3,098.00 | | 110701 | 110101 | 13328131 | |
| 322564 | 160.00 | | 111401 | 103101 | 12148661 | | | 322617 | 237.00 | | 110601 | 110101 | 12706124 | |
| 322565 | 57.32 | | 111301 | 103101 | 14939305 | | | 322618 | 629.00 | | 110801 | 110101 | 14509682 | |
| 322566 | 50.00 | | 111301 | 103101 | 14939307 | | | 322619 | 1,104.00 | | 110801 | 110101 | 13108164 | |
| 322567 | 7.20 | | 111301 | 103101 | 14939306 | | | 322620 | 479.00 | | 110801 | 110101 | 13714214 | |
| 322568 | 150.00 | | 111601 | 103101 | 17440237 | | | 322621 | 128.00 | | 111601 | 110101 | 17430913 | |
| 322569 | 660.00 | | 110901 | 103101 | 14191407 | | | 322622 | 900.00 | | 111501 | 110101 | 12041965 | |
| 322570 | 82.82 | | 110901 | 103101 | 14193036 | | | 322623 | 665.00 | | 110801 | 110101 | 13707828 | |
| 322571 | 9,284.15 | | 110601 | 103101 | 10731637 | | | 322624 | 157.00 | | 110701 | 110101 | 11005908 | |
| 322572 | 12,874.35 | | 110601 | 103101 | 10731638 | | | 322625 | 58.00 | | 111501 | 110101 | 17112943 | |
| 322573 | 1,344.00 | | 111301 | 103101 | 14295614 | | | 322626 | 237.00 | | 111901 | 110101 | 12541414 | |
| 322574 | 90.00 | | 110301 | 103101 | 14883897 | | | 322627 | 295.04 | | 110701 | 110101 | 11333405 | |
| 322575 | | 18,567.64 | | 103101 | | | | 322628 | 218.00 | | 111301 | 110101 | 12409917 | |
| 322576 | 157.80 | | 110901 | 103101 | 12797704 | | | 322629 | 1,062.00 | | 110601 | 110101 | 12999510 | |
| 322577 | 117.47 | | 110901 | 103101 | 12797705 | | | 322630 | 71.00 | | 111501 | 110101 | 12027817 | |
| 322578 | 121.15 | | 110901 | 103101 | 12797706 | | | 322631 | 286.00 | | 110601 | 110101 | 10713162 | |
| 322579 | 56.25 | | 111301 | 103101 | 13259522 | | | 322632 | 2,642.00 | | 110801 | 110101 | 13699345 | |
| 322580 | 68.68 | | 111301 | 103101 | 13259519 | | | 322633 | 12.00 | | 111301 | 110101 | 12411958 | |
| 322581 | 41.54 | | 111301 | 103101 | 13259520 | | | 322634 | 8.00 | | 111501 | 110101 | 17132192 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | | | BANK NO | CUST ACCOUNT NO | | CUSTOMER NAME | | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | | | 1 | 2079920005761 | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | | 004 | 11-30-01 | 20 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322635 | 27.00 | | 110801 | 110101 | 13702296 | | 322689 | 2,734.52 | | 111901 | 110701 | 11592403 | |
| 322636 | 117.00 | | 111301 | 110101 | 14935392 | | 322690 | 426.27 | | 112301 | 110701 | 15840032 | |
| 322637 | 621.00 | | 111301 | 110101 | 13352821 | | 322691 | 437.77 | | 111901 | 110701 | 14458886 | |
| 322638 | 127.74 | | 112801 | 110101 | 16621555 | | 322692 | 1,110.05 | | 111901 | 110701 | 18045102 | |
| 322639 | 622.00 | | 111501 | 110101 | 14075995 | | 322693 | 835.44 | | 111901 | 110701 | 12508944 | |
| 322640 | 151.00 | | 110701 | 110101 | 13313786 | | 322694 | 6,370.83 | | 111901 | 110701 | 14759588 | |
| 322641 | 661.26 | | 110701 | 110101 | 13392630 | | 322695 | 127.25 | | 111601 | 110701 | 11225457 | |
| 322642 | 341.00 | | 111601 | 110101 | 13000993 | | 322696 | 450.40 | | 112301 | 110701 | 15857112 | |
| 322643 | 113.00 | | 110801 | 110101 | 13707525 | | 322697 | 10.56 | | 112001 | 110701 | 15272179 | |
| 322644 | 1,266.00 | | 111501 | 110101 | 13023065 | | 322698 | 896.98 | | 111601 | 110701 | 17440269 | |
| 322645 | 122.91 | | 110801 | 110101 | 12606236 | | 322699 | 4,102.22 | | 111901 | 110701 | 11250528 | |
| 322646 | 762.00 | | 111301 | 110101 | 14863607 | | 322700 | 658.74 | | 112801 | 110701 | 16595459 | |
| 322647 | 483.00 | | 110901 | 110101 | 12794528 | | 322701 | 299.00 | | | 110701 | | |
| 322648 | | 652.00 | | 110101 | | | 322702 | 545.94 | | 111901 | 110701 | 12518894 | |
| 322649 | | 123.00 | | 110101 | | | 322703 | 13,871.87 | | 111901 | 110701 | 18048894 | |
