# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | 11-30-01 | 21 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322739 | 3,741.67 | | 111601 | 110701 | 122229744 | | 322789 | | 1,057.04 | 112901 | 110701 | 12205245 | |
| 322740 | 95,004.85 | | 111601 | 110701 | 147429257 | | 322790 | 15,007.75 | | 111501 | 110701 | 12169574 | |
| 322741 | 5,349.95 | | 112001 | 110701 | 16467666 | | 322791 | 319.08 | | 111601 | 110701 | 12414134 | |
| 322742 | 162.40 | | 111901 | 110701 | 18037474 | | 322792 | 35,499.75 | | 111301 | 110701 | 17429031 | |
| 322743 | 4,779.00 | | 112601 | 110701 | 14754316 | | 322793 | 374.06 | | 111601 | 110701 | 17429031 | |
| 322744 | 140.34 | | 112601 | 110701 | 147457944 | 4 | 322794 | | 1,018.46 | 111401 | 110701 | 14779993 | |
| 322745 | 7,858.97 | | 111901 | 110701 | 14766100 | | 322795 | 340.25 | | 111701 | 110701 | 12554262 | |
| 322746 | 12,150.60 | | 111901 | 110701 | 12536793 | | 322796 | 222.00 | | 111401 | 110701 | 18647141 | |
| 322747 | 222.85 | | 112101 | 110701 | 16786846 | | 322797 | 24,465.36 | | 112301 | 110701 | 14088054 | |
| 322748 | 9,426.36 | | 112001 | 110701 | 16478183 | | 322798 | 6,580.00 | | 112001 | 110701 | 16473834 | |
| 322749 | 94.99 | | 112101 | 110701 | 12917495 | | 322799 | 8,426.90 | | 111701 | 110701 | 18045836 | |
| 322750 | 22,929.82 | | 112001 | 110701 | 16478800 | | 322800 | 722.00 | | 111601 | 110701 | 14779993 | |
| 322751 | 2,100.00 | | 111901 | 110701 | 15934177 | | 322801 | 196.00 | | 112101 | 110701 | 18524668 | |
| 322752 | 12,165.52 | | 111901 | 110701 | 14458822 | | 322802 | 4,554.62 | | 111901 | 110701 | 18037671 | |
| 322753 | 1,564.00 | | 111601 | 110701 | 14335655 | | 322803 | 12,058.06 | | 112301 | 110701 | 15320605 | |
| 322754 | 49,245.66 | | 111901 | 110701 | 12523659 | | 322804 | 1,541.78 | | 112301 | 110701 | 12910284 | |
| 322755 | 396.88 | | 112001 | 110701 | 12520640 | | 322805 | 211.00 | | 111501 | 110701 | 15784281 | |
| 322756 | 1,175.00 | | 112101 | 110701 | 16733205 | | 322806 | 700.00 | | 112001 | 110701 | 16467384 | |
| 322757 | 3,897.85 | | 111901 | 110701 | 14458604 | | 322807 | 693.42 | | 112101 | 110701 | 18493982 | |
| 322758 | 10,519.04 | | 111901 | 110701 | 12493802 | | 322808 | 1,322.77 | | 112001 | 110701 | 12653299 | |
| 322759 | 558.97 | | 111901 | 110701 | 15973616 | | 322809 | 370.90 | | 112701 | 110701 | 14142100 | |
| 322760 | 37,745.00 | | 111501 | 110701 | 17210362 | | 322810 | 4,995.00 | | 111901 | 110701 | 12537129 | |
| 322761 | 17,832.43 | | 111901 | 110701 | 12523696 | | 322811 | 21,813.40 | | 111901 | 110701 | 14494195 | |
| 322762 | 1,140.00 | | 111601 | 110701 | 12229743 | | 322812 | 135.16 | | 111901 | 110701 | 12592787 | |
| 322763 | 1,624.00 | | 112001 | 110701 | 12652624 | | 322813 | 854.35 | | 112801 | 110701 | 17761083 | |
| 322764 | 4,942.08 | | 112001 | 110701 | 16378357 | | 322814 | 3,040.00 | | 112101 | 110701 | 16789077 | |
| 322765 | 550.00 | | 111901 | 110701 | 12520054 | | 322815 | 783.20 | | 111901 | 110701 | 14764772 | |
| 322766 | 4,834.03 | | 112001 | 110701 | 12537398 | | 322816 | 187.88 | | 111901 | 110701 | 14472045 | |
| 322767 | 42,767.72 | | 111901 | 110701 | 12540045 | | 322817 | 44.53 | | 111901 | 110701 | 14709481 | |
| 322768 | 250.32 | | 111901 | 110701 | 15840792 | | 322818 | 4,050.00 | | 112301 | 110701 | 14130688 | |
