# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079920005761 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | 11-30-01 | 26 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 323241 | 1,258.60 | | 112101 | 110701 | 17115092 | |
| 323242 | 200.00 | | 112601 | 110701 | 17469610 | |
| 323243 | 17,942.00 | | 112001 | 110701 | 16473523 | |
| 323244 | 24,000.00 | | 111901 | 110701 | 14456527 | |
| 323245 | 4,126.49 | | 112301 | 110701 | 17136792 | |
| 323246 | 150.00 | | 112101 | 110701 | 12926956 | |
| 323247 | | 385.24 | | 110701 | | |
| 323248 | 438.55 | | 112101 | 110701 | 16707218 | |
| 323249 | 1,799.48 | | 111601 | 110701 | 12236097 | |
| 323250 | 237.24 | | 111901 | 110701 | 14443284 | |
| 323251 | 854.25 | | 111901 | 110701 | 18020103 | |
| 323252 | 5,111.00 | | 111901 | 110701 | 15803875 | |
| 323253 | 165.00 | | 112001 | 110701 | 16377219 | |
| 323254 | | 2,160.13 | | 110701 | | |
| 323255 | 914.70 | | 111901 | 110701 | 15930797 | |
| 323256 | 2,438.57 | | 111601 | 110701 | 17440231 | |
| 323257 | 220.44 | | 112301 | 110701 | 18667080 | |
| 323258 | 363.00 | | 111901 | 110701 | 18018340 | |
| 323259 | 2,050.00 | | 111901 | 110701 | 18042000 | |
| 323260 | 1,721.04 | | 111901 | 110701 | 14759020 | |
| 323261 | 463.22 | | 112001 | 110701 | 16389253 | |
| 323262 | 403.50 | | 111901 | 110701 | 12520151 | |
| 323263 | 1,319.00 | | 111901 | 110701 | 15803056 | |
| 323264 | 392.00 | | 112001 | 110701 | 16398210 | |
| 323265 | 22.00 | | 111901 | 110701 | 14451015 | |
| 323266 | 590.00 | | 111601 | 110701 | 12228684 | |
| 323267 | | 81.17 | | 110701 | | |
| 323268 | 1,674.30 | | 111601 | 110701 | 12229715 | |
| 323269 | 199.34 | | 112101 | 110701 | 12890355 | |
| 323270 | 1,982.50 | | 111901 | 110701 | 12497467 | |
| 323271 | 31,044.00 | | 111901 | 110701 | 15934650 | |
| 323272 | 466.25 | | 112101 | 110701 | 16736840 | |
| 323273 | | 423.00 | | 110701 | | |
| 323274 | 306.92 | | 111901 | 110701 | 15834536 | |
| 323275 | 130.20 | | 112101 | 110701 | 12927486 | |
| 323276 | 375.00 | | 112101 | 110701 | 18519473 | |
| 323277 | 31,440.25 | | 112001 | 110701 | 16722792 | |
| 323278 | 65.00 | | 112101 | 110701 | 12189535 | |
| 323279 | 541.36 | | 112101 | 110701 | 15579945 | |
| 323280 | 16,632.00 | | 112301 | 110701 | 17128750 | |
| 323281 | 6,276.70 | | 112101 | 110701 | 18542778 | |
| 323282 | 2,244.40 | | 112801 | 110701 | 17732713 | |
| 323283 | 28,008.50 | | 111501 | 110701 | 17207247 | |
| 323284 | 2,567.39 | | 111901 | 110701 | 12512010 | |
| 323285 | 2,389.65 | | 111901 | 110701 | 12535500 | |
| 323286 | 250.00 | | 111901 | 110701 | 14756771 | |
| 323287 | 880.88 | | 112101 | 110701 | 12919222 | |
| 323288 | 106.24 | | 112101 | 110701 | 12913768 | |
| 323289 | 74.82 | | 112001 | 110701 | 12637495 | |
| 323290 | 6,333.33 | | 112001 | 110701 | 15308833 | |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 323291 | 210.94 | | 112101 | 110701 | 16737874 | |
| 323292 | 1,018.46 | | 112301 | 110701 | 14148036 | |
| 323293 | 13.83 | | 112901 | 110701 | 15313006 | |
| 323294 | | 6,866.77 | | 110701 | | |
| 323295 | 28,761.60 | | 111901 | 110701 | 12537245 | |
| 323296 | 3,581.50 | | 112601 | 110701 | 16066615 | |
| 323297 | 230.32 | | 111901 | 110701 | 12554501 | |
| 323298 | 28.63 | | 111901 | 110701 | 18044649 | |
| 323299 | 2,411.52 | | 111901 | 110701 | 12503438 | |
| 323300 | 2,168.00 | | 112101 | 110701 | 16789180 | |
| 323301 | 5,280.00 | | 112001 | 110701 | 18417769 | |
| 323302 | 975.00 | | 111901 | 110701 | 14709262 | |
| 323303 | 81.84 | | 113001 | 110701 | 12027629 | |
| 323304 | 130.00 | | 112101 | 110701 | 18525489 | |
| 323305 | 34,213.25 | | 111301 | 110701 | 13196672 | |
| 323306 | 12,660.00 | | 112001 | 110701 | 16479570 | |
| 323307 | 242.51 | | 112601 | 110701 | 16090496 | |
| 323308 | 9,330.64 | | 111901 | 110701 | 12513834 | |
| 323309 | 899.30 | | 111601 | 110701 | 12165610 | |
| 323310 | 2,290.00 | | 112001 | 110701 | 16473946 | |
| 323311 | 4,160.00 | | 112001 | 110701 | 12652119 | |
| 323312 | 4,351.00 | | 112001 | 110701 | 16633205 | |
| 323313 | 5,067.82 | | 111901 | 110701 | 15815881 | |
