# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | | BANK NO | CUST. ACCOUNT NO | | CUSTOMER NAME | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | | 1 | 207992000576 1 | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | 004 | | 11-30-01 | 32 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 323848 | 121.75 | | 112301 | 111401 | 14146610 | | 323900 | 126.54 | | | 111401 | | |
| 323849 | 375.00 | | 112101 | 111401 | 18519472 | | 323901 | 135.00 | | | 111401 | | |
| 323850 | 3,072.08 | | 112901 | 111401 | 15320168 | | 323902 | 216.16 | | | 111401 | | |
| 323851 | 34,150.00 | | 112701 | 111401 | 19098617 | | 323903 | 607.92 | | 112101 | 111401 | 15567952 | |
| 323852 | 3,933.58 | | 112301 | 111401 | 14122715 | | 323904 | 3,182.64 | | | 111401 | | |
| 323853 | 1,080.08 | | 112601 | 111401 | 16062203 | | 323905 | 236.80 | | | 111401 | | |
| 323854 | 1,100.25 | | 112301 | 111401 | 14115151 | | 323906 | 99.90 | | | 111401 | | |
| 323855 | 759.13 | | 112301 | 111401 | 14059758 | | 323907 | 66.95 | | | 111401 | | |
| 323856 | 445.00 | | 112001 | 111401 | 16689192 | | 323908 | 71.04 | | | 111401 | | |
| 323857 | 675.00 | | 112101 | 111401 | 16793131 | | 323909 | 61.80 | | | 111401 | | |
| 323858 | 96.75 | | 112301 | 111401 | 18667345 | | 323910 | 35.65 | | | 111401 | | |
| 323859 | 1,750.91 | | 112001 | 111401 | 16474475 | | 323911 | 117.18 | | | 111401 | | |
| 323860 | 75.00 | | 112301 | 111401 | 14146015 | | 323912 | 87.55 | | | 111401 | | |
| 323861 | 198.80 | | 112001 | 111401 | 16373189 | | 323913 | 149.11 | | | 111401 | | |
| 323862 | 1,137.18 | | 112301 | 111401 | 14146531 | | 323914 | 30.90 | | | 111401 | | |
| 323863 | 240.00 | | 112801 | 111401 | 18665651 | | 323915 | 85.00 | | | 111401 | | |
| 323864 | | 100,000.00 | | 111401 | | | 323916 | 41.20 | | | 111401 | | |
| 323865 | 1,040.98 | | 112901 | 111401 | 15320220 | | 323917 | 69.23 | | | 111401 | | |
| 323866 | 2,440.00 | | 112301 | 111401 | 15857174 | | 323918 | 277.14 | | | 111401 | | |
| 323867 | 524.93 | | 112301 | 111401 | 13197146 | | 323919 | 459.85 | | | 111401 | | |
| 323868 | 12,480.00 | | 113001 | 111401 | 19782792 | | 323920 | 91.25 | | | 111401 | | |
| 323869 | 731.33 | | 112701 | 111401 | 17220012 | | 323921 | 138.55 | | | 111401 | | |
| 323870 | 720.00 | | 112601 | 111401 | 16042101 | | 323922 | 86.77 | | | 111401 | | |
| 323871 | 16.02 | | 112301 | 111401 | 18640206 | | 323923 | 45,759.40 | | 112801 | 111401 | 17781907 | |
| 323872 | | 282.00 | | 111401 | | | 323924 | 42,242.96 | | 112301 | 111401 | 15843270 | |
| 323873 | 670.00 | | 112001 | 111401 | 16374725 | | 323925 | 28,617.04 | | 112901 | 111401 | 15365774 | |
| 323874 | 834.60 | | 112301 | 111401 | 18645405 | | 323926 | 495.00 | | | 111401 | | |
| 323875 | 248.60 | | 112001 | 111401 | 16407190 | | 323927 | 40.00 | | | 111401 | | |
| 323876 | 426.97 | | 112301 | 111401 | 14101662 | | 323928 | 31.25 | | | 111401 | | |
| 323877 | 406.05 | | 112601 | 111401 | 13717352 | | 323929 | 18,022.74 | | 112101 | 111401 | 16786038 | |
| 323878 | 1,785.00 | | 112601 | 111401 | 14685507 | | 323930 | 123.60 | | | 111401 | | |
| 323879 | 1,081.00 | | 112801 | 111401 | 17784297 | | 323931 | 119.77 | | | 111401 | | |
| 323880 | 96.52 | | 112101 | 111401 | 18525383 | | 323932 | 48.00 | | | 111401 | | |
| 323881 | 1,260.00 | | 112101 | 111401 | 15550450 | | 323933 | 107.00 | | | 111401 | | |
| 323882 | 480.00 | | 112601 | 111401 | 16130034 | | 323934 | 76.05 | | | 111401 | | |
| 323883 | | 559.36 | | 111401 | | | 323935 | 109.48 | | | 111401 | | |
| 323884 | 1,617.84 | | 112601 | 111401 | 13688681 | | 323936 | 32,300.60 | | 112801 | 111401 | 19238316 | |
| 323885 | 1,744.19 | | 112101 | 111401 | 16789969 | | 323937 | 6,250.00 | | 112701 | 111401 | 17585457 | |
| 323886 | 520.00 | | 113001 | 111401 | 15635606 | | 323938 | 7.20 | | | 111401 | | |
| 323887 | | 414.00 | | 111401 | | | 323939 | 50.00 | | | 111401 | | |
| 323888 | 7,675.00 | | 112701 | 111401 | 14128942 | | 323940 | 57.32 | | | 111401 | | |
| 323889 | | 2,016.00 | | 111401 | | | 323941 | 58,974.44 | | 112701 | 111401 | 14145808 | |
| 323890 | 7,591.46 | | | 111401 | | | 323942 | 437.50 | | 112301 | 111401 | 17132666 | |
| 323891 | 1,575.00 | | 112301 | 111401 | 17129895 | | 323943 | 2,926.76 | | | 111401 | | |
| 323892 | 208.00 | | 112601 | 111401 | 14313809 | | 323944 | 40.00 | | | 111401 | | |
| 323893 | 15,572.00 | | 112801 | 111401 | 18359942 | | 323945 | 3,776.70 | | 112301 | 111401 | 17160318 | |
| 323894 | | | | | | | 323946 | 4,745.36 | | 112801 | 111401 | 19242628 | |
| 323895 | 354.00 | | 112301 | 111401 | 17369029 | | 323947 | 121.15 | | | 111401 | | |
| 323896 | 374,205.00 | | | | | | 323948 | 117.47 | | | 111401 | | |
| 323897 | | 69.00 | | | | | 323949 | 157.80 | | | 111401 | | |
| 323898 | | 42.00 | | | | | | | | | | | |
| 323899 | | | | | | | | | | | | | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM.

