# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 20799200005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 39 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324557 | 2,174.00 | | 112901 | 112001 | 115315098 | | 324608 | | 35.65 | | 112001 | | |
| 324558 | 2,852.00 | | | 112001 | | | 324609 | | 85.00 | | 112001 | | |
| 324559 | 446.00 | | 113001 | 112001 | 19798900 | | 324610 | | 41.20 | | 112001 | | |
| 324560 | 2,814.00 | | 112901 | 112001 | 17791617 | | 324611 | 25.00 | | 113001 | 112001 | 15617532 | |
| 324561 | 5,990.00 | | 113001 | 112001 | 15617705 | | 324612 | | 69.23 | | 112001 | | |
| 324562 | 11,702.00 | | 112801 | 112001 | 17752720 | | 324613 | 25.00 | | | 112001 | | |
| 324563 | 10.00 | | 112801 | 112001 | 14337854 | | 324614 | 22,411.99 | | | 112001 | | |
| 324564 | | 349.00 | | 112001 | | | 324615 | | 249.02 | | 112001 | 17020210 | |
| 324565 | | 22.00 | | 112001 | | | 324616 | 9,966.23 | | | 112001 | | |
| 324566 | | 43.00 | | 112001 | | | 324617 | | 38.99 | | 112001 | | |
| 324567 | | 123.00 | | 112001 | | | 324618 | 851.14 | | 112801 | 112001 | 17902451 | |
| 324568 | 103.00 | | 112901 | 112001 | 15330668 | | 324619 | | 277.14 | | 112001 | | |
| 324569 | 17,674.00 | | | 112001 | | | 324620 | | 91.25 | | 112001 | | |
| 324570 | 867.00 | | | 112001 | | | 324621 | | 459.85 | | 112001 | | |
| 324571 | 28.00 | | 112901 | 112001 | 15326297 | | 324622 | | 86.77 | | 112001 | | |
| 324572 | 285.00 | | 112901 | 112001 | 15326296 | | 324623 | | 40.00 | | 112001 | | |
| 324573 | 7,432.00 | | 113001 | 112001 | 19802146 | | 324624 | | 31.25 | | 112001 | | |
| 324574 | 26.85 | | 113001 | 112001 | 17042170 | | 324625 | | 123.60 | | 112001 | | |
| 324575 | 4,556.00 | | | 112001 | | | 324626 | | 119.77 | | 112001 | | |
| 324576 | 243.00 | | 113001 | 112001 | 17053241 | | 324627 | | 48.00 | | 112001 | | |
| 324577 | 6,911.00 | | 113001 | 112001 | 18309571 | | 324628 | | 107.00 | | 112001 | | |
| 324578 | 5,149.00 | | | 112001 | | | 324629 | | 76.05 | | 112001 | | |
| 324579 | 5,276.00 | | 112701 | 112001 | 17625744 | | 324630 | | 160.00 | | 112001 | | |
| 324580 | 15,280.00 | | | 112001 | | | 324631 | | 109.48 | | 112001 | | |
| 324581 | 27,229.00 | | | 112001 | | | 324632 | | 50.00 | | 112001 | | |
| 324582 | 389.00 | | 112901 | 112001 | 18635839 | | 324633 | | 57.32 | | 112001 | | |
| 324583 | 3,067.00 | | | 112001 | | | 324634 | | 7.20 | | 112001 | | |
| 324584 | 1,837.00 | | 112701 | 112001 | 17627753 | | 324635 | 300.00 | | | 112001 | | |
| 324585 | 1,107.00 | | 112601 | 112001 | 16016621 | | 324636 | | 82.50 | | 112001 | | |
| 324586 | 44.00 | | 113001 | 112001 | 17052443 | | 324637 | 2,809.75 | | | 112001 | | |
| 324587 | 3,866.00 | | | 112001 | | | 324638 | | 121.15 | | 112001 | | |
| 324588 | 737.00 | | | 112001 | | | 324639 | | 117.47 | | 112001 | | |
| 324589 | 122.00 | | 112701 | 112001 | 17591308 | | 324640 | | 157.80 | | 112001 | | |
| 324590 | 420.00 | | 112801 | 112001 | 17786856 | | 324641 | | 68.68 | | 112001 | | |
| 324592 | 1,000.00 | | 112901 | 112001 | 15328028 | | 324642 | | 56.25 | | 112001 | | |
| 324593 | 1,500.00 | | 113001 | 112001 | 17050570 | | 324643 | | 26.25 | | 112001 | | |
| 324594 | | 42.00 | | 112001 | | | 324644 | | 41.54 | | 112001 | | |
| 324595 | | 126.54 | | 112001 | | | 324645 | | 95.00 | | 112001 | | |
| 324596 | | 135.00 | | 112001 | | | 324646 | 3,500.00 | | 113001 | 112001 | 19798965 | |
| 324597 | | 1,210.88 | | 112001 | | | 324647 | | 139.00 | | 112001 | | |
| 324598 | | 216.16 | | 112001 | | | 324648 | | 65.00 | | 112001 | | |
| 324599 | | 236.90 | | 112001 | | | 324649 | 250.00 | | | 112001 | | |
| 324600 | | 99.90 | | 112001 | | | 324650 | | 30.00 | | 112001 | | |
