# ACCOUNT RECONCILIATION PLAN

TYPE OF REPORT: CONSOLIDATED

PAGE: 46  DATE: 11-30-01  004

BANK NO: 1  CUST ACCOUNT NO: 207992000576

CUSTOMER NAME: W R GRACE CO-CONN  ATTN. MARY BOUCHARD

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 325267 | 1,790.75 | | | 11280 | | |
| 325268 | 11,400.00 | | | 11280 | | |
| 325269 | 41.41 | | | 11280 | | |
| 325270 | 81.37 | | | 11280 | | |
| 325271 | 455.00 | | | 11280 | | |
| 325272 | 1,830.04 | | | 11280 | | |
| 325273 | 2,640.00 | | | 11280 | | |
| 325274 | 1,601.52 | | | 11280 | | |
| 325275 | 325.00 | | | 11280 | | |
| 325276 | 221.00 | | | 11280 | | |
| 325277 | 165.50 | | | 11280 | | |
| 325278 | 600.00 | | | 11280 | | |
| 325279 | 130.00 | | | 11280 | | |
| 325280 | 50,734.00 | | | 11280 | | |
| 325281 | 5,640.00 | | | 11280 | | |
| 325282 | 1,799.80 | | | 11280 | | |
| 325283 | 45.10 | | | 11280 | | |
| 325284 | 84.00 | | | 11280 | | |
| 325285 | 2,692.80 | | | 11280 | | |
| 325286 | 206.90 | | | 11280 | | |
| 325287 | 28.00 | | | 11280 | | |
| 325288 | 9,919.00 | | | 11280 | | |
| 325289 | 1,936.64 | | | 11280 | | |
| 325290 | 27.45 | | | 11280 | | |
| 325291 | 7,580.00 | | | 11280 | | |
| 325292 | 5,625.30 | | | 11280 | | |
| 325293 | 100.00 | | | 11280 | | |
| 325294 | 7,000.00 | | | 11280 | | |
| 325295 | 50.59 | | | 11280 | | |
| 325296 | 45.32 | | | 11280 | | |
| 325297 | 540.00 | | | 11280 | | |
| 325298 | 7,654.50 | | | 11280 | | |
| 325299 | 2,301.54 | | | 11280 | | |
| 325300 | 300.00 | | | 11280 | | |
| 325301 | 5,625.00 | | | 11280 | | |
| 325302 | 25.00 | | | 11280 | | |
| 325303 | 4,015.19 | | | 11280 | | |
| 325304 | 1,518.71 | | | 11280 | | |
| 325305 | 214.86 | | | 11280 | | |
| 325306 | 36.58 | | | 11280 | | |
| 325307 | 1,183.00 | | | 11280 | | |
| 325308 | 2,725.00 | | | 11280 | | |
| 325309 | 305.02 | | | 11280 | | |
| 325310 | 1,669.46 | | | 11280 | | |
| 325311 | 1,008.00 | | | 11280 | | |
| 325312 | 2,029.96 | | | 11280 | | |
| 325313 | 856.00 | | | 11280 | | |
| 325314 | 426,750.00 | | | 11280 | | |
| 325315 | 114.40 | | | 11280 | | |
| 325316 | 1,045.00 | | | 11280 | | |
| 325317 | | 453.26 | | 11280 | | |
| 325318 | | 875.85 | | 11280 | | |
| 325319 | | 1,120.76 | | 11280 | | |
| 325320 | | 19.03 | | 11280 | | |
| 325321 | | 535.13 | | 11280 | | |
| 325322 | | 552.01 | | 11280 | | |
| 325323 | | 860.00 | | 11280 | | |
| 325324 | | 2,402.59 | | 11280 | | |
| 325325 | | 155.00 | | 11280 | | |
| 325326 | | 200.00 | | 11280 | | |
| 325327 | | 4,000.00 | | 11280 | | |
| 325329 | | 100.00 | | 11280 | | |
| 325330 | | 100.00 | | 11280 | | |
| 325331 | | 510.00 | | 11280 | | |
| 325333 | | 100.00 | | 11280 | | |
| 325335 | | 12,600.00 | | 11280 | | |
| 325336 | | 126.34 | | 11280 | | |
| 325337 | | 42.00 | | 11280 | | |
| 325338 | | 135.00 | | 11280 | | |
| 325339 | | 216.96 | | 11280 | | |
| 325340 | | 99.90 | | 11280 | | |
| 325341 | | 66.95 | | 11280 | | |
| 325342 | | 236.90 | | 11280 | | |
| 325343 | | 35.65 | | 11280 | | |
| 325344 | | 149.11 | | 11280 | | |
| 325345 | | 61.80 | | 11280 | | |
| 325346 | | 30.90 | | 11280 | | |
| 325347 | | 117.8 | | 11280 | | |
| 325348 | | 87.55 | | 11280 | | |
| 325349 | | 71.04 | | 11280 | | |
| 325350 | | 85.00 | | 11280 | | |
| 325351 | | 4.20 | | 11280 | | |
| 325352 | | 69.23 | | 11280 | | |
| 325353 | | 1,318.88 | | 11280 | | |
| 325354 | | 749.02 | | 11301 | | |
| 325355 | | 277.14 | | 11280 | | |
| 325356 | | 91.25 | | 11280 | | |
| 325357 | | 919.70 | | 11280 | | |
| 325358 | | 132.00 | | 11280 | | |
| 325359 | | 86.77 | | 11280 | | |
| 325360 | | 40.00 | | 11280 | | |
| 325361 | | 31.25 | | 11280 | | |
| 325362 | | 123.60 | | 11280 | | |
| 325363 | | 11,639.28 | | 11280 | | |
| 325364 | | 5,965.86 | | 11280 | | |
| 325365 | | 39,986.02 | | 11280 | | |
| 325366 | | 47,265.46 | | 11280 | | |
| 325367 | | 6,148.64 | | 11280 | | |
| 325368 | | 2,486.68 | | 11280 | | |

