

# Commercial Checking

02      2079900067554   005   109        20     0         4,677

## Deposits and Other Credits continued

| Date  | Amount     | Description |
|-------|-----------|-------------|
| 11/15 | 121,525.53 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/16 | 14,141.75  | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/19 | 61,034.55  | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/20 | 126,648.31 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/21 | 12,441.03  | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/21 | 123,611.42 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/23 | 23,258.68  | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/26 | 64,164.83  | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/27 | 7,635.98   | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/28 | 111,059.25 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/29 | 4,749.58   | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/29 | 108,897.52 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/30 | 18,637.35  | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

**Total    $1,444,560.22**

## Other Withdrawals and Service Fees

| Date  | Amount     | Description |
|-------|-----------|-------------|
| 11/01 | 2,771.24   | LIST OF DEBITS POSTED |
| 11/01 | 117,447.77 | AUTOMATED DEBIT  W.R. GRACE       PAYROLL CO. ID.         011101 PPD MISC SETTL NCVCDBATL |
| 11/02 | 13,715.35  | LIST OF DEBITS POSTED |
| 11/05 | 59,221.26  | LIST OF DEBITS POSTED |
| 11/06 | 11,828.68  | LIST OF DEBITS POSTED |
| 11/07 | 403.58     | POST = NOTIF STOP HIT ADJUSTMENT |
| 11/07 | 6,289.86   | LIST OF DEBITS POSTED |
| 11/07 | 36,873.20  | AUTOMATED DEBIT  BNF CTS          PR TAXES CO. ID. 1411902914 011107 CCD MISC C4025-089759372 |

Other Withdrawals and Service Fees continued on next page.



# Commercial Checking

| 03 | 2079900067554 | 005 | 109 | 20 | 0 | 4,678 | | |

## Other Withdrawals and Service Fees continued

| Date | Amount | Description | |
|---|---|---|---|
| 11/07 | 67,648.07 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011107 CCD<br>MISC C4025-099759373 | PR TAXES |
| 11/08 | 4,764.34 | LIST OF DEBITS POSTED | |
| 11/08 | 116,997.03 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.         011108 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 11/09 | 13,207.51 | LIST OF DEBITS POSTED | |
| 11/13 | 60,340.51 | LIST OF DEBITS POSTED | |
| 11/14 | 11,566.93 | LIST OF DEBITS POSTED | |
| 11/14 | 39,153.71 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011114 CCD<br>MISC C4025-089780058 | PR TAXES |
| 11/14 | 69,254.56 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011114 CCD<br>MISC C4025-099780059 | PR TAXES |
| 11/15 | 15,270.84 | LIST OF DEBITS POSTED | |
| 11/15 | 121,525.53 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.         011115 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 11/16 | 14,141.75 | LIST OF DEBITS POSTED | |
| 11/19 | 61,034.55 | LIST OF DEBITS POSTED | |
| 11/20 | 12,388.00 | LIST OF DEBITS POSTED | |
| 11/20 | 45,209.29 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011120 CCD<br>MISC C4025-089813454 | PR TAXES |
| 11/20 | 69,051.02 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011120 CCD<br>MISC C4025-099813455 | PR TAXES |
| 11/21 | 12,441.03 | LIST OF DEBITS POSTED | |
| 11/21 | 123,611.42 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.         011121 PPD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 11/23 | 23,258.68 | LIST OF DEBITS POSTED | |
| 11/26 | 64,164.83 | LIST OF DEBITS POSTED | |
| 11/27 | 7,635.98 | LIST OF DEBITS POSTED | |
| 11/28 | 13,009.42 | LIST OF DEBITS POSTED | |
| 11/28 | 36,650.12 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011128 CCD<br>MISC C4025-089834349 | PR TAXES |
| 11/28 | 61,399.71 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 011128 CCD<br>MISC C4025-099834350 | PR TAXES |

Other Withdrawals and Service Fees continued on next page.



Case 01-01139-AMC    Doc 1639-7    Filed 02/07/02    Page 3 of 6

# Commercial Checking

| 04 | 2079900067554 | 005 | 109 | 20 | 0 | 4,679 |

## Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|---|---|---|
| 11/29 | 4,749.58 | LIST OF DEBITS POSTED |
| 11/29 | 108,897.52 | AUTOMATED DEBIT  W.R. GRACE   PAYROLL<br>CO. ID.        011129 PPD<br>MISC SETTL NCVCDBATL |
| 11/30 | 18,637.35 | LIST OF DEBITS POSTED |
| Total | $1,444,560.22 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/01 | 0.00 | 11/13 | 0.00 | 11/23 | 0.00 |
| 11/02 | 0.00 | 11/14 | 0.00 | 11/26 | 0.00 |
| 11/05 | 0.00 | 11/15 | 0.00 | 11/27 | 0.00 |
| 11/06 | 0.00 | 11/16 | 0.00 | 11/28 | 0.00 |
| 11/07 | 0.00 | 11/19 | 0.00 | 11/29 | 0.00 |
| 11/08 | 0.00 | 11/20 | 0.00 | 11/30 | 0.00 |
| 11/09 | 0.00 | 11/21 | 0.00 | | |

# Commercial Checking

| 05 | 2079900067554 | 005 | 109 | 20 | 0 | 4,680 | | |

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.

3. Write in any deposits you have made since the date of this statement.

4. Add together amounts listed above in steps 2 and 3.

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

### List Outstanding Checks and Withdrawals

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | Total |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.



```
SMS565-                                                                                                    PAGE     1
BANK NO.  00000001   TEAM NO.  018        RECAP OF POSTED ITEMS REPORT                              DATE  12/05/01

ACCOUNT NO. 20799000067554      WR GRACE CAMBRIDGE    018                                        AS OF 11-30-01

              PAID    CHECKS               ISSUES         STOPS    PLACED    STOPS    REMOVED           CANCELLED
DATE          ITEMS   AMOUNT        ITEMS  AMOUNT         ITEMS    AMOUNT    ITEMS    AMOUNT    ITEMS   AMOUNT
11-01-01        6     2,771.24       218   99,620.94                 .00                .00              .00
11-02-01       33    13,715.35             .00                       .00                .00              .00
11-05-01      132    59,221.26             .00                       .00                .00              .00
11-06-01       27    11,828.68             .00                       .00                .00              .00
11-07-01       13     6,289.86             .00                       .00                .00              .00
11-08-01       11     4,764.34       218  100,975.32                 .00                .00              .00
11-09-01       29    13,207.51             .00                       .00                .00              .00
11-13-01      124    60,340.51             .00                       .00                .00              .00
11-14-01       25    11,566.93             .00                       .00                .00              .00
11-15-01       36    15,270.84       226  105,725.88                 .00                .00              .00
11-16-01       35    14,141.75             .00                       .00                .00              .00
11-19-01      130    61,034.55             .00                       .00                .00              .00
11-20-01       25    12,388.00             .00                       .00                .00              .00
11-21-01       27    12,441.03       235  116,161.33                 .00                .00              .00
11-23-01       48    23,258.68             .00                       .00                .00              .00
11-26-01      129    64,164.83             .00                       .00                .00              .00
11-27-01       16     7,635.98             .00                       .00                .00              .00
11-28-01       29    13,009.42             .00                       .00                .00              .00
11-29-01       11     4,749.58       228  103,418.05                 .00                .00              .00
11-30-01       33    18,637.35             .00                       .00                .00              .00

TOTALS        919   430,437.69     1,125  525,901.52                 .00                .00              .00
```