```
SMS565-
BANK NO.  0000001   TEAM NO.  018                                                                        PAGE       1
                                       DIAGNOSTIC SUMMARY REPORT                                         DATE  12/05/01
ACCOUNT NO. 2079900067554   WR GRACE CAMBRIDGE      018    REPORT  UNPAID ONLY              AS OF 11-30-01

SERIAL              PD/POST     SEQUENCE    ISSUE      ADDITIONAL     PAGE    EXCEPTION
NUMBER   AMOUNT      DATE        NUMBER     DATE          DATA         NO.    CONDITION

 1193    448.91    04-03-01                01-04-01
 4741    408.85    04-10-01                04-05-01
 8661    620.77    07-31-01                07-26-01                     1     STOPPED ITEM
                                                                        1     STOPPED, CHECK PRESENTED
11647    403.58   √10-29-01                10-25-01                     1     STOPPED ITEM
                                                                        1     STOPPED, CHECK PRESENTED

                                 TOTAL CNT              TOTAL AMOUNT

PAID, NO ISSUE                       0                        .00
CANCELED ISSUE                       0                        .00
PAID, NO ISSUE, LAST PERIOD          0                        .00
STOPPED ITEM                         2                      1,069.68
STOPPED, CHECK PRESENTED             2                        812.43
FORCE POSTED ITEM                    0                        .00
PREV PD-NO-ISS, ISSUE RECVD          0                        .00
PREV STOP, ISSUE RECEIVED            0                        .00
PREV CANCEL, ISSUE RECEIVED          0                        .00
CANCELED ITEM, NOT ISSUED            0                        .00
CANCELED WITH STOP                   0                        .00
CANCELED WITH STOP, ISSUED           0                        .00
```

```
SMS565- 35                                                                                          PAGE       2
BANK NO.  0000001   TEAM NO.  018          DIAGNOSTIC  SUMMARY  REPORT                              DATE  12/05/01

ACCOUNT NO. 2079900067554    WR GRACE CAMBRIDGE       018    REPORT  CONSOLIDATED                   AS OF 11-30-01

SERIAL              PD/POST      SEQUENCE     ISSUE    ADDITIONAL      PAGE      EXCEPTION
NUMBER   AMOUNT     DATE         NUMBER       DATE     DATA            NO.       CONDITION

  1193   448.91    04-03-01                  01-04-01                    1       STOPPED ITEM
  4741   408.85    04-10-01                  04-05-01                    1       STOPPED, CHECK PRESENTED
  8661   620.77    07-31-01                  07-26-01                    1       STOPPED ITEM
 11647   403.58    10-29-01                  10-25-01                    1       STOPPED, CHECK PRESENTED

                                    TOTAL CNT           TOTAL AMOUNT

PAID, NO ISSUE                          0                       .00
CANCELED ISSUE                          0                       .00
PAID, NO ISSUE, LAST PERIOD             0                       .00
STOPPED ITEM                            2                   1,069.68
STOPPED, CHECK PRESENTED                2                     812.43
FORCE POSTED ITEM                       0                       .00
PREV PD-NO-ISS, ISSUE RECVD             0                       .00
PREV STOP, ISSUE RECEIVED               0                       .00
PREV CANCEL, ISSUE RECEIVED             0                       .00
CANCELED ITEM, NOT ISSUED               0                       .00
CANCELED WITH STOP                      0                       .00
CANCELED WITH STOP, ISSUED              0                       .00
```

# ACCOUNT RECONCILIATION PLAN

| BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|
| 1 | 2079900067554 | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | 018 | 11-30-01 | 1 |

