# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 20799000067554 | WR GRACE CAMBRIDGE ATTN: PAUL MILLIKEN | 018 | 11-30-01 | 4 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11931 | 469.79 | | 111501 | 110801 | 14090999 | | | 11981 | 432.85 | | 110901 | 110801 | 14206099 | |
| 11932 | 323.90 | | 111301 | 110801 | 13348953 | | | 11982 | 444.26 | | 111401 | 110801 | 13884893 | |
| 11933 | 92.68 | | 111501 | 110801 | 17125196 | | | 11983 | 272.43 | | 111301 | 110801 | 13347835 | |
| 11934 | 236.91 | | 111501 | 110801 | 17132189 | | | 11984 | 275.79 | | 110801 | 110801 | 14205265 | |
| 11935 | 141.93 | | 111301 | 110801 | 13334144 | | | 11985 | 159.54 | | 111501 | 110801 | 17132246 | |
| 11936 | 147.75 | | 111301 | 110801 | 13340114 | | | 11986 | 218.92 | | 110901 | 110801 | 14206100 | |
| 11937 | 257.11 | | 111501 | 110801 | 17132208 | | | 11987 | 231.85 | | 111301 | 110801 | 16939220 | |
| 11938 | 267.30 | | 110901 | 110801 | 14206097 | | | 11988 | 295.75 | | 111301 | 110801 | 16939223 | |
| 11939 | 462.46 | | 110901 | 110801 | 14206098 | | | 11989 | 294.80 | | 111301 | 110801 | 15314313 | |
| 11940 | 367.33 | | 110901 | 110801 | 15314568 | | | 11990 | 427.25 | | 111501 | 110801 | 17132247 | |
| 11941 | 396.39 | | 111301 | 110801 | 12535503 | | | 11991 | 372.25 | | 111401 | 110801 | 13886411 | |
| 11942 | 290.96 | | 111301 | 110801 | 13347859 | | | 11992 | 532.90 | | 111501 | 110801 | 13031670 | |
| 11943 | 315.80 | | 111301 | 110801 | 13347860 | | | 11993 | 454.42 | | 111301 | 110801 | 12407647 | |
| 11944 | 339.71 | | 111301 | 110801 | 16939647 | | | 11994 | 312.55 | | 111301 | 110801 | 14880848 | |
| 11945 | 358.95 | | 111401 | 110801 | 13744826 | | | 11995 | 326.23 | | 111301 | 110801 | 12406835 | |
| 11946 | 398.67 | | 111301 | 110801 | 13347989 | | | 11996 | 506.38 | | 111301 | 110801 | 14880867 | |
| 11947 | 399.01 | | 111401 | 110801 | 13884911 | | | 11997 | 431.89 | | 111301 | 110801 | 13271467 | |
| 11948 | 478.98 | | 111501 | 110801 | 17132184 | | | 11998 | 492.49 | | 111301 | 110801 | 14880925 | |
| 11949 | 373.22 | | 111301 | 110801 | 13347836 | | | 11999 | 331.26 | | 111301 | 110801 | 13259518 | |
| 11950 | 507.13 | | 110901 | 110801 | 14206139 | | | 12000 | 383.56 | | 111401 | 110801 | 12406963 | |
| 11951 | 307.32 | | 111301 | 110801 | 13347856 | | | 12001 | 358.50 | | 111401 | 110801 | 13259499 | |
| 11952 | 312.41 | | 111301 | 110801 | 16939224 | | | 12002 | 415.80 | | 111301 | 110801 | 13739764 | |
| 11953 | 400.27 | | 110901 | 110801 | 14206118 | | | 12003 | 393.72 | | 111301 | 110801 | 13271467 | |
| 11954 | 831.20 | | 110901 | 110801 | 14206129 | | | 12004 | 559.51 | | 111301 | 110801 | 12408353 | |
| 11955 | 713.27 | | 110901 | 110801 | 14206121 | | | 12005 | 448.02 | | 111301 | 110801 | 11906624 | |
| 11956 | 431.85 | | 111501 | 110801 | 17132281 | | | 12006 | 438.68 | | 111401 | 110801 | 13886454 | |
| 11957 | 206.01 | | 111501 | 110801 | 17132181 | | | 12007 | 471.59 | | 112901 | 110801 | 19461623 | |
| 11958 | 389.70 | | 111301 | 110801 | 13347862 | | | 12008 | 416.78 | | 111401 | 110801 | 12408308 | |
| 11959 | 579.56 | | 111501 | 110801 | 14206138 | | | 12009 | 439.99 | | 111301 | 110801 | 12407081 | |
| 11960 | 340.90 | | 111301 | 110801 | 13347837 | | | 12010 | 271.01 | | 111301 | 110801 | 14880813 | |
| 11961 | 442.67 | | 111301 | 110801 | 13347832 | | | 12011 | 170.17 | | 111401 | 110801 | 13886452 | |
| 11962 | 474.53 | | 111401 | 110801 | 13907712 | | | 12012 | 370.78 | | 111401 | 110801 | 13259506 | |
| 11963 | 740.03 | | 110901 | 110801 | 14206119 | | | 12013 | 522.12 | | 111401 | 110801 | 13885726 | |
| 11964 | 187.70 | | 111501 | 110801 | 12324228 | | | 12014 | 354.70 | | 111401 | 110801 | 13885727 | |
| 11965 | 373.97 | | 110901 | 110801 | 14205268 | | | 12015 | 344.20 | | 111401 | 110801 | 13886453 | |
| 11966 | 391.16 | | 111301 | 110801 | 16939645 | | | 12016 | 327.45 | | 111401 | 110801 | 14880926 | |
| 11967 | 263.57 | | 111501 | 110801 | 14205266 | | | 12017 | 586.92 | | 111301 | 110801 | 16937216 | |
