# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST. ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079900067554 | WR GRACE CAMBRIDGE<br>ATTN: PAUL MILIKEN | 018 | 11-30-01 | 10 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12633 | 484.59 | | 113001 | 112901 | 12224746 | | | | | | | | |
| 12637 | 526.54 | | 113001 | 112901 | 15634325 | | | | | | | | |
| 12640 | 444.99 | | 113001 | 112901 | 15634328 | | | | | | | | |
| 12643 | 254.10 | | 113001 | 112901 | 15634326 | | | | | | | | |
| 12644 | 530.98 | | 113001 | 112901 | 15634330 | | | | | | | | |
| 12649 | 268.15 | | 113001 | 112901 | 15634235 | | | | | | | | |
| 12652 | 379.08 | | 113001 | 112901 | 12224745 | | | | | | | | |
| 12655 | 382.35 | | 113001 | 112901 | 15634351 | | | | | | | | |
| 12657 | 370.56 | | 113001 | 112901 | 15634466 | | | | | | | | |
| 12664 | 334.94 | | 113001 | 112901 | 15634233 | | | | | | | | |
| 12668 | 116.78 | | 113001 | 112901 | 15634232 | | | | | | | | |
| 12673 | 592.13 | | 113001 | 112901 | 17049349 | | | | | | | | |
| 12681 | 477.03 | | 113001 | 112901 | 15643742 | | | | | | | | |
| 12683 | 367.58 | | 113001 | 112901 | 15643739 | | | | | | | | |
| 12731 | 831.25 | | 113001 | 112901 | 15622972 | | | | | | | | |
| 12732 | 743.14 | | 113001 | 112901 | 15622973 | | | | | | | | |
| 12735 | 490.51 | | 113001 | 112901 | 19799996 | | | | | | | | |
| 100292 | 500.00 | | 110501 | 110101 | 10221052 | | | | | | | | |
| 100293 | 500.00 | | 110501 | 110101 | 10221055 | | | | | | | | |
| | | | PAID | | 430,437.69 | 919GT | | | | | | | |

TYPE OF REPORT

UNPAID ONLY     = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY       = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED    = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPEC            = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER NOT RECEIVED
    MEMO ONLY: NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | BANK NO. | CUST. ACCOUNT NO. | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| UNPAID ONLY | | | 1 | 2079900067554 | | WR GRACE CAMBRIDGE ATTN: PAUL MILKEN | | 018 | 11-30-01 | 1 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1008 | | 465.41 | | 010401 | | | 12249 | | 475.00 | | 111501 | | |
| 4  1193 | | 448.91 | 040301 | 010401 | | | 12316 | | 425.74 | | 112101 | | |
| 3347 | | 552.75 | | 030801 | | | 12325 | | 551.08 | | 112101 | | |
| 3633 | | 1,105.44 | | 031501 | | | 12328 | | 710.86 | | 112101 | | |
| 3635 | | 579.42 | | 031501 | | | 12332 | | 768.02 | | 112101 | | |
| 3637 | | 1,036.80 | | 031501 | | | 12333 | | 459.65 | | 112101 | | |
| 3639 | | 823.46 | | 031501 | | | 12363 | | 431.46 | | 112101 | | |
| 3640 | | 916.67 | | 031501 | | | 12381 | | 502.38 | | 112101 | | |
| 3641 | | 1,020.10 | | 031501 | | | 12398 | | 396.40 | | 112101 | | |
| 3642 | | 974.04 | | 031501 | | | 12399 | | 349.40 | | 112101 | | |
| 3751 | | 472.54 | | 031501 | | | 12402 | | 358.97 | | 112101 | | |
| 3937 | | 73.82 | | 032201 | | | 12405 | | 478.98 | | 112101 | | |
| 4030 | | .80 | | 032201 | | | 12406 | | 373.22 | | 112101 | | |
| 4288 | | 74.98 | | 032201 | | | 12413 | | 433.01 | | 112101 | | |
| 4297 | | 37.38 | | 032201 | | | 12481 | | 236.93 | | 112101 | | |
| 4330 | | 373.16 | | 032901 | | | 12485 | | 142.71 | | 112101 | | |
| 4332 | | 553.89 | | 032901 | | | 12486 | | 498.08 | | 112101 | | |
| 4343 | | 399.04 | | 032901 | | | 12487 | | 183.08 | | 112101 | | |
