# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079900067554 | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | | 018 | 11-30-01 | 3 |

| CHECK NUMBER | PAID | O/S | PAYEE IDENTIFICATION | SEQUENCE NUMBER | DATE ISSUED | DATE PAID | CHECK NUMBER | PAID | O/S | PAYEE IDENTIFICATION | DATE PAID | DATE ISSUED | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11786 | 485.50 | | | 11771346 | 110101 | 110501 | 11836 | 647.54 | | | 111301 | 110101 | 14931815 |
| 11787 | 385.64 | | | 12990450 | 110101 | 110601 | 11837 | 624.36 | | | 110501 | 110101 | 10231180 |
| 11788 | 374.85 | | | 13672101 | 110101 | 110801 | 11838 | 450.63 | | | 110501 | 110101 | 11953733 |
| 11789 | 410.41 | | | 13672730 | 110101 | 110801 | 11839 | 762.68 | | | 110601 | 110101 | 10739759 |
| 11790 | 323.89 | | | 11023684 | 110101 | 110701 | 11840 | 481.04 | | | 110601 | 110101 | 12984994 |
| 11791 | 531.39 | | | 11679819 | 110101 | 110201 | 11841 | 379.65 | | | 110501 | 110101 | 10231183 |
| 11792 | 264.38 | | | 12329242 | 110101 | 110501 | 11842 | 367.94 | | | 110501 | 110101 | 12291107 |
| 11793 | 139.22 | | | 11864240 | 110101 | 110601 | 11843 | 568.70 | | | 110501 | 110101 | 12335286 |
| 11794 | 236.23 | | | 12489766 | 110101 | 110701 | 11844 | 664.06 | | | 110501 | 110101 | 12319238 |
| 11795 | 458.68 | | | 12930031 | 110101 | 110601 | 11845 | 378.10 | | | 110501 | 110101 | 12291074 |
| 11796 | 403.90 | | | 12930030 | 110101 | 110601 | 11846 | 338.18 | | | 110501 | 110101 | 10219428 |
| 11797 | 403.74 | | | 12930782 | 110101 | 110601 | 11847 | 432.95 | | | 110501 | 110101 | 10249085 |
| 11798 | 259.07 | | | 10230571 | 110101 | 110501 | 11848 | 528.28 | | | 110501 | 110101 | 10220433 |
| 11799 | 492.52 | | | 19696134 | 110101 | 110501 | 11849 | 627.66 | | | 110501 | 110101 | 17111233 |
| 11800 | 753.99 | | | 12990445 | 110101 | 110501 | 11850 | 606.79 | | | 110501 | 110101 | 12335291 |
| 11801 | 251.97 | | | 17719772 | 110101 | 110501 | 11851 | 610.31 | | | 111501 | 110101 | 10219238 |
| 11802 | 299.37 | | | 13669723 | 110101 | 110801 | 11852 | 436.00 | | | 110501 | 110101 | 10219232 |
| 11803 | 434.97 | | | 11043063 | 110101 | 110701 | 11853 | 520.10 | | | 110501 | 110101 | 12335288 |
| 11804 | 586.20 | | | 11773258 | 110101 | 110501 | 11854 | 600.35 | | | 110501 | 110101 | 10219232 |
| 11805 | 873.93 | | | 11845670 | 110101 | 110501 | 11855 | 554.79 | | | 110501 | 110101 | 12335289 |
| 11806 | 236.93 | | | 14084823 | 110101 | 111501 | 11856 | 758.12 | | | 110501 | 110101 | 12335288 |
| 11807 | 836.21 | | | 17700027 | 110101 | 110201 | 11857 | 551.94 | | | 110501 | 110101 | 10219621 |
| 11808 | 482.51 | | | 11959100 | 110101 | 110701 | 11858 | 687.05 | | | 110501 | 110101 | 12335293 |
| 11809 | 360.29 | | | 11042146 | 110101 | 110701 | 11859 | 559.17 | | | 110501 | 110101 | 12335287 |
| 11810 | 219.22 | | | 11958299 | 110101 | 110501 | 11860 | 642.66 | | | 110501 | 110101 | 14930752 |
| 11811 | 459.62 | | | 12524891 | 110101 | 110701 | 11861 | 855.55 | | | 110301 | 110101 | 10221051 |
| 11812 | 379.15 | | | 11764651 | 110101 | 110501 | 11862 | 746.34 | | | 110501 | 110101 | 11953734 |
| 11813 | 539.30 | | | 16089047 | 110101 | 112601 | 11863 | 533.72 | | | 110701 | 110101 | 12500124 |
| 11814 | 580.07 | | | 11938118 | 110101 | 110501 | 11864 | 584.10 | | | 110701 | 110101 | 13317867 |
| 11815 | 687.03 | | | 11935763 | 110101 | 110601 | 11865 | 581.32 | | | 110501 | 110101 | 12335290 |
| 11816 | 576.04 | | | 11909971 | 110101 | 110601 | 11866 | 448.56 | | | 110501 | 110101 | 10219595 |
| 11817 | 348.53 | | | 12258442 | 110101 | 110501 | 11867 | 538.56 | | | 110501 | 110101 | 10219870 |
| 11818 | 363.37 | | | 11938392 | 110101 | 110501 | 11868 | 986.93 | | | 111301 | 110101 | 14930697 |
| 11819 | 144.44 | | | 12315009 | 110101 | 110501 | 11869 | 481.65 | | | 110501 | 110101 | 10221060 |
| 11820 | 514.93 | | | 12604289 | 110101 | 110801 | 11870 | 990.71 | | | 110601 | 110101 | 12985140 |
| 11821 | 524.81 | | | 12947792 | 110101 | 110601 | 11871 | 608.11 | | | 110701 | 110101 | 13317871 |
| 11822 | 575.88 | | | 12049958 | 110101 | 110501 | 11872 | 445.75 | | | 110701 | 110801 | 13345619 |
| 11823 | 604.96 | | | 12994130 | 110101 | 110601 | 11873 | 445.15 | | | 111501 | 110801 | 11928375 |
| 11824 | 621.94 | | | 12721704 | 110101 | 110601 | 11874 | 525.92 | | | 111301 | 110801 | 13345133 |
| 11825 | 625.11 | | | 12991729 | 110101 | 110501 | 11875 | 498.19 | | | 111301 | 110801 | 14863387 |
| 11826 | 540.36 | | | 11848355 | 110101 | 110501 | 11876 | 505.01 | | | 111301 | 110801 | 13345614 |
| 11827 | 615.03 | | | 13306678 | 110101 | 110701 | 11877 | 594.93 | | | 111901 | 110801 | 15814870 |
| 11828 | 568.01 | | | 12722818 | 110101 | 110601 | 11878 | 818.93 | | | 111901 | 110801 | 12527483 |
| 11829 | 413.29 | | | 12641630 | 110101 | 110801 | 11879 | 212.03 | | | 110901 | 110801 | 13279675 |
