# ACCOUNT RECONCILIATION PLAN

PAGE 10

| TYPE OF REPORT |
| --- |
| CONSOLIDATED |

| BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE |
| --- | --- | --- | --- | --- |
| 1 | 207990067554 | WR GRACE CAMBRIDGE | 018 | 11-30-01 |
| | | ATTN. PAUL MILLIKEN | | |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
| --- | --- | --- | --- | --- | --- | --- |
| 12486 | 498.08 | | | 11210 | | |
| 12487 | 183.08 | | | 11210 | | |
| 12488 | 2,412.00 | | | 11210 | | |
| 12489 | 514.61 | | 11260 | 11210 | 16089646 | |
| 12490 | 671.34 | | 11260 | 11210 | 16089757 | |
| 12491 | 516.13 | | 11260 | 11210 | 16152569 | |
| 12492 | 710.63 | | 11290 | 11210 | 15327784 | |
| 12493 | 449.16 | | 11260 | 11210 | 16020514 | |
| 12494 | 2,287.89 | | 11300 | 11210 | 18057733 | |
| 12495 | 457.42 | | 11260 | 11210 | 18057734 | |
| 12496 | 612.57 | | 12360 | 11210 | 17131455 | |
| 12497 | 465.64 | | 11260 | 11210 | 16152404 | |
| 12498 | 495.30 | | 11260 | 11210 | 14317469 | |
| 12499 | 570.12 | | 12300 | 11210 | 14090355 | |
| 12500 | 576.29 | | | 11210 | | |
| 12501 | 579.19 | | 11230 | 11210 | 14090506 | |
| 12502 | 599.69 | | 11260 | 11210 | 14318196 | |
| 12503 | 554.55 | | 11230 | 11210 | 14090165 | |
| 12504 | 560.24 | | 11230 | 11210 | 15844202 | |
| 12505 | 501.71 | | 11270 | 11210 | 14115223 | |
| 12506 | 443.43 | | 11230 | 11210 | 17159130 | |
| 12507 | 540.32 | | 11230 | 11210 | 14144473 | |
| 12508 | 479.03 | | 11260 | 11210 | 13696952 | |
| 12509 | 584.25 | | 11280 | 11210 | 16621832 | |
| 12510 | 906.31 | | 11260 | 11210 | 16630073 | |
| 12511 | 474.41 | | 11260 | 11210 | 16157166 | |
| 12512 | 562.98 | | 11260 | 11210 | 16157933 | |
| 12513 | 672.52 | | 11260 | 11210 | 16162122 | |
| 12514 | 486.79 | | 11290 | 11210 | 16109320 | |
| 12515 | 281.82 | | 11290 | 11210 | 12023235 | |
| 12516 | 824.83 | | 11260 | 11210 | 16144063 | |
| 12517 | 477.98 | | 11260 | 11210 | 16163066 | |
| 12518 | | 357.45 | | | | |
| 12519 | 407.00 | | 11260 | 11210 | 16157155 | |
| 12520 | 260.26 | | 11260 | 11210 | 16162042 | |
| 12521 | 714.33 | | 11260 | 11210 | 16162063 | |
| 12522 | 577.21 | | 11290 | 11210 | 15327911 | |
| 12523 | 824.47 | | 11260 | 11210 | 16163975 | |
| 12524 | 479.76 | | 11260 | 11210 | 16161691 | |
| 12525 | 663.72 | | 11260 | 11210 | 16157320 | |
| 12526 | 745.47 | | 11290 | 11210 | 15327851 | |
| 12527 | 504.08 | | 11210 | 11210 | 16157838 | |
| 12528 | 529.26 | | 11260 | 11210 | 16162044 | |
| 12529 | 550.67 | | 11260 | 11210 | 17336678 | |
| 12530 | 497.95 | | 11260 | 11210 | 16162475 | |
| 12531 | 425.05 | | 11260 | 11210 | 16162475 | |
| 12532 | 525.22 | | 11260 | 11210 | 16162043 | |
| 12533 | 688.38 | | 11260 | 11210 | 16162041 | |
| 12534 | 538.34 | | 11230 | 11210 | 17133088 | |
| 12535 | 659.54 | | 11260 | 11210 | 16161903 | |

