# Checking Statement

November 1, 2001 - November 30, 2001 ( 30 days)



## Other Credits (Continued)

| Date | Amount | Description | | |
|---|---|---|---|---|
| 11-27 | 1,879.44 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-27 | 6,048.00 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-27 | 42,401.04 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-28 | 5,400.00 | EDI/Eftpmt ARCHER DANIELS M 011127 396245 | 396245 | 020013315514300 |
| 11-28 | 13,491.75 | Accts Pay EXXON ACCT PAYBL 1127050173206 | 1127050173206 | 020013315513458 |
| 11-28 | 2,117.50 | Wire Ref#01112 Seq#00510: Firstunion NY | | |
| 11-28 | 395,505.66 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-29 | 52,050.00 | EDI/Eftpmt ARCHER DANIELS M 011128 396520 | 396520 | 020013326987813 |
| 11-29 | 825,268.45 | PO/Remit ARCO PROD PAY NOV 29 9121074 | 9121074 | 020013337580110 |
| 11-29 | 3,338.32 | Wire Ref#G0013 Seq#08176: Citibank Na | | |
| 11-29 | 40,568.34 | Wire Ref#LCK13 Seq#07967: Citibank Na | | |
| 11-29 | 405,996.60 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-29 | 572,705.44 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-29 | 25,062.50 | IP965-0278876 Airsec Sa | | |
| 11-30 | 9,575.96 | Vendor DOW CORNING CORP 011129 1500147068 | 1500147068 | 020013340041511 |
| 11-30 | 14,747.00 | EDI/Eftpmt ARCHER DANIELS M 011129 396902 | 396902 | 020013338289186 |
| 11-30 | 287,016.74 | PO/Remit CHEVRON USA NOV 30 | | 020013326905399 |
| 11-30 | 481,350.33 | PO/Remit ARCO PROD PAY NOV 30 9121366 | 9121366 | 020013340044832 |
| 11-30 | 1,359.84 | Wire Ref#0122F Seq#12441: Shinhan Bank N | | |
| 11-30 | 17,280.00 | Wire Ref#G0013 Seq#12634: Citibank Na | | |
| 11-30 | 101,221.91 | Wire Ref#01113 Seq#12231: Bk Amer NYC | | |
| 11-30 | 10,433.73 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-30 | 398,493.68 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 11-30 | 730,381.86 | Wholesale Lockbox #0075147 Credits - Charlotte | | |

## Other Debits

| Date | Amount | Description |
|---|---|---|
| 11-01 | 742,456.10 | Wire Ref#03708 Seq#03708: Chase NYC |
| 11-02 | 970,523.00 | Wire Ref#03908 Seq#03908: Chase NYC |
| 11-05 | 2114,856.00 | Wire Ref#03089 Seq#03089: Chase NYC |
| 11-06 | 991,281.00 | Wire Ref#03146 Seq#03146: Chase NYC |
| 11-07 | 1864,841.00 | Wire Ref#03476 Seq#03476: Chase NYC |
| 11-08 | 1025,965.00 | Wire Ref#03835 Seq#03835: Chase NYC |
| 11-09 | 1161,361.81 | Wire Ref#04991 Seq#04991: Chase NYC |
| 11-13 | 2534,925.44 | Wire Ref#06682 Seq#06682: Chase NYC |
| 11-13 | 3034,041.00 | Wire Ref#09233 Seq#09233: Chase NYC |
| 11-14 | 609,660.00 | Wire Ref#04268 Seq#04268: Chase NYC |
| 11-15 | 2832,213.00 | Wire Ref#04321 Seq#04321: Chase NYC |
| 11-16 | 3856,542.00 | Wire Ref#04019 Seq#04019: Chase NYC |
| 11-19 | 3493,232.00 | Wire Ref#03710 Seq#03710: Chase NYC |
| 11-20 | 1249,106.00 | Wire Ref#04597 Seq#04597: Chase NYC |
| 11-21 | 1342,799.00 | Wire Ref#05763 Seq#05763: Chase NYC |
| 11-21 | 1523,960.28 | Wire Ref#03287 Seq#03287: Chase NYC |
| 11-23 | 2055,543.69 | Wire Ref#02667 Seq#02667: Chase NYC |
| 11-26 | 1324,074.00 | Wire Ref#03564 Seq#03564: Chase NYC |
| 11-27 | 1920,630.00 | Wire Ref#02668 Seq#02668: Chase NYC |
| 11-28 | 5378,301.09 | Wire Ref#03307 Seq#03307: Chase NYC |
| 11-29 | 1251,124.91 | Wire Ref#05006 Seq#05006: Chase NYC |
| 11-30 | 1909,101.00 | Wire Ref#04756 Seq#04756: Chase NYC |

