

## Commercial Checking

| | | | | | |
|---|---|---|---|---|---|
| 04 | 2079900005260 | 005 | 108 | 0 184 | 19,191 |

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 11/29 | 3,726.37 | ACCOUNT RESEARCH ADJUSTMENT, REQ 1327901172NC STORE #18268 TO ADJUST FOR POSTING ERROR. CHECK POSTED ON 10-18-01 AS 37.63. CORRECT AMOUNT 3,763.00. |
| 11/29 | 247,791.35 | LIST OF DEBITS POSTED |
| 11/30 | 88.60 | LIST OF DEBITS POSTED |
| 11/30 | 349,631.46 | LIST OF DEBITS POSTED |
| Total | $10,754,453.13 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/01 | 0.00 | 11/13 | 0.00 | 11/23 | 0.00 |
| 11/02 | 0.00 | 11/14 | 0.00 | 11/26 | 0.00 |
| 11/05 | 0.00 | 11/15 | 0.00 | 11/27 | 0.00 |
| 11/06 | 0.00 | 11/16 | 0.00 | 11/28 | 0.00 |
| 11/07 | 0.00 | 11/19 | 0.00 | 11/29 | 0.00 |
| 11/08 | 0.00 | 11/20 | 0.00 | 11/30 | 0.00 |
| 11/09 | 0.00 | 11/21 | 0.00 | | |



## Commercial Checking

05      2073900005260  005  108       0  184          19,192

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-666-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

### To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.

3. Write in any deposits you have made since the date of this statement.

4. Add together amounts listed above in steps 2 and 3.

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

## NOVEMBER 2001 BANK RECONCILIATION   A/C 207-9900005231

| | | | |
|---|---:|---|---:|
| Cash per Book | $ 17,986,248.55 | Cash per Bank | $ 17,987,931.55 |
| Nov 30 funding in transit | 15,280.00 | Item processed more than once | (1,683.00) |
| | | Nov 30 funding in transit | 15,280.00 |
| **Revised Cash per Book** | $ 18,001,528.55 | **Revised Cash per Bank** | $ 18,001,528.55 |
| Cash Disbursements per Book | $ (18,001,528.55) | Cash Disbursements per Bank | $(17,987,931.55) |
| | | Item processed more than once | 1,683.00 |
| | | Nov 30 funding in transit | (15,280.00) |
| **Revised Cash Disb per Book** | $ (18,001,528.55) | **Revised Cash Disb per Bank** | $(18,001,528.55) |

| | |
|---|---:|
| **Beginning Balance** | $ (1,204,643.07) |
| Cash Receipts | 17,986,248.55 |
| Cash Disbursements | (18,001,528.55) |
| **Ending Balance** | $ (1,219,923.07) |

**Balance Composed of:**

| | |
|---|---:|
| February funding in transit | (10,483,360.26) |
| Dec Reclass not transferred | (553,155.95) |
| Payroll transfer 5/17 | 250,000.00 |
| Payroll transfer error | 3.00 |
| Adjustment made in SAP | (6.65) |
| Returned item adjustment - Apri | (11,401.96) |
| June 17 funding not in SAP | (201,496.98) |
| D Parlin entry | (598,623.00) |
| D Parlin entry - adj June | 10,191,592.66 |
| D Parlin entry - correct Feb | 200,025.84 |
| SM posting adjustment | (2.83) |
| SM posting adjustment | (17.37) |
| SM posting adjustment | (407.04) |
| Item processed more than once | 3,894.15 |
| June Unidentified | 1,946.46 |
| D Parlin entry - adj July & Aug | (3,633.14) |
| Nov 30 funding in transit | (15,280.00) |
| | $ (1,219,923.07) |



# Commercial Checking

| | | | | | |
|---|---|---|---|---|---|
| 01 | 2079900005231  005  108 | 0  180 | 19,184 | | |

```
W.R. GRACE & CO. CONN: DAVISON-
BALTIMORE                              CB   026
ATTN:  BILL WILLIS
7500 GRACE DRIVE, BUILDING 25
COLUMBIA, MD  21044
```

## Commercial Checking

11/01/2001 thru 11/30/2001

Account number:    2079900005231
Account holder(s):    W.R. GRACE & CO. CONN: DAVISON-
BALTIMORE

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---:|
| Opening balance 11/01 | $0.00 |
| Deposits and other credits | 17,987,931.55 + |
| Other withdrawals and service fees | 17,987,931.55 - |
| Closing balance 11/30 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| 11/02 | 1,253,201.10 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/07 | 1,303,317.58 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/09 | 2,232,019.74 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/14 | 2,226,758.06 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/16 | 1,683.00 | AUTOMATED CREDIT RETURN SETTLE    RETURN<br>CO. ID.         011116 PPD<br>MISC SETTL CHRETIRE |
| 11/16 | 2,199,261.39 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/19 | 162,107.58 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/21 | 2,762,555.46 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/23 | 34,043.80 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/27 | 247,768.98 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*



## Commercial Checking

## Deposits and Other Credits continued

| Date  | Amount        | Description                                                              |
|-------|---------------|--------------------------------------------------------------------------|
| 11/28 | 1,334,908.73  | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO       |
| 11/29 | 120,210.50    | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO       |
| 11/30 | 4,110,095.63  | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO       |
| Total | $17,987,931.55 |                                                                         |

## Other Withdrawals and Service Fees

| Date  | Amount        | Description                                                                                    |
|-------|---------------|------------------------------------------------------------------------------------------------|
| 11/02 | 1,253,201.10  | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011102 PPD<br>MISC SETTL NCSEDI |
| 11/07 | 1,303,317.58  | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011107 PPD<br>MISC SETTL NCSEDI |
| 11/09 | 2,232,019.74  | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011109 PPD<br>MISC SETTL NCSEDI |
| 11/14 | 2,226,758.06  | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011114 PPD<br>MISC SETTL NCSEDI |
| 11/16 | 2,200,944.39  | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011116 PPD<br>MISC SETTL NCSEDI |
| 11/19 | 162,107.58    | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011119 PPD<br>MISC SETTL NCSEDI |
| 11/21 | 2,762,555.46  | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011121 PPD<br>MISC SETTL NCSEDI |
| 11/23 | 34,043.80     | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011123 PPD<br>MISC SETTL NCSEDI |
| 11/27 | 247,768.98    | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011127 PPD<br>MISC SETTL NCSEDI |
| 11/28 | 1,334,908.73  | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011128 PPD<br>MISC SETTL NCSEDI |
| 11/29 | 120,210.50    | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011129 PPD<br>MISC SETTL NCSEDI |
| 11/30 | 4,110,095.63  | AUTOMATED DEBIT  GRACE DAVISON    DAVISONEFT<br>CO. ID.        011130 PPD<br>MISC SETTL NCSEDI |
| Total | $17,987,931.55 |                                                                                               |

# FIRST UNION
## Commercial Checking

| | | | | | | |
|---|---|---|---|---|---|---|
| 03 | 2079900005231 | 005 | 108 | 0  180 | 19,186 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/02 | 0.00 | 11/16 | 0.00 | 11/27 | 0.00 |
| 11/07 | 0.00 | 11/19 | 0.00 | 11/28 | 0.00 |
| 11/09 | 0.00 | 11/21 | 0.00 | 11/29 | 0.00 |
| 11/14 | 0.00 | 11/23 | 0.00 | 11/30 | 0.00 |



## Commercial Checking

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04 | 2079900005231 | 005 | 108 | 0 | 180 | | 19,187 |

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

### To Balance Your Account

| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI    page 4 of 4