W. R. Grace & Co. - Conn (Co. 032)
Bank Account Reconciliation

November 2001

| | Allfirst Payroll 16298631 |
|---|---|
| | 032-0110-8005 |
| Balance per books | $ 195,000 |
| Bank Balance (attach statement) | 423,921 |
| (+) Deposits in transit (list below) | - |
| ( -) Outstanding checks (list below) | (229,062) |
| Other (list below) | 141 |
| Adjusted bank balance | $ 195,000 |

| DEPOSITS IN TRANSIT | Date | Amount |
|---|---|---|
| | | |

| OUTSTANDING CHECKS | Ck. # | Amount |
|---|---|---|
| | | list attached |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | 141 |
| Deposit in bank not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | - |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll/other activity in transit | | |
| Petty cash funds - Chicago & Colorado | | |

**allfirst**

W R GRACE & CO INC
DAVISON CHEMICAL DIVISION
CURTIS BAY HOURLY PAYROLL/EARL HIBBARD
5500 CHEMICAL DRIVE
BALTIMORE MD 21226-1604

Page 1 of 4

# Corporate Checking

November 1, 2001 thru November 30, 2001

| | | |
|---|---|---|
| W R GRACE & CO INC<br>DAVISON CHEMICAL DIVISION<br>CURTIS BAY HOURLY PAYROLL/EARL HIBBARD | Account Number<br>00162-9863-1 | For assistance call<br>The Financial Center<br>1-800-220-6004 |

WITH LOW RATES AND GREAT LOAN PROGRAMS, NOW IS THE TIME TO REFINANCE.
Put today's low interest rates and Allfirst's great loan programs to work for your
business. If you've tied up personal credit cards or home equity loans to finance your
business, consider refinancing now to free up your personal credit and lower your
monthly payments. Allfirst Bank - Equal Opportunity Lender.
Allfirst wishes you and your employees a safe and happy holiday season.

## Activity Summary

| | | | |
|---|---|---|---|
| Avg daily ledger balance | $533,029.40 | Balance on 10/31 | $685,980.33 |
| | | 000020 checks/list post | -964,488.88 |
| | | Funds transfers (net) | 702,570.60 |
| | | Other debits | -141.25 |
| | | **Balance on 11/30** | **$423,920.80** |

## Checks/List Post

* Denotes missing sequence number

| Serial Number | | Amount | Date | Reference Number | Serial Number | | Amount | Date | Reference Number |
|---|---|---|---|---|---|---|---|---|---|
| LP items | 12 | $7,618.34 | 11/01 | | LP items | 91 | $50,985.74 | 11/16 | |
| LP items | 78 | 42,144.85 | 11/02 | | LP items | 238 | 142,127.08 | 11/19 | |
| LP items | 221 | 123,001.56 | 11/05 | | LP items | 67 | 34,015.73 | 11/20 | |
| LP items | 60 | 32,467.40 | 11/06 | | LP items | 14 | 6,973.90 | 11/21 | |
| LP items | 35 | 17,954.05 | 11/07 | | LP items | 93 | 53,684.07 | 11/23 | |
| LP items | 14 | 10,607.14 | 11/08 | | LP items | 162 | 89,011.87 | 11/26 | |
| LP items | 78 | 40,468.74 | 11/09 | | LP items | 88 | 50,028.90 | 11/27 | |
| LP items | 228 | 127,245.03 | 11/13 | | LP items | 34 | 16,819.64 | 11/28 | |
| LP items | 28 | 13,208.68 | 11/14 | | LP items | 26 | 15,016.01 | 11/29 | |
| LP items | 70 | 37,956.69 | 11/15 | | LP items | 95 | 53,153.46 | 11/30 | |
| | | | | | | | **$964,488.88** | **Checks Total** | |

