allfirst

W R GRACE COMPANY INC
DAVISON CHEMICAL DIV
BALT SALARIED PAYROLL/BILLIE GARDNER
7500 GRACE DRIVE
COLUMBIA MD 21044-4009

Page 1 of 5

# Corporate Checking

November 1, 2001 thru November 30, 2001

W R GRACE COMPANY INC
DAVISON CHEMICAL DIV
BALT SALARIED PAYROLL/BILLIE GARDNER

Account Number
00162-9865-7

For assistance call
The Financial Center
*1-800-220-6004*

WITH LOW RATES AND GREAT LOAN PROGRAMS, NOW IS THE TIME TO REFINANCE. Put today's low interest rates and Allfirst's great loan programs to work for your business. If you've tied up personal credit cards or home equity loans to finance your business, consider refinancing now to free up your personal credit and lower your monthly payments. Allfirst Bank - Equal Opportunity Lender.
Allfirst wishes you and your employees a safe and happy holiday season.

## Activity Summary

| | | | |
|---|---|---|---|
| Avg daily ledger balance | $832,502.61 | Balance on 10/31 | $188,290.37 |
| Enclosures | 31 | 000031 checks/list post | -53,160.45 |
| | | Funds transfers (net) | 52,415.37 |
| | | **Balance on 11/30** | **$187,545.29** |

## Checks/List Post
* Denotes missing sequence number

| Serial Number | Amount | Date | Reference Number | Serial Number | Amount | Date | Reference Number |
|---|---|---|---|---|---|---|---|
| 0000004770 | $1,092.57 | 11/01 | 020588397 | 0000004784 | $1,657.96 | 11/13 | 014588582 |
| 0000004773 * | 1,195.02 | 11/02 | 018833749 | 0000004785 | 1,591.04 | 11/15 | 020269321 |
| 0000004774 | 2,350.06 | 11/02 | 018833750 | 0000004786 | 1,632.47 | 11/15 | 012368431 |
| 0000004775 | 2,753.23 | 11/19 | 034682512 | 0000004788 * | 1,113.08 | 11/27 | 095730847 |
| 0000004776 | 1,039.82 | 11/14 | 038083054 | 0000004789 | 1,279.23 | 11/27 | 014824406 |
| 0000004777 | 1,450.03 | 11/14 | 038083055 | 0000004791 * | 2,753.24 | 11/30 | 012319883 |
| 0000004778 | 756.87 | 11/15 | 020273056 | 0000004792 | 1,433.04 | 11/30 | 040024843 |
| 0000004779 | 1,852.56 | 11/21 | 012032669 | 0000004793 | 1,549.88 | 11/28 | 016815499 |
| 0000004780 | 1,381.08 | 11/15 | 012395533 | 0000004794 | 1,577.39 | 11/30 | 016183207 |
| 0000004781 | 2,078.31 | 11/15 | 020281588 | 0000004797 * | 1,577.46 | 11/30 | 012275925 |
| 0000004782 | 1,104.76 | 11/15 | 020251871 | 0000004798 | 1,085.85 | 11/27 | 012701515 |
| 0000004783 | 1,669.39 | 11/13 | 014588583 | 0000100359 * | 605.63 | 11/01 | 016156516 |

Continued on back

206612 00031
00198317220079   001

**Checks/List Post - continued**

| Serial Number | Amount | Date | Reference Number | Serial Number | Amount | Date | Reference Number |
|---|---|---|---|---|---|---|---|
| 0000100361 * | $2,887.77 | 11/14 | 018725948 | 0000100366 * | $1,351.87 | 11/26 | 036191331 |
| 0000100362 | 4,074.97 | 11/20 | 018751398 | 0000100367 | 1,358.33 | 11/29 | 016021473 |
| 0000100363 | 1,484.95 | 11/29 | 012036202 | 0000100369 * | 2,486.19 | 11/30 | 016089662 |
| 0000100364 | 2,936.40 | 11/28 | 014076305 | | $53,160.45 | Checks Total | |

**Funds Transfers**

| Date | Description | Amount |
|---|---|---|
| 11/01 | ACH INTERNAL CREDIT 100018952<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>    030597000       20013057687881 | $241,266.08 |
| | ACH INTERNAL DEBIT 100018954<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>    030597000       20013057687882 | -241,266.08 |
| 11/08 | WIRE TRANSFER CREDIT 1108000776 500092314<br>ALB SEQ=011108000776;FED REF=001590;SEND<br>ING BANK=021000021;REF FOR BEN=TEBC OF 0<br>1/11/08;ORIGINATOR=W.R. GRACE AND COMPAN<br>Y SYRACUSE FUNDING ACCOUN;OBI=SALARIED P<br>AYROLL | 2,536,768.66 |
| | ACH INTERNAL CREDIT 100012701<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>    030597000       20013120553544 | 235,441.53 |
| | ACH CREDIT 100012705<br>RECLAMATIONS   RECLAIM   11-08.10<br>052000113 ALAN C WRAY       20013120740084 | 1,358.33 |
| | ACH CREDIT 100012711<br>RECLAMATIONS   RECLAIM   11-08.8<br>052000113 ALAN C WRAY       20013120740100 | 1,358.33 |
| | ACH CREDIT 100012707<br>RECLAMATIONS   RECLAIM   11-08.11<br>052000113 ALAN C WRAY       20013120740086 | 1,358.32 |
| | ACH CREDIT 100012709<br>RECLAMATIONS   RECLAIM   11-08.7<br>052000113 ALAN C WRAY       20013120740098 | 1,358.32 |

Continued on next page



W R GRACE COMPANY INC
DAVISON CHEMICAL DIV
BALT SALARIED PAYROLL/BILLIE GARDNER

Account Number
00162-9865-7

For assistance call
The Financial Center
1-800-220-6004

**Funds Transfers - continued**

| Date | Description | Amount |
|---|---|---:|
| 11/08 | ACH CREDIT 100012713<br>RECLAMATIONS    RECLAIM    11-08.9<br>052000113 ALAN C WRAY         20013120740102 | $1,358.32 |
|  | ACH INTERNAL DEBIT 100012703<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>030597000         20013120553545 | -235,441.53 |
| 11/09 | WIRE TRANSFER DEBIT 1109002213 500024745<br>ALB SEQ=011109002213;FED REF=000790;RECE<br>IVING BANK=071000039;REF FOR BEN=C4025-1<br>19774586;ORIGINATOR=WR GRACE AND CO INC<br>DAVISON CHEMICAL DIV BALTI | -870,548.77 |
| 11/13 | ACH INTERNAL CREDIT 100019626<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>030597000         20013171276797 | 1,644,352.65 |
|  | ACH INTERNAL CREDIT 100019630<br>RETURN SETTLE   RETURN   -SETT-PEP+<br>RETIRE         20013171276799 | 50.00 |
|  | ACH INTERNAL DEBIT 100019628<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>030597000         20013171276798 | -1,642,994.33 |
|  | ACH DEBIT 100019632<br>W.R. GRACE    PAYROLL    E96    01<br>1135114230W.R. GRACE       20013110441352 | -1,644,352.65 |
| 11/15 | ACH INTERNAL CREDIT 100014963<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>030597000         20013192796427 | 247,466.24 |
|  | ACH INTERNAL DEBIT 100014965<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>030597000         20013192796428 | -247,466.24 |

**Funds Transfers - continued**

| Date | Description | Amount |
|---|---|---|
| 11/16 | ACH INTERNAL CREDIT 100015950<br>DAVISON CHEMICAL REVERSAL  -SETT-CERIDAT<br>030597000        20013203524744 | $1,167.94 |
| 11/21 | WIRE TRANSFER CREDIT 1121001878 500026972<br>ALB SEQ=011121001878;FED REF=002549;SEND<br>ING BANK=021000021;REF FOR BEN=TEBC OF 0<br>1/11/21;ORIGINATOR=W.R. GRACE AND COMPAN<br>Y SYRACUSE FUNDING ACCOUN;OBI=SALARIED P<br>AYROLL | 2,512,631.90 |
| 11/23 | WIRE TRANSFER DEBIT 1123001939 500032357<br>ALB SEQ=011123001939;FED REF=000652;RECE<br>IVING BANK=071000039;REF FOR BEN=C4025-1<br>19830442;ORIGINATOR=WR GRACE AND CO INC<br>DAVISON CHEMICAL DIV BALTI | -851,040.86 |
|  | ACH INTERNAL CREDIT 100014457<br>DAVISON CHEMICAL PAYROLL  -SETT-CERIDAT<br>030597000        20013275499572 | 246,847.31 |
|  | ACH INTERNAL CREDIT 100014461<br>DAVISON CHEMICAL REVERSAL  -SETT-CERIDAT<br>030597000        20013275499574 | 1,710.74 |
|  | ACH INTERNAL DEBIT 100014459<br>DAVISON CHEMICAL PAYROLL  -SETT-CERIDAT<br>030597000        20013275499573 | -246,847.31 |
| 11/26 | ACH INTERNAL CREDIT 100014222<br>DAVISON CHEMICAL PAYROLL  -SETT-CERIDAT<br>030597000        20013305793430 | 1,643,348.00 |
|  | ACH INTERNAL DEBIT 100014224<br>DAVISON CHEMICAL PAYROLL  -SETT-CERIDAT<br>030597000        20013305793431 | -1,643,348.00 |
|  | ACH DEBIT 100014226<br>W.R. GRACE    PAYROLL   E96      01<br>1135114230W.R. GRACE      20013244147228 | -1,643,348.00 |
| 11/27 | ACH CREDIT 100009144<br>RECLAMATIONS   RECLAIM   11-27.1<br>052000113 DRLENE TUCKER      20013317023061 | 1,226.47 |

