# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS

2500 FIRST UNION FINANCIAL CENTER
MIAMI , FLORIDA  33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com

_____

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE:  (954) 356-0030 • FAX:  (954) 356-0406

WR Grace-Official Committee of Prop

January 29, 2002

Invoice #  49386

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH December 31, 2001

Atty - SLB

RE:      01- Case Administration

Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/03/01 | JMS | 0.50 | 112.50 | Email to and from T. Tacconelli regarding hearing on 12/19 (.3); review executive summary of Protein Graphics settlement (.2). |
| 12/04/01 | SLB | 1.50 | 637.50 | Telephone call to P. Lockwood re: response to J. Fitzgerald's letter (.4); telephone conference with P. Lockwood and D. Bernick re: same (.5); telephone call to P. Lockwood re: same (.3); e-mail to Committee re: same (.3). |
| 12/04/01 | JMS | 1.00 | 225.00 | Telephone conference with Debtors' counsel, Commercial Committee counsel, PI counsel regarding transfer of cases (.5); telephone conference with S. Baena, P. Lockwood regarding status (.5). |
| 12/05/01 | SLB | 1.40 | 595.00 | Draft response to Judge Fitzgerald (.5); e-mails from and to D. Speights re: same (.3); telephone call to P. Lockwood re: PD Committee portion of letter to Judge Fitzgerald (.2); draft new letter to Judge Fitzgerald (.3); telephone call from P. O'Connor re: letter to Judge Fitzgerald (.1). |
| 12/05/01 | JMS | 0.90 | 202.50 | Telephone conference with G. Boyer regarding status, National Medical Care transactions (.3); receive and review correspondence to Judge Fitzgerald (.6). |
| 12/05/01 | JMS | 0.80 | 180.00 | Telephone conferences with committee members regarding status and response to Judge Fitzgerald (.8). |
| 12/06/01 | SLB | 0.30 | 127.50 | Telephone call from D. Speights re: significance of orders entered, etc. (.3). |
| 12/10/01 | ASD | 0.20 | 45.00 | Review of order referring cases to Bankruptcy court. |
| 12/10/01 | JMS | 0.20 | 45.00 | Review J. Wolin's order referring the case to J. Fitzgerald (.2). |
| 12/11/01 | SLB | 0.40 | 170.00 | Telephone call to D. Speights re: assignment of bankruptcy judge (.3); interoffice conference with J. Sakalo re: order of assignment to bankruptcy judge (.1). |
| 12/11/01 | JMS | 0.20 | 45.00 | Review docket (.1); conference with Scott L. Baena regarding assignment of cases (.1). |
| 12/12/01 | JLH | 0.50 | 50.00 | Compile and prepare documents for scanning. |
| 12/13/01 | JMS | 0.60 | 135.00 | Follow up emails to S. Baena (.3); telephone conference with T. Tacconelli regarding omnibus hearings (.2); review docket (.1). |
| 12/14/01 | JMS | 0.90 | 202.50 | Review J. Fitzgerald's order setting status conference and email to S. Baena thereon (.4); review submission by Debtors to court (.5). |
| 12/14/01 | JMS | 0.40 | 90.00 | Emails to and from J. Schwartz regarding status (.4). |
| 12/17/01 | JMS | 2.10 | 472.50 | Telephone conference with D. Speights regarding strategy for 12/20 and 1/3 hearings (.3); email to S. Baena thereon (.3); telephone conference with M. Dies regarding strategy and email to S. Baena thereon (.5); telephone conference with T. Tacconelli regarding status/strategy (.2); prepare for 12/20 hearing (.8). |
| 12/17/01 | JMS | 1.90 | 427.50 | Review docket (.2); review exhibits to Debtors' status report (1.3); review case procedures from Delaware website (.4). |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 12/18/01 | ASD | 0.20 | 45.00 | Review of letter from Travelers to Judge Wolin. |
| 12/18/01 | ASD | 0.10 | 22.50 | Review of schedule for hearing. |
| 12/18/01 | LMF | 0.50 | 50.00 | Download updated docket (.5). |
| 12/18/01 | JMS | 2.60 | 585.00 | Prepare for 12/20 hearing and review docket (1.7); review agenda for 12/20 hearing (.2); email to committee regarding 12/20 hearing (.3); emails to/from D. Speights regarding hearing (.4). |
| 12/18/01 | JMS | 0.50 | 112.50 | Review correspondence to court by Travelers Insurance (.5). |
| 12/19/01 | LMF | 1.30 | 130.00 | Assist with preparation for status conference (1.3). |
| 12/19/01 | JMS | 0.20 | 45.00 | Review correspondence from unofficial committee of insurers to J. Wolin (.2). |
| 12/19/01 | JMS | 1.20 | 270.00 | Telephone conferences with T. Tacconelli regarding hearing on 12/20 (.4); emails to and from M. Dies regarding 12/20 hearing issues (.5); telephone conference with M. Zaleski regarding hearing issues (.3). |
| 12/19/01 | JMS | 0.30 | 67.50 | Review correspondence from Debtors to J. Fitzgerald (.1); review correspondence from unofficial committee of insurers to J. Wolin (.2). |
| 12/19/01 | RWT | 0.80 | 300.00 | Preparation for status conference (.8). |
| 12/20/01 | JMS | 1.30 | 292.50 | Prepare for hearing. |
| 12/20/01 | JLH | 0.80 | 80.00 | Compile documents for meeting with Laurel Robinson regarding imaging of documents. |
| 12/21/01 | JMS | 1.20 | 270.00 | Review docket of main and adversary cases (.8); review amended agenda for 1/3/02 hearing (.4). |
| 12/26/01 | JMS | 0.60 | 135.00 | Receive and review letter from J. Fitzgerald regarding amending administrative compensation order (.4); receive and review first case management order (.2). |
| 12/26/01 | JLH | 0.50 | 50.00 | Meeting with Laurel Robinson, regarding scanned documents on disc. |
| 12/27/01 | LMF | 6.30 | 630.00 | Meeting with J. Sakalo to review Agenda for 1/3/01 Status Conference (.3). compile documents/pleadings and prepare hearing notebook and index for same (6.0). |
| 12/27/01 | JMS | 0.90 | 202.50 | Conference with L. Flores regarding 1/3 hearing (.3); telephone conference with E. Cottingham regarding 1/3 hearing (.2); telephone conference with M. Zaleski regarding 1/3 hearing (.2); review correspondence from Debtors regarding Intercat bankruptcy (.2). |
| 12/28/01 | SLB | 0.70 | 297.50 | Review 12/28 order from Judge Wolin and e-mails to and from Committee re: same (.7). |
| 12/28/01 | LMF | 1.90 | 190.00 | Complete hearing notebook for Status Conference on 1/3/01 on various matters (1.9). |
| 12/28/01 | LMF | 0.50 | 50.00 | Research regarding counsel appointed to oversee all asbestos related cases (.5). |
| 12/28/01 | JMS | 1.90 | 427.50 | Review docket (.3); receive and review order from J. Wolin appointing court consultants and conference with S. Baena thereon (.7); telephone conference with M. Dies regarding all pending matters and 1/3 hearing (.4); emails (x2) to Committee regarding status (.5). |
| 12/30/01 | JMS | 0.60 | 135.00 | Telephone conference with D. Speights regarding 1/3 hearing and follow up email thereon (.6). |
| 12/31/01 | JMS | 0.40 | 90.00 | Emails (x3) to and from T. Tacconelli regarding hearing issues and status of pending matters (.4). |

