IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 27, 2002 at 4:00 pm** |
| | ) | **Hearing Date: Only if Timely Objections are Made** |

## SUMMARY OF FIFTH INTERIM APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES TO COMMITTEE MEMBERS AND THEIR COUNSEL FOR THE PERIOD FROM OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001

| | |
|---|---|
| Name of Applicant: | Official Committee of Asbestos Property Damage Claimants |
| Authorized to Provide Professional Services to: | N/A |
| Date of Appointment: | April 12, 2001 |
| Period for which Reimbursement is sought: | October 1, 2001 through December 31, 2001 |
| Amount of Compensation sought as actual, reasonable and necessary: | N/A |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $9,456.87 |

This is an **X** interim __final application.

| Interim Applications || Requested || Approved ||
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 7/2/01 | 4/9/01 – 5/31/01 | N/A | $11,462.59 | N/A | $11,462.59 |
| 8/6/01 | 6/1/01 – 6/31/01 | N/A | $24,412.74 | N/A | $24,412.74 |
| 9/25/01 | 7/1/01 – 7/30/01 | N/A | $13,702.68 | N/A | $13,702.68 |
| 11/8/01 | 8/1/01 - 9/30/01 | N/A | $6,492.42 | N/A | Pending |

## ATTACHMENT "B" TO APPLICATION

## SUMMARY OF HOURS

## NOT APPLICABLE

## COMPENSATION BY PROJECT CATEGORY

## NOT APPLICABLE

## EXPENSE SUMMARY

| | |
|---|---:|
| **Catholic Archdiocese of New Orleans** | **$1,340.54** |
| **Marco Barbanti** | **$8,116.33** |
| **TOTAL** | **$9,456.87** |

**PLEASE REFER TO ATTACHMENT "B-1" THROUGH "B-4"
ATTACHED HERETO FOR FURTHER DETAIL**

**ATTACHMENT "B-1"**

**REPORT OF EXPENSES**

**FOR**

**MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL**

**W. R. GRACE & CO., et al.**

**NAME:**
Martin Dies, Esq.
Counsel to Catholic Archdiocese of New Orleans
1009 Green Avenue
Orange, TX  77630
BUSINESS   (409) 883-4394
FAX   (409) 883-4814

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 10/9/01 through 10/19/01 | Long Distance Telephone Charges | $20.38 |
| 11/9/01 through 12/02/01 | Long Distance Telephone Charges | $22.12 |
| December 19, 2001 | Airfare from Houston to Newark (50% of $2,141.00) to attend hearing before Judge Wolin | $1,070.50 |
| December 20, 2001 | Newark to Washington D.C. (50% of $240.75) to attend hearing before Judge Wolin | $120.38 |
| December 19, 2001 | Lodging - Newark Airport Marriott (50% of $171.88) | $85.94 |
| December 19, 2001 | Meals - IHOP, Houston, Tx (50% of $11.34) | $5.72 |
| December 19, 2001 | Mileage Orange office to Houston 100 Miles @ .31 per mile (50% of $31.00) | $15.50 |
| | **TOTAL EXPENSES** | **$1,340.54** |

548629                                              3

## ATTACHMENT "B-2"

## REPORT OF EXPENSES

## FOR

## MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL

## W. R. GRACE & CO., et al.

**NAME:**

Darrell W. Scott
Lukins & Annis, P.S.
Counsel to Marco Barbanti
1600 Washington Trust Financial Center
717 West Sprague Ave
Spokane, WA  99201-0466
BUSINESS     (509) 455-9555
FAX              (509) 747-2323

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| November 1, 2001 through November 30, 2001 | Photocopies @ .15 per copy | $378.60 |
| November 1, 2001 through November 30, 2001 | Long Distance Charges | .64 |
| November 1, 2001 through November 30, 2001 | Telecopier @ 1.00 per page | $36.00 |
| 11/5/01 | Airfare from Spoke, WA to Philadelphia, PA to Attend Hearing - Hearing Cancelled | $1,089.50 |
| 11/5/01 | Train Fare to Airport | $42.00 |
| 11/5/01 | Courier Fee | $5.00 |
| 11/5/01 | Travel Agent Fee | $15.00 |
| 11/21/01 | Airfare from Spokane, WA to Philadelphia to Attend Hearing (Hearing Cancelled) | $2,393.00 |
| 11/21/01 | Lodging Hotel Dupont | $319.12 |
| 11/21/01 | Meals | $95.64 |

