IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER APPROVING AND ALLOWING THIRD
INTERIM QUARTERLY FEE APPLICATION REQUEST OF BILZIN SUMBERG
DUNN BAENA PRICE & AXELROD LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
THE PERIOD OF OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001**

AND NOW, to wit this _____ day of _____, 2002, the Court having heard the Third Interim Quarterly Fee Application Request of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of October 1, 2001 through December 31, 2001, and the Court having found that the relief sought therein is reasonable and necessary, IT IS HEREBY ORDERED as follows:

1. The Request is GRANTED

2. The Court approves and allows the legal fees of Bilzin Sumberg Dunn Baena Price & Axelrod LLP in the amount of $215,475.50 and expenses in the amount of $195,640.24.

_____
UNITED STATES BANKRUPTCY COURT JUDGE