Expenses

**Matter 00000 - General**

| Description | TOTAL | |
|---|---|---|
| Photocopies | | |
| Facsimiles | $ | 3.00 |
| Long Distance Telephone | $ | - |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Other Expenses | $ | - |
| **Total** | $ | 3.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/27/01 | 3 | Facsimile | $ | 3.00 |
| | | **Total Disbursements:** | **$** | **3.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Facsimile | $ | 3.00 |
| **Total Disbursements:** | **$** | **3.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577748 | 10/30/01 | Bill | | 4,651.11 |
| | *Outstanding Balance on Invoice 577748:* | | *$* | *4,651.11* |
| 579873 | 11/20/01 | Bill | | 64.00 |
| | *Outstanding Balance on Invoice 579873:* | | *$* | *64.00* |
| 583055 | 12/27/01 | Bill | | 484.80 |
| | *Outstanding Balance on Invoice 583055:* | | *$* | *484.80* |
| | **Total Outstanding Invoices:** | | **$** | **5,199.91** |

## Matter 00300 - Libby, Montana Asbestos Litigation

| Name | Position | Hourly Rate | December | Total Comp |
|------|----------|-------------|----------|------------|
| Lund, Kenneth | Partner | $ 325.00 | 41.70 | $ 13,552.50 |
| Neitzel, Charlotte | Partner | $ 300.00 | 116.20 | $ 34,860.00 |
| Neitzel, Charlotte | Partner | $ 275.00 | 43.8 | $ 12,045.00 |
| Coggon, Katheryn J | Senior Associate | $ 240.00 | 0.7 | $ 168.00 |
| Stevenson, Edward | Senior Counsel | $ 210.00 | 7.3 | $ 1,533.00 |
| Barry, Geoffrey M. | Associate | $ 220.00 | 11 | $ 2,420.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 4.1 | $ 451.00 |
| Korver, Thomas W. | Senior Paralegal | $ 110.00 | 5.1 | $ 561.00 |
| Haag, Susan | Paralegal | $ 85.00 | 0.5 | $ 42.50 |
| Floyd, Mary Beth | Information Specialist | $ 90.00 | 8.4 | $ 756.00 |
| Mulholland, Imelda | Information Specialist | $ 90.00 | 4.8 | $ 432.00 |
| Payne, William E. | Information Specialist | $ 85.00 | 57.2 | $ 4,862.00 |
| Total | | | 142.90 | 71,683.00 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 6,109.05 |
| Facsimiles | $ | 96.00 |
| Long Distance Telephone | $ | 66.17 |
| Outside Courier | $ | 212.79 |
| Postage | $ | 16.90 |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Other Expenses | $ | 10,829.71 |
| Lexis | $ | 76.38 |
| Westlaw | $ | 274.87 |
| Velo Binding | | |
| **Total** | $ | 17,681.87 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/01 | KWL | Review Supplemental Administrative record and continue draft comments (3.50). | 3.50 | $ 1,137.50 |
| 12/03/01 | CLN | Work on Administrative Record comments. | 9.50 | 2,612.50 |
| 12/03/01 | NKA | Listen to and transcribe speech from Asbestos Health Effects Conference from WWW, per CLNeitzel's request. | 3.00 | 330.00 |
| 12/03/01 | MBF | Research re technical documents cited in cases cited in Bankruptcy brief for CLNeitzel; meet with Natalie Aberle re project for CLNeitzel (listening to audio portion of Asbestos Health Effects Conference to fill in missing information in transcript). | 1.80 | 162.00 |
| 12/03/01 | WEP | Export images from Document Director and create 5 CDs(T CD0031-T CD0035) of images for coding QC | 7.50 | 637.50 |
| 12/03/01 | KAC | Research re  Ameille, et. al, "Up to Date Morbidity Survey of a Cohort from the Staff of Jussieu University (Paris), from "Low Exposure to Natural and Man-Made Fibers and the Risk of Cancer Towards a Collaborative European Epidemiology."  and law review article for CLNeitzel and MBFloyd. | 0.30 | 37.50 |
| 12/04/01 | KWL | Review Supplemental Administrative record and revise draft comments (5.0). | 5.00 | 1,625.00 |
| 12/04/01 | CLN | Work on Administrative Record comments. | 6.00 | 1,650.00 |
| 12/04/01 | NKA | Listen to and transcribe speech from Asbestos Health Effects Conference from WWW, per CLNeitzel's request. | 1.10 | 121.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/04/01 | MBF | Research to obtain technical documents citied in cases cited in Bankrutpcy case brief for CLNeitzel. | 1.80 | 162.00 |
| 12/04/01 | WEP | Export images from Document Director and create 4 CDs(T CD0036-T CD0039) of images for coding QC | 5.80 | 493.00 |
