UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO.,

                  Debtor.

Case No. 01-01139-JJF
Chapter 11

FILED

PLEASE TAKE NOTICE that Crossroads Industrial Park, Inc., a creditor of the above captioned Debtor and a party in interest herein, hereby appears in the within case by:

**HANCOCK & ESTABROOK, LLP**
**Stephen A. Donato, Esq.**
**1500 MONY Tower I**
**P.O. Box 4976**
**Syracuse, New York 13221-4976**
**(315) 471-3151**

IT IS REQUESTED THAT ALL NOTICES OF ALL MATTERS AND PROCEEDINGS PERTAINING TO THE WITHIN CASE BE MAILED TO THE ABOVE-REFERENCED COUNSEL AT THE ABOVE ADDRESS.

HANCOCK & ESTABROOK, LLP

Dated: January 30, 2002

By: _____
Stephen A. Donato

H0059729.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                    **AFFIDAVIT OF SERVICE
                                                          VIA FIRST CLASS MAIL**

W. R. GRACE & CO.,

                                        Case No. 01-01139-JJF
                            Debtor.

STATE OF NEW YORK    )
COUNTY OF ONONDAGA ) SS:

      Kristin M. Doner, being duly sworn, deposes and says that deponent is not a party to this Case, is over 18 years of age and resides in Syracuse, New York. That on the 5th day of February, 2002, deponent served the Notice of Appearance and Request for Notices in the above captioned Case upon

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street
16th Floor
Wilmington, Delaware 19899-8705

the address designated by said party for that purpose by depositing a true copy of same enclosed in a postage prepaid envelope, addressed as shown above, and placing the envelope in an official depository under the exclusive care and custody of the United States Postal Service.

                                                Kristin M. Doner

Sworn to before me this
5th day of February, 2002.

_____
Notary Public

H0059743.1

LYNN A. CASTLE
Notary Public, State of New York
Qual. in Onon. Co. No. 4776759
My Commission Expires 12/31/2002