IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * |
| | * |
| W. R. GRACE & CO., | * |
| | * Case No. 01-01139 JKF |
| | * Chapter 11 |
| Debtor(s). | * |
| ------------------------------------------------- | * |
| Edythe Kellogg, | * |
| | * |
| Movant, | * Objections Due: March 11, 2002 |
| | * |
| v. | * Hearing Date: March 18, 2002 |
| | * Hearing Time: 10:00 a.m. |
| W. R. Grace & Co., | * |
| | * |
| Respondent. | * |

**NOTICE OF MOTION TO ANNUL
THE AUTOMATIC STAY
BY**
Edythe Kellogg

TO:   SEE SERVICE LIST ATTACHED.

Edythe Kellogg has filed a Motion for Relief from Stay which seeks the following relief:

EDYTHE KELLOGG (hereinafter "KELLOGG") will move the court for an order annulling the automatic stay with respect to proceeding to liquidation of a litigation claim entitled EDYTHE KELLOGG vs. WAYNE LAMAR NUSSBAUM and W.R. GRACE CO., Case No. 01AS07626 (hereinafter "the Litigation") now pending in the Superior Court for the county of Sacramento, California as more specifically discussed in the accompanying Motion To Annul The Automatic Stay (hereinafter "Motion") and supporting documentation and evidence which is filed and served herewith and incorporated herein by this reference. Pursuant to the Motion, KELLOGG seeks an order annulling the automatic stay pursuant to the provisions of 11 U.S.C. Sec. 362 as more fully set forth in the Motion and supporting documents enclosed herewith.

**HEARING ON THE MOTION WILL BE HELD ON MARCH 18, 2002 at 10:00 A.M.**

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A**

**CERTIFICATE OF SERVICE ON OR BEFORE MARCH 11, 2002. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

At the same time, you must serve a copy of the response upon local counsel and movant's attorney:

> PATRICK SCANLON
> Barros, McNamara, Scanlon, Malkiewicz & Taylor, P.A.
> 2 W. Loockerman Street
> P.O. Box 1298
> Dover, DE 19903
>
> LAW OFFICES OF JOHN M. O'DONNELL
> 2100 Northrop Avenue, Suite 800
> Sacramento, California 95825

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

> BARROS, MCNAMARA, SCANLON,
> MALKIEWICZ & TAYLOR, P.A.
>
> BY: _____
> PATRICK SCANLON
> Bar I.D. #12
> Attorneys for KELLOGG
> 2 W. Loockerman Street
> P.O. Box 1298
> Dover, Delaware 19903

DATED: FEB 0 7 2002

## SERVICE LIST

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19801

Francis J. Murphy, Esquire
Murphy, Spadaro & Landon
824 N. Market Street, Ste. 700
Wilmington, DE 19899

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven T. Davis, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
716 Tatnall Street
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Thomas M. Mayer, Esquire
Kramer, Levin, Naftails & Frankel LLP
919 Third Avenue
New York, NY 10022

**BARROS, McNAMARA, SCANLON, MALKIEWICZ & TAYLOR**
Patrick Scanlon, Esq.
PO Box 1298
Dover, DE 19903
Telephone: (302) 734-8400

**LAW OFFICES OF JOHN M. O'DONNELL**
John M. O'Donnell (CA Bar Assn. No. 142906)
2100 Northrop Avenue, Suite 800
Sacramento, CA 95825
Telephone: (916) 563-7744

Attorneys for   EDYTHE KELLOGG

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| W.R. GRACE & CO., | ) CASE NO. 01-01139 JKF |
| Debtor. | ) **OBJECTION DATE: MARCH 11, 2002** <br> ) **HEARING DATE:  MARCH 18, 2002** <br> ) **HEARING TIME:  10:00 A.M.** |

**MOTION TO ANNUL THE AUTOMATIC STAY**

EDYTHE KELLOGG. (hereinafter "KELLOGG") files this Motion To Annul The Automatic Stay in the pending Chapter 11 proceeding commenced by W.R. GRACE & CO. (hereinafter "Debtor") as follows:

1.   The Debtor commenced this voluntary Chapter 11 proceeding on or about April 2, 2001.  There has not yet been a plan confirmed in this case.

2.   KELLOGG's claim against the Debtor arises from an automobile accident which occurred on December 21, 2000, in Sacramento, California.  One of the Debtor's employees, Wayne Lamar Nussbaum, injured the Plaintiff in a motor vehicle accident during the course and scope of his employment for the Debtor.

3.   There is currently pending litigation entitled <u>EDYTHE KELLOGG vs. WAYNE LAMAR NUSSBAUM and W.R. GRACE CO.</u>, Case No.

01AS07626 (hereinafter "the Litigation") now pending in the Superior Court for the county of Sacramento, California. The Litigation was commenced on December 13, 2001, which is subsequent to commencement of the Debtor's Chapter 11 proceeding. KELLOGG was unaware of the commencement of the Chapter 11 proceeding until so advised by the Debtor's counsel. Attached hereto as Exhibit "A" and incorporated herein by this reference is a copy of the Complaint For Damages (hereinafter "Complaint") filed against the Debtor and its employee on December 13, 2001.

