## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| W.R. Grace & Co., et al.,[1] ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | **Jointly Administered** |
| Debtors. ) | |
| ) | Objections due: March 4, 2002 at 4:00 p.m. |
| | Hearing date: To be scheduled, only if objections are timely filed and served. |

## NOTICE OF APPLICATION

TO:   Office of the United States Trustee; Counsel to the Debtors; Counsel to the Official Committee of Asbestos Personal Injury Claimants; Counsel to the Official Committee of Asbestos Property Damage Claimants; Official Committee of Equity Security Holders; and Counsel to the Debtors-in-Possession Lenders (the "DIP Lenders").

The Official Committee of Unsecured Creditors in the above-captioned matter (the "Committee"), by and through its undersigned counsel, has today filed the attached **Fourth Through Sixth Monthly Applications of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2001 Through and Including December 31, 2001** (the "Applications"), which seeks the following relief: an Order approving

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

WLM\155396.1

the undersigned counsel's request for compensation for professional services rendered as counsel to the Committee during the Compensation Period (as defined in the Applications) in the sum of $17,349.50 together with reimbursement of disbursements in the amount of $3,436.30.

You are required to file a response to the attached application on or before March 4, 2002 at 4:00 p.m.

At the same time, you must also serve a copy of the response upon Applicant's attorney:

        Michael R. Lastowski
        DUANE MORRIS LLP
        1100 North Market Street, Suite 1200
        Wilmington, DE 19801-1246
        Telephone: (302) 657-4900
        Facsimile: (302) 657-4901
        E-mail:   mlastowski@duanemorris.com

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

        */s/ Michael R. Lastowski*
        Michael R. Lastowski (DE I.D. No. 3892)
        DUANE MORRIS LLP
        1100 North Market Street - Suite 1200
        Wilmington, Delaware 19801-1246
        Telephone: (302) 657-4900
        Facsimile: (302) 657-490
        E-mail:   mlastowski@duanemorris.com

Dated: February 11, 2002        Co-Counsel to the Official Committee
      Wilmington, Delaware        of Unsecured Creditors