# EXHIBIT "B"

## DUANE MORRIS

FIRM/AFFILIATE OFFICES

PHILADELPHIA
NEW YORK
LONDON
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
BOSTON
ATLANTA
MIAMI
WILMINGTON
HARRISBURG
MALVERN
CHERRY HILL
NEWARK
WESTCHESTER
PRINCETON
PALM BEACH
ALLENTOWN
HOUSTON
BANGOR

February 7, 2002

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001         INVOICE# 837398                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2001 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                       $17,349.50

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 25.60 | hrs. at | $375.00 /hr. = | $9,600.00 |
| RW RILEY | PARTNER | 11.20 | hrs. at | $290.00 /hr. = | $3,248.00 |
| WS KATCHEN | PARTNER | 3.00 | hrs. at | $450.00 /hr. = | $1,350.00 |
| JW WEISS | ASSOCIATE | 0.70 | hrs. at | $175.00 /hr. = | $122.50 |
| RN SIANNI | ASSOCIATE | 3.10 | hrs. at | $200.00 /hr. = | $620.00 |
| SA HOLLINGHEAD | PARALEGAL | 21.90 | hrs. at | $110.00 /hr. = | $2,409.00 |

                                                                       $17,349.50

DISBURSEMENTS
MESSENGER SERVICE                                     925.80
OVERNIGHT MAIL                                        237.74
PRINTING & DUPLICATING                               2035.26
TELECOPY                                              237.50
TOTAL DISBURSEMENTS                                                    $3,436.30

BALANCE DUE THIS INVOICE                                               $20,785.80

File # K0248-00001                                                                                                   INVOICE # 837398
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/24/2001 | 002 | MR LASTOWSKI | REVIEW TOYOTA MOTOR CREDIT CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.20 | $75.00 |
| 10/26/2001 | 002 | MR LASTOWSKI | REVIEW MOTION FOR ENTRY OF STIPULATION APPROVING CONSENT DECREEE WITH THE EPA | 0.30 | $112.50 |
| 10/31/2001 | 002 | MR LASTOWSKI | REVIEW DEBTORS' QUARTERLY REPORT OF ASSET SALES | 0.10 | $37.50 |
| 10/31/2001 | 002 | MR LASTOWSKI | REVIEW DEBTORS' QUARTERLY REPORT OF SETTLEMENTS | 0.10 | $37.50 |
| | | | Code Total | 0.70 | $262.50 |
| 10/4/2001 | 004 | SA HOLLINGHEAD | REVIEW INVOICES FROM DELAWARE DOCUMENT IMAGING FOR ACCURACY AND APPROVE FOR PAYMENT. | 0.10 | $11.00 |
| 10/4/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET; PLACE IN FILE. | 0.10 | $11.00 |
| 10/9/2001 | 004 | SA HOLLINGHEAD | REVIEW PARCELS INVOICES FOR ACCURACY AND APPROVE FOR PAYMENT. | 0.10 | $11.00 |
| 10/10/2001 | 004 | MR LASTOWSKI | REVIEW NIRO, INC.'S WITHDRAWAL OF OPPOSITION TO RECLAMATION CLAIMS | 0.10 | $37.50 |
| 10/10/2001 | 004 | SA HOLLINGHEAD | REVIEW PARCELS INVOICE FOR ACCURACY AND FORWARD FOR PAYMENT. | 0.10 | $11.00 |
| 10/10/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET; PLACE IN FILE. | 0.10 | $11.00 |
| 10/14/2001 | 004 | SA HOLLINGHEAD | REVIEW DOCKET FOR CERTIFICATES OF NO OBJECTION THAT NEED TO BE PREPARED/FILED. | 0.40 | $44.00 |
| 10/16/2001 | 004 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION (.30) AND CERTIFICATE OF SERVICE (.30) TO OFFICIAL COMMITTEE'S SECOND APPLICATION FOR EXPENSES AND E-FILE (.30). PREPARE LIST/LABELS FOR SERVICE AND T/C TO DDI FOR SERVICE (.10). | 1.00 | $110.00 |
| 10/17/2001 | 004 | SA HOLLINGHEAD | FORWARD COPIES OF CERTIFICATE OF NO OBJECTION FOR SECOND COMMITTEE EXPENSES TO JOHN PORT. | 0.10 | $11.00 |
| 10/17/2001 | 004 | WS KATCHEN | REVIEW CONFIDENTIAL MEMO RE: VALUATION INVESTMENT (POLICANO/MANZO) | 0.20 | $90.00 |
| 10/18/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET; PLACE IN FILE. | 0.10 | $11.00 |
| 10/22/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET INFORMATION; | 0.10 | $11.00 |

