-15-

# EXHIBIT "C"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF MICHAEL R. LASTOWSKI, ESQUIRE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

Michael R. Lastowski, being duly sworn, deposes and says:

1. I am an attorney at the law firm of Duane Morris LLP, counsel for the Official Committee of Unsecured Creditors (collectively, the "Committee").

2. I have read the *Fourth Through Sixth Monthly Applications of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2001 Through And Including December 31, 2001* (the "Applications"), and know the contents thereof. The same are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I am familiar with all work performed

WLM\155396.1

-16-

on behalf of the Committee by the attorneys and para-professionals in the firm of Duane Morris LLP.

Dated: February 11, 2002

_____
Michael R. Lastowski, Esquire

SWORN TO AND SUBSCRIBED before me this __11th__ day of __February__, 2002.

_____
Notary Public

CAROLYN B. FOX
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 1, 2006