**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 02/11/02 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 1533**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Eighth Application of Ferry & Joseph, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of December 1, 2001 through December 31, 2001 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 11, 2002.

Pursuant to the Administrative Order Under 11 USC §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated May 3, 2001, the Debtors are authorized to pay Ferry & Joseph, P.A. $3,751.20 which represents 80% of the fees ($4,689.00) and $885.80, which represents 100% of the expenses requested in the Application for the period December 1, 2001 through

December 31, 2001, upon the filing of this certification and without the

need for entry of a Court order approving the Application.

        FERRY & JOSEPH, P.A.

        /s/Rick S. Miller
        Michael B. Joseph (#392)
        Theodore J. Tacconelli (#2678)
        Rick S. Miller (#3418)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE. 19899
        (302) 575-1555
        Counsel to the Official Committee of Asbestos
        Property Damage Claimants

Dated: February 12, 2002

F:\Meredith\TJT\WRGraceCommittee\certificate.no.objection.8th.fee.app.wpd