| 322650 | 781.00 | | 110801 | 110101 | 14815762 | | 322704 | 813.31 | | 111901 | 110701 | 15796788 | |
| 322651 | | 301.00 | | 110101 | | | 322705 | 112.96 | | 112301 | 110701 | 13219188 | |
| 322652 | 112.60 | | 111901 | 110101 | 12511657 | | 322706 | 457.92 | | 111901 | 110701 | 14709513 | |
| 322653 | 134.00 | | 112301 | 110101 | 18644594 | | 322707 | 3,980.85 | | 111401 | 110701 | 13895055 | |
| 322654 | 95.92 | | 111301 | 110101 | 13326965 | | 322708 | 12,505.16 | | 111901 | 110701 | 12536570 | |
| 322655 | 147.00 | | 110801 | 110101 | 13109022 | | 322709 | 4,198.31 | | 111901 | 110701 | 14469464 | |
| 322656 | 15.00 | | 111901 | 110101 | 12535487 | | 322710 | 233.28 | | 112701 | 110701 | 14134842 | |
| 322657 | 558.02 | | 111801 | 110101 | 13706329 | | 322711 | 65.00 | | 112301 | 110701 | 17138017 | |
| 322659 | 5,585.46 | | 110701 | 110101 | 13387222 | | 322712 | 121.69 | | 112801 | 110701 | 17895278 | |
| 322660 | 320.26 | | 110801 | 110101 | 13706912 | | 322713 | 1,873.64 | | 112101 | 110701 | 12235730 | |
| 322662 | | 700.00 | | 110101 | | | 322714 | 9.07 | | 112301 | 110701 | 12891520 | |
| 322664 | 375.00 | | 111601 | 110501 | 17441190 | | 322715 | 17,488.60 | | 111901 | 110701 | 14759192 | |
| 322665 | 1,471.50 | | 111401 | 110501 | 13897782 | | 322716 | 611.91 | | 111601 | 110701 | 12550243 | |
| 322666 | 413.72 | | 110701 | 110501 | 11035146 | | 322717 | 341.16 | | 111601 | 110701 | 14385945 | |
| 322668 | 687.19 | | 111901 | 110701 | 18034986 | | 322718 | 4,070.93 | | 111901 | 110701 | 14458817 | |
| 322669 | 492.63 | | 112101 | 110701 | 12927750 | | 322719 | 135.79 | | 111901 | 110701 | 12536623 | |
| 322671 | 30.20 | | 111901 | 110701 | 12342375 | | 322720 | 117.55 | | 112001 | 110701 | 16368788 | |
| 322672 | 2,853.19 | | 111901 | 110701 | 15824705 | | 322721 | 63.00 | | 112101 | 110701 | 12886174 | |
| 322673 | 1,395.25 | | 111901 | 110701 | 14454923 | | 322722 | 66.13 | | 112301 | 110701 | 18646975 | |
| 322674 | 1,269.08 | | 111901 | 110701 | 12511423 | | 322723 | 32,097.91 | | 111901 | 110701 | 18045141 | |
| 322675 | 433.20 | | 111901 | 110701 | 12519721 | | 322724 | 1,196.00 | | 111501 | 110701 | 17210352 | |
| 322676 | 394.66 | | 111901 | 110701 | 12536548 | | 322725 | 20,925.00 | | 111901 | 110701 | 17210292 | |
| 322677 | 160.17 | | 112701 | 110701 | 17589678 | | 322726 | 9,463.36 | | 112901 | 110701 | 16368663 | |
| 322678 | 125.27 | | 112001 | 110701 | 15327845 | | 322727 | 39.72 | | 112901 | 110701 | 15313007 | |
| 322679 | 370.44 | | 111901 | 110701 | 16725642 | | 322729 | 8,311.08 | | 111601 | 110701 | 17425038 | |
| 322680 | 8,900.39 | | 112601 | 110701 | 15818368 | | 322730 | 473.16 | | 111901 | 110701 | 14490489 | |
| 322681 | 57.76 | | 112601 | 110701 | 17743338 | | 322731 | 776.34 | | 111901 | 110701 | 16474821 | |
| 322682 | 634.25 | | 111601 | 110701 | 12167816 | | 322732 | 2,375.63 | | 111501 | 110701 | 17206221 | |
| 322683 | 1,826.95 | | 111901 | 110701 | 15831190 | | 322733 | 4,700.16 | | 111701 | 110701 | | |
| 322684 | 80.64 | | 111601 | 110701 | 17432821 | | 322734 | 5,544.00 | | 111601 | 110701 | 12190676 | |
| 322685 | 3,858.38 | | 111901 | 110701 | 14709502 | | 322735 | 3,260.00 | | 112001 | 110701 | 12641194 | |
| 322686 | 27,759.93 | | 111901 | 110701 | 18018161 | | 322736 | 255.07 | | 111601 | 110701 | 14325240 | |
| 322687 | 1,329.07 | | 111901 | 110701 | 12489021 | | 322737 | 5,726.00 | | 111701 | | | |
| 322688 | 9,632.00 | | 111901 | 110701 | 12508795 | | 322737 | 43.87 | | 111601 | 110701 | 12231942 | |
| 322688 | 9,850.83 | | 111301 | 110701 | 13343142 | | 322738 | 480.76 | | 111901 | 110701 | 14490547 | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY, NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M : MISSING (OUTSTANDING) ITEM

L336 02/