| 322769 | 211,454.55 | | 111901 | 110701 | 12535906 | | 322819 | 37.50 | | 111901 | 110701 | 15973844 | |
| 322770 | 22,391.17 | | 111901 | 110701 | 18050949 | | 322820 | 667.23 | | 111901 | 110701 | 14755269 | |
| 322771 | 1,181.62 | | 111901 | 110701 | 14484591 | | 322821 | 173.73 | | 112101 | 110701 | 14757296 | |
| 322772 | 3,575.30 | | 111601 | 110701 | 18046797 | | 322822 | 1,125.00 | | 111901 | 110701 | 14460426 | |
| 322773 | 438.62 | | 112001 | 110701 | 12536519 | | 322823 | 65.34 | | 111901 | 110701 | 18532038 | |
| 322774 | 3,547.50 | | 111901 | 110701 | 15321408 | | 322824 | 2,063.91 | | 111301 | 110701 | 14494283 | |
| 322775 | 2,695.00 | | 112001 | 110701 | 15818720 | | 322825 | 601.97 | | 111901 | 110701 | 12493227 | |
| 322776 | 4,495.36 | | 111901 | 110701 | 16397919 | | 322826 | 3,323.04 | | 112001 | 110701 | 12662007 | |
| 322777 | 1,494.00 | | 112001 | 110701 | 18339347 | | 322827 | | 3,349.96 | 111701 | | | |
| 322778 | 102.65 | | 111901 | 110701 | 12592733 | | 322828 | 1,000.00 | | 111901 | 110701 | 12509346 | |
| 322779 | 2,385.50 | | 111901 | 110701 | 12505987 | | 322829 | 767.85 | | 112101 | 110701 | 16733872 | |
| 322780 | 1,714.00 | | 112301 | 110701 | 18645692 | | 322830 | 179.00 | | 112001 | 110701 | 16476135 | |
| 322781 | 3,738.00 | | 111901 | 110701 | 15546266 | | 322831 | 196.30 | | 112101 | 110701 | 12893528 | |
| 322782 | 3,522.88 | | 111901 | 110701 | 12506137 | | 322832 | 443.00 | | 111901 | 110701 | 14490558 | |
| 322783 | 240.20 | | 112001 | 110701 | 16397919 | | 322833 | 400.24 | | 111901 | 110701 | 15974453 | |
| 322784 | 67.00 | | 112101 | 110701 | 16784943 | | 322834 | 1,385.00 | | 111301 | 110701 | 14327408 | |
| 322785 | 224.23 | | 111901 | 110701 | 14759289 | | 322835 | 371.95 | | 111901 | 110701 | 12492689 | |
| 322786 | | 1,903.19 | | | | | 322836 | 5,000.00 | | 112001 | 110701 | 16407928 | |
| 322787 | 630.00 | | 112101 | 110701 | 12911574 | | 322837 | 36.04 | | 111701 | 110701 | 14091225 | |
| 322788 | 702.06 | | 112001 | 110701 | 15324220 | | 322838 | 16,918.68 | | 112001 | 110701 | 16479007 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED; NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED
    (MEMO ONLY; NOT ADDED TO TOTALS)
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | BANK NO | CLGT ACCOUNT NO | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | 1 | 2079920005761 | | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | | 004 | 11-30-01 | 22 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322839 | 79.63 | | 111501 | 110701 | 13030237 | | 322890 | 4,763.75 | | 111501 | 110701 | 12024002 | |
| 322840 | 958.56 | | 111901 | 110701 | 14463390 | | 322891 | 63.38 | | 111901 | 110701 | 12559522 | |
| 322841 | 926.80 | | 111501 | 110701 | 12024139 | | 322892 | 7,297.66 | | 112101 | 110701 | 16788100 | |
| 322842 | 26,363.50 | | 111901 | 110701 | 14456860 | | 322893 | 4,622.96 | | 112001 | 110701 | 12661886 | |
| 322843 | 351.00 | | 111901 | 110701 | 12517043 | | 322894 | 1,085.00 | | 112301 | 110701 | 11864326 | |
| 322844 | 1,739.16 | | 111901 | 110701 | 18050637 | | 322895 | 5,410.08 | | 111601 | 110701 | 12190669 | |
| 322845 | 1,229.70 | | 111901 | 110701 | 12662413 | | 322896 | 633.81 | | 111601 | 110701 | 12199599 | |
| 322846 | 189.81 | | 111901 | 110701 | 14759280 | | 322897 | 7,887.00 | | 112001 | 110701 | 12661932 | |