| 323314 | 1,548.33 | | 112001 | 110701 | 12661263 | |
| 323315 | 9.98 | | 112001 | 110701 | 16476585 | |
| 323316 | 811.66 | | 111901 | 110701 | 14759114 | |
| 323317 | | 125.55 | | 110701 | | |
| 323318 | 37.95 | | 112301 | 110701 | 17135798 | |
| 323319 | 1,865.75 | | 112001 | 110701 | 18418365 | |
| 323320 | 125.00 | | 112001 | 110701 | 16688313 | |
| 323321 | 60.42 | | 112101 | 110701 | 12917220 | |
| 323322 | 129.00 | | 112701 | 110701 | 14139360 | |
| 323323 | 204.05 | | 112001 | 110701 | 16723330 | |
| 323324 | 1,186.00 | | 111901 | 110701 | 15833316 | |
| 323325 | 736.00 | | 112701 | 110701 | 19111717 | |
| 323326 | | 1,935.60 | | 110701 | | |
| 323327 | 618.46 | | 112001 | 110701 | 16374726 | |
| 323328 | 1,675.00 | | 111601 | 110701 | 17429239 | |
| 323329 | 25.16 | | 111901 | 110701 | 15806940 | |
| 323330 | 55.51 | | 112601 | 110701 | 16139425 | |
| 323331 | | 178.22 | | 110701 | | |
| 323332 | 1,000.00 | | 112601 | 110701 | 16109185 | |
| 323333 | 7,031.00 | | 111901 | 110701 | 14455739 | |
| 323334 | 50.00 | | 111901 | 110701 | 12493289 | |
| 323335 | 3,164.74 | | 112001 | 110701 | 16689665 | |
| 323336 | 120.00 | | 112001 | 110701 | 12661362 | |
| 323337 | 1,757.90 | | 112101 | 110701 | 16716288 | |
| 323338 | 181.00 | | 112801 | 110701 | 17767815 | |
| 323339 | 2,600.00 | | 111901 | 110701 | 16392401 | |
| 323340 | 482.67 | | 112301 | 110701 | 18646756 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD. NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY. NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079920005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 27 |

| C | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|
| | 323341 | 3,052.60 | | 111901 | 110701 | 14758000 | |
| | 323342 | 1,260.00 | | 111901 | 110701 | 12523737 | |
| | 323343 | 2,700.00 | | 111901 | 110701 | 14442938 | |
| | 323344 | 14,175.39 | | 111501 | 110701 | 12042304 | |
| | 323345 | 2,151.34 | | 112001 | 110701 | 16471068 | |
| | 323346 | 5,519.80 | | 112001 | 110701 | 16475633 | |
| | 323347 | | 655.50 | | 110701 | | |
| | 323348 | 121.44 | | 111901 | 110701 | 12517068 | |
| | 323349 | 1,127.00 | | 112001 | 110701 | 18369296 | |
| | 323350 | 119.00 | | 111901 | 110701 | 12523647 | |
| | 323351 | 137.20 | | 112301 | 110701 | 13199741 | |
| | 323352 | 423.22 | | 111901 | 110701 | 14460434 | |
| | 323353 | 1,018.08 | | 111901 | 110701 | 15828481 | |
| | 323354 | 3,793.40 | | 112001 | 110701 | 16401436 | |
| | 323355 | 677.77 | | 111901 | 110701 | 16400904 | |
| | 323356 | 3,637.15 | | 111901 | 110701 | 14709010 | |
| | 323357 | 68,447.00 | | 112301 | 110701 | 18635238 | |
| | 323359 | 20.00 | | 111601 | 110701 | 14318838 | |
| 2 | 323360 | | 818.70 | 111001 | 110701 | | |
| 2 | 323361 | | 1,348.93 | 111001 | 110701 | | |
| | 323362 | | 8,051.00 | | 110701 | | |
| | 323363 | | 15,904.00 | | 110701 | | |
| | 323364 | | 2,038.00 | | 110701 | | |
| | 323365 | | 4,341.00 | | 110701 | | |
| | 323366 | 310,909.03 | | 111401 | 110701 | 13901922 | |
| | 323367 | 2,500.00 | | 111901 | 110701 | 14452002 | |
| | 323368 | 2,616.75 | | 112001 | 110701 | 12653671 | |
| | 323369 | 2,075.00 | | 112301 | 110701 | 15841347 | |
| | 323370 | | 9,132.00 | | 110701 | | |
| | 323371 | 318.18 | | 112101 | 110701 | 12892190 | |
| | 323373 | 16,245.52 | | 112001 | 110701 | 15326296 | |
| | 323374 | 409.90 | | 111601 | 110701 | 12169013 | |
| | 323375 | 5,000.00 | | 112601 | 110701 | 16162925 | |
| | 323376 | 400.00 | | 112301 | 110701 | 18644037 | |
| | 323377 | | 126.54 | | 110701 | | |
| | 323378 | | 42.00 | | 110701 | | |
| | 323379 | | 135.00 | | 110701 | | |
| | 323380 | | 216.16 | | 110701 | | |
| | 323381 | 3,182.64 | | 111901 | 110701 | 12499735 | |
| | 323382 | | 99.90 | | 110701 | | |
| | 323383 | | 66.95 | | 110701 | | |
| | 323384 | | 236.90 | | 110701 | | |
| | 323385 | | 35.65 | | 110701 | | |
| | 323386 | | 30.90 | | 110701 | | |
| | 323387 | | 117.18 | | 110701 | | |
| | 323388 | | 87.55 | | 110701 | | |
| | 323389 | | 61.80 | | 110701 | | |
| | 323390 | | 71.04 | | 110701 | | |