L336 02/

# ACCOUNT RECONCILIATION PLAN
| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 33 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 323950 | | 68.68 | | 11140 1 | | | 324004 | 459.00 | | 112801 | 111601 | 19242667 | |
| 323951 | | 41.54 | | 11140 1 | | | 324005 | 1.54 | | 112801 | 111501 | 17896257 | |
| 323952 | | 26.25 | | 11140 1 | | | 324006 | 164.77 | | 113001 | 111601 | 19781048 | |
| 323953 | | 56.25 | | 11140 1 | | | 324007 | 91.54 | | 112701 | 111601 | 19111202 | |
| 323954 | | 350.00 | | 11140 1 | | | 324008 | 2,250.00 | | 112301 | 111601 | 18311599 | |
| 323955 | | 95.00 | | 11140 1 | | | 324009 | 915.00 | | 112301 | 111601 | 17126252 | |
| 323956 | | 139.00 | | 11140 1 | | | 324010 | 10,562.40 | | 112601 | 111601 | 16124366 | |
| 323957 | | 65.00 | | 11140 1 | | | 324011 | 8,316.00 | | 112301 | 111601 | 14119146 | |
| 323958 | | 1,000.00 | | 11140 1 | | | 324012 | | 1,500.00 | | 111601 | | |
| 323960 | 11,793.70 | | 112901 | 11140 1 | 153255551 | | 324013 | 400.34 | | 112301 | 111601 | 18643521 | |
| 323961 | 571.06 | | 112101 | 11140 1 | 129204 65 | | 324014 | 1,691.79 | | | 111601 | | |
| 323962 | 236.50 | | 112901 | 11140 1 | 15331696 | | 324015 | 1,327.50 | | 113001 | 111601 | 19795231 | |
| 323963 | 250.00 | | 112101 | 11140 1 | 16742206 | | 324016 | 78.45 | | 112901 | 111601 | 19450302 | |
| 323964 | 406,890.19 | | | 11140 1 | | | 324017 | 1,295.41 | | | 111601 | | |
| 323965 | 2,808.84 | | | 11140 1 | | | 324018 | 118.70 | | 112801 | 111601 | 17603244 | |
| 323966 | 13,702.68 | | 112101 | 11140 1 | 16785687 | | 324019 | 3,809.47 | | 112601 | 111501 | 13720070 | |
| 323967 | 33,956.16 | | | 11140 1 | | | 324020 | 259.85 | | 112901 | 111601 | 15363086 | |
| 323968 | 6,245.71 | | 112801 | 11140 1 | 16605311 | | 324021 | 2,907.41 | | 112301 | 111601 | 14087037 | |
| 323969 | 2,476.94 | | | 11140 1 | | | 324022 | 2,566.08 | | 112701 | 111601 | 17603244 | |
| 323970 | 8,191.03 | | 112901 | 11140 1 | 15311499 | | 324023 | 15.14 | | 112801 | 111601 | 17897250 | |
| 323971 | 57,949.63 | | | 11140 1 | | | 324024 | 69.91 | | 112701 | 111601 | 16358866 | |
| 323972 | 29,236.61 | | | 11140 1 | | | 324025 | 937.54 | | | 111601 | | |
| 323974 | 1,125.00 | | 111601 | 11140 1 | 17452391 | | 324026 | 12.95 | | 112901 | 111601 | 15314808 | |
| 323975 | 230.14 | | | 11140 1 | | | 324027 | 4,268.50 | | 112701 | 111601 | 15635754 | |
| 323976 | 80.00 | | | 11140 1 | | | 324028 | 239.63 | | 112601 | 111601 | 13688156 | |
| 323978 | 4,245.21 | | | 11140 1 | | | 324029 | 179.25 | | 112901 | 111601 | 15364841 | |
| 323979 | 11,929.30 | | | 11140 1 | | | 324030 | 772.00 | | 113001 | 111601 | 19781208 | |
| 323981 | 12,672.00 | | 112801 | 111601 | 16624561 | | 324031 | 336.00 | | 112801 | 111601 | 19243691 | |
| 323982 | 450.98 | | 112801 | 111601 | 17736258 | | 324032 | 1,235.25 | | 112701 | 111601 | 17628298 | |
| 323983 | 360.00 | | 112701 | 111601 | 17604773 | | 324033 | 453.20 | | 112601 | 111601 | 13688156 | |
| 323984 | 46.52 | | 112301 | 111601 | 15843291 | | 324034 | 4,045.82 | | 112801 | 111601 | 17624353 | |
| 323985 | 290.91 | | 112901 | 111601 | 15304660 | | 324035 | 706.28 | | 112801 | 111601 | 16572380 | |
| 323986 | 10,533.33 | | | 111601 | | | 324036 | 404.55 | | 112601 | 111601 | 16161786 | |
| 323987 | 93,354.88 | | 112601 | 111601 | 15985267 | | 324037 | 986.63 | | 112601 | 111601 | 17469810 | |
| 323988 | 47.88 | | 113001 | 111601 | 18310719 | | 324038 | 718.96 | | 112701 | 111601 | 19112079 | |
| 323989 | 33.54 | | 112601 | 111601 | 17468281 | | 324039 | 15.63 | | 112801 | 111601 | 17770833 | |
| 323990 | 13,294.09 | | 112701 | 111601 | 17700414 | | 324040 | 3,469.40 | | 112601 | 111601 | 16356303 | |
| 323991 | 14,000.00 | | 112701 | 111601 | 16946105 | | 324041 | 569.50 | | 112601 | 111601 | 16162664 | |
| 323992 | 23,791.36 | | 112801 | 111601 | 16597444 | | 324042 | 3,000.00 | | 112701 | 111601 | 14136922 | |
| 323993 | 9,122.33 | | | 111601 | | | 324043 | 185.96 | | | 111601 | | |
| 323994 | 9,020.00 | | | 111601 | | | 324044 | 4,330.00 | | 112901 | 111601 | 15364692 | |
| 323995 | 408.24 | | 112601 | 111601 | 16038156 | | 324045 | 10,375.00 | | 112301 | 111601 | 16039155 | |
| 323996 | 775.39 | | 112801 | 111601 | 17760047 | | 324046 | 411.60 | | 112301 | 111601 | 14114676 | |
| 323997 | 34,270.84 | | 112301 | 111601 | 17129985 | | 324047 | 2,966.80 | | 112801 | 111601 | 17761081 | |
| 323998 | 10,888.00 | | 112701 | 111601 | 17591555 | | 324048 | 982.09 | | 112801 | 111601 | 17763179 | |
| 323999 | | 2,278.00 | | 111601 | | | 324049 | 973.33 | | 112601 | 111601 | 16103643 | |
| 324000 | 12,625.50 | | 112601 | 111601 | | | 324050 | 44.72 | | 112701 | 111601 | 17699242 | |
| 324001 | 9,585.00 | | | 111601 | | | 324051 | 946.32 | | 112601 | 111601 | 17758135 | |
| 324002 | 10,825.00 | | 112801 | 111601 | 17778420 | | 324052 | 1,083.11 | | 112801 | 111601 | 17767165 | |
| 324003 | 1,657.92 | | 112101 | 111601 | 19645 61 | | 324053 | 82,347.92 | | | 111601 | | |