| 324601 | | 66.95 | | 112001 | | | 324652 | 3,795.95 | | 112701 | 112001 | 14140102 | |
| 324602 | | 71.04 | | 112001 | | | 324653 | 167.42 | | 113001 | 112001 | 18311540 | |
| 324603 | | 61.80 | | 112001 | | | 324654 | | 27.00 | | 112001 | | |
| 324604 | | 149.11 | | 112001 | | | 324655 | 488.24 | | 113001 | 112001 | 14534500 | |
| 324605 | | 30.90 | | 112001 | | | 324656 | 154.50 | | | 112001 | | |
| 324606 | | 117.18 | | 112001 | | | 324657 | 505.03 | | 113001 | 112001 | 19797079 | |
| 324607 | | 87.55 | | 112001 | | | 324658 | 5,553.25 | | 112801 | 112001 | 17784949 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992000 5761 | W R GRACE CO-CONN<br>ATTN: MARY BOUCHARD | 004 | 11-30-01 | 40 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324659 | 1,420.90 | | 112701 | 112001 | 114135258 | | 324711 | | 57.84 | | 112001 | 118634617 | |
| 324660 | 1,612.80 | | 112601 | 112001 | 174776637 | | 324712 | 350.00 | | 112901 | 112001 | | |
| 324661 | 67.44 | | 112801 | 112001 | 177744144 | | 324713 | | 95.70 | | 112001 | | |
| 324662 | 1,113.40 | | 112801 | 112001 | 177743917 | | 324714 | | 156.00 | | 112001 | | |
| 324663 | 9.95 | | 113001 | 112001 | 183115535 | | 324715 | | 375.00 | | 112001 | | |
| 324664 | 1,348.27 | | 112801 | 112001 | 166602330 | | 324716 | | 250.00 | | 112001 | | |
| 324665 | 107.00 | | 112801 | 112001 | 166633900 | | 324717 | | 238.33 | | 112001 | | |
| 324666 | 660.00 | | 112801 | 112001 | 177581104 | | 324719 | 427.35 | | 112801 | 112101 | 183694530 | |
| 324667 | 660.00 | | 113001 | 112001 | 197882120 | | 324720 | | 150.00 | | 112101 | 175881430 | |
| 324668 | 23.18 | | 112001 | 112001 | 166365420 | | 324722 | | 34,291.19 | | 112701 | | |
| 324669 | 10,597.50 | | 112901 | 112001 | 169085530 | | 324723 | | 96.00 | | 112701 | | |
| 324670 | 30,972.23 | | 112901 | 112001 | 169594520 | | 324724 | | 362.00 | | 112701 | | |
| 324671 | 645.80 | | 112901 | 112001 | 186346010 | | 324725 | | 104.89 | | 112701 | | |
| 324672 | 240.53 | | 113001 | 112001 | 197781160 | | 324726 | | 2,145.00 | | 112701 | | |
| 324673 | 38.60 | | 112801 | 112001 | 150800730 | | 324727 | | 187.00 | | 112701 | | |
| 324674 | | 119.01 | | 112001 | | | 324728 | | 172.00 | | 112701 | | |
| 324675 | 1,639.91 | | 112801 | 112001 | 177895850 | | 324729 | | 295.58 | | 112701 | | |
| 324676 | | 713.70 | | 112001 | | | 324730 | | 706.64 | | 112701 | | |
| 324677 | 4,005.25 | | 112701 | 112001 | 176294400 | | 324731 | | 472.00 | | 112701 | | |
| 324678 | 448.47 | | 113001 | 112001 | 170224520 | | 324732 | | 26.74 | | 112701 | | |
| 324679 | 571.14 | | 112701 | 112001 | 176266560 | | 324733 | | 128.94 | | 112701 | | |
| 324680 | 432.00 | | 113001 | 112001 | 145298490 | | 324734 | | 116.56 | | 112701 | | |
| 324681 | 3,530.84 | | 112701 | 112001 | 163451900 | | 324735 | | 279.00 | | 112701 | | |
| 324682 | 226.10 | | 112701 | 112001 | 150827310 | | 324736 | | 195.00 | | 112701 | | |
| 324683 | 2,642.74 | | 112801 | 112001 | 177818430 | | 324737 | | 2,095.00 | | 112701 | | |
| 324684 | | 405.52 | | 112001 | | | 324738 | | 1,465.00 | | 112701 | | |
| 324685 | 974.00 | | 113001 | 112001 | 198030700 | | 324739 | | 318.00 | | 112701 | | |
| 324686 | 1,000.65 | | 112801 | 112001 | 177541770 | | 324740 | | 270.00 | | 112701 | | |
| 324687 | 303.00 | | 112801 | 112001 | 166138780 | | 324741 | | 749.00 | | 112701 | | |
| 324688 | | 121.00 | | 112001 | | | 324742 | | 41.00 | | 112701 | | |
| 324689 | | 272.29 | | 112001 | | | 324743 | | 249.82 | | 112701 | | |
| 324690 | | 290.00 | | 112001 | | | 324744 | | 361.00 | | 112701 | | |
| 324692 | 162.37 | | 113001 | 112001 | 156169370 | | 324745 | | 118.98 | | 112701 | | |