TYPE OF REPORT

- UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL : OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 : CHECK IN PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY, NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M : MISSING OUTSTANDING ITEM

1 338 02/

# ACCOUNT RECONCILIATION PLAN

| | |
|---|---|
| TYPE OF REPORT: CONSOLIDATED | PAGE: 47 |
| BANK NO: 1 | DATE: 11-30-01 |
| CUST ACCOUNT NO: 20799200005761 | 004 |
| CUSTOMER NAME: W R GRACE CO-CONN / ATTN: MARY BOUCHARD | |

| CHECK NUMBER | PAID | DATE PAID | O/S | SEQUENCE NUMBER | DATE ISSUED | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 325369 | | | 1,172.94 | | 11280 1 | |
| 325370 | | | 1,395.98 | | 11280 1 | |
| 325371 | | | 119.77 | | 11280 1 | |
| 325372 | | | 48.00 | | 11280 1 | |
| 325373 | | | 107.00 | | 11280 1 | |
| 325374 | | | 76.05 | | 11280 1 | |
| 325375 | | | 160.00 | | 11280 1 | |
| 325376 | | | 109.48 | | 11280 1 | |
| 325377 | | | 57.32 | | 11280 1 | |
| 325378 | | | 50.00 | | 11280 1 | |
| 325379 | | | 7.20 | | 11280 1 | |
| 325380 | | | 500.00 | | 11280 1 | |
| 325381 | | | 157.80 | | 11280 1 | |
| 325382 | | | 121.15 | | 11280 1 | |
| 325383 | | | 117.47 | | 11280 1 | |
| 325384 | | | 68.68 | | 11280 1 | |
| 325385 | | | 41.54 | | 11280 1 | |
| 325386 | | | 56.25 | | 11280 1 | |
| 325387 | | | 26.25 | | 11280 1 | |
| 325388 | | | 95.00 | | 11280 1 | |
| 325389 | | | 695.00 | | 11280 1 | |
| 325390 | | | 65.00 | | 11280 1 | |
| 325391 | | | 25.97 | | 11280 1 | |
| 325392 | | | 77.95 | | 11280 1 | |
| 325393 | | | 233.82 | | 11280 1 | |
| 325394 | | | 135.50 | | 11280 1 | |
| 325395 | | | 3,000.00 | | 11280 1 | |
| 325397 | | | 404.00 | | 11280 1 | |
| 325398 | | | 2,461.35 | | 11280 1 | |
| 325399 | | | 3,075.00 | | 11280 1 | |
| 325400 | | | 4,427.86 | | 11280 1 | |
| 325401 | | | 175.00 | | 11280 1 | |
| 325402 | 8,435.17 | 11900 1 | | 117703B008 | 11280 1 | |
| 325403 | | | 3,712.13 | | 11280 1 | |
| 325404 | | | 6,463.40 | | 11280 1 | |
| 325406 | | | 50.00 | | 11280 1 | |
| 325408 | | | 2,325.00 | | 11290 1 | |
| 325409 | | | 3,423.00 | | 11290 1 | |
| 325410 | | | 84.03 | | 11290 1 | |
| 325411 | | | 2,226.00 | | 11290 1 | |
| 325412 | | | 330.00 | | 11290 1 | |
| 325413 | | | 282.00 | | 11290 1 | |
| 325414 | | | 104.29 | | 11290 1 | |
| 325415 | | | 1,108.00 | | 11290 1 | |
| 325416 | | | 170.00 | | 11290 1 | |
| 325417 | | | 432.00 | | 11290 1 | |
| 325418 | | | 62.00 | | 11290 1 | |
| 325419 | | | 75.00 | | 11290 1 | |
| 325420 | | | 121.00 | | 11290 1 | |
| 325421 | | | 737.00 | | 11290 1 | |