TYPE OF REPORT: MISC-CREDITS

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| | | 2,771.24 | | 110101 | | ZBA TRANSFER CRE |
| | | 117,447.77 | | 110101 | | ZBA TRANSFER CRE |
| | | 13,715.35 | | 110201 | | ZBA TRANSFER CRE |
| | | 59,221.26 | | 110501 | | ZBA TRANSFER CRE |
| | | 11,828.68 | | 110601 | | ZBA TRANSFER CRE |
| | | 403.58 | | 110701 | | ZBA TRANSFER CRE |
| | | 110,811.13 | | 110701 | | ZBA TRANSFER CRE |
| | | 116,593.45 | | 110801 | | ZBA TRANSFER CRE |
| | | 403.58 | | 110801 | 00000011 | P=N STOP HIT CRE |
| | | 4,764.34 | | 110801 | | ZBA TRANSFER CRE |
| | | 13,207.51 | | 110901 | | ZBA TRANSFER CRE |
| | | 60,340.51 | | 111301 | | ZBA TRANSFER CRE |
| | | 119,975.20 | | 111401 | | ZBA TRANSFER CRE |
| | | 35,270.84 | | 111501 | | ZBA TRANSFER CRE |
| | | 121,525.53 | | 111501 | | ZBA TRANSFER CRE |
| | | 14,141.75 | | 111601 | | ZBA TRANSFER CRE |
| | | 61,034.55 | | 111901 | | ZBA TRANSFER CRE |
| | | 126,648.31 | | 112001 | | ZBA TRANSFER CRE |
| | | 123,611.42 | | 112101 | | ZBA TRANSFER CRE |
| | | 12,441.03 | | 112101 | | ZBA TRANSFER CRE |
| | | 23,258.68 | | 112301 | | ZBA TRANSFER CRE |
| | | 64,164.83 | | 112601 | | ZBA TRANSFER CRE |
| | | 7,635.98 | | 112701 | | ZBA TRANSFER CRE |
| | | 111,059.25 | | 112801 | | ZBA TRANSFER CRE |
| | | 108,897.52 | | 112901 | | ZBA TRANSFER CRE |
| | | 4,749.58 | | 112901 | | ZBA TRANSFER CRE |
| | | 18,637.35 | | 113001 | | ZBA TRANSFER CRE |