| 11968 | 182.05 | | 111501 | 110801 | 13512847 | | | 12018 | 384.57 | | 111401 | 110801 | 14884209 | |
| 11969 | 278.98 | | 110901 | 110801 | 13347834 | | | 12019 | 510.90 | | 111401 | 110801 | 17006925 | |
| 11970 | 316.86 | | 110901 | 110801 | 14205633 | | | 12020 | 90.81 | | 111501 | 110801 | 14091713 | |
| 11971 | 333.47 | | 111301 | 110801 | 14205155 | | | 12021 | 426.82 | | 111401 | 110801 | 11411487 | |
| 11972 | 386.79 | | 110901 | 110801 | 13911547 | | | 12022 | 327.01 | | 111501 | 110801 | 17125344 | |
| 11973 | 226.07 | | 111301 | 110801 | 14206122 | | | 12023 | 588.64 | | 111401 | 110801 | 14877191 | |
| 11974 | 296.23 | | 111301 | 110801 | 12324229 | | | 12024 | 1,025.27 | | 111501 | 110801 | 14211405 | |
| 11975 | 111.45 | | 111401 | 110801 | 14205167 | | | 12025 | 760.32 | | 110901 | 110801 | 14865856 | |
| 11976 | 59.78 | | 111501 | 110801 | 14070281 | | | 12026 | 507.05 | | 111301 | 110801 | 11679461 | |
| 11977 | 283.74 | | 111301 | 110801 | 16939221 | | | 12027 | 329.43 | | 112101 | 110801 | 12509961 | |
| 11978 | 278.85 | | 111301 | 110801 | 17132182 | | | 12028 | 54.05 | | 111901 | 110801 | 11557494 | |
| 11979 | 113.67 | | 111501 | 110801 | 14205267 | | | 12030 | 217.73 | | 112101 | 110801 | 15574949 | |
| 11980 | 211.81 | | 110901 | 110801 | 14205267 | | | 12031 | 539.30 | | 112601 | 110801 | 16089044 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPEC = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L339 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079900067554 | WR GRACE CAMBRIDGE  ATTN: PAUL MILIKEN | | 018 | 11-30-01 | 5 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12032 | 606.92 | | 11301 | 11080 | 13219031 | | 12082 | 553.87 | | 11301 | 11080 | 13343629 | |
| 12033 | 654.25 | | 11301 | 11080 | 12415343 | | 12083 | 620.77 | | 11401 | 11080 | 11802473 | |
| 12034 | 605.88 | | 11401 | 11080 | 13811331 | | 12084 | 543.03 | | 11301 | 11080 | 14943537 | |
| 12035 | 490.55 | | 11601 | 11080 | 17434547 | | 12085 | 489.85 | | 11301 | 11080 | 14930514 | |
| 12036 | 485.88 | | 11301 | 11080 | 13218637 | | 12086 | 611.61 | | 11301 | 11080 | 14943539 | |
| 12037 | 471.72 | | 12101 | 11080 | 16798715 | | 12087 | 520.88 | | 11301 | 11080 | 14931918 | |
| 12038 | 557.63 | | 11301 | 11080 | 14874731 | | 12088 | 1,239.38 | | 11301 | 11080 | 12404228 | |
| 12039 | 649.29 | | 11901 | 11080 | 12799514 | | 12089 | 679.82 | | 11301 | 11080 | 14943453 | |
| 12040 | 567.60 | | 11301 | 11080 | 14875379 | | 12090 | 445.31 | | 11601 | 11150 | 17440325 | |
| 12041 | 595.20 | | 11401 | 11080 | 13737681 | | 12091 | 445.15 | | 12101 | 11150 | 12891590 | |
| 12042 | 644.05 | | 11501 | 11080 | 17138444 | | 12092 | 525.94 | | 11901 | 11150 | 14484623 | |
| 12043 | 643.62 | | 11901 | 11080 | 12799506 | | 12093 | 439.26 | | 11901 | 11150 | 12520140 | |
| 12044 | 243.67 | | 11401 | 11080 | 13265843 | | 12094 | 504.99 | | 11901 | 11150 | 14484539 | |
| 12045 | 597.79 | | 11401 | 11080 | 17842283 | | 12095 | 509.20 | | 11901 | 11150 | 15814869 | |
| 12046 | 429.43 | | 10901 | 11080 | 14287601 | | 12096 | 634.57 | | 11901 | 11150 | 15811051 | |
| 12047 | 658.02 | | 11301 | 11080 | 14724369 | | 12097 | 712.84 | | 11901 | 11150 | 12527484 | |
| 12048 | 547.54 | | 10901 | 11080 | 14287586 | | 12098 | 308.20 | | 12001 | 11150 | 12631756 | |
| 12049 | 599.33 | | 11301 | 11080 | 12398546 | | 12099 | 646.96 | | 11901 | 11150 | 12503744 | |
| 12050 | 487.78 | | 11080 | 11080 | 14102815 | | 12100 | 636.07 | | 11901 | 11150 | 12521111 | |
| 12051 | 563.05 | | 11501 | 11080 | 14118166 | | 12101 | 452.74 | | 11901 | 11150 | 12527488 | |
| 12052 | 504.51 | | 11501 | 11080 | 17134065 | | 12102 | 393.94 | | 11901 | 11150 | 12503573 | |
| 12053 | 619.95 | | 11501 | 11080 | 14939371 | | 12103 | 671.43 | | 12601 | 11150 | 16108169 | |
| 12054 | 489.10 | | 11301 | 11080 | 13249631 | | 12104 | 660.52 | | 11501 | 11150 | 12536960 | |
| 12055 | 299.85 | | 11301 | 11080 | 14943644 | | 12105 | 562.96 | | 11501 | 11150 | 12529541 | |