| 4357 | | 756.65 | | 032901 | | | 12488 | | 2,412.00 | | 112101 | | |
| 4464 | | 239.98 | | 032901 | | | 12500 | | 576.29 | | 112101 | | |
| 4484 | | 285.43 | | 032901 | | | 12518 | | 357.45 | | 112101 | | |
| 4502 | | 356.66 | | 032901 | | | 12541 | | 582.77 | | 112101 | | |
| 4622 | | 333.52 | | 040501 | | | 12545 | | 599.65 | | 112101 | | |
| 5  4741 | | 408.85 | 041001 | 040501 | | | 12547 | | 510.08 | | 112101 | | |
| 5189 | | 39.09 | | 041901 | | | 12548 | | 545.25 | | 112101 | | |
| 7311 | | 8.19 | | 062101 | | | 12550 | | 688.95 | | 112101 | | |
| 7892 | | 449.86 | | 070501 | | | 12551 | | 427.89 | | 112901 | | |
| 7963 | | 429.38 | | 070501 | | | 12552 | | 445.15 | | 112901 | | |
| 4  8661 | | 620.77 | 073101 | 072601 | | | 12553 | | 525.93 | | 112901 | | |
| 9160 | | 996.92 | | 081601 | | | 12554 | | 439.27 | | 112901 | | |
| 9826 | | 609.08 | | 083001 | | | 12555 | | 505.01 | | 112901 | | |
| 10019 | | 669.50 | | 032901 | | | 12556 | | 406.51 | | 112901 | | |
| 10199 | | 615.62 | | 091301 | | | 12558 | | 170.32 | | 112901 | | |
| 10205 | | 544.93 | | 091301 | | | 12559 | | 419.02 | | 112901 | | |
| 10222 | | 548.62 | | 091301 | | | 12560 | | 581.42 | | 112901 | | |
| 10752 | | 423.44 | | 100401 | | | 12563 | | 455.46 | | 112901 | | |
| 10977 | | 346.93 | | 101101 | | | 12564 | | 546.76 | | 112901 | | |
| 11208 | | 614.95 | | 101801 | | | 12565 | | 528.55 | | 112901 | | |
| 11378 | | 507.84 | | 101801 | | | 12566 | | 675.13 | | 112901 | | |
| 11441 | | 502.44 | | 102501 | | | 12567 | | 536.07 | | 112901 | | |
| 11449 | | 459.66 | | 102501 | | | 12568 | | 562.95 | | 112901 | | |
| 5  11647 | | 403.58 | 102901 | 102501 | | | 12569 | | 578.60 | | 112901 | | |
| 11664 | | 683.31 | | 110101 | | | 12570 | | 583.92 | | 112901 | | |
| 11880 | | 503.86 | | 110801 | | | 12571 | | 746.03 | | 112901 | | |
| 11888 | | 437.36 | | 110801 | | | 12572 | | 611.83 | | 112901 | | |
| 12029 | | 513.47 | | 110801 | | | 12574 | | 496.13 | | 112901 | | |
| 12099 | | 560.92 | | 111501 | | | 12575 | | 379.43 | | 112901 | | |
| 12106 | | 795.77 | | 111501 | | | 12576 | | 593.19 | | 112901 | | |
| 12107 | | 505.35 | | 111501 | | | 12577 | | 507.25 | | 112901 | | |
| 12205 | | 71.85 | | 111501 | | | 12578 | | 593.21 | | 112901 | | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | | BANK NO. | CUST. ACCOUNT NO. | | CUSTOMER NAME | | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNPAID ONLY | | | | | | 1 | 2079900067554 | | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | | | 018 | | 11-30-01 | 2 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12579 | | 593.19 | | 112901 | | | 12638 | | 433.45 | | 112901 | | |
| 12580 | | 575.21 | | 112901 | | | 12639 | | 577.66 | | 112901 | | |
| 12581 | | 516.40 | | 112901 | | | 12641 | | 433.02 | | 112901 | | |
| 12582 | | 517.06 | | 112901 | | | 12642 | | 124.63 | | 112901 | | |
| 12583 | | 448.17 | | 112901 | | | 12645 | | 286.69 | | 112901 | | |
| 12586 | | 438.66 | | 112901 | | | 12646 | | 366.35 | | 112901 | | |
| 12587 | | 572.67 | | 112901 | | | 12647 | | 316.10 | | 112901 | | |
| 12589 | | 399.02 | | 112901 | | | 12648 | | 429.57 | | 112901 | | |
| 12590 | | 556.07 | | 112901 | | | 12650 | | 230.65 | | 112901 | | |
| 12591 | | 487.93 | | 112901 | | | 12651 | | 326.89 | | 112901 | | |
| 12592 | | 528.72 | | 112901 | | | 12653 | | 360.43 | | 112901 | | |
| 12595 | | 506.80 | | 112901 | | | 12654 | | 396.39 | | 112901 | | |
| 12596 | | 547.17 | | 112901 | | | 12656 | | 386.78 | | 112901 | | |