| 11830 | 720.65 | | | 12641629 | 110101 | 110801 | 11880 | | 503.86 | | | 110801 | |
| 11831 | 657.77 | | | 12928125 | 110101 | 110501 | 11881 | 603.46 | | | 111301 | 110801 | 13278472 |
| 11832 | 488.74 | | | 12052906 | 110101 | 110501 | 11882 | 534.61 | | | 110901 | 110801 | 13279657 |
| 11833 | 657.37 | | | 12514807 | 110101 | 110701 | 11883 | 456.03 | | | 111301 | 110801 | 11906286 |
| 11834 | 485.73 | | | 12319229 | 110101 | 110501 | 11884 | 527.17 | | | 111501 | 110801 | 14096233 |
| 11835 | 434.01 | | | 14203492 | 110101 | 110901 | 11885 | 546.76 | | | 112601 | 110801 | 16108168 |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT: CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT: CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST. ACCOUNT NO | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 20799000067554 | WR GRACE CAMBRIDGE<br>ATTN: PAUL MILIKEN | 018 | 11-30-01 | 4 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11886 | 648.08 | | 111301 | 110801 | 14930216 | | 11936 | 147.75 | | 111301 | 110801 | 13340114 | |
| 11887 | 553.90 | | 111301 | 110801 | 14943564 | | 11937 | 257.11 | | 111501 | 110801 | 17132208 | |
| 11888 | | 437.36 | | 110801 | | | 11938 | 267.30 | | 110901 | 110801 | 14206097 | |
| 11889 | 562.96 | | 111301 | 110801 | 14943508 | | 11939 | 462.46 | | 110901 | 110801 | 14206098 | |
| 11890 | 541.89 | | 111301 | 110801 | 13351421 | | 11940 | 367.33 | | 111301 | 110801 | 15314568 | |
| 11891 | 798.46 | | 111301 | 110801 | 14943494 | | 11941 | 396.39 | | 111901 | 110801 | 12535503 | |
| 11892 | 833.32 | | 111301 | 110801 | 14943495 | | 11942 | 290.96 | | 111301 | 110801 | 13347859 | |
| 11893 | 536.15 | | 111301 | 110801 | 14931719 | | 11943 | 315.80 | | 111901 | 110801 | 13347860 | |
| 11894 | 344.01 | | 111301 | 110801 | 14940359 | | 11944 | 339.71 | | 111301 | 110801 | 16939647 | |
| 11895 | 567.11 | | 111301 | 110801 | 14943502 | | 11945 | 358.95 | | 111401 | 110801 | 13744826 | |
| 11896 | 603.78 | | 110901 | 110801 | 16579202 | | 11947 | 398.67 | | 111401 | 110801 | 13347989 | |
| 11897 | 483.83 | | 111301 | 110801 | 15325951 | | 11947 | 399.01 | | 111401 | 110601 | 13884911 | |
| 11898 | 399.05 | | 111301 | 110801 | 14931217 | | 11948 | 478.98 | | 111501 | 110801 | 17132184 | |
| 11899 | 422.47 | | 111301 | 110801 | 14943461 | | 11949 | 373.22 | | 111301 | 110801 | 13347836 | |
| 11900 | 574.29 | | 111301 | 110801 | 12404393 | | 11950 | 507.13 | | 110901 | 110801 | 14206139 | |
| 11901 | 456.66 | | 111301 | 110801 | 12403601 | | 11951 | 307.32 | | 111301 | 110801 | 13347856 | |
| 11902 | 422.08 | | 111301 | 110801 | 13275117 | | 11952 | 312.41 | | 111301 | 110801 | 16939224 | |
| 11903 | 502.34 | | 111501 | 110801 | 13244239 | | 11953 | 400.27 | | 110901 | 110801 | 14206118 | |
| 11904 | 550.34 | | 111501 | 110801 | 14085700 | | 11954 | 831.20 | | 110901 | 110801 | 14206129 | |
| 11905 | 501.17 | | 111301 | 110801 | 12404825 | | 11955 | 713.27 | | 110901 | 110801 | 14206121 | |
| 11906 | 610.32 | | 111301 | 110801 | 13269275 | | 11956 | 431.85 | | 110901 | 110801 | 17132281 | |
| 11907 | 354.50 | | 111301 | 110801 | 16946752 | | 11957 | 206.01 | | 111501 | 110801 | 17132181 | |
| 11908 | 603.66 | | 111301 | 110801 | 16947950 | | 11958 | 389.70 | | 111301 | 110801 | 14206130 | |
| 11909 | 425.80 | | 111301 | 110801 | 13805006 | | 11959 | 579.56 | | 111301 | 110801 | 14206138 | |
| 11910 | 431.46 | | 111301 | 110801 | 12408683 | | 11960 | 340.90 | | 111301 | 110801 | 13347837 | |
| 11911 | 528.72 | | 111401 | 110801 | 11798773 | | 11961 | 442.67 | | 111301 | 110801 | 13347832 | |
| 11912 | 669.12 | | 111301 | 110801 | 13275136 | | 11962 | 474.53 | | 111401 | 110801 | 13907712 | |
| 11913 | 715.16 | | 111301 | 110801 | 13275147 | | 11963 | 740.03 | | 110901 | 110801 | 14206119 | |
| 11914 | 517.75 | | 111301 | 110801 | 16947059 | | 11964 | 187.70 | | 111501 | 110801 | 12324228 | |
| 11915 | 238.61 | | 111301 | 110801 | 13276114 | | 11965 | 373.97 | | 110901 | 110801 | 14205268 | |
| 11916 | 458.88 | | 111301 | 110801 | 13275850 | | 11966 | 391.16 | | 110901 | 110801 | 16939645 | |
| 11917 | 189.99 | | 111301 | 110801 | 14878925 | | 11967 | 263.57 | | 110901 | 110801 | 14205266 | |
| 11918 | 481.25 | | 111301 | 110801 | 13276152 | | 11968 | 182.05 | | 111301 | 110801 | 13512847 | |
| 11919 | 501.27 | | 111301 | 110801 | 13244249 | | 11969 | 278.98 | | 111301 | 110801 | 13347834 | |
| 11920 | 750.72 | | 111301 | 110801 | 13275087 | | 11970 | 316.86 | | 111501 | 110801 | 17132245 | |
| 11921 | 348.74 | | 112101 | 110801 | 16796010 | | 11971 | 333.47 | | 111301 | 110801 | 14206122 | |
| 11922 | 501.61 | | 111401 | 110801 | 11778100 | | 11972 | 386.79 | | 110901 | 110801 | 14206140 | |
| 11923 | 565.13 | | 111301 | 110801 | 12409650 | | 11973 | 226.07 | | 111501 | 110801 | 14205633 | |
| 11924 | 82.72 | | 112601 | 110801 | 16153103 | | 11974 | 296.23 | | 111401 | 110801 | 14205155 | |