| CHECK NUMBER | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
| --- | --- | --- | --- | --- | --- | --- |
| 12536 | 260.23 | | 11270 | 11210 | 1200605 | |
| 12537 | 837.49 | | 11260 | 11210 | 16020030 | |
| 12538 | 634.15 | | 11230 | 11210 | 17133089 | |
| 12539 | 966.07 | | 11260 | 11210 | 16157932 | |
| 12540 | 691.25 | | 11260 | 11210 | 16161837 | |
| 12541 | | | | 11210 | | |
| 12542 | 953.94 | | 11260 | 11210 | 16162140 | |
| 12543 | 543.02 | | 11260 | 11210 | 12199172 | |
| 12544 | 489.85 | | 11260 | 11210 | 16157329 | |
| 12545 | | | | 11210 | | |
| 12546 | 599.65 | | 11260 | 11210 | 16162119 | |
| 12547 | 736.45 | | | 11210 | | |
| 12548 | 510.08 | | | 11210 | | |
| 12549 | 545.25 | | | 11210 | | |
| 12550 | 858.62 | | 11300 | 11210 | 19798182 | |
| 12551 | 688.95 | | | 11210 | | |
| 12552 | 447.48 | | | 11290 | | |
| 12553 | 525.33 | | | 11290 | | |
| 12554 | 459.27 | | | 11290 | | |
| 12555 | 505.57 | | | 11290 | | |
| 12556 | 406.51 | | | 11290 | | |
| 12557 | 473.70 | | 11300 | 11290 | 19795663 | |
| 12558 | 170.32 | | | 11290 | | |
| 12559 | 419.02 | | | 11290 | | |
| 12560 | 581.42 | | | 11290 | | |
| 12561 | 621.83 | | 11300 | 11290 | 13502959 | |
| 12562 | 627.83 | | 11300 | 11290 | 19795662 | |
| 12563 | 455.46 | | | 11290 | | |
| 12564 | 546.76 | | | 11290 | | |
| 12565 | 528.55 | | | 11290 | | |
| 12566 | 675.13 | | | 11290 | | |
| 12567 | 536.07 | | | 11290 | | |
| 12568 | 562.95 | | | 11290 | | |
| 12569 | 578.80 | | | 11290 | | |
| 12570 | 583.92 | | | 11290 | | |
| 12571 | 746.03 | | | 11290 | | |
| 12572 | 611.83 | | | 11290 | | |
| 12573 | 528.07 | | 11300 | 11290 | 13527388 | |
| 12574 | 496.13 | | | 11290 | | |
| 12575 | 379.43 | | | 11290 | | |
| 12576 | 593.19 | | | 11290 | | |
| 12577 | 507.05 | | | 11290 | | |
| 12578 | 593.21 | | | 11290 | | |
| 12579 | 593.19 | | | 11290 | | |
| 12580 | 575.21 | | | 11290 | | |
| 12581 | 516.40 | | | 11290 | | |
| 12582 | 517.06 | | | 11290 | | |
| 12583 | 448.17 | | | 11290 | | |
| 12584 | 847.45 | | 11300 | 11290 | 17021710 | |
| 12585 | 482.84 | | 11300 | 11290 | 17044210 | |

## EXPLANATION OF CODES

```
* = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
! = STOP PAYMENT IN EFFECT, CHECK PRESENTED
+ = FORCED POSTED ITEM-DUPLICATE OR NO SERIAL #
M = MISSING OUTSTANDING ITEM
```

TYPE OF REPORT
- OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ITEMS ONLY ON THIS REPORT
- PAID & OUTSTANDING CHECKS ON SAME REPORT
- OFF-CYCLE REPORT REQUEST

```
1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK PAID ON PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
MEMO ONLY, NOT ADDED TO TOTALS
```

UNPAID ONLY
PAID ONLY
CONSOLIDATED
SPEC

L339 02/

# ACCOUNT RECONCILIATION PLAN

| BANK NO | CUST ACCOUNT NO | CUSTOMER NAME | DATE | | PAGE |
|---|---|---|---|---|---|
| 1 | 2079900067554 | WR GRACE CAMBRIDGE / ATTN: PAUL MILIKEN | 11-30-01 | 018 | 11 |

TYPE OF REPORT: CONSOLIDATED

| CHECK NUMBER | PAID | C/B | DATE PAID | DATE ISSUED | SEQUENCE NUMBER |
|---|---|---|---|---|---|
| 12586 | 438.66 | | | 11290 | |
| 12587 | 572.67 | | | 11290 | |
| 12588 | | 503.93 | 113001 | 11290 | 12026381 |
| 12589 | 399.02 | | | 11290 | |
| 12590 | 556.07 | | | 11290 | |
| 12591 | 487.93 | | | 11290 | |
| 12592 | 528.72 | | | 11290 | |
| 12593 | | 536.43 | 113001 | 11290 | 17021887 |
| 12594 | 657.85 | | 113001 | 11290 | 17021844 |
| 12595 | 506.80 | | | 11290 | |
| 12596 | 547.17 | | | 11290 | |
| 12597 | 20.92 | | | 11290 | |
| 12598 | 135.53 | | | 11290 | |
| 12599 | 458.88 | | | 11290 | |
| 12600 | 491.54 | | | 11290 | |
| 12601 | 481.25 | | 113001 | 11290 | |
| 12602 | 501.27 | | | 11290 | |
| 12603 | 583.04 | | 113001 | 11290 | 17021845 |
| 12604 | 752.02 | | 113001 | 11290 | 17021846 |
| 12605 | 371.10 | | | 11290 | |
| 12606 | 501.62 | | | 11290 | |
| 12607 | 565.14 | | | 11290 | |
| 12608 | 485.02 | | | 11290 | |
| 12609 | 491.08 | | | 11290 | |
| 12610 | 395.99 | | | 11290 | |
| 12611 | 319.57 | | | 11290 | |
| 12612 | 296.57 | | | 11290 | |
| 12613 | 305.65 | | | 11290 | |
| 12614 | 469.80 | | | 11290 | |
| 12615 | 63.48 | | | 11290 | |
| 12616 | 65.77 | | | 11290 | |
| 12617 | 287.78 | | | 11290 | |
| 12618 | 291.34 | | | 11290 | |
| 12619 | 400.77 | | | 11290 | |
| 12620 | 429.41 | | | 11290 | |
| 12621 | 574.57 | | | 11290 | |
| 12622 | 517.33 | | | 11290 | |
| 12623 | 358.06 | | | 11290 | |
| 12624 | 344.91 | | | 11290 | |
| 12625 | 279.22 | | | 11290 | |
| 12626 | 317.09 | | | 11290 | |
| 12627 | 358.96 | | | 11290 | |
| 12628 | 319.24 | | | 11290 | |
| 12629 | 301.00 | | | 11290 | |
| 12630 | 431.89 | | | 11290 | |
| 12631 | 417.10 | | 113001 | 11290 | |
| 12632 | | 484.59 | | 11290 | 12224746 |
| 12633 | 307.33 | | | 11290 | |
| 12634 | 616.72 | | | 11290 | |