FIRST UNION NATIONAL BANK
ZERO BANK ACCOUNT 207-9900005260 RECONCILIATION
PERIOD ENDED 11/30/01

| | | | |
|---|---|---|---|
| GENERAL LEDGER - CASH ACCOUNT 0110.0017 | | | (2,819,682.12) |
| DZ1400010254 (MM) | | (62,361.81) | |
| | | (62,361.81) | (62,361.81) |
| | | | (2,882,043.93) |
| Unreconciled 11/30/2001 | | | (3,747.27) |
| SAP OUTSTANDING CHECKS 10/31/01 | 2,859,808.40 | | |
| Checks void after 11/30/01 not included in O/S listing | | | |
| 13920 | 347.00 | | |
| 15256 | 127.50 | | |
| 21664 | 25,451.55 | | |
| 21800 | 56.75 | | |
| Adjusted O/S at Month End | 2,885,791.20 | | 2,885,791.20 |
| TOTAL | | | 0.00 |

# FIRST UNION

## PARTIAL / RANGE RECONCILEMENT BALANCE SHEET

W.R. GRACE 026 ACCT NO.: 0001 2079900005260

ATTN: BILL WILLIS

7500 GRACE DRIVE

BLDG. 25

COLUMBIA MD 21044

---

RECONCILEMENT OF DEBITS CUTOFF DATE: 11/30/2001

---

| | | |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 10,737,636.62 ✓ |
| MISCELLANEOUS DEBITS | + | 16,816.51 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/- | .00 |
| DEBIT ADJUSTMENTS | - | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 10,754,453.13 |

TOTAL DEBITS FROM BANK STATEMENT 10,754,453.13

---

IF YOU HAVE ANY QUESTIONS, PLEASE

CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 026

VESTED-in-Quality

SENT BY:



# Commercial Checking

01 2079900005260 005 108 0 184 19,188

GRACE DAVISON
CURTIS BAY WORKS
ATTN LARRY BREAUX
PO BOX 3247
LAKE CHARLES LA 70602-3247

CB 026

## Commercial Checking

11/01/2001 thru 11/30/2001

Account number: 2079900005260
Account holder(s): GRACE DAVISON
CURTIS BAY WORKS

Taxpayer ID Number: 135114230

### Account Summary

| | |
|---|---|
| Opening balance 11/01 | $0.00 |
| Deposits and other credits | 10,754,459.13 + |
| Other withdrawals and service fees | 10,754,459.13 - |
| Closing balance 11/30 | $0.00 |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/01 | 421,883.65 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/02 | 825,525.38 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/05 | 1,131,483.80 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/06 | 528,571.46 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/07 | 794,746.72 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/08 | 2,989.51 | POSTING EQUALS NOTIFICATION ADJUST |
| 11/08 | 331,864.89 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/09 | 2,969.51 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/09 | 205,806.91 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/13 | 49.95 | POSTING EQUALS NOTIFICATION ADJUST |
| 11/13 | 850,832.86 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/14 | 49.95 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/14 | 488,582.46 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/15 | 420,122.36 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/16 | 363.88 | POSTING EQUALS NOTIFICATION ADJUST |

Deposits and Other Credits continued on next page.