011
001203 LP
91198317220078   001

Continued on back

**Funds Transfers**

| Date | Description | Amount |
|---|---|---|
| 11/01 | ACH DEBIT 100018950<br>W.R. GRACE  PAYROLL  E97  01<br>1135114230W.R. GRACE  20013036375136 | -241,266.08 |
| 11/06 | WIRE TRANSFER CREDIT 1106001668 500063758<br>ALB SEQ=011106001668;FED REF=002269;SEND<br>ING BANK=021000021;REF FOR BEN=TEBC OF 0<br>1/11/06;ORIGINATOR=W.R. GRACE AND COMPAN<br>Y SYRACUSE FUNDING ACCOUN;OBI=HOURLY PAY<br>ROLL | 749,894.48 |
| 11/07 | WIRE TRANSFER DEBIT 1107001855 500094908<br>ALB SEQ=011107001855;FED REF=000613;RECE<br>IVING BANK=071000039;REF FOR BEN=C4025-1<br>29761917;ORIGINATOR=WR GRACE AND CO INC<br>ATTN: EARL HIBBARD CURTIS | -288,827.68 |
| 11/08 | ACH DEBIT 100012699<br>W.R. GRACE  PAYROLL  E97  01<br>1135114230W.R. GRACE  20013108883243 | -235,441.53 |
| 11/13 | WIRE TRANSFER CREDIT 1113001769 500091035<br>ALB SEQ=011113001769;FED REF=003007;SEND<br>ING BANK=021000021;REF FOR BEN=TEBC OF 0<br>1/11/13;ORIGINATOR=W.R. GRACE AND COMPAN<br>Y SYRACUSE FUNDING ACCOUN;OBI=HOURLY PAY<br>ROLL | 789,283.93 |
| 11/14 | WIRE TRANSFER DEBIT 1114002086 500001417<br>ALB SEQ=011114002086;FED REF=000739;RECE<br>IVING BANK=071000039;REF FOR BEN=C4025-1<br>29785307;ORIGINATOR=WR GRACE AND CO INC<br>ATTN: EARL HIBBARD CURTIS | -304,791.79 |
| 11/15 | ACH DEBIT 100014961<br>W.R. GRACE  PAYROLL  E97  01<br>1135114230W.R. GRACE  20013171129048 | -247,466.24 |
| 11/20 | WIRE TRANSFER CREDIT 1120001308 500065655<br>ALB SEQ=011120001308;FED REF=002243;SEND<br>ING BANK=021000021;REF FOR BEN=TEBC OF 0<br>1/11/20;ORIGINATOR=W.R. GRACE AND COMPAN<br>Y SYRACUSE FUNDING ACCOUN;OBI=HOURLY PAY | 771,611.58 |

Continued on next page

Case 01-01139-AMC   Doc 1639-15   Filed 02/07/02   Page 4 of 20

 allfirst

Page 3 of 4

**W R GRACE & CO INC**
**DAVISON CHEMICAL DIVISION**
**CURTIS BAY HOURLY PAYROLL/EARL HIBBARD**

Account Number
00162-9863-1

For assistance call
The Financial Center
1-800-220-6004

**Funds Transfers - continued**

| Date | Description | Amount |
|---|---|---|
| | ROLL | .00 |
| 11/21 | WIRE TRANSFER DEBIT 1121002836 500026971 ALB SEQ=011121002836;FED REF=000869;RECEIVING BANK=071000039;REF FOR BEN=C4025-129824134;ORIGINATOR=WR GRACE AND CO INC ATTN: EARL HIBBARD CURTIS | -295,913.02 |
| 11/23 | ACH DEBIT 100014455 W.R. GRACE   PAYROLL   E97   01 1135114230W.R. GRACE   20013244147723 | -246,847.31 |
| 11/27 | WIRE TRANSFER CREDIT 1127001057 500061341 ALB SEQ=011127001057;FED REF=001656;SENDING BANK=021000021;REF FOR BEN=TEBC OF 01/11/27;ORIGINATOR=W.R. GRACE AND COMPANY SYRACUSE FUNDING ACCOUN;OBI=HOURLY PAYROLL | 869,356.06 |
| 11/28 | WIRE TRANSFER DEBIT 1128002057 500096466 ALB SEQ=011128002057;FED REF=000751;RECEIVING BANK=071000039;REF FOR BEN=C4025-129837104;ORIGINATOR=WR GRACE AND CO INC ATTN: EARL HIBBARD CURTIS | -340,739.81 |
| 11/29 | ACH DEBIT 100009642 W.R. GRACE   PAYROLL   E97   01 1135114230W.R. GRACE   20013316308269 | -276,281.99 |

**Funds Transfers Total (net)**   $702,570.60

**Other Debits**

| Date | Description | Amount |
|---|---|---|
| 11/09 | ANALYSIS FEE 430017431 | -141.25 |

**Other Debits Total**   -141.25

011
001203 LP
91198317220078   001

Continued on back

**End of Day Ledger Balance**
Account balances are updated in the section below only on days when transactions posted to this account.