Continued on next page



**W R GRACE COMPANY INC**
**DAVISON CHEMICAL DIV**
**BALT SALARIED PAYROLL/BILLIE GARDNER**

Account Number
00162-9865-7

For assistance call
The Financial Center
*1-800-220-6004*

**Funds Transfers - continued**

| Date | Description | Amount |
|---|---|---|
| 11/29 | ACH INTERNAL CREDIT 100009644<br>DAVISON CHEMICAL PAYROLL  -SETT-CERIDAT<br>030597000        20013337811472 | $276,281.99 |
|  | ACH INTERNAL DEBIT 100009646<br>DAVISON CHEMICAL PAYROLL  -SETT-CERIDAT<br>030597000        20013337811473 | -276,281.99 |

**Funds Transfers Total (net)**                                                                      $52,415.37

**End of Day Ledger Balance**
Account balances are updated in the section below only on days when transactions posted to this account.

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 10/31 | $188,290.37 | 11/14 | $204,409.30 | 11/23 | $1,851,653.73 |
| 11/01 | 186,592.17 | 11/15 | 195,864.77 | 11/26 | 206,953.86 |
| 11/02 | 183,047.09 | 11/16 | 197,032.71 | 11/27 | 204,702.17 |
| 11/08 | 2,726,607.37 | 11/19 | 194,279.48 | 11/28 | 200,215.89 |
| 11/09 | 1,856,058.60 | 11/20 | 190,204.51 | 11/29 | 197,372.61 |
| 11/13 | 209,786.92 | 11/21 | 2,700,983.85 | 11/30 | 187,545.29 |

**Average daily ledger balance**          $832,502.61

## First Union Bank
## Petty Cash Account 2040000016900
## November, 2001

| | |
|---|---:|
| Bank Balance | 39,756.52 |
| Less Outstanding Checks | |
| Less Deposits in transit | |
| Adjusted Bank Balance | 39,756.52 |
| | |
| General Ledger Balance | 32,415.77 |
| January overfunding not posted | 4,303.45 |
| January overfunding not posted | 3,738.34 |
| Bank charges not recorded | (8.00) |
| Petty cash funds in other locations | (1,000.00) |
| Deposits in bank, not booked | 306.96 |
| Adjusted General Ledger Balance | 39,756.52 |



# Commercial Checking

01         2040000016900  072   140           3    33          27,597

```
W R GRACE & CO - CONN
7500 GRACE DR                           CB
COLUMBIA MD  21044
ATTN: LISA WILLIAMS
```

## Commercial Checking

11/01/2001 thru 11/30/2001

Account number:        2040000016900
Account holder(s):     W R GRACE & CO - CONN

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 11/01 | $39,859.50 |
| Deposits and other credits | 24,496.72 + |
| Other withdrawals and service fees | 24,599.70 - |
| Closing balance 11/30 | $39,756.52 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/07 | 1,000.00 | DEPOSIT |
| 11/28 | 23,496.72 | AUTOMATED CREDIT GRACE DAVISON    EDIPAYMENT CO. ID. 1135114230 011128 CCD MISC 000000000130651 |
| Total | $24,496.72 | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 11/06 | 5,059.00 | CURRENCY COIN ORDER |
| 11/13 | 5,967.70 | CURRENCY COIN ORDER |
| 11/27 | 13,573.00 | CURRENCY COIN ORDER |
| Total | $24,599.70 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/06 | 34,800.50 | 11/13 | 29,832.80 | 11/28 | 39,756.52 |
| 11/07 | 35,800.50 | 11/27 | 16,259.80 | | |



# Commercial Checking

02    2040000016900   072   140             3    33         27,598

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | POST OFFICE BOX 13327 |
| TDD (For the Hearing Impaired) | 1-800-388-2234 | ROANOKE VA  24040-7314 |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | | Total |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

FIRST UNION NATIONAL BANK , CAP MKT INV BKG MD DIVERSIFIED MANUFA


## BANCO DE CREDITO
R.U.C. 20100047218

| ESTADO DE CUENTA CORRIENTE NOVIEMBRE 2001 | PACINA 1 DE 2 |
|---|---|

**W.R.GRACE & CO.CONN.**
**AV.CONSTELACION AUSTRAL N.149 URB.LA CAM**
**CHORRILLOS-LIMA   PINA**
**LIMA-09**
    800       88888          (PQF*KJ)
    3731

| CODIGO DE CUENTA | MONEDA |
|---|---|
| 193-1115122-0-58 | SOLES |

EJECUTIVO DE NEGOCIOS: CALLE M. ALFREDO
OFICINA: SUC MIRAFLORES
TELEFONO: 4441717   CELULAR
E-MAIL: ACALLE@BCP.COM.PE

### AVISOS
IMPORTANTE: SI DENTRO DE 30 DIAS NO SE FORMULAN OBSERVACIONES AL PRESENTE ESTADO, DAREMOS POR CONFORME LA CUENTA Y APROBADO EL SALDO. EN CASO CONTRARIO SIRVANSE DIRIGIRSE A NUESTRAS OFICINAS PARA ATENDER SUS OBSERVACIONES.

(*) MED.AT: MEDIO DE ATENCION - VEN: VENTANILLA TLB: TELEBANCO POS: PUNTO DE VENTA CKT: COMUNICATE BIN: BANCA INTERNET TLC: TELECREDITO
INT: INTERNO

### RESUMEN DEL MES

| SALDO CONTABLE AL 1/11/2001 | ABONOS (DEPOSITOS) | | CARGOS (RETIROS) | | INTERESES | | SALDO CONTABLE AL 30/11/2001 | SALDO PROMEDIO MES ANTERIOR |
|---|---|---|---|---|---|---|---|---|
| | EFECTIVO | OTROS | CHEQUES | OTROS | ACREEDORES | DEUDORES | | |
| 4,529.23 | 0.00 | 331,942.64 | 166,604.39 | 100,347.00 | 0.00 | 0.00 | 69,520.48 | 13,802.51 |
| A | + | B | + | C | - | D | - | E | + | F | - | G | = | H |  |