**PROFESSIONAL SERVICES**                                                                                    $8,240.00

### COSTS ADVANCED

| | | |
|---|---|---|
| 09/01/01 | Professional ServicesVENDOR: W. D. HILTON, JR.; INVOICE#: 08/31/01; DATE: 8/31/01  -  Client #15537 - Invoice dated 08/31/01 | 1,875.00 |
| 10/03/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249500 DATE: 10/12/01 | 43.60 |
| 11/04/01 | Fares, Mileage, ParkingVENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/07/01; DATE: 11/29/01  -  Clients - Reim. for Travel to Delaware | 32.20 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 11/07/01 | Fares, Mileage, ParkingVENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/07/01; DATE: 11/29/01  -  Clients - Reim. for Travel to Delaware | 34.20 |
| 11/08/01 | MealsVENDOR: JAY M. SAKALO; INVOICE#: JMS-01/09/02; DATE: 11/8/01  -  CLIENTS - REIM. WORKING MEALS JMS & SLB | 26.44 |
| 11/15/01 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 800651554; DATE: 11/30/01  -  Clients - 11/01/01-11/30/01 | 46.95 |
| 11/16/01 | Court Reporter ChargesVENDOR: ESQUIRE DEPOSITION SERVICES, INC.; INVOICE#: 66768EPA; DATE: 11/28/01  -  Client #15537 - Depositions of Katherine Kinsella and Todd B. Hilser | 2,746.60 |
| 11/16/01 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 800651554; DATE: 11/30/01  -  Clients - 11/01/01-11/30/01 | 486.96 |
| 11/16/01 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0111030619; DATE: 11/30/01  -  ACCT.#104G8X | 122.00 |
| 11/18/01 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 800651554; DATE: 11/30/01  -  Clients - 11/01/01-11/30/01 | 554.65 |
| 11/19/01 | MealsVENDOR: GRUNBERG'S DELI RESTAURANT; INVOICE#: 11/15/01-11/30/01; DATE: 11/30/01  -  Clients | 44.82 |
| 11/19/01 | Fares, Mileage, ParkingVENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/21/01; DATE: 12/4/01  -  Clients - Reim. for Travel to Delaware | 13.00 |
| 11/19/01 | MealsVENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/21/01; DATE: 12/4/01  -  Clients - Reim. for Travel to Delaware | 0.93 |
| 11/20/01 | AirfareVENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/21/01; DATE: 12/4/01  -  Clients - Reim. for Travel to Delaware | 281.75 |
| 11/20/01 | LodgingVENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/09/02; DATE: 11/20/01  -  CLIENT - 74817-15537 TRAVEL TO DELAWARE -ATTEND HEARING | 214.92 |
| 11/20/01 | MealsVENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/09/02; DATE: 11/20/01  -  CLIENT - 74817-15537 TRAVEL TO DELAWARE - ATTEND HEARING | 18.75 |
| 11/20/01 | Long Distance Telephone-Outside ServicesVENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/09/02; DATE: 11/20/01  -  CLIENT - 74817-15537 TRAVEL TO DELAWARE -ATTEND HEARING | 60.87 |
| 11/21/01 | LodgingVENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/21/01; DATE: 12/4/01  -  Clients - Reim. for Travel to Delaware | 515.86 |
| 11/21/01 | MealsVENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/21/01; DATE: 12/4/01  -  Clients - Reim. for Travel to Delaware | 64.50 |
| 11/21/01 | Miscellaneous CostsVENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/21/01; DATE: 12/4/01  -  Clients - Reim. for Travel to Delaware | 62.00 |
| 11/21/01 | Fares, Mileage, ParkingTAXI FARES - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/09/02; DATE: 11/20/01  -  CLIENT - 74817-15537 TRAVEL TO DELAWARE -ATTEND HEARING | 22.00 |
| 11/26/01 | Fares, Mileage, ParkingVENDOR: Eagle Limousine & Motorcoach; INVOICE#: 11/26/01; DATE: 11/26/01  -  Client #15537 - Service from 11/20/01 - 11/21/01 | 390.90 |
| 11/28/01 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 800651554; DATE: 11/30/01  -  Clients - 11/01/01-11/30/01 | 149.10 |
| 11/28/01 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 800651554; DATE: 11/30/01  -  Clients - 11/01/01-11/30/01 | 249.14 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 17.29 |
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 21.05 |
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 23.12 |
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 25.56 |
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 21.62 |
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 21.62 |
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 22.18 |
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 23.12 |
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 22.18 |
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 25.56 |
| 11/29/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249554 DATE: 12/11/01 | 22.18 |
| 11/30/01 | Messenger ServicesVENDOR: EXEC2000 COURIER SYSTEMS; INVOICE#: I31536; DATE: 12/1/01  -  Clients | 12.50 |
| 11/30/01 | Professional ServicesVENDOR: W. D. HILTON, JR.; INVOICE#: 11/30/01; DATE: 11/30/01  -  Client #15537 | 11,858.93 |
| 12/03/01 | Photocopies  22.00pgs @ .15/pg | 3.30 |
| 12/03/01 | Photocopies  38.00pgs @ .15/pg | 5.70 |
| 12/03/01 | Long Distance Telephone(302) 575-1555 | 3.69 |
| 12/03/01 | Long Distance Telephone(302) 575-1555 | 0.46 |
| 12/04/01 | Telecopies   78.00pgs @ .50/pg | 39.00 |
| 12/04/01 | Long Distance Telephone(216) 586-7175 | 1.38 |
| 12/04/01 | Long Distance Telephone(214) 978-4984 | 0.46 |
| 12/04/01 | Long Distance Telephone(215) 665-2000 | 6.46 |
| 12/04/01 | Long Distance Telephone(202) 862-5065 | 5.08 |
| 12/05/01 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   20.00pgs @ .50/pg | 10.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/05/01 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 12/05/01 | Long Distance Telephone(803) 943-4444 | 1.38 |
| 12/05/01 | Long Distance Telephone(415) 989-1801 | 0.92 |
| 12/05/01 | Long Distance Telephone(312) 660-0313 | 1.38 |
| 12/05/01 | Long Distance Telephone(202) 862-5065 | 3.23 |
| 12/05/01 | Long Distance Telephone(202) 429-3329 | 0.46 |
| 12/05/01 | Long Distance Telephone(202) 429-3329 | 0.46 |
| 12/05/01 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 12/05/01 | Long Distance Telephone(509) 747-2323 | 0.46 |
| 12/05/01 | Long Distance Telephone(617) 720-5015 | 0.46 |
| 12/05/01 | Long Distance Telephone(843) 216-9450 | 0.46 |
| 12/05/01 | Long Distance Telephone(415) 989-1801 | 0.92 |
| 12/05/01 | Long Distance Telephone(973) 538-1984 | 0.46 |