| | | |
|---|---|---|
| 11/21/01 | Cab Fare | $92.00 |
| 11/21/01 | Telephone charges | $3.44 |
| 11/21/01 | Airline Change Fee | $90.00 |
| 11/21/01 | Travel Agent Fee | $15.00 |
| December 1, 2001 through December 31, 2001 | Photocopies @ .15 per copy | $268.20 |
| December 1, 2001 through December 31, 2001 | Long Distance | $3.44 |
| December 1, 2001 through December 31, 2001 | Telecopier @ 1.00 per page | $34.00 |
| December 1, 2001 through December 31, 2001 | Postage | $57.20 |
| 12/20/01 | Airfare from Spokane, WA to Newark to attend hearing | $2,813.00 |
| 12/20/01 | Lodging Marriott | $315.48 |
| 12/20/01 | Meals | $26.57 |
| 12/20/01 | Parking | $5.50 |
| 12/20/01 | Courier Fee | $3.00 |
| 12/20/01 | Travel Agent Fee | $15.00 |
| | **TOTAL EXPENSES** | **$8,116.33** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 27, 2002 at 4:00 pm** |
| | ) | **Hearing Date: Only if Timely Objections are Made** |

**FIFTH INTERIM APPLICATION
OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES TO
COMMITTEE MEMBERS AND THEIR COUNSEL FOR THE
PERIOD FROM AUGUST 1, 2001 THROUGH SEPTEMBER 30, 2001**

Pursuant to this Court's May 3, 2001 Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Administrative Order"), the Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through undersigned counsel, hereby submits this Fifth Interim Application of the Official Committee of Asbestos Property Damage Claimants for Reimbursement of Expenses to Committee Members and Their Counsel for the Period From October 1, 2001 through December 31, 2001 (the "Application"). In support hereof, the Applicant respectfully represents as follows:

### I.   BACKGROUND

1.   On April 2, 2001 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage

548629

6

their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

2. On April 2, 2001, the Court entered its Order directing the joint administration of the Debtors' chapter 11 cases (the "Consolidated Cases").

3. On April 12, 2001, the Office of the United States Trustee appointed the PD Committee in this case consisting of Mr. Marco Barbanti, Princeton University, Pacific Freeholds and Prudential Insurance Company. The PD Committee held its organizational meeting on that day and selected Mr. Marco Barbanti to serve as its Chairman. Thereafter, the PD Committee was expanded to include Paul Price, Anderson Memorial Hospital and the Archdiocese of New Orleans. The PD Committee subsequently elected Mr. Dan Speights, representative of Anderson Memorial Hospital, as Co-Chairman of the PD Committee.

4. The PD Committee represents the interests of the asbestos property damage claimants in the Consolidated Cases.

5. At the PD Committee's initial meeting held on April 12, 2001, at which all original PD Committee members were present, the PD Committee chose to retain Bilzin Sumberg Dunn Baena Price & Axelrod LLP ("Bilzin"), by and through Scott L. Baena, Esq., as its counsel to represent it in all matters during the pendency of the Consolidated Cases.

6. By application, dated May 22, 2001, Bilzin sought Court approval for its retention as counsel to the PD Committee <u>nunc pro tunc</u> to April 9, 2001. No objections were filed and a certificate of no objection was filed with the Court.

7. By order dated June 21, 2001 (the "Retention Order"), the Court authorized the PD Committee to retain Bilzin <u>nunc pro tunc</u> to April 9, 2001, pursuant to 11 U.S.C. §§ 1103 and

328, on a general retainer basis, to represent the PD Committee in the Consolidated Cases. The Retention Order conditioned Bilzin's compensation on approval by this Court.

## II.   RELIEF REQUESTED

8.   Accordingly, the PD Committee submits this Application, pursuant to Sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Administrative Order, and in accordance with U.S. Department of Justice, Executive Office for United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 (the "Guidelines"). The PD Committee requests reimbursement of expenses in the amount of $9,456.87 for the actual and necessary expenses incurred by the PD Committee from October 1, 2001 through and including December 31, 2001 (the "Application Period").

9.   This request is the PD Committee's fifth interim application to the Court for reimbursement of expenses.

10.   The PD Committee has only applied for reimbursement of actual and necessary out-of-pocket disbursements in accordance with § 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines.

WHEREFORE, the PD Committee respectfully requests the Court to enter an order (i) awarding the PD Committee the sum of $9,456.87, as interim reimbursement for actual and necessary expenses incurred; (ii) authorizing and directing the Debtor to pay to Bilzin such sum and directing Bilzin to distribute the appropriate amount to each member of the PD Committee and its counsel; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: February 7, 2002

                                  BILZIN SUMBERG DUNN BAENA
                                  PRICE & AXELROD LLP
                                  Counsel to the Official Committee of Asbestos Property Damage Claimants
                                  2500 First Union Financial Center
                                  200 South Biscayne Boulevard
                                  Miami, Florida 33131-2385
                                  Telephone: (305) 374-7580
                                  Facsimile: (305) 374-7593


                                  By: /s/ Scott L. Baena
                                      Scott L. Baena (Admitted Pro Hac Vice)