| 12/04/01 | KAC | Research re Ameille, et. al, "Up to Date Morbidity Survey of a Cohort from the Staff of Jussieu University (Paris), from "Low Exposure to Natural and Man-Made Fibers and the Risk of Cancer Towards a Collaborative European Epidemiology." Conference with Access Information for CLNeitzel and MBFloyd. | 0.50 | 62.50 |
| 12/05/01 | KWL | Meeting with CLNeitzel re draft comments (.30); continue draft and revisions to comments (2.50). | 2.80 | 910.00 |
| 12/05/01 | CLN | Work on administrative record comments. | 7.30 | 2,007.50 |
| 12/05/01 | KJC | Conference with CLNeitzel and GBarry re administrative record purpose of comments research (0.4). | 0.40 | 96.00 |
| 12/05/01 | GMB | Administrative record review; conference with CLNeitzel and KJCoggon re scope of comments (.50). | 0.50 | 110.00 |
| 12/05/01 | TWK | FOIA request to ATSDR (1.40); research ATSDR FOIA requirements (.40); research status of ATSDR FOIA responses (.30); conference with Dr. Goad re death certificates (.20). | 2.30 | 253.00 |
| 12/05/01 | MBF | Contact CLNeitzel re projects re administrative record (.20); research to ensure Phil Goad has additional documents for review (.80). | 1.00 | 90.00 |
| 12/05/01 | WEP | Export images from Document Director and create CDs(T CD0040-T CD0041) of images for coding QC | 3.50 | 297.50 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/05/01 | MRE | Research re asbestos articles for CLNeitzel. | 0.30 | 37.50 |
| 12/06/01 | KWL | Review Supplemental Administrative record documents and draft comments (2.50); review and revise ATSDR requests re mortality study (.50). | 3.00 | 975.00 |
| 12/06/01 | CLN | Work on Administrative Record comments. | 8.00 | 2,200.00 |
| 12/06/01 | GMB | Lexis Research on comments for administrative record (2.00); Library research - Matthew Bender; ALI-ABA materials (.80); additional Lexis research (2.00). | 4.80 | 1,056.00 |
| 12/06/01 | MRE | Research re asbestos articles for CLNeitzel. | 0.50 | 62.50 |
| 12/07/01 | CLN | Work on Administrative Record comments. | 4.00 | 1,100.00 |
| 12/07/01 | GMB | Research on supplementing administrative records (2.00); research on challenges to adequacy of administrative record (1.30); draft notes re administrative records issues (.80); conference with CLNeitzel (.30). | 4.40 | 968.00 |
| 12/07/01 | TWK | Research asbestos litigation judgment in Baltimore Circuit Court (.20); e-mails to Ms. Kuchinsky re status of ATSDR FOIA and possible exemptions for withholding documents (.50); revise FOIA to ATSDR re mortality report (.50); research FOIA exemptions permissible by statute (.80). | 2.00 | 220.00 |
| 12/07/01 | MBF | Research to find Dr. Black letter for CLNeitzel. | 1.00 | 90.00 |
| 12/08/01 | CLN | Work on Administrative Record comments. | 5.00 | 1,375.00 |
| 12/09/01 | CLN | Work on Administrative Record comments. | 4.00 | 1,100.00 |
| 12/10/01 | CLN | Draft comments on the Supplemental Administrative Record. | 8.50 | 2,550.00 |
| 12/10/01 | TWK | Research re CDC requirements for FOIA denial (.50); e-mail to Ms. Kuchinsky re same (.30). | 0.80 | 88.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/10/01 | MBF | Arrange to get copy of Western News article for CLNeitzel (.20); find out status of Western News on-line edition as compared to hard-copy edition (.20). | 0.40 | 36.00 |
| 12/10/01 | WEP | Export images from Document Director and create 4 CDs(T CD0042-T CD0045) of images for coding QC | 5.80 | 493.00 |
| 12/10/01 | KAC | Research re Western News article for CLNeitzel. | 0.30 | 37.50 |
| 12/11/01 | KWL | Review and revise draft comments to Supplemental Administrative Record (4.3). | 4.30 | 1,397.50 |
| 12/11/01 | CLN | Draft comments on the Administrative Record. | 9.00 | 2,700.00 |
| 12/11/01 | WEP | Export images from Document Director and create 5 CDs(T CD0046-T CD0050) of images for coding QC | 7.30 | 620.50 |
| 12/12/01 | KWL | Review and revise comments to Supplemental Administrative Record (2.0). | 2.00 | 650.00 |