4. KELLOGG seeks to have the automatic stay annulled with respect to commencement of the Litigation, the filing of which is rendered void by the provisions of 11 U.S.C. Sec. 362.

5. KELLOGG seeks relief from the automatic stay to permit her to proceed against the Debtor's insurance policy which covers liabilities such as that to KELLOGG. Specifically, KELLOGG seeks authorization to liquidate her claim against the Debtor in the Litigation which is pending, and enforce any rights which she may have against the not estate assets provided by insurance coverage.

6. It will not interfere with the administration of this estate to grant KELLOGG the limited relief requested.

7. As set forth in the Declaration of Glenn Guenard in Support of Motion To Annul the Automatic Stay (hereinafter "Guenard Declaration") which is filed and served herewith and incorporated herein by this reference, KELLOGG's interests are subject to substantial jeopardy as a result of the continuation of the automatic stay in this case. KELLOGG is 82 years old. KELLOGG was severely injured in the automobile accident and requires 24 hour per day care and assistance in living. KELLOGG's injuries sustained as a result

of the automobile accident have effectively disabled her to the extent that it is imperative that she have recourse against the Debtor's insurance policy to pay the medical bills incurred as a result of the accident.

8. The interests of KELLOGG are not adequately protected in these proceedings due to the continuation of the automatic stay upon filing of the bankruptcy with respect to the insurance policy maintained by the Debtor for coverage of liabilities such as that asserted by KELLOGG.

9. It is necessary and appropriate for this court to enter an order immediately annulling the automatic stay to validate the filing of the Litigation and modifying the automatic stay to allow KELLOGG to exercise any and all rights she has under applicable state law against the Debtor's insurance policy coverage for this event.

**WHEREFORE**, KELLOGG FINANCIAL CORP. respectfully requests that this court enter an order immediately annulling the automatic stay to validate the filing of the Litigation and modifying the automatic stay to allow KELLOGG to exercise any and all rights she has under applicable state law against the Debtor's insurance policy coverage for this event.

Dated: _Feb 7_, 2002

BARROS, McNAMARA, SCANLON,
MALKIEWICZ & TAYLOR

By: _____
Patrick Scanlon
Bar I.D. #12
Attorneys for Creditor
EDYTHE KELLOGG

-3-

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * |
| W. R. GRACE & CO., | * Case No. 01-01139 JKF |
| | * Chapter 11 |
| Debtor(s). | * |
| Edythe Kellogg, | * |
| Movant, | * Objections Due: March 11, 2002 |
| v. | * Hearing Date: March 18, 2002 |
| | * Hearing Time: 10:00 a.m. |
| W. R. Grace & Co., | * |
| Respondent. | * |

## WAIVER

Edythe Kellogg, Movant, hereby waives its right to have the Motion for Relief from Stay heard within the 30 day time period required by 11 U.S.C. §362.

BARROS, MCNAMARA, SCANLON,
MALKIEWICZ & TAYLOR, P.A.

BY: _____
PATRICK SCANLON
Bar I.D. #12
Attorneys for Movant
2 W. Loockerman Street
P.O. Box 1298
Dover, Delaware 19903
(302) 734-8400

DATED: FEB 0 7 2002

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: * | |
| * | |
| W. R. GRACE & CO., * | |
| * | Case No. 01-01139 JKF |
| * | Chapter 11 |
| Debtor(s). * | |
| ------------------------------------------------------- * | |
| Edythe Kellogg, * | |
| * | |
| Movant, * | **Objections Due: March 11, 2002** |
| * | |
| v. * | **Hearing Date: March 18, 2002** |
| * | **Hearing Time: 10:00 a.m.** |
| W. R. Grace & Co., * | |
| * | |
| Respondent. * | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2002, having heard and considered the Motion for Relief from Stay filed by KELLOGG,

IT IS HEREBY ORDERED, that the stay pursuant to 11 U.S.C., Section 362(d) shall be modified to permit the Movant to validate the filing of the Litigation and to allow KELLOGG to exercise any and all rights she has under applicable state law against the Debtor's insurance policy coverage for this event.

_____
Judge

cc SEE SERVICE LIST ATTACHED.

## SERVICE LIST

Patrick Scanlon, Esquire
Barros, McNamara, Scanlon, Malkiewicz & Taylor, P.A.
P.O. Box 1298
Dover, DE 19903

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19801

Francis J. Murphy, Esquire
Murphy, Spadaro & Landon
824 N. Market Street, Ste. 700
Wilmington, DE 19899

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven T. Davis, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
716 Tatnall Street
Wilmington, DE 19899

Obermayer Rebmann Maxwell & Hippel LLP

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Thomas M. Mayer, Esquire
Kramer, Levin, Naftails & Frankel LLP
919 Third Avenue
New York, NY 10022