Duane Morris LLP

Duane Morris
February 7, 2002
Page 3

File # K0248-00001                                                             INVOICE # 837398
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | PLACE IN FILE. | | |
| 10/22/2001 | 004 | SA HOLLINGHEAD | REVIEW INVOICES FROM DDI FOR ACCURACY; FORWARD FOR PAYMENT. | 0.10 | $11.00 |
| 10/25/2001 | 004 | MR LASTOWSKI | REVIEW NOTICE OF HEARING RE: EMPLOYEE CLAIMS | 0.10 | $37.50 |
| 10/30/2001 | 004 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE RESPONSE TO MOTION FOR CASE MANAGEMENT ORDER | 0.20 | $75.00 |
| 10/30/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET; PLACE IN FILE. | 0.10 | $11.00 |
| 10/31/2001 | 004 | SA HOLLINGHEAD | T/C FROM JUSTINA IN ACCOUNTING IN DM&H-PHILADELPHIA RE: CHECK RECEIVED/APPLY TO INVOICE. | 0.10 | $11.00 |
| 10/31/2001 | 004 | SA HOLLINGHEAD | REVIEW INVOICES OF TRI-STATE SERVICES AND APPROVE/FORWARD FOR PAYMENT. | 0.10 | $11.00 |
| 10/31/2001 | 004 | SA HOLLINGHEAD | REVIEW INVOICES FROM DDI AND APPROVE/FORWARD FOR PAYMENT. | 0.10 | $11.00 |
| 11/5/2001 | 004 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 0.90 | $337.50 |
| 11/5/2001 | 004 | MR LASTOWSKI | REVIEW AGENDA LETTER AND MATTERS LISTED FOR HEARING | 1.90 | $712.50 |
| 11/5/2001 | 004 | SA HOLLINGHEAD | RETRIEVE NOTICE OF AGENDA FOR 11/5/01 HEARING FROM DOCKET FOR M. LASTOWSKI. | 0.20 | $22.00 |
| 11/8/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET. PLACE IN FILE. | 0.10 | $11.00 |
| 11/9/2001 | 004 | MR LASTOWSKI | REVIEW SEPTEMBER MONTHLY OPERATING REPORTS | 0.20 | $75.00 |
| 11/12/2001 | 004 | MR LASTOWSKI | REVIEW DEBTORS' OMNIBUS REPLY TO MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER | 1.40 | $525.00 |
| 11/12/2001 | 004 | SA HOLLINGHEAD | REVIEW INVOICES FROM DDI FOR ACCURACY AND FORWARD FOR PAYMENT. | 0.20 | $22.00 |
| 11/13/2001 | 004 | MR LASTOWSKI | REVIEW DECLARATION OF DANIEL L. ROURKE, PH.D. IN CONNECTION WITH MOTION FOR CASE MANAGEMENT ORDER | 0.10 | $37.50 |
| 11/14/2001 | 004 | MR LASTOWSKI | REVIEW MOTION FOR AN ORDER CLARIFYING EARLIER ORDER AUTHORIZING CONTINUATION OF PREPETITION CUSTOMER PROGRAM | 0.20 | $75.00 |
| 11/18/2001 | 004 | SA HOLLINGHEAD | REVIEWING AND MAINTENANCE OF INTEROFFICE PLEADINGS. | 0.50 | $55.00 |
| 11/19/2001 | 004 | MR LASTOWSKI | REVIEW UNITED STATES TRUSTEE'S STATEMENT RE: CASE MANAGEMENT ORDER | 0.20 | $75.00 |
| 11/19/2001 | 004 | SA HOLLINGHEAD | REVIEW 1ST DAY BINDERS AND DISPOSE OF SECONDARY COPY OF PLEADINGS. | 0.30 | $33.00 |
| 11/19/2001 | 004 | SA HOLLINGHEAD | REVIEW ELECTRONIC FILING NOTIFICATIONS AND RETRIEVE | 0.40 | $44.00 |

DUANE MORRIS LLP

File # K0248-00001  
W.R. GRACE & CO.

INVOICE # 837398

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | DOCKET NOS. 1140 AND 1141 RE: MOTION FOR DISMISSAL OF CASE FOR ZONOLITE ATTIC INSULATION CLAIMANTS. | | |
| 11/20/2001 | 004 | MR LASTOWSKI | REVIEW AGENDA NOTICE AND PLEADINGS RELATING TO CASE MANAGEMENT ORDER IN CONNECTION WITH 11/21/01 OMMNIBUS HEARING | 1.30 | $487.50 |
| 11/20/2001 | 004 | MR LASTOWSKI | REVIEW ORDER RE: SCHEDULING OF ARGUMENT ON CASE MANAGEMENT ORDER | 0.10 | $37.50 |
| 11/21/2001 | 004 | MR LASTOWSKI | REVIEW PLEADINGS TO BE HEARD AT 11/21/01 OMNIBUS HEARING | 1.50 | $562.50 |
| 11/21/2001 | 004 | RW RILEY | ATTENDING OMNIBUS HEARING (CANCELLED BY JUDGE FARNAN DUE TO JUDGE BECKER'S INTENSION TO TRANSFER ASBESTOS CASES) | 0.90 | $261.00 |
| 11/26/2001 | 004 | SA HOLLINGHEAD | EMAIL TO P. CUNIFF AT PACHULSKI STANG REQUESTING UPDATED 2002 SERVICE LIST. | 0.10 | $11.00 |
| 11/26/2001 | 004 | SA HOLLINGHEAD | DRAFT CERTIFICATE OF NO OBJECTION TO DOCKET 1058 (.40), E-FILE AND SERVE (.40). | 0.80 | $88.00 |
| 11/27/2001 | 004 | JW WEISS | TELEPHONE CALL FROM R. RILEY RE: TRANSFER OF ALL ASBESTOS CLAIMS IN THE CASE. | 0.10 | $17.50 |
| 11/27/2001 | 004 | RW RILEY | TELEPHONE CALL TO R. RASKIN RE: JUDGE BECKER'S TELEPHONE CONFERENCE REGARDING TRANSFERRING CASES TO JUDGE WOLIN | 0.20 | $58.00 |
| 11/27/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET; PLACE IN FILE. | 0.10 | $11.00 |
| 11/29/2001 | 004 | RW RILEY | REVIEWING ORDER BY JUDGE ROBINSON TRANSFERRING CASE TO JUDGE WOLIN | 0.30 | $87.00 |
| 11/29/2001 | 004 | SA HOLLINGHEAD | REVIEW INVOICES FROM DDI AND APPROVE/FORWARD FOR PAYMENT. | 0.20 | $22.00 |
| 11/30/2001 | 004 | SA HOLLINGHEAD | T/C TO IVONNE FORD RE: BAR DATE; EMAIL TO P. CUNIFF AT PACHULSKI STANG RE: SAME. | 0.20 | $22.00 |
| 12/3/2001 | 004 | MR LASTOWSKI | REVIEW LETTER FROM JUDGE FITZGERALD RE: TRANSFER OF CASES TO JUDGE WOLIN | 0.20 | $75.00 |
| 12/4/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET; PLACE IN FILE. | 0.10 | $11.00 |
| 12/10/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET INFORMATION. | 0.10 | $11.00 |
| 12/11/2001 | 004 | MR LASTOWSKI | REVIEW OCTOBER MONTHLY OPERATING REPORTS | 0.20 | $75.00 |
| 12/11/2001 | 004 | SA HOLLINGHEAD | REVIEW INVOICES AND APPROVE PAYMENT FOR SERVICE OF | 0.10 | $11.00 |