| 322847 | 439.40 | | 112101 | 110701 | 15550362 | | 322898 | 431.42 | | 111501 | 110701 | 12024666 | |
| 322848 | 48.40 | | 112101 | 110701 | 17101568 | | 322899 | 955.52 | | 111501 | 110701 | 12536520 | |
| 322849 | 159.00 | | 112101 | 110701 | 15934876 | | 322900 | 900.00 | | 112101 | 110701 | 16727448 | |
| 322850 | 1,083.11 | | 112101 | 110701 | 16732345 | | 322901 | 7,284.66 | | 111901 | 110701 | 12508574 | |
| 322851 | 690.00 | | 112101 | 110701 | 18024007 | | 322902 | 36.00 | | 112101 | 110701 | 15928842 | |
| 322852 | 6,830.33 | | 112101 | 110701 | 16792306 | | 322903 | 2,412.00 | | 112001 | 110701 | 15323013 | |
| 322853 | 21,165.55 | | 111501 | 110701 | 12042314 | | 322904 | 586.67 | | 112601 | 110701 | 14308846 | |
| 322854 | 2,600.00 | | 111901 | 110701 | 14486043 | | 322905 | 224.86 | | 111901 | 110701 | 12519376 | |
| 322855 | 5,040.00 | | 112101 | 110701 | 12889345 | | 322906 | 1,230.50 | | 112001 | 110701 | 16404261 | |
| 322856 | 2,532.09 | | 111601 | 110701 | 12229739 | | 322907 | 1,344.20 | | 111901 | 110701 | 14435583 | |
| 322857 | | 114.83 | | 110701 | | | 322908 | 8,187.00 | | 111901 | 110701 | 18050523 | |
| 322858 | 652.38 | | 111501 | 110701 | 12042348 | | 322909 | 1,300.00 | | 112601 | 110701 | 13708674 | |
| 322859 | 4,089.86 | | 111901 | 110701 | 18050622 | | 322910 | 836.32 | | 112301 | 110701 | 14133509 | |
| 322860 | 8,726.00 | | 112101 | 110701 | 12523007 | | 322911 | 2,868.26 | | 111901 | 110701 | 18033719 | |
| 322861 | 38.88 | | 112101 | 110701 | 12555719 | | 322912 | 2,079.00 | | 112101 | 110701 | 18033719 | |
| 322862 | | 189.39 | | 110701 | | | 322913 | 748.00 | | 111901 | 110701 | 15563697 | |
| 322863 | 4,750.00 | | 111901 | 110701 | 18045818 | | 322914 | 4,727.80 | | 111901 | 110701 | 14470358 | |
| 322864 | 4,893.11 | | 112101 | 110701 | 16736354 | | 322915 | 3,998.32 | | 111301 | 110701 | 14932738 | |
| 322865 | 1,083.45 | | 111901 | 110701 | 15934285 | | 322916 | 42.00 | | 111901 | 110701 | 12499736 | |
| 322866 | 1,887.50 | | 111901 | 110701 | 12505401 | | 322917 | 197.40 | | 112301 | 110701 | 17150723 | |
| 322867 | 5,890.00 | | 111901 | 110701 | 15974032 | | 322918 | 773.12 | | 113001 | 110701 | 17054644 | |
| 322868 | 3,084.40 | | 112001 | 110701 | 16405085 | | 322919 | 1,038.00 | | 112301 | 110701 | 14126874 | |
| 322869 | 1,196.15 | | 112801 | 110701 | 17761028 | | 322920 | 2,700.92 | | 111601 | 110701 | 14322718 | |
| 322870 | 33,124.87 | | 111901 | 110701 | 14324358 | | 322921 | 1,278.00 | | 112701 | 110701 | 12506525 | |
| 322871 | 5,687.00 | | 111901 | 110701 | 18045132 | | 322922 | 356.05 | | 112301 | 110701 | 14122736 | |
| 322872 | 4,598.00 | | 112101 | 110701 | 12652635 | | 322923 | 62.96 | | 111601 | 110701 | 18535636 | |
| 322873 | 104.00 | | 111901 | 110701 | 16393901 | | 322924 | 391.01 | | 111601 | 110701 | 12041748 | |
| 322874 | 62,842.50 | | 112001 | 110701 | 15934643 | | 322925 | 4,752.00 | | 112301 | 110701 | 17122444 | |
| 322875 | 536.86 | | 111501 | 110701 | 12661707 | | 322926 | 818.70 | | 112301 | 110701 | 18339670 | |
| 322876 | 6,725.20 | | 111601 | 110701 | 12229737 | | 322927 | 9,283.20 | | 111901 | 110701 | 16783315 | |
| 322877 | 4,240.00 | | 111901 | 110701 | 12493818 | | 322928 | 67.20 | | 112301 | 110701 | 17629959 | |
| 322878 | 85.00 | | 111901 | 110701 | 18050629 | | 322929 | 722.72 | | 112101 | 110701 | 17429486 | |