| | 323391 | | 240.12 | | 110701 | | |
| | 323392 | | 41.20 | | 110701 | | |

| C | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|
| | 323393 | | 69.23 | | 110701 | | |
| | 323394 | 3,720.00 | | 112701 | 110701 | 14137919 | |
| | 323395 | 205.00 | | 111901 | 110701 | 15928184 | |
| | 323396 | 309.00 | | 111501 | 110701 | 17131422 | |
| | 323397 | | 277.14 | | 110701 | | |
| | 323398 | | 91.25 | | 110701 | | |
| | 323399 | | 459.85 | | 110701 | | |
| | 323400 | 490.64 | | 111601 | 110701 | 12171277 | |
| | 323401 | | 132.00 | | 110701 | | |
| | 323402 | | 86.77 | | 110701 | | |
| | 323403 | 2,010.00 | | 111301 | 110701 | 16936603 | |
| | 323404 | | 31.25 | | 110701 | | |
| | 323405 | | 40.00 | | 110701 | | |
| | 323406 | 4,317.44 | | 111901 | 110701 | 12535778 | |
| | 323407 | 48,000.00 | | 110901 | 110701 | 12819448 | |
| | 323408 | | 123.60 | | 110701 | | |
| | 323409 | | 2,858.21 | | 110701 | | |
| | 323410 | | 119.77 | | 110701 | | |
| | 323411 | | 48.00 | | 110701 | | |
| | 323412 | | 107.00 | | 110701 | | |
| | 323413 | | 76.05 | | 110701 | | |
| | 323414 | | 160.00 | | 110701 | | |
| | 323415 | | 109.48 | | 110701 | | |
| | 323416 | | 50.00 | | 110701 | | |
| | 323417 | | 57.32 | | 110701 | | |
| | 323418 | | 7.20 | | 110701 | | |
| | 323419 | 202.36 | | 111601 | 110701 | 12185690 | |
| | 323420 | 1,464.75 | | 111401 | 110701 | 17013078 | |
| | 323421 | | 103.45 | | 110701 | | |
| | 323422 | | 121.15 | | 110701 | | |
| | 323423 | | 117.47 | | 110701 | | |
| | 323424 | | 157.80 | | 110701 | | |
| | 323425 | | 56.25 | | 110701 | | |
| | 323426 | | 68.68 | | 110701 | | |
| | 323427 | | 41.54 | | 110701 | | |
| | 323428 | | 26.25 | | 110701 | | |
| | 323429 | 24,202.00 | | 111501 | 110701 | 12029410 | |
| | 323430 | | 95.00 | | 110701 | | |
| | 323431 | 750.00 | | 111901 | 110701 | 16399515 | |
| | 323432 | | 139.00 | | 110701 | | |
| | 323433 | | 65.00 | | 110701 | | |
| | 323434 | 2,800.00 | | 111601 | 110701 | 12232967 | |
| | 323435 | 215.00 | | 111501 | 110701 | 14110139 | |
| | 323436 | 17,927.59 | | 112601 | 110701 | 14315990 | |
| | 323438 | 1,582.37 | | 111501 | 110701 | 14090325 | |
| | 323439 | 41.07 | | 111501 | 110701 | 13028733 | |
| | 323440 | 34.39 | | 111601 | 110701 | 16004167 | |
| | 323441 | 26.18 | | 111501 | 110701 | 14099879 | |
| | 323442 | 293.08 | | 111601 | 110701 | 14327037 | |
| | 323443 | 311.32 | | 111901 | 110701 | 14755378 | |

TYPE OF REPORT

- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY. NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM,DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079920005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 28 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 323444 | 140.95 | | 111901 | 110701 | 12540699 | |
| 323446 | 11,448.85 | | 113001 | 110801 | 19803334 | |
| 323447 | 2,700.11 | | 111401 | 110801 | 13745791 | |
| 323448 | 14,278.50 | | 111301 | 110801 | 14876131 | |
| 323449 | 2,850.00 | | 111501 | 110801 | 12023630 | |
| 323450 | 3,846.25 | | 111901 | 110801 | 14755114 | |
| 323451 | 142.00 | | 112801 | 110801 | 14335378 | |
| 323452 | 766.00 | | 112001 | 110801 | 16411327 | |
| 323453 | 119.63 | | 111401 | 110801 | 17018751 | |
| 323454 | 1,348.00 | | 112101 | 110801 | 15548009 | |
| 323455 | 219.92 | | 111501 | 110801 | 14100341 | |
| 323456 | 953.00 | | 111501 | 110801 | 15793862 | |
| 323457 | 92.48 | | 111501 | 110801 | 14107146 | |
| 323458 | 150.56 | | 112801 | 110801 | 17774783 | |
| 323459 | 352.00 | | 112001 | 110801 | 16380007 | |
| 323460 | 101.61 | | 111901 | 110801 | 14457425 | |
| 323461 | 340.00 | | 112001 | 110801 | 16477068 | |
| 323462 | 1,049.79 | | 111901 | 110801 | 14477459 | |
| 323463 | 1,513.00 | | 111601 | 110801 | 17440324 | |
| 323464 | 114.00 | | 113001 | 110801 | 15518078 | |
| 323465 | 983.00 | | 111501 | 110801 | 17113441 | |
| 323466 | 1,002.00 | | 112801 | 110801 | 17757630 | |
| 323467 | 41.75 | | 112301 | 110801 | 17126455 | |
| 323468 | 186.40 | | 112001 | 110801 | 12652545 | |
| 323469 | 170.00 | | 111401 | 110801 | 17013107 | |
| 323470 | 116.00 | | 111901 | 110801 | 12537090 | |