TYPE OF REPORT
UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992000576 1 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | 004 | 11-30-01 | 34 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324054 | 16.44 | | 112801 | 111601 | 16610853 | | 324104 | 87.97 | | 112801 | 111601 | 17737769 | |
| 324055 | 281.04 | | 113001 | 111601 | 18057485 | | 324105 | 30.98 | | 112601 | 111601 | 14323211 | |
| 324056 | 70.20 | | 112801 | 111601 | 19251580 | | 324106 | 1,065.25 | | 112701 | 111601 | 16358423 | |
| 324057 | 1,341.22 | | 112901 | 111601 | 16951480 | | 324107 | 47.63 | | 112601 | 111601 | 13717091 | |
| 324058 | 234.67 | | 112801 | 111601 | 17785400 | | 324108 | 114.72 | | 112801 | 111601 | 17754639 | |
| 324059 | 14,040.69 | | 112601 | 111601 | 14320928 | | 324109 | 800.00 | | 112101 | 111601 | 12905319 | |
| 324060 | 332.10 | | 112901 | 111601 | 15327271 | | 324110 | 1,175.00 | | 112801 | 111601 | 17738658 | |
| 324061 | 48,699.39 | | 112601 | 111601 | 13592 | | 324111 | 616.34 | | 112901 | 111601 | 16900430 | |
| 324062 | | 1,445.85 | | 111601 | | | 324112 | 164.09 | | 112601 | 111601 | 16015594 | |
| 324063 | | 7,747.35 | | 111601 | | | 324113 | 272.75 | | 112801 | 111601 | 19254687 | |
| 324064 | 6,360.00 | | 113001 | 111601 | 17021641 | | 324114 | 19,797.60 | | 112601 | 111601 | 13749450 | |
| 324065 | | 4,500.00 | | 111601 | | | 324115 | 5,698.20 | | 112901 | 111601 | 15366271 | |
| 324066 | 800.00 | | 112601 | 111601 | | | 324116 | 320.00 | | 111601 | 111601 | 16596581 | |
| 324067 | | 360.00 | | 111601 | | | 324117 | 9,995.42 | | 112601 | 111601 | 16058393 | |
| 324068 | 1,890.00 | | 112801 | 111601 | 16611962 | | 324118 | 10,129.19 | | 112301 | 111601 | 15847553 | |
| 324069 | 1,199.30 | | 112701 | 111601 | 18107676 | | 324119 | 60.06 | | 112801 | 111601 | 16604659 | |
| 324070 | 388.74 | | 112801 | 111601 | 19250223 | | 324120 | 59.53 | | 112901 | 111601 | 19462205 | |
| 324071 | 47,308.00 | | 112801 | 111601 | 17743467 | | 324121 | 8,665.20 | | 112701 | 111601 | 17588303 | |
| 324072 | 17,174.25 | | 112801 | 111601 | 16636579 | | 324122 | 1,320.60 | | 112801 | 111601 | 16564929 | |
| 324073 | | 1,600.00 | | 111601 | | | 324123 | 1,080.00 | | 112801 | 111601 | 19243296 | |
| 324074 | 705.00 | | 112901 | 111601 | 15365501 | | 324124 | 3,000.00 | | 112601 | 111601 | 14314933 | |
| 324075 | 13,365.78 | | 112601 | 111601 | 16123038 | | 324125 | 3,997.68 | | 112701 | 111601 | 19103319 | |
| 324076 | 14,261.04 | | 112601 | 111601 | 13718356 | | 324126 | 3,805.59 | | 112601 | 111601 | 16058834 | |
| 324077 | 2,279.91 | | 112701 | 111601 | 17629577 | | 324127 | 171.34 | | 112601 | 111601 | 16024042 | |
| 324078 | 32.56 | | 112801 | 111601 | 17897678 | | 324128 | 2,433.52 | | 112801 | 111601 | 16567128 | |
| 324079 | 2,336.00 | | 112901 | 111601 | 15844714 | | 324129 | 8,047.73 | | 112801 | 111601 | 17784282 | |
| 324080 | 2,291.20 | | 112601 | 111601 | 16906337 | | 324130 | 1,057.38 | | 112901 | 111601 | 18634602 | |
| 324081 | 19,205.59 | | 112701 | 111601 | 16009575 | | 324131 | | 3,128.00 | | 111601 | 16146954 | |
| 324082 | 686.94 | | 112701 | 111601 | 14119229 | | 324132 | 740.00 | | 112601 | 111601 | 16040073 | |
| 324083 | 113.27 | | 112701 | 111601 | 16357914 | | 324133 | 500.00 | | 112801 | 111601 | 12012552 | |
| 324084 | | 2,729.09 | | 111601 | 12013923 | | 324134 | 239.97 | | 112801 | 111601 | 16613551 | |
| 324085 | 78.11 | | 112701 | 111601 | 19111230 | | 324135 | 1,938.60 | | 113001 | 111601 | 17016189 | |
| 324086 | 68.94 | | 113001 | 111601 | 12025984 | | 324136 | 105.85 | | 112801 | 111601 | 19243584 | |
| 324087 | 584.50 | | 112601 | 111601 | 16149916 | | 324137 | 400.00 | | 112801 | 111601 | 16952300 | |
| 324088 | 3,919.12 | | 112601 | 111601 | 17592211 | | 324138 | 182.16 | | 112701 | 111601 | 17759702 | |
| 324089 | 1,012.66 | | 112901 | 111601 | 19461915 | | 324139 | 32,890.53 | | 112701 | 111601 | 15368688 | |
| 324090 | 2,742.22 | | 112701 | 111601 | 17627759 | | 324140 | | 581.20 | | 111601 | 14134845 | |
| 324091 | | 523.33 | | 111601 | 16009575 | | 324141 | | 3,128.00 | | 111601 | 17745063 | |
| 324092 | 582,031.94 | | 112801 | 111601 | 16568892 | | 324142 | | 83.32 | 112801 | 111601 | 15086035 | |
| 324093 | 100.16 | | 112601 | 111601 | 17589802 | | 324143 | | 3,944.50 | | 111601 | 17750577 | |
| 324094 | 381.79 | | 112801 | 111601 | 17763304 | | 324144 | | 3,125.61 | 112801 | 111601 | 16604485 | |
| 324095 | 11,960.84 | | | | | | 324145 | | 10,105.00 | | | | |
| 324096 | | 642.96 | | | | | 324146 | 31.76 | | 112601 | 111601 | 16157475 | |
| 324097 | 26.00 | | 112801 | 111601 | 16608528 | | 324147 | 3,720.32 | | 113001 | 111601 | 16568801 | |
| 324098 | 35.43 | | 112801 | 111601 | 18608980 | | 324148 | 151.08 | | 112701 | 111601 | 18107230 | |
| 324099 | 80.15 | | 112701 | 111601 | 16356738 | | 324149 | 151.08 | | 112701 | 111601 | 17759702 | |
| 324100 | 1,537.16 | | 113001 | 111601 | 19797264 | | 324150 | 22.00 | | 112701 | 111601 | 14134845 | |
| 324101 | | 523.33 | | | | | 324151 | 13,296.74 | | 112801 | 111601 | 17745063 | |
| 324102 | 49.00 | | 112601 | 111601 | 14320927 | | 324152 | 1,139.16 | | 112901 | 111601 | 15324491 | |
| 324103 | 10,510.50 | | 112701 | 111601 | 17595222 | | 324153 | 13,850.00 | | 112901 | 111601 | 15365410 | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

: CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
1 : CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
2 : CHECK PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
3 : MEMO ONLY, NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M : MISSING OUTSTANDING ITEM.

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | BANK NO | CUST ACCOUNT NO | | CUSTOMER NAME | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | 1 | 2079920005761 | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | 004 | 11-30-01 | 35 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324154 | 609.64 | | 112301 | 111601 | 14088142 | | 324204 | 482.00 | | 112601 | 111601 | 17470099 | |
| 324155 | 7,468.88 | | 112801 | 111601 | 16130076 | | 324205 | 107.00 | | 112101 | 111601 | 18535771 | |
| 324156 | 116.45 | | 112601 | 111601 | 16605663 | | 324206 | | 230.30 | | 111601 | | |
| 324157 | 62.54 | | 112801 | 111601 | 16024566 | | 324207 | 220.00 | | 112601 | 111501 | 13720331 | |
| 324158 | 2,112.24 | | 112601 | 111601 | 14124574 | | 324208 | 350.00 | | 112301 | 111601 | 17150305 | |
| 324159 | 1,096.20 | | 112301 | 111601 | 16357457 | | 324209 | 1,570.00 | | 112601 | 111601 | 13689490 | |
| 324160 | 236.15 | | 112701 | 111601 | 13707624 | | 324210 | 409.00 | | 112601 | 111601 | 11991414 | |
| 324161 | 78.35 | | 112601 | 111601 | 16121547 | | 324211 | 1,570.00 | | 112101 | 111601 | 18535729 | |
| 324162 | 2,121.63 | | 112301 | 111601 | 17780963 | | 324212 | 284.58 | | 112101 | 111601 | 16785276 | |
| 324163 | 12,173.64 | | 112801 | 111601 | 17733026 | | 324213 | 117.00 | | 112801 | 111501 | 17774782 | |
| 324164 | 240.00 | | 112801 | 111601 | 15328227 | | 324214 | 140.50 | | 112601 | 111601 | 14323236 | |
| 324165 | | 65.93 | | 111601 | | | 324215 | | 390.00 | | 111601 | | |
| 324166 | 31,044.30 | | 112901 | 111601 | 17748754 | | 324216 | 382.29 | | 113001 | 111601 | 17054248 | |
| 324167 | 54.60 | | 112801 | 111601 | 17629205 | | 324217 | | 595.00 | | 111601 | | |
| 324168 | 236.19 | | 112701 | 111601 | 14337533 | | 324218 | 130.00 | | 112301 | 111601 | 17154481 | |
| 324169 | 500.00 | | 112801 | 111601 | 16904775 | | 324219 | 66.00 | | 112301 | 111601 | 16623881 | |
| 324170 | 114.04 | | 112901 | 111601 | 17787045 | | 324220 | 569.63 | | 112301 | 111601 | 17126454 | |
| 324171 | 2,666.56 | | 112801 | 111601 | 16360639 | | 324221 | 117.00 | | 112801 | 111601 | 17767276 | |
| 324172 | 1,085.31 | | 112701 | 111601 | 17731939 | | 324222 | 285.93 | | 112901 | 111601 | 15305626 | |
| 324173 | 2,350.00 | | 112801 | 111601 | 13720324 | | 324223 | 919.26 | | 112801 | 111601 | 17767274 | |
| 324174 | 33.83 | | 112601 | 111601 | 15852840 | | 324224 | 40.00 | | 112301 | 111601 | 14145926 | |
| 324175 | 85.00 | | 112301 | 111601 | | | 324225 | 285.00 | | 112101 | 111601 | 12904390 | |
| 324176 | | 500.00 | | 111601 | | | 324226 | | 55.00 | | 111601 | | |
| 324177 | | 99.05 | | 111601 | | | 324227 | | 927.00 | | 111601 | | |
| 324178 | | 371.10 | | 111601 | | | 324228 | | 337.00 | | 111601 | | |
| 324179 | | 150.00 | | 111601 | | | 324229 | | 130.00 | | 111601 | | |
| 324180 | 1,249.39 | | 112801 | 111601 | 16500113 | | 324230 | 76.00 | | 112901 | 111601 | 19457291 | |
| 324181 | 288.90 | | 112601 | 111601 | 16014246 | | 324231 | 81.00 | | 112901 | 111601 | 19456914 | |
| 324182 | 727.44 | | 112701 | 111601 | 16163650 | | 324232 | 200.00 | | 112301 | 111601 | 12379356 | |
| 324183 | 150.00 | | 112901 | 111601 | 17625166 | | 324233 | 196.00 | | 112901 | 111601 | 19452436 | |
| 324184 | 3,500.00 | | 112801 | 111601 | 15286575 | | 324234 | 3,404.00 | | | 111601 | | |
| 324185 | | 25.55 | | 111601 | | | 324235 | 474.81 | | 112801 | 111601 | 17767245 | |
| 324186 | 375.00 | | 112601 | 111601 | 13718629 | | 324236 | 65.00 | | | 111601 | | |
| 324187 | 639.06 | | 112801 | 111601 | 17732425 | | 324237 | 185.00 | | 112601 | 111601 | 19109310 | |
| 324188 | 260.00 | | 112301 | 111601 | 18646796 | | 324238 | 2,963.00 | | 112101 | 111601 | 12905380 | |
| 324189 | 100.00 | | 112601 | 111601 | 16122216 | | 324239 | 298.00 | | 112701 | 111601 | 17623550 | |
| 324190 | 3,758.50 | | 112701 | 111601 | 16357477 | | 324240 | 548.00 | | 112601 | 111601 | 16027503 | |
| 324191 | 325.00 | | 112701 | 111601 | 14140155 | | 324241 | | 42.00 | | 111601 | | |
| 324192 | | 46.00 | | 111601 | | | 324242 | 540.00 | | 112901 | 111601 | 19451649 | |
| 324193 | 1,155.15 | | 112701 | 111601 | 17625729 | | 324243 | 504.00 | | 112601 | 111601 | 16028644 | |
| 324194 | 50.00 | | 112701 | 111601 | 17625985 | | 324244 | 370.05 | | 113001 | 111601 | 17051486 | |
| 324195 | 15.11 | | 112601 | 111601 | 17466408 | | 324245 | 165.46 | | 112601 | 111601 | 16162534 | |
| 324196 | 3,278.27 | | 112701 | 111601 | 18105892 | | 324246 | 960.00 | | | 111601 | | |
| 324197 | 192.58 | | 112601 | 111601 | 16161673 | | 324247 | 176.00 | | 112501 | 111601 | 14315571 | |
| 324198 | 50.00 | | 112601 | 111601 | 17743305 | | 324248 | 99.00 | | | 111601 | | |
| 324199 | | 805.00 | | 111601 | | | 324249 | 1,663.00 | | 112301 | 111601 | 17133177 | |
| 324200 | | 1,380.00 | | 111601 | | | 324250 | 188.00 | | 112801 | 111601 | 16620660 | |
| 324201 | 119.09 | | 112901 | 111601 | 15286741 | | 324251 | | 176.00 | | 111601 | | |
| 324202 | 352.28 | | 112301 | 111601 | 14146563 | | 324252 | 231.00 | | 112701 | 111601 | 17595156 | |
| 324203 | 312.00 | | 112301 | 111601 | | | 324253 | 234.00 | | | 111601 | | |