| 324694 | 202.96 | | 113001 | 112001 | 156169380 | | 324746 | | 162.99 | | 112701 | | |
| 324695 | | 175.00 | | 112001 | | | 324747 | | 147.00 | | 112701 | | |
| 324696 | | 706.34 | | 112001 | | | 324748 | | 198.45 | | 112701 | | |
| 324697 | | 440.00 | | 112001 | | | 324749 | | 1,090.00 | | 112701 | | |
| 324698 | | 180.00 | | 112001 | | | 324750 | | 3,435.00 | | 112701 | | |
| 324699 | 86.67 | | 113001 | 112001 | 156366040 | | 324751 | | 3,790.00 | | 112701 | | |
| 324700 | | 164.50 | | 112001 | | | 324752 | | 472.29 | | 112701 | | |
| 324701 | | 200.00 | | 112001 | | | 324753 | | 365.00 | | 112701 | | |
| 324702 | | 5.00 | | 112001 | | | 324754 | | 392.00 | | 112701 | | |
| 324703 | 90.83 | | 113001 | 112001 | 156182890 | | 324755 | | 35.00 | | 112701 | | |
| 324704 | | 421.50 | | 112001 | | | 324756 | | 982.00 | | 112701 | | |
| 324705 | | 92.09 | | 112001 | | | 324757 | | 7.00 | | 112701 | | |
| 324706 | | 25.00 | | 112001 | | | 324758 | | 1,064.00 | | 112701 | | |
| 324707 | 250.00 | | 113001 | 112001 | 156182850 | | 324759 | | 467.00 | | 112701 | | |
| 324708 | | 488.25 | | 112001 | | | 324760 | | 1,046.00 | | 112701 | | |
| 324709 | | 650.00 | | 112001 | | | 324761 | | 52.70 | | 112701 | | |
| 324710 | | 182.50 | | 112001 | | | 324762 | | 146.45 | | 112701 | | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
    MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 41 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324763 | | 438.70 | | 112701 | | | 324816 | 657.28 | | | 112801 | | |
| 324764 | | 2,802.00 | | 112701 | | | 324817 | 542.89 | | | 112801 | | |
| 324765 | | 165.70 | | 112701 | | | 324818 | 207.24 | | | 112801 | | |
| 324766 | | 947.00 | | 112701 | | | 324819 | 56.00 | | | 112801 | | |
| 324767 | | 4,217.00 | | 112701 | | | 324820 | 6,537.05 | | | 112801 | | |
| 324770 | | 44,783.95 | | 112701 | | | 324821 | 19,266.19 | | | 112801 | | |
| 324771 | | 27,451.88 | | 112701 | | | 324822 | 2,772.00 | | | 112801 | | |
| 324773 | | 2,231.47 | | 112801 | | | 324823 | 147.00 | | | 112801 | | |
| 324774 | | 2,051.99 | | 112801 | | | 324824 | 8,081.00 | | | 112801 | | |
| 324775 | | 54.06 | | 112801 | | | 324825 | 140.98 | | | 112801 | | |
| 324776 | | 157.08 | | 112801 | | | 324826 | 439.47 | | | 112801 | | |
| 324777 | | 1,266.30 | | 112801 | | | 324827 | 8,909.99 | | | 112801 | | |
| 324778 | | 195.50 | | 112801 | | | 324828 | 5,257.23 | | | 112801 | | |
| 324779 | | 392.64 | | 112801 | | | 324829 | 390.10 | | | 112801 | | |
| 324780 | | 257.19 | | 112801 | | | 324830 | 157.13 | | | 112801 | | |
| 324781 | | 850.72 | | 112801 | | | 324831 | 6,991.00 | | | 112801 | | |
| 324782 | | 921.30 | | 112801 | | | 324832 | 2,341.47 | | | 112801 | | |
| 324783 | | 30.00 | | 112801 | | | 324833 | 9,752.30 | | | 112801 | | |
| 324784 | | 89.92 | | 112801 | | | 324834 | 22,935.90 | | | 112801 | | |
| 324785 | | 174.80 | | 112801 | | | 324835 | 4,453.29 | | | 112801 | | |
| 324786 | | 1,916.67 | | 112801 | | | 324836 | 2,560.00 | | | 112801 | | |
| 324787 | | 396.37 | | 112801 | | | 324837 | 8,490.47 | | | 112801 | | |
| 324788 | | 1,727.47 | | 112801 | | | 324838 | 106.13 | | | 112801 | | |
| 324789 | | 5,187.93 | | 112801 | | | 324839 | 400.00 | | | 112801 | | |
| 324790 | | 2,644.65 | | 112801 | | | 324840 | 6,865.32 | | | 112801 | | |
| 324791 | | 426.27 | | 112801 | | | 324841 | 1,584.03 | | | 112801 | | |
| 324792 | | 120.00 | | 112801 | | | 324842 | 6,840.00 | | | 112801 | | |
| 324793 | | 381.08 | | 112801 | | | 324843 | 8,112.00 | | | 112801 | | |
| 324794 | | 178.55 | | 112801 | | | 324844 | 985.80 | | | 112801 | | |
| 324795 | | 99.04 | | 112801 | | | 324845 | 2,670.71 | | | 112801 | | |
| 324796 | | 192.00 | | 112801 | | | 324846 | 2,071.40 | | | 112801 | | |