| CHECK NUMBER | PAID | DATE PAID | O/S | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 325422 | | | 147.00 | 1/2901 | | |
| 325423 | | | 169.00 | 1/2901 | | |
| 325424 | | | 229.95 | 1/2901 | | |
| 325425 | | | 1,098.00 | 1/2901 | | |
| 325426 | | | 307.00 | 1/2901 | | |
| 325427 | | | 1,968.00 | 1/2901 | | |
| 325428 | | | 80.00 | 1/2901 | | |
| 325429 | | | 97.88 | 1/2901 | | |
| 325430 | | | 82.00 | 1/2901 | | |
| 325431 | | | 86.60 | 1/2901 | | |
| 325432 | | | 20.00 | 1/2901 | | |
| 325433 | | | 559.00 | 1/2901 | | |
| 325434 | | | 638.79 | 1/2901 | | |
| 325435 | | | 5,189.00 | 1/2901 | | |
| 325436 | | | 92.00 | 1/2901 | | |
| 325437 | | | 765.25 | 1/2901 | | |
| 325438 | | | 420.00 | 1/2901 | | |
| 325439 | | | 61.00 | 1/2901 | | |
| 325440 | | | 39.00 | 1/2901 | | |
| 325441 | | | 28.00 | 1/2901 | | |
| 325442 | | | 144.00 | 1/2901 | | |
| 325443 | | | 56.10 | 1/2901 | | |
| 325444 | | | 63.09 | 1/2901 | | |
| 325445 | | | 81.00 | 1/2901 | | |
| 325446 | | | 144.00 | 1/2901 | | |
| 325447 | | | 1,127.72 | 1/2901 | | |
| 325449 | | | 15.00 | 1/2901 | | |
| 325450 | | | 300.00 | 1/2901 | | |
| 325451 | | | 28.51 | 1/2901 | | |
| 325452 | | | 81.51 | 1/2901 | | |
| 325453 | | | 92.48 | 1/2901 | | |
| 325454 | | | 25.00 | 1/2901 | | |
| D/S | 5,283,085.28 | 1,376GT | | | | |
| D/S | PAID 19,846,385.53 | PAID 2,975GT | | | | |

## TYPE OF REPORT

UNPAID ONLY
PAID ONLY
CONSOLIDATED
SPECIAL

1 : OUTSTANDING ITEMS ONLY ON THIS REPORT
2 : PAID ONLY ON THIS REPORT
3 : PAID & OUTSTANDING CHECKS ON SAME REPORT
* : DEFECTIVE REPORT REQUEST

## EXPLANATION OF CODES

1 : CHECK PAID THIS PERIOD. NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED. OUTSTANDING MASTER REMAINING, NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD. OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY. NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT. CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT. CHECK PRESENTED AND RETURNED
6 : STOP PAYMENT IN EFFECT. CHECK PRESENTED AND RETURNED
M : MISSING (OUTSTANDING) ITEM

FIRST UNION
FULL RECONCILEMENT BALANCE SHEET

```
************************* Debit adjustments ******************************
  Date        CHK NUM         Explanation                           Amount
 110201      321212 ISSUED FOR 77.76; PAID FOR 77.73                   .03
 111601      323148 ISSUED FOR 2850.90; PAID FOR 2850.00               .90
                                                              -------------------
Total adjustment to reconciliation ................:                   .93
                                                              ===================
```

# ACCOUNT RECONCILIATION PLAN

PAGE 1

| BANK NO. | CUST ACCOUNT NO. | | CUSTOMER NAME | | | DATE |
|---|---|---|---|---|---|---|
| 1 | 2079920005761 | | W R GRACE   CO-CONN   ATTN MARY BOUCHARD | 004 | | 11-30-01 |

TYPE OF REPORT
PAID ONLY
DAILY PAID

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| | | | PAID | | 161,573.34 | 84GT |