MISC 1,444,560.22 27GT

TYPE OF REPORT
UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

EXPLANATION OF CODES
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PL..√

| TYPE OF REPORT | | | BANK NO | CUST ACCOUNT NO | | CUSTOMER NAME | | | 018 | DATE 11-30-01 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MISC-DEBITS | | | 1 | 2079900067554 | | WR GRACE CAMBRIDGE<br>ATTN: PAUL MILIKEN | | | | | |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 117,447.77 | | 110101 | | 13030074 | AUTOMATED DEBIT | | | | | | | |
| | 403.58 | | 110701 | | 00000011 | P=N STOP HIT DEB | | | | | | | |
| 1411902914 | 67,648.07 | | 110701 | | 13974413 | AUTOMATED DEBIT | | | | | | | |
| 1411902914 | 36,873.20 | | 110701 | | 13974412 | AUTOMATED DEBIT | | | | | | | |
| | 116,997.03 | | 110801 | | 13100078 | AUTOMATED DEBIT | | | | | | | |
| 1411902914 | 39,153.71 | | 111401 | | 80465318 | AUTOMATED DEBIT | | | | | | | |
| 1411902914 | 69,254.56 | | 111401 | | 80465319 | AUTOMATED DEBIT | | | | | | | |
| 1411902914 | 121,525.53 | | 111501 | | 13170265 | AUTOMATED DEBIT | | | | | | | |
| 1411902914 | 69,051.02 | | 112001 | | 44304486 | AUTOMATED DEBIT | | | | | | | |
| 1411902914 | 45,209.29 | | 112001 | | 44304485 | AUTOMATED DEBIT | | | | | | | |
| 1411902914 | 123,611.42 | | 112101 | | 13230277 | AUTOMATED DEBIT | | | | | | | |
| 1411902914 | 36,650.12 | | 112801 | | 21720321 | AUTOMATED DEBIT | | | | | | | |
| 1411902914 | 61,399.71 | | 112801 | | 21720322 | AUTOMATED DEBIT | | | | | | | |
| 1411902914 | 108,897.52 | | 112901 | | 13310078 | AUTOMATED DEBIT | | | | | | | |
| | | | | | MISC | 1,014,122.53 14QT | | | | | | | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED.
MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | DATE | PAGE |
|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079900067554 | WR GRACE CAMBRIDGE  ATTN: PAUL MILIKEN | 018  11-30-01 | 1 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10075 | 366.47 | | 110801 | 091301 | 13097711 | | 11679 | 412.73 | | 110501 | 110101 | 12290868 | |
| 10250 | 640.02 | | 112301 | 091301 | 18634435 | | 11680 | 348.56 | | 110901 | 110101 | 14203478 | |
| 10251 | 627.67 | | 112301 | 091301 | 18634485 | | 11681 | 371.31 | | 110501 | 110101 | 10244648 | |
| 10301 | 604.73 | | 112301 | 092001 | 16371616 | | 11682 | 525.93 | | 110501 | 110101 | 12319231 | |
| 10528 | 507.92 | | 112801 | 092701 | 16598480 | | 11683 | 402.03 | | 110601 | 110101 | 10731856 | |
| 10878 | 521.27 | | 110001 | 100401 | 19805065 | | 11684 | 559.51 | | 110201 | 110101 | 15298252 | |
| 11434 | 499.17 | | 110101 | 102501 | 11696652 | | 11685 | 490.63 | | 110501 | 110101 | 00976787 | |
| 11435 | 498.18 | | 110101 | 102501 | 11696651 | | 11686 | 438.67 | | 110201 | 110101 | 15298841 | |
| 11438 | 474.56 | | 111301 | 102501 | 12136146 | | 11687 | 466.28 | | 110501 | 110101 | 10248919 | |
| 11455 | 585.00 | | 111501 | 102501 | 14117650 | | 11688 | 503.94 | | 110201 | 110101 | 15298311 | |
| 11478 | 12.96 | | 110601 | 102501 | 12280230 | | 11689 | 399.02 | | 110201 | 110101 | 12318111 | |
| 11480 | 424.55 | | 110201 | 102501 | 15310599 | | 11690 | 592.68 | | 110501 | 110101 | 12315831 | |
| 11487 | 485.03 | | 110601 | 102501 | 12320448 | | 11691 | 558.18 | | 110501 | 110101 | 12308214 | |
| 11504 | 396.40 | | 110501 | 102501 | 10091456 | | 11692 | 431.45 | | 110501 | 110101 | 12297783 | |
| 11506 | 358.97 | | 110101 | 102501 | 10707984 | | 11693 | 686.51 | | 110501 | 110101 | 12317644 | |