| 12056 | 690.51 | | 11301 | 11080 | 14940350 | | 12106 | 578.60 | | 11901 | 11150 | 18045608 | |
| 12057 | 501.94 | | 11501 | 11080 | 14118166 | | 12109 | 655.14 | | 12601 | 11150 | 16144030 | |
| 12058 | 553.24 | | 11301 | 11080 | 13351176 | | 12110 | 614.85 | | 11901 | 11150 | 12537247 | |
| 12059 | 396.48 | | 11301 | 11080 | 14931926 | | 12111 | 440.42 | | 11501 | 11150 | 15934062 | |
| 12060 | 643.29 | | 11301 | 11080 | 14931596 | | 12112 | 407.91 | | 11501 | 11150 | 15934061 | |
| 12061 | 714.33 | | 11401 | 11080 | 17111234 | | 12113 | 567.10 | | 11901 | 11150 | 15934113 | |
| 12062 | 387.55 | | 11301 | 11080 | 11907368 | | 12114 | 528.07 | | 11601 | 11150 | 12165840 | |
| 12063 | 891.85 | | 11901 | 11080 | 14930727 | | 12115 | 528.97 | | 11901 | 11150 | 16398696 | |
| 12064 | 479.77 | | 11301 | 11080 | 14930440 | | 12117 | 399.03 | | 11901 | 11150 | 15934107 | |
| 12065 | 452.25 | | 11301 | 11080 | 14931589 | | 12118 | 422.46 | | 11901 | 11150 | 15934114 | |
| 12066 | 561.76 | | 11301 | 11080 | 13351424 | | 12119 | 499.57 | | 11901 | 11150 | 15934510 | |
| 12067 | 648.57 | | 11301 | 11080 | 14931926 | | 12120 | 456.66 | | 11901 | 11150 | 15935331 | |
| 12068 | 522.88 | | 11401 | 11080 | 17111234 | | 12121 | 597.98 | | 11601 | 11150 | 14323076 | |
| 12069 | 529.26 | | 11301 | 11080 | 14943538 | | 12122 | 556.95 | | 11901 | 11150 | 18021793 | |
| 12070 | 550.66 | | 11301 | 11080 | 14930399 | | 12123 | 438.66 | | 11301 | 11150 | 12492760 | |
| 12071 | 781.47 | | 11301 | 11080 | 14930435 | | 12124 | 561.95 | | 11901 | 11150 | 15925652 | |
| 12072 | 400.01 | | 11301 | 11080 | 14943536 | | 12125 | 673.63 | | 11901 | 11150 | 12493356 | |
| 12073 | 850.99 | | 11301 | 11080 | 14943540 | | 12126 | 260.99 | | 11901 | 11150 | 18043135 | |
| 12074 | 548.51 | | 11301 | 11080 | 14943396 | | 12127 | 552.40 | | 11901 | 11150 | 18051856 | |
| 12075 | 567.91 | | 11301 | 11080 | 14930755 | | 12128 | 558.18 | | 11501 | 11150 | 12592953 | |
| 12076 | 685.23 | | 11301 | 11080 | 14940239 | | 12129 | 464.99 | | 11901 | 11150 | 15927727 | |
| 12077 | 260.24 | | 11501 | 11080 | 17134073 | | 12130 | 431.45 | | 11901 | 11150 | 12566438 | |
| 12078 | 772.70 | | 11301 | 11080 | 17134063 | | 12131 | 686.51 | | 12001 | 11150 | 12664381 | |
| 12079 | 592.37 | | 11301 | 11080 | 14930751 | | 12132 | 528.16 | | 11901 | 11150 | 18041903 | |
| 12080 | 928.12 | | 11301 | 11080 | 14931957 | | 12133 | 707.76 | | 11601 | 11150 | 14324468 | |
| 12081 | 737.95 | | 11901 | 11080 | 12536921 | | 12134 | 517.74 | | 12001 | 11150 | 12651648 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID, OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079900067554 | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | 018 | 11-30-01 | 6 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12135 | 109.07 | | 11901 | 111501 | 12492869 | | 12185 | 371.90 | | 11901 | 111501 | 12185595 | |
| 12136 | 458.89 | | 12601 | 111501 | 16127093 | | 12186 | 408.07 | | 11901 | 111501 | 12546889 | |
| 12137 | 530.53 | | 11901 | 111501 | 18050794 | | 12187 | 272.73 | | 11601 | 111501 | 12185510 | |
| 12138 | 615.42 | | 11901 | 111501 | 12492974 | | 12188 | 180.39 | | 11501 | 111501 | 12185511 | |
| 12139 | 626.12 | | 11901 | 111501 | 18020801 | | 12189 | 281.06 | | 11901 | 111501 | 12535468 | |
| 12140 | 511.72 | | 11601 | 111501 | 15979562 | | 12190 | 237.33 | | 11901 | 111501 | 16264489 | |
| 12141 | 382.26 | | 12101 | 111501 | 16796011 | | 12191 | 317.90 | | 11601 | 111501 | 12185503 | |
| 12142 | 554.45 | | 12001 | 111501 | 16393642 | | 12192 | 379.06 | | 11901 | 111501 | 12535520 | |
| 12143 | 554.77 | | 11901 | 111501 | 14751953 | | 12193 | 226.08 | | 11901 | 111501 | 14482855 | |
| 12144 | 485.03 | | 11901 | 111501 | 15324631 | | 12194 | 225.11 | | 11901 | 111501 | 12535787 | |
| 12145 | 491.08 | | 11901 | 111501 | 14751971 | | 12195 | 328.48 | | 11901 | 111501 | 12535467 | |
| 12146 | 415.65 | | 11901 | 111501 | 12553873 | | 12196 | 84.28 | | 11601 | 111501 | 12185513 | |