| 12597 | | 20.92 | | 112901 | | | 12658 | | 367.32 | | 112901 | | |
| 12598 | | 135.53 | | 112901 | | | 12659 | | 337.78 | | 112901 | | |
| 12599 | | 458.88 | | 112901 | | | 12660 | | 169.16 | | 112901 | | |
| 12600 | | 491.54 | | 112901 | | | 12661 | | 287.38 | | 112901 | | |
| 12601 | | 481.25 | | 112901 | | | 12662 | | 263.07 | | 112901 | | |
| 12602 | | 501.27 | | 112901 | | | 12663 | | 261.81 | | 112901 | | |
| 12605 | | 371.10 | | 112901 | | | 12665 | | 471.74 | | 112901 | | |
| 12606 | | 501.62 | | 112901 | | | 12666 | | 416.26 | | 112901 | | |
| 12607 | | 565.14 | | 112901 | | | 12667 | | 376.51 | | 112901 | | |
| 12608 | | 485.02 | | 112901 | | | 12669 | | 410.23 | | 112901 | | |
| 12609 | | 491.08 | | 112901 | | | 12670 | | 402.14 | | 112901 | | |
| 12610 | | 395.99 | | 112901 | | | 12671 | | 346.62 | | 112901 | | |
| 12611 | | 519.57 | | 112901 | | | 12672 | | 544.56 | | 112901 | | |
| 12612 | | 296.57 | | 112901 | | | 12674 | | 607.96 | | 112901 | | |
| 12613 | | 305.65 | | 112901 | | | 12675 | | 436.87 | | 112901 | | |
| 12614 | | 469.80 | | 112901 | | | 12676 | | 553.68 | | 112901 | | |
| 12615 | | 323.91 | | 112901 | | | 12677 | | 468.81 | | 112901 | | |
| 12616 | | 65.48 | | 112901 | | | 12678 | | 323.09 | | 112901 | | |
| 12617 | | 314.77 | | 112901 | | | 12679 | | 178.60 | | 112901 | | |
| 12618 | | 287.78 | | 112901 | | | 12680 | | 458.47 | | 112901 | | |
| 12619 | | 291.34 | | 112901 | | | 12682 | | 496.22 | | 112901 | | |
| 12620 | | 400.77 | | 112901 | | | 12684 | | 363.57 | | 112901 | | |
| 12621 | | 429.41 | | 112901 | | | 12685 | | 364.20 | | 112901 | | |
| 12622 | | 574.57 | | 112901 | | | 12686 | | 658.08 | | 112901 | | |
| 12623 | | 517.33 | | 112901 | | | 12687 | | 386.49 | | 112901 | | |
| 12624 | | 358.06 | | 112901 | | | 12688 | | 578.91 | | 112901 | | |
| 12625 | | 344.91 | | 112901 | | | 12689 | | 408.43 | | 112901 | | |
| 12626 | | 279.22 | | 112901 | | | 12690 | | 423.00 | | 112901 | | |
| 12627 | | 317.09 | | 112901 | | | 12691 | | 464.40 | | 112901 | | |
| 12628 | | 358.96 | | 112901 | | | 12692 | | 445.34 | | 112901 | | |
| 12629 | | 319.24 | | 112901 | | | 12693 | | 332.62 | | 112901 | | |
| 12630 | | 301.00 | | 112901 | | | 12694 | | 266.59 | | 112901 | | |
| 12631 | | 431.89 | | 112901 | | | 12695 | | 151.13 | | 112901 | | |
| 12632 | | 417.10 | | 112901 | | | 12696 | | 400.02 | | 112901 | | |
| 12634 | | 307.33 | | 112901 | | | 12697 | | 500.97 | | 112901 | | |
| 12635 | | 616.72 | | 112901 | | | 12698 | | 465.07 | | 112901 | | |
| 12636 | | 461.36 | | 112901 | | | 12699 | | 415.65 | | 112901 | | |

TYPE OF REPORT

UNPAID ONLY    - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY      - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED   - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPEC*          - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 - CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 - CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 - CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
  - MEMO ONLY, NOT ADDED TO TOTALS

4 - STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 - STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 - FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M - MISSING (OUTSTANDING) ITEM

L338 02/

UNPAID ONLY

BANK NO: 1  CUST ACCOUNT NO: 20799000067554  CUSTOMER NAME: WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN  018