| 11925 | 485.02 | | 112001 | 110801 | 15324630 | | 11975 | 111.45 | | 111901 | 110801 | 13911547 | |
| 11926 | 491.07 | | 111301 | 110801 | 13209251 | | 11976 | 59.78 | | 111401 | 110801 | 12324229 | |
| 11927 | 396.00 | | 111301 | 110801 | 12409649 | | 11977 | 283.74 | | 111501 | 110801 | 14070281 | |
| 11928 | 613.04 | | 111501 | 110801 | 12041841 | | 11978 | 278.85 | | 111301 | 110801 | 16939221 | |
| 11929 | 352.33 | | 111301 | 110801 | 12041812 | | 11979 | 113.67 | | 111501 | 110801 | 17132182 | |
| 11930 | 385.21 | | 111301 | 110801 | 13348837 | | 11980 | 211.81 | | 110901 | 110801 | 14205267 | |
| 11931 | 469.79 | | 111501 | 110801 | 14090999 | | 11981 | 432.85 | | 110901 | 110801 | 14206099 | |
| 11932 | 323.90 | | 111301 | 110801 | 13348953 | | 11982 | 444.26 | | 111401 | 110801 | 13884893 | |
| 11933 | 92.68 | | 111501 | 110801 | 17125196 | | 11983 | 272.43 | | 111301 | 110801 | 13347835 | |
| 11934 | 236.91 | | 111501 | 110801 | 17132189 | | 11984 | 275.79 | | 110901 | 110801 | 14205265 | |
| 11935 | 141.93 | | 111301 | 110801 | 13334144 | | 11985 | 159.54 | | 111501 | 110801 | 17132246 | |

TYPE OF REPORT

UNPAID ONLY        = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY          = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED       = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPEC               = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER NOT RECEIVED MEMO ONLY NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED HOME ITEM (DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

133B 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | BANK NO. | CUST ACCOUNT NO. | | | CUSTOMER NAME | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | 1 | 20799000067554 | | | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | | | 11-30-01 | 5 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11986 | | 218.92 | 11090 1 | 110801 | 14206100 | | 12036 | 485.88 | | 111301 | 110801 | 13218637 | |
| 11987 | | 231.85 | 111301 | 110801 | 16939220 | | 12037 | 471.72 | | 112101 | 110801 | 16798715 | |
| 11988 | | 295.75 | 111301 | 110801 | 16939223 | | 12038 | 557.63 | | 111301 | 110801 | 14874731 | |
| 11989 | | 294.80 | 111301 | 110801 | 15314313 | | 12039 | 649.29 | | 110901 | 110801 | 12799514 | |
| 11990 | | 427.25 | 111501 | 110801 | 17132247 | | 12040 | 567.60 | | 110901 | 110801 | 14875379 | |
| 11991 | | 372.25 | 111401 | 110801 | 13886411 | | 12041 | 595.20 | | 110901 | 110801 | 13737681 | |
| 11992 | | 532.90 | 111501 | 110801 | 13031670 | | 12042 | 644.05 | | 111501 | 110801 | 17138444 | |
| 11993 | | 454.42 | 111301 | 110801 | 12407647 | | 12043 | 643.52 | | 110901 | 110801 | 12799506 | |
| 11994 | | 312.55 | 111301 | 110801 | 14880848 | | 12044 | 243.67 | | 110901 | 110801 | 13265843 | |
| 11995 | | 326.23 | 111301 | 110801 | 12406835 | | 12045 | 597.79 | | 111401 | 110801 | 17822283 | |
| 11996 | | 506.38 | 111301 | 110801 | 14880925 | | 12046 | 429.43 | | 110901 | 110801 | 14287601 | |
| 11997 | | 431.89 | 110301 | 110801 | 13259518 | | 12047 | 658.02 | | 110901 | 110801 | 14724369 | |
| 11998 | | 492.49 | 111301 | 110801 | 12406963 | | 12048 | 547.54 | | 110901 | 110801 | 14287586 | |
| 11999 | | 331.26 | 111301 | 110801 | 13259499 | | 12049 | 599.33 | | 111301 | 110801 | 12398540 | |
| 12000 | | 383.56 | 111401 | 110801 | 13739763 | | 12050 | 487.78 | | 111301 | 110801 | 14102815 | |
| 12001 | | 358.50 | 111401 | 110801 | 13739764 | | 12051 | 563.05 | | 111501 | 110801 | 14118166 | |
| 12002 | | 415.80 | 111301 | 110801 | 14880867 | | 12052 | 504.51 | | 111501 | 110801 | 17134065 | |
| 12003 | | 393.72 | 111301 | 110801 | 13271467 | | 12053 | 619.95 | | 111301 | 110801 | 14939971 | |
| 12004 | | 559.51 | 111301 | 110801 | 12408353 | | 12054 | 489.10 | | 111301 | 110801 | 13249631 | |
| 12005 | | 448.02 | 111301 | 110801 | 11906624 | | 12055 | 293.85 | | 111301 | 110801 | 14943644 | |
| 12006 | | 438.68 | 111401 | 110801 | 13886454 | | 12056 | 690.51 | | 111301 | 110801 | 14940350 | |
| 12007 | | 471.59 | 112901 | 110801 | 19461623 | | 12057 | 501.94 | | 111501 | 110801 | 14118165 | |
| 12008 | | 416.78 | 111301 | 110801 | 12408308 | | 12058 | 553.24 | | 111301 | 110801 | 13351176 | |
| 12009 | | 439.99 | 111301 | 110801 | 12407091 | | 12059 | 396.48 | | 111301 | 110801 | 14931596 | |
| 12010 | | 271.01 | 111301 | 110801 | 14880813 | | 12060 | 643.29 | | 111401 | 110801 | 11802715 | |
| 12011 | | 170.17 | 111401 | 110801 | 13886452 | | 12061 | 714.33 | | 111301 | 110801 | 13919163 | |
| 12012 | | 370.78 | 111301 | 110801 | 13259506 | | 12062 | 387.55 | | 111301 | 110801 | 11907368 | |
| 12013 | | 522.12 | 111401 | 110801 | 13885726 | | 12063 | 891.85 | | 111301 | 110801 | 14930727 | |
| 12014 | | 354.70 | 111401 | 110801 | 13885727 | | 12064 | 479.77 | | 111301 | 110801 | 14930440 | |