| CHECK NUMBER | PAID | C/B | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|
| 12636 | 461.36 | | | 112901 | | |
| 12637 | | 526.55 | 113001 | 112901 | 15634325 | |
| 12638 | 433.45 | | | 112901 | | |
| 12639 | 577.56 | | | 112901 | | |
| 12640 | 444.99 | | 113001 | 112901 | 15634328 | |
| 12641 | 433.02 | | | 112901 | | |
| 12642 | 124.63 | | | 112901 | | |
| 12643 | | 254.10 | 113001 | 112901 | 15634326 | |
| 12644 | | 530.98 | 113001 | 112901 | 15634330 | |
| 12645 | 286.69 | | | 112901 | | |
| 12646 | 366.35 | | | 112901 | | |
| 12647 | 316.10 | | | 112901 | | |
| 12648 | 429.57 | | | 112901 | | |
| 12649 | | 268.15 | 113001 | 112901 | 15634235 | |
| 12650 | 230.65 | | | 112901 | | |
| 12651 | 326.89 | | | 112901 | | |
| 12652 | | 379.08 | 113001 | 112901 | 12224745 | |
| 12653 | | 360.43 | 113001 | 112901 | 15634351 | |
| 12654 | 396.39 | | | 112901 | | |
| 12655 | | 382.35 | 113001 | 112901 | 15634466 | |
| 12656 | 386.78 | | | 112901 | | |
| 12657 | | 370.56 | 113001 | 112901 | | |
| 12658 | 367.32 | | | 112901 | | |
| 12659 | 337.78 | | | 112901 | | |
| 12660 | 159.16 | | | 112901 | | |
| 12661 | 287.38 | | | 112901 | | |
| 12662 | 263.07 | | | 112901 | | |
| 12663 | | 261.81 | 113001 | 112901 | 15634233 | |
| 12664 | 334.94 | | | 112901 | | |
| 12665 | 471.74 | | | 112901 | | |
| 12666 | 416.26 | | | 112901 | | |
| 12667 | | 376.51 | 113001 | 112901 | 15634232 | |
| 12668 | 116.78 | | | 112901 | | |
| 12669 | 410.43 | | | 112901 | | |
| 12670 | 402.14 | | | 112901 | | |
| 12671 | 246.62 | | | 112901 | | |
| 12672 | 544.56 | | | 112901 | | |
| 12673 | | 592.80 | 113001 | 112901 | 17049349 | |
| 12674 | 637.98 | | | 112901 | | |
| 12675 | 836.32 | | | 112901 | | |
| 12676 | 553.68 | | | 112901 | | |
| 12677 | 463.81 | | | 112901 | | |
| 12678 | 323.09 | | | 112901 | | |
| 12679 | 178.60 | | | 112901 | | |
| 12680 | 458.47 | | | 112901 | | |
| 12681 | | 477.03 | 113001 | 112901 | 15634742 | |
| 12682 | 496.22 | | | 112901 | | |
| 12683 | | 367.58 | 113001 | 112901 | 15643739 | |
| 12684 | 363.57 | | | 112901 | | |
| 12685 | 964.20 | | | 112901 | | |

## EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 = CHECK VOIDED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 = CHECK & OUTSTANDING CHECKS ON SAME REPORT MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 = PAID, NO ISSUE, OUTSTANDING MASTER STILL NOT RECEIVED
M = MISSING SEQUENCE/DASHING ITEM

## TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ITEMS - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING ITEMS ON SAME REPORT
SPECIAL - OFF-CYCLE REPORT REQUEST

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | | |
|---|---|---|---|
| CONSOLIDATED | | | |

| BANK NO. | CUST/ACCOUNT NO. | CUSTOMER NAME | DATE | PAGE |
|---|---|---|---|---|
| 1 | 2079900067554 | WR GRACE CAMBRIDGE / ATTN: PAUL MILLIKEN | 11-30-01 | 12 |