# Commercial Checking

02 2079900005260 005 108 0 184 19,189

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|---|---|---|
| 11/16 | 581,829.39 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/19 | 7,238.75 | POSTING EQUALS NOTIFICATION ADJUST |
| 11/19 | 468,428.91 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/20 | 781.25 | POSTING EQUALS NOTIFICATION ADJUST |
| 11/20 | 8,477.60 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/20 | 676,179.98 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/21 | 781.25 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/21 | 659,924.28 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/23 | 1,142.30 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/23 | 260,529.55 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/26 | 1,142.30 | POST = NOTIF STOP HIT REVERSAL |
| 11/26 | 582,126.03 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/27 | 503,268.70 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/28 | 543.45 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/28 | 718,169.82 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/29 | 543.45 | POST = NOTIF STOP HIT REVERSAL |
| 11/29 | 3,181.92 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/29 | 247,791.35 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/30 | 88.60 | POSTING EQUALS NOTIFICATION ADJUST |
| 11/30 | 349,831.48 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$10,754,453.13** | |



# Commercial Checking

03 2079900005260 005 108 0 184 19,190

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 11/01 | 421,983.85 | LIST OF DEBITS POSTED |
| 11/02 | 525,525.38 | LIST OF DEBITS POSTED |
| 11/05 | 1,131,483.80 | LIST OF DEBITS POSTED |
| 11/06 | 628,671.46 | LIST OF DEBITS POSTED |
| 11/07 | 794,748.72 | LIST OF DEBITS POSTED |
| 11/08 | 2.99 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2000000282172 W.R. GRACE & CO |
| 11/08 | 2,968.52 | LIST OF DEBITS POSTED |
| 11/08 | 331,864.99 | LIST OF DEBITS POSTED |
| 11/09 | 2,969.51 | POSTING EQUAL NOTIFICATION REVERSAL |
| 11/09 | 205,808.91 | LIST OF DEBITS POSTED |
| 11/13 | 49.96 | LIST OF DEBITS POSTED |
| 11/13 | 850,632.66 | LIST OF DEBITS POSTED |
| 11/14 | 49.95 | POSTING EQUAL NOTIFICATION REVERSAL |
| 11/14 | 488,562.46 | LIST OF DEBITS POSTED |
| 11/16 | 420,122.36 | LIST OF DEBITS POSTED |
| 11/16 | 363.68 | LIST OF DEBITS POSTED |
| 11/16 | 581,829.39 | LIST OF DEBITS POSTED |
| 11/19 | 5.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2000000282172 W.R. GRACE & CO |
| 11/19 | 363.68 | POSTING EQUAL NOTIFICATION REVERSAL |
| 11/19 | 6,869.77 | LIST OF DEBITS POSTED |
| 11/19 | 468,428.91 | LIST OF DEBITS POSTED |
| 11/20 | 7,236.75 | POSTING EQUAL NOTIFICATION REVERSAL |
| 11/20 | 675,179.88 | LIST OF DEBITS POSTED |
| 11/21 | 781.25 | POSTING EQUAL NOTIFICATION REVERSAL |
| 11/21 | 658,924.28 | LIST OF DEBITS POSTED |
| 11/23 | 1,142.30 | POST=NOTIF STOP HIT ADJUSTMENT |
| 11/23 | 260,629.55 | LIST OF DEBITS POSTED |
| 11/26 | 13.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2000000282172 W.R. GRACE & CO |
| 11/26 | 1,128.34 | LIST OF DEBITS POSTED |
| 11/26 | 562,126.03 | LIST OF DEBITS POSTED |
| 11/27 | 503,269.70 | LIST OF DEBITS POSTED |
| 11/28 | 543.45 | POST=NOTIF STOP HIT ADJUSTMENT |
| 11/28 | 718,160.82 | LIST OF DEBITS POSTED |

*Other Withdrawals and Service Fees continued on next page.*