| Date  | Balance      | Date  | Balance      | Date  | Balance      |
|-------|--------------|-------|--------------|-------|--------------|
| 10/31 | $685,980.33  | 11/09 | $395,936.19  | 11/21 | $696,147.80  |
| 11/01 | 437,095.91   | 11/13 | 1,057,975.09 | 11/23 | 395,616.42   |
| 11/02 | 394,951.06   | 11/14 | 739,974.62   | 11/26 | 306,604.55   |
| 11/05 | 271,949.50   | 11/15 | 454,551.69   | 11/27 | 1,125,931.71 |
| 11/06 | 989,376.58   | 11/16 | 403,565.95   | 11/28 | 768,372.26   |
| 11/07 | 682,594.85   | 11/19 | 261,438.87   | 11/29 | 477,074.26   |
| 11/08 | 436,546.18   | 11/20 | 999,034.72   | 11/30 | 423,920.80   |

**Average daily ledger balance**      $533,029.40

**Outstanding Checks** — over/under deposited

| Week ending | Ck no. | Amount | |
|---|---|---|---|
| **Outstanding checks:** | | | |
| 24-Jun | 29635 | **505.05** | |
| 9-Jul | 31003 | **744.60** | |
| 16-Jul | A9201 | -372.27 | |
|  | 25823 | 492.00 | |
|  |  | **119.73** | |
| 23-Jul | ALLIER | 984.00 | |
|  | 31996 | 402.40 | |
|  |  | **1386.40** | |
| 30-Jul | 100688 | 381.54 | |
|  |  | **381.54** | |
| 6-Aug | 10790 | -1479.07 | |
|  |  | **-1479.07** | |
| 13-Aug | 11202 | -1281.61 | |
|  |  | **-1281.61** | |
| 20-Aug | A11317 | -3078.85 | |
|  | 33574 | 549.31 | |
|  |  | **-2529.54** | |
| 17-Aug | 100701 | -358.23 | not on register |
| **10-Sep** | **34973** | **61.45** | |
| 24-Sep | a13801 | **-563.94** | |
| 30-Sep | 100760 | -135.34 | no deposit |
|  |  | **-135.34** | |
| 1-Oct | A14302 | -864.69 | |
|  |  | **-864.69** | |
| 8-Oct | 36413 | 479.77 | |
|  | 100780 | 49.03 | |
|  |  | **528.80** | |
| 22-Oct | a14817 | -885.65 | |
|  | 15236 | -1.18 | |
|  |  | **-886.83** | |
| 29-Oct | 37658 | 0.51 | |
|  | 100797 | 182.57 | duplicate to be corrected |
|  | 100797 | 182.57 | duplicate to be corrected |
|  |  | **365.65** | |
| 4-Nov | 37997 | 31.29 | |
|  | 38051 | 440.57 | |
|  | 38086 | 2610.13 | |
|  | 38087 | 754.83 | |
|  | 38088 | 385.76 | |
|  | 38360 | 340.84 | |
|  | 38398 | 716.84 | |
|  |  | **5280.26** | |

01108005

Page 1 of 7

| Date | Ref | Amount |
|---|---|---:|
| 11-Nov | 38405 | 31.30 |
| | 38555 | 529.52 |
| | 38567 | 237.40 |
| | 38593 | 478.36 |
| | 38618 | 747.32 |
| | 38735 | 386.01 |
| | 38767 | 1482.53 |
| | 38810 | 652.29 |
| | | **4544.73** |
| 18-Nov | A17321 | -1167.94 |
| | 38817 | 35.14 |
| | 38818 | 248.84 |
| | 38819 | 828.73 |
| | 38848 | 384.89 |
| | 38849 | 331.81 |
| | 38869 | 440.56 |
| | 38903 | 77.42 |
| | 38904 | 586.86 |
| | 38907 | 1040.70 |
| | 38919 | 640.17 |
| | 38925 | 137.04 |
| | 38929 | 373.28 |
| | 38936 | 794.33 |
| | 38941 | 637.62 |
| | 38942 | 569.10 |
| | 38957 | 532.62 |
| | 38962 | 135.11 |
| | 38975 | 237.39 |
| | 38980 | 709.96 |
| | 38983 | 554.93 |
| | 38993 | 898.54 |
| | 38999 | 938.27 |
| | 39001 | 301.00 |
| | 39010 | 597.30 |
| | 39061 | 320.73 |
| | 39063 | 500.37 |
| | 39065 | 406.15 |
| | 39097 | 630.65 |
| | 39100 | 452.15 |
| | 39127 | 635.24 |
| | 39152 | 383.47 |
| | 39157 | 737.98 |
| | 39170 | 564.11 |
| | 39178 | 302.15 |
| | 39182 | 1298.27 |
| | 39206 | 369.83 |
| | 39219 | 1269.03 |
| | 39224 | 552.45 |
| | | **19286.25** |
| 25-Nov | 17355 | -1710.74 |
| | 39226 | 78.70 |
| | 39227 | 148.83 |
| | 39228 | 517.24 |
| | 39230 | 439.00 |
| | 39231 | 424.97 |
| | 39232 | 259.29 |
| | 39234 | 600.84 |
| | 39235 | 516.34 |
| | 39236 | 326.51 |