### ACTIVIDADES

| FECHA PROC | FECHA VALOR | DESCRIPCION | MED. AT. | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-11 | | CHEQUE 07609372 | VEN | AG.CHACARILLA | 194-019 | 000067 | 10:27 | E84713 | 3001 | 2,024.48- | 2,504.75 |
| 05-11 | | CHEQUE 07609374 | VEN | AG.CHACARILLA | 194-019 | 000175 | 11:53 | E84813 | 3001 | 399.37- | 2,105.38 |
| 06-11 | | DE W.R.GRACE & CO.CONN | TLC | | 111-008 | 007234 | 08:22 | TLC002 | 2401 | 22,000.00 | 24,105.38 |
| 06-11 | | ADU118101168470100 | BIN | | 111-031 | 007979 | 08:28 | CICSDF | 4706 | 21,012.00- | 3,093.38 |
| 06-11 | | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000065 | | | 2903 | 20,942.64 | 24,036.02 |
| 06-11 | 07-11 | O/B local  20,942.64 | | | | | | | | | |
| 06-11 | 05-11 | PORTES AUTOSOBRE | INT | | 193-000 | 854650 | | | 6981 | 3.50- | 24,032.52 |
| 07-11 | | CHEQUE 07609375 | VEN | AG.PARURO | 191-047 | 000176 | 16:05 | E84684 | 3001 | 150.00- | 23,882.52 |
| 07-11 | | ADU118101178020100 | BIN | | 111-031 | 165822 | 17:00 | CICSDF | 4706 | 7,146.00- | 16,736.52 |
| 09-11 | | CHEQUE 07609365 | INT | | 191-800 | 809797 | | | 3901 | 500.00- | 16,236.52 |
| 12-11 | | CHEQUE 07609376 | VEN | AG.CHORRILLOS | 196-001 | 000119 | 10:14 | E86482 | 3001 | 2,400.04- | 13,836.48 |
| 14-11 | | CHEQUE 87609382 | VEN | AG.PANAMA | 193-002 | 000060 | 14:56 | E71726 | 3001 | 448.60- | 13,388.08 |
| 15-11 | | DE W.R.GRACE & CO.CONN | TLC | | 111-008 | 016460 | 08:22 | TLC024 | 2401 | 123,000.00 | 136,388.08 |
| 16-11 | | CHEQUE 07609380 | INT | | 191-000 | 810237 | | | 3901 | 625.00- | 135,763.08 |
| 16-11 | | CHEQUE 07609381 | INT | | 191-000 | 810238 | | | 3901 | 5,305.00- | 130,458.08 |
| 16-11 | | CHEQUE 07609377 | INT | | 191-000 | 810239 | | | 3901 | 6,274.00- | 124,184.08 |
| 16-11 | | CHEQUE 07609378 | INT | | 191-000 | 810240 | | | 3901 | 8,842.00- | 115,342.08 |
| 16-11 | | CHEQUE 07609379 | INT | | 191-000 | 810241 | | | 3901 | 113,719.00- | 1,623.08 |
| 16-11 | | DE W.R.GRACE & CO.CONN | TLC | | 111-008 | 042104 | 10:12 | TLC033 | 2401 | 6,000.00 | 7,623.08 |
| 16-11 | | CHEQUE 07609384 | VEN | AG.METRO | 194-020 | 000118 | 16:27 | E84099 | 3001 | 210.00- | 7,413.08 |
| | | CHQ.DEP.07609385 BCP | | | 000-000 | 805932 | | | 3902 | 4,548.00- | 2,865.08 |
| 19-11 | | CHEQUE 07609383 | VEN | AG.MERCADO CENTRA | 191-002 | 000038 | 10:35 | E84098 | 3001 | 625.00- | 2,240.08 |
| 20-11 | | CHEQUE 07609387 | VEN | AG.CHACARILLA | 194-019 | 000092 | 16:47 | E71809 | 3001 | 300.00- | 1,940.08 |
| 21-11 | | CHEQUE 07609386 | VEN | AG.SAN LUIS | 193-070 | 000018 | 14:07 | E83671 | 3001 | 350.00- | 1,590.08 |
| 23-11 | | CHEQUE 07609388 | VEN | AC.SEDE CENTRAL | 193-007 | 000123 | 11:43 | E71729 | 3001 | 262.50- | 1,327.58 |
| 26-11 | | DE W.R.GRACE & CO.CONN | TLC | | 111-008 | 039603 | 10:29 | TLC004 | 2401 | 30,000.00 | 31,327.58 |
| 26-11 | | CHQ.DEP.07609389 BCP | INT | | 000-000 | 808144 | | | 3902 | 11,885.00- | 19,442.58 |
| 27-11 | | CHEQUE 07609391 | VEN | AG.CHACARILLA | 194-019 | 000057 | 10:45 | E82806 | 3001 | 525.00- | 18,917.58 |
| 27-11 | | CHEQUE 07609390 | VEN | AG.CHACARILLA | 194-019 | 000058 | 10:45 | E82806 | 3001 | 1,000.00- | 17,917.58 |
| 28-11 | | CHEQUE 07609392 | VEN | AC.CHACARILLA | 194-019 | 000221 | 12:49 | E86763 | 3001 | 3,000.00- | 14,917.58 |
| 29-11 | | CHQ.DEP.07609393 BCP | INT | | 000-000 | 803844 | | | 3902 | 921.00- | 13,996.58 |
| 30-11 | | DE W.R.GRACE & CO.CONN | TLC | | 111-008 | 024130 | 08:51 | TLC001 | 2401 | 130,000.00 | 143,996.58 |
| 30-11 | | ADU118101285590100 | BIN | | 111-031 | 024807 | 08:54 | CICSDF | 4706 | 72,145.00- | 71,851.58 |
| 30-11 | | CHEQUE 07609394 | VEN | AG.EL POLO | 194-055 | 000261 | 11:59 | E83335 | 3001 | 2,187.60- | 69,663.98 |
| 30-11 | | CHEQUE 07609395 | VEN | AG.ARNALDO MARQUE | 193-017 | 000073 | 17:51 | E83417 | 3001 | 103.00- | 69,560.98 |
| 30-11 | | PORTES CREDIBANK | INT | | 111-007 | 933400 | | | 4903 | 2.50- | 69,558.48 |
| 30-11 | | PORTE ESTADO CUENTA | INT | | 193-000 | 845499 | | | 4991 | 3.50- | 69,554.98 |
| 30-11 | | MANTENIMIENTO | INT | | - | | | | 0101 | 17.50- | 69,537.48 |
| 30-11 | | COMIS.PROCESO DE OPER | INT | | - | | | | 0101 | 17.00- | 69,520.48 |

DETALLE DE LA COMISION POR PROCESO DE OPERACIONES

| | TIPO DE OPERACION | NUMERO DE OPERACIONES LIBRES | NUMERO DE OPERACIONES ADICIONALES | SUB-TOTAL COMISION |
|---|---|---|---|---|
| 1.CARGOS MANUALES | 4001 4002 4003 4004 4005 4006 6012 | 8 | | |
| 2.DEPOSITOS Y RETIROS | 1001 1009 1012 4007 | 8 | | |

Impreso por Enghria S.A.


**BANCO DE CREDITO**
R.U.C. 20100047218

| ESTADO DE CUENTA CORRIENTE | NOVIEMBRE 2001 | PAGINA | 2 DE 2 |
|---|---|---|---|

| | CODIGO DE CUENTA | MONEDA |
|---|---|---|
| W.R.GRACE & CO.CONN.<br>AV.CONSTELACION AUSTRAL N.148 URB.LA CAM<br>CHORRILLOS-LIMA   PINA<br>LIMA-09<br>  800    88888    (PQF*K3)<br>  3751 | 193-1115122-0-58 | SOLES |
| | EJECUTIVO DE NEGOCIOS: CALLE M. ALFREDO<br>OFICINA: SUC MIRAFLORES<br>TELEFONO:4441717  CELULAR<br>E-MAIL: ACALLE@BCP.COM.PE | |

### ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT.* | LUGAR | REFERENCIAS ADICIONALES | | | | | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | | |
| | | 2.DEPOSITOS Y RETIROS EN EFECTIVO | | 1001 1009 1012 4007 | | | | 8 | | | |
| | | 3.OPERACIONES CON CHEQUES | | 1010 1011 2903 3001 3002 3003<br>3004 3005 3011 3901 3902 | | | | 8 | | 17 | 17.00 |
| | | | | TOTAL COMISION | | | | | | | 17.00 |

LINEA DE CREDITO VIGENTE                                    20,000

CHEQUES PAGADOS

| NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO |
|---|---|---|---|---|---|---|---|
| 07609365 | 500.00 | 07609372 | 2,024.48 | 07609374 | 399.37 | 07609575 | 150.00 |
| 07609376 | 2,400.04 | 07609377 | 6,274.00 | 07609378 | 8,842.00 | 07609579 | 113,719.00 |
| 07609380 | 625.00 | 07609381 | 5,305.00 | 07609382 | 448.40 | 07609383 | 625.00 |
| 07609384 | 210.00 | 07609385 | 4,548.00 | 07609386 | 350.00 | 07609387 | 300.00 |
| 07609388 | 262.50 | 07609389 | 11,885.00 | 07609390 | 1,000.00 | 07609391 | 525.00 |
| 07609392 | 3,000.00 | 07609393 | 921.00 | 07609394 | 2,187.60 | 07609395 | 105.00 |


### BANCO DE CREDITO
R.U.C. 20100047218

| | ESTADO DE CUENTA CORRIENTE NOVIEMBRE 2001 | PAGINA 1 DE 2 |
|---|---|---|

W.R.GRACE & CO.CONN.
AV.CONSTELACION AUSTRAL N.149 URB.LA CAM
CHORRILLOS-LIMA   PINA
LIMA-09
     800      88888      (PQF*K3)
     3732

CODIGO DE CUENTA: 193-1125883-1-72
MONEDA: DOLARES

EJECUTIVO DE NEGOCIOS: CALLE M. ALFREDO
OFICINA: SUC MIRAFLORES
TELEFONO: 4441717   CELULAR
E-MAIL: ACALLE@BCP.COM.PE

**AVISOS**
IMPORTANTE: SI DENTRO DE 30 DIAS NO SE FORMULAN OBSERVACIONES AL PRESENTE ESTADO, DAREMOS POR CONFORME LA CUENTA Y APROBADO EL SALDO. EN CASO CONTRARIO SIRVANSE DIRIGIRSE A NUESTRAS OFICINAS PARA ATENDER SUS OBSERVACIONES.