| 12/05/01 | Long Distance Telephone(973) 367-4955 | 0.46 |
| 12/05/01 | Long Distance Telephone(803) 943-4599 | 1.38 |
| 12/05/01 | Long Distance Telephone(409) 883-4814 | 0.92 |
| 12/05/01 | Long Distance Telephone(302) 575-1555 | 1.38 |
| 12/05/01 | Long Distance Telephone(415) 956-1008 | 0.92 |
| 12/05/01 | Long Distance Telephone(302) 575-1714 | 0.46 |
| 12/05/01 | Long Distance Telephone(843) 216-9450 | 0.92 |
| 12/05/01 | Long Distance Telephone(973) 645-2630 | 0.92 |
| 12/05/01 | Long Distance Telephone(312) 861-2200 | 0.46 |
| 12/05/01 | Long Distance Telephone(202) 429-3329 | 0.46 |
| 12/05/01 | Long Distance Telephone(212) 806-6006 | 0.46 |
| 12/05/01 | Long Distance Telephone(803) 943-6047 | 8.77 |
| 12/06/01 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 12/06/01 | Long Distance Telephone(212) 813-1703 | 1.38 |
| 12/06/01 | Long Distance Telephone(973) 645-3730 | 2.31 |
| 12/06/01 | Long Distance Telephone(973) 645-2580 | 1.38 |
| 12/06/01 | Long Distance Telephone(312) 861-3103 | 1.38 |
| 12/06/01 | Long Distance Telephone(310) 337-4144 | 0.92 |
| 12/06/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249562 DATE: 12/18/01 | 11.78 |
| 12/06/01 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 800907405; DATE: 12/31/01  -  Clients | 17.47 |
| 12/06/01 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 800907405; DATE: 12/31/01  -  Clients | 2.21 |
| 12/07/01 | Professional ServicesVENDOR: AUTOMATED LEGAL SOLUTIONS; INVOICE#: 1355; DATE: 12/7/01  -  Client #15537 - Scanning of Fee Applications, master copy (compact disc) and consulting fees. | 1,403.12 |
| 12/11/01 | Photocopies  28.00pgs @ .15/pg | 4.20 |
| 12/11/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 12/11/01 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 12/11/01 | Long Distance Telephone(415) 989-1801 | 0.92 |
| 12/11/01 | Long Distance Telephone(803) 943-4444 | 5.54 |
| 12/11/01 | Long Distance Telephone(803) 943-4444 | 2.77 |
| 12/11/01 | Long Distance Telephone(302) 575-1555 | 5.54 |
| 12/11/01 | Long Distance Telephone(212) 768-6889 | 0.92 |
| 12/11/01 | Long Distance Telephone(212) 402-4337 | 6.92 |
| 12/11/01 | Long Distance Telephone(203) 255-1616 | 2.31 |
| 12/12/01 | Photocopies  12.00pgs @ .15/pg | 1.80 |
| 12/12/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249567 DATE: 12/24/01 | 21.03 |
| 12/12/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249567 DATE: 12/24/01 | 21.41 |
| 12/12/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249567 DATE: 12/24/01 | 21.03 |
| 12/12/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249567 DATE: 12/24/01 | 19.92 |
| 12/12/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249567 DATE: 12/24/01 | 19.92 |
| 12/12/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249567 DATE: 12/24/01 | 17.87 |
| 12/12/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249567 DATE: 12/24/01 | 19.92 |
| 12/12/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249567 DATE: 12/24/01 | 31.03 |
| 12/12/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249567 DATE: 12/24/01 | 19.18 |
| 12/13/01 | Photocopies  34.00pgs @ .15/pg | 5.10 |
| 12/13/01 | Photocopies  12.00pgs @ .15/pg | 1.80 |
| 12/13/01 | Photocopies  29.00pgs @ .15/pg | 4.35 |
| 12/13/01 | Telecopies    38.00pgs @ .50/pg | 19.00 |
| 12/13/01 | Telecopies    36.00pgs @ .50/pg | 18.00 |
| 12/13/01 | Telecopies    36.00pgs @ .50/pg | 18.00 |
| 12/13/01 | Telecopies    36.00pgs @ .50/pg | 18.00 |
| 12/13/01 | Telecopies    36.00pgs @ .50/pg | 18.00 |
| 12/13/01 | Telecopies    36.00pgs @ .50/pg | 18.00 |
| 12/13/01 | Telecopies    60.00pgs @ .50/pg | 30.00 |
| 12/13/01 | Telecopies    44.00pgs @ .50/pg | 22.00 |
| 12/13/01 | Long Distance Telephone(509) 747-2323 | 1.85 |
| 12/13/01 | Long Distance Telephone(415) 956-1008 | 1.85 |
| 12/13/01 | Long Distance Telephone(617) 720-5015 | 1.38 |
| 12/13/01 | Long Distance Telephone(843) 216-9450 | 2.77 |
| 12/13/01 | Long Distance Telephone(415) 989-1801 | 3.23 |
| 12/13/01 | Long Distance Telephone(973) 538-1984 | 0.92 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 12/13/01 | Long Distance Telephone(973) 367-4955 | 2.77 |
| 12/13/01 | Long Distance Telephone(409) 883-4394 | 1.38 |
| 12/13/01 | Long Distance Telephone(409) 883-4814 | 5.54 |
| 12/13/01 | Long Distance Telephone(803) 943-4444 | 0.92 |
| 12/13/01 | Long Distance Telephone(973) 538-1984 | 0.92 |
| 12/13/01 | Long Distance Telephone(302) 575-1714 | 2.77 |
| 12/13/01 | Long Distance Telephone(803) 943-4599 | 6.00 |
| 12/13/01 | Long Distance Telephone(973) 538-1984 | 1.38 |
| 12/13/01 | Long Distance Telephone(409) 883-4394 | 1.38 |
| 12/13/01 | Long Distance Telephone(843) 524-1242 | 4.61 |
| 12/13/01 | Professional ServicesVENDOR: HAMILTON, RABINOVITZ & ALSCHULER, INC.; INVOICE#: HRA200111213; DATE: 12/13/01  -  Client #15537 | 22,245.96 |
| 12/14/01 | Photocopies  15.00pgs @ .15/pg | 2.25 |
| 12/14/01 | Telecopies    12.00pgs @ .50/pg | 6.00 |
| 12/14/01 | Long Distance Telephone(212) 903-3949 | 0.92 |
| 12/14/01 | Long Distance Telephone(312) 861-3103 | 2.77 |
| 12/14/01 | Long Distance Telephone(212) 903-3949 | 1.38 |
| 12/14/01 | Long Distance Telephone(212) 903-3949 | 1.38 |
| 12/17/01 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 12/17/01 | Photocopies  14.00pgs @ .15/pg | 2.10 |
| 12/17/01 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 12/17/01 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 12/17/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/17/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/17/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/17/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/17/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/17/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/17/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/17/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/17/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/17/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/17/01 | Long Distance Telephone(803) 943-4084 | 1.85 |
| 12/17/01 | Long Distance Telephone(302) 575-1555 | 1.85 |
| 12/17/01 | Long Distance Telephone(803) 943-4599 | 1.38 |
| 12/17/01 | Long Distance Telephone(409) 883-4814 | 0.92 |