| 12/12/01 | CLN | Prepare comments on the Administrative Record; conference with KWLund and conference with Bert Price (7.5); issues raised in EPA Action Memorandum and in draft comments on the Supplemental Administrative Record, including data issues (1.0). | 8.50 | 2,550.00 |
| 12/12/01 | MBF | Begin review of DCS documents written by HRO and Grace to ensure the documents are part of Admin. Record (done at request of CLNeitzel). | 0.40 | 36.00 |
| 12/12/01 | WEP | Export images from Document Director and create 4 CDs(T CD0051-T CD0054) of images for coding QC | 7.00 | 595.00 |
| 12/13/01 | KWL | Review Goad submittals for comments (2.40); conference with CLNeitzel re overall strategy (.40); develop and review overall comment strategy (1.20). | 4.00 | 1,300.00 |
| 12/13/01 | CLN | Prepare comments on the Administrative Record. | 9.00 | 2,700.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 12 |
| Invoice No.: | | 585053 |
| Client No.: | | 04339 |
| Matter No.: | | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/13/01 | ICM | Search for missing documents in the administrative record as per CLNeitzel's request (2.4); procure copies of documents identified by CLNeitzel for transmission to client (2.4). | 4.80 | 432.00 |
| 12/13/01 | WEP | Export images from Document Director and create 5 CDs(T CD0055-T CD0059) of images for coding QC | 7.30 | 620.50 |
| 12/14/01 | CLN | Prepare comments on the Administrative Record. | 7.30 | 2,190.00 |
| 12/14/01 | WEP | Make a backup copy of CDs  "T CD0040" through "T CD0059" | 7.00 | 595.00 |
| 12/15/01 | CLN | Prepare comments on the Administrative Record. | 7.50 | 2,250.00 |
| 12/16/01 | CLN | Prepare comments on the Administrative Record. | 8.80 | 2,640.00 |
| 12/17/01 | KWL | Review and revise comments to Supplemental Administrative Record. | 3.50 | 1,137.50 |
| 12/17/01 | CLN | Draft comments on Supplemental Administrative Record. | 13.00 | 3,900.00 |
| 12/17/01 | GMB | Conference with CLNeitzel re comments on supplemental administrative record. | 0.30 | 66.00 |
| 12/18/01 | KWL | Review and revise comments to Supplemental Administrative Record (3.80); conference with CLNeitzel re same (0.30). | 4.10 | 1,332.50 |
| 12/18/01 | CLN | Draft comments on Supplemental Administrative Record including conference with Dori Kuchinsky [1.3]; conference with Geoff Barry re review of box of documents re Jorgensen from Jay Hughes [1.0]; continue comments on Supplemental Administrative Record [5.2]. | 7.50 | 2,250.00 |
| 12/18/01 | KJC | Review EPA information requests for relevance to Minnesota lawsuit. | 0.30 | 72.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/18/01 | EES | Review EPA's May 23, 2000 action memorandum and extensive supporting documentation (2.3); review EPA's July 20, 2001 revised action memorandum and supporting documentation (1.8); review EPA's responses to Grace's comments (1.6). | 5.70 | 1,197.00 |
| 12/19/01 | KWL | Review final draft comments to Supplemental Administrative Record. | 5.00 | 1,625.00 |
| 12/19/01 | CLN | Prepare Administrative Record comments. | 14.00 | 4,200.00 |
| 12/19/01 | EES | Review Palabora vermiculite epidemiological study re mine worker exposure (.3); review correspondence re improper EPA disclosures (.2); review summary of McGill mortality study (.4); prepare for December 27 strategy meeting (.7). | 1.60 | 336.00 |
| 12/19/01 | GMB | Review MRI report - comments on supplemental admin record. | 1.00 | 220.00 |
| 12/20/01 | CLN | Prepare Administrative Record comments. | 13.30 | 3,990.00 |
| 12/21/01 | KWL | Finalize comments to Supplemental Administrative Record (4.0); telephone call to Matt Cohn re same (.20); telephone call to Richard Finke re including Barbanti documents into administrative record (.30). | 4.50 | 1,462.50 |
| 12/21/01 | CLN | Finalize and file Administrative Record comments. | 9.80 | 2,940.00 |
| 12/26/01 | SH | Review pacer for new complaint filings. | 0.50 | 42.50 |
| 12/27/01 | WEP | Copy CD entitled "M Cohn Letter" six times;  Copy CD entitled "Libby Asbestos Database" twelve times | 6.00 | 510.00 |
| 12/31/01 | MBF | Perform search for Beth Brown's earlier research re Montana bankruptcy law. | 2.00 | 180.00 |