Duane Morris
February 7, 2002
Page 5

File # K0248-00001                                                              INVOICE # 837398
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/12/2001 | 004 | SA HOLLINGHEAD | DOCUMENTS BY TRI-STATE CARRIERS. T/C FROM JEFF DAVIS IN TEXAS RE: DIVISIONS OF W. R. GRACE; REFERRED TO R. SERRETTE. | 0.10 | $11.00 |
| 12/12/2001 | 004 | SA HOLLINGHEAD | FOLLOW-UP CALL FROM J. DAVIS IN TEXAS RE: BAR DATE/CLAIMS AGENT INFORMATION. REVIEWED DOCKET AND FORWARDED ORDER AUTHORIZING RETENTION OF RUST CONSULTING. | 0.20 | $22.00 |
| 12/14/2001 | 004 | MR LASTOWSKI | REVIEW POLICANO AND MONZO'S ANALYSIS OF DEBTOR'S OCTOBER FINANCIAL STATEMENTS | 0.50 | $187.50 |
| 12/14/2001 | 004 | MR LASTOWSKI | REVIEW NOTICE OF JANUARY 3, 2001 OMNIBUS HEARING | 0.10 | $37.50 |
| 12/17/2001 | 004 | SA HOLLINGHEAD | REVIEW INVOICES FROM SERVICE OF DOCUMENTS BY DELAWARE DOCUMENT IMAGING. | 0.10 | $11.00 |
| 12/17/2001 | 004 | SA HOLLINGHEAD | VERIFY BILLING CHARGES FOR SERVICE OF DOCUMENTS WITH E. RUIZ. | 0.30 | $33.00 |
| 12/18/2001 | 004 | WS KATCHEN | PHONE CONFERENCE WITH COURT RE: SCHEDULING 12/20 CONFERENCE; E-MAIL SEARCH | 0.10 | $45.00 |
| 12/19/2001 | 004 | MR LASTOWSKI | REVIEW LETTER FROM JUDGE WOLIN RE: STATUS CONFERENCE | 0.10 | $37.50 |
| 12/19/2001 | 004 | MR LASTOWSKI | REVIEW 12/20/01 AGENDA | 0.20 | $75.00 |
| 12/19/2001 | 004 | MR LASTOWSKI | REVIEW LETTER FROM UNOFFICIAL COMMITTEE OF INSURERS TO JUDGE WOLIN RE: CASE STATUS | 0.10 | $37.50 |
| 12/19/2001 | 004 | RW RILEY | CONFERENCE WITH COUNSEL RE CONFERENCE BEFORE JUDGE WOLIN | 1.10 | $319.00 |
| 12/19/2001 | 004 | RW RILEY | REVIEWING ORDERS RE PREPARATION FOR CONFERENCE | 0.40 | $116.00 |
| 12/19/2001 | 004 | WS KATCHEN | K. PASQUALE - HEARINGS JUDGE WOLIN, NEWARK | 0.20 | $90.00 |
| 12/20/2001 | 004 | RW RILEY | TRAVEL TO/FROM BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY (NEWARK, NEW JERSEY) (BILLED AT 1/2 TIME) | 1.50 | $435.00 |
| 12/20/2001 | 004 | RW RILEY | PREPARATION FOR CASE CONFERENCE BEFORE JUDGE WOLIN | 0.80 | $232.00 |
| 12/20/2001 | 004 | RW RILEY | ATTENDING GENERAL CASE CONFERENCE FOR ALL ASBESTOS RELATED BANKRUPTCY BEFORE JUDGE WOLIN | 1.80 | $522.00 |
| 12/20/2001 | 004 | RW RILEY | ATTENDING CASE CONFERENCE BEFORE JUDGE WOLIN RELATED TO WR GRACE | 2.00 | $580.00 |
| 12/20/2001 | 004 | SA HOLLINGHEAD | RESPOND TO INQUIRY OF ARLENE KRIEGER VIA M. LASTOWSKI RE: LOCATION OF NEWARK OFFICE FOR HEARING ON 12/20/01. | 0.10 | $11.00 |