| 322879 | 11,890.20 | | 112001 | 110701 | 15274268 | | 322930 | 703.21 | | 111501 | 110701 | 12900285 | |
| 322880 | 297.50 | | 112001 | 110701 | 12658391 | | 322931 | 462.56 | | 111301 | 110701 | 12250525 | |
| 322881 | 1,586.15 | | 111901 | 110701 | 16398901 | | 322933 | | 43.77 | | 110701 | | |
| 322882 | 381.51 | | 111601 | 110701 | 12190634 | | 322934 | | 131.81 | | 110701 | | |
| 322883 | 332.20 | | 111201 | 110701 | 12045432 | | 322935 | 138.88 | | 112001 | 110701 | 15827719 | |
| 322884 | 234.67 | | 111601 | 110701 | 12190634 | | 322936 | 26.80 | | 112101 | 110701 | 12896652 | |
| 322885 | 384.00 | | 111901 | 110701 | 12189305 | | 322937 | 156.48 | | 111901 | 110701 | 16731435 | |
| 322886 | 7,238.96 | | 111901 | 110701 | 12045432 | | 322938 | 16.03 | | 111601 | 110701 | 17427523 | |
| 322887 | 13,730.00 | | 111901 | 110701 | 12529529 | | 322939 | 486.88 | | 112001 | 110701 | 16748533 | |

TYPE OF REPORT
UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID AND OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L336 02/

# ACCOUNT RECONCILIATION PLAN

**TYPE OF REPORT:** CONSOLIDATED
**BANK NO:** 1
**CUST ACCOUNT NO:** 207992000576I
**CUSTOMER NAME:** W R GRACE CO-CONN / ATTN: MARY BOUCHARD
**004**
**DATE:** 11-30-01
**PAGE:** 23

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322940 | 172.55 | | 111901 | 110701 | 12502162 | | 322990 | 532.43 | | 111901 | 110701 | 14465399 | |
| 322941 | 1,239.50 | | 111901 | 110701 | 12546744 | | 322991 | 5,829.62 | | 111601 | 110701 | 17443272 | |
| 322942 | 4,504.50 | | 111901 | 110701 | 14485547 | | 322992 | 4,803.53 | | 112001 | 110701 | 18368433 | |
| 322943 | 1,026.94 | | 111901 | 110701 | 14465815 | | 322993 | 4,750.00 | | 112801 | 110701 | 16570842 | |
| 322944 | 373.50 | | 112301 | 110701 | 13196493 | | 322994 | 60,095.70 | | 112001 | 110701 | 16479547 | |
| 322945 | 85,642.18 | | 112601 | 110701 | 17748975 | | 322995 | | 371.00 | 111601 | 110701 | 17440257 | |
| 322946 | 56.25 | | 111901 | 110701 | 14758340 | | 322996 | 59.78 | | 112001 | 110701 | 18417363 | |
| 322947 | 421.80 | | 112901 | 110701 | 19454689 | | 322997 | | 6,290.00 | 111901 | 110701 | 12592741 | |
| 322948 | 610.53 | | 112901 | 110701 | 11946583 | | 322998 | 321.77 | | 111901 | 110701 | 15924757 | |
| 322949 | 336.00 | | 113001 | 110701 | 15626656 | | 322999 | 1,014.96 | | | 110701 | | |
| 322950 | 3,414.00 | | 111601 | 110701 | 12229089 | | 323000 | | 48.48 | | 110701 | | |
| 322951 | 3,540.00 | | 112001 | 110701 | 16470247 | | 323001 | 27.75 | | 112101 | 110701 | 12924222 | |
| 322952 | 240.00 | | 112901 | 110701 | 15337853 | | 323002 | 639.85 | | 111901 | 110701 | 10117186 | |
| 322953 | 9.43 | | 112301 | 110701 | 17744478 | | 323003 | 410.61 | | 111601 | 110701 | 12182993 | |
| 322954 | 178.61 | | 112301 | 110701 | 14125173 | | 323004 | 6,500.00 | | 111901 | 110701 | 14704641 | |
| 322955 | 271.00 | | 112301 | 110701 | 16725844 | | 323005 | 74.39 | | 111901 | 110701 | 18050028 | |
| 322956 | 203.38 | | 112101 | 110701 | 12500531 | | 323006 | 7,304.00 | | 111901 | 110701 | 18007376 | |
| 322957 | | 661.50 | | 110701 | | | 323007 | 5,448.80 | | 112101 | 110701 | 18515813 | |
| 322958 | 497.98 | | 112101 | 110701 | 16787246 | | 323008 | 69.84 | | 111901 | 110701 | 15934164 | |