| 323471 | 810.60 | | 111901 | 110801 | 15836721 | |
| 323472 | 60.00 | | 111401 | 110801 | 11784986 | |
| 323473 | 921.00 | | 111901 | 110801 | 14484600 | |
| 323474 | | 1,758.00 | | 110801 | | |
| 323475 | | 516.00 | | 110801 | | |
| 323476 | | 80.00 | | 110801 | | |
| 323477 | | 211.00 | | 110801 | | |
| 323478 | 2,395.00 | | 111601 | 110801 | 17429252 | |
| 323479 | 165.00 | | 111601 | 110801 | 17430914 | |
| 323480 | 1,034.00 | | 111501 | 110801 | 15846077 | |
| 323481 | 191.00 | | 112901 | 110801 | 19456913 | |
| 323482 | 1,854.00 | | 111901 | 110801 | 12519620 | |
| 323483 | 194.00 | | 111501 | 110801 | 12026852 | |
| 323484 | 168.00 | | 111901 | 110801 | 14492725 | |
| 323485 | 576.00 | | 111501 | 110801 | 17204562 | |
| 323486 | 354.01 | | 112101 | 110801 | 16732741 | |
| 323487 | | 52.00 | | 110801 | | |
| 323488 | 988.00 | | 111501 | 110801 | 12050081 | |
| 323489 | 554.32 | | 111401 | 110801 | 17028961 | |
| 323490 | 600.00 | | 111601 | 110801 | 12164762 | |
| 323491 | 202.04 | | 112101 | 110801 | 16725661 | |
| 323492 | 7,449.00 | | 111401 | 110801 | 11785724 | |
| 323493 | | 83.00 | | 110801 | | |
| 323494 | 1,606.00 | | 111501 | 110801 | 12042660 | |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 323495 | 164.79 | | 112001 | 110801 | 12656199 | |
| 323496 | 161.00 | | 112801 | 110801 | 15620658 | |
| 323497 | 331.00 | | 111501 | 110801 | 12042153 | |
| 323498 | 166.00 | | 112901 | 110801 | 19457298 | |
| 323499 | | 252.00 | | 110801 | | |
| 323500 | 112.00 | | 112601 | 110801 | 13697095 | |
| 323501 | 664.00 | | 112101 | 110801 | 12920606 | |
| 323502 | 118.60 | | 111601 | 110801 | 14349637 | |
| 323503 | | 134.00 | | 110801 | | |
| 323504 | 1,600.00 | | 112301 | 110801 | 17159439 | |
| 323505 | 323.30 | | 111601 | 110801 | 14353064 | |
| 323506 | 619.00 | | 111901 | 110801 | 12489216 | |
| 323507 | 190.00 | | 111901 | 110801 | 14484521 | |
| 323508 | 5,227.00 | | 111501 | 110801 | 14117057 | |
| 323509 | | 243.00 | | 110801 | | |
| 323510 | 1,472.00 | | 112101 | 110801 | 16723555 | |
| 323511 | 422.00 | | 111601 | 110801 | 14326505 | |
| 323512 | 1,000.00 | | 111401 | 110801 | 13902039 | |
| 323513 | 573.00 | | 112001 | 110801 | 16398091 | |
| 323514 | | 1,570.00 | | 110801 | | |
| 323515 | 41.00 | | 112601 | 110801 | 16035597 | |
| 323516 | 322.00 | | 111401 | 110801 | 15461349 | |
| 323517 | 1,661.00 | | 112601 | 110801 | 14315570 | |
| 323518 | 82.00 | | 111901 | 110801 | 12511658 | |
| 323519 | 316.00 | | 111601 | 110801 | 14324222 | |
| 323520 | 109.00 | | 112301 | 110801 | 18644593 | |
| 323521 | 290.90 | | 111901 | 110801 | 14444310 | |
| 323522 | 237.64 | | 111901 | 110801 | 12555187 | |
| 323523 | 1,584.93 | | 111401 | 110801 | 17003648 | |
| 323524 | 1,062.00 | | 111501 | 110801 | 12023828 | |
| 323526 | 818.70 | | 112601 | 110801 | 16128935 | |
| 323527 | 1,348.93 | | 112601 | 110801 | 16128934 | |
| 323529 | 216.66 | | 112001 | 110801 | 16376631 | |
| 323530 | 200.00 | | 112001 | 110801 | 16376630 | |
| 323531 | 290.00 | | 112301 | 110801 | 18634646 | |
| 323532 | 202.96 | | 111901 | 110801 | 12520601 | |
| 323533 | 162.37 | | 112001 | 110801 | 16380063 | |
| 323534 | 175.00 | | 112301 | 110801 | 17132966 | |
| 323535 | | 706.34 | | 110801 | | |
| 323536 | 440.00 | | 112301 | 110801 | 14134338 | |
| 323537 | 180.00 | | 112301 | 110801 | 17133907 | |
| 323538 | 86.67 | | 112101 | 110801 | 16736928 | |
| 323539 | 164.50 | | 112901 | 110801 | 15318753 | |
| 323540 | 200.00 | | 112301 | 110801 | 17132499 | |
| 323541 | 94.76 | | 111901 | 110801 | 12518260 | |
| 323542 | 5.00 | | 111901 | 110801 | 12518261 | |
| 323543 | 421.50 | | 113001 | 110801 | 17050919 | |
| 323544 | 92.09 | | 112301 | 110801 | 14085974 | |
| 323545 | 75.00 | | 112601 | 110801 | 16105722 | |
| 323546 | 250.00 | | 111901 | 110801 | 12518262 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD. NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED. OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD. OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY. NOT ADDED TO TOTALS.