**TYPE OF REPORT**

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

**EXPLANATION OF CODES**

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992000576 1 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 36 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324254 | 238.46 | | 112801 | 111601 | 16621553 | | 324306 | 200.00 | | 112901 | 112001 | 15326991 | |
| 324255 | 58.48 | | 112901 | 111601 | 19458241 | | 324307 | 89.27 | | 113001 | 112001 | 14529844 | |
| 324256 | 359.00 | | 112101 | 111601 | 12920605 | | 324308 | 1,592.15 | | 112901 | 112001 | 16908113 | |
| 324257 | | 410.00 | | 111601 | | | 324309 | 3,622.50 | | 112901 | 112001 | 18596729 | |
| 324258 | 260.00 | | 112301 | 111601 | 14153692 | | 324310 | 406.65 | | 112801 | 112001 | 17760764 | |
| 324259 | 208.00 | | 112801 | 111601 | 16613879 | | 324311 | | 1,327.50 | | 112001 | | |
| 324260 | 4,798.00 | | 112801 | 111601 | 17585076 | | 324312 | 1,607.65 | | 112701 | 112001 | 19110352 | |
| 324261 | | 86.00 | | 111601 | | | 324313 | 803.66 | | 112601 | 112001 | 16157282 | |
| 324262 | 1,350.00 | | 113001 | 111601 | 17016807 | | 324314 | 277.07 | | 112801 | 112001 | 17791125 | |
| 324263 | 2,823.00 | | 112601 | 111601 | 16101026 | | 324315 | 343.77 | | 112901 | 112001 | 15285901 | |
| 324264 | | 1,311.00 | | 111601 | | | 324316 | 11,388.00 | | 112901 | 112001 | 14135845 | |
| 324265 | | 245.43 | | 111601 | | | 324317 | 10,409.86 | | 112701 | 112001 | 17782127 | |
| 324266 | 201.00 | | 112601 | 111601 | 16109527 | | 324318 | 200.70 | | 112801 | 112001 | 17699320 | |
| 324267 | 418.00 | | 84.00 | 111601 | 14315381 | | 324319 | 3,687.25 | | 112801 | 112001 | 16130425 | |
| 324268 | 418.00 | | 112601 | 111601 | 14315381 | | 324320 | 134.78 | | 112801 | 112001 | 16599390 | |
| 324269 | 188.00 | | 112701 | 111601 | 16405355 | | 324321 | 559.25 | | 112901 | 112001 | 16903855 | |
| 324270 | | 98.00 | | 111601 | | | 324322 | 10,743.05 | | 112701 | 112001 | 19109526 | |
| 324271 | 188.00 | | 112301 | 111601 | 14102135 | | 324323 | 5,476.00 | | 112801 | 112001 | 16608653 | |
| 324272 | 276.04 | | 113001 | 111601 | 15623881 | | 324324 | 3,575.11 | | 113001 | 112001 | 18057447 | |
| 324273 | | 35.60 | | 111601 | | | 324325 | 585.00 | | 112801 | 112001 | 19248517 | |
| 324274 | | 136.00 | | 111601 | | | 324326 | 109.95 | | 112701 | 112001 | 19103442 | |
| 324275 | | 169.70 | | 111601 | | | 324327 | | 372.00 | | 112001 | | |
| 324276 | | 42.00 | | 111601 | | | 324328 | 2,240.00 | | 112801 | 112001 | 16610821 | |
| 324277 | 5,258.00 | | 112901 | 111601 | 15311395 | | 324329 | 4,323.00 | | 112901 | 112001 | 17755434 | |
| 324278 | | 102.97 | | 111601 | | | 324330 | | 92.00 | | 112001 | | |
| 324279 | 254.00 | | 112701 | 111601 | 17605954 | | 324331 | 22,700.03 | | 112801 | 112001 | 14134802 | |
| 324280 | 2,125.00 | | 112001 | 111601 | 12643398 | | 324332 | 1,194.05 | | 112801 | 112001 | 15076375 | |
| 2 324281 VOID | | .00 | | 111701 | | | 324333 | 250.80 | | 113001 | 112001 | 15302990 | |
| 324282 | 4,950.00 | | 112801 | 111601 | 17760752 | | 324334 | | 400.00 | | 112001 | | |
| 324284 | 3,814.26 | | 113001 | 111601 | 15626663 | | 324335 | 1,275.00 | | 112801 | 112001 | 17770332 | |
| 324285 | 31,246.74 | | 112601 | 111601 | 16151682 | | 324336 | 285.06 | | 112701 | 112001 | 14134735 | |
| 324286 | 34,713.00 | | 112801 | 111601 | 16151683 | | 324337 | 912.69 | | 112801 | 112001 | 17770832 | |
| 324287 | 30,774.99 | | 112601 | 111601 | 16151681 | | 324338 | 293.16 | | 112801 | 112001 | 16356302 | |
| 324288 | 60,375.61 | | 112801 | 111601 | 17770121 | | 324339 | 790.00 | | 112601 | 112001 | 16157258 | |
| 324290 | 332.88 | | 112901 | 112001 | 15325037 | | 324340 | | 1,487.53 | | 112001 | | |
| 324291 | 397.75 | | 112701 | 112001 | 17601037 | | 324341 | 1,195.00 | | 112801 | 112001 | 17924110 | |
| 324292 | 1,283.00 | | 112701 | 112001 | 17626699 | | 324342 | 145.16 | | 112801 | 112001 | 17767155 | |
| 324293 | | 1,040.87 | | 112001 | | | 324343 | 5,000.00 | | 112801 | 112001 | 14317938 | |
| 324294 | 14.15 | | 112901 | 112001 | 18634261 | | 324344 | 200.00 | | 112801 | 112001 | 17787951 | |
| 324295 | 7,201.76 | | 112701 | 112001 | 17590844 | | 324345 | 3,190.00 | | 112901 | 112001 | 15363409 | |
| 324296 | 103.55 | | 112701 | 112001 | 14135848 | | 324346 | 2,866.50 | | 112901 | 112001 | 19457401 | |
| 324297 | 137.86 | | 112801 | 112001 | 19249407 | | 324347 | 5,808.08 | | 112701 | 112001 | 17760327 | |
| 324298 | 7,000.00 | | 112001 | 112001 | 19115402 | | 324348 | 1,686.06 | | 112701 | 112001 | 16344838 | |
| 324299 | | 3,225.00 | | 112001 | | | 324349 | 1,913.50 | | 112801 | 112001 | 17784224 | |
| 324300 | 1,082.50 | | 112701 | 112001 | 17629752 | | 324350 | 21,270.22 | | 112701 | 112001 | 17702405 | |
| 324301 | | 1,739.71 | | 112001 | | | 324351 | 818.40 | | 112601 | 112001 | 13707288 | |
| 324302 | 1,343.03 | | 113001 | 112001 | 15629976 | | 324352 | 3,446.58 | | 112701 | 112001 | 17587736 | |
| 324303 | | 464.10 | | 112001 | | | 324353 | 227.55 | | 112801 | 112001 | 17754864 | |
| 324304 | 2,087.50 | | 112801 | 112001 | 17770636 | | 324354 | 650.00 | | 112801 | 112001 | 14335369 | |
| 324305 | 242,500.00 | | 112701 | 112001 | 17629681 | | 324355 | 22.47 | | 112301 | 112001 | 17764801 | |

TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 - CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 - CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 - CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
   MEMO ONLY, NOT ADDED TO TOTALS

4 - STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 - STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 - FORCED POSTED ITEM DUPLICATE OR NO SERIAL #
M - MISSING (OUTSTANDING) ITEM