| 324797 | | 2,419.31 | | 112801 | | | 324847 | 805.06 | | | 112801 | | |
| 324798 | | 343.65 | | 112801 | | | 324848 | 432.00 | | | 112801 | | |
| 324799 | | 1,108.07 | | 112801 | | | 324849 | 29.35 | | | 112801 | | |
| 324800 | | 856.78 | | 112801 | | | 324850 | 426.62 | | | 112801 | | |
| 324801 | | 127.25 | | 112801 | | | 324851 | 3,736.80 | | | 112801 | | |
| 324802 | | 6,293.34 | | 112801 | | | 324852 | 1,435.76 | | | 112801 | | |
| 324803 | | 7,227.06 | | 112801 | | | 324853 | 13,910.50 | | | 112801 | | |
| 324804 | | 16.50 | | 112801 | | | 324854 | 2,058.75 | | | 112801 | | |
| 324805 | | 721.67 | | 112801 | | | 324855 | 39,128.79 | | | 112801 | | |
| 324806 | | 160.62 | | 112801 | | | 324856 | 205.22 | | | 112801 | | |
| 324807 | | 120.44 | | 112801 | | | 324857 | 321.23 | | | 112801 | | |
| 324808 | | 929.58 | | 112801 | | | 324858 | 381.60 | | | 112801 | | |
| 324809 | | 449.00 | | 112801 | | | 324859 | 7,350.00 | | | 112801 | | |
| 324810 | | 304.89 | | 112801 | | | 324860 | 1,784.00 | | | 112801 | | |
| 324811 | | 213.92 | | 112801 | | | 324861 | 9,153.28 | | | 112801 | | |
| 324812 | | 291.50 | | 112801 | | | 324862 | 3,726.00 | | | 112801 | | |
| 324813 | | 3,235.00 | | 112801 | | | 324863 | 628.14 | | | 112801 | | |
| 324814 | | 742.67 | | 112801 | | | 324864 | 104.95 | | | 112801 | | |
| 324815 | | 164.26 | | 112801 | | | 324865 | 339.00 | | | 112801 | | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED
  MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM;DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING ITEM)

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST.ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207992005761 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | 004 | 11-30-01 | 42 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324866 | | 125.00 | | 112801 | | | 324917 | | 5,110.10 | | 112801 | | |
| 324867 | | 13,725.00 | | 112801 | | | 324918 | | 16,760.00 | | 112801 | | |
| 324868 | | 34,721.23 | | 112801 | | | 324919 | | 69.93 | | 112801 | | |
| 324869 | | 152.00 | | 112801 | | | 324920 | | 52.99 | | 112801 | | |
| 324870 | | 1,343.93 | | 112801 | | | 324921 | | 2,734.80 | | 112801 | | |
| 324871 | | 250.00 | | 112801 | | | 324922 | | 2,198.81 | | 112801 | | |
| 324872 | | 580.00 | | 112801 | | | 324923 | | 28.50 | | 112801 | | |
| 324873 | | 24,798.42 | | 112801 | | | 324924 | | 55.94 | | 112801 | | |
| 324874 | | 1,390.00 | | 112801 | | | 324925 | | 637.00 | | 112801 | | |
| 324875 | | 359.90 | | 112801 | | | 324926 | | 162.83 | | 112801 | | |
| 324876 | | 2,637.46 | | 112801 | | | 324927 | | 3,458.00 | | 112801 | | |
| 324877 | | 9,146.23 | | 112801 | | | 324928 | | 6,594.00 | | 112801 | | |
| 324878 | | 1,487.69 | | 112801 | | | 324929 | | 6,378.00 | | 112801 | | |
| 324879 | | 450.00 | | 112801 | | | 324930 | | 341.18 | | 112801 | | |
| 324880 | | 513.69 | | 112801 | | | 324931 | | 7,131.32 | | 112801 | | |
| 324881 | | 203.25 | | 112801 | | | 324932 | | 191.23 | | 112801 | | |
| 324882 | | 4,418.99 | | 112801 | | | 324933 | | 588.60 | | 112801 | | |
| 324883 | | 708.40 | | 112801 | | | 324934 | | 9,024.83 | | 112801 | | |
| 324884 | | 21.01 | | 112801 | | | 324935 | | 3,909.20 | | 112801 | | |
| 324885 | | 1,552.09 | | 112801 | | | 324936 | | 95.55 | | 112801 | | |
| 324886 | | 75.86 | | 112801 | | | 324937 | | 1,306.28 | | 112801 | | |
| 324887 | | 86.07 | | 112801 | | | 324938 | | 524.07 | | 112801 | | |
| 324888 | | 1,125.00 | | 112801 | | | 324939 | | 908.00 | | 112801 | | |
| 324889 | | 642.57 | | 112801 | | | 324940 | | 7,029.80 | | 112801 | | |
| 324890 | | 4,307.30 | | 112801 | | | 324941 | | 23,092.39 | | 112801 | | |