EXPLANATION OF CODES

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED; OUTSTANDING MASTER REMOVED, "2" ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED
(MEMO ONLY, NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 : OUTSTANDING; POSTED WITHOUT CHECK NO SERIAL #
M = MISSING OUTSTANDING ITEM

# ACCOUNT RECONCILIATION PLAN

PAGE 1

| BANK NO. | CUST. ACCOUNT NO. |
|---|---|
| 1 | 207992000576 1 |

CUSTOMER NAME

W R GRACE CO-CONN
ATTN: MARY BOUCHARD

DATE 11-30-01

004

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PAID | 161,573.34 | 94GY | | | | | | | |

TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 : OUTSTANDING, OLD MASTER REMOVED, PAID & MASTER REMOVED ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED "AMO ONLY NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED & RETURNED
6 : FORCED POSTED ITEM DUPLICATE OR NO SERIAL #
M : MISSING OUTSTANDING ITEM

FIRST UNION
FULL RECONCILEMENT BALANCE SHEET

WR GRACE CAMBRIDGE          018          ACCOUNT NUMBER:2079900067554
ATTN: PAUL MILIKEN
62 WITTEMORE AVE

CAMBRIDGE                MA 02140
------------------------------------------------------------------------
          RECONCILEMENT OF DEBITS          CUTOFF DATE:11/30/01
------------------------------------------------------------------------
CHECKS PAID ON RECONCILIATION REPORTS          +          430,437.69
MISCELLANEOUS DEBITS                            +        1,014,122.53
CREDIT ADJUSTMENTS                              +                .00
MISCELLANEOUS ADJUSTMENTS                      +/-               .00
DEBIT ADJUSTMENTS                               -                .00
                                                     ==================
TOTAL DEBITS THIS RECONCILEMENT PERIOD          =        1,444,560.22
                                                     ==================
TOTAL DEBITS FROM BANK STATEMENT                =        1,444,560.22


------------------------------------------------------------------------
                    OUTSTANDING SETTLEMENT
------------------------------------------------------------------------
PREVIOUS OUTSTANDING BALANCE                                66,051.20
   ?OPS REMOVED              +              .00
   O/S AMOUNT CHANGES      +/-              .00
   O/S DELETIONS            -              .00
TOTAL ADJUSTMENTS TO PREVIOUS OUTSTANDING      +/-               .00

   NEW ISSUES RECEIVED      +        524,901.52
   MANUAL ISSUES            +          1,000.00
   REJECTED ISSUES          -              .00
   NEXT PERIOD ISSUES       -              .00
TOTAL ISSUES                                    +          525,901.52

CANCELLED ISSUES                                -                .00
STOPPED ISSUES                                  -                .00
ADDITIONAL ADJUSTMENTS                          -                .00

   CHECKS PAID-NO-ISSUE     +              .00
   CHECKS PAID THIS PERIOD  -        430,437.69
   ISSUES RC'D FOR PREV PNI -              .00

TOTAL PAID CHECKS MATCHED TO ISSUES             -          430,437.69
                                                     ==================
TOTAL OUTSTANDING THIS RECONCILEMENT PERIOD               161,515.03
                                                     ==================
TOTAL OUTSTANDING FROM RECONCILIATION REPORTS             161,515.03

          IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT
        COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862.

TEAM NO.   018



# Commercial Checking

| 01 | 2079900067554  005  109 | 20 | 0 | 4,676 | ___ ___ |

Ill····l·l····ll·ll·ll·lll····l·ll
WR GRACE & CO. CPD & DAREX
HOURLY PAYROLL ACCOUNT                        CB   018
C/O DARLENE PARLIN
62 WHITTMORE DRIVE
CAMBRIDGE, MA  02140

---

# Commercial Checking                    11/01/2001 thru 11/30/2001

Account number:      2079900067554
Account holder(s):   WR GRACE & CO. CPD & DAREX
                     HOURLY PAYROLL ACCOUNT

Taxpayer ID Number:  135114230

## Account Summary

| | |
|---|---|
| Opening balance 11/01 | $0.00 |
| Deposits and other credits | 1,444,560.22 + |
| Other withdrawals and service fees | 1,444,560.22 - |
| Closing balance 11/30 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/01 | 2,771.24 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/01 | 117,447.77 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/02 | 13,715.35 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/05 | 59,221.26 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/06 | 11,828.68 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/07 | 403.58 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/07 | 110,811.13 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/08 | 403.58 | POST = NOTIF STOP HIT REVERSAL |
| 11/08 | 4,764.34 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/08 | 116,593.45 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/09 | 13,207.51 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/13 | 60,340.51 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/14 | 119,975.20 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/15 | 15,270.84 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*