| 11521 | 340.90 | | 110101 | 102501 | 11586834 | | 11694 | 803.79 | | 110201 | 110101 | 15298742 | |
| 11537 | 65.35 | | 110201 | 102501 | 11681338 | | 11695 | 654.15 | | 110501 | 110101 | 15298834 | |
| 11567 | 406.82 | | 110801 | 102501 | 13672733 | | 11696 | 517.74 | | 110201 | 110101 | 12316694 | |
| 11581 | 441.11 | | 110101 | 102501 | 11116139 | | 11697 | 643.34 | | 110101 | 110101 | 12316065 | |
| 11586 | 122.29 | | 110201 | 102501 | 15292291 | | 11698 | 343.65 | | 110601 | 110101 | 12280231 | |
| 11594 | 682.05 | | 112601 | 102501 | 16089048 | | 11699 | 458.88 | | 110601 | 110101 | 12042711 | |
| 11598 | 487.10 | | 110501 | 102501 | 11936184 | | 11700 | 433.67 | | 110601 | 110101 | 10727759 | |
| 11618 | 261.81 | | 110601 | 102501 | 12984774 | | 11701 | 481.25 | | 110501 | 110101 | 12048561 | |
| 11630 | 522.88 | | 110101 | 102501 | 11117504 | | 11702 | 501.28 | | 110501 | 110101 | 10095900 | |
| 11631 | 469.00 | | 110101 | 102501 | 11117503 | | 11703 | 528.00 | | 110201 | 110101 | 15298933 | |
| 11641 | 166.08 | | 110501 | 102501 | 10244627 | | 11704 | 415.62 | | 110701 | 110101 | 10336612 | |
| 11642 | 295.91 | | 110501 | 102501 | 10244628 | | 11705 | 501.62 | | 111401 | 110101 | 11778099 | |
| 11651 | 620.21 | | 110501 | 102501 | 10219465 | | 11706 | 554.34 | | 110501 | 110101 | 09538708 | |
| 11656 | 427.47 | | 110501 | 110101 | 12295930 | | 11707 | 523.63 | | 110901 | 110101 | 13274520 | |
| 11657 | 445.14 | | 110501 | 110101 | 12295929 | | 11708 | 485.02 | | 110301 | 110101 | 07079830 | |
| 11658 | 526.81 | | 110501 | 110101 | 12292774 | | 11709 | 491.08 | | 111501 | 110101 | 14090998 | |
| 11659 | 557.08 | | 110701 | 110101 | 13305905 | | 11710 | 409.10 | | 110601 | 110101 | 11773815 | |
| 11660 | 698.75 | | 110501 | 110101 | 12295932 | | 11711 | 595.52 | | 110601 | 110101 | 12721715 | |
| 11661 | 500.14 | | 110801 | 110101 | 13101709 | | 11712 | 285.95 | | 110501 | 110101 | 12291859 | |
| 11662 | 666.60 | | 110501 | 110101 | 12333585 | | 11713 | 373.86 | | 110501 | 110101 | 12295931 | |
| 11663 | 495.35 | | 110601 | 110101 | 10219166 | | 11714 | 591.21 | | 110801 | 110101 | 13721928 | |
| 11665 | 731.54 | | 110501 | 110101 | 12335258 | | 11715 | 323.91 | | 111501 | 110101 | 12321287 | |
| 11666 | 257.75 | | 110501 | 110101 | 12720208 | | 11716 | 99.49 | | 110501 | 110101 | 11773815 | |
| 11666 | 467.70 | | 110501 | 110101 | 12335423 | | 11717 | 467.16 | | 110601 | 110101 | 12721715 | |
| 11673 | 498.68 | | 110501 | 110101 | 12319364 | | 11718 | 141.99 | | 110501 | 110101 | 12320467 | |
| 11674 | 682.17 | | 110501 | 110101 | 12335211 | | 11719 | 163.47 | | 110301 | 110101 | 11681345 | |
| 11675 | 536.88 | | 110501 | 110101 | 10248819 | | 11720 | 257.09 | | 111301 | 110101 | 13340115 | |
| 11676 | 314.05 | | 110501 | 110101 | 12335256 | | 11721 | 277.43 | | 110501 | 110101 | 17557002 | |
| 11677 | 704.54 | | 111501 | 110101 | 14117649 | | 11722 | 473.10 | | 110501 | 110101 | 12321287 | |
| 11678 | 554.65 | | 110201 | 110101 | 15285214 | | 11723 | 396.40 | | 110601 | 110101 | 12721300 | |
| | | | | | | | 11724 | 263.97 | | 110501 | 110101 | 12320447 | |
| | | | | | | | 11725 | 315.80 | | 110501 | 110101 | 12321315 | |
| | | | | | | | 11726 | 356.09 | | 110501 | 110101 | 12321304 | |
| | | | | | | | 11727 | 358.96 | | 110501 | 110101 | 10091455 | |
| | | | | | | | 11728 | 467.82 | | 110501 | 110101 | 12338890 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079900067554 | WR GRACE CAMBRIDGE ATTN PAUL MILIKEN | 018 | 11-30-01 | 2 |