| 12147 | 613.04 | | 12101 | 111501 | 16730879 | | 12197 | 288.59 | | 11501 | 111501 | 16719474 | |
| 12148 | 336.41 | | 11601 | 111501 | 17440326 | | 12198 | 267.57 | | 11601 | 111501 | 12185620 | |
| 12149 | 305.67 | | 12101 | 111501 | 12915208 | | 12199 | 133.04 | | 11901 | 111501 | 12535499 | |
| 12150 | 469.80 | | 11901 | 111501 | 12497470 | | 12200 | 210.77 | | 11601 | 111501 | 12185611 | |
| 12151 | 323.91 | | 11901 | 111501 | 14463841 | | 12201 | 432.85 | | 11901 | 111501 | 12535465 | |
| 12152 | 109.69 | | 12001 | 111501 | 18414187 | | 12202 | 461.76 | | 11201 | 111501 | 16396820 | |
| 12153 | 314.79 | | 11901 | 111501 | 12497700 | | 12203 | 300.95 | | 11601 | 111501 | 12535463 | |
| 12154 | 314.77 | | 12001 | 111501 | 18341109 | | 12204 | 48.58 | | 11601 | 111501 | 12185614 | |
| 12155 | 567.76 | | 11901 | 111501 | 12185596 | | 12206 | 159.06 | | 11901 | 111501 | 12535464 | |
| 12156 | 73.74 | | 11901 | 111501 | 14441008 | | 12207 | 231.86 | | 11901 | 111501 | 14482872 | |
| 12157 | 215.57 | | 11901 | 111501 | 14434660 | | 12208 | 164.53 | | 11901 | 111501 | 14482858 | |
| 12158 | 257.09 | | 11901 | 111501 | 14441009 | | 12209 | 423.75 | | 11901 | 111501 | 12524877 | |
| 12159 | 285.04 | | 11601 | 111501 | 12185512 | | 12210 | 399.02 | | 11601 | 111501 | 12185612 | |
| 12160 | 394.40 | | 12001 | 111501 | 16402136 | | 12211 | 448.51 | | 11901 | 111501 | 15931525 | |
| 12161 | 480.01 | | 11901 | 111501 | 16264490 | | 12212 | 516.29 | | 12301 | 111501 | 13208548 | |
| 12162 | 396.41 | | 11901 | 111501 | 12535504 | | 12213 | 411.23 | | 11601 | 111501 | 12235410 | |
| 12163 | 290.95 | | 11901 | 111501 | 12535493 | | 12214 | 326.57 | | 11901 | 111501 | 15931611 | |
| 12164 | 297.50 | | 11901 | 111501 | 12535490 | | 12215 | 392.91 | | 11901 | 111501 | 12342195 | |
| 12165 | 359.14 | | 11901 | 111501 | 12546886 | | 12216 | 477.11 | | 11901 | 111501 | 15931526 | |
| 12166 | 358.96 | | 11901 | 111501 | 12535494 | | 12217 | 416.82 | | 11901 | 111501 | 12180127 | |
| 12167 | 398.68 | | 12101 | 111501 | 16797538 | | 12218 | 436.47 | | 11601 | 111501 | 15926963 | |
| 12168 | 284.87 | | 11901 | 111501 | 14482874 | | 12219 | 321.35 | | 11601 | 111501 | 12180125 | |
| 12169 | 478.98 | | 12001 | 111501 | 12654671 | | 12220 | 368.56 | | 11601 | 111501 | 16404574 | |
| 12170 | 373.23 | | 12201 | 111501 | 16709729 | | 12221 | 355.07 | | 12001 | 111501 | 16404575 | |
| 12171 | 450.28 | | 11601 | 111501 | 12185516 | | 12222 | 390.79 | | 11901 | 111501 | 15931624 | |
| 12172 | 307.33 | | 11901 | 111501 | 12535495 | | 12224 | 332.30 | | 11601 | 111501 | 14826302 | |
| 12173 | 422.33 | | 11901 | 111501 | 14482864 | | 12225 | 578.92 | | 11901 | 111501 | 12180086 | |
| 12174 | 373.43 | | 12001 | 111501 | 16402138 | | 12226 | 312.46 | | 11901 | 111501 | 15931527 | |
| 12175 | 624.13 | | 11601 | 111501 | 12185508 | | 12227 | 374.86 | | 11601 | 111501 | 15940456 | |
| 12176 | 493.94 | | 11601 | 111501 | 12185514 | | 12228 | 368.42 | | 12901 | 111501 | 19461624 | |
| 12177 | 430.69 | | 11901 | 111501 | 12535577 | | 12229 | 388.19 | | 11901 | 111501 | 15924958 | |
| 12178 | 567.72 | | 11601 | 111501 | 11937175 | | 12230 | 547.68 | | 11901 | 111501 | 15933356 | |
| 12179 | 482.41 | | 11901 | 111501 | 12185507 | | 12231 | 257.79 | | 11901 | 111501 | 15931524 | |
| 12180 | 381.46 | | 11901 | 111501 | 12170114 | | 12232 | 132.08 | | 11501 | 111501 | 15927420 | |
| 12181 | 506.05 | | 11901 | 111501 | 12535470 | | 12233 | 338.63 | | 11901 | 111501 | 12488511 | |
| 12182 | 527.32 | | 12001 | 111501 | 12535498 | | 12234 | 429.30 | | 12001 | 111501 | 16406006 | |
| 12183 | 570.39 | | 11901 | 111501 | 12535466 | | 12235 | 387.10 | | 11201 | 111501 | 16406007 | |
| 12184 | 70.80 | | 11601 | 111501 | 12185505 | | | 401.37 | | 11901 | 111501 | 15933783 | |

EXPLANATION OF CODES

TYPE OF REPORT
* = OUTSTANDING ITEMS ONLY ON THIS REPORT
UNPAID ONLY
PAID ONLY * = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED * = PAID + OUTSTANDING CHECKS ON SAME REPORT
SPECI * = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM.