| CHECK NUMBER | O/S PAID | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12700 | 320.24 | | 112901 | | | 12753 | 459.57 | | 112901 | | |
| 12701 | 427.73 | | 112901 | | | 12754 | 531.69 | | 112901 | | |
| 12702 | 281.07 | | 112901 | | | 12755 | 504.07 | | 112901 | | |
| 12703 | 383.46 | | 112901 | | | 12756 | 416.30 | | 112901 | | |
| 12704 | 227.46 | | 112901 | | | 12757 | 529.28 | | 112901 | | |
| 12705 | 413.84 | | 112901 | | | 12758 | 431.05 | | 112901 | | |
| 12706 | 271.47 | | 112901 | | | 12759 | 497.94 | | 112901 | | |
| 12707 | 514.27 | | 112901 | | | 12760 | 336.96 | | 112901 | | |
| 12708 | 743.51 | | 112901 | | | 12761 | 382.74 | | 112901 | | |
| 12709 | 458.39 | | 112901 | | | 12762 | 367.65 | | 112901 | | |
| 12710 | 583.19 | | 112901 | | | 12763 | 553.35 | | 112901 | | |
| 12711 | 610.04 | | 112901 | | | 12764 | 587.62 | | 112901 | | |
| 12712 | 519.31 | | 112901 | | | 12765 | 587.60 | | 112901 | | |
| 12713 | 450.06 | | 112901 | | | 12766 | 564.78 | | 112901 | | |
| 12714 | 369.32 | | 112901 | | | 12767 | 587.62 | | 112901 | | |
| 12715 | 851.95 | | 112901 | | | 12768 | 531.10 | | 112901 | | |
| 12716 | 172.69 | | 112901 | | | 12769 | 53.91 | | 112901 | | |
| 12717 | 573.46 | | 112901 | | | 12770 | 359.28 | | 112901 | | |
| 12718 | 608.69 | | 112901 | | | 12771 | 733.09 | | 112901 | | |
| 12719 | 599.01 | | 112901 | | | 12772 | 547.09 | | 112901 | | |
| 12720 | 613.83 | | 112901 | | | 12773 | 550.30 | | 112901 | | |
| 12721 | 476.74 | | 112901 | | | 12774 | 656.11 | | 112901 | | |
| 12722 | 499.60 | | 112901 | | | 12775 | 501.24 | | 112901 | | |
| 12723 | 548.62 | | 112901 | | | 12776 | 489.84 | | 112901 | | |
| 12724 | 445.65 | | 112901 | | | 12777 | 608.71 | | 112901 | | |
| 12725 | 548.75 | | 112901 | | | 12778 | 501.04 | | 112901 | | |
| 12726 | 589.95 | | 112901 | | | 100000 | 376.75 | | 010401 | | |
| 12727 | 576.27 | | 112901 | | | 100004 | 728.32 | | 011101 | | |
| 12728 | 532.82 | | 112901 | | | 100005 | 535.05 | | 011101 | | |
| 12729 | 534.45 | | 112901 | | | 100006 | 798.34 | | 011101 | | |
| 12730 | 671.98 | | 112901 | | | 100007 | 348.34 | | 011801 | | |
| 12733 | 352.02 | | 112901 | | | 100055 | 723.34 | | 040501 | | |
| 12734 | 491.12 | | 112901 | | | 100065 | 796.97 | | 012501 | | |
| 12736 | 570.70 | | 112901 | | | 100066 | 559.37 | | 012401 | | |
| 12737 | 534.20 | | 112901 | | | 100070 | 184.05 | | 012501 | | |
| 12738 | 474.14 | | 112901 | | | 100072 | 1,020.34 | | 022201 | | |
| 12739 | 562.98 | | 112901 | | | 100080 | 250.00 | | 031501 | | |
| 12740 | 359.48 | | 112901 | | | 100081 | 100.56 | | 032201 | | |
| 12741 | 562.36 | | 112901 | | | 100082 | 419.17 | | 032201 | | |
| 12742 | 492.23 | | 112901 | | | 100083 | 142.92 | | 031501 | | |
| 12743 | 261.82 | | 112901 | | | 100107 | 82.23 | | 032901 | | |
| 12744 | 517.00 | | 112901 | | | 100110 | 756.65 | | 040501 | | |
| 12745 | 477.98 | | 112901 | | | 100111 | 510.18 | | 032201 | | |
| 12746 | 357.45 | | 112901 | | | 100112 | 572.00 | | 032901 | | |
| 12747 | 396.48 | | 112901 | | | 100113 | 408.65 | | 032901 | | |
| 12748 | 411.25 | | 112901 | | | 100132 | 633.94 | | 032901 | | |
| 12749 | 240.42 | | 112901 | | | 100190 | 669.50 | | 032901 | | |
| 12750 | 743.86 | | 112901 | | | 100218 | 502.97 | | 040501 | | |
| 12751 | 382.75 | | 112901 | | | 100219 | 408.52 | | 041201 | | |
| 12752 | 360.32 | | 112901 | | | 100220 | 272.05 | | 041201 | | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN
| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| UNPAID ONLY | 1 | 2079900067554 | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | 018 | 11-30-01 | 4 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100223 | | 654.27 | | 032901 | | | 100278 | | 676.98 | | 081201 | | |
| 100224 | | 316.58 | | 032901 | | | 100279 | | 513.74 | | 081601 | | |
| 100225 | | 413.01 | | 032901 | | | 100332 | | 568.89 | | 032901 | | |
| 100226 | | 393.47 | | 032901 | | | | | | | | | |
| 100227 | | 708.14 | | 032901 | | | D/S | 161,515.03 | 349GT | | | | |
| 100228 | | 332.22 | | 032901 | | | | | | | | | |
| 100229 | | 311.83 | | 032901 | | | | | | | | | |
| 100230 | | 418.46 | | 032901 | | | | | | | | | |
| 100233 | | 127.22 | | 032901 | | | | | | | | | |
| 100234 | | 175.86 | | 032901 | | | | | | | | | |
| 100236 | | 534.51 | | 032901 | | | | | | | | | |
| 100237 | | 658.53 | | 032901 | | | | | | | | | |
| 100238 | | 415.89 | | 032901 | | | | | | | | | |
| 100239 | | 478.04 | | 032901 | | | | | | | | | |
| 100240 | | 499.89 | | 032901 | | | | | | | | | |
| 100242 | | 885.92 | | 050901 | | | | | | | | | |
| 100243 | | 640.29 | | 050901 | | | | | | | | | |
| 100245 | | 577.68 | | 052401 | | | | | | | | | |
| 100246 | | 929.23 | | 052401 | | | | | | | | | |
| 100247 | | 625.38 | | 052401 | | | | | | | | | |
| 100248 | | 872.34 | | 052401 | | | | | | | | | |
| 100249 | | 965.58 | | 052401 | | | | | | | | | |
| 100250 | | 424.04 | | 032901 | | | | | | | | | |
| 100251 | | 275.30 | | 060701 | | | | | | | | | |
| 100252 | | 42.09 | | 061401 | | | | | | | | | |
| 100253 | | 74.11 | | 061401 | | | | | | | | | |
| 100254 | | 100.94 | | 061401 | | | | | | | | | |
| 100255 | | 96.22 | | 061401 | | | | | | | | | |
| 100256 | | 68.85 | | 061601 | | | | | | | | | |
| 100257 | | 97.04 | | 061401 | | | | | | | | | |
| 100258 | | 53.12 | | 061401 | | | | | | | | | |
| 100259 | | 82.45 | | 061401 | | | | | | | | | |
| 100260 | | 598.46 | | 061401 | | | | | | | | | |
| 100261 | | 563.62 | | 062101 | | | | | | | | | |
| 100262 | | 361.46 | | 062101 | | | | | | | | | |
| 100263 | | 521.25 | | 062101 | | | | | | | | | |
| 100264 | | 242.32 | | 062801 | | | | | | | | | |
| 100265 | | 469.20 | | 062601 | | | | | | | | | |
| 100266 | | 383.96 | | 070501 | | | | | | | | | |
| 100267 | | 496.21 | | 072601 | | | | | | | | | |
| 100268 | | 384.03 | | 071201 | | | | | | | | | |
| 100269 | | 629.29 | | 072601 | | | | | | | | | |
| 100270 | | 477.56 | | 072601 | | | | | | | | | |
| 100271 | | 494.85 | | 072601 | | | | | | | | | |
| 100272 | | 620.77 | | 092601 | | | | | | | | | |
| 100273 | | 24.01 | | 072901 | | | | | | | | | |
| 100274 | | 467.02 | | 072901 | | | | | | | | | |
| 100275 | | 974.44 | | 072901 | | | | | | | | | |
| 100276 | | 14.69 | | 081601 | | | | | | | | | |
| 100277 | | 436.93 | | 080901 | | | | | | | | | |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY : PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECI : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER NOT RECEIVED
    MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | BANK NO. | CUST. ACCOUNT NO. | | CUSTOMER NAME | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | 1 | 207990067554 | | WR GRACE CAMBRIDGE ATTN: PAUL MILLIKEN | | | | 11-30-01 | 1 |

| CHECK NUMBER | | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | | CHECK NUMBER | PAYEE IDENTIFICATION | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1008 | | | 465.41 | | 010401 | | | 11455 | | 585.00 | | 111501 | 102501 | 1411765D | |