| 12015 | | 244.20 | 111401 | 110801 | 13886453 | | 12065 | 452.25 | | 111301 | 110801 | 14931589 | |
| 12016 | | 327.45 | 111301 | 110801 | 14880926 | | 12066 | 561.76 | | 111301 | 110801 | 13351424 | |
| 12017 | | 586.92 | 111301 | 110801 | 16937216 | | 12067 | 648.57 | | 111301 | 110801 | 14931926 | |
| 12018 | | 334.57 | 111301 | 110801 | 14884209 | | 12068 | 522.88 | | 111301 | 110801 | 17111234 | |
| 12019 | | 510.90 | 111401 | 110801 | 17006925 | | 12069 | 529.26 | | 111301 | 110801 | 14943538 | |
| 12020 | | 90.81 | 111501 | 110801 | 14091713 | | 12070 | 550.66 | | 111301 | 110801 | 14930399 | |
| 12021 | | 426.82 | 111501 | 110801 | 14114887 | | 12071 | 781.47 | | 111301 | 110801 | 14930435 | |
| 12022 | | 327.01 | 111401 | 110801 | 14877191 | | 12072 | 400.01 | | 111301 | 110801 | 14943536 | |
| 12023 | | 588.64 | 111401 | 110801 | 17006920 | | 12073 | 850.99 | | 111501 | 110801 | 14943540 | |
| 12024 | | 1,025.27 | 111501 | 110801 | 17125344 | | 12074 | 548.51 | | 110901 | 110801 | 14943396 | |
| 12025 | | 760.22 | 110901 | 110801 | 14211405 | | 12075 | 567.91 | | 111301 | 110801 | 14930753 | |
| 12026 | | 507.05 | 111301 | 110801 | 14865856 | | 12076 | 685.23 | | 111301 | 110801 | 17134073 | |
| 12027 | | 329.43 | 121201 | 110801 | 16794641 | | 12077 | 260.24 | | 111501 | 110801 | 14940239 | |
| 12028 | | 54.05 | 111901 | 110801 | 12509961 | | 12078 | 772.70 | | 111501 | 110801 | 17134063 | |
| 12029 | | 513.47 | | | | | 12079 | 592.37 | | 111301 | 110801 | 14930751 | |
| 12030 | | 217.73 | 112101 | 110801 | 15574949 | | 12080 | 928.12 | | 111301 | 110801 | 14931957 | |
| 12031 | | 539.30 | 112601 | 110801 | 16089044 | | 12081 | 737.95 | | 111301 | 110801 | 12536921 | |
| 12032 | | 606.92 | 111301 | 110801 | 13219031 | | 12082 | 553.87 | | 111301 | 110801 | 13343629 | |
| 12033 | | 654.25 | 111301 | 110801 | 12415343 | | 12083 | 620.77 | | 111401 | 110801 | 18024733 | |
| 12034 | | 605.88 | 111401 | 110801 | 13811331 | | 12084 | 543.03 | | 111301 | 110801 | 14943537 | |
| 12035 | | 490.55 | 111601 | 110801 | 17434647 | | 12085 | 489.85 | | 111301 | 110801 | 14930614 | |

TYPE OF REPORT

UNPAID ONLY     = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY       = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED    = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL         = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM; DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | BANK NO. | CUST ACCOUNT NO. | | | | CUSTOMER NAME | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | 1 | 2079900067554 | | | | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | | | 018 | 11-30-01 | 6 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12086 | 611.61 | | 11301 | 110801 | 14943539 | | 12136 | 458.89 | | 112601 | 111501 | 16127093 | |
| 12087 | 520.88 | | 11301 | 110801 | 14931918 | | 12137 | 530.53 | | 111901 | 111501 | 18050784 | |
| 12088 | 1,239.38 | | 111301 | 110801 | 12404228 | | 12138 | 615.42 | | 111901 | 111501 | 12492974 | |
| 12089 | 679.82 | | 111301 | 110801 | 14943453 | | 12139 | 626.12 | | 111901 | 111501 | 18020801 | |
| 12090 | 445.31 | | 111601 | 111501 | 17440325 | | 12140 | 511.72 | | 111601 | 111501 | 15979563 | |
| 12091 | 445.16 | | 112101 | 111501 | 12891590 | | 12141 | 382.26 | | 112101 | 111501 | 15796011 | |
| 12092 | 525.94 | | 111901 | 111501 | 14484623 | | 12142 | 554.45 | | 112001 | 111501 | 16393642 | |
| 12093 | 439.26 | | 111901 | 111501 | 12520140 | | 12143 | 554.77 | | 111901 | 111501 | 14751953 | |
| 12094 | 504.99 | | 111901 | 111501 | 14484539 | | 12144 | 485.03 | | 112001 | 111501 | 15324631 | |
| 12095 | 509.20 | | 111901 | 111501 | 15814869 | | 12145 | 491.08 | | 111901 | 111501 | 14751971 | |
| 12096 | 634.57 | | 111901 | 111501 | 15811051 | | 12146 | 415.65 | | 111501 | 111501 | 12553873 | |
| 12097 | 712.84 | | 111901 | 111501 | 12527484 | | 12147 | 613.04 | | 112101 | 111501 | 16730879 | |
| 12098 | 308.20 | | 112001 | 111501 | 12631756 | | 12148 | 336.41 | | 111501 | 111501 | 17440326 | |
| 12099 | | 560.92 | | 111501 | | | 12149 | 305.67 | | 112101 | 111501 | 12915208 | |
| 12100 | 646.96 | | 111901 | 111501 | 12503744 | | 12150 | 469.80 | | 111501 | 111501 | 12497470 | |
| 12101 | 636.07 | | 111901 | 111501 | 12521111 | | 12151 | 323.91 | | 111901 | 111501 | 14463841 | |
| 12102 | 452.74 | | 111901 | 111501 | 12527488 | | 12152 | 109.69 | | 111901 | 111501 | 18414187 | |
| 12103 | 393.94 | | 111901 | 111501 | 12503573 | | 12153 | 314.79 | | 111901 | 111501 | 12497700 | |
| 12104 | 671.43 | | 111601 | 111501 | 16108169 | | 12154 | 314.77 | | 112001 | 111501 | 18341109 | |
| 12105 | 660.52 | | 111901 | 111501 | 12536960 | | 12155 | 567.76 | | 111601 | 111501 | 12185598 | |
| 12106 | | 795.77 | | 111501 | | | 12156 | 73.74 | | 111901 | 111501 | 14441008 | |
| 12107 | | 505.35 | | 111501 | | | 12157 | 215.57 | | 111501 | 111501 | 14434660 | |