018

**Left block**

| CHECK NUMBER | PAYEE IDENTIFICATION | PAID | O/S | DATE PAID | SEQUENCE NUMBER | DATE ISSUED |
|---|---|---|---|---|---|---|
| 12686 | | | 658.08 | | | 11290 1 |
| 12687 | | | 386.49 | | | 11290 1 |
| 12688 | | | 578.91 | | | 11290 1 |
| 12689 | | | 408.43 | | | 11290 1 |
| 12690 | | | 423.00 | | | 11290 1 |
| 12691 | | | 464.40 | | | 11290 1 |
| 12692 | | | 445.34 | | | 11290 1 |
| 12693 | | | 332.62 | | | 11290 1 |
| 12694 | | | 266.59 | | | 11290 1 |
| 12695 | | | 151.13 | | | 11290 1 |
| 12696 | | | 400.02 | | | 11290 1 |
| 12697 | | | 500.97 | | | 11290 1 |
| 12698 | | | 465.07 | | | 11290 1 |
| 12699 | | | 415.65 | | | 11290 1 |
| 12700 | | | 320.24 | | | 11290 1 |
| 12701 | | | 427.73 | | | 11290 1 |
| 12702 | | | 281.07 | | | 11290 1 |
| 12703 | | | 383.46 | | | 11290 1 |
| 12704 | | | 227.46 | | | 11290 1 |
| 12705 | | | 413.84 | | | 11290 1 |
| 12706 | | | 271.47 | | | 11290 1 |
| 12707 | | | 514.27 | | | 11290 1 |
| 12708 | | | 743.51 | | | 11290 1 |
| 12709 | | | 458.39 | | | 11290 1 |
| 12710 | | | 583.19 | | | 11290 1 |
| 12711 | | | 610.04 | | | 11290 1 |
| 12712 | | | 519.31 | | | 11290 1 |
| 12713 | | | 450.06 | | | 11290 1 |
| 12714 | | | 369.32 | | | 11290 1 |
| 12715 | | | 551.95 | | | 11290 1 |
| 12716 | | | 172.69 | | | 11290 1 |
| 12717 | | | 573.46 | | | 11290 1 |
| 12718 | | | 608.69 | | | 11290 1 |
| 12719 | | | 599.01 | | | 11290 1 |
| 12720 | | | 613.83 | | | 11290 1 |
| 12721 | | | 476.74 | | | 11290 1 |
| 12722 | | | 498.60 | | | 11290 1 |
| 12723 | | | 448.62 | | | 11290 1 |
| 12724 | | | 448.65 | | | 11290 1 |
| 12725 | | | 543.75 | | | 11290 1 |
| 12726 | | | 589.95 | | | 11290 1 |
| 12727 | | | 575.27 | | | 11290 1 |
| 12728 | | | 532.82 | | | 11290 1 |
| 12729 | | | 564.45 | | | 11290 1 |
| 12730 | | | 671.98 | | | 11290 1 |
| 12731 | | 831.25 | | 11300 1 | 15622972 | 11290 1 |
| 12732 | | 743.14 | | 11300 1 | 15622973 | 11290 1 |
| 12733 | | | 352.02 | | | 11290 1 |
| 12734 | | | 491.12 | | | 11290 1 |
| 12735 | | 490.51 | | 11300 1 | 19799996 | 11290 1 |

**Right block**

| CHECK NUMBER | PAYEE IDENTIFICATION | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|
| 12736 | | | 570.70 | | 112901 | | |
| 12737 | | | 534.20 | | 112901 | | |
| 12738 | | | 474.14 | | 112901 | | |
| 12739 | | | 562.98 | | 112901 | | |
| 12740 | | | 359.48 | | 112901 | | |
| 12741 | | | 562.36 | | 112901 | | |
| 12742 | | | 492.23 | | 112901 | | |
| 12743 | | | 261.82 | | 112901 | | |
| 12744 | | | 517.00 | | 112901 | | |
| 12745 | | | 477.38 | | 112901 | | |
| 12746 | | | 357.48 | | 112901 | | |
| 12747 | | | 386.45 | | 112901 | | |
| 12748 | | | 411.25 | | 112901 | | |
| 12749 | | | 240.42 | | 112901 | | |
| 12750 | | | 743.86 | | 112901 | | |
| 12751 | | | 382.75 | | 112901 | | |
| 12752 | | | 360.32 | | 112901 | | |
| 12753 | | | 459.57 | | 112901 | | |
| 12754 | | | 531.69 | | 112901 | | |
| 12755 | | | 504.07 | | 112901 | | |
| 12756 | | | 416.30 | | 112901 | | |
| 12757 | | | 529.28 | | 112901 | | |
| 12758 | | | 431.05 | | 112901 | | |
| 12759 | | | 497.94 | | 112901 | | |
| 12760 | | | 336.96 | | 112901 | | |
| 12761 | | | 382.74 | | 112901 | | |
| 12762 | | | 367.65 | | 112901 | | |
| 12763 | | | 553.35 | | 112901 | | |
| 12764 | | | 587.62 | | 112901 | | |
| 12765 | | | 587.60 | | 112901 | | |
| 12766 | | | 564.78 | | 112901 | | |
| 12767 | | | 587.62 | | 112901 | | |
| 12768 | | | 531.10 | | 112901 | | |
| 12769 | | | 53.91 | | 112901 | | |
| 12770 | | | 359.28 | | 112901 | | |
| 12771 | | | 733.09 | | 112901 | | |
| 12772 | | | 547.09 | | 112901 | | |
| 12773 | | | 550.30 | | 112901 | | |
| 12774 | | | 656.11 | | 112901 | | |
| 12775 | | | 501.24 | | 112901 | | |
| 12776 | | | 499.84 | | 112901 | | |
| 12777 | | | 608.71 | | 112901 | | |
| 12778 | | | 501.04 | | 112901 | | |
| 100000 | | | 376.75 | | 010401 | | |
| 100004 | | | 728.32 | | 011101 | | |
| 100005 | | | 535.05 | | 011101 | | |
| 100006 | | | 798.34 | | 011101 | | |
| 100007 | | | 348.34 | | 011101 | | |
| 100056 | | | 723.34 | | 011801 | | |
| 100065 | | | 796.97 | | 040501 | | |