| | |
|---|---|
| 39237 | 463.74 |
| 39239 | 485.54 |
| 39241 | 513.81 |
| 39243 | 1306.12 |
| 39244 | 403.83 |
| 39246 | 76.79 |
| 39247 | 958.51 |
| 39248 | 459.76 |
| 39254 | 424.48 |
| 39255 | 564.62 |
| 39256 | 699.96 |
| 39257 | 866.34 |
| 39259 | 353.02 |
| 39260 | 380.35 |
| 39261 | 538.61 |
| 39262 | 257.09 |
| 39263 | 655.59 |
| 39266 | 303.90 |
| 39270 | 577.96 |
| 39272 | 507.96 |
| 39275 | 573.56 |
| 39276 | 585.91 |
| 39277 | 1018.48 |
| 39278 | 403.75 |
| 39280 | 502.06 |
| 39281 | 341.33 |
| 39282 | 444.84 |
| 39287 | 496.48 |
| 39288 | 366.17 |
| 39289 | 96.45 |
| 39292 | 444.98 |
| 39295 | 458.59 |
| 39297 | 133.46 |
| 39298 | 592.97 |
| 39300 | 548.42 |
| 39301 | 508.36 |
| 39303 | 459.84 |
| 39306 | 365.90 |
| 39307 | 895.51 |
| 39308 | 818.28 |
| 39309 | 495.57 |
| 39311 | 909.20 |
| 39312 | 282.09 |
| 39313 | 566.01 |
| 39314 | 594.10 |
| 39315 | 1141.48 |
| 39316 | 764.42 |
| 39317 | 649.46 |
| 39320 | 1156.69 |
| 39321 | 817.30 |
| 39322 | 788.20 |
| 39326 | 783.85 |
| 39327 | 1505.03 |
| 39329 | 1013.29 |
| 39330 | 1077.26 |
| 39332 | 1423.31 |
| 39334 | 830.43 |
| 39335 | 347.92 |
| 39336 | 598.78 |
| 39337 | 1160.65 |
| 39338 | 1041.45 |
| 39339 | 202.53 |

| | |
|---|---:|
| 39341 | 865.05 |
| 39342 | 643.42 |
| 39344 | 1041.79 |
| 39345 | 650.15 |
| 39346 | 265.77 |
| 39347 | 311.03 |
| 39348 | 467.94 |
| 39349 | 349.49 |
| 39350 | 280.00 |
| 39351 | 497.75 |
| 39352 | 240.25 |
| 39353 | 476.18 |
| 39355 | 390.80 |
| 39356 | 458.27 |
| 39358 | 360.28 |
| 39359 | 424.15 |
| 39360 | 251.15 |
| 39362 | 340.50 |
| 39363 | 487.16 |
| 39365 | 518.23 |
| 39366 | 251.96 |
| 39367 | 878.56 |
| 39368 | 694.09 |
| 39369 | 917.99 |
| 39370 | 878.02 |
| 39371 | 413.42 |
| 39374 | 887.34 |
| 39375 | 596.02 |
| 39376 | 875.55 |
| 39377 | 471.30 |
| 39378 | 522.83 |
| 39380 | 388.18 |
| 39383 | 241.50 |
| 39384 | 1387.97 |
| 39385 | 465.83 |
| 39386 | 1098.54 |
| 39387 | 360.60 |
| 39388 | 753.40 |
| 39391 | 554.93 |
| 39392 | 547.88 |
| 39394 | 413.09 |
| 39395 | 646.34 |
| 39396 | 659.73 |
| 39397 | 924.56 |
| 39398 | 384.38 |
| 39400 | 557.72 |
| 39401 | 773.35 |
| 39404 | 459.22 |
| 39406 | 753.23 |
| 39407 | 671.79 |
| 39408 | 435.38 |
| 39409 | 485.94 |
| 39410 | 534.69 |
| 39412 | 568.67 |
| 39413 | 565.64 |
| 39415 | 772.55 |
| 39416 | 468.40 |
| 39417 | 448.86 |
| 39418 | 486.17 |
| 39419 | 589.42 |
| 39421 | 601.72 |
| 39422 | 461.00 |