(*) MED.AT:MEDIO DE ATENCION - VEN:VENTANILLA TLB:TELEBANCO POS:PUNTO DE VENTA CKT:COMUNICATE BIN:BANCA INTERNET TLC:TELECREDITO
INT:INTERNO

### RESUMEN DEL MES

| SALDO CONTABLE AL 1/11/2001 | ABONOS (DEPOSITOS) | | CARGOS (RETIROS) | | INTERESES | | SALDO CONTABLE AL 30/11/2001 | SALDO PROMEDIO MES ANTERIOR |
|---|---|---|---|---|---|---|---|---|
| | EFECTIVO | OTROS | CHEQUES | OTROS | ACREEDORES | DEUDORES | | |
| 196,814.09 | 2,722.73 | 23,020.50 | 23,927.76 | 95,028.34 | 0.00 | 0.00 | 103,601.22 | 309,584.51 |
| A | + B | + C | - D | - E | + F | - G | = H | |

### ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT.* | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO/ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-11 | | CHEQUE 02809129 | VEN | AG.CHACARILLA | 194-019 | 000068 | 10:28 | E84713 | 3001 | 250.00- | 196,564.09 |
| 05-11 | | DEVOL.CH.839219 KNJ | VEN | SUC LIMA | 191-000 | 000321 | 16:04 | E85626 | 4008 | 680.62- | 195,883.47 |
| 05-11 | | CHQ.DEP.02809128 BCP | INT | | 000-000 | 801683 | | | 3902 | 45.00- | 195,838.47 |
| 05-11 | | PORTE CHQ DEV D/BC | INT | | 193-000 | 811708 | | | 4989 | 1.00- | 195,837.47 |
| 05-11 | | COM CHQ.DEV.00839219 | INT | | 193-000 | 000321 | | | 4992 | 14.00- | 195,823.47 |
| 05-11 | | LETRAS COBRANZA | INT | | 193-000 | 819493 | | | 2912 | 1,541.61 | 197,365.08 |
| 06-11 | | A 193 1115122 0 IMP.OP.S/. 22,000.00 | TLC | | 111-008 | 007234 | 08:22 | TLC002 | 4406 | 6,470.58- | 190,894.50 |
| 06-11 | | CHEQUE 02809132 | VEN | AG.CHACARILLA | 194-019 | 000086 | 10:31 | E84221 | 3001 | 325.80- | 190,568.70 |
| 06-11 | 05-11 | PORTES AUTOSOBRE | INT | | 193-000 | 860055 | | | 4981 | 1.00- | 190,567.70 |
| 06-11 | | LETRAS COBRANZA | INT | | 193-000 | 885826 | | | 2912 | 2,318.67 | 192,886.37 |
| 07-11 | | CHEQUE 02809131 | INT | | 191-000 | 811786 | | | 3901 | 58.68- | 192,827.69 |
| 07-11 | | CHEQUE 02809130 | INT | | 191-000 | 811787 | | | 3901 | 296.21- | 192,531.48 |
| 07-11 | | CHEQUE 02809124 | VEN | AG.ARGENTINA | 191-014 | 000113 | 10:23 | E83663 | 3001 | 187.50- | 192,343.98 |
| 07-11 | | LETRAS COBRANZA | INT | | 193-000 | 818817 | | | 2912 | 674.71 | 193,018.69 |
| 08-11 | | ENTR.EFEC. 000230 | VEN | AG.BOLOGNESI | 310-002 | 000230 | 13:17 | E84048 | 1001 | 2,250.73 | 195,269.42 |
| 08-11 | | ENTREGA C/CHEQUES FUE Credito     708.00 | INT | | 000-000 | 000167 | | | 2903 | 708.00 | 195,977.42 |
| 08-11 | | COM.DEP.EFE.O/P 000230 | INT | | 310-002 | 833190 | | | 4925 | 2.25- | 195,975.17 |
| 09-11 | | CHEQUE 02809133 | INT | | 191-000 | 812622 | | | 3901 | 30.00- | 195,945.17 |
| ( ) | | CHEQUE 02809136 | VEN | AG.CAMINO REAL | 193-085 | 000051 | 10:11 | E84880 | 3001 | 1,150.50- | 194,794.67 |
| ( ) | | CHEQUE 02809135 | VEN | AG.CAMINO REAL | 193-085 | 000052 | 10:11 | E84880 | 3001 | 2,437.16- | 192,357.51 |
| 09-11 | | LETRAS COBRANZA | INT | | 193-000 | 820174 | | | 2912 | 2,151.41 | 194,508.92 |
| 10-11 | | CHEQUE 02809134 | INT | | 191-000 | 806257 | | | 3901 | 2,950.00- | 191,558.92 |
| 12-11 | | LETRAS COBRANZA | INT | | 193-000 | 818452 | | | 2912 | 1,523.00 | 193,081.92 |
| 13-11 | 12-11 | PORTES AUTOSOBRE | INT | | 193-000 | 826621 | | | 4981 | 1.00- | 193,080.92 |
| 14-11 | | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000200 | | | 2903 | 680.62 | 193,761.54 |
| 14-11 | 15-11 | O/B Local     680.62 | | | | | | | | | |
| 14-11 | | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000252 | | | 2903 | 1,168.36 | 194,929.90 |
| 14-11 | 15-11 | O/B Local   1,168.36 | | | | | | | | | |
| 15-11 | | A 193 1115122 0 IMP.OP.S/. 123,000.00 | TLC | | 111-008 | 014460 | 08:22 | TLC024 | 4404 | 36,123.34- | 158,806.56 |
| 16-11 | | CHEQUE 02809137 | INT | | 191-000 | 813190 | | | 3901 | 336.11- | 158,470.45 |
| 16-11 | | A 193 1115122 0 IMP.OP.S/. 6,000.00 | TLC | | 111-008 | 042104 | 10:12 | TLC033 | 4404 | 1,762.11- | 156,708.34 |
| 16-11 | | CHEQUE 02809139 | VEN | AG.CHACARILLA | 194-019 | 000104 | 15:42 | E71759 | 3001 | 850.00- | 155,858.34 |
| 16-11 | | LETRAS COBRANZA | INT | | 193-000 | 820147 | | | 2912 | 1,741.44 | 157,599.78 |
| 19-11 | | NEXTEL 43955 | INT | | 000-000 | | 02:33 | | 4611 | 550.62- | 157,049.16 |
| 19-11 | | LETRAS COBRANZA | INT | | 193-000 | 826818 | | | 2912 | 1,155.10 | 158,204.26 |
| 20-11 | | DATOS H H00028648 | INT | | 000-000 | | 03:59 | | 4611 | 2,279.76- | 155,924.50 |
| 20-11 | | CHQ.DEP.02809138 BCP | INT | | 000-000 | 802077 | | | 3902 | 20.65- | 155,903.85 |
| 22-11 | | LETRAS COBRANZA | INT | | 193-000 | 817814 | | | 2912 | 672.81 | 156,576.66 |
| 23-11 | | CHQ.DEP.02809141 BCP | INT | | 000-000 | 802763 | | | 3902 | 396.78- | 156,179.88 |
| 23-11 | | LETRAS COBRANZA | INT | | 193-000 | 821393 | | | 2912 | 3,570.72 | 159,750.60 |
| 26-11 | | A 193 1115122 0 IMP.OP.S/. 30,000.00 | TLC | | 111-008 | 039603 | 10:29 | TLC004 | 4404 | 8,810.57- | 150,940.03 |
| 27-11 | | CHEQUE 02809140 | INT | | 191-000 | 814739 | | | 3901 | 697.00- | 150,243.03 |
| 27-11 | 26-11 | PORTES AUTOSOBRE | INT | | 193-000 | 827111 | | | 4981 | 1.00- | 150,242.03 |
| 27-11 | | LETRAS COBRANZA | INT | | 193-000 | 834776 | | | 2912 | 693.80 | 150,935.83 |
| 28-11 | | CHEQUE 02809142 | INT | | 191-000 | 811479 | | | 3901 | 1,657.31- | 149,278.52 |
| 28-11 | | ENTR.EFEC. 000132 | VEN | AG.C.C.SAN BORJA | 193-001 | 000132 | 17:32 | E71461 | 1001 | 472.00 | 149,750.52 |