| 12/17/01 | Long Distance Telephone(509) 747-2323 | 3.23 |
| 12/17/01 | Long Distance Telephone(415) 956-1008 | 2.31 |
| 12/17/01 | Long Distance Telephone(409) 883-4394 | 3.69 |
| 12/17/01 | Long Distance Telephone(617) 720-5015 | 2.31 |
| 12/17/01 | Long Distance Telephone(843) 216-9450 | 2.31 |
| 12/17/01 | Long Distance Telephone(843) 216-9450 | 2.31 |
| 12/17/01 | Long Distance Telephone(973) 538-1984 | 2.31 |
| 12/17/01 | Long Distance Telephone(973) 367-4955 | 2.31 |
| 12/17/01 | Long Distance Telephone(302) 575-1714 | 2.31 |
| 12/17/01 | Long Distance Telephone(803) 943-4599 | 3.69 |
| 12/17/01 | Long Distance Telephone(409) 883-4814 | 3.69 |
| 12/17/01 | Long Distance Telephone(415) 989-1801 | 2.77 |
| 12/18/01 | Messenger ServicesVENDOR: EXEC2000 COURIER SYSTEMS; INVOICE#: I32499; DATE: 12/22/01  -  Clients | 6.50 |
| 12/19/01 | Photocopies  3.00pgs @ .15/pg | 0.45 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 12/19/01 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 12/19/01 | Long Distance Telephone(212) 813-1703 | 1.85 |
| 12/19/01 | Long Distance Telephone(302) 575-1555 | 1.38 |
| 12/19/01 | Long Distance Telephone(302) 426-1900 | 4.61 |
| 12/19/01 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 12/19/01 | Long Distance Telephone(302) 654-2067 | 2.31 |
| 12/19/01 | ParkingVENDOR: JAY M. SAKALO; INVOICE#: JMS-12/21/01; DATE: 12/21/01  -  CLIENT - 15537 TRAVEL TO NEWARK ATTEND HEARING | 10.50 |
| 12/19/01 | LodgingVENDOR: JAY M. SAKALO; INVOICE#: JMS-12/21/01; DATE: 12/21/01  -  CLIENT - 15537  TRAVEL TO DELAWARE ATTEND HEARING | 121.52 |
| 12/19/01 | AirfareVENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/15/02; DATE: 1/15/02  -  CLIENT - TRAVEL TO NEWARK FOR HEARINGS | 532.25 |
| 12/19/01 | LodgingVENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/15/02; DATE: 1/15/02  -  CLIENT - TRAVEL TO NEWARK FOR HEARINGS | 49.54 |
| 12/20/01 | LodgingVENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/15/02; DATE: 1/15/02  -  CLIENT - TRAVEL TO NEWARK FOR HEARINGS | 63.84 |
| 12/20/01 | Professional ServicesSERVICES RENDERED THROUGH 12/04/01 - VENDOR: HILSOFT NOTIFICATIONS; INVOICE#: 43741; DATE: 12/20/01  -  CLIENT - 15537 RE: W.R. GRACE | 1,379.23 |
| 12/21/01 | Photocopies  6.00pgs @ .15/pg | 0.90 |
| 12/21/01 | Long Distance Telephone(302) 594-3100 | 0.92 |
| 12/21/01 | Long Distance Telephone(803) 943-4444 | 7.38 |
| 12/21/01 | Long Distance Telephone(302) 575-1555 | 0.46 |
| 12/21/01 | Long Distance Telephone(212) 813-1703 | 0.46 |
| 12/21/01 | Long Distance Telephone(302) 575-1555 | 1.38 |
| 12/26/01 | Photocopies  26.00pgs @ .15/pg | 3.90 |
| 12/26/01 | Photocopies  14.00pgs @ .15/pg | 2.10 |
| 12/26/01 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 12/26/01 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 12/26/01 | Long Distance Telephone(415) 989-1801 | 1.38 |
| 12/26/01 | Long Distance Telephone(302) 426-1900 | 0.46 |
| 12/26/01 | Long Distance Telephone(409) 883-4394 | 0.46 |
| 12/26/01 | Long Distance Telephone(302) 652-4100 | 0.92 |
| 12/26/01 | Long Distance Telephone(312) 861-3103 | 0.46 |
| 12/26/01 | Long Distance Telephone(312) 861-3103 | 0.46 |
| 12/27/01 | Photocopies  71.00pgs @ .15/pg | 10.65 |
| 12/27/01 | Photocopies  108.00pgs @ .15/pg | 16.20 |
| 12/27/01 | Photocopies  119.00pgs @ .15/pg | 17.85 |
| 12/27/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/27/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/27/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/27/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/27/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/27/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/27/01 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 12/27/01 | Long Distance Telephone(212) 813-0580 | 1.38 |
| 12/27/01 | Long Distance Telephone(310) 820-6778 | 2.31 |
| 12/27/01 | Long Distance Telephone(509) 747-2323 | 1.38 |
| 12/27/01 | Long Distance Telephone(617) 720-5015 | 1.85 |
| 12/27/01 | Long Distance Telephone(415) 989-1801 | 0.46 |
| 12/27/01 | Long Distance Telephone(973) 538-1984 | 1.38 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 12/27/01 | Long Distance Telephone(973) 367-4955 | 2.31 |
| 12/27/01 | Long Distance Telephone(302) 575-1714 | 2.31 |
| 12/27/01 | Long Distance Telephone(803) 943-4599 | 0.46 |
| 12/27/01 | Long Distance Telephone(409) 883-4394 | 1.38 |
| 12/27/01 | Long Distance Telephone(409) 883-4814 | 4.61 |
| 12/27/01 | Long Distance Telephone(415) 956-1008 | 1.38 |
| 12/27/01 | Long Distance Telephone(843) 216-9450 | 2.31 |
| 12/27/01 | Long Distance Telephone(415) 989-1801 | 0.46 |
| 12/27/01 | Long Distance Telephone(415) 989-1801 | 0.46 |
| 12/27/01 | Long Distance Telephone(803) 943-4599 | 4.61 |
| 12/27/01 | Long Distance Telephone(415) 989-1801 | 0.46 |
| 12/27/01 | Long Distance Telephone(415) 989-1801 | 0.46 |
| 12/27/01 | Long Distance Telephone(415) 989-1801 | 0.92 |
| 12/27/01 | Long Distance Telephone(415) 989-1801 | 2.77 |
| 12/27/01 | Long Distance Telephone(803) 943-4444 | 1.38 |
| 12/28/01 | Photocopies  11.00pgs @ .15/pg | 1.65 |
| 12/28/01 | Long Distance Telephone(302) 575-1555 | 3.23 |
| 12/28/01 | Long Distance Telephone(843) 216-9000 | 0.92 |
| 12/28/01 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 12/28/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249579 DATE: 1/14/02 | 11.78 |
| 12/28/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249579 DATE: 1/14/02 | 11.24 |
| 12/28/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249579 DATE: 1/14/02 | 11.07 |
| 12/28/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249579 DATE: 1/14/02 | 11.07 |
| 12/28/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249579 DATE: 1/14/02 | 12.31 |
| 12/28/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249579 DATE: 1/14/02 | 12.31 |
| 12/28/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249579 DATE: 1/14/02 | 11.78 |
| 12/28/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249579 DATE: 1/14/02 | 11.78 |
| 12/28/01 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249579 DATE: 1/14/02 | 12.31 |
| 12/31/01 | Professional ServicesVENDOR: HAMILTON, RABINOVITZ & ALSCHULER, INC.; INVOICE#: HRA20020115; DATE: 12/31/01  - CLIENT - 15537 SERVICES THROUGH DECEMBER | 2,038.53 |