**Total Fees Through December 31, 2001:    302.70   $   71,920.50**

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Timekeeper Rate Summary*

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 325.00 | 41.70 | $ 13,552.50 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 116.20 | 34,860.00 |
| CLN | Charlotte L. Neitzel | Partner | 275.00 | 43.80 | 12,045.00 |
| KJC | Katheryn J. Coggon | Senior Associate | 240.00 | 0.70 | 168.00 |
| EES | Edward E. Stevenson | Senior Counsel | 210.00 | 7.30 | 1,533.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 11.00 | 2,420.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 4.10 | 451.00 |
| TWK | Thomas W. Korver | Paralegal | 110.00 | 5.10 | 561.00 |
| SH | Susan Haag | Paralegal | 85.00 | 0.50 | 42.50 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 8.40 | 756.00 |
| ICM | Imelda Mulholland | Information Specialist | 90.00 | 4.80 | 432.00 |
| WEP | William E. Payne | Information Specialist | 85.00 | 57.20 | 4,862.00 |
| KAC | Katheryn A. Christnacht | Library | 125.00 | 1.10 | 137.50 |
| MRE | Matthew R. Elisha | Library | 125.00 | 0.80 | 100.00 |
| | **Total Fees:** | | | **302.70** | **$ 71,920.50** |