DUANE MORRIS LLP

File # K0248-00001 INVOICE # 837398
W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/20/2001 | 004 | WS KATCHEN | ATTEND STATUS CONF IN COURT WITH L. KRUGER (2.1) PARTICIPATE WITH PHONE CONF - REPORT TO COMMITTEE (.4) | 2.50 | $1,125.00 |
| 12/21/2001 | 004 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF SERVICE FOR OPPOSITION OF COMMITTEE TO ZONOLITE CLAIMANTS MOTION TO DISMISS CASE. | 0.50 | $55.00 |
| 12/21/2001 | 004 | SA HOLLINGHEAD | E-FILE AND SERVE OPPOSITION OF COMMITTEE TO MOTION TO DISMISS CASE FILED BY ZONOLITE CLAIMANTS. | 0.70 | $77.00 |
| 12/21/2001 | 004 | SA HOLLINGHEAD | REVIEW AND PREPARE OPPOSITION TO ZONOLITE CLAIMANTS FOR MOTION TO DISMISS CASE FOR M. LASTOWSKI REVIEW AND FILING. | 0.60 | $66.00 |
| 12/21/2001 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND PREPARE UPDATED DOCKET FOR FORWARDING TO COMPANY/COUNSEL. | 0.10 | $11.00 |
| 12/26/2001 | 004 | MR LASTOWSKI | REVIEW 1/3/02 NOTICE OF AGENDA | 0.20 | $75.00 |
| 12/27/2001 | 004 | RW RILEY | REVIEWING PROPOSED AMENDED ADMINISTRATIVE ORDER | 0.80 | $232.00 |
| | | | Code Total | 31.50 | $8,852.50 |
| 10/2/2001 | 007 | MR LASTOWSKI | REVIEW STROOCK STROOCK & LAVAN'S FIFTH INTERIM FEE APPLICATION AND EXECUTE NOTICE OF FILING | 0.20 | $75.00 |
| 10/2/2001 | 007 | SA HOLLINGHEAD | T/C FROM R. SERRETTE RE: FILING OF FIFTH FEE APPLICATION; APPROVED TO PREPARE/E-FILE. | 0.10 | $11.00 |
| 10/2/2001 | 007 | SA HOLLINGHEAD | PREPARE NOTICE OF APPLICATION (.20) AND CERTIFICATE OF SERVICE (.20) FOR FIFTH FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP; PREPARE LIST/LABELS (.40). | 0.80 | $88.00 |
| 10/2/2001 | 007 | SA HOLLINGHEAD | PREPARE NOTICE OF APPLICATION (.40) AND CERTIFICATE OF SERVICE (.40); PREPARE FEE APPLICATION FOR E-FILING BY CONVERTING FIFTH FEE APPLICATION AND RELATED DOCUMENTS INTO PDF FORMAT (.40). E-FILE AND PREPARE FOR SERVICE BY DDI (.40). | 1.60 | $176.00 |
| 10/3/2001 | 007 | MR LASTOWSKI | REVIEW CAPLAN AND DRYSDALE AUGUST FEE APPLICATION | 0.10 | $37.50 |
| 10/3/2001 | 007 | MR LASTOWSKI | REVIEW KRAMER LEVIN AUGUST FEE APPLICATION | 0.10 | $37.50 |
| 10/3/2001 | 007 | MR LASTOWSKI | REVIEW CAMPBELL LEVINE SECOND MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 10/4/2001 | 007 | SA HOLLINGHEAD | REASSEMBLE FIFTH FEE APPLICATION OF STROOCK & STROOCK TO INCLUDE | 0.10 | $11.00 |

File # K0248-00001                                                                INVOICE # 837398
W.R. GRACE & CO.

| Date | | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | ORIGINAL SIGNATURE PAGES OF LEWIS KRUGER SENT VIA FED EX. | | |
| 10/24/2001 | 007 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S SUPPLEMENTAL APPLICATION TO RETAIN PROFESSOR ELIZABETH WARREN AS SPECIAL BANKRUPTCY COUNSEL | 0.20 | $75.00 |
| 10/24/2001 | 007 | MR LASTOWSKI | REVIEW WALLACE KING MARRARO & BRANSON FIFTH INTERIM MONTHLY FEE APPLICATION | 0.20 | $75.00 |
| 10/25/2001 | 007 | MR LASTOWSKI | REVIEW AND EXECUTE NOTICE OF FILING OF STROOCK STROOCK & LAVAN'S FIRTH INTERIM FEE APPLICATION | 0.20 | $75.00 |
| 10/25/2001 | 007 | MR LASTOWSKI | REVIEW AND EXECUTE NOTICE OF STROOCK STROOCK & LAVAN'S FOURTH INTERIM FEE APPLICATION | 0.20 | $75.00 |
| 10/25/2001 | 007 | MR LASTOWSKI | REVIEW JAMES SPRAYGEN'S FIFTH SUPPLEMENTAL RETENTION AFFIDAVIT | 0.10 | $37.50 |
| 10/25/2001 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION (.30) AND CERTIFICATE OF SERVICE (.30) FOR FOURTH AND FIFTH FEE APPLICATIONS FOR STROOCK & STROOCK & LAVAN LLP; PREPARE LIST/LABELS FOR SERVICE (.60). | 1.20 | $132.00 |
| 10/29/2001 | 007 | MR LASTOWSKI | REVIEW AND EXECUTE COMMITTEE OBJECTION TO COZEN AND O'CONNOR RETENTION APPLICATION | 0.20 | $75.00 |
| 10/29/2001 | 007 | SA HOLLINGHEAD | REVIEW EMAIL FROM R. SERRETTE RE: OPPOSITION TO EMPLOY COZEN O'CONNOR; SAVE ATTACHMENT TO SYSTEM. | 0.10 | $11.00 |
| 10/31/2001 | 007 | MR LASTOWSKI | REVIEW FERRY AND JOSEPH P.A. SECOND INTERIM FEE APPLICATIONS | 0.10 | $37.50 |
| 10/31/2001 | 007 | MR LASTOWSKI | REVIEW REED SMITH LLP'S FIRST QUARTERLY FEE APPLICATION | 0.20 | $75.00 |
| 10/31/2001 | 007 | MR LASTOWSKI | REVIEW CAPLAN AND DRYSDALE SECOND INTERIM FEE APPLICATION | 0.10 | $37.50 |
| 10/31/2001 | 007 | MR LASTOWSKI | REVIEW PITNEY HARDIN AND KIPP JULY 2001 FEE APPLICATION | 0.10 | $37.50 |
| 10/31/2001 | 007 | MR LASTOWSKI | REVIEW KIRKLAND AND ELLIS SEPTEMBER FEE APPLICATION | 0.10 | $37.50 |
| 10/31/2001 | 007 | MR LASTOWSKI | REVIEW CONWAY DEL GENIO FIRST INTERIM FEE APPLICATION | 0.10 | $37.50 |
| 10/31/2001 | 007 | MR LASTOWSKI | REVIEW REED SMITH THIRD MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 10/31/2001 | 007 | RW RILEY | REVIEW SIXTH FEE APPLICATION | 0.20 | $58.00 |
| 10/31/2001 | 007 | SA HOLLINGHEAD | T/C TO R. SERRETTE RE: FILING OF SIXTH INTERIM FEE APPLICATION FOR STROOCK & STROOCK. | 0.10 | $11.00 |
| 10/31/2001 | 007 | SA HOLLINGHEAD | PREPARE NOTICE OF APPLICATION AND CERTIFICATE OF SERVICE FOR | 0.50 | $55.00 |