| 322959 | 800.57 | | 112101 | 110701 | 12889063 | | 323009 | 268.71 | | 111901 | 110701 | 14709543 | |
| 322960 | 655.85 | | 112101 | 110701 | 17093662 | | 323010 | | 8,190.00 | | 110701 | | |
| 322961 | 456.48 | | 111601 | 110701 | 12229490 | | 323011 | 209.10 | | 111901 | 110701 | 12164670 | |
| 322962 | 1,853.25 | | 111901 | 110701 | 12514879 | | 323012 | 287.54 | | 112301 | 110701 | 18642892 | |
| 322963 | 56.76 | | 111901 | 110701 | 18036750 | | 323013 | 87.57 | | 112001 | 110701 | 15315226 | |
| 322964 | 6.79 | | 112901 | 110701 | 16914431 | | 323014 | 595.00 | | 111901 | 110701 | 15973845 | |
| 322965 | 29.02 | | 112101 | 110701 | 17099932 | | 323015 | | 749.57 | | 110701 | | |
| 322966 | 206.80 | | 112101 | 110701 | 15559843 | | 323016 | 480.74 | | 111901 | 110701 | 18417658 | |
| 322967 | 3,480.00 | | 111901 | 110701 | 12512447 | | 323017 | 46,470.23 | | 112001 | 110701 | 16478240 | |
| 322968 | 782.71 | | 112101 | 110701 | 15557135 | | 323018 | 39.65 | | 112601 | 110701 | 16125784 | |
| 322969 | 58.60 | | 112301 | 110701 | 14751237 | | 323019 | 5,788.12 | | 112101 | 110701 | 12911477 | |
| 322970 | 1,380.00 | | 112601 | 110701 | 16162124 | | 323020 | 3,522.65 | | 111901 | 110701 | 17440242 | |
| 322971 | 11,871.79 | | 111901 | 110701 | 14444337 | | 323021 | 63.20 | | 111901 | 110701 | 12508384 | |
| 322972 | 216.87 | | 112101 | 110701 | 18049956 | | 323022 | 1,105.00 | | 111901 | | | |
| 322973 | 4,152.31 | | 111901 | 110701 | 17587890 | | 323023 | 2,625.00 | | 112301 | 110701 | 14114968 | |
| 322974 | 615.81 | | 111901 | 110701 | 12523633 | | 323024 | 303.30 | | 112101 | 110701 | 14471146 | |
| 322975 | 6,386.14 | | 112301 | 110701 | 14092404 | | 323025 | 1,050.74 | | 112901 | 110701 | 18643523 | |
| 322976 | 69.75 | | 112001 | 110701 | 11960743 | | 323026 | 26.00 | | 111901 | 110701 | 11945894 | |
| 322977 | 382.17 | | 111901 | 110701 | 15824697 | | 323027 | 99.77 | | 112301 | 110701 | 14085867 | |
| 322978 | 939.20 | | | | | | 323028 | 148.40 | | 111901 | 110701 | 14490677 | |
| 322979 | 19.03 | | 112101 | 110701 | 17066876 | | 323029 | 229.76 | | 112101 | 110701 | 16720802 | |
| 322980 | 365.00 | | 112301 | 110701 | 18664714 | | 323030 | 151.48 | | 112901 | 110701 | 15312286 | |
| 322981 | 68.94 | | 112301 | 110701 | 18634852 | | 323031 | | 175.00 | | 110701 | | |
| 322982 | 4,838.78 | | 111901 | 110701 | 18033617 | | 323032 | 2,107.90 | | 112001 | 110701 | 16467704 | |
| 322983 | 8,600.00 | | 111601 | 110701 | 12183027 | | 323033 | 32.50 | | 111901 | 110701 | 14704622 | |
| 322984 | 1,360.00 | | 112901 | 110701 | 16907767 | | 323034 | 833.00 | | 111901 | 110701 | 18019606 | |
| 322985 | 2,550.00 | | 111901 | 110701 | 12509421 | | 323035 | 830.00 | | 112601 | 110701 | 16162507 | |
| 322986 | 61.62 | | 111901 | 110701 | 15833442 | | 323036 | 187.00 | | 112701 | 110701 | 17625577 | |
| 322987 | 6,700.00 | | | 110701 | | | 323037 | 1,191.78 | | 112101 | 110701 | 15576490 | |
| 322988 | 441.00 | | 112701 | 110701 | 17584657 | | 323038 | 97.13 | | 111901 | 110701 | 14760155 | |
| 322989 | 558.28 | | 111901 | 110701 | 14489538 | | 323039 | 79.05 | | 112101 | 110701 | 12920784 | |

**TYPE OF REPORT**
- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

**EXPLANATION OF CODES**
1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY; NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM (DUPLICATE OR NO SERIAL #).