4 = STOP PAYMENT IN EFFECT. CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT. CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM.DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079920005761 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | 11-30-01 | 29 |

| * | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|
| | 323547 | 488.25 | | 112001 | 110801 | 16377563 | |
| | 323548 | | 650.00 | | 110801 | | |
| | 323549 | 182.50 | | 112901 | 110801 | 15337071 | |
| | 323550 | 350.00 | | 112301 | 110801 | 14119612 | |
| | 323551 | 95.70 | | 112301 | 110801 | 17136902 | |
| | 323552 | 156.00 | | 112301 | 110801 | 15843403 | |
| | 323553 | 375.00 | | 112101 | 110801 | 16732377 | |
| | 323554 | 250.00 | | 112301 | 110801 | 14130807 | |
| | 323556 | 427.32 | | 112301 | 111401 | 15854727 | |
| | 323557 | 50.93 | | 112301 | 111401 | 15844135 | |
| | 323558 | 10,212.09 | | 112601 | 111401 | 16035160 | |
| | 323559 | 151.14 | | 112301 | 111401 | 14148332 | |
| | 323560 | | 120.55 | | 111401 | | |
| | 323561 | 868.72 | | 112001 | 111401 | 16724627 | |
| | 323562 | 373.42 | | 112701 | 111401 | 17627779 | |
| | 323563 | 9,159.09 | | 112301 | 111401 | 18633712 | |
| | 323564 | 30.68 | | 112001 | 111401 | 16366022 | |
| | 323565 | 1,916.67 | | 112701 | 111401 | 17624303 | |
| 2 | 323566VOID | | .00 | 111501 | | | |
| | 323567 | 1,154.31 | | 112101 | 111401 | 16740572 | |
| | 323568 | 27.62 | | 112101 | 111401 | 16708507 | |
| | 323569 | 12,317.55 | | 112001 | 111401 | 18339265 | |
| | 323570 | 768.00 | | 112101 | 111401 | 12926674 | |
| | 323571 | 800.00 | | 112301 | 111401 | 13200163 | |
| | 323572 | 4,053.41 | | 112001 | 111401 | 16480314 | |
| | 323573 | 225.00 | | 112801 | 111401 | 17736753 | |
| | 323574 | 6,834.54 | | 112001 | 111401 | 18363395 | |
| | 323575 | 39.95 | | 112901 | 111401 | 15297573 | |
| | 323576 | 475.00 | | 112301 | 111401 | 15849230 | |
| | 323577 | 785.19 | | 112601 | 111401 | 16106675 | |
| | 323578 | 2,775.55 | | 112101 | 111401 | 16789865 | |
| | 323579 | 1,238.75 | | 112101 | 111401 | 16789497 | |
| | 323580 | | 9,020.48 | | 111401 | | |
| | 323581 | 18.99 | | 112101 | 111401 | 18523182 | |
| | 323582 | | 9,641.17 | | 111401 | | |
| | 323583 | 345.00 | | 112001 | 111401 | 15325866 | |
| | 323584 | 5,562.00 | | 112601 | 111401 | 16156991 | |
| | 323585 | 8,988.45 | | 112001 | 111401 | 16479053 | |
| | 323586 | 84.80 | | 112301 | 111401 | 14121977 | |
| | 323587 | 35.45 | | 112601 | 111401 | 14315080 | |
| | 323588 | 370.50 | | 112101 | 111401 | 16731065 | |
| | 323589 | 2,500.50 | | 112001 | 111401 | 18413964 | |
| | 323590 | 1,365.00 | | 112601 | 111401 | 16108257 | |
| | 323591 | 28.89 | | 112101 | 111401 | 16788353 | |
| | 323592 | 135.00 | | 112001 | 111401 | 16378738 | |
| | 323593 | 192.68 | | 112101 | 111401 | 12924324 | |
| | 323594 | 216.69 | | 112301 | 111401 | 15863965 | |
| | 323595 | 773.76 | | 112701 | 111401 | 17604088 | |
| | 323596 | 2,628.65 | | 112601 | 111401 | 16014235 | |
| | 323597 | 1,309.00 | | 112001 | 111401 | 18363150 | |

| * | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|
| | 323598 | 1,640.50 | | 112901 | 111401 | 19458069 | |
| | 323599 | 1,380.00 | | 112001 | 111401 | 16467498 | |
| | 323600 | 1,094.40 | | 112001 | 111401 | 16404930 | |
| | 323601 | 5,132.16 | | 112001 | 111401 | 12652122 | |
| | 323602 | 60.00 | | 112301 | 111401 | 14130739 | |
| | 323603 | 12,048.00 | | 112901 | 111401 | 15316425 | |
| | 323604 | 219.22 | | 112001 | 111401 | 12658316 | |
| | 323605 | 6,439.60 | | 112601 | 111401 | 16157430 | |
| | 323606 | 720.00 | | 112101 | 111401 | 17038893 | |
| | 323607 | 1,714.00 | | 112301 | 111401 | 18645693 | |
| | 323608 | 281.83 | | 112301 | 111401 | 13196580 | |
| | 323609 | 340.35 | | 112101 | 111401 | 16734881 | |
| | 323610 | 1,504.50 | | 112101 | 111401 | 15550225 | |
| | 323611 | 250.00 | | 112601 | 111401 | 14315339 | |
| | 323612 | 66.85 | | 112101 | 111401 | 16740109 | |
| | 323613 | 735.08 | | 112001 | 111401 | 15268802 | |
| | 323614 | 8,995.60 | | 112301 | 111401 | 14088055 | |
| | 323615 | 927.50 | | 112101 | 111401 | 15567964 | |
| | 323616 | 2,596.41 | | 112301 | 111401 | 14146744 | |
| | 323617 | 570.98 | | 112101 | 111401 | 12901765 | |
| | 323618 | 15.18 | | 112001 | 111401 | 16467549 | |
| | 323619 | 1,550.00 | | 112301 | 111401 | 17450371 | |