L33B 02

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992000576 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 37 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324356 | 4,982.80 | | 112701 | 112001 | 17601608 | | 324406 | 1,126.40 | | | 112001 | 18640299 | |
| 324357 | 538.00 | | 112801 | 112001 | 16606130 | | 324407 | 1,378.48 | | 112901 | 112001 | 15327665 | |
| 324358 | 34,187.44 | | 112601 | 112001 | 16134616 | | 324408 | 450.00 | | 112901 | 112001 | 15369030 | |
| 324359 | 431.75 | | 112701 | 112001 | 17603974 | | 324409 | 10.00 | | 112901 | 112001 | 17783428 | |
| 324360 | 592.45 | | 112801 | 112001 | 17791538 | | 324410 | 1,392.53 | | 112801 | 112001 | 17778391 | |
| 324361 | 92.30 | | 113001 | 112001 | 17022288 | | 324411 | 1,300.00 | | 112801 | 112001 | | |
| 324362 | 5,849.64 | | 112601 | 112001 | 17477623 | | 324412 | 624.13 | | | 112001 | 19803056 | |
| 324363 | 4,743.36 | | 112701 | 112001 | 16347839 | | 324413 | 1,347.32 | | 113001 | 112001 | 16036000 | |
| 324364 | 1,002.85 | | 112801 | 112001 | 17751358 | | 324414 | 274.85 | | 112601 | 112001 | 15317892 | |
| 324365 | 8,891.53 | | 112701 | 112001 | 16356399 | | 324415 | 723.41 | | 112901 | 112001 | 17699806 | |
| 324366 | 320.00 | | 113001 | 112001 | 15643236 | | 324416 | 105.01 | | 112701 | 112001 | 17785008 | |
| 324367 | 7,981.20 | | 112601 | 112001 | 17477467 | | 324417 | 11,128.32 | | 112801 | 112001 | 13749449 | |
| 324368 | 1,038.00 | | 112701 | 112001 | 16356931 | | 324418 | 16,293.60 | | 112601 | 112001 | 17767196 | |
| 324369 | 1,524.00 | | 112801 | 112001 | 18369980 | | 324419 | 297.50 | | 112801 | 112001 | 17782378 | |
| 324370 | 410.53 | | 112801 | 112001 | 19237855 | | 324420 | 5,719.08 | | 112901 | 112001 | 15322839 | |
| 324371 | 4,641.60 | | 112601 | 112001 | 16124346 | | 324421 | 1,219.00 | | 112901 | 112001 | 18639737 | |
| 324372 | | 3,956.00 | | 112001 | | | 324422 | 1,599.99 | | 112901 | 112001 | 16959453 | |
| 324373 | | 13.94 | | 112001 | | | 324423 | 3,081.56 | | 112901 | 112001 | 17588097 | |
| 324374 | | 341.82 | | 112001 | | | 324424 | 8,485.40 | | 112701 | 112001 | 17772943 | |
| 324375 | 158.33 | | 112701 | 112001 | 17581438 | | 324425 | 26,702.86 | | 112801 | 112001 | 18634600 | |
| 324376 | 598.00 | | 113001 | 112001 | 15617592 | | 324426 | 1,285.62 | | 112901 | 112001 | | |
| 324377 | 291.06 | | 112801 | 112001 | 18369903 | | 324427 | 2,612.00 | | 112701 | 112001 | 17608017 | |
| 324378 | 20,463.00 | | 112601 | 112001 | 17598230 | | 324428 | 37,615.00 | | | 112001 | | |
| 324379 | 148.00 | | 112601 | 112001 | 16035379 | | 324429 | 106.00 | | 112801 | 112001 | 16604486 | |
| 324380 | 1,641.47 | | 112701 | 112001 | 17627602 | | 324430 | 3,550.18 | | 112701 | 112001 | 16374997 | |
| 324381 | 655.47 | | 112801 | 112001 | 17761016 | | 324431 | 157.50 | | 112701 | 112001 | 17590183 | |
| 324382 | 1,446.49 | | 112701 | 112001 | 17629764 | | 324432 | 1,814.82 | | 112801 | 112001 | 16606187 | |
| 324383 | 57.22 | | 113001 | 112001 | 17018192 | | 324433 | 565.22 | | 112801 | 112001 | 19237832 | |
| 324384 | 7,655.00 | | | 112001 | | | 324434 | 115.54 | | 112701 | 112001 | 17608390 | |
| 324385 | 3,064.59 | | 112901 | 112001 | 15568830 | | 324435 | 600.00 | | 112901 | 112001 | 16621992 | |
| 324386 | 111.28 | | 112801 | 112001 | 16608864 | | 324436 | 96.13 | | 112801 | 112001 | | |
| 324387 | 7,742.70 | | 112801 | 112001 | 17791608 | | 324437 | 29,666.17 | | 112901 | 112001 | 15337837 | |
| 324388 | 69.00 | | | 112001 | | | 324438 | 4,514.56 | | 112801 | 112001 | 17750576 | |