| 324892 | | 6,966.20 | | 112801 | | | 324942 | | 300.00 | | 112801 | | |
| 324893 | | 19,008.43 | | 112801 | | | 324943 | | 7,887.00 | | 112801 | | |
| 324894 | | 34.98 | | 112801 | | | 324944 | | 95,966.41 | | 112801 | | |
| 324895 | | 605.00 | | 112801 | | | 324945 | | 5,068.00 | | 112801 | | |
| 324896 | | 437.40 | | 112801 | | | 324946 | | 2,695.90 | | 112801 | | |
| 324897 | | 48,355.63 | | 112801 | | | 324947 | | 300.00 | | 112801 | | |
| 324898 | | 200.00 | | 112801 | | | 324948 | | 260.00 | | 112801 | | |
| 324899 | | 945.76 | | 112801 | | | 324949 | | 646.00 | | 112801 | | |
| 324900 | | 19,654.02 | | 112801 | | | 324950 | | 300.00 | | 112801 | | |
| 324901 | | 27.56 | | 112801 | | | 324951 | | 120.00 | | 112801 | | |
| 324902 | | 7,951.14 | | 112801 | | | 324952 | | 867.39 | | 112801 | | |
| 324903 | | 12,383.69 | | 112801 | | | 324953 | | 1,300.00 | | 112801 | | |
| 324904 | | 25.85 | | 112801 | | | 324954 | | 10,800.00 | | 112801 | | |
| 324905 | | 2,231.00 | | 112801 | | | 324955 | | 376.19 | | 112801 | | |
| 324906 | | 126.43 | | 112801 | | | 324956 | | 1,038.00 | | 112801 | | |
| 324907 | | 5,695.60 | | 112801 | | | 324957 | | 3,873.68 | | 112801 | | |
| 324908 | | 34,690.68 | | 112801 | | | 324958 | | 1,315.73 | | 112801 | | |
| 324909 | | 11,860.00 | | 112801 | | | 324959 | | 782.90 | | 112801 | | |
| 324910 | | 992.60 | | 112801 | | | 324960 | | 5,049.00 | | 112801 | | |
| 324911 | | 874.93 | | 112801 | | | 324961 | | 3,366.38 | | 112801 | | |
| 324912 | | 8,298.57 | | 112801 | | | 324962 | | 344.94 | | 112801 | | |
| 324913 | | 177.88 | | 112801 | | | 324963 | | 64.74 | | 112801 | | |
| 324914 | | 337.18 | | 112801 | | | 324964 | | 1,242.80 | | 112801 | | |
| 324915 | | 22,625.47 | | 112801 | | | 324965 | | 2,600.00 | | 112801 | | |
| 324916 | | 195.66 | | 112801 | | | 324966 | | 258.00 | | 112801 | | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED OUTSTANDING MASTER REMOVED ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M : MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | 1 | 207992000576 | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | | | 11-30-01 | 43 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324967 | | 193.53 | | 112801 | | | 325017 | | 54.21 | | 112801 | | |
| 324968 | | 1,230.00 | | 112801 | | | 325018 | | 18,612.00 | | 112801 | | |
| 324969 | | 124.64 | | 112801 | | | 325019 | | 473.27 | | 112801 | | |
| 324970 | | 27,358.91 | | 112801 | | | 325020 | | 183.29 | | 112801 | | |
| 324971 | | 78.85 | | 112801 | | | 325021 | | 4,384.02 | | 112801 | | |
| 324972 | | 243.56 | | 112801 | | | 325022 | | 626.96 | | 112801 | | |
| 324973 | | 5,569.57 | | 112801 | | | 325023 | | 3,653.54 | | 112801 | | |
| 324974 | | 29.03 | | 112801 | | | 325024 | | 24.48 | | 112801 | | |
| 324975 | | 480.65 | | 112801 | | | 325025 | | 4,050.00 | | 112801 | | |
| 324976 | | 466.87 | | 112801 | | | 325026 | | 233.01 | | 112801 | | |
| 324977 | | 997.74 | | 112801 | | | 325027 | | 300.00 | | 112801 | | |
| 324978 | | 78.67 | | 112801 | | | 325028 | | 11,410.00 | | 112801 | | |
| 324979 | | 232.06 | | 112801 | | | 325029 | | 825.00 | | 112801 | | |
| 324980 | | 4,520.25 | | 112801 | | | 325030 | | 963.35 | | 112801 | | |
| 324981 | | 741.00 | | 112801 | | | 325031 | | 1,330.00 | | 112801 | | |
| 324982 | | 1,230.00 | | 112801 | | | 325032 | | 146.00 | | 112801 | | |
| 324983 | | 1,345.96 | | 112801 | | | 325033 | | 125.48 | | 112801 | | |
| 324984 | | 4.26 | | 112801 | | | 325034 | | 1,250.00 | | 112801 | | |
| 324985 | | 180.00 | | 112801 | | | 325035 | | 275.00 | | 112801 | | |
| 324986 | | 59.60 | | 112801 | | | 325036 | | 238.55 | | 112801 | | |
| 324987 | | 17,630.13 | | 112801 | | | 325037 | | 1,900.00 | | 112801 | | |