| CHECK NUMBER | PAID | O/S | PAYEE IDENTIFICATION | SEQUENCE NUMBER | DATE ISSUED | DATE PAID | CHECK NUMBER | PAID | O/S | PAYEE IDENTIFICATION | DATE PAID | DATE ISSUED | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11729 | 347.13 | | | 12336793 | 110101 | 110501 | 11779 | 424.34 | | | 110201 | 110101 | 11680617 |
| 11730 | 478.98 | | | 12320453 | 110101 | 110501 | 11780 | 436.45 | | | 110501 | 110101 | 11771053 |
| 11731 | 373.22 | | | 12321285 | 110101 | 110501 | 11781 | 324.65 | | | 110201 | 110101 | 11680618 |
| 11732 | 492.92 | | | 11688005 | 110101 | 110201 | 11782 | 383.55 | | | 110801 | 110101 | 12286405 |
| 11733 | 307.33 | | | 12321309 | 110101 | 110501 | 11783 | 361.93 | | | 110601 | 110101 | 12292953 |
| 11734 | 440.08 | | | 12336814 | 110101 | 110501 | 11784 | 444.37 | | | 110501 | 110101 | 11864363 |
| 11735 | 369.98 | | | 11687998 | 110101 | 110501 | 11785 | 390.11 | | | 110501 | 110101 | 12047354 |
| 11736 | 670.60 | | | 12321288 | 110101 | 110501 | 11786 | 485.50 | | | 110501 | 110101 | 11771346 |
| 11737 | 539.33 | | | 12321289 | 110101 | 110501 | 11787 | 385.64 | | | 110601 | 110101 | 12990450 |
| 11738 | 430.13 | | | 12320470 | 110101 | 110501 | 11788 | 374.85 | | | 110801 | 110101 | 13672101 |
| 11739 | 226.70 | | | 12320431 | 110101 | 110501 | 11789 | 410.41 | | | 110201 | 110101 | 13672730 |
| 11740 | 357.02 | | | 11687990 | 110101 | 110201 | 11790 | 323.89 | | | 110701 | 110101 | 11023684 |
| 11741 | 619.30 | | | 11688000 | 110101 | 110601 | 11791 | 531.39 | | | 110201 | 110101 | 11679819 |
| 11742 | 435.53 | | | 12918650 | 110101 | 110501 | 11792 | 264.38 | | | 110501 | 110101 | 12329242 |
| 11743 | 424.02 | | | 12321284 | 110101 | 110501 | 11793 | 139.22 | | | 110601 | 110101 | 11864240 |
| 11744 | 316.10 | | | 12320417 | 110101 | 110501 | 11794 | 236.23 | | | 110701 | 110101 | 12489766 |
| 11745 | 559.47 | | | 11687991 | 110101 | 110201 | 11795 | 458.68 | | | 110601 | 110101 | 12930031 |
| 11746 | 92.20 | | | 12185506 | 110101 | 111601 | 11796 | 403.90 | | | 110601 | 110101 | 12930030 |
| 11747 | 314.84 | | | 12321286 | 110101 | 110501 | 11797 | 403.74 | | | 110401 | 110101 | 12930782 |
| 11748 | 424.82 | | | 12336951 | 110101 | 110501 | 11798 | 259.07 | | | 110601 | 110101 | 12990445 |
| 11749 | 207.77 | | | 12321290 | 110101 | 110501 | 11799 | 492.52 | | | 110501 | 110101 | 11023057 |
| 11750 | 231.93 | | | 12321291 | 110101 | 110501 | 11800 | 753.99 | | | 110301 | 110101 | 9696134 |
| 11751 | 211.32 | | | 12321307 | 110101 | 110501 | 11801 | 251.97 | | | 110501 | 110101 | 11771972 |
| 11752 | 242.31 | | | 13883949 | 110101 | 110501 | 11802 | 299.37 | | | 110801 | 110101 | 13669723 |