L338 02/

TYPE OF REPORT: PAID ONLY

BANK NO: 1  CUST ACCOUNT NO: 2079900067554  CUSTOMER NAME: WR GRACE CAMBRIDGE ATTN: PAUL MILLIKEN  018

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12236 | 266.26 | | 11190 1 | 11150 1 | 15931528 | | 12287 | 746.14 | | 111901 | 111501 | 18045646 | |
| 12237 | 628.57 | | 11210 1 | 11150 1 | 16726438 | | 12288 | 505.70 | | 111901 | 111501 | 14458218 | |
| 12238 | 379.84 | | 11190 1 | 11150 1 | 14416612 | | 12289 | 454.32 | | 111801 | 111501 | 14335507 | |
| 12239 | 383.46 | | 11210 1 | 11150 1 | 16723030 | | 12290 | 529.27 | | 112101 | 111501 | 15934097 | |
| 12240 | 304.99 | | 11190 1 | 11150 1 | 14450693 | | 12291 | 431.06 | | 111901 | 111501 | 12537074 | |
| 12241 | 304.46 | | 11210 1 | 11150 1 | 12893534 | | 12292 | 487.94 | | 111901 | 111501 | 12537073 | |
| 12242 | 319.20 | | 11210 1 | 11150 1 | 16737857 | | 12293 | 539.54 | | 111901 | 111501 | 15934098 | |
| 12243 | 552.03 | | 11230 1 | 11150 1 | 15856478 | | 12294 | 579.53 | | 111901 | 111501 | 15934099 | |
| 12244 | 886.37 | | 11230 1 | 11150 1 | 18414900 | | 12295 | 396.81 | | 112001 | 111501 | 11963327 | |
| 12245 | 663.73 | | 11160 1 | 11150 1 | 17443291 | | 12296 | 730.17 | | 112101 | 111501 | 16732570 | |
| 12246 | 519.31 | | 11210 1 | 11150 1 | 12912926 | | 12297 | 531.04 | | 111901 | 111501 | 12537775 | |
| 12247 | 405.17 | | 11210 1 | 11150 1 | 16798440 | | 12298 | 659.54 | | 112001 | 111501 | 11963326 | |
| 12248 | 226.04 | | 11190 1 | 11150 1 | 12509962 | | 12299 | 260.23 | | 112301 | 111501 | 17134052 | |
| 12250 | 323.59 | | 11210 1 | 11150 1 | 15575067 | | 12300 | 185.74 | | 111901 | 111501 | 15934094 | |
| 12251 | 706.67 | | 11260 1 | 11150 1 | 16089045 | | 12301 | 482.73 | | 111901 | 111501 | 15934095 | |
| 12252 | 614.07 | | 11190 1 | 11150 1 | 14758098 | | 12302 | 743.79 | | 111901 | 111501 | 12470158 | |
| 12253 | 609.33 | | 11160 1 | 11150 1 | 14384220 | | 12303 | 1,025.16 | | 111901 | 111501 | 14457859 | |
| 12254 | 749.32 | | 11190 1 | 11150 1 | 18024013 | | 12304 | 864.70 | | 112601 | 111501 | 16161836 | |
| 12255 | 497.45 | | 11190 1 | 11150 1 | 14754314 | | 12305 | 564.03 | | 112101 | 111501 | 12890698 | |
| 12256 | 507.51 | | 11270 1 | 11150 1 | 19112302 | | 12306 | 656.12 | | 112601 | 111501 | 16162139 | |
| 12257 | 530.16 | | 11210 1 | 11150 1 | 16798013 | | 12307 | 626.57 | | 111901 | 111501 | 15934100 | |
| 12258 | 325.74 | | 11190 1 | 11150 1 | 14472005 | | 12308 | 489.85 | | 111901 | 111501 | 12536744 | |
| 12259 | 568.46 | | 11160 1 | 11150 1 | 14324105 | | 12309 | 516.95 | | 111901 | 111501 | 15934096 | |
| 12260 | 761.99 | | 11190 1 | 11150 1 | 14472198 | | 12310 | 591.01 | | 112801 | 111501 | 17765808 | |
| 12261 | 639.59 | | 11200 1 | 11150 1 | 16475054 | | 12311 | 684.10 | | 111901 | 111501 | 12537391 | |
| 12262 | 629.68 | | 11210 1 | 11150 1 | 16734285 | | 12312 | 773.01 | | 111901 | 111501 | 14457108 | |
| 12263 | 573.29 | | 11160 1 | 11150 1 | 14324088 | | 12313 | 1,305.71 | | 111901 | 111501 | 15934965 | |
| 12264 | 636.52 | | 11190 1 | 11150 1 | 12511365 | | 12314 | 511.67 | | 112601 | 111501 | 16144028 | |
| 12265 | 555.72 | | 11190 1 | 11150 1 | 12512248 | | 12315 | 615.88 | | 112101 | 111501 | 16732508 | |
| 12266 | 261.10 | | 11210 1 | 11150 1 | 12155756 | | 12317 | 445.14 | | 112101 | 111501 | 14315087 | |
| 12267 | 731.51 | | 11210 1 | 11150 1 | 16732221 | | 12318 | 527.69 | | 112601 | 112101 | 14315384 | |
| 12268 | 580.10 | | 11190 1 | 11150 1 | 15941208 | | 12319 | 439.28 | | 112601 | 112101 | 16036277 | |
| 12269 | 703.20 | | 11200 1 | 11150 1 | 18365799 | | 12320 | 505.00 | | 112601 | 112101 | 14315576 | |
| 12270 | 1,125.93 | | 11200 1 | 11150 1 | 16467808 | | 12321 | 385.57 | | 112801 | 112101 | 16597856 | |
| 12271 | 474.14 | | 11210 1 | 11150 1 | 16733141 | | 12322 | 540.49 | | 112601 | 112101 | 16063712 | |
| 12272 | 876.76 | | 11190 1 | 11150 1 | 14457862 | | 12323 | 700.56 | | 112801 | 112101 | 17787790 | |
| 12273 | 359.48 | | 11190 1 | 11150 1 | 18045160 | | 12324 | 360.57 | | 112301 | 112101 | 18636654 | |
| 12274 | 498.27 | | 11190 1 | 11150 1 | 12508693 | | 12326 | 449.53 | | 112301 | 112101 | 14084333 | |
| 12275 | 291.49 | | 11230 1 | 11150 1 | 17134010 | | 12327 | 905.74 | | 112601 | 112101 | 16028344 | |