| 1193 | 4 | | 448.91 | 040301 | 010401 | | | 11478 | | 12.95 | | 110601 | 102501 | 12280230 | |
| 3347 | | | 552.75 | | 030801 | | | 11480 | | 424.55 | | 110201 | 102501 | 15310599 | |
| 3633 | | | 1,105.44 | | 031501 | | | 11487 | | 485.03 | | 110601 | 102501 | 10707984 | |
| 3635 | | | 579.42 | | 031501 | | | 11502 | | 396.40 | | 110501 | 102501 | 12320448 | |
| 3637 | | | 1,036.80 | | 031501 | | | 11506 | | 358.97 | | 110501 | 102501 | 10091456 | |
| 3639 | | | 823.46 | | 031501 | | | 11521 | | 340.90 | | 110101 | 102501 | 11158684 | |
| 3640 | | | 916.67 | | 031501 | | | 11537 | | 65.35 | | 110201 | 102501 | 11168338 | |
| 3641 | | | 1,020.10 | | 031501 | | | 11567 | | 406.82 | | 110801 | 102501 | 13672731 | |
| 3642 | | | 974.04 | | 031501 | | | 11581 | | 441.11 | | 111001 | 102501 | 11116139 | |
| 3751 | | | 472.54 | | 031501 | | | 11586 | | 122.29 | | 110201 | 102501 | 15292291 | |
| 3937 | | | 73.82 | | 032201 | | | 11594 | | 682.05 | | 112601 | 102501 | 16089048 | |
| 4030 | | | .80 | | 032201 | | | 11598 | | 487.10 | | 110501 | 102501 | 11936184 | |
| 4288 | | | 74.98 | | 032201 | | | 11618 | | 26.81 | | 110501 | 102501 | 12884774 | |
| 4297 | | | 37.38 | | 032201 | | | 11630 | | 522.88 | | 111001 | 102501 | 11117504 | |
| 4330 | | | 373.16 | | 032901 | | | 11631 | | 469.00 | | 110101 | 102501 | 11117503 | |
| 4332 | | | 553.89 | | 032901 | | | 11641 | | 166.08 | | 110501 | 102501 | 10244627 | |
| 4343 | | | 399.04 | | 032901 | | | 11642 | | 295.91 | | 110501 | 102501 | 10244628 | |
| 4357 | | | 756.65 | | 032901 | | 5 | 11647 | | | 403.58 | 102901 | 102501 | 02219456 | |
| 4464 | | | 239.98 | | 032901 | | | 11651 | | 620.21 | | 110501 | 102501 | 12295930 | |
| 4484 | | | 285.43 | | 032901 | | | 11656 | | 427.47 | | 110501 | 110101 | 12292929 | |
| 4502 | | | 356.66 | | 032901 | | | 11657 | | 445.14 | | 110301 | 110101 | 12292774 | |
| 4622 | | | 333.52 | | 040501 | | | 11658 | | 526.81 | | 110501 | 110101 | 13205006 | |
| 4741 | | | 408.85 | 041001 | 040501 | | | 11659 | | 557.08 | | 110701 | 110101 | 12295932 | |
| 5189 | | | 39.09 | | 041901 | | | 11660 | | 698.75 | | 110501 | 110101 | 12301709 | |
| 7311 | | | 8.19 | | 062101 | | | 11661 | | 500.14 | | 110801 | 110101 | 12333585 | |
| 7892 | | | 449.86 | | 070501 | | | 11662 | | 666.60 | | 110501 | 110101 | 12730208 | |
| 7963 | | | 429.38 | | 070501 | | | 11663 | | 257.75 | | 110601 | 110101 | | |
| 8661 | 4 | | 620.77 | 073101 | 072601 | | | 11664 | | | 683.31 | | 110101 | | |
| 9150 | | | 996.92 | | 082601 | | | 11665 | | 731.54 | | 110501 | 110101 | 12036022 | |
| 9826 | | | 609.08 | | 083001 | | | 11666 | | 467.70 | | 110501 | 110101 | 11990606 | |
| 10019 | | | 66.50 | | 032901 | | | 11667 | | 571.96 | | 110301 | 110101 | 12333581 | |
| 10075 | | 366.47 | | 110801 | 091301 | 13097711 | | | 11668 | | 304.59 | | 110501 | 110101 | 12034631 | |
| 10199 | | | 615.62 | | 091301 | | | 11669 | | 563.18 | | 110301 | 110101 | 16108167 | |
| 10205 | | | 544.93 | | 091301 | | | 11670 | | 495.35 | | 110501 | 110101 | 10219168 | |
| 10222 | | | 548.62 | | 091301 | | | 11671 | | 520.25 | | 110501 | 110101 | 12335258 | |
| 10250 | | 640.02 | | 112301 | 091301 | 18634486 | | | 11672 | | 516.82 | | 110501 | 110101 | 12335423 | |
| 10251 | | 627.67 | | 123001 | 091301 | 18634485 | | | 11673 | | 498.68 | | 110101 | 110101 | 12319364 | |