| 12108 | 562.96 | | 111901 | 111501 | 12529541 | | 12158 | 257.09 | | 111901 | 111501 | 14441009 | |
| 12109 | 578.60 | | 111901 | 111501 | 18045608 | | 12159 | 285.04 | | 111501 | 111501 | 12185512 | |
| 12110 | 655.14 | | 112601 | 111501 | 16144030 | | 12160 | 394.40 | | 111601 | 111501 | 16402136 | |
| 12111 | 614.85 | | 111901 | 111501 | 12537247 | | 12161 | 480.01 | | 112001 | 111501 | 16264490 | |
| 12112 | 440.42 | | 111901 | 111501 | 15934062 | | 12162 | 396.41 | | 111901 | 111501 | 12535504 | |
| 12113 | 407.91 | | 111901 | 111501 | 15934061 | | 12163 | 290.95 | | 111901 | 111501 | 12535493 | |
| 12114 | 567.10 | | 111901 | 111501 | 15934113 | | 12164 | 297.50 | | 111901 | 111501 | 12535490 | |
| 12115 | 528.07 | | 111901 | 111501 | 12165840 | | 12165 | 359.14 | | 111501 | 111501 | 12546886 | |
| 12116 | 528.97 | | 111601 | 111501 | 16398696 | | 12166 | 358.96 | | 111901 | 111501 | 12535494 | |
| 12117 | 399.03 | | 111901 | 111501 | 15934107 | | 12167 | 298.68 | | 111501 | 111501 | 16797538 | |
| 12118 | 422.46 | | 111901 | 111501 | 12492760 | | 12168 | 284.87 | | 112101 | 111501 | 14482874 | |
| 12119 | 499.57 | | 111901 | 111501 | 15934510 | | 12169 | 478.98 | | 111901 | 111501 | 12654671 | |
| 12120 | 456.66 | | 111901 | 111501 | 15935331 | | 12170 | 373.23 | | 112001 | 111501 | 16709729 | |
| 12121 | 597.98 | | 111601 | 111501 | 14323076 | | 12171 | 450.28 | | 111601 | 111501 | 12185516 | |
| 12122 | 556.95 | | 111901 | 111501 | 18021793 | | 12172 | 307.33 | | 111901 | 111501 | 12535495 | |
| 12123 | 438.66 | | 111501 | 111501 | 15927270 | | 12173 | 422.33 | | 111901 | 111501 | 14482864 | |
| 12124 | 561.96 | | 111901 | 111501 | 15927271 | | 12174 | 373.43 | | 112001 | 111501 | 16402138 | |
| 12125 | 673.63 | | 112001 | 111501 | 12493356 | | 12175 | 624.13 | | 111601 | 111501 | 12185508 | |
| 12126 | 260.99 | | 111901 | 111501 | 18043135 | | 12176 | 493.94 | | 111601 | 111501 | 12185514 | |
| 12127 | 552.40 | | 111901 | 111501 | 18051856 | | 12177 | 430.69 | | 111901 | 111501 | 12535577 | |
| 12128 | 558.18 | | 111901 | 111501 | 12592353 | | 12178 | 567.72 | | 111601 | 111501 | 11937175 | |
| 12129 | 464.99 | | 111501 | 111501 | 15927270 | | 12179 | 482.41 | | 111501 | 111501 | 12185507 | |
| 12130 | 431.45 | | 111901 | 111501 | 15927271 | | 12180 | 381.46 | | 111901 | 111501 | 12170114 | |
| 12131 | 686.51 | | 112001 | 111501 | 12664381 | | 12181 | 506.05 | | 111601 | 111501 | 12535470 | |
| 12132 | 528.16 | | 111901 | 111501 | 18041903 | | 12182 | 527.32 | | 111901 | 111501 | 12535498 | |
| 12133 | 707.76 | | 111601 | 111501 | 14324468 | | 12183 | 570.39 | | 111901 | 111501 | 12535466 | |
| 12134 | 517.74 | | 112001 | 111501 | 12651648 | | 12184 | 70.80 | | 111601 | 111501 | 12185505 | |
| 12135 | 109.07 | | 111901 | 111501 | 12492869 | | 12185 | 371.90 | | 111901 | 111501 | 12185595 | |

TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPEC - OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M = MISSING (OUTSTANDING) ITEM

L338 02

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 207990067554 | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | | 11-30-01 | 7 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12186 | 408.07 | | 11901 | 111501 | 12546889 | | 12236 | 266.26 | | 11901 | 111501 | 15931528 | |
| 12187 | 272.73 | | 11601 | 111501 | 12185510 | | 12237 | 628.57 | | 12101 | 111501 | 16726438 | |
| 12188 | 180.39 | | 11601 | 111501 | 12185511 | | 12238 | 379.84 | | 11901 | 111501 | 14461612 | |
| 12189 | 281.06 | | 11901 | 111501 | 12535468 | | 12239 | 383.46 | | 11901 | 111501 | 16723080 | |
| 12190 | 237.33 | | 11601 | 111501 | 16264489 | | 12240 | 304.99 | | 11901 | 111501 | 14450693 | |
| 12191 | 317.90 | | 11601 | 111501 | 12185503 | | 12241 | 304.46 | | 12101 | 111501 | 28935S4 | |
| 12192 | 379.06 | | 11901 | 111501 | 12535520 | | 12242 | 319.20 | | 12101 | 111501 | 16737857 | |
| 12193 | 226.08 | | 11901 | 111501 | 14482855 | | 12243 | 552.03 | | 12301 | 111501 | 15856478 | |
| 12194 | 225.11 | | 11601 | 111501 | 12535781 | | 12244 | 886.37 | | 12001 | 111501 | 18414900 | |
| 12195 | 328.48 | | 11901 | 111501 | 12535467 | | 12245 | 653.73 | | 11601 | 111501 | 17443XX | |
| 12196 | 84.28 | | 11601 | 111501 | 12185613 | | 12246 | 519.31 | | 12101 | 111501 | 12912926 | |
| 12197 | 288.59 | | 11901 | 111501 | 16719474 | | 12247 | 405.17 | | 12101 | 111501 | 16798440 | |
| 12198 | 267.57 | | 11601 | 111501 | 12185620 | | 12248 | 226.04 | | 11901 | 111501 | 12509962 | |
| 12199 | 135.04 | | 11901 | 111501 | 12525499 | | 12249 | | 475.00 | | 111501 | | |
| 12200 | 210.77 | | 11601 | 111501 | 12185611 | | 12250 | 323.59 | | 12101 | 111501 | 15575067 | |
| 12201 | 432.85 | | 11901 | 111501 | 12535465 | | 12251 | 706.67 | | 12601 | 111501 | 16089045 | |
| 12202 | 461.76 | | 12001 | 111501 | 16396820 | | 12252 | 614.07 | | 11901 | 111501 | 14758098 | |