TYPE OF REPORT

UNPAID ONLY · OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY · PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED · PAID & OUTSTANDING ITEMS ON SAME REPORT
SPECV · OFF-CYCLE REPORT REQUEST

1 · CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
2 · CHECK VOIDED, OUTSTANDING MASTER REMOVED (NOT ADDED TO TOTALS)
3 · CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
  MEMO ONLY, NOT ADDED TO TOTALS

EXPLANATION OF CODES

4 · STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 · ITEM REMOVED BY CUSTOMER, NOT PRESENTED AND RETURNED
6 · FORCED POSTED ITEM/DUPLICATE OR NO SERIAL #
M · MISSING OUTSTANDING ITEM

L338 02/

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST/ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| CONSOLIDATED | 1 | 2079900067854 | WR GRACE CAMBRIDGE / ATTN: PAUL MILIKEN | 018 | 11-30-01 | 13 |

| CHECK NUMBER | PAID | O/S | DATE PAID | SEQUENCE NUMBER | PAYEE IDENTIFICATION | DATE ISSUED |
|---|---|---|---|---|---|---|
| 100066 | 559.37 | | | | | 012501 |
| 100070 | 184.05 | | | | | 012401 |
| 100072 | 1,020.34 | | | | | 012501 |
| 100060 | 250.00 | | | | | 022201 |
| 100081 | 100.56 | | | | | 031501 |
| 100082 | 419.17 | | | | | 031501 |
| 100083 | 142.92 | | | | | 032001 |
| 100107 | 82.23 | | | | | 031501 |
| 100110 | 756.65 | | | | | 032001 |
| 100111 | 510.18 | | | | | 032201 |
| 100112 | 572.00 | | | | | 040501 |
| 100113 | 406.65 | | | | | 032901 |
| 100132 | 633.94 | | | | | 032801 |
| 100190 | 665.52 | | | | | 032901 |
| 100218 | 502.97 | | | | | 032901 |
| 100219 | 408.52 | | | | | 040501 |
| 100220 | 272.05 | | | | | 041201 |
| 100223 | 654.27 | | | | | 032901 |
| 100224 | 316.58 | | | | | 032901 |
| 100225 | 413.01 | | | | | 032901 |
| 100226 | 393.47 | | | | | 032901 |
| 100227 | 708.14 | | | | | 031901 |
| 100228 | 332.22 | | | | | 032901 |
| 100229 | 311.83 | | | | | 032901 |
| 100230 | 418.46 | | | | | 032901 |
| 100233 | 127.22 | | | | | 032901 |
| 100234 | 175.86 | | | | | 032901 |
| 100236 | 534.51 | | | | | 031901 |
| 100237 | 658.53 | | | | | 032501 |
| 100238 | 415.89 | | | | | 032901 |
| 100239 | 478.04 | | | | | 032901 |
| 100240 | 499.89 | | | | | 032901 |
| 100242 | 885.92 | | | | | 050901 |
| 100243 | 640.29 | | | | | 052401 |
| 100245 | 577.68 | | | | | 052401 |
| 100246 | 929.23 | | | | | 052401 |
| 100247 | 625.38 | | | | | 052401 |
| 100248 | 872.34 | | | | | 052401 |
| 100249 | 965.58 | | | | | 052401 |
| 100250 | 424.04 | | | | | 052401 |
| 100251 | 275.30 | | | | | 052401 |
| 100252 | 42.09 | | | | | 060701 |
| 100253 | 74.11 | | | | | 061401 |
| 100254 | 100.94 | | | | | 061401 |
| 100255 | 96.22 | | | | | 061401 |
| 100256 | 88.85 | | | | | 061401 |
| 100257 | 97.04 | | | | | 061401 |
| 100258 | 53.12 | | | | | 061401 |
| 100259 | 82.45 | | | | | 061401 |
| 100260 | 598.46 | | | | | 061401 |