| | |
|---:|---:|
| 39423 | 518.65 |
| 39424 | 518.47 |
| 39425 | 564.40 |
| 39426 | 526.63 |
| 39429 | 436.62 |
| 39430 | 43.72 |
| 39431 | 283.54 |
| 39432 | 503.40 |
| 39433 | 505.12 |
| 39434 | 561.43 |
| 39435 | 161.98 |
| 39438 | 488.76 |
| 39439 | 250.61 |
| 39441 | 532.65 |
| 39443 | 484.59 |
| 39444 | 321.17 |
| 39447 | 496.03 |
| 39448 | 380.85 |
| 39449 | 85.77 |
| 39450 | 328.19 |
| 39452 | 445.98 |
| 39453 | 343.22 |
| 39454 | 355.13 |
| 39455 | 385.11 |
| 39456 | 427.20 |
| 39457 | 174.73 |
| 39459 | 92.66 |
| 39460 | 131.03 |
| 39461 | 331.98 |
| 39462 | 762.29 |
| 39464 | 128.09 |
| 39466 | 430.85 |
| 39467 | 396.06 |
| 39468 | 206.46 |
| 39470 | 147.97 |
| 39472 | 383.52 |
| 39473 | 422.98 |
| 39474 | 415.86 |
| 39475 | 144.61 |
| 39476 | 157.68 |
| 39477 | 121.49 |
| 39478 | 160.51 |
| 39479 | 1149.74 |
| 39480 | 196.56 |
| 39481 | 318.53 |
| 39482 | 507.58 |
| 39483 | 817.46 |
| 39484 | 712.14 |
| 39485 | 417.23 |
| 39486 | 1042.58 |
| 39487 | 965.46 |
| 39488 | 499.02 |
| 39489 | 910.24 |
| 39490 | 1108.07 |
| 39491 | 948.39 |
| 39492 | 1242.90 |
| 39493 | 1625.71 |
| 39494 | 365.78 |
| 39495 | 755.10 |
| 39496 | 1258.84 |
| 39497 | 1919.82 |
| 39498 | 674.08 |

| | |
|---|---:|
| 39499 | 867.40 |
| 39501 | 893.94 |
| 39502 | 494.55 |
| 39503 | 835.11 |
| 39504 | 677.88 |
| 39505 | 1089.24 |
| 39506 | 872.76 |
| 39507 | 736.21 |
| 39508 | 511.41 |
| 39509 | 983.82 |
| 39510 | 509.10 |
| 39511 | 1105.09 |
| 39512 | 925.49 |
| 39513 | 913.48 |
| 39514 | 310.57 |
| 39515 | 809.01 |
| 39516 | 818.45 |
| 39517 | 1354.66 |
| 39518 | 797.34 |
| 39519 | 1587.25 |
| 39520 | 966.63 |
| 39521 | 1051.78 |
| 39522 | 926.80 |
| 39523 | 637.30 |
| 39524 | 941.48 |
| 39525 | 958.85 |
| 39526 | 872.51 |
| 39527 | 1004.46 |
| 39528 | 433.71 |
| 39529 | 704.95 |
| 39530 | 1038.93 |
| 39531 | 907.89 |
| 39532 | 590.32 |
| 39533 | 851.10 |
| 39534 | 872.38 |
| 39535 | 805.84 |
| 39536 | 1239.72 |
| 39537 | 807.79 |
| 39538 | 691.11 |
| 39539 | 1077.72 |
| 39540 | 1045.86 |
| 39541 | 703.81 |
| 39542 | 722.95 |
| 39543 | 462.84 |
| 39544 | 1140.24 |
| 39545 | 1061.81 |
| 39546 | 884.10 |
| 39547 | 371.60 |
| 39548 | 674.36 |
| 39549 | 1360.36 |
| 39550 | 1042.79 |
| 39551 | 924.36 |
| 39552 | 761.69 |
| 39553 | 1069.15 |
| 39554 | 1010.59 |
| 39555 | 872.67 |
| 39556 | 803.91 |
| 39557 | 1408.16 |
| 39558 | 626.06 |
| 39559 | 747.81 |
| 39560 | 831.64 |
| 39561 | 603.56 |