**BANCO DE CREDITO**

|  |  | ESTADO DE CUENTA CORRIENTE | NOVIEMBRE 2001 | PAGINA | 2 DE 2 |
|---|---|---|---|---|---|

| CODIGO DE CUENTA | MONEDA |
|---|---|
| 193-1125963-1-72 | DOLARES |

W.R.GRACE & CO.CONN.
AV.CONSTELACION AUSTRAL N.148 URB.LA CAM
CHORRILLOS-LIMA  PINA
LIMA-09
   800    88888    (PQF*KJ)
   3732

EJECUTIVO DE NEGOCIOS: CALLE N. ALFREDO
OFICINA: SUC MIRAFLORES
TELEFONO:4441717 CELULAR
E-MAIL: ACALLE@BCP.COM.PE

## ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED AT. | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-11 | | LETRAS COBRANZA | INT | | 193-000 | 817788 | | | 2912 | 2,489.49 | 152,240.01 |
| 29-11 | | CHEQUE 02809144 | INT | | 191-000 | 811153 | | | 3901 | 3,139.06- | 149,100.95 |
| 30-11 | | CHEQUE 02809145 | INT | | 191-000 | 813021 | | | 3901 | 7,400.00- | 141,700.95 |
| 30-11 | | TLC-NOV SHL | INT | | 000-000 | | 06:10 | | 4611 | 80.00- | 141,620.95 |
| 30-11 | | A 193 1115122 0 | TLC | | 111-008 | 024130 | 08:51 | TLC001 | 6604 | 38,235.29- | 103,385.66 |
| | | IMP.OP.S/. 130,000.00 | | | | | | | | | |
| 30-11 | | CHEQUE 02809149 | VEN | AG.CHACARILLA | 194-019 | 000082 | 10:10 | E86743 | 3001 | 1,700.00- | 101,685.66 |
| 30-11 | | ENTREGA C/CHEQUES...FUE | INT | | 000-000 | 000160 | | | 2903 | 584.08 | 102,269.74 |
| 30-11 | | Credito     584.08 | | | | | | | | | |
| 30-11 | | PORTE ESTADO CUENTA | INT | | 193-000 | 901996 | | | 4991 | 1.00- | 102,268.74 |
| 30-11 | | LETRAS COBRANZA | INT | | 193-000 | 927108 | | | 2912 | 1,346.68 | 103,615.42 |
| 30-11 | | MANTENIMIENTO | INT | | - | | | | 0101 | 10.00- | 103,605.42 |
| 30-11 | | COMIS.PROCESO DE OPER | INT | | - | | | | 0101 | 4.20- | 103,601.22 |

DETALLE DE LA COMISION POR PROCESO DE OPERACIONES

| | TIPO DE OPERACION | NUMERO DE OPERACIONES LIBRES | NUMERO DE OPERACIONES ADICIONALES | SUB-TOTAL COMISION |
|---|---|---|---|---|
| 1.CARGOS MANUALES | 4001 4002 4003 4004 4005 4006 4012 | 8 | | |
| 2.DEPOSITOS Y RETIROS EN EFECTIVO | 1001 1009 1012 4007 | 8 | | |
| 3.OPERACIONES CON CHEQUES | 1010 1011 2903 3001 3002 3003 3004 3005 3011 3901 3902 | 8 | 15 | 4.20 |
| | TOTAL COMISION | | | 4.20 |

LINEA DE CREDITO VIGENTE                              15,000

CHEQUES PAGADOS

| NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO |
|---|---|---|---|---|---|---|---|
| 02809124 | 187.50 | 02809128 | 45.00 | 02809129 | 250.00 | 02809130 | 296.21 |
| 02809131 | 58.68 | 02809132 | 325.80 | 02809133 | 30.00 | 02809134 | 2,950.00 |
| 02809135 | 2,437.16 | 02809136 | 1,150.50 | 02809137 | 336.11 | 02809138 | 20.65 |
| 02809139 | 850.00 | 02809140 | 697.00 | 02809141 | 396.78 | 02809142 | 1,657.31 |
| 02809144 | 3,139.06 | 02809145 | 7,400.00 | 02809149 | 1,700.00 | | |

Impreso por Enotria S.A.

## BankBoston
### SUCURSAL DEL PERU

RUC: 20331285251

### Estado de Cuenta

Cuenta N° 154519   Moneda S/.   Del 01 al 30 NOV 2001   N° Cliente 15787   Página 1/1

W.R GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
|  |  | SALDO APERTURA |  |  | 35,854.06 |
| 07NOV01 |  | PAGO CHEQUE 00000507 | 144.00 |  | 35,710.06 |
| 07NOV01 |  | PAGO CHEQUE 00000508 | 66.06 |  | 35,644.00 |
| 07NOV01 |  | PAGO CHEQUE 00000509 | 1,786.14 |  | 33,857.86 |
| 07NOV01 |  | PAGO CHEQUE 00000510 | 739.64 |  | 33,118.22 |
| 13NOV01 |  | PAGO CHEQUE 00000511 | 1,102.00 |  | 32,016.22 |
| 13NOV01 | 15NOV01 | DEP CH O/BCO |  | 1,628.40 | 33,644.62 |
| 21NOV01 |  | PAGO CHEQUE 00000512 | 2,662.26 |  | 30,982.36 |
| 23NOV01 |  | PAGO CHEQUE 00000515 | 3,080.00 |  | 27,902.36 |
| 26NOV01 |  | CH DE GEREN DAVID ERNEST | 608.50 |  | 27,293.86 |
| 26NOV01 |  | CH DE GEREN JAVIER MERIN | 955.80 |  | 26,338.06 |
| 26NOV01 |  | CH DE GEREN ENRIQUE LEON | 1,768.50 |  | 24,569.56 |
| 26NOV01 |  | CH DE GEREN GUSTAVO PACH | 230.00 |  | 24,339.56 |
| 26NOV01 |  | CH DE GEREN CLI ADUANAS | 11,158.43 |  | 13,181.13 |
| 26NOV01 |  | DEB. VARIOS BRENDA VINCE | 1,664.47 |  | 11,516.66 |
| 26NOV01 |  | DEB. VARIOS EDUARDO POSA | 6,628.85 |  | 4,887.81 |
| 26NOV01 |  | DEB. VARIOS GUILLERMO ES | 410.00 |  | 4,477.81 |
| 26NOV01 |  | DEB. VARIOS GUSTAVO HERR | 1,511.65 |  | 2,966.16 |
| 26NOV01 |  | DEB. VARIOS HUMBERTO CAR | 5,284.23 |  | -2,318.07 |
| 26NOV01 |  | DEB. VARIOS IRIS MARTINE | 1,492.44 |  | -3,810.51 |
| 26NOV01 |  | DEB. VARIOS ERNESTO CHAV | 410.00 |  | -4,220.51 |
| 26NOV01 |  | DEB. VARIOS ANGEL HERNAN | 410.00 |  | -4,630.51 |
| 26NOV01 |  | TRANS INT DE REF CARTA 26 |  | 10,140.00 | 5,509.49 |
| 27NOV01 |  | PAGO CHEQUE 00000514 | 1,294.94 |  | 4,214.55 |
| 27NOV01 |  | PAGO CHEQUE 00000513 | 150.00 |  | 4,064.55 |
| 30NOV01 |  | DEP EFECTIVO EFECTIVO |  | 208.50 | 4,273.05 |
| 30NOV01 |  | GASTO MANT. CTA. | 17.16 |  | 4,255.89 |
|  |  | SALDO CIERRE |  |  | 4,255.89 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 35,854.06 | 23 | 43,575.07 | 3 | 11,976.90 | 4,255.89 | 28,245.48 |

"Les deseamos unas
muy Felices Fiestas"

Estimado cliente,
Le informamos que su Código de Cuenta
Interbancario (CCI) en BankBoston es:

046-001-000000154519-43

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.