_____

**TOTAL COSTS ADVANCED**                                                                $49,213.59

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 4.30 | 425.00 | $1,827.50 |
| Turken, Robert W | 0.80 | 375.00 | $300.00 |
| Danzeisen, Allyn S | 0.50 | 225.00 | $112.50 |
| Sakalo, Jay M | 21.20 | 225.00 | $4,770.00 |
| Flores, Luisa M | 10.50 | 100.00 | $1,050.00 |
| Heredia, Jose L | 1.80 | 100.00 | $180.00 |
| *TOTAL* | *39.10* | | *$8,240.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $814.00 |
| Photocopies | $86.25 |
| Court Reporter Charges | $2,746.60 |
| Fares, Mileage, Parking | $492.30 |
| Telecopies | $541.00 |
| Federal Express | $597.82 |
| Long Distance Telephone | $232.88 |
| Long Distance Telephone-Outside Services | $60.87 |
| Lexis - Online Legal Research | $122.00 |
| Lodging | $965.68 |
| Meals | $155.44 |
| Messenger Services | $19.00 |
| Miscellaneous Costs | $62.00 |
| Parking | $10.50 |
| Professional Services | $40,800.77 |
| Westlaw-Online Legal Research | $1,506.48 |
| TOTAL | $49,213.59 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$57,453.59**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 02 - Debtors' Business Operations | | Client No. 74817/15538 |

| | | | | |
|---|---|---|---|---|
| 12/06/01 | JMS | 0.20 | 45.00 | Telephone conference with G. Boyer regarding financial disclosure issues (.2). |
| 12/13/01 | JMS | 1.70 | 382.50 | Receive and review debt analysis performed by CDG (1.7). |
| 12/21/01 | JMS | 0.20 | 45.00 | Telephone conference with G. Boyer regarding financial reports (.2). |