**\*Please note that some individual timekeeper hourly rates have increased effective December 1, 2001**

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/12/01 | 6 | Facsimile | $ 6.00 |
| 11/16/01 | | Other Expenses: VENDOR: Ikon Document Services; INVOICE#: DEN048210; DATE: 11/16/2001 - VHS Duplication. KLund | 144.72 |
| 11/19/01 | | Long Distance Telephone: 4105314203 | 1.78 |
| 11/29/01 | | Long Distance Telephone: 4105314203 | 1.12 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 11/29/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-29365; DATE: 11/29/01 - Courier, Acct. 0802-0410-8 11-19; Jay Hughes Boca Raton, Fl | 16.20 |
| 11/29/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-29365; DATE: 11/29/01 - Courier, Acct. 0802-0410-8 11-19; Dori Anne Kuchinsky Leesburg, Va | 16.20 |
| 11/29/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-29365; DATE: 11/29/01 - Courier, Acct. 0802-0410-8 11-19; Richard Finke Boca Raton, Fl | 16.20 |
| 11/29/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-29365; DATE: 11/29/01 - Courier, Acct. 0802-0410-8 11-19; Robert Emmett Columbia, Md | 16.20 |
| 11/29/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-29365; DATE: 11/29/01 - Courier, Acct. 0802-0410-8 11-19; Bertram Price White Plains, NY | 9.66 |
| 11/29/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-29365; DATE: 11/29/01 - Courier, Acct. 0802-0410-8 11-19; Dori Anne Kuchinsky Leesburg, Va | 9.66 |
| 11/29/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-29365; DATE: 11/29/01 - Courier, Acct. 0802-0410-8 11-20; Phillip T Goad Little Rock, Ar | 12.32 |
| 11/29/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-29365; DATE: 11/29/01 - Courier, Acct. 0802-0410-8 11-19; William Corcoran Columbia, Md | 16.20 |
| 11/30/01 | | Long Distance Telephone: ntner Servi   : 137152-000; DATE | 49.22 |
| 11/30/01 | | Other Expenses: VENDOR: Iron Mountain; INVOICE#: 0408410; DATE: 11/30/2001 - W R Grace Storage 04339-00300. | 184.99 |
| 12/03/01 | | Westlaw | 175.44 |
| 12/04/01 | | Photocopies | 74.50 |
| 12/05/01 | 16 | Facsimile | 16.00 |
| 12/05/01 | 19 | Facsimile | 19.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/05/01 | | Long Distance Telephone: 5016142834 | 0.34 |
| 12/05/01 | | Long Distance Telephone: 4105314203 | 2.30 |
| 12/05/01 | 2,239 | Photocopies | 447.80 |
| 12/05/01 | 2,070 | Photocopies | 414.00 |
| 12/06/01 | 7 | Facsimile | 7.00 |
| 12/06/01 | 1 | Facsimile | 1.00 |
| 12/06/01 | | Long Distance Telephone: 6178761400 | 0.47 |
| 12/06/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-59911; DATE: 12/6/2001  -  Account # 0802-0410-8. To Dr Richard J Lee. Monroeville, PA | 14.33 |
| 12/06/01 | 7 | Photocopies | 1.40 |
| 12/07/01 | | Lexis | 76.38 |
| 12/07/01 | | Long Distance Telephone: 4046397270 | 0.14 |
| 12/07/01 | 12 | Photocopies | 2.40 |
| 12/07/01 | | Westlaw | 99.43 |
| 12/09/01 | | Other Expenses: VENDOR: JSL Incorporated; INVOICE#: 12/18/01; DATE: 12/9/2001  -  Lease of shelving for document production during the month of September and October 2001. | 3,600.00 |
| 12/09/01 | | Other Expenses: VENDOR: JSL Incorporated; INVOICE#: 12/18/01A; DATE: 12/9/2001  -  Lease of shelving for document production during the month of July and August 2001. | 3,600.00 |
| 12/09/01 | | Other Expenses: VENDOR: JSL Incorporated; INVOICE#: 12/18/01B; DATE: 12/9/2001  -  Lease of shelving for document production during the month of November & Final 2001. | 3,300.00 |
| 12/10/01 | 3 | Facsimile | 3.00 |
| 12/11/01 | | Long Distance Telephone: 4256463006 | 1.39 |
| 12/11/01 | | Long Distance Telephone: 4105314203 | 6.55 |
| 12/13/01 | 15 | Facsimile | 15.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 17 |
| Invoice No.: | | 585053 |
| Client No.: | | 04339 |
| Matter No.: | | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/13/01 | | Long Distance Telephone: 4105314751 | 2.38 |
| 12/13/01 | 3 | Photocopies | 0.60 |
| 12/14/01 | 4 | Photocopies | 0.80 |
| 12/15/01 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0008046767; DATE: 12/15/01  -  Courier, Acct. 905010308 12-10; Amy Fink Los Angeles, Ca | 16.85 |
| 12/15/01 | | Photocopies | 275.15 |
| 12/15/01 | | Photocopies | 32.00 |
| 12/17/01 | 5 | Facsimile | 5.00 |
| 12/17/01 | 5 | Photocopies | 1.00 |
| 12/18/01 | 3 | Photocopies | 0.60 |
| 12/19/01 | 3 | Facsimile | 3.00 |
| 12/19/01 | 43 | Photocopies | 8.60 |
| 12/19/01 | 162 | Photocopies | 32.40 |
| 12/20/01 | 8 | Facsimile | 8.00 |
| 12/20/01 | | Long Distance Telephone:  6178761400 | 0.10 |
| 12/20/01 | 4 | Photocopies | 0.80 |
| 12/21/01 | 9 | Photocopies | 1.80 |
| 12/21/01 | 271 | Photocopies | 54.20 |
| 12/21/01 | 3,644 | Photocopies | 728.80 |
| 12/21/01 | 5,879 | Photocopies | 1,175.80 |
| 12/21/01 | 6,366 | Photocopies | 1,273.20 |
| 12/21/01 | 221 | Photocopies | 44.20 |
| 12/24/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-59911; DATE: 12/6/2001  -  Account # 0802-0410-8. To Robert Empett, Columbia MD | 16.20 |
| 12/26/01 | 4 | Facsimile | 4.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/26/01 | 3 | Facsimile | 3.00 |
| 12/26/01 | 5 | Facsimile | 5.00 |
| 12/26/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-93047; DATE: 12/26/2001  -  Account # 0802-0410-8. To Phillip Goad, Little Rock AR 72201 | 52.77 |