File # K0248-00001  INVOICE # 837398
W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | STROOCK & STROOCK SIXTH FEE APPLICATION. | | |
| 10/31/2001 | 007 | SA HOLLINGHEAD | PREPARE SERVICE LIST/LABELS FOR SIXTH FEE APPLICATION OF STROOCK & STROOCK. | 0.20 | $22.00 |
| 10/31/2001 | 007 | SA HOLLINGHEAD | CONVERT SIXTH FEE APPLICATION AND RELATED DOCUMENTS INTO PDF FORMAT IN PREPARATION FOR E-FILING. | 0.40 | $44.00 |
| 10/31/2001 | 007 | SA HOLLINGHEAD | E-FILE STROOCK & STROOCK SIXTH FEE APPLICATION. COPY FOR SERVICE BY DDI. | 0.60 | $66.00 |
| 11/1/2001 | 007 | MR LASTOWSKI | REVIEW APPLICATION TO RETAIN KLETT LIEBERT AS CO-COUNSEL TO EQUITY COMMITTEE | 0.20 | $75.00 |
| 11/1/2001 | 007 | MR LASTOWSKI | REVIEW FIRST QUARTERLY FEE APPLICATION OF HOLMES ROBERTS AND OWENS (SPECIAL COUNSEL TO THE DEBTORS) | 0.20 | $75.00 |
| 11/1/2001 | 007 | SA HOLLINGHEAD | CALENDAR OBJECTION DEADLINE FOR STROOCK & STROOCK SIXTH FEE APPLICATION. | 0.10 | $11.00 |
| 11/1/2001 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF SERVICE FOR NOTICE OF APPLICATION FOR STROOCK & STROOCK SECOND INTERIM FEE APPLICATION. | 0.30 | $33.00 |
| 11/1/2001 | 007 | SA HOLLINGHEAD | PREPARE NOTICE OF APPLICATION FOR STROOCK & STROOCK SECOND INTERIM FEE APPLICATION. | 0.30 | $33.00 |
| 11/1/2001 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF SERVICE FOR SECOND APPLICATION OF STROOCK & STROOCK (QUARTERLY). | 0.20 | $22.00 |
| 11/1/2001 | 007 | SA HOLLINGHEAD | PREPARE LIST/LABELS FOR SERVICE OF SECOND QUARTERLY FEE APPLICATION OF STROOCK & STROOCK. | 0.20 | $22.00 |
| 11/1/2001 | 007 | SA HOLLINGHEAD | T/C FROM R. SERRETTE RE: FILING OF QUARTERLY FEE APPLICATION (SECOND). | 0.10 | $11.00 |
| 11/1/2001 | 007 | SA HOLLINGHEAD | SCANNING SECOND QUARTERLY FEE APPLICATION TO PDF FORMAT IN PREPARATION FOR ELECTRONIC FILING. | 0.70 | $77.00 |
| 11/1/2001 | 007 | SA HOLLINGHEAD | E-FILE STROOCK QUARTERLY FEE APPLICATION (SECOND). | 0.70 | $77.00 |
| 11/1/2001 | 007 | SA HOLLINGHEAD | PREPARE STROOCK QUARTERLY FEE APPLICATION (SECOND) FOR SERVICE. | 0.30 | $33.00 |
| 11/2/2001 | 007 | MR LASTOWSKI | REVIEW OBJECTION TO RETENTION OF PROFESSOR ELIZABETH WARREN AS COUNSEL TO ASBESTOS PROPERTY COMMITTEE | 0.20 | $75.00 |
| 11/2/2001 | 007 | MR LASTOWSKI | REVIEW STROOCK STROOCK & LAVAN'S SECOND QUARTERLY FEE | 0.20 | $75.00 |

File # K0248-00001                                                          INVOICE # 837398
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/5/2001 | 007 | MR LASTOWSKI | APPLICATION | | |
| 11/5/2001 | 007 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO RETAIN STEPTOE AND JOHNSON AS SPECIAL TAX COUNSEL | 0.20 | $75.00 |
| 11/5/2001 | 007 | MR LASTOWSKI | REVIEW DEBTORS' OBJECTION TO ASBESTOS PROPERTY DAMAGE COMMITTEE'S APPLICATION TO RETAIN ELIZABETH WARREN | 0.20 | $75.00 |
| 11/5/2001 | 007 | SA HOLLINGHEAD | SERVICE OF RESPONSE TO SUPPLEMENTAL APPLICATION TO EMPLOY ELIZABETH WARREN AS CONSULTANT. | 0.20 | $22.00 |
| 11/5/2001 | 007 | SA HOLLINGHEAD | PREPARATION AND E-FILING OF RESPONSE TO SUPPLEMENTAL APPLICATION TO EMPLOY ELIZABETH WARREN AS CONSULTANT (DOCKET NO. 1019). | 1.00 | $110.00 |
| 11/6/2001 | 007 | MR LASTOWSKI | REVIEW SEPTEMBER FEE APPLICATION OF KARMER LEVIN (COUNSEL TO THE EQUITY COMMITTEE) | 0.20 | $75.00 |
| 11/12/2001 | 007 | MR LASTOWSKI | REVIEW KIRKLAND AND ELLIS SECOND QUARTERLY FEE APPLICATION | 0.10 | $37.50 |
| 11/12/2001 | 007 | MR LASTOWSKI | REVIEW BILZIN SUMBERG'S SECOND MONTHLY FEE APPLICATION AS COUNSEL TO THE ASBESTOS PROPERTY DAMAGE COMMITTEE | 0.10 | $37.50 |
| 11/14/2001 | 007 | MR LASTOWSKI | REVIEW JAMES SPRAYRAGEN'S SIXTH SUPPLEMENTAL AFFIDAVIT UNDER SECTION 327 | 0.10 | $37.50 |
| 11/14/2001 | 007 | MR LASTOWSKI | REVIEW PULCHASKI STANG SIXTH MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 11/21/2001 | 007 | MR LASTOWSKI | REVIEW DECLARATION OF FRANCINE RABINOWITZ, PROPOUNDED BY THE COMMITTEE OF ASBESTOS PROPERTY CLAIMANTS | 0.20 | $75.00 |
| 11/21/2001 | 007 | MR LASTOWSKI | REVIEW BLACKSTONE GROUP'S FOURTH MONTHLY FEE APPLICATION | 0.20 | $75.00 |
| 11/21/2001 | 007 | RN SIANNI | REVIEW DOCKKET RE POSSIBLE OBJECTIONS TO FIFTH MONTHLY FEE APPLICATION OF POLICANO & MANZO. | 0.40 | $80.00 |
| 11/21/2001 | 007 | RN SIANNI | PREPARE CERTIFICATE OF NO OBJECTION FOR FIFTH MONTHLY FEE APPLICATION OF POLICANO & MANZO. | 0.30 | $60.00 |
| 11/21/2001 | 007 | RN SIANNI | PREPARE NOTICE OF MOTION FOR SIXTH MONTHLY FEE APPLICATION OF POLICANO & MANZO. | 0.30 | $60.00 |
| 11/21/2001 | 007 | RN SIANNI | PREPARE CERTIFICATE OF SERVICE FOR SIXTH MONTHLY FEE APPLICATION OF POLICANO & | 0.20 | $40.00 |