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT: CONSOLIDATED | BANK NO: 1 | CUST ACCOUNT NO: 207992000576 | CUSTOMER NAME: W R GRACE CO-CONN ATTN: MARY BOUCHARD | | 004 | DATE: 11-30-01 | PAGE: 24 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 323041 | 8,634.82 | | 111901 | 110701 | 18045839 | | 323091 | 3,920.80 | | 111901 | 110701 | 18022386 | |
| 323042 | 25.79 | | 111601 | 110701 | 14379891 | | 323092 | 366.80 | | 112001 | 110701 | 15316633 | |
| 323043 | 990.15 | | 111901 | 110701 | 15824721 | | 323093 | 128.00 | | 112101 | 110701 | 16740142 | |
| 323044 | 613.00 | | 112101 | 110701 | 12891617 | | 323094 | 3,806.02 | | 112001 | 110701 | 15325877 | |
| 323045 | 14,842.72 | | 112001 | 110701 | 16480139 | | 323095 | 2,637.98 | | 112101 | 110701 | 17089989 | |
| 323046 | 2,085.66 | | 111501 | 110701 | 17210348 | | 323096 | 597.85 | | 112901 | 110701 | 15318111 | |
| 323047 | 18,496.92 | | 110901 | 110701 | 13273129 | | 323097 | 11,670.57 | | 112001 | 110701 | 12641180 | |
| 323048 | 11,904.84 | | 111901 | 110701 | 18048356 | | 323098 | 2,213.27 | | 111901 | 110701 | 15815619 | |
| 323049 | 898.53 | | 111901 | 110701 | 18664276 | | 323099 | 25,553.78 | | 111901 | 110701 | 15934649 | |
| 323050 | 1,572.88 | | 112301 | 110701 | 17232623 | | 323100 | 22,377.20 | | 111901 | 110701 | 15936081 | |
| 323051 | 129.85 | | 112101 | 110701 | 12885264 | | 323101 | 16,125.33 | | 112301 | 110701 | 17454355 | |
| 323052 | 209.44 | | 111901 | 110701 | 14764151 | | 323102 | 273.34 | | 112001 | 110701 | 16410767 | |
| 323053 | 1,600.00 | | 112601 | 110701 | 16162984 | | 323103 | 278.81 | | 111901 | 110701 | 12636344 | |
| 323054 | 51.91 | | 111901 | 110701 | 12592744 | | 323104 | 95.00 | | 111901 | 110701 | 14484598 | |
| 323055 | 18.00 | | 112301 | 110701 | 15858480 | | 323105 | 5,087.92 | | 111501 | 110701 | 12042259 | |
| 323056 | 131.40 | | 112001 | 110701 | 18337660 | | 323106 | 1,528.91 | | 112101 | 110701 | 12889307 | |
| 323057 | 2,034.64 | | 112601 | 110701 | 10104181 | | 323107 | 645.83 | | 111601 | 110701 | 17430059 | |
| 323058 | 136.50 | | 111601 | 110701 | 17429185 | | 323108 | 6,916.00 | | 112001 | 110701 | 16402338 | |
| 323059 | 858.27 | | 112101 | 110701 | 15568044 | | 323109 | 787.50 | | 112001 | 110701 | 12659860 | |
| 323060 | 9,136.68 | | 112001 | 110701 | 19653 16 | | 323110 | 591.62 | | 112001 | 110701 | 18339986 | |
| 323061 | 2,156.27 | | 112101 | 110701 | 16783340 | | 323111 | 4,807.00 | | 112001 | 110701 | 16404224 | |
| 323062 | | 1,874.00 | | 110701 | | | 323112 | 536.73 | | 112701 | 110701 | 17591389 | |
| 323063 | 20,292.00 | | 112101 | 110701 | 15549556 | | 323113 | 353.58 | | 111901 | 110701 | 12155917 | |
| 323064 | 2,056.45 | | 111601 | 110701 | 12228609 | | 323114 | 150.00 | | 112601 | 110701 | 18638601 | |
| 323065 | 510.00 | | 112001 | 110701 | 16478848 | | 323115 | | 127.17 | | 110701 | | |
| 323066 | 3,290.90 | | 112001 | 110701 | 18412478 | | 323116 | 31.39 | | 111901 | 110701 | 15835434 | |
| 323067 | 88.50 | | 111601 | 110701 | 12179876 | | 323117 | 3,612.50 | | 111901 | 110701 | 12525295 | |
| 323068 | 1,499.01 | | 112001 | 110701 | 18339180 | | 323118 | 112.96 | | 112101 | 110701 | 18525446 | |
| 323069 | 267.80 | | 111901 | 110701 | 14756499 | | 323119 | 250.00 | | 112101 | 110701 | 16251437 | |
| 323070 | 312.48 | | 111901 | 110701 | 14757791 | | 323120 | 363.39 | | 112001 | 110701 | 16402228 | |
| 323071 | 452.81 | | 112301 | 110701 | 14085281 | | 323121 | 610.00 | | 112301 | 110701 | 13219033 | |
| 323072 | | 907.25 | | 110701 | | | 323122 | 21.34 | | 112601 | 110701 | 14458385 | |