| | 323620 | 150.00 | | 112101 | 111401 | 16783064 | |
| | 323621 | 1,254.00 | | 112601 | 111401 | 17751817 | |
| | 323622 | 370.19 | | 112301 | 111401 | 13197193 | |
| | 323623 | | 11,500.00 | | 111401 | | |
| | 323624 | 10,490.95 | | 112001 | 111401 | 16475478 | |
| | 323625 | 42.79 | | 112001 | 111401 | 16467491 | |
| | 323626 | 11,640.33 | | 112801 | 111401 | 17760896 | |
| | 323627 | 22,306.58 | | 111601 | 111401 | 12228719 | |
| | 323628 | 1,277.13 | | 112301 | 111401 | 14133287 | |
| | 323629 | 21,944.35 | | 112001 | 111401 | 16407929 | |
| | 323630 | 8,442.00 | | 112001 | 111401 | 11961616 | |
| | 323631 | 3,745.00 | | 112101 | 111401 | 12902836 | |
| | 323632 | 782.40 | | 112101 | 111401 | 18531501 | |
| | 323633 | 576.26 | | 112301 | 111401 | 14114819 | |
| | 323634 | 1,100.00 | | 112001 | 111401 | 16380193 | |
| | 323635 | | 300.00 | | 111401 | | |
| | 323636 | 31.90 | | 112101 | 111401 | 17102573 | |
| | 323637 | 3,615.72 | | 112001 | 111401 | 16481469 | |
| | 323638 | 2,310.00 | | 112101 | 111401 | 15550121 | |
| | 323639 | 20.00 | | 112601 | 111401 | 16138931 | |
| | 323640 | | 9,675.40 | | 111401 | | |
| | 323641 | 3,800.00 | | 112701 | 111401 | 17627903 | |
| | 323642 | 835.19 | | 112101 | 111401 | 18524577 | |
| | 323643 | 581.32 | | 112001 | 111401 | 18366375 | |
| | 323644 | 121.00 | | 112101 | 111401 | 12924261 | |
| | 323645 | 558.86 | | 112301 | 111401 | 13196804 | |
| | 323646 | 12.60 | | 112001 | 111401 | 16688013 | |
| | 323647 | 242.44 | | 112001 | 111401 | 12658317 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY. NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079920005761 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | 11-30-01 | 30 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 323648 | 4,162.50 | | 112301 | 111401 | 13218619 | |
| 323649 | 25.00 | | 112301 | 111401 | 15849414 | |
| 323650 | 3,762.00 | | 112601 | 111401 | 17477634 | |
| 323651 | 59,714.40 | | 112601 | 111401 | 13749600 | |
| 323652 | 14,040.73 | | 112101 | 111401 | 16783290 | |
| 323653 | 212.00 | | 112101 | 111401 | 16732901 | |
| 323654 | 848.00 | | 112301 | 111401 | 17160461 | |
| 323655 | 75.19 | | 112101 | 111401 | 15581536 | |
| 323656 | 1,832.00 | | 112101 | 111401 | 16789175 | |
| 323657 | 127.50 | | 112101 | 111401 | 16740184 | |
| 323658 | 3,540.84 | | 112101 | 111401 | 12924496 | |
| 323659 | 4,888.90 | | 112101 | 111401 | 12926708 | |
| 323660 | 11,056.36 | | 112101 | 111401 | 18531593 | |
| 323661 | 28.62 | | 112301 | 111401 | 14123735 | |
| 323662 | 583.20 | | 112001 | 111401 | 16379012 | |
| 323663 | | 175.00 | | 111401 | | |
| 323664 | 540.10 | | 112301 | 111401 | 17133090 | |
| 323665 | | 250.00 | | 111401 | | |
| 323666 | 793.94 | | 112101 | 111401 | 15556621 | |
| 323667 | 5,627.18 | | 112001 | 111401 | 16690270 | |
| 323668 | 4,641.60 | | 112001 | 111401 | 18340297 | |
| 323669 | 840.92 | | 112101 | 111401 | 16731127 | |
| 323670 | 724.46 | | 112101 | 111401 | 15562701 | |
| 323671 | 885.89 | | 112601 | 111401 | 17475939 | |
| 323672 | 20,602.51 | | 112101 | 111401 | 13595118 | |
| 323673 | | 1,627.00 | | 111401 | | |
| 323674 | | 3,555.00 | | 111401 | | |
| 323675 | 77.00 | | 112101 | 111401 | 17090784 | |
| 323676 | | 3,333.60 | | 111401 | | |
| 323677 | 173.25 | | 112301 | 111401 | 18665066 | |
| 323678 | | 997.50 | | 111401 | | |
| 323679 | 250.44 | | 112001 | 111401 | 16477120 | |
| 323680 | 3,581.05 | | 112601 | 111401 | 17749056 | |
| 323681 | 1,750.20 | | 113001 | 111401 | 18059035 | |
| 323682 | | 10,173.50 | | 111401 | | |
| 323683 | | 21,784.13 | | 111401 | | |
| 323684 | | 572.00 | | 111401 | | |
| 323685 | 68.28 | | 112301 | 111401 | 18666199 | |
| 323686 | 198.87 | | 112801 | 111401 | 17769760 | |
| 323687 | 127.00 | | 112701 | 111401 | 16356848 | |
| 323688 | 2,160.00 | | 112101 | 111401 | 15547850 | |
| 323689 | | 4,503.90 | | 111401 | | |
| 323690 | 200.00 | | 112001 | 111401 | 16657694 | |
| 323691 | 1,825.85 | | 112001 | 111401 | 16386786 | |
| 323692 | | 389.00 | | 111401 | | |
| 323693 | | 275.60 | | 111401 | | |
| 323694 | 5,390.89 | | 112301 | 111401 | 14127139 | |
| 323695 | | 98.54 | | 111401 | | |
| 323696 | 48,154.00 | | 112101 | 111401 | 18542769 | |
| 323697 | 97.04 | | 112001 | 111401 | 18340099 | |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 323698 | 1,707.08 | | 112801 | 111401 | 16570843 | |