| 324389 | 6,995.30 | | 112701 | 112001 | 18138223 | | 324439 | 594.75 | | 112901 | 112001 | 15310619 | |
| 324390 | 19,820.04 | | 112701 | 112001 | 17623728 | | 324440 | 2,452.34 | | 112701 | 112001 | 17589975 | |
| 324391 | 2,419.87 | | 112701 | 112001 | 19111598 | | 324441 | 980.64 | | 113001 | 112001 | 19798112 | |
| 324392 | 7,080.64 | | 112801 | 112001 | 17779635 | | 324442 | 1,971.00 | | 112701 | 112001 | 17590847 | |
| 324393 | 93.45 | | 112701 | 112001 | 17588203 | | 324443 | 35.00 | | 112901 | 112001 | 16035403 | |
| 324394 | 457.00 | | | 112001 | | | 324444 | 20,070.00 | | 112701 | 112001 | 17759034 | |
| 324395 | 58.47 | | | 112001 | | | 324445 | 101.34 | | 112701 | 112001 | 14137165 | |
| 324396 | 1,006.88 | | 112801 | 112001 | 16617444 | | 324446 | 200.00 | | 112801 | 112001 | 17748755 | |
| 324397 | 10.61 | | 112901 | 112001 | 16908025 | | 324447 | 215.00 | | 112901 | 112001 | 14115917 | |
| 324398 | 6,522.30 | | 113001 | 112001 | 14529842 | | 324448 | 2,200.00 | | 112901 | 112001 | 16906367 | |
| 324399 | 21,730.57 | | 112801 | 112001 | 19237576 | | 324449 | 100.60 | | 112701 | 112001 | 6908048 | |
| 324400 | 74.39 | | 112701 | 112001 | 17604065 | | 324450 | 2,160.52 | | 112701 | 112001 | | |
| 324401 | | 160.00 | | 112001 | | | 324451 | 675.10 | | 112801 | 112001 | | |
| 324402 | 7,248.88 | | 112701 | 112001 | 17704050 | | 324452 | 1,902.60 | | 112701 | 112001 | | |
| 324403 | | 5,344.00 | | 112001 | | | 324453 | 2,030.00 | | 112801 | 112001 | | |
| 324404 | 363.26 | | 112701 | 112001 | 16346237 | | 324454 | 101.34 | | 112801 | 112001 | | |
| 324405 | 3,983.18 | | 112701 | 112001 | 17623815 | | 324455 | 2,413.42 | | 112801 | 112001 | 15077336 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | BANK NO | CUST ACCOUNT NO | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | 1 | 2079920005761 | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | 004 | 11-30-01 | 38 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324456 | 189.29 | | 112701 | 112001 | 16355722 | | 324506 | 2,110.34 | | 113001 | 112001 | 17051465 | |
| 324457 | 123.59 | | 113001 | 112001 | 17022451 | | 324507 | | 176.85 | | 112001 | 17785497 | |
| 324458 | 2,779.20 | | 112801 | 112001 | 17788282 | | 324508 | 1,800.00 | | 112801 | 112001 | 14141467 | |
| 324459 | 11,235.00 | | 112701 | 112001 | 17629558 | | 324509 | 220.50 | | 112701 | 112001 | 19800112 | |
| 324460 | 2,025.73 | | 113001 | 112001 | 14535782 | | 324510 | 1,800.00 | | 113001 | 112001 | | |
| 324461 | 294.96 | | 112801 | 112001 | 14334057 | | 324511 | | 14.00 | | 112001 | | |
| 324462 | | 61.18 | | 112001 | | | 324512 | 400.00 | | | 112001 | | |
| 324463 | 11,818.45 | | 112701 | 112001 | 17589817 | | 324513 | 2,500.00 | | 112801 | 112001 | 16605371 | |
| 324464 | | 285.00 | | 112001 | | | 324514 | | 157.50 | | 112001 | | |
| 324465 | 3,783.38 | | 112801 | 112001 | 18369108 | | 324515 | 307.67 | | 112701 | 112001 | 17622919 | |
| 324466 | 645.05 | | 112801 | 112001 | 16597862 | | 324516 | 650.00 | | 112701 | 112001 | 18122787 | |
| 324467 | 1,842.66 | | 112801 | 112001 | 14341281 | | 324517 | 235.00 | | 112901 | 112001 | 15318018 | |
| 324468 | 8,405.60 | | 112801 | 112001 | 14130239 | | 324518 | 4,032.00 | | 112801 | 112001 | 19103930 | |
| 324469 | 4,050.00 | | 112801 | 112001 | 17755505 | | 324519 | 209.00 | | 112801 | 112001 | | |
| 324470 | 2,189.75 | | 112701 | 112001 | 17627856 | | 324520 | 1,819.00 | | 112801 | 112001 | | |
| 324471 | 1,852.64 | | 112701 | 112001 | 17629560 | | 324521 | 51.56 | | 113001 | 112001 | 19787414 | |
| 324472 | 215.10 | | 112801 | 112001 | 17731763 | | 324522 | 526.25 | | 112801 | 112001 | 16624077 | |