| 324988 | | 17,966.86 | | 112801 | | | 325038 | | 18,497.50 | | 112801 | | |
| 324989 | | 97.50 | | 112801 | | | 325039 | | 1,004.82 | | 112801 | | |
| 324990 | | 1,800.00 | | 112801 | | | 325040 | | 432.84 | | 112801 | | |
| 324991 | | 513.13 | | 112801 | | | 325041 | | 4,926.00 | | 112801 | | |
| 324992 | | 83.46 | | 112801 | | | 325042 | | 70.00 | | 112801 | | |
| 324993 | | 592.56 | | 112801 | | | 325043 | | 50.00 | | 112801 | | |
| 324994 | | 277.38 | | 112801 | | | 325044 | | 1,109.07 | | 112801 | | |
| 324995 | | 7,636.19 | | 112801 | | | 325045 | | 155.00 | | 112801 | | |
| 324996 | | 447.00 | | 112801 | | | 325046 | | 70.37 | | 112801 | | |
| 324997 | | 92.30 | | 112801 | | | 325047 | | 701.23 | | 112801 | | |
| 324998 | | 614.73 | | 112801 | | | 325048 | | 421.25 | | 112801 | | |
| 324999 | | 231.87 | | 112801 | | | 325049 | | 829.70 | | 112801 | | |
| 325000 | | 365.00 | | 112801 | | | 325050 | | 243.79 | | 112801 | | |
| 325001 | | 668.78 | | 112801 | | | 325051 | | 22,721.20 | | 112801 | | |
| 325002 | | 877.00 | | 112801 | | | 325052 | | 722.84 | | 112801 | | |
| 325003 | | 137.88 | | 112801 | | | 325053 | | 351.00 | | 112801 | | |
| 325004 | | 95.01 | | 112801 | | | 325054 | | 446.59 | | 112801 | | |
| 325005 | | 4,174.00 | | 112801 | | | 325055 | | 417.00 | | 112801 | | |
| 325006 | | 120.00 | | 112801 | | | 325056 | | 25.89 | | 112801 | | |
| 325007 | | 680.00 | | 112801 | | | 325057 | | 1,199.15 | | 112801 | | |
| 325008 | | 979.00 | | 112801 | | | 325058 | | 656.36 | | 112801 | | |
| 325009 | | 150.00 | | 112801 | | | 325059 | | 608.73 | | 112801 | | |
| 325010 | | 356.81 | | 112801 | | | 325060 | | 55.09 | | 112801 | | |
| 325011 | | 50.00 | | 112801 | | | 325061 | | 1,349.10 | | 112801 | | |
| 325012 | | 9,585.00 | | 112801 | | | 325062 | | 48,552.95 | | 112801 | | |
| 325013 | | 1,016.00 | | 112801 | | | 325063 | | 101.68 | | 112801 | | |
| 325014 | | 167.79 | | 112801 | | | 325064 | | 19,549.14 | | 112801 | | |
| 325015 | | 45,038.23 | | 112801 | | | 325065 | | 861.96 | | 112801 | | |
| 325016 | | 87.42 | | 112801 | | | 325066 | | 724.74 | | 112801 | | |

TYPE OF REPORT

UNPAID ONLY — OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY — PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED — PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL — OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | BANK NO. | CUST.ACCOUNT NO. | | CUSTOMER NAME | | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | 1 | 2079920005761 | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | 004 | | 11-30-01 | 44 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325067 | | 699.51 | | 112801 | | | 325117 | | 769.98 | | 112801 | | |
| 325068 | | 1,158.00 | | 112801 | | | 325118 | | 37.77 | | 112801 | | |
| 325069 | | 365.91 | | 112801 | | | 325119 | | 245.00 | | 112801 | | |
| 325070 | | 2,310.00 | | 112801 | | | 325120 | | 625.00 | | 112801 | | |
| 325071 | | 8,580.00 | | 112801 | | | 325121 | | 3,000.00 | | 112801 | | |
| 325072 | | 1,399.49 | | 112801 | | | 325122 | | 3,294.72 | | 112801 | | |
| 325073 | | 543.00 | | 112801 | | | 325123 | | 117.60 | | 112801 | | |
| 325074 | | 660.00 | | 112801 | | | 325124 | | 272.80 | | 112801 | | |
| 325075 | | 660.00 | | 112801 | | | 325125 | | 762.30 | | 112801 | | |
| 325076 | | 357.00 | | 112801 | | | 325126 | | 58.12 | | 112801 | | |
| 325077 | | 2,381.31 | | 112801 | | | 325127 | | 59.40 | | 112801 | | |
| 325078 | | 670.00 | | 112801 | | | 325128 | | 616.21 | | 112801 | | |
| 325079 | | 250.00 | | 112801 | | | 325129 | | 2,189.62 | | 112801 | | |
| 325080 | | 288.54 | | 112801 | | | 325130 | | 2,805.69 | | 112801 | | |
| 325081 | | 227.50 | | 112801 | | | 325131 | | 195.14 | | 112801 | | |