| 11753 | 441.73 | | | 12321297 | 110101 | 110201 | 11803 | 434.97 | | | 110701 | 110101 | 11043063 |
| 11754 | 393.23 | | | 11688022 | 110101 | 110201 | 11804 | 586.20 | | | 110501 | 110101 | 11773258 |
| 11755 | 230.58 | | | 11687992 | 110101 | 110201 | 11805 | 873.93 | | | 110501 | 110101 | 11945670 |
| 11756 | 260.65 | | | 11681275 | 110101 | 110501 | 11806 | 236.99 | | | 111501 | 110101 | 14084823 |
| 11757 | 173.39 | | | 12321292 | 110101 | 110201 | 11807 | 836.21 | | | 110201 | 110101 | 11700027 |
| 11758 | 76.23 | | | 11681337 | 110101 | 110201 | 11808 | 482.51 | | | 110501 | 110101 | 11959100 |
| 11759 | 283.75 | | | 13883482 | 110101 | 110201 | 11809 | 360.29 | | | 110701 | 110101 | 11042146 |
| 11760 | 141.39 | | | 12336810 | 110101 | 110501 | 11810 | 219.22 | | | 110501 | 110101 | 11958299 |
| 11761 | 113.68 | | | 12320418 | 110101 | 110501 | 11811 | 459.62 | | | 110701 | 110101 | 11252489 |
| 11762 | 337.77 | | | 11678972 | 110101 | 110201 | 11812 | 379.15 | | | 110501 | 110101 | 11764651 |
| 11763 | 610.98 | | | 11687993 | 110101 | 110601 | 11813 | 539.30 | | | 110501 | 110101 | 16089047 |
| 11764 | 444.26 | | | 10735831 | 110101 | 110201 | 11814 | 580.07 | | | 112601 | 110101 | 11938118 |
| 11765 | 330.74 | | | 11687995 | 110101 | 110201 | 11815 | 687.03 | | | 110501 | 110101 | 11935763 |
| 11766 | 287.08 | | | 11681334 | 110101 | 110201 | 11816 | 576.04 | | | 110601 | 110101 | 11909971 |
| 11767 | 252.71 | | | 11681336 | 110101 | 110501 | 11817 | 348.53 | | | 110501 | 110101 | 12258442 |
| 11768 | 317.43 | | | 11687994 | 110101 | 110201 | 11818 | 363.37 | | | 110501 | 110101 | 11938392 |
| 11769 | 153.92 | | | 11681274 | 110101 | 110201 | 11819 | 144.44 | | | 110501 | 110101 | 12315009 |
| 11770 | 167.20 | | | 13885518 | 110101 | 110701 | 11820 | 514.93 | | | 110801 | 110101 | 12604289 |
| 11771 | 298.17 | | | 12336811 | 110101 | 110201 | 11821 | 524.81 | | | 110501 | 110101 | 12994792 |
| 11772 | 417.36 | | | 11681335 | 110101 | 110501 | 11822 | 575.88 | | | 110501 | 110101 | 12049958 |
| 11773 | 378.69 | | | 12329240 | 110101 | 110501 | 11823 | 604.96 | | | 110601 | 110101 | 12994130 |
| 11774 | 503.83 | | | 11019120 | 110101 | 110701 | 11824 | 621.94 | | | 110601 | 110101 | 12721704 |
| 11775 | 411.23 | | | 11680284 | 110101 | 110201 | 11825 | 625.11 | | | 110601 | 110101 | 12991729 |
| 11776 | 281.04 | | | 12329573 | 110101 | 110501 | 11826 | 540.36 | | | 110501 | 110101 | 11848355 |
| 11777 | 233.36 | | | 11770566 | 110101 | 110501 | 11827 | 615.03 | | | 110701 | 110101 | 13306678 |
| 11778 | 491.11 | | | 12329241 | 110101 | 110501 | 11828 | 568.01 | | | 110601 | 110101 | 12722818 |