| 12276 | 692.97 | | 11190 1 | 11150 1 | 12536745 | | 12329 | 847.49 | | 112701 | 112101 | 16356105 | |
| 12277 | 485.77 | | 11210 1 | 11150 1 | 12890535 | | 12330 | 623.49 | | 112601 | 112101 | 16108170 | |
| 12278 | 426.55 | | 11190 1 | 11150 1 | 18045161 | | 12331 | 731.22 | | 112601 | 112101 | 17735981 | |
| 12279 | 311.43 | | 11260 1 | 11150 1 | 16157154 | | 12334 | 562.95 | | 112601 | 112101 | 11987788 | |
| 12280 | 260.27 | | 11210 1 | 11150 1 | 16792359 | | 12335 | 541.89 | | 112601 | 112101 | 13707497 | |
| 12281 | 714.33 | | 11190 1 | 11150 1 | 12529473 | | 12336 | 536.15 | | 112601 | 112101 | 16161688 | |
| 12282 | 426.95 | | 11210 1 | 11150 1 | 12924590 | | 12337 | 344.00 | | 112601 | 112101 | 12199168 | |
| 12283 | 576.68 | | 11280 1 | 11150 1 | 17760443 | | 12338 | 585.01 | | 112601 | 112101 | 16144014 | |
| 12284 | 891.96 | | 11190 1 | 11150 1 | 12537612 | | 12339 | 528.06 | | 112601 | 112101 | 16109255 | |
| 12285 | 489.68 | | 11190 1 | 11150 1 | 12537072 | | 12340 | 673.02 | | 112601 | 112101 | 17751931 | |
| 12286 | 596.28 | | 11210 1 | 11150 1 | 16732517 | | 12341 | 519.53 | | 112801 | 112101 | 17767046 | |

EXPLANATION OF CODES

TYPE OF REPORT:
- UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
- SPECIAL = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS.
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | DATE | PAGE |
|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079900067554 | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | 11-30-01 | 8 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12342 | 519.27 | | 112801 | 112101 | 17767050 | | 12394 | 326.37 | | 112601 | 112101 | 17475976 | |
| 12343 | 519.27 | | 112801 | 112101 | 17767047 | | 12395 | 287.56 | | 112301 | 112101 | 14122769 | |
| 12344 | 519.27 | | 112801 | 112101 | 17767048 | | 12396 | 476.62 | | 112301 | 112101 | 18665368 | |
| 12345 | 519.27 | | 112801 | 112101 | 17767049 | | 12397 | 331.68 | | 112301 | 112101 | 17475989 | |
| 12346 | 399.04 | | 112801 | 112101 | 17767051 | | 12400 | 315.80 | | 112601 | 112101 | 18665372 | |
| 12347 | 591.61 | | 112601 | 112101 | 16144015 | | 12401 | 337.90 | | 112601 | 112101 | 13690998 | |
| 12348 | 486.84 | | 112601 | 112101 | 16163070 | | 12403 | 373.53 | | 112601 | 112101 | 17715646 | |
| 12349 | 486.83 | | 112601 | 112101 | 16163069 | | 12404 | 347.12 | | 112801 | 112101 | 17758105 | |
| 12350 | 486.83 | | 112601 | 112101 | 16163071 | | 12407 | 478.72 | | 112301 | 112101 | 18665382 | |
| 12351 | 498.05 | | 112601 | 112101 | 16163072 | | 12408 | 307.32 | | 112601 | 112101 | 17475585 | |
| 12352 | 486.83 | | 112601 | 112101 | 16163067 | | 12409 | 319.50 | | 112601 | 112101 | 17475043 | |
| 12353 | 499.59 | | 112601 | 112101 | 16163068 | | 12410 | 376.89 | | 112301 | 112101 | 18665378 | |
| 12354 | 448.18 | | 112601 | 112101 | 17763275 | | 12411 | 817.08 | | 112301 | 112101 | 18665384 | |
| 12355 | 527.63 | | 112301 | 112101 | 14086440 | | 12412 | 721.85 | | 112301 | 112101 | 18665383 | |
| 12356 | 537.46 | | 112601 | 112101 | 14103647 | | 12414 | 371.30 | | 112301 | 112101 | 17592583 | |
| 12357 | 447.60 | | 112301 | 112101 | 14086394 | | 12415 | 505.97 | | 112301 | 112101 | 18665371 | |
| 12358 | 466.28 | | 112701 | 112101 | 17590581 | | 12416 | 794.41 | | 112301 | 112101 | 18665373 | |
| 12359 | 516.49 | | 112301 | 112101 | 14086415 | | 12417 | 268.50 | | 112301 | 112101 | 19972770 | |
| 12360 | 399.01 | | 112601 | 112101 | 13691939 | | 12418 | 357.36 | | 112301 | 112101 | 17475846 | |
| 12361 | 939.15 | | 112701 | 112101 | 17601238 | | 12419 | 474.52 | | 112701 | 112101 | 17592536 | |
| 12362 | 687.87 | | 112301 | 112101 | 13218427 | | 12420 | 528.50 | | 112301 | 112101 | 19972771 | |
| 12364 | 686.51 | | 112301 | 112101 | 17602038 | | 12421 | 171.64 | | 112301 | 112101 | 18665375 | |
| 12365 | 677.40 | | 112301 | 112101 | 14086327 | | 12422 | 382.30 | | 112301 | 112101 | 14122772 | |
| 12366 | 1,047.99 | | 112301 | 112101 | 14086253 | | 12423 | 391.16 | | 112301 | 112101 | 17742157 | |
| 12367 | 649.00 | | 112601 | 112101 | 17478651 | | 12424 | 216.33 | | 112601 | 112101 | 17475842 | |
| 12368 | 729.83 | | 112601 | 112101 | 17478650 | | 12425 | 186.09 | | 112301 | 112101 | 18648278 | |