| 10301 | | 604.73 | | 112001 | 092001 | 16371616 | | | 11674 | | 682.17 | | 110101 | 110101 | 12335211 | |
| 10528 | | 507.92 | | 112801 | 092701 | 16598480 | | | 11675 | | 536.88 | | 110501 | 110101 | 10248819 | |
| 10752 | | | 423.44 | | 100401 | | | 11676 | | 314.05 | | 110501 | 110101 | 12335256 | |
| 10878 | | 521.27 | | 113001 | 100401 | 19805065 | | | 11677 | | 704.54 | | 111301 | 110101 | 14117549 | |
| 10977 | | | 346.93 | | 101101 | | | 11678 | | 554.65 | | 110201 | 110101 | 15385214 | |
| 11208 | | | 614.95 | | 101801 | | | 11679 | | 412.73 | | 110501 | 110101 | 12290868 | |
| 11378 | | | 507.84 | | 101801 | | | 11680 | | 348.56 | | 110901 | 110101 | 14203478 | |
| 11434 | | 499.17 | | 110101 | 102501 | 11696852 | | | 11681 | | 371.31 | | 110101 | 110101 | 10244648 | |
| 11435 | | 498.18 | | 110101 | 102501 | 11696651 | | | 11682 | | 525.93 | | 110501 | 110101 | 12319231 | |
| 11438 | | 474.56 | | 111301 | 102501 | 12136146 | | | 11683 | | 402.03 | | 110601 | 110101 | 10731836 | |
| 11441 | | | 502.44 | | 102501 | | | 11684 | | 559.61 | | 110201 | 110101 | 15298252 | |
| 11449 | | | 459.68 | | 102501 | | | 11685 | | 490.63 | | 110501 | 110101 | 10097678 | |

TYPE OF REPORT
UNPAID ONLY      = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY        = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED     = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL          = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079900067554 | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | 018 | 11-30-01 | 2 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11686 | 438.67 | | 110201 | 101001 | 15298841 | | 11736 | 670.60 | | 110501 | 101001 | 12321288 | |
| 11687 | 466.28 | | 110501 | 101001 | 10248919 | | 11737 | 539.33 | | 110501 | 101001 | 12321289 | |
| 11688 | 503.94 | | 110201 | 101001 | 15298311 | | 11738 | 430.13 | | 110501 | 101001 | 12320470 | |
| 11689 | 399.02 | | 110101 | 101001 | 12318111 | | 11739 | 226.70 | | 110501 | 101001 | 12320431 | |
| 11690 | 592.68 | | 110501 | 101001 | 12315831 | | 11740 | 357.02 | | 110201 | 101001 | 11687990 | |
| 11691 | 558.18 | | 110501 | 101001 | 12308214 | | 11741 | 619.30 | | 110501 | 101001 | 11688000 | |
| 11692 | 431.45 | | 110501 | 101001 | 12297783 | | 11742 | 435.53 | | 110601 | 101001 | 11291865 | |
| 11693 | 686.51 | | 110501 | 101001 | 12317644 | | 11743 | 424.02 | | 110501 | 101001 | 12321284 | |
| 11694 | 801.79 | | 110201 | 101001 | 15298742 | | 11744 | 316.10 | | 110501 | 101001 | 12320417 | |
| 11695 | 654.15 | | 110501 | 101001 | 15298834 | | 11745 | 559.47 | | 110201 | 101001 | 11687991 | |
| 11696 | 517.74 | | 110201 | 101001 | 12316694 | | 11746 | 92.20 | | 111601 | 101001 | 12185506 | |
| 11697 | 643.34 | | 110501 | 101001 | 12316065 | | 11747 | 314.84 | | 110501 | 101001 | 12321286 | |
| 11698 | 343.65 | | 110501 | 101001 | 12280231 | | 11748 | 424.82 | | 110501 | 101001 | 12336951 | |
| 11699 | 458.88 | | 110101 | 101001 | 12042711 | | 11749 | 207.77 | | 110501 | 101001 | 12321290 | |
| 11700 | 433.67 | | 110501 | 101001 | 10727759 | | 11750 | 231.93 | | 110501 | 101001 | 12321291 | |
| 11701 | 481.25 | | 110501 | 101001 | 12048561 | | 11751 | 211.32 | | 110501 | 101001 | 12321307 | |
| 11702 | 501.28 | | 110501 | 101001 | 10095300 | | 11752 | 242.31 | | 110501 | 101001 | 13883949 | |
| 11703 | 528.00 | | 110501 | 101001 | 15298933 | | 11753 | 441.73 | | 110501 | 101001 | 12321297 | |