| 12203 | 300.95 | | 11901 | 111501 | 12535463 | | 12253 | 609.33 | | 11601 | 111501 | 14384220 | |
| 12204 | 48.58 | | 11601 | 111501 | 12185614 | | 12254 | 749.32 | | 11901 | 111501 | 18024013 | |
| 12205 | | 71.85 | | 111501 | | | 12255 | 497.45 | | 11901 | 111501 | 12754314 | |
| 12206 | 159.06 | | 11901 | 111501 | 12535464 | | 12256 | 507.51 | | 11901 | 111501 | 19112302 | |
| 12207 | 231.86 | | 11901 | 111501 | 14482872 | | 12257 | 530.16 | | 12101 | 111501 | 16798013 | |
| 12208 | 164.53 | | 11901 | 111501 | 14482858 | | 12258 | 325.74 | | 11901 | 111501 | 14472005 | |
| 12209 | 423.75 | | 11901 | 111501 | 12534877 | | 12259 | 358.46 | | 11601 | 111501 | 14324105 | |
| 12210 | 399.02 | | 11601 | 111501 | 12185612 | | 12260 | 761.99 | | 11901 | 111501 | 14472198 | |
| 12211 | 448.51 | | 11901 | 111501 | 15931525 | | 12261 | 639.59 | | 12001 | 111501 | 16475034 | |
| 12212 | 516.29 | | 12301 | 111501 | 13208548 | | 12262 | 629.68 | | 12101 | 111501 | 16734285 | |
| 12213 | 411.23 | | 11601 | 111501 | 22854410 | | 12263 | 573.29 | | 11601 | 111501 | 14324088 | |
| 12214 | 326.57 | | 11901 | 111501 | 15931611 | | 12264 | 636.52 | | 11901 | 111501 | 12511365 | |
| 12215 | 392.91 | | 11901 | 111501 | 12342195 | | 12265 | 555.72 | | 11901 | 111501 | 25125248 | |
| 12216 | 477.11 | | 11901 | 111501 | 15931526 | | 12266 | 261.10 | | 11601 | 111501 | 12166756 | |
| 12217 | 416.82 | | 11901 | 111501 | 12180127 | | 12267 | 793.51 | | 12101 | 111501 | 16732221 | |
| 12218 | 436.47 | | 11901 | 111501 | 15926963 | | 12268 | 580.10 | | 12101 | 111501 | 15941208 | |
| 12219 | 321.35 | | 11601 | 111501 | 12180125 | | 12269 | 703.20 | | 11901 | 111501 | 18365799 | |
| 12220 | 368.56 | | 12001 | 111501 | 16404574 | | 12270 | 1,125.93 | | 11901 | 111501 | 16467808 | |
| 12221 | 335.07 | | 12001 | 111501 | 16404575 | | 12271 | 474.14 | | 12101 | 111501 | 16733144 | |
| 12222 | 390.79 | | 11601 | 111501 | 15931624 | | 12272 | 876.76 | | 11901 | 111501 | 14457862 | |
| 12223 | 632.30 | | 11601 | 111501 | 14326302 | | 12273 | 339.48 | | 11901 | 111501 | 18045160 | |
| 12224 | 578.92 | | 11601 | 111501 | 12180086 | | 12274 | 498.27 | | 11901 | 111501 | 12508693 | |
| 12225 | 312.46 | | 11901 | 111501 | 15931527 | | 12275 | 291.49 | | 11230 | 111501 | 17134010 | |
| 12226 | 374.86 | | 11601 | 111501 | 15940456 | | 12276 | 692.97 | | 11901 | 111501 | 12536745 | |
| 12227 | 368.42 | | 12901 | 111501 | 19461624 | | 12277 | 485.77 | | 11901 | 111501 | 12890635 | |
| 12228 | 388.19 | | 11901 | 111501 | 15933356 | | 12278 | 426.55 | | 12101 | 111501 | 18045161 | |
| 12229 | 547.68 | | 11901 | 111501 | 15924958 | | 12279 | 311.43 | | 12601 | 111501 | 16157154 | |
| 12230 | 257.79 | | 11901 | 111501 | 15931524 | | 12280 | 260.27 | | 12101 | 111501 | 16732359 | |
| 12231 | 132.08 | | 12001 | 111501 | 15927420 | | 12281 | 714.33 | | 12101 | 111501 | 25294733 | |
| 12232 | 338.63 | | 11901 | 111501 | 12488511 | | 12282 | 426.95 | | 12101 | 111501 | 12924590 | |
| 12233 | 429.30 | | 12001 | 111501 | 16406006 | | 12283 | 576.68 | | 11801 | 111501 | 17780443 | |
| 12234 | 387.10 | | 12001 | 111501 | 16406007 | | 12284 | 891.86 | | 11901 | 111501 | 12537612 | |
| 12235 | 401.37 | | 11901 | 111501 | 15933783 | | 12285 | 489.68 | | 11901 | 111501 | 12537072 | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED.
MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 = FORCED PAYMENT ITEM-DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | | | | | BANK NO | CUST.ACCOUNT NO | | CUSTOMER NAME | | | | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSOLIDATED | | | | | | | 1 | 20799000067554 | | WR GRACE CAMBRIDGE<br>ATTN. PAUL MILLIKEN | | | | 11-30-01 | 8 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12286 | 596.28 | | 11210 | 11150 | 11673251 | | 12336 | 536.15 | | 11260 | 11210 | 11616168 | |
| 12287 | 746.14 | | 11190 | 11150 | 18045646 | | 12337 | 344.00 | | 11260 | 11210 | 12199166 | |
| 12288 | 505.70 | | 11190 | 11150 | 14458218 | | 12338 | 585.01 | | 11260 | 11210 | 16144014 | |
| 12289 | 454.32 | | 11190 | 11150 | 14335507 | | 12339 | 528.06 | | 11260 | 11210 | 16109255 | |
| 12290 | 529.27 | | 11190 | 11150 | 15934097 | | 12340 | 673.02 | | 11260 | 11210 | 17751931 | |
| 12291 | 431.06 | | 11190 | 11150 | 12537074 | | 12341 | 519.53 | | 11280 | 11210 | 17767046 | |
| 12292 | 497.94 | | 11190 | 11150 | 12537073 | | 12342 | 519.27 | | 11280 | 11210 | 17767050 | |
| 12293 | 539.54 | | 11190 | 11150 | 15934098 | | 12343 | 519.27 | | 11280 | 11210 | 17767047 | |
| 12294 | 579.53 | | 11190 | 11150 | 15934099 | | 12344 | 519.27 | | 11280 | 11210 | 17767048 | |
| 12295 | 396.81 | | 11200 | 11150 | 11963327 | | 12345 | 519.27 | | 11280 | 11210 | 17767049 | |
| 12296 | 730.17 | | 11210 | 11150 | 16732570 | | 12346 | 399.04 | | 11260 | 11210 | 17767051 | |
| 12297 | 531.04 | | 11190 | 11150 | 12537775 | | 12347 | 591.61 | | 11280 | 11210 | 16144015 | |