| CHECK NUMBER | PAYEE IDENTIFICATION | PAID | O/S | DATE PAID | DATE ISSUED | SEQUENCE NUMBER | PAYEE IDENTIFICATION |
|---|---|---|---|---|---|---|---|
| 100261 | | | 563.62 | | 062101 | | |
| 100262 | | | 361.45 | | 062101 | | |
| 100263 | | | 521.45 | | 062101 | | |
| 100264 | | | 242.32 | | 062601 | | |
| 100265 | | | 469.20 | | 062601 | | |
| 100266 | | | 383.96 | | 070601 | | |
| 100267 | | | 496.21 | | 070501 | | |
| 100268 | | | 384.03 | | 071201 | | |
| 100269 | | | 629.29 | | 072601 | | |
| 100270 | | | 477.56 | | 072601 | | |
| 100271 | | | 494.86 | | 072601 | | |
| 100272 | | | 630.77 | | 032601 | | |
| 100273 | | | 24.01 | | 072901 | | |
| 100274 | | | 467.02 | | 072901 | | |
| 100275 | | | 974.44 | | 072901 | | |
| 100276 | | | 14.69 | | 081601 | | |
| 100277 | | | 436.93 | | 080901 | | |
| 100278 | | | 676.98 | | 083201 | | |
| 100279 | | | 513.74 | | 081601 | | |
| 100292 | | | 500.00 | 110501 | 110101 | 10221052 | |
| 100293 | | | 500.00 | 110501 | 110101 | 10221055 | |
| 100332 | | | 568.89 | | 032901 | | |

| O/S | | 161,515.03 | | 349GT PAID | 430,437.69 | | 919GT |
|---|---|---|---|---|---|---|---|

## TYPE OF REPORT

UNPAID ONLY - OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
CONSOLIDATED - PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL - OUT-OF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED
2 : CHECK USED; OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED
      MEMO ONLY, NOT ADDED TO TOTALS

## EXPLANATION OF CODES

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED
8 : CHECK POSTED TO THIS ACCOUNT IS DUPLICATE OR NO SERIAL #
M : MISSING OUTSTANDING ITEM

191 Peachtree ST
Atlanta    GA  30303

03    **TAXPAYER ID**    13-5114230

W R GRACE & CO-CONN
LOCKBOX 75147
ATTN MACK CARPENTER
7500 GRACE DRIVE
CLARKSVILLE MD 21044

# Checking Statement

November 1, 2001 - November 30, 2001 ( 30 days)    Page 1 of 6

No Enclosures
c    0

| FOR INFORMATION OR ASSISTANCE CONTACT: |
|---|
| **Your Wachovia Banker** |
| **Visit our web site at www.wachovia.com** |

## Commercial Checking Account Summary    Account Number 1866-082535

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $857,313.10 | $.00 | $43,548,155.92 | $.00 | $43,186,537.32 | $1,218,931.70 |

Average Ledger Balance    $1,263,524.32

## Daily Activity and Balance

| Date | Deposits & Credits | | Checks & Debits | | Balance |
|---|---|---|---|---|---|
| | Qty | Amount | Qty | Amount | |
| 11-01 | 4 | 516,593.56 | 1 | 742,456.10 | 631,450.56 |
| 11-02 | 6 | 726,289.62 | 1 | 970,523.00 | 387,217.18 |
| 11-05 | 4 | 2,717,642.94 | 1 | 2,114,856.00 | 990,004.12 |
| 11-06 | 5 | 1,921,984.72 | 1 | 991,281.00 | 1,920,707.84 |
| 11-07 | 4 | 767,384.16 | 1 | 1,864,841.00 | 823,251.00 |
| 11-08 | 9 | 1,133,091.81 | 1 | 1,025,965.00 | 930,377.81 |
| 11-09 | 8 | 1,395,666.44 | 1 | 1,161,361.81 | 1,164,682.44 |
| 11-13 | 9 | 4,992,806.42 | 2 | 5,568,966.44 | 588,522.42 |
| 11-14 | 4 | 2,195,840.09 | 1 | 609,660.00 | 2,174,702.51 |
| 11-15 | 5 | 3,833,409.57 | 1 | 2,832,213.00 | 3,175,899.08 |
| 11-16 | 10 | 1,903,369.27 | 1 | 3,856,542.00 | 1,222,726.35 |
| 11-19 | 11 | 2,586,205.50 | 1 | 3,493,232.00 | 315,699.85 |
| 11-20 | 7 | 2,560,966.43 | 1 | 1,249,106.00 | 1,627,560.28 |
| 11-21 | 7 | 3,315,408.69 | 2 | 2,866,759.28 | 2,076,209.69 |
| 11-23 | 5 | 285,754.73 | 1 | 2,055,543.69 | 306,420.73 |
| 11-26 | 9 | 3,123,462.31 | 1 | 1,324,074.00 | 2,105,809.04 |
| 11-27 | 7 | 5,178,914.05 | 1 | 1,920,630.00 | 5,364,093.09 |
| 11-28 | 4 | 416,514.91 | 1 | 5,378,301.09 | 402,306.91 |
| 11-29 | 7 | 1,924,989.65 | 1 | 1,251,124.91 | 1,076,171.65 |
| 11-30 | 10 | 2,051,861.05 | 1 | 1,909,101.00 | 1,218,931.70 |