| | |
|---|---:|
| 39562 | 717.36 |
| 39563 | 1049.57 |
| 39564 | 506.52 |
| 39565 | 579.18 |
| 39566 | 481.85 |
| 39567 | 713.28 |
| 39568 | 675.88 |
| 39569 | 416.77 |
| 39570 | 498.95 |
| 39571 | 1220.04 |
| 39572 | 566.80 |
| 39573 | 1069.69 |
| 39574 | 601.50 |
| 39575 | 462.18 |
| 39576 | 1855.65 |
| 39577 | 463.78 |
| 39578 | 900.92 |
| 39579 | 383.97 |
| 39580 | 524.39 |
| 39581 | 329.65 |
| 39582 | 513.12 |
| 39583 | 910.91 |
| 39584 | 448.83 |
| 39585 | 448.82 |
| 39586 | 448.83 |
| 39587 | 448.84 |
| 39588 | 417.73 |
| 39589 | 536.97 |
| 39590 | 1997.52 |
| 39591 | 835.47 |
| 39592 | 539.23 |
| 39593 | 1102.20 |
| 39594 | 734.78 |
| 39595 | 1036.39 |
| 39596 | 940.04 |
| 39598 | 721.17 |
| 39599 | 463.37 |
| 39600 | 451.30 |
| 39601 | 348.30 |
| 39602 | 403.35 |
| 39603 | 470.46 |
| 39604 | 509.04 |
| 39605 | 325.95 |
| 39606 | 385.38 |
| 39607 | 494.95 |
| 39608 | 589.23 |
| 39609 | 992.60 |
| 39610 | 875.41 |
| 39611 | 1100.50 |
| 39612 | 1156.76 |
| 39614 | 950.44 |
| 39615 | 947.64 |
| 39616 | 1845.07 |
| 39617 | 76.34 |
| 39618 | 1391.14 |
| 39619 | 1046.65 |
| 39620 | 293.75 |
| 39621 | 552.45 |
| 39622 | **986.55** |
| | **204123.42** |

SUNTRUST BANK, CHATTANOOGA
PO BOX 622227
ORLANDO, FL 32862-2227

Page 1 of 1
66/E00/0680/0 /00
0000000141309
11/30/2001

# SUNTRUST

# Account Statement

DAVISON SPECIALTY CHEMICAL COMPANY
PAYROLL ACCT
ATTENTION: BILL BRYANT
4000 N HAWTHORNE ST
CHATTANOOGA TN 37406-1313

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM.

| Account Summary | Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|
| | BUSINESS REGULAR CHECKING | 0000141309 | 11/01/2001 - 11/30/2001 | 52-0968234 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $45,291.46 | Average Balance | $45,291.46 |
| Deposits/Credits | $.00 | Average Collected Balance | $45,291.46 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $45,291.46 | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 11/30 | 45,291.46 | 45,291.46 | | | |

Member FDIC

W.R. GRACE & CO
CHATTANOOGA PLANT
PAYROLL BANK RECONCILIATION

SUNTRUST BANK
CHATTANOOGA, TENNESSEE
#0000141309

MONTH OF NOVEMBER 2001

| BALANCE PER BANK | | | | | $45,291.46 |
|---|---|---|---|---|---|

OUTSTANDING CHECKS:

| CHECK NO. | AMOUNT | CHECK NO. | AMOUNT | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 74725 | $84.45 | | Michale Karr 6/27/00 | | |
| 74778 | $84.45 | | Michael Karr 7/5/00 | | |
| 74939 | $122.56 | | Michael Karr 7/25/00 | | |

Notes:  Michael Karr does not work for Grace anymore.  He was out of work for a p
of time on sick leave.  The company paid some of his insurance while he was out.
to have repaid this amount.  He left Grace for employment elswhere shortly after
to work.  He was to have come by and signed over the above checks to Grace but ne
The above checks are in the possesion of Grace.