# BankBoston
### SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

| Cuenta Nº | Moneda | Del | al | Nº Cliente | Página |
|---|---|---|---|---|---|
| 154424 | USD | 01 | 30 NOV 2001 | 15787 | 1 / 12 |

W.R. GRACE & CO - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

**Post-it® Transmisión por Fax 7671**

| | |
|---|---|
| PARA/TO: MICHAEL J. TERRANO | DE/FROM: HUMBERTO CAPRIO |
| COMPAÑIA/CO: | COMPAÑIA/CO: GRACE - PERU |
| DEPARTAMENTO/DEPT: | TELEFONO/PHONE: |
| FAX: 410-531-4557 | FAX: |

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| | | SALDO APERTURA | | | 585,769.63 |
| 05NOV01 | | COB LETRA 6062 | | 1,536.78 | 587,306.41 |
| 05NOV01 | | COB LETRA 6062 | | 4.26 | 587,310.67 |
| 05NOV01 | | COM.COB/DESC 6062 | 10.00 | | 587,300.67 |
| 05NOV01 | | COB LETRA 0006238 | | 1,100.85 | 588,401.52 |
| 05NOV01 | | COB LETRA 0006238 | | 12.35 | 588,413.87 |
| 05NOV01 | | COM.COB/DESC 0006238 | 16.69 | | 588,397.18 |
| 05NOV01 | | COB LETRA 0006114 | | 1,046.22 | 589,443.40 |
| 05NOV01 | | COB LETRA 0006114 | | 11.73 | 589,455.13 |
| 05NOV01 | | COM.COB/DESC 0006114 | 15.85 | | 589,439.28 |
| 05NOV01 | | COB LETRA 0006115 | | 1,046.22 | 590,485.50 |
| 05NOV01 | | COB LETRA 0006115 | | 6.97 | 590,492.47 |
| 05NOV01 | | COM.COB/DESC 0006115 | 15.85 | | 590,476.62 |
| 05NOV01 | | COB LETRA 0006187 | | 1,583.34 | 592,059.96 |
| 05NOV01 | | COB LETRA 0006187 | | 8.87 | 592,068.83 |
| 05NOV01 | | COM.COB/DESC 0006187 | 15.83 | | 592,053.00 |
| 05NOV01 | | COM CASH MGT BOSTON MAIL | 20.00 | | 592,033.00 |
| 06NOV01 | | COB LETRA 0006225 | | 2,655.00 | 594,688.00 |
| 06NOV01 | | COB LETRA 0006225 | | 6.53 | 594,694.53 |
| 06NOV01 | | COM.COB/DESC 0006225 | 13.28 | | 594,681.25 |
| 06NOV01 | | COB LETRA 6064 | | 1,536.78 | 596,218.03 |
| 06NOV01 | | COB LETRA 6064 | | 2.83 | 596,220.86 |
| 06NOV01 | | COM.COB/DESC 6064 | 10.00 | | 596,210.86 |
| 06NOV01 | | COB LETRA 6063 | | 1,536.78 | 597,747.64 |
| 06NOV01 | | COB LETRA 6063 | | 3.78 | 597,751.42 |
| 06NOV01 | | COM.COB/DESC 6063 | 10.00 | | 597,741.42 |
| 06NOV01 | | COB LETRA 0006188 | | 1,583.34 | 599,324.76 |
| 06NOV01 | | COB LETRA 0006188 | | 6.65 | 599,331.41 |
| 06NOV01 | | COM.COB/DESC 0006188 | 15.83 | | 599,315.58 |
| 06NOV01 | | COB LETRA 0006263 | | 1,626.37 | 600,941.95 |
| 06NOV01 | | COB LETRA 0006263 | | 9.11 | 600,951.06 |
| 06NOV01 | | COM.COB/DESC 0006263 | 16.26 | | 600,934.80 |
| 06NOV01 | | COB LETRA 0006239 | | 1,100.85 | 602,035.65 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 585,769.63 | | | | | | |

"Les deseamos unas
muy Felices Fiestas"

Estimado cliente,
Le informamos que su Código de Cuenta
Interbancario (CCI) en BankBoston es:

046-001-000000154424-46

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.


# BankBoston
SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

| Cuenta N° | 154424 | Moneda | USD | Del | 01 al 30 NOV 2001 | N° Cliente | 15787 | Página | 2 / 12 |

W.R. GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D O I: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 06NOV01 | | COB LETRA 0006239 | | 11.35 | 602,047.00 |
| 06NOV01 | | COM.COB/DESC 0006239 | 16.69 | | 602,030.31 |
| 06NOV01 | | COB LETRA 0006240 | | 1,100.85 | 603,131.16 |
| 06NOV01 | | COB LETRA 0006240 | | 9.35 | 603,140.51 |
| 06NOV01 | | COM.COB/DESC 0006240 | 16.69 | | 603,123.82 |
| 06NOV01 | | COB LETRA 0006392 | | 1,752.44 | 604,876.26 |
| 06NOV01 | | COB LETRA 0006392 | | 4.31 | 604,880.57 |
| 06NOV01 | | COM.COB/DESC 0006392 | 10.00 | | 604,870.57 |
| 06NOV01 | | COM CASH MGT COM.MPAY | 90.00 | | 604,780.57 |
| 07NOV01 | | COB LETRA 0006264 | | 3,252.75 | 608,033.32 |
| 07NOV01 | | COB LETRA 0006264 | | 5.00 | 608,038.32 |
| 07NOV01 | | COM.COB/DESC 0006264 | 16.26 | | 608,022.06 |
| 07NOV01 | | COB LETRA 0006189 | | 3,166.69 | 611,188.75 |
| 07NOV01 | | COB LETRA 0006189 | | 4.87 | 611,193.62 |
| 07NOV01 | | COM.COB/DESC 0006189 | 15.83 | | 611,177.79 |
| 07NOV01 | | COB LETRA 6065 | | 1,536.78 | 612,714.57 |
| 07NOV01 | | COB LETRA 6065 | | 2.36 | 612,716.93 |
| 07NOV01 | | COM.COB/DESC 6065 | 10.00 | | 612,706.93 |
| 07NOV01 | | COB LETRA 0006241 | | 1,101.85 | 613,808.78 |
| 07NOV01 | | COB LETRA 0006241 | | 8.35 | 613,817.13 |
| 07NOV01 | | COM.COB/DESC 0006241 | 16.69 | | 613,800.44 |
| 07NOV01 | | COB LETRA 0006281 | | 903.19 | 614,703.63 |
| 07NOV01 | | COB LETRA 0006281 | | 7.53 | 614,711.16 |
| 07NOV01 | | COM.COB/DESC 0006281 | 15.05 | | 614,696.11 |
| 07NOV01 | | COB LETRA 6151 | | 912.87 | 615,608.98 |
| 07NOV01 | | COB LETRA 6151 | | 6.39 | 615,615.37 |
| 07NOV01 | | COM.COB/DESC 6151 | 15.21 | | 615,600.16 |
| 07NOV01 | | COB LETRA 6154 | | 912.87 | 616,513.03 |
| 07NOV01 | | COB LETRA 6154 | | 4.47 | 616,517.50 |
| 07NOV01 | | COM.COB/DESC 6154 | 10.65 | | 616,506.85 |
| 07NOV01 | | COB LETRA 0006326 | | 1,065.89 | 617,572.74 |
| 07NOV01 | | COB LETRA 0006326 | | 8.88 | 617,581.62 |
| 07NOV01 | | COM.COB/DESC 0006326 | 17.76 | | 617,563.86 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 585,769.63 | | | | | | |

"Les deseamos unas
muy Felices Fiestas "

Estimado cliente,
Le informamos que su Código de Cuenta
Interbancario (CCI) en BankBoston es:

046-001-000000154424-46

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.



# BankBoston
### SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

Cuenta N° 154424   Moneda US.D   Del 01 al 30 NOV 2001   N° Cliente 15787   Página 3 / 12