**PROFESSIONAL SERVICES**                                                    $472.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.10 | 225.00 | $472.50 |
| *TOTAL* | *2.10* | | *$472.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**         **$472.50**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:        03 - Creditors Committee                                      Client No. 74817/15539

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 12/06/01 | SLB | 0.50 | 212.50 | Committee meeting (.3); telephone call from M. Dies re: same (.2). |
| 12/06/01 | JMS | 0.30 | 67.50 | Committee conference call (.3). |
| 12/07/01 | JMS | 0.20 | 45.00 | Telephone conference with F. Rabinowitz regarding committee call (.2). |
| 12/10/01 | JMS | 0.40 | 90.00 | Email to committee regarding transfer/referral of case (.4). |
| 12/12/01 | JMS | 0.30 | 67.50 | Letter to Committee regarding Sealed Air (.3). |
| 12/13/01 | JMS | 1.30 | 292.50 | Prepare for committee call (.3); committee conference call (.4); correspondence to committee members regarding status of case (.6). |
| 12/26/01 | JMS | 1.00 | 225.00 | Memo to Committee regarding pending matters (.8); memo to Committee regarding amended fee order (.2). |
| 12/27/01 | SLB | 1.50 | 637.50 | Preparation of meeting agenda (.9); committee meeting (.6). |
| 12/27/01 | JMS | 1.10 | 247.50 | Prepare for committee call and preparation of agenda (.5); committee call (.6). |
| 12/28/01 | SLB | 0.50 | 212.50 | Telephone call from D. Speights re: meeting of Committee, etc. (.5). |

PROFESSIONAL SERVICES                                                           $2,097.50

COSTS ADVANCED

| | | |
|---|---|---|
| 11/01/01 | Long Distance Telephone | 135.02 |
| 11/08/01 | Long Distance Telephone | 825.57 |
| 11/15/01 | Long Distance Telephone | 441.09 |
| 11/29/01 | Long Distance Telephone | 546.69 |

—————

TOTAL COSTS ADVANCED                                                         $1,948.37

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.50 | 425.00 | $1,062.50 |
| Sakalo, Jay M | 4.60 | 225.00 | $1,035.00 |
| *TOTAL* | *7.10* | | *$2,097.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $1,948.37 |
| TOTAL | $1,948.37 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER        **$4,045.87**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15540

Re:    04 - Retention of Professionals

| | | | | |
|---|---|---|---|---|
| 12/28/01 | SLB | 0.40 | 170.00 | Revise application to retain F. Rabinowitz (.4). |
| 12/31/01 | JMS | 1.10 | 247.50 | Revise retention application for W.D. Hilton and Trust Services, Inc. (1.1). |

**PROFESSIONAL SERVICES** $417.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | 425.00 | $170.00 |
| Sakalo, Jay M | 1.10 | 225.00 | $247.50 |
| *TOTAL* | *1.50* | | *$417.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $417.50

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15542

RE:    06 - DIP Financing

PROFESSIONAL SERVICES                                                                $0.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| *Total* | *0* | | *$0.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**            **$0.00**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 12/03/01 | JMS | 1.00 | 225.00 | Revise fee application. |
| 12/04/01 | LMF | 0.80 | 80.00 | Finalize fee application for filing (.8). |
| 12/04/01 | JMS | 0.50 | 112.50 | Telephone conference with S. Schwartz regarding follow up on call, payment of fees (.2); revise fee application (.3). |
| 12/05/01 | JMS | 0.80 | 180.00 | Review Pitney Hardin, et al. fee application (.2); review Campbell & Levine fee application (.2); review Casner & Edwards fee application (.4). |
| 12/06/01 | JMS | 0.20 | 45.00 | Telephone conference with S. Schwartz regarding payment of fees (.2). |
| 12/10/01 | JMS | 0.70 | 157.50 | Review and revise prebills for November bills (.7). |
| 12/11/01 | SLB | 0.90 | 382.50 | Review and revise Fifth Interim Fee Application (.9). |
| 12/11/01 | LMF | 0.80 | 80.00 | Submit email to committee member regarding reimbursement of expenses for October and November (.3); attend to revisions to final statement for month of November (.5). |
| 12/11/01 | JMS | 2.50 | 562.50 | Review fee application (2.5). |
| 12/12/01 | LMF | 0.60 | 60.00 | Continue with revisions to final statement for month of November (.6). |
| 12/12/01 | JMS | 2.00 | 450.00 | Revise and finalize fee application for October/November time (1.8); telephone conferences with S. Schwartz re fee payments (.2). |
| 12/13/01 | LMF | 2.70 | 270.00 | Draft and finalize fifth interim fee application for Bilzin covering the period from October 1, 2001 to November 30, 2001 (2.7). |
| 12/27/01 | JMS | 0.40 | 90.00 | Review fee applications of Wallace, King et al., Nelson Mullins, et al. (.4). |
| 12/28/01 | SLB | 0.30 | 127.50 | Review Judge Fitzgerald's Amended Fee Order (.3). |
| 12/31/01 | LMF | 0.40 | 40.00 | Review amended administrative order regarding interim compensation for professionals (.4). |

**PROFESSIONAL SERVICES**                                                              $2,862.50

### COSTS ADVANCED

| | | |
|---|---|---|
| | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: | |
| 10/03/01 | 961249500 DATE: 10/12/01 | 20.01 |
| 12/20/01 | Photocopies  14.00pgs @ .15/pg | 2.10 |
| | | _____ |