| 12/26/01 | 3 | Photocopies | 0.45 |
| 12/27/01 | | Long Distance Telephone: 4062936194 | 0.21 |
| 12/27/01 | | Long Distance Telephone: 4062936194 | 0.17 |
| 12/27/01 | 126 | Photocopies | 18.90 |
| 12/27/01 | 687 | Photocopies | 103.05 |
| 12/27/01 | 64 | Photocopies | 9.60 |
| 12/27/01 | 2 | Photocopies | 0.30 |
| 12/27/01 | 54 | Photocopies | 8.10 |
| 12/27/01 | 69 | Photocopies | 10.35 |
| 12/27/01 | 376 | Photocopies | 56.40 |
| 12/28/01 | | Facsimile | 1.00 |
| 12/28/01 | 1,612 | Photocopies | 241.80 |
| 12/28/01 | 53 | Photocopies | 7.95 |
| 12/28/01 | 10 | Photocopies | 1.50 |
| 12/28/01 | 10 | Photocopies | 1.50 |
| 12/28/01 | 2,830 | Photocopies | 424.50 |
| 12/28/01 | 954 | Photocopies | 143.10 |
| 12/28/01 | 2,755 | Photocopies | 413.25 |
| 12/28/01 | 7 | Photocopies | 1.05 |
| 12/28/01 | 57 | Photocopies | 8.55 |
| 12/28/01 | 11 | Photocopies | 1.65 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/28/01 | | Postage | 16.90 |
| 12/31/01 | 1 | Photocopies | 0.15 |
| 12/31/01 | 507 | Photocopies | 76.05 |
| 12/31/01 | 72 | Photocopies | 10.80 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **17,681.87** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 6,109.05 |
| Facsimile | | 96.00 |
| Long Distance Telephone | | 66.17 |
| Outside Courier | | 212.79 |
| Postage | | 16.90 |
| Lexis | | 76.38 |
| Westlaw | | 274.87 |
| Other Expenses | | 10,829.71 |
| **Total Disbursements:** | **$** | **17,681.87** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 577760 | 10/30/01 | Bill | 102,179.52 |
| | *Outstanding Balance on Invoice 577760:* | | *$ 102,179.52* |
| 577905 | 10/31/01 | Bill | 88,335.39 |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | | December | Total Comp | |
|------|----------|------------|---|----------|-----------|---|
| Lund, Kenneth W. | Partner | $ | 325.00 | 17.4 | $ | 5,655.00 |
| McCarthy, Jay D. | Partner | $ | 250.00 | 11 | $ | 2,750.00 |
| Stevenson, Edward | Senior Counsel | $ | 210.00 | 1.8 | $ | 378.00 |
| Barry, Geoffrey | Associate | $ | 220.00 | 21.2 | $ | 4,664.00 |
| Hall, Jennifer | Associate | $ | 220.00 | 24.3 | $ | 5,346.00 |
| Aberle, Natalie | Paralegal | $ | 110.00 | 16.5 | $ | 1,815.00 |
| Korver, Thomas W. | Senior Paralegal | $ | 110.00 | 1.3 | $ | 143.00 |
| Total | | | | 93.5 | $ | 20,751.00 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Photocopies | $ 386.65 |
| Facsimiles | $ 5.00 |
| Long Distance Telephone | $ 0.73 |
| Outside Courier | $ - |
| Travel Expense | $ 141.97 |
| Lexis | $ 792.05 |
| Meal Expenses | |
| Total | $ 1,326.40 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 585053 |
| Client   No.: | 04339 |
| Matter   No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/01 | KWL | Review correspondence from DOJ re various stipulations (.30); telephone call to JFreeman re same (.70); meet with JDMcCarthy re case status and strategy (.50). | 1.50 | $   487.50 |
| 12/03/01 | JDM | Outline administrative record comment issues (1.60); meet with CLNeitzel re comments to administrative record and relationship to litigation strategy (.80); prepare for discovery and strategy meeting with KWLund (.50); meet with KWLund re discovery/strategy (.50); telephone conference with J. Freeman re discovery and protective order (1.30); conference with JAHall re protective order (.10). | 4.80 | 1,200.00 |
| 12/03/01 | JAH | Conference with JMcCarthy regarding EPA request for protective order. | 0.10 | 22.00 |
| 12/03/01 | TWK | Research actions taken by EPA pursuant to time critical removals (.80); research EPA responses to Grace comments on official site record (.50). | 1.30 | 143.00 |
| 12/04/01 | JAH | Legal research regarding protective orders (1.00); consider and prepare revisions to protective order regarding confidential information (4.00). | 5.00 | 1,100.00 |
| 12/05/01 | JAH | Consider and prepare revisions to protective order regarding confidential information. | 2.30 | 506.00 |
| 12/05/01 | NKA | Meet with JSherman for intruction on W.R. Grace work to be done in Lotus Notes. | 0.50 | 55.00 |
| 12/06/01 | JDM | Meet with JAHall re DOJ request for protective order. | 0.30 | 75.00 |
| 12/06/01 | JAH | Conference with JMcCarthy regarding protective order (.30); consider and prepare revisions to protective order regarding confidential information (1.30). | 2.00 | 440.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/07/01 | JAH | Consider and prepare revision to protective order regarding confidential information. | 1.00 | 220.00 |
| 12/10/01 | JDM | Review and revise draft confidentiality protective order. | 0.30 | 75.00 |
| 12/11/01 | KWL | Telephone with Bill Corcoran and Bob Emmett re EPA approach in Libby (.40); telephone conference with EPA re Libby investigation and attic fill issues (1.0). | 1.40 | 455.00 |
| 12/12/01 | KWL | Review discovery requests and various EPA documents re developing expert witness strategy (2.0). | 2.00 | 650.00 |
| 12/12/01 | JDM | Review revised protective order re CBI (.30); draft letter to J. Freeman re CBI (.50); review draft status report and reply to DOJ (.20). | 1.00 | 250.00 |
| 12/14/01 | KWL | Prepare document profile for Peronard deposition outline (2.00). | 2.00 | 650.00 |
| 12/16/01 | JDM | Revise letter to J. Freeman re protective order. | 0.50 | 125.00 |