File # K0248-00001  INVOICE # 837398
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/21/2001 | 007 | RN SIANNI | PREPARE NOTICE OF APPLICATION FOR SECOND QUARTERLY FEE APPLICATION OF POLICANO & MANZO. | 0.40 | $80.00 |
| 11/21/2001 | 007 | RN SIANNI | PREPARE CERTIFICATE OF SERVICE FOR SECOND QUARTERLY FEE APPLICATION OF POLICANO & MANZO. | 0.20 | $40.00 |
| 11/21/2001 | 007 | SA HOLLINGHEAD | DISCUSS W/ R. SIANNI RE: SERVICE OF MONTHLY/QUARTERLY FEE APPLICATION OF POLICANO & MANZO. | 0.30 | $33.00 |
| 11/21/2001 | 007 | SA HOLLINGHEAD | T/C AND EMAIL TO R. SERRETTE RE: FILING DATE FOR SEVENTH FEE APPLICATION OF STROOCK & STROOCK. | 0.10 | $11.00 |
| 11/26/2001 | 007 | MR LASTOWSKI | REVIEW PACHULSKI, STANG'S FIRST QUARTERLY FEE APPLICATION | 0.30 | $112.50 |
| 11/26/2001 | 007 | SA HOLLINGHEAD | REVIEW DOCKET AND RETRIEVE INFORMATION NEEDED TO DRAFT CERTIFICATE OF NO OBJECTION TO STROOCK AND STROOCK SIXTH FEE APPLICATION. | 0.20 | $22.00 |
| 11/26/2001 | 007 | SA HOLLINGHEAD | DRAFT NOTICE OF APPLICATION TO SEVENTH FEE APPLICATION OF STROOCK & STROOCK. | 0.20 | $22.00 |
| 11/26/2001 | 007 | SA HOLLINGHEAD | DRAFT CERTIFICATE OF SERVICE TO SEVENTH FEE APPLICATION OF STROOCK & STROOCK. | 0.20 | $22.00 |
| 11/26/2001 | 007 | SA HOLLINGHEAD | PREPARE SEVENTH FEE APPLICATION OF STROOCK AND STROOCK FOR E-FILING AND SERVICE. | 0.20 | $22.00 |
| 11/26/2001 | 007 | SA HOLLINGHEAD | E-FILE SEVENTH FEE APPLICATION OF STROOCK & STROOCK. | 0.30 | $33.00 |
| 11/28/2001 | 007 | MR LASTOWSKI | REVIEW REED SMITH FOURTH MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 11/28/2001 | 007 | MR LASTOWSKI | REVIEW PACHULSKI STANG SEVENTH MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 11/30/2001 | 007 | MR LASTOWSKI | REVIEW PITNEY HARDIN AND KIPP SEPTEMBER FEE APPLICATION | 0.10 | $37.50 |
| 11/30/2001 | 007 | MR LASTOWSKI | REVIEW HOLME ROBERT AND OWENS MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 11/30/2001 | 007 | MR LASTOWSKI | REVIEW WALLACE KING MARRARO & BRANSON'S FIRST QUARTERLY FEE APPLICATION | 0.20 | $75.00 |
| 11/30/2001 | 007 | MR LASTOWSKI | REVIEW THE BLACKSTONE GROUP'S FIRST MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 11/30/2001 | 007 | MR LASTOWSKI | REVIEW CAPLIN AND DRYSDALE'S THIRD MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 11/30/2001 | 007 | MR LASTOWSKI | REVIEW KRAMER LEVIN'S OCTOBER MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 11/30/2001 | 007 | SA HOLLINGHEAD | PREPARE NOTICE OF APPLICATION | 0.70 | $77.00 |