| 323073 | 58.32 | | 112601 | 110701 | 16020621 | | 323123 | 163.25 | | 111901 | 110701 | 19457658 | |
| 323074 | 4,548.01 | | 113001 | 110701 | 14763338 | | 323124 | 648.58 | | 112001 | 110701 | 14335266 | |
| 323075 | 56.81 | | 112601 | 110701 | 16095937 | | 323125 | 300.00 | | 111601 | 110701 | 17440390 | |
| 323076 | 969.47 | | 112101 | 110701 | 17119153 | | 323126 | 2,100.00 | | 111901 | 110701 | 14454996 | |
| 323077 | 1,002.48 | | 112301 | 110701 | 17449660 | | 323127 | 7,000.00 | | 112601 | 110701 | 16140976 | |
| 323078 | 28,518.75 | | 112401 | 110701 | 17429429 | | 323128 | 370.45 | | 111901 | 110701 | 15307117 | |
| 323079 | 1,317.06 | | 111901 | 110701 | 18639290 | | 323129 | 20.00 | | 111901 | 110701 | 17474123 | |
| 323080 | 628.62 | | 112301 | 110701 | 12529475 | | 323130 | 50,322.39 | | 112601 | 110701 | 12644262 | |
| 323081 | 150.84 | | 111401 | 110701 | 15416467 | | 323131 | 44,704.37 | | 112301 | 110701 | 15973492 | |
| 323082 | 57,206.52 | | 111501 | 110701 | 15321001 | | 323132 | 1,545.67 | | 111901 | 110701 | 15973492 | |
| 323083 | 13,842.00 | | 113001 | 110701 | 19803372 | | 323133 | 1,650.00 | | 112701 | 110701 | 16375882 | |
| 323084 | 5,996.28 | | 112101 | 110701 | 12024003 | | 323134 | 896.85 | | 112001 | 110701 | 17152586 | |
| 323085 | 10,800.00 | | 111901 | 110701 | 12499882 | | 323135 | 6,116.60 | | 111901 | 110701 | 12531274 | |
| 323086 | 113.82 | | 111901 | 110701 | 18045410 | | 323136 | 336.72 | | 112101 | 110701 | 18535385 | |
| 323087 | 502.25 | | 111601 | 110701 | 17767279 | | 323137 | 1,257.26 | | 111601 | 110701 | 14336850 | |
| 323088 | 11,298.68 | | 112101 | 110701 | 16722951 | | 323138 | 415.96 | | 111901 | 110701 | 12531137 | |
| 323089 | 278.50 | | 112801 | 110701 | 18454100 | | 323139 | 485.30 | | 112001 | 110701 | 15315227 | |
| 323090 | 706.62 | | 112101 | 110701 | 18530789 | | 323140 | 485.30 | | 112001 | 110701 | 15315227 | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 25 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 323141 | 26,846.12 | | 111901 | 110701 | 14469445 | | 323191 | 924.75 | | 112701 | 110701 | 17584312 | |
| 323142 | 3,648.94 | | 112001 | 110701 | 11952848 | | 323192 | 2,254.44 | | 111901 | 110701 | 16393700 | |
| 323143 | 8,425.00 | | 112101 | 110701 | 16797467 | | 323193 | 2,860.94 | | 111901 | 110701 | 14700141 | |
| 323144 | 600.00 | | 111901 | 110701 | 15933178 | | 323194 | | 18.25 | | 110701 | | |
| 323145 | 31,360.00 | | 110701 | | | | 323195 | 2,824.98 | | 112801 | 110701 | 17790114 | |
| 323146 | 217.92 | | 112101 | 110701 | 15583938 | | 323196 | 713.62 | | 112101 | 110701 | 16791286 | |
| 323147 | 21.40 | | 111901 | 110701 | 15830137 | | 323197 | 311.52 | | 113001 | 110701 | 17052315 | |
| 323148 | 2,850.80 | | 111601 | 110701 | 17429931 | | 323198 | 66.29 | | 112301 | 110701 | 15854781 | |
| 323149 | 776.00 | | 112101 | 110701 | 18524592 | | 323199 | 138.85 | | | 110701 | | |
| 323150 | 700.00 | | 112601 | 110701 | 16150553 | | 323200 | 76.52 | | 112101 | 110701 | 18492350 | |
| 323151 | 556.21 | | 112001 | 110701 | 12662025 | | 323201 | 2,472.65 | | 112001 | 110701 | 15319810 | |
| 323152 | 566.50 | | 111901 | 110701 | 14465307 | | 323202 | 150.18 | | 111901 | 110701 | 15934176 | |
| 323153 | 412.02 | | 112601 | 110701 | 13706638 | | 323203 | 27,516.25 | | 111901 | 110701 | 18014924 | |
| 323154 | 3,885.00 | | 111901 | 110701 | 18037951 | | 323204 | 37,441.51 | | 111901 | 110701 | 18641529 | |
| 323155 | 993.28 | | 112101 | 110701 | 16705686 | | 323205 | 175.56 | | 112301 | 110701 | 14081551 | |
| 323156 | 466.36 | | 111901 | 110701 | 12170269 | | 323206 | 224.88 | | 112301 | 110701 | 16404345 | |