| 323699 | 20.44 | | 112101 | 111401 | 17095842 | |
| 323700 | 288.84 | | 112001 | 111401 | 16380210 | |
| 323701 | 298.36 | | 112101 | 111401 | 17092252 | |
| 323702 | 3,524.50 | | 112001 | 111401 | 16380257 | |
| 323703 | 714.34 | | 112101 | 111401 | 15583702 | |
| 323704 | 106.00 | | 112001 | 111401 | 12665232 | |
| 323705 | 297.60 | | 112101 | 111401 | 16733116 | |
| 323706 | 1,089.90 | | 112101 | 111401 | 18532799 | |
| 323707 | 641.46 | | 112301 | 111401 | 18666543 | |
| 323708 | 606.00 | | 112101 | 111401 | 15587517 | |
| 323709 | 2,090.48 | | 112101 | 111401 | 16789171 | |
| 323710 | 7,046.31 | | 112301 | 111401 | 11970887 | |
| 323711 | | 10,293.09 | | 111401 | | |
| 323712 | 172.47 | | 112701 | 111401 | 16346178 | |
| 323713 | | 15.99 | | 111401 | | |
| 323714 | 52.04 | | 112901 | 111401 | 15326285 | |
| 323715 | 587.00 | | 112001 | 111401 | 15321180 | |
| 323716 | 620.00 | | 112601 | 111401 | 14316052 | |
| 323717 | 525.00 | | 112801 | 111401 | 16620968 | |
| 323718 | 32,022.50 | | 112001 | 111401 | 12644684 | |
| 323719 | 6,587.49 | | 112301 | 111401 | 17126293 | |
| 323720 | 30,315.40 | | 112301 | 111401 | 18664425 | |
| 323721 | 1,175.00 | | 112001 | 111401 | 16472133 | |
| 323722 | 1,704.00 | | 112101 | 111401 | 16783108 | |
| 323723 | 306.00 | | 112701 | 111401 | 17630231 | |
| 323724 | 1,140.00 | | 112901 | 111401 | 15291237 | |
| 323725 | 244.50 | | 112001 | 111401 | 18361233 | |
| 323726 | 762.61 | | 112701 | 111401 | 17625649 | |
| 323727 | 606.81 | | 112301 | 111401 | 14150056 | |
| 323728 | 1,334.61 | | 112801 | 111401 | 19243428 | |
| 323729 | 1,649.40 | | 112001 | 111401 | 18346070 | |
| 323730 | 796.27 | | 112801 | 111401 | 17743175 | |
| 323731 | 400.00 | | 112301 | 111401 | 18644166 | |
| 323732 | 225.00 | | 112101 | 111401 | 15561365 | |
| 323733 | 43.06 | | 112001 | 111401 | 16748532 | |
| 323734 | 136.00 | | 112301 | 111401 | 13218439 | |
| 323735 | | 110.25 | | 111401 | | |
| 323736 | 270.62 | | 112601 | 111401 | 13690022 | |
| 323737 | | 1,213.00 | | 111401 | | |
| 323738 | 997.50 | | 112301 | 111401 | 17159078 | |
| 323739 | 400.00 | | 112301 | 111401 | 17132863 | |
| 323740 | 1,827.50 | | 112001 | 111401 | 16467692 | |
| 323741 | 12,801.73 | | 112301 | 111401 | 15842319 | |
| 323742 | 6,120.00 | | 112801 | 111401 | 17783030 | |
| 323743 | 220.80 | | 112301 | 111401 | 14148698 | |
| 323744 | 308.08 | | 112101 | 111401 | 18532295 | |
| 323745 | 235.60 | | 112701 | 111401 | 19111320 | |
| 323746 | 421.00 | | 112101 | 111401 | 12913107 | |
| 323747 | 2,897.74 | | 112301 | 111401 | 14147421 | |

TYPE OF REPORT

- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED. OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT. CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT. CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079920005761 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | 11-30-01 | 31 |

| * | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|
| | 323748 | 1,903.50 | | 112001 | 111401 | 16470745 | |
| | 323749 | 102.32 | | 112301 | 111401 | 15863369 | |
| | 323750 | 380.52 | | 112001 | 111401 | 16474639 | |
| | 323751 | 1,879.22 | | 112101 | 111401 | 18529768 | |
| | 323752 | 2,874.04 | | 112601 | 111401 | 14312201 | |
| | 323753 | | 449.85 | | 111401 | | |
| | 323754 | 219.58 | | 112301 | 111401 | 14146788 | |
| | 323755 | 308.88 | | 112101 | 111401 | 18493559 | |
| | 323756 | 1,247.16 | | 112001 | 111401 | 16721745 | |
| | 323757 | 939.05 | | 112101 | 111401 | 16731088 | |
| | 323758 | 13,936.02 | | 112601 | 111401 | 16097140 | |
| | 323759 | 152.25 | | 112601 | 111401 | 13699849 | |
| | 323760 | | 691.73 | | 111401 | | |
| | 323761 | 172.27 | | 112601 | 111401 | 16162331 | |
| | 323762 | 91.46 | | 112601 | 111401 | 17743835 | |
| | 323763 | 329.33 | | 112301 | 111401 | 13207636 | |
| | 323764 | | 5,000.00 | | 111401 | | |
| | 323765 | 21,908.55 | | 112301 | 111401 | 17152209 | |
| | 323766 | 6,379.90 | | 112001 | 111401 | 16413496 | |
| | 323767 | 10,118.15 | | 112101 | 111401 | 17103807 | |
| | 323768 | 67.10 | | 112301 | 111401 | 13196489 | |
| | 323769 | 43,917.74 | | 112101 | 111401 | 12925028 | |
| | 323770 | 5.85 | | 112601 | 111401 | 16062564 | |
| | 323771 | 95.00 | | 112301 | 111401 | 14146286 | |
| | 323772 | 27,082.80 | | 112601 | 111401 | 16036175 | |
| | 323773 | 424.51 | | 112001 | 111401 | 18340959 | |
| | 323774 | 136.40 | | 112801 | 111401 | 17791416 | |
| 4 | 323775 | | 10,800.00 | 111901 | 111401 | | |
| | 323776 | 3,922.05 | | 112001 | 111401 | 16471541 | |
| | 323777 | 327.86 | | 112601 | 111401 | 13698207 | |
| | 323778 | 1,947.50 | | 112101 | 111401 | 16786023 | |
| | 323779 | 112.86 | | 112001 | 111401 | 16368580 | |
| | 323780 | 962.36 | | 112301 | 111401 | 14106249 | |
| | 323781 | 215.19 | | 112601 | 111401 | 16089685 | |
| | 323782 | 7,423.37 | | 112001 | 111401 | 18362311 | |
| | 323783 | 192.09 | | 112001 | 111401 | 16379606 | |
| | 323784 | 821.39 | | 112101 | 111401 | 16791644 | |
| | 323785 | 5,333.33 | | 112101 | 111401 | 12913779 | |
| | 323786 | 2,977.84 | | 112001 | 111401 | 16473927 | |
| | 323787 | 37,603.85 | | 112601 | 111401 | 13700752 | |
| | 323788 | 1,100.00 | | 112101 | 111401 | 16736236 | |
| | 323789 | 10,000.00 | | 112101 | 111401 | 16711919 | |
| | 323790 | | 1,200.00 | | 111401 | | |
| | 323791 | 178.81 | | 112301 | 111401 | 14089758 | |
| | 323792 | 12,554.18 | | 112301 | 111401 | 15848430 | |
| | 323793 | 325.00 | | 112601 | 111401 | 13696595 | |
| | 323794 | 445.79 | | 112001 | 111401 | 16393800 | |
| | 323795 | 128.40 | | 112001 | 111401 | 18363373 | |
| | 323796 | 1,865.11 | | 112801 | 111401 | 17748612 | |
| | 323797 | 100.00 | | 112301 | 111401 | 14145925 | |

| * | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|
| | 323798 | 957.15 | | 112701 | 111401 | 17625774 | |
| | 323799 | 4,058.24 | | 112601 | 111401 | 16020646 | |
| | 323800 | 882.00 | | 112301 | 111401 | 13195878 | |
| | 323801 | 42.96 | | 112601 | 111401 | 16126837 | |
| | 323802 | 86.66 | | 112701 | 111401 | 17587870 | |
| | 323803 | 196.00 | | 112601 | 111401 | 16028449 | |
| | 323804 | 299.52 | | 112301 | 111401 | 14090213 | |
| | 323805 | 995.18 | | 112601 | 111401 | 14308383 | |
| | 323806 | 1,250.00 | | 112001 | 111401 | 15319809 | |
| | 323807 | 3,925.00 | | 112001 | 111401 | 15319808 | |
| | 323808 | 7,390.00 | | 112101 | 111401 | 15583274 | |
| | 323809 | 3,849.07 | | 112801 | 111401 | 17769485 | |
| | 323810 | | 174.23 | | 111401 | | |
| | 323811 | 46.92 | | 112101 | 111401 | 12919444 | |
| | 323812 | 69.50 | | 112601 | 111401 | 16152337 | |
| | 323813 | 549.41 | | 112601 | 111401 | 16088497 | |
| | 323814 | 582.00 | | 112001 | 111401 | 12660391 | |
| | 323815 | 738.75 | | 113001 | 111401 | 19787184 | |
| | 323816 | 10,000.00 | | 112701 | 111401 | 19112985 | |
| | 323817 | 247.63 | | 112101 | 111401 | 12925018 | |
| | 323818 | 189.29 | | 112101 | 111401 | 15563753 | |
| | 323819 | 266.83 | | 112901 | 111401 | 16904789 | |
| | 323820 | 125.00 | | 112301 | 111401 | 14145780 | |
| | 323821 | 29,140.00 | | 112001 | 111401 | 18341127 | |
| | 323822 | 5,060.93 | | 112101 | 111401 | 15581574 | |
| | 323823 | 74.09 | | 112001 | 111401 | 18412027 | |
| | 323824 | 343.41 | | 112601 | 111401 | 16028437 | |
| | 323825 | 2,450.12 | | 112701 | 111401 | 16358812 | |
| | 323826 | 445.00 | | 112101 | 111401 | 15584037 | |
| | 323827 | 1,201.43 | | 112301 | 111401 | 14083549 | |
| | 323828 | 25.00 | | 112101 | 111401 | 16733106 | |
| | 323829 | 154.68 | | 112301 | 111401 | 18636634 | |
| | 323830 | 2,927.00 | | 113001 | 111401 | 15616688 | |
| | 323831 | 50.00 | | 112001 | 111401 | 12651686 | |
| | 323832 | 957.20 | | 112101 | 111401 | 15550350 | |
| | 323833 | 3,755.55 | | 112101 | 111401 | 12908386 | |
| | 323834 | 1,209.60 | | 112001 | 111401 | 18336673 | |
| | 323835 | 560.50 | | 112001 | 111401 | 16688483 | |
| | 323836 | 13,310.00 | | 112001 | 111401 | 16473524 | |
| | 323837 | 97,547.68 | | 112601 | 111401 | 16150402 | |
| | 323838 | 114.40 | | 112001 | 111401 | 16374190 | |
| | 323839 | 438.74 | | 112101 | 111401 | 16707181 | |
| | 323840 | | 574.38 | | 111401 | | |
| | 323841 | 7,284.07 | | 112801 | 111401 | 16572771 | |
| | 323842 | 177.59 | | 112001 | 111401 | 16379627 | |
| | 323843 | 5,250.00 | | 112701 | 111401 | 17595258 | |
| | 323844 | | 300.00 | | 111401 | | |
| | 323845 | 215.05 | | 112101 | 111401 | 12892439 | |
| | 323846 | 50.00 | | 113001 | 111401 | 17044271 | |
| | 323847 | 670.04 | | 112001 | 111401 | 16478018 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY. NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM,DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.