| 324473 | 212.00 | | 112901 | 112001 | 15320368 | | 324523 | 195.90 | | 112801 | 112001 | | |
| 324474 | 617.12 | | 113001 | 112001 | 17016783 | | 324524 | 372.42 | | 112601 | 112001 | 17470235 | |
| 324475 | 15,522.00 | | 112801 | 112001 | 17784285 | | 324525 | 319.00 | | 113001 | 112001 | | |
| 324476 | 13,145.00 | | 112701 | 112001 | 17623967 | | 324526 | 517.03 | | 113001 | 112001 | 17054247 | |
| 324477 | 74,834.28 | | 112901 | 112001 | 15287439 | | 324527 | 1,131.00 | | 112801 | 112001 | 17757629 | |
| 324478 | 10,367.50 | | 112901 | 112001 | 19453351 | | 324528 | 754.00 | | 112801 | 112001 | 16623882 | |
| 324479 | | 96.00 | | 112001 | | | 324529 | 21.59 | | | 112001 | | |
| 324480 | 16,057.18 | | 112801 | 112001 | 17777810 | | 324530 | 93.01 | | 112701 | 112001 | 17601468 | |
| 324481 | 87,640.00 | | 112701 | 112001 | 17023132 | | 324531 | 252.00 | | 112701 | 112001 | 14139433 | |
| 324482 | 60.00 | | 112801 | 112001 | 14338066 | | 324532 | | 165.10 | | 112001 | | |
| 324483 | 366.83 | | 112801 | 112001 | 16604755 | | 324533 | | 123.00 | | 112001 | | |
| 324484 | 792.63 | | 112801 | 112001 | 15627014 | | 324534 | 652.00 | | 112601 | 112001 | 14316141 | |
| 324485 | 3,856.37 | | 112701 | 112001 | 17591374 | | 324535 | | 178.00 | | 112001 | | |
| 324486 | | 183.62 | | 112001 | | | 324536 | 157.00 | | 112701 | 112001 | 14146063 | |
| 324487 | | 15,454.50 | | 112001 | | | 324537 | 422.00 | | 112001 | 112001 | | |
| 324488 | 3,390.40 | | 112801 | 112001 | 18401821 | | 324538 | 54.00 | | 112801 | 112001 | 19445563 | |
| 324489 | 15,640.40 | | 112701 | 112001 | 17629543 | | 324539 | 6,029.00 | | 112601 | 112001 | 14314913 | |
| 324490 | 4,108.00 | | 112701 | 112001 | 17784935 | | 324540 | 447.00 | | 112301 | 112001 | 19451650 | |
| 324491 | 1,000.00 | | 112801 | 112001 | 19238182 | | 324541 | 223.96 | | 112801 | 112001 | 16613012 | |
| 324492 | 217.97 | | 112801 | 112001 | 15639260 | | 324542 | 199.00 | | 112801 | 112001 | 13749452 | |
| 324493 | 800.76 | | 112701 | 112001 | 16358232 | | 324543 | 533.00 | | 112001 | 112001 | | |
| 324494 | 325.00 | | 112801 | 112001 | 19251955 | | 324544 | 134.00 | | 112001 | 112001 | | |
| 324495 | 9,003.16 | | 112701 | 112001 | 19108788 | | 324545 | 90.26 | | 112801 | 112001 | 16621554 | |
| 324496 | 760.00 | | 112701 | 112001 | 17627992 | | 324546 | 551.00 | | 112801 | 112001 | | |
| 324497 | 1,107.90 | | 112801 | 112001 | 14337355 | | 324547 | 232.00 | | 112601 | 112001 | | |
| 324498 | 350.00 | | 112701 | 112001 | 16358818 | | 324548 | 266.00 | | 112801 | 112001 | | |
| 324499 | 69.57 | | 112901 | 112001 | 18633983 | | 324549 | 59.00 | | 112001 | 112001 | | |
| 324500 | | 2,652.95 | | 112001 | | | 324550 | 1,830.00 | | 112901 | 112001 | 15309738 | |
| 324501 | 1,112.80 | | 112801 | 112001 | 15085943 | | 324551 | | 80.00 | | 112001 | | |
| 324502 | 1,675.00 | | 113001 | 112001 | 15617171 | | 324552 | 118.77 | | 112901 | 112001 | 15305034 | |
| 324503 | 409.96 | | 112701 | 112001 | 17627721 | | 324554 | 7,499.00 | | 113001 | 112001 | 18059861 | |
| 324504 | | 79.92 | | 112001 | | | 324555 | 9,106.00 | | 113001 | 112001 | 15075868 | |
| 324505 | 647.33 | | 112901 | 112001 | 18639291 | | 324556 | 1,077.00 | | 112801 | 112001 | | |

TYPE OF REPORT                                    EXPLANATION OF CODES

UNPAID ONLY   : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY     : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED  : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL       : OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M : MISSING (OUTSTANDING) ITEM

L338 02