| 325082 | | 130.19 | | 112801 | | | 325132 | | 18,000.00 | | 112801 | | |
| 325083 | | 294.00 | | 112801 | | | 325133 | | 100.82 | | 112801 | | |
| 325084 | | 824.27 | | 112801 | | | 325134 | | 6,150.00 | | 112801 | | |
| 325085 | | 765.70 | | 112801 | | | 325135 | | 1,426.36 | | 112801 | | |
| 325086 | | 166.30 | | 112801 | | | 325136 | | 84.34 | | 112801 | | |
| 325087 | | 270.00 | | 112801 | | | 325137 | | 2,387.29 | | 112801 | | |
| 325088 | | 1,311.76 | | 112801 | | | 325138 | | 248.72 | | 112801 | | |
| 325089 | | 6,546.20 | | 112801 | | | 325139 | | 6,208.37 | | 112801 | | |
| 325090 | | 126.31 | | 112801 | | | 325140 | | 71.50 | | 112801 | | |
| 325091 | | 433.76 | | 112801 | | | 325141 | | 960.00 | | 112801 | | |
| 325092 | | 185.50 | | 112801 | | | 325142 | | 4,517.99 | | 112801 | | |
| 325093 | | 35.76 | | 112801 | | | 325143 | | 42,255.62 | | 112801 | | |
| 325094 | | 851.57 | | 112801 | | | 325144 | | 1,000.00 | | 112801 | | |
| 325095 | | 5,849.00 | | 112801 | | | 325145 | | 225.00 | | 112801 | | |
| 325096 | | 500.00 | | 112801 | | | 325146 | | 17,818.60 | | 112801 | | |
| 325097 | | 224.67 | | 112801 | | | 325147 | | 3,596.25 | | 112801 | | |
| 325098 | | 2,400.00 | | 112801 | | | 325148 | | 2,000.00 | | 112801 | | |
| 325099 | | 179.35 | | 112801 | | | 325149 | | 3,010.50 | | 112801 | | |
| 325100 | | 39,339.60 | | 112801 | | | 325150 | | 5,127.91 | | 112801 | | |
| 325101 | | 49.19 | | 112801 | | | 325151 | | 480.00 | | 112801 | | |
| 325102 | | 61.99 | | 112801 | | | 325152 | | 2,908.35 | | 112801 | | |
| 325103 | | 109.20 | | 112801 | | | 325153 | | 405.01 | | 112801 | | |
| 325104 | | 1,240.03 | | 112801 | | | 325154 | | 443.70 | | 112801 | | |
| 325105 | | 965.93 | | 112801 | | | 325155 | | 42.54 | | 112801 | | |
| 325106 | | 530.09 | | 112801 | | | 325156 | | 44,617.39 | | 112801 | | |
| 325107 | | 4,522.96 | | 112801 | | | 325157 | | 16,368.32 | | 112801 | | |
| 325108 | | 1,085.92 | | 112801 | | | 325158 | | 7,027.82 | | 112801 | | |
| 325109 | | 60.00 | | 112801 | | | 325159 | | 3,635.50 | | 112801 | | |
| 325110 | | 872.55 | | 112801 | | | 325160 | | 149.80 | | 112801 | | |
| 325111 | | 1,503.62 | | 112801 | | | 325161 | | 35.93 | | 112801 | | |
| 325112 | | 22.48 | | 112801 | | | 325162 | | 7,502.25 | | 112801 | | |
| 325113 | | 1,613.82 | | 112801 | | | 325163 | | 1,738.32 | | 112801 | | |
| 325114 | | 3,751.37 | | 112801 | | | 325164 | | 455.03 | | 112801 | | |
| 325115 | | 44,575.85 | | 112801 | | | 325165 | | 14,720.00 | | 112801 | | |
| 325116 | | 963.42 | | 112801 | | | 325166 | | 361.98 | | 112801 | | |

TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02//

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | | | | | | | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | | | | | | | 45 |

| BANK NO | CUST ACCOUNT NO | | | | CUSTOMER NAME | | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 207992000576 | | | | W R GRACE CO-CONN ATTN: MARY BOUCHARD | | | | 004 | 11-30-01 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325167 | | 2,000.00 | | 112801 | | | 325217 | | 250.00 | | 112801 | | |
| 325168 | | 158.77 | | 112801 | | | 325218 | | 2,900.00 | | 112801 | | |
| 325169 | | 550.00 | | 112801 | | | 325219 | | 4,091.46 | | 112801 | | |
| 325170 | | 6,197.10 | | 112801 | | | 325220 | | 5,054.08 | | 112801 | | |
| 325171 | | 90.63 | | 112801 | | | 325221 | | 885.35 | | 112801 | | |
| 325172 | | 1,710.00 | | 112801 | | | 325222 | | 480.38 | | 112801 | | |
| 325173 | | 237.42 | | 112801 | | | 325223 | | 3,454.50 | | 112801 | | |
| 325174 | | 62.09 | | 112801 | | | 325224 | | 1,904.80 | | 112801 | | |
| 325175 | | 14,367.50 | | 112801 | | | 325225 | | 6,000.00 | | 112801 | | |
| 325176 | | 1,362.41 | | 112801 | | | 325226 | | 1,541.00 | | 112801 | | |
| 325177 | | 300.00 | | 112801 | | | 325227 | | 1,094.60 | | 112801 | | |
| 325178 | | 957.15 | | 112801 | | | 325228 | | 5,426.15 | | 112801 | | |
| 325179 | | 56.15 | | 112801 | | | 325229 | | 1,624.35 | | 112801 | | |
| 325180 | | 1,055.50 | | 112801 | | | 325230 | | 8,450.00 | | 112801 | | |
| 325181 | | 97.29 | | 112801 | | | 325231 | | 850.00 | | 112801 | | |
| 325182 | | 300.00 | | 112801 | | | 325232 | | 447.40 | | 112801 | | |
| 325183 | | 14,793.00 | | 112801 | | | 325233 | | 13.50 | | 112801 | | |
| 325184 | | 9,633.00 | | 112801 | | | 325234 | | 2,636.69 | | 112801 | | |
| 325185 | | 165.50 | | 112801 | | | 325235 | | 288.87 | | 112801 | | |
| 325186 | | 567.68 | | 112801 | | | 325236 | | 617.12 | | 112801 | | |
| 325187 | | 257.76 | | 112801 | | | 325237 | | 16,220.49 | | 112801 | | |
| 325188 | | 375.00 | | 112801 | | | 325238 | | 13,503.00 | | 112801 | | |
| 325189 | | 12,808.96 | | 112801 | | | 325239 | | 8,221.23 | | 112801 | | |
| 325190 | | 362.00 | | 112801 | | | 325240 | | 8,408.34 | | 112801 | | |
| 325191 | | 5,285.00 | | 112801 | | | 325241 | | 305.00 | | 112801 | | |
| 325192 | | 37,017.44 | | 112801 | | | 325242 | | 62.85 | | 112801 | | |
| 325193 | | 482.90 | | 112801 | | | 325243 | | 8,600.44 | | 112801 | | |
| 325194 | | 5,628.00 | | 112801 | | | 325244 | | 541.96 | | 112801 | | |
| 325195 | | 18.00 | | 112801 | | | 325245 | | 5,082.00 | | 112801 | | |
| 325196 | | 2,100.00 | | 112801 | | | 325246 | | 749.39 | | 112801 | | |
| 325197 | | 695.36 | | 112801 | | | 325247 | | 42.00 | | 112801 | | |
| 325198 | | 29,228.00 | | 112801 | | | 325248 | | 45,250.75 | | 112801 | | |
| 325199 | | 122.31 | | 112801 | | | 325249 | | 422.23 | | 112801 | | |
| 325200 | | 268.77 | | 112801 | | | 325250 | | 8,255.00 | | 112801 | | |
| 325201 | | 2,410.80 | | 112801 | | | 325251 | | 228.14 | | 112801 | | |
| 325202 | | 29,673.20 | | 112801 | | | 325252 | | 260.00 | | 112801 | | |
| 325203 | | 375.29 | | 112801 | | | 325253 | | 1,323.00 | | 112801 | | |
| 325204 | | 857.29 | | 112801 | | | 325254 | | 7.03 | | 112801 | | |
| 325205 | | 231.00 | | 112801 | | | 325255 | | 800.00 | | 112801 | | |
| 325206 | | 170.00 | | 112801 | | | 325256 | | 630.12 | | 112801 | | |
| 325207 | | 50.64 | | 112801 | | | 325257 | | 872.62 | | 112801 | | |
| 325208 | | 63.50 | | 112801 | | | 325258 | | 393.67 | | 112801 | | |
| 325209 | | 4,503.20 | | 112801 | | | 325259 | | 193.15 | | 112801 | | |
| 325210 | | 32,218.07 | | 112801 | | | 325260 | | 963.32 | | 112801 | | |
| 325211 | | 451.00 | | 112801 | | | 325261 | | 256.03 | | 112801 | | |
| 325212 | | 9,475.33 | | 112801 | | | 325262 | | 21.83 | | 112801 | | |
| 325213 | | 1,006.26 | | 112801 | | | 325263 | | 3,174.83 | | 112801 | | |
| 325214 | | 380.40 | | 112801 | | | 325264 | | 3,057.40 | | 112801 | | |
| 325215 | | 202.81 | | 112801 | | | 325265 | | 350.00 | | 112801 | | |
| 325216 | | 6,886.25 | | 112801 | | | 325266 | | 11,128.00 | | 112801 | | |

TYPE OF REPORT

| | | EXPLANATION OF CODES | |
|---|---|---|---|
| UNPAID ONLY | = OUTSTANDING ITEMS ONLY ON THIS REPORT | 1 = CHECK PAID THIS PERIOD: NO OUTSTANDING MASTER RECEIVED | 4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED |
| PAID ONLY | = PAID ITEMS ONLY ON THIS REPORT | 2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS | 5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED |
| CONSOLIDATED | = PAID & OUTSTANDING CHECKS ON SAME REPORT | 3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED | 6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL # |
| SPECIAL | = OFF-CYCLE REPORT REQUEST | MEMO ONLY, NOT ADDED TO TOTALS | |