| TYPE OF REPORT | | EXPLANATION OF CODES | |
|---|---|---|---|
| UNPAID ONLY | - OUTSTANDING ITEMS ONLY ON THIS REPORT | 1 - CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED | 4 - STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED |
| PAID ONLY | - PAID ITEMS ONLY ON THIS REPORT | 2 - CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS | 5 - STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED |
| CONSOLIDATED | - PAID & OUTSTANDING CHECKS ON SAME REPORT | 3 - CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER *** NOT RECEIVED | 6 - FORCED POSTED ITEM (DUPLICATE OR NO SERIAL #) |
| SPECI | - OFF-CYCLE REPORT REQUEST | MEMO ONLY NOT ADDED TO TOTALS | M - MISSING (OUTSTANDING) ITEM |

L338 02/

# ACCOUNT RECONCILIATION PLAN

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE OF REPORT | | | BANK NO. | CUST ACCOUNT NO. | | CUSTOMER NAME | | | ACCOUNT NO. | DATE | PAGE |
| PAID ONLY | | | 1 | 2079900067554 | | WR GRACE CAMBRIDGE<br>ATTN: PAUL MILIKEN | | | 018 | 11-30-01 | 3 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11829 | 413.29 | | 110801 | 110101 | 12641630 | | 11879 | 212.03 | | 110901 | 110801 | 13279675 | |
| 11830 | 720.65 | | 110801 | 110101 | 12641629 | | 11880 | 603.46 | | 111301 | 110801 | 13278472 | |
| 11831 | 657.77 | | 110501 | 110101 | 12328125 | | 11881 | 534.61 | | 110901 | 110801 | 13279657 | |
| 11832 | 488.74 | | 110501 | 110101 | 12052906 | | 11882 | 456.03 | | 111301 | 110801 | 11906286 | |
| 11833 | 657.37 | | 110701 | 110101 | 12514807 | | 11883 | 527.17 | | 111501 | 110801 | 14096233 | |
| 11834 | 485.73 | | 110501 | 110101 | 12319229 | | 11884 | 546.76 | | 111501 | 110801 | 16108168 | |
| 11835 | 434.01 | | 110901 | 110101 | 14203492 | | 11885 | 648.08 | | 112601 | 110801 | 14930216 | |
| 11836 | 647.54 | | 111301 | 110101 | 14931815 | | 11886 | 553.90 | | 111301 | 110801 | 14943564 | |
| 11837 | 624.36 | | 110501 | 110101 | 10233180 | | 11887 | 562.96 | | 111301 | 110801 | 14943508 | |
| 11838 | 450.03 | | 110501 | 110101 | 11953733 | | 11889 | 541.80 | | 111301 | 110801 | 13351421 | |
| 11839 | 762.68 | | 110601 | 110101 | 10739759 | | 11890 | 798.46 | | 111301 | 110801 | 14943494 | |
| 11840 | 481.04 | | 110601 | 110101 | 12984994 | | 11891 | 833.32 | | 111301 | 110801 | 14943495 | |
| 11841 | 379.66 | | 110501 | 110101 | 10233181 | | 11892 | 536.15 | | 111301 | 110801 | 14931719 | |
| 11842 | 367.91 | | 110501 | 110101 | 12291074 | | 11893 | 344.01 | | 111301 | 110801 | 14940359 | |
| 11843 | 568.70 | | 110501 | 110101 | 12335286 | | 11894 | 567.11 | | 111301 | 110801 | 14943502 | |
| 11844 | 664.06 | | 110501 | 110101 | 12335393 | | 11895 | 603.78 | | 110901 | 110801 | 16579202 | |
| 11845 | 378.10 | | 110501 | 110101 | 12319238 | | 11896 | 483.83 | | 111301 | 110801 | 15325951 | |
| 11846 | 338.18 | | 110501 | 110101 | 10219574 | | 11897 | 399.05 | | 111301 | 110801 | 14931217 | |
| 11847 | 432.95 | | 110501 | 110101 | 10219428 | | 11898 | 422.47 | | 111301 | 110801 | 14943461 | |
| 11848 | 528.28 | | 110501 | 110101 | 12291074 | | 11899 | 574.29 | | 111301 | 110801 | 12404393 | |
| 11849 | 627.66 | | 110501 | 110101 | 10249085 | | 11900 | 456.66 | | 111301 | 110801 | 12403601 | |
| 11850 | 606.79 | | 110501 | 110101 | 12220433 | | 11901 | 422.08 | | 111301 | 110801 | 12751177 | |
| 11851 | 610.31 | | 111501 | 110101 | 17111233 | | 11902 | 502.34 | | 111301 | 110801 | 13244239 | |
| 11852 | 436.00 | | 110501 | 110101 | 12335291 | | 11903 | 550.34 | | 111501 | 110801 | 14085700 | |
| 11853 | 520.10 | | 110501 | 110101 | 10219238 | | 11904 | 501.17 | | 111301 | 110801 | 12408425 | |
| 11854 | 600.35 | | 110501 | 110101 | 10219232 | | 11905 | 610.32 | | 111301 | 110801 | 13269275 | |
| 11855 | 554.79 | | 110501 | 110101 | 12335289 | | 11906 | 354.50 | | 111301 | 110801 | 16946752 | |
| 11856 | 758.12 | | 110501 | 110101 | 12335288 | | 11907 | 603.65 | | 111301 | 110801 | 16947950 | |
| 11857 | 531.92 | | 110501 | 110101 | 10219621 | | 11908 | 425.80 | | 111401 | 110801 | 13805006 | |
| 11858 | 687.05 | | 110501 | 110101 | 12335293 | | 11909 | 431.46 | | 111301 | 110801 | 12408683 | |
| 11859 | 159.17 | | 110501 | 110101 | 12335287 | | 11910 | 528.72 | | 111301 | 110801 | 11798773 | |
| 11860 | 642.66 | | 111301 | 110101 | 14930752 | | 11911 | 669.12 | | 111301 | 110801 | 13275136 | |
| 11861 | 855.55 | | 110501 | 110101 | 10221051 | | 11912 | 715.16 | | 111301 | 110801 | 13275147 | |
| 11862 | 746.24 | | 110501 | 110101 | 11953734 | | 11913 | 517.75 | | 111301 | 110801 | 16947059 | |
| 11863 | 533.72 | | 110701 | 110101 | 12500124 | | 11914 | 238.61 | | 111301 | 110801 | 13276114 | |
| 11864 | 584.10 | | 110701 | 110101 | 13317867 | | 11915 | 458.88 | | 111301 | 110801 | 13275850 | |
| 11865 | 581.32 | | 110501 | 110101 | 12335290 | | 11917 | 189.99 | | 111301 | 110801 | 14878925 | |
| 11866 | 448.56 | | 110501 | 110101 | 10219955 | | 11918 | 481.25 | | 111301 | 110801 | 13276152 | |
| 11867 | 538.56 | | 110501 | 110101 | 10219870 | | 11919 | 501.27 | | 111301 | 110801 | 13244249 | |
| 11868 | 986.93 | | 111301 | 110101 | 14930697 | | 11920 | 750.72 | | 111301 | 110801 | 13275087 | |
| 11869 | 481.65 | | 110501 | 110101 | 10221060 | | 11921 | 348.74 | | 112101 | 110801 | 16796010 | |
| 11870 | 990.71 | | 110601 | 110101 | 12985140 | | 11922 | 501.61 | | 111401 | 110801 | 11779100 | |
| 11871 | 608.11 | | 110701 | 110101 | 13317871 | | 11923 | 565.13 | | 111301 | 110801 | 12409650 | |
| 11872 | 445.75 | | 111301 | 110101 | 13345619 | | 11924 | 82.72 | | 112601 | 110801 | 16153103 | |
| 11873 | 445.15 | | 111501 | 110101 | 11928375 | | 11925 | 485.02 | | 111301 | 110801 | 15324630 | |
| 11874 | 525.92 | | 111301 | 110801 | 13345133 | | 11926 | 491.07 | | 112001 | 110801 | 13209251 | |
| 11875 | 498.19 | | 111301 | 110801 | 14863387 | | 11927 | 396.00 | | 111301 | 110801 | 12409649 | |
| 11876 | 505.01 | | 111301 | 110801 | 13345614 | | 11928 | 613.04 | | 111501 | 110801 | 12041841 | |
| 11877 | 594.93 | | 111901 | 110801 | 15814870 | | 11929 | 352.33 | | 111401 | 110801 | 12041812 | |
| 11878 | 818.93 | | 111901 | 110801 | 12527483 | | 11930 | 385.21 | | 111301 | 110801 | 13348837 | |

TYPE OF REPORT

UNPAID ONLY     = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY       = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED    = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL         = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED.
    MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.