| 12369 | 226.08 | | 112601 | 112101 | 16611255 | | 12426 | 228.43 | | 112301 | 112101 | 18665365 | |
| 12370 | 458.88 | | 112601 | 112101 | 16127094 | | 12427 | 294.49 | | 112301 | 112101 | 18665366 | |
| 12371 | 287.48 | | 112601 | 112101 | 17478824 | | 12428 | 408.74 | | 112701 | 112101 | 17592598 | |
| 12372 | 481.25 | | 112601 | 112101 | 16119336 | | 12429 | 386.79 | | 112601 | 112101 | 17475858 | |
| 12373 | 501.28 | | 112601 | 112101 | 16012665 | | 12430 | 298.30 | | 112601 | 112101 | 12388339 | |
| 12374 | 819.84 | | 112601 | 112101 | 16126778 | | 12431 | 313.98 | | 112601 | 112101 | 12199402 | |
| 12375 | 437.36 | | 112901 | 112101 | 19457669 | | 12432 | 255.64 | | 112601 | 112101 | 17475990 | |
| 12376 | 501.62 | | 112701 | 112101 | 14135127 | | 12433 | 10.82 | | 112301 | 112101 | 17475848 | |
| 12377 | 565.15 | | 112601 | 112101 | 19109231 | | 12434 | 283.75 | | 112901 | 112101 | 18648278 | |
| 12378 | 563.40 | | 112601 | 112101 | 16153100 | | 12435 | 161.69 | | 112301 | 112101 | 17715428 | |
| 12379 | | | 112601 | 112101 | 16153101 | | 12436 | 179.92 | | 112301 | 112101 | 17475044 | |
| 12380 | 418.85 | | 112601 | 112101 | 16153102 | | 12437 | 356.83 | | 112601 | 112101 | 17592535 | |
| 12382 | 491.07 | | 112601 | 112101 | 16037155 | | 12438 | 458.69 | | 112601 | 112101 | 14122768 | |
| 12383 | 325.26 | | 112801 | 112101 | 16152331 | | 12439 | 521.27 | | 112301 | 112101 | 17475841 | |
| 12384 | 629.48 | | 112601 | 112101 | 17754914 | | 12440 | 409.72 | | 112301 | 112101 | 17475048 | |
| 12385 | 336.39 | | 112301 | 112101 | 14315572 | | 12441 | 193.28 | | 112601 | 112101 | 12198484 | |
| 12386 | 305.67 | | 112601 | 112101 | 16151398 | | 12442 | 326.32 | | 112301 | 112101 | 14122770 | |
| 12387 | 555.51 | | 112601 | 112101 | 16129875 | | 12443 | 313.21 | | 112301 | 112101 | 17475847 | |
| 12388 | 323.90 | | 112301 | 112101 | 13199720 | | 12444 | 263.61 | | 112301 | 112101 | 17475991 | |
| 12389 | 96.09 | | 112801 | 112101 | 17738808 | | 12445 | 433.94 | | 112701 | 112101 | 17606055 | |
| 12390 | 314.79 | | 112601 | 112101 | 16604869 | | 12446 | 405.68 | | 112601 | 112101 | 17715429 | |
| 12391 | 399.93 | | 112301 | 112101 | 14122758 | | 12447 | 436.87 | | 112601 | 112101 | 17475843 | |
| 12392 | 208.83 | | 112601 | 112101 | 17475975 | | 12448 | 557.83 | | 112601 | 112101 | 17477185 | |
| 12393 | 164.19 | | 112601 | 112101 | 13718126 | | 12449 | 440.02 | | 112601 | 112101 | 16062468 | |
| | | | | | | | | | | | | 16145315 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPEC = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = PAID ITEM PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 D2/

# ACCOUNT RECONCILIATION PLAN

| | | | | TYPE OF REPORT: PAID ONLY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BANK NO. | CUST ACCOUNT NO. | | | CUSTOMER NAME | | | | DATE | | PAGE | | |
| 1 | 2079900067554 | | | WR GRACE CAMBRIDGE / ATTN: PAUL MILIKEN | | | | 11-30-01 | | 9 | | |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12450 | 172.16 | | 112601 | 112101 | 17477489 | | 12506 | 443.43 | | 112301 | 112101 | 17159130 | |
| 12451 | 392.91 | | 112601 | 112101 | 16145883 | | 12507 | 540.32 | | 112301 | 112101 | 14114473 | |
| 12452 | 459.98 | | 112901 | 112101 | 19461568 | | 12508 | 479.03 | | 112101 | 112101 | 13696952 | |
| 12453 | 424.34 | | 112301 | 112101 | 16063617 | | 12509 | 584.25 | | 112801 | 112101 | 16621832 | |
| 12454 | 496.21 | | 112601 | 112101 | 17780772 | | 12510 | 906.31 | | 112601 | 112101 | 16163073 | |
| 12455 | 327.96 | | 112601 | 112101 | 16053618 | | 12511 | 474.41 | | 112601 | 112101 | 16157166 | |
| 12456 | 368.56 | | 112801 | 112101 | 16613452 | | 12512 | 562.98 | | 112601 | 112101 | 16157933 | |
| 12457 | 355.07 | | 112801 | 112101 | 16613451 | | 12513 | 672.52 | | 112601 | 112101 | 16162122 | |
| 12458 | 415.80 | | 112301 | 112101 | 10102237 | | 12514 | 486.79 | | 112301 | 112101 | 16109320 | |
| 12459 | 386.49 | | 112601 | 112101 | 16122308 | | 12515 | 261.82 | | 112901 | 112101 | 12023235 | |
| 12460 | 564.34 | | 112601 | 112101 | 16063619 | | 12516 | 824.83 | | 112601 | 112101 | 16144063 | |
| 12461 | 510.14 | | 112601 | 112101 | 17477183 | | 12517 | 477.98 | | 112101 | 112101 | 16163066 | |
| 12462 | 388.29 | | 112701 | 112101 | 17591383 | | 12519 | 407.00 | | 112601 | 112101 | 16157155 | |
| 12463 | 435.61 | | 112901 | 112101 | 19461625 | | 12520 | 260.26 | | 112601 | 112101 | 16162042 | |
| 12464 | 388.20 | | 112701 | 112101 | 17591380 | | 12521 | 714.33 | | 112601 | 112101 | 16162063 | |
| 12465 | 495.07 | | 112301 | 112101 | 16145523 | | 12522 | 577.21 | | 112901 | 112101 | 15327911 | |
| 12466 | 257.79 | | 112601 | 112101 | 14134239 | | 12523 | 824.47 | | 112601 | 112101 | 16161975 | |
| 12467 | 165.40 | | 112801 | 112101 | 17752628 | | 12524 | 479.76 | | 112601 | 112101 | 16161691 | |
| 12468 | 117.09 | | 112601 | 112101 | 16062469 | | 12525 | 663.72 | | 112601 | 112101 | 16157320 | |
| 12469 | 497.45 | | 112801 | 112101 | 17752643 | | 12526 | 745.47 | | 112901 | 112101 | 15327851 | |
| 12470 | 437.47 | | 112801 | 112101 | 17752644 | | 12527 | 504.08 | | 112601 | 112101 | 16157838 | |
| 12471 | 387.06 | | 112601 | 112101 | 16145314 | | 12528 | 529.26 | | 112101 | 112101 | 16162044 | |
| 12472 | 295.05 | | 112801 | 112101 | 17477184 | | 12529 | 550.67 | | 112301 | 112101 | 17133678 | |
| 12473 | 558.25 | | 112801 | 112101 | 17756279 | | 12530 | 497.95 | | 112801 | 112101 | 16161817 | |
| 12474 | 375.72 | | 112301 | 112101 | 14145379 | | 12531 | 425.05 | | 112601 | 112101 | 16162475 | |
| 12475 | 383.48 | | 112601 | 112101 | 14685372 | | 12532 | 525.22 | | 112601 | 112101 | 16162243 | |
| 12476 | 173.85 | | 112601 | 112101 | 17471988 | | 12533 | 688.38 | | 112601 | 112101 | 16162041 | |
| 12477 | 270.67 | | 112901 | 112101 | 15289970 | | 12534 | 538.34 | | 112301 | 112101 | 17133088 | |
| 12478 | 319.20 | | 112601 | 112101 | 17743497 | | 12535 | 659.54 | | 112601 | 112101 | 16161903 | |
| 12479 | 771.08 | | 112601 | 112101 | 14685703 | | 12536 | 260.29 | | 112701 | 112101 | 12006051 | |
| 12480 | 886.38 | | 112601 | 112101 | 16103982 | | 12537 | 837.49 | | 112601 | 112101 | 16162030 | |
| 12482 | 690.55 | | 112601 | 112101 | 14317443 | | 12538 | 634.15 | | 112601 | 112101 | 17133089 | |
| 12483 | 323.14 | | 112601 | 112101 | 19776007 | | 12539 | 966.07 | | 112601 | 112101 | 16157932 | |
| 12484 | 427.60 | | 112601 | 112101 | 16152791 | | 12540 | 691.25 | | 112601 | 112101 | 16161837 | |
| 12489 | 514.61 | | 112601 | 112101 | 16089046 | | 12542 | 953.94 | | 112101 | 112101 | 16162140 | |
| 12490 | 671.34 | | 112601 | 112101 | 16089757 | | 12543 | 543.02 | | 112301 | 112101 | 12199172 | |
| 12491 | 516.13 | | 112601 | 112101 | 16152569 | | 12544 | 489.85 | | 112601 | 112101 | 16157329 | |
| 12492 | 710.63 | | 112901 | 112101 | 15327784 | | 12546 | 736.46 | | 112601 | 112101 | 16162119 | |
| 12493 | 449.16 | | 112601 | 112101 | 16020514 | | 12549 | 858.52 | | 112101 | 112101 | 19798182 | |
| 12494 | 2,287.89 | | 113001 | 112101 | 18057733 | | 12557 | 473.15 | | 113001 | 112901 | 19795663 | |
| 12495 | 457.42 | | 113001 | 112101 | 18057734 | | 12561 | 621.80 | | 113001 | 112901 | 15627591 | |
| 12496 | 612.57 | | 112601 | 112101 | 17131455 | | 12562 | 627.83 | | 113001 | 112901 | 19795862 | |
| 12497 | 466.64 | | 112601 | 112101 | 16152404 | | 12573 | 528.07 | | 113001 | 112901 | 15627386 | |
| 12498 | 495.30 | | 112601 | 112101 | 14317469 | | 12584 | 847.45 | | 112901 | 112901 | 17021710 | |
| 12499 | 570.12 | | 112301 | 112101 | 14090355 | | 12585 | 482.84 | | 112901 | 112901 | 17044210 | |
| 12501 | 579.19 | | 113001 | 112101 | 14090506 | | 12588 | 503.93 | | 113001 | 112901 | 12026381 | |
| 12502 | 599.69 | | 112601 | 112101 | 14318196 | | 12593 | 536.43 | | 113001 | 112901 | 17021887 | |
| 12503 | 554.55 | | 112301 | 112101 | 14090165 | | 12594 | 657.85 | | 113001 | 112901 | 17021844 | |
| 12504 | 560.24 | | 112601 | 112101 | 15844202 | | 12603 | 563.04 | | 113001 | 112901 | 17021845 | |
| 12505 | 501.71 | | 112701 | 112101 | 14115223 | | 12604 | 752.02 | | 113001 | 112901 | 17021846 | |

TYPE OF REPORT

UNPAID ONLY       = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY         = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED      = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL           = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING OUTSTANDING ITEM