| 11704 | 415.62 | | 110701 | 101001 | 11033661 | | 11754 | 393.23 | | 110201 | 101001 | 11688022 | |
| 11705 | 501.62 | | 111401 | 101001 | 11778099 | | 11755 | 230.58 | | 110501 | 101001 | 11681275 | |
| 11706 | 551.34 | | 110501 | 101001 | 11953870 | | 11756 | 260.65 | | 110201 | 101001 | 12321292 | |
| 11707 | 523.63 | | 110901 | 101001 | 13274520 | | 11757 | 173.39 | | 110501 | 101001 | 11681337 | |
| 11708 | 485.02 | | 110601 | 101001 | 10707983 | | 11758 | 76.23 | | 110501 | 101001 | 13883482 | |
| 11709 | 491.08 | | 110501 | 101001 | 11953927 | | 11759 | 283.75 | | 110301 | 101001 | 12336810 | |
| 11710 | 409.10 | | 110501 | 101001 | 12314499 | | 11760 | 141.39 | | 110501 | 101001 | 12320418 | |
| 11711 | 595.52 | | 110501 | 101001 | 12291859 | | 11761 | 113.68 | | 110501 | 101001 | 11678972 | |
| 11712 | 285.95 | | 110501 | 101001 | 12295931 | | 11762 | 337.77 | | 110201 | 101001 | 11687993 | |
| 11713 | 373.86 | | 110801 | 101001 | 13721928 | | 11763 | 610.98 | | 110201 | 101001 | 10735831 | |
| 11714 | 591.21 | | 111501 | 101001 | 14090998 | | 11764 | 444.26 | | 110601 | 101001 | 11687995 | |
| 11715 | 323.91 | | 110501 | 101001 | 11773815 | | 11765 | 330.74 | | 110201 | 101001 | 11681334 | |
| 11716 | 99.49 | | 110601 | 101001 | 12721715 | | 11766 | 287.08 | | 110201 | 101001 | 11681336 | |
| 11717 | 467.16 | | 111020 | 101001 | 11681345 | | 11767 | 252.71 | | 110201 | 101001 | 11687994 | |
| 11718 | 141.93 | | 110501 | 101001 | 12320467 | | 11768 | 317.43 | | 110201 | 101001 | 11681274 | |
| 11719 | 163.47 | | 111301 | 101001 | 13340115 | | 11769 | 153.92 | | 110501 | 101001 | 12336811 | |
| 11720 | 257.09 | | 110501 | 101001 | 11755706 | | 11770 | 167.20 | | 110501 | 101001 | 13885518 | |
| 11721 | 277.43 | | 110501 | 101001 | 12321287 | | 11771 | 298.17 | | 110501 | 101001 | 11681335 | |
| 11722 | 473.10 | | 110501 | 101001 | 12321308 | | 11772 | 417.36 | | 110501 | 101001 | 12329240 | |
| 11723 | 396.40 | | 110501 | 101001 | 12320447 | | 11773 | 378.69 | | 110301 | 101001 | 11019120 | |
| 11724 | 263.97 | | 110501 | 101001 | 12321315 | | 11774 | 503.83 | | 110701 | 101001 | 11680284 | |
| 11725 | 315.80 | | 110501 | 101001 | 12321304 | | 11775 | 411.23 | | 110501 | 101001 | 12329573 | |
| 11726 | 356.09 | | 110501 | 101001 | 12337154 | | 11776 | 281.04 | | 110501 | 101001 | 11770566 | |
| 11727 | 358.96 | | 110501 | 101001 | 10091455 | | 11777 | 233.36 | | 110201 | 101001 | 12332924 | |
| 11728 | 467.82 | | 110501 | 101001 | 12338890 | | 11778 | 491.11 | | 110501 | 101001 | 11680617 | |
| 11729 | 347.13 | | 110501 | 101001 | 12336793 | | 11779 | 424.34 | | 110201 | 101001 | 11771053 | |
| 11730 | 478.98 | | 110501 | 101001 | 12320453 | | 11780 | 436.45 | | 110501 | 101001 | 11680618 | |
| 11731 | 373.22 | | 110501 | 101001 | 12321285 | | 11781 | 324.65 | | 110201 | 101001 | 11286405 | |
| 11732 | 492.92 | | 110201 | 101001 | 11688005 | | 11782 | 383.55 | | 111001 | 101001 | 11680618 | |
| 11733 | 307.33 | | 110501 | 101001 | 12321309 | | 11783 | 361.93 | | 110601 | 101001 | 12929531 | |
| 11734 | 440.08 | | 110501 | 101001 | 12336814 | | 11784 | 444.37 | | 110201 | 101001 | 11864363 | |
| 11735 | 369.98 | | 110201 | 101001 | 11687998 | | 11785 | 390.11 | | 110501 | 101001 | 12047354 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPEC/* = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (O/)STANDING ITEM

L338 02/