| 12298 | 659.54 | | 11200 | 11150 | 11963326 | | 12348 | 486.84 | | 11260 | 11210 | 16163070 | |
| 12299 | 260.23 | | 11230 | 11150 | 17134052 | | 12349 | 486.83 | | 11260 | 11210 | 16163069 | |
| 12300 | 185.74 | | 11190 | 11150 | 15934094 | | 12350 | 486.83 | | 11260 | 11210 | 16163071 | |
| 12301 | 482.73 | | 11190 | 11150 | 15934095 | | 12351 | 498.05 | | 11260 | 11210 | 16163072 | |
| 12302 | 743.79 | | 11190 | 11150 | 12170158 | | 12352 | 486.83 | | 11260 | 11210 | 16163067 | |
| 12303 | 1,025.16 | | 11190 | 11150 | 14457859 | | 12353 | 499.59 | | 11260 | 11210 | 16163068 | |
| 12304 | 864.70 | | 11260 | 11150 | 11616183 | | 12354 | 448.18 | | 11260 | 11210 | 17763275 | |
| 12305 | 564.03 | | 11210 | 11150 | 12890698 | | 12355 | 527.63 | | 11230 | 11210 | 14086440 | |
| 12306 | 656.12 | | 11190 | 11150 | 16162139 | | 12356 | 537.46 | | 11230 | 11210 | 14103647 | |
| 12307 | 626.57 | | 11190 | 11150 | 15934100 | | 12357 | 447.60 | | 11230 | 11210 | 14086394 | |
| 12308 | 489.85 | | 11190 | 11150 | 12536744 | | 12358 | 466.28 | | 11260 | 11210 | 17599058 | |
| 12309 | 516.95 | | 11190 | 11150 | 15934096 | | 12359 | 516.49 | | 11230 | 11210 | 14086415 | |
| 12310 | 591.01 | | 11190 | 11150 | 17766808 | | 12360 | 399.01 | | 11260 | 11210 | 13691939 | |
| 12311 | 684.10 | | 11190 | 11150 | 12537391 | | 12361 | 939.15 | | 11270 | 11210 | 17501238 | |
| 12312 | 773.01 | | 11190 | 11150 | 14457108 | | 12362 | 687.87 | | 11230 | 11210 | 13218427 | |
| 12313 | 1,305.71 | | 11260 | 11150 | 15934965 | | 12363 | 431.46 | | 11210 | | | |
| 12314 | 511.67 | | 11260 | 11150 | 16144026 | | 12364 | 686.51 | | 11270 | 11210 | 17602038 | |
| 12315 | 615.88 | | 11260 | 11150 | 16732508 | | 12365 | 677.40 | | 11230 | 11210 | 14086327 | |
| 12316 | | 425.74 | | 11210 | | | 12366 | 1,047.99 | | 11230 | 11210 | 14086253 | |
| 12317 | 445.14 | | 11260 | 11210 | 14315087 | | 12367 | 649.00 | | 11260 | 11210 | 17478651 | |
| 12318 | 527.69 | | 11260 | 11210 | 14315384 | | 12368 | 729.83 | | 11260 | 11210 | 17478650 | |
| 12319 | 439.28 | | 11260 | 11210 | 16036277 | | 12369 | 226.08 | | 11260 | 11210 | 16612551 | |
| 12320 | 505.00 | | 11260 | 11210 | 14315576 | | 12370 | 458.88 | | 11260 | 11210 | 16127094 | |
| 12321 | 385.57 | | 11280 | 11210 | 16597856 | | 12371 | 287.48 | | 11260 | 11210 | 17478824 | |
| 12322 | 540.49 | | 11260 | 11210 | 16063712 | | 12372 | 481.25 | | 11260 | 11210 | 16119336 | |
| 12323 | 700.56 | | 11280 | 11210 | 17787890 | | 12373 | 501.28 | | 11260 | 11210 | 16012665 | |
| 12324 | 360.57 | | 11280 | 11210 | 18636654 | | 12374 | 819.84 | | 11260 | 11210 | 16126778 | |
| 12325 | | 551.08 | | 11210 | | | 12375 | 497.36 | | 11290 | 11210 | 19457669 | |
| 12326 | 449.53 | | 11230 | 11210 | 14084333 | | 12376 | 501.62 | | 11270 | 11210 | 14135127 | |
| 12327 | 505.74 | | 11260 | 11210 | 16028344 | | 12377 | 565.15 | | 11260 | 11210 | 19109231 | |
| 12328 | 710.86 | | | 11210 | | | 12378 | 563.40 | | 11260 | 11210 | 16153100 | |
| 12329 | 847.49 | | 11260 | 11210 | 16356105 | | 12379 | 563.40 | | 11260 | 11210 | 16153101 | |
| 12330 | 623.49 | | 11260 | 11210 | 16108170 | | 12380 | 418.85 | | 11260 | 11210 | 16153102 | |
| 12331 | 731.22 | | 11230 | 11210 | 17133681 | | 12381 | 502.38 | | | 11210 | | |
| 12332 | 768.02 | | | 11210 | | | 12382 | 491.07 | | 11260 | 11210 | 16037155 | |
| 12333 | 459.65 | | | 11210 | | | 12383 | 325.26 | | 11260 | 11210 | 16152231 | |
| 12334 | 562.95 | | 11280 | 11210 | 11987788 | | 12384 | 629.48 | | 11280 | 11210 | 11754914 | |
| 12335 | 541.89 | | 11260 | 11210 | 13707497 | | 12385 | 336.39 | | 11260 | 11210 | 14315572 | |

EXPLANATION OF CODES

| TYPE OF REPORT | | |
|---|---|---|
| UNPAID ONLY | - | OUTSTANDING ITEMS ONLY ON THIS REPORT |
| PAID ONLY | - | PAID ITEMS ONLY ON THIS REPORT |
| CONSOLIDATED | - | PAID & OUTSTANDING CHECKS ON SAME REPORT |
| SPEC | - | OFF-CYCLE REPORT REQUEST |

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 : CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER NOT RECEIVED
    MEMO ONLY NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 : FORCED POSTED ITEM, DUPLICATE OR NO SERIAL #
M : MISSING (OUTSTANDING) ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | DATE | PAGE |
|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079900067554 | WR GRACE CAMBRIDGE ATTN: PAUL MILIKEN | 11-30-01 | 9 |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION | CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12386 | 305.67 | | 112601 | 112101 | 16151398 | | 12436 | 179.92 | | 112701 | 112101 | 17592535 | |
| 12387 | 555.51 | | 112601 | 112101 | 16129875 | | 12437 | 356.83 | | 112301 | 112101 | 14122768 | |
| 12388 | 323.90 | | 112301 | 112101 | 13199720 | | 12438 | 458.69 | | 112601 | 112101 | 17475841 | |
| 12389 | 96.09 | | 112801 | 112101 | 17738808 | | 12439 | 521.27 | | 112601 | 112101 | 17475048 | |
| 12390 | 314.79 | | 112601 | 112101 | 16604869 | | 12440 | 409.72 | | 112601 | 112101 | 12198484 | |
| 12391 | 399.93 | | 112301 | 112101 | 14122758 | | 12441 | 133.28 | | 112301 | 112101 | 14122770 | |
| 12392 | 208.83 | | 112601 | 112101 | 17475975 | | 12442 | 326.32 | | 112301 | 112101 | 17475847 | |
| 12393 | 164.19 | | 112601 | 112101 | 13718126 | | 12443 | 313.21 | | 112601 | 112101 | 17475991 | |
| 12394 | 326.37 | | 112601 | 112101 | 17475976 | | 12444 | 263.61 | | 112701 | 112101 | 17606055 | |
| 12395 | 287.56 | | 112301 | 112101 | 14122769 | | 12445 | 433.94 | | 112301 | 112101 | 17715429 | |
| 12396 | 476.62 | | 112301 | 112101 | 18665368 | | 12446 | 405.68 | | 112601 | 112101 | 17475843 | |
| 12397 | 331.68 | | 112601 | 112101 | 17475989 | | 12447 | 436.87 | | 112601 | 112101 | 17477185 | |
| 12398 | | 396.40 | | 112101 | | | 12448 | 557.83 | | 112601 | 112101 | 16062468 | |
| 12399 | | 349.40 | | 112101 | | | 12449 | 440.02 | | 112601 | 112101 | 16145315 | |
| 12400 | 315.80 | | 112301 | 112101 | 18665372 | | 12450 | 172.16 | | 112601 | 112101 | 17477489 | |
| 12401 | 337.90 | | 112601 | 112101 | 13690998 | | 12451 | 392.91 | | 112601 | 112101 | 16145883 | |
| 12402 | | 358.97 | | 112101 | | | 12452 | 459.98 | | 112901 | 112101 | 19461568 | |
| 12403 | 373.83 | | 112601 | 112101 | 17715646 | | 12453 | 424.34 | | 112601 | 112101 | 15053617 | |
| 12404 | 347.12 | | 112601 | 112101 | 17758105 | | 12454 | 496.21 | | 112801 | 112101 | 17780772 | |
| 12405 | | 478.98 | | 112101 | | | 12455 | 327.96 | | 112601 | 112101 | 16063618 | |
| 12406 | | 373.22 | | 112101 | | | 12456 | 368.56 | | 112801 | 112101 | 16613452 | |
| 12407 | 478.72 | | 112301 | 112101 | 18665382 | | 12457 | 355.07 | | 112801 | 112101 | 16513451 | |
| 12408 | 307.32 | | 112601 | 112101 | 17475851 | | 12458 | 415.80 | | 112301 | 112101 | 10102237 | |
| 12409 | 319.50 | | 112601 | 112101 | 17475049 | | 12459 | 386.49 | | 112601 | 112101 | 16122308 | |
| 12410 | 376.89 | | 112301 | 112101 | 18665378 | | 12460 | 564.34 | | 112601 | 112101 | 16063619 | |
| 12411 | 817.08 | | 112301 | 112101 | 18665384 | | 12461 | 510.14 | | 112601 | 112101 | 17477189 | |
| 12412 | 721.85 | | 112301 | 112101 | 18665383 | | 12462 | 388.29 | | 112601 | 112101 | 17591383 | |
| 12413 | | 433.01 | | 112101 | | | 12463 | 435.61 | | 112901 | 112101 | 19461625 | |
| 12414 | 371.30 | | 112701 | 112101 | 17592583 | | 12464 | 388.20 | | 112701 | 112101 | 17591380 | |
| 12415 | 505.97 | | 112301 | 112101 | 18665371 | | 12465 | 495.07 | | 112601 | 112101 | 16145523 | |
| 12416 | 794.41 | | 112301 | 112101 | 18665373 | | 12466 | 257.79 | | 112301 | 112101 | 14134239 | |
| 12417 | 268.50 | | 112301 | 112101 | 19727770 | | 12467 | 165.40 | | 112801 | 112101 | 17752629 | |
| 12418 | 357.36 | | 112601 | 112101 | 17475846 | | 12468 | 117.09 | | 112601 | 112101 | 16062469 | |
| 12419 | 474.52 | | 112701 | 112101 | 17592536 | | 12469 | 497.45 | | 112801 | 112101 | 17752643 | |
| 12420 | 528.50 | | 112301 | 112101 | 11972771 | | 12470 | 437.47 | | 112801 | 112101 | 17752644 | |
| 12421 | 171.64 | | 112301 | 112101 | 18665375 | | 12471 | 387.06 | | 112801 | 112101 | 16145314 | |
| 12422 | 382.30 | | 112301 | 112101 | 14122772 | | 12472 | 295.05 | | 112601 | 112101 | 17471988 | |
| 12423 | 391.16 | | 112601 | 112101 | 17742157 | | 12473 | 558.25 | | 112801 | 112101 | 17760279 | |
| 12424 | 216.33 | | 112601 | 112101 | 17475842 | | 12474 | 375.72 | | 112301 | 112101 | 14145379 | |
| 12425 | 186.09 | | 112301 | 112101 | 18665365 | | 12475 | 383.48 | | 112301 | 112101 | 16685372 | |
| 12426 | 228.43 | | 112301 | 112101 | 18665366 | | 12476 | 173.85 | | 112601 | 112101 | 17471989 | |
| 12427 | 294.49 | | 112301 | 112101 | 17592598 | | 12477 | 270.67 | | 112901 | 112101 | 15289970 | |
| 12428 | 408.74 | | 112601 | 112101 | 17475858 | | 12478 | 319.20 | | 112801 | 112101 | 17743497 | |
| 12429 | 386.79 | | 112601 | 112101 | 12388339 | | 12479 | 771.08 | | 112601 | 112101 | 14685702 | |
| 12430 | 298.30 | | 112601 | 112101 | 12199402 | | 12480 | 886.38 | | 112601 | 112101 | 16103982 | |
| 12431 | 313.98 | | 112601 | 112101 | 17475990 | | 12481 | | 236.93 | | 112101 | | |
| 12432 | 255.64 | | 112601 | 112101 | 17475848 | | 12482 | 690.55 | | 112601 | 112101 | 14317443 | |
| 12433 | 10.82 | | 112301 | 112101 | 18648278 | | 12483 | 323.14 | | 113001 | 112101 | 19776007 | |
| 12434 | 283.75 | | 112601 | 112101 | 17715428 | | 12484 | 427.60 | | 112601 | 112101 | 16152791 | |
| 12435 | 181.69 | | 112601 | 112101 | 17475044 | | 12485 | | 142.71 | | 112101 | | |

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED = PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED. NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS
4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM,DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.