## Other Credits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| 11-01 | 33,943.50 | EDI Pmts CITGO PETROLEUM 103120011130 | 103120011130 | | 020013048168597 |
| 11-01 | 61,672.22 | Wholesale Lockbox #0075147 Credits - Charlotte | | | |
| 11-01 | 122,973.53 | Wholesale Lockbox #0075147 Credits - Charlotte | | | |
| 11-01 | 298,004.31 | Wholesale Lockbox #0075147 Credits - Charlotte | | | |
| 11-02 | 51,870.00 | EDI Paymt PHILLIPS PETROLE 011102 2200027325 | 2200027325 | | 020013061676853 |
| 11-02 | 101,581.50 | EDI Pmts CITGO PETROLEUM 110120011130 | 110120011130 | | 020013051390604 |
| 11-02 | 130,046.40 | Wire Ref#01110 Seq#04067: Bk Amer NYC | | | |

# Checking Statement
## November 1, 2001 - November 30, 2001 ( 30 days)

## Other Credits (Continued)

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 11-02 | 20,153.15 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-02 | 208,395.73 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-02 | 214,242.84 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-05 | 4,656.00 | PO/Remit SOLUTIA 2324 NOV 04 | | 020013063780397 |
| 11-05 | 72,508.26 | EDI Pmts CITGO PETROLEUM 110220011130 | 110220011130 | 020013094651086 |
| 11-05 | 595,060.32 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-05 | 2045,418.36 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-06 | 68,677.16 | EDI Pmts CITGO PETROLEUM 110520011130 | 110520011130 | 020013095475716 |
| 11-06 | 11,300.95 | Wire Ref#01110 Seq#06321: Comerica Detro | | |
| 11-06 | 99,252.79 | Wire Ref#01110 Seq#04349: Bk Amer NYC | | |
| 11-06 | 466,230.59 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-06 | 1276,523.23 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-07 | 34,009.90 | EDI Pmts CITGO PETROLEUM 110620011130 | 110620011130 | 020013106749124 |
| 11-07 | 147,085.50 | EDI Paymnt PHILLIPS PETROLE 011107 2200027714 | 2200027714 | 020013116970277 |
| 11-07 | 35,520.69 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-07 | 550,768.07 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-08 | 124,257.88 | EDI Pmts CITGO PETROLEUM 110720011130 | 110720011130 | 020013118042687 |
| 11-08 | 6,160.00 | Wire Ref#LCT13 Seq#06295: Citibank Na | | |
| 11-08 | 7,700.00 | Wire Ref#PA011 Seq#05605: Banco Nat'L Me | | |
| 11-08 | 9,584.40 | Wire Ref#11084 Seq#08363: Bankers NYC | | |
| 11-08 | 42,034.00 | Wire Ref#PAYA1 Seq#00769: Bqe Nat Paris | | |
| 11-08 | 86,042.00 | Wire Ref#01110 Seq#01390: Northern Intl | | |
| 11-08 | 324,106.97 | Wire Ref#09584 Seq#07968: Abn Amro NYC | | |
| 11-08 | 60,045.06 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-08 | 473,161.50 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-09 | 89,404.56 | PO/Remit CHEVRON USA NOV 09 | | 020013117667706 |
| 11-09 | 103,314.86 | EDI Pmts CITGO PETROLEUM 110820011130 | 110820011130 | 020013120888311 |
| 11-09 | 36,384.60 | Wire Ref#FTS01 Seq#07257: Bk Of NYC | | |
| 11-09 | 70,420.40 | Wire Ref#01110 Seq#07384: Hibernia Nat'L | | |
| 11-09 | 265,555.65 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-09 | 615,539.05 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-09 | 48,843.71 | IP965-0276667 Sa Reilly Chemicals | | |
| 11-09 | 166,203.55 | IP965-0276913 Shell C A P S A | | |
| 11-13 | 229,860.00 | Payments CHEVRON PHILLIPS 011113 2200126180 | 2200126180 | 020013120632351 |
| 11-13 | 58,926.60 | Wire Ref#LCK13 Seq#00498: Citibank Na | | |
| 11-13 | 127,925.00 | Wire Ref#01111 Seq#04237: Bk Amer NYC | | |
| 11-13 | 187,447.79 | Wire Ref#02234 Seq#01004: Banco Do Brasi | | |
| 11-13 | 2906,116.76 | Wire Ref#01111 Seq#07495: Bk Amer Il Cgo | | |
| 11-13 | 95,840.30 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-13 | 188,398.43 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-13 | 261,442.13 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-13 | 936,849.41 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-14 | 68,438.12 | EDI Pmts CITGO PETROLEUM 111320011130 | 111320011130 | 020013184246210 |
| 11-14 | 6,259.20 | Wire Ref#LCK13 Seq#07371: Citibank Na | | |
| 11-14 | 7,524.00 | Wire Ref#G0013 Seq#05760: Citibank Na | | |
| 11-14 | 2113,618.77 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-15 | 504,578.16 | PO/Remit CHEVRON USA NOV 15 | | 020013173888798 |
| 11-15 | 21,907.96 | Wire Ref#06610 Seq#03877: Jpmchase | | |
| 11-15 | 77,735.00 | Wire Ref#70593 Seq#01251: Jpmchase | | |
| 11-15 | 301,878.84 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-15 | 2927,309.61 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-16 | 823.93 | Vendor DOW CORNING CORP 011115 1500145521 | 1500145521 | 020013206489877 |

191 Peachtree ST                                          1866-082535
Atlanta      GA 30303


W R GRACE & CO-CONN
LOCKBOX 75147
ATTN MACK CARPENTER
7500 GRACE DRIVE
CLARKSVILLE MD 21044


# Checking Statement
## November 1, 2001 - November 30, 2001 ( 30 days)                    Page 3 of 6

## Other Credits (Continued)

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 11-16 | 104,815.18 | EDI Pmts CITGO PETROLEUM 111520011130 | 111520011130 | 02001319626T203 |
| 11-16 | 105,600.00 | Accts Pay EXXON ACCT PAYBL 1115050172916 | 1115050172916 | 02001319600I489 |
| 11-16 | 123,243.12 | PO/Remit CHEVRON USA NOV 16 | | 02001318488621G |
| 11-16 | 203,749.20 | PO/Remit ARCO PROD PAY NOV 16 9117417 | 9117417 | 02001320649374T |
| 11-16 | 394,612.03 | Payment PDVSA SERVICES,I 011115 350010312 | 350010312 | 020013196278133 |
| 11-16 | 466,471.91 | Wire Ref#LCK13 Seq#06443: Citibank Na | | |
| 11-16 | 41,318.90 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-16 | 454,403.00 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-16 | 8,332.00 | IP965-0277545 Advanced Refining Technologie | | |
| 11-19 | 1,092.69 | EDI/Eftpmt ARCHER DANIELS M 011116 394564 | 394564 | 020013207013613 |
| 11-19 | 23,280.00 | PO/Remit SOLUTIA 2324 NOV 18 | | 020013237468424 |
| 11-19 | 78,300.00 | Payments CHEVRON PHILLIPS 011119 2200129054 | 2200129054 | 020013195960567 |
| 11-19 | 108,600.00 | Payments CHEVRON PHILLIPS 011119 2200129235 | 2200129235 | 020013195960713 |
| 11-19 | 135,239.16 | Payments CHEVRON PHILLIPS 011119 2200129417 | 2200129417 | 020013196283767 |
| 11-19 | 173,229.55 | Funb EDI CHALMETTE REFINI 0006033262 | 0006033262 | 020013237423295 |
| 11-19 | 182,010.21 | PO/Remit ARCO PROD PAY NOV 19 9117876 | 9117876 | 020013237468644 |
| 11-19 | 416,045.91 | EDI Paymnt PHILLIPS PETROLE 011119 2200028774 | 2200028774 | 020013237472810 |
| 11-19 | 45,694.00 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-19 | 135,793.71 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-19 | 1286,920.27 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-20 | 103,556.90 | EDI Pmts CITGO PETROLEUM 111920011130 | 111920011130 | 020013238880794 |
| 11-20 | 834,023.80 | Funb EDI CHALMETTE REFINI 0006033262 | 0006033262 | 020013238307570 |
| 11-20 | 6,726.48 | Wire Ref#029 O Seq#01244: Korea Exchg Ba | | |
| 11-20 | 219,240.58 | Wire Ref#LCK13 Seq#07745: Citibank Na | | |
| 11-20 | 143,710.04 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-20 | 564,054.58 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-20 | 689,654.05 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-21 | 24,000.96 | Wire Ref#01112 Seq#08266: Bk Amer NYC | | |
| 11-21 | 66,000.00 | Wire Ref#01112 Seq#07822: Bk Amer NYC | | |
| 11-21 | 71,682.31 | Wire Ref#01112 Seq#05986: Hibernia Nat'L | | |
| 11-21 | 229.50 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-21 | 370,666.46 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-21 | 391,847.74 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-21 | 2390,981.72 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-23 | 32,250.77 | Funb EDI CHALMETTE REFINI 0006033262 | 0006033262 | 020013272825110 |
| 11-23 | 36,414.00 | Payments CHEVRON PHILLIPS 011123 2200129735 | 2200129735 | 020013240871833 |
| 11-23 | 1,237.25 | Wire Ref#01112 Seq#06476: Uboci Nyk | | |
| 11-23 | 43,943.02 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-23 | 171,909.69 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-26 | 33,480.00 | Vendor DOW CORNING CORP 011123 1500146693 | 1500146693 | 020013303866104 |
| 11-26 | 150,000.00 | Payments CHEVRON PHILLIPS 011126 2200132184 | 2200132184 | 020013252208180 |
| 11-26 | 1,916.75 | Wire Ref#LCK13 Seq#05965: Citibank Na | | |
| 11-26 | 7,374.00 | Wire Ref#72522 Seq#00738: Jpmchase | | |
| 11-26 | 71,837.39 | Wire Ref#01112 Seq#04512: Hibernia Nat'L | | |
| 11-26 | 129,402.59 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-26 | 202,739.78 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-26 | 848,396.83 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-26 | 1678,314.97 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-27 | 2,821.69 | Wire Ref#01112 Seq#00255: Bk Amer NYC | | |
| 11-27 | 4,422.40 | Wire Ref#09587 Seq#07720: Abn Amro NYC | | |
| 11-27 | 243,749.00 | Wire Ref#01112 Seq#03906: Bk Amer Il Cgo | | |
| 11-27 | 4877,592.48 | Wire Ref#01112 Seq#08461: Bk Amer Il Cgo | | |