TOTAL OUTSTANDING CHECKS                                                      ($291.46)

| BALANCE PER RECONCILIATION | $45,000.00 |
|---|---|
| BALANCE PER G/L | $45,000.00 |

# Corporate Business Account Statement

For the period 11/01/2001 to 11/30/2001

W R GRACE & CO
DAVISON CHEMICAL DIVISION
C/O JIM YALE
5500 CHEMICAL RD
BALTIMORE MD 21226-1604

Account number: 40-0264-...50
Page 1 of 1
Number of enclosures: 0
Tax ID Number: 13-5114230

For Client Services:
Call 1-877-824-5001

Visit us at www.treasury.p...ank.com

Write to: Client Services
P.O. Box 1198
Cincinnati, OH 45201

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 25,000.00 | 0.00 | 0.00 | 25,000.00 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | 0.00 | Checks | 0 | 0.00 |
| National Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| ACH Credits | 0 | 0.00 | ACH Debits | 0 | 0.00 |
| Funds Transfers In | 0 | 0.00 | Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 | Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 | Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 | Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 | Other Debits | 0 | 0.00 |
| Total | 0 | 0.00 | Total | 0 | 0.00 |

### Ledger Balance

| Date | Ledger balance |
|---|---|
| 11/01 | 25,000.00 |

# HIBERNIA NATIONAL BANK - HOURLY PAYROLL ACCOUNT
# ACCT 0110.8008

## November, 2001

| | |
|---|---:|
| **STATEMENT BALANCE** | $9,830.49 |
| | 0.00 |
| **Wire Fees/Services Charges 09/00 & 10/00** | 169.51 |
| **GENERAL LEDGER BALANCE** | $10,000.00 |

12/19/2001

*Ann Bean*


*Where service matters.*℠

*1

Direct inquiries to Customer Service
(337) 494-3354 or (800) 262-5689

W R GRACE CO
DAVISON CHEMICAL DIVISION
MR L BREAUX-PLANT CONTROLLER
PO BOX 3247
LAKE CHARLES LA   706023247

Page     1                    (    0)

## Account Summary - Commercial Checking Account   101391210

| | | | | |
|---|---|---|---|---|
| Previous balance | | $9,830.49 | Statement cycle began | November 1, 2001 |
| + | 0 Credits/deposits | $0.00 | Statement cycle ended | November 30, 2001 |
| - | 0 Debits/checks | $0.00 | Number of days in cycle | 30 |
| - | Service charges | $0.00 | Minimum balance this cycle | $9,830.49 |
| + | Interest paid | $0.00 | Average collected balance | $9,830.00 |
| Ending balance | | $9,830.49 | Interest paid YTD | $0.00 |

## Service Charges

| Date | Service Description | Number of items | Fee per item | Total |
|---|---|---|---|---|
| 11/30 | Maintenance charge | | | $7.50 |
| 11/30 | Earnings credit | | | $7.50- |
| | Monthly cycle service charge | | | $0.00 |
| | Average investable balance | | | $8,847.00 |

## Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | $9,830.49 | 11/30 | $9,830.49 | | |

Member FDIC

# Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.765.8686 Express Service

Page 1 of 1
Account Number: 0000 0002 2137
E 0   0 C Enclosures 0         54
Statement Period
11/01/01 through 11/30/01       0020449

```
00012201   1 AT   0.269  12    01005 001 SCM999 I1
```
NTL KAOLIN PROD CO W R GRACE
CO DAVISON CHEM PAYROLL ACCT
213 KAOLIN RD
AIKEN SC 29801-9016

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| tement Period | 11/01/01 through 11/30/01 | Statement Beginning Balance | 30,610.02 |
| mber of Deposits/Credits | 0 | Amount of Deposits/Credits | 0.00 |
| mber of Withdrawals/Debits | 0 | Amount of Withdrawals/Debits | 0.00 |
| mber of Deposited Items | 0 | Statement Ending Balance | 30,610.02 |
| mber of Enclosures | 0 | Average Ledger Balance | 30,610.02 |
| mber of Days in Cycle | 30 | Service Charge | 0.00 |

### Daily Ledger Balances

| | Balance |
|---|---|
| 01 | 30,610.02 |

ssage Center

 ik of America is no longer participating in the STAR network. Your ATM/Check Card will
tinue to be accepted at all PLUS ATMs and all Interlink merchants throughout the U.S., and
r Check Card will continue to be accepted at all  Visa  merchants and ATMs worldwide. Most
Ms accept PLUS, and most merchants accept Interlink.

se-notice your statement's new look. Some of our customers told us that blank spaces at the top
tatement pages resulted in generation of an additional page. Thanks to this feedback, we are now
iting statement information in those spaces, reducing the length of your statement and saving
er.

**AIKEN S.C. PLANT**
BANK RECONCILIATION NOVEMBER 2001

| Checks Not Cleared | | | |
|---|---|---|---|
| 40820 | 336.95 | Balance Per Bank | $ 30,610.02 |
| | | Deposits Not Recorded | |
| | | Checks Not Cleared | (336.95) |
| | | Service Charge 01/00 | 37.75 |
| | | CHK 43391 FOR 619.51 PD 619.41 | 0.10 |
| | | CHK 43487 FOR 481.83 PD 481.03 | (0.80) |
| | | Service Charge-Wire Transfer 03/00 | 11.70 |
| | | CHK 44021 FOR 370.66 PD 370.46 | (0.20) |
| | | Service Charge 08/00 | 29.00 |
| | | Service Charge 09/00 | 33.50 |
| | | EST PAYROLL 12/20/99 | (2,805.44) |
| | | EST PAYROLL 12/27/99 | (2,578.46) |
| | | CHK 44843 FOR 303.80 PD 303.00 | (0.80) |
| | | CHK 45195 FOR 417.57 PD 417.67 | 0.10 |
| | | Service Charge 10/00 | 0.50 |
| | | Unknown Adjustment | (0.02) |
| | | Adjusted Bank Balance | $ 25,000.00 |
| | | | |
| | | Balance per General Ledger | $ 25,000.00 |
| | | | |
| | | Difference | $       — |

| Total | $ 336.95 |
|---|---|

**Columbia Salaried Payroll - 01108010**
**First National Bank Payroll Account 162-9865-7**
**November, 2001**

Bank Balance                                         187,545.29

Less Outstanding Checks:
| Date | Check # | Amount |
|---|---|---|
| 12/22/00 | 4434 | (2,103.05) |
| 2/7/01 | 100316 | (1,655.26) |
| 2/26/01 | 100282 | (370.82) |
| 5/8/01 | 4575 | (2,918.20) |
| 5/22/01 | 4592 | (693.25) |
| 10/12/01 | 4746 | (1,822.95) |
| 10/26/01 | 4767 | (3,146.00) |
| 11/12/01 | 4787 | (2,324.44) |
| 11/26/01 | 4790 | (1,852.55) |
| 11/26/01 | 4795 | (2,324.44) |
| 11/26/01 | 4796 | (5,771.85) |

Total Checks Outstanding                             (24,982.81)

Checks cleared but not posted:
| Date | Check # | Amount | Note |
|---|---|---|---|
| 1/2/01 | 100244 | 1,787.78 | |
| 1/5/01 | 100245 | 1,546.90 | |
| 1/3/01 | 100249 | 829.07 | |
| 1/9/01 | 100262 | 2,100.94 | |
| 2/6/01 | 100270 | 276.08 | |
| 2/5/01 | 100272 | 184.05 | |
| 3/14/01 | 100273 | 184.05 | |
| 3/19/01 | 100301 | 1,215.00 | |
| 4/10/01 | 100303 | 366.62 | |
| 3/21/01 | 100304 | 120.00 | |
| 3/21/01 | 100305 | 257.50 | |
| 4/13/01 | 100312 | 1,708.45 | |
| 4/27/01 | 100319 | 1,216.24 | |
| 5/1/01 | 100323 | 694.66 | |
| 7/12/01 | 4641 | (1,249.03) | check voided on 8/7 but already cleared |
| 11/12/01 | 100362 | 4,074.97 | check voided on 11-19 but cleared bank on 11-20 |
| 11/14/01 | 100361 | 2,887.77 | |
| 11/28/01 | 100364 | 2,936.40 | |
| 11/29/01 | 100363 | 1,484.95 | posted 12-7 |
| 11/26/01 | 100366 | 1,351.87 | posted 12-7 |
| 11/29/01 | 100367 | 1,358.33 | posted 12-7 |
| 11/30/01 | 100369 | 2,486.19 | posted 12-7 |

Total Checks in transit                              27,818.79

|  |  |  |
|---|---|---|
|  | 2000 (over)/under funded | (128,313.62) |
| Jan-01 | (over)/under funded | (412,682.86) |
| Feb-01 | (over)/under funded | (250,446.61) |
| Mar-01 | (over)/under funded | 153,775.33 |
| Apr-01 | (over)/under funded | 5,547.69 |
| May-01 | (over)/under funded | (2,929.09) |
| Jun-01 | (over)/under funded | (2,802.80) |
| Jul-01 | (over)/under funded | 3,670.61 |
| Aug-01 | (over)/under funded | 498,257.62 |
| Sep-01 | (over)/under funded | (1,683.49) |
| Oct-01 | (over)/under funded | (3,208.95) |
| Nov-01 | (over)/under funded | (8,805.40) |

**Adjusted Bank Balance**                            40,759.70

**General Ledger Balance**                           40,759.70

Unreconciled difference                              -

01108010