W.R. GRACE & CO - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D O I: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 07NOV01 | | COB LETRA 5384 | | 607.18 | 618,171.04 |
| 07NOV01 | | COB LETRA 5384 | | 1.49 | 618,172.53 |
| 07NOV01 | | COM.COB/DESC 5384 | 10.00 | | 618,162.53 |
| 07NOV01 | 09NOV01 | DEP CH O/BCO | | 4,938.30 | 623,100.83 |
| 07NOV01 | | COB LETRA 6215 | | 1,775.90 | 624,876.73 |
| 08NOV01 | | COB LETRA 6215 | | 2.20 | 624,878.93 |
| 08NOV01 | | COM.COB/DESC 6215 | 10.00 | | 624,868.93 |
| 08NOV01 | | COB LETRA 6197 | | 1,596.86 | 626,465.79 |
| 08NOV01 | | COB LETRA 6197 | | 2.97 | 626,468.76 |
| 08NOV01 | | COM.COB/DESC 6197 | 10.00 | | 626,458.76 |
| 08NOV01 | | COB LETRA 05966 | | 1,878.32 | 628,337.08 |
| 08NOV01 | | COB LETRA 05966 | | 3.50 | 628,340.58 |
| 08NOV01 | | COM.COB/DESC 05966 | 10.00 | | 628,330.58 |
| 08NOV01 | | DEP PLAZO NRO.091183 | 500,000.00 | | 128,330.58 |
| 08NOV01 | 12NOV01 | DEP CH O/BCO | | 270.95 | 128,601.53 |
| 09NOV01 | | COB LETRA 6066 | | 1,536.78 | 130,138.31 |
| 09NOV01 | | COB LETRA 6066 | | 2.36 | 130,140.67 |
| 09NOV01 | | COM.COB/DESC 6066 | 10.00 | | 130,130.67 |
| 09NOV01 | | COB LETRA 0006218 | | 2,301.00 | 132,431.67 |
| 09NOV01 | | COB LETRA 0006218 | | 3.53 | 132,435.20 |
| 09NOV01 | | COM.COB/DESC 0006218 | 11.51 | | 132,423.69 |
| 09NOV01 | | COB LETRA 6257 | | 1,567.34 | 133,991.03 |
| 09NOV01 | | COB LETRA 6257 | | 1.46 | 133,992.49 |
| 09NOV01 | | COM.COB/DESC 6257 | 10.00 | | 133,982.49 |
| 09NOV01 | | COB LETRA 06104 | | 561.12 | 134,543.61 |
| 09NOV01 | | COB LETRA 06104 | | 5.33 | 134,548.94 |
| 09NOV01 | | COM.COB/DESC 06104 | 14.03 | | 134,534.91 |
| 09NOV01 | | COB LETRA 6235 | | 661.39 | 135,196.30 |
| 09NOV01 | | COB LETRA 6235 | | 3.70 | 135,200.00 |
| 09NOV01 | | COM.COB/DESC 6235 | 11.57 | | 135,188.43 |
| 09NOV01 | | COB LETRA 6155 | | 760.73 | 135,949.16 |
| 09NOV01 | | COB LETRA 6155 | | 2.56 | 135,951.72 |
| 09NOV01 | | COM.COB/DESC 6155 | 10.65 | | 135,941.07 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 585,769.63 | | | | | | |

"Les deseamos unas muy Felices Fiestas"

Estimado cliente,
Le informamos que su Código de Cuenta Interbancario (CCI) en BankBoston es:

046-001-000000154424-48

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.



# BankBoston
## SUCURSAL DEL PERU

RUC: 20331283253

## Estado de Cuenta

| Cuenta Nº | 154424 | Moneda | USD | Del | 01 al 30 NOV 2001 | Nº Cliente | 15787 | Página | 4 / 12 |

```
W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.   20102001053
```

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 09NOV01 | | COB LETRA 06152 | | 760.73 | 136,701.80 |
| 09NOV01 | | COB LETRA 06152 | | 3.65 | 136,705.45 |
| 09NOV01 | | COM.COB/DESC 06152 | 15.21 | | 136,690.24 |
| 09NOV01 | | COB LETRA 0006346 | | 541.23 | 137,231.47 |
| 09NOV01 | | COB LETRA 0006346 | | 5.95 | 137,237.42 |
| 09NOV01 | | COM.COB/DESC 0006346 | 13.53 | | 137,223.89 |
| 09NOV01 | | COB LETRA 0006327 | | 710.60 | 137,934.49 |
| 09NOV01 | | COB LETRA 0006327 | | 5.68 | 137,940.17 |
| 09NOV01 | | COM.COB/DESC 0006327 | 17.76 | | 137,922.41 |
| 09NOV01 | | COB LETRA 0006282 | | 602.13 | 138,524.54 |
| 09NOV01 | | COB LETRA 0006282 | | 4.82 | 138,529.36 |
| 09NOV01 | | COM.COB/DESC 0006282 | 15.05 | | 138,514.31 |
| 09NOV01 | | COB LETRA 0006347 | | 676.53 | 139,190.84 |
| 09NOV01 | | COB LETRA 0006347 | | 1.62 | 139,192.46 |
| 09NOV01 | | COM.COB/DESC 0006347 | 13.53 | | 139,178.93 |
| 12NOV01 | | COB LETRA 0006190 | | 3,166.69 | 142,345.62 |
| 12NOV01 | | COB LETRA 0006190 | | 6.88 | 142,352.50 |
| 12NOV01 | | COM.COB/DESC 0006190 | 15.83 | | 142,336.67 |
| 12NOV01 | | COB LETRA 6083 | | 1,534.00 | 143,870.67 |
| 12NOV01 | | COB LETRA 6083 | | 3.33 | 143,874.00 |
| 12NOV01 | | COM.COB/DESC 6083 | 10.00 | | 143,864.00 |
| 12NOV01 | | COB LETRA 6076 | | 1,306.26 | 145,170.26 |
| 12NOV01 | | COB LETRA 6076 | | 2.84 | 145,173.10 |
| 12NOV01 | | COM.COB/DESC 6076 | 10.00 | | 145,163.10 |
| 13NOV01 | | COB LETRA 6068 | | 1,536.78 | 146,699.88 |
| 13NOV01 | | COB LETRA 6068 | | 2.38 | 146,702.26 |
| 13NOV01 | | COM.COB/DESC 6068 | 10.00 | | 146,692.26 |
| 13NOV01 | | COB LETRA 0006324 | | 2,832.00 | 149,524.26 |
| 13NOV01 | | COB LETRA 0006324 | | 6.14 | 149,530.40 |
| 13NOV01 | | COM.COB/DESC 0006324 | 14.16 | | 149,516.24 |
| 13NOV01 | | COB LETRA 6067 | | 1,536.78 | 151,053.02 |
| 13NOV01 | | COB LETRA 6067 | | 3.33 | 151,056.35 |
| 13NOV01 | | COM.COB/DESC 6067 | 10.00 | | 151,046.35 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 585,769.63 | | | | | | |

"Les deseamos unas muy Felices Fiestas"

Estimado cliente,
Le informamos que su Código de Cuenta Interbancario (CCI) en BankBoston es:

046-001-000000154424-46

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

DE : W.R. GRACE & CO     NO. DE TEL :     19 ENE. 2002 05:48PM P5


BankBoston
SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

Cuenta N° 154424   Moneda US.D   Del 01 al 30 NOV 2001   N° Cliente 15787   Página 5 / 1:

W.R. GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 13NOV01 | | COB LETRA 0006331 | | 3,164.76 | 154,211.11 |
| 13NOV01 | | COB LETRA 0006331 | | 6.86 | 154,217.97 |
| 13NOV01 | | COM.COB/DESC 0006331 | 15.82 | | 154,202.15 |
| 13NOV01 | | COB LETRA 0006265 | | 3,252.75 | 157,454.90 |
| 13NOV01 | | COB LETRA 0006265 | | 6.04 | 157,460.94 |
| 13NOV01 | | COM.COB/DESC 0006265 | 16.26 | | 157,444.68 |
| 13NOV01 | | COB LETRA 0006191 | | 1,583.34 | 159,028.02 |
| 13NOV01 | | COB LETRA 0006191 | | 4.75 | 159,032.77 |
| 13NOV01 | | COM.COB/DESC 0006191 | 15.83 | | 159,016.94 |
| 13NOV01 | | COB LETRA 0006226 | | 1,327.50 | 160,344.44 |
| 13NOV01 | | COB LETRA 0006226 | | 3.98 | 160,348.42 |
| 13NOV01 | | COM.COB/DESC 0006226 | 13.28 | | 160,335.14 |
| 13NOV01 | | COB LETRA 0006242 | | 1,335.57 | 161,670.71 |
| 13NOV01 | | COB LETRA 0006242 | | 12.35 | 161,683.06 |
| 13NOV01 | | COM.COB/DESC 0006242 | 16.69 | | 161,666.37 |
| 13NOV01 | | COB LETRA 06051 | | 2,276.93 | 163,943.30 |
| 13NOV01 | | COB LETRA 06051 | | 8.49 | 163,951.79 |
| 13NOV01 | | COM.COB/DESC 06051 | 11.38 | | 163,940.41 |
| 13NOV01 | | COB LETRA 0006328 | | 888.24 | 164,828.65 |
| 13NOV01 | | COB LETRA 0006328 | | 4.26 | 164,832.91 |
| 13NOV01 | | COM.COB/DESC 0006328 | 17.76 | | 164,815.15 |
| 13NOV01 | | COB LETRA 6236 | | 826.74 | 165,641.89 |
| 13NOV01 | | COB LETRA 6236 | | 2.78 | 165,644.67 |
| 13NOV01 | | COM.COB/DESC 6236 | 11.57 | | 165,633.10 |
| 13NOV01 | | DEP EFECTIVO EFECTIVO | | 1,206.00 | 166,839.10 |
| 14NOV01 | | COB LETRA 06031 | | 1,557.52 | 168,396.62 |
| 14NOV01 | | COB LETRA 06031 | | 5.31 | 168,401.93 |
| 14NOV01 | | COM.COB/DESC 06031 | 10.00 | | 168,391.93 |
| 14NOV01 | | COB LETRA 06110 | | 2,124.14 | 170,516.07 |
| 14NOV01 | | COB LETRA 06110 | | 7.24 | 170,523.31 |
| 14NOV01 | | COM.COB/DESC 06110 | 10.62 | | 170,512.69 |
| 14NOV01 | | COB LETRA 06021 | | 2,159.84 | 172,672.53 |
| 14NOV01 | | COB LETRA 06021 | | 6.69 | 172,679.22 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 585,769.63 | | | | | | |

"Les deseamos unas muy Felices Fiestas"

Estimado cliente,
Le informamos que su Código de Cuenta Interbancario (CCI) en BankBoston es:

046-001-000000154424-46

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

# BankBoston
SUCURSAL DEL PERU

RUC: 20331285253

## Estado de Cuenta

Cuenta N° 154424   Moneda US.D   Del 01 al 30 NOV 2001   N° Cliente 15787   Página 6 / 12

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 14NOV01 | | COM.COB/DESC 06021 | 10.80 | | 172,668.42 |
| 14NOV01 | | COB LETRA 05921 | | 1,168.09 | 173,836.51 |
| 14NOV01 | | COB LETRA 05921 | | 3.98 | 173,840.49 |
| 14NOV01 | | COM.COB/DESC 05921 | 10.00 | | 173,830.49 |
| 14NOV01 | | COB LETRA 0006243 | | 1,335.57 | 175,166.06 |
| 14NOV01 | | COB LETRA 0006243 | | 11.35 | 175,177.41 |
| 14NOV01 | | COM.COB/DESC 0006243 | 16.69 | | 175,160.72 |
| 15NOV01 | | COB LETRA 6069 | | 1,536.78 | 176,697.50 |
| 15NOV01 | | COB LETRA 6069 | | 2.38 | 176,699.88 |
| 15NOV01 | | COM COB/DESC 6069 | 10.00 | | 176,689.88 |
| 15NOV01 | | COB LETRA 0006244 | | 1,335.57 | 178,025.45 |
| 15NOV01 | | COB LETRA 0006244 | | 10.35 | 178,035.80 |
| 15NOV01 | | COM.COB/DESC 0006244 | 16.69 | | 178,019.11 |
| 15NOV01 | | COB LETRA 6156 | | 760.73 | 178,779.84 |
| 15NOV01 | | COB LETRA 6156 | | 3.20 | 178,783.04 |
| 15NOV01 | | COM.COB/DESC 6156 | 10.65 | | 178,772.39 |
| 16NOV01 | | COB LETRA 6182 | | 1,583.35 | 180,355.74 |
| 16NOV01 | | COB LETRA 6182 | | 2.45 | 180,358.19 |
| 16NOV01 | | COM.COB/DESC 6182 | 10.00 | | 180,348.19 |
| 16NOV01 | | COB LETRA 0006192 | | 1,583.35 | 181,931.54 |
| 16NOV01 | | COB LETRA 0006192 | | 4.75 | 181,936.29 |
| 16NOV01 | | COM.COB/DESC 0006192 | 15.83 | | 181,920.46 |
| 16NOV01 | | COB LETRA 0006332 | | 1,582.38 | 183,502.84 |
| 16NOV01 | | COB LETRA 0006332 | | 4.75 | 183,507.59 |
| 16NOV01 | | COM.COB/DESC 0006332 | 15.82 | | 183,491.77 |
| 16NOV01 | | COB LETRA 0006339 | | 1,274.40 | 184,766.17 |
| 16NOV01 | | COB LETRA 0006339 | | 3.82 | 184,769.99 |
| 16NOV01 | | COM.COB/DESC 0006339 | 12.74 | | 184,757.25 |
| 16NOV01 | | COB LETRA 6052 | | 2,276.93 | 187,034.18 |
| 16NOV01 | | COB LETRA 6052 | | 7.05 | 187,041.23 |
| 16NOV01 | | COM.COB/DESC 6052 | 11.38 | | 187,029.85 |
| 16NOV01 | | COB LETRA 6277 | | 948.25 | 187,978.10 |
| 16NOV01 | | COB LETRA 6277 | | 1.47 | 187,979.57 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 585,769.63 | | | | | | |

"Les deseamos unas
muy Felices Fiestas"

Estimado cliente,
Le informamos que su Código de Cuenta
Interbancario (CCI) en BankBoston es:

046-001-000000154424-46

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

# BankBoston
### SUCURSAL DEL PERU

RUC: 20331285251

## Estado de Cuenta

Cuenta N° 154424    Moneda USD    Del 01 al 30 NOV 2001    N° Cliente 15787    Página 7 / 12

W.R. GRACE & CO. - CONN
AV CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS

D.O.I.: 20102001053

| FECHA | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 16NOV01 | | COM.COB/DESC 6277 | 10.00 | | 187,969.57 |
| 16NOV01 | 20NOV01 | DEP CH O/BCO | | 681.57 | 188,651.14 |
| 19NOV01 | | COB LETRA 6070 | | 1,536.78 | 190,187.92 |
| 19NOV01 | | COB LETRA 6070 | | 3.33 | 190,191.25 |
| 19NOV01 | | COM.COB/DESC 6070 | 10.00 | | 190,181.25 |
| 19NOV01 | | COB LETRA 0006266 | | 1,626.37 | 191,807.62 |
| 19NOV01 | | COB LETRA 0006266 | | 7.16 | 191,814.78 |
| 19NOV01 | | COM.COB/DESC 0006266 | 16.26 | | 191,798.52 |
| 19NOV01 | | COB LETRA 0006245 | | 1,335.57 | 193,134.09 |
| 19NOV01 | | COB LETRA 0006245 | | 12.35 | 193,146.44 |
| 19NOV01 | | COM.COB/DESC 0006245 | 16.69 | | 193,129.75 |
| 20NOV01 | | COB LETRA 6278 | | 903.19 | 194,032.94 |
| 20NOV01 | | COB LETRA 6278 | | 3.79 | 194,036.73 |
| 20NOV01 | | COM.COB/DESC 6278 | 10.54 | | 194,026.19 |
| 20NOV01 | | COB LETRA 6071 | | 1,536.78 | 195,562.97 |
| 20NOV01 | | COB LETRA 6071 | | 2.85 | 195,565.82 |
| 20NOV01 | | COM.COB/DESC 6071 | 10.00 | | 195,555.82 |
| 20NOV01 | | COB LETRA 6183 | | 1,583.35 | 197,139.17 |
| 20NOV01 | | COB LETRA 6183 | | 2.94 | 197,142.11 |
| 20NOV01 | | COM.COB/DESC 6183 | 10.00 | | 197,132.11 |
| 20NOV01 | | COB LETRA 0006219 | | 2,301.00 | 199,433.11 |
| 20NOV01 | | COB LETRA 0006219 | | 4.27 | 199,437.38 |
| 20NOV01 | | COM.COB/DESC 0006219 | 11.51 | | 199,425.87 |
| 20NOV01 | | COB LETRA 06111 | | 2,124.14 | 201,550.01 |
| 20NOV01 | | COB LETRA 06111 | | 7.89 | 201,557.90 |
| 20NOV01 | | COM.COB/DESC 06111 | 10.62 | | 201,547.28 |
| 20NOV01 | | COB LETRA 6157 | | 912.87 | 202,460.15 |
| 20NOV01 | | COB LETRA 6157 | | 3.20 | 202,463.35 |
| 20NOV01 | | COM.COB/DESC 6157 | 10.65 | | 202,452.70 |
| 21NOV01 | | COB LETRA 6072 | | 1,536.80 | 203,989.50 |
| 21NOV01 | | COB LETRA 6072 | | 2.36 | 203,991.86 |
| 21NOV01 | | COM.COB/DESC 6072 | 10.00 | | 203,981.86 |
| 21NOV01 | | COB LETRA 0006247 | | 1,335.57 | 205,317.43 |

| SALDO ANTERIOR | DR | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 585,769.63 | | | | | | |

"Les deseamos unas muy Felices Fiestas"

Estimado cliente,
Le informamos que su Código de Cuenta Interbancario (CCI) en BankBoston es:

045-001-000000154424-46

Importante: Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo.
En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.