**TOTAL COSTS  ADVANCED**                                                              $22.11

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.20 | 425.00 | $510.00 |
| Sakalo, Jay M | 8.10 | 225.00 | $1,822.50 |
| Flores, Luisa M | 5.30 | 100.00 | $530.00 |
| *TOTAL* | *14.60* | | *$2,862.50* |

### MATTER SUMMARY OF COSTS ADVANCED

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Photocopies | $2.10 |
| Federal Express | $20.01 |
| TOTAL | $22.11 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$2,884.61**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

RE:      08 - Court Appearances

| | | | | |
|---|---|---|---|---|
| 12/20/01 | SLB | 4.00 | 1,700.00 | Court appearance re: Case Management motion (4.0). |
| 12/20/01 | JMS | 4.00 | 900.00 | Attend hearing before Judge Wolin. |
| 12/20/01 | RWT | 5.00 | 1,875.00 | Final preparation for and attendance at status conference. |

**PROFESSIONAL SERVICES** $4,475.00

### COSTS ADVANCED

| | | | |
|---|---|---|---|
| 11/20/01 | AirfareTRAVEL TO/FROM PHILADELPHIA - CASE MANAGEMENT CONFERENCE - VENDOR: ROBERT W. TURKEN; INVOICE#: RWT-01/08/02; DATE: 12/15/01 - | 778.00 |
| 11/21/01 | LodgingTRAVEL TO/FROM PHILADELPHIA - CASE MANAGEMENT CONFERENCE - VENDOR: ROBERT W. TURKEN; INVOICE#: RWT-01/08/02; DATE: 12/15/01 - | 225.92 |
| 12/20/01 | LodgingVENDOR: ROBERT W. TURKEN; INVOICE#: RWT-01/08/02A; DATE: 12/20/01 - CLIENT - 15544 TRAVEL TO NEWARK | 356.49 |
| 12/21/01 | Fares, Mileage, ParkingVENDOR: ROBERT W. TURKEN; INVOICE#: RWT-01/08/02A; DATE: 12/20/01 - CLIENT - 15544 TRAVEL TO NEWARK - AIRPORT PARKING | 50.00 |

_____

**TOTAL COSTS  ADVANCED** $1,410.41

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 4.00 | 425.00 | $1,700.00 |
| Turken, Robert W | 5.00 | 375.00 | $1,875.00 |
| Sakalo, Jay M | 4.00 | 225.00 | $900.00 |
| _TOTAL_ | _13.00_ | | _$4,475.00_ |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $778.00 |
| Fares, Mileage, Parking | $50.00 |
| Lodging | $582.41 |
| TOTAL | $1,410.41 |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER** **$5,885.41**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  | Atty - SLB |
|---|---|---|
| RE: | 10 - Travel | Client No. 74817/15546 |

| | | | | | |
|---|---|---|---|---|---|
| 12/19/01 | SLB | 2.50 | 1,062.50 | Travel to Newark (2.5). | |
| 12/19/01 | JMS | 2.50 | 562.50 | Travel to Newark (2.5). | |
| 12/19/01 | RWT | 2.50 | 937.50 | Travel to Newark (2.5). | |
| 12/21/01 | SLB | 2.50 | 1,062.50 | Return from Newark (2.5). | |
| 12/21/01 | JMS | 2.50 | 562.50 | Return to Miami (2.5). | |
| 12/21/01 | RWT | 2.50 | 937.50 | Travel from Newark (2.5). | |

**PROFESSIONAL SERVICES** $5,125.00

**PROFESSIONAL SERVICES discount on travel** -$2,562.50

**PROFESSIONAL SERVICES** $2,562.50

### COSTS ADVANCED

| | | |
|---|---|---|
| 12/17/01 | Long Distance Telephone(228) 388-7441 | 0.92 |
| 12/19/01 | AirfareVENDOR: TRAVEL VENTURES; INVOICE#: 84766; DATE: 12/14/01  -  CLIENT - TRIP TO/FROM NEWARK | 633.25 |
| 12/19/01 | AirfareVENDOR: TRAVEL VENTURES; INVOICE#: 84791; DATE: 12/18/01  -  CLIENTS - TRAVEL TO/FROM NEWARK | 390.75 |
| 12/21/01 | AirfareVENDOR: TRAVEL VENTURES; INVOICE#: 84832; DATE: 12/20/01  -  CLIENT - TRAVEL NEWARK/MIAMI | 419.87 |
| 12/21/01 | AirfareTRAVEL NEWARK/MIAMI - PAYEE: TRAVEL VENTURES; REQUEST#: 27030; DATE: 12/31/01 | 689.75 |

_____

**TOTAL COSTS  ADVANCED** $2,134.54

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 5.00 | 425.00 | $2,125.00 |
| Turken, Robert W | 5.00 | 375.00 | $1,875.00 |
| Sakalo, Jay M | 5.00 | 225.00 | $1,125.00 |
| *TOTAL* | *15.00* | | *$5,125.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $2,133.62 |
| Long Distance Telephone | $0.92 |
| TOTAL | $2,134.54 |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED this Matter** **$4,697.04**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)    Client No. 74817/15547

| | | | | |
|---|---|---|---|---|
| 12/04/01 | SLB | 1.70 | 722.50 | Telephone call to N. Colton re: assignment of fraudulent transfer motions (.3); telephone call to L. LeClair re: same (.5); telephone conference with L. LeClair and P. Lockwood re: same (.4); e-mails to and from Committee chairs re: same (.5). |

**PROFESSIONAL SERVICES**                                                          $722.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.70 | 425.00 | $722.50 |
| *TOTAL* | *1.70* | | *$722.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$722.50**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| 12/03/01 | JMS | 0.40 | 90.00 | Conference with R. Turken regarding strategy for response to J. Fitzgerald's letter (.4). |
| 12/03/01 | RWT | 3.90 | 1,462.50 | Work on position statement and analysis of case law including conference with Jay Sakalo. |
| 12/05/01 | RWT | 3.70 | 1,387.50 | Continue work on position statement. |
| 12/06/01 | ASD | 0.20 | 45.00 | Interoffice conference with Bob Turken regarding position paper for court. |
| 12/06/01 | ASD | 2.10 | 472.50 | Research regarding cases to support position paper for court. |
| 12/06/01 | ASD | 0.90 | 202.50 | Interoffice conference with Bob Turken regarding position paper for court. |
| 12/06/01 | JMS | 0.50 | 112.50 | Conference with R. Turken regarding response to J. Wolin (.5). |
| 12/06/01 | JMS | 2.50 | 562.50 | Work on proposal to J. Wolin (2.5). |
| 12/06/01 | RWT | 3.20 | 1,200.00 | Continue work on position statement including conference with Jay Sakalo. |
| 12/07/01 | ASD | 3.10 | 697.50 | Research regarding litigation issues. |
| 12/07/01 | JMS | 2.20 | 495.00 | Continue working on response to J. Wolin regarding PD Committee's position (2.2). |
| 12/07/01 | RWT | 2.10 | 787.50 | Continue work on position statement. |
| 12/10/01 | ASD | 3.10 | 697.50 | Research regarding position paper. |
| 12/10/01 | JMS | 1.10 | 247.50 | Continue work on position paper to J. Wolin (1.1). |
| 12/10/01 | RWT | 2.60 | 975.00 | Work on position paper. |
| 12/11/01 | ASD | 1.20 | 270.00 | Review of position paper and continue research for same. |
| 12/11/01 | JMS | 1.80 | 405.00 | Continue to work on position paper of PD Committee (1.8). |
| 12/11/01 | RWT | 1.80 | 675.00 | Work on position statement. |
| 12/12/01 | ASD | 2.90 | 652.50 | Research regarding positions of WR Grace. |
| 12/12/01 | JMS | 1.50 | 337.50 | Revise position paper of PD Committee (1.5). |
| 12/17/01 | ASD | 0.60 | 135.00 | Review of status report and proposal of priorities by W.R. Grace and all exhibits. |
| 12/20/01 | ASD | 0.50 | 112.50 | Review of PI committees objection to Grace Reply. |
| 12/20/01 | ASD | 0.40 | 90.00 | Review of Grace motion to dismiss class action complaint. |
| 12/26/01 | SLB | 0.80 | 340.00 | Review Trade Committee's response to ZAI motion to dismiss and e-mail to PD Committee re: same (.8). |
| 12/26/01 | JMS | 0.70 | 157.50 | Receive and review motion to dismiss Zonolite class action complaint and memorandum in support thereof (.4); receive and review opposition to ZAI motion to dismiss filed by Commercial Committee (.3). |
| 12/27/01 | JMS | 0.80 | 180.00 | Review and analyze PI Committee response to Debtors' Consolidated Reply (.8). |
| 12/31/01 | SLB | 0.20 | 85.00 | E-mails from and to M. Dies re: special F/T counsel (.2). |

**PROFESSIONAL SERVICES**                                                   $12,875.00

**COSTS ADVANCED**

| 11/20/01 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 800651554; DATE: 11/30/01  -  Clients - 11/01/01-11/30/01 | 250.84 |
| 12/12/01 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 800907405; DATE: 12/31/01  -  Clients | 194.52 |

                                                                     _____

**TOTAL COSTS ADVANCED**                                               $445.36

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.00 | 425.00 | $425.00 |
| Turken, Robert W | 17.30 | 375.00 | $6,487.50 |
| Danzeisen, Allyn S | 15.00 | 225.00 | $3,375.00 |
| Sakalo, Jay M | 11.50 | 225.00 | $2,587.50 |
| *TOTAL* | *44.80* | | *$12,875.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Westlaw-Online Legal Research | $445.36 |
| TOTAL | $445.36 |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**                              **$13,320.36**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| | | |
|---|---|---|
| Danzeisen, Allyn S | 15.50 | $3,487.50 |
| Baena, Scott L | 20.10 | $8,542.50 |
| Flores, Luisa M | 15.80 | $1,580.00 |
| Sakalo, Jay M | 57.60 | $12,960.00 |
| Turken, Robert W | 28.10 | $10,537.50 |
| Heredia, Jose L | 1.80 | $180.00 |

| | |
|---|---|
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | **$37,287.50** |
| **PROFESSIONAL SERVICES DISCOUNT ON TRAVEL** | -$2,562.50 |
| **PROFESSIONAL SERVICES** | **$34,725.00** |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $3,725.62 |
| Photocopies | $88.35 |
| Court Reporter Charges | $2,746.60 |
| Fares, Mileage, Parking | $542.30 |
| Telecopies | $541.00 |
| Federal Express | $617.83 |
| Long Distance Telephone | $2,182.17 |
| Long Distance Telephone-Outside Services | $60.87 |
| Lexis - Online Legal Research | $122.00 |
| Lodging | $1,548.09 |
| Meals | $155.44 |
| Messenger Services | $19.00 |
| Miscellaneous Costs | $62.00 |
| Parking | $10.50 |
| Professional Services | $40,800.77 |
| Westlaw-Online Legal Research | $1,951.84 |

| | |
|---|---|
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$55,174.38** |
| **TOTAL AMOUNT DUE THIS PERIOD** | **$89,899.38** |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

---

### CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 12/31/01** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 8,240.00 | 49,213.59 | 57,453.59 |
| 02 - Debtors' Business Operations/15538 | 472.50 | 0.00 | 472.50 |
| 03 - Creditors Committee/15539 | 2,097.50 | 1,948.37 | 4,045.87 |
| 04 - Retention of Professionals/15540 | 417.50 | 0.00 | 417.50 |
| 06 - DIP Financing/15542 | 0.00 | 0.00 | 0.00 |
| 07 - Fee  Applications/15543 | 2,862.50 | 22.11 | 2,884.61 |
| 08 - Court Appearances/15544 | 4,475.00 | 1,410.41 | 5,885.41 |
| 10 - Travel/15546 | 2,562.50 | 2,134.54 | 4,697.04 |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | 722.50 | 0.00 | 722.50 |
| 27 - Litigation Consulting/15563 | 12,875.00 | 445.36 | 13,320.36 |
| Client Total | $34,725.00 | $55,174.38 | $89,899.38 |