| 12/17/01 | GMB | Page by page review of Jorgenson pleadings, material received from Grace. | 1.00 | 220.00 |
| 12/17/01 | JAH | Consider and review cover letter and protective order regarding confidential information. | 0.20 | 44.00 |
| 12/17/01 | NKA | Coding W.R.Grace documents from NAberle CD in LotusNotes and documentary directory to correct intial coding. | 6.20 | 682.00 |
| 12/18/01 | GMB | Continue review of Jorgenson pleadings (2.00); continue review of Jorgenson pleadings file (5.00); conference with CLNeitzel re Jorgenson pleadings (.30); draft and edit memo re comments on Jorgenson case (1.30) | 8.60 | 1,892.00 |
| 12/18/01 | NKA | Coding W.R. Grace documents from NAberle CD in LotusNotes and Document Director. | 3.50 | 385.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 24 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/19/01 | GMB | Conference with CLNeitzel (.50); review Maynard letters, search supplemental admin record for Escherbach deposition (.50); review historical records from admin records for data on residential testing (2.00). | 3.00 | 660.00 |
| 12/19/01 | NKA | Coding W.R. Grace database from NAberle CD in LotusNotes and Document Director. | 6.30 | 693.00 |
| 12/20/01 | KWL | Review DOJ correspondence re protective order issues (1.0); telephone calls to Jim Freeman re negotiations on protective order and document production issues (1.30); draft and finalize discovery proposal to Jim Freeman (2.0). | 4.30 | 1,397.50 |
| 12/20/01 | JDM | Telephone conference with KWLund re stipulation re CBI (.20); telephone conference with J. Hall re stipulation (.20); telephone conference with J. Freeman re stipulation (.40). | 0.80 | 200.00 |
| 12/20/01 | GMB | Continue review of historical documents for information on residential testing in Libby (2.30); locate and provide serpentine rock documents to consultant (.30); review additional historic documents from supplemental administrative record for Escherbach deposition (.50); additional assistance to consultant re serpentine rock documents (.30); review of additional documents for possible inclusion into administrative record (1.00). | 4.40 | 968.00 |
| 12/20/01 | JAH | Receive and evaluate correspondence from J. Freeman at the Department of Justice re Protective Order (.2); perform legal research (.8); conference with JDMcCarthy re Protective Order (.5); consider and prepare correspondence to J. Freeman at the Department of Justice re Protective Order (.5); consider and revise Protective Order (1.2); telephone conference with JDMcCarthy and Jim Freeman at the Department of Justice re Protective Order. | 4.00 | 880.00 |
| 12/21/01 | JDM | Telephone conference with KWLund re stipulation and document production. | 0.30 | 75.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/21/01 | GMB | Search Jorgenson files for non-privileged documents to support comments (2.30); conference with CLNeitzel re supporting documentation (.50). | 2.80 | 616.00 |
| 12/24/01 | JDM | Review discovery responses and correspondence from EPA/DOJ. | 0.80 | 200.00 |
| 12/26/01 | KWL | Review Interrogatory responses received from EPA. | 2.00 | 650.00 |
| 12/27/01 | KWL | Prepare for meeting with litigation team (1.30); meet with Grace litigation team re case status and strategy (1.40); meet with Jennifer Hall re Jim Stout issues (.20); telephone conference with Jim Stout re witness preparation (.30); review EPA interrogatories and request for production (1.0) | 4.20 | 1,365.00 |
| 12/27/01 | JDM | Meeting with KWLund, JAHall, GMBarry, and EEStevenson re discovery issues (1.4); leave voice message and e-mail to J. Freeman re discovery (0.1); review discovery requests from U.S. (0.4); conference with JAHall re discovery responses and "meet and confer" letter (0.3). | 2.20 | 550.00 |
| 12/27/01 | EES | Case strategy conference call with KWLund, JDMcCarthy, GMBarry and JAHall (1.4); telephone conference with Dale Jensen re possible retention as our damage expert and clearing conflicts (.4). | 1.80 | 378.00 |
| 12/27/01 | GMB | Cost Recovery Team meeting with KWLund and JDMcCarthy to discuss strategic plan. | 1.40 | 308.00 |
| 12/27/01 | JAH | Strategy conference with KWLund; EEStevenson, GMBarry and JDMcCarthy (1.4); telephone conference with KWLund and Jim Stout of W.R. Grace (.2); conference with KWLund re witness preparation (.3); receive and evaluate correspondence from Jim Freeman of Department of Justice re discovery matters (.5); conference with JDMcCarthy re discovery status and protective orders (.3) | 2.70 | 594.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/28/01 | JAH | Receive and evaluate U.S. responses to Defendant's First Set of Interrogatories and Request for Production of Documents (2.0); receive and evaluate U.S.  First Set of Interrogatories, Request for Production of Documents and Requests for Admissions (.6); legal research re local rules (.2); consider and prepare responses to U.S. First Set of Interrogatories and Requests for Production of Documents (1.5). | 4.30 | 946.00 |
| 12/31/01 | JAH | Consider and prepare correspondence to Jim Freeman at Department of Justice re U.S.' Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents (1.20); consider and prepare responses to U.S.' First Set of Interrogatories (1.5). | 2.70 | 594.00 |

**Total Fees Through December 31, 2001:**    **93.50**   **$   20,751.00**

### Timekeeper Rate Summary*

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 325.00 | 17.40 | $   5,655.00 |
| JDM | Jay D. McCarthy | Partner | 250.00 | 11.00 | 2,750.00 |
| EES | Edward E. Stevenson | Senior Counsel | 210.00 | 1.80 | 378.00 |
| GMB | Geoffrey  M. Barry | Associate | 220.00 | 21.20 | 4,664.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 24.30 | 5,346.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 16.50 | 1,815.00 |
| TWK | Thomas W. Korver | Paralegal | 110.00 | 1.30 | 143.00 |

**Total Fees:**    **93.50**   **$   20,751.00**

**\*Please note that some individual timekeeper hourly rates have increased effective December 1, 2001**

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 27 |
| Invoice No.: | | 585053 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 11/01/01 | | Lexis | $ 18.09 |
| 11/02/01 | | Lexis | 33.17 |
| 11/05/01 | | Lexis | 18.09 |
| 11/06/01 | | Lexis | 23.12 |
| 11/07/01 | | Lexis | 28.14 |
| 11/08/01 | | Lexis | 18.09 |
| 11/09/01 | | Lexis | 18.09 |
| 11/12/01 | | Lexis | 23.12 |
| 11/13/01 | | Lexis | 23.12 |
| 11/15/01 | | Lexis | 23.12 |
| 11/16/01 | | Lexis | 18.10 |
| 11/19/01 | | Lexis | 43.23 |
| 11/20/01 | | Lexis | 18.09 |
| 11/21/01 | | Lexis | 18.10 |
| 11/22/01 | | Lexis | 18.09 |
| 11/23/01 | | Lexis | 18.10 |
| 11/26/01 | | Lexis | 28.15 |
| 12/03/01 | 79 | Photocopies | 15.80 |
| 12/05/01 | | Lexis | 18.09 |
| 12/05/01 | 835 | Photocopies | 167.00 |
| 12/05/01 | 749 | Photocopies | 149.80 |
| 12/06/01 | | Lexis | 211.07 |
| 12/06/01 | | Lexis | 28.14 |
| 12/07/01 | | Lexis | 33.16 |
| 12/07/01 | | Lexis | 95.49 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/10/01 | | Lexis | 18.09 |
| 12/10/01 | | Long Distance Telephone: 4065232543 | 0.43 |
| 12/10/01 | 4 | Photocopies | 0.60 |
| 12/10/01 | 2 | Photocopies | 0.40 |
| 12/17/01 | 18 | Photocopies | 3.60 |
| 12/19/01 | 5 | Facsimile | 5.00 |
| 12/19/01 | | Long Distance Telephone: 5613621542 | 0.15 |
| 12/19/01 | 2 | Photocopies | 0.40 |
| 12/20/01 | | Long Distance Telephone: 5016142834 | 0.15 |
| 12/20/01 | 48 | Photocopies | 9.60 |
| 12/29/01 | 24 | Photocopies | 3.60 |
| 12/29/01 | 16 | Photocopies | 2.40 |
| 12/29/01 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: ER121001; DATE: 12/29/2001  -  TE: 10/15 Columbia ande Baltimore, Client<br>meet with client | 141.97 |
| 12/31/01 | 88 | Photocopies | 13.20 |
| 12/31/01 | 88 | Photocopies | 13.20 |
| 12/31/01 | 46 | Photocopies | 6.90 |
| 12/31/01 | 1 | Photocopies | 0.15 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **1,326.40** |