File # K0248-00001                                                                INVOICE # 837398
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | AND CERTIFICATE OF SERVICE TO FTI POLICANO & MANZO'S SEVENTH FEE APPLICATION. | | |
| 11/30/2001 | 007 | SA HOLLINGHEAD | T/C TO CRAIG MACCALLUM RE: NO ORDER NECESSARY FOR MONTHLY FEE APPLICATION SUBMITTALS. | 0.10 | $11.00 |
| 11/30/2001 | 007 | SA HOLLINGHEAD | ASSEMBLE SEVENTH FEE APPLICATION OF FTI POLICANO & MANZO FOR E-FILING BY PARCELS AND SERVICE BY DDI. | 0.20 | $22.00 |
| 12/3/2001 | 007 | MR LASTOWSKI | REVIEW CAMPBELL AND LEVINE FOURTH MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 12/3/2001 | 007 | MR LASTOWSKI | REVIEW SPECIAL FEE APPLICATION OF PITNEY HARDIN CIPPP AND SZUCH LLP | 0.20 | $75.00 |
| 12/3/2001 | 007 | MR LASTOWSKI | REVIEW KASNER AND EDWARDS SPECIAL FEE APPLICATION FOR OCTOBER 2001 | 0.10 | $37.50 |
| 12/4/2001 | 007 | SA HOLLINGHEAD | T/C FROM C. MACCALLUM REQUESTING COPY OF NOTICE FILED WITH RETENTION APPLICATION OF FTI POLICANO & MANZO FOR FILES. | 0.20 | $22.00 |
| 12/6/2001 | 007 | MR LASTOWSKI | REVIEW VERIFIED STATEMENT OF ELIZABETH WARREN IN SUPPORT OF RETENTION | 0.20 | $75.00 |
| 12/6/2001 | 007 | SA HOLLINGHEAD | REVIEW EMAIL FROM C. MACCALLUM AND REVIEW DOCKET FOR FEE APPLICATIONS REQUIRING CERTIFICATES OF NO OBJECTION. | 0.50 | $55.00 |
| 12/12/2001 | 007 | MR LASTOWSKI | REVIEW KIRKLAND AND ELLIS OCTOBER MONTHLY FEE APPLICATION | 0.20 | $75.00 |
| 12/12/2001 | 007 | MR LASTOWSKI | REVIEW PITNEY HARDIN AND KIPP OCTOBER FEE APPLICATION | 0.20 | $75.00 |
| 12/13/2001 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM POLICANO AND MANZO RE: FEE APPLICATIONS | 0.10 | $37.50 |
| 12/17/2001 | 007 | MR LASTOWSKI | REVIEW BILZIN SUMBERG FIFTH INTERIM FEE APPLICATION | 0.10 | $37.50 |
| 12/17/2001 | 007 | MR LASTOWSKI | REVIEW STROOCK AND STROOCK AND LAVAN'S SECOND INTERIM REQUEST FOR COMPENSATION | 0.20 | $75.00 |
| 12/17/2001 | 007 | SA HOLLINGHEAD | T/C FROM C. MACCALLUM RE: CERTIFICATES OF NO OBJECTION FILED FOR FTI POLICANO & MANZO FEE APPLICATIONS. | 0.10 | $11.00 |
| 12/19/2001 | 007 | JW WEISS | REVIEW STATUS OF DM&H FEE APPLICATIONS AND MEETING WITH R. SIANNI RE: SAME. | 0.20 | $35.00 |
| 12/19/2001 | 007 | RN SIANNI | REVIEW DOCKET RE: STATUS OF FEE APPLICATIONS. | 0.40 | $80.00 |
| 12/19/2001 | 007 | RN SIANNI | CALL FROM J. WILSON RE: FEE APPLICATIONS. | 0.20 | $40.00 |
| 12/20/2001 | 007 | RN SIANNI | REVIEW DOCKET RE: STATUS OF FEE | 0.20 | $40.00 |

File # K0248-00001                                                              INVOICE # 837398
W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | APPLICATIONS. | | |
| 12/20/2001 | 007 | RN SIANNI | EMAIL TO/FROM LASTOWSKI RE: FEE APPLICATIONS. | 0.10 | $20.00 |
| 12/21/2001 | 007 | RN SIANNI | CORRESPONDENCE FROM LASTOWSKI RE: FEE APPLICATIONS. | 0.10 | $20.00 |
| 12/21/2001 | 007 | RN SIANNI | MET WITH LASTOWSKI RE: FEE APPLICATIONS. | 0.10 | $20.00 |
| 12/26/2001 | 007 | MR LASTOWSKI | REVIEW NELSON MULLINS FIFTH MONTHLY FEE APPLICATION | 0.10 | $37.50 |
| 12/27/2001 | 007 | JW WEISS | EMAIL TO M. LASTOWSKI RE: PROPOSED AMENDED ADMINISTRATIVE ORDER AND ISSUES RE: SAME. | 0.10 | $17.50 |
| 12/27/2001 | 007 | JW WEISS | REVIEWED PROPOSED AMENDED ADMINISTRATIVE ORDER AND MEETING WITH R. RILEY RE: SAME. | 0.30 | $52.50 |
| 12/28/2001 | 007 | RN SIANNI | RESPOND TO INQUIRY OF A. KRIEGER RE: E&Y RETENTION APPLICATION. | 0.20 | $40.00 |
| 12/31/2001 | 007 | RW RILEY | REVIEWING FILE RE: COORDINATING FILING OF FEE APPLICATIONS BY DM&H | 1.20 | $348.00 |
| | | | Code Total | 25.50 | $5,309.50 |
| 10/8/2001 | 010 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT WITH THE STATE OF WASHINGTON | 0.20 | $75.00 |
| 11/5/2001 | 010 | MR LASTOWSKI | REVIEW INTERNAL REVENUE SERVICE MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.20 | $75.00 |
| 11/5/2001 | 010 | MR LASTOWSKI | REVIEW GELCO SETTLEMENT STIPULATION | 0.10 | $37.50 |
| 11/6/2001 | 010 | MR LASTOWSKI | REVIEW DEBTORS' OPPOSITION TO ASBESTOS PROPERTY COMMITTEE'S APPLICATION TO RETAIN CERTAIN LAW FIRMS TO PROSECUTE AVOIDANCE ACTIONS | 0.20 | $75.00 |
| 11/6/2001 | 010 | MR LASTOWSKI | REVIEW DEBTORS' OPPOSITION TO EXXON MOBIL'S MOTION FOR SUMMARY JUDGMENT | 0.20 | $75.00 |
| 11/13/2001 | 010 | MR LASTOWSKI | REVIEW DEPOSITION NOTICES IN CONNECTION WITH CASE MANAGEMENT MOTION | 0.10 | $37.50 |
| 11/14/2001 | 010 | MR LASTOWSKI | TELEPHONE CALL TO TED TACCONELLI (COUNSEL TO ASBESTOS PROPERTY DAMAGE COMMITTEE) RE: DEPOSITION EXHIBITS | 0.10 | $37.50 |
| 11/14/2001 | 010 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY COMMITTEE'S MOTION FOR A PROTECTIVE ORDER | 0.30 | $112.50 |
| 11/16/2001 | 010 | MR LASTOWSKI | REVIEW DEBTORS' OPPOSITION TO TIMOTHY KANE'S MOTION FOR RELIEF | 0.20 | $75.00 |

Case 01-01139-AMC    Doc 1659-3    Filed 02/11/02    Page 14 of 15

File # K0248-00001                INVOICE # 837398
    W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/18/2001 | 010 | MR LASTOWSKI | FROM THE AUTOMATIC STAY REVIEW ZONOLITE CLAIMANTS' MOTION TO DISMISS CHAPTER 11 PROCEEDINGS | 0.50 | $187.50 |
| 11/20/2001 | 010 | MR LASTOWSKI | REVIEW AFFIDAVITS OF FRANCINE F. RABINOVITZ AND W.D. HILTON - TO BE OFFERED INTO EVIDENCE BY THE ASBESTOS PROPERTY DAMAGE COMMITTEE IN CONNECTION WITH THE HEARING ON THE CASE MANAGEMENT ORDER | 0.50 | $187.50 |
| 11/21/2001 | 010 | MR LASTOWSKI | REVIEW ZONOLITE CLASS ACTION PLAINTIFF'S MOTION FOR CLASS CERTIFICATION | 0.80 | $300.00 |
| 11/21/2001 | 010 | MR LASTOWSKI | REVIEW ZONOLITE PLAINTIFFS CLASS ACTION COMPLAINT | 0.50 | $187.50 |
| 12/7/2001 | 010 | MR LASTOWSKI | REVIEW STIPULATION RESOLVING MOTION OF GELCO CORPORATION | 0.10 | $37.50 |
| 12/13/2001 | 010 | MR LASTOWSKI | REVIEW STATUS OF EPA CONSENT DECREE | 0.10 | $37.50 |
| 12/17/2001 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S LITIGATION STATUS REPORT | 1.20 | $450.00 |
| 12/18/2001 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO DISMISS ZONOLITE LITIGATION | 0.40 | $150.00 |
| 12/20/2001 | 010 | MR LASTOWSKI | REVIEW CREDITORS' COMMITTERE'S OBJECTION TO DEBTOR'S MOTION FOR LEAVE TO FILE A REPLY BRIEF RE: CASE MANAGEMENT ORDER | 0.80 | $300.00 |
| 12/26/2001 | 010 | MR LASTOWSKI | REVIEW DORRINGTON PLAINTIFFS' MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION | 0.90 | $337.50 |
| | | | Code Total | 7.40 | $2,775.00 |
| 10/3/2001 | 024 | MR LASTOWSKI | REVIEW GELCO CAPITAL'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF A LEASE OF PERSONAL PROPERTY | 0.20 | $75.00 |
| 10/26/2001 | 024 | MR LASTOWSKI | REVIEW CATERPILLAR'S 365(D)(10) MOTION | 0.20 | $75.00 |
| | | | Code Total | 0.40 | $150.00 |
| | | | TOTAL SERVICES | 65.50 | $17,349.50 |

Duane Morris
February 7, 2002
Page 14

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　　　　INVOICE # 837398
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 10/25/2001 | OVERNIGHT MAIL TRISTATE COURIER & CARRIAGE #112787 | 52.50 |
| 10/29/2001 | OVERNIGHT MAIL PACKAGE TO SCOTT L BAENA AT BILZIN SUVEBERG DUNN BAENA FROM SHELLEY HOLLINGHEAD (AIRBILL #827102900145) | 16.16 |
| 10/29/2001 | OVERNIGHT MAIL PACKAGE TO ELIHU INSELBUCH AT CAPLIN AND DRYSDALE CHARTERED FROM SHELLEY HOLLINGHEAD (AIRBILL #827102900178) | 13.86 |
| 10/29/2001 | OVERNIGHT MAIL PACKAGE TO PETER VAN LOCKWOOD AT CAPLIN & DRYSDALE FROM SHELLEY HOLLINGHEAD (AIRBILL #827102900167) | 13.86 |
| 10/29/2001 | OVERNIGHT MAIL PACKAGE TO ARLENE KRIEGER AT STROOCK & STROOCK LAVAN LLP FROM SHELLEY HOLLINGHEAD (AIRBILL #827102900156) | 13.86 |
| 11/30/2001 | OVERNIGHT MAIL TRISTATE COURIER & CARRIAGE #113146 | 127.50 |
| | Total: | $237.74 |
| 10/31/2001 | MESSENGER SERVICE | 37.50 |
| 12/31/2001 | MESSENGER SERVICE | 888.30 |
| | Total: | $925.80 |
| 10/31/2001 | TELECOPY | 44.65 |
| 11/30/2001 | TELECOPY | 60.80 |
| 12/31/2001 | TELECOPY | 132.05 |
| | Total: | $237.50 |
| 10/31/2001 | PRINTING & DUPLICATING | 216.54 |
| 11/30/2001 | PRINTING & DUPLICATING | 1,503.10 |
| 12/31/2001 | PRINTING & DUPLICATING | 315.62 |
| | Total: | $2,035.26 |
| | TOTAL DISBURSEMENTS | $3,436.30 |