| 323157 | 180.88 | | 111901 | 110701 | 12498236 | | 323207 | 20,910.00 | | 112001 | 110701 | 12919443 | |
| 323158 | 15,516.00 | | 112901 | 110701 | 13560012 | | 323208 | 56.70 | | 112101 | 110701 | 14458474 | |
| 323159 | 4,461.32 | | 111901 | 110701 | 18031434 | | 323209 | 874.27 | | 111901 | 110701 | 12182908 | |
| 323160 | 25.95 | | 111901 | 110701 | 12494178 | | 323210 | 657.85 | | 111601 | 110701 | 15939544 | |
| 323161 | 454.00 | | 111901 | 110701 | 12169479 | | 323211 | 179.57 | | 111901 | 110701 | 16473847 | |
| 323162 | 166.42 | | 111901 | 110701 | 15829054 | | 323212 | 2,768.39 | | 111601 | 110701 | 14324092 | |
| 323163 | 300.00 | | 111901 | 110701 | 15974195 | | 323213 | 344.53 | | 111901 | 110701 | 14702253 | |
| 323164 | 4,211.00 | | 111601 | 110701 | 14334874 | | 323214 | 294.50 | | 111901 | 110701 | 12523627 | |
| 323165 | 519.11 | | 111601 | 110701 | 17430069 | | 323215 | 840.00 | | | 110701 | | |
| 323166 | 1,287.72 | | | 110701 | | | 323216 | 1,097.35 | | 111901 | 110701 | 18045790 | |
| 323167 | 1,315.91 | | 111901 | 110701 | 12500139 | | 323217 | 6,780.67 | | 111601 | 110701 | 14324359 | |
| 323168 | 12,538.39 | | 111901 | 110701 | 18045845 | | 323218 | 10,346.67 | | 112001 | 110701 | 16473847 | |
| 323169 | 12,500.00 | | | 110701 | | | 323219 | 6,630.00 | | 111401 | 110701 | 11765493 | |
| 323170 | 1,750.00 | | 112101 | 110701 | 12891354 | | 323220 | 649.45 | | 112301 | 110701 | 14082782 | |
| 323171 | 239.09 | | 111901 | 110701 | 14697310 | | 323221 | 1,993.40 | | 112001 | 110701 | 12631912 | |
| 323172 | 383.66 | | 112801 | 110701 | 18370095 | | 323222 | 11,390.00 | | 111901 | 110701 | 12537346 | |
| 323173 | 130.05 | | | 110701 | | | 323223 | 1,712.15 | | 111601 | 110701 | 12236220 | |
| 323174 | 5,241.61 | | 111601 | 110701 | 14380467 | | 323224 | 12.30 | | 111901 | 110701 | 18412103 | |
| 323175 | 2,282.25 | | 112101 | 110701 | 17143804 | | 323225 | 320.00 | | 112101 | 110701 | 16732491 | |
| 323176 | 171.48 | | 112301 | 110701 | 15848468 | | 323226 | 2,350.00 | | 112801 | 110701 | 17731941 | |
| 323177 | 125.42 | | | 110701 | | | 323227 | 5,515.42 | | 111401 | 110701 | 18003512 | |
| 323178 | 1,349.04 | | 111901 | 110701 | | | 323228 | 5,842.73 | | 112301 | 110701 | 12537346 | |
| 323179 | 2,497.39 | | | 110701 | | | 323229 | 435.14 | | 111901 | 110701 | 15808330 | |
| 323180 | 331.33 | | 112001 | 110701 | 12659452 | | 323230 | 86.61 | | 111901 | 110701 | 14472160 | |
| 323181 | 313.58 | | 112001 | 110701 | 12653684 | | 323231 | 4,493.74 | | 112601 | 110701 | 14490594 | |
| 323182 | 1,428.42 | | 112801 | 110701 | 17787305 | | 323232 | 79,260.29 | | 111901 | 110701 | 13697054 | |
| 323183 | 877.16 | | 112101 | 110701 | 12913706 | | 323233 | 1,889.02 | | 111901 | 110701 | 15811052 | |
| 323184 | 70.54 | | 112701 | 110701 | 19109093 | | 323234 | 23,230.00 | | 113001 | 110701 | 15616689 | |
| 323185 | 47.91 | | | 110701 | | | 323235 | 3,104.94 | | 112101 | 110701 | 16705058 | |
| 323186 | 84.00 | | | 110701 | | | 323236 | 1,145.03 | | 111901 | 110701 | 12523730 | |
| 323187 | 283.41 | | 112301 | 110701 | 14106398 | | 323237 | 245.00 | | 112301 | 110701 | 12525960 | |
| 323188 | 305.06 | | 112301 | 110701 | 14108309 | | 323238 | 50.00 | | 113001 | 110701 | 19782814 | |
| 323189 | 652.98 | | 112801 | 110701 | 16592993 | | 323239 | 360.00 | | 111901 | 110701 | 14449061 | |
| 323190 | 30.00 | | 112301 | 110701 | 13197438 | | 323240 | 350.00 | | 112601 | 110701 | 16163649 | |

EXPLANATION OF CODES

TYPE OF REPORT
UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM